*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES**<br>    Plaintiff(s),<br><br>                vs.<br><br>**RUSSIAN FEDERATION et al.,**<br>    Defendant(s). | Civil Case No.  05-1548(RCL) |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transferred records has been filed in paper form in a the Clerk's Office.   It is available for public viewing and  copying between thehours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                                  **NANCY MAYER-WHITTINGTON**

                                                                                       Clerk