UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, a non-profit religious corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>RUSSIAN FEDERATION, a foreign state, *et al.*, )<br><br>Defendants. ) | Civ. Action No. 05-01548 (RCL) |

### ORDER

The present case was transferred to this Court from the United States District Court for the Central District of California. In light of the fact that the file contains a ripe motion to dismiss filed and briefed in the Ninth Circuit, this Court requests that the parties submit supplemental briefs clarifying or restating their arguments in light of applicable case law from the District of Columbia Circuit. Accordingly, it is hereby

ORDERED that the defendants file a supplemental brief in accordance with this Order and in compliance with Local Civil Rule 83.2(c) within fifteen (15) days of the date of this Order; it is further

ORDERED that the plaintiff file its response in compliance with Local Civil Rule 83.2(c) within fifteen (15) days thereafter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 23, 2005.