AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AGUDAS CHASIDEI CHABAD OF
UNITED STATES )
      Plaintiff(s) )
       )
      vs. )
RUSSIAN FEDERATION, ET AL. )
       )
      Defendant(s) )

**APPEARANCE**

CASE NUMBER    1:05-CV-01548 (RCL)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Nathan Lewin  as counsel in this
                      (Attorney's Name)

case for:   Agudas Chasidei Chabad of United States
              (Name of party or parties)

December 1, 2005
Date

/s/ Nathan Lewin
Signature

Nathan Lewin
Print Name

1828 L Street NW, Suite 901
Address

Washington DC    20036
City    State    Zip Code

202-828-1000
Phone Number

38299
BAR IDENTIFICATION