UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES<br>770 Eastern Parkway<br>Brooklyn, New York 11213,<br><br>      Plaintiff,<br><br>  vs.<br><br>RUSSIAN FEDERATION<br>c/o The Head of the Ministry of Foreign Affairs of the Russian Federation<br>Smolenskaya Sennaya Ploshchad 32/34<br>Moscow, 121200<br>Russian Federation;<br><br>RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION<br>7, Kitaigorodsky Proyezd<br>Moscow, 109074<br>Russian Federation;<br><br>RUSSIAN STATE LIBRARY<br>3/5, Vozdvizhenka Street<br>Moscow, 101000<br>Russian Federation; and<br><br>RUSSIAN STATE MILITARY ARCHIVE<br>ul. Admirala Makarova, 29<br>Moscow, 125212<br>Russian Federation,<br><br>      Defendants. | CASE NO. 1:05-CV-01548-RCL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARSHALL B. GROSSMAN, SETH M. GERBER, AND JONATHAN E. STERN; DECLARATIONS OF MARSHALL B. GROSSMAN, SETH M. GERBER, AND JONATHAN E. STERN**

Nathan Lewin, of Lewin & Lewin, LLP, hereby moves for the admission of Marshall Bruce Grossman, Seth Michael Gerber, and Jonathan Eric Stern of the law firm of Alschuler Grossman Stein & Kahan LLP, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for Chabad in the above-captioned action. This motion is accompanied by the declarations of Messrs. Grossman, Gerber, and Stern which certify and establish the following:

1. Alschuler Grossman Stein & Kahan LLP is located at 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. The telephone number for the law firm is (310) 907-1000.

2. Mr. Grossman is admitted to the State Bar of California; the United States District Court for the Central, Southern, and Eastern Districts of California, Delaware, and the Southern District of Florida; the United States Court of Claims; the United States Court of Appeals for the Ninth and Eleventh Circuits; and the United States Supreme Court. Mr. Grossman has previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearings and trials on the merits.

3. Mr. Gerber is admitted to the State Bar of California; the United States District Court for the Central, Southern, and Northern Districts of California; and the United States Court of Appeals for the Ninth and Federal Circuits. Mr. Gerber has previously participated in a junior capacity in an entire contested jury trial in a federal district court.

4. Mr. Stern is admitted to the State Bar of California and the United States District Court for the Central District of California.

5. Messrs. Grossman, Gerber, and Stern certify that they have not been disciplined by any Bar.

6. Messrs. Grossman, Gerber, and Stern have never been admitted *pro hac vice* before this Court. In the 1970s Mr. Grossman did appear before the Honorable June Green of this Court on a discovery motion in the Equity Funding Securities Litigation (MDL 142), but does not recall if a *pro hac* application was required or made at that time.

7. Messrs. Grossman, Gerber, and Stern do not have offices located in the District of Columbia and are not members of the District of Columbia Bar. Chabad has retained the law firms of Lewin & Lewin LLP, and Howrey, LLP, to serve as local and co-counsel in this matter. The address and telephone number for Lewin & Lewin LLP are: 1828 L Street NW, Suite 901, Washington, D.C. 20036, (202) 828-1000. The address and telephone number for Howrey, LLP are: 1299 Pennsylvania Avenue NW, Washington, D.C. 20004-2402, (202) 783-0800. All pleadings and papers served or filed in this action shall continue to be served on Alschuler Grossman Stein & Kahan LLP at the address listed above.

8. Messrs. Grossman, Gerber, and Stern have read and are familiar with the Local Rules of this Court.

9. Pursuant to Local Civil Rule 7, subdivision (m), on November 28, 2005, Mr. Gerber had a telephone conversation

with Jake Broderick, counsel for defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants"). Mr. Gerber informed Mr. Broderick that plaintiff would be filing a motion for admission pro hac vice for Messrs. Grossman, Gerber and Stern. Mr. Broderick stated that Defendants will not oppose such a motion.

Accordingly, Chabad and Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully request the Court permit Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern to appear *pro hac vice* in this matter.

Respectfully submitted,

By /s/ Nathan Lewin
Nathan Lewin
(D.C. Bar No. 38299)
Alyza D. Lewin
(D.C. Bar No. 445506)
LEWIN & LEWIN, LLP
1828 L Street NW, Suite 901
Washington, DC 20036
Telephone: (202) 828-1000
Facsimile: (202) 828-0909
E-mail: nat@lewinlewin.com

Attorneys for Plaintiff Agudas Chasidei Chabad of United States

DATED: DECEMBER 1, 2005