### DECLARATION OF MARSHALL BRUCE GROSSMAN

I, Marshall Bruce Grossman, declare:

1. I am an attorney duly licensed to practice law in the State of California and, through my professional corporation, a member of the law firm of Alschuler Grossman Stein & Kahan LLP, attorneys for plaintiff Agudas Chasidei Chabad of United States ("Chabad"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. The law offices of Alschuler Grossman Stein & Kahan, LLP, are located at 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. Telephone No. (310) 907-1000. Facsimile No. (310) 907-2000.

3. On January 5, 1965, I was admitted to practice law in all the courts of the State of California.

4. In 1965, I was admitted to practice law in the United States District Court for the Central District of California.

5. In 1965, I was admitted to practice law in the United States Court of Appeals for the Ninth Circuit.

6. In 1972, I was admitted to practice law in the United States Court of Claims.

7. In 1992, I was admitted to practice law in the United States District Court for the Southern District of California.

8. In 1994, I was admitted to practice law in the

United States Court of Appeals for the Eleventh Circuit.

9.  In 1995, I was admitted to practice law in the United States District Court for the Eastern District of California.

10. In 1995, I was admitted to practice law in the United States District Court for Delaware.

11. In 1996, I was admitted to practice law in the United States District Court for the Southern District of Florida.

12. In 1998, I was admitted to practice law in the United States Supreme Court.

13. I have previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearings and trials on the merits.

14. I hereby certify that I have not been disciplined by any bar.

15. I have never been admitted *pro hac vice* in this Court, except possibly in a 1970s discovery hearing.

16. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Chabad has retained Nathan Lewin and the law firm Lewin & Lewin LLP, together with William Bradford Reynolds and the law firm Howrey, LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 1828 L Street NW, Suite 901, Washington, D.C. 20036, (202) 828-

1000. The address and telephone number for William Bradford Reynolds and Howrey, LLP are: 1299 Pennsylvania Avenue NW, Washington, D.C. 20004-2402, (202) 783-0800.

17. I have read the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2005 in Santa Monica, California.

_____
Marshall B. Grossman