**DECLARATION OF JONATHAN ERIC STERN**

I, Jonathan Eric Stern, declare:

1. I am an attorney duly licensed to practice law in the State of California and I am an associate with the law firm of Alschuler Grossman Stein & Kahan LLP, attorneys for plaintiff Agudas Chasidei Chabad of United States ("Chabad"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. The law offices of Alschuler Grossman Stein & Kahan, LLP, are located at 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. Telephone No. (310) 907-1000. Facsimile No. (310) 907-2000.

3. On December 6, 2002, I was admitted to practice law in all the courts of the State of California.

4. On October 6, 2003 I was admitted to practice law in the United States District Court for the Central District of California.

5. I hereby certify that I have not been disciplined by any bar.

6. I have never been admitted *pro hac vice* in this Court.

7. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Chabad has retained Nathan Lewin and the law firm Lewin & Lewin LLP, together with William Bradford

Reynolds and the law firm Howrey, LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 1828 L Street NW, Suite 901, Washington, D.C. 20036, (202) 828-1000. The address and telephone number for William Bradford Reynolds and Howrey, LLP are: 1299 Pennsylvania Avenue NW, Washington, D.C. 20004-2402, (202) 783-0800.

8. I have read the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2005 in Santa Monica, California.

_____
Jonathan E. Stern