**DECLARATION OF SETH MICHAEL GERBER**

I, Seth Michael Gerber, declare:

1.  I am an attorney duly licensed to practice law in the State of California and I am an associate with the law firm of Alschuler Grossman Stein & Kahan LLP, attorneys for plaintiff Agudas Chasidei Chabad of United States ("Chabad"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.  The law offices of Alschuler Grossman Stein & Kahan, LLP, are located at 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. Telephone No. (310) 907-1000. Facsimile No. (310) 907-2000.

3.  On November 24, 1999, I was admitted to practice law in all the courts of the State of California.

4.  On June 5, 2000, I was admitted to practice law in the United States District Court for the Central District of California.

5.  On June 6, 2000, I was admitted to practice law in the United States District Court for the Southern District of California.

6.  On June 30, 2000, I was admitted to practice law in the United States District Court for the Northern District of California.

7.  On October 11, 2000, I was admitted to practice law in the United States Court of Appeals for the Ninth

Circuit.

    8.    On December 15, 2004, I was admitted to practice law in the United States Court of Appeals for the Federal Circuit.

    9.    I have previously participated in a junior capacity in an entire contested jury trial in a federal district court.

    10.    I hereby certify that I have not been disciplined by any bar.

    11.    I have never been admitted *pro hac vice* in this Court.

    12.    I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Chabad has retained Nathan Lewin and the law firm Lewin & Lewin LLP, together with William Bradford Reynolds and the law firm Howrey, LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 1828 L Street NW, Suite 901, Washington, D.C. 20036, (202) 828-1000. The address and telephone number for William Bradford Reynolds and Howrey, LLP are: 1299 Pennsylvania Avenue NW, Washington, D.C. 20004-2402, (202) 783-0800.

    13.    I have read the Local Rules of this Court.

    14.    On November 28, 2005, I had a telephone conversation with Jake Broderick, counsel for defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State

Military Archive (collectively, "Defendants"). I informed Mr. Broderick that plaintiff would be filing a motion for admission *pro hac vice* for me and Marshall B. Grossman and Jonathan E. Stern. Mr. Broderick stated that Defendants will not oppose such a motion.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on November 28, 2005 in Santa Monica, California.

_____
Seth M. Gerber