UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES<br>770 Eastern Parkway<br>Brooklyn, New York 11213,<br><br>        Plaintiff,<br><br>  vs.<br><br>RUSSIAN FEDERATION<br>c/o The Head of the Ministry of Foreign Affairs of the Russian Federation<br>Smolenskaya Sennaya Ploshchad 32/34<br>Moscow, 121200<br>Russian Federation;<br><br>RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION<br>7, Kitaigorodsky Proyezd<br>Moscow, 109074<br>Russian Federation;<br><br>RUSSIAN STATE LIBRARY<br>3/5, Vozdvizhenka Street<br>Moscow, 101000<br>Russian Federation; and<br><br>RUSSIAN STATE MILITARY ARCHIVE<br>ul. Admirala Makarova, 29<br>Moscow, 125212<br>Russian Federation,<br><br>        Defendants. | CASE NO. 1:05-CV-01548-RCL |

[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* FOR ATTORNEYS MARSHALL B. GROSSMAN, SETH M. GERBER, AND JONATHAN E. STERN

Plaintiff Agudas Chasidei Chabad of United States' Motion for Admission *Pro Hac Vice* of Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern having been submitted and considered, and good cause having been found, IT IS HEREBY ORDERED THAT:

1. Attorneys Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern of the Santa Monica, California law firm Alschuler Grossman Stein and Kahan LLP are hereby admitted *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), and may appear, file papers, and be heard in open court in this action on behalf of plaintiff Agudas Chasidei Chabad of United States.

2. Pursuant to Local Civil Rule 7, subdivision (k), the names and addresses of all attorneys entitled to be notified of this order are:

COUNSEL FOR PLAINTIFF:

>   Marshall B. Grossman
>   Seth M. Gerber
>   Jonathan E. Stern
>   Alschuler Grossman Stein & Kahan LLP
>   1620 26th Street
>   Fourth Floor, North Tower
>   Santa Monica, CA  90404-4060
>   Telephone:  (310) 907-1000
>   Facsimile:  (310) 907-2000
>   E-mail:  mgrossman@agsk.com

/ / /

/ / /

and

Nathan Lewin
Alyza D. Lewin
Lewin & Lewin, LLP
1828 L Street NW
Suite 901
Washington, DC 20036
Telephone:  (202) 828-1000
Facsimile:  (202) 828-0909
E-mail:  nat@lewinlewin.com

and

Wm. Bradley Reynolds
Howrey, LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
E-mail:  reynoldsw@howrey.com

COUNSEL FOR DEFENDANTS:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach
Squire, Sanders & Dempsey LLP
801 S Figueroa St, 14th Floor
Los Angeles, CA 90017-5554
Telephone:  (213) 624-2500
Facsimile:  (213) 623-4581
E-mail:  dproudfoot@ssd.com

IT IS SO ORDERED.


Dated:_____          _____
                                     Hon. Royce C. Lamberth
                                     United States District
                                     Court Judge

/ / /

/ / /