## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005 copies of *Appearance of Nathan Lewin, Appearance of Alyza D. Lewin, Motion of Admission Pro Hac Vice of Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern, Declarations of Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern* and *Proposed Order Granting Admission Pro Hac Vice* were served by U.S. First Class Mail, postage prepaid to the following:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach
Squire, Sanders & Dempsey, LLP
801 S. Figueroa St. 14th Floor
Los Angeles, CA 90017-5554

_____
Nathan Lewin