A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AGUDAS CHASIDEI CHABAD OF
UNITED STATES
           Plaintiff(s)

**APPEARANCE**

           vs.
RUSSIAN FEDERATION, ET AL.

CASE NUMBER   1:05-CV-01548 (RCL)

           Defendant(s)

)
)
)
)
)
)
)
)

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Alyza D. Lewin__  as counsel in this
                                (Attorney's Name)

case for:  __Agudas Chasidei Chabad of United States__
                          (Name of party or parties)

__December 1, 2005__
Date

__445506__
BAR IDENTIFICATION

__/ s /__
Signature

**Alyza D. Lewin**
Print Name

**1828 L Street NW, Suite 901**
Address

**Washington DC**    **20036**
City        State        Zip Code

**202-828-1000**
Phone Number