AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AGUDAS CHASIDEI CHABAD OF
UNITED STATES
                              )
         Plaintiff(s)         )    **APPEARANCE**
                              )
                              )
         vs.                  )    CASE NUMBER   1:05-CV-01548 (RCL)
RUSSIAN FEDERATION, ET AL.    )
                              )
         Defendant(s)         )


To the Clerk of this court and all parties of record:

Please enter the appearance of  Wm. Bradford Reynolds  as counsel in this
                                  (Attorney's Name)

case for:  Agudas Chasidei Chabad of United States
                          (Name of party or parties)


December 1, 2005
————————————————
Date

                                   /s/ Wm. Brad Reynolds
                                   ————————————————
                                   Signature

179010                             Wm. Bradford Reynolds
————————————————                   Print Name
BAR IDENTIFICATION                 Howrey LLP
                                   1299 Pennsylvania Avenue, N.W.
                                   Address
                                   Washington, DC  20004
                                   City       State       Zip Code
                                   202-783-0800
                                   Phone Number