# United States District Court
# For the District of Columbia

Agudas Chasidei Chabad Of United States )
        Plaintiff(s)   )   **APPEARANCE**
)
)
      vs.   )   CASE NUMBER  1:05-CV- 01548 (RCL)
Russian Federation, Et Al.  )
)
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Donald T Bucklin__ as counsel in this
          (Attorney's Name)

case for: __Russian Federation; Russian Ministry of Culture and Mass Communication; Russian State Library; and Russian State Military Archive__
          (Name of party or parties)

December 2, 2005
Date

1628
BAR IDENTIFICATION

*(signature)*
Signature

Donald T Bucklin
Print Name

1201 Pennsylvania Ave N W PO Box 407
Address

Washington D C 20044
City    State    Zip Code

202 626 6816
Phone Number