UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES<br><br>770 Eastern Parkway<br>Brooklyn, New York 11213,<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**RUSSIAN FEDERATION,**<br><br>c/o The Head of the Ministry of Foreign Affairs of the Russian Federation<br>Smolenskaya Sennaya<br>Ploshchad 32/34<br>Moscow, 121200<br>Russian Federation;<br><br>**RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION,**<br><br>7, Kitaigorodsky Proyezd<br>Moscow, 109074<br>Russian Federation;<br><br>**RUSSIAN STATE LIBRARY,**<br><br>3/5, Vozdvizhenka Street<br>Moscow, 101000<br>Russian Federation; and<br><br>**RUSSIAN STATE MILITARY ARCHIVE,**<br><br>ul. Admirala Makarova, 29<br>Moscow, 125212<br>Russian Federation,<br><br>        **Defendants.** | Civ. Action No. 05-01548 (RCL) |

<u>**CONSENT MOTION TO AMEND SUPPLEMENTAL BRIEFING SCHEDULE**</u>

Record counsel for defendants Russian Federation, Russian Ministry Of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants") and record counsel for plaintiff Agudas Chasidei Chabad of United States ("Plaintiff") have each received the Court's Order of November 23, 2005 (the "November 23 Order") requesting that Defendants and Plaintiff file supplemental briefs clarifying or restating their arguments as to the pending motion to dismiss in this transferred case brought under the expropriation exception to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602-1611, in light of applicable case law from the District of Columbia Circuit. Counsel for Defendants and counsel for Plaintiff each wish to respond to the Court's request by filing supplemental briefs and have discussed with each other the briefing schedule the Court has set for that purpose in its November 23 Order. As a result of those discussions between James H. Broderick, Jr. of Squire, Sanders & Dempsey L.L.P. and Seth M. Gerber (pro hac vice application pending) of Alschuler Grossman Stein & Kahan LLP, co-counsel for Plaintiff with Nathan Lewin of Lewin & Lewin, LLP and Wm. Bradford Reynolds of Howrey, LLP, counsel for Plaintiff has authorized counsel for Defendants to advise the Court of their agreement with the statements made in support of this motion.

Due to prior existing briefing and trial schedules already set in other matters handled by the lawyers in the office of counsel for Defendants responsible for the original briefing of the motion to dismiss, who are knowledgeable as to the facts of the case and will be responsible for preparation of the supplemental briefing for Defendants, as well as scheduled surgery for lead counsel for Plaintiff that will keep him out of the office through the end of the year, counsel for Defendants and counsel for Plaintiff jointly request a short

extension of the supplemental briefing schedule by an additional 15 calendar days for each side.

In that context, and in view of the intervening end of the year holidays, Defendants respectfully move the Court for an order modifying the supplemental briefing schedule such that Defendants' supplemental brief may be filed on or before December 23, 2005, and Plaintiff's supplemental brief may be filed on or before January 23, 2006. Counsel for Plaintiff has authorized counsel for Defendants to advise the Court that counsel for Plaintiff has reviewed, consented to and agreed to this motion and further agreed that counsel for Defendants may present the instant motion that the Court amend the supplemental briefing schedule as to all parties as set forth above.

Dated: November __, 2005                Respectfully submitted,

                                        _____
                                        Donald T. Bucklin (DC Bar No. 1628)
                                        Squire, Sanders & Dempsey L.L.P.
OF COUNSEL:                             1201 Pennsylvania Avenue, N.W.
                                        P.O. 407
James H. Broderick, Jr.                 Washington, D.C. 20044-0407
Don A. Proudfoot, Jr.                   Telephone No.: (202) 626-6600
Lan T. Quach                            Facsimile No.: (202) 626-6780
Squire, Sanders & Dempsey L.L.P.        E-mail: dbucklin@ssd.com
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554             Attorneys for Defendants
Telephone No.: (213) 624.2500           Russian Federation, Russian Ministry of
Facsimile No.: (213) 623.4581           Culture and Mass Communication,
E-mail: jbroderick@ssd.com              Russian State Library, and Russian State
                                        Military Archive

LOSANGELES/199492.3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Consent Motion To Amend Supplemental Briefing Schedule has been served by U.S. First Class Mail and facsimile, on counsel for Plaintiff this 30th day of November, 2005.

                                    _____
                                            Donald T. Bucklin