UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, a non-profit religious corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUSSIAN FEDERATION, a foreign state, *et al.*,<br><br>Defendants. | Civ. Action No. 05-01548 (RCL) |

## ORDER

Plaintiff Agudas Chasidei Chabad of United States' Motion [4] for Admission *Pro Hac Vice* of Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern having been submitted and considered, and good cause having been found, it is hereby

ORDERED that:

1. Attorneys Marshall B. Grossman, Seth M. Gerber, and Jonathan E. Stern of the Santa Monica, California law firm Alschuler Grossman Stein and Kahan LLP are hereby admitted *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), and may appear, file papers, and be heard in open court in this action on behalf of plaintiff Agudas Chasidei Chabad of United States.

2. Pursuant to Local Civil Rule 7, subdivision (k), the names and addresses of all attorneys entitled to be notified of this Order are:

    COUNSEL FOR PLAINTIFF:

    Marshall B. Grossman
    Seth M. Gerber

Jonathan E. Stern
Alschuler Grossman Stein & Kahan LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000
E-mail: mgrossman@agsk.com

Nathan Lewin
Alyza D. Lewin
Lewin & Lewin, LLP
1828 L Street NW
Suite 901
Washington, DC 20036
Telephone: (202) 828-1000
Facsimile: (202) 828-0909
E-mail: nat@lewinlewin.com

Wm. Bradley Reynolds
Howrey, LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
E-mail: reynolds@howrey.com

COUNSEL FOR DEFENDANTS:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach
Squire, Sanders & Dempsey LLP
801 S. Figueroa Street, 14th Floor
Los Angeles, CA 90017-5554
Telephone: (213) 624-2500
Facsimile: (213) 623-4581
E-mail: dproudfoot@ssd.com

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 2, 2005.