UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> RUSSIAN FEDERATION, <br><br> RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION, <br><br> RUSSIAN STATE LIBRARY, <br><br> RUSSIAN STATE MILITARY ARCHIVE, <br><br> Defendants. | Civ. Action No. 05-01548 (RCL) |

CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF
JAMES H. BRODERICK, JR., DON A. PROUDFOOT, JR., AND
LAN T. QUACH

Donald T. Bucklin, of Squire, Sanders & Dempsey L.L.P., hereby moves for the admission of James H. Broderick, Jr., Don A. Proudfoot, Jr., and Lan T. Quach of the Los Angeles office of Squire, Sanders & Dempsey L.L.P. *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive in the captioned action. This motion is accompanies by the declarations of Mr. Broderick, Mr. Proudfoot and Ms. Quach which certify and establish the following:

1. The Los Angeles office of Squire, Sanders & Dempsey L.L.P. is located at 801 South Figueroa Street, Los Angeles, California 90017-5554. Telephone Number (213) 624-2500. Facsimile Number (213) 623-4581.

2. Mr. Broderick is admitted to the State Bar of California; all state courts in California, the United States District Courts for the Central, Northern, Eastern and Southern Districts of California; the United States District Court for Arizona; the United States Court of International Trade; the United States Court of Appeals for the Sixth, Ninth, and Federal Circuits; and the United States Supreme Court. Mr. Broderick has previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearings and trials on the merits.

3. Mr. Proudfoot is admitted to the State Bar of California; all state courts in California; the United States District Courts for the Central, Northern, and Southern District of California; the United States District Court for New Mexico; the United States Court of Appeals for the Ninth and Tenth Circuits; and the United States Supreme Court. Mr. Proudfoot has previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearings and trials on the merits.

4. Ms. Quach is admitted to the State Bar of California; all state courts in California; and the United States District Court for the Central District of California. Ms. Quach has previously participated in a junior capacity in an entire contest trial (which commenced as a jury trial and ended as a bench trial) in court of general jurisdiction in the State of California.

5. Mr. Broderick, Mr. Proudfoot, and Ms. Quach certify that they have not been disciplined by any Bar.

6. Mr. Broderick, Mr. Proudfoot, and Ms. Quach have never been admitted *pro hac vice* before this Court.

7. Mr. Broderick, Mr. Proudfoot and Ms. Quach engage in the practice of law in and from the Los Angeles office of Squire, Sanders & Dempsey L.L.P. and are not members of the District of Columbia Bar. Donald I. Bucklin of the District of Columbia office of Squire, Sanders & Dempsey L.L.P. is acting as local and co-counsel in this matter. The address and telephone number of Squire, Sanders & Dempsey L.L.P.'s District of Columbia office is 1201 Pennsylvania Avenue, N.W., P.O. 407, Washington, D.C. 20044-0407, telephone number (202) 626-6600. All pleadings and papers served or filed in this action shall continue to be served on the Los Angeles office of Squire, Sanders & Dempsey L.L.P. at the address listed above.

8. Mr. Broderick, Mr. Proudfoot, and Ms. Quach have read and are familiar with the Local Rules of this Court.

9. Pursuant to Local Civil LRule 7, subdivision (m), on November 30, 2005 Mr. Broderick received an email from Seth Gerber, counsel for plaintiff advising that "Agudas does not presently intend to object to pro hac vice applications on behalf of you,

Don Proudfoot, and Lan Quach for admission in the District of Columbia."

Accordingly, defendants and Donald I. Bucklin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit James H. Broderick, Jr., Don A. Proudfoot, Jr., and Lan T. Quach to appear *pro hac vice* in this matter.

