UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, a non-profit religious corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>RUSSIAN FEDERATION, a foreign state, *et al.*, )<br><br>Defendants. ) | Civ. Action No. 05-1548 (RCL) |

## ORDER

Upon consideration of the parties' Consent Motion [8] to Amend Supplemental Briefing Schedule, the applicable law and the entire record herein, it is hereby

ORDERED that the parties' Consent Motion [8] is GRANTED. The supplemental briefs requested in this Court's November 23, 2005 Order shall be filed as follows: defendants' shall file their brief by December 23, 2005; and plaintiff shall file its brief by January 23, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 6, 2005.