A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AGUDAS CHASIDEI CHABAD OF
UNITED STATES )
       Plaintiff(s) )  **APPEARANCE**
        )
        )
       vs. )  CASE NUMBER   1:05-CV-01548 (RCL)
RUSSIAN FEDERATION, ET AL. )
        )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Wm. Bradford Reynolds  as counsel in this
                                   (Attorney's Name)

case for:  Agudas Chasidei Chabad of United States
                (Name of party or parties)

December 13, 2005
Date

/s/ Wm. Bradford Reynolds
Signature

179010
BAR IDENTIFICATION

Wm. Bradford Reynolds
Print Name

1299 Pennsylvania Avenue, N.W.
Address

Washington, DC   20004-2402
City        State        Zip Code

(202) 383-6912
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005 a copy of the Appearance of Wm. Bradford Reynolds was served via the Court's Electronic Case Filing System to the following counsel:

>Donald Thomas Bucklin
>SQUIRE, SANDERS & DEMPSEY, L.L.P.
>1201 Pennsylvania Avenue, N.W.
>P.O. Box 407
>Washington, D.C. 20044

_____
Wm. Bradford Reynolds (D.C. Bar #179010)