UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> RUSSIAN FEDERATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-1548 (RCL) ) ) ) ) ) |

### ORDER

Upon consideration of Motion [10] to admit James H. Broderick, Jr., Don A. Proudfoot, Jr., and Lan T. Quach Pro Hac Vice, it is hereby

ORDERED that the Motion [10] is GRANTED; and it is further

ORDERED that James H. Broderick, Jr., Don A. Proudfoot, Jr., and Lan T. Quach are hereby admitted to practice before this Court for the limited purpose of representing their client in the above-captioned case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 13, 2005.