UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | CASE NO. 1:05-CV-01548 (RCL) |

PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Plaintiff Agudas Chasidei Chabad Of United States ("Chabad"), respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following documents:

| | |
|---|---|
| Exhibit A | Black's Law Dictionary at p. 528 (6th Ed. 1990) [definition of "engaged in commerce"]. |
| Exhibit B | Black's Law Dictionary at p. 572 (8th Ed. 1999) [definition of "engage"]. |
| Exhibit C | Webster's Dictionary of the English Language Unabridged at p. 602 (1997) [definition of "engaged"]. |

Rule 201 of the Federal Rules of Evidence permits the Court to consider "judicially noticeable facts," that is, facts that are either "generally known within the territorial jurisdiction of the trial court," or which are "capable of immediate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(1)(2). Plaintiff respectfully requests the Court take judicial notice of the above definitions, a true and correct copy of which are attached hereto.

With respect to Exhibit A, Black's Law Dictionary 6th Edition, Defendants provided a partial quotation of the definition of "engaged in commerce" in their Supplemental Brief, yet failed to provide the Court with a copy of the complete dictionary excerpt. (Defendants' Supplemental Brief at p. 22.) A true and correct copy

1

of the definition of "engaged in commerce" from Black's Law Dictionary 6th Edition is therefore attached hereto as Exhibit A.

Dated: January 23, 2006

Respectfully submitted,

LEWIN & LEWIN, LLP

By _____
Nathan Lewin (D.C. Bar No. 38299)
Alyza D. Lewin (D.C. Bar No. 445506)
1828 L Street NW, Suite 901
Washington, DC 20036
Telephone: (202) 828-1000
Facsimile: (202) 828-0909
E-mail: nat@lewinlewin.com

Attorneys for Plaintiff Agudas Chasidei Chabad of United States

# EXHIBIT A

# BLACK'S LAW DICTIONARY®

Definitions of the Terms and Phrases of
American and English Jurisprudence,
Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

**SIXTH EDITION**

**BY**

**THE PUBLISHER'S EDITORIAL STAFF**

RECEIVED
OCT 24 1990
ALSCHULER GROSSMAN & PINES

Coauthors

**JOSEPH R. NOLAN**
Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN-HALEY**
Associate Clinical Professor,
Fordham University School of Law

Contributing Authors

**M. J. CONNOLLY**
Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**
Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**
Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

"BLACK'S LAW DICTIONARY" is a registered trademark of West Publishing Co. Registered in U.S. Patent and Trademark Office

COPYRIGHT © 1891, 1910, 1933, 1951, 1957, 1968, 1979 WEST PUBLISHING CO
COPYRIGHT © 1990 By WEST PUBLISHING CO
                50 West Kellogg Boulevard
                P.O Box 64526
                St Paul, Mn 55164-0526
All rights reserved
Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Black, Henry Campbell. 1850-1927.
  [Law dictionary]
  Black's law dictionary / by Henry Campbell Black. — 6th ed / by
  the publisher's editorial staff ; contributing authors. Joseph R
  Nolan . [et al.]
      p   cm.
    ISBN 0-314-76271-X
    1 Law—United States—Dictionaries. 2. Law—Dictionaries.
  I Nolan, Joseph R. II Title
  KF156 B53  1990
  340'03—dc20                                            90-36225
                                                            CIP

ISBN 0-314-76271-X

ISBN 0-314-77165-4 deluxe

Black's Law Dictionary 6th Ed.

**ENDOWMENT** college, etc. The bestowment of money as a permanent fund, the income of which is to be used in the administration of a proposed work. In re Hendricks' Will, 1 Misc.2d 904, 148 N.Y.S.2d 245, 253.

The assignment of dower; the setting off a woman's dower. 2 Bl.Comm. 135.

**Endowment insurance.** See Insurance.

**Endowment policy.** See Policy of insurance (Endowment policy).

**Endurance.** State or capability of lasting; continuance; or act or instance of bearing or suffering. A continuing or the power of continuing under pain, hardship, or distress without being overcome. Sufferance; as beyond endurance. State ex rel. Adams v. Crowder, 46 N.M. 20, 120 P.2d 428, 431.

**Enelow-Ettelson Rule.** This Rule provides that an order staying federal court proceedings pending the determination of an equitable defense is an injunction appealable under 28 U.S.C.A. § 1292(a)(1) if the proceeding stayed was an action that could have been maintained as an action at law before the merger of law and equity. Dias v. Bank of Hawaii, C.A.Hawaii, 764 F.2d 1292, 1294.

