UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

AGUDAS CHASIDEI CHABAD OF
UNITED STATES,

            Plaintiff,

vs.

RUSSIAN FEDERATION; RUSSIAN
MINISTRY OF CULTURE AND MASS
COMMUNICATION; RUSSIAN
STATE LIBRARY; and RUSSIAN
STATE MILITARY ARCHIVE,

            Defendants.

CASE NO. 1:05-CV-01548 (RCL)


**SUPPLEMENTAL DECLARATION OF MARSHALL B. GROSSMAN
IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
OF POINTS AND AUTHORITIES IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

## SUPPLEMENTAL DECLARATION OF MARSHALL B. GROSSMAN

I, Marshall B. Grossman, declare:

1.     I am an attorney at law duly licensed to practice in all courts of the State of California and was admitted on or about December 2, 2005 to appear *pro hac vice* before this Court.  Through my professional corporation, I am a member of the law firm of Alschuler Grossman Stein & Kahan, LLP, attorneys for plaintiff Agudas Chasidei Chabad of United States ("Plaintiff" or "Chabad").  I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify hereto.

2.     On June 8, 2005, I sent a letter to Ronald Bettauer, Deputy Legal Advisor of the United States Department of State (the "State Department"), requesting that the State Department issue a "Bernstein Letter" acknowledging that adjudication of this action by United States courts would not interfere with foreign policy or foreign relations by the United States government with the Russian Federation.  In my letter, I notified the State Department that Chabad's opposition memorandum to defendants' motion to dismiss would be filed on or before June 17, 2005, and that the motion would be taken under submission on July 11, 2005.

3.     On the afternoon of July 11, 2005, the same day that the United States District Court for the Central District of California took the motion to dismiss under submission without oral argument, I received a letter from Mr. Bettauer of the State Department which provides, in pertinent part, that the State Department "will continue to support the Chabad community in [its] discussions with the Russian authorities" and will

"continue to follow this case closely." A true and correct copy of Mr. Bettauer's July 11, 2005 letter is attached hereto as Exhibit A.

4.      On December 8, 2005, my colleague, Seth Gerber, notified Jake Broderick, counsel for defendants, that Chabad intends to submit and discuss the letters signed by the **entire** United States Senate on May 31, 1992, and February 24, 2005, and by **over 300** Members of Congress on May 5, 2005, and by Ronald Bettauer, Deputy Legal Advisor to the U. S. Department of State dated July 11, 2005, in Chabad's Supplemental Brief. Enclosed with Mr. Gerber's December 8, 2005 letter to defendants' counsel was a copy of the aforementioned letters from the Senate, Congress, and the State Department. Attached hereto as Exhibit B is a true and correct copy of Mr. Gerber's letter dated December 8, 2005, together with its enclosures.

5.      On December 15, 2005, Don Proudfoot, Jr., counsel for defendants, acknowledged receipt of Mr. Gerber's letter dated December 8, 2005 and its enclosures. Attached hereto as Exhibit C is a true and correct copy of Mr. Proudfoot's letter dated December 15, 2005.

6.      On and after January 11, 2006, the press reported that on January 11, 2006, a man entered the Chabad synagogue in Moscow and stabbed eight worshipers, including Chabad Delegation member Rabbi Kogan. True and correct copies of articles dated January 12, 2006 from the Los Angeles Times ("Man Stabs 8 in Moscow Synagogue") and Washington Post ("8 Stabbed at Synagogue in Moscow") are attached hereto as Exhibit D.

