Carolyn B. Maloney
Member of Congress

Betty McCollum
Member of Congress

Edolphus Towns
Member of Congress

Dan Burton
Member of Congress

Nita M. Lowey
Member of Congress

Lloyd Doggett
Member of Congress

Neil Abercrombie
Member of Congress

Steve King
Member of Congress

John R. Kuhl, Jr.
Member of Congress

Bart Gordon
Member of Congress

Howard L. Berman
Member of Congress

Michael R. McNulty
Member of Congress

Christopher Cox
Member of Congress

Sam Farr
Member of Congress

Debbie Wasserman Schultz
Member of Congress

Brad Sherman
Member of Congress

Ron Kind
Member of Congress

Joseph R. Pitts
Member of Congress

Stephen F. Lynch
Member of Congress

Shelley Berkley
Member of Congress

Ed Case
Member of Congress

Joe Baca
Member of Congress

Dennis A. Cardoza
Member of Congress

James P. McGovern
Member of Congress

Madeleine Z. Bordallo
Member of Congress

Steve Israel
Member of Congress

Stephanie Tubbs Jones
Member of Congress

Timothy H. Bishop
Member of Congress

Brian Baird
Member of Congress

Dale E. Kildee
Member of Congress

Sam Graves
Member of Congress

Jim Saxton
Member of Congress

John Lewis
Member of Congress

George Miller
Member of Congress

Albert R. Wynn
Member of Congress

Maurice D. Hinchey
Member of Congress

E. Clay Shaw, Jr.
Member of Congress

Sander M. Levin
Member of Congress

Brad Miller
Member of Congress

William J. Jefferson
Member of Congress

Jim Costa
Member of Congress

Carolyn McCarthy
Member of Congress

John Barrow
Member of Congress

Robert E. Andrews
Member of Congress

William D. Delahunt
Member of Congress

Steve Chabot
Member of Congress

Eliot L. Engel
Member of Congress

Eni Faleomavaega
Member of Congress

Gary L. Ackerman
Member of Congress

Frank Pallone, Jr.
Member of Congress

Bob Beauprez
Member of Congress

Lane Evans
Member of Congress

John L. Mica
Member of Congress

Corrine Brown
Member of Congress

Alcee L. Hastings
Member of Congress

Bobby L. Rush
Member of Congress

John M. McHugh
Member of Congress

Lucille Roybal-Allard
Member of Congress

Mike Pence
Member of Congress

Bill Pascrell, Jr.
Member of Congress

Lois Capps
Member of Congress

Sanford D. Bishop, Jr.
Member of Congress

Daniel Lipinski
Member of Congress

Zoe Lofgren
Member of Congress

James E. Clyburn
Member of Congress

Jane Harman
Member of Congress

Gene Green
Member of Congress

Darrell E. Issa
Member of Congress

Jeff Flake
Member of Congress

Mark E. Souder
Member of Congress

Loretta Sanchez
Member of Congress

Richard H. Baker
Member of Congress

Lamar S. Smith
Member of Congress

Janice D. Schakowksy
Member of Congress

Mary Bono
Member of Congress

Bob Filner
Member of Congress

Jim Cooper
Member of Congress

Rick Renzi
Member of Congress

Henry Bonilla
Member of Congress

John Boozman
Member of Congress

Allyson Y. Schwartz
Member of Congress

Peter A. DeFazio
Member of Congress

Fred Upton
Member of Congress

Steven R. Rothman
Member of Congress

Dave E. Price
Member of Congress

Linda T. Sanchez
Member of Congress

Bernard Sanders
Member of Congress

Rosa L. DeLauro
Member of Congress

Major R. Owens
Member of Congress

Mike Ferguson
Member of Congress

David Scott
Member of Congress

George Radanovich
Member of Congress

Peter T. King
Member of Congress

Mark Steven Kirk
Member of Congress

Tim Holden
Member of Congress

Adam B. Schiff
Member of Congress

G. K. Butterfield
Member of Congress

Jerrold Nadler
Member of Congress

Joseph Crowley
Member of Congress

Mike McIntyre
Member of Congress

Charlie Norwood
Member of Congress

