UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGUDAS CHASIDEI CHABAD OF
UNITED STATES

    Plaintiff,

vs.

RUSSIAN FEDERATION, RUSSIAN
MINISTRY OF CULTURE AND MASS
COMMUNICATION, RUSSIAN STATE
LIBRARY, and RUSSIAN STATE
MILITARY ARCHIVE,

    Defendants.

CASE NO. 1:05-CV-01548-RCL

## CONSENT MOTION RE TAKING OF DEPOSITIONS OF ELDERLY WITNESSES

On April 7, 2005, defendants Russian Federation, Russian Ministry Of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants") and plaintiff Agudas Chasidei Chabad of United States ("Plaintiff"), by and through their respective counsel, entered into a Stipulation Extending Time to Respond to Complaint, Setting a Briefing Schedule and Providing For Expedited Discovery of Elderly Witnesses in this action, then pending in the Central District of California. The Court approved this Stipulation as the Order of the Court on April 13, 2005 (the "April 13, 2005 Order"). [Dkt. No. 12 (Cent. Dist. of Cal.)]. Pursuant to Paragraph 4 of the April 13, 2005 Order, Plaintiff is permitted to take upon reasonable notice (i.e., not

less than 10 calendar days) the depositions of witnesses who (1) are 70 years of age or older, or (2) whose health condition is such that their deposition is necessary to preserve their testimony.

Pursuant to the April 13, 2005 Order, and in light of the recent death of one of its intended witnesses, Plaintiff has served subpoenas and noticed the depositions of Rabbi Yehuda Krinsky, Rabbi Avraham Hecht, and Rabbi Joseph Wineberg (collectively, the "Witnesses"), to commence on June 21, 22 and 23, 2006, respectively, at Plaintiff's offices in Brooklyn, New York. Each of the Witnesses is 70 years of age or older. The purpose of the taking of the depositions of the Witnesses at this time is to preserve their testimony.

In light of the foregoing, and unless otherwise ordered by the Court, the parties agree that they shall not submit supplemental briefing regarding the deposition testimony of the Witnesses in connection with Defendants' motion to dismiss. The parties have fully briefed the motion to dismiss.

Dated: June 16, 2006                                Respectfully submitted,

*Donald T. Bucklin (D96A)*
Donald T. Bucklin (DC Bar No. 1628)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
P.O. 407
Washington, D.C. 20044-0407
Telephone No.: (202) 626-6600
Facsimile No.: (202) 626-6780
E-mail: dbucklin@ssd.com

[Continued on Next Page]

_____
James H. Broderick, Jr. (Pro Hac Vice)
Don A. Proudfoot, Jr. (Pro Hac Vice)
Lan T. Quach (Pro Hac Vice)
Squire, Sanders & Dempsey L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300
Telephone No.: (213) 624.2500
Facsimile No.: (213) 623.4581
E-mail: jbroderick@ssd.com

Attorneys for Defendants
Russian Federation, Russian Ministry of
Culture and Mass Communication,
Russian State Library, and Russian State
Military Archive

Dated: June 16, 2006

_____
Marshall B. Grossman (Pro Hac Vice)
Seth M. Gerber (Pro Hac Vice)
Jonathan E. Stern (Pro Hac Vice)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Email: sgerber@agsk.com
Facsimile: (310) 907-2000
E-mail: mgrossman@agsk.com

Attorneys for Plaintiff
Agudas Chasidei Chabad of United States

Co-Counsel for Plaintiff:
Lewin & Lewin, LLP
Nathan Lewin (D.C. Bar No. 38299)
Alysa D. Lewin (D.C. Bar No. 445506)
1828 L Street NW, Suite 901
Washington, DC 20036
Tel.: (202) 828-1000
Fax: (202) 828-0909
E-mail: nat@lewinlewin.com

[Continued on Next Page]

Howrey, LLP
Wm. Bradford Reynolds (D.C. Bar No. 179010)
1299 Pennsylvania Avenue NW
Washington, DC 20004
Tel. (202) 783-0800
Fax: (202) 383-6610
E-mail: reynoldsw@howrey.com

- 4 -