UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 1:05-CV-01548-RCL |
| RUSSIAN FEDERATION, RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION, RUSSIAN STATE LIBRARY, and RUSSIAN STATE MILITARY ARCHIVE, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the parties' Consent Motion Re Taking of Depositions of Elderly Witnesses ("Consent Motion"), the applicable law and the entire record herein, it is hereby

ORDERED that the parties' Consent Motion is GRANTED. Unless otherwise ordered by the Court, the parties shall not submit supplemental briefing on Defendants' motion to dismiss regarding the deposition testimony of Rabbi Yehuda Krinsky, Rabbi Avraham Hecht, or Rabbi Joseph Wineberg.

SO ORDERED on this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE