UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, a non-profit religious corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>RUSSIAN FEDERATION, a foreign state, *et al.*,<br><br>          Defendants. | Civ. Action No. 05-01548 (RCL) |

## ORDER

Upon consideration of the parties' Consent Motion [16] Re Taking Depositions of Elderly Witnesses, the applicable law and the entire record herein, it is hereby

ORDERED that the parties Consent Motion is GRANTED. Unless otherwise ordered by the Court, the parties shall not submit supplemental briefing on Defendants' motion to dismiss regarding the deposition testimony of Rabbi Yehuda Krinsky, Rabbi Avraham Hecht, or Rabbi Joseph Wineberg.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 19, 2006.