UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSIAN FEDERATION, a foreign state, *et al.*, )<br>)<br>Defendants. ) | Civ. Action No. 05-01548 (RCL) |

## ORDER

Upon consideration of the defendants' motion [Cal. 13] to dismiss, the plaintiff's opposition thereto, the defendants' reply, the parties' supplemental briefs, and the entire record herein, it is, for the reasons stated in the accompanying Memorandum Opinion, hereby

ORDERED that the defendants' motion [Cal. 13] to dismiss is GRANTED as to those claims in the Complaint regarding the Library and DENIED as to those claims regarding the Archive, as the terms "Library" and "Complaint" are defined in paragraph 11 of the Complaint and used throughout the accompanying Memorandum Opinion. Going forth, this Court will construe the term "Collection" in the Complaint to refer solely to the Archive.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 4, 2006.