UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>**Defendants.** | CASE NO. 1:05-CV-01548-RCL |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b), OR, IN THE ALTERNATIVE, CERTIFYING AN IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. SECTION 1292(b)

Plaintiff Agudas Chasidei Chabad of United States ("Chabad") hereby moves the Court for an order directing entry of a final judgment as to Chabad's Library claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, or, in the alternative, certifying an interlocutory appeal of its Order and Memorandum Opinion of December 4, 2006 with respect to the Library claims pursuant to 28 U.S.C. § 1292(b).

This Motion is based upon this Motion, the accompanying Statement of Points and Authorities, the pleadings and records on file with the Court, and such other evidence and argument as may be presented by the parties on or before the hearing on this Motion.

/ / /

/ / /

This Motion is made following a conference of counsel pursuant to Local Rule 7, which took place on January 2, 2007. Defendants have advised plaintiff's counsel that they will decide whether or not they will oppose any or all of the Motion after it is filed with the Court.

DATED: January 3, 2007            Respectfully submitted,

| ALSCHULER GROSSMAN LLP | LEWIN & LEWIN, LLP | HOWREY, LLP |
|---|---|---|
| By /S/ Marshall B. Grossman | By /S/ Nathan Lewin | By /S/ Wm. Bradford Reynolds |
| Marshall B. Grossman<br>(*Pro Hac Vice*)<br>Seth M. Gerber<br>(*Pro Hac Vice*)<br>The Water Garden<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404<br>Telephone: (310) 907-1000<br>Facsimile: (310) 907-2000<br>E-mails:<br>mgrossman@alschuler.com<br>sgerber@alschuler.com | Nathan Lewin<br>(D.C. Bar No. 38299)<br>Alyza D. Lewin<br>(D.C. Bar No. 445506)<br>1828 L Street NW, Suite 901<br>Washington, DC 20036<br>Telephone: (202) 828-1000<br>Facsimile: (202) 828-0909<br>E-mail: nat@lewinlewin.com<br>            alyza@lewinlewin.com | Wm. Bradford Reynolds<br>(D.C. Bar No. 179010)<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br>E-mail: reynoldsw@howrey.com |

Attorneys for Plaintiff Agudas Chasidei Chabad of United States