UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | CASE NO. 1:05-CV-01548-RCL |

## NOTICE OF NAME CHANGE OF LAW FIRM

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2007, Alschuler Grossman Stein & Kahan LLP has changed its name to:

ALSCHULER GROSSMAN LLP

The firm's address and telephone numbers will remain the same:

The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

/ / /

/ / /

/ / /

        Telephone:  (310) 907-1000
        Facsimile:   (310) 907-2000


DATED:  January 3, 2007        Respectfully submitted,

| ALSCHULER GROSSMAN LLP | LEWIN & LEWIN, LLP | HOWREY, LLP |
|---|---|---|
| By /S/ Marshall B. Grossman | By /S/ Nathan Lewin | By /S/ Wm. Bradford Reynolds |
|    Marshall B. Grossman |    Nathan Lewin |    Wm. Bradford Reynolds |
|    (*Pro Hac Vice*) |    (D.C. Bar No. 38299) |    (D.C. Bar No. 179010) |
|    Seth M. Gerber |    Alyza D. Lewin |    1299 Pennsylvania Ave NW |
|    (*Pro Hac Vice*) |    (D.C. Bar No. 445506) |    Washington, DC 20004 |
|    The Water Garden |    1828 L Street NW, Suite 901 |    Tel:  (202) 783-0800 |
|    1620 26th Street |    Washington, DC 20036 |    Fax: (202) 383-6610 |
|    Fourth Floor, North Tower |    Telephone:  (202) 828-1000 |    E-mail: reynoldsw@howrey.com |
|    Santa Monica, CA 90404 |    Facsimile:  (202) 828-0909 | |
|    Telephone:  (310) 907-1000 |    E-mail: nat@lewinlewin.com | |
|    Facsimile:  (310) 907-2000 |             alyza@lewinlewin.com | |
|    E-mails: | | |
|    mgrossman@alschuler.com | | |
|    sgerber@alschuler.com | | |

Attorneys for Plaintiff Agudas Chasidei Chabad of United States