UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES<br><br>Plaintiff,<br><br>vs.<br><br>RUSSIAN FEDERATION, RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION, RUSSIAN STATE LIBRARY, and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | CASE NO. 1:05-CV-01548-RCL |

## NOTICE OF APPEAL FROM DECEMBER 4, 2006 ORDER

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is given that defendants Russian Federation, Russian Ministry Of Culture And Mass Communication, Russian State Library and Russian State Military Archive ("Defendants") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from that part of this Court's order entered on December 4, 2006 (the "Order") denying Defendants' motion to dismiss as to claims in this action pertaining to the Archive (as that term and those claims are defined in the Court's Order [No. 20] and accompanying Memorandum Opinion [No. 21]), which motion to dismiss was made on grounds, inter alia, of sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 et seq., and which Order is immediately

appealable as a final collateral order as to the Archive. *Kilburn v. Socialist People's Libyan Arab Jamahiriya*, 376 F.3d 1123, 1126 (D.C. Cir. 2004).

Dated: January 3, 2007                                                Respectfully submitted,

*Donald F. Bucklin / DPOA*
Donald T. Bucklin (DC Bar No. 1628)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
P.O. 407
Washington, D.C. 20044-0407
Telephone No.: (202) 626-6600
Facsimile No.: (202) 626-6780
E-mail: dbucklin@ssd.com

*James H. Broderick Jr.*
James H. Broderick, Jr. (Pro Hac Vice)
Don A. Proudfoot, Jr. (Pro Hac Vice)
Lan T. Quach (Pro Hac Vice)
Squire, Sanders & Dempsey L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300
Telephone No.: (213) 624.2500
Facsimile No.: (213) 623.4581
E-mail: jbroderick@ssd.com

Attorneys for Defendants
Russian Federation, Russian Ministry of
Culture and Mass Communication,
Russian State Library, and Russian State
Military Archive

LOSANGELES/223390.1

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Suite 3100, Los Angeles, California 90071-2300.

On January 3, 2007, the foregoing document described as:

## NOTICE OF APPEAL FROM DECEMBER 4, 2006 ORDER

were served on:

| | |
|---|---|
| Marshall B. Grossman (*Pro Hac Vice*)<br>Seth M. Gerber (*Pro Hac Vice*)<br>ALSCHULER GROSSMAN LLP<br>The Water Garden<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Facsimile: (310) 907-2000<br>mgrossman@alschuler.com<br>sgerber@alschuler.com | Nathan Lewin<br>Alyza D. Lewin<br>LEWIN & LEWIN, LLP<br>1828 L Street NW, Suite 901<br>Washington, DC 20036<br>Facsimile: (202) 828-0909<br>nat@lewinlewin.com<br>alyza@lewinlewin.com |

Wm. Bradford Reynolds
HOWREY, LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Facsimile: (202) 383-6610
reynoldsw@howrey.com

☒     By U.S. Mail, According to Normal Business Practice. On this date, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

LOSANGELES/224044.1

☐     By personal delivery by Beverly Hills Express Attorney Services of the document(s) listed above to the person(s) at the address(es) set forth above.

☒     By Facsimile. On this date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties and facsimile number set forth above.

☐     By Federal Express Service Carrier. On this date, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located in Los Angeles, California with delivery fees paid or otherwise provided for.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2007, Los Angeles, California.

_____
Phannie Tsui