UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>Plaintiff,<br><br>vs.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>Defendants. | CASE NO. 1:05-CV-01548-RCL |

## NOTICE OF APPEAL

On January 3, 2007, Defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive filed a notice of appeal from that portion of the December 4, 2006 Order and Memorandum Opinion of the United States District Court denying Defendants' motion to dismiss certain wrongful expropriation claims concerning archival books and manuscripts (the "Archive") belonging to Plaintiff Agudas Chasidei Chabad of United States ("Chabad"). Notice is hereby given that, pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff Chabad hereby appeals to the United States Court of Appeals for the District of Columbia Circuit that portion of the same Order of the United States District Court entered on December 4, 2006 (Docket Number 20) and Memorandum Opinion (Docket Number 21), dismissing Chabad's additional claims

against Defendants for wrongfully expropriating and withholding Chabad's library of more than 12,000 books and 381 manuscripts (the "Library").

DATED: January 17, 2007      Respectfully submitted,

| ALSCHULER GROSSMAN LLP | LEWIN & LEWIN, LLP | HOWREY, LLP |
|---|---|---|
| By_____/S/_____<br>Marshall B. Grossman<br>(*Pro Hac Vice*)<br>Seth M. Gerber<br>(*Pro Hac Vice*)<br>The Water Garden<br>1620 26th St.<br>4th Floor, North Tower<br>Santa Monica, CA 90404<br>Telephone: (310) 907-1000<br>Facsimile: (310) 907-2000<br>E-mails:<br>mgrossman@alschuler.com<br>sgerber@alschuler.com | By_____/S/_____<br>Nathan Lewin<br>(D.C. Bar No. 38299)<br>Alyza D. Lewin<br>(D.C. Bar No. 445506)<br>1828 L Street NW, Suite 901<br>Washington, DC 20036<br>Telephone: (202) 828-1000<br>Facsimile: (202) 828-0909<br>E-mail: nat@lewinlewin.com<br>       alyza@lewinlewin.com | By_____/S/_____<br>Wm. Bradford Reynolds<br>(D.C. Bar No. 179010)<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br>E-mail:<br>reynoldsw@howrey.com |

Attorneys for Plaintiff Agudas Chasidei Chabad of United States