UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civ. Action No. 05-01548 (RCL) |
| RUSSIAN FEDERATION, a foreign state, *et al.*, ) ) ) | |
| Defendants. ) ) | |

## ORDER AND JUDGMENT
## REGARDING THE LIBRARY CLAIMS

Upon consideration of plaintiff's motion for an order directing entry of final judgment as to the Library claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, or, in the alternative, certifying an interlocutory appeal of the Court's Order and Memorandum Opinion of December 4, 2006 with respect to the Library claims pursuant to 28 U.S.C. § 1292(b) ("Motion"), the defendants' response thereto, and the entire record herein, it is, for the reasons stated below, hereby

ORDERED, that plaintiff's Motion [22] for Entry of Final Judgment is GRANTED pursuant to Rule 54(b). The Court's Order and Memorandum Opinion of December 4, 2006 dismissing the claims relating to the Library (but not those relating to the Archive) amounts to an "ultimate disposition" of the Library claims that is a final adjudication of plaintiff's desired relief. There is no just reason for delay of appellate review of the Library claims because there is no prejudice to the defendants and a prompt appellate decision regarding the Library claims will promote efficient litigation of all claims in the complaint and advance the ultimate termination of

the litigation.  The Court hereby enters judgment in favor of defendants and against plaintiff with respect to the Library claims but not the Archive claims.  Each party to bear its own costs.  Plaintiff's Motion [25] for certification of interlocutory appeal is DENIED.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, February 7, 2007.