UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | CASE NO. 1:05-CV-01548-RCL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Agudas Chasidei Chabad of United States ("Chabad") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered on February 8, 2007, pursuant to Federal Rule of Civil Procedure 54(b), dismissing Chabad's claims against Defendants

/ / /

/ / /

/ / /

for wrongfully expropriating and withholding Chabad's library of more than 12,000 books and 381 manuscripts (the "Library").

DATED: February 8, 2007          Respectfully submitted,

| ALSCHULER GROSSMAN LLP | LEWIN & LEWIN, LLP | HOWREY, LLP |
|---|---|---|
| By ___/S/___ | By ___/S/___ | By ___/S/___ |
| Marshall B. Grossman (*Pro Hac Vice*) Seth M. Gerber (*Pro Hac Vice*) The Water Garden 1620 26th St. 4th Floor, North Tower Santa Monica, CA 90404 Telephone: (310) 907-1000 Facsimile: (310) 907-2000 E-mails: mgrossman@alschuler.com sgerber@alschuler.com | Nathan Lewin (D.C. Bar No. 38299) Alyza D. Lewin (D.C. Bar No. 445506) 1828 L Street NW, Suite 901 Washington, DC 20036 Telephone: (202) 828-1000 Facsimile: (202) 828-0909 E-mail: nat@lewinlewin.com        alyza@lewinlewin.com | Wm. Bradford Reynolds (D.C. Bar No. 179010) 1299 Pennsylvania Ave NW Washington, DC 20004 Tel: (202) 783-0800 Fax: (202) 383-6610 E-mail: reynoldsw@howrey.com |

Attorneys for Plaintiff Agudas Chasidei Chabad of United States