UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>              Plaintiff,<br><br>       vs.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>              Defendants. | CASE NO. 1:05-CV-01548-RCL |

### JOINT REPORT OF MEETING OF COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 16.3

Counsel for plaintiff Agudas Chasidei Chabad of United States ("Chabad") met with counsel for Defendants Russian Federation, et al. ("Russia") on January 7, 2009, and discussed the issues identified in Rule 26(f) of the Federal Rules of Civil Procedure and in Local Rule 16.3(c). The parties respectfully submit this Joint Meet-and-Confer Report.

1. <u>Dispositive Motions (Local Rule 16.3(c)(1))</u>

The parties anticipate that each side will likely file a motion for summary judgment that would be dispositive if granted. The parties anticipate that such motions will be filed after the close of discovery.

2. <u>Joinder, Amended Pleadings, Narrowing the Issues, Confirmation of Defendants' Answer (Local Rule 16.3(c)(2))</u>

The parties presently do not anticipate joining any parties or amending the pleadings. If any party hereafter believes joinder or amendment is necessary, that party will seek consent or leave of Court. The parties agree that the legal issues have been defined and narrowed somewhat by the opinions of this Court and the Court of Appeals and by the briefs that have already been

filed in this case. Before discovery, the parties are not in a position to further narrow the legal and factual issues.

After counsel for the defendants confers with their clients, counsel will file on or before February 6, 2009, a statement ratifying the Answer heretofore filed by counsel on December 11, 2008, and, if necessary, correcting or amending such Answer.

3. Magistrate Judge (Local Rule 16.3(c)(3))

The parties agree that the case should not be assigned to a Magistrate Judge.

4. Settlement Discussions (Local Rule 16.3(c)(4))

Past settlement discussions between counsel for the parties have not been successful. As discovery proceeds, the parties contemplate engaging in additional settlement discussions.

5. Alternative Dispute Resolution (ADR) Procedures (Local Rule 16.3(c)(5))

The parties believe that at this time the case would not benefit from the Court's alternative dispute resolution (ADR) procedures. At some later date some form of ADR procedure may be helpful.

6. Summary Judgment Motions (Local Rule 16.3(c)(6))

The parties anticipate that after the close of discovery, each party will file a motion for summary judgment. The proposed dates for the filing of such motions, oppositions, replies and decision on such motions is included in the proposed discovery and briefing schedule below.

7. Rule 26(a)(1) Initial Disclosures (Local Rule 16.3(c)(7))

Defendants have agreed to file their supplemental Rule 26(a)(1) responses on or before February 6, 2009.

8. Discovery (Local Rule 16.3(c)(8))

The parties anticipate that discovery will take approximately ten months to complete, subject to requests for additional time if needed because of delays caused by language and

translation issues, international locations, and availability of witnesses and documents.  The parties do not believe any protective order is necessary.  While the parties have been unable to determine the number of depositions required respectively, Plaintiff anticipates that it might need some 25 depositions.  Defendants advise that they can presently make no estimate of the number of depositions they may need.  The parties agree to seek leave of court for any depositions in excess of the number permitted under the Federal Rules.  With respect to interrogatories, the parties agree that they will seek leave of court to the extent either determines more interrogatories are needed than permitted by the Federal Rules.  The parties' proposed discovery schedule is below.

9. <u>Expert Witnesses (Local Rule 16.3(c)(9))</u>

The parties' proposed schedule for the exchange of expert witness reports and the depositions of experts is included in the proposed discovery and briefing schedule below.

10. <u>Pre-trial Conference and Trial Date (Local Rules 16.3(c)(12) and 16.3(c)(13))</u>

The parties' proposed date for a pre-trial conference is included in the proposed discovery and briefing schedule below.  The parties believe that a firm trial date should be set at the pre-trial conference.

11. <u>Parties' Proposed Discovery and Briefing Schedule</u>

The parties propose the following schedule for discovery and briefing:

| | |
|---|---|
| First Scheduling Conference | January 22, 2009 |
| Defendants' Supplemental Rule 26(a)(1) response | February 6, 2009 |
| Rule 26(a)(2) initial disclosure of Expert Witness identity and subject matter | June 30, 2009 |
| Close of factual discovery | August 10, 2009 |
| Rule 26(a)(2) Expert Witness Written Reports | August 31, 2009 |

4

| | |
|---|---|
| Expert Report Rebuttals | September 30, 2009 |
| Close of Discovery | November 23, 2009 |
| Dispositive Motions | January 29, 2010 |
| Opposition to Dispositive Motions | March 1, 2010 |
| Replies in Support of Dispositive Motions | March 15, 2010 |
| Suggested date for Decision on Dispositive Motions | April 30, 2010 |
| Suggested date for Pre-trial Conference | May 25, 2010 |

DATED:  January __, 2009                    Respectfully submitted,

| ALSCHULER GROSSMAN LLP | LEWIN & LEWIN, LLP | HOWREY, LLP |
|---|---|---|
| By /s/ Marshall B. Grossman | By /s/ Nathan Lewin | By /s/ Wm. Bradford Reynolds |
| Marshall B. Grossman (*Pro Hac Vice*) | Nathan Lewin | Wm. Bradford Reynolds |
| Seth M. Gerber (*Pro Hac Vice*) | (D.C. Bar No. 38299) | (D.C. Bar No. 179010) |
| David Salmons (D.C. Bar No. 476299) | Alyza D. Lewin | 1299 Pennsylvania Ave NW |
| The Water Garden, 1620 26th Street | (D.C. Bar No. 445506) | Washington, DC 20004 |
| Fourth Floor, North Tower | 1828 L Street NW, Suite 901 | Tel:  (202) 783-0800 |
| Santa Monica, CA 90404 | Washington, DC 20036 | |
| Telephone:  (310) 907-1000 | Telephone:  (202) 828-1000 | |

*Attorneys for Plaintiff Agudas Chasidei Chabad of United States*

By: /s/ Donald T. Bucklin
   Donald T. Bucklin (D.C. Bar No. 1628)
   Sarah C. Carey
   Jeremy W. Dutra
   Squire, Sanders & Dempsey L.L.P.
   1201 Pennsylvania Avenue, N.W.
   Washington, D.C.  20044-0407
   Telephone: (202) 626-6600

OF COUNSEL:

James H. Broderick, Jr.
Don A. Proudfoot, Jr.
Lan T. Quach
Squire, Sanders & Dempsey L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554
Telephone: (213) 624-2500

*Attorneys for Defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive*

5