UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, a non-profit religious corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>RUSSIAN FEDERATION, a foreign state, *et al.*,<br><br>        Defendants. | Civ. Action No. 05-1548 (RCL) |

### ORDER

This matter came before the Court on a motion by Squire, Sanders & Dempsey L.L.P., and all counsel affiliated with the law firm (collectively "SSD"), for leave to withdraw as counsel of record for Defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library and Russian State Military Archive (collectively the "Defendants"). The Court, having reviewed the Motion and the Opposition of Plaintiff and heard arguments of counsel hereby

**ORDERS AND ADJUDGES** THAT:

1. The Motion to Withdraw will hereby be held in abeyance by the Court to provide Defendants adequate opportunity to retain successor counsel, and SSD shall remain counsel of record for Defendants in the interim.

2. Defendants are hereby granted 45 days from entry of this Order to retain successor counsel.

3. Defendants are cautioned and admonished that having been duly served with the Summons and Complaint in this action, they may not appear in this action except through counsel and that their failure to do so by the time set forth above will cause the Court to enter a default judgment against Defendants for the relief demanded in the Complaint.

4. Squire, Sanders and Dempsey L.L.P. is ordered to provide a copy of this Order to the Defendants and inform the Court that it has done so by a signed report to the Court stating the means by which it has done so.

5. The Court shall take up the Motion to Withdraw at such time as Defendants have retained successor counsel, or, failing that, following expiration of the time ordered herein for them to do so.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on January 27, 2009.