UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>*Defendants*. | CASE NO. 1:05-CV-01548-RCL |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 83.6, Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm (collectively, "SSD") move for leave to withdraw their appearances as counsel of record for Defendants, Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants").

In support of this Motion, SSD states as follows:

1. On or about February 28, 2005, Defendants retained SSD to represent them in the above captioned action filed by Plaintiff, Agudas Chasidei Chabad of United States ("Chabad").

2. On or about June 11, 2009, the Ministry of Foreign Affairs, on behalf of the government of the Russian Federation, sent a diplomatic note to the United States Embassy in the Russian Federation informing the United States government, *inter alia*, that based on the "common principles and rules of international law" regarding the "sovereign equality of states

and the jurisdictional immunity of states," the United States courts "have no jurisdiction" over the Defendants.  The government of the Russian Federation officially requested that the United States government "immediately notify the respective courts of the United States of America of its position and take the necessary steps to ensure that the jurisdictional immunities of the Russian Federation, the Government of the Russian Federation and government agencies of the Russian Federation and in respect of its government-owned property be observed."  A true translation of the formal diplomatic note is attached as Exhibit 1

3. On June 26, 2009, SSD, pursuant to instructions from the Defendants, filed the Statement of the Defendants With Respect to Further Participation [DE 71].  In the Statement, the Defendants formally advised the Court that they decline to participate further in the litigation because "each of the Defendants is an integral part of the Russian Federation, a sovereign nation, entitled to have its rights as a sovereign, respected and to be immune from suit outside the Russian Federation" and "any continued defense before this Court and, indeed, any participation in this litigation  [is] fundamentally incompatible with [the Russian Federation's] rights as a sovereign nation."

For the foregoing reasons, SSD respectfully requests that the Court, consistent with the Defendants' decision to cease participation in the litigation and their instruction to SSD regarding the same, grant leave to Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm to withdraw their appearances as counsel of record for the Defendants in this litigation.

Dated: July 28, 2009

Respectfully submitted,

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By: /s/ Jeremy W. Dutra
James P. Murphy (Bar No. 380857)
jmurphy@ssd.com
Alan L. Briggs (Bar No. 445237)
abriggs@ssd.com
Jeremy W. Dutra (Bar No. 488130)
JDutra@ssd.com
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20004
Tel.: (202) 626-6600
Fax: (202) 626-6780

James H. Broderick, Jr. (admitted *PHV*)
JBroderick@ssd.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 624-2500
Fax: (213) 623-4581

*Attorneys for Defendants,*
*Russian Federation, Russian Ministry of Culture*
*and Mass Communication, Russian   State Library*
*and Russian Military Archive*

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Civil Rule 7(m), I hereby certify that on July 27, 2009 counsel for the Defendants conferred with counsel for Chabad in a good faith effort to determine whether there is any opposition to the relief sought. Counsel for Chabad on July 28, 2009 responded and requested that we advise the Court that counsel for Chabad will be filing a response to this motion promptly.

/s/ James P. Murphy
James P. Murphy

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 83.6, I hereby certify that on July 16, 2009, a copy of the foregoing Motion to Withdraw as Counsel was served on the following:

**Russian Federation**
c/o The Honorable Alexander Avdeyev
Minister of Culture of the Russian Federation
Ministry of Culture
Kitaigorodsky pereulok
Moscow, Russia

**Russian Ministry of Culture and Mass Communications**
c/o The Honorable Alexander Avdeyev
Minister of Culture of the Russian Federation
Russian Ministry of Culture
Kitaigorodsky pereulok
Moscow, Russia

**Russian State Library**
c/o The Honorable Alexander Avdeyev
Minister of Culture of the Russian Federation
Russian Ministry of Culture
Kitaigorodsky pereulok
Moscow, Russia

**Russian State Military Archive**
c/o The Honorable Alexander Avdeyev
Minister of Culture of the Russian Federation
Russian Ministry of Culture
Kitaigorodsky pereulok
Moscow, Russia

I further certify that on July 28, 2009, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Marshall B. Grossman
marshall.grossman@bingham.com
Seth M. Gerber
seth.gerber@bingham.com
David Salmons
david.salmons@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404

Nathan Lewin
nat@lewinlewin.com
Alyza D. Lewin
alyza@lewinlewin.com
LEWIN & LEWIN, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036

Wm. Bradford Reynolds
reynoldsw@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Plaintiff,*
*Agudas Chasidei Chabad of United States*

        /s/ Jeremy W. Dutra
        Jeremy W. Dutra