UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>*Defendants*. | CASE NO. 1:05-CV-01548-RCL |

**SQUIRE, SANDERS & DEMPSEY L.L.P.'s REPLY IN SUPPORT OF
MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD**

## I.   THE CERTIFICATE OF SERVICE

Counsel for Plaintiff, Agudas Chasidei Chabad of United States ("Chabad") is correct that the Certificate of Service that undersigned counsel made in the Motion to Withdraw was erroneous. The mistake was an innocent one. The four Defendants, Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants") are all an integral part of the Russian Federation. They jointly instructed Squire, Sanders & Dempsey L.L.P. ("SSD") to direct all communications to them through the Ministry of Culture. That has been SSD's practice. It was erroneous, however, for SSD to serve the Motion to Withdraw in that way. SSD has sent a copy of the motion to each of the four integral parts of the Russian Federation that are Defendants here. A copy of the Motion to Withdraw, with an appropriate Certificate of Service, is attached. Also attached as

Exhibit A is a list of the addresses of the four Defendants and the names of persons at each agency who are the appropriate people to receive any pleadings or orders.

## II. THE MOTION TO WITHDRAW SHOULD BE GRANTED.

The Russian Federation and the government agencies of the Russian Federation that are Defendants in this litigation are sophisticated entities. Based on the principle of sovereign immunity, which Defendants take very seriously, the Defendants have made the considered judgment to withdraw from the instant proceedings, as explained more fully in the earlier filing. *See* Statement of Defendants [DE 71]. They approved the language of the filing that Squire, Sanders & Dempsey L.L.P. ("SSD"), as their counsel, made in this respect. They also approved the motion to withdraw prior to its filing. Finally, they have instructed SSD to discontinue work on this engagement.

SSD wants to make clear to the Court that the present motion to withdraw is unrelated to the motion to withdraw filed on January 16, 2009 [DE 42] and withdrawn by SSD on March 6, 2009 [DE 62]. The present motion has nothing to do with any communications breakdown between SSD and Defendants. Instead, the decision to no longer participate was a considered judgment made by Defendants and involves a matter of high principle to them.

Unlike the parties in the two cases cited by Chabad in opposing the motion to withdraw, the Russian Federation and its agencies are well-known. Pleadings can be sent to them with no difficulty.

The only reason Chabad suggests SSD should remain as counsel is to "receive appropriate notice of the continuing proceedings . . . ." We respectfully suggest to the Court that having SSD as an intermediary, passing through any pleadings that Chabad may file, serves no useful purpose. The reality is that Defendants have terminated the services of SSD as their

2

attorneys and agents.  Passing pleadings or orders this Court might issue through SSD does not, we respectfully suggest, enhance their status in any respect.

    SSD is no longer authorized by Defendants to speak or act for them in this case.  Using SSD to pass along documents that just as easily can be sent to Defendants directly by Chabad accomplishes nothing.  We respectfully urge the Court to grant the motion to withdraw.

Dated: August 6, 2009

    Respectfully submitted,

    **SQUIRE, SANDERS & DEMPSEY L.L.P.**

    By: /s/ Jeremy W. Dutra
        James P. Murphy (Bar No. 380857)
        jmurphy@ssd.com
        Jeremy W. Dutra (Bar No. 488130)
        JDutra@ssd.com
        1201 Pennsylvania Avenue, N.W., Suite 500
        Washington, D.C. 20004
        Tel.: (202) 626-6600
        Fax: (202) 626-6780

    *Attorneys for Defendants,*
    *Russian Federation, Russian Ministry of Culture*
    *and Mass Communication, Russian   State Library*
    *and Russian Military Archive*

# **CERTIFICATE OF SERVICE**

I certify that on August 6, 2009, I caused the foregoing to be served on the following:

Ministry of Justice of the Russian Federation
14 Zhitnaya
GSP-1 Moscow, Russia 119991
Attn: The Honorable Alexander Konovalov, Minister

Ministry of Culture of the Russian Federation
7/6 bldg 1/2, Maly Gnezdnikovsky Pereulok
Moscow, Russia 125009
Attn: Kirill Rybak, Director

Russian State Military Archive
29 Admiral Makarov Street
Moscow, Russia 125212
Attn: Vladimir N. Kyzelenkov, General Director

Russian State Library
3/5, Vozdvizhenka Street
Moscow, Russia 119019
Attn: Victor V. Federov, General Director

I further certify that on August 6, 2009, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Marshall B. Grossman
marshall.grossman@bingham.com
Seth M. Gerber
seth.gerber@bingham.com
David Salmons
david.salmons@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404

Nathan Lewin
nat@lewinlewin.com
Alyza D. Lewin
alyza@lewinlewin.com
LEWIN & LEWIN, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036

Wm. Bradford Reynolds
reynoldsw@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Plaintiff,*
*Agudas Chasidei Chabad of United States*

                                                    /s/ Jeremy W. Dutra
                                                    Jeremy W. Dutra

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>*Defendants*. | CASE NO. 1:05-CV-01548-RCL |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 83.6, Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm (collectively, "SSD") move for leave to withdraw their appearances as counsel of record for Defendants, Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive (collectively, "Defendants").

