UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,**<br><br>*Defendants*. | CASE NO. 1:05-CV-01548-RCL |

ORDER GRANTING
MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

THIS MATTER came before the Court on a motion by Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm, for leave to withdraw their appearances as counsel of record for Defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library and Russian State Military Archive (collectively, the "Defendants"). The Court, having reviewed the Motion hereby

**ORDERS AND ADJUDGES** that:

1. The Motion to Withdraw is hereby **GRANTED**.

2. Squire, Sanders & Dempsey, LLP, and all counsel affiliated with the law firm are hereby withdrawn as counsel of record for Defendants, and are hereby relieved of any and all further obligations on behalf of Defendants in this action.

**DONE AND ORDERED** in Chambers in Washington, D.C. this 22nd day of October, 2009.

_____/s/_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE