Default - Rule 55A (CO 40 Revised-2/2010)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

AGUDAS CHASIDEI CHABAD OF UNITED
STATES

_____
                Plaintiff(s)

                                                    Civil Action: 1:05-cv-01548-RCL
                                                                   _____
        v.


RUSSIAN FEDERATION et al

_____
                Defendant(s)


        RUSSIAN FEDERATION ;RUSSIAN MINISTRY OF CULTURE AND MASS
**RE:** COMMUNICATION ;RUSSIAN STATE LIBRARY ;RUSSIAN STATE MILITARY ARCHIVE


## DEFAULT

        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served  pursuant to order filed                          on         10/27/2009          , and an affidavit

on behalf of the plaintiff having been filed, it is this  20th  day of          August          ,  2010  declared that

defendant(s) is/are in default.


                                ANGELA D. CAESAR, Clerk


                        By:        /s/ Reginald D. Johnson
                            _____
                                        Deputy Clerk