# LEWIN & LEWIN LLP

Nathan Lewin
 nat@lewinlewin.com

Alyza D. Lewin
 alyza@lewinlewin.com

1828 L Street, NW
Suite 901
Washington, DC 20036
(202) 828-1000 phone
(202) 828-0909 fax
www.lewinlewin.com

September 3, 2010

**VIA FACSIMILE**
Hon. Royce C. Lamberth,
Chief Judge
United States District Court
 for the District of Columbia
333 Constitution Avenue Northwest
Washington, DC 20001-2837

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.   9/10/10*

**FILED**

SEP 10 20___

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re:    *Agudas Chasidei Chabad v. Russian Federation, et al.*
       Case No. 05-1548

Dear Judge Lamberth:

This letter constitutes the first report to the Court pursuant to paragraph 3 of the Court's Order Granting Plaintiff's Motion for Entry of Default Judgment Against All Defendants ("Default Judgment") dated July 30, 2010, and docketed on August 4, 2010.

1. **Efforts To Enforce the Judgment** – Although the Russian Ministry of Foreign Affairs has issued a public statement that indicates it does not intend to comply with the Court's Order, the plaintiff is proceeding with service of the Default Judgment in accordance with the provisions of the Foreign Sovereign Immunities Act. On behalf of the plaintiff, we have been in touch with the appropriate offices of the Department of State and the Default Judgment and other necessary documents have been certified and are in the process of being translated for transmission to the Department of State. This will result in service authorized by 28 U.S.C. § 1608(a)(4).

Since the Russian Federation does not follow the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents with respect to service by mail from the United States, the procedures prescribed in 28 U.S.C. §§1608(a)(2) and 1608(a)(3) may be unavailable. Nonetheless, the documents (including a copy of this letter) will also be sent by mail to the addresses provided by the defendants' former counsel when they withdrew from representation of the defendants on October 22, 2009.

If the defendants fail to comply with the Default Judgment, the plaintiff will seek appropriate enforcement procedures including attachment pursuant to the Foreign Sovereign Immunities Act and such other remedies as are available under United States law.



LEWIN & LEWIN LLP

Hon. Royce C. Lamberth
September 3, 2010
Page Two

    2.  **Condition of the "Library" and the "Archive"** – The Court was advised in
a December 1, 2008, affidavit of Rabbi Levine that some original documents known to have
been in the "Archive" were being offered for sale in Israel. Since that time, a copy of one
original document has been published in a periodical titled "Kovetz Beis Aharon Ve-Yisroel,"
which is a publication of the Stolin-Karlin Hasidic community. The publishers report that the
original is in their collection.

    A catalogue of an auction to be held on March 29, 2009, by the Israeli auction house
"Asufa" listed and pictured another document known to have been in the "Archive" as the
"Handwritten Halachic Response of Chassidic Rebbe Rabbi Menahem Mendel of Lubavitch
Author of the Tzemach Tzedek." The estimated price was $10,000-$12,000. When the auction
house was notified that this document had been surreptitiously removed from the "Archive" that
is the subject of this lawsuit, it was withdrawn from the auction. The auction-house has refused
to name the consignor of the document.

    Rabbi Levine was also called by a collector of Judaica who lives in Lakewood, New
Jersey, and told that two documents known to have been in the "Archive" (a letter by the Third
Rebbe and a one-page note written by the Sixth Rebbe) were offered to the collector. The
collector has refused to identify the offeror.

    A collector of Judaica residing in London, England, has also advised that he purchased a
handwritten document written by the Third Rebbe which was known to be in the "Archive." He
has refused to describe how he came into possession of the manuscript.

    We believe we could productively report again to the Court on or about October 20,
2010.

                                    Respectfully submitted,

                                    *Nathan Lewin* / adl
                                    Nathan Lewin
                                    Alyza D. Lewin
                                    LEWIN & LEWIN, LLP

                                    Marshall B. Grossman
                                    Seth M. Gerber
                                    BINGHAM MCCUTCHEN, LLP

                                    Wm. Bradford Reynolds
                                    HOWREY, LLP
                                    *Attorneys for the Plaintiff*