**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF THE UNITED STATES**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE**, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05-01548 (RCL) |

## SUPPLEMENTAL NOTICE BY UNITED STATES OF POTENTIAL PARTICIPATION

On April 15, 2011, the United States notified the Court that it was actively considering whether to participate in this litigation pursuant to 28 U.S.C. § 517 [ECF No. 93]. The United States explained that certain issues raised by Plaintiff's Motion for Entry of an Order Pursuant to 28 U.S.C. § 1610(c) to Permit Attachment and Execution on the Default Judgment [ECF No. 91] may be of interest to the United States, that those issues required further review, and that the United States intended to advise the Court by May 16, 2011 whether it would file a Statement of Interest. Although the United States has worked diligently to complete its review by that date, it is, respectfully, in need of additional time.

Certain recent developments, including the Statement of Plaintiff Agudas Chasidei Chabad of the United States [ECF No. 94], filed on May 13, 2011, have made it necessary for the United States to consider this matter further. The Statement refers to a formal commitment by Plaintiff not to seek to enforce the Court's default judgment by attaching or executing against

Russian cultural objects immune from seizure under 22 U.S.C. § 2459. The United States is in need of additional time to evaluate the impact of that submission on whether it will file a Statement of Interest.

    The United States, therefore, respectfully notifies the Court that it will either file a Statement of Interest on or before June 15, 2011, or notify the Court on or before that date that it will not do so. The United States appreciates the Court's consideration, and regrets any inconvenience that a short delay may cause.

Dated: May 16, 2011

Respectfully Submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ *James D. Nelson*
JAMES D. NELSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6143
Washington, D.C. 20530
(202) 307-6600
james.d.nelson2@usdoj.gov