IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, <br><br> Defendants. | Civil Action No. 1:05-01548 (RCL) |

## STIPULATION PROHIBITING ATTACHMENT OF CERTAIN CULTURAL OBJECTS TEMPORARILY IMPORTED INTO THE UNITED STATES

WHEREAS plaintiff Agudas Chasidei Chabad of United States ("Chabad"), a New York nonprofit religious corporation, initiated an action on November 9, 2004, in the United States District Court for the Central District of California against the Russian Federation, the Russian Ministry of Culture and Mass Communication, the Russian State Library, and the Russian State Military Archive (collectively, "Russia") to recover a large collection of Jewish books, manuscripts, and documents, which action was subsequently transferred to this Court, Civil Action No. 1:05-01548 (the "Action");

WHEREAS Chabad obtained, on July 30, 2010, a default judgment against Russia in the Action ordering Russia to "surrender to the United States Embassy in Moscow or to the duly appointed representatives of Plaintiff Agudas Chasidei Chabad of United States the complete collection of religious books, manuscripts, documents and things that comprise the

'Library' and the 'Archive' presently being held by the Defendants at the Russian State Library and the Russian State Military Archive";

WHEREAS Chabad to date has been unable to secure compliance with the default judgment order;

WHEREAS Chabad filed motions on April 4, 2011 in the Action for an order to permit enforcement of the default judgment by attachment and execution pursuant to 28 U.S.C. § 1610(c) and for monetary sanctions;

WHEREAS on May 13, 2011, Chabad filed a Statement in this Action notifying the Court that Chabad "will not seek to enforce this Court's default judgment by attaching or executing against any art or object of cultural significance which has been loaned by the Russian Federation to American museums and is immune from seizure under 22 U.S.C. § 2459"; that Chabad had assured the United States of this in a letter which "formally commits Chabad and declares its intention in this regard"; and that "Chabad does not seek to disrupt in any manner the non-profit exchange of art and cultural objects between the Russian and American people," which is "fully protected by the law of the United States."

WHEREAS Museum Associates d/b/a the Los Angeles County Museum of Art ("LACMA"), a California nonprofit public benefit corporation, and other museums in the United States, including the Museum of Fine Arts in Houston, Texas (collectively, the "Domestic Museums"), are hosting an exhibition of Islamic artistic and cultural objects entitled "Gifts of the Sultan: The Arts of Giving as the Islamic Courts," to take place at LACMA from on or about June 5, 2011 until on or about September 5, 2011, at the Museum of Fine Arts in Houston from on or about October 23, 2011 until on or about January 15, 2012, and at possible additional exhibitions or venues yet to be determined (the "Exhibition");

WHEREAS the Exhibition is to include objects temporarily on loan from museums and other institutions around the world, including from three state museums in the Russian Federation;

WHEREAS the Assistant Secretary for Educational and Cultural Affairs of the United States State Department has made certain determinations concerning the Exhibition, including that the objects imported from abroad to be included in the Exhibition are of cultural significance; and that their exhibition or display at LACMA, the Museum of Fine Arts in Houston, and at possible additional venues is in the national interest; and has caused a public notice to that effect to be published in the Federal Register, at 75 Fed. Reg. 82,128 (Dec. 29, 2010) (the Public Notice);

WHEREAS, pursuant to 22 U.S.C. § 2459, the objects covered by the Public Notice, including those from the Russian Federation (the "Covered Russian Objects," which are listed on Exhibit A attached hereto), are therefore immune from attachment or any other judicial process in any court of the United States or any State that would have the purpose or effect of depriving the Museums (or any carrier transporting the Covered Russian Objects) of custody or control of the Covered Russian Objects while they are in the United States temporarily on loan for the Exhibition;

WHEREAS Chabad and LACMA desire that this immunity be clarified and given binding effect;

NOW THEREFORE it is hereby stipulated that:

1.  While they are temporarily in the United States for the Exhibition at LACMA from on or about June 5, 2011 until on or about September 5, 2011, at the Museum of Fine Arts in Houston from on or about October 23, 2011 until on or about January 15, 2012, and at

possible additional exhibitions or venues yet to be determined, the Covered Russian Objects may not be attached in aid of execution of Chabad's judgment in this Action or otherwise subjected to any judicial process in connection with this Action in any court that would have the purpose or effect of depriving any Domestic Museum or carrier of custody or control of the Covered Russian Objects.

2. Chabad agrees that it shall not institute any attachment or execution proceedings with respect to the Covered Russian Objects in any court of the United States, any State, the District of Columbia, or any territory or possession of the United States, or otherwise seeking any judicial process in any such court that would have the purpose or effect of depriving any Domestic Museum or carrier of custody or control of the Covered Russian Objects, while the Covered Russian Objects are temporarily in the United States for the Exhibition at LACMA from on or about June 5, 2011 until on or about September 5, 2011, at the Museum of Fine Arts in Houston from on or about October 23, 2011 until on or about January 15, 2012, and at possible additional exhibitions or venues yet to be determined.

