**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 05-cv-1548 (RCL) |
| RUSSIAN FEDERATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER TO SHOW CAUSE**

On July 30, 2010, the Court entered an order directing defendants the Russian Federation, the Russian Ministry of Culture and Mass Communication, the Russian State Library, and the Russian State Military Archive to "surrender to the United States Embassy in Moscow or to the duly appoint representatives of plaintiff Agudas Chasidei Chabad of United States the complete collection of religious books, manuscripts, documents and things that comprise the 'Library' and the 'Archive' presently being held by the defendants at the Russian State Library and the Russian State Military Archive or elsewhere," "assist and authority the transfer of the 'Library' and the 'Archive' to the United States Embassy in Moscow or to plaintiff's appoint representatives" and "provide whatever security and authorization is needed to insure prompt and safe transportation of the 'Library' and 'Archive' to a destination of plaintiff's choosing." Order & Judgment, July 30, 2010 [80]. As of this date, both the Library and Archive remain in defendants' possession, and the record provides no hint of evidence that defendants are attempting to comply with the Court's order at this time. Plaintiff now moves for sanctions based on defendants' non-compliance. Motion for Sanctions, Apr. 4, 2011 [92]. Accordingly, it is hereby

ORDERED that, within sixty (60) days of the date set forth below, defendants shall show cause as to why, for the reasons set forth in plaintiff's Motion for Sanctions, they should not be found in contempt of court and why civil sanctions should not be entered against them; it is furthermore

ORDERED that, within thirty (30) days of this date, plaintiff shall send, by any form of mailing that provides confirmation of delivery, a copy and translation of its Motion for Sanctions and this Order to Show Cause, July 26, 2011 [102], to each defendant's address as provided by defendants' former counsel in Ex. A to Reply in Support of Motion to Withdraw, Aug. 6, 2009 [75-1]; it is furthermore

ORDERED that upon receipt of confirmation of delivery, plaintiff shall

1. provide an affidavit to the Court setting forth the details of the mailing; and

2. submit proof of delivery for each defendant; it is furthermore

ORDERED that the sixty-day period for defendants' response to this Order shall begin as of the date plaintiff files the details of the mailing and proof of delivery with the Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 26, 2011.