**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**AGUDAS CHASIDEI CHABAD
OF THE UNITED STATES**,

           Plaintiff,

           v.

**RUSSIAN FEDERATION**, *et al.*,

           Defendants.

_____

Civil Action No. 1:05-cv-01548-RCL

## STATUS REPORT SUBMITTED BY THE UNITED STATES OF AMERICA

The United States of America, by and through the undersigned counsel, respectfully files this status report concerning the Court's invitation to the United States to state its views with respect to the plaintiff's motion for sanctions.

1.  On April 4, 2011, the plaintiff filed a motion that asked the Court to impose sanctions against the defendants.  (ECF 92.)  This Court held the sanctions motion in abeyance (ECF 101), and ordered the defendants to show cause why the motion should not be granted (ECF 102).  The plaintiff subsequently filed two requests to hold the sanctions motion in abeyance.  (ECF 104, ECF 105).

2.  The plaintiff renewed its motion for sanctions on March 5, 2012.  (ECF 106.)  This Court entered an order on May 23, 2012, inviting the United States to express its views regarding the plaintiff's motion.  (ECF 107.)  This Court noted that, "[b]ecause of the serious impact such an order could have on the foreign policy interests of the United States, this Court finds that it would be helpful to obtain the views of the United States prior to acting on the motion for sanctions."  (*Id.* at 2.)  The Court accordingly invited the United States to state its views within 20 days, *i.e.*, by June 12, 2012.

3. The plaintiff's motion raises significant issues that require further consideration by the Executive Branch before a final decision can be made with regard to the response by the United States to the Court's order. The United States is actively engaged in its deliberations with respect to those issues. The United States expects to complete its deliberations by August 10, 2012, and intends to advise the Court of its position by that date. The United States respectfully requests that any decision addressing the plaintiff's motion be deferred until it has completed its deliberations. The United States appreciates the Court's invitation and its consideration in this matter.

Dated: June 8, 2012                              Respectfully submitted,

                                                 STUART F. DELERY
                                                 Acting Assistant Attorney General

                                                 RONALD C. MACHEN, JR.
                                                 United States Attorney

                                                 VINCENT M. GARVEY
                                                 Deputy Branch Director
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch

                                                 ___*/s/ Joel McElvain*_____
                                                 JOEL McELVAIN (DC Bar No. 448431)
                                                 Senior Trial Counsel
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., NW, Room 7332
                                                 Washington, D.C. 20530
                                                 Tel.: (202) 514-2988
                                                 Joel.McElvain@usdoj.gov

                                                 *Attorneys for the United States of America*