IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF THE UNITED STATES**, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:05-cv-01548-RCL |
| **RUSSIAN FEDERATION**, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### STATUS REPORT SUBMITTED BY THE UNITED STATES OF AMERICA

The United States of America respectfully files this status report concerning the Court's invitation to the United States to state its views with respect to the plaintiff's motion for sanctions.

1. On April 4, 2011, the plaintiff filed a motion that asked the Court to impose sanctions on the defendants. (ECF 92.) This Court held the sanctions motion in abeyance (ECF 101), and ordered the defendants to show cause why the motion should not be granted (ECF 102). The plaintiff subsequently filed two requests to hold the sanctions motion in abeyance. (ECF 104, ECF 105).

2. The plaintiff renewed its motion for sanctions on March 5, 2012. (ECF 106.) This Court entered an order on May 23, 2012, inviting the United States to express its views regarding the plaintiff's motion. (ECF 107.) This Court noted that, "[b]ecause of the serious impact such an order could have on the foreign policy interests of the United States, this Court finds that it would be helpful to obtain the views of the United States prior to acting on the motion for sanctions." (*Id.* at 2.) The Court accordingly invited the United States to state its views within 20 days, *i.e.*, by June 12, 2012.

3.  The United States submitted a status report that informed the Court that the United States has been actively engaged in deliberations with respect to the issues raised in the plaintiff's motion, and that it anticipated that its deliberations would be completed by August 10, 2012.  (ECF 109.)

4.  As part of its deliberations in this matter, the Executive Branch felt it appropriate to consult with the parties.  That process, however, has only recently been completed.  The United States is now in the process of completing its internal deliberations with respect to the issues raised in the plaintiff's motion, in light of those consultations.  The United States expects to complete its deliberations by September 10, 2012, and intends to advise the Court of its position on or before that date.  The United States respectfully requests that any decision addressing the plaintiff's motion be deferred until it has completed its deliberations.  The United States appreciates the Court's invitation and its consideration in this matter.

Dated: August 8, 2012                    Respectfully submitted,

                                         STUART F. DELERY
                                         Acting Assistant Attorney General

                                         RONALD C. MACHEN, JR.
                                         United States Attorney

                                         VINCENT M. GARVEY
                                         Deputy Branch Director
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch

                                         　/s/ Joel McElvain
                                         JOEL McELVAIN (DC Bar No. 448431)
                                         Senior Trial Counsel
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., NW, Room 7332
                                         Washington, D.C. 20530
                                         Tel.: (202) 514-2988
                                         Joel.McElvain@usdoj.gov

                                         *Attorneys for the United States of America*