# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGUDAS CHASIDEI CHABAD OF UNITED STATES,** ) ) ) ) **Plaintiff,** ) v. ) **RUSSIAN FEDERATION,** *et al.* ) ) **Defendants.** ) ) | Civil No. 05-1548 (RCL) |

## ORDER

Upon consideration of plaintiff's motion for civil contempt sanctions, ECF No. 92, and for reasons given in the memorandum opinion issued this date, it is hereby

**ORDERED** that plaintiff's motion is GRANTED; and it is further

**ORDERED** that defendants the Russian Federation, the Russian Ministry of Culture and Mass Communication, the Russian State Library, and the Russian State Military Archive ("defendants"), having failed to respond to this Court's July 26, 2011 Order to Show Cause, ECF No. 102, are ADJUDGED and DECREED to be in civil contempt of this Court for failure to comply with this Court's July 30, 2010 Order, ECF No. 80; and it is further

**ORDERED** that until defendants comply with this Court's July 30, 2010 Order, ECF No. 80, a fine payable to the plaintiff in the amount of $50,000 per day shall be imposed on the defendants, for which the defendants shall be jointly and severally liable; and it is further

**ORDERED** that a status conference will be held February 15, 2013 at 10:00 AM to discuss whether further and/or other sanctions might lead to compliance with the Court's order.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on January 16, 2013.