UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>        Plaintiff,<br><br>    vs.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>        Defendants. | CASE NO. 1:05-CV-01548-RCL |

**PLAINTIFF'S STATEMENT TO THE COURT**

Plaintiff Agudas Chasidei Chabad of the United States ("Chabad") hereby advises the Court that efforts by the United States Department of State to negotiate on a government-to-government basis with the Russian Government over the past few months, with which Chabad has cooperated, have not heretofore resulted in transfer of any portion of the Collection to Chabad in the United States. Chabad hereby reserves its right to pursue and enforce the remedies that the Court has granted and respectfully requests that the status conference scheduled for June 10, 2013, be continued to June 20, 2013, in order to accommodate the schedules of Chabad's counsel and client representatives.

| | |
|---|---|
| DATED:    June 6, 2013 | Respectfully submitted, |
| BINGHAM MCCUTCHEN, LLP | LEWIN & LEWIN, LLP |
| By /s/ Seth M. Gerber<br>Marshall B. Grossman (*Pro Hac Vice*)<br>Seth M. Gerber (*Pro Hac Vice*)<br>The Water Garden, 1620 26th Street<br>Santa Monica, CA 90404<br>Telephone: (310) 907-1000 | By /s/ Nathan Lewin<br>Nathan Lewin (D.C. Bar No. 38299)<br>Alyza D. Lewin (D.C. Bar No. 445506)<br>1775 Eye Street NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 828-1000 |

*Attorneys for Plaintiff Agudas Chasidei Chabad of United States*