UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD<br>OF THE UNITED STATES,<br><br>          *Plaintiff*,<br><br>    v.<br><br>RUSSIAN FEDERATION; RUSSIAN<br>MINISTRY OF CULTURE AND MASS<br>COMMUNICATION; RUSSIAN STATE<br>LIBRARY; and RUSSIAN STATE<br>MILITARY ARCHIVE,<br><br>          *Defendants.*, | Case No. 1:05-cv-01548-RCL |

## DECLARATION OF RABBI YOSEF CUNIN IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERIM JUDGMENT OF ACCRUED SANCTIONS

I, Rabbi Yosef Cunin, declare:

1. I am a rabbi and representative of Plaintiff Agudas Chasidei Chabad of the United States ("Chabad") in matters relating to this lawsuit and in the pursuit of the return of Chabad's Library and Archive from Russia. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify thereto. I submit this declaration in support of Plaintiff's Motion for Interim Judgment of Accrued Sanctions.

2. In this Court's July 30, 2010 Default Judgment, the Court ordered defendants Russian Federation, Russian Ministry of Culture and Mass Communication ("Ministry"), Russian State Library ("RSL"), and Russian State Military Archive ("RSMA") (collectively, "Russia"), to return a collection of books, manuscripts, and things belonging to Chabad (known as the "Library" and the "Archive") to duly appointed representatives of Chabad or to the United

States Embassy in Moscow. In its January 16, 2013 Sanctions Order, the Court found Russia to be in contempt for failing to comply with the Default Judgment. The Court imposed a civil contempt monetary sanction of $50,000 for each day Russia did not comply with the Default Judgment. In support of efforts by the State Department and others to resolve this matter, however, Chabad agreed to a hiatus for a limited time period, eventually totaling 70 days, in the accrual of the contempt sanction.

3. Russia has not returned the Library or the Archive to Chabad. Based on recent communications between me and other representatives of Chabad on the one hand, and the United States Department of State, including representatives of the United States embassy in Moscow, on the other, neither the Library nor the Archive has been returned to the embassy.

4. Based on press reports and on the recent discussions with personnel at the United States embassy in Moscow referenced above, it is my understanding that a portion of the Library (totaling no more than 1,000 books according to my most recent sources) has been transferred to an RSL branch located in the Jewish Museum and Tolerance Center in Moscow. It is my understanding that the branch where the books are located is part of the RSL and no possession or control over the materials has been granted to Chabad or any duly authorized representative of Chabad.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Los Angeles, California, on this 28th day of January, 2014.

_____
Rabbi Yosef Cunin