UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| AGUDAS CHASIDEI CHABAD | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01548-RCL |
| | ) | |
| RUSSIAN FEDERATION; RUSSIAN | ) | |
| MINISTRY OF CULTURE AND MASS | ) | |
| COMMUNICATION; RUSSIAN STATE | ) | |
| LIBRARY; and RUSSIAN STATE | ) | |
| MILITARY ARCHIVE, | ) | |
| | ) | |
| *Defendants.*, | ) | |
| | ) | |
| _____) | | |

**[PROPOSED] ORDER AND INTERIM JUDGMENT**

By Order dated January 16, 2013 (Document 115) (the "Sanctions Order"), this Court found defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive to be in contempt of this Court's July 30, 2010 Order Granting Plaintiff's Motion for Entry of Default Judgment Against all Defendants (Document 80) ("Default Judgment"). In the Default Judgment, this Court directed that Defendants return to the United States Embassy in Moscow or to a duly appointed representative of the Plaintiff Agudas Chasidei Chabad of United States "the complete collection of religious books, manuscripts, documents and things that comprise the 'Library' and 'Archive' presently being held by the Defendants[.]" Now before the Court is Plaintiff's Motion for an Interim Judgment of Accrued Sanctions (the "Motion"). In the Motion, Plaintiff has represented

and demonstrated to the Court that Defendants have not complied with the Court's July 30, 2010 Default Judgment, and that entry of an interim judgment in the amount of $14,750,000, reflecting the sanctions that have accrued as of January 16, 2014 under the Sanctions Order, is warranted.

Accordingly, upon consideration of Plaintiff's Motion and the proceedings thereon, it is hereby:

**ORDERED** that Plaintiff's Motion be, and it hereby is, **GRANTED**;

**ORDERED** that Plaintiff Agudas Chasidei Chabad of the United States recover from Defendants the Russian Federation, the Russian Ministry of Culture and Mass Communication ("Ministry"), the Russian State Library ("RSL"), and the Russian State Military Archive ("RSMA") (collectively, "Russia"), jointly and severally, the amount of $14,750,000; and

**ORDERED** that the Court's July 30, 2010 Default Judgment remains in full force and effect; and

**ORDERED** that the Court's January 16, 2013 Sanctions Order remains in full force and effect, and the fine imposed therein will continue to accrue until Russia fully complies with the July 30, 2010 Default Judgment.

**SO ORDERED** this _____ day of _____, 2014.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT