IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Case No. 1:05-cv-01548-RCL |
| RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**MOTION BY NON-PARTY TENEX-USA INCORPORATED TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM AND AD TESTIFICANDUM**

Pursuant to Rules 26(b), 45(d), and 69 of the Federal Rules of Civil Procedure, the non-party Tenex-USA Incorporated ("Tenam"), hereby moves this Court for an Order to Quash Plaintiff's Subpoena Duces Tecum and Ad Testificandum, dated March 26, 2019, and served on Tenam on March 27, 2019. This motion is based on the accompanying memorandum of points and authorities, supporting declaration of Tenam's President Fletcher Newton, and the attachments thereto.

Plaintiff's counsel has been notified of Tenam's specific objections to the subpoena. *See* Declaration of Fletcher Newton, Ex. B (Objections of Non-Party Tenex-USA Incorporated to Plaintiff's Subpoena Duces Tecum and Ad Testificandum). Further, in accordance with Local Civil Rule 7.1(m), counsel for Tenam has discussed the issues related to Plaintiff's

subpoena with Plaintiff's counsel.  Plaintiff's counsel has indicated it will oppose the motion. A proposed Order is attached to this Motion to Quash.

WHEREFORE, Tenam respectfully requests that the Court grant its Motion to Quash Plaintiff's subpoena pursuant to Rules 26(b), 45(d), and 69 of the Federal Rules of Civil Procedure, and also that the Court stay any compliance with Plaintiff's Subpoena until the Court has resolved the outstanding issues identified in the United States' Statements of Interest.

Dated: April 11, 2019
       Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:    + 1 202 626 3600
Facsimile:     + 1 202 639 9355
clamm@whitecase.com
fvasquez@whitecase.com

*Counsel for Non-Party Tenex-USA Incorporated*