# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:05-cv-01548-RCL |
| RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, | ) ) ) ) ) ) ) | |
| *Defendants.* | ) ) | |

### NON-PARTY TENEX-USA, INCORPORATED'S CONSENT MOTION FOR CONTINUANCE OF HEARING FOR ALL PENDING MOTIONS

Non-party TENEX-USA, Incorporated ("Tenam"), by and through undersigned counsel, hereby respectfully files this consent motion for a continuance of the hearing on all pending motions currently set for October 18, 2019 (the "Hearing"). Pursuant to Local Civil Rule 7(m), undersigned counsel has contacted counsel for Plaintiff Agudas Chasidei Chabad of United States, who consents to a continuance of the Hearing and has indicated they are available for a rescheduled hearing on the dates listed herein. Undersigned counsel also contacted counsel for the United States, State Development Bank VEB.RF, and the Simon Wiesenthal Center, all of whom consent to a continuance of the Hearing and have indicated they are available for a rescheduled hearing on the dates listed herein. Listed below are all the dates through December 2019 all counsel have indicated they are available for a rescheduled hearing.

Good cause exists for granting this motion.  Tenam's Motion to Quash Plaintiff's Subpoena *Duces Tecum* and *Ad Tesificandum*, ECF No. 176, is one of several pending motions for which Plaintiffs have requested the Hearing.  *See* Pl.'s Notice of Completion of Briefing and Request for Oral Argument on Seven Pending Motions at 2, Aug. 28, 2019, ECF No. 186.  Due to long-standing commitments outside of Washington, D.C., undersigned counsel for Tenam will be unavailable on October 18, 2019, the current scheduled date for the Hearing.  *See* Minute Order, Aug. 28, 2019, ECF No. 188.

Tenam thus respectfully requests a continuance of the Hearing to one of the following dates:

- Monday, December 2, 2019
- Tuesday, December 3, 2019
- Monday, December 9, 2019
- Tuesday, December 10, 2019
- Wednesday, December 11, 2019
- Thursday, December 12, 2019

Counsel is able to provide additional dates in 2020 if none of these is available for the Court.

WHEREFORE, Tenam respectfully requests that the Court grant its motion and continue the Hearing to another date as identified herein.

Dated:  September 11, 2019                             Respectfully submitted,

**WHITE & CASE**

*/s/ Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicolle Kownacki (D.C. Bar No. 1005627)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:      + 1 202 639 9355
clamm@whitecase.com
fvasquez@whitecase.com
nkownacki@whitecase.com

*Counsel for Non-Party TENEX-USA, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, a true and correct copy of the foregoing **NON-PARTY TENEX-USA, INCORPORATED'S CONSENT MOTION FOR CONTINUANCE OF HEARING FOR ALL PENDING MOTIONS** was served by the D.C. District Court's electronic filing notification system on the following counsel of record:

Daniel McCallum
Robert P. Parker
Steven Lieberman
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street NW, Suite 800
Washington, DC 20005
Emails: dmccallum@rfem.com
rparker@rfem.com
slieberman@rfem.com

Nathan Lewin
Alyza Doba Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW, 4th Floor
Washington, DC 20006
Emails: nat@lewinlewin.com
alyza@lewinlewin.com

Jonathan E. Stern
DREIER STEIN & KAHAN, LLP
1620 26th Street
Sixth Floor, North Tower
Santa Monica, CA 90404-4060
Email: jstern@dskllp.com

*Counsel for Agudas Chasidei Chabad of United States*

Nathan Michael Swinton
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC 20530
Email: nathan.m.swinton@usdoj.gov

Benjamin Thomas Takemoto
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, DC 20044
Email: benjamin.takemoto@usdoj.gov

*Counsel for the United States of America*

Kenneth J. Pfaehler
Arthur R. Bregman
Nicholas Petts
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Emails: kenneth.pfaehler@dentons.com
randy.bregman@dentons.com
nick.petts@dentons.com

*Counsel for State Development Bank VEB.RF*

Martin Mendelsohn
MENDELSOHN CONSULTANCY
5705 McKinley Street
Bethesda, MD 20817
Email: martin@mendelsohnconsultancy.com

*Counsel for Simon Wiesenthal Center*

      I further certify that on September 11, 2019, a true and correct copy of the foregoing

**NON-PARTY TENEX-USA, INCORPORATED'S CONSENT MOTION FOR CONTINUANCE OF HEARING FOR ALL PENDING MOTIONS** was served by First-Class International Mail, through the U.S. Postal Service, on each of the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Alexander Konovalov, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Vladimir Medinsky, Minister
7/6, Bldg. 1,2 , Malyy Gnezdnikovskiy Pereulok
Moscow, Russia 125993

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdvizhenka Street, 2nd Entrance
Moscow, Russia 119019

**WHITE & CASE**

*/s/ Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicolle Kownacki (D.C. Bar No. 1005627)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:     + 1 202 639 9355
clamm@whitecase.com
fvasquez@whitecase.com
nkownacki@whitecase.com

*Counsel for Non-Party TENEX-USA, Incorporated*