UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> *Plaintiff*, <br><br> v. <br><br> RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, <br><br> *Defendants*. | Case No. 1:05-cv-01548-RCL |

## ORDER (PROPOSED)

Upon consideration of the Consent Motion for Continuance of Hearing for All Pending Motions, the Court hereby:

ORDERS that the motion is hereby GRANTED;

Further ORDERS that the hearing on all pending motions is scheduled for the ~~5th~~ 3rd RL day of _December_, 2019 at 10:00.

SO ORDERED in Washington, District of Columbia, this _13th_ day of _September_, 2019.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT