UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,  *Plaintiff*,  v.  RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,  *Defendants*. | Case No. 1:05-cv-01548-RCL |

## [PROPOSED] ORDER AND JUDGMENT

Having considered the Plaintiff's November 27, 2019 Updated Motion for Additional Interim Judgment of Accrued Sanctions, and the arguments therein, the Court herby:

**ORDERS AND ADJUDGES** that Plaintiff recover from Defendants, jointly and severally, an additional $78,300,000, which is the amount of all sanctions accrued since the Court's September 10, 2015 interim judgment of $43,700,000; and

**ORDERS AND ADJUDGES** that until Defendants comply with this Court's July 30, 2010 Order (ECF No. 80), monetary sanctions will continue to accrue pursuant to this Court's January 16, 2013 Order (ECF No. 115), which remains in full force and effect.

**SO ORDERED** this _20th_ day of _December_, 2019.

_____
The Honorable Royce C. Lamberth
United States District Court