**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1548-RCL |
| RUSSIAN FEDERATION; RUSSIAN MINSTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is plaintiff Agudas Chasidei Chabad's motion to increase sanctions, ECF No. 168. Having considered the arguments set forth in Chabad's brief, as well as more recent developments regarding Russia's arrest warrant for a Chabad rabbi, the Court is not persuaded that an increased daily sanctions award will facilitate defendants' compliance. An additional $50,000 accrues on defendants' ledger each day—the Court is satisfied that this remains an appropriate sanction. Chabad's motion is accordingly **DENIED**.

In its motion, Chabad also seeks entry of a protective order regarding post-judgment discovery. This request will be dealt with by separate order.

It is **SO ORDERED**.

SIGNED this 20ᵗʰ day of December, 2019.

_____
Royce C. Lamberth
United States District Judge

1