# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 20-7078**  **September Term, 2021**

FILED ON: DECEMBER 3, 2021

AGUDAS CHASIDEI CHABAD OF UNITED STATES,
    APPELLEE

v.

RUSSIAN FEDERATION, ET AL.,
    APPELLEES

STATE DEVELOPMENT CORPORATION VEB.RF, FORMERLY KNOWN AS VNESHECONOMBANK,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-mc-00146)

---

**No. 20-7080**

AGUDAS CHASIDEI CHABAD OF UNITED STATES, A NON-PROFIT RELIGIOUS CORPORATION,
    APPELLEE

v.

RUSSIAN FEDERATION, A FOREIGN STATE, ET AL.,
    APPELLEES

TENEX-USA INCORPORATED,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:05-cv-01548)

---

No. 20-7078 September Term, 2021

Before: SRINIVASAN, *Chief Judge*, ROGERS, *Circuit Judge*, and SENTELLE, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that appeal No. 20-7078 be dismissed for lack of jurisdiction and VEB's alternative request for mandamus relief be denied; and the District Court's judgment in appeal No. 20-7080 be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk

Date: December 3, 2021

Opinion for the court filed by Circuit Judge Rogers.