# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> *Plaintiff*, <br><br> v. <br><br> RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, <br><br> *Defendants*. | Case No. 1:05-cv-01548-RCL |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), counsel for Plaintiff Agudas Chasidei Chabad of United States ("Chabad") hereby withdraws the appearance of Daniel McCallum as an attorney for Chabad in this matter. Chabad will continue to be represented in this matter by existing counsel from the law firms of Rothwell, Figg, Ernst & Manbeck, P.C. and Lewin & Lewin, LLP.

Respectfully submitted,

Dated: January 27, 2022

By: */s/ Steven Lieberman*
Steven Lieberman (D.C. Bar No. 439783)
Robert Parker (D.C. Bar No. 404066)
Jennifer P. Nock (D.C. Bar No. 1008719)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Phone: 202-783-6040
Facsimile: 202-783-6031
Emails: slieberman@rfem.com
rparker@rfem.com
jnock@rfem.com

1

Nathan Lewin (D.C. Bar No. 38299)
Alyza Lewin (D.C. Bar No. 445506)
LEWIN & LEWIN, LLP
888 17th St., N.W., 4th Floor
Washington, DC 20006
Phone: 202-828-1000
Facsimile: 202-828-0909
Emails:  nat@lewinlewin.com
　　　　　alyza@lewinlewin.com

*Counsel for Agudas Chasidei Chabad of United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served by electronic mail on the following counsel of record:

Benjamin Thomas Takemoto
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Email: benjamin.takemoto@usdoj.gov

*Counsel for the United States of America*

Carolyn Beth Lamm
Nicolle E. Kownacki
WHITE & CASE LLP
701 Thirteenth Street, N.W., 11th Floor
Washington, DC 20005
Emails: clamm@whitecase.com
nkownacki@whitecase.com

*Counsel for Tenex-USA, Inc.*

David Y. Livshiz
Timothy P. Harkness
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Emails: david.livshiz@freshfields.com
timothy.harkness@freshfields.com

*Counsel for State Development Bank VEB.RF*

I further certify that on this 27th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was served by First-Class International Mail, through the U.S. Postal Service, on the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Alexander Konovalov, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Olga Lyubimova, Minister
7/6 Bldg. 1/2, Malyy Gnezdnikovsky Pereulok
Moscow, Russia 125993

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdivhenka Street
Moscow, Russia 119019

*/s/ Erik van Leeuwen*
Erik van Leeuwen
Litigation Operations Coordinator
Rothwell, Figg, Ernst & Manbeck, P.C.