UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF THE UNITED STATES,<br><br>*Plaintiff,*<br><br>v.<br><br>RUSSIAN FEDERATION;<br>RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION;<br>RUSSIAN STATE LIBRARY; and<br>RUSSIAN STATE MILITARY ARCHIVE,<br><br>*Defendants.* | Case No. 1:05-cv-1548-RCL |

## ORDER

Plaintiff Agudas Chasidei Chabad of the United States ("Chabad") has filed several motions that remain outstanding on the Court's docket. The Court will dispense with these motions as follows.

Chabad's entry [146] of a proposed protective order is **DENIED** as moot. The Court denied Chabad's corresponding motion [150] for a protective order in its Memorandum Order [199] on December 20, 2019.

Chabad's motion [153] to alter judgment to reflect accrued sanctions is **DENIED** as moot. The Court incorporated these accrued sanctions in its Order and Judgment [201] of December 20, 2019.

Chabad's motion [168] for a protective order is **DENIED** as moot. This motion relates to Chabad's prior motion [150] for a protective order, which the Court denied in its Memorandum Order [199] on December 20, 2019.

Chabad's "Request for Relief" [171] regarding its motion [167] for interim judgment of accrued sanctions and its motion [168] for increased sanctions and a protective order is **DENIED** as moot. The Court granted Chabad's motion for accrued sanctions in its Order and Judgment [201] of December 20, 2019. And the Court denied Chabad's motions for increased sanctions and a protective order in separate Memorandum Orders [199, 202] on December 20, 2019.

Chabad's motion [175] for an order to show cause is **DENIED**.

Chabad's motion [184] for leave to file a sur-reply and for oral argument with respect to Tenex-USA, Inc.'s ("Tenam") motion [176] to quash is **DENIED** as moot. The Court denied Tenam's motion to quash in a Memorandum Order [198] on December 20, 2019.

Chabad's motion [156] for an extension of time is **GRANTED** *nunc pro tunc*.

The Wiesenthal Center's motion [172] for leave to file an amicus brief is **GRANTED**.

It is **SO ORDERED**.

SIGNED this ____ day of February, 2022.

                                                  Royce C. Lamberth
                                                  United States District Judge