UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> *Plaintiff*, <br><br> v. <br><br> RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, <br><br> *Defendants*. | Case No. 1:05-cv-01548-RCL |

**[~~PROPOSED~~] REVISED INTERIM JUDGMENT**

Having considered the Plaintiff's January 12, 2023, Motion for Revised Interim Judgment of Accrued Sanctions, and the proceedings thereon, the Court hereby:

**ORDERS** that Plaintiff's motion be, and it hereby is, GRANTED;

**ORDERS** that Plaintiff's pending May 6, 2022 Motion for Revised Interim Judgment of Accrued Sanctions (ECF No. 239) be, and it hereby is, DENIED AS MOOT;

**ORDERS AND ADJUDGES** that Plaintiff recover from Defendants, jointly and severally, $178,800,000.00;

**ORDERS AND ADJUDGES** that, until Defendants comply with this Court's July 30, 2010 Order (ECF No. 80), monetary sanctions will continue to accrue pursuant to this Court's January 16, 2013 Order (ECF No. 115), which remains in full force and effect.

**SO ORDERED** this 13rd day of January, 2023.

_____
The Honorable Royce C. Lamberth
United States District Judge