IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>*Plaintiff*,<br><br>v.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>Defendants. | Case No. 1:05-cv-01548-RCL |

**MOTION FOR ADMISSION PRO HAC VICE
OF RICHARD A. SCHWARTZ**

On behalf of *amicus curiae* Simon Wiesenthal Center, Inc. ("Amicus Curiae"), in the above-captioned matter, the undersigned counsel files this motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Richard A. Schwartz and in support thereof states as follows:

1.     Richard A. Schwartz is a partner of the law firm of Ross LLP.  Mr. Schwartz's office is located at 1900 Avenue of the Stars, Suite 1225, Los Angeles, California 90067, and his telephone number is (424) 704-5600.  *See* Exhibit A.

2.     Mr. Schwartz is a member in good standing of the Bar of the State of California.  Mr. Schwartz has not been denied admission, nor has he been disciplined by any Court.  *See* Exhibit A.

3.      Amicus Curiae has retained Ross LLP and requested that Mr. Schwartz represent it in this matter in lieu of Mr. Martin Mendelsohn of Mendelsohn Consultancy, who currently represents Amicus Curiae in this matter.  *See* Exhibit A.

4.      Mr. Schwartz has not been admitted *pro hac vice* in this Court within the last two years.  *See* Exhibit A.

5.      Amicus Curiae respectfully requests that this motion be granted so that Mr. Schwartz may attend and participate in all matters on behalf of Amicus Curiae and otherwise engage in any proceedings in this litigation to which Amicus Curiae has a right or opportunity to participate.

6.      This motion is made by Thomas W. Cole, who is a member in good standing of this Bar.

WHEREFORE, on behalf of Amicus Curiae, the undersigned counsel respectfully requests that this Court enter an Order granting this motion and admitting Mr. Schwartz *pro hac vice* for the purpose of representing Amicus Curiae in this matter.

Dated:  January 30, 2023                                    Respectfully Submitted,

/Thomas W. Cole/
Thomas W. Cole
District of Columbia Bar No.: 926097