

**United States Department of State**

Washington, D.C.   20520

November 3, 2023

Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

    **Re:** *Agudas Chasidei Chabad of United States v. Russian Federation, et al.*, 1:05-cv-01548-RCL

Dear Ms. Caesar:

I am writing regarding the Court's request pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) for transmittal of an Order (Dkt. 115), Memorandum Opinion (Dkt. 116), Order (Dkt. 144), Order and Judgment (Dkt. 201), Revised Interim Judgment (Dkt. 263), Order (Dkt. 267), Memorandum Opinion (Dkt. 268), and "Notice of Suit" to the Russian Federation as a defendant in the above referenced lawsuit.

It has come to my attention that in a letter dated October 16, 2023 (a copy of which is attached) there was a typographical error in which the docket number of the case was expressed as "1:20-cv-00983." Please note the correct docket number is 1:05-cv-01548-RCL.

                          Sincerely,

                          Jared N. Hess
                          Attorney Adviser
                          Office of the Legal Adviser
                          L/CA/POG/GC



**RECEIVED**
11/3/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia



**United States Department of State**

Washington, D.C. 20520

October 16, 2023

Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Re: *Agudas Chasidei Chabad of United States v. Russian Federation, et al.,* 1:20-cv-00983

Dear Ms. Caesar:

I am writing regarding the Court's request pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) for transmittal of an Order (Dkt. 115), Memorandum Opinion (Dkt. 116), Order (Dkt. 144), Order and Judgment (Dkt. 201), Revised Interim Judgment (Dkt. 263), Order (Dkt. 267), Memorandum Opinion (Dkt. 268), and "Notice of Suit" to the Russian Federation as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Embassy of the Russian Federation. The diplomatic note was dated October 4, 2023, and delivered on October 11, 2023. A certified copy of the diplomatic note is enclosed.[*]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

[*] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:     Robert P. Parker
        Rothwell, Figg, Ernst & Manbeck P.C.
        901 New York Ave. NW, Suite 900 East
        Washington, DC 20001



**United States Department of State**

Washington, D.C. 20520

## CERTIFICATION OF DIPLOMATIC NOTE

I, Elizabeth Gracon, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC, certify that this is a true copy of the United States Department of State diplomatic note dated October 4, 2023, and delivered to the Embassy of the Russian Federation in Washington, DC on October 11, 2023.

Elizabeth Gracon, Managing Director
Directorate of Overseas Citizens Services

October 24, 2023

The Department of State refers the Embassy of the Russian Federation to the lawsuit *Agudas Chasidei Chabad of United States v. Russian Federation, et al.*, 1:20-cv-00983, which is pending in the U.S. District Court for the District of Columbia.  The Russian Federation is a defendant in this case.

The Department transmits an Order (Dkt. 115), Memorandum Opinion (Dkt. 116), Order (Dkt. 144), Order and Judgment (Dkt. 201), Revised Interim Judgment (Dkt. 263), Order (Dkt. 267), and Memorandum Opinion (Dkt. 268) herewith.  The U.S. District Court for the District of Columbia has requested service of these documents.  This note constitutes transmittal of these documents to the Russian Federation as contemplated in Title 28, United States Code, Sections 1608(a)(4) and (e).

In addition to the Order (Dkt. 115), Memorandum Opinion (Dkt. 116), Order (Dkt. 144), Order and Judgment (Dkt. 201), Revised Interim Judgment

(Dkt. 263), Order (Dkt. 267), and Memorandum Opinion (Dkt. 268), the Embassy is enclosing a "Notice of Suit," prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

Order (Dkt. 115), Memorandum Opinion (Dkt. 116), Order (Dkt. 144), Order and Judgment (Dkt. 201), Revised Interim Judgment (Dkt. 263),

-3-

Order (Dkt. 267), and Memorandum Opinion (Dkt. 268), and "Notice of Suit."


Department of State,

Washington, October 4, 2023