# EXHIBIT A

ПОСОЛЬСТВО
РОССИЙСКОЙ ФЕДЕРАЦИИ
В США

№ 298

Приложение:
упомянутое,
на 12 л.

Посольство Российской Федерации свидетельствует свое уважение Государственному департаменту Соединенных Штатов Америки и имеет честь возвратить без исполнения поступившие в Посольство материалы федерального суда округа Колумбия по заявлению религиозной организации «Агудас Хасидей Хабад» (меморандум от 16 января 2013 года – документ 116, решение от 20 декабря 2019 года – документ 201, постановление от 13 января 2023 года – документ 263, постановление и меморандум от 27 февраля 2023 года – документ 267 и 268, а также их переводы на русский язык) в связи с нарушением установленного порядка направления судебных документов, подлежащих вручению Российской Федерации.

Документы, предназначенные для вручения Российской Федерации, Президенту Российской Федерации, Правительству Российской Федерации, Министерству иностранных дел Российской Федерации, направляются в дипломатическом порядке, то есть путем препровождения с помощью вербальных нот дипломатическими представительствами иностранных государств, аккредитованными в Российской Федерации.

ГОСУДАРСТВЕННОМУ ДЕПАРТАМЕНТУ
СОЕДИНЕННЫХ ШТАТОВ АМЕРИКИ

г. Вашингтон

2

Российская Сторона последовательно придерживается необходимости соблюдения описанного выше дипломатического порядка вручения.

Требование о направлении судебных документов в дипломатическом порядке, то есть через дипломатическое представительство иностранного государства в Москве в Министерство иностранных дел Российской Федерации, зафиксировано, в том числе, в ноте Министра иностранных дел СССР Министру иностранных дел Нидерландов от 17 сентября 1966 года о присоединении СССР к Конвенции по вопросам гражданского процесса от 1 марта 1954 года, в пункте IV Заявлений Российской Федерации по Конвенции о вручении за границей судебных и внесудебных документов по гражданским или торговым делам от 15 ноября 1965 года, Соглашении в форме обмена нотами между СССР и США о порядке исполнения судебных поручений от 22 ноября 1935 года (Нота Комиссара иностранных дел на имя Посла США от 22 ноября 1935 года).

Посольство в этой связи отмечает, что судебные документы, предназначенные для вручения Российской Федерации, Президенту Российской Федерации, Правительству Российской Федерации, Министерству иностранных дел Российской Федерации, поступающие в порядке ином, чем путем препровождения в Министерство иностранных дел Российской Федерации с помощью вербальных нот дипломатическими представительствами иностранных государств, аккредитованными в Российской Федерации, будут возвращаться Российской

Стороной без исполнения в связи с нарушением установленного порядка вручения.

Судебные документы прилагаются.

Ничто в настоящей ноте не может быть истолковано как подтверждение надлежащего вручения документов или надлежащего уведомления Российской Федерации, Правительства Российской Федерации или соответствующих органов исполнительной власти Российской Федерации, ее физических и юридических лиц, как отказ Российской Федерации от юрисдикционных иммунитетов в отношении себя или своей собственности, а также как отказ от иммунитета Посольства Российской Федерации в Соединенных Штатах Америки.

Посольство просит Государственный департамент довести изложенную выше информацию до компетентных органов Соединенных Штатов Америки.

Посольство пользуется случаем, чтобы возобновить Государственному Департаменту уверения в своем уважении.

г. Вашингтон, «15» ноября 2023 года

#298                                                           Unofficial translation

The Embassy of the Russian Federation presents its compliments to the Department of State of the United States of America and has the honor to return without execution the materials of the United States District Court for the District of Columbia submitted to the Embassy concerning the motion of religious organization «Agudas Chasidei Chabad» (memorandum of January 16, 2013 - document 116; order of December 20, 2019 - document 201; judgment of January 13, 2023 - document 263; order and memorandum of February 27, 2023 - document 267 and document 268 respectively, as well as their translation into Russian) in connection with the violation of the established procedure for sending court documents to be served to the Russian Federation.

Documents intended for service upon the Russian Federation, the President of the Russian Federation, the Government of the Russian Federation, the Ministry of Foreign Affairs of the Russian Federation are transmitted through diplomatic channels, i.e. by notes verbales of diplomatic missions of foreign states accredited in the Russian Federation.

The Russian Side is consistent with the compliance with the above-described diplomatic order of service.

The requirement to submit judicial documents via diplomatic channels, that is, through the diplomatic mission of a foreign state in Moscow to the Ministry of Foreign Affairs of the Russian Federation, is stated, inter alia, in the note of September 17, 1966 from the Minister of Foreign Affairs of the Soviet Union to the Minister of Foreign Affairs of the Netherlands regarding the accession of the USSR to the Convention on Civil Procedure of March 1, 1954, in paragraph IV of the Declarations of the Russian Federation on the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters of November 15, 1965, Agreement between the Soviet Union and the United States

relative to the execution of letters rogatory, effected by exchange of notes, of November 22, 1935 (Note from the Commissar of Foreign Affairs to the U.S. Ambassador, dated November 22, 1935).

The Embassy in this regard points out that judicial documents intended for service upon the Russian Federation, the President of the Russian Federation, the Government of the Russian Federation, the Ministry of Foreign Affairs of the Russian Federation, submitted to the Ministry of Foreign Affairs of the Russian Federation in a method other than by notes verbales of diplomatic missions of foreign states accredited in the Russian Federation will be returned by the Russian Side without execution due to a violation of the established service procedure.

The judicial documents are attached.

Nothing in this note may be construed as confirmation of proper service of documents or proper notification of the Russian Federation, the Government of the Russian Federation or the relevant executive authorities of the Russian Federation, its individuals and legal entities, as a waiver of jurisdictional immunities by the Russian Federation itself or regarding its property, as well as a waiver of the immunity of the Embassy of the Russian Federation in the United States of America.

The Embassy requests the Department of State to communicate this information to the competent authorities of the United States of America.

The Embassy avails itself of this opportunity to renew to the Department of State the assurances of its consideration.

Washington D.C., November 15, 2023

DEPARTMENT OF STATE
OF THE UNITED STATES OF AMERICA
Washington, D.C.