UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES,<br><br>*Plaintiff*,<br><br>v.<br><br>RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE,<br><br>*Defendants.* | Case No. 1:05-cv-01548-RCL |

**SECOND DECLARATION OF ROBERT PARKER IN SUPPORT OF PLAINTIFF AGUDAS CHASIDEI CHABAD OF UNITED STATES' MOTION TO ATTACH PROPERTY OR, IN THE ALTERNATIVE, TO REGISTER JUDICIAL LIENS**

I, Robert P. Parker, declare as follows:

1. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., 607 14th Street N.W., Washington D.C., 20005, counsel for Plaintiff Agudas Chasidei Chabad of United States ("Plaintiff" or "Chabad") in the above-captioned case. I am a member in good standing of the bar of the District of Columbia.

3. I submit this declaration in support of Chabad's Motion to Attach Property or, in the Alternative, to Register Judicial Liens, filed herewith.

4. The following documents are attached as exhibits hereto:

1

A. Attached hereto as Exhibit A is a true and correct copy of Table of Contents, Certificate of Service and page JA630 from the Joint Appendix filed in *Agudas Chasidei Chabad of U.S. v. Russian Federation*, 19 F.4th 472 (D.C. Cir. 2021) ("*Chabad II*"), No. 20-7080.

B. Attached hereto as Exhibit B is a true and correct copy of the transcript of the oral arguments held before Judges Srinivasan, Rogers and Sentelle on October 12, 2021 in *Chabad II,* No. 20-780.

C. Attached hereto as Exhibit C is a true and correct copy of Korea Electric Power Corporation Securities and Exchange Commission Form 20-F dated April 30, 2021, downloaded from https://www.sec.gov/Archives/edgar/data/887225/000119312521143287/d111421d20f.htm, (last visited June 24, 2022).

D. Attached hereto as Exhibit D is a true and correct copy of Orano's Annual Activity Report 2021, downloaded from

   https://www.orano.group/docs/default-source/orano-doc/finance/publications-financieres-et-reglementees/2021/orano-annual-activity-report-2021.pdf?sfvrsn=a2e56244_8, (last visited June 24, 2022).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Washington, D.C., on June 24, 2022

By: */s/ Robert P. Parker*