# EXHIBIT A

ORAL ARGUMENT NOT YET SCHEDULED

# No. 20-7080

## United States Court of Appeals for the District of Columbia Circuit

AGUDAS CHASIDEI CHABAD OF UNITED STATES,

*Plaintiff-Appellee,*

- v. -

RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; AND RUSSIAN STATE MILITARY ARCHIVE,

*Defendants,*

TENEX-USA, INCORPORATED,

*Movant-Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**JOINT APPENDIX (VOLUME I OF II)**

Carolyn B. Lamm
Nicolle Kownacki
David Riesenberg
Ena Cefo
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
clamm@whitecase.com
*Counsel for Movant-Appellant*

Robert P. Parker
Steven Lieberman
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 Fourteenth Street, NW, Suite 800
Washington, DC 20005
202-783-6040
rparker@rfem.com
slieberman@rfem.com
*Counsel for Plaintiff-Appellee*

May 26, 2021

## JOINT APPENDIX INDEX – VOLUME I

| ECF No. | Document Title | Date | JA Page No. |
|---|---|---|---|
|  | District Court Docket Sheet |  | JA1 |
| 21 | Memorandum Opinion | Dec. 4, 2006 | JA30 |
| 57 | Order | Feb. 6, 2009 | JA68 |
| 63 | Amended Answer | Mar. 13, 2009 | JA69 |
| 71 | Statement of Defendants the Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library and Russian State Military Archive with Respect to Further Participation | June 26, 2009 | JA85 |
| 79-1 | Plaintiff Agudas Chasidei Chabad of United States' Motion for Entry of Default Judgment against All Defendants | May 5, 2010 | JA89 |
| 80 | Order Granting Plaintiff's Motion for Entry of Default Judgment against All Defendants | July 30, 2010 | JA92 |
| 81 | Memorandum Opinion | July 30, 2010 | JA95 |
| 92 | Plaintiff's Motion for Civil Contempt Sanctions against Defendants Russian Federation, Russian Ministry of Culture and Mass Communication, Russian State Library, and Russian State Military Archive | Apr. 4, 2011 | JA106 |
| 97 | Statement of Interest of the United States | June 15, 2011 | JA122 |
| 101 | Order | July 26, 2011 | JA129 |
| 111 | Statement of Interest of the United States | Aug. 29, 2012 | JA131 |

| ECF No. | Document Title | Date | JA Page No. |
|---|---|---|---|
| 115 | Order | Jan. 16, 2013 | JA145 |
| 116 | Memorandum Opinion | Jan. 16, 2013 | JA146 |
| 134 | Statement of Interest of the United States | Feb. 21, 2014 | JA156 |
| 134-1 | Exhibit A to Statement of Interest of the United States: Letter from Mary E. McLeod, Principal Deputy Legal Adviser, United States Department of State, to The Honorable Stuart Delery, Assistant Attorney General, United States Department of Justice | Feb. 21, 2014 | JA166 |
| 143 | Memorandum Opinion | Sept. 10, 2015 | JA171 |
| 144 | Order | Sept. 10, 2015 | JA183 |
| 149 | Statement of Interest of the United States | Oct. 23, 2015 | JA185 |
| 151 | Statement of Interest of the United States | Feb. 3, 2016 | JA194 |
| 151-1 | Exhibit A to Statement of Interest of the United States: Subpoenas *Duces Tecum* and *Ad Testificandum* served on Citigroup, Computershare, Deutsche Bank, Goldman Sachs, and JPMorgan Chase | Feb. 3, 2016 | JA215 |
| 151-2 | Exhibit B to Statement of Interest of the United States: Letter dated February 2, 2016, from Katherine D. McManus, Deputy Legal Advisor, United States Department of State, to Benjamin C. Mizer, Principal Assistant Attorney General, United States Department of Justice | Feb. 3, 2016 | JA351 |

| ECF No. | Document Title | Date | JA Page No. |
|---|---|---|---|
| 154 | Transcript of Motions Hearing before the Honorable Royce C. Lamberth United States District Judge | Mar. 23, 2016 | JA356 |
| 155 | Supplemental Statement of Interest of the United States | Mar. 28, 2016 | JA388 |