Dated: December 5, 2005

Respectfully submitted,

Donald T. Bucklin (DC Bar No. 1628)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
P.O. 407
Washington, D.C. 20044-0407
Telephone No.: (202) 626-6600
Facsimile No.: (202) 626-6780
E-mail: dbucklin@ssd.com

OF COUNSEL:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach
Squire, Sanders & Dempsey L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554
Telephone No.: (213) 624.2500
Facsimile No.: (213) 623.4581
E-mail: jbroderick@ssd.com

Attorneys for Defendants
Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive

LOSANGELES/199910.1

## **DECLARATION OF JAMES HENRY BRODERICK, JR**

I, James Henry Broderick, Jr., declare:

1. I am an attorney duly licensed to practice law in the State of California and I am a partner with the law firm of Squire, Sanders & Dempsey L.L.P., attorneys for defendants Russian Federation, Russian Ministry of Culture and Mass Communications, Russian State Library, and Russian State Military Archive. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I engage in the practice of law in and from the Los Angeles office of Squire, Sanders & Dempsey L.L.P. which is located at 801 South Figueroa Street, Los Angeles, California 90017-5554. Telephone Number (213) 624-2500. Facsimile Number (213) 623-4581.

3. On May 29, 1981, I was admitted to practice law in all the courts of the State of California.

4. On October 7, 1981, I was admitted to practice law in the United States District Court for the Central District of California.

5. On June 10, 1982, I was admitted to practice in the United States District Court for the Northern District of California.

6. On February 6, 1986, I was admitted to practice in the United States District Court for the Eastern District of California.

7. On November 17, 1986, I was admitted to practice in the United States District Court for the Southern District of California.

8. On May 25, 1982, I was admitted to practice in the United States Court of Appeals for the Ninth Circuit.

9. On June 20, 1985, I was admitted to practice in the United State Court of International Trade.

10. On June 2, 1989, I was admitted to practice in the United States Court of Appeals, Federal Circuit.

11. On August 7, 1992, I was admitted to practice in the United States Supreme Court.

12. On October 13, 1994, I was admitted to practice in the United States Court of Appeals for the Sixth Circuit.

13. On August 12, 1999, I was admitted to practice in the United States District Court for Arizona.

14. I have previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearing and trials on the merits.

15. I hereby certify that I have not been disciplined by any bar.

16. I do not engage in the practice of law from an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. I have never been admitted *pro hac vice* in this Court.

17. I have read the Local Rules of this Court.

18. On November 30, 2005 I received an email from Seth Gerber, counsel for plaintiff, advising that "Agudas does not presently intend to object to pro hac vice applications on behalf of you, Don Proudfoot, and Lan Quach for admission in the District of Columbia." I have since had no contrary statement of intention from counsel for plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2005 in Los Angeles, California.

_____
James H. Broderick, Jr.

## **DECLARATION OF DON ALLEN PROUDFOOT, JR**

I, Don Allen Proudfoot, Jr., declare:

1. I am an attorney duly licensed to practice law in the State of California and I am of counsel with the law firm of Squire, Sanders & Dempsey L.L.P., attorneys for defendants Russian Federation, Russian Ministry of Culture and Mass Communications, Russian State Library, and Russian State Military Archive. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I engage in the practice of law in and from the Los Angeles office of Squire, Sanders & Dempsey L.L.P. which is located at 801 South Figueroa Street, Los Angeles, California 90017-5554. Telephone Number (213) 624-2500. Facsimile Number (213) 623-4581.

3. On January 14, 1964 I was admitted to practice law in all the courts of the State of California.

4. On January 14, 1964, I was admitted to practice law in the United States District Court for the Central District of California (then called the Southern District of California).

5. On May 22, 1970, I was admitted to practice in the United States District Court for the Northern District of California.

6. On May 24, 1974 I was admitted to practice in the United States District Court for the Southern District of California.

7. On December 3, 1965 I was admitted to practice in the United States Court of Appeals for the Ninth Circuit.

8. On July 17, 1992 I was admitted to practice in the United States Supreme Court.

9. On December 7, 1990, I was admitted to practice in the United States Court of Appeals for the Tenth Circuit.

10. In 1989, I was admitted to practice in the United States District Court for New Mexico (presently inactive).

11. I have previously acted as lead counsel in federal district courts and state trial courts of general jurisdiction in contested evidentiary hearing and trials on the merits.

12. I hereby certify that I have not been disciplined by any bar.

13. I do not engage in the practice of law from an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. I have never been admitted *pro hac vice* in this Court.

14. I have read the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2005 in Los Angeles, California.

Don A. Proudfoot, Jr.