**Enemy.** Adversary; e.g. military adversary.

*Enemy alien.* An alien residing or traveling in a country which is at war with the country of which he is a national. Enemy aliens may be interned or restricted.

*Enemy belligerent.* Citizens who associate themselves with the military arm of an enemy government and enter the United States bent on hostile acts. Ex parte Quirin, App.D.C., 317 U.S. 1, 63 S.Ct. 2, 15, 87 L.Ed. 3.

*Enemy's property.* In international law, and particularly in the usage of prize courts, this term designates any property which is engaged or used in illegal intercourse with the public enemy, whether belonging to an ally or a citizen, as the illegal traffic stamps it with the hostile character and attaches to it all the penal consequences.

*Public enemy.* A nation at war with the United States; also every citizen or subject of such nation. Term however does not generally include robbers, thieves, private depredators, or riotous mobs. The term has acquired, in the vocabulary of journalism and civic indignation, a more extended meaning, denoting a particularly notorious offender against the criminal laws, especially one who seems more or less immune from successful prosecution, or a social, health or economic condition or problem affecting the public at large, which is difficult to abate or control.

**Energy, Department of.** The Department of Energy (DOE) provides the framework for a comprehensive and balanced national energy plan through the coordination and administration of the energy functions of the Federal Government. The Department is responsible for the research, development, and demonstration of energy technology; the marketing of Federal power; energy conservation; the nuclear weapons program; regulation of energy production and use; pricing and allocation; and a central energy data collection and analysis program.

**En eschange il covient que les estates soient egales.** In an exchange it is desirable that the estates be equal.

**En fait** /òn féy/. Fr. In fact; in deed; actually.

**Enfeoff** /ènfíyf/ənféf/. To invest with an estate by feoffment. To make a gift of any corporeal hereditaments to another. See Feoffment.

**Enfeoffment** /ənfíyfmənt/. The act of investing with any dignity or possession; also the instrument or deed by which a person is invested with possessions.

**Enforce.** To put into execution; to cause to take effect; to make effective; as, to enforce a particular law, a writ, a judgment, or the collection of a debt or fine; to compel obedience to. See e.g. Attachment; Execution; Garnishment.

**Enforcement.** The act of putting something such as a law into effect; the execution of a law; the carrying out of a mandate or command. See also Enforcement powers.

**Enforcement of Foreign Judgments Act.** One of the uniform laws adopted by several states which gives the holder of a foreign judgment essentially the same rights to levy and execution on his judgment as the holder of a domestic judgment. The Act defines a "foreign judgment" as any judgment, decree, or order of a court of the United States or of any other court which is entitled to full faith and credit in the state. See also Full faith and credit clause.

**Enforcement powers.** The 13th, 14th, 15th, 19th, 23rd, 24th, and 26th Amendments to U.S.Const. each contain clauses granting to Congress the power to enforce by appropriate legislation the provisions of such Amendments.

**Enfranchisement.** The act of making free (as from slavery); giving a franchise or freedom to; investiture with privileges or capacities of freedom, or municipal or political liberty. Conferring the privilege of voting upon classes of persons who have not previously possessed such. See also Franchise.

**Enfranchisement of copyholds.** In English law, the conversion of copyhold into freehold tenure, by a conveyance of the fee-simple of the property from the lord of the manor to the copyholder, or by a release from the lord of all seigniorial rights, etc., which destroys the customary descent, and also all rights and privileges annexed to the copyholder's estate.

**Engage.** To employ or involve one's self; to take part in; to embark on.

**Engaged in commerce.** To be "engaged in commerce" for purposes of Fair Labor Standards Act and Federal Employers' Liability Act, an employee must be actually engaged in the movement of commerce or the services he performs must be so closely related thereto as to be for all practical purposes an essential part thereof, rather than an isolated local activity. McLeod v. Threlkeld,

'sis pro-

egales.
e equal.

r.

by feoff-
ments to

ng with
or deed

re effect;
v, a writ,
o compel
Garnish-

uch as a
rying out
ent pow-

ne of the
gives the
ne rights
older of a
ign judg-
court of
s entitled
Full faith

9th, 23rd,
h contain
nforce by
Amend-

(as from
vestiture
nicipal or
ting upon
possessed

law, the
a convey-
he lord of
from the
stroys the
privileges

ke part in;

ommerce"
d Federal
e actually
e services
o as to be
reof, rath-
Threlkeld,

Tex., 319 U.S. 491, 63 S.Ct. 1248, 1251, 1252, 87 L.Ed. 1538; Boutell v Walling, C.C.A.Mich., 148 F.2d 329, 331. *See also* Commerce

**Engaged in employment.** To be rendering service for employer under terms of employment, and is more than being merely hired to commence work. Walling v. Consumers Co., C.C.A.Ill., 149 F.2d 626, 629.