7.      Defendants initially conceded, for purposes of their motion, that Chabad has a valid ownership interest in the entire Collection. (Defs.' Motion to Dismiss filed

5/02/05 [CA Dkt. No. 13], at p. 10, lines 12-14.) They have now reversed their position, and seek to claim a right to the Chabad Library. Defendants also requested the Court take judicial notice of the Sixth Rebbe's letter dated February 25, 1946. (Defendants' Request for Judicial Notice filed 5/02/05 [CA Dkt. No. 18], Ex. J.) However, the English translation of the Sixth Rebbe's letter dated February 25, 1946, as originally translated by Ellen Feldman and submitted by Defendants, contains one typographical error in its third paragraph. In order to clarify the record, translator Ellen Feldman has submitted a corrected English translation of the Sixth Rebbe's letter dated February 25, 1946, a true and correct copy of which is attached hereto as Exhibit E. Ms. Feldman's corrected translation comports with the quotation of the Sixth Rebbe's letter dated February 25, 1946, as set forth in *Agudas Chasidei Chabad v. Gourary*, 833 F.2d 431, 436 (2d Cir. 1987) (stating that the Sixth Rebbe's letter dated February 25, 1946, states that the "Nazis seized three large boxes of manuscripts that 'are registered under the names of the Rabbis, members of Agudas Chasidei Chabad, Rabbi Israel Jacobson, and his son-in-law, Rabbi Shlomo Zalman Hecht, both American citizens (who are) the official owners of this property.'").

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America. Executed on this 20th day of January 2006, in Santa Monica, California.

Marshall B. Grossman

3

# EXHIBIT A

,-05   05:08pm   From-Department   State, Legal Office         2026477096         T-766   P.002/002   F-732



United States Department of State

*Washington, D.C.  20520*

July 11, 2005

Marshall B. Grossman
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

      Re:   Agudas Chasidei Chabad of United States v. Russian Federation, et al.

Dear Mr. Grossman:

      Thank you for your letter of June 8, 2005, in which you ask the Department of State to send a so-called "Bernstein" letter to the United States District Court for the Central District of California in connection with the above-captioned case.

      The Department has for many years been concerned with the situation that underlies your court case. We understand that the Chabad community considers the Schneerson collection to be very important and have worked closely with Chabad and the Russian government to resolve the issue. For over ten years, the White House and State Department have requested the Russian government to agree to a satisfactory resolution. Our Embassy in Moscow has engaged repeatedly with its Russian interlocutors on behalf of Chabad. We will continue to support the Chabad community in our discussions with Russian authorities and will hope for a breakthrough.

      The Department has given very careful consideration to your request. We have concluded, however, that we are not in a position to write the letter you request. The Foreign Sovereign Immunities Act was enacted in significant part to eliminate the need for the executive to be involved in suits against foreign sovereigns. Moreover, were we to write a letter to the court on this issue it would be difficult to avoid engaging on other legal issues that we are not prepared to comment on at this time.

      The Department will continue to follow this case closely and we look forward to remaining in close contact with you.

      Sincerely,

*Ronald Bettauer*

Ronald Bettauer
Deputy Legal Adviser

P 02019

Exhibit A
Page 4

# EXHIBIT B

# ALSCHULER GROSSMAN STEIN & KAHAN LLP
## ATTORNEYS AT LAW

**SETH M. GERBER**
ATTORNEY AT LAW
SGERBER@AGSK.COM
Direct Dial: 310-255-9111
Direct Fax: 310-907-2111

OUR FILE NUMBER
01373-204977

December 8, 2005

**VIA FACSIMILE AND U.S. MAIL**

James H. Broderick, Jr.
Squire, Sanders & Dempsey, LLP
14th Floor
801 South Figueroa Street
Los Angeles, CA 90017-5554

Re:    Agudas Chasidei Chabad of United States v. Russian Federation, et al.

Dear Mr. Broderick:

Enclosed are documents bates labeled P01981 through P02019, which are produced as supplemental initial disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. Plaintiff Agudas Chasidei Chabad of United States anticipates submitting and discussing some or all of these documents in its supplemental brief.

Pursuant to Rule 26(e), we also request that defendants supplement their initial disclosures and deficient discovery responses on or before December 23, 2005. As stated in my letter to Don Proudfoot Jr. dated May 31, 2005, it is clear that defendants are failing to provide jurisdictional discovery to preclude Chabad from opposing the Motion to Dismiss on the merits.