Zach Wamp
Member of Congress

Leonard L. Boswell
Member of Congress

W. Todd Akin
Member of Congress

James T. Walsh
Member of Congress

Ellen O. Tauscher
Member of Congress

Edward J. Markey
Member of Congress

Gregory W. Meeks
Member of Congress

Tim Ryan
Member of Congress

Brian Higgins
Member of Congress

Donna M. Christensen
Member of Congress

Jo Ann Emerson
Member of Congress

Henry Cuellar
Member of Congress

Rahm Emanuel
Member of Congress

Barbara Lee
Member of Congress

Harold E. Ford, Jr.
Member of Congress

Ted Strickland
Member of Congress

Mark Udall
Member of Congress

Trent Franks
Member of Congress

John S. Tanner
Member of Congress

Ben Chandler
Member of Congress

Michael M. Honda
Member of Congress

John D. Dingell
Member of Congress

Adam Smith
Member of Congress

Sheila Jackson-Lee
Member of Congress

David Wu
Member of Congress

P 02010

Exhibit B
Page 35

Pete Sessions
Member of Congress

Russ Carnahan
Member of Congress

Juanita Millender-McDonald
Member of Congress

Peter J. Visclosky
Member of Congress

Michael F. Doyle
Member of Congress

Vic Snyder
Member of Congress

Al Green
Member of Congress

Mario Diaz-Balart
Member of Congress

Katherine Harris
Member of Congress

Rush D. Holt
Member of Congress

Timothy V. Johnson
Member of Congress

Norman D. Dicks
Member of Congress

Julia Carson
Member of Congress

John Boehner
Member of Congress

Tom Udall
Member of Congress

Bobby Scott
Member of Congress

Jim Ryun
Member of Congress

Eleanor Holmes Norton
Member of Congress

Mike Rogers
Member of Congress

Diana DeGette
Member of Congress

Danny K. Davis
Member of Congress

Exhibit B
Page 36

P 02011

Lincoln Diaz-Balart
Member of Congress

John W. Olver
Member of Congress

Tom Tancredo
Member of Congress

Tom Latham
Member of Congress

John B. Shaddegg
Member of Congress

Kendrick B. Meek
Member of Congress

Richard E. Neal
Member of Congress

John R. Carter
Member of Congress

K. Michael Conaway
Member of Congress

Stephanie Herseth
Member of Congress

Patrick J. Kennedy
Member of Congress

Jim Davis
Member of Congress

Tom Davis
Member of Congress

Joel Hefley
Member of Congress

Rob Bishop
Member of Congress

Lynn C. Woolsey
Member of Congress

Ralph M. Hall
Member of Congress

Jose E. Serrano
Member of Congress

Jeff Miller
Member of Congress

Dana Rohrabacher
Member of Congress

Melvin L. Watt
Member of Congress

Exhibit B
Page 37

P 02012

Tim Murphy
Member of Congress

Jay Inslee
Member of Congress

John J. Duncan, Jr.
Member of Congress

John Conyers, Jr.
Member of Congress

Wally Herger
Member of Congress

Robert B. Aderholt
Member of Congress

Jon C. Porter
Member of Congress

Daniel E. Lungren
Member of Congress

Dave Weldon
Member of Congress

Rodney Alexander
Member of Congress

Artur Davis
Member of Congress

Frank D. Lucas
Member of Congress

Patrick J. Tiberi
Member of Congress

Lee Terry
Member of Congress

Mike Thompson
Member of Congress

Rick Larsen
Member of Congress

Jim Gerlach
Member of Congress

Robert A. Brady
Member of Congress

Pete Stark
Member of Congress

Kenny Marchant
Member of Congress

Xavier Becerra
Member of Congress

Exhibit B
Page 38

P 02013

Kay Granger
Member of Congress

Chris Chocola
Member of Congress

William L. Jenkins
Member of Congress

David G. Reichert
Member of Congress

Frank A. LoBiondo
Member of Congress

Rob Simmons
Member of Congress

Ron Lewis
Member of Congress

Jeb Bradley
Member of Congress

Sherwood Boehlert
Member of Congress

Donald M. Payne
Member of Congress

Charles B. Rangel