In support of this Motion, SSD states as follows:

1. On or about February 28, 2005, Defendants retained SSD to represent them in the above captioned action filed by Plaintiff, Agudas Chasidei Chabad of United States ("Chabad").

2. On or about June 11, 2009, the Ministry of Foreign Affairs, on behalf of the government of the Russian Federation, sent a diplomatic note to the United States Embassy in the Russian Federation informing the United States government, *inter alia*, that based on the "common principles and rules of international law" regarding the "sovereign equality of states

and the jurisdictional immunity of states," the United States courts "have no jurisdiction" over the Defendants.  The government of the Russian Federation officially requested that the United States government "immediately notify the respective courts of the United States of America of its position and take the necessary steps to ensure that the jurisdictional immunities of the Russian Federation, the Government of the Russian Federation and government agencies of the Russian Federation and in respect of its government-owned property be observed."  A true translation of the formal diplomatic note is attached as Exhibit 1

       3.       On June 26, 2009, SSD, pursuant to instructions from the Defendants, filed the Statement of the Defendants With Respect to Further Participation [DE 71].  In the Statement, the Defendants formally advised the Court that they decline to participate further in the litigation because "each of the Defendants is an integral part of the Russian Federation, a sovereign nation, entitled to have its rights as a sovereign, respected and to be immune from suit outside the Russian Federation" and "any continued defense before this Court and, indeed, any participation in this litigation  [is] fundamentally incompatible with [the Russian Federation's] rights as a sovereign nation."

For the foregoing reasons, SSD respectfully requests that the Court, consistent with the Defendants' decision to cease participation in the litigation and their instruction to SSD regarding the same, grant leave to Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm to withdraw their appearances as counsel of record for the Defendants in this litigation.

Dated: July 28, 2009

          Respectfully submitted,

          **SQUIRE, SANDERS & DEMPSEY L.L.P.**

          By:  /s/ Jeremy W. Dutra
               James P. Murphy (Bar No. 380857)
               jmurphy@ssd.com
               Alan L. Briggs (Bar No. 445237)
               abriggs@ssd.com
               Jeremy W. Dutra (Bar No. 488130)
               JDutra@ssd.com
               1201 Pennsylvania Avenue, N.W., Suite 500
               Washington, D.C. 20004
               Tel.: (202) 626-6600
               Fax: (202) 626-6780

               James H. Broderick, Jr. (admitted *PHV*)
               JBroderick@ssd.com
               555 South Flower Street, 31st Floor
               Los Angeles, CA 90071
               Tel.: (213) 624-2500
               Fax: (213) 623-4581

*Attorneys for Defendants,*
*Russian Federation, Russian Ministry of Culture*
*and Mass Communication, Russian   State Library*
*and Russian Military Archive*

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Civil Rule 7(m), I hereby certify that on July 27, 2009 counsel for the Defendants conferred with counsel for Chabad in a good faith effort to determine whether there is any opposition to the relief sought.  Counsel for Chabad on July 28, 2009 responded and requested that we advise the Court that counsel for Chabad will be filing a response to this motion promptly.

/s/ James P. Murphy
James P. Murphy

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 83.6, I hereby certify that on August 6, 2009, a copy of the foregoing Motion to Withdraw as Counsel was served on the following:

Ministry of Justice of the Russian Federation
14 Zhitnaya
GSP-1 Moscow, Russia 119991
Attn: The Honorable Alexander Konovalov, Minister

Ministry of Culture of the Russian Federation
7/6 bldg 1/2, Maly Gnezdnikovsky Pereulok
Moscow, Russia 125009
Attn: Kirill Rybak, Director

Russian State Military Archive
29 Admiral Makarov Street
Moscow, Russia 125212
Attn: Vladimir N. Kyzelenkov, General Director

Russian State Library
3/5, Vozdvizhenka Street
Moscow, Russia 119019
Attn: Victor V. Federov, General Director

I further certify that on July 28, 2009, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Marshall B. Grossman
marshall.grossman@bingham.com
Seth M. Gerber
seth.gerber@bingham.com
David Salmons
david.salmons@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404

Nathan Lewin
nat@lewinlewin.com
Alyza D. Lewin
alyza@lewinlewin.com
LEWIN & LEWIN, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036

Wm. Bradford Reynolds
reynoldsw@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Plaintiff,*
*Agudas Chasidei Chabad of United States*

                                                    /s/ Jeremy W. Dutra
                                                    Jeremy W. Dutra