Dated: May 18, 2011                                   Respectfully Submitted,


BINGHAM MCCUTCHEN, LLP

By: _____                           By: _Eric Bravin /EPT_

Marshall B. Grossman (Pro Hac Vice)                  Eric O. Bravin (D.C. Bar No. 483190)
Seth M. Gerber (Pro Hac Vice)                        4504 MacArthur Blvd.
   The Water Garden, 1620 26th Street           Suite No. 2
   Fourth Floor, North Tower                     Washington DC 20007
   Santa Monica, CA 90404                        Telephone: (917) 797-5536
   Telephone: (310) 907-1000

LEWIN & LEWIN, LLP                                   *Attorneys for Museum Associates dba the Los*
Nathan Lewin (D.C. Bar No. 38299)                    *Angeles County Museum of Art*

Alyza D. Lewin (D.C. Bar No. 445506)
1775 Eye Street, NW, Suite 850
Washington, DC 20006
Telephone: (202) 828-1000

*Attorneys for Agudas Chasidei Chabad of United States*

# Exhibit A

# International Lenders for
# Gifts of the Sultan: The Arts of Giving at the Islamic Courts

**RUSSIA**

134.
Turkey
*Scoop*, 17th century
Gold, rock crystal, silver, precious stones, pearl (margaritifera-margaritifera), silver thread
Length: 23.5 cm, Total Weight: 326.50 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 1127 охр МВ-38  ЗВ-1354 (1 пр. с др.)

135.
Iran
*Ceremonial Mace (Pernat)*, mid-17th century
Gold, wood, turquoise
Length: 51.7 cm.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 5501 охр Ор-187  ЗВ-1195 (1 пр. с др.)

136.
Iran
*Ceremonial shield*, mid-16th century
Leather mounted in pearl-set gold; gems, turquoise inlay, gold plate with engraved work
Diameter: 55.5 cm
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 5314 охр ОР 169 ЗВ-1180

137.
Turkey, Istanbul
*Bowl*, first third of the 17th century
Gold, nephrite, precious stones
H: 12.2 cm; D: 14.5 cm, Total weight: 958.4 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 2962 охр ДК-267 ЗВ-1361 (1 пр. с др.)

28

138.
Turkey
*Helmet "Jericho cap,"* first third of the 17th century
Damask steel, silver, silk fabric
Diameter: 22 cm
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 4697 охр ОР-163 СВ-821 (1 пр. с др.)

139.
Turkey
*Writing set*, 17th century
Silver, gold, lazurite, precious stones, pearl (margaritifera-margaritifera)
Total length: 27 cm (pencil box); total height: 7 cm (inkstand), total weight: 554.2 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 3241 охр МВ-41 ЗВ-1368 (1 пр. с др.)

140.
Turkey
*Flask*, 17th century
Leather (domesticated goat), silver thread, silk, nephrite, silver, rock crystal, precious stones, gold, glasses
27.5 x 21.5 cm; Total weight: 1256.2 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 3187 охр ТК-2882 ЗВ-1367 (1 пр. с др.)

141.
Iran and Turkey
*Cover*, 17th century
Taffeta, damask, velvet
98 x 108 cm
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 10195 охр ТК-2199

142.
Iran
*Cover*, late 17th century the beginning of 18th century
Satin, fabric, cotton fabric
70 x 24 cm.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 4055 охр Тк-2222 СВ-1868 (1 пр. с др.)

29

143.
Turkey, Istanbul
*Saddle*, mid-17th century
Gold, silver, copper, precious stones, pearl (margaritifera margaritifera), wood, leather (domestic goad), velvet, braid, gilded thread
Total L: 40 cm; H: (of front arch) 34 cm; H: (of rear arch) 19 cm; L: 40 cm
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 9590 охр К-231 ЗВ-394 (1 пр. с др.)

144.
Iran
*Dagger and sheath*, first part 17th century
Gold, rubies, damask steel, wood, glasses, pearl (margaritifera margaritifera), turquoise
Common length: 30.8 cm, Length of blade: 16.8 cm, Length of sheath: 18.5 cm, Total weight: (dagger) 171.1 g, (sheath) 88.1 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 6518/1-2 охр Ор-208/1-2 ЗВ-1210/1-2 (2 пр. с др.)

145.
Turkey
*Pair of stirrups*, 17th century
Gold, iron, precious stones, fabric with gilded treads, velvet, leather (domestic goat)
H: 17cm; Total weight: 3447.5 grams
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 9443/1-2 охр К-216/1-2 ЗВ-429/1-2 (2 пр. с др.)

146.
Turkey
*Chest Straps (Paperst)*, 17th century
Gold, silver, iron, stones, braid, leather (domestic goat)
Width of straps: 6 m; Total weight: 2141.5 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 9878 охр К-225 ЗВ-389 (1 пр. с др.)