## Joint Appendix Index – Volume II

| ECF No. | Document Title | Date | JA Page No. |
|---|---|---|---|
| 176 | Motion by Non-Party Tenex-USA Incorporated to Quash Plaintiff's Subpoena Duces Tecum and Ad Testificandum | Apr. 11, 2019 | JA403 |
| 176-1 | Memorandum of Points and Authorities of Non-Party Tenex-USA Incorporated in Support of its Motion to Quash Plaintiff's Subpoena Duces Tecum and Ad Testificandum | Apr. 11, 2019 | JA405 |
| 176-2 | Declaration of Fletcher Newton of Non-Party Tenex-USA Incorporated | Apr. 11, 2019 | JA430 |
| 176-3 | Exhibit A to Newton Declaration: Subpoenas Duces Tecum and Ad Testificandum served on Tenex-USA | Apr. 11, 2019 | JA433 |
| 180 | Plaintiff Agudas Chasidei Chabad of United States' Opposition to Tenex-USA, Inc.'s Motion to Quash Subpoenas Duces Tecum and Ad Testificandum | May 2, 2019 | JA450 |
| 180-1 | Declaration of Robert Parker in Support of Plaintiff's Opposition to Tenex-USA, Inc.'s Motion to Quash Subpoenas Duces Tecum and Ad Testificandum | May 2, 2019 | JA475 |

| ECF No. | DOCUMENT TITLE | DATE | JA PAGE NO. |
|---|---|---|---|
| 180-4 | Exhibit B-2 to Parker Declaration: Notice of Change of Control and Ownership Information, Uranium One Inc., Uranium One USA, Inc. and Uranium One Americas, Inc. | May 2, 2019 | JA479 |
| 180-7 | Exhibit E-1 to Parker Declaration: TENEX, History in Brief | May 2, 2019 | JA498 |
| 180-8 | Exhibit E-2 to Parker Declaration: TENEX, The Board of Directors | May 2, 2019 | JA503 |
| 180-10 | Exhibit F-2 to Parker Declaration: English Translation of Article 4.4 of Tenex's Articles of Association | May 2, 2019 | JA505 |
| 180-12 | Exhibit H to Parker Declaration: Tenam Corporation | May 2, 2019 | JA508 |
| 190 | Supplemental Statement of Interest of the United States | Nov. 26, 2019 | JA512 |
| 193 | Transcript of Motions Hearing Held Before The Honorable Royce C. Lamberth United States Senior Judge | Dec. 3, 2019 | JA518 |
| 196 | Supplemental Brief by Non-Party Tenex-USA Incorporated in Support of its Motion to Quash Plaintiff's Subpoena *Duces Tecum* and *Ad Testificandum* | Dec. 13, 2019 | JA580 |
| 197 | Plaintiff Agudas Chasidei Chabad of United States' Submission in Response to Tenex-USA's Supplemental Brief in Support of its Motion to Quash | Dec. 18, 2019 | JA607 |
| 198 | Memorandum Order | Dec. 20, 2019 | JA622 |
| 201 | Order and Judgment | Dec. 20, 2019 | JA630 |
| 202 | Order | Dec. 20, 2019 | JA631 |

| ECF No. | DOCUMENT TITLE | DATE | JA PAGE NO. |
|---|---|---|---|
| 203 | Non-Party Tenex-USA's Motion under Rule 60(b) of the Federal Rules of Civil Procedure for Partial Vacatur of the Default Judgment and Interim Judgment | Jan. 22, 2020 | JA632 |
| 203-1 | Statement of Points and Authorities by Non-Party Tenex-USA in Support of its Motion under Rule 60(b) of the Federal Rules of Civil Procedure for Partial Vacatur of the Default Judgment and Interim Judgment | Jan. 22, 2020 | JA637 |
| 204 | Non-Party Tenex-USA's Motion to Certify the Court's Memorandum Order of December 20, 2019 for Interlocutory Appeal Under 28 U.S.C. § 1292(b) and to Stay Discovery Pending Appeal | Jan. 22, 2020 | JA663 |
| 204-1 | Statement of Points and Authorities by Non-Party Tenex-USA in Support of its Motion to Certify the Court's Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Discovery Pending Appeal | Jan. 22, 2020 | JA668 |
| 207 | Plaintiff Agudas Chasidei Chabad of United States' Opposition to Non-Party Tenex-USA's Motion Under Rule 60(b) of the Federal Rules of Civil Procedure for Partial Vacatur of the Default Judgment and Interim Judgment | Mar. 12, 2020 | JA695 |
| 207-3 | Exhibit B to Declaration of Steven Lieberman: Memorandum of Understanding, Confidential Principles of Accord | Mar. 12, 2020 | JA719 |
| 207-4 | Exhibit C to Declaration of Steven Lieberman: *US Rabbi Arrested in Absentia in Moscow on Case of Non-Return of Books from Schneerson Library*, TASS (Nov. 29, 2019) | Mar. 12, 2020 | JA722 |