## **DECLARATION OF LAN THANH QUACH**

I, Lan Thanh Quach, declare:

1.      I am an attorney duly licensed to practice law in the State of California and I am an associate with the law firm of Squire, Sanders & Dempsey L.L.P., attorneys for defendants Russian Federation, Russian Ministry of Culture and Mass Communications, Russian State Library, and Russian State Military Archive. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.      I engage in the practice of law in and from the Los Angeles office of Squire, Sanders & Dempsey L.L.P. which is located at 801 South Figueroa Street, Los Angeles, California 90017-5554. Telephone Number (213) 624-2500. Facsimile Number (213) 623-4581.

3.      On December 8, 2002, I was admitted to practice law in all the courts of the State of California.

4.      On December 8, 2002, I was admitted to practice law in the United States District Court of California.

5.      I have previously participated in a junior capacity in an entire contested trial (begun as a jury trial and finished as a bench trial) in the Superior Court of Los Angeles County, California.

6.      I hereby certify that I have not been disciplined by any bar.

7.      I do not engage in the practice of law from an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. I have never been admitted *pro hac vice* in this Court.

8.    I have read the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2005 in Los Angeles, California.

Lan Thanh Quach

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSIAN FEDERATION,<br><br>RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION,<br><br>RUSSIAN STATE LIBRARY,<br><br>RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | Civ. Action No. 05-01548 (RCL) |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* FOR ATTORNEYS JAMES H. BRODERICK, JR., DON A. PROUDFOOT, JR., AND LAN T. QUACH**

Defendants Russian Federation, Russian Ministry Of Culture and Mass Communication, Russian State Library, and Russian State Military Archive's (collectively, "Defendants") Motion for Admission *Pro Hac Vice* of James H. Broderick, Jr., Don A. Proudfoot, Jr., and Lan T. Quach having been submitted and considered, and good cause having been found,

IT IS HEREBY ORDERED THAT:

1. Attorneys James H. Broderick, Jr., Don A. Proudfoot, Jr. and Lan T. Quach of the Los Angeles, California office of Squire, Sanders & Dempsey L.L.P. are hereby admitted *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), and may appear, file papers, and be heard in open court in this action on behalf of Defendants.

2. Pursuant to Local Civil Rule 7, subdivision (k), the names and addresses of all attorneys entitled to be notified of this order are:

COUNSEL FOR DEFENDANTS:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach, Esq.
Squire, Sanders & Dempsey L.L.P.
801 S. Figueroa Street, 14th Floor
Los Angeles, California 90017-5554
Telephone:   (213) 624-2500
Facsimile:   (213) 623-4581
E-Mail:      jbroderick@ssd.com

and

Donald T. Bucklin (DC Bar No. 1628)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
P. O. 407
Washington, D.C. 20044-0407
Telephone :  (202) 626-6600
Facsimile:   (202) 626-6780
E-Maili:     dbucklin@ssd.com

COUNSEL FOR PLAINTIFF:

>Marshall B. Grossman
>Seth M. Gerber
>Jonathan E. Stern
>Alschuler Grossman Stein & Kahan LLP
>1620 26th Street
>Fourth Floor, North Tower
>Santa Monica, CA 90404-4060
>Telephone:     (310) 970-1000
>Facsimile:      (310) 907-2000
>E-Mail:           mgrossman@agsk.com

>and

>Nathan Levin
>Alyza D. Lewin
>Lewin & Lewin, LLP
>1828 L Street NW
>Suite 901
>Washington, DC  20036
>Telephone:     (202) 828-1000
>Facsimile:      (202) 828-0909
>E-Mail:           nat@lewinlewin.com

>and

>Wm. Bradley Reynolds
>Howrey, LLP
>1299 Pennsylvania Avenue NW
>Washington, DC  20004-2402
>Telephone:     (202) 783-0800
>Facsimile:      (202) 383-6610
>E-Mail:           reynoldsw@howrey.com

IT IS SO ORDERED.

Dated: _____      _____
                                                              Hon. Royce C. Lamberth
                                                              United States District
                                                              Court Judge

LOSANGELES/199927.1

- 3 -