**Engagement.** A contract or agreement characterized by exchange of mutual promises; *e.g.* engagement to marry.

**Engagement to marry.** A promise or undertaking by a man to marry a woman, for breach of which, formerly, there was a cause of action in many jurisdictions. These actions today have lost favor and are not available in most states. Such actions were called heart balm suits. *See* Heart balm statutes.

**Engender.** To cause, to bring about, to excite, to occasion, to call forth.

**Engleshire** /íŋɡləshriy/. A law was made by Canute, for the preservation of his Danes, that, when a man was killed, the hundred or town should be liable to be amerced, unless it could be proved that the person killed was an Englishman. This proof was called "Engleshire."

**En gros** /òn grów/òŋ/. Fr. In gross; total; by wholesale.

**Engrossment.** To copy in final draft. Drafting of resolution or bill just prior to final vote upon same in legislature. Buying up or securing enough of a commodity to obtain a monopoly, so as to resell at higher price; *i.e.* to corner market in such commodity. Preparing deed for execution.

**Enhanced.** Made greater; *e.g.* in value or attractiveness. This word, taken in an unqualified sense, is synonymous with "increased," and comprehends any increase of value, however caused or arising.

**Enheritance.** L. Fr. Inheritance.

**Enitia pars** /ənísh(iy)ə párz/. The share of the eldest. A term of the English law descriptive of the lot or share chosen by the eldest of coparceners when they make a voluntary partition. The first choice (*primer election*) belongs to the eldest.

**Enitia pars semper præferenda est propter privilegium ætatis** /ənísh(iy)ə párz sémpər prèfəréndə ést próptər prìvəlíyjiyəm ətéytəs/. The part of the elder sister is always to be preferred on account of the privilege of age.

**Enjoin.** To require; command; positively direct. To require a person, by writ of injunction, to perform, or to abstain or desist from, some act. *See* Injunction; Restraining order.

**Enjoy.** To have, possess, and use with satisfaction; to occupy or have benefit of.

**Enjoyment.** The exercise of a right; the possession and fruition of a right, privilege or incorporeal hereditament. Comfort, consolation, contentment, ease, happiness, pleasure and satisfaction. Such includes the beneficial use, interest and purpose to which property may be put, and implies right to profits and income therefrom. In re Lafayette Houses, City of New York, 220 N.Y.S.2d 109, 112.

*Adverse enjoyment.* The possession or exercise of an easement under a claim of right against the owner of the land out of which such easement is derived.

*Quiet enjoyment.* Covenant for. *See* Covenant.

**En juicio** /èn huwíys(i)yow/. Span. Judicially; in a court of law; in a suit at law.

**Enlarge.** To make larger; to increase; to extend a time limit; to grant further time. Also to set at liberty one who has been imprisoned or in custody.

**Enlargement of time.** Extension of time allowed for performing an act that is otherwise to be done within time specified by court rule or order. See, *e.g.*, Fed.R. Civil P. 6(b).

**Enlarger l'estate** /ənlár jər ləstéyt/. A species of release which inures by way of enlarging an estate, and consists of a conveyance of the ulterior interest to the particular tenant; as if there be tenant for life or years, remainder to another in fee, and he in remainder releases all his right to the particular tenant and his heirs, this gives him the estate in fee.

**Enlarging.** Extending, expanding, or making more comprehensive.

**Enlistment.** Voluntary entry into one of the armed services other than as a commissioned officer. "Enlistee" voluntarily submits himself to military authority by virtue of his enlistment while "inductee" does not. Even v. Clifford, D.C.Cal., 287 F.Supp. 334, 338.

**En masse** /òn mǽs/"más/. Fr. In a mass; in a lump; in bulk; at wholesale.

**En mort mayne** /ən mórt méyn/. L. Fr. In a dead hand; in mortmain.

**Enoc Arden doctrine.** The legal principles involved when a person leaves his spouse under such circumstances and for such a period of time as to make the other spouse believe that he is dead with the result that the remaining spouse marries another only to discover later the return of her first husband. Generally, in most states, it is safer for the remaining spouse to secure a divorce before marrying again.