If you have any questions, please call me.

Very truly yours,

Seth M. Gerber

SMG:lyc

Enclosures

cc:    Marshall B. Grossman, Esq. (w/ encls.)
       Nathan Lewin, Esq. (w/ encls.)
       Wm. Bradford Reynolds, Esq. (w/ encls.)
       Don A. Proudfoot, Jr., Esq. (w/ encls.)

Exhibit B
Page 5

ALBERT GORE, JR.
TENNESSEE

383 RUSSELL SENATE OFFICE BUILDING
PHONE: 202-224-4944

# United States Senate
WASHINGTON, DC 20510-4202

May 31, 1992

The Honorable Boris Yeltsin
President of the Russian Republic
Moscow, Russia

Dear Mr. President:

We understand that you have personally committed yourself to secure the return of the Lubavitch texts, and we appreciate your having taken a stand on behalf of an act of justice.

When the Senate was in recess, the U.S. State Department issued a statement (copy attached), with which we now wish to associate ourselves. In particular, it is our hope and expectation that you will fulfill your commitment decisively through the quick release of the Schneerson-Agudas Chabad collection.

Thank you for your attention to this important matter.

Sincerely,

George Mitchell
U.S. Senator

Bob Dole
U.S. Senator

Albert Gore, Jr.
U.S. Senator

P 01981

Exhibit B
Page 6

The Honorable Boris Yeltsin
May 31, 1992
Page Two

Sam Nunn
U.S. Senator

Joseph Lieberman
U.S. Senator

Herb Kohl
U.S. Senator

Dennis DeConcini
U.S. Senator

Quentin Burdick
U.S. Senator

Ernest Hollings
U.S. Senator

Alfonse D'Amato
U.S. Senator

John McCain
U.S. Senator

Tim Wirth
U.S. Senator

Bob Packwood
U.S. Senator

Patrick Leahy
U.S. Senator

Alan Dixon
U.S. Senator

Paul Simon
U.S. Senator

Kent Conrad
U.S. Senator

Christopher Dodd
U.S. Senator

Conrad Burns
U.S. Senator

P 01982

The Honorable Boris Yeltsin
May 31, 1992
Page Three

Connie Mack
U.S. Senator

Joseph Biden
U.S. Senator

Daniel Inouye
U.S. Senator

Charles Grassley
U.S. Senator

Ted Stevens
U.S. Senator

Edward M. Kennedy
U.S. Senator

Charles Robb
U.S. Senator

Phil Gramm
U.S. Senator

Jim Sasser
U.S. Senator

Paul Wellstone
U.S. Senator

John Seymour
U.S. Senator

Harris Wofford
U.S. Senator

Richard Lugar
U.S. Senator

Daniel Patrick Moynihan
U.S. Senator

Carl Levin
U.S. Senator

Donald Riegle
U.S. Senator

P 01983

The Honorable Boris Yeltsin
May 31, 1992
Page Four

Strom Thurmond
U.S. Senator

Paul Sarbanes
U.S. Senator

Frank Lautenberg
U.S. Senator

Orrin Hatch
U.S. Senator

Brock Adams
U.S. Senator

John Glenn
U.S. Senator

Bob Graham
U.S. Senator

Dave Durenberger
U.S. Senator

Lubavitch Text

Howell Heflin
U.S. Senator

Tom Daschle
U.S. Senator

Claiborne Pell
U.S. Senator

Dan Coats
U.S. Senator

John Warner
U.S. Senator

John D. Rockefeller, IV
U.S. Senator

Wyche Fowler, Jr.
U.S. Senator

Mitch McConnell
U.S. Senator

The Honorable Boris Yeltsin