Member of Congress

Elton Gallegly
Member of Congress

Emanuel Cleaver
Member of Congress

John Sullivan
Member of Congress

Bill Shuster
Member of Congress

Charles W. Dent
Member of Congress

Sherrod Brown
Member of Congress

C. A. Dutch Ruppersberger
Member of Congress

Thomas H Allen
Member of Congress

Dennis J. Kucinich
Member of Congress

Chet Edwards
Member of Congress

Donald A. Manzullo
Member of Congress

Kevin Brady
Member of Congress

Jim Matheson
Member of Congress

Virgil H. Goode, Jr.
Member of Congress

Duncan Hunter
Member of Congress

James L. Oberstar
Member of Congress

Allen Boyd
Member of Congress

John N. Hostettler
Member of Congress

Todd Russell Platts
Member of Congress

Marilyn N. Musgrave
Member of Congress

Charles A. Gonzalez
Member of Congress

Michael T. McCaul
Member of Congress

Bob Etheridge
Member of Congress

Hilda L. Solis
Member of Congress

Judy Biggert
Member of Congress

Marion Berry
Member of Congress

Michael E. Capuano
Member of Congress

Shelley Moore Capito
Member of Congress

James R. Langevin
Member of Congress

Candice S Miller
Member of Congress

Jerry Weller
Member of Congress

Exhibit B
Page 40

P 02015

Ed Pastor
Member of Congress

Ruben Hinojosa
Member of Congress

Anne M. Northup
Member of Congress

Silvestre Reyes
Member of Congress

Darlene Hooley
Member of Congress

John T. Doolittle
Member of Congress

Michael Bilirakis
Member of Congress

Ernest J. Istook, Jr.
Member of Congress

Marcy Kaptur
Member of Congress

Howard P. McKeon
Member of Congress

Jerry F. Costello
Member of Congress

Barney Frank
Member of Congress

Elijah J. Cummings
Member of Congress

Vernon J. Ehlers
Member of Congress

Grace F. Napolitano
Member of Congress

Steve Pearce
Member of Congress

Geoff Davis
Member of Congress

John T Salazar
Member of Congress

Michael G. Fitzpatrick
Member of Congress

Mark R. Kennedy
Member of Congress

Eddie Bernice Johnson
Member of Congress

Michael K. Simpson
Member of Congress

Adam H. Putnam
Member of Congress

Bobby Jindal
Member of Congress

Virginia Foxx
Member of Congress

Jim Gibbons
Member of Congress

Anna G. Eshoo
Member of Congress

Robin Hayes
Member of Congress

Melissa L. Bean
Member of Congress

Marsha Blackburn
Member of Congress

Michael H. Michaud
Member of Congress

Walter B. Jones
Member of Congress

Charlie Melancon
Member of Congress

Bob Inglis
Member of Congress

Tom Feeney
Member of Congress

Frank R. Wolf
Member of Congress

Joe Wilson
Member of Congress

Phil Gingrey
Member of Congress

Ginny Brown-Waite
Member of Congress

Jim Marshall
Member of Congress

Jo Ann Davis
Member of Congress

Ander Crenshaw
Member of Congress

P 02017

Chaka Fattah
Member of Congress

Christopher Shays
Member of Congress

Charles W. Boustany
Member of Congress

Gary G. Miller
Member of Congress

Peter Hoekstra
Member of Congress

Ray LaHood
Member of Congress

John Linder
Member of Congress

John Kline
Member of Congress

Phil English
Member of Congress

Thelma D. Drake
Member of Congress

J.D. Hayworth
Member of Congress

Michael R. Turner
Member of Congress

Melissa A. Hart
Member of Congress

James P. Moran
Member of Congress

Dennis Moore
Member of Congress

Michael E. Sodrel
Member of Congress

Nick J. Rahall
Member of Congress

Maxine Waters
Member of Congress



**United States Department of State**

*Washington, D.C.  20520*

July 11, 2005

Marshall B. Grossman
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

      Re:   Agudas Chasidei Chabad of United States v. Russian Federation, et al.