147.
Turkey
*Bridle (Ogolov)*, 17th century
Gold, silver, iron, stones, glasses, braid, leather (domestic goat)
Width of straps: 5 cm; Total weight: 2560 g.
Lender: The State Historical-Cultural Museum Preserve, Moscow Kremlin, Moscow, Russia
Lender collection number: 9877 охр К-420 ЗВ-1773 (1 пр. с др.)

148.
Central Asia
*Bronze oil lamp (chiraghdan)*, c. 1397
Bronze
84.5 cm (33.3 inches)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: SA 15931

149.
Iran
*Bottle*, end of 11th – beginning 12th centuries
Cast silver, niello
D: 11.5 cm.; H: 20.6 cm.
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: S-504

150.
India
*Flask for Rose Water*, 17th century
Gold, enamels, precious stones
H: 10.24 in (26 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: VZ 714 a,b

151.
Iran, Tabriz
Commemorative coin of Fath Ali Shah, AH 1242/1826-7
Gold
Diameter: 2 5/8 in. (6.7cm)  weight: 229.60g
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ON-V-Az-1943

152.
Iran, Tehran
50 tomans, AH 1210/1796
Gold
Side length: 2 3/4 in. (6.8cm) Weight: 399g
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ON-V-Az-1830

153.
Iran, Tehran
50 tomans, AH 1210/1796
Gold
Side length: 2 5/8 in. (6.7cm) Weight: 402.05g
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ON-V-Az-1831

154.
Iran, Tehran
20 tomans, AH 1210/1796
Gold
Diameter: 1 3/4 in. (4.2cm) Weight: 162.03g
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ON-V-Az-1831

155.
Iran, Tehran
20 tomans, AH 1210/1796
Gold
Diameter: 1 3/4 in. (4.2 cm) Weight: 162 g
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ON-V-Az-1829

156.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Khusraw Mirza with the four other emissaries*, 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-767

157.
Ludwig O.
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Khusrau Mirza (profile bust) 1829*
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-19105

158.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Khosrow Mirza (three quarter portrait bust),*1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-19106

159.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Mirza Baba,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-19509

160.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Amir Khusraw Muhammad Khan,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-18653

161.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Mirza Mas'ud,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: ERG-18753

162.
Karl Gampeln
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Mirza Salih,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection Number: ERG-18980

163.
Eduard Hauser
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Khosrow Mirza on a horse with the Peter and Paul Fortress at the background,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection Number: ERG-1320

164.
Eduard Hauser
*Suite of lithographs related to the embassy of Prince Khusrau Mirza, Portrait of Khosrow Mirza on a horse,* 1829
Lithography
22.2 x 15.7 in (56.5 x 39.8 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection Number: ZK II-1

165.
China
*Fragment of silk damask,* end of 13th to beginning of the 14th century
Silk, damask design of dark and light blue colors
20.5 (w) x 15.7 (l) in (52 x 40 cm)
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: LT-449

166.
China, Central Asia or Egypt
*Fragment of a robe,* end of the 13th to beginning of the 14th century
Silk
W: 49 cm.; L: 29 cm.
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: EG-905

167.
Turkey
*Tent*, late 18th century
Thin woolen cloth (the inner part of the tent), finished canvas (the outer part), brocade and silk decorations; polychrome silk and metal thread embroidery, braid
1605/2: 465 x 520 cm.; 1605/4: 255 x 1030 cm.; 1605/9: 240 x 122 cm.; 1605/10
Lender: The State Hermitage Museum, St. Petersburg, Russia
Lender collection number: VT-1605/2,4,9,10

168.
Text by Abd al-Rahman Jami
*Illustrated Manuscript of the Tuhfat al-ahrar (Gift for the Noble)*, late 16th century
Ink, colors and gold on paper
30.7 x 19.5 x 2.4 cm
Lender: The National Library of Russia, St. Petersburg, Russia
Lender collection number: Dorn 426

169.
Copied by Sultan Ali Mashhadi
*Diwan of Mir 'Ali Shir Nava'i*, 1465
Ink, colors and gold on paper
Folio: 34 x 23.7 x 4.7 cm
Lender: The National Library of Russia, St. Petersburg, Russia
Lender collection number: Dorn 564

170.
Sultan Ali Mashhadi
*Treatise on calligraphy*, text: c. 1514-1520, decoration and binding: 1560-7
Ink, color and gold on paper
23.6 x 15.5 x 1.2 cm
Lender: The National Library of Russia, St. Petersburg, Russia
Lender collection number: Dorn 454

171.
Iran
*Layla and Majnun by Amir-Khusrau Dihlavi*, late 15th century
Opaque watercolors on paper
25.1 x 17 x 1.4 cm
Lender: The National Library of Russia, St. Petersburg, Russia
Lender collection number: Dorn 395