| ECF No. | Document Title | Date | JA Page No. |
|---|---|---|---|
| 211 | Reply of Non-Party Tenex-USA in Support of its Motion under Rule 60(b) of the Federal Rules of Civil Procedure for Partial Vacatur of the Default Judgment and Interim Judgment | Apr. 24, 2020 | JA725 |
| 212 | Reply of Non-Party Tenex-USA in Support of its Motion to Certify the Court's Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Discovery Pending Appeal | Apr. 24, 2020 | JA750 |
| 220 | Memorandum Order | July 28, 2020 | JA773 |
| 221 | Memorandum Order | July 28, 2020 | JA777 |
| 223 | Notice of Appeal | Aug. 24, 2020 | JA781 |
| 228 | Memorandum Opinion | Nov. 6, 2020 | JA785 |
| 229 | Order | Nov. 6, 2020 | JA839 |

Case 1:05-cv-01548-RCL   Document 313-2   Filed 03/11/24   Page 9 of 11
USCA Case #20-7080   Document #1900257   Filed: 05/26/2021   Page 235 of 446

Case 1:05-cv-01548-RCL   Document 201   Filed 12/20/19   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, *Plaintiff*, v. RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, *Defendants*. | Case No. 1:05-cv-01548-RCL |

**[PROPOSED] ORDER AND JUDGMENT**

Having considered the Plaintiff's November 27, 2019 Updated Motion for Additional Interim Judgment of Accrued Sanctions, and the arguments therein, the Court herby:

**ORDERS AND ADJUDGES** that Plaintiff recover from Defendants, jointly and severally, an additional $78,300,000, which is the amount of all sanctions accrued since the Court's September 10, 2015 interim judgment of $43,700,000; and

**ORDERS AND ADJUDGES** that until Defendants comply with this Court's July 30, 2010 Order (ECF No. 80), monetary sanctions will continue to accrue pursuant to this Court's January 16, 2013 Order (ECF No. 115), which remains in full force and effect.

**SO ORDERED** this 20th day of December, 2019.

_____
The Honorable Royce C. Lamberth
United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, a true and correct copy of foregoing document was served by electronic filing on the following counsel of record:

Daniel McCallum
Robert P. Parker
Steven Lieberman
Jennifer P. Nock
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street NW, Suite 800
Washington, DC 20005
Emails: dmccallum@rfem.com
rparker@rfem.com
slieberman@rfem.com
jnock@rfem.com

Nathan Lewin
Alyza Doba Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW, 4th Floor
Washington, DC 20006
Emails: nat@lewinlewin.com
alyza@lewinlewin.com

*Counsel for Agudas Chasidei Chabad of United States*

I further certify that on May 26, 2021, a true and correct copy of the foregoing document was served by commercial mail service, on each of the following parties:

Ministry of Justice of the Russian Federation
Attn: Hon. Konstantin Chuychenko, Minister
14 Zhitnaya Street
GSP-1 Moscow, Russia 119991

Ministry of Culture of the Russian Federation
Attn: Hon. Olga Lyubimova, Minister
7/6, Bldg. 1,2, Malyy Gnezdnikovskiy Pereulok
Moscow, Russia 125993

Russian State Military Archive
Attn: Vladimir N. Kyzelenkov, General Director
29 Admiral Makarov Street
Moscow, Russia 12512

Russian State Library
Attn: Vadim Valerievich Duda, General Director
3/5, Vozdvizhenka Street, 2nd Entrance
Moscow, Russia 119019

/s/ Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
**WHITE & CASE**
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 626 3600
clamm@whitecase.com

*Counsel for Movant-Appellant
Tenex-USA, Incorporated*