**Enormia** /ənórmiyə/. In old practice and pleading, unlawful or wrongful acts; wrongs. *Et alia enormia*, and other wrongs. This phrase constantly occurs in the old writs and declarations of trespass.

**Enormous.** Aggravated; excessively large. Written "enormious," in some of the old books. *Enormious* is where a thing is made without a rule or against law.

**En owel main** /ən áwəl méyn/. L. Fr. In equal hand. The word *"owel"* occurs also in the phrase *"owelty* of partition."

**Enpleet** /ənplíyt/. Ancient for impleed.

**EXHIBIT B**

# Black's Law Dictionary®

## Eighth Edition

Bryan A. Garner
Editor in Chief

THOMSON
✴
WEST

Mat #40231642
Mat #40235008—deluxe

Exhibit B
Page 7

"BLACK'S LAW DICTIONARY" is a registered trademark of West, a
Thomson business. Registered in U.S. Patent and Trademark Office.

COPYRIGHT © 1891, 1910, 1933, 1951, 1957, 1968, 1979, 1990 WEST PUBLISHING CO.
COPYRIGHT © 1999 WEST GROUP
© 2004 West, a Thomson business
    610 Opperman Drive
    P.O. Box 64526
    St. Paul, MN 55164-0526
    1-800-328-9352

Printed in the United States of America

ISBN 0-314-15199-0
ISBN 0-314-15234-2—deluxe


TEXT IS PRINTED ON 10% POST CONSUMER RECYCLED PAPER



Exhibit B
Page 8

enforcement power

levy and execute on the judgment as the holder of a domestic judgment. • The Act defines a *foreign judgment* as any judgment, decree, or order (of a court in the United States or of any other court) that is entitled to full faith and credit in the state. See FULL FAITH AND CREDIT. [Cases: Judgment ⇌823. C.J.S. *Judgments* §§ 969, 971, 983–985.]

**enforcement power.** The authority by which Congress may enforce a particular constitutional amendment's provisions by appropriate legislation. • Enforcement power is granted to Congress under the 13th, 14th, 15th, 19th, 23rd, 24th, and 26th Amendments.

**enfranchise,** *vb.* 1. To grant voting rights or other rights of citizenship to (a person or class). 2. To set free, as from slavery.

**enfranchisement** (en-fran-chiz-mənt or -chiz-mənt), *n.* 1. The granting of voting rights or other rights of citizenship to a class of persons. [Cases: Elections ⇌59. C.J.S. *Elections* § 16.] 2. The act of making free, as from slavery.

**enfranchisement of copyhold.** *Hist.* The conversion of copyhold into freehold tenure, by (1) a conveyance of the fee simple from the lord of the manor to the copyholder, (2) a release by the lord of all seigniorial rights, or (3) a release by the copyholder to the lord of the copyholder's interest in the estate. See COPY-HOLD.

**engage,** *vb.* To employ or involve oneself; to take part in; to embark on.

**engagement,** *n.* 1. A contract or agreement involving mutual promises. [Cases: Contracts ⇌57. C.J.S. *Contracts* §§ 108–109.] 2. An agreement to marry; the period after which a couple has agreed to marry but before they do so. — Also termed (in sense 2) *betrothal; betrothment*. [Cases: Breach of Marriage Promise ⇌1. C.J.S. *Breach of Marriage Promise* § 3.]

**engagement fee.** See RETAINER (3).

**engagement letter.** A document identifying the scope of a professional's services to a client and outlining the respective duties and responsibilities of both.

**engagement slip.** A note sent by a lawyer to a court informing the court that the lawyer is professionally engaged in a second court on a given day and thus cannot appear before the first court on that day as scheduled. • The term is used in Pennsylvania.

**engender,** *vb.* To cause; to bring about; to occasion

**engineering, procurement, and construction contract.** See CONTRACT.

***England* procedure.** A procedure by which — after a federal court has referred a case back to state court under the *Pullman* abstention doctrine, and the state court has adjudicated the state-court issues — a litigant may return to federal court to have the federal claims adjudicated. *England v. Louisiana State Bd. of Med. Examiners,* 375 U.S. 411, 84 S.Ct. 461 (1964). See *Pullman* abstention under ABSTENTION. [Cases: Federal Courts ⇌65.]