May 31, 1992
Page Five

Arlen Specter
U.S. Senator

William Cohen
U.S. Senator

Bill Bradley
U.S. Senator

Malcolm Wallop
U.S. Senator

John Danforth
U.S. Senator

Frank Murkowski
U.S. Senator

Jim Jeffords
U.S. Senator

Alan Cranston
U.S. Senator

Nancy L. Kassebaum
U.S. Senator

Warren Rudman
U.S. Senator

Hank Brown
U.S. Senator

Bob Kasten
U.S. Senator

Daniel Akaka
U.S. Senator

David Boren
U.S. Senator

Tom Harkin
U.S. Senator

Barbara Mikulski
U.S. Senator

P 01985

The Honorable Boris Yeltsin
May 31, 1992
Page Six

_[signature]_
Wendell Ford
U.S. Senator

_[signature]_
Don Nickles
U.S. Senator

_[signature]_
Richard Shelby
U.S. Senator

_[signature]_
John Breaux
U.S. Senator

_[signature]_
John Kerry
U.S. Senator

_[signature]_
Larry Craig
U.S. Senator

_[signature]_
Dale Bumpers
U.S. Senator

_[signature]_
Lloyd Bentsen
U.S. Senator

_[signature]_
Jesse Helms
U.S. Senator

_[signature]_
Pete Domenici
U.S. Senator

_[signature]_
Bob Smith
U.S. Senator

_[signature]_
Bennett Johnston
U.S. Senator

_[signature]_
William Roth
U.S. Senator

_[signature]_
Slade Gorton
U.S. Senator

_[signature]_
Richard Bryan
U.S. Senator

_[signature]_
Trent Lott
U.S. Senator

P 01986

The Honorable Boris Yeltsin
May 31, 1992
Page Seven

Bob Kerrey
U.S. Senator

Steve Symms
U.S. Senator

Alan Simpson
U.S. Senator

Larry Reid
U.S. Senator

Howard Metzenbaum
U.S. Senator

Christopher Bond
U.S. Senator

John Chafee
U.S. Senator

James Exon
U.S. Senator

Thad Cochran
U.S. Senator

Mark Hatfield
U.S. Senator

Max Baucus
U.S. Senator

Jake Garn
U.S. Senator

Terry Sanford
U.S. Senator

Jeff Bingaman
U.S. Senator

Larry Pressler
U.S. Senator

David Pryor
U.S. Senator

Robert C. Byrd
U.S. Senator

P 01987

Exhibit B
Page 12

U.S. DEPARTMENT OF STATE

Office of the Assistant Secretary/Spokesman

For Immediate Release                          April 15, 1992
04/15/92

STATEMENT BY MARGARET TUTWILER/SPOKESMAN

MEETING BETWEEN SECRETARY BAKER AND RABBI SHLOMO CUNIN

SECRETARY BAKER MET WITH RABBI SHLOMO CUNIN THIS MORNING TO
EXPRESS THE U.S. GOVERNMENT'S CONTINUED STRONG SUPPORT FOR THE
RETURN OF THE SCHNEERSON LIBRARY, SEIZED FROM THE LUBAVITCHERS
IN 1918.  THE SCHNEERSON LIBRARY IS CURRENTLY HELD BY THE
RUSSIAN STATE LIBRARY (FORMERLY THE LENIN LIBRARY) IN MOSCOW.

WE DEPLORE THE APRIL 6 FIREBOMBING OF THE SYNAGOGUE WHERE RABBI
CUNIN WAS STAYING IN MOSCOW.  TWO DAYS BEFORE, VANDALS HAD
PAINTED THREATS AND ANTI-SEMITIC SLOGANS ON THE SYNAGOGUE
WALL.  WE ARE ALSO DISTURBED BY THE ATTEMPTS OF ANTI-SEMITIC
GROUPS TO DEFAME THE LUBAVITCHERS BY LINKING THEIR DESIRE FOR
THE RETURN OF THEIR PROPERTY TO ANCIENT, SCURRILOUS MYTHS ABOUT
JEWISH RITUALS.  STATE DEPARTMENT OFFICIALS IN WASHINGTON AND
MOSCOW HAVE REQUESTED A THOROUGH INVESTIGATION OF THESE
INCIDENTS.