Dear Mr. Grossman:

      Thank you for your letter of June 8, 2005, in which you ask the Department of State to send a so-called "Bernstein" letter to the United States District Court for the Central District of California in connection with the above-captioned case.

      The Department has for many years been concerned with the situation that underlies your court case. We understand that the Chabad community considers the Schneerson collection to be very important and have worked closely with Chabad and the Russian government to resolve the issue. For over ten years, the White House and State Department have requested the Russian government to agree to a satisfactory resolution. Our Embassy in Moscow has engaged repeatedly with its Russian interlocutors on behalf of Chabad. We will continue to support the Chabad community in our discussions with Russian authorities and will hope for a breakthrough.

      The Department has given very careful consideration to your request. We have concluded, however, that we are not in a position to write the letter you request. The Foreign Sovereign Immunities Act was enacted in significant part to eliminate the need for the executive to be involved in suits against foreign sovereigns. Moreover, were we to write a letter to the court on this issue it would be difficult to avoid engaging on other legal issues that we are not prepared to comment on at this time.

      The Department will continue to follow this case closely and we look forward to remaining in close contact with you.

      Sincerely,

Ronald Bettauer
Deputy Legal Adviser

# EXHIBIT C

12/15/2005 17:00 FAX 213 622 2333                                    ☏002/003



SQUIRE, SANDERS & DEMPSEY L.L.P.

801 South Figueroa, 14th Floor
Los Angeles, California 90017-5554

Office: +1.213.624.2500
Fax: +1.213.623.4581

Direct: +1.213.689.5140
dproudfoot@ssd.com

December 15, 2005

**VIA FACSIMILE (310-907-2111) AND MAIL**

Seth M. Gerber, Esq.
Alschuler Grossman Stein & Kahan LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re:    _Agudas Chasidei Chabad of United States v Russian Federation, et al._

Dear Seth:

     This is in response to and in acknowledgment of receipt of your letter to Jake Broderick of December 8, 2005 and its accompanying enclosures. As an initial matter, we do not believe the documents produced are either relevant to the issues before the court under the already ripe motion for dismissal or are appropriate for submission and discussion in the supplemental briefs which, under the Court's Order of November 23, 2005, are for the purpose of "clarifying and restating [the parties'] arguments in light of applicable case law in the District of Columbia Circuit."

     With respect to your request that defendants supplement their prior disclosures and discovery responses under Rule 26 (e), we disagree with your characterization of those as "deficient" and do not believe that any supplementation is due at this time under Rule 26 (e), or otherwise. I am puzzled by your reference to your letter of May 31, 2005 to me. That letter was in the middle of a long string of letters and emails dealing with arrangements for depositions which were later taken. As far as we are concerned, our clients have complied with the obligation to provide the limited jurisdictional discovery permitted pursuant to the parties' stipulations and the orders entered by Judge Anderson. What remains is to clarify and restate the arguments based on District of Columbia Circuit case law as requested and ordered by Judge Lamberth, a task that we now have underway.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MADRID • MILAN • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

Exhibit C
Page 45

12/15/2005 17:00 FAX 213 622 2333                                    ☒003/003

SQUIRE, SANDERS & DEMPSEY L.L.P.

Seth M Gerber, Esq.
December 15, 2005
Page 2

                                    Sincerely yours,

                                    SQUIRE, SANDERS & DEMPSEY L.L.P.

                                    Don A. Proudfoot, Jr.