**English rule.** The requirement that a losing litigant must pay the winner's costs and attorney's fees — Also termed *loser-pays rule*. Cf. AMERICAN RULE (1). [Cases: Costs ⇌194.14. C.J.S. *Costs* § 126.]

**Englishry, presentment of.** PRESENTMENT OF ENGLI

***en gros*** (on groh). [French] Total; by wholes; GROSS — Also spelled *en grosse* Cf EN BLOC

**engross,** *vb.* 1. *Hist.* To handwrite a document, deed, in a style characterized by large letters method of writing, which was derived from court hand, was also used in transcribing wil into the 19th century. See COURT HAND. 2. T pare a copy of (a legal document, such as a de execution. 3. To prepare a copy of (a bill or date) before a final legislative vote. Cf. ENROLL *Hist.* To buy large quantities of (a stock or com ty)'in an effort to corner the market and conti price. 5. To absorb or fully occupy. — Former spelled *ingross*. — engrossment, *n*

**engrossed bill.** See BILL (3).

**engrosser,** *n.* 1. A person who engrosses legal ments 2. *Hist.* A person who buys large quant a commodity in an effort to control the price.

**Engrosser of the Great Roll.** See CLERK OF THE PIPE

**engrossing,** *n. Hist.* The practice of buying large tities of commodities or merchandise with the of gaining a monopoly and selling them at ; high price. • Engrossing was a misdemear England until 1834. — Also termed *engrossmen* CORNERING THE MARKET.

> "Engrossing ... is the getting into one's posses: buying up, of corn or other dead victuals, with inten them again. This must of course be injurious to the by putting it in the power of one or two rich men to r price of provisions at their own discretion." 4 Williarr stone. *Commentaries on the Laws of England* 158

**engrossment,** *n.* 1. The preparation of a legal ment (such as a deed) for execution. 2. The d of a resolution or bill just before a final vote c matter in the legislature. 3. ENGROSSING.

**enhanced,** *adj.* Made greater; increased <beca his recidivism, Monte was subject to an enh sentence after his latest conviction>

**enhanced damages.** See DAMAGES.

**enhancement.** The act of augmenting; the st being enhanced <the use of a deadly weapon an enhancement of the sentence>.

*enheritance* (on-nair-ee-tahns), *n* [Law French] S HERITANCE.

*enitia pars* (ə-nish-ee-ə pahrz). [Latin] The sh: the eldest. • In English law, this describes the share chosen by the eldest of coparceners whei make a voluntary partition. The first choice ( *election*) belongs to the eldest.

**enjoin,** *vb.* 1. To legally prohibit or restrain by il tion <the company was enjoined from selli stock>. [Cases: Injunction ⇌1. C.J.S. *Inju* §§ 2–4, 12, 14, 22, 24, 166.] 2. To prescribe, date, or strongly encourage <the graduating was enjoined to uphold the highest profes standards>. — Also spelled *injoin*. — enjoi (for sense 1), *n.* — enjoinder (for sense 2), *n.*

**enjoinable,** *adj.* Capable of being prohibited by il tion <an enjoinable nuisance>. [Cases: Inju ⇌3. C.J.S. *Injunctions* § 13.]

**EXHIBIT C**

# WEBSTER'S DICTIONARY

## OF THE
## ENGLISH LANGUAGE

# UNABRIDGED

### Encyclopedic Edition



**WEBSTER'S PRESS**
**NEW YORK**

Exhibit C
Page 10

WEBSTER'S
DICTIONARY
OF THE ENGLISH LANGUAGE
UNABRIDGED
*Encyclopedic Edition*

Copyright © 1977 by J. G. Ferguson Publishing Company
*Webster's Dictionary of the English Language, Unabridged, Encyclopedic Edition*,
includes the *Webster's New Twentieth Century Dictionary of the English
Language, Unabridged, Second Edition*,
Copyright © 1977, 1975 by William Collins + World Publishing Co., Inc.
Copyright © 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964, 1966, 1968, 1970
by The World Publishing Company
Previous edition Copyright © 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1949,
1950, 1951, 1952, 1953, 1954 by the World Publishing Company
Copyright © by The World Syndicate Publishing Company 1936, 1938
Copyright © by Louise A. Cooper 1933, 1934, 1935
Copyright © by Geo. W. Ogilvie 1904, 1905, 1906, 1907, 1908, 1909, 1910, 1911,
1912, 1924, 1926,
and encyclopedic material from the following books:

Funk & Wagnalls New Comprehensive International Dictionary, Encyclopedic Edition,
Copyright © 1977, 1973, 1971 by J. G. Ferguson Publishing Company

Funk & Wagnalls Standard Dictionary, International Edition,
Copyright © 1976 by J. G. Ferguson Publishing Company
Copyright © 1974, 1973, 1971, 1970, 1969, 1968, 1967, 1966, 1965, 1964, 1963,
1962, 1961, 1960, 1959, 1958 by Funk & Wagnalls, Inc.