THE INTERESTS OF ALL PARTIES WOULD BE BEST SERVED BY THE QUICK
RELEASE OF THE SCHNEERSON MANUSCRIPTS.  THE U.S. GOVERNMENT
WILL CONTINUE TO WORK FOR THE RELEASE OF THESE RELIGIOUS TEXTS
TO THEIR RIGHTFUL OWNERS.  WE ALSO WILL CONTINUE TO URGE THE
GOVERNMENT OF RUSSIA AND THE OTHER NEW STATES TO TAKE STEPS TO
COMBAT THE THREAT OF ANTI-SEMITISM.

P 01988

# United States Senate

## WASHINGTON, DC 20510

March 16, 1993

The Honorable Boris Yeltsin
President of the Russian Republic
Moscow, Russia

Dear Mr. President:

We are writing once again in reference to the Schneerson-Agudas Chabad Library collection.

As you know, last year all of our colleagues in the Senate and over 130 members of the House wrote similar letters calling upon you to fulfill your commitment to then-Secretary of State James Baker to return the collection to its rightful owners. Of late, we are aware that Rabbi Cunin and his delegation were granted access to the books and we are heartened by this gesture. However, we continue to await final action on this matter.

We therefore again request that you do everything possible to ensure the release of the Schneerson-Agudas Chabad Library collection. We look forward to a resolution of this matter.

Sincerely,

George Mitchell
U.S. Senator

Bob Dole
U.S. Senator

Joseph Leiberman
U.S. Senator

Strom Thurmond
U.S. Senator

P 01989

Exhibit B
Page 14

The Honorable Boris Yeltsin
March 16, 1993
Page Two

Sam Nunn
U.S. Senator

Richard Lugar
U.S. Senator

Claiborne Pell
U.S. Senator

Jesse Helms
U.S. Senator

Wendell Ford
U.S. Senator

Alan Simpson
U.S. Senator

Bill Bradley
U.S. Senator

Phil Gramm
U.S. Senator

Frank Lautenberg
U.S. Senator

Arlen Specter
U.S. Senator

Alfonse D'Amato
U.S. Senator

John Warner
U.S. Senator

Edward Kennedy
U.S. Senator

P 01990

Exhibit B
Page 15

# United States Senate
### WASHINGTON, DC 20510

February 24, 2005

The Honorable Vladimir Putin
President
Russian Federation

Dear Mr. President:

We, the undersigned members of the United States Senate, respectfully request your assistance in returning the Schneerson collection from the Russian State Library and the Russian State Military Archive, to its rightful owners in the United States: Agudas Chasidei Chabad of United States (hereafter referred to as "Chabad").

The religious texts that Chabad seeks to retrieve consist of rare and irreplaceable books, archives and manuscripts on Chabad philosophy, Jewish religious law, prayer and tradition. The first portion of the Schneerson collection was seized by the former USSR around the time of the Bolshevik revolution and placed in the Russian State Library, where it remains to this day

The second portion of the Schneerson collection is in storage at the Russian State Military Archive  It had been assumed that this portion of the collection had been destroyed or captured by Nazi Germany during the holocaust and Nazi occupation of Warsaw, Poland in World War II. Chabad recently learned that the Soviet Army captured this portion of the Schneerson collection from the Nazis and transferred it to the Russian State Military Archive.

Chabad has worked tirelessly to secure the release of these texts, archives, and manuscripts that comprise the sacred heritage of an entire community. On May 31, 1992, the entire United States Senate collectively appealed to then-President Boris Yeltsin to honor his own commitment to return the Schneerson collection. A copy of this appeal is enclosed. Since 1992, however, a mere eight volumes have been released.