DAP/JV
cc:    Marshall B. Grossman, Esq.
       Jonathan E. Stern, Esq.
       James H. Broderick, Esq.
       Lan T. Quach, Esq.
       Donald T. Bucklin, Esq.
       Nathan Lewin, Esq.
       Wm. Bradford Reynolds, Esq.
LOSANGELES/200791.1

Exhibit C
Page 46

12/15/2005 17.00 FAX 213 622 2333                                    ☑001/003



SQUIRE, SANDERS & DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, California 90017-5554
Office: +1.213.624.2500
Fax: +1.213.623.6831

LEGAL
COUNSEL
WORLDWIDE

### December 15, 2005

## PLEASE DELIVER THESE PAGES IMMEDIATELY

### No. of Pages (including cover): 3

| | | | |
|---|---|---|---|
| To: | Seth M. Gerber, Esq. | Facsimile No: | 310-907-2111 (Direct) |
| To: | Marshall B. Grossman, Esq.<br>Jonathan Stern, Esq. | Facsimile No: | 310-907-2000 |
| Company: | Alschuler Grossman Stein & Kahan LLP | Confirmation No: | 310-907-1000 |
| From: | Don A. Proudfoot, Jr. | Direct Dial No: | 213-689-5140 |
| E-mail: | dproudfoot@ssd.com | | |

Re: *Agudas Chasidei Chabad of United States v. Russian Federation et al*

Message: Please see attached.

---

### CONFIDENTIALITY NOTICE:

The attached information is LEGALLY PRIVILEGED AND CONFIDENTIAL and is intended only for the use of the addressee named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, please be aware that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above via the postal service. Thank you.    188135

| Sender No.: | 10242 | 65294.00001 | L.A. |
|---|---|---|---|
| Job No: | | Account No. | Return to Office |

Exhibit C
Page 47

# EXHIBIT D

LOS ANGELES TIMES

# The World

THURSDAY, JANUARY 12, 2006

# Man Stabs 8 in Moscow Synagogue

**The suspect, who was subdued by the rabbi and his son, is in custody. During the attack, he reportedly yelled 'I will kill!' and 'Heil Hitler!'**

By KIM MURPHY
*Times Staff Writer*

MOSCOW — A young man with a shaved head shouting "I will kill!" rushed into a downtown synagogue Wednesday and stabbed eight people before he was wrestled to the ground and disarmed by the rabbi and his son.

The latest incident of apparent anti-Semitic violence brought swift condemnation from the Russian government and religious leaders.

The suspect was taken into custody, and officials said they would investigate whether to charge him with ethnic and religious violence.

At least three of the victims were said to have suffered serious injuries. They included Michoel Mishulovin, a 34-year-old Los Angeles rabbi who had recently returned to work in his native Russia. He was stabbed in the stomach and hand and was undergoing surgery Wednesday night.

Witnesses said the suspect, identified by police as Alexander Koptsev, 20, of Moscow, rushed into the well-known Bolshaya Bronnaya synagogue and Jewish cultural center about 5:30 p.m., when people had assembled to study, socialize and prepare for evening prayers.

The suspect apparently was able to make his way past the facility's metal detectors and attack one of the guards with a large butcher knife. Witnesses said he stabbed several people downstairs before moving up to the second floor. They said he shouted "Heil Hitler!" and "I will kill!"

On the second floor, he was confronted by Rabbi Itzhak Kogan and his son, Yosif, 18. The younger Kogan wrestled him to the ground and, with the rabbi's help, held him there while several other men fought to get the knife out of his hand.

"I caught him by the neck and struggled with him, brought him down to the floor. I noticed a huge knife in his hand," said the younger Kogan, whose plaid shirt was stained with blood.

Rabbi Avraham Berkowitz, head of the Federation of Jewish Communities of the Commonwealth of Independent States, said the incident at the historic synagogue left behind a scene of carnage.

"That hallway is a bloodbath: There is blood all over the walls, all over the floor. It's a horrific sight to see in a synagogue in Moscow," Berkowitz said. "This is not something that only the Jews have to stand up for .... Every free Russian and the government needs to fight against the growth of these skinheads and fascistic groups."

After decades of repression that prompted 1 million or more Jews to emigrate from the Soviet Union, tens of thousands of Jews have begun to return. Last month, a 24-foot-high menorah was lighted in front of the Kremlin in honor of the Jewish festival of Hanukkah.

But there have been a growing number of attacks against Jews and other minorities in recent years, with nearly 50 people killed in such violence in 2004. Two rabbis were severely beaten in a Moscow underpass in 2005.