*The Graphic Story of the American Presidents*, by David C. Whitney,
Copyright © 1969, 1968 by J. G. Ferguson Publishing Company;
Copyright © 1967 by Nelson Doubleday, Inc. under the title *The American Presidents*

All other textual material following p. 83 is under
Copyright © 1966, 1968 by Funk & Wagnalls, Inc.

All rights reserved

Copyright under the Universal Copyright Convention;
the International Copyright Union; Pan-American
Conventions of Montevideo, Mexico, Rio de Janeiro,
Buenos Aires and Havana.

Printed in the United States of America

Exhibit C
Page 11

# enforce / English

**en·force′**, *v.t.*; enforced (-fōrst′), *pt., pp.*; enforcing, *ppr.* [ME. *enforcen*; OFr. *enforcer*, *enforcier*; LL. *infortiare*, to strengthen.]
1. to give strength to; to strengthen; to invigorate.
2. to make or gain by force; to force; to compel; as, to *enforce* a passage.
3. to put into action by violence; to drive. [Obs.]
   Stones *enforced* from the old Assyrian slings. —Shak.
4. to urge with energy; to give force to; to impress on the mind; as, to *enforce* remarks or arguments.
5. to impose by force; as, don't *enforce* your will on the child.
6. to compel observance of; as, to *enforce* the laws.
Syn.—urge, compel, require, exact, exert, strain, execute, drive, constrain.

**en·force′**, *v.i.* to struggle. [Obs.]
**en·force′**, *n.* force; strength; power. [Obs.]
**en·force′a·ble**, *a.* that can be enforced.
**en·forced′** (-fōrst′), *a.* strengthened; gained by force; compelled.
**en·for′ced·ly**, *adv.* by violence; not by choice.
**en·force′ment**, *n.* an enforcing or being enforced.
**en·for′cer**, *n.* one who enforces.
**en·for′ci·ble**, *a.* enforceable.
**en·for′cive**, *a.* having the quality of enforcing. [Obs.]
**en·for′cive·ly**, *adv.* with compulsion. [Obs.]
**en·for′est**, *v.t.*; enforested, *pt., pp.*; enforesting, *ppr.* [LL. *inforestare*, to convert into a forest.] to convert or transform into a forest. [Obs.]
**en·form′**, *v.t.* to inform. [Obs.]
**en·foul′dered**, *a.* mixed with lightning. [Obs.]
**en·frame′**, *v.t.* to furnish with a frame.
**en·fran′chise**, *v.t.*; enfranchised, *pt., pp.*; enfranchising, *ppr.* [OFr. *enfranchiss-*, stem of *enfranchir*, to set free, enfranchise; *en-*, in, and *franchir*, to set free.]
1. to set free; to liberate from slavery, bondage, legal obligation, etc.
2. to give political privileges or rights to (a city or town).
3. to give a franchise to; to admit to citizenship, especially to the right to vote.
4. to naturalize; to receive as a denizen; as, to *enfranchise* foreign words.
**en·fran′chise·ment**, *n.* an enfranchising or being enfranchised.
*enfranchisement of copyhold lands*; in old English law, conversion of copyhold tenements into freeholds.
**en·fran′chis·er**, *n.* one who enfranchises.
**en·free′**, *v.t.* to release from captivity or slavery. [Obs.]
**en·free′dom**, *v.t.* to invest with freedom. [Obs.]
**en·freeze′**, *v.t.* to freeze. [Obs.]
**en·gāge′**, *v.t.*; engaged, *pt., pp.*; engaging, *ppr.* [OFr. *engager*; It. *ingaggiare*; LL. *invadiare*, to pledge, engage; *in*, in, and *vadium*, a pledge.]
1. originally, to give or assign as security for a debt, etc.
2. to bind (oneself) by a promise; pledge; as, she *engaged* herself to do the job.
3. to bind by a promise of marriage; betroth; as, he became *engaged* to a childhood sweetheart.
4. to arrange for the services of; hire; employ; as, he *engaged* Smith as his lawyer.
5. to arrange for the use of; reserve; as, he *engaged* a hotel room.
6. to entangle.
7. to draw into; involve; as, *engage* him in conversation.
8. to attract and hold (the attention, etc.).
9. to employ the efforts, thoughts, etc. of; keep busy; occupy; as, reading *engages* all my spare time.
10. to enter into conflict with (the enemy).
11. to mesh together; to interlock with so as to produce motion, as one cogwheel with another.
Syn.—employ, hire, retain, reserve.