We urge you to return these sacred religious texts, archives, and manuscripts to Chabad, which would be a significant example of your government's commitment to justice, human rights, and religious freedom.

Sincerely,

Exhibit B
Page 16

P 01991

The Honorable Vladimir Putin
Page 2

P 01992

The Honorable Vladimir Putin
Page 3

The Honorable Vladimir Putin
Page 4

_(signatures)_

The Honorable Vladimir Putin
Page 5

The Honorable Vladimir Putin
Page 6

The Honorable Vladimir Putin
Page 7

*[Signatures]*

P 01997

The Honorable Vladimir Putin
Page 8

_[signatures]_

P 01998

**COMMISSION ON
SECURITY AND COOPERATION
IN EUROPE**

234 FORD HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6460
(202) 225-1901
FAX: (202) 226-4199
www.csce.gov

February 22, 2005

President Vladimir V. Putin
The Russian Federation
The Kremlin
Moscow, RUSSIA

Dear Mr. President:

We would like to call your attention to a matter of great importance to us and many of our citizens. We refer to the efforts of the Lubavitch Chasidic community of Jews to recover the Schneerson Collection of sacred texts currently held in the Russian State Library and the Russian State Military Archive. The collection was seized by the Soviet Government in the 1920s.

In November 1991, the Russian Federation Arbitration Court ordered the collection returned to the Lubavitch community. However, government officials responsible for carrying out the court's decision refused to do so and the Russian State Duma subsequently sought to annul the court's decision, calling into question the integrity of the rule of law in Russia.

In 1992, the Helsinki Commission wrote to President Yeltsin seeking his assistance in returning the Schneerson Collection to their rightful owners (see attachment). Since that time, many more prominent Americans have joined the campaign for the Schneerson Collection. We are also enclosing a recent letter on the subject signed by all 100 Members of the United States Senate. We, Republicans and Democrats in the United States Senate and the U.S. Helsinki Commission, are united in this effort.

Mr. President, "justice delayed is justice denied." We urge you to take every appropriate measure to see that justice is done in this matter. In the meantime, we intend to raise this matter at every appropriate opportunity and venue.

With best wishes, we remain

Sincerely,

Sam Brownback, U.S.S.
Chairman

Christopher H. Smith, M.C.
Co-Chairman

Exhibit B
Page 24

P 01999

President Vladimir V. Putin
February 22, 2005
Page 2


Christopher J. Dodd, U.S.S.
Ranking Member

Benjamin L. Cardin, M.C.
Ranking Member


Encl:  2


cc: Hon. Alexander Vershbow, Ambassador of the United States to the Russian Federation
    Hon. Yuri V. Ushakov, Ambassador of the Russian Federation to the United States


P 02000

**COMMISSION ON
SECURITY AND COOPERATION
IN EUROPE**

234 FORD HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6460
(202) 225–1901
FAX: (202) 226–4199
www.csce.gov

22 февраля 2005 г.

В.В. Путину
Президенту Российской Федерации
Кремль
Москва, РОССИЯ

Уважаемый Господин Президент!

    Мы хотели бы обратить Ваше внимание на вопрос чрезвычайной важности для нас и для многих наших граждан. Речь идет о попытках Любавичской Хасидской Еврейской общины вернуть себе библиотеку Шнеерсона, собрание священных писаний, находящееся в данный момент в Государственной Библиотеке Российской Федерации и в Российском Государственном Военном Архиве. В 1920-х годах, библиотека была конфискована Советскими властями.

    В ноябре 1991 года, Высший Арбитражный Суд Российской Федерации распорядился отдать эту коллекцию книг Любавичской общине. Однако государственные лица, которым надлежало выполнить судебное решение, отказались это сделать. В дальнейшем, Государственная Дума РФ добивалась отмены данного судебного решения, ставя под вопрос приверженность России понятиям правового государства.