Borukh Gorin, spokesman for the Federation of Jewish Communities of Russia, said synagogues faced almost daily threats.

"What happened here today is an ordinary situation, and by that I mean that today, in Moscow, thousands of young men walk the streets who would repeat this attack with pleasure," he said.

Asked whether there was any evidence the suspect was insane, Gorin responded: "If you take a young man and from day to day poison his brain with just one publication out of a hundred which come out in Russia today, with wild anti-Semitic philosophical propaganda, in principle, he can turn insane.

"But if you look at it another way, there are about 100,000 such insane people in the country right now."

Mishulovin's father, David Mishulovin, is a Los Angeles Chabad rabbi. A ritual scribe and educator, the elder rabbi emigrated with his family from the Soviet Union to Los Angeles in the 1970s.

"They're a family that endured tremendous hardships during the Soviet times, and now sadly again, today," Rabbi Chaim Cunin of Los Angeles, who studied under the elder Mishulovin, said in a telephone interview.

He "would tell us how he had to fake being a cripple all his childhood in order to be able to go to a Jewish school — people had to do that so they wouldn't be taken away from their families and sent off God knows where," Cunin said. "So this is an incredible tragedy to happen to, of all people, one of his kids."

Michoel Mishulovin recently returned to Russia and married the daughter of Rabbi Kogan, a well-known refusenik during the Soviet era. Mishulovin worked at the synagogue and recently helped organize a reception for Jewish war veterans during the ceremonies marking the 60th anniversary of the end of World War II.

Cunin's father, Rabbi Baruch Shlomo Cunin, was preparing to fly to Moscow on Wednesday night to be with Rabbi Kogan, who was slightly injured in the attack.

"He was a refusenik through and through, whose grandfather died under interrogation by the KGB in Leningrad," the elder Cunin said. "He's a giant."

The synagogue, located not far from Moscow's famous Pushkin Square, has been attacked at least twice before. In 1992, a bomb was lobbed into the room where the elder Kogan and Cunin were sleeping.

In 1999, an explosive device was discovered in the lobby by Yosif Kogan, then 12. The bomb was taken outside and safely detonated by experts.

**washingtonpost.com**

# 8 Stabbed at Synagogue in Moscow

Advertisement

Attack Comes Against Backdrop of Rising Anti-Semitic Violence

By Peter Finn
Washington Post Foreign Service
Thursday, January 12, 2006; A18

MOSCOW, Jan. 11 -- A 20-year-old man wielding a knife stabbed eight people, four of them seriously, in a central Moscow synagogue Wednesday evening, in an attack that Russia's chief rabbi said was part of a growing fascist "plague" in the country.

Police identified the assailant as Alexander Koptsev, a Muscovite. He was eventually subdued by the son of the synagogue's rabbi and held until police arrived. The chief Moscow prosecutor, Anatoly Zuyev, said an American, an Israeli and a Tajik citizen were among the wounded.

"I will kill Jews," the man shouted, according to witnesses interviewed by the Russian press.

"Where fascist ideas are propagandized, they will eventually manifest themselves, as it happened in Moscow today," said Chief Rabbi Berel Lazar, speaking to the Russian news agency Interfax from Israel.

Xenophobic and anti-Semitic violence is on the rise in Russia. Human rights groups say that at least 50 people, many of them foreign students from the developing world, have been killed in racially motivated attacks by neo-Nazis and skinheads in Russia in the past year. A report by the Israeli government ranked Russia among the worst places in Europe, after France and Britain, in terms of anti-Semitic violence.

The attack Wednesday at the Bolshaya Bronnaya synagogue came during an evening prayer service. "I heard some shouts," said Rabbi Yitzhak Kogan. "I ran out and saw an unknown man trying to escape. Then I saw three or four slashed people down the corridor."

Koptsev, described as having a shaved head, apparently set off an alarm at a metal detector when he entered the building. But he showed security guards a large belt buckle and was not searched further, according to Borukh Gorin, a spokesman for the Russian Federation of Jewish Communities. Koptsev then began randomly attacking people who crossed his path.