**en·gāge′**, *v.i.* 1. to pledge oneself; promise; undertake; agree; as, don't *engage* to do it unless you have time.
2. to occupy or involve oneself; take part; be active; as, she *engaged* in dramatics.
3. to encounter; to begin to fight; to enter into conflict; as, the armies *engaged* in a battle.
4. in mechanics, to articulate, interlock, or mesh, as the teeth of cogwheels.
5. in fencing, to touch and cross blades with one's opponent.
**en·gāged′**, *a.* 1. pledged.
2. pledged in marriage; betrothed.
3. occupied; busy; employed; without leisure.
4. joined in conflict; involved in combat, as troops.
5. in mechanics, geared together; interlocked.
6. attached to or partly set into (a wall, etc.); as, *engaged* columns.
**en·gā′ged·ly**, *adv.* with earnestness; with attachment.
**en·gā′ged·ness**, *n.* the state of being seriously and earnestly occupied; zeal; animation.
**en·gāge′ment**, *n.* 1. the act of engaging, in any of its meanings.
2. the state of being engaged, in any of its meanings.
3. a promise; a pledge.
4. a promise of marriage; betrothal.
5. an arrangement to go somewhere, do something, meet someone, etc.; appointment; obligation.
6. occupation; employment or period of employment.
7. employment in fighting; a conflict; battle.
8. [*usually pl.*] in business, financial obligations; commitments.
9. in mechanics, an interlocking or being in gear; the state of fitting and working together of parts so that motion of one produces motion of another.
10. something that engages.
**en·gā′ger**, *n.* one who enters into an engagement or contract.
**en·gā′ging**, *a.* winning; attractive; tending to draw the attention or the affections; pleasing; as, *engaging* manners.
**en·gā′ging·ly**, *adv.* in a manner to win the affections.
**en·gā′ging·ness**, *n.* the state of being attractive or agreeable.
**en·gal′lant**, *v.t.* to make a gallant of. [Obs.]
**en·gāol′** (-jāl′), *v.t.* to imprison. [Obs.]
**en·gär′boil**, *v.t.* to disorder. [Obs.]
**en gärde** (än), [Fr.] in fencing, on guard: the opening position in which the fencer is prepared either to attack or defend.
**en·gär′land**, *v.t.* to put a garland or garlands on or around.
**en·gar′ri·sŏn**, *v.t.*; engarrisoned, *pt., pp.*; engarrisoning, *ppr.* to furnish with a garrison; to defend or protect by a garrison.
**en·gas′tri·myth**, *n.* [Gr. *engastrimythos*, a ventriloquist; *en-*, in, *gastri*, dat. of *gaster*, belly, and *mythos*, speech.] a ventriloquist. [Obs.]
**en·gen′der**, *v.t.*; engendered, *pt., pp.*; engendering, *ppr.* [OFr. *engendrer*; Pr. *engendrar*, *engenrar*; It. *ingenerare*; L. *ingenerare*, to beget; *in-*, in, and *generare*, from *genus*, birth, race.]
1. to produce by sexual union; to beget. [Rare.]
2. to produce; to cause to exist; to bring about; as, pity *engendered* love.
**en·gen′der**, *v.i.* 1. to be caused or produced; to be brought into existence.
2. to copulate. [Obs.]
**en·gen′der·er**, *n.* one who or that which engenders.
**en·gen′drure**, *n.* [OFr. *engendrure*, from *engendrer*, to beget.]
1. the act of engendering. [Obs.]
2. ancestry; direct lineage. [Obs.]
**en·gild′**, *v.t.* to gild; to brighten.
**en′gine**, *n.* [OFr. *engin*, *enging*, *engeng*, natural ability, artifice, mechanical contrivance; It. *ingegno*; L. *ingenium*, natural ability, genius; *in-*, in, and the root of *gignere*, to produce.]
1. natural skill; talent. [Obs.]
2. any agent, means, or instrument used to accomplish a purpose. [Archaic.]
3. any machine that uses energy to develop mechanical power; especially, a machine for starting motion in some other machine.
4. a railroad locomotive.
5. any instrument or machine; apparatus; as, *engines* of warfare, *engines* of torture.
*agricultural engine*; a portable engine used to run a threshing machine or other farm machinery.