    В 1992 году, члены Хельсинкской комиссии написали письмо Президенту Ельцину с просьбой оказать содействие в возвращении библиотеки Шнеерсона законным владельцам (копия прилагается). С тех пор, немало выдающихся американцев присоединилось к борьбе за возвращение библиотеки Шнеерсона. Прилагается копия недавно написанного по этому вопросу письма, подписанного всеми 100 членами Сената Соединенных Штатов. Мы, республиканцы и демократы в Сенате Соединенных Штатов и в Хельсинкской комиссии, едины в этом деле.

    Господин Президент, говорят, что «отложенная справедливость — это отверженная справедливость». Мы настоятельно просим Вас принять все надлежащие меры к тому,

В.В. Путину
22 февраля 2005 г
2-ая страница

чтобы в этом деле восторжествала справедливость. В то же время, мы сообщаем о нашем намерении поднимать этот вопрос при любом соответствующем случае и в любом уместном месте.

     С наилучшими пожеланиями,

          Искренне Ваши

Сэм Броунбак, Сенатор США
Председатель

Кристофер Х. Смит, Член Конгресса США
Сопредседатель

Кристофер Дж. Додд, Сенатор США
Старший Член от меньшества

Бенджамин Л. Кардин, Член Конгресса США
Старший Член от меньшества

Приложения:  2

копия:  Гос. Александру Вершбоу, послу Соединенных Штатов в Российской
           Федерации
   Гос:  Юрию В. Ушакову, послу Российской Федерации в Соединенных
           Штатах

P 02002



# Congress of the United States
## House of Representatives
### Washington, DC 20515

May 5, 2005

The Honorable Vladimir Putin
President of the Russian Federation
The Kremlin
Moscow

Dear Mr. President:

We are writing in concurrence with a recent letter sent by our colleagues in the United States Senate to respectfully request your assistance in returning the Schneerson collection of religious texts from the Russian State Library and the Russian State Military Archive to its rightful owners in the United States: Agudas Chasidei Chabad of the United States.

As you are aware, Chabad has long sought to recover the Schneerson collection, which is comprised of religious texts on Jewish philosophy, religious law, and tradition. These rare and irreplaceable writings form a vital part of Chabad's cultural and spiritual heritage. One portion of the Schneerson collection was seized by Communist authorities around the time of the Bolshevik revolution and placed in the Russian State Library, where it remains to this day. The second portion of the collection was confiscated by the Nazis during the Holocaust in Warsaw and later captured by the Soviet Army at the end of World War II and transferred to the Russian State Military Archive.

As the Russian Federation prepares for the May 9, 2005 celebration marking the 60th anniversary of Victory Day and the surrender of Nazi Germany, we urge you to take this opportunity to return the entire Schneerson collection to its rightful owners in the United States. Your timely action would be a significant gesture of your government's commitment to justice, human rights, and religious tolerance.

Thank you for your attention to this important matter.

Sincerely,

Henry A. Waxman
Member of Congress

Christopher H. Smith
Member of Congress

Benjamin L. Cardin
Member of Congress

PRINTED ON RECYCLED PAPER

P 02003

Exhibit B
Page 28

Nancy Pelosi
Member of Congress

Bob Ney
Member of Congress

Susan A. Davis
Member of Congress

Henry J. Hyde
Member of Congress

Tom Lantos
Member of Congress

Robert Wexler
Member of Congress

Anthony D. Weiner
Member of Congress

Thaddeus G. McCotter
Member of Congress

James A. Leach
Member of Congress

Vito Fossella
Member of Congress

Chris Van Hollen
Member of Congress

John Shimkus
Member of Congress

Raul M. Grijalva
Member of Congress

Doris Matsui
Member of Congress

Henry E. Brown, Jr.
Member of Congress

Ileana Ros-Lehtinen
Member of Congress

Jim McDermott
Member of Congress

Diane E. Watson
Member of Congress

Exhibit B
Page 29

P 02004