Moscow prosecutors said the incident would be investigated as an ethnically and religiously motivated crime. In other cases, Russian prosecutors have drawn criticism from human rights groups for refusing to categorize attacks on foreigners and minority groups as hate crimes.

"The attacker was shouting words that showed he was motivated by ethnic and religious hatred," Zuyev told reporters. He said prosecutors had not yet determined whether Koptsev was affiliated with a group. Officials increased security at synagogues across the city.

The attack was immediately condemned by leaders of the Russian Orthodox Church and the Islamic community.

"Law enforcement agencies and authorities and all of society must do everything so that such a thing is not repeated, either in the center of Moscow or anywhere else," said the Rev. Vsevolod Chaplin, a church spokesman, according to the RIA Novosti news agency.

"Attempting to kill people who came to a synagogue to pray to their god is an atrocity," the chief mufti of the Russian Central Muslim Union, Talgat Tadzhuddin, said in an interview with Interfax. "Entering God's temple with a weapon is despicable."

Exhibit D
Page 49

# EXHIBIT E



# ADVANCED
## *Translation Services* — Member of the American Translators Association

24th of Adar, 5706 (1946)
Brooklyn

Hebrew

Dear Dr. Alexander Marcus,

Shalom and blessings,'

After the Nazis captured Poland in the year 5700 (1939-1940), the heretics seized several trunks filled with ancient manuscripts and valuable books that were being kept in my library in Otwotsk. Prior to my buying them, these books and manuscripts, especially the ones that were seized afterwards, were previously in the private library of a well known book collector, Shmuel Winner.

The manuscripts: three large trunks full of ancient manuscripts, as I said, were seized by the Nazis. Among them were personal scripts of Baal Hatanai, and of five more generations of Chabad leaders that followed him, all dating back about one hundred and fifty years... Those texts were on different Hassidic studies and on Halacha, among them numerous handwritten manuscripts - letters and prayers. They made up the precious treasure, an entire collection reflecting Jewish history in Russia during last centuries.

These manuscripts are the property of Agudas Chassidei Chabad. Rabbi Israel Jacobson and his son in law, Rabbi Shlomo Zalman....., both from the United States, are the official / legitimate owners of this property.

The books: several thousands of them, many ancient, valuable and rare, are the property of Agudas Chasidei Chabad of the United States and Canada.

Before the United States of America joined in the war (WW2), the State Department held negotiations with Berlin regarding the return of seized property to its lawful owners in America. The shipping documents were signed by authorities, and boxes were prepared to be sent to the USA. But then, as America also joined in the war, all negotiations stopped. After the war ended, the negotiations resumed (attorney representing the Rabbis and Agudas Chasidei Chabad signed on the margins of the letter).

The State Department must act vigorously to locate the treasured manuscripts and ancient books and return it to its lawful owners. The State Department must realize that these manuscripts and books contain the spiritual legacy of our people, and that they represent the national treasure of significant historical and scientific value.

I would like to conclude by asking that an esteemed authority in the professional world agrees to write a letter to the State Department and testify on the unique value of this precious collection of manuscripts and rare books to the whole Jewish world, especially to the Jewish community in the United States to whom this treasure rightfully belongs.

---

I, ELLEN FELDMAN, DO SOLEMNLY DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE ENGLISH TRANSLATION OF THE ATTACHED DOCUMENT EXECUTED IN THE HEBREW LANGUAGE IS TRUE, ACCURATE AND COMPLETE. I FURTHER DECLARE THAT I AM FLUENT IN ENGLISH AND HEBREW AND COMPETENT TO TRANSLATE TO AND FROM SAID LANGUAGES; THAT BY ATTESTING TO THE ACCURACY OF SAID TRANSLATION I NEITHER VERIFY NOR DISPUTE THE ORIGIN, AUTHENTICITY OR FACTUAL CONTENT[S] OF THE SOURCE DOCUMENT; AND THAT THIS TRANSLATION FULLY CONFORMS TO THE ORIGINAL EXECUTED IN THE HEBREW LANGUAGE AND ATTACHED HERETO.