*binary engine*; a steam engine having two sets of cylinders, the exhaust of one vaporizing a fluid furnishing pressure for the other.
*Corliss engine*; a steam engine having an automatic drop cutoff, regulated by a wrist plate controlling four plug valves.
*cycloidal engine*; a lathe for producing on a plate the intricate curved lines seen rency, watch cases, etc.
*pony engine*; a small locomotive.
*wildcat engine*; a locomotive engine no regular schedule and running with attached, sent out on special tasks.
**en′gine**, *v.t.*; engined, *pt., pp.*; enginin
1. to fit out with an engine.
2. to employ war engines against
3. to torture with an engine. [Obs.]
**en′gine driv′er**, a locomotive engineer.
**en·gi·neer′**, *n.* [ME. *enginer*; OFr. *en* It. *ingegner*; LL. *ingeniarius*, one who or uses an engine, from *ingenium*, an mechanical contrivance.]
1. one educated, skilled, or occupied of the various branches of engineering electrical *engineer*.
2. one who operates an engine, es the driver of a railroad locomotive.
3. in military science, a member branch of the army which is concern the construction and demolition of 1 roads, and fortifications, the laying a ping of mines, etc.
4. a person who makes engines. [R
**en·gi·neer′**, *v.t.*; engineered, *pt., pp.*; ering, *ppr.* 1. to plan, construct, or ma an engineer.
2. to contrive; manage skillfully; tend; guide (a measure, action, etc. th
**en·gi·neer′ing**, *n.* 1. the planning, de construction, or management of mac roads, bridges, buildings, fortifications ways, etc.; science, profession, or wor engineer.
2. a maneuvering or managing.
*chemical engineering*; the science or sion of applying chemistry to industri
*civil engineering*; the branch of engi relating to the design and building c ways, bridges, waterworks, harbors, ra canals, and other kinds of fixed public
*hydraulic engineering*; the science an planning, constructing, and managing works and all utilities employing h machinery, such as dams, locks, levee;
*marine engineering*; the science rel; the construction and operation of ma gines.
*mechanical engineering*; the science lates to, the invention, construction, : justment of all kinds of machinery.
*military engineering*; the science of p and constructing military works, t bridges, roads, landing fields, etc.
*mining engineering*; the science of e ing and utilizing ore.
*sanitary engineering*; the branch engineering having to do with water draining, and sewage.
*steam engineering*; the science relatin construction and use of steam engines lated parts, appliances, or machines.
**en′gine house**, a building in which fire are housed.
**en′gine lathe**, an intricate lathe used for screw cutting.
**en′gine·man**, *n.*; *pl.* en′gine men, on operates an engine, especially n sta engine.
**en′gine·ry**, *n.* 1. the art of constru managing military engines, or artiller
2. military engines in general; insti of war. [Obs.]
3. machinery; engines collectively
**en′gine shaft**, a mine shaft in which th ing machinery is housed.
**en′gine turn′ing**, the act of using a c engine, or the ornamentation so prod metal, as on some watch cases, consi finely engraved lines radiating from a
**en′gi·nous**, *a.* [ME. *enginous*; OFr. *e* L. *ingeniosus*, ingenious, from *ingenii* ural ability.]
1. relating to an engine or to me construction. [Obs.]
2. of an inventive nature; skillful i ing. [Obs.]
**en·gird′**, *v.t.*; engirt *or* engirded, *pt.*, girding, *ppr.* to surround; to encircle compass; to gird.
**en·gir′dle**, *v.t.*; engirdled, *pt., pp.*; eni *ppr.* to encompass; to girdle.
**en′gi·scope**, *n.* see *engyscope*.
**en·gla′cial** (-shăl), *a.* in geology, restin the flow of a glacier; imbedded in the glacier; as, *englacial* rocks.
**Eng′land·er** (iń′gland-), *n.* a native land.
**Eng′lish** (iń′glish), *a.* [ME. *English*, E