Exhibit E
Page 50

ELLEN FELDMAN, Translator

County of Los Angeles
State of California

Subscribed and sworn to before me this 10th day of May, 2005 by
Ellen Feldman, who is known to me to be the person who appeared before me.

EUGENIA SCHALL, Notary Public

ב"ה תשי"ז

ב"ה כ"ד אדר תשי"ז
ברוקלין

כנגד החכם המחולל ד"ר. אלכסנדר מארקס שי'

שלום וברכה!

אחרי כיבוש הנאצים את פולניא בשנת תי"ט, נפסו החיים כמה
ארגזים מלאי כתבי-יד עתיקים וספרים יקרי-ערך שנשתמרו בספרי-
תי בשטוואצק. כתבי יד וספרים אלו - מלבד חרבה שנתוספו אח"כ -
היו בספרייתו הפרטית של הספרן הידוע שמואל ווינער אשר קניתי
ממנו בשעתו.

כתבי-יד: שלשת ארגזים גדולים מלאי כתבי-יד עתיקים נתפסו.
טאמנו ע"י הנאצים, בין כתבי מיד ישנם כתבי מבעל התניא והגאה
הדורות משיאני חב"ד הבאים אחריו, משך תקופה של מאה וחמשים
שנה לערך. כתבי יד רבים - מכתבים ותליפות מכתבים - בניהם
כתבי יד רבים - מכתבים ותליפות מכתבים - שהם אוצר בלום
במקצוע דברי ימו עמנו בארץ רוסיא בטשך מאתים שנה האחרונות.

כתבי יד האלת, רשומים על שם הרבנים, חברי אגודת חסידי חב"ד,
הרב ר' ישראל דזשייקאבסאן, וחתנו הרב ר' שלמה זלמן העלט, שנהם
נתיני ארצות הברית, הבעלים הרשמיים של הרכוש הזה.

ספרים: כמה אלפים ספרים. בניהם ספרים רבים עתיקים בגולי
הערך ויקרי המציאות, הספרים שאלה הם רכוש אגודת חסידי חב"ד
הארצות-ב וקנדה.

והנה טרם שנכנסת מדינת ארצוה"ב במלחמה, נהל הסטייט
דעפארטעמענט משא ומתן עם ברלין עד השבת הרכוש חב"ד לבעליהם
הנתינים של ארצות הברית דאמריקה, והארגזים נתהטנו ע"י הטטטורה
ועמדו למשמרה עד שעת הכושר לשלחם לארצוה"ב, אולם אחרי שגם
ארצו נכנסה במלחמה נפטק המו"מ, ואחרי שטשקטה המלחמה נתחדש
שוב המו"מ (תערי שעוטק בזה בתור ב"כ הרבנים תניל ואגודת חסידי
חב"ד רשום בשולי המכתב.

למען אשר הסטייט דעפארטמענט יפטוק במרץ למצא הוצא הכתבי-
ים וספרים חב"ד להשיבם לבעליהם, צריכים שהסטייט דעפרטמענט יבין כי
כתבי יד וספרים אלה הם אוצרות רוחניים גדולים, רכוש האומת, עיש
לחם ערך היסטורי ומדעי.

ולזאת חנני פונת למעיכ בבקשה גדולה, אשר בתור אוטריריטט בעל
שם במקצוע זה יואיל נא לכתוב מכתב על שם הסטייט דעפרטמענט
להעיד על גודל ערך הכתבי והספרים בעד העם היחורי בכלל, ובפרט
בעד הקיבוץ היהודי בארצוה"ב שאלומו סייכים חרבוש תנדול הזה.
בתאמם

נחתמה מהנדיב המובהרדת בליואהה
כבד .. האלקסר אגרת דובה לד"ר יהודד בלאה.
אחרי כיבוש: בהבד לכבד ראה מכבד לתרה ל ציד'יגה, לגול צגרת בתאבט, ומהדמס מהברית שה

EXHIBIT J

Exhibit 1
62