# EXHIBIT C

20-F 1 d111421d20f.htm FORM 20-F

Table of Contents

As filed with the Securities and Exchange Commission on April 30, 2021

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Form 20-F

**(Mark One)**

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the fiscal year ended December 31, 2020**

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **Date of event requiring this shell company report**

    **For the transition period from    to**

**Commission File Number: 001-13372**

# KOREA ELECTRIC POWER CORPORATION
### *(Exact name of registrant as specified in its charter)*

| N/A | The Republic of Korea |
|---|---|
| *(Translation of registrant's name into English)* | *(Jurisdiction of incorporation or organization)* |

**55 Jeollyeok-ro, Naju-si, Jeollanam-do, 58322, Korea**
*(Address of principal executive offices)*

**Yoonjue Lee, +82 61 345 4213, yoonjue.lee@kepco.co.kr, +82 61 345 4299**
**55 Jeollyeok-ro, Naju-si, Jeollanam-do, 58322, Korea**
*(Name, telephone, e-mail and/or facsimile number and address of company contact person)*

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Trading Symbol(s): | Name of each exchange on which registered: |
|---|---|---|
| Common stock, par value Won 5,000 per share | KEP | New York Stock Exchange* |
| American depositary shares, each representing one-half of share of common stock | KEP | New York Stock Exchange |

\*    Not for trading, but only in connection with the listing of American depositary shares on the New York Stock Exchange, pursuant to the requirements of the Securities and Exchange Commission.

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**One Hundred Year 7.95% Zero-to-Full Debentures, due April 1, 2096**
**6% Debentures due December 1, 2026**
**7% Debentures due February 1, 2027**
**6¾% Debentures due August 1, 2027**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

641,964,077 shares of common stock, par value of Won 5,000 per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑  No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.   Yes ☐  No ☑

Note—Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days:   Yes ☑  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files):   Yes ☑  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer", "accelerated filer", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Emerging Growth Company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐        International Financial Reporting Standards as issued by the International Accounting Standards Board ☑        Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.    Item 17 ☐    Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☑

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.    Yes ☐    No ☐

Table of Contents

# TABLE OF CONTENTS

|  |  |  | **Page** |
|---|---|---|---|
| PART I |  |  | 2 |
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS |  | 2 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE |  | 2 |
| ITEM 3. | KEY INFORMATION |  | 2 |
|  | Item 3.A. | Selected Financial Data | 2 |
|  | Item 3.B. | Capitalization and Indebtedness | 4 |
|  | Item 3.C. | Reasons for the Offer and Use of Proceeds | 4 |
|  | Item 3.D. | Risk Factors | 4 |
| ITEM 4. | INFORMATION ON THE COMPANY |  | 34 |
|  | Item 4.A. | History and Development of the Company | 34 |
|  | Item 4.B. | Business Overview | 35 |
|  | Item 4.C. | Organizational Structure | 89 |
|  | Item 4.D. | Property, Plant and Equipment | 95 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS |  | 95 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS |  | 95 |
|  | Item 5.A. | Operating Results | 96 |
|  | Item 5.B. | Liquidity and Capital Resources | 112 |
|  | Item 5.C. | Research and Development, Patents and Licenses, etc. | 117 |
|  | Item 5.D. | Trend Information | 118 |
|  | Item 5.E. | Off-Balance Sheet Arrangements | 118 |
|  | Item 5.F. | Tabular Disclosure of Contractual Obligations | 118 |
|  | Item 5.G. | Safe Harbor | 128 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES |  | 128 |
|  | Item 6.A. | Directors and Senior Management | 128 |
|  | Item 6.B. | Compensation | 133 |
|  | Item 6.C. | Board Practices | 133 |
|  | Item 6.D. | Employees | 134 |
|  | Item 6.E. | Share Ownership | 135 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS |  | 135 |
|  | Item 7.A. | Major Shareholders | 135 |
|  | Item 7.B. | Related Party Transactions | 135 |
|  | Item 7.C. | Interests of Experts and Counsel | 136 |
| ITEM 8. | FINANCIAL INFORMATION |  | 136 |
|  | Item 8.A. | Consolidated Statements and Other Financial Information | 136 |
|  | Item 8.B. | Significant Changes | 139 |
| ITEM 9. | THE OFFER AND LISTING |  | 139 |
|  | Item 9.A. | Offer and Listing Details | 139 |
|  | Item 9.B. | Plan of Distribution | 141 |
|  | Item 9.C. | Markets | 141 |
|  | Item 9.D. | Selling Shareholders | 144 |
|  | Item 9.E. | Dilution | 144 |
|  | Item 9.F. | Expenses of the Issue | 144 |
| ITEM 10. | ADDITIONAL INFORMATION |  | 144 |
|  | Item 10.A. | Share Capital | 144 |
|  | Item 10.B. | Memorandum and Articles of Incorporation | 145 |
|  | Item 10.C. | Material Contracts | 152 |
|  | Item 10.D. | Exchange Controls | 152 |
|  | Item 10.E. | Taxation | 157 |
|  | Item 10.F. | Dividends and Paying Agents | 169 |

i

**Table of Contents**

| | | | **Page** |
|---|---|---|---|
| | Item 10.G. | Statements by Experts | 169 |
| | Item 10.H. | Documents on Display | 169 |
| | Item 10.I. | Subsidiary Information | 169 |
| ITEM 11. | | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 169 |
| ITEM 12. | | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 174 |
| | Item 12.A. | Debt Securities | 174 |
| | Item 12.B. | Warrants and Rights | 174 |
| | Item 12.C. | Other Securities | 175 |
| | Item 12.D. | American Depositary Shares | 175 |
| **PART II** | | | 177 |
| ITEM 13. | | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 177 |
| ITEM 14. | | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 177 |
| ITEM 15. | | CONTROLS AND PROCEDURES | 177 |
| ITEM 16. | | [RESERVED] | 178 |
| ITEM 16.A. | | AUDIT COMMITTEE FINANCIAL EXPERT | 178 |
| ITEM 16.B. | | CODE OF ETHICS | 178 |
| ITEM 16.C. | | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 178 |
| ITEM 16.D. | | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEE | 179 |
| ITEM 16.E. | | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 179 |
| ITEM 16.F. | | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 179 |
| ITEM 16.G. | | CORPORATE GOVERNANCE | 179 |
| ITEM 16.H. | | MINE SAFETY DISCLOSURE | 187 |
| **PART III** | | | 188 |
| ITEM 17. | | FINANCIAL STATEMENTS | 188 |
| ITEM 18. | | FINANCIAL STATEMENTS | 188 |
| ITEM 19. | | EXHIBITS | 188 |
| **INDEX OF EXHIBITS** | | | 190 |
| **INDEX TO FINANCIAL STATEMENTS** | | | F-1 |

ii

Table of Contents

## CERTAIN DEFINED TERMS AND CONVENTIONS

All references to "Korea" or the "Republic" in this annual report on Form 20-F, or this annual report, are references to the Republic of Korea. All references to the "Government" in this annual report are references to the government of the Republic. All references to "we," "us," "our," "ours," the "Company" or "KEPCO" in this annual report are references to Korea Electric Power Corporation and, as the context may require, its subsidiaries, and the possessive thereof, as applicable. All references to "the Ministry of Trade, Industry and Energy" and "the Ministry of Economy and Finance" include the respective predecessors thereof. All references to "tons" are to metric tons, equal to 1,000 kilograms, or 2,204.6 pounds. Any discrepancies in any table between totals and the sums of the amounts listed are due to rounding. All references to "IFRS" in this annual report are references to the International Financial Reporting Standards as issued by the International Accounting Standard Board. Unless otherwise stated, all of our financial information presented in this annual report has been prepared on a consolidated basis and in accordance with IFRS.

In addition, in this annual report, all references to:

- "EWP" are to Korea East-West Power Co., Ltd.,

- "KHNP" are to Korea Hydro & Nuclear Power Co., Ltd.,

- "KOMIPO" are to Korea Midland Power Co., Ltd.,

- "KOSEP" are to Korea South-East Power Co., Ltd.,

- "KOSPO" are to Korea Southern Power Co., Ltd., and

- "KOWEPO" are to Korea Western Power Co., Ltd.,

each of which is our wholly-owned generation subsidiary.

## FORWARD-LOOKING STATEMENTS

This annual report includes "forward-looking statements" (as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934), including statements regarding our expectations and projections for future operating performance and business prospects. The words "believe," "expect," "anticipate," "estimate," "project" and similar words used in connection with any discussion of our future operation or financial performance identify forward-looking statements. In addition, all statements other than statements of historical facts included in this annual report are forward-looking statements. Although we believe that the expectations reflected in such forward-looking statements are reasonable, we can give no assurance that such expectations will prove to be correct. We caution you not to place undue reliance on the forward-looking statements, which speak only as of the date of this annual report.

This annual report discloses, under the caption Item 3.D. "Risk Factors" and elsewhere, important factors that could cause actual results to differ materially from our expectations ("Cautionary Statements"). All subsequent written and oral forward-looking statements attributable to us or persons acting on our behalf are expressly qualified in their entirety by the Cautionary Statements.

Table of Contents

<div align="center">PART I</div>

**ITEM 1.**     *IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS*

Not applicable.


**ITEM 2.**     *OFFER STATISTICS AND EXPECTED TIMETABLE*

Not applicable.


**ITEM 3.**     *KEY INFORMATION*

**Item 3.A.**     **Selected Financial Data**

The selected consolidated financial data set forth below as of and for the years ended December 31, 2016, 2017, 2018, 2019 and 2020 have been derived from our audited consolidated financial statements which have been prepared in accordance with IFRS.

You should read the following data with the more detailed information contained in Item 5. "Operating and Financial Review and Prospects" and our consolidated financial statements included in Item 18. "Financial Statements." Historical results do not necessarily predict future results.

**Consolidated Statement of Comprehensive Income (Loss) Data**

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2020 |
|---|---|---|---|---|---|---|
| | (rounded to billions of Won and millions of US$, except per share data)(1) | | | | | |
| Sales | ₩59,763 | ₩59,336 | ₩60,033 | ₩58,568 | ₩57,926 | $53,334 |
| Cost of sales | 45,550 | 52,099 | 58,208 | 57,780 | 51,805 | 47,698 |
| Gross profit | 14,213 | 7,237 | 1,825 | 788 | 6,121 | 5,636 |
| Selling and administrative expenses | 2,639 | 2,763 | 2,628 | 2,670 | 2,678 | 2,466 |
| Other income (expenses), net | 652 | 689 | 739 | 756 | 619 | 570 |
| Other gains (losses), net | 70 | 157 | (621) | (582) | 35 | 32 |
| Operating profit (loss) | 12,296 | 5,320 | (685) | (1,708) | 4,097 | 3,772 |
| Finance income (expenses), net | (1,646) | (1,596) | (1,674) | (1,772) | (1,386) | (1,276) |
| Profit (loss) before income tax | 10,513 | 3,614 | (2,001) | (3,266) | 2,992 | 2,755 |
| Income tax benefit (expense) | (3,365) | (2,173) | 826 | 1,002 | (899) | (828) |
| Profit (loss) for the period | 7,148 | 1,441 | (1,175) | (2,264) | 2,093 | 1,927 |
| Other comprehensive income (loss) | (2) | (95) | (107) | 135 | (220) | (203) |
| Total comprehensive income (loss) | 7,146 | 1,346 | (1,282) | (2,128) | 1,873 | 1,724 |
| Profit (loss) attributable to: | | | | | | |
|    Owners of the Company | 7,048 | 1,299 | (1,315) | (2,346) | 1,992 | 1,834 |
|    Non-controlling interests | 100 | 142 | 140 | 82 | 101 | 93 |
| Total comprehensive income (loss) attributable to: | | | | | | |
|    Owners of the Company | 7,042 | 1,230 | (1,426) | (2,239) | 1,803 | 1,660 |
|    Non-controlling interests | 104 | 116 | 144 | 111 | 70 | 64 |
| Earnings (loss) per share | | | | | | |
|    Basic(2) | 10,980 | 2,023 | (2,048) | (3,654) | 3,102 | 2.86 |
| Earnings (loss) per ADS | | | | | | |
|    Basic(2) | 5,490 | 1,012 | (1,024) | (1,827) | 1,551 | 1.46 |
| Dividends per share | 1,980 | 790 | — | — | 1,216 | 1.12 |

<div align="center">2</div>

Table of Contents

**Consolidated Statements of Financial Position Data**

| | As of December 31, | | | | | 2020 |
|---|---|---|---|---|---|---|
| | **2016** | **2017** | **2018** | **2019** | **2020** | |
| | (rounded to billions of Won and millions of US$, except share data)(1) | | | | | |
| Net working capital (deficit)(3) | ₩ (5,031) | ₩ (4,283) | ₩ (2,096) | ₩ (4,749) | ₩ (5,319) | $ (4,897) |
| Property, plant and equipment, net | 145,743 | 150,882 | 152,743 | 164,702 | 168,709 | 155,335 |
| Total assets | 177,837 | 181,789 | 185,249 | 197,598 | 203,142 | 187,038 |
| Total shareholders' equity | 73,051 | 72,965 | 71,093 | 68,890 | 70,667 | 65,065 |
| Equity attributable to owners of the Company | 71,724 | 71,682 | 69,744 | 67,496 | 69,297 | 63,804 |
| Non-controlling interests | 1,327 | 1,283 | 1,349 | 1,393 | 1,370 | 1,261 |
| Share capital | 3,210 | 3,210 | 3,210 | 3,210 | 3,210 | 2,956 |
| Number of common shares as adjusted to reflect any changes in capital stock | 641,964,077 | 641,964,077 | 641,964,077 | 641,964,077 | 641,964,077 | 641,964,077 |
| Long-term debt (excluding current portion)(4) | 44,700 | 45,624 | 53,073 | 59,019 | 59,050 | 54,369 |
| Other long term liabilities(5) | 35,347 | 39,776 | 39,242 | 45,457 | 47,544 | 43,775 |

*Notes*:

(1) The financial information denominated in Won as of and for the year ended December 31, 2020 has been translated into U.S. dollars at the exchange rate of Won 1,086.1 to US$1.00, which was the Noon Buying Rate as of December 31, 2020.

(2) Basic earnings (loss) per share are calculated by dividing net income available to holders of our common shares by the weighted average number of common shares issued and outstanding for the relevant period. Basic earnings (loss) per ADS have been computed as if all of our issued and outstanding common shares are represented by ADSs during each of the years presented. Each ADS represents one-half of our common share. Dilutive earnings (loss) per share were the same as basic earnings (loss) per share for the years ended December 31, 2016 through 2020 since there were no potential dilutive instruments.

(3) Net working capital is defined as current assets minus current liabilities. For the periods indicated, current liabilities exceeded current assets, which resulted in working capital deficit for such periods.

(4) Long-term debt, net consists of long-term borrowings and debt securities (excluding the current portions but including original issue discounts and premiums) without taking into consideration of swap transactions.

(5) Other long-term liabilities consist of total non-current liabilities of our consolidated financial statements included in this annual report minus long-term debt (excluding current portion) of this table.

**Currency Translations and Exchange Rates**

In this annual report, unless otherwise indicated, all references to "Won," "KRW" or "₩" are to the currency of Korea, all references to "U.S. dollars," "Dollars," "USD," "$" or "US$" are to the currency of the United States of America; all references to "Euro", "€" or "EUR" are references to the currency of the European Union; all references to "Yen", "¥" or "JPY" are references to the currency of Japan; all references to "A$" or "AUD" are to the currency of Australia; and all references to "RMB" are to the currency of the People's Republic of China. Unless otherwise indicated, all translations from Won to U.S. dollars were made at Won 1,086.1 to US$1.00, which was the Noon Buying Rate of the Federal Reserve Board (the "Noon Buying Rate") in effect as of December 31, 2020, which rates are available on the H.10 statistical release of the Federal Reserve Board. On April 16, 2021, the Noon Buying Rate was Won 1,114.9 to US$1.00. The exchange rate between the U.S. dollar and Korean Won may be highly volatile from time to time and no representation is made that the Won or U.S. dollar amounts referred to in this annual report could have been or could be converted into U.S. dollars or Won, as the case may be, at any particular rate or at all.

3

**Table of Contents**

The following table sets forth, for the periods and dates indicated, certain information concerning the Noon Buying Rate in Won per US$1.00.

| Year Ended December 31, | At End of Period | Average(1) | High | Low |
|---|---|---|---|---|
| | | (Won per US$1.00) | | |
| 2016 | 1,203.7 | 1,160.5 | 1,242.6 | 1,090.0 |
| 2017 | 1,067.4 | 1,141.6 | 1,207.2 | 1,067.4 |
| 2018 | 1,112.9 | 1,099.3 | 1,141.7 | 1,054.6 |
| 2019 | 1,155.5 | 1,165.8 | 1,220.7 | 1,111.8 |
| 2020 | 1,086.1 | 1,180.6 | 1,267.3 | 1,081.9 |
| October | 1,134.0 | 1,143.8 | 1,166.1 | 1,127.8 |
| November | 1,105.8 | 1,116.1 | 1,137.4 | 1,105.3 |
| December | 1,086.1 | 1,093.8 | 1,107.3 | 1,081.9 |
| 2021 (through April 16) | 1,114.9 | 1,115.9 | 1,140.6 | 1,081.6 |
| January | 1,118.4 | 1,098.2 | 1,118.4 | 1,081.6 |
| February | 1,123.4 | 1,111.8 | 1,123.7 | 1,099.6 |
| March | 1,126.7 | 1,130.3 | 1,140.6 | 1,118.6 |
| April (through April 16) | 1,114.9 | 1,121.2 | 1,131.6 | 1,114.9 |

*Source: Federal Reserve Board*

*Note:*

(1)    The average rates for annual and interim periods were calculated by taking the simple average of the Noon Buying Rates on the last day of each month during the relevant period. The average rates for the monthly periods (or a portion thereof) were calculated by taking the simple average of the daily Noon Buying Rates during the relevant month (or a portion thereof).

**Item 3.B.        Capitalization and Indebtedness**

Not Applicable.

**Item 3.C.        Reasons for the Offer and Use of Proceeds**

Not Applicable.

**Item 3.D.        Risk Factors**

*Our business and operations are subject to various risks, many of which are beyond our control. If any of the risks described below actually occurs, our business, financial condition or results of operations could be seriously harmed. Such risks fall primarily under the categories below:*

**Risks relating to KEPCO** primarily include:

• increases in fuel prices which may not be passed on to customers;

• Governmental policies that may affect the industry or our operations;

• capacity expansion plans based on projections of long-term supply and demand of electricity proving to be inadequate against actual supply and demand;

• being subject to various environmental legislations, regulations and government initiatives;

• incurrence of additional indebtedness;

• the movement of Won against other currencies;

4

Table of Contents

- risks associated with new business strategies and overseas expansion opportunities;

- an increase in electricity generated by and/or sourced from independent power producers eroding our market position;

- labor unrest and increases in labor cost;

- risks associated with the operation of nuclear power generation facilities;

- opposition from civic groups in respect of the construction and operation of our facilities;

- risk management policies and procedures failing to be effective, including but not limited to failing to prevent losses in our debt and foreign currency positions;

- limited amount and scope of insurance coverage;

- inability to raise equity capital without the Government's participation;

- claims by current or previous employees for unpaid wages;

- cyberattacks;

- previous or current engagements in Iran and Russia; and

- the effects of COVID-19.

**Risks relating to Korea and Global Economy** primarily include:

- unfavorable financial and economic conditions in Korea;

- tensions with North Korea;

- being subject to Korean corporate governance and disclosure standards; and

- risks associated with enforcing a foreign judgment against us.

**Risks relating to Our American Depositary Shares (ADSs)** primarily include:

- restrictions on withdrawal and deposit of common shares under the depositary facility;

- ownership of our shares being restricted under Korean law;

- no preemptive rights in certain circumstances;

- being affected by the volatility of the Korean securities market;

- dividend payments being affected by fluctuations in the exchange rate; and

- restriction on the depositary bank from converting and remitting dividends under emergency circumstances.

### Risks Relating to KEPCO

***Increases in fuel prices may adversely affect our results of operations and profitability as we may not be able to pass on the increased cost to customers at a sufficient level or on a timely basis.***

In 2020, fuel costs constituted 28.6% of our cost of sales, and the ratio of fuel costs to our sales was 25.5%. Our generation subsidiaries purchase substantially all of the fuel that they use (except for anthracite coal) from suppliers outside Korea at prices determined in part by prevailing market prices in currencies other than Won. For example, most of the bituminous coal requirements (which accounted for approximately 44.8% of our fuel requirements in 2020 in terms of electricity output) are imported principally from Australia, Indonesia, Russia and, to a lesser extent, South Africa and others, which accounted for approximately 40%, 28%, 14%, 2% and 16%, respectively, of the annual bituminous coal requirements of our generation subsidiaries in 2020.

**Table of Contents**

Approximately 84% of the bituminous coal requirements of our generation subsidiaries in 2020 were purchased under long-term contracts and the remaining 16% from the spot market. Pursuant to the terms of our long-term supply contracts, prices are adjusted periodically based on prevailing market conditions. In addition, our generation subsidiaries purchase a significant portion of their fuel requirements under contracts with limited duration. See Item 4.B. "Business Overview—Fuel."

The prices of our main fuel types, namely, bituminous coal, oil and liquefied natural gas, or LNG, fluctuate, sometimes significantly, in tandem with their international market prices. For example, the average weekly spot price of "free on board" Newcastle coal 6000 GAR (Gross As Received) published by Bloomberg (Bloomberg Ticker: COASNE60) decreased from US$77.49 per ton in 2019 to US$60.60 per ton in 2020 and increased to US$98.38 per ton as of March 29, 2021. The prices of oil and LNG are substantially dependent on the price of crude oil, and according to Bloomberg (Bloomberg Ticker: PGCRDUBA), the average daily spot price of Dubai crude oil decreased from US$63.22 per barrel in 2019 to US$42.21 per barrel in 2020 and increased again to US$62.03 per barrel as of March 29, 2021. Furthermore, because the prices of LNG are dependent on the price of crude oil, an increase in such fuel prices can result in an increase in the prices of LNG, which, in turn, affect the cost of purchasing electricity from independent power producers. We cannot assure you that fuel prices will remain stable or will not significantly increase in the remainder of 2021 or thereafter. In addition, effective from January 1, 2020, the International Maritime Organization regulation referred to as IMO 2020 mandated, among other things, a reduction in the global upper limit on the sulphur content of ships' fuel oil from 3.5% to 0.5%. While we have seen mixed reactions in the market, there is a likelihood that the shift from the traditional high sulphur fuel oil ("HSFO") to low sulphur fuel oil ("LSFO") and ultra low sulphur fuel oil ("ULSFO") may become more pronounced once the pandemic caused by COVID-19 is under control and port authorities resume their full inspection on the fuel content of the ships. Such shift in fuels may significantly increase the operating cost of the shipping lines and the increased costs are expected to be passed onto customers like us via higher freight rates. If fuel prices increase substantially in the future within a short span of time, our generation subsidiaries may be unable to secure adequate fuel supplies at prices commercially acceptable to them. In addition, any significant interruption or delay in the supply of fuel, bituminous coal in particular, from any of their suppliers may cause our generation subsidiaries to purchase fuel on the spot market at prices higher than the prices available under existing supply contracts, which would result in an increase in fuel costs.

As of January 1, 2021, we implemented a new cost pass-through tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers and to enhance transparency by separately billing fuel costs and climate/environment related costs. Previously, the electricity tariff consisted of two main components: (i) the base charge (the "Base Charge") and (ii) the usage charge (the "Usage Charge") based on the amount of electricity consumed by end-users. Under the new tariff system, there are new components to the tariff called the fuel cost adjusted charge (the "Fuel Cost Adjusted Charge") and the climate/environment related charge (the "Climate/Environment Related Charge"). The Fuel Cost Adjusted Charge is adjusted every quarter and the formula for calculating the amount of the Fuel Cost Adjusted Charge is multiplying (i) the unit price of the Fuel Cost adjusted Charge (the "Unit Price of the Fuel Cost Adjusted Charge"), which is the difference between a base fuel cost (the "Base Fuel Cost") and an actual fuel cost (the "Actual Fuel Cost") and (ii) the amount of electricity consumed. The Base Fuel Cost is the past twelve-month average fuel price of bituminous coal, LNG and Bunker C oil as posted by the Korea Customs Service. For 2021, the twelve-month average fuel price is measured by taking the average of monthly fuel prices from twelve preceding months from one month before the new tariff system was implemented. To illustrate, the Base Fuel Cost for the first and second quarters of 2021 was the average of the fuel prices from December 2019 to November 2020. On the other hand, the Actual Fuel Cost is the past three-month average fuel price of the same fuels we use to measure the Base Fuel Cost. The past three-month average fuel price is measured by taking the average of monthly fuel prices from three preceding months from one month before the start of each period when the applicable Fuel Cost Adjusted Charge will be updated. To illustrate, for the first quarter of 2021, we used the fuel costs for September, October and November 2020 to calculate the three-month average fuel price.

**Table of Contents**

The quarterly-adjusted Fuel Cost Adjusted Charge has built-in caps in view of price stability and other public policy considerations. First, there is a cap on the Unit Price of the Fuel Cost Adjusted Charge to be (i) no less than Won ±1 per kilowatt-hour and (ii) no greater than Won ±3 per kilowatt-hour as compared to the immediately preceding quarter. In other words, any change less than Won ±1 per kilowatt-hour will not be reflected to the Fuel Cost Adjusted Charge and any change greater than Won ±3 per kilowatt-hour will not be reflected to the extent of the portion that exceeds Won ±3 per kilowatt-hour. For example, in the first quarter of 2021, the Unit Price of the Fuel Cost Adjusted Charge was Won –10.5 per kilowatt-hour, meaning the Actual Fuel Cost was lower than the Base Fuel Cost, but after being subjected to the quarterly cap of Won ±3 per kilowatt-hour, the final rate for the Unit Price of the Fuel Cost Adjusted Charge came out to be Won –3 per kilowatt-hour. Second, the Unit Price of the Fuel Cost Adjusted Charge that exceeds Won ±5 per kilowatt-hour will not be reflected in the Fuel Cost Adjusted Charge. In other words, the maximum adjustment that can be incorporated to the Unit Price of the Fuel Cost Adjusted Charge is equal to Won ±5 per kilowatt-hour from the Base Fuel Cost that is in effect for a given period. The Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge as described at further below in this risk factor.

However, our ability to pass on fuel and other cost increases to our customers may be limited due to the regulation of the Government on the rates we charge for the electricity we sell to our customers. In addition to the built-in caps described in the preceding paragraph, the new tariff system gives the discretion to the Government not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances. For example, in the second quarter of 2021, although the Unit Price of the Fuel Cost Adjusted Charge was Won –0.2 per kilowatt-hour, the Government decided to keep it at the same Won –3 per kilowatt-hour as the previous quarter. The Government cited (i) the need to alleviate the hardship caused by the prolonged economic effects of COVID-19 pandemic, (ii) an abnormal nature of the rapid increase in the price of LNG due to the global cold wave in the winter of late 2020 and early 2021, which has been factored into the Actual Fuel Cost, and (iii) the relative gains we received in the first quarter of 2021 because the Fuel Cost Adjusted Charge for the first quarter was capped at the lower bound of Won –3 per kilowatt-hour instead of decreasing it further.

Also, because the Fuel Cost Adjusted Charge takes into account the fuel prices posted by Korea Customs Service, there may still be a mismatch in value between the actual prices the domestic generation companies pay for their fuels in the open market and the adjustment that can be made through the Fuel Cost Adjusted Charge. The domestic generation companies include not only our generation subsidiaries but also independent power producers that are unaffiliated to us and we do not have access to fuel costs incurred by the independent power producers. As such, we use fuel prices posted by Korea Customs Service, which are easily accessible to our customers, for calculating the Fuel Cost Adjusted Charge.

Due to the likelihood of the Actual Fuel Cost being substantially over the caps in the new tariff system and the Government's discretion not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances, there may be certain portions of the fuel costs that cannot be charged to our customers, even though those portions should have been included in the Fuel Cost Adjusted Charge. In such cases, we may accumulate such portions and reflect them in what is called the total comprehensive cost (the "Total Comprehensive Cost"), which is a variable we use to calculate the Base Charge and the Usage Charge of the tariff. The Total Comprehensive Cost, submitted yearly to the Government by us, is calculated based on our budget for relevant costs. Under the Total Comprehensive Cost approach, the Base Charge and the Usage Charge are established at levels that would enable us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations as well as receive a fair investment return on capital used in those operations. The operating costs are defined as the sum of our operating expenses, which principally consists of cost of sales and selling and administrative expenses, and our adjusted income taxes. The Base Charge and the Usage Charge that are derived from the Total Comprehensive Cost need to be approved by the Government to be revised. In addition, the Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge. Therefore, if the Base Charge and the Usage Charge are not timely adjusted by the Government, there can be a delay for the change in fuel costs to be fully reflected in the tariff.

7

**Table of Contents**

Despite the new tariff system, if fuel prices increase rapidly and substantially and the current level of electricity tariff is not increased to a level sufficient to offset the impact of high fuel prices or not adjusted responsive to fuel price movements due to the factors we described in this risk factor, our profit margins will be adversely affected and/or we can even have operating and/or net losses, and our business, financial condition, results of operations and cash flows may be adversely affected.

***The Government may adopt policy measures to substantially restructure the Korean electric power industry or our operational structure, which may have a material adverse effect on our business, operations and profitability.***

From time to time, the Government considers various policy initiatives to foster efficiency in the Korean electric power industry, and at times have adopted policy measures that have substantially modified our business and operations. For example, in January 1999, with the aim of introducing greater competition in the Korean electric power industry and thereby improving its efficiency, the Government announced a restructuring plan for the Korean electric power industry, or the Restructuring Plan. For a detailed description of the Restructuring Plan, see Item 4.B. "Business Overview—Restructuring of the Electric Power Industry in Korea." As part of this initiative, in April 2001 the Government established the Korea Power Exchange to enable the sale and purchase of electricity through a competitive bidding process, established the Korea Electricity Commission to ensure fair competition in the Korean electric power industry, and, in order to promote competition in electricity generation, split off our electricity generation business to form one nuclear generation company and five non-nuclear generation companies, in each case, to be wholly owned by us. In 2002, the Government introduced a plan to privatize one of our five non-nuclear generation subsidiaries, but this plan was suspended indefinitely in 2004 due to prevailing market conditions and other policy considerations.

In August 2010, the Ministry of Trade, Industry and Energy announced the Proposal for the Improvement in the Structure of the Electric Power Industry, which was designed to promote responsible management by and improve operational efficiency of government-affiliated electricity companies by fostering competition among them. Pursuant to this proposal, while our six generation subsidiaries continued to be our wholly-owned subsidiaries, in January 2011 the six generation subsidiaries were officially designated as "market-oriented public enterprises" (same as us) under the Act on the Management of Public Institutions, whereupon the President of Korea appoints the president and the standing director who is to become a member of the audit committee of each such subsidiary; the selection of non-standing directors of each such subsidiary is subject to approval by the minister of the Ministry of Economy and Finance; the president of each such subsidiary is required to enter into a management contract directly with the minister of the Ministry of Trade, Industry and Energy; and the Committee for Management of Public Institutions (which is comprised largely of Government officials and those recommended by Government officials) conducts performance evaluation of such subsidiaries. Previously, our president appointed the president and the statutory auditor of each such subsidiary; the selection of non-standing directors of each such subsidiary was subject to approval by our president; the president of each such subsidiary entered into a management contract with our president; and our evaluation committee conducted performance evaluation of such subsidiaries. As a result of these changes, our six generation subsidiaries took on additional operational responsibilities and management autonomy with respect to construction and management of generation units and procurement of fuel, while we as the parent company continued to oversee and coordinate, among others, finances, corporate governance, overseas businesses, including nuclear export technology and overseas resource development, that jointly affect us and our generation subsidiaries. See also Item 16G. "Corporate Governance—The Act on the Management of Public Institutions—Applications of the Act on Our Generation Subsidiaries."

In June 2016, the Government announced the Proposal for Adjustment of Functions of Public Institutions (Energy Sector) for the purpose of streamlining the operations of government-affiliated energy companies by discouraging them from engaging in overlapping or similar businesses with each other, reducing non-core assets and activities and improving management and operational efficiency. The initiatives contemplated in this

8

Table of Contents

proposal that would affect us and our generation subsidiaries include the following: (i) the generation companies should take on greater responsibilities in overseas resource exploration and production projects as these involve procurement of fuels necessary for electricity generation while fostering cooperation among each other through closer coordination, (ii) KHNP should take a greater role in export of nuclear technology, and (iii) the current system of retail sale of electricity to end-users should be liberalized to encourage more competition. In accordance therewith, we transferred a substantial portion of our assets and liabilities in our overseas resource business to our generation subsidiaries as of December 31, 2016. In addition, pursuant to this Proposal, we considered a sale in the public market of a minority of our shares in our five non-nuclear generation subsidiaries, KEPCO KDN and KHNP. However, the planned sales have been put on hold, primarily due to prevailing market conditions. In any event, we plan to maintain a controlling stake in each of these subsidiaries.

Other than as set forth above, we are not aware of any specific plans by the Government to resume the implementation of the Restructuring Plan or otherwise change the current structure of the electric power industry or the operations of us or our generation subsidiaries materially in the near future. However, for reasons relating to changes in policy considerations, socio-political, economic and market conditions and/or other factors, the Government may resume the implementation of the Restructuring Plan or initiate other steps that may change the structure of the Korean electric power industry or the operations of us or our generation subsidiaries materially. Any such measures may have a negative effect on our business, results of operations and financial condition. In addition, the Government, which beneficially owns a majority of our shares and exercises significant control over our business and operations, may from time to time pursue policy initiatives that could directly or indirectly impact our business and operations, and such initiatives may vary from the interest and objectives of our other shareholders.

***The Government may adopt policy measures that affect the tariff rates in order to ease the burden on residential consumers, which may burden us financially.***

Previously, there have been several adjustments to the existing tariff rates for residential consumers in order to ease the burden of electricity tariff on them. But these adjustments may be independent from fuel price movements and our business, results of operations, financial condition and profitability may suffer as a result. For example, effective on January 1, 2017, the progressive rate structure applicable to the residential sector, which applies a gradient of increasing tariff rates for heavier electricity usage, was changed from a six-tiered structure with the highest rate being no more than 11.7 times the lowest rate (which gradient system has been in place since 2005) into a three-tiered structure with the highest rate being no more than three times the lowest rate, in order to reflect the changes in the pattern of electricity consumption and reduce the electricity charges payable by consumers. Additionally, a new tariff structure was implemented to encourage energy saving by offering rate discounts to residential consumers that voluntarily reduce electricity consumption while charging special high rates to residential consumers with heavy electricity consumption during peak usage periods in the summer and the winter. Further, during July and August 2018, the residential electricity charges were reduced by temporarily relaxing the application of the then tariff structure and offering higher rate discounts to economically or otherwise disadvantaged customers to ease the burden on households that have significantly increased their use of air conditioners during a heatwave. Subsequently, a joint task force team, consisting of industry experts, scholars and government officials, was formed, which announced a proposal for amending the tariff structure aimed to lower electricity rates for households during the summer. As a result, in July 2019, the residential electricity tariff rate system was amended to expand the usage ceiling for the first two tiers of rates (from 200 kilowatts to 300 kilowatts for the first tier and from 400 kilowatts to 450 kilowatts for the second tier) applied during July and August each year. With the implementation of the new tariff system as of January 1, 2021, the residents were given a new benefit to opt for a new schedule of residential tariff, which is an option we have already been providing to our industrial and commercial customers. The new schedule is called a seasonal and hourly tariff and it allows residents to be charged under a monthly Base Charge plus increments depending on time, day and season. Each household may also choose to stay under the current tariff schedule which in contrast is a progressive schedule with seasonal adjustments. Our plan is to provide this option to households in

9

Table of Contents

Jeju Province in Korea first as many of these households are equipped with advanced metering infrastructure ("AMI") and review rolling it out to the rest of the country depending on the penetration rate of the AMI in each region. Even though the rate discounts offered to residential consumers who voluntarily reduced electricity consumption and those offered to traditional wet markets were abolished in December 2019, the rate discount for electric vehicles will be gradually terminated in phases by June 2022, and the rate discounts for households that use less than 200 kilowatt-hours will phase out to 50% in July 2021 and be terminated in July 2022, there can be no assurance that other potential future adjustments in electricity tariff rates and rate discounts will not have an adverse impact on our business, results of operations, financial condition and profitability. See Item 4.B. "Business Overview —Sales and Customers—Electricity Rates" for more information on electricity tariff for residential consumers.

***Our capacity expansion plans, which are principally based on projections on long-term supply and demand of electricity in Korea, may prove to be inadequate.***

We and our generation subsidiaries make plans for expanding or upgrading our generation capacity and transmission infrastructure based on the Basic Plan Relating to the Long-Term Supply and Demand of Electricity, or the Basic Plan, which is generally revised and announced every two years by the Government. In December 2020, the Government announced the Ninth Basic Plan to revise the Eighth Basic Plan. The Ninth Basic Plan is effective for the period from 2020 to 2034. The Ninth Basic Plan focuses on, among other things, accelerating transition to eco-friendly power sources. The specific measures include: (i) thirty decrepit coal-fired power plants and eleven nuclear power plants will be retired, and, as a result, coal and nuclear generation capacities will be reduced to 29 gigawatts and 19.4 gigawatts respectively by 2034, (ii) twenty-four out of thirty decrepit coal-fired power plants will be retired, the total generation capacity for which is 12.7 gigawatts, and shall be converted into using LNG instead, and (iii) domestic renewable energy generation capacity will be expanded by 77.8 gigawatts by 2034 in accordance with the Green New Deal initiative of the Korean Government.

In June 2019, the Ministry of Trade, Industry and Energy adopted the Third Basic National Energy Plan following consultations with representatives from civic groups, the energy industry and academia. The Third Basic National Energy Plan, which is a comprehensive plan that covers the entire spectrum of energy industries in Korea, covers the period from 2019 to 2040. The Third Basic National Energy Plan is consistent with the First and the Second Basic National Energy Plans in terms of the general policy direction and aims to promote sustainable growth and improvement of people's quality of life by converting to renewable energy. Specifically, it establishes the following five key tasks: (i) strengthening management of energy demand from various sectors, such as commerce and transportation, and promoting a rational electricity tariff system to improve the national energy consumption efficiency by 38% and reduce the energy demand by 18.6% by 2040; (ii) converting to clean and safe energy through gradual reduction of nuclear power generation and decisive reduction of coal power generation by prohibiting construction of new coal-fired power plants and increasing the proportion of renewable energy sources to approximately 35% by 2040; (iii) expanding the power distribution in areas near those with demands for renewable energy and fuel cells and strengthening the roles and responsibilities of local governments; (iv) fostering the growth of the future energy industries (including renewable energy, hydrogen fuel and other efficient sources of energy linked to technology), promoting the value-add for traditional energy industries and maintaining a core energy ecosystem for nuclear power plants; and (v) improving the energy, gas and heat market systems to facilitate the national energy conversion and building platforms based on big data to foster creation of new energy industries.

We cannot assure that the Ninth Basic Plan, the Third Basic National Energy Plan, or their respective successor plans will successfully achieve their intended goals, the foremost of which is to ensure, through carefully calibrated capacity expansion and other means, balanced overall electricity supply and demand in Korea to end users while promoting efficiency and environmental friendliness in the consumption and production of electricity. If there is significant variance between the projected electricity supply and demand considered in

Table of Contents

planning our capacity expansions and the actual electricity supply and demand, or if these plans otherwise fail to meet their intended goals or have other unintended consequences, this may result in inefficient use of our working capital, and undue financing costs on the part of us and our generation subsidiaries, among others, which may have a material adverse effect on our results of operations, financial condition and cash flows.

From time to time, we may experience temporary power shortages or circumstances bordering on power shortages due to factors beyond our control, such as extreme weather conditions. Such circumstances may lead to increased end-user complaints and greater public scrutiny, which may in turn require us to modify our capacity plans, and if we were to substantially modify our capacity plans, this might result in additional capital expenditures and, as a result, have a material adverse effect on our results of operations, financial condition and cash flows.

Although the Government makes significant efforts to encourage conservation of electricity, including through public education campaigns, there is no assurance that such efforts will have the desired effect of substantially reducing the demand for electricity or improving efficient use thereof.

***We are subject to various environmental legislations, regulations and related government initiatives, including in relation to climate change, which could cause significant compliance costs and operational liabilities.***

We are subject to national, local and overseas environmental laws and regulations, including increasing pressure to reduce emission of carbon dioxide from our electricity generation. Our operations could expose us to the risk of substantial liability relating to environmental, health and safety issues, such as those resulting from the discharge of pollutants and carbon dioxide into the environment and the handling, storage and disposal of hazardous materials. We may be responsible for the investigation and remediation of environmental conditions at current or former operational sites. We may also be subject to related liabilities (including liabilities for environmental damage, third party property damage or personal injury) resulting from lawsuits brought by governments or private litigants. In the course of our operations, hazardous wastes may be generated, disposed of or treated at third party-owned or -operated sites. If those sites become contaminated, we could also be held responsible for the cost of investigation and remediation of such sites for any related liabilities, as well as for civil or criminal fines or penalties.

We intend to fully comply with our environmental obligations. However, our environmental measures, including the use of, or replacement with, environmentally friendly but more expensive parts and equipment and budgeting capital expenditures for the installation or modification of such facilities, may result in increased operating costs and liquidity requirement. The actual cost of installation, replacement, modification and/or operation of such equipment and related liquidity requirement may depend on a variety of factors that are beyond our control. There is no assurance that we will continue to be in material compliance with legal or regulatory requirements or satisfy social norms and expectations in the future in relation to the environment, including in respect of climate change.

In recent years, partly driven by growing public awareness and sensitivity toward climate change and other environmental issues as well as in an effort to capture the economic and social potential associated with renewable energy and "new energy"-related industries (such as smart grids, energy storage systems and electrical vehicles, among others), the Government has introduced and implemented a number of new measures designed to reduce greenhouse gas emission, minimize environmental damage and spur related business opportunities. Some key examples of such Government initiatives pertinent to our and our generation subsidiaries' operations are as follows:

- *Greenhouse Gas Emission Trading System, Related Emission Reduction Targets and the Greenhouse Gas Reduction Roadmap.*

  ○ In accordance with the Act on Allocation and Trading of Greenhouse Gas Emission Allowances, enacted in March 2013, the Government implemented a greenhouse gas emission trading system under which the Government will allocate the amount of permitted greenhouse gas emission to

11

Table of Contents

companies by industry and a company whose business emits more carbon than the permitted amount is required to purchase the right to emit more carbon through the Korea Exchange. The categories of allowances traded include the Korean Allowance Unit (KAU), which is the emissions allowance allocated to applicable companies by the Government; Korean Credit Unit (KCU), which is a tradable unit converted from external carbon offset certifications including the Korean Offset Credit; and Korean Offset Credit (KOC), which is the verified carbon offset credit obtained by companies for reducing carbon emissions through absorption or otherwise. The greenhouse gas emission trading system is expected to be implemented in three stages. During the first phase (2015 to 2017), the Government set up and conducted a test run of the trading system to ensure its smooth operation, allocating the greenhouse gas emission allowances free of charge. In July 2018, the Government released the allocation plan for the second phase (2018 to 2020), during which 97% of the greenhouse gas emission allowances were allocated free of charge, with 3% allocated through an auction. During the third phase (2021 to 2025), the Government expanded the scale of the system with aggressive greenhouse gas emission reduction targets and allocating 10% of the greenhouse gas emission allowances through an auction.

○ In December 2016, the Government announced the Climate Change Response Initiatives and the 2030 National Greenhouse Gas Reduction Roadmap, which set forth the greenhouse gas emission trading system as one of the primary means to reach the emission and greenhouse gas reduction targets of the policies. According to the Nationally Determined Contributions (NDC) announced by the Government in December 2020, the total greenhouse gas emission target level by 2030 is a 24.4% reduction as compared to the level in 2017, and the reduction target for the electricity conversion sector as a whole which we are the part of is a total of 60 million tons as compared to the level in 2017. In addition, in December of 2020, the government announced the Long-term low greenhouse gas Emission Development Strategies (LEDS) and presented a long-term vision and national strategy for achieving carbon neutrality in 2050. We cannot assure you that the reduction target will not be raised in the future. Adhering to such emission and greenhouse gas reduction requirement may result in significant additional compliance costs. For example, the daily market price of the KAUs traded through the Korea Exchange was Won 8,640 per ton in early 2015, and the price has increased continuously thereafter, reaching its peak price at Won 42,500 per ton on April 2, 2020. Since then, the price has been lowered due to the influence of COVID-19, and, as of the end of 2020, the price has been formed in the range of Won 20,000 per ton. We cannot predict how the price of the KAUs will fluctuate over time, and such volatility may adversely affect our results of operation, financial condition and cash flows.

• *Regulation of Coal-Fired Generation Units.* As a measure to address the high level of particulate matter pollution, in October 2018, the Government introduced a pilot regulation to lower the output of 35 coal-fired generation units to approximately 80% of their capacity that emit more than a certain amount of particulate matter. The regulation was formally implemented in January 2019, targeting 40 coal-fired power plants with high emissions of particulate matter. From March to June 2019, the scope expanded to cover 60 units in total. In addition, coal-fired generation units originally scheduled for preventive maintenance during the second half of 2019 were required to undertake such maintenance earlier in the spring of 2019. In November 2019, the Government pursued a reduction of coal-fired generation units in order to implement the Special Measures to Respond to the High Concentration Period (December to March) of Particulate Matter. During December 2019 to March 2020, 8 to 15 coal-fired generation units that require preventive maintenance or are otherwise older units were first shut down, with a maximum of 49 coal-fired generation units subject to a cap of 80% on the output within the remaining reserve capacity range. We plan to continue to participate in the effort to reduce the particulate matter emissions from coal-fired generation units, not only during the winter but also during the spring. For example, from December 2020 to February 2021, 9 to 17 coal-fired generation units were shut down, with a maximum of 46 coal-fired generation units subject to a cap of 80% on the output within the remaining reserve capacity range. In March 2021, we suspended the operations of 19 to 28 coal power generation plants and imposed a cap of 80% on the output of up

12

Table of Contents

to 37 coal-fired generation units. Additionally, the Government adjusted the schedule to close down two decrepit coal-fired generation units (Boryeong #1 and #2), which were shut down in December 2020. Also, other coal-fired generation units, Samcheonpo #1 and #2, are planned to be shut down in May 2021 and Honam #1 and #2 units in December 2021. According to the Ninth Basic Plan announced in December 2020, the total coal-fired power plant capacity in 2030 will decrease to 32.6 gigawatts from 35.8 gigawatts in 2020, and its percentage of total power generation capacity will decrease to 18.9% from 28.1% in 2020. In addition, the Government will introduce a system that will limit the annual power generation of coal-fired power plants in line with its greenhouse gas reduction target. While such measures may be subject to change, we expect to incur significant costs of complying with such measures, including in connection with more stringent particulate matter pollution regulations, retrofitting and overall replacement of environmental facilities.

- *Coal and LNG Consumption Taxes*. In January 2014, largely based on policy considerations of tax equity among different fuel types as well as environmental concerns, the Ministry of Economy and Finance announced that, effective July 1, 2014, consumption tax will apply to bituminous coal, which previously was not subject to consumption tax unlike other fuel types such as LNG or bunker oil. Pursuant to the amended Individual Consumption Tax Act effective as of April 1, 2019, which involved an increase of the unit tax rate for coal by Won 10 per kilogram across the board, the base tax rate (which is subject to certain adjustments) is Won 46 per kilogram for bituminous coal; however, due to concerns on the potential adverse effect on industrial activities, the applicable tax rate is applied differently based on the net heat generation amount. The currently applicable tax rate for bituminous coal is Won 43 per kilogram for net heat generation of less than 5,000 kilocalories, Won 46 per kilogram for net heat generation of 5,000 to 5,500 kilocalories and Won 49 per kilogram for net heat generation of 5,500 kilocalories or more. In contrast, the consumption tax and surcharge on importation of LNG decreased by Won 48 and Won 20.4 per kilogram, respectively, which came into effect in April 2019. The currently applicable consumption tax rate and surcharge on importation of LNG are Won 12 and Won 3.8 per kilogram, respectively. We expect an increase in our overall fuel costs, as bituminous coal currently represents the largest fuel type for our electricity generation, while the decrease in consumption tax and surcharge on importation of LNG will result in a decrease of our power purchase cost.

- *Renewable Portfolio Standard*. Under this program, each of our generation subsidiaries is required to generate a specified percentage of total electricity to be generated by such generation subsidiary in a given year in the form of renewable energy or, in case of a shortfall, purchase a corresponding amount of a Renewable Energy Certificate (a form of renewable energy credit) from other generation companies whose renewable energy generation surpass such percentage. The target percentage was 4.0% in 2017, 5.0% in 2018, 6.0% in 2019, 7.0% in 2020, 9.0% in 2021 and will incrementally increase to 10.0% by 2022. Fines are to be levied on any subsidiary that fails to do so in the prescribed timeline. In 2019, all six of our generation subsidiaries met the target through renewable energy generation and/or the purchase of a Renewable Energy Certificate. Compliance by our generation subsidiaries of the 2020 target is currently under evaluation, and if any generation subsidiary is found to have failed to meet the target for 2020 or for subsequent years, such generation subsidiary may become subject to fines. From October 2021, an amendment to the Act on the Promotion of the Development, Use, and Diffusion of New and Renewable Energy will become effective to raise the upper limited of the target percentage even higher to 25% from the previous threshold of 10%. We expect the target percentage will remain the same for 2021 but future changes to the target percentage may result in additional expenses for our generation subsidiaries.

- *Renewable Energy 3020 Plan*. In December 2017, the Ministry of Trade, Industry and Energy announced the Renewable Energy 3020 Plan, an initiative to increase the generation and use of renewable energy on a nationwide basis. The Government plans to increase the required percentage of total electricity to be generated from renewable energy sources from 7% in 2016 to 10.5% and 20% by 2022 and 2030, respectively. Moreover, the Government plans to increase the domestic renewable

13

Table of Contents

energy generation capacity to 63.8 gigawatts by 2030 through the expansion of solar and wind power generation capacities to 36.5 gigawatts and 17.7 gigawatts, respectively. According to the Ninth Basic Plan and the Fifth Basic Plan on Renewable Energy announced in December 2020, the Government has set national targets of 82.2 gigawatts in renewable energy generation and 25.8% of total electricity to be generated from renewable energy sources, including self-generation facilities, in 2034.

- *New Energy Industry Fund.* In January 2016, the Ministry of Trade, Industry and Energy announced an initiative to promote the new energy industry by creating the New Energy Industry Fund, which is made up of funds sponsored by government-affiliated energy companies. We contributed Won 500 billion to the funds in 2016. The purpose of these funds is to invest in substantially all frontiers of the new energy industry, including renewable energy, energy storage systems, electric vehicles, small-sized self-sustaining electricity generation grids known as "micro-grids", among others, as well as invest in start-up companies, ventures, small- to medium-sized enterprise and project businesses that engage in these businesses but have not previously attracted sufficient capital from the private sector.

- *Environmental and safety considerations in electricity supply and demand planning.* In March 2017, the Electric Utility Act was amended to the effect that starting in June 2017, future national planning for electricity supply and demand in Korea should consider the environmental and safety impacts of such planning. Accordingly, the costs related to environmental and safety impacts, such as the desulphurization costs, have been reflected in our variable cost of generating electricity since August 2019. In December 2019, the Regulation on the Operation of the Electricity Market was revised, under which specific provisions of the Cost Evaluation Committee (defined below) to reflect the cost of greenhouse gas emission allowances were to be finalized in two years. The provisions were established in February 2021 and will be implemented from January 2022.

- *2050 Carbon-Neutrality Declaration.* In response to the Paris Agreement and the United Nations Framework Convention on Climate Change (UNFCCC)'s goal to comprehensively replace fossil fuels and achieve global zero net emissions by 2050, the Korean national assembly has passed a non-binding resolution on September 24, 2020 to establish a special committee on climate change and urging the Government to meet its 2030 carbon reduction goal and bolster its efforts to achieve carbon neutrality by 2050. On November 27, 2020, the Government officially announced the Government's commitment to implement policies in all areas of the industry to achieve Korea's carbon neutrality by 2050. On December 10, 2020, the Government followed up with broad 2050 carbon neutrality development strategies. Although no specific regulations or policies affecting our business have been announced or implemented yet, we may experience an increased regulatory scrutiny over carbon dioxide emission from our electricity generation activities and related projects overseas.

- *Renewable Energy 100.* In line with the spread of RE100, a global campaign by companies around the world to cover 100% of their electricity use with renewable energy by 2050, the Government in 2021 introduced its own version of RE100 that allows companies and other consumers to choose energy sources from which their electricity is generated. In order for a domestic company to participate in RE100, it may enter into a power purchase agreement either with a renewable energy generator through us as an intermediary (third party PPA) or with a renewable energy generator directly such that the generator will supply electricity to the company without going through the existing electricity market (corporate PPA). It is difficult to predict what effects the third party PPA will have on us as the new system has not been finalized yet, but the relevant legislation for the corporate PPA was enacted in the National Assembly in March 2021. If there is an expansion in the use of corporate PPA, it may adversely affect our market share in electricity sales.

Complying with these Government initiatives and operating programs in furtherance thereof has involved and will likely continue to involve significant costs and resources on our part, which may adversely affect our results of operation, financial condition and cash flows. Our cost of complying with the Renewable Portfolio Standard increased as the target percentage for compliance increased in 2020. We expect our future compliance costs may increase as the requirements under Government initiatives and operating programs continue to become

14

Table of Contents

more rigorous. We may not be able to pass on the increased cost to customers at a sufficient level or on a timely basis. Further, we and our generation subsidiaries could also become subject to substantial fines and other forms of penalties for non-compliance.

According to the new tariff system which came into effect on January 1, 2021, the Government introduced an additional component to the tariff called the climate/environment related charge (the "Climate/Environment Related Charge"). Previously, our climate and environment costs were embedded in the Usage Charge component of the tariff and our consumers could not discern the exact magnitude of such costs. By separating it out as an independent component, we intend to provide more information and transparency to our customers while having the flexibility to adjust it in alignment with the underlying costs. The Climate/Environment Related Charge for the coming year is calculated by multiplying (i) our total estimated costs of complying with the Renewable Portfolio Standard program, the Greenhouse Gas Emission Trading System and the coal-fired generation reduction program for the current year, and then dividing it by the electricity sales projected for the coming year, and (ii) the amount of electricity consumed. The value for (i) for 2021 is Won 5.3 per kilowatt-hour. The Climate/Environment Related Charge is planned to be adjusted every year by reflecting the change in climate and environment-related costs but the Government may change the date of adjustment under reasonable circumstances. There is no guarantee the Climate/Environment Related Charge will be regularly updated, even though our climate and environment-related costs will likely increase each year. If there are discrepancies between our costs and the Climate/Environment Related Charge, we may accumulate such discrepancies and reflect them in our Total Comprehensive Cost. However, the electricity rate based on the Total Comprehensive Cost needs to be approved by the Government to be revised. There is no assurance that, particularly given the wide-ranging policy priorities of the Government, it will in fact raise the electricity rate to a level sufficient to fully cover additional costs associated with implementing and operating programs as described in this risk factor and do so on a timely basis or at all. If the Government does not do so or provide us and our generation subsidiaries with other forms of assistance to offset the costs involved, our results of operation, financial condition and cash flows may be materially and adversely affected.

See Item 4.B. "Business Overview—Environmental Programs."

***We may require a substantial amount of additional indebtedness to refinance existing debt and for future capital expenditures.***

We anticipate that a substantial amount of additional indebtedness will be required in the coming years in order to refinance existing debt, make capital expenditures for construction of generation plants and other facilities and/or make acquisitions, invest in renewable energy and the "new energy industry" projects and fund our overseas businesses. In 2018, 2019 and 2020, our capital expenditures in relation to the foregoing amounted to Won 13,695 billion, Won 15,795 billion and Won 15,485 billion, respectively, and our budgeted capital expenditures for 2021, 2022 and 2023 amount to Won 14,397 billion, Won 16,310 billion and Won 15,316 billion, respectively.

While we currently do not expect to face any material difficulties in procuring short-term borrowings to meet our liquidity and short-term capital requirements, there is no assurance that we will be able to do so. We expect that a portion of our long-term debt will need to be paid or refinanced through foreign currency-denominated borrowings and capital raising in international capital markets. Such financing may not be available on terms commercially acceptable to us or at all, especially if the global financial markets experience significant turbulence or a substantial reduction in liquidity or due to other factors beyond our control. If we are unable to obtain financing on commercially acceptable terms on a timely basis, or at all, we may be unable to meet our funding requirements for capital expenditures or debt repayment obligations, which could have a material adverse impact on our business, results of operations and financial condition.

We and our generation subsidiaries have undertaken various programs to reduce debt and improve the overall financial health. For further information, see Item 4.B. "Business Overview—Debt Reduction Program

15

Table of Contents

and Related Activities." Despite our best efforts, however, for reasons beyond our control, including macroeconomic environments, government regulations and market forces (such as international market prices for our fuels), we cannot assure whether we or our generation subsidiaries will be able to successfully reduce debt burdens or otherwise improve our financial health to a level that would be optimal for our capital structure. If we or our generation subsidiaries fail to do so or the measures taken by us or our generation subsidiaries to reduce debt levels or improve financial health have unintended adverse consequences, such developments may have an adverse effect on our business, results of operations and financial condition.

***The movement of Won against the U.S. dollar and other currencies may have a material adverse effect on us.***

The Won has fluctuated significantly against major currencies from time to time. Even slight depreciation of Won against U.S. dollar and other foreign currencies may result in a material increase in the cost of fuel and equipment purchased by us from overseas since the prices for substantially all of the fuel materials and a significant portion of the equipment we purchase are denominated in currencies other than Won, generally in U.S. dollar.

Changes in foreign exchange rates may also impact the cost of servicing our foreign currency-denominated debt. As of December 31, 2020, 17.1% of our long-term debt (including the current portion but excluding original issue discounts and premium) without taking into consideration of swap transactions, was denominated in foreign currencies, principally U.S. dollar. In addition, even if we make payments in Won for certain fuel materials and equipment, some of these fuel materials may originate from other countries and their prices may be affected accordingly by the exchange rates between the Won and foreign currencies, especially the U.S. dollar. Since the substantial majority of our revenues are denominated in Won, we must generally obtain foreign currencies through foreign currency-denominated financings or from foreign currency exchange markets to make such purchases or service such debt. As a result, any significant depreciation of Won against the U.S. dollar or other major foreign currencies will have a material adverse effect on our profitability and results of operations.

***We may not be successful in implementing new business strategies.***

As part of our overall business strategy, we plan to (i) expand clean energy and stabilize electricity supply and demand, (ii) enhance sales profitability and competitiveness, (iii) explore convergence-based new businesses and markets, (iv) secure future strategic technologies and establish infrastructure for digital transformation, and (v) strengthen management efficiency and embody social value.

Due to their inherent uncertainties, such new and expanded strategic initiatives expose us to a number of risks and challenges, including the following:

- new and expanded business activities may require unanticipated capital expenditures and involve additional compliance requirements;

- new and expanded business activities may result in less growth or profit than we currently anticipate, and there can be no assurance that such business activities will become profitable at the level we desire or at all;

- certain of our new and expanded businesses, particularly in the areas of renewable energy, require substantial government subsidies to become profitable, and such subsidies may be substantially reduced or entirely discontinued;

- we may fail to identify and enter into new business opportunities in a timely fashion, putting us at a disadvantage vis-à-vis competitors, particularly in overseas markets; and

- we may need to hire or retrain personnel to supervise and conduct the relevant business activities.

As part of our business strategy, we may also seek, evaluate or engage in potential acquisitions, joint ventures, strategic alliances, restructurings, combinations, rationalizations, divestments or other similar

16

Table of Contents

opportunities. The prospects of these initiatives are uncertain, and there can be no assurance that we will be able to successfully implement or grow new ventures, and these ventures may prove more difficult or costly than what we originally anticipated. In addition, we regularly review the profitability and growth potential of our existing and new businesses. As a result of such review, we may decide to exit from or to reduce the resources that we allocate to new or existing ventures in the future. There is a risk that these ventures may not achieve profitability or operational efficiencies to the extent originally anticipated, and we may fail to recover investments or expenditures that we have already made. Any of the foregoing may have a material adverse effect on our reputation, business, results of operations, financial condition and cash flows.

***We plan to pursue overseas expansion opportunities that may subject us to different or greater risks than those associated with our domestic operations.***

While our operations have, to-date, been primarily based in Korea, we and our generation subsidiaries may expand, on a selective and opportunistic basis, overseas operations in the future. In particular, we and our generation subsidiaries may further expand the construction and operation of renewable energy power plants, transmission and distribution and (primarily through our generation subsidiaries) mining and development of fuel resources.

Overseas operations often involve risks that are different from those we face in our domestic operations, including the following:

- challenges of complying with multiple foreign laws and regulatory requirements, including tax laws and laws regulating our operations and investments;

- volatility of overseas economic conditions, including fluctuations in foreign currency exchange rates;

- difficulties in enforcing creditors' rights in foreign jurisdictions;

- risk of expropriation and exercise of sovereign immunity where the counterparty is a foreign government;

- difficulties in establishing, staffing and managing foreign operations;

- differing labor regulations;

- political and economic instability, natural calamities, war and terrorism;

- lack of familiarity with local markets and competitive conditions;

- changes in applicable laws and regulations in Korea that affect foreign operations;

- obstacles to the repatriation of earnings and cash; and

- environmental regulations and public complaints regarding overseas coal-fired power plants.

Any failure by us to recognize or respond to these differences may adversely affect the success of our operations in those markets, which in turn could materially and adversely affect our business and results of operations.

Furthermore, while we seek to enter into overseas business opportunities in a prudent manner, some of our new international business ventures carry inherent risks that are different from our traditional business of electricity power generation, transmission and distribution. While the overseas businesses in the aggregate currently do not comprise a material portion of our overall business, the actual revenues and profitability from, and investments and expenditures into, such ventures may be substantially different from what we plan or anticipate and may have a material adverse impact on our overall business, results of operations, financial condition and cash flows.

***An increase in electricity generated by and/or sourced from independent power producers may erode our market position and hurt our business, growth prospects, revenues and profitability.***

As of December 31, 2020, we and our generation subsidiaries owned approximately 64.9% of the total electricity generation capacity in Korea (excluding plants generating electricity for private or emergency use).

Table of Contents

New entrants to the electricity business will erode our market share and create significant competition, which could have a material adverse impact on our financial condition and results of operations.

In particular, we compete with independent power producers with respect to electricity generation. The independent power producers accounted for 28.6% of total power generation in 2020 and 35.1% of total generation capacity as of December 31, 2020. As of December 31, 2020, there were 20 independent power producers in Korea, excluding renewable energy producers. Private enterprises became permitted to own and operate coal-fired power plants in Korea only after the Ministry of Trade, Industry and Energy approved plans for independent power producers to construct coal-fired power plants under the Sixth Basic Plan announced in February 2013. Under the Ninth Basic Plan announced in December 2020, six coal-fired power plants are planned to be constructed by independent power producers by 2024. While it remains to be seen whether construction of these generation units will be completed as scheduled, if these units were to be completed as scheduled and/or independent power producers are permitted to build additional generation capacity (whether coal-fired or not), our market share in Korea may decrease, which may have a material adverse effect on our results of operations and financial condition.

In addition, under the Community Energy System adopted by the Government in 2004, a minimal amount of electricity is supplied directly to consumers on a localized basis by independent power producers outside the cost-based pool system. Such system is used by our generation subsidiaries and most independent power producers to distribute electricity nationwide. The purpose of this system is to geographically decentralize electricity supply and thereby reduce transmission losses and improve the efficiency of energy use. These entities do not supply electricity on a national level but are licensed to supply electricity on a limited basis to their respective districts under the Community Energy System. As of March 31, 2021, the aggregate generation capacity of suppliers participating in the Community Energy System amounted to less than 1% of that of our generation subsidiaries in the aggregate. We currently do not expect the Community Energy System to be widely adopted, especially in light of the significant level of capital expenditure required for such direct supply. However, if the Community Energy System is widely adopted, it may erode our currently dominant market position in the generation and distribution of electricity in Korea and may have a material adverse effect on our business, results of operations and financial condition.

While we are currently the dominant market player in the electricity distribution in Korea, we cannot assure you that our market dominance will not face potential erosion in the future. For example, in June 2016, the Government announced the Proposal for Adjustment of Functions of Public Institutions (Energy Sector), which contemplated a gradual opening of the electricity trading market to the private sector. Although the proposal was withdrawn after a year of deliberation, a number of economists and civic groups are continuing to demand for the liberalization of the electricity trading market. It is difficult to predict whether and in what direction the liberalization of the electricity trading market will happen in the future, and such event may result in substantial reduction of our market share in electricity distribution in Korea, which would have a material adverse effect on our business, results of operation and cash flows.

See also Item 4.B. "Business Overview—Competition."

***Labor unrest or increases in labor cost may adversely affect our operations.***

We and each of our generation subsidiaries have separate labor unions. As of December 31, 2020, approximately 72.4% of our and our generation subsidiaries' employees in the aggregate were members of these labor unions. Since a six-week labor strike in 2002 by union members of our generation subsidiaries in response to a proposed privatization of one of our generation subsidiaries, there has been no material labor dispute. However, we cannot assure you that there will not be a major labor strike or other material disruptions of operations by the labor unions of us and our generation subsidiaries if the Government resumes privatization or other restructuring initiatives or for other reasons, which may adversely affect our business and results of operations.

18

Table of Contents

Furthermore, the Government, as part of a response to low fertility amidst an aging population in Korea and to make the lives of workers more stable, has pledged to reduce the number of non-permanent workers and increase the employment of permanent workers, in part by transitioning from non-permanent to permanent positions in the public sector. We have completed transitioning temporary workers to permanent workers at the end of 2019. Our generation subsidiaries have partially completed transitioning of non-permanent workers to permanent positions by hiring them for an indefinite period or establishing subsidiaries and hiring them through such subsidiaries. Our thermal generation subsidiaries plan to form a labor-management consultative body to transition the in-house subcontracted workers for the fuel and environmental facilities to permanent positions. Although the Government guidelines suggest that we transition the non-permanent workers to permanent positions within our existing budget for the related business, we cannot assure you that this will not result in increased costs for us or our generation subsidiaries and have an adverse impact on us or our generation subsidiaries' financial condition and results of operations.

Additionally, domestic and international policy changes may affect our relationship with our employees, such as the Government's ratification of four and consent to ratification of three of the eight essential conventions of International Labor Organization and potential reformation of the public employee wage structure. We cannot assure you that such policy changes will not negatively affect our relationship with our employees, which may in turn adversely affect our business and results of operations.

***Operation of nuclear power generation facilities inherently involves numerous hazards and risks, any of which could result in a material loss of revenues or increased expenses.***

Through KHNP, we currently operate 24 nuclear-fuel generation units. Operation of nuclear power plants is subject to certain hazards, including environmental hazards such as leaks, ruptures and discharge of toxic and radioactive substances and materials. These hazards can cause personal injuries or loss of life, severe damage to or destruction of property and natural resources, pollution or other environmental damage, clean-up responsibilities, regulatory investigation and penalties and suspension of operations. Nuclear power has a stable and relatively inexpensive cost structure (which is least costly among the fuel types used by our generation subsidiaries) and is the second largest source of Korea's electricity supply, accounting for 29.0% of electricity generated in Korea in 2020. Due to significantly lower unit fuel costs compared to those for thermal power plants, our nuclear power plants are generally operated at full capacity with only routine shutdowns for fuel replacement and maintenance, with limited exceptions.

From time to time, our nuclear generation units may experience unexpected shutdowns or maintenance-related stoppage. For example, following an earthquake in the vicinity in September 2016, four nuclear generation units at the Wolsong site were shut down for approximately three months as part of a preventive and safety assurance program although these units were not directly affected by the earthquake. Any prolonged or substantial breakdown, failure or suspension of operation of a nuclear unit could result in a material loss of revenues, an increase in fuel costs related to the use of alternative power sources, additional repair and maintenance costs, greater risk of litigation and increased social and political hostility to the use of nuclear power, any of which could have a material adverse impact on our financial condition and results of operations.

In addition, heightened concerns regarding the safety of operating nuclear generation units could impede with our ability to operating them for an extended period of time or at all. For example, the nuclear power plant at Wolsong #1 unit began operations in 1982 and ended its operations in 2012 pursuant to its 30-year operating license. In February 2015, the Nuclear Safety and Security Commission ("NSSC") evaluated the safety of operating Wolsong #1 unit and approved its extended operation until November 2022. However, a civic group filed a lawsuit to annul such decision, and in February 2017, the Seoul Administrative Court ruled against the NSSC. The NSSC appealed this decision, and the civic group filed an injunction to suspend the operation of the Wolsong #1 unit. The civic group's injunction was denied in July 2017. KHNP, which operated the unit pursuant to the NSSC's initial decision, has joined this lawsuit.

19

Table of Contents

There are ten other nuclear generation units whose life under their initial operating license will expire in the next ten years, or by 2030, and we may find it more difficult to have the life of other nuclear units extended as well. The failure to extend the life of these units would result in a loss of revenues from such units and the increase in our overall fuel costs (as nuclear fuel is the cheapest compared to coal, LNG or oil), which could adversely affect our results of operation and financial condition. Furthermore, in September 2016, Greenpeace and 559 Korean nationals brought a lawsuit against the NSSC to revoke the permit the NSSC granted to KHNP in relation to the construction of Shin-Kori #5 and #6 nuclear generation units. The Seoul Administrative Court dismissed the plaintiffs' case on February 14, 2019. The Seoul High Court dismissed the appeal in January 2021. The case was further appealed and is now pending in the Supreme Court of Korea. Additionally, in May 2019, a group of 729 Korean nationals brought a lawsuit against the NSSC to suspend the operation of Shin-Kori #4. In July 2019, we have applied to participate in the lawsuit as a stakeholder. In February 2021, the Seoul Administrative Court dismissed the plaintiffs' claim. The plaintiffs subsequently appealed in March 2021. We cannot assure you that there will not be new challenges to the construction of these new nuclear units in the future, whereby we may experience a loss of revenues and an increase in fuel costs (as nuclear fuel is the cheapest compared to coal, LNG or oil) as a result of such prohibition, which could adversely affect our results of operation and financial condition.

In order to prevent damages to the nuclear facilities such as a result of the tsunami and earthquake in March 2011 in Japan, KHNP prepared a comprehensive safety improvement plan including, but are not limited to, installing additional automatic shut-down systems for earthquakes, extending coastal barriers for seismic waves, procuring mobile power generators and storage batteries, installing passive hydrogen removers at nuclear facilities and improving the radiology emergency medical system. All follow-up measures will be finalized in December 2024 due to changes in the plan. KHNP also developed 10 additional supplementary safety measures by analysis of overseas plants and its current operations and implemented nine of such measures in 2017, with the one remaining measure to be implemented by 2023. However, there is no assurance that a similar or worse natural disaster may require the adoption and implementation of additional safety measures, which may be costly and have a material adverse impact on our financial condition and results of operations.

Subsequently, the Government unveiled its roadmap to shift in energy sources in October 2017 and announced the Eighth Basic Plan to implement such roadmap in December 2017. The Eighth Basic Plan focuses on, among other things, decreasing the reliance on nuclear and coal-based supply sources. Accordingly, six new nuclear generation units in a planning stage (Shin-Hanul #3 and #4, Chunji #1 and #2 and Daejin #1 and #2) would not be constructed, while new nuclear plants under construction, including Shin-Kori #5, #6, Shin-Hanul #1 and #2, shall begin operation by 2025 upon completion of the construction. However, the construction of Shin-Kori #5 and #6 was recently postponed for one year and nine months to March 2024 and March 2025, respectively, to prevent undue speed in construction in light of the recent enactment of Serious Accidents Punishment Act. The Ninth Basic Plan announced in December 2020 also focuses on the same agenda as the Eighth Basic Plan. Future extensions of life of decrepit nuclear generation units would not be granted and the construction of renewable energy sources would be increased. We cannot assure you that these policies will not have an adverse impact on our or our generation subsidiaries' financial condition and results of operations.

On June 15, 2018, the board of directors of KHNP decided to (i) retire Wolsong #1 unit earlier than planned due to comprehensive evaluation of the economic viability and regional sentiment of its continuing operation and (ii) discontinue the construction of Chunji #1 and #2 as well as Daejin #1 and #2 units. On December 24, 2019, the NSSC approved the permanent shutdown of Wolsong #1 unit. The Board of Audit and Inspection of Korea carried out an investigation into whether the shutdown of Wolsong #1 unit was economically feasible and reported that the benefits of continued operations were set unreasonably low compared to the benefits of being immediately shut down, which may have led to the approval of the permanent shutdown of Wolsong #1 unit. KHNP is currently preparing guidelines for economic feasibility assessment according to the results for the investigation by the Board of Audit and Inspection of Korea reported on October 20, 2020. However, the result of the investigation has not affected the decision to shut Wolsong #1 unit down. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Wolsong #1 unit

20

Table of Contents

accrued to Won 572,216 million and reversal of impairment loss was Won 16,693 million. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Chunji #1 and #2 as well as Daejin #1 and #2 units amounted to Won 38,886 million. Although the board of directors did not make any decisions regarding Shin-Hanul #3 and #4 units, which are new nuclear plants under construction, we cannot assure you that the construction of these units will not be discontinued. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Shin-Hanul #3 and #4 units accrued to Won 134,736 million. The Government currently has preliminary plans to refund us for reasonable expenditures incurred in relation to the phase-out of nuclear power plants in accordance with the Government's energy transition policy. As of December 31, 2020, the impairment loss for each unit is still the same amount.

***The construction and operation of our generation, transmission and distribution facilities involve difficulties, such as opposition from civic groups, which may have an adverse effect on us.***

From time to time, we encounter social and political opposition against construction and operation of our generation facilities (particularly nuclear units) and, to a lesser extent, our transmission and distribution facilities. For example, we recently faced intense opposition from local residents and civic groups to the construction of transmission lines in the Milyang area, which we resolved through various compensatory and other support programs. Such opposition delayed the schedule for completion of this project. Although we and the Government have undertaken various community programs to address concerns of residents in areas near our facilities, civic and community opposition could result in delayed construction or relocation of our planned facilities, which could have a material adverse impact on our business and results of operations.

***Our risk management policies and procedures may not be fully effective at all times.***

In the course of our operations, we must manage a number of risks, such as regulatory risks, market risks and operational risks. Although we devote significant resources to developing and improving our risk management policies and procedures and expect to continue to do so in the future, our risk management practices may not be fully effective at all times in eliminating or mitigating risk exposures in all market environments or against all types of risk, including risks that are unidentified or unanticipated, such as natural disasters or employee misconduct. For example, in May 2013, the NSSC discovered that certain parts used in several of our then-operating nuclear generation units had been supplied based on falsified certificates. This discovery led to full internal investigation and investigation by the Prosecutor's Office, which in turn led to prosecutions and convictions of several current and former employees of KHNP on related and separate bribery charges, as well as termination of the then-president of KHNP as part of a broad disciplinary action. The incident also led to suspended operation of the related nuclear generation units for several months pending safety inspection. A similar incident involving falsified certificates and bribery occurred also in November 2012. We and KHNP have fully cooperated with the authorities in terms of investigations as well as remedial and preventive measures, including enhanced internal compliance policies and procedures. In November 2019, prosecutors indicted six of KHNP's employees for, among others, failing to immediately shut down Hanbit #1 reactor when its thermal output exceeded the threshold specified by the nuclear safety technical operations manual and filing false reports to the NSSC. KHNP is also indicted for secondary liability from its employees' alleged wrongdoings. The case stemmed from the NSSC's investigations into the manual shutdown of Hanbit #1 reactor during a diagnostic test in May 2019. In February 2021, the Gwangju District Court acquitted the employees of their charges of violating the safety technical operations manual and driving a vehicle without a license during the incident. However, three employees were fined for filing false reports to NSSC and KHNP was also fined in accordance with the disciplinary regulations. The prosecutors appealed the District Court's decision and the case will proceed to an appellate court. We cannot assure you that the outcomes of the ongoing case will not have any material adverse effect on us, our reputation and our operating results. To prevent similar incidents from occurring again, KHNP is working to improve its risk monitoring and management system. For additional information, see Item 4.B. "Business Overview—Nuclear Safety."

In April 2019, a forest fire broke out in Goseong in Gangwon Province, about 210 kilometers from Seoul, causing damages to nearby towns, covering approximately 1,260 hectares. The National Forensic Service has

Table of Contents

investigated the cause of the fire and has determined that the fire seems to have started by an electrical arc from our utility pole's wire, which broke as a result of a strong wind. Based on this finding, the Police Department of Goseong conducted follow-up investigations and issued a recommendation to prosecute seven employees of KEPCO in connection with the fire. The prosecutors have taken over the case and a trial is underway, the results of which may have a material adverse effect on us, our reputation and our operating results. In the meantime, we have settled with and completed compensation payment of Won 57.5 billion to victims as of March 2021. We expect settlements with the remaining victims would cost us approximately Won 11.8 billion. In addition, we are compensating the fire victims by providing a number of services, such as free supply of electricity, and implementing measures to prevent future fires that may result from an electrical arc, including a special maintenance program during the dry season between March and May. Also, we implemented operational measures such as tailored operation of protective devices and suspension of operation during periods of low loads and plan to change power facility designs to reflect regional and seasonal characteristics, all of which are intended to help prevent similar incidents from happening in the future. Despite our efforts, however, such incidents may occur again, and we cannot assure you that they will not have any material adverse effect on us, our reputation and our operating results.

Further, our operational activities like the generation of electricity involve inherent operating risks that may result in accidents involving serious injury or loss of life, environmental damage or property damage. In December 2018, an employee of KOWEPO's subcontractor died in an accident at a Taean thermal power unit, leading to a public scrutiny and review by the Ministry of Employment and Labor. As a result, KOWEPO was required to halt the operations of three Taean thermal power units (Taean #9 and #10 units as well as Taean Integrated Gasification Combined Cycle (IGCC)) between December 2018 and May 2019. Even though we plan to prioritize on-site safety management by engaging in communications with different stakeholders and investing more in safe environment, there is no guarantee that there will not be future accidents due to our inherent operating risks.

We believe we and our subsidiaries are in compliance in all material respects with internal compliance policies and procedures and all other additional safety measures initiated internally or required by regulatory and governmental agencies. However, we cannot assure you that, despite all precautionary and preventative measures undertaken by us, these measures will prove to be fully effective at all times against all the risks we face or that an incident that could cause harm to our reputation and operation will not happen in the future, including due to factors beyond our control.

***Our risk management procedures may not prevent losses in debt and foreign currency positions.***

We manage interest rate exposure for our debt instruments by limiting our variable rate debt exposure as a percentage of our total debt and closely monitoring the movements in market interest rates. We also actively manage currency exchange rate exposure for our foreign currency-denominated liabilities by measuring the potential loss therefrom using risk analysis software and entering into derivative contracts to hedge such exposure when the possible loss reaches a certain risk limit. To the extent we have unhedged positions or our hedging and other risk management procedures do not work as planned, our results of operations and financial condition may be adversely affected.

***The amount and scope of coverage of our insurance are limited.***

Substantial liability may result from the operations of our nuclear generation units, the use and handling of nuclear fuel and possible radioactive emissions associated with such nuclear fuel. KHNP carries insurance for its generation units and nuclear fuel transportation, and we believe that the level of insurance is generally adequate and is in compliance with relevant laws and regulations. In addition, KHNP is the beneficiary of Government indemnity that covers damages which the insurance cannot cover. However, such insurance is limited in terms of amount and scope of coverage and does not cover all types or amounts of losses which could arise in connection with the ownership and operation of nuclear plants. Accordingly, material adverse financial consequences could

Table of Contents

result from a serious accident or a natural disaster to the extent it is neither insured nor covered by the government indemnity.

In addition, our non-nuclear generation subsidiaries carry insurance covering certain risks, including fire, in respect of their key assets, including buildings and equipment located at their respective power plants, construction-in-progress and imported fuel and procurement in transit. Such insurance and indemnity, however, cover only a portion of the assets that these generation subsidiaries own and operate and do not cover all types or amounts of loss that could arise in connection with the ownership and operation of these power plants. In addition, our generation subsidiaries are not permitted to self-insure, and accordingly have not self-insured, against risks of their uninsured assets or business. Accordingly, material adverse financial consequences could result from a serious accident to the extent it is uninsured.

In addition, because neither we nor our non-nuclear generation subsidiaries carry any insurance against terrorist attacks, an act of terrorism would result in significant financial losses. See Item 4.B. "Business Overview—Insurance."

### *We may not be able to raise equity capital in the future without the participation of the Government.*

Under applicable laws, the Government is required to directly or indirectly own at least 51% of our issued capital stock. As of December 31, 2020, the Government, directly and through Korea Development Bank (a statutory banking institution wholly owned by the Government), owned 51.1% of our issued capital stock. Accordingly, without changes in the existing Korean law, it may be difficult or impossible for us to undertake, without the participation of the Government, any equity financing in the future.

### *We may be exposed to potential claims made by current or previous employees for unpaid wages for the past four years under the expanded scope of ordinary wages and become subject to additional labor costs arising from the broader interpretation of ordinary wages under such decision.*

Under the Labor Standards Act, an employee is legally entitled to "ordinary wages." Under the guidelines previously issued by the Ministry of Employment and Labor, ordinary wages include base salary and certain fixed monthly allowances for work performed overtime during night shifts and holidays. Prior to the Supreme Court decision described below, many companies in Korea had typically interpreted these guidelines as excluding from the scope of ordinary wages fixed bonuses that are paid other than on a monthly basis, namely on a bi-monthly, quarterly or semi-annual basis, although such interpretation had been a subject of controversy and had been overruled in a few court cases.

In December 2013, the Supreme Court of Korea ruled that regular bonuses fall under the category of ordinary wages on the condition that those bonuses are paid regularly and uniformly, and that any agreement which excludes such regular bonuses from ordinary wage is invalid. One of the key rulings provides that bonuses that are given to employees (i) on a regular and continuous basis and (ii) calculated according to the actual number of days worked (iii) that are not incentive-based must be included in the calculation of "ordinary wages." The Supreme Court further ruled that in spite of invalidity of such agreements, employees shall not retroactively claim additional wages incurred due to such court decision, in case that such claims bring to employees unexpected benefits which substantially exceeds the wage level agreed by employers and employees and cause an unpredicted increase in expenditures for their company, which would lead the company to material managerial difficulty or would be a threat to the existence of the company. In that case, the claim is not acceptable since it is unjust and is in breach of the principle of good faith.

As a result of such ruling by the Supreme Court of Korea, we and our subsidiaries became subject to a number of lawsuits filed by various industry-wide and company-specific labor unions based on claims that ordinary wage had been paid without including certain items that should have been included as ordinary wage. In July 2016, the court ruled against us, and in accordance with the court's ruling, in August 2016 we paid Won 55.1 billion to the employees for three years of back pay plus interest. As of December 31, 2020,

Table of Contents

22 lawsuits were pending against our subsidiaries for an aggregate claim amount of Won 45 billion, for which our subsidiaries set aside an aggregate amount of Won 8.3 billion to cover any potential future payments of additional ordinary wage in relation to the related lawsuits. We cannot presently assure you that the court will not rule against our subsidiaries in these lawsuits, or that the foregoing reserve amount will be sufficient to cover the amounts payable under the court rulings.

Additionally, since the issue of determining which labor costs should be additionally included as part of ordinary wages has not been fully resolved by the courts reviewing the lawsuits to which our subsidiaries are a party and other ordinary wage lawsuits filed against other companies, we cannot presently assure you that there will not be additional lawsuits in relation to ordinary wages and that we or our subsidiaries may not become liable for greater amount of damages as a result of these lawsuits. Furthermore, court decisions or labor legislations expanding the definition of ordinary wages may prospectively increase the labor costs of us and our subsidiaries. As a result, there can be no assurance that the above-described lawsuits and circumstances will not have a material adverse effect on our results of operations. See Item 8.A. "Consolidated Statements and Other Financial Information—Legal Proceedings."

### *We are subject to cyber security risk.*

Recently, our activities have been subject to an increasing risk of cyber-attacks and information leakages, the nature of which is continually evolving. For example, in December 2014, KHNP became subject to a cyber terror incident. Hackers hacked into the computer network of former KHNP employees and threatened to shut down certain of KHNP's nuclear plants, even though such incident did not jeopardize our nuclear operation in any material respect and none of the stolen information was material to our nuclear operation or the national nuclear policy. Also, even though past cyber-attacks were mostly unspecified attacks, recent attacks are more targeted and intelligent attacks, such as a ransomware that encrypts a victim's files, whereupon an attacker demands a ransom from the victim to restore access to the victim's data upon payment. In particular, non-face-to-face business environment due to COVID-19 has led to more sophisticated phishing e-mail attacks that impersonate service providers and acquaintances. In light of the new developments, there is no assurance that a similar or more serious hacking or other forms of cyber terror will not happen with respect to us and our generation subsidiaries, which could have a material adverse impact on our business, financial condition and results of operations.

See Item 4.B. "Business Overview—Cyber Security."

### *We previously engaged in limited activities relating to Iran and may become subject to sanctions under relevant laws and regulations of the United States and other jurisdictions as a result of such activities, which may adversely affect our business and reputation.*

The U.S. Department of the Treasury's Office of Foreign Assets Control, or OFAC, administers and enforces certain laws and regulations (which we refer to as the OFAC sanctions) that impose restrictions upon activities or transactions within U.S. jurisdiction with certain countries, governments, entities and individuals that are the subject of OFAC sanctions, including Iran. Even though non-U.S. persons generally are not directly bound by OFAC sanctions, in recent years OFAC has asserted that such non-U.S. persons can be held liable on various legal theories if they engage in transactions completed in part in the United States or by U.S. persons (such as, for example, wiring an international payment that clears through a bank branch in New York). The European Union also enforces certain laws and regulations that impose restrictions upon nationals and entities of, and business conducted in, member states with respect to activities or transactions with certain countries, governments, entities and individuals that are the subject of such laws and regulations, including Iran. The United Nations Security Council and other governmental entities also impose similar sanctions.

In addition to the OFAC sanctions described above, the United States also maintains indirect sanctions under authority of, among others, the Iran Sanctions Act, the Comprehensive Iran Sanctions,

24

Table of Contents

Accountability and Divestment Act of 2010, or CISADA, the National Defense Authorization Act for Fiscal Year 2012, or the NDAA, the Iran Threat Reduction and Syria Human Rights Act of 2012, or ITRA, various Executive Orders, the Iran Freedom and Counter-Proliferation Act of 2012, or IFCA, and the Countering America's Adversaries Through Sanctions Act, or CAATSA. These indirect sanctions, which we refer to collectively as U.S. secondary sanctions, provide authority for the imposition of U.S. sanctions on foreign parties that provide services in support of certain Iran-related activities.

On July 14, 2015, the so-called "P5+1" powers (consisting of the United States, the United Kingdom, Germany, France, Russia, and China) and the European Union, or the EU, entered into an agreement with Iran known as the Joint Comprehensive Plan of Action Regarding the Islamic Republic of Iran's Nuclear Program, or the JCPOA. The JCPOA was intended to significantly restrict Iran's ability to develop and produce nuclear weapons. Upon implementation of the JCPOA on January 16, 2016 the United States, the EU, and the UN suspended certain nuclear-related sanctions against Iran following an announcement by the International Atomic Energy Agency that Iran had fulfilled its initial obligations under the JCPOA. Most U.S. secondary sanctions concerning Iran were suspended following January 16, 2016.

However, on May 8, 2018, the U.S. Government announced that it was ending its participation in the JCPOA and that it would take steps to re-impose secondary sanctions targeting Iran. Sanctions that had been lifted pursuant to the JCPOA were re-imposed after two wind down periods; one ending on August 6, 2018 and one ending on November 4, 2018. Since November 4, 2018, sanctions that have been lifted pursuant to the JCPOA have been re-imposed. Consequently, dealings with Iran may now subject foreign parties to U.S. secondary sanctions.

Violations of OFAC sanctions via transactions with a U.S. jurisdictional nexus can result in substantial civil or criminal penalties. A range of sanctions may be imposed on companies that engage in sanctionable activities within the scope of U.S. secondary sanctions, including, among other things, the blocking of any property subject to U.S. jurisdiction in which the sanctioned company has an interest, which could include a prohibition on transactions or dealings involving securities of the sanctioned company or the sanctioned company effectively losing access to the U.S. financial system.

We previously engaged in limited activities relating to Iran, but all of such activities have been terminated upon the withdrawal of the United States from the JCPOA.

Certain institutional investors, including state and municipal governments in the United States and universities, as well as financial institutions, have proposed or adopted initiatives regarding investments in companies that do business with countries that are the target of OFAC sanctions, including Iran. Accordingly, as a result of our historical activities related to Iran, certain investors may not wish to invest in our shares or ADSs or do business with us. As of February 2021, we were listed on the Iowa Public Employees' Retirement System's (IPERS) Iran Prohibited Companies List. Such divestment initiatives and the decision not to invest in, or to divest from our shares or ADSs may have a material negative impact our reputation and the value of our shares or ADSs.

Violations of sanctions can result in penalties or other consequences adverse to us. Certain of our counterparties may be subjected to sanctions. If we violate sanctions, we may ourselves be subjected to sanctions or penalties. Our business and results of operations may be adversely affected or we may suffer reputational damage. In addition, such sanctions may prevent us from consummating or continuing any of the projects we previously pursued in Iran, which could adversely affect our results of operations. Our Iranian branch initiated closing procedure in 2018 and completed all necessary steps except for the Companies Registration Office Tehran to post our closing on the official gazette. At any time, certain investors may divest their interests in our shares if we are found to have violated or are suspected of violating applicable sanctions law arising from our operation in a sanctioned country.

25

**Table of Contents**

***We purchase goods and services from Russia and those activities may be adversely impacted in a material manner by economic sanctions concerning Russia imposed by the United States and other jurisdictions.***

The United States and the European Union have imposed economic sanctions concerning Russia. OFAC sanctions concerning Russia, *inter alia*, block the property of certain designated individuals and entities, target certain sectors of the Russian economy and prohibit certain transactions with certain targeted persons in targeted sectors of the Russian economy, and restrict investment in and trade with the Crimea region of Ukraine. Additionally, non-U.S. persons that engage in certain prohibited transactions concerning Russia or with certain sanctioned Russian persons or entities may be subject to secondary sanctions. In August 2017, the United States Congress passed CAATSA, which introduced a host of new U.S. secondary sanctions concerning Russia including, *inter alia*, for certain dealings with the Russian energy sector, support for Russia's energy export pipelines and engaging in a "significant transaction" with a person that is part of, or operates for or on behalf of, Russia's defense or intelligence sectors. Additionally, a non-U.S. person that knowingly facilitates a "significant transaction" or transactions for or on behalf of any person subject to sanctions imposed by the U.S. with respect to the Russian Federation or any child, spouse, parent, or sibling of such a sanctioned person may also be subject to secondary sanctions.

In 2020, we purchased 13.6% of our bituminous coal requirements from Russia. Additionally, we also purchase conversion and enrichment services of uranium concentrates from a Russian supplier. In 2020, the total value of all goods and services purchased from Russia was approximately US$0.8 billion.

***The extent to which the recent coronavirus (COVID-19) outbreak impacts our business, results of operations and financial condition will depend on future developments, which are highly uncertain and cannot be predicted.***

The rapid and diffuse spread of the recent coronavirus (COVID-19) and global health concerns relating to this outbreak have had severe negative impact on, among other things, financial markets, liquidity, economic conditions and trade and could continue to do so or could worsen for an unknown period of time, which could in turn have a material adverse impact on our business, results of operations and financial condition. Although a number of governments and organizations project GDP growth forecasts for 2021 to reflect the economic recovery after the COVID-19 vaccines are being rolled out both domestically and internationally, it is possible that prolonged COVID-19 will cause a recession depending on the timeliness and effectiveness of actions taken or not taken to contain and mitigate the effects of COVID-19 both in Korea and internationally by governments, central banks, healthcare providers, health system participants, other businesses and individuals. The effects on the economy are still highly uncertain and cannot be predicted. Risks associated with a prolonged outbreak of COVID-19 include:

- disruption in the normal operations of our industrial and commercial customers, which in turn may decrease demand for electricity for such uses;

- the likelihood that the Government may not increase our tariff in a timely manner in an effort to ease the burden on the public, which will lead to a decrease in our revenue;

- an increase in unemployment among, and/or decrease in disposable income of, Korean consumers, which may decrease demand for electricity for residential use and the products and services of our industrial and commercial customers, thereby also leading to a decrease in demand for electricity for such uses;

- disruption in the supply of fuel and equipment from our suppliers;

- disruptions or delays in the construction of new generation facilities or maintenance and refurbishment of existing generation facilities;

- disruption in the normal operations of our business resulting from contraction of COVID-19 by our employees, which may necessitate our employees to be quarantined and/or our generation facilities or offices to be temporarily shut down;

26

Table of Contents

- disruption resulting from the necessity for social distancing, including implementation of temporary adjustment of work arrangements requiring employees to work remotely, which may lead to a reduction in labor productivity;

- depreciation of the Won against major foreign currencies, which in turn may increase the cost of imported raw materials and equipment;

- unstable global and Korean financial markets, which may adversely affect our ability to meet our funding needs on a timely and cost-effective basis;

- significant or extended incline in the prices of LNG, which may lead to the replacement of thermal generation with LNG-combined cycle generation; and

- impairments in the fair value of our investments in companies that may be adversely affected by the pandemic.

In addition to the factors listed above, the Government may enact emergency measures such as electricity tariff adjustments to ease the burden on the economically disadvantaged customers, each of which could have an adverse impact on our financial condition, results of operations, and cash flows. Each of and any combination of the factors listed above and the emergency governmental measures could have an adverse impact on our financial conditions, results of operations and cash flows.

**Risks Relating to Korea and the Global Economy**

***Unfavorable financial and economic conditions in Korea and globally may have a material adverse impact on us.***

We are incorporated in Korea, where most of our assets are located and most of our income is generated. As a result, we are subject to political, economic, legal and regulatory risks specific to Korea, and our business, results of operations and financial condition are substantially dependent on the Korean consumers' demand for electricity, which are in turn largely dependent on developments relating to the Korean economy.

The Korean economy is closely integrated with, and is significantly affected by, developments in the global economy and financial markets. In recent years, adverse conditions and volatility in the worldwide financial markets, fluctuations in oil and commodity prices and the general weakness of the global economy have contributed to the uncertainty of global economic prospects in general and have adversely affected, and may continue to adversely affect, the Korean economy, which in turn could adversely affect our business, financial condition and results of operations. As the Korean economy is highly dependent on the health and direction of the global economy, the prices of our securities may be adversely affected by investors' reactions to developments in other countries. In addition, due to the ongoing volatility in the global financial markets, the value of the Won relative to the U.S. dollar has also fluctuated significantly in recent years, which in turn also may adversely affect our financial condition and results of operations.

Factors that determine economic and business cycles in the Korean or global economy are for the most part beyond our control and inherently uncertain. In light of the high level of interdependence of the global economy, any of the foregoing developments could have a material adverse effect on the Korean economy and financial markets, and in turn on our business and profitability.

More specifically, factors that could have an adverse impact on Korea's economy in the future include, among others:

- the global uncertainty and economic recession caused by the novel coronavirus (COVID-19) and its likelihood to further spread in the general population and stifle Korea's economic activities and also those of the other countries that have economic ties with Korea;

27

Table of Contents

- increases in inflation levels, volatility in foreign currency reserve levels, commodity prices (including oil prices), exchange rates (particularly against the U.S. dollar), interest rates, stock market prices and inflows and outflows of foreign capital, either directly, into the stock markets, through derivatives or otherwise, including as a result of increased uncertainty in the wake of the United Kingdom's formal exit from the European Union on January 31, 2020, commonly known as "Brexit";

- difficulties in the financial sectors in Europe, China and elsewhere and increased sovereign default risks in certain countries and the resulting adverse effects on the global financial markets;

- adverse developments in the economies of countries and regions to which Korea exports goods and services (such as the United States, Europe, China and Japan), or in emerging market economies in Asia or elsewhere that could result in a loss of confidence in the Korean economy, including potentially as a result of the Brexit;

- potential escalation of the ongoing trade war between the U.S. and China as each country introduces tariffs on goods traded with the other;

- social and labor unrest or declining consumer confidence or spending resulting from lay-offs, increasing unemployment and lower levels of income;

- uncertainty and volatility and further increases in the market prices of Korean real estate;

- a decrease in tax revenues and a substantial increase in the Government's expenditures for unemployment compensation and other social programs that together could lead to an increased Government budget deficit;

- political uncertainty, including as a result of increasing strife among or within political parties in Korea, and political gridlock within the government or in the legislature, which prevents or disrupts timely and effective policy making to the detriment of Korean economy, as well as the impeachment and indictment of the former president following a series of scandals and social unrest, which also involved the investigation of several leading Korean conglomerates and arrest of their leaders on charges of bribery and other possible misconduct;

- deterioration in economic or diplomatic relations between Korea and its trading partners or allies, including deterioration resulting from territorial or trade disputes or disagreements in foreign policy, including as a result of any potential renegotiation of free trade agreements;

- increases in social expenditures to support the aging population in Korea or decreases in economic productivity due to the declining population size in Korea;

- any other development that has a material adverse effect in the global economy, such as an act of war, the spread of terrorism or a breakout of an epidemic such as SARS, avian flu, swine flu, Middle East Respiratory Syndrome, Ebola or Zika virus, or natural disasters, earthquakes and tsunamis and the related disruptions in the relevant economies with global repercussions;

- hostilities involving oil-producing countries in the Middle East and elsewhere and any material disruption in the supply of oil or a material increase in the price of oil resulting from such hostilities; and

- an increase in the level of tensions or an outbreak of hostilities in the Korean peninsula or between North Korea and the United States.

Any future deterioration of the Korean economy could have an adverse effect on our business, financial condition and results of operations.

***Tensions with North Korea could have an adverse effect on us and the market value of our shares.***

Relations between Korea and North Korea have been tense throughout Korea's modern history. The level of tension between the two Koreas has fluctuated and may increase abruptly as a result of current and future events.

28

**Table of Contents**

In particular, there continues to be uncertainty regarding the long-term stability of North Korea's political leadership since the succession of Kim Jong-un to power following the death of his father in December 2011, which has raised concerns with respect to the political and economic future of the region. In February 2017, Kim Jong-un's half-brother, Kim Jong-nam, was reported to have been assassinated in an international airport in Malaysia.

In addition, there continues to be heightened security tension in the region stemming from North Korea's hostile military and diplomatic actions, including in respect of its nuclear weapons and long-range missile programs. Some examples from recent years include the following:

- In November 2017, North Korea conducted a test launch of another intercontinental ballistic missile, which, due to its improved size, power and range of distance, may potentially enable North Korea to target the United States mainland.

- Recently, on September 3, 2017, North Korea conducted its sixth nuclear test, claiming it had tested a hydrogen bomb that could be mounted on an intercontinental ballistic missile. In response, on September 12, 2017, the United Nations Security Council unanimously adopted a resolution imposing additional sanctions on North Korea including new limits on gas, petrol and oil imports, a ban on textile exports and measures to limit North Korean laborers from working abroad.

- On August 29, 2017, North Korea tested an intermediate-range ballistic missile which flew directly over northern Japan before landing in the Pacific Ocean. In response, the United Nations Security Council unanimously adopted a statement condemning such launch, reiterating demands that North Korea halt its ballistic missile and nuclear weapons programs.

- On July 4, 2017, North Korea tested its first intercontinental ballistic missile. In response, the U.S. government and the Government both issued statements condemning North Korea and conducted a joint military exercise on July 5, 2017. On July 28, 2017, North Korea tested a second intercontinental ballistic missile which landed in the Sea of Japan, inside Japan's Economic Exclusion Zone. In response, on August 5, 2017, the United Nations Security Council unanimously adopted a resolution that strengthened sanctions on North Korea. The resolution includes a total ban on all exports of coal, iron, iron ore, lead, lead ore and seafood, which is expected to reduce North Korea's export revenue by a third each year.

- In March 2017, North Korea launched four mid-range missiles, which landed off the east coast of the Korean peninsula.

- On September 9, 2016, North Korea conducted its fifth nuclear test, which has been the largest in scale among North Korea's nuclear tests thus far. According to North Korean announcements, the test was successful in detonating a nuclear missile. The test created a sizable earthquake in South Korea. In response, in February 2017 the U.N. Security Council adopted Resolution 2321 (2016) against North Korea, the purpose of which is to strengthen its sanctions regime against North Korea and to condemn North Korea's September 9, 2016 nuclear test in the strongest terms.

- On February 10, 2016, in retaliation of North Korea's recent launch of a long-range rocket, South Korea announced that it would halt its operations of the Kaesong Industrial Complex to impede North Korea's utilization of funds from the industrial complex to finance its nuclear and missile programs. In response, North Korea announced on February 11, 2016 that it would expel all South Korean employees from the industrial complex and freeze all South Korean assets there.

- On February 7, 2016, North Korea launched a rocket, claimed by them to be carrying a satellite intended for scientific observation. The launch was widely suspected by the international community to be a cover for testing a long-range missile capable of carrying a nuclear warhead. On February 18, 2016, the President of the United States signed into law mandatory sanctions on North Korea to punish it for its recent nuclear and missile tests, human rights violations and cybercrimes. The bill, which marks the first measure by the United States to exclusively target North Korea, is intended to seize the

29

Table of Contents

assets of anyone engaging in business related to North Korea's weapons program, and authorizes US$50 million over five years to transmit radio broadcasts into the country and support humanitarian assistance projects. On March 2, 2016, the United Nations Security Council voted unanimously to adopt a resolution to impose sanctions against North Korea, which include inspection of all cargo going to and from North Korea, a ban on all weapons trade and the expulsion of North Korean diplomats who engage in "illicit activities." Also, on March 4, 2016, the European Union announced that it would expand its sanctions on North Korea, adding additional companies and individuals to its list of sanction targets. On April 1, 2016, North Korea fired a short-range surface-to-air missile in apparent protest of these sanctions adopted by the United States and the United Nations Security Council.

- On January 6, 2016, North Korea announced that it had successfully conducted its first hydrogen bomb test, hours after international monitors detected a 5.1 magnitude earthquake near a known nuclear testing site in the country. The claims have not been verified independently. The alleged test followed a statement made in the previous month by Kim Jong-un, who claimed that North Korea had developed a hydrogen bomb.

- In August 2015, two Korean soldiers were injured in a landmine explosion near the South Korean demilitarized zone. Claiming the landmines were set by North Koreans, the South Korean army re-initiated its propaganda program toward North Korea utilizing loudspeakers near the demilitarized zone. In retaliation, the North Korean army fired artillery rounds on the loudspeakers, resulting in the highest level of military readiness for both Koreas. High-ranking officials from North and South Korea subsequently met for discussions and entered into an agreement on August 25, 2015 intending to deflate military tensions.

- From time to time, North Korea has fired short- to medium-range missiles from the coast of the Korean peninsula into the sea. In March 2015, North Korea fired seven surface-to-air missiles into waters off its east coast in apparent protest of annual joint military exercises being held by Korea and the United States.

- North Korea renounced its obligations under the Nuclear Non-Proliferation Treaty in January 2003 and conducted three rounds of nuclear tests between October 2006 to February 2013, which increased tensions in the region and elicited strong objections worldwide. In response, the United Nations Security Council unanimously passed resolutions that condemned North Korea for the nuclear tests and expanded sanctions against North Korea.

North Korea's economy also faces severe challenges, including severe inflation and food shortages, which may further aggravate social and political tensions within North Korea. In addition, reunification of Korea and North Korea could occur in the future, which would entail significant economic commitment and expenditure by Korea that may outweigh any resulting economic benefits of reunification. On April 27, 2018, May 26, 2018 and September 18, 2018, President Moon Jae-in met Kim Jong-un in a summit to discuss, among other matters, denuclearization of the Korean Peninsula. On June 12, 2018, President Donald Trump and Kim Jong-un in turn had an official summit in Singapore and on February 27, 2019, the parties held the second official summit in Hanoi, Vietnam. However, in March 2019, announcement was made that no agreement was reached in the second bilateral summit meeting between the United States and North Korea. On June 30 2019, for the first time, President Moon Jae-in, President Donald Trump and Kim Jong-un met in Panmunjom, a symbolic place of division in Korea, and the parties agreed to resume the United States and North Korea working-level negotiations, and on October 4, 2019, such working-level negotiations took place in Stockholm, Sweden. However, the negotiations did not result in any definitive agreement or any follow-up plans. On June 16, 2020, North Korea destroyed the joint liaison office in Kaesong, citing anti-regime propaganda allegedly disseminated using balloons across the border by Korean activists, and cut all other communication channels with Korea.

There can be no assurance that the level of tension on the Korean peninsula will not escalate in the future or that the political regime in North Korea may not suddenly collapse. Any further increase in tension or uncertainty relating to the military, political or economic stability in the Korean peninsula, including a breakdown of

30

**Table of Contents**

diplomatic negotiations over the North Korean nuclear program, occurrence of military hostilities, heightened concerns about the stability of North Korea's political leadership or its actual collapse, a leadership crisis, a breakdown of high-level contacts or accelerated reunification could have a material adverse effect on our business, financial condition and results of operations, as well as the price of our common shares and our American depositary shares.

***We are generally subject to Korean corporate governance and disclosure standards, which differ in significant respects from those in other countries.***

Companies in Korea, including us, are subject to corporate governance standards applicable to Korean public companies which differ in many respects from standards applicable in other countries, including the United States. As a reporting company registered with the Securities and Exchange Commission and listed on the New York Stock Exchange, we are, and will continue to be, subject to certain corporate governance standards as mandated by the Sarbanes-Oxley Act of 2002, as amended. However, foreign private issuers, including us, are exempt from certain corporate governance standards required under the Sarbanes-Oxley Act or the rules of the New York Stock Exchange. We and our generation subsidiaries are also subject to a number of special laws and regulations to Government-controlled entities, including the Act on the Management of Public Institutions. For a description of significant differences in corporate governance standards, see Item 16G. "Corporate Governance." There may also be less publicly available information about Korean companies, such as us, than is regularly made available by public or non-public companies in other countries. Such differences in corporate governance standards and less public information could result in less than satisfactory corporate governance practices or disclosure to investors in certain countries.

***You may not be able to enforce a judgment of a foreign court against us.***

We are a corporation with limited liability organized under the laws of Korea. Substantially all of our directors and officers and other persons named in this annual report reside in Korea, and all or a significant portion of the assets of our directors and officers and other persons named in this annual report and substantially all of our assets are located in Korea. As a result, it may not be possible for holders of the American depository shares to affect service of process within the United States, or to enforce against them or us in the United States judgments obtained in United States courts based on the civil liability provisions of the federal securities laws of the United States. There is doubt as to the enforceability in Korea, either in original actions or in actions for enforcement of judgments of United States courts, of civil liabilities predicated on the United States federal securities laws.

**Risks Relating to Our American Depositary Shares (ADSs)**

***There are restrictions on withdrawal and deposit of common shares under the depositary facility.***

Under the deposit agreement, holders of shares of our common stock may deposit those shares with the depositary bank's custodian in Korea and obtain American depositary shares, and holders of American depositary shares may surrender American depositary shares to the depositary bank and receive shares of our common stock. However, under current Korean laws and regulations, the depositary bank is required to obtain our prior consent for the number of shares to be deposited in any given proposed deposit which exceeds the difference between (i) the aggregate number of shares deposited by us for the issuance of American depositary shares (including deposits in connection with the initial and all subsequent offerings of American depositary shares and stock dividends or other distributions related to these American depositary shares) and (ii) the number of shares on deposit with the depositary bank at the time of such proposed deposit. We have consented to the deposit of outstanding shares of common stock as long as the number of American depositary shares outstanding at any time does not exceed 80,153,810 shares. As a result, if you surrender American depositary shares and withdraw shares of common stock, you may not be able to deposit the shares again to obtain American depositary shares.

31

Table of Contents

***Ownership of our shares is restricted under Korean law.***

Under the Financial Investment Services and Capital Markets Act, with certain exceptions, a foreign investor may acquire shares of a Korean company without being subject to any single or aggregate foreign investment ceiling. As one such exception, certain designated public corporations, such as us, are subject to a 40% ceiling on acquisitions of shares by foreigners in the aggregate. The Financial Services Commission may impose other restrictions as it deems necessary for the protection of investors and the stabilization of the Korean securities and derivatives market.

In addition to the aggregate foreign investment ceiling set out under the Financial Investment Services and Capital Markets Act, our Articles of Incorporation set a 3% ceiling on acquisition by a single investor (whether domestic or foreign) of the shares of our common stock. Any person (with certain exceptions) who holds our issued and outstanding shares in excess of such 3% ceiling cannot exercise voting rights with respect to our shares exceeding such limit.

The ceiling on aggregate investment by foreign investors applicable to us may be exceeded in certain limited circumstances, including as a result of acquisition of:

- shares by a depositary issuing depositary receipts representing such shares (whether newly issued shares or outstanding shares);

- shares by exercise of warrant, conversion right under convertible bonds, exchange right under exchangeable bonds or withdrawal right under depositary receipts issued outside of Korea;

- shares from the exercise of shareholders' rights; or

- shares by gift, inheritance or bequest.

A foreign investor who has acquired our shares in excess of any ceiling described above may not exercise his voting rights with respect to our shares exceeding such limit and the Financial Services Commission may take necessary corrective action against him.

***Holders of our ADSs will not have preemptive rights in certain circumstances.***

The Korean Commercial Act and our Articles of Incorporation require us, with some exceptions, to offer shareholders the right to subscribe for new shares in proportion to their existing ownership percentage whenever new shares are issued. If we offer any rights to subscribe for additional shares of our common stock or any rights of any other nature, the depositary bank, after consultation with us, may make the rights available to you or use reasonable efforts to dispose of the rights on your behalf and make the net proceeds available to you. The depositary bank, however, is not required to make available to you any rights to purchase any additional shares unless it deems that doing so is lawful and feasible and:

- a registration statement filed by us under the U.S. Securities Act of 1933, as amended, is in effect with respect to those shares; or

- the offering and sale of those shares is exempt from or is not subject to the registration requirements of the U.S. Securities Act.

We are under no obligation to file any registration statement with the U.S. Securities and Exchange Commission in relation to the registration rights. If a registration statement is required for you to exercise preemptive rights but is not filed by us, you will not be able to exercise your preemptive rights for additional shares and you will suffer dilution of your equity interest in us.

***The market value of your investment in our ADSs may fluctuate due to the volatility of the Korean securities market.***

Our common stock is listed on the KRX KOSPI Division of the Korea Exchange, which has a smaller market capitalization and is more volatile than the securities markets in the United States and many European

32

Table of Contents

countries. The market value of ADSs may fluctuate in response to the fluctuation of the trading price of shares of our common stock on the Stock Market Division of the Korea Exchange. The Stock Market Division of the Korea Exchange has experienced substantial fluctuations in the prices and volumes of sales of listed securities and the Stock Market Division of the Korea Exchange has prescribed a fixed range in which share prices are permitted to move on a daily basis. Like other securities markets, including those in developed markets, the Korean securities market has experienced problems including market manipulation, insider trading and settlement failures. The recurrence of these or similar problems could have a material adverse effect on the market price and liquidity of the securities of Korean companies, including our common stock and ADSs, in both the domestic and the international markets.

The Korean government has the ability to exert substantial influence over many aspects of the private sector business community, and in the past has exerted that influence from time to time. For example, the Korean government has promoted mergers to reduce what it considers excess capacity in a particular industry and has also encouraged private companies to publicly offer their securities. Similar actions in the future could have the effect of depressing or boosting the Korean securities market, whether or not intended to do so. Accordingly, actual or perceived actions or inactions by the Korean government may cause sudden movements in the market prices of the securities of Korean companies in the future, which may affect the market price and liquidity of our common stock and ADSs.

### *Your dividend payments and the amount you may realize in connection with a sale of your ADSs will be affected by fluctuations in the exchange rate between the U.S. dollar and the Won.*

Investors who purchase the American depositary shares will be required to pay for them in U.S. dollars. Our outstanding shares are listed on the Korea Exchange and are quoted and traded in Won. Cash dividends, if any, in respect of the shares represented by the American depositary shares will be paid to the depositary bank in Won and then converted by the depositary bank into U.S. dollars, subject to certain conditions. Accordingly, fluctuations in the exchange rate between the Won and the U.S. dollar will affect, among other things, the amounts a registered holder or beneficial owner of the American depositary shares will receive from the depositary bank in respect of dividends, the U.S. dollar value of the proceeds which a holder or owner would receive upon sale in Korea of the shares obtained upon surrender of American depositary shares and the secondary market price of the American depositary shares.

### *If the Government deems that certain emergency circumstances are likely to occur, it may restrict the depositary bank from converting and remitting dividends in U.S. dollars.*

Under the Foreign Exchange Transaction Act, if the Government deems that certain emergency circumstances are likely to occur, it may impose restrictions such as requiring foreign investors to obtain prior Government approval for the acquisition of Korean securities or for the repatriation of interest or dividends arising from Korean securities or sales proceeds from disposition of such securities. These emergency circumstances include any or all of the following:

- sudden fluctuations in interest rates or exchange rates;

- extreme difficulty in stabilizing the balance of payments; and

- a substantial disturbance in the Korean financial and capital markets.

The depositary bank may not be able to secure such prior approval from the Government for the payment of dividends to foreign investors when the Government deems that there are emergency circumstances in the Korean financial markets.

Table of Contents

ITEM 4.        *INFORMATION ON THE COMPANY*

**Item 4.A. History and Development of the Company**

**General Information**

Our legal and corporate name is Korea Electric Power Corporation. We were established by the Government on December 31, 1981 as a statutory juridical corporation in Korea under the Korea Electric Power Corporation Act (the "KEPCO Act") as the successor to Korea Electric Company. Our registered office is located at 55 Jeollyeok-ro, Naju-si, Jeollanam-do, 58322, Korea, and our telephone number is 82-61-345-4213. Our website address is www.kepco.co.kr.

Our agent in the United States is Korea Electric Power Corporation, North America Office, located at 7th Floor, Parker Plaza, 400 Kelby Street, Fort Lee, NJ 07024.

The Korean electric utility industry traces its origin to the establishment of the first electric utility company in Korea in 1898. On July 1, 1961, the industry was reorganized by the merger of Korea Electric Power Company, Seoul Electric Company and South Korea Electric Company, which resulted in the formation of Korea Electric Company. From 1976 to 1981, the Government acquired the private minority shareholdings in Korea Electric Company. After the Government acquired all the remaining shares of Korea Electric Company, Korea Electric Company was dissolved, and we were incorporated in 1981 and assumed the assets and liabilities of Korea Electric Company. We ceased to be wholly owned by the Government in 1989 when the Government sold 21% of our common stock. As of December 31, 2020, the Government maintained 51.1% ownership in aggregate of our common shares by direct holdings by the Government and indirect holdings through Korea Development Bank, a statutory banking institution wholly owned by the Government.

Under relevant laws of Korea, the Government is required to own, directly or indirectly, at least 51% of our capital. Direct or indirect ownership of more than 50% of our outstanding common voting stock enables the Government to control the approval of certain corporate matters relating to us that require a shareholders' resolution, including approval of dividends. The rights of the Government and Korea Development Bank as holders of our common stock are exercised by the Ministry of Trade, Industry and Energy, based on the Government's ownership of our common stock and a proxy received from Korea Development Bank, in consultation with the Ministry of Economy and Finance.

We operate under the general supervision of the Ministry of Trade, Industry and Energy. The Ministry of Trade, Industry and Energy, in consultation with the Ministry of Economy and Finance, is responsible for approving, subject to review by the Korea Electricity Commission, the electricity rates we charge our customers. See Item 4.B. "Business Overview—Sales and Customers—Electricity Rates." We furnish reports to officials of the Ministry of Trade, Industry and Energy, the Ministry of Economy and Finance and other Government agencies and regularly consult with such officials on matters relating to our business and affairs. See Item 4.B. "Business Overview—Regulation." Our non-standing directors, who comprise a majority of our board of directors, must be appointed by the Ministry of Economy and Finance following the review and resolution of the Committee for Management of Public Institutions (which is established by law and chaired by the minister of the Ministry of Economy and Finance and whose members consist of Government officials and others appointed by the President of the Republic based on recommendation by the minister of the Ministry of Economy and Finance) from a pool of candidates recommended by the director nomination committee. Our president and standing directors who concurrently serve as members of our audit committee must be appointed by the President of the Republic upon the motion of the minister of the Ministry of Trade, Industry and Energy (in the case of our president) and the minister of the Ministry of Economy and Finance (in the case of our standing director who concurrently serves as a member of the audit committee) and following the nomination by our director nomination committee, the review and resolution of the Committee for Management of Public Institutions and an approval at the general meeting of shareholders. See Item 6.A. "Directors and Senior Management—Board of Directors" and Item 16G. "Corporate Governance—The Act on the Management of Public Institutions."

34

Table of Contents

**Item 4.B. Business Overview**

**Introduction**

We are an integrated electric utility company engaged in the transmission and distribution of substantially all of the electricity in Korea. Through our six wholly-owned generation subsidiaries, we also generate the substantial majority of electricity produced in Korea. As of December 31, 2020, we and our generation subsidiaries owned approximately 64.9% of the total electricity generation capacity in Korea (excluding plants generating electricity primarily for private or emergency use). In 2020, we sold to our customers 509,270 gigawatt-hours of electricity. We purchase electricity principally from our generation subsidiaries and, to a lesser extent, from independent power producers. Of the 515,203 gigawatt-hours of electricity we purchased in 2020, 30.4% was generated by KHNP, our wholly-owned nuclear and hydroelectric power generation subsidiary, 42.2% was generated by our wholly-owned five non-nuclear generation subsidiaries and 27.4% was generated by independent power producers that trade electricity to us through the cost-based pool system of power trading (excluding independent power producers that supply electricity under power purchase agreements with us). Our five non-nuclear generation subsidiaries are KOSEP, KOMIPO, KOWEPO, KOSPO and EWP, each of which is wholly owned by us and is incorporated in Korea. We derive substantially all of our revenues and profit from Korea, and substantially all of our assets are located in Korea.

In 2020, we had sales of Won 57,926 billion and net profit of Won 2,093 billion, compared to sales of Won 58,568 billion and net loss of Won 2,264 billion in 2019.

Our revenues are closely tied to demand for electricity in Korea. Demand for electricity in Korea increased at a compounded average growth rate of 0.6% per annum from 2016 to 2020, compared to the real gross domestic product, or GDP, which increased at a compounded average growth rate of 1.7% during the same period, according to the Bank of Korea. During 2020, the GDP growth rate was -1.0%, while the demand for electricity in Korea during the same year decreased by 2.2%.

**Strategy**

As our overall strategy, we seek to become a leading global energy enterprise by actively responding to the market's demand for a stable supply of clean, safe, affordable and convenient source of energy. To this end, we plan to develop key competencies needed for digital transformation of our operations and energy transition. We also aim to strengthen competitiveness in our core operations and to develop new businesses and markets by focusing on low-carbon and renewable energy projects. We evaluate and renew our mid- to long-term strategy every three years, and in 2019 established the "Vision 2030 Mid- to Long-Term Strategy." Under this vision, we will aim for sustainable growth of our operations through the supply of clean energy as well as balanced new industry initiatives with growth potential.

- *Expand clean energy and stabilize electricity supply and demand.* We plan to contribute to the Government's Nationally Determined Contributions (NDCs) by reducing greenhouse gas emissions from our generation subsidiaries and leading large-scale projects to promote the use of renewable energy. In addition, we will focus on ensuring smooth and stable connection for the renewable energy as part of our energy networks. We will also seek to enhance the efficiency of our electricity networks through the use of advanced technology.

- *Enhance sales profitability and competitiveness.* We will seek to become a market leader through the development of customized tariffs and new services. We will also maintain profitability through the cost-based tariff system and improve the demand-side efficiency to streamline energy use at the national level.

- *Explore convergence-based new businesses and markets.* We plan to selectively focus on and pursue profitable new businesses through in-depth market analysis (considering the market environment and our capabilities) to build a business ecosystem. In connection with our overseas business, we plan to explore opportunities to develop low-carbon, renewable energy to expand our market and to diversify our portfolio and provide suitable solutions meeting the different needs of various countries.

Table of Contents

- We will focus on R&D and commercialization of technologies essential to achieving our strategy. We will also create a platform for developing new businesses and enhance the efficiency of our operations based on digital technology.

- In order to develop a management system suitable for sustainable growth, we will continue to develop sound corporate governance, financial structure and human resources. In addition, we will continue to implement the environment, health and safety management system and focus on fostering shared social values and growth with local communities.

## Government Ownership and Our Interactions with the Government

The KEPCO Act requires that the Government own at least 51% of our capital stock. Direct or indirect ownership of more than 50% of our outstanding common voting stock enables the Government to control the approval of certain corporate matters which require a shareholders' resolution, including approval of dividends. The rights of the Government and Korea Development Bank as holders of our common stock are exercised by the Ministry of Trade, Industry and Energy in consultation with the Ministry of Economy and Finance. We are currently not aware of any plans of the Government to cease to own, directly or indirectly, at least 51% of our outstanding common stock.

We play an important role in the implementation of the Government's national energy policy, which is established in consultation with us, among other parties. As an entity formed to serve public policy goals of the Government, we seek to maintain a fair level of profitability and strengthen our capital base in order to support the growth of our business in the long term.

The Government, through its various policy initiatives for the Korean energy industry as well as direct and indirect supervision of us and our industry, plays an important role in our business and operations. Most importantly, the electricity tariff rates we charge to our customers are regulated by the Government taking into account, among others, our needs to recover the costs of operations, make capital investments and recoup a fair return on capital invested by us, as well as the Government's overall policy considerations, such as inflation. See Item 4.B. "Business Overview—Sales and Customers—Electricity Rates."

In addition, pursuant to the Basic Plan determined by the Government, we and our generation subsidiaries have made, and plan to make, substantial expenditures for the construction of generation plants and other facilities to meet demand for electric power. See Item 5.B. "Liquidity and Capital Resources—Capital Requirements."

## Restructuring of the Electric Power Industry in Korea

On January 21, 1999, the Ministry of Trade, Industry and Energy published the Restructuring Plan. The overall objectives of the Restructuring Plan consisted of: (i) introducing competition and thereby increasing efficiency in the Korean electric power industry, (ii) ensuring a long-term, inexpensive and stable electricity supply, and (iii) promoting consumer convenience through the expansion of consumer choice.

The following provides further details relating to the Restructuring Plan.

### Phase I

During Phase I, which served as a preparatory stage for Phase II and lasted from the announcement of the Restructuring Plan in January 1999 until April 2001, we undertook steps to split our generation business units off into one wholly-owned nuclear generation subsidiary (namely, KHNP) and five wholly-owned non-nuclear generation subsidiaries (namely, KOSEP, KOMIPO, KOWEPO, KOSPO and EWP), each with its own management structure, assets and liabilities. These steps were completed upon approval at our shareholders' meeting in April 2001.

36

Table of Contents

The Government's principal objectives in the split-off of the generation units into separate subsidiaries were to: (i) introduce competition and thereby increase efficiency in the electricity generation industry in Korea, and (ii) ensure a stable supply of electricity in Korea.

Following the implementation of Phase I, we have substantial monopoly with respect to the transmission and distribution of electricity in Korea.

While our ownership percentage of our generation subsidiaries will depend on further adjustments to the Restructuring Plan to be adopted by the Government, we plan to retain 100% ownership of our transmission and distribution business.

### Phase II

At the outset of Phase II in April 2001, the Government introduced a cost-based competitive bidding pool system under which we purchase power from our generation subsidiaries and other independent power producers for transmission and distribution to customers. For a further description of this system, see "—Purchase of Electricity—Cost-based Pool System" below.

Pursuant to the Electric Utility Act amended in December 2000, the Government established the Korea Power Exchange in April 2001. The primary function of the Korea Power Exchange is to deal with the sale of electricity and implement regulations governing the electricity market to allow for electricity distribution through a competitive bidding process. The Government also established the Korea Electricity Commission in April 2001 to regulate the Korean electric power industry and ensure fair competition among industry participants. To facilitate this goal, the Korea Power Exchange established the Electricity Market Rules relating to the operation of the bidding pool system. To amend the Electricity Market Rules, the Korea Power Exchange must have the proposed amendment reviewed by the Korea Electricity Commission and then obtain the approval of the Ministry of Trade, Industry and Energy.

The Korea Electricity Commission's main functions include implementation of standards and measures necessary for electricity market operation and review of matters relating to licensing participants in the Korean electric power industry. The Korea Electricity Commission also acts as an arbitrator in tariff-related disputes among participants in the Korean electric power industry and investigates illegal or deceptive activities of the industry participants.

### Privatization of Generation Subsidiaries

In April 2002, the Ministry of Trade, Industry and Energy released the basic privatization plan for five of our generation subsidiaries other than KHNP. Pursuant to this plan, we commenced the process of selling our equity interest in KOSEP in 2002. According to the original plan, this process was, in principle, to take the form of a sale of management control, potentially supplemented by an initial public offering as a way of broadening the investor base. In November 2003, KOSEP submitted its application to the Korea Exchange for a preliminary screening review, which was approved in December 2003. However, in June 2004, KOSEP made a request to the Korea Exchange to delay its stock listing due to unfavorable stock market conditions at that time.

In accordance with the Proposal for Adjustment of Functions of Public Institutions (Energy Sector) announced by the Government in June 2016, we considered a sale in the public market of a minority of our shares in our five non-nuclear generation subsidiaries, KEPCO KDN and KHNP gradually. However, the planned sales have been put on hold, primarily due to prevailing market conditions. In any event, we plan to maintain a controlling stake in each of these subsidiaries.

### Suspension of the Plan to Form and Privatize Distribution Subsidiaries

In 2003, the Government established a Tripartite Commission consisting of representatives of the Government, leading businesses and labor unions in Korea to deliberate on ways to introduce competition in

37

Table of Contents

electricity distribution, such as by forming and privatizing new distribution subsidiaries. In 2004, the Tripartite Commission recommended not pursuing such privatization initiatives but instead creating independent business divisions within us to improve operational efficiency through internal competition. Following the adoption of such recommendation by the Government in 2004 and further studies by Korea Development Institute, in 2006 we created nine "strategic business units" (which, together with our other business units, were subsequently restructured into 14 such units in February 2012) that have a greater degree of autonomy with respect to management, financial accounting and performance evaluation while having a common focus on increasing profitability.

*Initiatives to Improve the Structure of Electricity Generation*

In August 2010, the Ministry of Trade, Industry and Energy announced the Proposal for Improvement in the Structure of the Electric Power Industry in order to resolve uncertainty related to restructuring plans for the electric power industry and maintain competitiveness of the electric power industry. Key initiatives of the proposal included the following: (i) maintain the current structure of having six generation subsidiaries and designate the six generation subsidiaries as market-oriented public enterprises under the Act on the Management of Public Institutions in order to foster competition among the generation subsidiaries and promote efficiency in their operations, (ii) clarify the scope of the business of us and the six generation subsidiaries (namely, that we shall manage the financial structure and governance of the six generation subsidiaries and nuclear power plant and overseas resources development projects, while the six generation subsidiaries will have greater autonomy with respect to construction and management of generation units and procurement of fuel), (iii) create a nuclear power export business unit to systematically enhance our capabilities to win projects involving the construction and operation of nuclear power plants overseas, (iv) further rationalize the electricity tariff by adopting a fuel-cost based tariff system in 2011 and a voltage-based tariff system in a subsequent year, and (v) create separate accounting systems for electricity generation, transmission, distribution and sales with the aim of introducing competition in electricity sales in the intermediate future. The fuel-cost based tariff system went into effect on July 1, 2011 but the Ministry of Trade, Industry and Energy issued a hold order on July 29, 2011 and subsequently informed us it needs to be reassessed in light of the circumstances.

In January 2011, the Ministry of Economy and Finance created a "joint cooperation unit" consisting of officers and employees selected from the five thermal power generation subsidiaries in order to reduce inefficiencies in areas such as fuel transportation, inventories, materials and equipment and construction, etc. and allow the thermal power generation subsidiaries to continue utilizing the benefits of economy of scale after split off of our generation business units into separate subsidiaries. The purpose of the joint cooperation unit was to give greater autonomy to the generation subsidiaries with regard to power plant construction and management and fuel procurements, and thereby enhance efficiency in operating power plants. The main functions of the joint cooperation unit are as follows: (i) maintain inventories of bituminous coal through volume exchanges and joint purchases, (ii) reduce shipping and demurrage expenses through joint operation and distribution of dedicated vessels, (iii) reduce costs by sharing information on generation material inventories and (iv) sharing human resources among the five thermal power generation subsidiaries for construction projects, among other things.

Furthermore, in January 2011 the six generation subsidiaries were officially designated as "market-oriented public enterprises," whereupon the President of Korea appoints the president and the statutory auditor of each such subsidiary; the selection of non-standing directors of each such subsidiary is subject to approval by the minister of the Ministry of Economy and Finance; the president of each such subsidiary is required to enter into a management contract directly with the minister of the Ministry of Trade, Industry and Energy; and the Public Enterprise Management Evaluation Team which is established by the Committee for Management of Public Institutions conducts performance evaluation of such subsidiaries. Previously, our president appointed the president and the statutory auditor of each such subsidiary; the selection of non-standing directors of each such subsidiary was subject to approval by our president; the president of each such subsidiary entered into a management contract with our president; and our evaluation committee conducted performance evaluation of such subsidiaries. For further details of the impact of the designation of our generation subsidiaries as "market-

38

Table of Contents

oriented public enterprises," see Item 16.G. "Corporate Governance—The Act on the Management of Public Institutions."

### Proposal for Adjustment of Functions of Public Institutions (Energy Sector)

In June 2016, the Government announced the Proposal for Adjustment of Functions of Public Institutions (Energy Sector) for the purpose of streamlining the operations of government-affiliated energy companies by discouraging them from engaging in overlapping or similar businesses with each other, reducing non-core assets and activities and improving management and operational efficiency. The initiatives contemplated in this proposal that would affect us and our generation subsidiaries include the following: (i) the generation companies should take on greater responsibilities in overseas resource exploration and production projects as these involve procurement of fuels necessary for electricity generation while fostering cooperation among each other through closer coordination, (ii) KHNP should take a greater role in export of nuclear technology, and (iii) the current system of retail sale of electricity to end-users should be liberalized to encourage more competition. In accordance therewith, we transferred a substantial portion of our assets and liabilities in our overseas resource business to our generation subsidiaries as of December 31, 2016. In addition, this Proposal contemplated selling a minority stake in our generation subsidiaries and KEPCO KDN, but the planned sales have been put on hold, as discussed above in "—Privatization of Generation Subsidiaries."

### Proposed Amendment for Direct Participation in Renewable Energy

An amendment to the Electric Utility Act is underway that will enable us to directly participate in the development of renewable power generation. Under the current Electric Utility Act, a single business entity cannot participate in two or more types of electric businesses. The proposed amendment allows a market-type public institution like ourselves to participate in renewable power generation business to a limited degree. The amendment bill was proposed in July 2020 and is now pending deliberation by the Korean national assembly. When the bill passes, we intend to pursue renewable power generation projects such as large-scale offshore wind power.

### Purchase of Electricity

### Cost-based Pool System

Since April 2001, the purchase and sale of electricity in Korea is required to be made through the Korea Power Exchange, which is a statutory not-for-profit organization established under the Electric Utility Act with responsibilities for setting the price of electricity, handling the trading and collecting relevant data for the electricity market in Korea. The suppliers of electricity in Korea consist of our six generation subsidiaries, which were split-off from us in April 2001, and independent power producers, which numbered 20 (excluding renewable energy producers) as of December 31, 2020. We distribute electricity purchased through the Korea Power Exchange to end users.

### Our Relationship with the Korea Power Exchange

The key features of our relationships with the Korea Power Exchange include the following: (i) we and our six generation subsidiaries are member corporations of the Korea Power Exchange and collectively own 100% of its share capital, (ii) three of the 11 members of the board of directors of the Korea Power Exchange are currently our or our subsidiaries' employees, and (iii) one of our employees is currently a member in three of the key committees of the Korea Power Exchange that are responsible for evaluating the costs of producing electricity, making rules for the Korea Power Exchange and gathering and disclosing information relating to the Korean electricity market.

Notwithstanding the foregoing relationships, however, we do not have control over the Korea Power Exchange or its policies since, among others, (i) the Korea Power Exchange, its personnel, policies, operations

39

**Table of Contents**

and finances are closely supervised and controlled by the Government, namely through the Ministry of Trade, Industry and Energy, and are subject to a host of laws and regulations, including, among others, the Electric Utility Act and the Act on the Management of Public Institutions, as well as the Articles of Incorporation of the Korea Power Exchange, (ii) we are entitled to elect no more than one-third of the Korea Power Exchange directors and our representatives represent only a minority of its board of directors and committees (with the other members being comprised of representatives of the Ministry of Trade, Industry and Energy, employees of the Korea Power Exchange, businesspersons and/or scholars), and (iii) the role of our representatives in the policy making process for the Korea Power Exchange is primarily advisory based on their technical expertise derived from their employment at us or our generation subsidiaries. Consistent with this view, the Finance Supervisory Service issued a ruling in 2005 that stated that we are not deemed to have significant influence or control over the decision-making process of the Korea Power Exchange relating to its business or financial affairs.

*Pricing Factors*

The price of electricity in the Korean electricity market is determined principally based on the cost of generating electricity using a system known as the "cost-based pool" system. Under the cost-based pool system, the price of electricity has two principal components, namely the marginal price (representing the variable cost of generating electricity) and the capacity price (representing the fixed cost of generating electricity).

Under the merit order system, the electricity purchase allocation, the system marginal price (as described below) and the final allocation adjustment are automatically determined based on an objective formula. The variable cost (including the adjusted coefficient as described below) and the capacity price are determined in advance of trading by the Cost Evaluation Committee, which is comprised of representatives from the Ministry of Trade, Industry and Energy, the Korea Power Exchange, us, generation companies, scholars and researchers (the "Cost Evaluation Committee"). Accordingly, a supplier of electricity cannot exercise control over the merit order system or its operations to such supplier's strategic advantage.

*Marginal Price*

The primary purpose of the marginal price is to compensate the generation companies for fuel costs, which represents the principal component of the variable costs of generating electricity. We currently refer such marginal price as the "system marginal price."

The system marginal price represents, in effect, the marginal price of electricity at a given hour at which the projected demand for electricity and the projected supply of electricity for such hour intersect, as determined by the merit order system, which is a system used by the Korea Power Exchange to allocate which generation units will supply electricity for which hour and at what price. To elaborate, the projected demand for electricity for a given hour is determined by the Korea Power Exchange based on a forecast made one day prior to trading, and such forecast takes into account, among others, historical statistics relating to demand for electricity nationwide by day and by hour, seasonality and on-peak-hour versus off-peak hour demand analysis. The projected supply of electricity at a given hour is determined as the aggregate of the available capacity of all generation units that have submitted bids to supply electricity for such hour. These bids are submitted to the Korea Power Exchange one day prior to trading.

Under the merit order system, the generation unit with the lowest variable cost of producing electricity among all the generation units that have submitted a bid for a given hour is first awarded a purchase order for electricity up to the available capacity of such unit as indicated in its bid. The generation unit with the next lowest variable cost is then awarded a purchase order up to its available capacity in its bid, and so forth, until the projected demand for electricity for such hour is met. We refer to the variable cost of the generation unit that is the last to receive the purchase order for such hour as the system marginal price, which also represents the highest price at which electricity can be supplied at a given hour based on the demand and supply for such hour.

40

Table of Contents

Generation units whose variable costs exceed the system marginal price for a given hour do not receive purchase orders to supply electricity for such hour. The variable cost of each generation unit is determined by the Cost Evaluation Committee on a monthly basis and reflected in the following month based on the fuel costs two months prior to such determination. The purpose of the merit order system is to encourage generation units to reduce its electricity generation costs by making its generation process more efficient, sourcing fuels from most cost-effective sources or adopting other cost savings programs.

The final allocation of electricity supply is further adjusted on the basis of other factors, including the proximity of a generation unit to the geographical area to which power is being supplied, network and fuel constraints and the amount of power loss. This adjustment mechanism is designed to adjust for transmission losses in order to improve overall cost-efficiency in the transmission of electricity to end-users.

The price of electricity at which our generation subsidiaries sell electricity to us is determined using the following formula:

Variable cost + [System marginal price – Variable cost] * Adjusted coefficient

An adjusted coefficient applies in principle to all generation units operated by our generation subsidiaries and the coal-fired generation units operated by independent power producers. The adjusted coefficient applicable to the generation units operated by our generation subsidiaries is determined based on considerations of, among others, electricity tariff rates and the relative fair returns on investment in respect of us compared to our generation subsidiaries. The purpose of the adjusted coefficient here is to prevent electricity trading from resulting in undue imbalances as to the relative financial results among generation subsidiaries as well as between us (as the purchaser of electricity) and our generation subsidiaries (as sellers of electricity). Such imbalances may arise from excessive profit taking by base load generators (on account of their inherently cheaper fuel cost structure compared to non-base load generators) as well as from fluctuations in fuel prices (it being the case that during times of rapid and substantial rises in fuel costs which are not offset by corresponding rises in electricity tariff rates charged by us to end-users, on a non-consolidated basis our profitability will decline compared to that our generation subsidiaries since our generation subsidiaries are entitled to sell electricity to us at cost plus a guaranteed margin). In comparison, the adjusted coefficient applicable to the coal-fired generation units operated by independent power producers is determined to enable such independent power producers to recover the total costs of building and operating such units.

The adjusted coefficient is determined by the Cost Evaluation Committee in principle on an annual basis, although in exceptional cases driven by external or structural factors such as rapid and substantial changes in fuel costs, adjustments to electricity tariff rates or changes in the electricity pricing structure, the adjusted coefficient may be adjusted on a quarterly basis.

Previously, it was contemplated that the vesting contract system, as described below, would gradually replace the application of the adjusted coefficient. However, since the implementation of the vesting contract system has been suspended indefinitely, it is unlikely to impact the application of the adjusted coefficient in the foreseeable future.

*Capacity Price*

In addition to payment in respect of the variable cost of generating electricity, generation units receive payment in the form of capacity price, the purpose of which is to compensate them for the fixed costs of constructing generation facilities, provide incentives for construction of new generation units and maintain reliability of the nationwide electricity transmission network.

The capacity price is determined by the Cost Evaluation Committee as a function of the following factors: (i) reference capacity price, (ii) reserve capacity factor, (iii) time-of-the-day capacity coefficient and (iv) since

41

Table of Contents

October 2016, fuel switching factor. The time-of-the-day capacity coefficient are determined annually before the end of December for the subsequent twelve-month period. The reference capacity price, reserve capacity factor and the fuel switching factor are determined annually before the end of June for the subsequent twelve-month period.

The reference capacity price refers to the Won amount per kilowatt-hour payable annually for annualized available capacity indicated in the bids submitted the day before trading (provided that such capacity is actually available on the relevant day of trading), and is determined based on the construction costs and maintenance costs of a standard generation unit and related transmission access facilities, and a base rate for loading electricity. Prior to October 2016, the same reference capacity price applied uniformly to all generation units. Since October 2016, the reference capacity price applies differentially to each generation unit depending on the start year of its commercial operation. Accordingly, the reference capacity price currently ranges from Won 9.62 to 10.65 per kilowatt hour.

The reserve capacity factor relates to the requirement to maintain a standard capacity reserve margin in the range of 13% in order to prevent excessive capacity build-up as well as induce optimal capacity investment at the regional level. The capacity reserve margin is the ratio of peak demand to the total available capacity. Under this system, generation units in a region where available capacity is insufficient to meet demand for electricity as evidenced by failing to meet the standard capacity reserve margin receive increased capacity price. Conversely, generation units in a region where available capacity exceeds demand for electricity as evidenced by exceeding the standard capacity reserve margin receive reduced capacity price. Since October 2016, the reserve capacity factor also factors in the transmission loss per generation unit in order to favor transmission of electricity from a nearby generation unit.

The time-of-the-day capacity coefficient allows hourly and seasonal adjustments in order to incentivize our generation subsidiaries to operate their generation facilities at full capacity during periods of highest demand. For example, the capacity price paid differs depending on whether the relevant hour is an "on-peak" hour, a "mid-peak" hour or an "off-peak" hour (the capacity price being highest for the on-peak hours and lowest for the off-peak hours) and the capacity price paid is highest during the months of January, July and August when electricity usage is highest due to weather conditions.

The fuel switching factor, which was introduced in October 2016 to promote environmental sensitivities to climate change, seeks to encourage reduced greenhouse gas emission by penalizing generation units (mostly coal-fired units) for excessive greenhouse gas emission.

Other than subject to the aforementioned variations, the same capacity pricing mechanism applies to all generation units regardless of fuel types used.

*Vesting Contract System*

In May 2014, the Electric Utility Act was amended to introduce a "vesting contract" system in determining the price and quantity of electricity to be sold and purchased between the purchaser of electricity (namely, us) and the sellers of electricity (namely, our generation subsidiaries and independent power producers). Under the vesting contract system, electricity generators using base load fuels (such as nuclear, coal, hydro and by-product gas) at a particular generation unit were to be required to enter into a contract with the purchaser of electricity (namely, us), which specifies, among other things, the quantity of electricity to be generated and sold at a particular generation unit and the price at which such electricity is sold, subject to certain adjustments.

The vesting contract system was introduced principally to prevent excessive profit-taking by low-cost producers of electricity using base load fuels (such as nuclear, coal, hydro and by-product gas) by replacing the adjusted coefficient as the basis for determining the guaranteed return to generation companies, as well as to enhance the stability of electricity supply by requiring long-term contractual arrangements for the purchase and

42

Table of Contents

sale of electricity and promote cost savings, productivity enhancements and operational efficiency by providing incentives and penalties depending on the degree to which the generation companies could supply electricity at costs below the contracted electricity prices.

In order to minimize undue shock to the electricity trading market in Korea, the vesting contract system was to be implemented in phases starting with by-product gas-based electricity in 2015, which accounted for 1.8% of electricity purchased by us during such year. The rollout of the vesting contract system was further studied by a task force consisting of representatives from the Government, the Korea Power Exchange and generation companies.

Following such study, the Government announced in June 2016 that, due to changes in the electricity business environment (including an increase in generation capacity relative to peak usage, reduced fuel costs following a decline in oil prices and greater environmental concerns related to coal-fired electricity generation), it will indefinitely suspend any further rollout of the vesting contract system beyond by-product gas-based electricity, and revert to the adjusted coefficient-based electricity pricing adjustment mechanism. As of the end of 2020, there are no active contracts remaining under the vesting contract system.

### Power Trading Results

The results of power trading, as effected through the Korea Power Exchange, for our generation subsidiaries and independent power producers in 2020 are as follows:

|  | Items | Volume (Gigawatt hours) | Percentage of Total Volume (%) | Sales to KEPCO[2] (in billions of Won) | Percentage of Total Sales (%) | Unit Price (Won/kWh) |
|---|---|---|---|---|---|---|
| Generation Companies | KHNP | 156,726 | 30.4 | 9,554 | 23.0 | 60.96 |
|  | KOSEP | 48,677 | 9.5 | 4,047 | 9.7 | 83.14 |
|  | KOMIPO | 46,265 | 9.0 | 4,154 | 10.0 | 89.79 |
|  | KOWEPO | 37,684 | 7.3 | 3,502 | 8.4 | 92.94 |
|  | KOSPO | 41,434 | 8.0 | 3,946 | 9.5 | 95.23 |
|  | EWP | 43,027 | 8.4 | 3,982 | 9.6 | 92.56 |
|  | Others[1] | 141,390 | 27.4 | 12,382 | 29.8 | 87.57 |
|  | Total | 515,203 | 100.0 | 41,567 | 100.0 | 80.68 |
| Energy Sources | Nuclear | 152,328 | 29.6 | 9,093 | 21.9 | 59.69 |
|  | Bituminous coal | 185,179 | 35.9 | 15,209 | 36.5 | 82.13 |
|  | Anthracite coal | 1,875 | 0.4 | 153 | 0.4 | 81.48 |
|  | Oil | 2,184 | 0.4 | 422 | 1.0 | 193.12 |
|  | LNG/Combined-cycle | 140,866 | 27.4 | 13,918 | 33.5 | 98.81 |
|  | Renewables | 20,202 | 3.9 | 1,610 | 3.9 | 79.70 |
|  | Hydro | 3,156 | 0.6 | 258 | 0.6 | 81.72 |
|  | Pumped storage | 3,257 | 0.6 | 368 | 0.9 | 113.07 |
|  | Others | 6,156 | 1.2 | 536 | 1.3 | 87.03 |
|  | Total | 515,203 | 100.0 | 41,567 | 100.0 | 80.68 |
| Load | Base load | 339,383 | 65.9 | 24,455 | 58.8 | 72.06 |
|  | Non-base load | 175,820 | 34.1 | 17,112 | 41.2 | 97.33 |
|  | Total | 515,203 | 100.0 | 41,567 | 100.0 | 80.68 |

Notes:

(1)   Others represent independent power producers that trade electricity through the cost-based pool system of power trading (excluding independent power producers that supply electricity under power purchase agreements with us).

(2)   Based on the payment made by us through Korea Power Exchange

Table of Contents

*Power Purchased from Independent Power Producers under Power Purchase Agreements*

In 2020, we purchased an aggregate of 14,718 gigawatt hours of electricity generated by independent power producers under existing power purchase agreements. These independent power producers had an aggregate generation capacity of 11,689 megawatts as of December 31, 2020.

**Power Generation**

As of December 31, 2020, we and our generation subsidiaries had a total of 697 generation units, including nuclear, thermal, hydroelectric and internal combustion units, representing total installed generation capacity of 83,854 megawatts. Our thermal units produce electricity using steam turbine generators fired by coal and oil. Our internal combustion units use oil or diesel-fired gas turbines and our combined-cycle units are primarily LNG-fired. We also purchase power from several generation plants not owned by our generation subsidiaries.

The table below sets forth as of and for the year ended December 31, 2020 the number of units, installed capacity and the average capacity factor for each type of generating facilities owned by our generation subsidiaries.

|  | Number of Units | Installed Capacity(1) (Megawatts) | Average Capacity Factor(2) (Percent) |
|---|---|---|---|
| Nuclear | 24 | 23,250 | 75.3 |
| Thermal: |  |  |  |
|     Coal | 58 | 34,161 | 59.6 |
|     Oil | 3 | 1,200 | 14.3 |
|     LNG | 4 | 1,400 | 4.8 |
|       Total thermal | 65 | 36,761 | 56.0 |
| Internal combustion | 214 | 176 | 26.2 |
| Combined-cycle(3) | 117 | 16,652 | 28.3 |
| Integrated gasification combined cycle(4) | 1 | 346 | 78.2 |
| Hydro | 60 | 5,352 | 9.6 |
| Wind | 14 | 144 | 16.0 |
| Solar | 170 | 215 | 12.5 |
| Fuel cell | 24 | 243 | 71.6 |
| Bio | 6 | 705 | 43.2 |
| Others(5) | 2 | 10 | 80.6 |
| Total | 697 | 83,854 | 53.5 |

*Notes:*

(1) Installed capacity represents the level of output that may be sustained continuously without significant risk of damage to plant and equipment.

(2) Average capacity factor represents the total number of kilowatt hours of electricity generated in the indicated period divided by the total number of kilowatt hours that would have been generated if the generation units were continuously operated at installed capacity, expressed as a percentage.

(3) Involves generation through gas and oil.

(4) Involves generation through coal and gasified coal.

(5) Includes waste-to-energy.

The expected useful life of a unit, assuming no substantial renovation, is approximately as follows: nuclear, over 40 years; thermal, over 30 years; internal combustion, over 25 years; and hydroelectric, over 55 years. Substantial renovation can extend the useful life of thermal units by up to 20 years.

Table of Contents

We seek to achieve efficient use of fuels and diversification of generation capacity by fuel type. In the past, we relied principally upon oil-fired thermal generation units for electricity generation. Since the oil shock in 1974, however, Korea's power development plans have emphasized the construction of nuclear generation units. While nuclear units are more expensive to construct than thermal generation units of comparable capacity, nuclear fuel is less expensive than fossil fuels in terms of electricity output per unit cost. However, efficient operation of nuclear units requires that such plants be run continuously at relatively constant energy output levels. As it is impractical to store large quantities of electrical energy, we seek to maintain nuclear power production capacity at approximately the level at which demand for electricity is continuously stable. During those times when actual demand exceeds the usual level of electricity supply from nuclear power, we rely on units fired by fossil fuels and hydroelectric units, which can be started and shut down more quickly and efficiently than nuclear units, to meet the excess demand.

Bituminous coal has been the least expensive thermal fuel per kilowatt-hour of electricity produced, and therefore our use of bituminous coal for generation needs takes the largest portion in excess of the stable demand level, except for meeting short-term surges in demand which require rapid start-up and shutdown. Thermal units fired by LNG, hydroelectric units and internal combustion units are the most efficient types of units for rapid start-ups and shutdowns, and therefore we use such units principally to meet short-term surges in demand. Anthracite coal is a less efficient fuel source than bituminous coal in terms of electricity output per unit cost.

Our generation subsidiaries have constructed and operated thermal and internal combustion units in order to help meet power demand. Subject to market conditions, our generation subsidiaries plan to continue to add additional thermal and internal combustion units. These units generally take less time to complete construction than nuclear units.

The high average age of our oil-fired thermal units is attributable to our reliance on oil-fired thermal units as the primary means of electricity generation until mid-1970. Since then, we have diversified our fuel sources and constructed relatively few oil-fired thermal units compared to units of other fuel types.

45

**Table of Contents**

The table below sets forth, for the periods indicated, the amount of electricity generated by facilities linked to our grid system and the amount of power used or lost in connection with transmission and distribution.

| | 2016 | 2017 | 2018 | 2019 | 2020 | % of 2020 Gross Generation(1) |
|---|---|---|---|---|---|---|
| | | | *(in gigawatt hours, except percentages)* | | | |
| Electricity generated by us and our generation subsidiaries: | | | | | | |
| Nuclear | 161,995 | 148,426 | 133,505 | 145,910 | 160,184 | 29.0 |
| Coal | 207,912 | 227,186 | 222,818 | 211,785 | 178,808 | 32.4 |
| Oil | 13,055 | 5,242 | 5,845 | 1,842 | 1,504 | 0.3 |
| LNG | 369 | 220 | — | — | 587 | 0.1 |
| Internal combustion | 573 | 496 | 528 | 579 | 405 | 0.1 |
| Combined-cycle | 46,477 | 36,957 | 46,780 | 39,049 | 41,353 | 7.5 |
| Hydro | 4,835 | 5,263 | 5,187 | 4,477 | 4,502 | 0.8 |
| Wind | 186 | 209 | 195 | 192 | 202 | 0.0 |
| Solar, fuel cells and others | 908 | 2,485 | 3,469 | 5,236 | 6,885 | 1.2 |
| **Total generation by us and our generation subsidiaries** | 436,310 | 426,484 | 418,327 | 409,070 | 394,430 | 71.4 |
| Electricity generated by IPPs: | | | | | | |
| Thermal | 83,789 | 103,745 | 125,830 | 124,128 | 123,919 | 22.4 |
| Hydro, other renewable and others | 20,342 | 23,238 | 26,490 | 29,842 | 33,760 | 6.2 |
| **Total generation by IPPs** | 104,131 | 126,983 | 152,320 | 153,970 | 157,679 | 28.6 |
| Gross generation | 540,441 | 553,467 | 570,647 | 563,040 | 552,108 | 100.0 |
| Auxiliary use(2) | 21,605 | 22,279 | 22,309 | 21,587 | 21,297 | 3.9 |
| Pumped-storage(3) | 4,716 | 5,477 | 5,106 | 4,588 | 3,271 | 0.6 |
| Total net generation(4) | 514,120 | 525,711 | 543,232 | 536,865 | 527,540 | 95.5 |
| Transmission and distribution losses(5) | 18,475 | 18,790 | 19,359 | 19,000 | 18,610 | 3.54 |

*IPPs = Independent power producers*

*Notes:*

(1)  Unless otherwise indicated, percentages are based on gross generation.
(2)  Auxiliary use represents electricity consumed by generation units in the course of generation.
(3)  Pumped storage represents electricity consumed during low demand periods in order to store water which is utilized to generate hydroelectric power during peak demand periods.
(4)  Total net generation represents gross generation minus auxiliary and pumped-storage use.
(5)  Transmission and distribution losses represents total transmission and distribution losses divided by total net generation.

The table below sets forth our total capacity at the time of peak usage, and peak and average loads during, the indicated periods.

| | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| | | | *(Megawatts)* | | |
| Total capacity | 100,180 | 116,657 | 117,205 | 121,147 | 127,819 |
| Peak load | 85,183 | 85,133 | 92,478 | 90,314 | 89,091 |
| Average load | 61,694 | 63,188 | 65,142 | 64,274 | 62,860 |

46

Table of Contents

### Korea Hydro & Nuclear Power Co., Ltd

We commenced nuclear power generation activities in 1978 when our first nuclear generation unit, Kori #1, began commercial operation. On April 2, 2001, all of our nuclear and hydroelectric power generation assets and liabilities were transferred to KHNP.

KHNP owns and operates 24 nuclear generation units at five power plant complexes in Korea, located in Kori (Busan), Saeul (Ulsan), Wolsong (Gyeongju), Hanbit (Yonggwang) and Hanul (Ulchin), 53 hydroelectric generation units including 16 pumped storage hydro generation units as well as 28 solar generation units and one wind generation unit as of December 31, 2020.

The table below sets forth the number of units and installed capacity as of December 31, 2020 and the average capacity factor by types of generation units in 2020.

|  | Number of Units | Installed Capacity(1) (Megawatts) | Average Capacity Factor(2) (Percent) |
|---|---|---|---|
| Nuclear | 24 | 23,250 | 75.3 |
| Hydroelectric | 53 | 5,307.475 | 9.4 |
| Solar | 28 | 42.84 | 14.77 |
| Wind | 1 | 0.75 | 2.21 |
| Total | 106 | 28,601.065 | |

*Notes:*

(1)   Installed capacity represents the level of output that may be sustained continuously without significant risk of damage to plant and equipment.

(2)   Average capacity factor represents the total number of kilowatt hours of electricity generated in the indicated period divided by the total number of kilowatt hours that would have been generated if the generation units were continuously operated at installed capacity, expressed as a percentage.

KHNP commenced commercial operation of Shin-Kori #3, with a 1,400 megawatt capacity, in December 2016, and Shin-Kori #4 began commercial operations on August 2019. KHNP is currently building four additional nuclear generation units, two at the Shin-Kori and two at Shin-Hanul sites, each with a 1,400 megawatt capacity. KHNP expects to complete these units between 2021 and 2025. In June 2018, the board of directors of KHNP decided to retire Wolsong #1 unit earlier than planned due to comprehensive evaluation of the economic viability and regional sentiment of its continuing operation. The initial phase of the decommissioning of Kori #1, which primarily involves safety inspections and the removal of spent fuels, has begun after its permanent shutdown in June 2017.

47

Table of Contents

*Nuclear*

The table below sets forth certain information with respect to the nuclear generation units of KHNP as of December 31, 2020.

| Unit(5) | Reactor Type(1) | Reactor Design(2) | Turbine and Generation(3) | Commencement of Operations | Installed Capacity (Megawatts) | Average Capacity Factor(4) (%) |
|---|---|---|---|---|---|---|
| Kori-2 | PWR | W | GEC | 1983 | 650 | 36.7 |
| Kori-3 | PWR | W | GEC, Hitachi | 1985 | 950 | 78.9 |
| Kori-4 | PWR | W | GEC, Hitachi | 1986 | 950 | 81.7 |
| Shin-Kori-1 | PWR | D, KEPCO E&C, W | D, GE | 2011 | 1,000 | 90.6 |
| Shin-Kori-2 | PWR | D, KEPCO E&C, W | D, GE | 2012 | 1,000 | 92.4 |
| Shin-Kori-3 | PWR | D, KEPCO E&C, W | D, GE | 2016 | 1,400 | 68.7 |
| Shin-Kori-4 | PWR | D, KEPCO E&C, W | D, GE | 2019 | 1,400 | 78.5 |
| Wolsong-2 | PHWR | AECL, H, K | H, GE | 1997 | 700 | 74.9 |
| Wolsong-3 | PHWR | AECL, H | H, GE | 1998 | 700 | 63.7 |
| Wolsong-4 | PHWR | AECL, H | H, GE | 1999 | 700 | 78.8 |
| Shin-Wolsong-1 | PWR | D, KEPCO E&C, W | D, GE | 2012 | 1,000 | 100.0 |
| Shin-Wolsong-2 | PWR | D, KEPCO E&C, W | D, GE | 2015 | 1,000 | 99.9 |
| Hanbit-1 | PWR | W | W, D | 1986 | 950 | 99.5 |
| Hanbit-2 | PWR | W | W, D | 1987 | 950 | 76.3 |
| Hanbit-3 | PWR | H, CE, K | H, GE | 1995 | 1,000 | 9.1 |
| Hanbit-4 | PWR | H, CE, K | H, GE | 1996 | 1,000 | 0.0 |
| Hanbit-5 | PWR | D, CE, W, KEPCO E&C | D, GE | 2002 | 1,000 | 31.0 |
| Hanbit-6 | PWR | D, CE, W, KEPCO E&C | D, GE | 2002 | 1,000 | 100.3 |
| Hanul-1 | PWR | F | A | 1988 | 950 | 78.9 |
| Hanul-2 | PWR | F | A | 1989 | 950 | 88.9 |
| Hanul-3 | PWR | H, CE, K | H, GE | 1998 | 1,000 | 100.3 |
| Hanul-4 | PWR | H, CE, K | H, GE | 1999 | 1,000 | 85.6 |
| Hanul-5 | PWR | D, KEPCO E&C, W | D, GE | 2004 | 1,000 | 100.3 |
| Hanul-6 | PWR | D, KEPCO E&C, W | D, GE | 2005 | 1,000 | 75.1 |
| Total nuclear | | | | | 23,250 | 75.3 |

*Notes:*

(1) "PWR" means pressurized light water reactor; "PHWR" means pressurized heavy water reactor.

(2) "W" means Westinghouse Electric Corporation (U.S.A.); "AECL" means Atomic Energy of Canada Limited (Canada); "F" means Framatome (France); "H" means Hanjung; "CE" means Combustion Engineering (U.S.A.); "D" means Doosan Heavy Industries & Construction Co., Ltd.; "K" means Korea Atomic Energy Research Institute; "KEPCO E&C" means KEPCO Engineering & Construction.

(3) "GEC" means General Electric Company (U.K.); "W" means Westinghouse Electric Corporation (U.S.A.); "A" means Alstom (France); "H" means Hanjung; "GE" means General Electric (U.S.A.); "D" means Doosan Heavy Industries & Construction Co., Ltd.; "Hitachi" means Hitachi Ltd. (Japan).

(4) The average fuel cost per kilowatt in 2020 for the entire generation units, including nuclear fuel cost, power purchase cost and material cost, was Won 7.69 per kilowatt.

(5) Kori-1 was permanently shut down on June 18, 2017. Shin-Kori-4 commenced operations on August 29, 2019. On December 24, 2019, the NSSC approved the permanent shutdown of Wolsong #1.

Under extended-cycle operations, nuclear units can be run continuously for periods longer than the conventional twelve-month period between scheduled shutdowns for refueling and maintenance. Since 1987, we have adopted the mode of extended-cycle operations for all of our pressurized light water reactor units and plan to use it for our newly constructed units. The duration of shutdown for fuel replacement, maintenance and the

48

**Table of Contents**

evaluation period for approval to start after maintenance was 2,062.4 days in the aggregate in 2020. In addition, KHNP's nuclear units experienced an average of 0.13 unplanned shutdowns per unit in 2020. In the ordinary course of operations, KHNP's nuclear units routinely experience damage and wear and tear, which are repaired during routine shutdown periods or during unplanned temporary suspensions of operations. No significant damage has occurred in any of KHNP's nuclear reactors, and no significant nuclear exposure or release incidents have occurred at any of KHNP's nuclear facilities since the first nuclear plant commenced operation in 1978.

*Hydroelectric*

The table below sets forth certain information relating to KHNP's pumped-storage and hydroelectric business units, including the installed capacity as of December 31, 2020 and the average capacity factor in 2020.

| Location of Unit | Number of Units | Classification | Year Built | Installed Capacity (Megawatts) | Average Capacity Factor (%) |
|---|---|---|---|---|---|
| Hwacheon | 4 | Dam waterway | 1944 | 108.0 | 21.2 |
| Chuncheon | 2 | Dam | 1965 | 62.28 | 20.6 |
| Euiam | 2 | Dam | 1967 | 48.0 | 27.0 |
| Cheongpyung | 4 | Dam | 1943 | 140.1 | 19.7 |
| Paldang | 4 | Dam | 1973 | 120.0 | 30.8 |
| Chilbo (Seomjingang) | 3 | Basin deviation | 1945 | 35.4 | 26.0 |
| Boseonggang | 2 | Basin deviation | 1937 | 4.5 | 49.5 |
| Kwoesan | 2 | Dam | 1957 | 2.8 | 33.6 |
| Anheung(GangLim) | 3 | Dam waterway | 1978 | 0.4 | 22.7 |
| Kangreung | 2 | Basin deviation | 1991 | 82.0 | 0.0 |
| Topyeong | 1 | Dam | 2011 | 0.045 | 9.9 |
| Muju | 1 | Dam | 2003 | 0.4 | 22.0 |
| Sancheong | 2 | Dam | 2001 | 0.995 | 35.8 |
| Yangyang | 2 | Dam | 2005 | 1.4 | 24.3 |
| Yangyang | 1 | Dam | 2020 | 0.15 | 4.1 |
| Yecheon | 1 | Dam | 2011 | 0.9 | 21.0 |
| Yecheon (Mini) | 1 | Dam | 2018 | 0.025 | 71.5 |
| Cheongpeoung | 2 | Pumped Storage | 1980 | 400.0 | 8.4 |
| Samrangjin | 2 | Pumped Storage | 1985 | 600.0 | 1.1 |
| Muju | 2 | Pumped Storage | 1995 | 600.0 | 11.5 |
| Sancheong | 2 | Pumped Storage | 2001 | 700.0 | 12.0 |
| Yangyang | 4 | Pumped Storage | 2006 | 1,000.0 | 10.3 |
| Cheongsong | 2 | Pumped Storage | 2006 | 600.0 | 6.5 |
| Yecheon | 2 | Pumped Storage | 2011 | 800.0 | 4.7 |
| Total | 53 | | | 5,307.475 | 9.4 |

49

**Table of Contents**

*Solar/Wind*

The table below sets forth certain information, including the installed capacity as of December 31, 2020 and the average capacity factor in 2020, of the solar and wind power units of KHNP.

| Location of Unit | Classification | Year Built | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) |
|---|---|---|---|---|
| Yonggwang | Solar | 2008 | 20.07 | 15.15 |
| Yecheon | Solar | 2012 | 2.01 | 14.99 |
| Kori | Wind | 2008 | 0.75 | 2.21 |
| Kori | Solar | 2017 | 5.15 | 16.58 |
| Gapyeong | Solar | 2017 | 0.07 | 15.13 |
| Hydro Technical Training Center | Solar | 2017 | 0.09 | 14.57 |
| Cheongpyung | Solar | 2018 | 0.09 | 14.52 |
| Cheongsong | Solar | 2018 | 0.05 | 12.86 |
| Kwoesan | Solar | 2018 | 0.25 | 15.27 |
| Boseonggang | Solar | 2018 | 1.99 | 13.90 |
| Samrangjin | Solar | 2019 | 2.77 | 15.30 |
| Yeoncheon | Solar | 2020 | 0.99 | 14.42 |
| Jeju | Solar | 2020 | 4.91 | 13.19 |
| Gyeongju | Solar | 2020 | 4.40 | 14.84 |
| Total | | | 43.59 | |

Korea Water Resources Corporation, which is a Government-owned entity, assumes full control of multi-purpose dams, while KHNP maintains the dams used for power generation. Existing hydroelectric power units have exploited most of the water resources in Korea available for commercially viable hydroelectric power generation. Consequently, we expect that no new major hydroelectric power plants will be built in the foreseeable future. Due to the ease of its start-up and shut-down mechanism, hydroelectric power generation is reserved for peak demand periods.

***Korea South-East Power Co., Ltd.***

The table below sets forth, by fuel type, the weighted average age and installed capacity as of December 31, 2020 and the average capacity factor and average fuel cost per kilowatt in 2020 based upon the net amount of electricity generated, of KOSEP.

| | Weighted Average Age of Units (Years) | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) | Average Fuel Cost per kWh (Won) |
|---|---|---|---|---|
| Bituminous: | | | | |
| Samcheonpo #1, 2, 3, 4, 5, 6 | 29.2 | 3,240 | 43.2 | 89.9 |
| Yeongheung #1, 2, 3, 4, 5, 6 | 11.7 | 5,080 | 71.8 | 78.2 |
| Yeosu # 2 | 6.8 | 669 | 62.2 | 123.9 |
| Combined cycle and internal Combustion: | | | | |
| Bundang gas turbine #1,2,3,4,5,6,7,8; steam turbine #1, 2 | 27.0 | 922 | 27.0 | 153.2 |
| Hydro, Solar and other renewable energy | — | 489 | 51.0 | 240.4 |
| Total | 22.4 | 10,400 | 56.80 | 95.2 |

50

**Table of Contents**

*Korea Midland Power Co., Ltd.*

The table below sets forth, by fuel type, the weighted average age and installed capacity as of December 31, 2020 and the average capacity factor and average fuel cost per kilowatt in 2020 based upon the net amount of electricity generated, of KOMIPO.

| | Weighted Average Age of Units (Years) | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) | Average Fuel Cost per kWh (Won) |
|---|---|---|---|---|
| Bituminous: | | | | |
| Boryeong #1, 2, 3, 4, 5, 6, 7, 8 | 25.91 | 4,050 | 62.04 | 52.84 |
| Shin Boryeong #1, 2 | 3.46 | 2,038 | 74.13 | 44.44 |
| Oil-fired: | | | | |
| Jeju #2, 3 | 20.46 | 150 | 45.54 | 200.66 |
| Combined-cycle and internal combustion: | | | | |
| Boryeong gas turbine #1, 2, 3, 4, 5, 6; steam turbine #1, 2, 3, | 21.82 | 1,350 | 4.79 | 99.74 |
| Incheon gas turbine #1, 2, 3, 4, 5, 6; steam turbine #1, 2, 3 | 11.88 | 1,462.45 | 22.61 | 88.65 |
| Seoul gas turbine #1, 2; steam turbine #1, 2 | 1.38 | 738.35 | 69.49 | 75.29 |
| Jeju gas turbine #1, 2; steam turbine #1, 2 | 2.51 | 228.73 | 46.93 | 87.78 |
| Sejong gas turbine #1, 2; steam turbine #1 | 7.17 | 530.44 | 73.25 | 71.93 |
| Jeju Internal Combustion | | | | |
| Engine #1,2 | 13.58 | 80 | 17.83 | 153.83 |
| Wind: | | | | |
| Yangyang #1, 2 | 14.58 | 3 | 15.80 | 6.35 |
| Sejong Maebongsan Wind | 14.47 | 8.80 | 0.99 | 0.01 |
| Jeju Sangmyung Wind | 4.5 | 21 | 19.55 | 2.20 |
| Combined heat and power: | | | | |
| Wonju #1 | 5.67 | 10 | 80.65 | 88.87 |
| Hydroelectric: | | | | |
| Boryeong | 11.86 | 7.50 | 20.67 | 0.34 |
| Shin Boryeong | 4.25 | 5 | 33.65 | 0.01 |
| Photovoltaic ("PV") power and fuel cell generation: | | | | |
| Boryeong (PV) site | 3.76 | 3.11 | 14.71 | 3.83 |
| Shin Boryeong (PV) site | 4.58 | 2.90 | 13.71 | 0.01 |
| Seocheon (PV) site | 13.00 | 1.23 | 13.31 | — |
| Jeju (PV) site | 7.94 | 2.34 | 10.62 | 0.31 |
| Seoul (PV) site | 9.42 | 1.30 | 14.00 | 2.90 |
| Sejong (PV) site | 3.08 | 0.33 | 14.81 | 0.001 |
| Yeosu (PV) site | 8.83 | 2.22 | 14.79 | — |
| Incheon (PV) site | 3.18 | 1.58 | 3.49 | 0.001 |
| Shin Boryeong (fuel cell) site | 3.17 | 7.48 | 81.13 | 110.40 |
| Incheon (fuel cell) site | 0.92 | 15.84 | 86.66 | 99.52 |
| Seoul (fuel cell) site | 0.25 | 6 | 25.15 | 45.41 |
| Sejong (fuel cell) site | 0.92 | 5.28 | 85.37 | 84.62 |
| Total | 15.62 | 10,732.88 | 51.75 | 59.38 |

**Table of Contents**

*Korea Western Power Co., Ltd.*

The table below sets forth, by fuel type, the weighted average age and installed capacity as of December 31, 2020 and the average capacity factor and average fuel cost per kilowatt in 2020 based upon the net amount of electricity generated, of KOWEPO.

| | Weighted Average Age of Units (Years) | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) | Average Fuel Cost per kWh (Won) |
|---|---|---|---|---|
| Bituminous: | | | | |
| Taean #1, 2, 3, 4, 5, 6, 7, 8, 9, 10 | 14.7 | 6,100 | 55.3 | 51.07 |
| LNG-fired: | | | | |
| Pyeongtaek #1, 2, 3, 4[(1)] | 39.1 | 1,400 | 4.8 | 121.47 |
| Combined cycle: | | | | |
| Pyeongtaek #2 | 6.2 | 868.5 | 39.6 | 83.77 |
| Gunsan | 10.6 | 718.4 | 23 | 97.03 |
| West Incheon | 28.1 | 1,800 | 15.4 | 82.63 |
| Hydroelectric: | | | | |
| Taean | 13.3 | 2.2 | 16.5 | — |
| Solar: | | | | |
| Taean | 3.4 | 17.3 | 13.4 | — |
| Pyeongtaek | 3.5 | 3.9 | 13.1 | — |
| West Incheon | 3.5 | 1.2 | 13.6 | — |
| Gunsan | 5.2 | 1.0 | 12.3 | — |
| Samryangjin | 13.1 | 3.0 | 14.2 | — |
| Sejong City | 8.5 | 5.0 | 13.3 | — |
| Gyeonggi-do | 7.7 | 2.5 | 13.7 | — |
| Yeongam | 7.8 | 13.3 | 15.1 | — |
| Goheung | 1.7 | 1.0 | 10.6 | — |
| Fuel Cell: | | | | |
| West Incheon 1 | 5.7 | 16.6 | 47.3 | 113.4 |
| West Incheon 2 | 1.4 | 44.0 | 81.7 | 94.7 |
| Cheonan Cheongsu | 1.0 | 5.3 | 89.5 | 106.3 |
| Wind Power: | | | | |
| Hwasun | 5.0 | 16 | 19.2 | — |
| Integrated gasification combined cycle: | | | | |
| Taean | 4.4 | 346.3 | 78.2 | 39.08 |
| Total | 18.5 | 11,365.5 | 40 | 58.17 |

*Notes:*

(1)   Pyeongtaek #1, 2, 3 and 4 were converted into LNG-fired power plant in February 2020.

Table of Contents

*Korea Southern Power Co., Ltd.*

The table below sets forth, by fuel type, the weighted average age and installed capacity as of December 31, 2020 and the average capacity factor and average fuel cost per kilowatt in 2020 based upon the net amount of electricity generated, of KOSPO.

| | Weighted Average Age of Units (Years) | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) | Average Fuel Cost per kWh (Won) |
|---|---|---|---|---|
| Bituminous: | | | | |
| Hadong #1, 2, 3, 4, 5, 6, 7, 8 | 19.3 | 4,000 | 58.4 | 50.2 |
| Samcheok #1 | 3.8 | 2,044 | 50.0 | 57.1 |
| Oil-fired: | | | | |
| Nam Jeju #3, 4 | 14.0 | 200 | 43.5 | 208.5 |
| Combined cycle: | | | | |
| Shin Incheon #1, 2, 3, 4 | 24.2 | 1,800 | 19.4 | 83.3 |
| Busan #1, 2, 3, 4 | 17.2 | 1,800 | 40.3 | 76.5 |
| Yeongwol #1 | 10.2 | 848 | 6.8 | 86.6 |
| Hallim | 24.5 | 105 | 53.9 | 110.2 |
| Andong #1 | 6.8 | 362 | 64.9 | 72.8 |
| Nam Jeju #1 | 0.1 | 146 | 13.2 | 213.1 |
| Wind power: | | | | |
| Hankyung | 14.2 | 21 | 20.2 | 1.3 |
| Seongsan | 11.2 | 20 | 23.4 | 0.9 |
| Solar | 3.8 | 27 | 14.2 | 0.1 |
| Small Hydropower | 3.4 | 3 | 28.5 | — |
| Fuel Cell | 2.1 | 59 | 95.5 | 98.1 |
| Total | 12.5 | 11,435 | 43.7 | 63.3 |

53

Table of Contents

### Korea East-West Power Co., Ltd.

The table below sets forth, by fuel type, the weighted average age and installed capacity as of December 31, 2020 and the average capacity factor and average fuel cost per kilowatt in 2020 based upon the net amount of electricity generated, of EWP.

|  | Weighted Average Age of Units (Years) | Installed Capacity (Megawatts) | Average Capacity Factor (Percent) | Average Fuel Cost per kWh (Won) |
|---|---|---|---|---|
| Bituminous: |  |  |  |  |
| Dangjin #1, 2, 3, 4, 5, 6, 7, 8, 9, 10 | 13.0 | 6,040 | 58.5 | 50.8 |
| Honam #1, 2 | 47.7 | 500 | 74.2 | 66.4 |
| Anthracite: |  |  |  |  |
| Donghae #1, 2 | 21.8 | 400 | 59.6 | 79.7 |
| Oil-fired: |  |  |  |  |
| Ulsan #4, 5, 6 | 40.4 | 1,200 | 14.3 | 167.13 |
| Combined cycle: |  |  |  |  |
| Ulsan gas turbine #1, 2, 3, 4, 5, 6, 7, 8; steam turbine #1, 2, 3, 4 | 17.0 | 2,072 | 34.0 | 79.5 |
| Ilsan gas turbine #1, 2, 3, 4, 5, 6; steam turbine #1, 2 | 26.8 | 900 | 14.5 | 112.6 |
| Mini hydro, Photovoltaic, Fuel Cell, Wind-Power, Biomass: | — | 126 | 40.1 | 66.1 |
| Total | 19.7 | 11,238 | 46.3 | 62.6 |

### Power Plant Remodeling and Recommissioning

Our generation subsidiaries supplement power generation capacity through remodeling or recommissioning of thermal units. Recommissioning includes installation of anti-pollution devices, modification of control systems and overall rehabilitation of existing equipment. The following table shows recent remodeling and recommissioning initiatives by our generation subsidiaries.

| Power Plant | Capacity | Completed (Year) | Extension | Company |
|---|---|---|---|---|
| Taean #1 - 10 | 6,100 MW (500 MW×8, 1,050 MW×2) | EP [1] upgrade (#5, 2009)<br>EP upgrade (#6, 2010)<br>EP upgrade (#2, 2016)<br>EP upgrade (#1, 2017)<br>EP upgrade (#3, 4, 2018)<br>SCR [2] upgrade (#2, 4, 7, 2016)<br>SCR upgrade (#1, 8, 2017)<br>SCR upgrade (#3, 5, 6, 2018)<br>FGD [5] upgrade (#1, 2017)<br>FGD upgrade (#2, 3, 4, 2018) | Anti-pollution | KOWEPO |
| Pyeongtaek #1 - 4 | 1,400 MW (350 MW×4) | Steam turbine upgrade (#2, 3, 2014) | 10-year performance-improvement | KOWEPO |
| Boryeong #3 - 6 | 2,000 MW (500 MW×8) | Retrofit (#3, 2019)<br>Retrofit (#5, 6, 2021)<br>Retrofit (#4, 2023)<br>FGD, EP, SCR upgrade (#3, 2019)<br>FGD, EP, SCR upgrade (#5, 6, 2021)<br>FGD, EP, SCR upgrade (#4, 2023) | Lifetime extension & Performance-improvement<br>Performance-improvement | KOMIPO |
| Boryeong #7, 8 | 1,000 MW (500 MW×2) | FGD, EP upgrade (#7, 2025)<br>FGD, EP upgrade (#8, 2026) | Performance-improvement | KOMIPO |

54

**Table of Contents**

| Power Plant | Capacity | Completed (Year) | Extension | Company |
|---|---|---|---|---|
| Yeosu #1, 2 | 668.6MW (#1:340, #2:328.6MW) | Boiler Type Change (CFBC [3]:#1:2016, #2:2011) | 30 years | KOSEP |
| Samcheonpo #1, 2 | 1,120 MW (560 MW ×2) | Boiler, EP, Draft System Upgrade (#1, 2: 2012) | 10 years Refurbishing-modernization | KOSEP |
| Samcheonpo #5, 6 | 1,000 MW (500 MW ×2) | EP upgrade(2016 ~ 2017), FGD, SCR, WESP installation (2019 ~ 2020) | Anti-pollution | KOSEP |
| Yeongdong #2 | 200 MW (200 MW ×1) | Boiler, Hybrid SCR & EP, Draft System Retrofit (Biomass #1: 2020) | Renewable energy | KOSEP |
| Dangjin #1 - 4 | 2,000MW (500MW×4) | FGD, EP, SCR upgrade (2022) | Performance-improvement | EWP |
| Dangjin #5 - 8 | 2,000MW (500MW×4) | FGD, EP, SCR upgrade (2024) | Performance-improvement | EWP |
| Dangjin #9 - 10 | 2,040MW (1,020MW×2) | FGD, EP, SCR upgrade (2026) | Performance-improvement | EWP |
| Donghae #1, 2 | 400 MW (200 MW×2) | FGD (2022) | Anti-pollution & modification of control systems | EWP |
| Hadong #1 - 8 | 4,000 MW (500 MW×8) | SCR Upgrade (#5. 2016) SCR Upgrade (#2,3,5. 2017) SCR Upgrade (#1,4,6,7. 2018) SCR Upgrade (#8. 2019) FGD Upgrade (#6, 2018) FGD Upgrade (#2, 3, 2019) FGD Upgrade (#4 2020) FGD Upgrade (#5 2021) | Anti-pollution | KOSPO |

*Notes:*

(1)   "EP" means an electrostatic precipitation system.
(2)   "SCR" means a selective catalytic reduction system.
(3)   "CFBC" means a circulating fluidized bed combustion system.
(4)   "Biomass" means wood pallet powered plant.
(5)   "FGD" means flue-gas desulfurization designed to remove sulfur oxides.


**Transmission and Distribution**

We currently transmit and distribute substantially all of the electricity in Korea.

As of December 31, 2020, our transmission system consisted of 34,664 circuit kilometers of lines of 765 kilovolts and others including high-voltage direct current lines, and we had 877 substations with aggregate installed transformer capacity of 336,926 megavolt-amperes.

As of December 31, 2020, our distribution system consisted of 129,789 megavolt-amperes of transformer capacity and 9,787,967 units of support with a total line length of 514,779 circuit kilometers.

We make substantial investments in our transmission and distribution systems to minimize power interruptions and improve efficiency. Our current projects principally focus on increasing capabilities of the existing power networks and reducing our transmission and distribution loss, which was 3.54% of our gross generation in 2020. To cope with increasing damages to large-scale transmission and distribution facilities, we

Table of Contents

plan to reinforce stability of our transmission and distribution facilities through stricter design and material specifications. In addition, we also plan to expand underground transmission and distribution facilities to meet customer demand for more environment-friendly facilities. In order to reduce the interruption time in power distribution, which is an indicator of the quality of electricity transmission, we are also continuing to invest in automation of electricity transmission and development of new transmission technologies, among others.

Some of the facilities we own and use in our distribution system use rights of way and other concessions granted by municipal and local authorities in areas where our facilities are located. These concessions are generally renewed upon expiration.

**New Energy Industry Projects**

Certain of our new energy industry projects are described below.

*Advanced Metering Infrastructure*

In July 2012, the Government implemented a master plan to build out a smart grid, which includes the Advanced Metering Infrastructure ("AMI") roadmap, and revised the plan to focus on building electricity market ecosystem in August 2018. In accordance with such plan, we are in the process of installing "smart meters" and related communication networks and operating systems as part of the "smart grid" initiative in an effort to enhance efficiency in the power electricity industry and alleviate growing energy shortage concerns. Our goal is to complete such installation for all of the households in Korea. Smart meters refer to digital meters that record, on a real-time basis, electricity consumption within a household so that consumers will have a price-based incentive to enhance efficiency in their electricity usage. As of December 31, 2020, we have installed 10 million smart meter units, and plan to install additional 12 million units by 2024. The AMI project is expected to cost approximately Won 1.6 trillion in total.

*Smart Grids*

Smart grids refer to next-generation networks for electricity distribution that integrate information technology into existing power grids with the aim of enabling two-way real time exchange of information between electricity suppliers and consumers for optimal efficiency in electricity use. As part of our overall business strategy, we are currently developing and implementing smart grids based on advanced information technology, in order to promote more efficient allocation and use of electricity by consumers. We expect that such technology will improve efficiency and reduce electricity loss over the course of electricity transmission and distribution. We also expect that the smart grid initiative will significantly increase efficient energy consumption by providing real-time data to customers, which would in turn help to reduce greenhouse gas emission and decrease Korea's reliance on foreign energy sources.

Leveraging our experience gained through high-tech intelligent power transmission and distribution network, or "smart grid" test beds in Jeju Province from 2009 to 2013, we plan to expand our smart grid project. We successfully implemented the KEPCO-Building Energy Management System(K-BEMS) at our Guri-Namyangju branch and the Smart Grid Deployment Project in 2014. In recognition of our achievement, we were awarded a special prize from the International Smart Grid Action Network in 2018. By the end of 2020, we implemented smart grid technology in 120 of our branches and 151 public sites (15 buildings, 8 campuses, 93 factories and 35 dispersed generation). Based on this experience, we plan to expand implementation of smart grid technology to residential and industrial buildings.

*Energy Storage Systems*

In October 2013, as part of an endeavor to create new markets for energy demand management applications using information and communication technology, we established a business plan to roll out energy storage

56

**Table of Contents**

systems for frequency regulation nationwide. These systems involve the establishment and operation of batteries and transformers with large-sized charge and discharge capabilities adjacent to substations to transmit electricity stably with regulated frequencies and optimize the efficiency of the substation operation. This system allows full conversion of reserve capacity for frequency regulation at existing low-cost generators into electricity storage and, if operated in sizable scale, offers opportunities for substantial cost savings in purchase of electricity.

In December 2014, we conducted a pilot project for this initiative by installing a 52 megawatts energy storage system at the Seo-Anseong substation and the Shin-Yongin substation. In July 2015, these substations began to commercially operate energy storage systems, and we expanded the energy storage capacity nationwide by an additional 184 megawatts in 2016, an additional 140 megawatts in 2017, with a total capacity of 376 megawatts as of December 31, 2020. Among them, we completed construction of the largest indoor energy storage systems for frequency regulation in Gimje substation with a 48 megawatts capacity.

*Electric Vehicle Charging Infrastructure*

In order to promote the use of environment-friendly electric vehicles, we began constructing infrastructures for electric vehicles in 2009. Since 2016, we have installed electric vehicle charging stations throughout public space and residential building complexes. In 2017, we created a platform for businesses in the electric vehicle charging industry by charging for the service and making the infrastructures available to the market. We plan to expand such infrastructures and to install 4,500 high speed electric vehicle charging stations by 2025.

In January 2016, the Ministry of Trade, Industry and Energy announced an initiative to promote the new energy industry by creating the New Energy Industry Fund. For further details, see "—Capital Investment Program."

### Fuel Sources and Requirements

*Nuclear*

Uranium, the principal fuel source for nuclear power, accounted for 31.9%, 35.7% and 40.6% of the fuel requirements for electricity generation by us and our generation subsidiaries in 2018, 2019 and 2020, respectively.

All uranium ore concentrates used by KHNP are imported from, and conversion and enrichment of such concentrates are provided by, sources outside Korea and are paid for with currencies other than Won, primarily U.S. dollars.

In order to ensure a stable supply, KHNP enters into long-term and medium-term contracts with various suppliers and supplements such supplies with purchases in spot markets. In 2020, KHNP purchased approximately 5,700 tons of its uranium concentrate requirement under both long-term and spot supply contracts with suppliers in Canada, France, the United Kingdom, Switzerland, Kazakhstan, Australia, Germany, Hong Kong, Japan and Uzbekistan. Under the long-term supply contracts, the purchase prices of uranium concentrates are adjusted annually based on base prices and spot market prices prevailing at the time of actual delivery. The conversion and enrichment services of uranium concentrates are provided by suppliers in Canada, France, Hong Kong, Japan, China, Russia, the United Kingdom and Switzerland. A Korean supplier typically provides fabrication of fuel assemblies. Except for certain fixed contract prices, contract prices for processing of uranium are adjusted annually in accordance with the general rate of inflation. KHNP intends to obtain its uranium requirements in the future, in part, through purchases under medium- to long-term contracts and, in part, through spot market purchases.

*Coal*

Bituminous coal accounted for 52.6%, 51.1% and 44.8% of the fuel requirements for electricity generation by us and our generation subsidiaries in 2018, 2019 and 2020, respectively, and anthracite coal accounted for 0.6%, 0.6% and 0.5% of our fuel requirements for electricity generation in 2018, 2019 and 2020, respectively.

Table of Contents

In 2020, our generation subsidiaries purchased approximately 68 million tons of bituminous coal, of which approximately 40%, 28%, 14%, 2% and 16% were imported from Australia, Indonesia, Russia, South Africa and others, respectively. Approximately 84% of the bituminous coal requirements of our generation subsidiaries in 2020 were purchased under long-term contracts with the remaining 16% purchased in the spot market. Some of our long-term contracts relate to specific generating plants and extend through the end of the projected useful lives of such plants, subject in some cases to periodic renewal. Pursuant to the terms of our long-term supply contracts, prices are adjusted periodically based on market conditions. The average cost of bituminous coal per ton purchased under such contracts amounted to Won 107,233, Won 101,624 and Won 69,748 in 2018, 2019 and 2020, respectively.

In 2020, our generation subsidiaries purchased approximately 1 million tons of anthracite coal. The prices for anthracite coal under such contracts are set by the Government. The average cost of anthracite coal per ton purchased under such contracts was Won 129,976, Won 136,526 and Won 137,116 in 2018, 2019 and 2020, respectively.

*Oil*

Oil accounted for 1.4%, 0.5% and 0.4% of the fuel requirements for electricity generation by us and our generation subsidiaries in 2018, 2019 and 2020, respectively.

In 2020, our generation subsidiaries purchased approximately 5 million barrels of fuel oil, substantial portion of which was purchased from domestic refiners through competitive open bidding. Purchase prices are based on the spot market price in Singapore. The average cost per barrel was Won 85,116, Won 100,827 and Won 91,566 in 2018, 2019 and 2020, respectively.

*LNG*

LNG accounted for 11.2%, 9.5% and 10.6% of the fuel requirements for electricity generation by us and our generation subsidiaries in 2018, 2019 and 2020, respectively. In 2020, for use in electricity generation we purchased approximately 5 million tons of LNG from Korea Gas Corporation, a Government-controlled entity in which we currently own a 22.02% equity interest (excluding treasury shares). In 2020, we purchased a substantial portion of our LNG requirements for use in power generation from Korea Gas Corporation. Under the terms of the LNG contract with Korea Gas Corporation, all of our five non-nuclear generation subsidiaries jointly and severally agreed to purchase a total of 5.3 million tons of LNG in 2020, subject to an automatic price adjustment annually based on a pre-determined formula if the actual purchased amount exceeds or falls short of the contracted amount. We believe the quantities of LNG provided under such contract will be adequate to meet the needs of our generation subsidiaries for LNG for the next several years. The LNG supply contracts between our generation subsidiaries and Korea Gas Corporation generally have a term of 20 years and provide for minimum purchase requirements for our generation subsidiaries, the specific terms of which are subject to negotiation between Korea Gas Corporation and our generation subsidiaries and approval by the Government. The average cost per ton of LNG was Won 763,460, Won 727,083 and Won 556,564, in 2018, 2019 and 2020, respectively. In January 2020, Korea Gas Corporation announced that it will implement a new individual tariffs formula, whereby the domestic power plants can negotiate lower prices directly with Korea Gas Corporation. The new formula will apply to domestic power plants whose current contracts with Korea Gas Corporation will expire after January 2022 and also to new power plants commencing operations from January 2022.

*Hydroelectric*

Hydroelectric power generation accounted for 1.2%, 1.1% and 1.1%, of the fuel requirements for electricity generation by us and our generation subsidiaries in 2018, 2019 and 2020, respectively. The availability of water for hydroelectric power depends on rainfall and competing uses for available water supplies, including residential, commercial, industrial and agricultural consumption. Pumped storage enables us to increase the available supply of water for use during periods of peak electricity demand.

**Table of Contents**

**Sales and Customers**

Our sales depend principally on the level of demand for electricity in Korea and the rates we charge for the electricity we sell to the end-users.

Demand for electricity in Korea grew at a compounded average rate of 0.6% per annum for the five years ended December 31, 2020. According to the Bank of Korea, the compounded growth rate for GDP was approximately 1.7% for the same period. The GDP growth rate was approximately 2.7%, 2.0% and -1.0% during 2018, 2019 and 2020, respectively.

The table below sets forth, for the periods indicated, the annual rate of growth in Korea's GDP and the annual rate of growth in electricity demand (measured by total annual electricity consumption) on a year-on-year basis.

|  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Growth in GDP | 2.9% | 3.1% | 2.7% | 2.0% | (1.0)% |
| Growth in electricity consumption | 2.8% | 2.2% | 3.6% | (1.1)% | (2.2)% |

Electricity demand in Korea varies within each year for a variety of reasons other than the general growth in GDP demand. Electricity demand tends to be higher during daylight hours due to heightened commercial and industrial activities and electronic appliance use. Due to the use of air conditioning during the summer and heating during the winter, electricity demand is higher during these two seasons than the spring or the fall. Variation in weather conditions may also cause significant variation in electricity demand.

We do not use any marketing channels, including any special sales methods, to sell electricity to our customers, other than to install electricity meters on-site and take monthly readings of such meters, based upon which invoices are sent to our customers.

**Demand by the Type of Usage**

The table below sets forth consumption of electric power, and growth of such consumption on a year-on-year basis, by the type of usage (in gigawatt hours) for the periods indicated.

|  | 2016 (GWh) | YoY growth (%) | 2017 (GWh) | YoY growth (%) | 2018 (GWh) | YoY growth (%) | 2019 (GWh) | YoY growth (%) | 2020 (GWh) | YoY growth (%) | % of Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential | 68,057 | 3.7 | 68,544 | 0.7 | 72,895 | 6.3 | 72,639 | (0.4) | 76,303 | 5.0 | 15.0 |
| Commercial | 108,617 | 4.8 | 111,298 | 2.5 | 116,934 | 5.1 | 116,227 | (0.6) | 113,639 | (2.2) | 22.3 |
| Educational | 8,079 | 5.1 | 8,316 | 2.9 | 8,678 | 4.3 | 8,561 | (1.4) | 7,515 | (12.2) | 1.5 |
| Industrial | 278,828 | 1.9 | 285,969 | 2.6 | 292,999 | 2.5 | 289,240 | (1.3) | 278,660 | (3.7) | 54.7 |
| Agricultural | 16,580 | 5.6 | 17,251 | 4.0 | 18,504 | 7.3 | 18,882 | 2.0 | 19,029 | 0.8 | 3.7 |
| Street lighting | 3,462 | 3.6 | 3,557 | 2.7 | 3,582 | 0.7 | 3,571 | (0.3) | 3,507 | (1.8) | 0.7 |
| Overnight Power | 13,416 | (4.7) | 12,811 | (4.5) | 12,557 | (2.0) | 11,379 | (9.4) | 10,616 | (6.7) | 2.1 |
| Total | 497,039 | 2.8 | 507,746 | 2.2 | 526,149 | 3.6 | 520,499 | (1.1) | 509,270 | (2.2) | 100.0 |

The industrial sector represents the largest segment of electricity consumption in Korea. Demand for electricity from the industrial sector was 278,660 gigawatt hours in 2020, representing a 3.7% decrease from 2019, largely due to a decrease in the industrial electricity usage from a recession in the manufacturing industry in light of the COVID-19 pandemic, even though the manufacturing industry has traditionally been a major consumer of electricity. Demand for electricity from the commercial sector depends largely on the level and scope of commercial activities in Korea. Demand for electricity from the commercial sector decreased to 113,639 gigawatt hours in 2020, representing a 2.2% decrease from 2019, largely due to a decrease in the commercial

59

Table of Contents

electricity usage from a slowdown in the service industry as a consequence of the social distancing in response to the COVID-19 pandemic and less air conditioning used in the stores as a result of a more temperate weather conditions. Demand for electricity from the residential sector is largely dependent on population growth and use of heaters, air conditioners and other electronic appliances. Demand for electricity from the residential sector increased to 76,303 gigawatt hours in 2020, representing a 5.0% increase compared to 2019, largely due to an increase in household electricity usage from an increased time spent at home and telecommuting in response to the COVID-19 pandemic.

### Demand Management

Our ability to provide adequate supply of electricity is principally measured by the facility reserve margin and the supply reserve margin. The facility reserve margin represents the difference between the peak usage during a year and the installed capacity at the time of such peak usage, expressed as a percentage of such installed capacity. The supply reserve margin represents the difference between the peak usage in a year and the average available capacity at the time of such peak usage, expressed as a percentage of such peak usage. The following table sets forth our facility reserve margin and supply reserve margin for the periods indicated.

|  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Facility reserve margin | 17.6% | 37.0% | 26.7% | 34.1% | 43.5% |
| Supply reserve margin | 8.5% | 12.9% | 7.7% | 6.7% | 9.9% |

While we seek to meet the growing demand for electricity in Korea primarily by continuing to expand our generation capacity, we have also implemented several measures to curtail electricity consumption, especially during peak periods. We apply time-of-use and seasonality tariff, which are structured so that higher tariffs are charged at the time and months of peak demand to select types of customers, and we also apply a progressive rate structure for the residential use of electricity. We have several demand management programs to control demand and induce power conservation during peak hours and peak seasons such as providing incentives for reducing power consumption during peak hours.

### Electricity Rates

The Electric Utility Act and the Price Stabilization Act of 1975, each as amended from time to time, prescribe the procedures for the approval and establishment of rates charged for the electricity we sell. We submit our proposals for revisions of rates or changes in the rate structure to the Ministry of Trade, Industry and Energy. The Ministry of Trade, Industry and Energy then reviews these proposals and, following consultation with the Ministry of Economy and Finance and review by the Korea Electricity Commission, makes the final decision.

Under the Electric Utility Act and the Price Stabilization Act, electricity rates are established at levels that would enable us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations as well as receive a fair investment return on capital used in those operations.

For the purposes of rate approval, operating costs are defined as the sum of our operating expenses (which principally consists of cost of sales and selling and administrative expenses) and our adjusted income taxes.

Fair investment return represents an amount equal to the rate base multiplied by the rate of return.

The rate base is currently equal to the sum of:

- net utility plant in service (which is equal to utility plant minus accumulated depreciation minus revaluation reserve);

60

Table of Contents

- the portion of working capital which is equal to the appropriate level of operating costs minus depreciation and other non-cash charges while taking into account the actual time of cost recovery; and

- the portion of construction-in-progress which is charged from our retained earnings.

The amounts used for the variables in the rates are those projected by us for the periods to be covered by the rate approval.

For the purpose of determining the fair rate of return, the rate base is divided into two components in proportion to our total shareholders' equity and our total debt. The rate of return permitted in relation to the debt component of the rate base is set at a level designed to approximate the weighted average interest cost on all types of borrowing for the periods covered by the rate approval. The rate of return permitted in relation to the equity component of the rate base is set by applying the capital asset pricing model which takes account of the risk-free rate, the return on the Korea Stock Price Index, KOSPI, and the correlation of the stock price of our company with KOSPI. In 2019, the approved rate of return on the debt component of the rate base was 0.84% while the approved rate of return on the equity component of the rate base was 2.64%. As a result of such approved rates of returns, the fair rate of return in 2019 was determined to be 3.48%. The fair rates of return for 2020 have not yet been determined.

The Electric Utility Act and the Price Stabilization Act do not specify a basis for determining the reasonableness of our operating expenses or any other items (other than the level of the fair investment return) for the purposes of the rate calculation. However, the Government exercises substantial control over our budgeting and other financial and operating decisions.

In addition to the calculations described above, a variety of other factors are considered in setting overall tariff levels. These other factors include consumer welfare, our projected capital requirements, the effect of electricity tariff on inflation in Korea and the effect of tariff on demand for electricity.

From time to time, our actual rate of return on invested capital may differ significantly from the fair rate of return on invested capital assumed for the purposes of electricity tariff approvals, for reasons, among others, related to movements in fuel prices, exchange rates and demand for electricity that differ from what is assumed for determining our fair rate of return. For example, between 1987 and 1990, the actual rate of return was above the fair rate of return due to declining fuel costs and rising demand for electricity at a rate not anticipated for purposes of determining our fair rate of return. Similarly, depreciation of the Won against the U.S. dollar accounted for our actual rates of return being lower than the fair rate of return for the period from 1996 to 2000. For the period between 2006 and 2013, our actual rates of return were lower than the fair rate of return largely due to a general increase in fuel costs and additional facility investment costs incurred, the effects of which were not offset by timely increases in our tariff rates. Between 2014 and 2016, however, largely due to a decrease in fuel costs reflective of the drop in oil prices, our actual rate of return has surpassed the fair rate of return; however, substantially all of the resulting excess has been used to fund capital expenditure and repair and maintenance, and make investments in renewable energy and other environmental programs.

Partly in response to the variance between our actual rates of return and the fair rates of return, the Government from time to time increases the electricity tariff rates, but there typically is a significant time lag for the tariff increases as such increases requires a series of deliberation processes and administrative procedures and the Government also has to consider other policy considerations, such as the inflationary effect of overall tariff increases and the efficiency of energy use from sector-specific tariff increases.

Prior to November 2013, the Government from time to time effected tariff increases that typically covered all sectors, namely, residential, commercial and industrial, mainly in response to sustained increases in fuel prices. No cross-sector tariff increase has been implemented since November 2013 largely due to a general decline in fuel prices and relatively stable exchange rates. However, effective on January 1, 2017, the

61

Table of Contents

Government made several adjustments to the existing rate structure in order to ease the burden of electricity tariff on residential consumers. The progressive rate structure applicable to the residential sector, which applies a gradient of increasing tariff rates for heavier electricity usage, was changed from a six-tiered structure with the highest rate being no more than 11.7 times the lowest rate (which gradient system has been in place since 2005) into a three-tiered structure with the highest rate being no more than three times the lowest rate in order to reflect the changes in the pattern of electricity consumption and reduce the electricity charges payable by consumers. Additionally, a new tariff structure was implemented to encourage energy saving by offering rate discounts to residential consumers that voluntarily reduce electricity consumption while charging special high rates to residential consumers with heavy electricity consumption during peak usage periods in the summer and the winter. Further, during July and August 2018, the Government reduced residential electricity charges by temporarily relaxing the application of the then tariff structure and offering higher rate discounts to economically or otherwise disadvantaged customers to ease the burden on households that have significantly increased their use of air conditioners during a heatwave. Subsequently, a joint task force team, consisting of industry experts, scholars and government officials, was formed, which announced a proposal for amending the tariff structure aimed to decrease the financial burden for households during the summer. As a result, in July 2019, the Government amended the residential electricity tariff rate system to expand the usage ceiling for the first two tiers of rates (from 200 kilowatts to 300 kilowatts for the first tier and from 400 kilowatts to 450 kilowatts for the second tier) applied during July and August each year. Even though the rate discounts offered to residential consumers who voluntarily reduced electricity consumption and those offered to traditional wet markets were abolished in December 2019 and the rate discount for electric vehicles will be gradually terminated in phases by June 2022, there can be no assurance that other current or potential future adjustments in electricity tariff rates and rate discounts will not have an adverse impact on our business, results of operations, financial condition and profitability.

As of January 1, 2021, we implemented a new tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers, among other changes. The new tariff system consists of three main changes.

First, we implemented a new cost pass-through tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers and to enhance transparency by separately billing fuel costs and climate/environment related costs. Previously, the electricity tariff consisted of two main components: (i) the base charge (the "Base Charge") and (ii) the usage charge (the "Usage Charge") based on the amount of electricity consumed by end-users. Under the new tariff system, there are new components to the tariff called the fuel cost adjusted charge (the "Fuel Cost Adjusted Charge") and the climate/environment related charge (the "Climate/Environment Related Charge"). The Fuel Cost Adjusted Charge is adjusted every quarter and the formula for calculating the amount of the Fuel Cost Adjusted Charge is multiplying (i) the unit price of the Fuel Cost adjusted Charge (the "Unit Price of the Fuel Cost Adjusted Charge"), which is the difference between a base fuel cost (the "Base Fuel Cost") and an actual fuel cost (the "Actual Fuel Cost") and (ii) the amount of electricity consumed. The Base Fuel Cost is the past twelve-month average fuel price of bituminous coal, LNG and Bunker C oil as posted by the Korea Customs Service. For 2021, the twelve-month average fuel price is measured by taking the average of monthly fuel prices from twelve preceding months from one month before the new tariff system was implemented. To illustrate, the Base Fuel Cost for the first and second quarters of 2021 was the average of the fuel prices from December 2019 to November 2020. On the other hand, the Actual Fuel Cost is the past three-month average fuel price of the same fuels we use to measure the Base Fuel Cost. The past three-month average fuel price is measured by taking the average of monthly fuel prices from three preceding months from one month before the start of each period when the applicable Fuel Cost Adjusted Charge will be updated. To illustrate, for the first quarter of 2021, we used the fuel costs for September, October and November 2020 to calculate the three-month average fuel price.

The quarterly-adjusted Fuel Cost Adjusted Charge has built-in caps in view of price stability and other public policy considerations. First, there is a cap on the Unit Price of the Fuel Cost Adjusted Charge to be (i) no less than Won ±1 per kilowatt-hour and (ii) no greater than Won ±3 per kilowatt-hour as compared to the

62

**Table of Contents**

immediately preceding quarter. In other words, any change less than Won ±1 per kilowatt-hour will not be reflected to the Fuel Cost Adjusted Charge and any change greater than Won ±3 per kilowatt-hour will not be reflected to the extent of the portion that exceeds Won ±3 per kilowatt-hour. For example, in the first quarter of 2021, the Unit Price of the Fuel Cost Adjusted Charge was Won –10.5 per kilowatt-hour, meaning the Actual Fuel Cost was lower than the Base Fuel Cost, but after being subjected to the quarterly cap of Won ±3 per kilowatt-hour, the final rate for the Unit Price of the Fuel Cost Adjusted Charge came out to be Won –3 per kilowatt-hour. Second, the Unit Price of the Fuel Cost Adjusted Charge that exceeds Won ±5 per kilowatt-hour will not be reflected in the Fuel Cost Adjusted Charge. In other words, the maximum adjustment that can be incorporated to the Unit Price of the Fuel Cost Adjusted Charge is equal to Won ±5 per kilowatt-hour from the Base Fuel Cost that is in effect for a given period. The Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge as described at further below in this section.

However, our ability to pass on fuel and other cost increases to our customers may be limited due to the regulation of the Government on the rates we charge for the electricity we sell to our customers. In addition to the built-in caps described in the preceding paragraph, the new tariff system gives the discretion to the Government not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances. For example, in the second quarter of 2021, although the Unit Price of the Fuel Cost Adjusted Charge was Won –0.2 per kilowatt-hour, the Government decided to keep it at the same Won –3 per kilowatt-hour as the previous quarter. The Government cited (i) the need to alleviate the hardship caused by the prolonged economic effects of COVID-19 pandemic, (ii) an abnormal nature of the rapid increase in the price of LNG due to the global cold wave in the winter of late 2020 and early 2021, which has been factored into the Actual Fuel Cost, and (iii) the relative gains we received in the first quarter of 2021 because the Fuel Cost Adjusted Charge for the first quarter was capped at the lower bound of Won –3 per kilowatt-hour instead of decreasing it further.

Also, because the Fuel Cost Adjusted Charge takes into account the fuel prices posted by Korea Customs Service, there may still be a mismatch in value between the actual prices the domestic generation companies pay for their fuels in the open market and the adjustment that can be made through the Fuel Cost Adjusted Charge. The domestic generation companies include not only our generation subsidiaries but also independent power producers that are unaffiliated to us and we do not have access to fuel costs incurred by the independent power producers. As such, we use fuel prices posted by Korea Customs Service, which are easily accessible to our customers, for calculating the Fuel Cost Adjusted Charge.

Due to the likelihood of the Actual Fuel Cost being substantially over the caps in the new tariff system and the Government's discretion not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances, there may be certain portions of the fuel costs that cannot be charged to our customers, even though those portions should have been included in the Fuel Cost Adjusted Charge. In such cases, we may accumulate such portions and reflect them in what is called the total comprehensive cost (the "Total Comprehensive Cost"), which is a variable we use to calculate the Base Charge and the Usage Charge of the tariff. The Total Comprehensive Cost, submitted yearly to the Government by us, is calculated based on our budget for relevant costs. Under the Total Comprehensive Cost approach, the Base Charge and the Usage Charge are established at levels that would enable us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations as well as receive a fair investment return on capital used in those operations. The operating costs are defined as the sum of our operating expenses, which principally consists of cost of sales and selling and administrative expenses, and our adjusted income taxes. The Base Charge and the Usage Charge that are derived from the Total Comprehensive Cost need to be approved by the Government to be revised. In addition, the Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge. Therefore, if the Base Charge and the Usage Charge are not timely adjusted by the Government, there can be a delay for the change in fuel costs to be fully reflected in the tariff.

Also, the new tariff system introduces an additional component to the tariff called a climate/environment related charge (the "Climate/Environment Related Charge"). Previously, our climate and environment costs were

63

**Table of Contents**

embedded in the Usage Charge component of the tariff and our consumers could not discern the exact magnitude of such costs. By separating it out as an independent component, we intend to provide more information and transparency to our customers while having the flexibility to adjust it in alignment with the underlying costs. The Climate/Environment Related Charge for the coming year is calculated by multiplying (i) our total estimated costs of complying with the Renewable Portfolio Standard program, the Greenhouse Gas Emission Trading System and the coal-fired generation reduction program for the current year and then dividing it by the electricity sales projected for the coming year, and (ii) the amount of electricity consumed. The value for (i) for 2021 is Won 5.3 per kilowatt-hour. The Climate/Environment Related Charge is planned to be adjusted every year by reflecting the change in climate and environment-related costs but the Government may change the date of adjustment under reasonable circumstances. There is no guarantee the Climate/Environment Related Charge will be regularly updated, even though our climate and environment-related costs will likely increase each year. If there are discrepancies between our costs and the Climate/Environment Related Charge, we may accumulate such discrepancies and reflect them in our Total Comprehensive Cost. However, the electricity rate based on the Total Comprehensive Cost needs to be approved by the Government to be revised. There is no assurance that, particularly given the wide-ranging policy priorities of the Government, it will in fact raise the electricity rate to a level sufficient to fully cover additional costs associated with implementing and operating programs as described in this section and do so on a timely basis or at all. If the Government does not do so or provide us and our generation subsidiaries with other forms of assistance to offset the costs involved, our results of operation, financial condition and cash flows may be materially and adversely affected.

Second, the new tariff system intends to amend the residential electricity rate system starting in July 2021. Under the current system, households that use less than 200 kilowatt-hours of electricity receive a discount on their tariffs. We intend to redirect this benefit by phasing out the discount to 50% in July 2021 and terminating it in July 2022. The new tariff system also allows households to choose a new schedule of residential tariff, which is an option we have already been providing to our industrial and commercial customers. The new schedule is called a seasonal and hourly tariff and it allows residents to be charged under a monthly Base Charge plus increments depending on time, day and season. Each household may also choose to stay under the current tariff schedule which in contrast is a progressive schedule with seasonal adjustments. Our plan is to provide this option to households in Jeju Province in Korea first as many of these households are equipped with advanced metering infrastructure ("AMI") and review rolling it out to the rest of the country depending on the penetration rate of the AMI in each region.

Third, the new tariff system will end certain special discounts we previously provided to our customers. The first of two such discounts is for customers who installed energy storage system ("ESS"). The benefits included tariff discounts of three times the Base Charge and 50% of the Usage Charge. Starting in January 2021, we rolled back the discount for ESS by decreasing it from three times the Base Charge to one times the Base Charge and discontinuing the 50% discount on the Usage Charge. The discount of one times the Base Charge is planned to also phase out in March 2026 as we originally intended. In addition, we intend to designate a three-hour time period during peak time and induce electricity discharge of the ESS during that period by giving more discount to the customers who made such discharge so they will increase supply during peak time. The second of the two discounts being rolled back is a 50% discount for customers who installed a renewable energy generator for their own industrial and general uses. We discontinued this discount in 2020 while only maintaining it for customers who are unable to sell their electricity in the market because of their small generation capacities (less than 10 kilowatts). The discount for such customers is planned to be discontinued by 2023.

Lastly, the new tariff system announced in December 2020 included a plan to minimize the public burden of tariff increase by reducing power supply cost of us and our generation subsidiaries through cost reduction measures. To this end, it was contemplated that an annual increase limit of 3% on certain electricity supply costs including labor costs and selling, general and administrative expenses would be set and an increase in excess of the 3% limit will not be reflected in the tariff. However, as of present, the precise scope of what constitutes electricity supply costs and the method of execution on the plan has not yet been determined. However, if the

64

**Table of Contents**

annual increase limit of 3% on electricity supply costs is implemented, it could have an adverse effect on our business, financial condition and results of operations.

The tariff rates we charge for electricity vary among the different classes of consumers, which principally consist of industrial, commercial, residential, educational and agricultural consumers. The tariff also varies depending upon the voltage used, the season, the time of usage, the rate option selected by the user and, in the residential sector, the amount of electricity used per household, as well as other factors. For example, we adjust for seasonal tariff variations by applying higher rates when demand tends to rise such as during the months of June, July and August (when the demand tends to rise due to increased use of air conditioning) and November, December, January and February (when demand tends to rise due to increased use of heating), which reflects the policy of the Korean government to cope with the rise in electricity demand during peak seasons by encouraging a more efficient use of electricity by customers. In addition, we provide discounts on tariff rates to certain users such as low income households.

- *Industrial*. The monthly Base Charge varies from Won 5,550 per kilowatt to Won 9,810 per kilowatt depending on the type of contract, the voltage used and the rate option. The energy Usage Charge varies from Won 47.8 per kilowatt-hour to Won 191.6 per kilowatt-hour depending on the type of contract, the voltage used, the season, the time of day and the rate option.

- *Commercial*. The monthly Base Charge varies from Won 6,160 per kilowatt to Won 9,810 per kilowatt depending on the type of contract, the voltage used and the rate option. The energy Usage Charge varies from Won 48.7 per kilowatt-hour to Won 191.6 per kilowatt-hour depending on the type of contract, the voltage used, the season, the time of day and the rate option.

- *Residential*. The monthly Base Charge varies from Won 910 for electricity usage of less than 200 kilowatt hours to Won 7,300 for electricity usage in excess of 400 kilowatt hours. During the months of July and August each year, the usage ceiling for the first two tiers of rates is increased from 200 kilowatts to 300 kilowatts for the first tier and from 400 kilowatts to 450 kilowatts for the second tier. Residential tariff also includes an energy Usage Charge ranging from Won 88.3 to Won 275.6 per kilowatt-hour for electricity usage depending on the amount of usage and voltage. During the peak usage periods during summer and winter, namely the months of July and August and December to February, a higher energy Usage Charge of Won 704.5 per kilowatt-hour applies to residential consumers whose monthly electricity consumption exceeds 1,000 kilowatts hour. In accordance with the new tariff system, residents may also opt for our new seasonal and hourly tariff schedule as an alternative. Under the new schedule, the monthly Base Charge will be Won 4,310 plus increments depending on time, day and season. During summer and winter, namely January, February, June, July, August, November and December, the total charge will be between Won 4,417 and Won 4,498.8. During spring and fall, which include all months other than summer and winter, the total charge will be between Won 4,404.1 and Won 4,450.7.

- *Educational*. The monthly Base Charge varies from Won 5,230 per kilowatt to Won 6,980 per kilowatt depending on the voltage used and the rate option. The energy Usage Charge varies from Won 38.8 per kilowatt-hour to Won 155.4 per kilowatt-hour depending on the voltage used, the season and the rate option.

- *Agricultural*. The monthly Base Charge varies from Won 360 per kilowatt to Won 1,210 per kilowatt depending on the type of usage. The energy Usage Charge varies from Won 16.6 per kilowatt-hour to Won 36.9 per kilowatt-hour depending on the type of contract, the voltage used and the season.

- *Street-lighting*. The monthly Base Charge is Won 6,290 per kilowatt and the energy Usage Charge is Won 80.9 per kilowatt-hour. For electricity capacity of less than 1 kilowatt or for places where the installation of the electricity meter is difficult, a fixed rate of Won 35.7 per watt applies, with the minimum monthly charge of Won 1,220.

Table of Contents

In 2001, as part of implementing the Restructuring Plan, the Ministry of Trade, Industry and Energy established the Electric Power Industry Basis Fund to enable the Government to take over certain public services previously performed by us. In 2020, 3.7% of the tariff we collected from our customers was transferred to this fund prior to recognizing our sales revenue.

**Power Development Strategy**

We and our generation subsidiaries make plans for expanding or upgrading our generation capacity based on the Basic Plan, which is generally revised and announced every two years by the Government. In December 2020, the Government announced the Ninth Basic Plan which is more environmentally focused than the Eighth Basic Plan and effective for the period from 2020 to 2034. The Ninth Basic Plan focuses on, among other things, accelerating transition to an eco-friendly power source. The Ninth Basic Plan focuses on, among other things, (i) decreasing the reliance on nuclear and coal-based supply sources, (ii) converting retired coal-fired power plants into LNG-fired ones for stable power supply and (iii) accelerating the use expansion of renewable energies in light of the Green New Deal initiative of the Korean Government. Furthermore, the Ninth Basic Plan includes the following specific measures: (i) thirty decrepit coal-fired power plants and eleven nuclear power plants will be retired, and, as a result, coal and nuclear generation capacities will be reduced to 29 gigawatts and 19.4 gigawatts respectively by 2034, (ii) twenty-four out of thirty decrepit coal-fired power plants will be retired, the total generation capacity for which is 12.7 gigawatts, and shall be converted into using LNG instead, and (iii) domestic renewable energy generation capacity will be expanded by 77.8 gigawatts by 2034 in accordance with the Green New Deal initiative of the Korean Government.

In June 2019, the Ministry of Trade, Industry and Energy adopted the Third Basic National Energy Plan following consultations with representatives from civic groups, the energy industry and academia. The Third Basic National Energy Plan, which is a comprehensive plan that covers the entire spectrum of energy industries in Korea, covers the period from 2019 to 2040. The Third Basic National Energy Plan is consistent with the First and the Second Basic National Energy Plans in terms of the general policy direction and aims to promote sustainable growth and improvement of people's quality of life by converting to renewable energy. Specifically, it establishes the following five key tasks: (i) strengthening management of energy demand from various sectors, such as commerce and transportation, and promoting a rational electricity tariff system to improve the national energy consumption efficiency by 38% and reduce the energy demand by 18.6% by 2040; (ii) converting to clean and safe energy through gradual reduction of nuclear power generation and decisive reduction of coal power generation by prohibiting construction of new coal-fired power plants and increasing the proportion of renewable energy sources to approximately 35% by 2040; (iii) expanding the power distribution in areas near those with demands for renewable energy and fuel cells and strengthening the roles and responsibilities of local governments; (iv) fostering the growth of the future energy industries (including renewable energy, hydrogen fuel and other efficient sources of energy linked to technology), promoting the value-add for traditional energy industries and maintaining a core energy ecosystem for nuclear power plants; and (v) improving the energy, gas and heat market systems to facilitate the national energy conversion and building platforms based on big data to foster creation of new energy industries.

We cannot assure that the Ninth Basic Plan, the Third Basic National Energy Plan or the respective plans to be subsequently adopted will successfully achieve their intended goals, the foremost of which is to ensure, through carefully calibrated capacity expansion and other means, balanced overall electricity supply and demand in Korea at to end users while promoting efficiency and environmental friendliness in the consumption and production of electricity. If there is significant variance between the projected electricity supply and demand considered in planning our capacity expansions and the actual electricity supply and demand or if these plans otherwise fail to meet their intended goals or have other unintended consequences, this may result in inefficient use of our working capital, mispricing of electricity and undue financing costs on the part of us and our generation subsidiaries, among others, which may have a material adverse effect on our results of operations, financial condition and cash flows.

66

Table of Contents

## Capital Investment Program

The table below sets forth, for each of the years ended December 31, 2018, 2019 and 2020, the amounts of capital expenditures for the construction of generation, transmission and distribution facilities.

| 2018 | 2019 | 2020 |
|---|---|---|
| | (In billions of Won) | |
| ₩13,695 | ₩     15,795 | ₩     15,485 |

The table below sets forth the currently estimated installed capacity for new or expanded generation units to be completed by our generation subsidiaries in each year from 2021 to 2023 based on the Ninth Basic Plan, as amended.

| Year | Number of Units | Type of Units | Total Installed Capacity |
|---|---|---|---|
| | | | (Megawatts) |
| 2021 | 1 | Nuclear power | 1,400 |
| | 1 | Coal-fired | 1,000 |
| | 20 | Renewables | 124 |
| 2022 | 1 | Nuclear power | 1,400 |
| | 15 | Renewables | 151 |
| 2023 | 1 | LNG-combined | 495 |
| | 3 | Renewables | 110 |

For the period from 2024 to 2025, our generation subsidiaries currently plan to complete two additional nuclear units with an aggregate installed capacity of 2,800 megawatts.

As part of our capital investment program, we also intend to add new transmission lines and substations, continue to replace overhead lines with underground cables and improve the existing transmission and distribution systems.

The actual number and capacity of generation units and transmission and distribution facilities we construct and the timing of such construction are subject to change depending upon a variety of factors, including, among others, changes in the Basic Plan, demand growth projections, availability and cost of financing, changes in fuel prices and availability of fuel, ability to acquire necessary plant sites, environmental considerations and community opposition.

**Table of Contents**

The table below sets forth, for the period from 2021 to 2023, the budgeted amounts of capital expenditures pursuant to our capital investment program, which primarily consist of budgets for the construction of generation, transmission and distribution facilities and, to a lesser extent, renewable energy generation and new energy industry projects. The budgeted amounts may vary from the actual amounts of capital expenditures for a variety of reasons, including, among others, the implementation of the Ninth Basic Plan currently in place, changes in the number of units to be constructed, the actual timing of such construction, changes in rates of exchange between the Won and foreign currencies and changes in interest rates.

| | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|
| | | (in billions of Won) | | |
| Generation[1]: | | | | |
| Nuclear | ₩ 3,126 | ₩ 3,308 | ₩ 2,547 | ₩ 8,981 |
| Thermal | 2,382 | 3,340 | 3,718 | 9,440 |
| Renewables and others | 644 | 1,295 | 870 | 2,809 |
| Sub-total | 6,152 | 7,943 | 7,135 | 21,230 |
| Transmission and Distribution: | | | | |
| Transmission | 2,804 | 3,157 | 3,043 | 9,005 |
| Distribution | 3,589 | 3,804 | 3,703 | 11,095 |
| Sub-total | 6,393 | 6,961 | 6,746 | 20,100 |
| Others[2] | 1,852 | 1,406 | 1,435 | 4,693 |
| Total | ₩14,397 | ₩16,310 | ₩15,316 | ₩46,023 |

*Notes:*

(1)   The budgeted amounts for our generation facilities are based on the Ninth Basic Plan, as amended.

(2)   Principally consists of investments in telecommunications and new energy industry projects, among others.

In January 2016, the Ministry of Trade, Industry and Energy announced an initiative to promote the new energy industry by creating the New Energy Industry Fund, which is made up of funds sponsored by government-affiliated energy companies. We contributed Won 500 billion to the funds in 2016. The purpose of these funds is to invest in substantially all frontiers of the new energy industry, including renewable energy, energy storage systems, electric vehicles, small-sized self-sustaining electricity generation grids known as "micro-grids", among others, as well as invest in start-up companies, ventures, small- to medium-sized enterprise and project businesses that engage in these businesses but have not previously attracted sufficient capital from the private sector.

Furthermore, as a measure to address the high level of particulate matter pollution, in October 2018, the Government introduced a pilot regulation to lower the output of 35 coal-fired generation units to approximately 80% of their capacity that emit more than a certain amount of particulate matter. The regulation was formally implemented in January 2019, targeting 40 coal-fired power plants with high emissions of particulate matter. From March to June 2019, the scope expanded to cover 60 units in total. In addition, coal-fired generation units originally scheduled for preventive maintenance during the second half of 2019 were required to undertake such maintenance earlier in the spring of 2019. In November 2019, the Government pursued a reduction of coal-fired generation units in order to implement the Special Measures to Respond to the High Concentration Period (December to March) of Particulate Matter. During December 2019 to March 2020, 8 to 15 coal-fired generation units that require preventive maintenance or are otherwise older units were first shut down, with a maximum of 49 coal-fired generation units subject to a cap of 80% on the output within the remaining reserve capacity range. We plan to continue to participate in the effort to reduce the particulate matter emissions from coal-fired generation units, not only during the winter but also during the spring. For example, from December 2020 to February 2021, 9 to 17 coal-fired generation units were shut down, with a maximum of 46 coal-fired generation

68

Table of Contents

units subject to a cap of 80% on the output within the remaining reserve capacity range. In March 2021, we suspended the operations of 19 to 28 coal power generation plants and imposed a cap of 80% on the output of up to 37 coal-fired generation units. Additionally, the Government adjusted the schedule to close down two decrepit coal-fired generation units (Boryeong #1 and #2), which were shut down in December 2020. Also, other coal-fired generation units, Samcheonpo #1 and #2, are planned to be shut down in May 2021 and Honam #1 and #2 units in December 2021. According to the Ninth Basic Plan announced in December 2020, the total coal-fired power plant capacity in 2030 will decrease to 32.6 gigawatts from 35.8 gigawatts in 2020, and its percentage of total power generation capacity will decrease to 18.9% from 28.1% in 2020. In addition, the Government will introduce a system that will limit the annual power generation of coal-fired power plants in line with its greenhouse gas reduction target. While such measures may be subject to change, we expect to incur significant costs of complying with such measures, including in connection with more stringent particulate matter pollution regulations, retrofitting and overall replacement of environmental facilities.

We have financed, and plan to finance in the future, our capital investment programs primarily through net cash provided by our operating activities and financing in the form of debt securities and loans from domestic financial institutions, and to a lesser extent, borrowings from overseas financial institutions. In addition, in order to prepare for potential liquidity shortage, we and our generation subsidiaries maintain several credit facilities with financial institutions in the aggregate amounts of Won 5,119 billion and US$1,810 million, the full amount of which was available as of December 31, 2020. We, KHNP, KOMIPO and KOWEPO also maintain global medium-term note programs in the aggregate amount of US$13 billion, of which approximately US$8 billion remains currently available for future drawdown. KOSEP also maintains an A$2 billion Australian dollar medium-term note program, of which approximately A$1.7 billion remains currently available for future drawdown. See also Item 5.B. "Liquidity and Capital Resources—Capital Resources."

## Environmental Programs

The Environmental Policy Basic Act, the Air Quality Preservation Act, the Water Quality Preservation Act, the Marine Pollution Prevention Act and the Waste Management Act, collectively referred in this annual report as the Environmental Acts, are the major laws of Korea that regulate atmospheric emissions, waste water, noise and other emissions from our facilities, including power generators and transmission and distribution units. Our existing facilities are currently in material compliance with the requirements of these environmental laws and international agreements, such as the United Nations Framework Convention on Climate Change, the Montreal Protocol on Substances that Deplete the Ozone Layer, the Stockholm Convention on Persistent Organic Pollutants and the Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and Their Disposal. In order to foster coordination among us and our generation subsidiaries in respect of climate change, we and 11 of our electricity-related subsidiaries formed the CEO Coordination Committee in June 2016. Additionally, we are endeavoring to develop and implement greenhouse gas reduction strategy in line with the new climate regime set forth by the Paris Climate Agreement.

We continuously endeavor to contribute to sustainable growth (whether as an economy, a society or an ecosystem) by actively taking actions that befit our social responsibility as a corporate citizen in the energy industry. For example, in 2005, we became the first public company in Korea to join the United Nations Global Compact, an international voluntary initiative designed to hold a forum for corporations, United Nations agencies, labor and civic groups to promote reforms in economic, environmental and social policies. As part of our involvement with such initiative, we issue an annual report named the "Sustainability Report" to disclose our activities from the perspectives of economy, environment and society, in accordance with the reporting guidelines of the Global Reporting Initiative, the official collaborating center of the United Nations Environment Program that works in cooperation with United Nations Secretary General. In recognition of our efforts and achievements to reduce greenhouse gas emissions in response to global climate change, in May 2013, we obtained the Carbon Trust Standard certification issued by Carbon Trust, a British nonprofit organization with the goal of establishing a sustainable, low carbon economy. In 2015, we obtained recertification from Carbon Trust by satisfying even more rigorous evaluation criteria. We are also a participant of the Carbon Disclosure

69

Table of Contents

Project, an international organization that promotes transparency in informational disclosure of carbon management process, and in 2017, 2018, 2019 and 2020, we were recognized by the Carbon Disclosure Project and received honors in energy and utility sector. In 2020, pursuant to the Dow Jones Sustainability Indices, which measures management performance in terms of contribution to sustainability, we were selected as one of the notable companies in the Asia Pacific in the global electricity utility sector for 7 years in a row from 2014. We recognize the interest in ESG within the investors' community and are continuously pursuing safe and clean energy supply and distribution by reducing greenhouse gas emissions and enhancing our ability to respond to climate change, the details of such efforts provided through periodic sustainability reports.

We established an Environment, Social and Governance ("ESG") Committee in our Board of Directors to reinforce ESG-based management system and to ensure continuous performance in this area. Our ESG Committee is charged with resolving major management issues related to ESG, establishing ESG management strategies and business plans and checking on the overall direction of sustainable management. In addition, we made detailed disclosures on our sustainability reports in accordance with the recommendations of the Task Force on Climate-Related Financial Disclosures (TCFD) and the standards of the Sustainability Accounting Standards Board (SASB) regarding our activities in response to the global climate crisis and our efforts to transition into safe and clean energy sources. In October 2020, we made a statement that we intend to focus on low-carbon and eco-friendly overseas projects, such as new renewable energy and combined gas power generation, and not pursue new projects in coal-fired power plants. For those overseas coal-fired power plant projects we are already engaged in, we intend to work on those in an environmentally friendly way by applying more stringent environmental standards than the international standards. Also, we issued green bonds in 2019 and 2020, each issuance with the principal amount of US$500 million, to expand domestic and overseas renewable energy businesses and renewable energy related facilities.

The table below sets forth the number of emission control equipment installed at thermal power plants by our generation subsidiaries as of December 31, 2020.

|  | KOSEP | KOMIPO | KOWEPO | KOSPO | EWP |
|---|---|---|---|---|---|
| Flue Gas Desulphurization System | 12 | 12 | 11 | 8 | 15 |
| Selective Non-catalytic Reduction System | 1 | — | — | — | 7 |
| Selective Catalytic Reduction System | 22 | 21 | 19 | 19 | 29 |
| Electrostatic Precipitation System | 16 | 14 | 10 | 12 | 17 |
| Low NO2 Combustion System | 22 | 366 | 27 | 30 | 28 |
| Total | 73 | 413 | 67 | 69 | 96 |

In accordance with the Act on Allocation and Trading of Greenhouse Gas Emission Allowances, enacted in March 2013, the Government implemented a greenhouse gas emission trading system under which the Government will allocate the amount of permitted greenhouse gas emission to companies by industry and a company whose business emits more carbon than the permitted amount is required to purchase the right to emit more carbon through the Korea Exchange. The categories of allowances traded include the Korean Allowance Unit (KAU), which is the emissions allowance allocated to applicable companies by the Government; Korean Credit Unit (KCU), which is a tradable unit converted from external carbon offset certifications including the Korean Offset Credit; and Korean Offset Credit (KOC), which is the verified carbon offset credit obtained by companies for reducing carbon emissions through absorption or otherwise. The greenhouse gas emission trading system is expected to be implemented in three stages. During the first phase (2015 to 2017), the Government set up and conducted a test run of the trading system to ensure its smooth operation, allocating the greenhouse gas emission allowances free of charge. In July 2018, the Government released the allocation plan for the second phase (2018 to 2020), during which 97% of the greenhouse gas emission allowances were allocated free of charge, with 3% allocated through an auction. During the third phase (2021 to 2025), the Government expanded the scale of the system with aggressive greenhouse gas emission reduction targets and allocating 10% of the greenhouse gas emission allowances through an auction. In December 2016, the Government announced the

**Table of Contents**

Climate Change Response Initiatives and the 2030 National Greenhouse Gas Reduction Roadmap, which set forth the greenhouse gas emission trading system as one of the primary means to reach the emission and greenhouse gas reduction targets of the policies. According to the Nationally Determined Contributions (NDC) announced by the Government in December 2020, the total greenhouse gas emission target level by 2030 is a 24.4% reduction as compared to the level in 2017, and the reduction target for the electricity conversion sector as a whole which we are the part of is a total of 60 million tons as compared to the level in 2017. In addition, in December of 2020, the government announced the Long-term low greenhouse gas Emission Development Strategies (LEDS) and presented a long-term vision and national strategy for achieving carbon neutrality in 2050.

Adhering to such emission and greenhouse gas reduction requirement may result in significant additional compliance costs. For example, the daily market price of the KAUs traded through the Korea Exchange was Won 8,640 per ton in early 2015, and the price has increased continuously thereafter, reaching its peak price at Won 42,500 per ton on April 2, 2020. Since then, the price has been lowered due to the influence of COVID-19, and, as of the end of 2020, the price has been formed in the range of Won 20,000 per ton.

The table below sets forth the amount of annual emission from all generating facilities of our generation subsidiaries for the periods indicated. The amount of $CO_2$ emissions is expected to decrease in the long-term, principally due to an increased use of LNG on account of the fact that 24 coal-fired power plants with total capacity of 12.7 gigawatts are scheduled to be converted into LNG-fired power plants before the end of 2034, an increased use of renewable energy and the implementation of the greenhouse gas emission trading system.

| Year[1] | SOx (g/MWh) | NOx (g/MWh) | TSP[2] (g/MWh) | CO2 (kg/MWh) |
|---|---|---|---|---|
| 2016 | 156 | 246 | 7 | 477 |
| 2017 | 138 | 177 | 7 | 506 |
| 2018 | 120 | 146 | 7 | 516 |
| 2019 | 89 | 114 | 5 | 494 |

*Notes:*

(1)   The amounts of annual emission for 2020 are expected to be determined in June 2021.

(2)   "TSP" means Total Suspended Particles.

While the Third Basic National Energy Plan prohibits construction of new coal-fired power plants, the additional coal-fired power plants under construction by KEPCO are pursuant to the Sixth Basic Plan released in 2013. In constructing the new power plants, we are applying the "Ultra Super Critical" technology designed to minimize emission of pollutants and maximize the efficiency by reducing the coal consumption. We are also committed to lowering our exposure to coal-generated energy in the long-term. For additional information, see Item 3.D. "Risk Factors—We are subject to various environmental legislations, regulations and related government initiatives, including in relation to climate change, which could cause significant compliance costs and operational liabilities."

In order to comply with the current and expected environmental standards and address related legal and social concerns, we intend to continue to install additional equipment, make related capital expenditures and undertake several environment-friendly measures to foster community goodwill. For example, under the Persistent Organic Pollutants Management Act enacted in 2007, we are required to remove polychlorinated biphenyl, or PCB, a toxin, from the insulating oil of our transformers by 2025. In addition, when constructing certain large new transmission and distribution facilities, we assess and disclose their environmental impact at the planning stage of such construction, and we consult with local residents, environmental groups and technical experts to generate community support for such projects. We exercise additional caution in cases where such facilities are constructed near ecologically sensitive areas such as wetlands or preservation areas. We also make reasonable efforts to minimize any negative environmental impact, for example, by using more environment-friendly technology and hardware. In addition, we also undertake measures to minimize losses during the

71

**Table of Contents**

transmission and distribution process by making our power distribution network more energy-efficient in terms of loss of power, as well as to lower consumption of energy, water and other natural resources. In addition, we and our subsidiaries acquired the ISO 14001 certification, an environmental management system widely adopted internationally, in 2007 and have made it a high priority to make our electricity generation and distribution more environmentally friendly. In 2014, we were awarded the presidential award for environmental contributions as a corporate citizen, after scoring the highest among 102 corporations that competed for the award. In order to encourage the implementation of environment-friendly measures by other corporations and enhance environmental awareness at a social level, we have been disclosing our environment-related activities and achievements to the public through the Environment Information System managed by the Ministry of Environment since 2012.

Our environmental measures, including the use of environment-friendly but more expensive parts and equipment and allocation of capital expenditures for the installation of such facilities, may result in increased operating costs and liquidity requirement. The actual cost of installation and operation of such equipment and related liquidity requirement will depend on a variety of factors which may be beyond our control. There is no assurance that we will continue to be in material compliance with legal or social standards or requirements in the future in relation to the environment.

As part of our long-term strategic initiatives, we plan to take other measures designed to promote the generation and use of environmentally friendly, or green energy. See Item 4.B. "Business Overview—Strategy." In line with such strategic initiatives, we are, among others:

- investing in and researching technologies that capture and utilize carbon dioxide;

- planning to develop capacity of 41.2 gigawatts of renewable energy by 2030 with our generation subsidiaries according to our "Renewable Energy 3020" initiative;

- implementing a mid- to long-term goal of "energy shift through expanding renewable energy", reviewed and approved by our board in October 2019;

- focusing on low-carbon and eco-friendly overseas projects, such as new renewable energy and combined gas power generation, and not pursuing new projects in coal-fired power plants;

- working on the overseas coal-fired power plant projects we are already engaged in an environmentally friendly way by applying more stringent environmental standards than the international standards; and

- releasing detailed disclosures on our sustainability reports in accordance with the recommendations of the Task Force on Climate-Related Financial Disclosures (TCFD) and the standards of the Sustainability Accounting Standards Board (SASB) regarding our activities in response to the global climate crisis and our efforts to transition into safe and clean energy sources.

Some of our generation facilities are powered by renewable energy sources, such as solar energy, wind power and hydraulic power. While such facilities are currently insignificant as a proportion of our total generation capacity or generation volume of our generation subsidiaries, we expect that the portion will increase in the future, especially since we are required to comply with the Renewable Portfolio Standard program as described below.

Table of Contents

The following table sets forth the generation capacity and generation volume in 2020 of our generation facilities that are powered by renewable energy sources.

|  | Generation Capacity (megawatts) | Generation Volume (gigawatt-hours) |
|---|---|---|
| Hydraulic Power[1] | 652 | 1,231 |
| Wind Power | 144 | 202 |
| Solar Energy, Fuel Cells, Biogas and others | 1,520 | 6,889 |
| Subtotal | 2,316 | 8,322 |
| As percentage of total[2] | 2.8% | 2.1% |

*Notes:*

(1)   Excluding generation capacity and volume of pumped storage, which is generally not classified as renewable energy.

(2)   As a percentage of the total generation capacity or total generation volume, as applicable, of us and our generation subsidiaries.

In order to deal with shortage of fuel and other resources and also to comply with various environmental standards, in 2012 the Government adopted the Renewable Portfolio Standard program, which replaced the Renewable Portfolio Agreement which had been in effect from 2006 to 2011. Under this program, each of our generation subsidiaries is required to generate a specified percentage of total electricity to be generated by such generation subsidiary in a given year in the form of renewable energy or, in case of a shortfall, purchase a corresponding amount of a Renewable Energy Certificate (a form of renewable energy credit) from other generation companies whose renewable energy generation surpass such percentage. The target percentage was 6.0% in 2019, 7.0% in 2020 and 9.0% 2021 and will incrementally increase to 10.0% by 2022. Fines are to be levied on any subsidiary that fails to do so in the prescribed timeline. In 2019, all six of our generation subsidiaries met the target through renewable energy generation and/or the purchase of a Renewable Energy Certificate. Compliance by our generation subsidiaries of the 2020 target is currently under evaluation, and if any generation subsidiary is found to have failed to meet the target for 2020 or for subsequent years, such generation subsidiary may become subject to fines. Additionally, as the target percentage is subject to change, changes to the target percentage may result in additional expenses for our generation subsidiaries. From October 2021, an amendment to the Act on the Promotion of the Development, Use, and Diffusion of New and Renewable Energy will become effective to raise the upper limit of the target percentage even higher to 25% from the previous threshold of 10%.

As to how we plan to finance our capital expenditures related to our environmental programs, see "—Capital Investment Program."

In March 2017, the Electric Utility Act was amended to the effect that starting in June 2017, future national planning for electricity supply and demand in Korea should consider the environmental and safety impacts of such planning, such as desulphurization costs. Accordingly, the costs related to environmental and safety impacts such as the desulphurization costs, have been reflected in our variable cost of generating electricity since August 2019. In December 2019, the Regulation on the Operation of the Electricity Market was revised, under which specific provisions of the Cost Evaluation Committee (defined below) to reflect the cost of greenhouse gas emission allowances were to be finalized in two years. The provisions were established in February 2021 and will be implemented from January 2022.

Furthermore, under the new electricity rate structure effected by the Government effective January 1, 2017, a temporary rate discount will apply in the case of investments in environmentally friendly facilities such as energy storage systems, renewable energy and electric cars. While the initial temporary rate discount had applied between 2017 and 2019, it was extended until 2020. Starting in January 2021, we rolled back the discount for energy storage systems by decreasing it from three times the Base Charge to one times the Base Charge and discontinuing the 50% discount on the Usage Charge. The discount of one times the Base Charge is planned to

Table of Contents

also phase out in March 2026 as we originally intended. In addition, we intend to designate a three-hour time period during peak time and induce discharge during that period by giving more discount benefits to the customers. The second of the two discounts being rolled back is a 50% discount for customers who installed a renewable energy generator for their own industrial and general uses. We originally introduced this discount to encourage an increased supply of renewable energy. We discontinued this discount in 2020 while only maintaining it for customers who are unable to sell their electricity in the market because of their small generation capacities (less than 10 kilowatts). The discount for such customers is planned to be discontinued by 2023. Furthermore, in order to mitigate any potential burden on the consumers and shock to the electric car market, the temporary rate discount will be incrementally phased out by June 2022.

In line with the spread of RE100, a global campaign by companies around the world to cover 100% of their electricity use with renewable energy by 2050, the Government in 2021 introduced its own version of RE100 that allows companies and other consumers to choose the energy sources from which their electricity is generated. In order for a domestic company to participate in RE100, it needs to enter into a power purchase agreement either with a renewable energy generator through us as an intermediary (third party PPA) or with a renewable energy generator directly such that the generator will supply electricity to the company without going through the existing electricity market (corporate PPA), or general and industrial customers may also purchase renewable energy through us in a competitive bidding process and be issued with a certificate of use of renewable energy, which we refer to as the green premium system. It is difficult to predict what effects the third party PPA will have on us as the new system has not been finalized yet, but the relevant legislation for the corporate PPA was enacted in the National Assembly in March 2021. If there is an expansion in the use of corporate PPA, it may adversely affect our market share in electricity sales. The green premium system started in January 2021 and we, on behalf of Korea Energy Agency, are in charge of managing the bidding for renewable energy, receiving bid prices from winning companies, issuing a certificate of use of renewable energy to companies on a quarterly basis and receiving fees from Korea Energy Agency for our service.

**Community Programs**

Building goodwill with local communities is important to us in light of concerns among the local residents and civic groups in Korea regarding construction and operation of generation units, particularly nuclear generation units. The Act for Supporting the Communities Surrounding Power Plants and the Act on the Compensation and Support for Areas Adjacent to Transmission and Substation Facilities require that the generation companies and the affected local governments carry out various activities up to a certain amount annually to address neighboring community concerns. Pursuant to these Acts, we and our generation subsidiaries, in conjunction with the affected local and municipal governments, undertake various programs, including scholarships and financial assistance to low-income residents.

Under the Act for Supporting the Communities Surrounding Power Plants, activities required to be undertaken under the Act are funded partly by the Electric Power Industry Basis Fund (see "—Sales and Customers—Electricity Rates") and partly by KHNP as part of its budget. KHNP is required to make annual contributions to the affected local communities in an amount equal to Won 0.25 per kilowatt-hour of electricity generated by its nuclear generation units during the one-year period before the immediately preceding fiscal year, Won 5 million per thousand kilowatts of hydroelectric generation capacity and Won 0.5 million per thousand kilowatts of pumped-storage generation capacity. In addition, under Korean tax law, KHNP is required to pay local tax levied on its nuclear generation units in an amount equal to Won 1 (effective January 1, 2015, which reflects an increase from the previous Won 0.5 per kilowatt-hour of their generation volume in the affected areas) and Won 2 per 10 cubic meters of water used for hydroelectric generation.

The Act on the Compensation and Support for Areas Adjacent to Transmission and Substation Facilities, enacted in January 2014 with effect from July 2014, prescribes measures to be taken by power generation or transmission companies with respect to the communities adjacent to transmission and substation facilities. Under this Act, those who own land or houses in the vicinity of transmission lines and substation may claim

74

Table of Contents

compensation for damages or compel purchase of such properties by the power generation or transmission companies which are legally obligated in principle to pay for such damages or purchase such properties. In addition, under this Act, residents of communities adjacent to transmission and substation facilities are entitled to subsidies on electricity tariff as well as support for a variety of welfare projects and collective business ventures.

Prior to the construction of a generation unit, our generation subsidiaries perform an environmental impact assessment which is designed to evaluate public hazards, damage to the environment and concerns of local residents. A report reflecting this evaluation and proposing measures to address the problems identified must be submitted to and approved by the Ministry of Trade, Industry and Energy following agreement with related administrative bodies, including the Ministry of Environment prior to the construction of the unit. Our generation subsidiaries are then required to implement the measures reflected in the approved report. Despite these activities, civic community groups may still oppose the construction and operation of generation units (including nuclear units), and such opposition could adversely impact our construction plans for generation units (including nuclear units) and have a material adverse effect on our business, results of operations and cash flow.

Upon relocation of our corporate headquarters in November 2014, we developed and established Bitgaram Energy Valley as a smart energy hub city in Gwangju and Jeollanam-do, to attract and facilitate the growth of start-ups and research institutions related to new energy industries while contributing to the local economy, balanced regional development and job creation. To achieve this goal, we provide funding, business networks and research and development assistance to companies which entered into investment contracts with us. As of December 31, 2020, we have signed agreements with 501 companies relating to investments in the Bitgaram Energy Valley, outperforming our target in 2015 of 500 companies. We are currently developing Bitgaram Energy Valley to establish a spontaneous industrial ecosystem, which will contribute to the power industry as well as the national economy.

**Nuclear Safety**

KHNP takes nuclear safety as its top priority and continues to focus on ensuring the safe and reliable operation of nuclear power plants. KHNP also focuses on enhancing corporate ethics and transparency in the operation of its plants.

KHNP has a corporate code of ethics and is firmly committed to enhancing nuclear safety, developing new technologies and improving transparency. KHNP has also established the "Statement of Safety Policy for Nuclear Power Plants" to ensure the highest level of nuclear safety. Furthermore, KHNP invests approximately 5% of its total annual sales into research and development for the enhancement of nuclear safety and operational performance.

KHNP implements comprehensive programs to monitor, ensure and improve safety of nuclear power plants. In order to enhance nuclear safety through risk-informed assessment, KHNP conducts probabilistic safety assessments, including for low power-shutdown states, for all its nuclear power plants. In order to systematically verify nuclear safety and identify the potential areas for safety improvements, KHNP performs periodic safety reviews on a 10-year frequency basis for all its operating units. These reviews have been completed for Kori #1, #2, #3, #4; Hanbit #1, #2, #3, #4, #5, #6; Wolsong #1, #2, #3, #4; and Hanul #1, #2, #3, #4, #5, #6 once or more. Reviews for Shin-Kori #1 and #2 are in progress. In order to enhance nuclear safety and plant performance, KHNP has established a maintenance effectiveness monitoring program based on the maintenance rules issued by the United States Nuclear Regulatory Commission, which covers all of KHNP's nuclear power plants in commercial operation.

KHNP has developed the Risk Monitoring System for operating nuclear power plants, which it implements in all of its nuclear power plants. The Risk Monitoring System is intended to help ensure nuclear plant safety. In addition, KHNP has developed and implemented the Severe Accident Management Guidelines and is developing the Severe Accident Management Guidelines for Low Power-Shutdown States in order to manage severe accidents for all of its nuclear power plants.

75

**Table of Contents**

KHNP conducts various activities to enhance nuclear safety such as quality assurance audits and reviews by the KHNP Nuclear Review. KHNP maintains a close relationship with international nuclear organizations in order to enhance nuclear safety. KHNP invites international safety review teams such as the World Association of Nuclear Operators ("WANO") Peer Review Team to its nuclear plants for purposes of meeting international standards for independent review of its facilities. KHNP actively exchanges relevant operational information and technical expertise with its peers in other countries. For example, KHNP conducted WANO Pre-Startup Peer Reviews for Shin-Hanul #1 unit in 2020. The recommendations and findings from this event were shared with KHNP's other nuclear plants to implement improvements at such plants. In addition, KHNP has applied for the Operational Safety Review Team at the International Atomic Energy Agency to conduct a mission at Shin-Kori #3 and #4 units in the second half year of 2022. The purpose of such application was to ensure that KHNP nuclear generation units reflect the global safety standards.

The average level of radiation dose per unit amounted to a relatively low level of 0.34 man-Sv in 2020, which was substantially lower than the global average of 0.57 man-Sv/year in 2020 as reported in the WANO performance indicator report.

In response to the damage to the nuclear facilities in Japan as a result of the tsunami and earthquake in March 2011, the Government conducted additional safety inspections on nuclear power plants by a group of experts from governmental authorities, civic groups and academia. As a result of such inspections, the Government required KHNP to perform 46 comprehensive safety improvement measures. As of December 31, 2020, KHNP has completed implementation of 45 measures and will implement the one remaining measure by 2024. The Government also established the Nuclear Safety & Security Commission in October 2011 for neutral and independent safety appraisals. KHNP developed ten additional measures through benchmarking of overseas cases and internal analysis of current operations. As of December 31, 2020, KHNP has completed implementation of nine measures and will implement the one remaining measure by 2023.

From time to time, our nuclear generation units may experience unexpected shutdowns. For example, on September 12, 2016, multiple earthquakes including a magnitude 5.8 earthquake hit the city of Gyeongju, a home to KHNP's headquarters and Wolsong Nuclear Power Plant. Although there was no material safety issues, KHNP had manually stopped the operations of Wolsong Nuclear Power Plant units #1, 2, 3, and 4 according to the safety guidelines. All units have resumed their operations on December 5, 2016, with the approval by the Nuclear Power Safety Commission. KHNP finished implementing measures to improve the safety by reinforcing seismic capability of its core facilities and performing stress tests across all its nuclear power plants. In 2018, KHNP finished the implementation of such measures for 24 units and enhanced seismic capability of the core facilities to withstand a magnitude 7.0 earthquake (6.5 before implementation). As for the units under construction (Shin-Kori#5 and #6), the core facilities will be able to withstand a magnitude 7.4 earthquake.

Low and intermediate level waste, or LILW, and spent fuels are stored in temporary storage facilities at each nuclear site of KHNP. The temporary LILW storage facilities at the nuclear sites had been sufficient to accommodate all LILWs produced up to 2015. Korea Radioactive Waste Agency ("KORAD") completed the construction of a LILW disposal facility in the city of Gyeongju, and government approval for its operations was obtained in December 2014.

In order to increase the storage capacity of temporary storage facilities for spent fuels, KHNP has been pursuing various projects, such as installing high-density racks in spent fuel pools and building dry storage facilities. Through these activities, we expect that the storage capacity for spent fuels in all nuclear sites will be sufficient to accommodate all the spent fuels produced by 2021. The policy for spent fuel management options is currently under development.

In 2009, the Radioactive Waste Management Act ("RWMA") was enacted in order to centralize management of the disposal of spent fuels and LILW and enhance the security and efficiency of related management processes. The RWMA designates KORAD to manage the disposal of spent fuels and LILW.

76

**Table of Contents**

Pursuant to the RWMA, the Government has established the Radioactive Waste Management Fund. The management expense for LILW is paid when LILW is transferred to KORAD, and the charge for spent fuels is paid based on the quantity generated every quarter. LILW-related management costs and charges for spent fuels are reviewed by the Ministry of Trade, Industry and Energy every two years. In December 2019, after the review by the committee composed of Government officials, KHNP, Korea Radioactive Waste Management Corporation and experts in finance and accounting, LILW-related management costs were increased while charges for spent fuels remained the same. The change in LILW-related management costs caused an increase in KHNP's expenses relating to radioactive waste.

In addition, in February 2021, in accordance with the Government's guidelines for strengthening the safety of nuclear power plants, the period for verifying seismic resilience of major equipment was extended. In light of the fact that forced efforts to shorten the process could endanger the workers, the construction period of Shin-Kori #5 and #6 units have been extend by twelve months and nine months to March 2024 and March 2025, respectively.

All of KHNP's nuclear plants are currently in compliance with Korean law and regulations and the safety standards of the IAEA in all material respects. For a description of certain past incidents relating to quality assurance in respect of KHNP, see Item 3.D. "Risk Factors—Our risk management policies and procedures may not be fully effective at all times."

**Decommissioning**

Decommissioning of a nuclear power unit is the process whereby the unit is shut down at the end of its life, the fuel is removed and the unit is eventually dismantled. KHNP implements a dismantling policy under which dismantling would take place five to ten years after the unit's closure. KHNP renewed the operating license of Kori #1, the first nuclear power plant constructed in Korea, which commenced operation in 1978, for an additional ten years in 2007. At the recommendation of the Ministry of Trade, Industry and Energy, KHNP has decided not to renew the operating license of Kori #1 and the initial phase of decommissioning (namely, safety inspection and removal of spent fuels) of Kori #1 has begun after its permanent shutdown in June 2017. In February 2015, KHNP also renewed the operation license of Wolsong #1 (which originally expired in November 2012) for an additional ten years until 2022. In June 2015, reactivation of Wolsong #1 was approved by the NSSC after periodic inspection. However, a civic group has since then brought a lawsuit to reverse such approval, and in February 2017, a lower court ruled to annul the NSSC's approval, which ruling has since been appealed. On June 15, 2018, the board of directors of KHNP decided to (i) retire Wolsong #1 unit earlier than planned due to comprehensive evaluation of the economic viability and regional sentiment of its continuing operation and (ii) discontinue the construction of Chunji #1 and #2 as well as Daejin #1 and #2 units. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Wolsong #1 unit accrued to Won 572,216 million and reversal of impairment loss was Won 16,693 million. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Chunji #1 and #2 as well as Daejin #1 and #2 units amounted to Won 38,886 million. Although the board of directors did not make any decisions regarding Shin-Hanul #3 and #4 units, which are new nuclear plants under construction, we cannot assure you that the construction of these units will not be discontinued. From the beginning of 2018 to the end of 2019, impairment loss in connection with the property, plant and equipment of Shin-Hanul #3 and #4 units accrued to Won 134,736 million. As of December 31, 2020, the impairment loss for each unit is still the same amount. KHNP retains full financial and operational responsibility for decommissioning its units.

KHNP has accumulated decommissioning costs as a liability since 1983. The decommissioning costs of nuclear facilities are defined by the Radioactive-Waste Management Act, which requires KHNP to credit annual appropriations separately. These costs are estimated based on studies conducted by the relevant committees, and are reviewed by the Ministry of Trade, Industry and Energy every two years. In 2019, the actual discount rates decreased and the decommissioning cost per unit increased. As of December 31, 2020, KHNP was required to accrue Won 20,074 billion for the costs of dismantling and decontaminating existing nuclear power plants, which

**Table of Contents**

consisted of dismantling costs of nuclear plants of Won 16,975 billion and dismantling costs of spent fuels and radioactive waste of Won 3,099 billion. For accounting treatment of decommissioning costs, see Item 5.A. "Operating Results—Critical Accounting Policies—Decommissioning Costs of Nuclear Plants, Spent Fuels and Radioactive Waste."

**Overseas Activities**

We are engaged in a number of overseas activities. We believe that such activities help us diversify our revenue streams by leveraging the operational experience of us and our subsidiaries gathered from providing a full range of services, such as power plant construction and specialized engineering and maintenance services in Korea, as well as establishing strategic relationships with countries that are or may become providers of fuels.

Throughout the years, we have sought to expand our project portfolio to include the construction and operation of conventional thermal generation units, nuclear generation units and renewable energy power plants, transmission and distribution and mining and development of fuel sources. While strategically important, we believe that our overseas activities, as currently being conducted, are not in the aggregate significant in terms of scope or amount compared to our domestic activities. In addition, a number of the overseas contracts currently being pursued are based on non-binding memoranda of understanding and the details of such projects may significantly change during the course of negotiating the definitive agreements. In October 2020, we made a statement that we intend to focus on low-carbon and eco-friendly overseas projects, such as new renewable energy and combined gas power generation, and not pursue new projects in coal-fired power plants. For those overseas coal-fired power plant projects we are already engaged in, we intend to work on those in an environmentally friendly way by applying more stringent environmental standards than the international standards.

Below is a description of our major overseas projects.

*Generation Projects*

*Nuclear Generation Projects*

In December 2009, following an international open bidding process, we entered into a prime contract for the original contract amount of US$18.6 billion with the Emirates Nuclear Energy Corporation ("ENEC"), a state-owned nuclear energy provider of the United Arab Emirates ("UAE"), to design and construct four civil nuclear power generation units to be located in Barakah, a region approximately 270 kilometers from Abu Dhabi, for the UAE's peaceful nuclear energy program. Under the contract, we and our subcontractors, some of which are our subsidiaries, are to perform various duties including, among others, designing and constructing four nuclear power generation units each with a capacity of 1,400 megawatts, supplying nuclear fuel for three fuel cycles including initial loading, with each cycle currently projected to last for approximately 18 months, and providing technical support, training and education related to plant operation. The target completion dates for the four units are currently under discussion for an amendment between the parties and will be disclosed after confirmation. The contract amount of US$18.6 billion was increased to US$19.1 billion as per the amendment signed in November 2017.

On October 20, 2016, in order to foster a long-term strategic partnership and stable management of the units' post-construction we entered into an investment agreement with ENEC to jointly establish Barakah One PJSC, a special purpose company which will oversee the operation and management of the nuclear power plant currently being constructed in Barakah, United Arab Emirates. Barakah One PJSC is capitalized with loans in the amount of US$19.6 billion and equity of US$4.7 billion. We have an 18% equity interest in Barakah One PJSC, and also have an 18% equity interest in Nawah Energy Company, a subsidiary of ENEC, which will also be responsible for the operation and maintenance of the Barakah nuclear power plant. On December 20, 2018, the board of directors of KEPCO resolved to invest additional US$380 million in Barakah One PJSC. With the

78

Table of Contents

additional investment, KEPCO's total capital investment amount in Barakah One PJSC is expected to be US$1.28 billion. KEPCO's equity interest in the project is 18%, which remains unchanged. The total project cost of the construction and operation of the Barakah nuclear power plant is expected to be approximately US$29.5 billion, and the operational period is expected to be 60 years after the project commercial operation date in 2025. Actual capital contribution is currently scheduled to be made in September 2025.

*Non-nuclear Generation Projects*

We are currently engaged in three major power projects in the Philippines: (i) a "build, operate and transfer" of a 1,200-megawatt combined-cycle power plant project in Ilijan, of which an energy conversion agreement with National Power Corporation ("NPC") was entered into in November 1997. Construction of this project was completed in June 2002 and which is being operated by us until 2022 (the project cost of the Ilijan project was US$721 million, for which project finance on a limited recourse basis was provided), (ii) ownership of a 39.6% equity interest in SPC Power Corporation, an independent power producer, and a 39.6% equity interest in two distribution companies in the Philippines, and (iii) a "build, operate and own" of a 200-megawatt CFBC coal power plant in Cebu for which construction began in December 2007 and was completed in May 2011, followed by operation thereof until 2036. The project cost of the Cebu project was US$451 million, for which project financing on a limited recourse basis was provided.

In April 2007, we formed a limited partnership with Shanxi International Electricity Group and Deutsche Bank in China to develop and operate power projects in Shanxi province, China, which was approved by the Chinese government. The total capital investment in these projects amounted to US$1.33 billion, of which our capital investment was US$450 million. We are expected to participate in the operation of the project for a period of 50 years ending 2057. The total capacity of these projects is 9,217 megawatts and our equity interest in the partnership was 34%.

In July 2008, a consortium consisting of us and Xenel of Saudi Arabia won the bid to "build, own and operate" a gas-fired power plant with installed capacity of 373 megawatts in Al Qatrana, near Amman, and we entered into definitive agreements in October 2009. Construction of this project was completed in December 2011, and the plant is currently in operation and will be operated until 2035. The total project cost was US$461 million, of which the consortium made an equity contribution of US$143 million and the remainder was funded with debt financing. We and Xenel own 80:20 equity interests in the project, respectively.

In December 2008, we formed a consortium with ACWA Power International of Saudi Arabia and submitted a bid for the 1,204 megawatts oil-fired power project in Rabigh, Saudi Arabia. In March 2009, we were selected as the preferred bidder, and in July 2009, we entered into a power purchase agreement with Saudi Electricity Company. Construction of the project was completed in April 2013, and we will participate in the operation of the plant for 20 years. The total project cost was approximately US$2.5 billion. We currently hold a 40.0% equity interest in the joint venture entity, Rabigh Electricity Company, which operates the project.

In August 2010, a consortium led by us was selected as the preferred bidder in an international auction for the construction and operation of the Norte II gas-fueled combined-cycle electricity generation facility in Chihuahua, Mexico, as ordered by the Commission Federal de Electricidad ("CFE") of Mexico. The consortium established a special purpose vehicle, KST Electric Power Company ("KST"), to act as the operating entity, and in September 2010, KST entered into a power purchase agreement with CFE in relation to the construction and operation of a 433-megawatt combined-cycle power plant at Chihuahua in Mexico. In October 2010, KST was licensed by the Mexican government as an independent power producer, which allows it to produce and sell electricity to CFE during the specified contract period. The project will be undertaken on a "build, own and operate" basis. The total cost of the project is approximately US$427 million. We hold a 56% equity interest in the consortium, with the remaining equity interests held by Samsung Asset Management (34% equity interest) and Techint, a company based in Mexico (10% equity interest). Approximately 6% (equating to 24% before refinancing) of the total project costs is being financed through equity investments by the consortium and the

79

**Table of Contents**

remaining 94% (equating to 77.5% before refinancing) through the project bond issuance guaranteed by Export-Import Bank of Korea. Commercial operation of this project commenced in December 2013, and the operation period will run for 25 years until 2038. Our wholly-owned subsidiary, KEPCO Energy Service Company, currently manages the operation of the project.

In October 2010, a consortium including us was selected by Abu Dhabi Water & Electricity Authority ("ADWEA"), a state-run utilities provider in the UAE, as the preferred bidder in an international bidding for the construction and operation of the combined-cycle natural gas-fired electricity generation facilities in Shuweihat, UAE with aggregate capacity of 1,600 megawatts. Construction was completed in July 2014 and we will participate in the operation of the plant until 2039. The total project cost was approximately US$1.4 billion, of which 20% was financed through equity investments by the consortium members and the remaining 80% through debt financing. Equity interests in the consortium are owned by ADWEA (60.0%), Sumitomo (20.4%) and us (19.6%). The total amount of our equity investment in the project is approximately US$56 million.

In January 2012, a consortium consisting of us, Mitsubishi Corporation and Wartsila Development & Financial Services of Finland was selected by National Electric Power Corporation, a state-run electricity provider in Jordan, to construct and operate a diesel engine power project in Al Manakher with an expected total generation capacity of 573 megawatts. Construction of this project was completed in October 2014 and the plant is currently in operation and will be operated until 2039. The total project cost was approximately US$760 million, of which the consortium made an equity contribution of approximately US$190 million and the remainder was funded with debt financing. We, Mitsubishi Corporation and Wartsila Development & Financial Services own 60:35:5 equity interests in the project, respectively. Our equity investment in this project is US$104 million.

In March 2013, a consortium consisting of us and Marubeni, a Japanese corporation, was selected by the Ministry of Industry and Trade of Vietnam for the construction and operation of a 1,200 megawatts coal-fired power plant in Thanh Hoa province, Vietnam. We started construction in July 2018 and to complete completion by July 2022, followed by operation for 25 years. The total project cost is expected to be US$2.5 billion, of which 24% will be funded by equity contribution and the remaining 76% by debt financing. The share capital of the special purpose entity in charge of this project is US$568 million, and we, Marubeni, and Tohoku Power hold 50%, 40%, and 10% equity interest in the consortium, respectively.

On October 6, 2016, a consortium comprised of us, Marubeni Corporation and four local entities, with equity interest in the consortium of 24.5%, 24.5% and 51.0%, respectively, was notified that it has been selected by the Republic of South Africa Department of Energy as the preferred bidder for the construction and operation project of a coal-fired power plant in the Republic of South Africa. However, in consideration of environmental lawsuits and deteriorating coal-fired power plant business conditions, we plan to discuss discontinuing the project with the relevant department once the COVID-19 situation in South Africa eases off.

On January 2, 2020, Pulau Indah Power Plant, a special purpose company in which KEPCO owned 25% shares, received a Letter of Notification to develop a 1,200MW combined-cycle gas-fired power plant from Energy Commission, the host entity of the project. The project is now being developed by a consortium of us (25%) and Worldwide Holding Bhd (75%), a wholly owned subsidiary of the Selangor State Development Corporation. The construction started in December 2020 and is expected to be completed by January 2024. The total project cost is expected to be approximately US$766 million, and we expect to invest approximately US$39 million for the equity interest. We signed a power purchase agreement (PPA) in August 2020 with Tenaga Nasional Berhad (TNB), which will be effective from January 2024 for a period of 21 years. This project marks our first entry into the Malaysian power generation market.

On November 5, 2019, we entered into an Energy Conversion Agreement comprising of a power purchase agreement with the Guam Power Authority for a term of 25 years to construct and operate Ukudu gas-fired power plants in Guam, United States, including 198 megawatts gas fired power plant, 39 megawatts back-up

80

Table of Contents

diesel generator and 25 megawatts energy storage facility. KEPCO and Korea East-West Power Co., Ltd., hold 60% and 40% shares in the project, respectively. The total project cost is expected to be approximately US$727 million, and we expect to invest US$87 million for the equity interest. The construction of the project is expected to commence in 2021 upon approval of the environmental impact assessment and the issuance of relevant permits. The power station is expected to commence commercial operation in 2024. The completed power plants are expected to be operated as base load generators, replacing the existing old heavy fuel power plants in Guam.

On June 30, 2020, our board of directors approved our plan to invest US$51 million in the expansion of two coal-fired power plants called Java 9 and Java 10 on the Indonesian island of Java. We will invest together with PT Perusahaan Listrik Negara ("PLN"), an Indonesian state electricity company, and PT Barito Pacific Tbk., an Indonesian company. The total investment will be approximately US$3.39 billion and each of KEPCO, PLN and Barito Pacific will respectively own 15%, 51% and 34% shares in the joint venture. The joint venture will manage the construction of two planned units of one gigawatt generation capacity each. Doosan Heavy Industries & Construction Co., Ltd. and PT. Hutama Karya, an Indonesian government-owned company, formed a consortium to act as the construction contractor for the project. Korea Development Bank, the Export-Import Bank of Korea, and Korea Trade Insurance Corporation are our lenders for the project. The construction of Java 9 is expected to be completed in the fourth quarter of 2024 and Java 10 is expected to be completed in the first quarter of 2025. The joint venture is a party to a 25-year power purchase agreement with PLN.

On October 5, 2020, our board of directors approved our plan to invest US$2.05 million in the construction of Vung Ang 2 coal-fired power plant in Vietnam in exchange for 40% shares in the project. The new plant will be located in Ha Tinh Province, Vietnam, adjacent to Vung Ang 1 power plant and will consist of two units with 600 megawatts generation capacity each. The construction is expected to start in the first half of 2021. The power plant is expected to be completed in 2025. Diamond Generating Asia, a subsidiary of Mitsubishi Corporation, a Japanese corporation, is the main sponsor of this project. Doosan Heavy Industries & Construction Co., Ltd. and Samsung C&T Corporation will participate as the Engineering, Procurement, and Construction (EPC) contractors. We will secure financing from the Export-Import Bank of Korea. We will operate this plant together with other co-investors for 25 years.

### Exploration and Production Projects

In order to secure a more reliable supply of fuel for power generation and hedge against fluctuations in fuel price, from 2007 to 2016, we pursued overseas exploration and production projects, including five bituminous coal projects and five uranium projects involving investments of approximately Won 1.4 trillion. However, pursuant to the Government's Proposal for Adjustment of Functions of Public Institutions (Energy Sector) announced in June 2016, as of December 31, 2016, except for the Bylong project described below, we transferred all our assets and liabilities for our overseas resource business to our six generation subsidiaries, which are the end-consumers of fuels and are therefore expected to more responsively manage these projects. The amount of net assets that we transferred to our generation subsidiaries as of December 31, 2016 was Won 622 billion.

One exception to the transfers on such date was our 90% equity interest in KEPCO Bylong Pty Ltd ("KEPCO Bylong"). We transferred 10% of our equity interest in the KEPCO Bylong to our five non-nuclear generation subsidiaries as of December 31, 2016, and we plan to gradually transfer the remainder of our interest to them subject to the progress of the regulatory approval process and resource production phase of the project. In July 2015, KEPCO Bylong lodged a development application to the State Government of New South Wales (the "NSW") of Australia. In September 2019, Independent Planning Commission of the NSW, which is the governmental authority with the approval power, refused to grant KEPCO Bylong's development application. As of December 31, 2020 we have invested approximately Won 810 billion in the Bylong project, and, as of December 31, 2020, impairment loss in connection with the Bylong project accrued to approximately Won 540 billion. We filed for a judicial review against the Independent Planning Commission at the Land and Environment Court of New South Wales, Australia in December 2019 for its violations in the development

Table of Contents

permit evaluation process. The Court ruled against us in December 2020 but we submitted a Notice of intention to appeal to the Supreme Court of New South Wales, Court of Appeal, and plan to proceed with the appeal.

Our nuclear generation subsidiary, KHNP, is also pursuing development projects for procurements of uranium in countries including Canada, France and Niger.

### Renewable Energy Projects

Our overseas renewable energy projects include the generation of electricity through renewable energy sources.

Since 2005, joint ventures between us and China Datang Corporation of the People's Republic of China have built and operated a number of wind farms in Inner Mongolia, Liaoning and Gansu provinces. We own 40% of these joint ventures, whose equity in the aggregate amount is approximately US$450 million. The projects are funded one-third by equity contributions and two-thirds by debt financing. As of December 31, 2020, the joint venture operated 22 wind farms with a total capacity of 1,017 megawatts and a 7-megawatt photovoltaic power station.

In December 2015, we entered into an agreement with the Ministry of Energy and Mineral Resources of Jordan to build, own and operate a wind farm with installed capacity of 89.1 megawatts in Fujeij, Ma'an, Jordan. Commercial operations commenced on July 14, 2019. Total project cost is approximately US$181 million, of which 40% is financed through equity investments by us and the remaining 60% through debt financing. We believe that this project will help us to further diversify our business portfolio in the Middle East from the existing focus on nuclear and thermal power plants to expand to renewable energy facilities.

In June 2015, we entered into a memorandum of understanding with Energy Product, a Japanese local developer, to build, own and operate photovoltaic power station with a capacity of 28 megawatts, together with a 13.7 megawatts-hour energy storage system, in Chitose, Hokkaido prefecture in Japan. The parties subsequently signed the joint development agreement and other definitive agreements. The power station, in which we own 80.1% interest, started commercial operation in July 2017. Total project cost is approximately JPY 10.9 billion, of which 20% was financed through 80:20 equity investments by us and EP. The remaining 80% is funded through debt financing.

In August 2016, we entered into a Purchase and Sale Agreement with Cogentrix Solar Holdings to operate a photovoltaic power station in Colorado, United States, with a capacity of 30 megawatts for 25 years. Total project cost is approximately US$85 million, of which 50.1% was financed through 50.1:49.9 equity investments by us and a private equity fund formed by us and National Pension Service. It was our first foray into the North American power market.

In June 2017, we won a project to build, own and operate a photovoltaic power station in Guam, United States, with a capacity of 60 megawatts and a 32 megawatts-hour energy storage system for 25 years. The total project cost is approximately US$186 million, and we will be financing 22% of the cost through equity investment and hold 100% of the equity interests. The remaining 78% will be funded through debt and tax equity financing. We have entered into a Power Purchase Agreement with Guam Power Authority in August 2018. The construction started in May 2020, and it is expected to be completed in December 2021. The entire volume of electricity generated from the power station will be purchased by Guam Power Authority for 25 years.

In September 2017, we entered into an agreement with Recurrent Energy to operate 3 solar photovoltaic project in southern California, United States, with a capacity of 235MW for 34 years. KEPCO partnered with the Corporate Partnership Fund, a Korean private equity fund. We invested USD 38 million in the project, and the transaction marks our largest investment in the U.S. solar market.

**Table of Contents**

In October 2018, we entered into a Share Purchase Agreement and Share Subscription Agreement to operate a photovoltaic power station with a capacity of 50 megawatts in Calatagan in the Philippines. The parties, KEPCO and Solar Philippines Power Project Holdings, Inc., subsequently signed the Shareholders' Agreement in December 2018, in which KEPCO owns 38% interest. We financed PHP 2.25 billion (approximately USD 42.8 million) for the Calatagan Project, of which 80% was financed through equity investments and the remaining 20% was funded through debt financing.

In October 2019, KEPCO and Sprott Korea as a consortium entered into a Share Purchase Agreement and Shareholders Agreement with Canadian Solar INC to develop and operate a photovoltaic power station with a capacity of 294 megawatts in Mexico, including the State of Sonora, for 35 years. We invested USD 41 million in the project, and the transaction marks KEPCO's first investment in the solar market in Mexico. The financing for the photovoltaic power stations in Horus, Mexico and Tastiota, Mexico was secured in March 2020 and September 2020, respectively. The construction of the photovoltaic power station in Horus, Mexico was completed in November 2020.

In July 2020, KEPCO agreed to enter into a Termination Agreement to the Power Purchase Agreement with the Public Service Company of Colorado. In September 2020, the Public Service Company of Colorado applied for an approval of the Termination Agreement by the Colorado Public Utilities Commission. The Colorado Public Utilities Commission will make its decision in 2021 and such approval is a condition precedent to the Termination Agreement.

Although renewable energy projects are currently insignificant as a proportion of our total overseas activities and our generation activities, we expect the portion of renewable energy projects to increase in the future as we seek to penetrate the overseas renewable energy market, diversify our businesses and actively address climate change. We expect to further diversify our business in the renewable energy sector to also include smart transmission and distribution facilities, smart grids and utilization of new energy related technologies.

**North Korea**

*Kaesong Industrial Complex*

Since 2005, we have provided electricity to the industrial complex located in Kaesong, North Korea, which was established pursuant to an agreement made during the summit meeting of the two Koreas in June 2000. The Kaesong Industrial Complex is the largest economic project between the two Koreas and is designed to combine the Republic's capital and entrepreneurial expertise with the availability of land and labor of North Korea. In March 2005, we built a 22.9 kilovolt distribution line from Munsan substation in Paju, Gyeonggi Province to the Kaesong Industrial Complex and became the first to supply electricity to pilot zones such as ShinWon Ebenezer. In April 2006, we started to construct a 154 kilovolt, 16 kilometer transmission line connecting Munsan substation to the Kaesong Industrial Complex as well as Pyunghwa substation in the complex and began operations in May 2007.

At the end of 2015, we supplied electricity to 254 units, including administrative agencies, support facilities and resident corporations, using a tariff structure identical to that of South Korea. However, we suspended power transmission to the Kaesong Industrial Complex since February 11, 2016 following the Government's decision to halt operations of the industrial complex to impede North Korea's utilization of funds from the industrial complex to finance its nuclear and missile programs. On August 14, 2018, we resumed power transmission to the facilities that are part of the Joint Liaison Office between South and North Korea but we suspended it again on June 16, 2020 in compliance with the request by the Ministry of Unification of the Korean Government. It has been reported in the media that the parties have now temporarily closed the Joint Liaison Office in accordance with the request by North Korea to stop the spread of COVID-19 and all KEPCO personnel have withdrawn from the facilities without resuming power transmission since June 16, 2020.

**Table of Contents**

As of December 31, 2020, the book value of our facility located at the Kaesong Industrial Complex was Won 15.5 billion. For the year ended December 31, 2020, the amount of trade receivables from the companies residing in Kaesong Industrial Complex was Won 2.9 billion. It is currently uncertain if we can exercise the property rights for our facility in the Kaesong Industrial Complex. No assurance can be given that we will not experience any material losses as a result of the suspension of this project or failure of the project as a result of a breakdown or escalation of hostilities in the relationship between the Republic and North Korea. See Item 3.D. "Risk Factors—Risks Relating to Korea and the Global Economy—Tensions with North Korea could have an adverse effect on us and the market value of our shares."

**Insurance**

We and our generation subsidiaries carry insurance covering against certain risks, including fire, in respect of key assets, including buildings, equipment, machinery, construction-in-progress and procurement in transit, as well as, in the case of us, directors' and officers' liability insurance. We and our generation subsidiaries maintain casualty and liability insurance against risks related to our business to the extent we consider appropriate. Other than KHNP, neither we nor our generation subsidiaries separately insure against terrorist attacks. These insurance and indemnity policies, however, cover only a portion of the assets that we own and operate and do not cover all types or amounts of loss that could arise in connection with the ownership and operation of these assets.

Substantial liability may result from the operations of our nuclear generation units, the use and handling of nuclear fuel and possible radioactive emissions associated with such nuclear fuel. KHNP maintains property and liability insurance against risks of its business to the extent required by the related law and regulations or considered as appropriate and otherwise self-insures against such risks. KHNP carries insurance for its generation units against certain risks, including property damage, nuclear fuel transportation and liability insurance for personal injury and property damage. KHNP carries property damage insurance covering up to US$1 billion per accident for all properties within its plant complexes, which includes property insurance coverage for acts of terrorism up to US$300 million and for breakdown of machinery up to US$300 million. In addition to the insurance on operating nuclear power generation units, KHNP has construction insurance for Shin-Kori #5 and #6 and Shin-Hanul #1 and #2. KHNP maintains nuclear liability insurance for personal injury and third-party property damage for coverage of up to 300 million Special Drawing Rights, or SDRs, which amounts to approximately US$432.1 million, at the rate of 1 SDR = US$1.44027 as posted on the Internet homepage of the International Monetary Fund on December 23, 2020 per plant complex, for a total coverage of 1.5 billion SDRs. KHNP is also the beneficiary of a Government indemnity with respect to such risks for damage claims of up to Won 300 million SDRs per nuclear plant complex, for a total coverage of 1.5 billion SDRs. Under the Nuclear Damage Compensation Act of 1969, as amended, KHNP is liable only up to 300 million SDRs, per single accident per plant complex; provided that such limitation will not apply where KHNP intentionally causes harm or knowingly fails to prevent the harm from occurring. KHNP will receive the Government's support, subject to the approval of the National Assembly, if (i) the damages exceed the insurance coverage amount of 300 million SDRs and (ii) the Government deems such support to be necessary for the purposes of protecting damaged persons and supporting the development of nuclear energy business. KHNP carries insurance for its generation units and nuclear fuel transportation, and we believe that the level of insurance is generally adequate and is in compliance with relevant laws and regulations. In addition, KHNP is the beneficiary of Government indemnity which covers a portion of liability in excess of the insurance. However, such insurance is limited in terms of amount and scope of coverage and does not cover all types or amounts of losses which could arise in connection with the ownership and operation of nuclear plants. Accordingly, material adverse financial consequences could result from a serious accident or a natural disaster to the extent it is neither insured nor covered by the government indemnity. See Item 3.D. "Risk Factors—Risks Relating to KEPCO—The amount and scope of coverage of our insurance are limited."

**Competition**

As of December 31, 2020, we and our generation subsidiaries owned approximately 64.9% of the total electricity generation capacity in Korea (excluding plants generating electricity for private or emergency use).

84

Table of Contents

New entrants to the electricity business will erode our market share and create significant competition, which could have a material adverse impact on our financial condition and results of operations.

In particular, we compete with independent power producers with respect to electricity generation. The independent power producers accounted for 28.6% of total power generation in 2020 and 35.1% of total generation capacity as of December 31, 2020. As of December 31, 2020, there were 20 independent power producers in Korea, excluding renewable energy producers. Private enterprises became permitted to own and operate coal-fired power plants in Korea only after the Ministry of Trade, Industry and Energy approved plans for independent power producers to construct coal-fired power plants under the Sixth Basic Plan announced in February 2013. Under the Ninth Basic Plan announced in December 2020, six coal-fired power plants are planned to be constructed by independent power producers by 2024. While it remains to be seen whether construction of these generation units will be completed as scheduled, if these units were to be completed as scheduled and/or independent power producers are permitted to build additional generation capacity (whether coal-fired or not), our market share in Korea may decrease.

An amendment to the Electric Utility Act is underway that will enable us to directly participate in the development of renewable power generation. Under the current Electric Utility Act, a single business entity cannot participate in two or more types of electric businesses. The proposed amendment allows a market-type public institution like us to participate in renewable power generation business to a limited degree. The amendment bill was proposed in July 2020 and is now pending deliberation by the Korean national assembly. When the bill passes, we intend to pursue renewable power generation projects such as large-scale offshore wind power.

In addition, under the Community Energy System adopted by the Government in 2004, a minimal amount of electricity is supplied directly to consumers on a localized basis by independent power producers outside the cost-based pool system. Such system is used by our generation subsidiaries and most independent power producers to distribute electricity nationwide. The purpose of this system is to geographically decentralize electricity supply and thereby reduce transmission losses and improve the efficiency of energy use. These entities do not supply electricity on a national level but are licensed to supply electricity on a limited basis to their respective districts under the Community Energy System. As of March 31, 2021, the aggregate generation capacity of suppliers participating in the Community Energy System amounted to less than 1% of that of our generation subsidiaries in the aggregate. We currently do not expect the Community Energy System to be widely adopted, especially in light of the significant level of capital expenditure required for such direct supply. However, if the Community Energy System is widely adopted, it may erode our currently dominant market position in the generation and distribution of electricity in Korea and may have a material adverse effect on our business, results of operations and financial condition.

Our market dominance in the electricity distribution in Korea also may face potential erosion in light of the recent Proposal for Adjustment of Functions of Public Institutions (Energy Sector) announced by the Government in June 2016. This proposal contemplates a gradual opening of the electricity trading market to the private sector although no detailed roadmap has been provided for such opening. It is currently premature to predict to what extent, or in what direction, the liberalization of the electricity trading market will happen. Nonetheless, any significant liberalization of the electricity trading market may result in substantial reduction of our market share in electricity distribution in Korea, which would have a material adverse effect on our business, results of operation and cash flows.

The electric power industry, which began its liberalization process with the establishment of our power generation subsidiaries in April 2001, may become further liberalized in accordance with the Restructuring Plan. See Item 4.B. "Business Overview—Restructuring of the Electric Power Industry in Korea."

In the residential sector, consumers may use natural gas, oil and coal for space and water heating and cooking. However, currently there is no practical substitute for electricity for lighting and other household appliances, which is available on commercially affordable terms.

Table of Contents

In the commercial sector, electricity is the dominant energy source for lighting, office equipment and air conditioning. For its other uses, such as space and water heating, natural gas and, to a lesser extent, oil, provide competitive alternatives to electricity.

In the industrial sector, electricity is the dominant energy source for a number of industrial applications, including lighting and power for many types of industrial machinery and processes that are available on commercially affordable terms. For other uses, such as heating, electricity competes with oil and natural gas and potentially with gas-fired combined heating and power plants.

**Regulation**

We are a statutory juridical corporation established under the KEPCO Act for the purpose of ensuring a stable supply of electric power and further contributing toward the sound development of the national economy through facilitating development of electric power resources and carrying out proper and effective operation of the electricity business. The KEPCO Act (including the amendment thereto) prescribes that we engage in the following activities:

1. development of electric power resources;

2. generation, transmission, transformation and distribution of electricity and other related business activities;

3. research and development of technology related to the businesses mentioned in items 1 and 2;

4. overseas businesses related to the businesses mentioned in items 1 through 3;

5. investments or contributions related to the businesses mentioned in items 1 through 4;

6. businesses incidental to items 1 through 5;

7. Development and operation of certain real estate held by us to the extent that:

    a. it is necessary to develop certain real estate held by us due to external factors, such as relocation, consolidation, conversion to indoor or underground facilities or deterioration of our substation or office; or

    b. it is necessary to develop certain real estate held by us to accommodate development of relevant real estate due to such real estate being incorporated into or being adjacent to an area under planned urban development; and

8. other activities entrusted by the Government.

The KEPCO Act currently requires that our profits be applied in the following order of priority:

• first, to make up any accumulated deficit;

• second, to set aside 20.0% or more of profits as a legal reserve until the accumulated reserve reaches one-half of our capital;

• third, to pay dividends to shareholders;

• fourth, to set aside a reserve for expansion of our business;

• fifth, to set aside a voluntary reserve for the equalization of dividends; and

• sixth, to carry forward surplus profit.

As of December 31, 2020, the legal reserve was Won 1,605 billion and the voluntary reserve was Won 32,179 billion, which consisted of reserve for business expansion of Won 26,362 billion, reserve for investment in social overhead capital of Won 5,277 billion, reserve for research and human development of Won 330 billion and reserve for equalizing dividends of Won 210 billion.

86

Table of Contents

We are under the supervision of the Ministry of Trade, Industry and Energy, which has principal supervisory responsibility (in consultation with other Government agencies, such as the Ministry of Economy and Finance, as applicable) over us with respect to the appointments of our directors and our other senior management as well as approval of electricity tariff rate adjustments, among others.

Because the Government owns part of our capital stock, the Government's Board of Audit and Inspection may audit our books.

The Electric Utility Act requires that licenses be obtained in relation to generation, transmission, distribution and sales of electricity, with limited exceptions. We hold the license to transmit, distribute and sell electricity. Each of our six generation subsidiaries holds an electricity generation license. The Electric Utility Act governs the formulation and approval of electricity rates in Korea. See "—Sales and Customers—Electricity Rates" above. An amendment to the Electric Utility Act is underway that will enable us to directly participate in the development of renewable power generation. Under the current Electric Utility Act, a single business entity cannot participate in two or more types of electric businesses. The proposed amendment allows a market-type public institution like ourselves to participate in renewable power generation business to a limited degree. The amendment bill was proposed in July 2020 and is now pending deliberation by the Korean national assembly. When the bill passes, we intend to pursue renewable power generation projects such as large-scale offshore wind power.

Our operations are subject to various laws and regulations relating to environmental protection and safety.

**Debt Reduction Program and Related Activities**

In light of the general policy guideline of the Government for public institutions (including us and our generation subsidiaries) to reduce their respective overall debt levels, we and our generation subsidiaries have, in consultation with the Ministry of Trade, Industry and Energy and as approved by the Committee for Management of Public Institutions, previously set target debt-to-equity levels every year from 2014 to 2017 and undertook various programs to reduce debt and improve the overall financial health, including through rationalizing and applying stricter review to (from a profitability and efficiency perspective) various aspects of our operations (both domestic and overseas), inviting private sector investments, disposing of non-core assets (such as non-core or loss-generating overseas operations and real property unrelated to operations), reducing costs, exploring alternative ways to generate additional revenue and developing contingency plans for further cost savings. Such debt-reduction initiatives ended at the end of 2017 as initially planned. However, we have carried out similar initiatives to manage our level of debt. In 2021, we adopted a new tariff system more aligned to our costs (including fuel cost pass-through adjustment) to lay the foundation for mid and long-term financial stability. See Item 4.B. "Business Overview —Sales and Customers—Electricity Rates." In addition, we are pursuing systematic cost management efforts by dividing the areas of cost in detail and reinforcing the concept of cost per unit.

Despite our best efforts, however, for reasons beyond our control, including macroeconomic environments, government regulations and market forces (such as international market prices for our fuels), we cannot assure whether we or our generation subsidiaries will be able to successfully reduce debt burdens or otherwise improve our financial health or to a level that would be optimal for our capital structure. If we or our generation subsidiaries fail to do so or the measures taken by us or our generation subsidiaries to reduce debt levels or improve financial health have unintended adverse consequences, such developments may have an adverse effect on our business, results of operations and financial condition.

**Establishment of a University**

In order to enhance the competitiveness of the national energy industry, cultivate high-quality talents to revitalize the Gwangju-Jeonnam energy valley, and secure a differentiated research platform to create a new

87

Table of Contents

energy market, we are in the process of establishing a university in Jeollanam-do Province in the southwestern region of Korea in accordance with the Government's five-year state management plan.

The university is a research and entrepreneurship-oriented university specializing in the energy field and aims to be a small yet robust university with 100 faculty members and 1,000 students. On April 17, 2020, the Ministry of Education gave us the permission to form a legal entity for the university. The opening date is tentatively scheduled in 2022. The total funding expected until 2025 when the university's organization will be complete is Won 828.9 billion, excluding the land that was freely endowed to us.

The funding for establishing the university will be jointly borne by us and the central and municipal governments. We plan to cooperate with one another through an intra-governmental university establishment and support committee.

For ten years after the commencement of the university, we expect to receive funding (to be used as expenses for operating the university) from the municipal government in the amount of Won 200 billion. In addition, we expect to receive funding from the central government that is at least in the same amount as we expect to receive from the municipal government. After taking into account the funding from the governments, we anticipate our contribution to the university until 2025 to be approximately Won 500 billion depending on the amount of contribution from the central government.

On August 8, 2019, our Board of Directors resolved to make an initial contribution of Won 60 billion for the promotion, initial operation and the design of the university campus, and the actual contribution was made in 2020. On March 24, 2021, a special law was passed in the National Assembly that gives autonomy to the university and lays out the basis for direct financial support from the central government and the municipal government. In order to minimize potential financial risks, we plan to let the university generate its own profits too, by, for example, attracting development funds and R&D investments and commercializing new technology among other means. Despite our efforts and anticipated funding from the municipal and central governments, we cannot assure you that the magnitude of our expected or actual contribution to the university will not have material adverse effects on our profit margins, results of operations or cash flows.

**Proposed Sale and Purchase of Certain Power Plants and Equity Interests**

*KEPCO Engineering & Construction Co., Inc.*

Pursuant to the Third Phase of the Public Institution Reform Plan announced by the Government in August 2008, we conducted the initial public offering of Korea Engineering and Construction Co., Inc., or KEPCO E&C formerly known as Korea Power Engineering Co., Ltd., in December 2009 for gross proceeds to us of Won 165 billion, following which we owned 77.9% of KEPCO E&C's shares. In furtherance of the Public Institution Reform Plan and to improve our financial profile, we sold our equity interests representing 3.1%, 4.0%, 4.5% and 0.54% of KEPCO E&C shares in November 2011, December 2013, December 2014 and December 2016, respectively, in each case to third party investors. We currently hold a 65.77% equity interest in KEPCO E&C.

*Korea Electric Power Industrial Development Co., Ltd.*

In 2003, we privatized Korea Electric Power Industrial Development, or KEPID, formerly our wholly-owned subsidiary, by selling 51.0% of its equity interest to Korea Freedom Federation. Pursuant to the Fifth Phase of the Public Institution Reform Plan announced by the Government in 2009, we sold 20% of the KEPID shares through additional listing. We originally planned to sell the remaining 29% as well, but the announcement of the Government's guideline to transition non-permanent employees to permanent employees in the public sector has led KEPID to be designated as a public institution by the Government. In light of the new designation, we and our five subsidiaries are now working on reacquiring the KEPID shares we previously sold.

Table of Contents

## Cyber Security

Recently, our activities have been subject to an increasing risk of cyber-attacks and information leakages, the nature of which is continually evolving. For example, in December 2014, KHNP became subject to a cyber terror incident. Hackers hacked into the computer network of former KHNP employees and threatened to shut down certain of KHNP's nuclear plants. The hacking incident did not jeopardize our nuclear operation in any material respect and none of the stolen information was material to our nuclear operation or the national nuclear policy. In response to such incident, we and our subsidiaries have further bolstered anti-hacking and other preventive and remedial measures in relation to potential cyber terror.

In the past, cyber-attacks were mostly unspecified attacks, but the recent trend has been shifting towards more targeted and intelligent attacks, such as ransomware that encrypts a victim's files, whereupon the attacker demands a ransom from the victim to restore access to the data upon payment. In particular, non-face-to-face business environment due to COVID-19 has led to more sophisticated phishing e-mail attacks that impersonate service providers and acquaintances. In line with this trend, we are educating our employees on information securities, carrying out reinforcement work on our facilities, strengthening cooperation with the government in order to detect and defend against possible attacks.

We are also continuing to strengthen our security management system by maintaining the international standard security standard, ISO2700, and the Korean standard, Personal Information Management System certification. In September 2019, the cyber security organization, physical protection, and technical information management organization were reorganized into an integrated security management organization for maximal effectiveness. Further, KHNP has established an organization dedicated to nuclear control security in accordance with the Government's strengthened information security regulation.

In addition, at the end of 2020, we reorganized our security management organization to enhance its independence by transferring it from being under our Safety and Security Department to being directly under our Management Support Division. We hope the reorganization will increase the expertise and efficiency of the department.

## Item 4.C. Organizational Structure

As of December 31, 2020, we have 126 subsidiaries, 78 associates and 83 joint ventures (not including any special purpose entities).

## Subsidiaries

Our wholly-owned six generation subsidiaries are KHNP, KOSEP, KOMIPO, KOWEPO, KOSPO and EWP. Our non-generation subsidiaries include KEPCO E&C, KEPCO KPS, KEPCO NF, and KEPCO KDN. For a full list of our subsidiaries, including foreign subsidiaries, and their respective jurisdiction of incorporation, please see Exhibit 8.1 attached to this annual report.

## Associates and Joint Ventures

An associate is an entity over which we have significant influence and that is neither a subsidiary nor a joint venture. Significant influence is the power to participate in the financial and operating policy decisions of the investee but does not have control or joint control over those policies. A joint venture is a joint arrangement whereby the parties that have joint control of the arrangement (i.e. joint ventures) have rights to the net assets of the arrangement.

**Table of Contents**

The table below sets forth each of our associates and joint ventures as of December 31, 2020 by name, the percentage of our shareholdings and their principal activities.

| | Ownership (Percent) | Principal Activities |
|---|---|---|
| **Associates:** | | |
| Korea Gas Corporation(1) | 20.47 | Importing and wholesaling LNG |
| Korea Electric Power Industrial Development Co., Ltd. | 29.00 | Electricity metering and others |
| YTN Co., Ltd. | 21.43 | Broadcasting |
| Gangwon Wind Power Co., Ltd.(2) | 15.00 | Power generation |
| Hyundai Green Power Co., Ltd. | 29.00 | Power generation |
| Korea Power Exchange(3) | 100.00 | Management of power market and others |
| Taebaek Wind Power Co., Ltd. | 25.00 | Power generation |
| Taebaek Guinemi Wind Power Co., Ltd. | 25.00 | Power generation |
| Pyeongchang Wind Power Co., Ltd. | 25.00 | Power generation |
| Daeryun Power Co., Ltd.(2) | 9.34 | Power generation |
| Changjuk Wind Power Co., Ltd. | 30.00 | Power generation |
| KNH Solar Co., Ltd. | 27.00 | Power generation |
| SPC Power Corporation | 38.00 | Power generation |
| Gemeng International Energy Co., Ltd. | 34.00 | Power generation |
| PT. Cirebon Electric Power | 27.50 | Power generation |
| KNOC Nigerian East Oil Co., Ltd.(4) | 14.63 | Resources development |
| KNOC Nigerian West Oil Co., Ltd.(4) | 14.63 | Resources development |
| PT Wampu Electric Power | 46.00 | Power generation |
| PT. Bayan Resources TBK | 20.00 | Resources development |
| S-Power Co., Ltd. | 49.00 | Power generation |
| Pioneer Gas Power Limited | 38.50 | Power generation |
| Eurasia Energy Holdings | 40.00 | Power generation and resources development |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | 25.00 | Power generation |
| Hadong Mineral Fiber Co., Ltd.(2) | 8.33 | Recycling fly ashes |
| PT. Mutiara Jawa | 29.00 | Manufacturing and operating floating coal terminal |
| Samcheok Eco Materials Co., Ltd.(5) | 2.35 | Recycling fly ashes |
| Noeul Green Energy Co., Ltd. | 29.00 | Power generation |
| Goseong Green Power Co., Ltd.(2) | 1.12 | Power generation |
| Gangneung Eco Power Co., Ltd.(2) | 1.61 | Power generation |
| Shin Pyeongtaek Power Co., Ltd. | 40.00 | Power generation |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | 28.00 | Power generation |
| Dongducheon Dream Power Co., Ltd.(6) | 33.61 | Power generation |
| Jinbhuvish Power Generation Pvt. Ltd.(2, 7) | 5.16 | Power generation |
| Daejung Offshore Wind Power Co., Ltd. | 46.59 | Power generation |
| GS Donghae Electric Power Co., Ltd. | 34.00 | Power generation |
| Daegu Photovoltaic Co., Ltd. | 29.00 | Power generation |
| Busan Green Energy Co., Ltd. | 29.00 | Power generation |
| Gunsan Bio Energy Co., Ltd.(2) | 18.87 | Power generation |
| Korea Electric Vehicle Charging Service | 28.00 | Electric vehicle charge service |
| Korea Nuclear Partners Co., Ltd. | 28.98 | Electric material agency |
| Korea Electric Power Corporation Fund(8) | 98.09 | Developing electric enterprises |
| Energy Infra Asset Management Co., Ltd.(2) | 9.90 | Asset management |
| Daegu clean Energy Co., Ltd. | 28.00 | Renewable power generation |
| Yaksu ESS Co., Ltd. | 29.00 | Installing ESS related equipment |

Table of Contents

| | Ownership (Percent) | Principal Activities |
|---|---|---|
| Nepal Water & Energy Development Company Private Limited[9] | 60.35 | Construction and operation of utility plant |
| Gwangyang Green Energy Co., Ltd. | 20.00 | Power generation |
| PND solar Co., Ltd. | 29.00 | Power generation |
| Hyundai Eco Energy Co., Ltd.[2] | 19.00 | Power generation |
| YeongGwang Yaksu Wind Electric Co., Ltd.[2] | 9.63 | Power generation |
| Green Energy Electricity Generation Co., Ltd. | 29.00 | Power generation |
| Korea Energy Solutions Co., Ltd. | 20.00 | R & D |
| ITR Co., Ltd. | 20.00 | R & D |
| Structure test network Co., Ltd. | 20.00 | Technical testing and consulting |
| Namjeongsusang Solar Power Operation Co., Ltd.[10] | 15.00 | Power generation |
| Indeck Niles Development, LLC[11] | 24.08 | Power generation |
| Indeck Niles Asset Management, LLC | 33.33 | Power generation |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | 49.00 | Holding company |
| Suwon New Power Co., Ltd. | 39.90 | Power generation |
| KPGE Inc. | 29.00 | Power generation materials business |
| Gwangbaek Solar Power Investment Co., Ltd. | 44.00 | Power generation |
| Go deok Clean Energy Co., Ltd.[12] | 61.00 | Fuel cell generation |
| SureDataLab Co., Ltd. | 23.95 | R & D |
| SEP Co., Ltd. | 21.26 | R & D |
| Hankook Electric Power Information Co., Ltd. | 25.25 | R & D |
| Tronix Co., Ltd. | 20.00 | R & D |
| O2&B Global Co., Ltd. | 20.00 | R & D |
| Muan Sunshine Solar Power Plant Co., Ltd. | 20.00 | Power generation |
| Bigeum Resident Photovoltaic Power Co., Ltd. | 29.90 | Power generation |
| Jeju SolarOne Co., Ltd.[13] | 10.00 | Power generation |
| Goesan Solar Park Co., Ltd. | 29.00 | Power generation |
| Saemangeum Heemang Photovoltaic Co., Ltd. | 35.00 | Power generation |
| Bitgoel Eco Energy Co., Ltd. | 29.00 | Power generation |
| Jeju Gimnyeong Wind Power Co., Ltd. | 30.00 | Power generation |
| Seoroseoro Sunny Power Plant Co., Ltd.[14] | 19.46 | Power generation |
| Muan Solar park Co., Ltd.[14] | 19.00 | Power generation |
| YuDang Solar Co., Ltd. | 20.00 | Power generation |
| Anjwa Smart Farm & Solar City Co., Ltd.[14] | 19.50 | Power generation |
| Daewon Green Energy Co., Ltd. | 25.36 | Power generation |

**Joint Ventures:**

| | | |
|---|---|---|
| KEPCO-Uhde Inc.[15] | 52.80 | Power generation |
| Shuweihat Asia Power Investment B.V. | 49.00 | Holding company |
| Shuweihat Asia Operation & Maintenance Company[15] | 55.00 | Maintenance of utility plant |
| Waterbury Lake Uranium L.P. | 33.10 | Resources development |
| ASM-BG Investicii AD | 50.00 | Power generation |
| RES Technology AD | 50.00 | Power generation |
| KV Holdings, Inc. | 40.00 | Power generation |
| KEPCO SPC Power Corporation[15] | 75.20 | Construction and operation of utility plant |
| Gansu Datang Yumen Wind Power Co., Ltd. | 40.00 | Power generation |
| Datang Chifeng Renewable Power Co., Ltd. | 40.00 | Power generation |

91

Table of Contents

| | Ownership (Percent) | Principal Activities |
|---|---|---|
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | 40.00 | Power generation |
| Rabigh Electricity Company | 40.00 | Power generation |
| Rabigh Operation & Maintenance Company Limited | 40.00 | Maintenance of utility plant |
| Jamaica Public Service Company Limited | 40.00 | Power generation |
| KW Nuclear Components Co., Ltd. | 45.00 | Manufacturing |
| Busan Shinho Solar Power Co., Ltd. | 25.00 | Power generation |
| Global Trade Of Power System Co., Ltd.(16) | 29.00 | Exporting products and technology of small or medium business by proxy |
| Expressway Solar-light Power Generation Co., Ltd.(16) | 29.00 | Power generation |
| Amman Asia Electric Power Company(15) | 60.00 | Power generation |
| KAPES, Inc. (15) | 51.00 | R & D |
| Honam Wind Power Co., Ltd. | 29.00 | Power generation |
| Jeongam Wind Power Co., Ltd. | 40.00 | Power generation |
| Korea Power Engineering Service Co., Ltd. | 29.00 | Construction and service |
| Chun-cheon Energy Co., Ltd. | 29.90 | Power generation |
| Yeonggwangbaeksu Wind Power Co., Ltd.(16) | 15.00 | Power generation |
| Nghi Son 2 Power LLC | 50.00 | Power generation |
| Kelar S.A.(15) | 65.00 | Power generation |
| PT. Tanjung Power Indonesia | 35.00 | Power generation |
| Incheon New Power Co., Ltd.(17) | 29.00 | Power generation |
| Seokmun Energy Co., Ltd. | 29.00 | Power generation |
| Daehan Wind Power PSC | 50.00 | Power generation |
| Barakah One Company(18) | 18.00 | Power generation |
| Nawah Energy Company(18) | 18.00 | Operation of utility plant |
| Momentum | 33.33 | International thermonuclear experimental reactor construction management |
| Daegu Green Power Co., Ltd.(19) | 29.00 | Power generation |
| Yeonggwang Wind Power Co., Ltd. | 46.00 | Power generation |
| Chester Solar IV SpA | 45.00 | Power generation |
| Chester Solar V SpA | 45.00 | Power generation |
| Diego de Almagro Solar SpA | 45.00 | Power generation |
| South Jamaica Power Company Limited | 20.00 | Power generation |
| Daesan Green Energy Co., Ltd. | 35.00 | Power generation |
| RE Holiday Holdings LLC | 50.00 | Power generation |
| RE Pioneer Holdings LLC | 50.00 | Power generation |
| RE Barren Ridge 1 Holdings LLC | 50.00 | Power generation |
| RE Astoria 2 LandCo LLC | 50.00 | Power generation |
| RE Barren Ridge LandCo LLC | 50.00 | Power generation |
| Laurel SpA | 45.00 | Power generation |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd(16) | 12.37 | Power generation |
| Chile Solar JV SpA | 50.00 | Power generation |
| Taebaek Gadeoksan Wind Power Co., Ltd. | 47.31 | Power generation |
| Cheong-Song Noraesan Wind Power Co., Ltd. | 29.01 | Power generation |
| Chester Solar I SpA | 45.00 | Power generation |
| Solar Philippines Calatagan Corporation | 38.00 | Power generation |
| Saemangeum Solar Power Co., Ltd.(20) | 81.00 | Power generation |

**Table of Contents**

| | Ownership (Percent) | Principal Activities |
|---|---|---|
| Chungsongmeon BongSan wind power Co., Ltd.(16) | 29.00 | Power generation |
| Jaeun Resident Wind Power Plant Co., Ltd.(16) | 29.00 | Power generation |
| DE Energia SpA | 49.00 | Power generation |
| Dangjin Eco Power Co., Ltd. | 34.00 | Power generation |
| Haemodum Solar Co., Ltd. | 49.00 | Power generation |
| Yangyang Wind Power Co., Ltd. | 50.00 | Power generation |
| Horus Solar, S.A. De C.V.(21) | 14.95 | Renewable power generation |
| Recursos Solares PV De Mexico II, S.A. De C.V.(21) | 14.95 | Renewable power generation |
| Sunmex Renovables, S.A. De C.V.(21) | 14.95 | Renewable power generation |
| Stavro Holding II A.B. | 20.00 | Holding company |
| Solaseado Solar Power Co., Ltd. | 38.90 | Power generation |
| Yeongam Solar Power Co., Ltd.(16) | 19.00 | Power generation |
| Samsu Wind Power Co., Ltd.(16) | 19.00 | Power generation |
| Pulau Indah Power Plant Sdn. Bhd. | 25.00 | Power generation |
| Sam-Yang Photovoltaic Power Co., Ltd. | 49.00 | Power generation |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | 29.53 | Holding company |
| Shin-han BNPP Private Investment Trust for East-West Sunlight Dream(15) | 90.00 | Holding company |
| PT Barito Wahana Tenaga | 30.61 | Power generation |
| Cheongna Energy Co., Ltd.(20, 22) | 50.10 | Generating and distributing vapor and hot/cold water |
| Naepo Green Energy Co., Ltd.(23) | 29.20 | Power generation |
| Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.)(24) | 30.66 | Power generation |
| OneEnergy Asia Limited | 40.00 | Power generation |
| KAS Investment I LLC(25) | 29.89 | Holding company |
| KAS Investment II LLC(25) | 29.89 | Holding company |
| Energyco LLC | 29.00 | Power generation |
| CAES, LLC | 36.00 | Holding company |
| Hapcheon Floating Photovoltaic Power Plant Inc.(16) | 19.47 | Power generation |
| Busan Industrial Solar Power Co., Ltd. | 28.02 | Power generation |
| Bitsolar Energy Co., Ltd. | 27.10 | Power generation |

*Notes:*

(1)    The effective percentage of ownership is 22.02% considering treasury stocks.

(2)    The effective percentage of ownership is less than 20%. However, we can exercise significant influence by virtue of its contractual right to appoint directors to the board of directors of the entity, and by strict decision criteria of our financial and operating policy of the board of directors.

(3)    The effective percentage of ownership is 100%. However, the Government regulates our ability to make operating and financial decisions over the entity, as the Government requires maintaining arms-length transactions between KPX and our other subsidiaries. Accordingly, the entity is not classified as a consolidated subsidiary. We can exercise significant influence by virtue of right to nominate directors to the board of directors of the entity.

(4)    The effective percentage of ownership is less than 20%. However, we can exercise significant influence by virtue of its contractual right to appoint one out of four members of the steering committee of the entity. Moreover, we have significant financial transactions, which can affect its significant influence on the entity.

Table of Contents

(5)  Although the nominal percentage of ownership is 2.35%, the effective percentage of ownership is 25.54%, considering redeemable convertible preferred stock as liability component.

(6)  The effective percentage of ownership is 34.01% considering the conversion of redeemable convertible preferred stock into ordinary stock.

(7)  We recognized a full impairment loss for the carrying amount of Jinbhuvish Power Generation Pvt. Ltd. before the prior year, due to our decision to withdraw its business since there are no business activities occurring.

(8)  The effective percentage of ownership is more than 50% but we do not hold control over relevant business while it exercises significant influence by participating in the Investment Decision Committee. Accordingly, the entity is classified as an associate.

(9)  The effective percentage of ownership is more than 50% but we do not hold control over the entity according to the shareholders' agreement. Accordingly, the entity is classified as an associate.

(10) The effective percentage of ownership is less than 20%. However, we consider the major decision-making body to be the general decision of the board of directors, and the general decision of the board of directors can be passed only by two directors of Namjeongsusang Solar Power Operation Co., Ltd. Accordingly, the entity is classified as an associate.

(11) According to the shareholders' agreement, additional investment of 50% of total stake is agreed by March 2022.

(12) Even though the effective percentage of ownership is more than 50%, we do not hold control over the entity as it has less than 50% of decision-making rights. However we can exercise significant influence on the entity by participating in the board of directors and others. Therefore the entity is classified as an associate.

(13) It was newly invested during the year ended December 31, 2020. The effective percentage of ownership is less than 20%. However, it is classified as an associate, judging that we can exercise significant influence on the entity.

(14) The entities were newly invested during the year ended December 31, 2020. The effective percentage of ownership is less than 20%. However, we can exercise significant influence by virtue of its contractual right to appoint a director to the board of directors of the entity.

(15) The effective percentage of ownership is more than 50%. However, according to the shareholders' agreement, all critical financial and operating decisions must be agreed to by all ownership parties. Accordingly, the entities are classified as joint ventures.

(16) According to the shareholders' agreement, the parties have joint control over all decisions related to financial and operation. Accordingly, the entity is classified as joint ventures.

(17) The joint arrangement which we have joint control is structured through a separate company. The parties have joint control over the joint arrangement are classified as joint ventures, judging that they have rights to the net assets of the arrangement.

(18) The effective percentage of ownership is less than 20%. However, all operation related decisions must be agreed by ownership parties. Accordingly, the entity is classified as joint ventures.

(19) Although the nominal percentage of ownership is 29.00%, the effective percentage of ownership is 54.24%, considering the interest of financial investors as a liability component.

(20) The effective percentage of ownership is more than 50%. However, all operation related decisions must be agreed by all ownership parties. Accordingly, the entity is classified as a joint venture.

(21) The effective percentage of ownership is less than 20%. However, according to the shareholders' agreement, decisions related principal operation must be agreed by all ownership parties. Accordingly, we can exercise significant influence.

(22) The classification of the entity was changed from an associate to a joint venture, due to the additional investment during the year ended December 31, 2020.

(23) The percentage of ownership decreased due to the unequal capital increase. The entity was reclassified from an associate to a joint venture, due to the changes in voting rights.

(24) The name of the entity has changed during the current year. According to the Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) Investment Agreement signed in March 2011, we have a commitment to guarantee principal and certain returns on shares of Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) held by NH Power 2nd Co., Ltd. and the National Agricultural Cooperative Federation. Since NH

Table of Contents

Power 2nd Co., Ltd. and the National Agricultural Cooperative Federation have put option regarding their share of the entity, we were deemed to have acquired an additional 15.64% stake. As a result, the effective percentage of ownership is 46.3% in the current and prior period. In accordance with shareholders' agreement signed during the current period, we have joint control with other investors in making important financial and operation decisions, so it has been reclassified from an associate to a joint venture.

(25)   The entities were included in the joint ventures due to the new investment during the year ended December 31, 2020. Since the final settlement of the entity was not completed before our financial statements date, the financial statements of October 7, were used for consolidation.

### Item 4.D. Property, Plant and Equipment

Our property consists mainly of power generation, transmission and distribution equipment and facilities in Korea. See Item 4.B. "Business Overview—Power Generation," "—Transmission and Distribution" and "—Capital Investment Program." In addition, we own our corporate headquarters building complex at 55 Jeollyeok-ro, Naju-si, Jeollanam-do, 58322, Korea. As of December 31, 2020, the net book value of our property, plant and equipment was Won 168,709 billion. As of December 31, 2020, investment property, which is accounted for separately from our property, plant and equipment, amounted to Won 225 billion. No significant amount of our properties is leased. There are no material encumbrances on our properties, including power generation, transmission and distribution equipment and facilities.

Pursuant to a Government plan announced in 2005, which mandated relocation of the headquarters of select government-invested enterprises from the Seoul metropolitan area to other provinces in Korea as part of an initiative to foster balanced economic growth in the provinces, we, our generation subsidiaries and our certain subsidiaries relocated our respective headquarters to the designated locations during 2014 and 2015. Our headquarters are currently located in Naju in Jeollanam-do, while the headquarters of our six generation subsidiaries and other subsidiaries are various cities outside of Seoul across Korea.

In connection with the relocation of our headquarters, in September 2014 we entered into an agreement to sell the property housing our prior headquarters to a consortium consisting of members of the Hyundai Motor group for Won 10,550 billion through an open bidding. The sale was completed in September 2015.

During 2020, we completed the disposal of 199 properties (including residential properties, storage spaces, and substation lots that are located in Korea) which are not directly related to our operations for an aggregate sale price of approximately Won 66 billion. The book value of such properties amounted to Won 15 billion, representing 0.2% of our total real properties as of December 31, 2020. The foregoing sales reflect our ongoing efforts to improve our financial soundness through related debt reduction and enhance our management efficiency, selling noncore properties that have no direct relations to electricity facilities.

## ITEM 4A.    UNRESOLVED STAFF COMMENTS

We do not have any unresolved comments from the SEC staff regarding our periodic reports under the Securities Exchange Act of 1934, as amended (the "Exchange Act").

## ITEM 5.    OPERATING AND FINANCIAL REVIEW AND PROSPECTS

*You should read the following discussion on our operating and financial review and prospects together with our consolidated financial statements and the related notes which appear elsewhere in this annual report. Our results of operations, financial condition and cash flows may materially change from time to time, for reasons including various policy initiatives (including changes to the Restructuring Plan) by the Government in relation to the Korean electric power industry, and accordingly our historical performance may not be indicative of our future performance. See Item 4.B. "Business Overview—Restructuring of the Electric Power Industry in Korea" and Item 3D. "Risk Factors—The Government may adopt policy measures to substantially restructure the Korean electric power industry or our operational structure, which may have a material adverse effect on our business, operations and profitability."*

Table of Contents

**Item 5.A. Operating Results**

**Overview**

We are a predominant market participant in the Korean electric power industry, and our business is heavily regulated by the Government, including with respect to the rates we charge to customers for the electricity we sell. In addition, our business requires a high level of capital expenditures for the construction of electricity generation, transmission and distribution facilities and is subject to a number of variable factors, including demand for electricity in Korea and fluctuations in fuel costs, which are in turn impacted by the movements in the exchange rates between the Won and other currencies.

Under the Electric Utility Act and the Price Stabilization Act, the Government generally establishes electricity rates at levels that are expected to permit us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations in addition to receiving a fair investment return on capital used in those operations. For a detailed description of the fair investment return, see Item 4.B. "Business Overview—Sales and Customers—Electricity Rates."

If fuel prices were to rise substantially and rapidly in the future, such rise may have a material adverse effect on our results of operations and profitability. For example, the net losses between 2018 and first half of 2019, were largely due to sustained rises in fuel costs that were neither timely nor sufficiently offset by a corresponding rise in electricity tariff rates. In part to address these concerns, the Government from time to time increases the electricity tariff rates. However, such increases may be insufficient to fully offset the adverse impact from the rise in fuel costs, and since such increases typically require lengthy public deliberations in order to be implemented, the tariff increases often occur with a significant time lag and as a result our results of operations and cash flows may suffer. As of January 1, 2021, we implemented a new tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers, among other changes. For further information, please see Item 4.B. "Business Overview—Sales and Customers—Electricity Rates."

In addition, we expect complying with the Government environmental-related initiatives and regulations to continue to involve significant costs and resources on our part, which may adversely affect our results of operation, financial condition and cash flows. For example, we have spent approximately Won 710 billion for greenhouse gas emission allowances in 2019 and Won 310 billion in 2020. The decrease in 2020 compared to 2019 was due to the decrease in coal-fired power generation to comply with environmental regulations including the efforts to reduce a high level of particulate matter pollution. However, we anticipate such allowances will increase again in 2021 and thereafter. Further, as we are required to supply increasing amount of renewable energy, we expect that the environmental-related risks will continue to increase.

The results of our operations are largely affected by the following factors:

- demand for electricity;

- electricity rates we charge to our customers;

- fuel costs; and

- the exchange rates of Won against other foreign currencies, in particular the U.S. dollar.

**Demand for Electricity**

Our sales are largely dependent on the level of demand for electricity in Korea and the rates we charge for the electricity we sell.

Demand for electricity in Korea grew at a compounded average rate of 0.6% per annum for the five years ended December 31, 2020. According to the Bank of Korea, the compounded growth rate for GDP was approximately 1.7% for the same period. The GDP growth rate was approximately 2.7%, 2.0% and -1.0% during 2018, 2019 and 2020, respectively.

96

Table of Contents

The table below sets forth, for the periods indicated, the annual rate of growth in Korea's GDP and the annual rate of growth in electricity demand (measured by total annual electricity consumption) on a year-on-year basis.

|  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Growth in GDP | 2.9% | 3.1% | 2.7% | 2.0% | (1.0%) |
| Growth in electricity consumption | 2.8% | 2.2% | 3.6% | (1.1%) | (2.2%) |

Demand for electricity may be categorized either by the type of its usage or by the type of customers. The following describes the demand for electricity by the type of its usage, namely, industrial, commercial and residential:

- The industrial sector represents the largest segment of electricity consumption in Korea. Demand for electricity from the industrial sector was 278,660 gigawatt hours in 2020, representing a 3.7% decrease from 2019, largely due to a decrease in the industrial electricity usage from a recession in the manufacturing industry in light of the COVID-19 pandemic, even though the manufacturing industry has traditionally been a major consumer of electricity.

- Demand for electricity from the commercial sector depends largely on the level and scope of commercial activities in Korea. Demand for electricity from the commercial sector decreased to 113,639 gigawatt hours in 2020, representing a 2.2% decrease from 2019, largely due to a decrease in the commercial electricity usage from a slowdown in the service industry as a consequence of the social distancing in response to the COVID-19 pandemic and less air conditioning used in the stores as a result of a more temperate weather conditions.

- Demand for electricity from the residential sector is largely dependent on population growth and use of heaters, air conditioners and other electronic appliances. Demand for electricity from the residential sector increased to 76,303 gigawatt hours in 2020, representing a 5.0% increase compared to 2019, largely due to an increase in household electricity usage from an increased time spent at home and telecommuting in response to the COVID-19 pandemic. For a discussion on demand by the type of customers, see Item 4.B. "Business Overview—Sales and Customers—Demand by the Type of Usage." Since our inception, we have had the predominant market share in terms of electricity generated in Korea.

Since our inception, we have had the predominant market share in terms of electricity generated in Korea. As for electricity we purchase from the market for transmission and distribution to our end-users, our generation subsidiaries accounted for 74.0%, 73.2% and 72.6% in 2018, 2019 and 2020, respectively, while the remainder was accounted for by independent power producers. As for transmission and distribution of electricity, we have historically handled, expect to continue to handle, substantially all of such activities in Korea.

We expect that we will continue to have a dominant market share in the generation, transmission and distribution of electricity in Korea for the foreseeable future, absent any substantial changes to the Restructuring Plan or other policy initiatives by the Government in relation to the Korean electric power industry, or an unexpected level of market penetration by independent power producers or localized electricity suppliers under the Community Energy System. However, our market dominance in the electricity distribution in Korea may face potential erosion in light of the recent Proposal for Adjustment of Functions of Public Institutions (Energy Sector) announced by the Government in June 2016. This proposal contemplates a gradual opening of the electricity trading market to the private sector although no detailed roadmap has been provided for such opening. It is currently premature to predict to what extent, or in what direction, the liberalization of the electricity trading market will happen. Nonetheless, any significant liberalization of the electricity trading market may result in substantial reduction of our market share in electricity distribution in Korea, which would have a material adverse effect on our business, results of operation and cash flows. See Item 4.B. "Business Overview—Competition."

Table of Contents

*Electricity Rates*

Under the Electric Utility Act and the Price Stabilization Act, electricity rates are established at levels that will permit us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations in addition to receiving a fair investment return on capital used in those operations. For further discussion of fair investment return, see Item 4.B. "Business Overview—Sales and Customers—Electricity Rates."

From time to time, our actual rate of return on invested capital may differ significantly from the fair rate of return on invested capital assumed for the purposes of electricity tariff approvals, for reasons, among others, related to movements in fuel prices, exchange rates and demand for electricity that differs from what is assumed for determining our fair rate of return. For example, between 1987 and 1990, the actual rate of return was above the fair rate of return due to declining fuel costs and rising demand for electricity at a rate not anticipated for purposes of determining our fair rate of return. Similarly, depreciation of the Won against the U.S. dollar accounted for our actual rates of return being lower than the fair rate of return for the period from 1996 to 2000. For the period between 2006 and 2013, our actual rates of return were lower than the fair rate of return largely due to a general increase in fuel costs and additional facility investment costs incurred, the effects of which were not offset by timely increases in our tariff rates. Between 2014 and 2016, however, largely due to the decrease in fuel costs reflective of the drop in oil prices, our actual rate of return has surpassed the fair rate of return.

Partly in response to the variance between our actual rates of return and the fair rates of return, the Government from time to time increases the electricity tariff rates, but there typically is a significant time lag for the tariff increases as such increases requires a series of deliberation processes and administrative procedures and the Government also has to consider other policy considerations, such as the inflationary effect of overall tariff increases and the efficiency of energy use from sector-specific tariff increases.

In the past, the Government effected tariff increases that typically covered all sectors, namely, residential, commercial and industrial. No cross-sector tariff increase has been implemented since November 2013, largely due to the downward trend in fuel costs. However, effective January 1, 2017, the Government made several adjustments to the existing rate structure in order to ease the burden of electricity tariff on residential consumers. First, the progressive rate structure applicable to the residential sector, which applies a gradient of increasing tariff rates for heavier electricity usage, was changed from a six-tiered structure with the highest rate being no more than 11.7 times the lowest rate (which gradient system has been in place since 2005) into a three-tiered structure with the highest rate being no more than three times the lowest rate in order to reflect the changes in the pattern of electricity consumption and reduce the electricity charges payable by consumers. Second, a new tariff structure was implemented to encourage energy saving by offering rate discounts to residential consumers that voluntarily reduce electricity consumption while charging special high rates to residential consumers with heavy electricity consumption during peak usage periods in the summer and the winter. Additionally, during July and August 2018, the Government reduced residential electricity charges by temporarily relaxing the application of the then tariff structure and offering higher rate discounts to economically or otherwise disadvantaged customers to ease the burden on households that have significantly increased their use of air conditioners during a heatwave. Subsequently, a joint task force team, consisting of industry experts, scholars and government officials, was formed, which announced three proposals for amending the tariff structure aimed to lower electricity rates for households during the summer. As a result, in July 2019, the residential electricity tariff rate system was amended to expand the usage ceiling for the first two tiers of rates (from 200 kilowatts to 300 kilowatts for the first tier and from 400 kilowatts to 450 kilowatts for the second tier) applied during July and August each year. Further, in December 2019, the rate discounts offered to residential consumers who voluntarily reduced electricity consumption and those offered to traditional wet markets were abolished, with a temporary relief granted to the traditional wet markets committed to energy efficiency. The rate discount for electric vehicles will be gradually terminated in phases by June 2022. The effects of such adjustments on us are uncertain, and there can be no assurance that it will not have an adverse impact on our business, results of operations, financial condition and profitability.

Table of Contents

As of January 1, 2021, we implemented a new tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers, among other changes. The new tariff system consists of three main changes.

First, we implemented a new cost pass-through tariff system to reinforce the correlation between the costs we incur and the tariff we charge to our customers and to enhance transparency by separately billing fuel costs and climate/environment related costs. Previously, the electricity tariff consisted of two main components: (i) the base charge (the "Base Charge") and (ii) the usage charge (the "Usage Charge") based on the amount of electricity consumed by end-users. Under the new tariff system, there are new components to the tariff called the fuel cost adjusted charge (the "Fuel Cost Adjusted Charge") and the climate/environment related charge (the "Climate/Environment Related Charge"). The Fuel Cost Adjusted Charge is adjusted every quarter and the formula for calculating the amount of the Fuel Cost Adjusted Charge is multiplying (i) the unit price of the Fuel Cost adjusted Charge (the "Unit Price of the Fuel Cost Adjusted Charge"), which is the difference between a base fuel cost (the "Base Fuel Cost") and an actual fuel cost (the "Actual Fuel Cost") and (ii) the amount of electricity consumed. The Base Fuel Cost is the past twelve-month average fuel price of bituminous coal, LNG and Bunker C oil as posted by the Korea Customs Service. For 2021, the twelve-month average fuel price is measured by taking the average of monthly fuel prices from twelve preceding months from one month before the new tariff system was implemented. To illustrate, the Base Fuel Cost for the first and second quarters of 2021 was the average of the fuel prices from December 2019 to November 2020. On the other hand, the Actual Fuel Cost is the past three-month average fuel price of the same fuels we use to measure the Base Fuel Cost. The past three-month average fuel price is measured by taking the average of monthly fuel prices from three preceding months from one month before the start of each period when the applicable Fuel Cost Adjusted Charge will be updated. To illustrate, for the first quarter of 2021, we used the fuel costs for September, October and November 2020 to calculate the three-month average fuel price.

The quarterly-adjusted Fuel Cost Adjusted Charge has built-in caps in view of price stability and other public policy considerations. First, there is a cap on the Unit Price of the Fuel Cost Adjusted Charge to be (i) no less than Won $\pm 1$ per kilowatt-hour and (ii) no greater than Won $\pm 3$ per kilowatt-hour as compared to the immediately preceding quarter. In other words, any change less than Won $\pm 1$ per kilowatt-hour will not be reflected to the Fuel Cost Adjusted Charge and any change greater than Won $\pm 3$ per kilowatt-hour will not be reflected to the extent of the portion that exceeds Won $\pm 3$ per kilowatt-hour. For example, in the first quarter of 2021, the Unit Price of the Fuel Cost Adjusted Charge was Won $-10.5$ per kilowatt-hour, meaning the Actual Fuel Cost was lower than the Base Fuel Cost, but after being subjected to the quarterly cap of Won $\pm 3$ per kilowatt-hour, the final rate for the Unit Price of the Fuel Cost Adjusted Charge came out to be Won $-3$ per kilowatt-hour. Second, the Unit Price of the Fuel Cost Adjusted Charge that exceeds Won $\pm 5$ per kilowatt-hour will not be reflected in the Fuel Cost Adjusted Charge. In other words, the maximum adjustment that can be incorporated to the Unit Price of the Fuel Cost Adjusted Charge is equal to Won $\pm 5$ per kilowatt-hour from the Base Fuel Cost that is in effect for a given period. The Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge as described at further below in this section.

However, our ability to pass on fuel and other cost increases to our customers may be limited due to the regulation of the Government on the rates we charge for the electricity we sell to our customers. In addition to the built-in caps described in the preceding paragraph, the new tariff system gives the discretion to the Government not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances. For example, in the second quarter of 2021, although the Unit Price of the Fuel Cost Adjusted Charge was Won $-0.2$ per kilowatt-hour, the Government decided to keep it at the same Won $-3$ per kilowatt-hour as the previous quarter. The Government cited (i) the need to alleviate the hardship caused by the prolonged economic effects of COVID-19 pandemic, (ii) an abnormal nature of the rapid increase in the price of LNG due to the global cold wave in the winter of late 2020 and early 2021, which has been factored into the Actual Fuel Cost, and (iii) the relative gains we received in the first quarter of 2021 because the Fuel Cost Adjusted Charge for the first quarter was capped at the lower bound of Won $-3$ per kilowatt-hour instead of decreasing it further.

99

Table of Contents

Also, because the Fuel Cost Adjusted Charge takes into account the fuel prices posted by Korea Customs Service, there may still be a mismatch in value between the actual prices the domestic generation companies pay for their fuels in the open market and the adjustment that can be made through the Fuel Cost Adjusted Charge. The domestic generation companies include not only our generation subsidiaries but also independent power producers that are unaffiliated to us and we do not have access to fuel costs incurred by the independent power producers. As such, we use fuel prices posted by Korea Customs Service, which are easily accessible to our customers, for calculating the Fuel Cost Adjusted Charge.

Due to the likelihood of the Actual Fuel Cost being substantially over the caps in the new tariff system and the Government's discretion not to wholly or partially adjust the quarterly Fuel Cost Adjusted Charge in case of extenuating circumstances, there may be certain portions of the fuel costs that cannot be charged to our customers, even though those portions should have been included in the Fuel Cost Adjusted Charge. In such cases, we may accumulate such portions and reflect them in what is called the total comprehensive cost (the "Total Comprehensive Cost"), which is a variable we use to calculate the Base Charge and the Usage Charge of the tariff. The Total Comprehensive Cost, submitted yearly to the Government by us, is calculated based on our budget for relevant costs. Under the Total Comprehensive Cost approach, the Base Charge and the Usage Charge are established at levels that would enable us to recover our operating costs attributable to our basic electricity generation, transmission and distribution operations as well as receive a fair investment return on capital used in those operations. The operating costs are defined as the sum of our operating expenses, which principally consists of cost of sales and selling and administrative expenses, and our adjusted income taxes. The Base Charge and the Usage Charge that are derived from the Total Comprehensive Cost need to be approved by the Government to be revised. In addition, the Base Fuel Cost can only be adjusted upon the revision of the Base Charge and the Usage Charge. Therefore, if the Base Charge and the Usage Charge are not timely adjusted by the Government, there can be a delay for the change in fuel costs to be fully reflected in the tariff.

Also, the new tariff system introduces an additional component to the tariff called a climate/environment related charge (the "Climate/Environment Related Charge"). Previously, our climate and environment costs were embedded in the Usage Charge component of the tariff and our consumers could not discern the exact magnitude of such costs. By separating it out as an independent component, we intend to provide more information and transparency to our customers while having the flexibility to adjust it in alignment with the underlying costs. The Climate/Environment Related Charge for the coming year is calculated by multiplying (i) our total estimated costs of complying with the Renewable Portfolio Standard program, the Greenhouse Gas Emission Trading System and the coal-fired generation reduction program for the current year, and then dividing it by the electricity sales projected for the coming year, and (ii) the amount of electricity consumed. The value for (i) for 2021 is Won 5.3 per kilowatt-hour. The Climate/Environment Related Charge is planned to be adjusted every year by reflecting the change in climate and environment-related costs but the Government may change the date of adjustment under reasonable circumstances. There is no guarantee the Climate/Environment Related Charge will be regularly updated, even though our climate and environment-related costs will likely increase each year. If there are discrepancies between our costs and the Climate/Environment Related Charge, we may accumulate such discrepancies and reflect them in our Total Comprehensive Cost. However, the electricity rate based on the Total Comprehensive Cost needs to be approved by the Government to be revised. There is no assurance that, particularly given the wide-ranging policy priorities of the Government, it will in fact raise the electricity rate to a level sufficient to fully cover additional costs associated with implementing and operating programs as described in this section and do so on a timely basis or at all. If the Government does not do so or provide us and our generation subsidiaries with other forms of assistance to offset the costs involved, our results of operation, financial condition and cash flows may be materially and adversely affected.

Second, the new tariff system intends to amend the residential electricity rate system starting in July 2021. Under the current system, households that use less than 200 kilowatt-hours of electricity receive a discount on their tariffs. We intend to redirect this benefit by phasing out the discount to 50% in July 2021 and terminating it

100

**Table of Contents**

in July 2022. The new tariff system also allows households to choose a new schedule of residential tariff, which is an option we have already been providing to our industrial and commercial customers. The new schedule is called a seasonal and hourly tariff and it allows residents to be charged under a monthly Base Charge plus increments depending on time, day and season. Each household may also choose to stay under the current tariff schedule which in contrast is a progressive schedule with seasonal adjustments. Our plan is to provide this option to households in Jeju Province in Korea first as many of these households are equipped with advanced metering infrastructure ("AMI") and review rolling it out to the rest of the country depending on the penetration rate of the AMI in each region.

Third, the new tariff system will end certain special discounts we previously provided to our customers. The first of two such discounts is for customers who installed energy storage system ("ESS"). The benefits included tariff discounts of three times the Base Charge and 50% of the Usage Charge. Starting in January 2021, we rolled back the discount for ESS by decreasing it from three times the Base Charge to one times the Base Charge and discontinuing the 50% discount on the Usage Charge. The discount of one times the Base Charge is planned to also phase out in March 2026 as we originally intended. In addition, we intend to designate a three-hour time period during peak time and induce electricity discharge of the ESS during that period by giving more discount to the customers who made such discharge so they will increase supply during peak time. The second of the two discounts being rolled back is a 50% discount for customers who installed a renewable energy generator for their own industrial and general uses. We discontinued this discount in 2020 while only maintaining it for customers who are unable to sell their electricity in the market because of their small generation capacities (less than 10 kilowatts). The discount for such customers is planned to be discontinued by 2023.

Lastly, the new tariff system announced in December 2020 included a plan to minimize the public burden of tariff increase by reducing power supply cost of us and our generation subsidiaries through cost reduction measures. To this end, it was contemplated that an annual increase limit of 3% on certain electricity supply costs including labor costs and selling, general and administrative expenses would be set and an increase in excess of the 3% limit will not be reflected in the tariff. However, as of present, the precise scope of what constitutes electricity supply costs and the method of execution on the plan has not yet been determined. However, if the annual increase limit of 3% on electricity supply costs is implemented, it could have an adverse effect on our business, financial condition and results of operations.

*Fuel Costs*

Our results of operations are also significantly affected by the cost of producing electricity, which is subject to a variety of factors, including, in particular, the cost of fuel.

Cost of fuel in any given year is a function of the volume of fuels consumed and the unit fuel cost for the various types of fuel used for generation of electricity which affects the cost structure for both our generation subsidiaries and independent power producers from whom we purchase electric power. A significant change in the unit fuel costs materially impacts the costs of electricity generated by our generation subsidiaries, which mainly comprise our fuel costs under the cost of sales, as well as, to our knowledge, the costs of electricity generated by the independent power producers that sell their electricity to us (see Item 4.A. "Purchase of Electricity—Cost-based Pool System"), which mainly comprise our purchased power costs under the cost of sales. We are however unable to provide a comparative analysis since the unit fuel cost information for independent power producers and their cost structures are proprietary information.

Fuel costs constituted 34.5%, 31.6% and 28.6% of our cost of sales, and the ratio of fuel costs to our sales was 33.5%, 31.2% and 25.5% in 2018, 2019 and 2020, respectively. Substantially all of the fuel (except for anthracite coal) used by our generation subsidiaries is imported from outside of Korea at prices determined in part by prevailing market prices in currencies other than Won. In addition, our generation subsidiaries purchase a significant portion of their fuel requirements under contracts with limited quantity and duration. Pursuant to the terms of our long-term supply contracts, prices are adjusted from time to time subject to prevailing market conditions. See Item 4.B. "Business Overview—Fuel."

**Table of Contents**

Uranium accounted for 31.9%, 35.7% and 40.6% of our fuel requirements in 2018, 2019 and 2020, respectively. Coal accounted for 53.2%, 51.8% and 45.3% of our fuel requirements in 2018, 2019 and 2020, respectively. LNG accounted for 11.2%, 9.5% and 10.6% of our fuel requirements in 2018, 2019 and 2020, respectively. Oil accounted for 1.4%, 0.5% and 0.4% of our fuel requirements in 2018, 2019 and 2020, respectively. In each case, the fuel requirements are measured by the amount of electricity generated by us and our generation subsidiaries and do not include electricity purchased from independent power producers. In order to ensure stable supplies of fuel materials, our generation subsidiaries enter into long-term and medium-term contracts with various suppliers and supplement such supplies with fuel materials purchased on spot markets.

The price of bituminous coal, which represents our largest fuel requirement, fluctuates significantly from time to time. In 2020, approximately 84% of the bituminous coal requirements of our generation subsidiaries were purchased under long-term contracts and the remaining 16% purchased on the spot market. The average weekly spot price of "free on board" Newcastle coal 6000 GAR published by Bloomberg (Bloomberg Ticker: COASNE60) decreased from US$77.49 per ton in 2019 to US$60.60 per ton in 2020 and increased again to US$98.38 per ton as of March 29, 2021. If the price of bituminous coal were to sharply rise, our generation subsidiaries may not be able to secure their respective bituminous coal supplies at prices commercially acceptable to them.] In addition, any significant interruption or delay in the supply of fuel, bituminous coal in particular, from any of their suppliers could cause our generation subsidiaries to purchase fuel on the spot market at prices higher than contracted, resulting in an increase in fuel cost.

From 2018 to 2020, the prices of oil and LNG fluctuated significantly. The prices of oil and LNG are substantially dependent on the price of crude oil, and according to Bloomberg (Bloomberg Ticker: PGCRDUBA), the average daily spot price of Dubai crude oil decreased from US$69.3 per barrel in 2018 to US$63.22 per barrel in 2019 to US$42.21 per barrel in 2020 and increased again to US$62.03 per barrel as of March 29, 2021. While there was a significant decrease in the price of crude oil recently, there is no guarantee that this trend will continue.

Nuclear power has a stable and relatively low-cost structure and forms a significant portion of electricity supplied in Korea. Due to significantly lower unit fuel costs compared to those for thermal power plants, our nuclear power plants are generally operated at full capacity with only routine shutdowns for fuel replacement and maintenance, with limited exceptions. In case of shortage in electricity generation resulting from stoppages of the nuclear power plants, we seek to make up for such shortage with power generated by our thermal power plants.

Because the Government heavily regulates the rates we charge for the electricity we sell (see Item 4.B. "Business Overview—Sales and Customers—Electricity Rates"), our ability to pass on such cost increases to our customers is limited.

*Movements of the Won against the U.S. Dollar and Other Foreign Currencies*

Korean Won has fluctuated significantly against major currencies from time to time. For fluctuations in exchange rates, see Item 3.A. "Selected Financial Data—Currency Translations and Exchange Rates." In particular, Korean Won underwent substantial fluctuations during the recent global financial crisis, and remains subject to significant volatility. The Noon Buying Rate per one U.S. dollar increased from Won 1,112.9 on December 31, 2018 to 1,155.5 on December 31, 2019 and decreased to Won 1,086.1 on December 31, 2020 and increased again to Won 1,114.9 as of April 16, 2021. In 2018 and 2019, the Won generally depreciated against U.S. dollar and other foreign currencies, and such depreciation may result in a significant increase in the cost of fuel materials and equipment purchased from overseas as well as the cost of servicing our foreign currency debt. As of December 31, 2020, 17.1% of our long-term debt (including the current portion but excluding original issue discounts and premium) without taking into consideration of swap transactions was denominated in foreign currencies, principally U.S. dollars. The prices for substantially all of the fuel materials and a significant portion of the equipment we purchase are stated in currencies other than Won, generally in U.S. dollars. Since a substantial portion of our revenues is denominated in Won, we must generally obtain foreign currencies through

Table of Contents

foreign currency-denominated financings or from foreign currency exchange markets to make such purchases or service such debt, fulfill our obligations under existing overseas investments and make new overseas investments. As a result, any significant depreciation of Won against U.S. dollar or other foreign currencies will have a material adverse effect on our profitability and results of operations. See Item 3.D. "Risk Factors—Risks Relating to KEPCO—The movement of Won against the U.S. dollar and other currencies may have a material adverse effect on us."

### Recent Accounting Changes

See Note 2. (5) to our consolidated financial statements included in this annual report for changes in accounting standards. We believe that these new and revised standards have no material impact on our consolidated financial statements.

### Critical Accounting Policies

The following discussion and analysis are based on our consolidated financial statements included in this annual report. The fundamental objective of financial reporting is to provide useful information that allows a reader to comprehend our business activities. To aid in that understanding, our management has identified "critical accounting policies."

We make a number of estimates and judgments in preparing our consolidated financial statements. These estimates may differ from actual results and have a significant impact on our recorded assets, liabilities, revenues and expenses and related disclosure of contingent assets and liabilities. We consider an estimate to be a critical accounting estimate if it requires a high level of subjectivity or judgment, and a significant change in the estimate would have a material impact on our financial condition or results of operations. Further discussion of these critical accounting estimates and policies is included in the notes to our consolidated financial statements included in this annual report.

The accounting policies set out below have been applied consistently by us and our subsidiaries to all periods presented in the consolidated annual financial statements, unless otherwise indicated.

#### *Sale and Purchase of Electricity*

We sell electricity to customers and accounts for the generation, transmission and distribution of electricity together as a single performance obligation. We recognize sale of electricity at a point in time when electricity has been distributed to the customer. Our transaction price includes variable considerations due to the progressive electricity billing system, discounts on electricity bills for government policy purposes and penalties as well as a result of customer usage patterns, customer mix, meter reading schedules, weather and other factors. Variable consideration is estimated by using the expected value method, which predicts the amount of consideration to which we will be entitled. We recognize variable consideration only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved, which is when the customer is billed.

In light of the new tariff system that came into effect on January 1, 2021 (see Item 4.B. "Business Overview—Sales and Customers—Electricity Rates"), we are in the process of determining how to reflect the new tariff system into our future financial statements.

#### *Construction Contracts*

We provide services for power plant construction and engineering, procurement and construction ("EPC"), where each contract has a single performance obligation and is recognized over time on the estimated progress to completion of the construction using the cost-based input method. We believe using the cost-based input method

103

**Table of Contents**

represents a faithful depiction of the transfer of services to the customer. Costs incurred towards contract completion include costs associated with direct materials, labor, and other indirect costs related to contract performance. Judgment is required in estimating the costs expected to incur in completing the construction projects, which in turn involves estimating future materials, labor, contingencies and other related costs. Revenue is estimated based on the contractual amount; however, it can also be affected by uncertainties resulting from unexpected future events.

We recognize revenue in advance of billing the customer, which results in the recording of a contract asset. Once we meet the billing criteria and our rights to consideration become unconditional, the contract asset is then transferred to trade receivable. Billing requirements are generally structured around the completion of certain construction milestones. On some instances, contract liability is recognized when we receive consideration before being able to recognize revenue. Once revenue recognition conditions are met, the contract liability is subsequently released to revenue.

*Derivative Instruments*

We recognize rights and obligations arising from derivative instruments as assets and liabilities, which are stated at fair value. The gains and losses that result from the change in the fair value of derivative instruments are reported in current earnings. However, for derivative instruments designated as hedging the exposure of variable cash flows, the effective portions of the gains or losses on the hedging instruments are recorded as accumulated other comprehensive income (loss) and credited or charged to operations at the time the hedged transactions affect earnings, and the ineffective portions of the gains or losses are credited or charged immediately to operations.

Significant management judgment is involved in determining the fair value of estimated derivative instruments. The estimates and assumptions used by our management to determine fair value can be impacted by many factors, such as the estimated discount factor derived from observable market data, credit risk of the counterparty and the estimated cash flow based on settlement period, interest convention, and other contract information of the derivative instruments.

As of December 31, 2018, we had Won 210 billion of net amounts as liabilities. As of December 31, 2019, we had Won 141 billion of net amounts as assets. As of December 31, 2020, we had Won 199 billion of net amounts as liabilities. Changes in the estimated discount factor or cash flow, or changes in the assumptions and judgments by management underlying these estimates, may cause material revisions to the estimated total gain or loss effect of derivative instruments, which could have a material effect on the recorded asset or liability.

Our derivative financial instruments are entered into with major financial institutions, thereby minimizing the risk of credit loss from each counter party.

*Decommissioning Costs of Nuclear Plants, Spent Fuels and Radioactive Waste*

We recognize the fair value of estimated decommissioning costs as a liability in the period in which we incur a legal obligation associated with retirement of long-lived assets that result from acquisition, construction, development and/or normal use of the assets. We also recognize a corresponding asset that is depreciated over the life of the asset. Accretion expense consists of period-to-period changes in the liability for decommissioning costs resulting from the passage of time and revisions to either the timing or the amount of the original estimate of undiscounted cash flows. Depreciation and accretion expenses are included in the cost of electric power in the accompanying consolidated statements of comprehensive income.

Significant management judgment is involved in determining the fair value of estimated decommissioning costs. The estimates and assumptions used by our management to determine fair value can be impacted by many factors, such as the estimated decommissioning costs based on engineering studies commissioned and approved by the Korean government, and changes in assumed dates of decommissioning, inflation rate, discount rate, decommissioning technology, regulation and the general economy.

104

**Table of Contents**

As of December 31, 2018, 2019 and 2020, we had a liability for decommissioning costs in the amounts of Won 16,364 billion, Won 19,237 billion and Won 20,220 billion, respectively. Changes in the estimated costs or timing of decommissioning, or changes in the assumptions and judgments by management underlying these estimates, may cause material revisions to the estimated total cost to decommission these facilities, which could have a material effect on the recorded liability. We used discount rates of 2.94%, 2.43% and 2.20% and inflation rates of 1.21%, 1.10% and 1.07% when calculating the decommissioning cost liability of nuclear plants recorded as of December 31, 2018, 2019 and 2020, respectively. In addition, the following is a sensitivity analysis of the potential impact on decommissioning costs of nuclear plants from a 0.1% increase or decrease in each of the inflation rate and the discount rate, assuming that all other aforementioned assumptions remain constant:

| | Sensitivity to inflation rate | | Sensitivity to discount rate | |
|---|---|---|---|---|
| | +0.10% | -0.10% | +0.10% | -0.10% |
| | (in billions of Won) | | | |
| Increase (decrease) of liability for decommissioning costs of nuclear plants | ₩   358 | ₩   (347) | ₩   (327) | ₩   337 |

See Notes 26 and 45 of the notes to our consolidated financial statements included in this annual report for further related information.

### Provision for Decontamination of Transformers

Under the Persistent Organic Pollutants Management Act which was enacted in 2007, we are required to remove PCB from our transformers' insulating oil by 2025. We are also required to inspect the PCB levels in our transformers and dispose of any PCBs in excess of established safety standards.

As of December 31, 2018, 2019 and 2020, we had liabilities of Won 148 billion, Won 153 billion and Won 119 billion, respectively, for inspection and disposal costs related to the decontamination of existing transformers.

The estimates and assumptions used by our management to determine fair value can be affected by many factors, such as the estimated costs of inspection and disposal, inflation rate, discount rate, regulations and the general economy.

Changes in the estimated costs or changes in the assumptions and judgments underlying these estimates may cause material revisions to the estimated total costs, which could have a material effect on our recorded liability. When calculating the provision for the decontamination of our transformers, we used a discount rate of 2.18% and an inflation rate of 1.27 % as of December 31, 2018, a discount rate of 1.97% and an inflation rate of 1.09% as of December 31, 2019 and a discount rate of 1.83% and an inflation rate of 1.06% as of December 31, 2020.

### Deferred Tax Assets

In assessing the realizability of the deferred tax assets, our management considers whether it is probable that a portion or all of the deferred tax assets will not be realized. The ultimate realization of our deferred tax assets is dependent on whether we are able to generate future taxable income in specific tax jurisdictions during the periods in which temporary differences become deductible. Our management has scheduled the expected future reversals of the temporary differences and projected future taxable income in making this assessment. Based on these factors, our management believes that it is probable that we will realize the benefits of these temporary differences as of December 31, 2020. However, the amount of deferred tax assets that is realized may be different if we do not realize estimated future taxable income during the carry forward periods as originally expected.

In relation to the deferred tax assets recognized for tax loss, future taxable income is estimated considering the following: (i) five-year mid-to long-term financial forecasts of earnings before tax approved by management and submitted to the Ministry of Economy and Finance, and (ii) average amount of tax adjustments for the recent three years.

Table of Contents

For tax credits carried forward, similar to deferred tax assets recognized for tax loss, our management estimates the probability timing of future taxable profits in determining the probability of utilization of tax credits carried forward. In addition, our management considers the possible carry forward period and available tax credit or deductible temporary differences within the tax laws of each country in which the tax credits originated.

Similarly, our management also estimates the probability of utilization of temporary differences considering the probability of generating future taxable profits in the periods that the deductible temporary differences reverse. We do not recognize deferred tax assets for certain temporary differences associated with investments in subsidiaries, associates, and interests in joint ventures considering future dividends or disposals.

We recognize deferred tax assets and liabilities based on the differences between the financial statement carrying amounts and the tax bases of assets and liabilities at each separate taxpaying entity. Under IFRS, a deferred tax asset is recognized for temporary differences that will result in deductible amounts in future years and for carry forwards. If, based on the weight of available evidence, it is more likely that some or the entire portion of the deferred tax asset will not be realized, that portion is deducted directly from the deferred tax asset.

We believe that the accounting estimate related to the realizability of deferred tax asset is a "critical accounting estimate" because: (i) it requires management to make assessments about the timing of future events, including the probability of expected future taxable income and available tax planning opportunities, and (ii) the difference between these assessments and the actual performance could have a material impact on the realization of tax benefits as reported in our results of operations. Management's assumptions require significant judgment because actual performance has fluctuated in the past and may continue to do so.

### Useful Lives of Property, Plant and Equipment

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and accumulated impairment losses. The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and the initial estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

Economic useful life is the duration of time the asset is expected to be productively employed by us, which may be less than its physical life. Management's assumptions on the following factors, among others, affect the determination of estimated economic useful life: wear and tear, obsolescence, technical standards, changes in market demand and technological changes.

The estimated useful lives of our property, plant and equipment are as follows:

|  | Useful lives (years) |
| --- | --- |
| Buildings | 8 ~ 40 |
| Structures | 5 ~ 50 |
| Machinery | 2 ~ 32 |
| Vehicles | 3 ~ 8 |
| Loaded heavy water | 30 |
| Asset retirement costs | 18, 30, 40, 60 |
| Right-of-use assets | 1 ~ 65 |
| Ships | 9 |
| Others | 4~15 |

A component that is significant compared to the total cost of property, plant and equipment is depreciated over its separate useful life. Depreciation methods, residual values and useful lives of property, plant and

106

Table of Contents

equipment are reviewed at the end of each reporting period and if change is deemed appropriate, it is treated as a change in accounting estimate.

*Impairment of Long-lived Assets*

At the end of each reporting period, we review the carrying amounts of tangible and intangible assets to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). Where it is not possible to estimate the recoverable amount of an individual asset, we estimate the recoverable amount of the cash-generating unit to which the asset belongs. Where a reasonable and consistent basis of allocation can be identified, corporate assets are also allocated to individual cash-generating units, or otherwise they are allocated to the smallest group of cash-generating units for which a reasonable and consistent allocation basis can be identified.

Intangible assets with indefinite useful lives and intangible assets not yet available for use are tested for impairment at least annually, and whenever there is an indication that the asset may be impaired. Recoverable amount is the higher of fair value less costs to sell or value in use. In assessing value in use, the estimated future cash flows are discounted to their present values using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset for which the estimates of future cash flows have not been adjusted.

If the recoverable amount of an asset (or a cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (or the cash-generating unit) is reduced to its recoverable amount. An impairment loss is recognized immediately in profit or loss. The recoverability of a cash-generating unit is assessed by comparing the carrying amount of the cash-generating unit with its value-in-use ("VIU") amount measured using the discounted cash flow model.

In the event that an impairment loss subsequently reverses, the carrying amount of the asset (or a cash-generating unit) is increased to the revised estimate of its recoverable amount, ensuring that such carrying amount increase does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or the cash-generating unit) in prior years. A reversal of an impairment loss is recognized immediately in profit or loss.

The assessment of impairment is a critical accounting estimate, because significant management judgment is required to determine: (i) whether an indicator of impairment has occurred, (ii) how assets should be grouped, and (iii) the recoverable amount (including the preparation of the VIU estimate) of the asset or asset group in the case of impairment. If management's assumptions about these assets change as a result of events or circumstances, and management believes the assets may have declined in value, we may record impairment charges, resulting in lower profits. Our management uses its best estimate in making these evaluations and considers various factors, including the future sales volume, unit sales price, cost of power purchase and discount rates. However, actual market prices and operating costs could vary from those used in the impairment evaluations, and the impact of such variations could be material. For the year ended December 31, 2018, we performed impairment tests on individual assets of KHNP and KOWEPO due to potential indication of impairment. For the year ended December 31, 2019, we performed impairment tests on land and others of KEPCO Bylong Australia Pty., Ltd. due to potential indication of impairment. Accordingly, we recognized the amount by which the carrying amount exceeds its recoverable amount as impairment loss on our consolidated statements of comprehensive income. See Note 18 of the notes to our consolidated financial statements included in this annual report for further information.

*Accrual for Loss Contingencies for Legal Claims*

We are involved in legal proceedings regarding matters arising in the ordinary course of business. In relation to these matters, as of December 31, 2020, we and our subsidiaries were engaged in 663 lawsuits as a

107

**Table of Contents**

defendant and 200 lawsuits as a plaintiff. The total amount claimed against us and our subsidiaries was Won 551 billion and the total amount claimed by us was Won 730 billion as of December 31, 2020. As of December 31, 2020, our provisions for these legal claims amounted to Won 113 billion. These provisions are adjusted when events or circumstances cause these judgments or estimates to change.

Actual amounts of our liabilities as determined upon settlement of legal claims or by final decisions of the courts in relation thereto may be substantially different from the amounts of provisions recognized or contingent liabilities disclosed. If the actual amounts are higher than the amounts of related provisions, the resulting additional liabilities would adversely impact our results of operations, financial condition and cash flows.

## Consolidated Results of Operations

### 2020 Compared to 2019

In 2020, our consolidated sales, which is principally derived from the sale of electric power, decreased by 1.1% to Won 57,926 billion in 2020 from Won 58,568 billion in 2019, primarily reflecting a decrease in sales of electric power. Our sale of electric power decreased by 0.4% to Won 56,684 billion for 2020 from Won 56,895 billion for 2019, primarily due to a decrease in the volume of electricity sold. The volume of electricity sold decreased by 2.2% to 509,270 gigawatt hours in 2020 from 520,499 gigawatt hours in 2019, primarily due to a 3.7% decrease in the volume of electricity sold to the industrial sector, which represents the largest segment of electricity consumption in Korea, to 278,660 gigawatt hours in 2020 from 289,240 gigawatt hours in 2019 and a 2.2% decrease in the volume of electricity sold to the commercial sector, which represents the second largest segment of electricity consumption in Korea, to 113,639 gigawatt hours in 2020 from 116,227 gigawatt hours in 2019; which was offset in part by a 5.0% increase in the volume of electricity sold to the residential sector to 76,303 gigawatt hours in 2020 from 72,639 gigawatt hours in 2019. The decrease in the volume of electricity sold to the industrial sector was primarily due to a decrease in the industrial electricity usage from a recession in the manufacturing industry in light of the COVID-19 pandemic, even though the manufacturing industry has traditionally been a major consumer of electricity. The decrease in the volume of electricity sold to the commercial sector was primarily due to the decrease in the commercial electricity usage from a slowdown in the service industry as a consequence of the social distancing in response to the COVID-19 pandemic and less air conditioning used in the stores as a result of a more temperate weather conditions. The increase in the volume of electricity sold to the residential sector was primarily due to increased time spent at home and telecommuting in response to the COVID-19 pandemic and increased use of heat appliances to cope with cold winter. Average unit sales price increased by 1.0% to Won 109.80 per kilowatt-hour in 2020 from Won 108.66 per kilowatt-hour in 2019, primarily due to an increase in each unit sales price in the residential and industrial sector. Our sales of construction services decreased by 35.8% to Won 812 billion in 2020 from Won 1,265 billion in 2019, primarily due to a decrease in sales amount recorded from the ongoing construction of our nuclear complex construction projects in the United Arab Emirates as the construction projects progress over time.

Our consolidated cost of sales, which is principally derived from the purchase of power from independent power producers and to a lesser extent, from raw materials used and depreciation, decreased by 10.3%, to Won 51,805 billion in 2020 from Won 57,780 billion in 2019, primarily due to a 13.9% decrease in power purchase, a 20.7% decrease in raw material used and a 29.5% decrease in other cost of sales, which was partially offset by a 3.9% increase in depreciation.

Power purchase, which accounted for 30.4% and 31.6% of our cost of sales in 2020 and 2019, respectively, decreased by 13.9% to Won 15,725 billion in 2020 from Won 18,270 billion in 2019, primarily due to a decrease in the unit price of power purchase.

Depreciation expense, excluding amortization of nuclear fuel charged to fuel costs in the amounts of Won 1,173 billion and Won 1,050 billion in 2020 and 2019, respectively, increased by 3.9% to Won 9,978 billion in 2020 from Won 9,684 billion in 2019 primarily due to an additional property, plant and equipment acquired in relation to the construction of new generation facilities pursuant to our capital investment program.

**Table of Contents**

Other cost of sales decreased by 29.5% to Won 1,843 billion in 2020 from Won 2,613 billion in 2019 primarily due to a decrease in the price of the greenhouse gas emission allowances and related costs, as our emission decreased from a decrease in coal-fired power generation. For example, we have spent approximately Won 311 billion for the greenhouse gas emission allowances in 2020, compared to Won 710 billion in 2019. For further information, please see Item 4.B. "Business Overview—Environmental Programs."

As a cumulative result of the foregoing factors, our consolidated gross profit increased by 676.8% to Won 6,121 billion in 2020 from Won 788 billion in 2019, and our consolidated gross profit margin increased to 10.6% in 2020 from 1.3% in 2019. The increases in our consolidated gross profit and consolidated gross profit margin were largely attributable to a 10.3% decrease in our consolidated cost of sales (which was mainly due to 13.9% decrease in the power purchase costs and a 20.7% decrease in raw materials used, which were partially offset by a 3.9% increase in depreciation expense) which substantially outpaced the 1.1% decrease in our consolidated sales (which was primarily due to a 2.2% decrease in the volume of electricity sold and a decrease in sales amount recorded from the ongoing construction of our nuclear complex construction projects in the United Arab Emirates as the construction projects progress over time).

Our consolidated selling and administrative expenses slightly increased by 0.3% to Won 2,678 billion in 2020 from Won 2,670 billion in 2019, largely due to an increase in the labor-related costs from increases in average wage, which was partially offset by a decrease in commissions.

Our consolidated other income, net of expenses, decreased by 18.1% to Won 619 billion in 2020 from Won 756 billion in 2019, mainly as a result of an increase in donation for establishment of laboratory for nuclear power plant decommissioning and of Korea Institute of Energy Technology, formerly known as KEPCO Tech University.

Our consolidated net other gains increased to Won 35 billion in 2020 from net other losses of Won 582 billion in 2019, as the net other losses in 2019 was primarily due to the impairment loss of mining rights in Bylong, Australia.

As a cumulative effect of the foregoing factors, our performance has turned around resulting in our consolidated operating profit of Won 4,097 billion in 2020 from consolidated operating loss of Won 1,708 billion in 2019, and our consolidated operating profit margin increased to 7.1% in 2020 from (2.9)% in 2019. This was mainly due to lower fuel costs from decreasing coal generation to comply with policies to reduce particulate matters in the atmosphere, lower purchasing power price as a result of a declined price of LNG, and lower emission costs as a result of the lower amount of emission caused by a decrease in coal generation.

Our consolidated finance expenses, net, decreased by 21.8% to Won 1,386 billion in 2020 from Won 1,772 billion in 2019, primarily as a result of lower interest payment expenses due to decrease in interest rate and finding new funding sources with lower interest rates.

Our consolidated profit related to associates, joint ventures and subsidiaries increased by 31.3% to Won 281 billion in 2020 from Won 214 billion in 2019, primarily due to decrease in operational expenses owing to lower fuel unit price and higher operating profit after the achievement of commercial operation of facilities owned by joint ventures.

As a cumulative result of the foregoing factors, our consolidated profit (loss) before income taxes turned surplus to a profit of Won 2,992 billion in 2020 from a loss of 3,266 billion in 2019.

Our income tax benefit turned significantly into an expense of Won 899 billion in 2020 from a benefit of Won 1,002 billion in 2019, largely as a result of the increase in our profit before income taxes. Our effective tax rate, which represents tax expense as a percentage of profit before income taxes was 30.05% in 2020. See Note 41 to our consolidated financial statements included in this annual report.

Table of Contents

As a cumulative result of the above factors, our consolidated profit (loss) turned surplus to a profit of Won 2,093 billion in 2020 from a loss of Won 2,264 billion in 2019. Our consolidated net profit margin also increased to 3.6% in 2020 from (3.9)% in 2019. Our loss attributable to the owners of the company was a profit of Won 1,991 billion in 2020 compared to a loss of Won 2,346 billion in 2019.

We reported consolidated other comprehensive loss of Won 220 billion in 2020 compared to consolidated other comprehensive income of Won 135 billion in 2019, largely due to a decrease in the remeasurement of defined benefit liability, shares in other comprehensive loss of associates and joint ventures, net of tax, and foreign currency translation loss of foreign operations, net of tax.

As a cumulative result of the above factors, our consolidated total comprehensive income was Won 1,873 billion in 2020, turned into surplus from a loss of Won 2,128 billion in 2019.

*2019 Compared to 2018*

In 2019, our consolidated sales, which is principally derived from the sale of electric power, decreased by 2.4% to Won 58,568 billion in 2019 from Won 60,033 billion in 2018, primarily reflecting a decrease in sales of electric power. Our sale of electric power decreased by 1.7% to Won 56,895 billion for 2019 from Won 57,898 billion for 2018, primarily due to a decrease in the volume of electricity sold and a decline in the average unit sales price. The volume of electricity sold decreased by 1.1% to 520,499 gigawatt hours in 2019 from 526,149 gigawatt hours in 2018, primarily due to a 1.3% decrease in the volume of electricity sold to the industrial sector, which represents the largest segment of electricity consumption in Korea, to 289,240 gigawatt hours in 2019 from 292,999 gigawatt hours in 2018; a 0.6% decrease in the volume of electricity sold to the commercial sector, which represents the second largest segment of electricity consumption in Korea, to 116,227 gigawatt hours in 2019 from 116,934 gigawatt hours in 2018; and a 0.4% decrease in the volume of electricity sold to the residential sector to 72,639 gigawatt hours in 2019 from 72,895 gigawatt hours in 2018. The decrease in the volume of electricity sold to the industrial sector was primarily due to the changes in the business environment resulting from the U.S.-China trade disputes and the Japanese export restrictions against Korea during 2019. The decrease in the volume of electricity sold to the commercial sector was primarily due to the decrease in the commercial electricity usage for air conditioning and heating as a result of a more temperate weather. The decrease in the volume of electricity sold to the residential sector was primarily due to a decrease in household electricity usage for air conditioning and heating as a result of a more temperate weather. Average unit sales price decreased by 0.08% to Won 108.66 per kilowatt-hour in 2019 from Won 108.75 per kilowatt-hour in 2018, primarily due to a decrease in the average tariff resulting from a rate discount applicable to households during the summer of 2019. Our sales of construction services decreased by 27.4% to Won 1,265 billion in 2019 from Won 1,742 billion in 2018, primarily due to a decrease in sales amount recorded from the ongoing construction of our nuclear complex construction projects in the United Arab Emirates as the construction projects progress over time. In addition to the above factors, our operating results were partly affected by sustained rises in fuel costs that were neither timely nor sufficiently offset by a corresponding rise in electricity tariff rates during the first half of 2019.

Our consolidated cost of sales, which is principally derived from the purchase of power from independent power producers and to a lesser extent, from raw materials used and depreciation, decreased by 0.7%, to Won 57,780 billion in 2019 from Won 58,208 billion in 2018, primarily due to a 0.2% decrease in power purchase and a 12.6% decrease in raw material used, which was partially offset by a 10.8% increase in depreciation and a 20.4% increase in other cost of sales, primarily due to an increase in the price of the greenhouse gas emission allowances and related costs.

Power purchase, which accounted for 31.6% and 31.5% of our cost of sales in 2019 and 2018, respectively, decreased by 0.2% to Won 18,270 billion in 2019 from Won 18,307 billion in 2018, primarily due to a 2.7% decrease in the LNG consumption tax, resulting in a decrease in the cost of purchasing LNG.

110

Table of Contents

Raw materials used, which accounted for 29.6% and 33.6% of our cost of sales in 2019 and 2018, respectively, decreased by 12.6% to Won 17,084 billion in 2019 from Won 19,538 billion in 2018, largely due to an increased utilization rate of nuclear generation units, resulting in less raw materials used.

Depreciation expense, excluding amortization of nuclear fuel charged to fuel costs in the amounts of Won 1,050 billion and Won 923 billion in 2019 and 2018, respectively, increased by 10.5% to Won 9,684 billion in 2019 from Won 8,760 billion in 2018 primarily due to additional property, plant and equipment acquired in relation to the construction of new generation facilities pursuant to our capital investment program.

Other cost of sales increased by 20.4% to Won 2,613 billion in 2019 from Won 2,170 billion in 2018 primarily due to an increase in the price of the greenhouse gas emission allowances and related costs, as such allowances previously allocated free of charge diminish over time. For example, we have spent approximately Won 710 billion for the greenhouse gas emission allowances in 2019, compared to Won 53 billion in 2018. For further information, please see Item 4.B. "Business Overview—Environmental Programs."

As a cumulative result of the foregoing factors, our consolidated gross profit decreased by 56.8% to Won 788 billion in 2019 from Won 1,825 billion in 2018, and our consolidated gross profit margin decreased to 1.3% in 2019 from 3.0% in 2018. The decreases in our consolidated gross profit and consolidated gross profit margin were largely attributable to a 2.4% decrease in our consolidated sales (which was mainly due to 1.1% decrease in the volume of electricity sold and a 27.4% decrease in the sales of construction services), which were partially offset by a 0.7% decrease in cost of sales (which was primarily due to 0.2% decrease in power purchase, a 12.6% decrease in raw materials used and a 4.5% decrease in welfare and benefit expenses, which were in turn partially offset by the 10.5% increase in depreciation and a 20.4% increase in other cost of sales).

Our consolidated selling and administrative expenses increased by 1.6% to Won 2,670 billion in 2019 from Won 2,628 billion in 2018, largely due to an increase in the retirement benefit expenses and other labor-related costs.

Our consolidated other income, net of expenses, increased by 2.3% to Won 756 billion in 2019 from Won 739 billion in 2018, mainly as a result of an increase in reversal of provisions and compensation and reparations revenue.

Our consolidated net other losses decreased to Won 582 billion in 2019 from net other losses of Won 621 billion in 2018, primarily due to the fact that impairment losses of Won 703 billion related to Wolsong #1 and Shin-Hanul #3 and #4 were recognized in 2018, compared to Won 3,819 million in 2019, the effect of which was partially offset by the impairment loss of Won 514 billion related to the mining rights of KEPCO Australia Pty., Ltd. and KEPCO Bylong Australia Pty., Ltd. in 2019.

As a cumulative result of the foregoing factors, our consolidated operating loss increased by 149.3% to an operating loss of Won 1,708 billion in 2019 from an operating loss of Won 685 billion in 2018, and our consolidated operating profit margin decreased to (2.9)% in 2019 from (1.1)% in 2018. These decreases were mainly due to a decrease in sales resulting from a weakened domestic economy, a general decline in electricity sales due to a decreased demand for air conditioning and heating, an increase in depreciation expense and an increase in the cost of greenhouse gas emission allowances.

Our consolidated finance expenses, net, increased by 5.9% to Won 1,772 billion in 2019 from Won 1,674 billion in 2018, primarily as a result of an increase in the interest expenses due to increased borrowings and bond issuances.

Our consolidated profit related to associates, joint ventures and subsidiaries decreased by 40.2% to Won 214 billion in 2019 from Won 358 billion in 2018, primarily due to a decline in sales and revenue of certain of our associates and joint ventures abroad and losses from Korea Gas Corporation's overseas equity investments.

111

**Table of Contents**

As a cumulative result of the foregoing factors, our consolidated loss before income taxes increased by 63.2% to a loss of Won 3,266 billion in 2019 from a loss of Won 2,001 billion in 2018.

Our income tax benefit increased to Won 1,002 billion in 2019 from Won 826 billion in 2018, largely as a result of the decrease in our profit before income taxes. Our effective tax rate, which represents tax expense as a percentage of profit before income taxes, was not calculated for income tax benefit caused by net operating losses in 2019 and 2018 and was 60.1% in 2017. See Note 41 to our financial statements included in this annual report.

As a cumulative result of the above factors, our consolidated loss increased by 92.7% to a loss of Won 2,264 billion in 2019 from a loss of Won 1,175 billion in 2018. Our consolidated net profit margin also decreased to (3.9)% in 2019 from (2.0)% in 2018. Our loss attributable to the owners of the company was a loss of Won 2,346 billion in 2019 compared to a loss of Won 1,315 billion in 2018.

We reported consolidated other comprehensive income of Won 135 billion in 2019 compared to consolidated other comprehensive loss of Won 107 billion in 2018, largely due to an increase in the remeasurement of defined benefit liability, net of tax, and foreign currency translation gain of foreign operations, net of tax.

As a cumulative result of the above factors, our consolidated total comprehensive loss increased by 66.1% to a loss of Won 2,128 billion in 2019 from a loss of Won 1,282 billion in 2018.

## Inflation

The effects of inflation in Korea on our financial condition and results of operations are reflected primarily in construction costs as well as in labor expenses. Inflation in Korea has not had a significant impact on our results of operations in recent years. It is possible that inflation in the future may have an adverse effect on our financial condition or results of operations.

## Segment Results

We operate the following business segments: transmission and distribution, nuclear power generation and thermal power generation and all others. The transmission and distribution segment, which is operated by us, the parent company, consists of operations related to the transmission, distribution and sale to end-users of electricity purchased from our generation subsidiaries as well as from independent power producers. The power generation segment, which is operated by our one nuclear generation subsidiary and five non-nuclear generation subsidiaries, consists of operations related to the generation of electricity sold to us through the Korea Power Exchange. The transmission and distribution segment and the power generation segment together represent our electricity business. The remainder of our operation is categorized as "all others." The all other segment consists primarily of operations related to the plant maintenance and engineering service, information services, and sales of nuclear fuel, communication line leasing, overseas businesses and others. In 2018, 2019 and 2020, the unaffiliated revenues of the power generation segment (representing the six generation subsidiaries) and all our other revenues in the aggregate amounted to only 2.9%, 2.7% and 3.1% of our consolidated revenues, respectively, and the results of operations for our business segments substantially mirror our consolidated results of operations. For further information, see Note 4 of the notes to our consolidated financial statements included in this annual report.

## Item 5.B.    Liquidity and Capital Resources

*We expect that our capital requirements, capital resources and liquidity position may change in the course of implementing the Restructuring Plan. See Item 4.B. " —Business Overview—Restructuring of the Electric Power Industry in Korea" and Item 3D. "Risk Factors—Risks Relating to KEPCO— The Government may adopt policy measures to substantially restructure the Korean electric power industry or our operational structure, which may have a material adverse effect on our business, operations and profitability."*

Table of Contents

**Capital Requirements**

We anticipate that the following represent the major sources of our capital requirements in the short-term to intermediate future:

- capital expenditures pursuant to our capital investment program;

- working capital requirements, the largest component of which is fuel purchases;

- payment of principal and interest on our existing debt; and

- overseas investments.

In addition, if there were to occur unanticipated material changes to the Restructuring Plan, the Basic Plan or other major policy initiatives of the Government relating to the electric power industry, or natural disasters, such developments may require a significant amount of additional capital requirements.

*Capital Expenditures*

We anticipate that capital expenditures will be the most significant use of our funds for the next several years. Our capital expenditures relate primarily to the construction of new generation units, maintenance of existing generation units and expansion of our transmission and distribution systems. Our capital expenditures generally follow budgets established under the Basic Plan, which contains projections relating to the supply and demand of electricity of Korea based on which we plan the construction of additional generation units and transmission systems.

Our total capital expenditures for the construction of generation, transmission and distribution facilities were Won 13,695 billion, Won 15,795 billion and Won 15,485 billion in 2018, 2019 and 2020, respectively, and under our current budgets, are estimated to be approximately Won 14,397 billion, Won 16,310 billion and Won 15,316 billion, in 2021, 2022 and 2023, respectively. We plan to finance our capital expenditures primarily through issuance of securities in the capital markets, borrowings from financial institutions and construction grants.

In January 2016, the Ministry of Trade, Industry and Energy announced an initiative to promote the new energy industry by creating the New Energy Industry Fund, which is made up of funds sponsored by government-affiliated energy companies. We contributed Won 500 billion to the funds in 2016. The purpose of these funds is to invest in substantially all frontiers of the new energy industry, including renewable energy, energy storage systems, electric vehicles, small-sized self-sustaining electricity generation grids known as "micro-grids", among others, as well as invest in start-up companies, ventures, small- to medium-sized enterprise and project businesses that engage in these businesses but have not previously attracted sufficient capital from the private sector.

Furthermore, as part of the Comprehensive Measures against Particulate Matter and the Eighth Basic Plan, announced by the Government in September 2017 and December 2017, respectively, the Government set forth the following policy directions relating to coal-fired generation units: (i) two coal-fired generation units scheduled for construction and four existing coal-fired generation units shall convert to LNG fuel use, (ii) in principle, construction of new coal-fired generation units shall not be planned, (iii) seven of the coal-fired generation units that are 30 years or older will be shut down on an accelerated schedule, (iv) beginning in 2018, coal-fired generation units that are 30 years or older shall temporarily cease operations from March through June of each year, (v) coal-fired generation units shall be put through comprehensive functional and environmental upgrades and (vi) coal-fired generation units shall be subject to emission standards that came into effect in January 2019 that are twice as more rigorous than the previous standards. Compliance with such measures is expected to result in significant additional costs.

We plan to establish a research and entrepreneurship-oriented university specializing in the energy field. See Item 4.B. "Business Overview— Establishment of a University." On August 8, 2019, our Board of Directors

113

Table of Contents

resolved to make an initial contribution of Won 60 billion for the promotion, initial operation and the design of the university campus.

### Fuel Purchases

We require significant funds to finance our operations, principally in relation to the purchase of fuels by our generation subsidiaries for generation of electricity. In 2018, 2019 and 2020, fuel costs constituted 34.5%, 31.6% and 28.6% of our cost of sales and the ratio of fuel costs to our sales was 33.5%, 31.2% and 25.5%, respectively. We plan to fund our fuel purchases primarily with net operating cash, although in cases of rapid increases in fuel prices as is the case from time to time, we may also rely on borrowings from financial institutions and issuance of debt securities in the capital markets.

### Repayment of Existing Debt

Payments of principal and interest on indebtedness will require considerable resources. The table below sets forth the scheduled maturities of the outstanding interest-bearing debt (excluding original issue discounts and premium) without taking into consideration of swap transactions of us and our six wholly-owned generation subsidiaries as of December 31, 2020 for each year from 2021 to 2025 and thereafter. As of December 31, 2020, such debt represented 95.7% of our outstanding debt on a consolidated basis.

| Year ended December 31 | Local Currency Borrowings | Foreign Currency Borrowings | Domestic Debentures | Foreign Debentures | Total |
|---|---|---|---|---|---|
| | | | (in billions of Won) | | |
| 2021 | 1,540 | 8 | 7,241 | 1,305 | 10,094 |
| 2022 | 214 | 1 | 6,700 | 2,013 | 8,928 |
| 2023 | 563 | — | 6,340 | 1,523 | 8,426 |
| 2024 | 212 | — | 5,380 | 1,289 | 6,881 |
| 2025 | 12 | — | 4,020 | 1,741 | 5,773 |
| Thereafter | 28 | — | 24,590 | 2,188 | 26,806 |
| Total | 2,569 | 9 | 54,271 | 10,059 | 66,908 |

We and our six wholly-owned generation subsidiaries incurred interest charges (including capitalized interest) in relation to our interest-bearing debt of Won 2,362 billion, Won 2,536 billion and Won 2,438 billion in 2018, 2019 and 2020, respectively. We anticipate that interest charges will increase in future years because of, among other factors, anticipated increases in our long-term debt. See "—Capital Resources" below. The weighted average rates of interest on our and our six wholly-owned generation subsidiaries' debt were 3.23%, 2.75% and 2.55% in 2018, 2019 and 2020, respectively.

### Overseas Investments

As part of our revenue diversification and fuel procurement strategy, we plan to continue to make overseas investments on a selective basis, which will be funded primarily through foreign currency-denominated borrowings and debt securities issuances as well as net operating cash from such projects.

### Capital Resources

We have traditionally met our working capital and other capital requirements primarily from net cash provided by operating activities, issuance of debt securities and borrowings from financial institutions. Net cash provided by operating activities is primarily a function of electricity sales and fuel purchases and is also affected by increases and decreases in trade receivables, trade payables and inventory related to electricity sales and fuel purchases. Net cash provided by operating activities was Won 6,680 billion, Won 8,213 billion and Won 13,208 billion in 2018, 2019 and 2020, respectively.

**Table of Contents**

As of December 31, 2018, 2019 and 2020, our long-term debt (excluding the current portion but including original issue discounts and premium), without taking into consideration of swap transactions, amounted to Won 53,073 billion, Won 59,019 billion and Won 59,050 billion, respectively, representing 74.7%, 85.7% and 83.6% of equity, respectively, as of such dates. As of December 31, 2018, 2019 and 2020, the current portions of our long-term debt were Won 7,101 billion, Won 7,759 billion and Won 9,238 billion, respectively. As of December 31, 2018, 2019 and 2020, our short-term borrowings amounted to Won 861 billion, Won 1,099 billion and Won 1,437 billion, respectively. See Note 23 of the notes to our consolidated financial statements included in this annual report. Total long-term debt (including the current portion but excluding original issue discounts and premium), without taking into consideration of swap transactions, as of December 31, 2020 was Won 68,451 billion, of which Won 56,759 billion was denominated in Won and an equivalent of Won 11,692 billion was denominated in foreign currencies, primarily U.S. dollars. We, KHNP, KOMIPO and KOWEPO also maintain global medium-term note programs in the aggregate amount of US$13 billion, of which approximately US$8 billion remains currently available for future drawdown. KOSEP also maintains an A$2 billion Australian dollar medium-term note program, of which approximately A$1.7 billion remains current available for future drawdown.

Subject to the implementation of our capital expenditure plan and the sale of our interests in our generation subsidiaries and other subsidiaries, our long-term debt may increase or decrease in future years. Until recently, a significant portion of our long-term debt was raised through foreign currency-denominated borrowings. Our foreign currency-denominated long-term debt (including the current portion but excluding original issue discounts and premium), without taking into consideration of swap transactions, amounted to Won 11,694 billion and Won 11,692 billion as of December 31, 2019 and 2020, respectively.

Our ability to incur long-term debt in the future is subject to a variety of factors, many of which are beyond our control, including, the amount of capital that other Korean entities may seek to raise in capital markets. Economic, political and other conditions in Korea may also affect investor demand for our securities and those of other Korean entities. In addition, our ability to incur debt will also be affected by the Government's policies relating to foreign currency borrowings, the liquidity of the Korean capital markets and our operating results and financial condition. In case of adverse developments in Korea, the price at which such financing may be available may not be acceptable to us.

We incur our short-term borrowings primarily through commercial papers sold to domestic financial institutions. We have not had, and we do not expect to have, any material difficulties in obtaining short-term borrowings. In addition, in order to prepare for potential liquidity shortage, we maintain several credit facilities with financial institutions, with Won-denominated facilities amounting to Won 5,119 billion in aggregate and foreign currency-denominated facilities amounting to US$1,810 million in aggregate. The full amount of these facilities was available as of December 31, 2020.

We may raise capital from time to time through the issuance of equity securities. However, there are certain restrictions on our ability to issue equity instrument, including limitations on shareholdings by foreigners. In addition, without changes in the existing KEPCO Act which requires that the Government, directly or pursuant to the Korea Development Bank Act, through Korea Development Bank, own at least 51% of our capital stock, it may be difficult or impossible for us to undertake any equity financing other than sales of treasury stock without the participation of the Government. Even if we are able to conduct equity financing with the participation of the Government, prevailing market conditions may be such that we may not be able conduct equity financing on terms that are commercially acceptable to us. See Item 3D. "Risk Factors—Risks Relating to Korea and the Global Economy."

Our total shareholders' equity increased by 2.6% from Won 68,890 billion as of December 31, 2019 to Won 70,667 billion as of December 31, 2020, mainly as a result of an increase in total comprehensive income.

Table of Contents

## Liquidity

Our liquidity is substantially affected by our acquisition of property, plant and equipment, fuel purchases and schedule of repayment of debt. Our property, plant and equipment increased by 2.4% from Won 164,702 billion as of December 31, 2019 to Won 168,709 billion as of December 31, 2020. As the fuel costs decreased by 19.0% from Won 18,261 billion in 2019 to Won 14,794 billion in 2020, our current trade and other payables also decreased from Won 6,649 billion as of December 31, 2019 to Won 6,257 billion as of December 31, 2020. Our current financial liabilities increased by 20.1% from Won 8,931 billion as of December 31, 2019 to Won 10,725 billion as of December 31, 2020 according to our debt repayment schedule.

Our cash flows are also impacted by other factors. Our net cash provided by operating activities increased by 60.8% from Won 8,213 billion in 2019 to Won 13,208 billion in 2020. There was an increase in profit of Won 4,356 billion during 2020 compared to 2019.

Our cash flows from investing activities are mainly affected by the acquisition of property, plant and equipment and financial assets, which was Won 22,485 billion in 2020, as well as the proceeds from disposals of financial assets, which was Won 8,020 billion in 2020. Our net cash used in investing activities increased by 9.9% from Won 13,499 billion in 2019 to Won 14,832 billion in 2020, mainly due to an increase in acquisition of financial assets of Won 7,038 billion offset by the increase in proceeds from disposals of financial assets of Won 5,237 billion and decreases in acquisition of property, plant and equipment of Won 719 billion.

Our cash flows from financing activities are mainly affected by the proceeds and repayment of long-term borrowings and debt securities, which was Won 2,193 billion in 2020, as well as the payment of lease liabilities, which was Won 614 billion in 2020. Our net cash from financing activities decreased by 52.8% from Won 5,775 billion in 2019 to Won 1,881 billion in 2020, largely due to a decrease of Won 3,051 billion in proceeds from long-term borrowings and securities.

Due to the capital-intensive nature of our business as well as significant volatility in fuel prices, from time to time we operate with working capital deficits, and we may have substantial working capital deficits in the future. As of December 31, 2018, 2019 and 2020, we had a working capital deficit of Won 2,096 billion, Won 4,749 billion and Won 5,319 billion, respectively. We have traditionally met our working capital and other capital requirements primarily with net cash provided by operating activities, issuance of debt securities, borrowings from financial institutions and construction grants. We also incur short-term borrowings primarily through commercial papers sold to domestic financial institutions. We have not had, and we do not expect to have, any material difficulties in obtaining short-term borrowings. See "—Capital Resources."

We may face liquidity concerns in the case of sudden and sharp depreciation of the Won against major foreign currencies or depreciation over a sustained period of time. While substantially all of our revenues and our cash and cash equivalents are denominated in Won, we pay for substantially all of our fuel purchases in foreign currencies and a substantial portion of our long-term debt is denominated in foreign currencies, and payment of principal and interest thereon is made in foreign currencies. In the past, we have incurred foreign currency debt principally due to the limited availability and the high cost of Won-denominated financing in Korea. However, in light of the increasing sophistication of the Korean capital markets and the recent increase in Won liquidity in the Korean financial markets, we plan to reduce the portion of our debt which is denominated in foreign currencies although we intend to continue to raise certain amounts of capital through long-term foreign currency debt for purposes of maintaining diversity in our funding sources as well as paying for overseas investments and fuel procurements in foreign currencies. As of December 31, 2020, 17.1% of our long-term debt (including the current portion but excluding original issue discounts and premium) without taking into consideration of swap transactions was denominated principally in U.S. dollars.

We enter into currency swaps and other hedging arrangements with respect to our foreign currency denominated debt only to a limited extent primarily due to the limited size of the Korean market for such

116

Table of Contents

derivative instrument. Such instruments include combined currency and interest rate swap agreements, interest rate swaps and foreign exchange agreements. We do not enter into derivative financial instruments in order to hedge market risk resulting from fluctuations in fuel costs. Our policy is to hold or issue derivative financial instruments for hedging purposes only. See Note 12 of the notes to our consolidated financial statements.

We did not pay any dividends in respect of fiscal year 2018, 2019. We paid dividends of Won 1,216 per share in respect of fiscal year 2020.

**Other**

Our operations are materially affected by the policies and actions of the Government. See Item 4.B. "Business Overview—Regulation."

**Item 5.C.     Research and Development, Patents and Licenses, etc.**

**Research and Development**

Our research and development program is focused on developing advanced electric power, renewable energy, smart grid and customer-friendly electricity service technologies that will enable us to become a global leader in the energy industry. In order to achieve our corporate vision of becoming a "KEPCO – A Smart Energy Creator" in 2014, we adopted the KEPCO Technology Strategy, which emphasizes enhanced technological convergence and customer service. As part of such strategy, we are continuously investing in technology development to preemptively respond to changes in the energy paradigm and to improve the quality of the electricity. As a result, we secured 24 core strategic technologies and 78 first-in-class technologies in the related fields such as power network upgrading, 4th industrial revolution and renewable energy. In 2020, consistent with the Government guidelines, we plan to invest approximately 5.2% of our annual estimated net sales in the research and development. We also actively cope with changes in the external environment represented by 3Ds (Digitalization, Decarbonization and Decentralization) and established medium and long-term technology development strategies for core strategies to create sustainable new growth engines. We plan to invest in the following: (i) a system platform that combines technologies such as big data, artificial intelligence and cloud computing; (ii) digitalization technology of electric power facility; (iii) power energy storage technology; (iv) advanced renewable energy technology; (v) energy consumption optimization demand management technology; (vi) advanced power generation technology; (vii) international power grid connection technology and (viii) active distribution system technology to secure 150 core technologies that can contribute to national development and quality of life of our customers:

Our high-priority "creative smart energy" projects currently include the following:

- constructing smart energy city;

- increasing the receptivity of renewable energy;

- capturing, utilizing and storing carbon;

- improving hydrogen production efficiency through water electrolysis;

- commercializing offshore wind power plants;

- introducing and demonstrating new kinds of high-capacity energy storage devices; and

- obtaining high-voltage direct currents technology suitable for domestic operation.

Our research and development activities also focus on the following:

- in the thermal power generation sector, reducing the greenhouse effect, enhancing efficiency and reducing cost in power plant construction and operation as well as in our plant maintenance, including through improvements in damage analysis and environment-friendly inspections;

117

Table of Contents

- in the renewable energy sector, enhancing efficiency, lowering costs of power generation, identifying new energy sources and exploring new business opportunities;

- in the electric power system sector, enhancing the stability and reliability in the operation of our electric power grid as well as enhancing efficiency in electricity distribution, including through build-out of large-sized electricity storage facilities and superconducting transmission cable grids, introducing preventive maintenance measures for substations and developing technologies related to system automation and power utilization; and

- in the customer service sector, developing technologies enabling a greater range of business opportunities and heightened customer service in anticipation of the upcoming rollout of the smart grid system.

In addition, we cooperate closely with several other electric utility companies and research institutes, both foreign and domestic, on various projects to diversify the scope and scale of our research and development activities.

We invested Won 929 billion, Won 976 billion and Won 350 billion in 2018, 2019 and 2020, respectively, and currently plan to invest Won 455 billion in 2021, on research and development. Our current focus in research and development is primarily in the area of ICT-based smart energy technological development. We had 604 employees engaged in research and development activities as of December 31, 2020. As a result of our research, we had 3,677 registered patents and 6,382 patent applications outstanding in Korea and abroad as of December 31, 2020.

### Item 5.D.      Trend Information

Trends, uncertainties and events which could have a material impact on our sales, liquidity and capital resources are discussed above in Item 5.A. "Operating Results" and Item 5.B. "Liquidity and Capital Resources."

### Item 5.E.      Off-Balance Sheet Arrangements

We had no significant off-balance sheet arrangements as of December 31, 2020.

### Item 5.F.      Tabular Disclosure of Contractual Obligations

The following summarizes our known contractual obligations on a consolidated basis as of December 31, 2020 and the effect such obligations are expected to have on liquidity and cash flow in future periods.

| Contractual Obligations[1] | Total | Less than 1 year | 1–3 years (in billions of Won) | 3–5 years | After 5 years |
|---|---|---|---|---|---|
| Long-term debt[2] | ₩68,451 | ₩ 9,241 | ₩17,541 | ₩12,769 | ₩28,900 |
| Short-term borrowings | 1,437 | 1,437 | — | — | — |
| Interest payments[3] | 12,438 | 1,733 | 2,402 | 1,914 | 6,389 |
| Lease liabilities | 5,210 | 616 | 517 | 1,616 | 2,461 |
| Total | ₩87,536 | ₩13,027 | ₩20,460 | ₩16,299 | ₩37,750 |

*Notes:*

(1)   Other than as set forth in this table, we have several other contractual obligations, including fuel purchase agreements. As for fuel purchase agreements, we entered into several contracts under which we were committed to purchasing minimum quantities of fuel, including approximately 60 to 70 million tons of bituminous coal in 2020. As for all uranium ore concentrates, in order to ensure stable supply, we enter into

**Table of Contents**

long-term and medium-term contracts with various suppliers and supplements such supplies with purchases in spot markets. We negotiate annually with Korea Gas Corporation and other suppliers to purchase LNG. The fuel purchase price is typically negotiated near or at time of purchase subject to prevailing market conditions. In 2020, the fuel cost incurred to us was Won 14.8 trillion.

(2)   Long-term debt represents long-term borrowings and debt securities including the current portion excluding interest.

(3)   Our long-term debt and short-term borrowings have fixed or variable rate of interest. For the variable rate of interest, we used the rate in effect as of December 31, 2020 in calculating the interest payments on debt for the periods indicated.

For a description of our commercial commitments and contingent liabilities, see Note 50 of the notes to our consolidated financial statements included in this annual report.

We entered into a power purchase agreement with GS EPS Co., Ltd., POSCO Energy Corp. and CGN Yulchon Generation Co., Ltd. respectively, which are non-renewable energy independent power producers that are not part of the Community Energy System, under which we are required to purchase all electricity generated by these companies to the extent such electricity is traded through the Korea Power Exchange. The purchase prices for such electricity are predetermined under the power purchase agreements, subject to annual adjustments. We purchased power from these companies in the amounts of Won 966 billion, Won 500 billion and Won 379 billion in 2018, 2019 and 2020, respectively. As a result of the expiration of the contractual periods, our agreement with POSCO Energy Corp. terminated on June 30, 2020 and our agreement with GS EPS Co., Ltd. terminated on March 31, 2021.

We meet our coal requirements primarily through purchases of bituminous coal and anthracite coal under long-term supply contracts with domestic and foreign suppliers to purchase. Under these long-term supply contracts, purchase prices are adjusted periodically based on prevailing market conditions. We also purchase a substantial portion of our LNG requirements from Korea Gas Corporation, a related party. We have also entered into long-term transportation contracts with Pan Ocean Co., Ltd. and others.

We import all uranium ore concentrates from sources outside Korea (including Canada, France, the United Kingdom, Switzerland, Kazakhstan, Australia, Germany, Hong Kong, Japan and Uzbekistan) through medium- to long-term contracts and pay for such concentrates with currencies other than Won, primarily U.S. dollars. Contract prices for processing of uranium are generally based on market prices. See Note 49 of the notes to our consolidated financial statements for further details of these contracts.

Under the Long-term Transmission and Substation Plan approved by the Ministry of Trade, Industry and Energy, we are liable for the construction of all of our power transmission facilities and the maintenance and repair expenses for such facilities.

Table of Contents

Payment guarantees and short-term credit facilities from financial institutions as of December 31, 2020 were as follows:

*Payment guarantee*

| Description | Financial Institutions | Credit Lines (In millions of Won or thousands of foreign currencies) | |
|---|---|---|---|
| Payment of import letter of credits | Shinhan Bank and others | USD | 938,400 |
| | Mizuho Bank | MXN | 3,666 |
| Inclusive credits | Hana Bank | KRW | 8,000 |
| | Hana Bank and others | USD | 30,722 |
| | Shinhan Bank | INR | 70,028 |
| Performance guarantees on Contract | Seoul Guarantee Insurance and others | KRW | 66,890 |
| | First Abu Dhabi Bank and others | USD | 1,036,334 |
| | Korea Development Bank and others | JPY | 637,670 |
| | Hana Bank | EUR | 4,065 |
| | Shinhan Bank | INR | 6,806 |
| | Hana Bank | CAD | 148 |
| | Maybank | MYR | 7,500 |
| | Hana Bank | SAR | 68,054 |
| Guarantees for bid | Hana Bank | USD | 10,000 |
| | Hana Bank | EUR | 2 |
| Warranty bond and others | Seoul Guarantee Insurance | KRW | 40,153 |
| | Export-Import Bank of Korea and others | USD | 550,616 |
| | Hana Bank | SAR | 6,508 |
| | Hana Bank | MXN | 20,538 |
| Payment on payable from foreign country | Nonghyup Bank | USD | 8,700 |
| Trade finance | BNP Paribas and others | USD | 750,000 |
| Other guarantees | Nonghyup Bank and others | KRW | 654,162 |
| | Export-Import Bank of Korea and others | USD | 2,268,158 |
| | Shinhan Bank | JPY | 381,210 |
| | Standard Chartered | AED | 50 |
| | Shinhan Bank | MXN | 6,471 |

*Overdraft and Others*

| Description | Financial Institutions | Credit Lines (In millions of Won or thousands of foreign currencies) | |
|---|---|---|---|
| Overdraft | Nonghyup Bank and others | KRW | 2,216,500 |
| Limit amount available for commercial paper | Hana Bank | KRW | 1,150,000 |
| Limit amount available for card | Hana Bank and others | KRW | 47,104 |
| | Banco de Oro | PHP | 5,000 |
| Loan limit | Kookmin Bank and others | KRW | 1,752,333 |
| | DBS Bank and others | USD | 1,809,700 |

We have outstanding borrowings with a limit of USD 275,600 thousand from our creditors such as International Finance Corporation. Regarding the borrowing contract, we have guaranteed capital contribution of

120

**Table of Contents**

USD 69,808 thousand and additional contribution up to USD 19,000 thousand for contingencies, if any. Moreover, for one of the electricity purchasers, Central Power Purchasing Agency Guarantee Ltd., we have provided payment guarantee up to USD 2,777 thousand, in case of construction delay or insufficient contract volume after commencement of the construction.

We have provided PT. Perusahaan Listrik Negara performance guarantee up to USD 2,293 thousand and investment guarantee up to USD 43,500 thousand to Mizuho bank and others in proportion to its ownership in the electricity purchase contract with PT. Cirebon Energi Prasarana in relation to the second electric power generation business in Cirebon, Indonesia.

We have provided MUFG Bank, Ltd. (MUFG) (formerly, the Bank of Tokyo Mitsubishi UFJ. Ltd. (BTMU)) borrowing guarantee up to USD 41,258 thousand proportion to its ownership in the equity bridge loan guarantee with PT. Cirebon Energi Prasarana in relation to the second electric power generation business in Cirebon, Indonesia.

We have provided the Export-Import Bank of Korea, BNP Paribas and ING Bank guarantee of mutual investment of USD 2,192 thousand, which is equivalent to the ownership interest of PT BS Energy and PT Nusantara Hydro Alam, in order to guarantee the expenses related to hydroelectric power business of Tanggamus, Indonesia.

We have provided USD 16,000 thousand of business performance guarantees to AEP Texas, Inc., for the construction, ownership, operation, and related cost-bearing implementation of electric power transmission equipment regarding Concho Valley solar business in the United States.

We have provided a guarantee to complete the construction of the waste oil refining power generation plant of Next energy Co., Ltd. (contract amount: Won 14.7 billion) to the financial institution agents, and thus we are liable to compensate to financial institution agents for the any damages incurred in the event of incompletion of the construction. Also, the power generation guarantee agreement was concluded in connection with the consignment service for management and operations (the repayment period of the principal of the loan) after the completion of the construction. If the amount of power generated falls short of the contracted power generation amount, we will be liable to pay compensation for the shortage. We have recognized Won 13.5 billion as a provision based on the assessment of expected outflow of resources.

We have provided the syndicate of lenders of PT Indo Raya Tenaga, the business corporation of PT Barito Wahana Tenaga, a guarantee by establishing the right of pledge on the shares of PT Barito Wahana Tenaga for project financing of PT Barito Wahana Tenaga as of December 31, 2020.

Existing guarantees provided by us to our associates and joint ventures as of December 31, 2020 are as follows.

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KEPCO | Shuweihat Asia Operation & Maintenance Company | Performance guarantees | USD | 11,000 | Shuweihat Asia Power Investment B.V. |
| KEPCO | Rabigh Operation & Maintenance Company Limited | Performance guarantees and others | USD | 1,387 | Rabigh Electricity Company |
| KEPCO | Nghi Son 2 Power LLC | Performance guarantees | USD | 70,000 | SMBC Ho Chi Minh and others |
| | | Debt guarantees | USD | 285,000 | SMBC Singapore |

121

Table of Contents

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KEPCO | Barakah One Company | Debt guarantees | USD | 900,000 | Export-Import Bank of Korea and others |
| | | Performance guarantees and others | USD | 4,439,920 | |
| KEPCO | RE Holiday Holdings LLC | Performance guarantees(12) | USD | 206,494 | EPS Renewables Holdings, LLC, Santander Bank and others |
| KEPCO | RE Pioneer Holdings LLC | Performance guarantees | USD | 158,718 | EPS Renewables Holdings, LLC, Santander Bank and others |
| KEPCO | RE Barren Ridge 1 Holdings LLC | Performance guarantees(12) | USD | 135,783 | Firstar Development, LLC, Santander Bank and others |
| KEPCO | Rabigh Electricity Company | Performance guarantees | SAR | 6,508 | Hana Bank |
| | | Performance guarantees | SAR | 68,054 | |
| KEPCO | Shuweihat Asia Power Investment B.V. | Performance guarantees | USD | 100,000 | ING Bank |
| KEPCO | Amman Asia Electric Power Company | Performance guarantees | USD | 16,800 | Shinhan Bank |
| KEPCO | Pulau Indah Power Plant Sdn. Bhd. | Performance guarantees | MYR | 7,500 | Maybank |
| KOWEPO | Cheongna Energy Co., Ltd. | Collateralized money invested | KRW | 4,940 | Kookmin Bank and others |
| | | Guarantees for supplemental funding and others(1) | — | — | |
| KOWEPO | Xe-Pian Xe-Namnoy Power Co., Ltd. | Payment guarantees for business reserve | USD | 2,500 | Krung Thai Bank |
| | | Collateralized money invested | KRW | 64,570 | |
| | | Impounding bonus guarantees | USD | 5,000 | SK E&C |
| KOWEPO | Rabigh Operation & Maintenance Company Limited | Performance guarantees and others | SAR | 11,200 | National Bank of Kuwait |
| KOWEPO | Daegu Photovoltaic Co., Ltd. | Collateralized money invested | KRW | 2,066 | Korea Development Bank |
| KOWEPO | Dongducheon Dream Power Co., Ltd. | Collateralized money invested(7) | KRW | 45,041 | Kookmin Bank and others |
| | | Debt guarantees | KRW | 20,300 | BNK Securities |
| KOWEPO | PT. Mutiara Jawa | Collateralized money invested | KRW | 1,780 | Woori Bank |

122

Table of Contents

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KOWEPO | Haeng Bok Do Si Photovoltaic Power Co., Ltd. | Collateralized money invested | KRW | 210 | Nonghyup Bank |
| KOWEPO | Shin Pyeongtaek Power Co., Ltd. | Collateralized money invested | KRW | 69,591 | Kookmin Bank |
| | | Guarantees for supplemental funding(1) | — | — | Kookmin Bank and others |
| KOWEPO | Haemodum Solar Co., Ltd. | Collateralized money invested | KRW | 3,065 | Nonghyup Bank |
| KOWEPO | Sam-Yang Photovoltaic Power Co., Ltd. | Collateralized money invested | KRW | 5,535 | Korea Development Bank and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| KOWEPO | Muan Solar park Co., Ltd. | Collateralized money invested | KRW | 4,180 | IBK and others |
| KOWEPO | Anjwa Smart Farm & Solar City Co., Ltd. | Collateralized money invested | KRW | 5,510 | Hana Bank and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| EWP | Busan Shinho Solar Power Co., Ltd. | Collateralized money invested | KRW | 5,378 | Korea Development Bank and others |
| EWP | Seokmun Energy Co., Ltd. | Collateralized money invested | KRW | 14,814 | Kookmin Bank and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| EWP | Chun-cheon Energy Co., Ltd. | Collateralized money invested | KRW | 27,518 | Kookmin Bank and others |
| | | Guarantees for supplemental funding(1) | KRW | 90,800 | |
| EWP | Honam Wind Power Co., Ltd. | Collateralized money invested | KRW | 3,887 | Shinhan Bank and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| EWP | GS Donghae Electric Power Co., Ltd. | Collateralized money invested | KRW | 244,426 | Korea Development Bank and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| EWP | Yeonggwangbaeksu Wind Power Co., Ltd. | Collateralized money invested | KRW | 3,124 | Kookmin Bank and others |
| EWP | Yeonggwang Wind Power Co., Ltd. | Collateralized money invested | KRW | 17,256 | KDB Capital Corporation and others |
| | | Guarantees for supplemental funding(1) | — | — | |
| EWP | Daesan Green Energy Co., Ltd. | Collateralized money invested | KRW | 22,552 | IBK |

Table of Contents

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | **(In millions of Won or thousands of foreign currencies)** | | | |
| | | Guarantees for supplemental funding[1] | KRW | 18,989 | |
| EWP | Taebaek Gadeoksan Wind Power Co., Ltd. | Collateralized money invested | KRW | 13,362 | Samsung Fire & Marine Insurance Co., Ltd. and others |
| EWP | PT. Tanjung Power Indonesia | Debt guarantees | USD | 24,544 | SMBC |
| | | Other guarantees | USD | 3,150 | PT Adaro Indonesia |
| | | Guarantees for supplemental funding[1] | — | — | SMBC and others |
| | | Collateralized money invested | KRW | 33,063 | MUFG and others |
| EWP | South Jamaica Power Company Limited | Performance guarantees | USD | 14,400 | Societe Generale |
| | | Collateralized money invested | KRW | 31,897 | JCSD Trustee Services Limited and others |
| EWP Barbados 1 SRL | South Jamaica Power Company Limited | Guarantees for supplemental funding[1, 3] | — | | JCSD Trustee Services Limited and others |
| EWP | DE Energia SpA | Collateralized money invested | KRW | 8,187 | Mirae Asset Daewoo Co., Ltd. and others |
| | | Debt guarantees | USD | 5,728 | |
| | | Payment guarantees[10] | USD | 1,066 | Hana Bank |
| EWP | Bitsolar Energy Co., Ltd. | Collateralized money invested | KRW | 352 | Mirae Asset Life Insurance Co., Ltd. and others |
| KOSPO | KNH Solar Co., Ltd. | Collateralized money invested | KRW | 2,436 | Shinhan Bank and others |
| | | Performance guarantees and guarantees for supplemental funding[1] | — | — | |
| KOSPO | Daeryun Power Co., Ltd. | Collateralized money invested | KRW | 26,353 | Korea Development Bank and others |
| | | Guarantees for supplemental funding and others[1] | KRW | 8,000 | |
| KOSPO | Daegu Green Power Co., Ltd. | Collateralized money invested | KRW | 23,045 | Shinhan Bank and others |
| | | Performance guarantees | — | — | |
| KOSPO | Kelar S.A. | Performance guarantees | USD | 57,987 | Hana Bank, MUFG |
| KOSPO | Daehan Wind Power PSC | Performance guarantees | USD | 3,600 | Shinhan Bank |
| | | Payment guarantees[9] | USD | 1,898 | Hana Bank |

124

Table of Contents

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KOSPO | Pyeongchang Wind Power Co., Ltd. | Collateralized money invested | KRW | 5,027 | Woori Bank and Shinhan Bank and others |
| | | Performance guarantees | — | — | |
| KOSPO | Taebaek Guinemi Wind Power Co., Ltd. | Collateralized money invested | KRW | 3,087 | IBK |
| KOSPO | Jeongam Wind Power Co., Ltd. | Performance guarantees | — | — | SK Securities Co., LTD., KDB Capital Corporation, and others |
| | | Collateralized money invested | KRW | 4,620 | |
| KOSPO | Samcheok Eco Materials Co., Ltd. | Payment guarantees[4] | — | — | SEM Investment Co., Ltd. |
| KOSPO | Solaseado Solar Power Co., Ltd. | Collateralized money invested | KRW | 7,379 | Kookmin Bank and others |
| KOSPO | Naepo Green Energy Co., Ltd. | Collateralized money invested[11] | — | — | IBK and others |
| | | Guarantees for supplemental funding and others[1] | KRW | 30,000 | |
| | | Guarantees for other supplemental funding and performance guarantees[1] | — | — | |
| Kospo Chile SpA | Kelar S.A. | Collateralized money invested | KRW | 71,449 | Export-Import Bank of Korea and others |
| | Chester Solar I SpA | Collateralized money invested | KRW | 1,621 | IBK |
| | Chester Solar IV SpA | Collateralized money invested | KRW | 1,064 | |
| | Chester Solar V SpA | Collateralized money invested | KRW | 277 | |
| | Diego de Almagro Solar Spa | Collateralized money invested | KRW | 1,490 | |
| | Laurel SpA | Collateralized money invested | KRW | 1,092 | |
| KOMIPO | YeongGwang Yaksu Wind Electric. Co., Ltd. | Collateralized money invested | KRW | 312 | IBK and others |
| KOMIPO | Hyundai Green Power Co., Ltd. | Collateralized money invested | KRW | 132,774 | Korea Development Bank and others |
| KOMIPO | PT. Cirebon Electric Power | Debt guarantees | USD | 10,038 | Mizuho Bank |
| KOMIPO | PT. Wampu Electric Power | Debt guarantees | USD | 5,271 | SMBC |

125

**Table of Contents**

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KOMIPO | Green Energy Electricity Generation Co., Ltd. | Collateralized money invested | KRW | 25 | IBK |
| | | Guarantees for supplemental funding and others[1] | — | — | IBK and others |
| KOMIPO | Yaksu ESS Co., Ltd. | Collateralized money invested | KRW | 454 | IBK |
| KOMIPO | Namjeongsusang Solar Power Operation Co., Ltd. | Collateralized money invested | KRW | 103 | IBK |
| KOMIPO | Gwangbaek Solar Power Investment Co., Ltd. | Collateralized money invested | KRW | 4,682 | Kyobo Life Insurance Co., Ltd. and others |
| KOMIPO | Muan Sunshine Solar Power Plant Co., Ltd. | Collateralized money invested | KRW | 1,096 | IBK |
| KOMIPO | Goesan SolarPark Co., Ltd. | Collateralized money invested | KRW | 1,684 | IBK |
| KOMIPO | Bitgoel Eco Energy Co., Ltd. | Collateralized money invested | KRW | 29 | IBK and others |
| | | Guarantees for supplemental funding[1] | — | — | |
| KOSEP | Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | Collateralized money invested[1] | — | — | IBK |
| | | Guarantees for supplemental funding and others[1, 6] | KRW | 76,800 | NH investment & securities Co., Ltd. and others |
| KOSEP | S-Power Co., Ltd. | Collateralized money invested | KRW | 110,292 | Korea Development Bank and others |
| KOSEP | RES Technology AD | Collateralized money invested | KRW | 15,930 | UniCredit Bulbank and others |
| KOSEP | ASM-BG Investicii AD | Collateralized money invested | KRW | 18,200 | UniCredit Bulbank and others |
| KOSEP | Expressway Solar-light Power Generation Co., Ltd. | Guarantees for supplemental funding[1, 2] | KRW | 2,500 | Woori Bank |
| KOSEP | Goseong Green Power Co., Ltd. | Collateralized money invested | KRW | 2,186 | Kyobo Life Insurance Co., Ltd. and others |
| KOSEP | Gangneung Eco Power Co., Ltd. | Collateralized money invested | KRW | 2,368 | Kyobo Life Insurance Co., Ltd. and others |

126

**Table of Contents**

| Primary Guarantor (Providing Company) | Principal Obligator (Provided Company) | Type of Guarantees | Currency | Credit Limit | Guarantee (Final Provided Company) |
|---|---|---|---|---|---|
| | | (In millions of Won or thousands of foreign currencies) | | | |
| KOSEP | PND solar Co., Ltd. | Collateralized money invested | KRW | 1,149 | IBK |
| KOSEP | Hyundai Eco Energy Co., Ltd. | Collateralized money invested | KRW | 4,250 | Samsung Life Insurance and others |
| KOSEP | Jaeun Resident Wind Power Plant Co., Ltd. | Collateralized money invested | KRW | 2,195 | IBK |
| KOSEP | Cheongsong Myeonbongsan Wind Power Plant Co., Ltd. | Collateralized money invested | KRW | 4,124 | Kyobo Life Insurance Co., Ltd. and others |
| KOSEP | Youngam Solar Power Co., Ltd. | Collateralized money invested | KRW | 6,042 | Kookmin Bank and others |
| KOSEP | Samsu Wind Power Co., Ltd. | Collateralized money invested | KRW | 2,607 | Shinhan Bank and others |
| KOSEP | Saemangeum Heemang Photovoltaic Co., Ltd. | Collateralized money invested | KRW | 11,022 | Woori Bank and others |
| KHNP | Noeul Green Energy Co., Ltd. | Collateralized money invested | KRW | 4,197 | Hana Bank and others |
| KHNP | Busan Green Energy Co., Ltd. | Collateralized money invested | KRW | 8,778 | Shinhan Bank and others |
| KHNP | Cheong-Song Noraesan Wind Power Co., Ltd. | Collateralized money invested | KRW | 3,453 | Woori Bank and others |
| KPS | Incheon New Power Co., Ltd. | Collateralized money invested[8] | — | — | Shinhan Bank |
| | | Guarantees for supplemental funding[1] | — | — | |

*Notes:*

(1)   We guarantee to provide supplemental funding for business with respect to excessive business expenses or insufficient repayment of borrowings.

(2)   We have granted the right to Hana Financial Investment Co., Ltd., as an agent for the creditors to Expressway Solar-light Power Generation Co., Ltd. ("ESPG"), to the effect that in the event of acceleration of ESPG's payment obligations under certain borrowings to such creditors, Hana Financial may demand us to dispose of shares in ESPG held by us and apply the resulting proceeds to repayment of ESPG's obligations.

(3)   This includes a guarantee for the shareholder's capital payment in connection with the business of 190MW gas complex thermal power plant in Jamaica. EWP Barbados 1 SRL's capital contribution amount is USD 18,400 thousand and there is no residual guarantee amount among total collateral limit.

(4)   Controlling and non-controlling common shareholders of Samcheok Eco Materials Co., Ltd. have pre-emption rights, if preferred shareholders intend to sell their shares until December 26, 2023. The promised yield of the preferred stock is guaranteed through the transaction. As of December 31, 2020, we have recognized derivative liabilities of W6,760 million related to the guarantee. Meanwhile, we are under an agreement with Samcheok Eco Materials Co., Ltd. that if a damage incurs related to the fulfillment of obligations pursuant to the mandatory contract of coal ash supply, compensation for the expected amount of the damage should be settled.

(5)   We recognized an impairment loss on all of the equity securities of Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) before the prior year, and the acquisition cost of the securities provided as collateral is Won 47,067 million.

127

Table of Contents

(6)  Pursuant to the guarantee agreement, we recognized other provisions of Won 26,772 million as the possibility of economic benefit outflow to fulfill the obligation was deemed probable and the amount could be reasonably estimated.

(7)  The common stocks of Dongducheon Dream Power Co., Ltd. held by us were pledged as collateral.

(8)  We recognized an impairment loss on all of the equity securities of Incheon New Power Co., Ltd. during the year ended December 31, 2019, and the acquisition cost of the securities provided as collateral is Won 461 million.

(9)  We provided a payment guarantee to Daehan Wind Power PSC for opening LC for Debt Service Reserve Account (DSRA).

(10) This includes a guarantee related to LC for debt repayment allowance provided to DE Energia SpA, a joint venture of us.

(11) We recognized an impairment loss on all of the equity securities of Naepo Green Energy Co., Ltd. before the prior year, and the acquisition cost of the securities provided as collateral is ₩29,200 million.

(12) The credit limits of guarantees to RE Holiday Holdings LLC and RE Barren Ridge 1 Holdings LLC include the credit limits of guarantees to their subsidiaries.

Other than as described in this annual report and also in Notes 47 and 50 of the notes to our consolidated financial statements included in this annual report, we did not have any other material credit lines and guarantee commitments provided to any third parties as of December 31, 2020.

## Item 5.G. Safe Harbor

Forward-looking information discussed in this Item 5 includes assumptions, expectations, projections, intentions and beliefs about future events. These statements are intended as "forward-looking statements." We caution that assumptions, expectations, projections, intentions and beliefs about future events may and often do vary from actual results and the differences can be material. Please see "Forward Looking Statements" on page 1 of this annual report.

## ITEM 6.    *DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES*

### Item 6.A. Directors and Senior Management

### Board of Directors

Under the KEPCO Act, the Act on the Management of Public Institutions and our Articles of Incorporation, our board of directors, which is required to consist of not more than 15 directors, including the president, is vested with the authority over our management.

Pursuant to the Act on the Management of Public Institutions and our Articles of Incorporation, we have two types of directors: standing directors ('*sang-im-isa*' in Korean) and non-standing directors ('*bi-sang-im-isa*' in Korean). Please see the below discussion under "—Standing Directors" and "—Non-standing Directors" for more information.

Under our Articles of Incorporation, there may not be more than seven standing directors, including our president, and more than eight non-standing directors. The number of non-standing directors must exceed the number of standing directors, including our president. A senior non-standing director appointed by the Ministry of Economy and Finance becomes our chairman of the board following the review and resolution of the Committee for Management of Public Institutions.

### *Standing Directors*

The standing directors refer to our directors who serve their directorship positions in full-time capacity.

Table of Contents

Our president serves as our chief executive officer and represents us and administers our day-to-day business in all matters and bears the responsibility for the management's performance. Our president is appointed by the President of the Republic upon the motion of the Ministry of Trade, Industry and Energy following the nomination by our director nomination committee, the review and resolution of the Committee for Management of Public Institutions pursuant to the Act on the Management of Public Institutions and an approval at the general meeting of our shareholders.

In the event the president acts in violation of law or the Articles of Incorporation, is negligent in his duties, or otherwise is deemed to be significantly impeded in performing his official duties as president, the board of directors may by resolution request the minister of the Ministry of Trade, Industry and Energy to dismiss or recommend the dismissal of the president.

Our standing director(s) who concurrently serves as a member of the audit committee is appointed through the same appointment process applicable to our president, except that the motion for appointment is made by the Ministry of Economy and Finance instead of the Ministry of Trade, Industry and Energy. Such director is non-executive in that he or she does not participate in the management of us and our subsidiaries and meets the requirements of independence set forth in Section 303A.02 of the NYSE Listed Company Manual and Rule 10A-3 under the Exchange Act.

Standing directors other than our president or those who concurrently serve as members of the audit committee are appointed by our president with the approval at the general meeting of our shareholders.

The names, titles and outside occupations, if any, of the standing directors as of April 14, 2021 and the respective years in which they took office are set forth below.

| Name (Gender) | Age | Position | Outside Occupation | Position Held Since |
|---|---|---|---|---|
| JongKap, KIM (Male) | 69 | President, Chief Executive Officer | None | April 13, 2018 |
| Choi, Young-Ho (Male) | 56 | Comptroller & Auditor General and Member of the Audit Committee (Non-executive) | None | November 16, 2020 |
| Lee, Heyn-Bin (Male) | 58 | Corporate Senior Executive Vice President & Chief Business Management Officer | None | September 14, 2020 |
| Lee, Jong-Hwan (Male) | 60 | Corporate Senior Executive Vice President & Chief Business Operations Officer | None | November 9, 2020 |
| Kim, Tae-Ok (Male) | 58 | Corporate Senior Executive Vice President & Chief Power Grid Officer | None | March 25, 2021 |
| Lim, Hyun-Seung (Male) | 60 | Corporate Senior Executive Vice President & Chief Nuclear Business Officer | None | July 16, 2018 |

*JongKap KIM has* been our President and CEO since April 13, 2018. Prior to his current position, he served as the Chief Executive Officer of Siemens Korea, the Chief Executive Officer of SK Hynix, a Commissioner of Korean Intellectual Property Office, and a Vice Minister of Ministry of Trade, Industry and Energy. Mr. Kim received a Ph. D. in public administration from Sungkyunkwan University, M.A. in economics from Indiana University and M.B.A. from New York University.

*Choi, Young-Ho* has been our Standing Director since November 16, 2020. Mr. Choi previously served as an Expert Advisor at Presidential Committee for Balanced National Development and a mayor of Nam-gu, which is

129

**Table of Contents**

a local government in Gwangju Metropolitan City, as elected by popular vote. Mr. Choi received a M.A. in social work from Gwangju University.

*Lee, Heyn-Bin* has been our Standing Director since September 14, 2020. Mr. Lee also currently serves as our Corporate Senior Executive Vice President & Chief Business Management Officer and previously served as the Vice President & Head of KEPCO-Tech Project Department of KEPCO and Vice President & Head of Human Resources Department. Mr. Lee received an Executive M.B.A. in utilities management from Helsinki School of Economics.

*Lee, Jong-Hwan* has been our Standing Director since November 9, 2020. Mr. Lee also currently serves as our Corporate Senior Executive Vice President & Chief Business Operations Officer and previously served as the Executive Vice President & Chief Technology Officer and Vice President & Head of New Business Promotion Department. Mr. Lee received a M.E. in electrical engineering from Konkuk University.

*Kim, Tae-Ok* has been our Standing Director since March 25, 2021. Mr. Lee also currently serves as our Corporate Senior Executive Vice President & Chief Power Grid Officer and previously served as the Vice President of Regional Headquarters KEPCO Gwangju-Jeonnam and Vice President & Head of Technology Planning Department. Mr. Kim received a B.E. in electrical engineering from Ajou University.

*Lim, Hyun-Seung* has been our Standing Director since July 16, 2018. Mr. Lim also currently serves as our Corporate Senior Executive Vice President & Chief Nuclear Business Officer and previously served as the Vice President of UAE Nuclear Project Department in KEPCO and the Vice President of Global Nuclear Project Department. Mr. Lim received a B.ME from Sungkyunkwan University.

### *Non-standing Directors*

The non-standing directors refer to our directors who do not serve their directorship positions in full-time capacity. The non-standing directors currently do not hold any executive positions with us or our subsidiaries.

Our non-standing directors must be appointed by the minister of the Ministry of Economy and Finance following the review and resolution of the Committee for Management of Public Institutions from a pool of candidates recommended by the director nomination committee and must have ample knowledge and experience in business management. Appointment of non-standing directors to become part of the audit committee is subject to approval at the general meeting of our shareholders.

Although the classification of the directors applicable to us as a statutory juridical corporation established under the KEPCO Act is different from the classification under the Korean Commercial Act which consists of (i) an inside director ('*sa-nae-isa*' in Korean), (ii) an outside director ('*sa-oe-isa*' in Korean) and (iii) other directors who do not serve their directorship positions in full-time capacity but do not qualify as outside directors ('*gita-bi-sang-moo-isa*' in Korean), all of our non-standing directors have been, and are currently appointed from, candidates who satisfy the qualifications of an outside director under the Korean Commercial Act, as the KEPCO Act generally requires us to apply the Korean Commercial Act as applicable.

We strictly scrutinize whether a non-standing director candidate engaged in any related party transactions that would disqualify such candidate from his or her directorship under the Korean Commercial Act. Moreover, we have reinforced the decision-making power of non-standing directors by requiring both a majority and the chairperson of the board be non-standing directors. Our non-standing directors may request any information necessary to fulfill their duties from our president, and except in special circumstances, our president must comply with such request.

130

Table of Contents

The names, titles and outside occupations, if any, of the non-standing directors as of April 14, 2021 and the respective years in which they took office are set forth below.

| Name (Gender) | Age | Position | Principal Occupation | Position Held Since |
|---|---|---|---|---|
| Seong, Si-Heon (Male) | 60 | Non-Executive Director | None | June 10, 2020 |
| Noh, Geum-Sun (Female) | 59 | Non-Executive Director and Chairperson of the Audit Committee | None | June 12, 2018 |
| Choi, Seung-Kook (Male) | 55 | Non-Executive Director and Member of the ESG Committee | Director of Solar and Wind Energy Cooperative Association | June 12, 2018 |
| Park, Jong-Bae (Male) | 57 | Non-Executive Director | Professor of Electrical and Electronics Engineering, Konkuk University | January 31, 2020 |
| Bang, Su-Ran (Female) | 34 | Non-Executive Director and Member of the ESG Committee | Senior Advisor of Seoul Energy Corporation Attorney-at-law/Partner of Law Firm S | September 1, 2020 |
| Park, Hyo-Sung (Male) | 62 | Non-Executive Director | None | April 14, 2021 |
| Lee, Kee-Man (Male) | 60 | Non-Executive Director | Professor of Aerospace Engineering, Sunchon University | April 14, 2021 |
| Hwang, Cheol-Ho (Male) | 43 | Non-Executive Director | Head of Research support group on Carbon-neutral City under International Climate & Environment Center | April 14, 2021 |

*Seong, Si-Heon* has been our Non-Standing Director since June 10, 2020. Mr. Seong Mr. Choi previously served as the Chairman and President of Korea Evaluation Institute of Industrial Technology and the Administrator of Korean Agency for Technology and Standards under the Ministry of Trade, Industry and Energy. Mr. Seong graduated from Chunchon High School.

*Noh, Geum-Sun* has been our Non-Standing Director since June 12, 2018. Ms. Noh is a certified public accountant and previously served as the President of EOS Partners, the Executive Auditor of National Pension Service and co-representative of Mirae Accounting Firm. Ms. Noh received a B.S. in nursing from Seoul National University.

*Choi, Seung-Kook* has been our Non-Standing Director since June 12, 2018. Mr. Choi currently serves as the Director of Solar and Wind Energy Cooperative Association. Mr. Choi previously served as a co-representative of Korea NGO's Energy Network. Mr. Choi received a B.A. in sociology from Hanyang University and a M.A. in urban administration from the University of Seoul.

*Park, Jong-Bae* has been our Non-Standing Director since January 31, 2020. Mr. Park is currently the professor of Electrical and Electronics Engineering at Konkuk University. Mr. Park previously served as a Head of the Office of Career Development and Placement at Konkuk University. Mr. Park received a B.S. and a Ph.D in Electrical and Electronics Engineering from Seoul National University.

*Bang, Su-Ran* has been our Non-Standing Director since September 1, 2020. Ms. Bang is currently the Senior Advisor of Seoul Energy Corporation and the Attorney-at-law and Partner of law firm, Ms. Bang previously served as the Non-executive Director of Korea Energy Information Culture Agency. Ms. Bang previously served as the Non-executive Director of Korea Energy Information Culture Agency. Ms. Bang received a L.L.B. from Ewha Womans University.

*Park, Hyo-Sung* has been our Non-Standing Director since April 14, 2021. Mr. Park previously served as a Consul-General of Korean Consulate General in New York, U.S.A., Ambassador Extraordinary and

131

**Table of Contents**

Plenipotentiary to Romania and Ambassador and Deputy Permanent Representative of Korean Permanent Mission to the UN Office and other International Organizations in Geneva, Switzerland. Mr. Park received a B.A. in Political Science and International Relations from Hankuk University of Foreign Studies and a M.A. in International Relations and M.G.A. (Master of Governmental Administration) from University of Pennsylvania.

*Lee, Kee-Man* has been our Non-Standing Director since April 14, 2021. Mr. Lee is currently the professor of Aerospace Engineering at Sunchon University. Mr. Lee previously served as the professor of Mechanical and Automotive Engineering at Jeonnam State University. Mr. Lee received a B.E. and a M.E. in Mechanical Engineering from Inha University and a Ph.D. in Mechanical Engineering from Korea Advanced Institute for Science and Technology (KAIST).

*Hwang, Cheol-Ho* has been our Non-Standing Director since April 14, 2021. Mr. Hwang is currently the Head of Research support group on Carbon-neutral City under International Climate & Environment Center and a civilian member of Korea's Presidential Committee on Green Growth. Mr. Hwang received a B.E. and a M.E. in Environmental Engineering from Chosun University and a Ph.D. in Environmental Engineering from Chosun University.

### Term of Office of Directors

The term of our president is three years, while that of our directors (standing or non-standing, but except the president) is two years. According to the Act on the Management of Public Institutions, our president's term cannot be terminated unless done so by the President of the Republic pursuant to the Act on the Management of Public Institutions or upon an event as specified in our Articles of Incorporation.

### Resolutions of meeting of the Board of Directors

Attendance by a majority of the board members constitutes a voting quorum for our board meetings, and resolutions can be passed by a majority of the board members.

The business address of our directors is 55 Jeollyeok-ro, Naju-si, Jeollanam-do, 58322, Korea.

### Audit Committee

Under the Act on the Management of Public Institutions, which took effect as of April 1, 2007, we are designated as a "market-oriented public enterprise" and, as such, are required to establish an audit committee in lieu of the pre-existing board of auditors upon expiration of the term of the last remaining member of the board of auditors. In September 2007, we amended our Articles of Incorporation to establish, in lieu of the pre-existing board of auditors, an audit committee meeting the requirements under the Sarbanes-Oxley Act. Under the Act on the Management of Public Institutions, the Korean Commercial Act and the amended Articles of Incorporation, we are required to maintain an audit committee consisting of three members, of which not less than two members are required to be non-standing directors. In addition, pursuant to certain amendments to the Act on the Management of Public Institutions that became effective as of January 1, 2021, in appointing the standing member of the audit committee, the director nomination committee shall recommend the person who is qualified in any of the followings: (i) a person who is qualified as a certified public accountant or an attorney and has a minimum of three years of experience in work related to such qualification, (ii) a person who has served as an assistant professor or at a higher position for at least three years in areas directly related to audit, investigation and judicial affairs, budget and accounting, investigation, planning and evaluation, etc. (hereinafter referred to as "audit related works") at a school under subparagraphs 1 through 5 of Article 2 of the Higher Education Act), (iii) a person who has been in charge of audit-related works for at least three years at a public institution, stock-listed corporation or research institute under Article 9(15)3 of the Financial Investment Services and Capital Markets Act and has experience prescribed by Presidential Decree, (iv) person who has been in charge of audit-related works for at least three years at the state or a local government and has served as a public official at the level prescribed by Presidential Decree, or (v) person with other expertise in accordance with the affairs of the relevant institution and qualified as prescribed by Presidential Decree.

132

Table of Contents

The roles and responsibilities of our audit committee members are to perform the functions of an audit committee meeting the requirements under the Sarbanes-Oxley Act. Our audit committee was established on December 8, 2008.

On April 2, 2021, we amended our Articles of Incorporation to incorporate an amendment to the Commercial Act implemented on December 29, 2020, which requires at least one director who will serve as a member of the audit committee to be appointed separately from other directors at the meeting of shareholders.

Choi, Young-Ho, a standing director, Noh, Geum-Sun, a non-standing director, and Jung, Yeon-Gil, a former non-standing director whose term as a non-standing director has expired as of now but who will continue his role as an Audit Committee member until his replacement is voted in at the next general shareholders meeting, are currently members of our audit committee. All such members of the audit committee are independent within the meaning of the Korea Exchange listing standards, the regulations promulgated under the Korean Commercial Act and the New York Stock Exchange listing standards.

## ESG Committee

We established an Environment, Social and Governance ("ESG") Committee in our Board of Directors to reinforce ESG-based management system and to ensure continuous performance in this area. The ESG Committee is to consist of three directors. As of today, Choi, Seung-Kook and Bang, Su-Ran, both non-standing directors, are the members of our ESG committee and the third seat is vacant as the term of the previous member has been terminated. Our ESG Committee is charged with resolving major management issues related to ESG, establishing ESG management strategies and business plans and checking on the overall direction of sustainable management.

## Item 6.B. Compensation

The aggregate amount of remuneration paid to our standing and non-standing directors in the aggregate consist of (i) salaries and wages paid to standing and non-standing directors, which amounted to Won 1,531 million in aggregate in 2020, and (ii) accrued retirement and severance benefits for standing directors, which amounted to Won 58 million in 2020. Under the Act on the Management of Public Institution, our executive officers consist of the president and the standing and non-standing directors. Standing directors, except the standing director who concurrently serves as a member of our audit committee, take executive positions with our company while the other directors, including non-standing directors, do not. We do not have any other officer who is in charge of a principal business unit, division or function, any other officer who performs a policy making function or any other person who performs similar policy making functions for us.

## Item 6.C. Board Practices

Under the Act on the Management of Public Institutions and our Articles of Incorporation, for appoints made after April 1, 2007, the term of office for our president is three years and the term of our office for our directors (whether standing or non-standing but not the president) is two years. Our president and directors may be reappointed for one or more additional terms of one year. In order to be reappointed, the president must be evaluated on the basis of his management performance; a standing director, on the basis of the performance of the duties for which he was elected to perform, or if the standing director has executed an incentive bonus contract, on the basis of his performance under the contract; and a non-standing director, on the basis of his performance of the duties for which he was elected to perform.

Our board currently does not maintain a compensation committee. See Item 16G. "Corporate Governance." However, we currently maintain an audit committee meeting the requirements of the Sarbanes-Oxley Act to perform the roles and responsibilities of the compensation committee. Prior to the establishment of the audit committee on December 8, 2008 pursuant to the Act on the Management of Public Institutions, we maintained a

Table of Contents

board of auditors, which performed the roles and responsibilities required of an audit committee under the Sarbanes-Oxley Act, including the supervision of the financial and accounting audit by the independent registered public accountants.

Our president's management contract includes benefits upon termination of his employment. The amount for termination benefits payable equals the average value of compensation for one month times the number of years the president is employed by us, provided that the president is only eligible for termination benefits after more than one year of continuous service.

The termination benefits for our standing directors are determined in accordance with our internal regulations for executive compensation. Standing directors are eligible for benefits only upon termination of employment or death following one year of continuous service.

See also Item 16G. "Corporate Governance" for a further description of our board practices.

**Item 6.D. Employees**

As of December 31, 2020, we and our generation subsidiaries had a total of 48,519 regular employees, almost all of whom are employed within Korea. Approximately 10.6% of our regular employees (including employees of our generation subsidiaries) are located at our head office.

The following table sets forth the number of and other information relating to our regular employees, not including directors or senior management, as of December 31, 2020.

|  | KEPCO | KHNP | KOSEP | KOMIPO | KOWEPO | KOSPO | EWP | Total |
|---|---|---|---|---|---|---|---|---|
| Regular Employees |  |  |  |  |  |  |  |  |
| Administrative | 5,231 | 1,020 | 314 | 408 | 283 | 310 | 272 | 7,838 |
| Engineers | 12,551 | 9,842 | 2,172 | 2,160 | 2,114 | 1,832 | 2,062 | 32,733 |
| Others | 5,607 | 1,153 | 220 | 180 | 251 | 401 | 136 | 7,948 |
| Total | 23,389 | 12,015 | 2,706 | 2,748 | 2,648 | 2,543 | 2,470 | 48,519 |
| Head Office Employees | 1,824 | 1,328 | 415 | 407 | 411 | 406 | 374 | 5,165 |
| % of total | 7.8% | 11.1% | 15.3% | 14.8% | 15.5% | 16.0% | 15.1% | 10.6% |
| Members of Labor Union | 18,006 | 8,314 | 1,954 | 1,691 | 1,691 | 1,738 | 1,723 | 35,314 |
| % of total | 77.0% | 69.2% | 72.2% | 61.5% | 63.9% | 68.3% | 69.8% | 72.4% |

We and each of our generation subsidiaries have separate labor unions. Approximately 72.4% of our and our generation subsidiaries' employees in the aggregate are members of these labor unions, each of which negotiates a collective bargaining agreement for its members each year. Under applicable Korean law, an employee-employer cooperation committee comprised of an equal number of representatives of management and labor (which shall be no less than three and no more than ten representatives from each of management and labor) is required to be established. Accordingly, an employee-employer cooperation committee composed of eight representatives of management and eight representatives of labor has been established at us and at each of our generation subsidiaries. The committee meets periodically to discuss various labor issues.

Since our formation in 1981, our businesses had not been interrupted by any work stoppages or strikes except in early 2002, when employees belonging to our five non-nuclear generation subsidiaries went on strike for six weeks to protest the Government's decision to privatize such non-nuclear generation subsidiaries according to the Restructuring Plan, which privatization plan has since been suspended indefinitely. See Item 3.D. "Risk Factors—Risks Relating to KEPCO—The Government may adopt policy measures to substantially

134

Table of Contents

restructure the Korean electric power industry or our operational structure, which may have a material adverse effect on our business, operations and profitability."

We believe our relations with our employees are generally good.

### Item 6.E. Share Ownership

As of December 31, 2020, none of our directors and members of our administrative, supervisory or management bodies own more than 0.1% of our common stock individually and in aggregate.

### ITEM 7.        *MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS*

### Item 7.A. Major Shareholders

The following table sets forth certain information relating to certain owners of our capital stock as of December 31, 2020:

| Title of Class | Identity of Person or Group | Shares Owned | Percentage of Class(1) (%) |
|---|---|---|---|
| Common stock | Government | 116,841,794 | 18.2 |
| | Korea Development Bank(2) | 211,235,264 | 32.9 |
| | Subtotal | 328,077,058 | 51.1 |
| | National Pension Service | 55,335,225 | 8.6 |
| | Employee Stock Ownership Association | 2,763,491 | 0.4 |
| | Directors as a group | 1,497 | 0.0 |
| | Public (non-Koreans) | 106,414,565 | 16.6 |
| | Common shares | 80,497,984 | 12.6 |
| | American depositary shares | 25,916,581 | 4.0 |
| | Public (Koreans) | 149,372,241 | 23.3 |
| | Total | 641,964,077 | 100.0 |

Notes:

(1)    Percentages are based on issued shares of common stock.
(2)    Korea Development Bank is a Government-controlled entity.

All of our shareholders have equal voting rights. See Item 10.B. "Memorandum and Articles of Incorporation—Description of Capital Stock—Voting Rights."

### Item 7.B. Related Party Transactions

We are engaged in a variety of transactions with our affiliates. We have related party transactions with Government-controlled entities such as Korea Gas Corporation, our consolidated subsidiaries and our equity investees. In addition, we engage in related party transactions with Korea Development Bank, one of our major shareholders. See Note 47 of the Notes to our consolidated financial statements included in this annual report for a description of transaction and balances with our related parties.

In the past three years, our related party transactions principally consisted of purchases of LNG from Korea Gas Corporation and long-term borrowings from Korea Development Bank. In 2018, 2019 and 2020, we and our generation subsidiaries purchased LNG from Korea Gas Corporation in the aggregate amount of Won 5,191 billion, Won 4,049 billion and Won 3,271 billion, respectively. As of December 31, 2020, we had borrowings from Korea Development Bank in the aggregate amount of Won 254 billion, which had an interest rate range of 0.50% to 4.60% as well as 1 year KoFC bond rate between +0.81 and +0.95 for certain operating funds.

Table of Contents

We also engage in extensive transactions with our consolidated generation subsidiaries, including the purchase of electricity from them through Korea Power Exchange, sales of electricity to them, payment and receipt of commissions for services and receivables and payables transactions. These are eliminated in the consolidation process. We also provide guarantees for certain of our affiliates. See Item 5.F. "Tabular Disclosure of Contractual Obligations—Overdraft and Others." We also have certain relationships with the Korea Power Exchange. See Item 4.B. "Business Overview—Purchase of Electricity—Cost-based Pool System."

For a further description of our transactions with our affiliates, see Note 47 of the Notes to our consolidated financial statements included in this annual report.

### Item 7.C. Interests of Experts and Counsel

Not Applicable.

### ITEM 8.        *FINANCIAL INFORMATION*

### Item 8.A. Consolidated Statements and Other Financial Information

We prepare our consolidated financial statements in compliance with requirements under Item 18. "Financial Statements."

### Legal Proceedings

As of December 31, 2020, we and our subsidiaries were engaged in 663 lawsuits as a defendant and 200 lawsuits as a plaintiff. As of the same date, the total amount of damages claimed against us and our subsidiaries was Won 551 billion, for which we have made a provision of Won 113 billion as of December 31, 2020, and the total amount claimed by us and our subsidiaries was Won 730 billion as of December 31, 2020. While the outcome of any of these lawsuits cannot presently be determined with certainty, our management currently believes that the final results from these lawsuits will not have a material adverse effect on our liquidity, financial position or results of operations.

The following are potentially significant claims pertaining to us and our subsidiaries.

In December 2013, the Supreme Court of Korea ruled that regular bonuses fall under the category of ordinary wages on the condition that those bonuses are paid regularly and uniformly, and that any agreement which excludes such regular bonuses from ordinary wage is invalid. One of the key rulings provides that bonuses that are given to employees (i) on a regular and continuous basis and (ii) calculated according to the actual number of days worked (iii) that are not incentive-based must be included in the calculation of "ordinary wages." The Supreme Court further ruled that in spite of invalidity of such agreements, employees shall not retroactively claim additional wages incurred due to such court decision, in case that such claims bring to employees unexpected benefits which substantially exceeds the wage level agreed by employers and employees and cause an unpredicted increase in expenditures for their company, which would lead the company to material managerial difficulty or would be a threat to the existence of the company. In that case, the claim is not acceptable since it is unjust and is in breach of the principle of good faith. As a result of such ruling by the Supreme Court of Korea, we and our subsidiaries became subject to a number of lawsuits filed by various industry-wide and company-specific labor unions based on claims that ordinary wage had been paid without including certain items that should have been included as ordinary wage. In July 2016, the court ruled against us, and in accordance with the court's ruling, in August 2016 we paid Won 55.1 billion to the employees for three years of back pay plus interest. As of December 31, 2020, however, 22 lawsuits were pending against our subsidiaries for an aggregate claim amount of Won 45 billion, for which our subsidiaries set aside an aggregate amount of Won 11 billion to cover any potential future payments of additional ordinary and average wage in relation to the related lawsuits. All cases are currently on-going at various stages of proceedings. We cannot presently assure you that the courts

**Table of Contents**

will not ultimately rule against our subsidiaries in these lawsuits, or that the amount of our reserves against these lawsuits will be sufficient to cover the amounts actually payable under court rulings. Any of these developments would adversely affect our results of operations.

During the period from 2014 to 2020, certain residential customers filed class action lawsuits against us based on the claim that electricity tariffs, determined under the progressive rate structure, were excessive. As of December 31, 2020, we were subject to 14 such lawsuits brought by approximately 10,000 plaintiffs with an aggregate claim amount of Won 7.1 billion. Of these 14 lawsuits, seven cases are currently pending in the third round of proceedings (for which we won all of the first and second rounds of proceedings, except for one case) and four cases are currently pending in the second round of proceedings (for which we won all of the first rounds of proceedings). Three cases are currently pending in the first round of proceedings.

In November 2019, prosecutors indicted six of KHNP's employees for, among others, failing to immediately shut down Hanbit #1 reactor when its thermal output exceeded the threshold specified by the nuclear safety technical operations manual and filing false reports to the NSSC. KHNP is also indicted for secondary liability from its employees' alleged wrongdoings. The case stemmed from the NSSC's investigations into the manual shutdown of Hanbit #1 reactor during a diagnostic test in May 2019. In February 2021, the Gwangju District Court acquitted the employees of their charges of violating the safety technical operations manual and driving a vehicle without a license during the incident. However, three employees were fined for filing false reports to NSSC and KHNP was also fined in accordance with the disciplinary regulations. The prosecutors appealed the District Court's decision and the case will proceed to an appellate court. We cannot assure you that the outcomes of the ongoing case will not have any material adverse effect on us, our reputation and our operating results.

In addition, our generation subsidiaries, currently and from time to time, are involved in lawsuits incidental to the conduct of their business. A significant number of such lawsuits are based on the claim that the construction and operation of the electricity generation units owned by our generation subsidiaries have impaired neighboring fish farms. For example, in May 2012, a group of merchants and fishermen in the Jeolla region have sued KHNP for damages from pollutants released by a generation unit. The case is still pending in the Seoul High Court. Our generation subsidiaries normally pay compensation to the members of fishery associations near our power plant complex for expected losses and damages arising from the construction and operation of their power plants in advance. Despite such compensation paid by us, a claim may still be filed against our generation subsidiaries challenging the compensation paid by us.

The nuclear power plant at Wolsong #1 unit began operations in 1982 and ended its operations in 2012 pursuant to its 30-year operating license. In February 2015, the NSSC evaluated the safety of operating Wolsong #1 unit and approved its extended operation until November 2022. However, a civic group filed a lawsuit to annul such decision, and in February 2017, the Seoul Administrative Court ruled against the NSSC. The NSSC appealed this decision, and the civic group has filed an injunction to suspend the operation of the Wolsong #1 unit. The civic group's injunction was denied in July 2017. KHNP, which operated the unit pursuant to the NSSC's initial decision, has joined this lawsuit. On June 15, 2018, the board of directors of KHNP decided to (i) retire Wolsong #1 unit earlier than planned due to comprehensive evaluation of the economic viability and regional sentiment of its continuing operation. Furthermore, in June 2016, Greenpeace and 559 Korean nationals brought a lawsuit against the NSSC to revoke the permit the NSSC granted to KHNP in relation to the construction of Shin-Kori #5 and #6 nuclear generation units. The lower court ruled on this case in February 2019 and both parties appealed, and the Seoul Administrative Court dismissed the plaintiffs' case on February 14, 2019. The Seoul High Court dismissed the appeal in January 2021. The case is further appealed by both parties and is pending in the Supreme Court of Korea. Additionally, in May 2019, a group of 729 Korean nationals brought a lawsuit against the NSSC to suspend the operation of Shin-Kori #4. In July 2019, we have applied to participate in the lawsuit as a stakeholder. In February 2021, the Seoul Administrative Court dismissed the plaintiffs' claim. The plaintiffs subsequently appealed in March 2021. We cannot assure you that there will not be new challenges to prohibit the construction of new nuclear units in the future, whereby we may experience

137

Table of Contents

a loss of revenues and an increase in our overall fuel costs (as nuclear fuel is the cheapest compared to coal, LNG or oil) as a result of such prohibition, which could adversely affect our results of operation and financial condition.

We and our subsidiaries are also involved in the following arbitrations, among others.

- SAP Korea Ltd brought a breach of contract claim against us and KEPCO KDN Co., Ltd., one of our subsidiaries, in relation to the enterprise resource planning software serviced by SAP Korea. In that connection, arbitration was filed in the International Chamber of Commerce International Court of Arbitration. We have recognized Won 1,319 million of litigation provision in relation to the lawsuit.

- Enzen, one of our subcontractors, filed an arbitration case against us over a contractual dispute in connection with the electric power IT modernization project in Kerala, India. We have not recognized any losses because the probability of economic benefit outflow is remote and the related amount cannot be reasonably determined.

- In September 2019, we filed for arbitration against IL KWANG E&C Co., Ltd. at the Korea Commercial Arbitration Board, in relation to damage claims received as of December 31, 2019. We have not recognized any estimated provision because the related amount cannot be reasonably determined as of December 31, 2020.

- GE Energy Products France SNC and General Electric Global Services GmbH filed for arbitration against us to the Korea Commercial Arbitration Board regarding additional payments of construction cost, but we have not recognized any estimated provision because we believe the probability of economic benefit outflow is remote and the related amount cannot be reliably estimated.

From 2017 to 2018, the Korea Customs Service ("KCS") conducted an investigation on a group of individuals and companies suspected of illegally importing North Korean coal. KOSEP was subject to a written investigation in 2018, as it had procured coal from a direct supplier that, in turn, purchased the coal from one of the traders who was suspected of such illegal activity. The transaction between KOSEP and the direct supplier was denominated in U.S. dollars. Neither KOSEP nor its direct supplier were found to have committed any wrongdoing. KCS concluded the investigation in August 2018 and ultimately accused three individuals and three companies (none of which included KOSEP or its direct supplier) of document forgery and violation of applicable customs and compliance law. Prosecutors indicted these individuals and companies as well as additional parties, and in October 2019, the Daegu District Court sentenced the defendants to imprisonment and/or fines. Neither KOSEP nor its direct supplier were implicated, and no legal action has been taken, or is currently pending, against KOSEP or any of its directors or officers. However, we cannot assure you that this investigation, the result of the trial and/or related events will not have any material adverse effect on us, our reputation, our common shares or our American depositary shares.

On November 9, 2018, certain of our former executive and employees were convicted in a district court on charges for receiving bribes. In May 2019, the appellate court confirmed the charges.

As part of our efforts to prevent recurrence of similar cases, we have implemented the following measures:

- Implementing web training program on integrity for all employees,

- Strengthening integrity and anti-corruption evaluation systems for high-ranking officers and reflecting such results in performance evaluations, and

- Increasing the punishment and penalties for employee corruption.

We do not believe such claims or proceedings, individually or in the aggregate, have had or will have a material adverse effect on us and our generation subsidiaries. However, we cannot assure you that this will be the case in the future, given the possibility that we may become subject to more legal and arbitral proceedings arising from changes in the environmental laws and regulations as they become applicable to us and our generation

Table of Contents

subsidiaries, and the related growth in demand for more compensation by actual and potential affected parties. Further, we cannot assure you that the above convictions and/or related events will not have an adverse effect on our reputation as well as the price of our common shares and our American depositary shares.

**Dividend Policy**

For our dividend policy, see Item 10.B. "Memorandum and Articles of Incorporation—Description of Capital Stock—Dividend Rights." For a description of the tax consequences of dividends paid to our shareholders, see Item 10.E. "Taxation—Korean Taxes—Shares or ADSs—Dividends on the Shares of Common Stock or ADSs" and Item 10.E. "Taxation—U.S. Federal Income Tax Consideration for U.S. Persons—Tax Consequences with Respect to Common Stock and ADSs—Distributions on Common Stock or ADSs."

**Item 8.B. Significant Changes**

Not Applicable.

**ITEM 9.       *THE OFFER AND LISTING***

**Item 9.A. Offer and Listing Details**

**Notes**

We have issued the following registered notes and debentures, which are traded principally in the over-the-counter market:

- 7.95% Zero-To-Full Debentures, due April 1, 2096 (the "7.95% Debentures");

- 6% Debentures due December 1, 2026, (the "6% Debentures");

- 7% Debentures due February 1, 2027 (the "7% Debentures"); and

- 6-3/4% Debentures due August 1, 2027 (the "6-3/4% Debentures," and together with the 7.95% Debentures, the 6% Debentures and the 7% Debentures, the "Registered Debt Securities").

Sales prices for the Registered Debt Securities are not regularly reported on any United States securities exchange or other United States securities quotation service.

**Share Capital**

The principal trading market for our common stock is the Korea Exchange. Our common stock is also listed on the New York Stock Exchange in the form of ADSs. The ADSs have been issued by Citibank, N.A. as depositary and are listed on the New York Stock Exchange under the symbol "KEP." One ADS represents one-half of one share of our common stock. As of December 31, 2020, 51,833,162 ADSs representing 4.0% shares of our common stock were outstanding.

139

**Table of Contents**

*Common Stock*

    Shares of our common stock are listed on the KRX KOSPI Market of the Korea Exchange. The table below shows the high and low closing prices on the KRX KOSPI Market of the Korea Exchange for our common stock since 2016.

| Period | Closing Price | |
|---|---|---|
| | High | Low |
| | (In Won) | |
| 2016 | | |
| First Quarter | 60,600 | 49,800 |
| Second Quarter | 63,000 | 57,400 |
| Third Quarter | 62,900 | 54,000 |
| Fourth Quarter | 54,500 | 43,200 |
| 2017 | | |
| First Quarter | 48,750 | 40,350 |
| Second Quarter | 46,700 | 40,800 |
| Third Quarter | 45,500 | 38,200 |
| Fourth Quarter | 41,100 | 37,350 |
| 2018 | | |
| First Quarter | 37,750 | 30,850 |
| Second Quarter | 37,750 | 32,000 |
| Third Quarter | 33,300 | 28,700 |
| Fourth Quarter | 34,350 | 23,850 |
| October | 29,350 | 23,850 |
| November | 30,800 | 26,600 |
| December | 34,350 | 29,750 |
| 2019 | | |
| First Quarter | 35,800 | 29,900 |
| Second Quarter | 30,350 | 24,700 |
| Third Quarter | 27,950 | 24,700 |
| Fourth Quarter | 29,250 | 25,100 |
| October | 26,300 | 25,100 |
| November | 28,150 | 25,250 |
| December | 29,250 | 27,450 |
| 2020 | | |
| First Quarter | 28,500 | 16,250 |
| Second Quarter | 23,850 | 19,000 |
| Third Quarter | 21,950 | 18,700 |
| Fourth Quarter | 28,300 | 19,950 |
| October | 21,750 | 19,950 |
| November | 22,550 | 20,300 |
| December | 28,300 | 21,500 |
| 2021 | | |
| First Quarter | 27,150 | 22,700 |
| January | 27,150 | 22,850 |
| February | 24,300 | 22,700 |
| March | 24,750 | 22,750 |
| April (through April 16) | 24,200 | 23,450 |

<div align="center">140</div>

Table of Contents

### ADSs

The table below shows the high and low closing prices on the New York Stock Exchange for the outstanding ADSs since 2016. Each ADS represents one-half of one share of our common stock.

| Period | Closing Price per ADS | |
|---|---|---|
| | High | Low |
| | (In US$) | |
| 2016 | | |
| First Quarter | 21.01 | 18.26 |
| Second Quarter | 26.90 | 24.67 |
| Third Quarter | 28.31 | 24.38 |
| Fourth Quarter | 24.34 | 18.48 |
| 2017 | | |
| First Quarter | 21.35 | 17.53 |
| Second Quarter | 20.80 | 17.82 |
| Third Quarter | 20.38 | 16.73 |
| Fourth Quarter | 18.22 | 16.60 |
| 2018 | | |
| First Quarter | 17.83 | 14.28 |
| Second Quarter | 17.43 | 14.34 |
| Third Quarter | 14.70 | 12.62 |
| Fourth Quarter | 14.96 | 10.52 |
| 2019 | | |
| First Quarter | 15.75 | 13.01 |
| Second Quarter | 13.20 | 10.42 |
| Third Quarter | 11.79 | 10.24 |
| Fourth Quarter | 12.22 | 10.52 |
| 2020 | | |
| First Quarter | 17.82 | 10.51 |
| Second Quarter | 15.65 | 10.15 |
| Third Quarter | 14.59 | 11.20 |
| Fourth Quarter | 16.25 | 11.47 |
| October | 12.62 | 11.47 |
| November | 16.11 | 12.65 |
| December | 16.25 | 15.30 |
| 2021 | | |
| First Quarter | 12.37 | 10.04 |
| January | 12.37 | 10.28 |
| February | 11.02 | 10.05 |
| March | 11.00 | 10.04 |
| April (through April 16) | 10.76 | 10.40 |

**Item 9.B. Plan of Distribution**

Not Applicable.

**Item 9.C. Markets**

**The Korea Exchange**

The Korea Exchange began its operations in 1956, originally under the name of the Korea Stock Exchange. On January 27, 2005, pursuant to the Korea Securities and Futures Exchange Act, the Korea Exchange was

141

**Table of Contents**

officially created through the consolidation of the Korea Stock Exchange, the Korea Futures Exchange, the KOSDAQ Stock Market, Inc., or KOSDAQ, and the KOSDAQ Committee within the Korea Securities Dealers Association, which was in charge of the management of the KOSDAQ. The KRX KOSPI Market of the Korea Exchange, formerly the Korea Stock Exchange, has a single trading floor located in Seoul. The Korea Exchange is a limited liability company, the shares of which are held by (i) securities companies and futures companies that were the members of the Korea Stock Exchange or the Korea Futures Exchange and (ii) the shareholders of the KOSDAQ.

As of March 31, 2021, the aggregate market value of equity securities listed on the KOSPI of the Korea Exchange was approximately Won 2,133,373 billion. The average daily trading volume of equity securities for the first quarter of 2021 was approximately 1,400 million shares with an average transaction value of Won 20,104 billion.

The Korea Exchange has the power in some circumstances to suspend trading of shares of a given company or to de-list a security. The Korea Exchange also restricts share price movements. All listed companies are required to file accounting reports annually, semi-annually and quarterly and to release immediately all information that may affect trading of a security.

The Government has in the past exerted, and continues to exert, substantial influence over many aspects of the private sector business community which can have the intention or effect of depressing or boosting the market. In the past, the Government has informally both encouraged and restricted the declaration and payment of dividends, induced mergers to reduce what it considers excess capacity in a particular industry and induced private companies to publicly offer their securities.

The Korea Exchange publishes the Korea Composite Stock Price Index, or KOSPI, every ten seconds, which is an index of all equity securities listed on the KRX KOSPI Market of the Korea Exchange. On January 1, 1983, the method of computing KOSPI was changed from the Dow Jones method to the aggregate value method. In the new method, the market capitalizations of all listed companies are aggregated, subject to certain adjustments, and this aggregate is expressed as a percentage of the aggregate market capitalization of all listed companies as of the base date, January 4, 1980.

Movements in KOSPI in the past five years are set out in the following table:

|  | Opening | High | Low | Closing |
|---|---|---|---|---|
| 2016 | 1,918.8 | 2,068.7 | 1,835.3 | 2,026.5 |
| 2017 | 2,026.2 | 2,558.0 | 2,026.2 | 2,467.5 |
| 2018 | 2,479.7 | 2,598.2 | 1,996.1 | 2,041.0 |
| 2019 | 2,010.0 | 2,248.6 | 1,909.7 | 2,197.7 |
| 2020 | 2,175.2 | 2,873.5 | 1,457.6 | 2,873.5 |
| 2021 (through April 16) | 2,944.5 | 3,209.0 | 2,944.5 | 3,198.6 |

*Source:* The Korea Exchange

Shares are quoted "ex-dividend" on the first trading day of the relevant company's accounting period; since the calendar year is the accounting period for the majority of listed companies, this may account for the drop in KOSPI between its closing level at the end of one calendar year and its opening level at the beginning of the following calendar year.

With certain exceptions, principally to take account of a share being quoted "ex-dividend" and "ex-rights," upward and downward movements in share prices of any category of shares on any day are limited under the

Table of Contents

rules of the Korea Exchange to 30% of the previous day's closing price of the shares, rounded down as set out below:

| Previous Day's Closing Price (Won) | Rounded Down to (Won) |
|---|---:|
| less than 5,000 | ₩ 5 |
| 5,000 to less than 10,000 | 10 |
| 10,000 to less than 50,000 | 50 |
| 50,000 to less than 100,000 | 100 |
| 100,000 to less than 500,000 | 500 |
| 500,000 or more | 1,000 |

As a consequence, if a particular closing price is the same as the price set by the fluctuation limit, the closing price may not reflect the price at which persons would have been prepared, or would be prepared to continue, if so permitted, to buy and sell shares. Orders are executed on an auction system with priority rules to deal with competing bids and offers.

Due to deregulation of restrictions on brokerage commission rates, the brokerage commission rate on equity securities transactions may be determined by the parties, subject to commission schedules being filed with the Korea Exchange by the securities companies. In addition, a securities transaction tax will generally be imposed on the transfer of shares or certain securities representing rights to subscribe for shares. A special agricultural and fishery tax of 0.15% of the sales prices will also be imposed on transfer of these shares and securities on the Korea Exchange. See Item 10.E. "Taxation—Korean Taxes."

The number of companies listed on the KRX KOSPI Market of the Korea Exchange since 2016, the corresponding total market capitalization at the end of the periods indicated and the average daily trading volume for those periods are set forth in the following table:

| Year | Number of Listed Companies | Total Market Capitalization on the Last Day for Each Period | | Average Daily Trading Volume, Value | | |
|---|---|---|---|---|---|---|
| | | (Millions of Won) | (Thousands of U.S. dollars)[1] | (Thousands of Shares) | (Millions of Won) | (Thousands of U.S. dollars)[1] |
| 2016 | 779 | 1,308,440,373 | 1,082,697,868 | 376,772 | 4,523,043 | 3,742,692 |
| 2017 | 774 | 1,605,820,912 | 1,498,806,153 | 340,463 | 5,335,418 | 4,979,856 |
| 2018 | 788 | 1,343,971,857 | 1,202,014,003 | 397,972 | 6,548,622 | 5,856,920 |
| 2019 | 799 | 1,475,909,365 | 1,274,753,295 | 470,722 | 4,989,806 | 4,309,731 |
| 2020 | 800 | 1,980,543,162 | 1,823,200,922 | 895,256 | 12,200,417 | 11,231,167 |
| 2021 (through April 16) | 804 | 2,230,863,451 | 1,998,444,371 | 1,390,759 | 19,242,505 | 17,237,755 |

*Source*: The Korea Exchange

*Note*:

(1) Converted at the market average exchange rate as announced by Seoul Money Brokerage Services, Ltd. in Seoul at the end of the periods indicated.

The Korean securities markets are principally regulated by the Financial Services Commission and the Financial Investment Services and Capital Markets Act. The law imposes restrictions on insider trading and price manipulation, requires specified information to be made available by listed companies to investors and establishes rules regarding margin trading, proxy solicitation, takeover bids, acquisition of treasury shares and reporting requirements for shareholders holding substantial interests.

**Protection of Customer's Interest in Case of Insolvency of Financial Investment Companies with a Brokerage License**

Under Korean law, the relationship between a customer and a financial investment company with a brokerage license in connection with a securities sell or buy order is deemed to be consignment, and the

143

Table of Contents

securities acquired by a consignment agent (i.e., the financial investment company with a brokerage license) through such sell or buy order are regarded as belonging to the customer insofar as the customer and the consignment agent's creditors are concerned. Therefore, in the event of bankruptcy or reorganization procedures involving a financial investment company with a brokerage license, the customer of such financial investment company is entitled to the proceeds of the securities sold by such financial investment company.

When a customer places a sell order with a financial investment company with a brokerage license which is not a member of the Korea Exchange and this financial investment company places a sell order with another financial investment company with a brokerage license which is a member of the Korea Exchange, the customer is still entitled to the proceeds of the securities sold received by the non-member company from the member company regardless of the bankruptcy or reorganization of the non-member company.

Likewise, when a customer places a buy order with a non-member company and the non-member company places a buy order with a member company, the customer has the legal right to the securities received by the non-member company from the member company because the purchased securities are regarded as belonging to the customer insofar as the customer and the non-member company's creditors are concerned.

Under the Financial Investment Services and Capital Markets Act, the Korea Exchange is obliged to indemnify any loss or damage incurred by a counterparty as a result of a breach by its members. If a financial investment company with a brokerage license which is a member of the Korea Exchange breaches its obligation in connection with a buy order, the Korea Exchange is obliged to pay the purchase price on behalf of the breaching member.

As the cash deposited with a financial investment company with a brokerage license is regarded as belonging to such financial investment company, which is liable to return the same at the request of its customer, the customer cannot take back deposited cash from the financial investment company with a brokerage license if a bankruptcy or reorganization procedure is instituted against such financial investment company and, therefore, can suffer from loss or damage as a result. However, the Depositor Protection Act provides that Korean Deposit Insurance Corporation will, upon the request of the investors, pay investors up to Won 50 million per depositor per financial institution in case of the such financial investment company's bankruptcy, liquidation, cancellation of securities business license or other insolvency events (collectively, the "Insolvency Events"). Pursuant to the Financial Investment Services and Capital Markets Act, subject to certain exceptions, financial investment companies with a brokerage license are required to deposit the cash received from their customers with the Korea Securities Finance Corporation, a special entity established pursuant to the Financial Investment Services and Capital Markets Act. Set-off or attachment of cash deposits by financial investment companies with a brokerage license is prohibited. The premiums related to this insurance under the Depositor Protection Act are paid by financial investment companies with a brokerage license.

**Item 9.D. Selling Shareholders**

Not Applicable.

**Item 9.E. Dilution**

Not Applicable.

**Item 9.F. Expenses of the Issue**

Not Applicable.

**ITEM 10. *ADDITIONAL INFORMATION***

**Item 10.A. Share Capital**

Not Applicable.

Table of Contents

**Item 10.B. Memorandum and Articles of Incorporation**

Set forth below is information relating to our capital stock, including brief summaries of material provisions of our Articles of Incorporation, the KEPCO Act, the Financial Investment Services and Capital Markets Act, the Korean Commercial Act and certain related laws of Korea, all currently in effect. The following summaries are qualified in their entirety by reference to our Articles of Incorporation and the applicable provisions of the KEPCO Act, Financial Investment Services and Capital Markets Act, the Korean Commercial Act, the Act on the Management of Public Institutions and certain related laws of Korea. On April 2, 2021, we amended our Articles of Incorporation to accommodate new requirements under the Korean Commercial Act by requiring at least one director who will serve as a member of the audit committee to be appointed separately from other directors and adding details to the dividend record date in the article on shareholder rights.

**Objects and Purposes**

We are a statutory juridical corporation established under the KEPCO Act for the purpose of ensuring "stabilization of the supply and demand of electric power, and further contributing toward the sound development of the national economy through expediting development of electric power resources and carrying out proper and effective operation of the electricity business." The KEPCO Act and our Articles of Incorporation (Article 2) contemplate that we engage in the following activities:

1.   development of electric power resources;

2.   generation, transmission, transformation and distribution of electricity and other related business activities;

3.   research and development of technology related to the businesses mentioned in items 1 and 2;

4.   overseas businesses related to the businesses mentioned in items 1 through 3;

5.   investments or contributions related to the businesses mentioned in items 1 through 4;

6.   businesses incidental to items 1 through 5;

7.   development and operation of certain real estate held by us to the extent that:

    a.   it is necessary to develop certain real estate held by us due to external factors, such as relocation, consolidation, conversion to indoor or underground facilities or deterioration of our substation or office; or

    b.   it is necessary to develop certain real estate held by us to accommodate development of relevant real estate due to such real estate being incorporated into or being adjacent to an area under planned urban development; and

8.   other activities entrusted by the Government.

Our registered name is "Hankook Chollryuk Kongsa" in Korean and "Korea Electric Power Corporation" in English. Our registration number in the commercial registry office is 114671-0001456.

**Directors**

Under the KEPCO Act and our Articles of Incorporation, our board of directors consists of our president, standing directors and non-standing directors. A majority of the board members constitutes a voting quorum, and resolutions will be passed by a majority of the board members. Directors who have an interest in certain agenda proposed to the board may not vote on such issues.

The standards of remuneration for our officers, including directors, shall be determined by a resolution of the board of directors, provided that the maximum amount of remuneration to be paid to our officers shall be

**Table of Contents**

determined by shareholder resolution and provided that the remuneration standards for the president and standing directors shall be determined by board resolution in accordance with the guideline thereon established by the minister of the Ministry of Economy and Finance through review and resolution of our management committee. Directors who have an interest may not participate in the meeting of the board of directors for determining the remuneration for officers.

Neither the KEPCO Act nor our Articles of Incorporation have provisions relating to (i) borrowing powers exercisable by the directors and how such borrowing powers can be varied, (ii) retirement or non-retirement of directors under an age limit requirement, or (iii) the number of shares required for a director's qualification.

**Share Capital**

Currently, our authorized share capital is 1,200,000,000 shares, which consists of shares of common stock and shares of non-voting preferred stock, par value Won 5,000 per share. Under our Articles of Incorporation, we are authorized to issue up to 150,000,000 non-voting preferred shares. As of December 31, 2020, 641,964,077 common shares were issued and no non-voting preferred shares have been issued. All of the issued and outstanding common shares are fully-paid and non-assessable and are in registered form. Our shares are electronically registered with our account management institution in lieu of issuing share certificates.

**Description of Capital Stock**

*Dividend Rights*

Under the KEPCO Act, we are authorized to pay preferential dividends on our shares held by public shareholders as opposed to those held by the Government. Dividends to public shareholders are distributed in proportion to the number of shares of the relevant class of capital stock owned by each public shareholder following approval by the shareholders at a general meeting of shareholders. Korea Development Bank may receive dividends in proportion to the numbers of our shares held by them. Under the Korean Commercial Act and our Articles of Incorporation, we will pay full annual dividends on newly issued shares.

Under our Articles of Incorporation, holders of non-voting preferred shares (of which there are currently none) are entitled to receive an amount not less than 8% of their par value as determined by a resolution of the board of directors at the time of their issuance. However, stock dividends shall be paid based on par value and may not exceed the amount equivalent to a half of the total amount of profit available for dividend payment.

We declare our dividend annually at the annual general meeting of shareholders which is held within three months after the end of the fiscal year. The annual dividend is paid to the shareholders on record as of the end of the fiscal year preceding the annual shareholders' meeting. Annual dividends may be distributed either in cash or in our shares. However, a dividend of shares must be distributed at par value, and dividends in shares may not exceed one-half of the annual dividend.

Under the Korean Commercial Act and our Articles of Incorporation, we do not have an obligation to pay any annual dividend unclaimed for five years from the payment date.

The KEPCO Act provides that we shall not pay an annual dividend unless we have made up any accumulated deficit and set aside as a legal reserve an amount equal to 20.0% or more of our net profit until our accumulated reserve reaches one-half of our stated capital.

*Distribution of Free Shares*

In addition to dividends in the form of shares to be paid out of retained or current earnings, the Korean Commercial Act permits us to distribute to our shareholders an amount transferred from our capital surplus or legal reserve to stated capital in the form of free shares.

146

Table of Contents

*Voting Rights*

Holders of our common shares are entitled to one vote for each common share, except that voting rights with respect to any common shares held by us or by a corporate shareholder, more than one-tenth of whose outstanding capital stock is directly or indirectly owned by us, may not be exercised. Any person (with certain exceptions) who holds more than 3% of our issued and outstanding shares cannot exercise voting rights with respect to the shares in excess of this 3% limit. See "—Limitation on Shareholdings." Pursuant to the Korean Commercial Act, cumulative voting is permissible in relation to the appointment of directors. Under the Korean Commercial Act, a cumulative vote can be requested by the shareholders of a corporation representing at least 1% of the total voting shares of such corporation if the relevant shareholders' meeting is intended to elect more than two seats of the board of directors and the request for cumulative voting is made to the management of the corporation in writing at least six weeks in advance of the shareholders' meeting. Under this new voting method, each shareholder will have multiple voting rights corresponding to the number of directors to be appointed in such voting and may exercise all such voting rights to elect one director. Shareholders are entitled to vote cumulatively unless the Articles of Incorporation expressly prohibit cumulative voting. Our current Articles of Incorporation do not prohibit cumulative voting. Except as otherwise provided by law or our Articles of Incorporation, a resolution can be adopted at a general meeting of shareholders by affirmative majority vote of the voting shares of the shareholders present or represented at a meeting, which must also represent at least one-fourth of the voting shares then issued and outstanding. The holders of our non-voting preferred shares (other than enfranchised preferred shares (as described below)) are not entitled to vote on any resolution or to receive notice of any general meeting of shareholders unless the agenda of the meeting includes consideration of a resolution on which such holders are entitled to vote. If we are unable to pay any dividend to holders of non-voting preferred shares as provided in our Articles of Incorporation, the holders of non-voting preferred shares will become enfranchised and will be entitled to exercise voting rights until such dividends are paid. The holders of these "enfranchised preferred shares" have the same rights as holders of our common shares to request, receive notice of, attend and vote at a general meeting of shareholders. Pursuant to the KEPCO Act and our Articles of Incorporation, the appointment of standing directors, the president and standing member of the audit committee are subject to shareholder approval.

Under the Korean Commercial Act, for the purpose of electing our standing member of the audit committee, a shareholder (together with certain related persons) holding more than 3% of the total shares having voting rights may not exercise voting rights with respect to shares in excess of such 3% limit.

The Korean Commercial Act provides that the approval by holders of at least two-thirds of those shares having voting rights present or represented at a meeting, where such shares also represent at least one-third of the total issued and outstanding shares having voting rights, is required in order to, among other things:

- • amend our Articles of Incorporation;

- • remove a director (including a member of the audit committee);

- • effect any dissolution, merger, consolidation or spin-off of us;

- • transfer the whole or any significant part of our business;

- • effect the acquisition by us of all of the business of any other company;

- • effect the acquisition by us of the business of another company that may have a material effect on our business;

- • reduce capital; or

- • issue any new shares at a price lower than their par value.

Under our Articles of Incorporation, an approval by the Ministry of Trade, Industry and Energy is required in order to amend the Articles of Incorporation. Any change to our authorized share capital requires an amendment to our Articles of Incorporation.

147

Table of Contents

In addition, in the case of amendments to our Articles of Incorporation or any merger or consolidation of us or in certain other cases which affect the rights or interests of the non-voting preferred shares a resolution must be adopted by a meeting of the holders of non-voting preferred shares approving such event. This resolution may be adopted if approval is obtained from holders of at least two-thirds of those non-voting preferred shares present or represented at such meeting and such non-voting preferred shares also represent at least one-third of our total issued and outstanding non-voting preferred shares.

A shareholder may exercise his voting rights by proxy. The proxy shall present the power of attorney prior to the start of the general meeting of shareholders. Under the Financial Investment Services and Capital Markets Act and our Articles of Incorporation, no one other than us may solicit a proxy from shareholders.

Subject to the provisions of the deposit agreement, holders of our American Depositary Shares ("ADSs") are entitled to instruct the depositary, whose agent is the record holder of the underlying common shares, how to exercise voting rights relating to those underlying common shares.

### Preemptive Rights and Issuance of Additional Shares

Authorized but unissued shares may be issued at such times and, unless otherwise provided in the Korean Commercial Act, upon such terms as our board of directors may determine. The new shares must be offered on uniform terms to all our shareholders who have preemptive rights and who are listed on the shareholders' register as of the record date. Subject to the limitations described under "—Limitation on Shareholdings" below and with certain other exceptions, all our shareholders are entitled to subscribe for any newly issued shares in proportion to their existing shareholdings. Under the Korean Commercial Act, we may vary, without shareholder approval, the terms of such preemptive rights for different classes of shares. Public notice of the preemptive rights to new shares and their transferability must be given not less than two weeks (excluding the period during which the shareholders' register is closed) prior to the record date. Our board of directors may determine how to distribute shares for which preemptive rights have not been exercised or where fractions of shares occur.

Our Articles of Incorporation provide that new shares that are (1) publicly offered pursuant to the Financial Investment Services and Capital Markets Act, (2) issued to members of our employee stock ownership association, (3) represented by depositary receipts, (4) issued through offering to public investors, or (5) issued to investors in kind under the State Property Act may be issued pursuant to a resolution of the board of directors to persons other than existing shareholders, who in such circumstances will not have preemptive rights.

Under our Articles of Incorporation, we may issue convertible bonds or bonds with warrants each up to an aggregate principal amount of Won 2,000 billion and Won 1,000 billion, respectively, to persons other than existing shareholders. However, the aggregate principal amount of convertible bonds and bonds with warrants so issued to persons other than existing shareholders may not exceed Won 2,000 billion. The convertible bonds or bonds with warrants issued by us shall be electronically registered on the electronic registry maintained by the electronic registrar, in lieu of issuing any physical certificates representing such bonds in accordance with the Electronic Registration Act.

Under the Financial Investment Services and Capital Markets Act and our Articles of Incorporation, members of our employee stock ownership association, whether or not they are our shareholders, have a preemptive right, subject to certain exceptions, to subscribe for up to 20.0% of any shares publicly offered pursuant to the Financial Investment Services and Capital Markets Act. This right is exercisable only to the extent that the total number of shares so acquired and held by members of our employee stock ownership association does not exceed 20.0% of the total number of shares then outstanding.

### Liquidation Rights

In the event of our liquidation, the assets remaining after payment of all debts, liquidation expenses and taxes will be distributed among shareholders in proportion to the number of shares held. Holders of our non-voting preferred shares have no preference in liquidation.

Table of Contents

*Rights of Dissenting Shareholders*

In certain limited circumstances (including, without limitation, the transfer of the whole or any significant part of our business or the merger, or consolidation upon a split-off of us with another company), dissenting holders of shares have the right to require us to purchase their shares. To exercise such right, shareholders must submit a written notice of their intention to dissent to us prior to the general meeting of shareholders or the class meeting of holders of non-voting preferred shares, as the case may be. Within 20 days after the date on which the relevant resolution is passed at such meeting, such dissenting shareholders must request us in writing to purchase their shares. We are obligated to purchase the shares of dissenting shareholders within one month after the expiration of such 20-day period. The purchase price for such shares must be determined through negotiation between the dissenting shareholders and us. Under the Financial Investment Services and Capital Markets Act, if we cannot agree on a price through negotiation, the purchase price will be the average of (1) the weighted average of the daily share price on the Korea Exchange for a two-month period before the date of adoption of the relevant board resolution, (2) the weighted average of the daily share price on the Korea Exchange for the one month period before such date and (3) the weighted average of the daily share price on the Korea Exchange for the one week period before such date. However, if we or dissenting shareholders who requested us to purchase their shares oppose such purchase price, the determination of a purchase price may be filed with a court. Holders of ADSs will not be able to exercise dissenter's rights unless they have withdrawn the underlying Common Stock and become our direct shareholders.

**Transfer of Shares**

Under the Electronic Registration Act, the transfer of shares is effected by the electronic registration of such transfers on an electronic register pursuant to the Electronic Registration Act, under which the electronic registration of stocks, bonds and transfers thereof will be required. To assert shareholders' right against us, the transferee must have his name and address registered on our electronic register of shareholders. For this purpose, a shareholder is required to apply for electronic registration of transfers between accounts.

These requirements do not apply to the holders of ADSs. Under current Korean regulations, the Korea Securities Depository, foreign exchange banks (including domestic branches of foreign banks), financial investment companies with a dealing, brokerage or collective investment license and internationally recognized foreign custodians are authorized to act as agents and provide related services for foreign shareholders. Our transfer agent is Kookmin Bank, located at 26, Gukjegeumyung-ro 8-gil, Yeongdeungpo-gu, Seoul, Korea. Certain foreign exchange controls and securities regulations apply to the transfer of our shares by non-residents of Korea or non-Koreans. See Item 9. "The Offer and Listing."

**Acquisition of Our Own Shares**

Under the Korean Commercial Act, we may acquire our own shares through (1) purchases on a stock exchange or (2) purchase of the shares in proportion to the number of shares held by each shareholder on equal terms and conditions, by a resolution at a Shareholders' meeting. The aggregate amount of the acquisition price shall not exceed the excess of our net assets, on a non-consolidated basis, over the sum of (1) our stated capital, (2) the total amount of our capital surplus reserve and earned surplus reserve which have accumulated up to the end of the previous fiscal year, (3) our earned surplus required to be accumulated for the then current fiscal year and (4) our net assets stated in the balance sheet as being increased as a result of the evaluation of the assets and liabilities in accordance with our accounting principles without being set off against any unrealized losses. In addition, under the Korean Commercial Act, we may not acquire our own shares if our net assets may fall short of the aggregate amount of the item (1) to (4) above, on a non-consolidated basis, as of the conclusion of the relevant business year of us. In general, our subsidiaries 50% or more of whose shares are owned by us may not acquire our shares.

149

Table of Contents

**General Meeting of Shareholders**

The ordinary general meeting of our shareholders is held within three months after the end of each fiscal year, and subject to board resolution or court approval, an extraordinary general meeting of our shareholders may be held as necessary or at the request of shareholders holding an aggregate of 1.5% or more of our outstanding common shares for at least six consecutive months. Under the Korean Commercial Act, an extraordinary general meeting of shareholders may be convened at the request of our audit committee, subject to a board resolution or court approval. Holders of non-voting preferred shares may only request a general meeting of shareholders once the non-voting preferred shares have become enfranchised as described under "—Description of Capital Stock—Voting Rights" above. Written notices setting forth the date, place and agenda of the meeting must be given to shareholders at least two weeks prior to the date of the general meeting of shareholders. However, pursuant to the Korean Commercial Act and our Articles of Incorporation, with respect to holders of less than 1% of the total number of our issued and outstanding shares which are entitled to vote, notice may be given by placing at least two public notices at least two weeks in advance of the meeting in at least two daily newspapers published in Seoul or by placing a public notice in the electrical disclosure system of the Financial Supervisory Service or the Korea Exchange, at least two weeks in advance of the meeting. Currently, for giving such notice, we use an electronic disclosure system available for access at a website maintained by the Financial Supervisory Service (known as the Data Analysis, Retrieval and Transfer System, or DART). Shareholders not on the shareholders' register as of the record date are not entitled to receive notice of the general meeting of shareholders or attend or vote at such meeting. Holders of the enfranchised preferred shares on the shareholders' register as of the record date are entitled to receive notice of, and to attend and vote at, the general meetings. Otherwise, holders of non-voting preferred shares are not entitled to receive notice of general meetings of shareholders or vote at such meetings but may attend such meetings.

The general meeting of shareholders is held in Naju, Jeollanam-do.

**Register of Shareholders and Record Dates**

Our transfer agent, Kookmin Bank, maintains the register of our shareholders at its office in Seoul, Korea. It registers transfers of our shares on the register of shareholders upon presentation of the share certificates.

The record date for annual dividends is December 31. For the purpose of determining the holders of shares entitled to annual dividends, the register of shareholders may be closed from January 1 to January 31 of each year. Further, the Korean Commercial Act and our Articles of Incorporation permit us at least two weeks' public notice to set a record date and/or close the register of shareholders for not more than three months for the purpose of determining the shareholders entitled to certain rights pertaining to our shares. The trading of our shares and the electronic registration of share transfer between accounts pursuant to the Electronic Registration Act in respect of them may continue while the register of shareholders is closed.

**Annual Report**

At least one week prior to the annual general meeting of shareholders, our business report and audited consolidated financial statements must be made available for inspection at our principal office and at all branch offices. Copies of business reports, the audited non-consolidated financial statements and any resolutions adopted at the general meeting of shareholders will be available to our shareholders.

Under the Financial Investment Services and Capital Markets Act, we must file with the Financial Services Commission and the Korea Exchange an annual report within 90 days after the end of our fiscal year, a half-year report within 45 days after the end of the first six months of our fiscal year and quarterly reports within 45 days after the end of the first three months and nine months of our fiscal year. Following our adoption of IFRS starting in January 1, 2011 pursuant to regulatory requirements for listed companies in Korea, we are required to file annual, half-year and quarterly reports containing annual and interim financial statements and notes thereto on a consolidated basis as well as on a separate basis.

150

**Table of Contents**

In addition, pursuant to the Enforcement Decree of the Commercial Act amended on January 29, 2020 and implemented from January 1, 2021, when a Korean listed company convokes a meeting of shareholders, it shall provide shareholders with the annual report and the audit report by sending them via email or posting them on its website no later than a week prior to the meeting of shareholders.

**Limitation on Shareholdings**

No person other than the Government, our employee stock ownership association and persons who obtain an approval from the Financial Services Commission may hold for its account more than 3% of our total issued and outstanding shares. In calculating shareholdings for this purpose, shares held by your spouse and your certain relatives or by your certain affiliates (such spouses, relatives and affiliates are together referred to as "Affiliated Holders") are deemed to be held by you. If you hold our shares in violation of this 3% limit, you are not entitled to exercise the voting rights or preemptive rights of our shares in excess of such 3% limit and the Financial Services Commission may order you to take necessary corrective action. In addition, the KEPCO Act currently requires that the Government, directly or through Korea Development Bank, own not less than 51% of our capital. For other restrictions on shareholdings, see Item 9. "The Offer and Listing."

**Change of Control**

The KEPCO Act requires that the Government, directly or pursuant to the Korea Development Bank Act, through Korea Development Bank, own not less than 51% of our capital.

**Disclosure of Share Ownership**

Under the Financial Investment Services and Capital Markets Act, any person whose direct or beneficial ownership of a listed company's shares with voting rights, equity-related debt securities including convertible bonds, bonds with warrants, exchangeable bonds, certificates representing the rights to subscribe for common shares, derivatives-linked securities and depository receipts of the aforementioned securities (collectively referred to as "Equity Securities"), together with the Equity Securities directly or beneficially owned by certain related persons or by any person acting in concert with the person, accounts for 5% or more of our total outstanding Equity Securities is required to report the status and purpose (in terms of whether the purpose of shareholding is to participate in the management of the issuer) of the holdings and the material contents of the agreements relating to the Equity Securities and other matters prescribed by the Presidential Decree under the Financial Investment Services and Capital Markets Act to the Financial Services Commission of Korea and the Korea Exchange within five business days after reaching the 5% ownership interest threshold.

In addition, (A) any change in the number of the owned Equity Securities that is 1% or more of the total outstanding Equity Securities subsequent to the report or (B) any change in (i) the purpose of the shareholding or ownership of the Equity Securities (whether such shareholding or ownership is to participate in the management of the listed company or not), (ii) whether such shareholding or ownership is for a simple investment purpose or not (limited to the case where the purpose of the shareholding or ownership of the Equity Securities is not to participate in the management of the listed company), (iii) the major terms and conditions of the agreements relating to the Equity Securities owned (such as trust agreements and collateral agreements) to the extent the number of relevant Equity Securities is 1% or more of the total outstanding Equity Securities or (iv) the type of the ownership (direct ownership or holdings) to the extent the number of relevant Equity Securities is equal to or exceeds 1% of the total outstanding Equity Securities, subsequent to the report, must be reported to the Financial Services Commission and the Korea Exchange. Changes set forth in clauses (A) and (B) above must be reported within five business days from the date of such change (or by the tenth day of the month following the month in which the change described in (A) above occurs, in the case of a person (other than certain professional investors prescribed by the Presidential Decree under the Financial Investment Services and Capital Markets Act) with a purpose of simple investment, or within ten business days from the date of such change in the case of a person with a purpose of general investment with no intent to seek management control).

151

Table of Contents

Notwithstanding the foregoing, certain professional investors prescribed by the Presidential Decree of the Financial Investment Services and Capital Markets Act may report the 5% ownership status and the changes described in (A) above to the Financial Services Commission and the Korea Exchange by the tenth day of the month immediately following the end of the quarter in which such 5% ownership interest is reached or the change occurs.

When filing a report to the Financial Services Commission and the Korea Exchange in accordance with the reporting requirements described above, a copy of such report must be sent to the relevant listed company. Violation of these reporting requirements may subject a person to sanctions such as prohibition on the exercise of voting rights with respect to the Equity Securities for which the reporting requirement was violated or fines or imprisonment. Furthermore, the Financial Services Commission may order the disposal of the Equity Securities for which the reporting requirement was violated or may impose administrative fine.

A person reporting to the Financial Services Commission and the Korea Exchange that his purpose of holding the Equity Securities is to participate in the management of the listed company is prohibited from acquiring additional Equity Securities of the listed company and exercising voting rights during the period commencing from the date on which the event triggering the reporting requirements occurs to the fifth day from the date on which the report is made.

## Item 10.C. Material Contracts

None.

## Item 10.D. Exchange Controls

### General

The Foreign Exchange Transaction Act and the Presidential Decree and regulations under that Act and Decree, or collectively the Foreign Exchange Transaction Laws, regulate investment in Korean securities by non-residents and issuance of securities outside Korea by Korean companies. Non-residents may invest in Korean securities pursuant to the Foreign Exchange Transaction Laws. The Financial Services Commission has also adopted, pursuant to its authority under the Financial Investment Services and Capital Markets Act, regulations that regulate investment by foreigners in Korean securities and issuance of securities outside Korea by Korean companies.

Subject to certain limitations, the Ministry of Economy and Finance has the authority to take the following actions under the Foreign Exchange Transaction Laws: (i) if the Government deems it necessary on account of war, armed conflict, natural disaster or grave, sudden and significant changes in domestic or foreign economic circumstances or similar events or circumstances, the Ministry of Economy and Finance may temporarily suspend performance under any or all foreign exchange transactions, in whole or in part, to which the Foreign Exchange Transaction Laws apply (including suspension of payment and receipt of foreign exchange) or impose an obligation to deposit, safe-keep or sell any instruments of payment to the Bank of Korea or certain other governmental agencies or a foreign exchange equalization fund or financial institutions, or effective from July 18, 2017, impose an obligation on resident creditors to collect and recover debts owed by non-resident debtors, and (ii) if the Government concludes that the international balance of payments and international financial markets are experiencing or are likely to experience significant disruption or that the movement of capital between Korea and other countries are likely to adversely affect the Korean Won, exchange rates or other macroeconomic policies, the Ministry of Economy and Finance may take action to require any person who intends to effect or effects a capital transaction to obtain permission or to deposit a portion of the instruments of payment acquired in such transactions with the Bank of Korea or a foreign exchange equalization fund or financial institutions.

152

Table of Contents

**Government Review of Issuances of Debt Securities and ADSs and Report for Payments**

In order for us to issue debt securities of any series outside of the Republic, we are required to file a report with our designated foreign exchange bank or the Ministry of Economy and Finance on the issuance of such debt securities, depending on the issuance amount. The Ministry of Economy and Finance may at its discretion direct us to take measures as necessary to avoid undue exchange rate fluctuations before it accepts such report. Furthermore, in order for us to make payments of principal of or interest on the debt securities of any series and other amounts as provided in an indenture and such debt securities, we are required to present relevant documents to the designated foreign exchange bank at the time of each actual payment. The purpose of such presentation is to ensure that the actual remittance is consistent with the terms of the transaction reported to our designated foreign exchange bank or the Ministry of Economy and Finance.

In order for us to offer for purchase shares of our common stock held in treasury in the form of ADSs or issue shares of our common stock represented by the ADSs, we are required to file a prior report of such offer or issuance with our designated foreign exchange bank or the Ministry of Economy and Finance, depending on the offering amount. The Ministry of Economy and Finance may at its discretion direct us to take measures as necessary to avoid undue exchange rate fluctuations before it accepts such report. No further Governmental approval is necessary for the initial offering and issuance of the ADSs.

In order for a depositary to acquire any existing shares of our common stock from holders of these shares of common stock (other than from us) for the purpose of issuance of depositary receipts representing these shares of common stock, the depositary would be required to obtain our consent for the number of shares to be deposited in any given proposed deposit which exceeds the difference between (1) the aggregate number of shares deposited by us or with our consent for the issuance of ADSs (including deposits in connection with the initial and all subsequent offerings of ADSs and stock dividends or other distributions related to these ADSs) and (2) the number of shares on deposit with the depositary at the time of such proposed deposit. We may not grant this consent for the deposit of shares of our common stock in the future, if our consent is required. Therefore, a holder of ADSs who surrenders ADSs and withdraws shares of our common stock may not be permitted subsequently to deposit such shares and obtain ADSs.

In addition, we are also required to notify the Ministry of Economy and Finance upon receipt of the full proceeds from the offering of ADSs. No additional Governmental approval is necessary for the offering and issuance of ADSs.

**Reporting Requirements for Holders of Substantial Interests**

Under the Financial Investment Services and Capital Markets Act, any person whose direct beneficial ownership of a listed company's Equity Securities, together with the Equity Securities beneficially owned by certain related persons or by any person acting in concert with such person, accounts for 5% or more of our total outstanding Equity Securities is required to report the status and purpose (namely, whether the purposes of the share ownership is to participate in the management of the issuer) of the holdings and the material contents of the agreements relating to the Equity Securities and other matters prescribed by the Presidential Decree under the Financial Investment Services and Capital Markets Act to the Financial Services Commission and the Korea Exchange within five business days after reaching the 5% ownership interest and any change in ownership interest subsequent to the report which equals or exceeds 1.0% of the total outstanding Equity Securities is required to be reported to the Financial Services Commission and the Korea Exchange within five business days from the date of the change.

In addition, (A) any change in the number of the owned Equity Securities that is 1% or more of the total outstanding Equity Securities subsequent to the report or (B) any change in (i) the purpose of the shareholding or ownership of the Equity Securities (whether such shareholding or ownership is to participate in the management of the listed company or not), (ii) whether such shareholding or ownership is for a simple investment purpose or

153

Table of Contents

not (limited to the case where the purpose of the shareholding or ownership of the Equity Securities is not to participate in the management of the listed company), (iii) the major terms and conditions of the agreements relating to the Equity Securities owned (such as trust agreements and collateral agreements) to the extent the number of relevant Equity Securities is 1% or more of the total outstanding Equity Securities or (iv) the type of the ownership (direct ownership or holdings) to the extent the number of relevant Equity Securities is equal to or exceeds 1% of the total outstanding Equity Securities, subsequent to the report, must be reported to the Financial Services Commission and the Korea Exchange. Changes set forth in clauses (A) and (B) above must be reported within five business days from the date of such change (or by the tenth day of the month following the month in which the change described in (A) above occurs, in the case of a person (other than certain professional investors prescribed by the Presidential Decree under the Financial Investment Services and Capital Markets Act) with a purpose of simple investment, or within ten business days from the date of such change in the case of a person with a purpose of general investment with no intent to seek management control).

Notwithstanding the foregoing, certain professional investors prescribed by the Presidential Decree of the Financial Investment Services and Capital Markets Act may report the 5% ownership status and the changes described in (A) above to the Financial Services Commission and the Korea Exchange by the tenth day of the month immediately following the end of the quarter in which such 5% ownership interest is reached or the change occurs.

When filing a report to the Financial Services Commission and the Korea Exchange in accordance with the reporting requirements described above, a copy of such report must be sent to the relevant listed company. Violation of these reporting requirements may subject a person to sanctions such as prohibition on the exercise of voting rights with respect to the Equity Securities for which the reporting requirement was violated or fines or imprisonment. Furthermore, the Financial Services Commission may order the disposal of the Equity Securities for which the reporting requirement was violated or may impose administrative fine.

A person reporting to the Financial Services Commission and the Korea Exchange that his purpose of holding the Equity Securities is to participate in the management of the listed company is prohibited from acquiring additional Equity Securities of the listed company and exercising voting rights during the period commencing from the date on which the event triggering the reporting requirements occurs to the fifth day from the date on which the report is made.

In addition to the reporting requirements described above, any person whose direct or beneficial ownership of our voting stock and/or depository receipts for our voting stock accounts for 10.0% or more of the total issued and outstanding voting stock, whom we refer to as a major shareholder, must file a report to the Securities and Futures Commission and to the Korea Exchange within five business days after the date on which the person reached such shareholding percentage. In addition, such person must file a report to the Securities and Futures Commission and to the Korea Exchange regarding any subsequent change in his/her shareholding. Such report on subsequent change in shareholding must be filed within five business days of the occurrence of any such change. Violation of these reporting requirements may subject a person to criminal sanctions such as fines and imprisonment.

**Restrictions Applicable to ADSs**

No Governmental approval is necessary for the sale and purchase of ADSs in the secondary market outside Korea or for the withdrawal of shares of our common stock underlying ADSs and the delivery inside Korea of the withdrawn shares. However, a foreigner who intends to acquire shares must obtain an Investment Registration Card from the Financial Supervisory Service as described below. The acquisition of shares by a foreigner must be reported by the foreigner or his standing proxy in Korea immediately to the Governor of the Financial Supervisory Service.

154

Table of Contents

**Special Reporting Requirement for Companies Whose Securities Are Listed on Foreign Exchanges**

Under the regulations of the Financial Services Commission and the Korea Exchange, (i) if a company listed on the Korea Exchange has submitted a public disclosure of material matters to a foreign financial investment supervisory authority pursuant to the laws of the foreign jurisdiction, then it must submit a copy of the public disclosure and a Korean translation thereof to the Financial Services Commission of Korea and the Korea Exchange, and (ii) if a company listed on the Korea Exchange is approved for listing on a foreign stock market or determined to be de-listed from the foreign stock market or actually listed on, or de-listed from, a foreign stock market, then it must submit a copy of any document, which it submitted to or received from the relevant foreign government, foreign financial investment supervisory authority or the foreign stock market, and a Korean translation thereof to the Financial Services Commission of Korea and the Korea Exchange.

Persons who have acquired shares of our common stock as a result of the withdrawal of shares of common stock underlying ADSs may exercise their preemptive rights for new shares, participate in free distributions and receive dividends on shares of our common stock without any further governmental approval.

**Restrictions Applicable to Common Stock**

Under the Foreign Exchange Transaction Laws and the Regulations on Financial Investment Business (together, the "Investment Rules"), foreigners are permitted to invest, subject to certain exceptions and procedural requirements, in all shares of Korean companies unless prohibited by specific laws. Foreign investors may trade shares listed on the Korea Exchange only through the Korea Exchange except for certain limited circumstances. These circumstances include, among others, (1) odd-lot trading of shares, (2) acquisition of shares by a foreign company as a result of a merger, (3) acquisition or disposal of shares in connection with a tender offer, (4) acquisition of shares by exercise of warrant, conversion right under convertible bonds, exchange right under exchangeable bonds or withdrawal right under depositary receipts issued outside of Korea by a Korean company, such shares being "Converted Shares," (5) acquisition of shares through exercise of rights under securities issued outside of Korea, (6) acquisition of shares as a result of inheritance, donation, bequest or exercise of shareholders' rights (including preemptive rights or rights to participate in free distributions and receive dividends), (7) over-the-counter transactions between foreigners of a class of shares for which a ceiling on aggregate acquisition by foreigners (as explained below) exists and has been reached or exceeded, (8) acquisition of shares by direct investment under the Foreign Investment Promotion Law, (9) acquisition and disposal of shares on an overseas stock exchange market, if such shares are simultaneously listed on the KRX KOSPI Market or the KRX KOSDAQ Market of the Korea Exchange and such overseas stock exchange, and (10) arm's length transactions between foreigners in the event all such foreigners belong to an investment group managed by the same person. For over-the-counter transactions of shares listed on the Korea Exchange outside the Korea Exchange between foreigners of a class of shares for which a ceiling on aggregate acquisition by foreigners exists and has been reached or exceeded, a financial investment company with a brokerage license in Korea must act as an intermediary. Odd-lot trading of shares listed on the Korea Exchange outside the Korea Exchange must involve a financial investment company with a dealing license in Korea as the other party. Foreign investors are prohibited from engaging in margin transactions with respect to shares subject to a ceiling on acquisition by foreigners.

The Investment Rules require a foreign investor who wishes to invest in or dispose of shares on the Korea Exchange (including Converted Shares) to register his/her identity with the Financial Supervisory Service prior to making any such investment or disposal unless he/she had previously registered. However, such registration requirement does not apply to foreign investors who acquire Converted Shares with the intention of selling them within three months from the date they were acquired. Upon registration, the Financial Supervisory Service will issue to the foreign investor an Investment Registration Card which must be presented each time the foreign investor opens a brokerage account with a financial investment company or financial institution in Korea. Foreigners eligible to obtain an Investment Registration Card include any foreign nationals who are individuals (with residence abroad for six months or more), foreign governments, foreign municipal authorities, foreign

Table of Contents

public institutions, international financial institutions or similar international organizations, corporations incorporated under foreign laws and any person in any additional category designated by the Decree of the Financial Services and Capital Markets Act. All Korean branches of a foreign corporation as a group are treated as a separate foreigner from the head office of the foreign corporation. However, a foreign branch of a Korean securities company, a foreign corporation or a depositary issuing depositary receipts may obtain one or more Investment Registration Cards in its name in certain circumstances as described in the relevant regulations.

Upon a foreign investor's purchase of shares through the Korea Exchange, no separate report by the investor is required because the Investment Registration Card system is designed to control and oversee foreign investment through a computer system. However, a foreign investor's acquisition or sale of shares outside the Korea Exchange (as discussed above) must be reported by the foreign investor or his standing proxy to the Governor of the Financial Supervisory Service at the time of each acquisition or sale. However, a foreign investor must ensure that any acquisition or sale by it of shares outside the Korea Exchange in the case of trades in connection with a tender offer, odd-lot trading of shares or trades of a class of shares for which the aggregate foreign ownership limit has been reached or exceeded, is reported to the Governor of the Financial Supervisory Service by the Korea Securities Depository, financial investment companies with a dealing or brokerage license or securities finance companies engaged to facilitate such transactions. In the event a foreign investor desires to acquire or sell shares outside the Korea Exchange and the circumstances in connection with such sale or acquisition do not fall within the exceptions made for certain limited circumstances described above, then the foreign investor must obtain the prior approval of the Governor. In addition, in the event a foreign investor acquires or sells shares outside the Korea Exchange, a prior report to the Governor of the Financial Supervisory Service may also be required in certain circumstances. A foreign investor may appoint one or more standing proxies from among the Korea Securities Depository, foreign exchange banks (including domestic branches of foreign banks), financial investment companies (including domestic branches of foreign financial investment companies) with a dealing, brokerage or collective investment license and certain eligible custodians which will exercise shareholders' rights or perform any matters related to the foregoing activities if the foreign investor does not perform these activities himself. Generally, a foreign investor may not permit any person, other than his/her standing proxy, to exercise rights relating to his shares or perform any tasks related thereto on his behalf. However, a foreign investor may be exempted from complying with these standing proxy rules with the approval of the Governor of the Financial Supervisory Service in cases deemed inevitable by reason of conflict between the laws of Korea and those of the home country of the foreign investor.

The shares of a listed Korean company owned by a foreign investor must be electronically registered in accordance with the Electronic Registration Act through an eligible custodian in Korea. Only the Korea Securities Depository, foreign exchange banks (including domestic branches of foreign banks), financial investment companies (including domestic branches of foreign financial investment companies) with a dealing, brokerage or collective investment license and certain eligible foreign custodians are eligible to be a custodian of shares for a foreign investor; provided, however, that a foreign investor is exempted from the above requirement if it (i) acquires shares publicly offered or sold outside Korea for the purpose of listing on an overseas stock exchange or (ii) acquires or disposes of shares through an overseas stock exchange if such shares are simultaneously listed on the Korea Exchange and such overseas stock exchange.

Under the Investment Rules, with certain exceptions, a foreign investor may acquire shares of a Korean company without being subject to any single or aggregate foreign investment ceiling. However, certain designated public corporations are subject to a 40.0% ceiling on acquisitions of shares by foreigners in the aggregate and a ceiling on acquisitions of shares by a single foreign investor provided in the Articles of Incorporation of such corporations. Of the Korean companies listed on the Korea Exchange, we are so designated. The Financial Services Commission may impose other restrictions as it deems necessary for the protection of investors and the stabilization of the Korean securities and derivatives market. Generally, the ownership of Converted Shares constitutes foreign ownership for purposes of such aggregate foreign ownership limit. However, the acquisition of Converted Shares is one of the exceptions under which foreign investors may acquire shares of designated corporations in excess of the 40.0% ceiling.

156

**Table of Contents**

In addition to the aggregate foreign investment ceiling set out under the Financial Investment Services and Capital Markets Act, our Articles of Incorporation set a 3% ceiling on acquisition by a single investor (whether domestic or foreign) of the shares of our common stock. Any person (with certain exceptions) who holds more than 3% of our issued and outstanding shares cannot exercise voting rights with respect to our shares in excess of this 3% limit.

The ceiling on aggregate investment by foreigners applicable to us may be exceeded in certain limited circumstances, including as a result of acquisition of:

- shares by a depositary issuing depositary receipts representing such shares (whether newly issued shares or outstanding shares);

- Converted Shares;

- shares from the exercise of shareholders' rights; or

- shares by gift, inheritance or bequest.

A foreigner who has acquired shares in excess of any ceiling described above may not exercise his voting rights with respect to the shares exceeding such limit and the Financial Services Commission may take necessary corrective action against him.

Under the Foreign Exchange Transaction Laws, a foreign investor who intends to acquire shares must designate a foreign exchange bank at which he must open a foreign currency account and a Won account exclusively for stock investments. No approval is required for remittance into Korea and deposit of foreign currency funds in the foreign currency account. Foreign currency funds may be transferred from the foreign currency account at the time required to place a deposit for, or settle the purchase price of, a stock purchase transaction to a Won account opened at a securities company. Funds in the foreign currency account may be remitted abroad without any governmental approval.

Dividends on shares of our common stock are paid in Won. No governmental approval is required for foreign investors to receive dividends on, or the Won proceeds of the sale of, any shares to be paid, received and retained in Korea. Dividends paid on, and the Won proceeds of the sale of, any shares held by a non-resident of Korea must be deposited either in a Won account with the investor's securities company or the investor's Won account. Funds in the investor's Won account may be transferred to his foreign currency account or withdrawn for local living expenses, provided that any withdrawal of local living expenses in excess of a certain amount should be reported to the Governor of the Financial Supervisory Service. Funds in the investor's Won account may also be used for future investment in shares or for payment of the subscription price of new shares obtained through the exercise of preemptive rights.

Financial investment companies with a securities dealing, brokerage or collective investment license are allowed to open foreign currency accounts with foreign exchange banks exclusively for accommodating foreign investors' stock investments in Korea. Through these accounts, these securities companies and asset management companies may enter into foreign exchange transactions on a limited basis, such as conversion of foreign currency funds and Won funds, either as a counterparty to or on behalf of foreign investors without the foreign investors having to open their own accounts with foreign exchange banks.

**Item 10.E. Taxation**

**Korean Taxes**

The following summary describes the material Korean tax consequences of ownership of the Registered Debt Securities and ADSs. Persons considering the purchase of the Registered Debt Securities or ADSs should consult their own tax advisors with regard to the application of the Korean income tax laws to their particular

**Table of Contents**

situations as well as any tax consequences arising under the laws of any other taxing jurisdiction. Reference is also made to a tax treaty between the Republic and the United States entitled "Convention Between the United States of America and the Republic of Korea for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Income and the Encouragement of International Trade and Investment," signed on June 4, 1976 and entered into force on October 20, 1979.

The following summary of Korean tax considerations applies to you so long as you are not:

- • a resident of Korea;

- • a corporation having its head office, principal place of business or place of effective management in Korea; or

- • engaged in a trade or business in Korea through a permanent establishment or a fixed base to which the relevant income is attributable or with which the relevant income is effectively connected.

### *Registered Debt Securities*

*Taxation of Interest*

Pursuant to the Special Tax Treatment Control Law ("STTCL"), when we make payments of interest to you on the Registered Debt Securities, no amount will be withheld from such payments for, or on account of, any income taxes of any kind imposed, levied, withheld or assessed by Korea or any political subdivision or taxing authority thereof or therein, provided that Registered Debt Securities are deemed to be foreign currency-denominated bonds issued outside of Korea for the purpose of the STTCL.

If the tax exemption under the STTCL referred to above were to cease to be in effect, the rate of income tax or corporation tax applicable to the interest on the Registered Debt Securities would be 14% of income for a non-resident without a permanent establishment in Korea. In addition, local income tax would be imposed at the rate of 10.0% of the income tax or corporation tax (which would increase the total tax rate to 15.4%), unless reduction is available under an applicable income tax treaty. If you are a qualified resident in a country that has entered into a tax treaty with Korea, you may qualify for an exemption or a reduced rate of Korean withholding tax. See the discussion under "—Shares or ADSs—Tax Treaties" below for an additional explanation on treaty benefits.

In order to obtain the benefits of an exemption or a reduced withholding tax rate under a tax treaty, you must submit to us, prior to the interest payment date, such evidence of tax residence as may be required by the Korean tax authorities in order to establish your entitlement to the benefits of the applicable tax treaty.

Furthermore, Korean tax laws require the beneficial owner to submit an application for entitlement to a reduced tax rate together with evidence of tax residence (including a certificate of tax residence of the beneficial owner issued by a competent authority of the country of tax residence of the beneficial owner) to a withholding obligor paying Korean source income in order to benefit from the available reduced tax rate pursuant to the relevant tax treaty. Under Korean tax laws and subject to certain exceptions, an overseas investment vehicle (which is defined as an organization established in a foreign jurisdiction that manages funds collected through investment solicitation by acquiring, disposing or otherwise investing in proprietary targets and then distributes the proceeds thereof to investors) (the "Overseas Investment Vehicle") must obtain an application for reduced tax rate from the beneficial owner and submit to the withholding obligor an overseas investment vehicle report (prepared by the Overseas Investment Vehicle) which includes a detailed statement on the beneficial owner.

Due to recent amendment to the Korean tax laws, which applies for fiscal years beginning on or after January 1, 2020, Overseas Investment Vehicles may be regarded as beneficial owners of Korean sourced income in certain situations. Pursuant to such amendment, Overseas Investment Vehicles may be treated as beneficial owners of Korean source income if one of the following conditions are met: (i) the Overseas Investment Vehicle

158

Table of Contents

is subject to taxation in the jurisdiction in which it resides and there is no intentional tax avoidance purpose to establishing the Overseas Investment Vehicle in the jurisdiction; (ii) the Overseas Investment Vehicle is deemed as the beneficial owner under a tax treaty; or (iii) the Overseas Investment Vehicle is unable to confirm its list of beneficial owners investing in the Overseas Investment Vehicle (if only a portion of the beneficial owners are confirmed, applies with respect to the remaining unconfirmed list of beneficial owners). Overseas Investment Vehicles that are not regarded as foreign "corporations" for purposes of the Korean tax law may be recognized as beneficial owners if one of the above conditions (ii) or (iii) are met. Further, Overseas Investment Vehicles that meet condition (iii) would be subject to the default statutory withholding tax rate under the Korean tax laws and the treaty withholding rates under relevant tax treaties would not apply even though the Overseas Investment Vehicles are deemed to be beneficial owners of Korean source income.

*Taxation of Capital Gains*

Korean tax laws currently exclude from Korean taxation gains made by a non-resident without a permanent establishment in Korea from the sale of a Registered Debt Security to another non-resident (except where a non-resident sells Registered Debt Securities to another non-resident's permanent establishment in Korea, if any). In addition, capital gains realized from the transfer of Registered Debt Securities outside Korea by non-residents with or without permanent establishments in Korea are currently exempt from taxation by virtue of the STTCL, provided that the issuance of such Registered Debt Securities is deemed to be an overseas issuance of foreign currency-denominated bonds under the STTCL. If you sell or otherwise dispose of a Registered Debt Security through other ways than those mentioned above, any gain realized on the transaction will be taxable at ordinary Korean withholding tax rates (which is the lesser of 22.0% (including local income tax) of the net gain or 11.0% (including local income tax) of the gross sale proceeds, subject to the production of satisfactory evidence of the acquisition cost of such Registered Debt Securities and certain direct transaction costs attributable to the disposal of such Registered Debt Securities), unless an exemption is available under an applicable income tax treaty. See the discussion under "—Shares or ADSs—Tax Treaties" below for an additional explanation on treaty benefits.

*Inheritance Tax and Gift Tax*

If you die while you are the holder of Registered Debt Securities, the subsequent transfer of the Registered Debt Securities by way of succession will be subject to Korean inheritance tax. Similarly, if you transfer Registered Debt Securities as a gift, the donee will be subject to Korean gift tax and you may be required to pay the gift tax if the donee fails to do so.

At present, Korea has not entered into any tax treaty relating to inheritance or gift taxes.

***Shares or ADSs***

*Dividends on the Shares of Common Stock or ADSs*

We will deduct Korean withholding tax from dividends (whether in cash or in shares) paid to you at a rate of 22% (inclusive of local income tax). If you are a qualified resident in a country that has entered into a tax treaty with Korea, you may qualify for a reduced rate of Korean withholding tax. See the discussion under "—Tax Treaties" below for an additional explanation on treaty benefits.

In order to obtain the benefits of a reduced withholding tax rate under a tax treaty, you must submit to the Korea Securities Depository, prior to the dividend payment date, such evidence of tax residence as may be required by the Korean tax authorities in order to establish your entitlement to the benefits of the applicable tax treaty. Evidence of tax residence may be submitted to the Korea Securities Depository through the withholding tax agent. If we distribute to you free shares representing a transfer of certain capital reserves or asset revaluation reserves into paid-in capital, such distribution may be subject to Korean withholding tax.

159

**Table of Contents**

Furthermore, Korean tax laws require the beneficial owner to submit an application for entitlement to a reduced tax rate together with evidence of tax residence (including a certificate of tax residence of the beneficial owner issued by a competent authority of the country of tax residence of the beneficial owner) to a withholding obligor paying Korean source income in order to benefit from the available reduced tax rate pursuant to the relevant tax treaty. Under Korean tax laws and subject to certain exceptions, the Overseas Investment Vehicle must obtain an application for entitlement to a reduced tax rate from the beneficial owner and submit to the withholding obligor an overseas investment vehicle report (prepared by the Overseas Investment Vehicle) which includes a detailed statement on the beneficial owner.

If you hold common shares or ADSs and receive the dividend through an account at the Korea Securities Depository held by a foreign depositary settlement institute, you are not required to submit the application for entitlement to a reduced tax rate. However, evidence of tax residence may need to be submitted to us through such foreign depositary settlement institute.

*Taxation of Capital Gains*

As a general rule, capital gains earned by non-residents upon the transfer of the common shares or ADSs would be subject to Korean income tax at a rate equal to the lesser of (i) 11.0% (including local income tax) of the gross proceeds realized or (ii) 22.0% (including local income tax) of the net realized gain (subject to the production of satisfactory evidence of the acquisition costs and certain direct transaction costs arising out of the transfer of such common shares or ADSs), unless such non-resident is exempt from Korean income taxation under an applicable Korean tax treaty into which Korea has entered with the non-resident's country of tax residence. Please see the discussion under "—Tax Treaties" below for an additional explanation on treaty benefits. Even if you do not qualify for any exemption under a tax treaty, you will not be subject to the foregoing income tax on capital gains if you qualify for the relevant Korean domestic tax law exemptions discussed in the following paragraphs.

You will not be subject to Korean income taxation on capital gains realized upon the transfer of our common stocks or ADSs through the Korea Exchange if you (i) have no permanent establishment in Korea and (ii) did not own or have not owned (together with any shares owned by any entity which you have a certain special relationship with and possibly including the shares represented by the ADSs) 25.0% or more of our total issued and outstanding shares at any time during the calendar year in which the sale occurs and during the five calendar years prior to the calendar year in which the sale occurs.

It should be noted that (i) capital gains earned by you (regardless of whether you have a permanent establishment in Korea) from the transfer of ADSs outside Korea will be exempted from Korean income taxation provided that ADSs are deemed to have been issued overseas under the STTCL, but (ii) if and when an owner of the underlying shares of stock transfers ADSs after conversion of the underlying shares into ADSs, the exemption described in (i) is not applicable.

If you are subject to tax on capital gains with respect to the sale of ADSs, or of shares of common stock which you acquired as a result of a withdrawal, the purchaser or, in the case of the sale of shares of common stock on the Korea Exchange or through an investment dealer or investment broker under the Financial Investment Services and Capital Markets Act, an investment dealer or investment broker is required to withhold Korean tax from the sales price in an amount equal to 11.0% (including local income tax) of the gross realization proceeds and to make payment of these amounts to the Korean tax authority, unless you establish your entitlement to an exemption under an applicable tax treaty or domestic tax law or produce satisfactory evidence of your acquisition cost and transaction costs for the shares of common stock or the ADSs.

However, if you transfer the ADSs following an exchange of the underlying shares of stock owned by you for ADSs to a purchaser who is a non-resident or a foreign company without a permanent establishment in Korea, you are obligated to file an income tax return and pay tax on gain realized from such transfer unless exempt

160

**Table of Contents**

under an applicable tax treaty or domestic law. Further, if you transfer the shares of common stock outside of Korea (excluding a transfer on a foreign exchange) to non-residents or foreign companies without permanent establishments in Korea, you are obligated to file an income tax return and pay income tax on capital gain realized from such transfer unless exempt under an applicable tax treaty or domestic law. If a purchaser or an investment dealer or investment broker, as the case may be, withholds and remits the tax on capital gains derived from transfer of shares of common stock or ADSs, your obligation to file an income tax return and pay income tax will not apply.

In order to obtain the benefit of an exemption from tax pursuant to a tax treaty, you must submit to the purchaser or the investment dealer or the investment broker, or through the ADS depositary, as the case may be, prior to or at the time of payment, such evidence of your tax residence as the Korean tax authorities may require in support of your claim for treaty benefits. Please see the discussion under "—Tax Treaties" below for an additional explanation on claiming treaty benefits. Furthermore, Korean tax laws require the beneficial owner to submit an application for tax exemption together with evidence of tax residence (including a certificate of tax residence of the beneficial owner issued by a competent authority of the country of tax residence of the beneficial owner) to a withholding obligor paying Korean source income in order to benefit from the available exemption pursuant to the relevant tax treaty. Under Korean tax laws and subject to certain exceptions, the Overseas Investment Vehicle must obtain an application for tax exemption from the beneficial owner and forward it to the withholding obligor along with an overseas investment vehicle report (prepared by the Overseas Investment Vehicle) which includes a detailed statement on the beneficial owner.

*Tax Treaties*

Korea has entered into a number of income tax treaties with other countries (including the United States), which would reduce or exempt Korean withholding tax on dividends on, and capital gains on transfer of, shares of our common stock or ADSs. For example, under the Korea-United States income tax treaty, reduced rates of Korean withholding tax of 16.5% or 11.0% (respectively, including local income tax, depending on your status and shareholding ratio) on dividends and an exemption from Korean withholding tax on capital gains are available to residents of the United States that are beneficial owners of the relevant dividend income or capital gains. However, under Article 17 (Investment of Holding Companies) of the Korea-United States income tax treaty, such reduced rates and exemption do not apply if (i) you are a United States corporation, (ii) by reason of any special measures, the tax imposed on you by the United States with respect to such dividends or capital gains is substantially less than the tax generally imposed by the United States on corporate profits, and (iii) 25.0% or more of your capital is held of record or is otherwise determined, after consultation between competent authorities of the United States and Korea, to be owned directly or indirectly by one or more persons who are not individual residents of the United States. Also, under Article 16 (Capital Gains) of the Korea-United States income tax treaty, the exemption on capital gains does not apply if you are an individual, and (a) you maintain a fixed base in Korea for a period or periods aggregating 183 days or more during the taxable year and your ADSs or shares of common stock giving rise to capital gains are effectively connected with such fixed base or (b) you are present in Korea for a period or periods of 183 days or more during the taxable year.

You should inquire for yourself whether you are entitled to the benefit of an income tax treaty with Korea. It is the responsibility of the party claiming the benefits of an income tax treaty in respect of dividend payments or capital gains to submit to us, the purchaser or the investment dealer or the investment broker, as applicable, a certificate as to his tax residence. In the absence of sufficient proof, we, the purchaser or the investment dealer or the investment broker, as applicable, must withhold tax at the normal rates. Further, in order for you to obtain the benefit of a tax exemption on certain Korean source income (e.g., interest, dividends and capital gains) under an applicable tax treaty, Korean tax laws require you (or your agent) to submit an application for tax exemption (if there is no change in the content of such application, it is not required to submit such application again within a period of three years thereafter) along with a certificate of your tax residence issued by a competent authority of your country of tax residence. Under Korean tax laws and subject to certain exceptions, the Overseas Investment Vehicle must obtain an application for tax exemption from the beneficial owner and forward it to the withholding

161

Table of Contents

obligor along with an overseas investment vehicle report (prepared by the Overseas Investment Vehicle) which includes a detailed statement on the beneficial owner. The withholding obligor must submit the application and the report to the relevant tax office by the ninth day of the month following the date of the first payment of such income.

Furthermore, the Korean tax laws require the beneficial owner to submit an application for entitlement to a reduced tax rate (if there is no change in the content of such application, it is not required to submit such application again within a period of three years thereafter) together with evidence of tax residence (including a certificate of tax residence of the beneficial owner issued by a competent authority of the country of tax residence of the beneficial owner) to a withholding obligor paying Korean source income in order to benefit from the available reduced tax rate pursuant to the relevant tax treaty. If you hold the shares of common stock or ADSs and receive the dividend through an account at the Korea Securities Depository held by a foreign depositary settlement institute, you are not required to submit the application for entitlement to a reduced tax rate. However, evidence of tax residence may need to be submitted to us through such foreign depositary settlement institute.

Under Korean tax laws and subject to certain exceptions, the Overseas Investment Vehicle must obtain an application for a reduced tax rate from the beneficial owner and submit to the withholding obligor an overseas investment vehicle report (prepared by the Overseas Investment Vehicle) which includes a detailed statement on the beneficial owner.

*Inheritance Tax and Gift Tax*

If you die while holding an ADS or donate an ADS, it is unclear whether, for Korean inheritance and gift tax purposes, you will be treated as the owner of the shares of common stock underlying the ADSs. If the tax authority interprets depositary receipts as the underlying share certificates, you may be treated as the owner of the shares of common stock and your heir or the donee (or in certain circumstances, you as the donor) will be subject to Korean inheritance or gift tax presently at the rate of 10.0% to 50.0%, depending on the value of the ADSs or shares of common stock.

If you die while holding a share of common stock or donate a share of common stock, your heir or donee (or in certain circumstances, you as the donor) will be subject to Korean inheritance or gift tax at the same rate as indicated above.

At present, Korea has not entered into any tax treaty relating to inheritance or gift taxes.

*Securities Transaction Tax*

If you transfer shares of common stock on the Stock Market of the Korea Exchange, you will be subject to securities transaction tax at the rate of 0.08% (which will be reduced to 0% for transfers on or after January 1, 2023) and an agriculture and fishery special surtax at the rate of 0.15% of the sale price of the shares of common stock. If your transfer of the shares of common stock is not made on the Stock Market of the Korea Exchange, subject to certain exceptions you will be subject to securities transaction tax at the rate of 0.43% for transfers prior to January 1, 2023 and 0.35% for transfers on or after January 1, 2023 and will not be subject to an agriculture and fishery special surtax.

Under the Securities Transaction Tax Law, depositary receipts (such as ADSs) constitute share certificates subject to the securities transaction tax. However, a transfer of depositary receipts listed on the New York Stock Exchange, NASDAQ National Market or other qualified foreign exchanges will be exempt from the securities transaction tax although depositary receipts, including ADSs, constitute share certificates subject to the securities transaction tax.

In principle, the securities transaction tax, if applicable, must be paid by the transferor of the shares or rights. When the transfer is effected through the Korea Securities Depository, the Korea Securities Depository is

162

**Table of Contents**

generally required to withhold and pay the tax to the tax authorities. When such transfer is made through an investment dealer or investment broker under the Financial Investment Services and Capital Markets Act only, such investment dealer or investment broker is required to withhold and pay the tax. Where the transfer is effected by a non-resident without a permanent establishment in Korea, other than through the Korea Securities Depository or an investment dealer or investment broker, the transferee is required to withhold the securities transaction tax for payment to the Korean tax authority.

### U.S. Federal Income Tax Considerations for U.S. Persons

The following is a summary of certain U.S. federal income tax consequences for beneficial owners of the Registered Debt Securities, common stock and ADSs that are "U.S. Persons" (as defined below). For purposes of this summary, you are a "U.S. Person" if you are any of the following for U.S. federal income tax purposes:

- an individual citizen or resident of the United States;

- a corporation, or other entity treated as a corporation for U.S. federal income tax purposes, created or organized in or under the laws of the United States, any state thereof or the District of Columbia;

- an estate the income of which is subject to U.S. federal income taxation regardless of its source; or

- a trust if (1) it is subject to the primary supervision of a court within the United States and one or more United States persons have the authority to control all substantial decisions of the trust or (2) it has a valid election in effect under applicable United States Treasury regulations to be treated as a United States person.

This summary is based on current law, which is subject to change (perhaps retroactively), is for general purposes only and should not be considered tax advice. This summary does not represent a detailed description of the U.S. federal income tax consequences and does not address the effects of the Medicare contribution tax on net investment income, U.S. federal estate and gift taxes or foreign, state, local or other tax considerations that may be relevant to you in light of your particular circumstances. The discussion set forth below is applicable to you if (i) you are a resident of the United States for purposes of the current income tax treaty between the United States and Korea (the "Treaty"), (ii) your Registered Debt Securities, common stock or ADSs are not, for purposes of the Treaty, effectively connected with a permanent establishment in Korea and (iii) you otherwise qualify for the full benefits of the Treaty. Except where noted, this summary deals only with Registered Debt Securities, common stock or ADSs held as capital assets, and it does not represent a detailed description of the U.S. federal income tax consequences applicable to you if you are subject to special treatment under the U.S. federal income tax laws (including if you are a dealer in securities or currencies, a financial institution, a regulated investment company, a real estate investment trust, an insurance company, a tax-exempt organization, a person holding the Registered Debt Securities, common stock or ADSs as part of a hedging, integrated or conversion transaction, constructive sale or straddle, a person owning 10.0% or more of our stock (by vote or value), a trader in securities that elects to use a mark-to-market method of accounting for your securities holdings, a person liable for the alternative minimum tax, a person required to accelerate the recognition of any item of gross income with respect to the Registered Debt Securities, common stock or ADSs as a result of such income being recognized on an applicable financial statement, a partnership or other pass-through entity (or an investor therein), or a U.S. Person whose "functional currency" is not the U.S. dollar). We cannot assure you that a change in law will not alter significantly the tax considerations that we describe in this summary.

If a partnership (or other entity treated as a partnership for U.S. federal income tax purposes) holds the Registered Debt Securities, common stock or ADSs, the tax treatment of a partner will generally depend upon the status of the partner and the activities of the partnership. If you are a partner of a partnership holding our Registered Debt Securities, common stock, or ADSs, you should consult your tax advisor.

Because of the 100-year maturity of the One Hundred Year 7.95% Zero-to-Full Debentures, due April 1, 2096 (the "ZTF Debentures"), it is not certain whether the ZTF Debentures will be treated as debt for U.S.

163

Table of Contents

federal income tax purposes. The discussion below assumes that the ZTF Debentures (as well as the other Registered Debt Securities) will be treated as debt, except that a summary of the consequences to you if the ZTF Debentures were not treated as debt is provided under "Tax Consequences with Respect to Registered Debt Securities Generally—ZTF Debentures Treated as Equity" below.

The discussion of the tax consequences of ownership of common stock and ADSs below, is based, in part, upon representations made by the depositary to us and assumes that the deposit agreement, and all other related agreements, will be performed in accordance with their terms.

**You should consult your own tax advisor concerning the particular U.S. federal income tax consequences to you of the ownership of the Registered Debt Securities, common stock and ADSs, as well as the consequences to you arising under the laws of any other taxing jurisdiction.**

### Tax Consequences with Respect to Registered Debt Securities Generally

#### Payments

Except as provided below with regard to original issue discount (as defined below) on the ZTF Debentures, interest on a Registered Debt Security will generally be taxable to you as ordinary income at the time it is paid or accrued in accordance with your method of accounting for tax purposes. Principal payments on an amortizing Registered Debt Security generally will constitute a tax-free return of capital to you.

Although interest payments to you are currently exempt from Korean taxation provided that Registered Debt Securities are deemed to be foreign currency-denominated bonds issued outside of Korea for the purpose of the STTCL (see—"Korean Taxes—Registered Debt Securities—Taxation of Interest," above), if the Korean law providing for the exemption is repealed, then, in addition to interest payments on the Registered Debt Securities and original issue discount on the ZTF Debentures, you will be required to include in income any additional amounts paid and any Korean tax withheld from interest payments notwithstanding that you in fact did not receive such withheld tax. You may be entitled to deduct or credit such Korean tax (up to the Treaty rate), subject to applicable limitations in the Internal Revenue Code of 1986, as amended (the "Code"). Your election to deduct or credit foreign taxes will apply to all of your foreign taxes for a particular taxable year. Interest income on a Registered Debt Security (including additional amounts and any Korean taxes withheld in respect thereof) and original issue discount on a ZTF Debenture generally will constitute foreign source income and generally will be considered passive category income for purposes of computing the foreign tax credit. You will generally be denied a foreign tax credit for Korean taxes imposed with respect to the Registered Debt Securities where you do not meet a minimum holding period requirement during which you are not protected from risk of loss. The rules governing the foreign tax credit are complex. Investors are urged to consult their tax advisors regarding the availability of the foreign tax credit under their particular circumstances.

#### Original Issue Discount

The ZTF Debentures were issued with original issue discount ("OID") for U.S. federal income tax purposes equal to the difference between (i) the sum of all scheduled amounts payable on the ZTF Debentures (including the interest payable on such ZTF Debentures) and (ii) the "issue price" of the ZTF Debentures. The "issue price" of each ZTF Debenture is the first price at which a substantial amount of the ZTF Debentures was sold to the public (other than to an underwriter, broker, placement agent or wholesaler). If you hold ZTF Debentures, then (subject to the discussion in "—Acquisition Premium; Bond Premium" below) you generally must include OID in gross income (as ordinary income) in advance of the receipt of cash attributable to that income, regardless of your method of accounting. However, you generally will not be required to include separately in income cash payments received on the ZTF Debentures, even if denominated as interest.

The amount of OID includible in income by the holder of a ZTF Debenture is the sum of the "daily portions" of OID with respect to the ZTF Debenture for each day during the taxable year or portion of the taxable

164

Table of Contents

year in which such holder held such ZTF Debenture, or "accrued OID" (for a discussion relevant to subsequent purchasers, see "—Market Discount" and "—Acquisition Premium; Bond Premium," below). The daily portion is determined by allocating to each day in any "accrual period" a pro rata portion of the OID allocable to that accrual period. The "accrual period" for a ZTF Debenture may be of any length and may vary in length over the term of the ZTF Debenture, provided that each accrual period is no longer than one year and each scheduled payment of principal or interest occurs on the first day or the final day of an accrual period. The amount of OID allocable to any accrual period other than the final accrual period is an amount equal to the product of the ZTF Debenture's adjusted issue price at the beginning of such accrual period and its yield to maturity (determined on the basis of compounding at the close of each accrual period and properly adjusted for the length of the accrual period). OID allocable to a final accrual period is the difference between the amount payable at maturity and the adjusted issue price at the beginning of the final accrual period. The "adjusted issue price" of a ZTF Debenture at the beginning of any accrual period is equal to its issue price increased by the accrued OID for each prior accrual period (for subsequent purchasers, determined without regard to the amortization of any acquisition or bond premium, as described below) and reduced by any payments previously made on such ZTF Debenture. Under these rules, you will have to include in income increasingly greater amounts of OID in successive accrual periods. We are required to provide information returns stating the amount of OID accrued on ZTF Debentures held of record by persons other than corporations and other exempt holders.

As discussed above, although interest payments to you are currently exempt from Korean taxation provided that Registered Debt Securities are deemed to be foreign currency-denominated bonds issued outside of Korea for the purpose of the STTCL (see—"Korean Taxes—Registered Debt Securities—Taxation of Interest," above), if the Korean law providing for the exemption is repealed, then Korean withholding tax may be imposed at times that differ from the times at which you are required to include interest or OID in income for U.S. federal income tax purposes and this disparity may limit the amount of foreign tax credit available.

*Market Discount*

If you purchased a Registered Debt Security other than a ZTF Debenture for an amount that is less than its stated redemption price at maturity, or, in the case of a ZTF Debenture, its adjusted issue price, the amount of the difference will be treated as "market discount" for U.S. federal income tax purposes, unless that difference is less than a specified de minimis amount. Under the market discount rules, you will be required to treat any principal payment on, or any gain on the sale, exchange, retirement or other disposition of, a Registered Debt Security as ordinary income to the extent of the market discount that you have not previously included in income and are treated as having accrued on the Registered Debt Security at the time of the payment or disposition. In addition, you may be required to defer, until the maturity of the Registered Debt Security or its earlier disposition in a taxable transaction, the deduction of all or a portion of the interest expense on any indebtedness attributable to the Registered Debt Security.

Any market discount will be considered to accrue ratably during the period from the date of acquisition to the maturity date of the Registered Debt Security, unless you elect to accrue on a constant interest method. Your election to accrue market discount on a constant interest method is to be made for the taxable year in which you acquired the Registered Debt Security, applies only to that Registered Debt Security and cannot be revoked. You may elect to include market discount in income currently as it accrues, on either a ratable or constant interest method, in which case the rule described above regarding deferral of interest deductions will not apply. Your election to include market discount in income currently, once made, applies to all market discount obligations acquired by you on or after the first day of the first taxable year to which your election applies and may not be revoked without the consent of the Internal Revenue Service (the "IRS"). You should consult your own tax advisor before making this election.

*Acquisition Premium; Bond Premium*

If you purchased a ZTF Debenture for an amount that is greater than its adjusted issue price but equal to or less than the sum of all amounts payable on the ZTF Debenture after the purchase date, you will be considered to

165

Table of Contents

have purchased that ZTF Debenture at an "acquisition premium." Under the acquisition premium rules, the amount of OID that you must include in gross income with respect to a ZTF Debenture for any taxable year will be reduced by the portion of the acquisition premium properly allocable to that year.

If you purchased a Registered Debt Security for an amount in excess of the sum of all amounts payable on the Registered Debt Security after the purchase date other than qualified stated interest (as defined in the Code), you will be considered to have purchased the Registered Debt Security at a "premium" and, if such Registered Debt Security is a ZTF Debenture, you will not be required to include any OID in income. You generally may elect to amortize the premium over the remaining term of the Registered Debt Security on a constant yield method as an offset to interest when includible in income under your regular accounting method. In the case of instruments that provide for alternative payment schedules, bond premium is calculated by assuming that (a) you will exercise or not exercise options in a manner that maximizes your yield, and (b) we will exercise or not exercise options in a manner that minimizes your yield (except that we will be assumed to exercise call options in a manner that maximizes your yield). If you do not elect to amortize bond premium, that premium will decrease the gain or increase the loss you would otherwise recognize on disposition of a Registered Debt Security. Your election to amortize premium on a constant yield method will also apply to all taxable debt obligations held or subsequently acquired by you on or after the first day of the first taxable year to which the election applies. You may not revoke the election without the consent of the IRS. You should consult your own tax advisor before making this election.

*Sale, Exchange and Retirement of Registered Debt Securities*

Upon the sale, exchange, retirement or other disposition of a Registered Debt Security, you generally will recognize gain or loss equal to the difference between the amount you receive (not including an amount equal to any accrued qualified stated interest, which will be taxable as ordinary income to the extent not previously included in income) and your adjusted tax basis in the Registered Debt Security. Your adjusted tax basis in a Registered Debt Security other than a ZTF Debenture will generally be your cost of obtaining the Registered Debt Security, increased by any market discount included in income and reduced by payments of principal you receive and any bond premium that you have previously amortized. Your adjusted tax basis in a ZTF Debenture will, in general, be your cost therefor, increased by any market discount and OID previously included in income and reduced by any cash payments on the ZTF Debenture and any bond premium that you have previously amortized. Your gain or loss realized upon the sale, exchange, retirement or other disposition of a Registered Debt Security will generally be treated as United States source income. Consequently, you may not be able to use the foreign tax credit arising from any Korean tax imposed on the disposition of Registered Debt Securities unless such credit can be applied (subject to applicable limitations) against tax due on other income treated as derived from foreign sources. Except as described above with respect to market discount, your gain or loss will be capital gain or loss and will generally be long-term capital gain or loss if, at the time of the sale, exchange, retirement or other disposition of a Registered Debt Security, you have held the Registered Debt Security for more than one year. Long-term capital gains of non-corporate U.S. Persons (including individuals) are eligible for reduced rates of taxation. Your ability to deduct capital losses is subject to limitations.

*ZTF Debentures Treated as Equity*

If the ZTF Debentures were treated as equity for U.S. federal income tax purposes, amounts actually or deemed paid with respect to the ZTF Debentures would be deemed dividends for U.S. federal income tax purposes to the extent paid out of our current or accumulated earnings and profits (as determined for U.S. federal income tax purposes).

You would include the amounts actually or deemed paid by us on the ZTF Debentures (before reduction for Korean withholding tax, if any) as dividend income when actually or constructively paid by us. Section 305 of the Code, which would apply to the ZTF Debentures if they were treated as equity for U.S. federal income tax purposes, requires current accrual of dividends under principles similar to the accrual of OID. Amounts treated as dividends will not be eligible for the dividends received deduction generally allowed to U.S. corporations.

166

Table of Contents

*Tax Consequences with Respect to Common Stock and ADSs*

In general, for U.S. federal income tax purposes, holders of ADSs will be treated as the owners of the underlying common stock that is represented by such ADSs. Accordingly, deposits or withdrawals of common stock for ADSs will not be subject to U.S. federal income tax.

*Distributions on Common Stock or ADSs*

The gross amount of distributions (other than certain pro rata distributions of common stock or rights to subscribe for common stock) to holders of common stock or ADSs (including amounts withheld in respect of Korean withholding taxes) will be taxable dividends to such holders, to the extent paid out of our current or accumulated earnings and profits, as determined under U.S. federal income tax principles. Such income (including withheld taxes) will be includable in the gross income of a holder as ordinary income on the day actually or constructively received by the holder, in the case of common stock, or by the depositary, in the case of ADSs. Such dividends will not be eligible for the dividends received deduction allowed to corporations under the Code.

With respect to non-corporate U.S. Persons, certain dividends paid by a qualified foreign corporation and received by such holders may be subject to reduced rates of taxation. A qualified foreign corporation includes a foreign corporation that is eligible for the benefits of an income tax treaty with the United States, if such treaty contains an exchange of information provision and the United States Treasury Department had determined that the treaty is satisfactory for purposes of the legislation. The United States Treasury Department has determined that the Treaty, which contains an exchange of information provision, is satisfactory for these purposes. In addition, we believe we are eligible for the benefits of the Treaty. In addition, a foreign corporation is also treated as a qualified foreign corporation with respect to dividends paid by that corporation on shares (or ADSs backed by such shares) that are readily tradable on an established securities market in the United States. Although shares of our common stock will generally not be considered readily tradable for these purposes, United States Treasury Department guidance indicates that our ADSs, which are listed on the New York Stock Exchange, are readily tradable on an established securities market in the United States. There can be no assurance that our ADSs will be considered readily tradable on an established securities market in the United States in later years. Non-corporate U.S. Persons that do not meet a minimum holding period requirement during which they are not protected from a risk of loss or that elect to treat the dividend income as "investment income" pursuant to Section 163(d)(4) of the Code will not be eligible for the reduced rates of taxation regardless of our status as a qualified foreign corporation. In addition, the rate reduction will not apply to dividends if the recipient of a dividend is obligated to make related payments with respect to positions in substantially similar or related property. This disallowance applies even if the minimum holding period has been met. Holders should consult their own tax advisors regarding the application of the foregoing rules to their particular circumstances.

The amount of any dividend paid in Won will equal the United States dollar value of the Won received calculated by reference to the exchange rate in effect on the date the dividend is received by the holder, in the case of common stock, or by the depositary, in the case of ADSs, regardless of whether the Won are converted into U.S. dollars. If the Won received as a dividend are not converted into U.S. dollars on the date of receipt, a holder will have a basis in the Won equal to their U.S. dollar value on the date of receipt. Any gain or loss realized on a subsequent conversion or other disposition of the Won will be treated as United States source ordinary income or loss. The amount of any distribution of property other than cash will be the fair market value of such property on the date of distribution.

The maximum rate of withholding tax on dividends paid to you pursuant to the Treaty is 16.5%. You will be required to properly demonstrate your entitlement to the reduced rate of withholding under the Treaty (see "—Korean Taxes—Shares or ADSs —Tax Treaties"). Subject to certain conditions and limitations, Korean withholding taxes (up to the Treaty rate) will be treated as foreign taxes eligible for credit against your U.S. federal income tax liability. For purposes of calculating the foreign tax credit, dividends paid on the common

Table of Contents

stock or ADSs will be treated as foreign source income and will generally constitute passive category income. Further, in certain circumstances, if you have held common stock or ADSs for less than a specified minimum period during which you are not protected from risk of loss, or are obligated to make payments related to the dividends, you will not be allowed a foreign tax credit for foreign taxes imposed on dividends paid on common stock or ADSs. The rules governing the foreign tax credit are complex. Investors are urged to consult their tax advisors regarding the availability of the foreign tax credit under their particular circumstances including the possible adverse impact on creditability to the extent you are entitled to a refund of any Korean tax withheld or a reduced rate of withholding.

To the extent that the amount of any distribution exceeds our current and accumulated earnings and profits for a taxable year, as determined under U.S. federal income tax principles, the distribution will first be treated as a tax- free return of capital, causing a reduction in the adjusted basis of the common stock or ADSs (thereby increasing the amount of gain, or decreasing the amount of loss, to be recognized by the investor on a subsequent disposition of the common stock or ADSs), and the balance in excess of adjusted basis will be taxed as capital gain recognized on a sale or exchange of property. Consequently, such distributions in excess of our current and accumulated earnings and profits would not give rise to foreign source income and you generally would not be able to use the foreign tax credit arising from any Korean withholding tax imposed on such distributions unless such credit can be applied (subject to applicable limitations) against tax due on other income treated as derived from foreign sources. However, we do not expect to keep earnings and profits in accordance with U.S. federal income tax principles. Therefore, you should expect that a distribution will generally be treated as a dividend (as discussed above).

Distributions of common stock or rights to subscribe for common stock that are received as part of a pro rata distribution to all of our shareholders generally will not be subject to U.S. federal income tax. Consequently, such distributions will not give rise to foreign source income and you generally will not be able to use the foreign tax credit arising from any Korean withholding tax imposed on such distributions unless such credit can be applied (subject to applicable limitations) against tax due on other income treated as derived from foreign sources.

*Sale, Exchange or Other Disposition of ADSs or Common Stock*

Upon the sale, exchange or other disposition of ADSs or common stock, you generally will recognize capital gain or loss equal to the difference between the amount realized upon the sale, exchange or other disposition and your adjusted tax basis in the ADSs or common stock. The capital gain or loss will be long-term capital gain or loss if, at the time of sale, exchange or other disposition, the ADSs or common stock have been held by you for more than one year. Under current law, long-term capital gains of non-corporate U.S. Persons (including individuals) are eligible for reduced rates of taxation. The deductibility of capital losses is subject to limitations. Any gain or loss recognized by you will generally be treated as U.S. source gain or loss. Consequently, you may not be able to use the foreign tax credit arising from any Korean tax imposed on the disposition of ADSs or common stock unless such credit can be applied (subject to applicable limitations) against tax due on other income treated as derived from foreign sources.

You should note that any Korean securities transaction tax will not be treated as a creditable foreign tax for U.S. federal income tax purposes.

*Passive Foreign Investment Company Rules*

Based upon the past and projected composition of our income and assets and the valuation of our assets, we do not believe that we were a passive foreign investment company (a "PFIC") for 2020, and we do not expect to be a PFIC in 2021 or to become one in the foreseeable future, although there can be no assurance in this regard. If, however, we become a PFIC, such characterization could result in adverse U.S. tax consequences to you. For example, if we become a PFIC, our U.S. investors may become subject to increased tax liabilities under U.S. tax

168

**Table of Contents**

laws and regulations and will become subject to burdensome reporting requirements. In addition, non-corporate U.S. Persons will not be eligible for reduced rates of taxation on any dividends received from us if we are a PFIC in the taxable year in which such dividends are paid or in the preceding taxable year. Our PFIC status is determined on an annual basis and depends on the composition of our income and assets in each year. Specifically, we will be classified as a PFIC for U.S. federal income tax purposes for any taxable year if either: (i) 75% or more of our gross income in such year is passive income, or (ii) the average percentage of our assets by value in such year which produce or are held for the production of passive income (which generally includes cash) is at least 50%. We cannot assure you that we will not be a PFIC for 2021 or any future taxable year.

*Information Reporting and Backup Withholding*

In general, information reporting requirements will apply to principal, interest, OID and premium payments on Registered Debt Securities and dividend payments in respect of the common stock or ADSs or the proceeds received on the sale, exchange, retirement or other disposition of the Registered Debt Securities, common stock or ADSs paid within the United States (and in certain cases, outside of the United States), unless you are an exempt recipient. A backup withholding tax may apply to such amounts if you fail to provide an accurate taxpayer identification number or certification of exempt status or fail to report interest and dividends required to be shown on your U.S. federal income tax returns. The amount of any backup withholding from a payment to you will be allowed as a refund or a credit against your U.S. federal income tax liability, provided the required information is timely furnished to the IRS.

### Item 10.F. Dividends and Paying Agents

Not Applicable.

### Item 10.G. Statements by Experts

Not Applicable.

### Item 10.H. Documents on Display

We are subject to the information requirements of the Exchange Act, and, in accordance therewith, are required to file reports, including annual reports on Form 20-F, and other information with the U.S. Securities and Exchange Commission. You may inspect and copy these materials, including this annual report and the exhibits thereto, at SEC's Public Reference Room 100 Fifth Street, N.E., Washington D.C. 20549. Please call the Commission at 1-800-SEC-0330 for further information on the public reference rooms. As a foreign private issuer, we are also required to make filings with the Commission by electronic means. Any filings we make electronically will be available to the public over the Internet at the Commission's web site at http://www.sec.gov.

### Item 10.I. Subsidiary Information

Not Applicable.

### ITEM 11. *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK*

Our primary market risk exposures are to fluctuations in exchange rates, interest rates and fuel prices. We are exposed to foreign exchange risk related to foreign currency-denominated liabilities. As of December 31, 2020, 17.1% of our long-term debt (including the current portion but excluding original issue discounts and premium), without taking into consideration of swap transactions, was denominated in foreign currencies, principally U.S. dollar. However, a substantial portion of our revenues is denominated in Won. As a result, changes in exchange rates, particularly between the Won and the U.S. dollar, significantly affect us due to our

169

**Table of Contents**

significant amounts of foreign currency-denominated debt and the effect of such changes on the amount of funds required by us to make interest and principal payments on such debt. In order to reduce the impact of foreign exchange rate fluctuations on our results of operations, we have recently been reducing and plan to continue to reduce the proportion of our debt which is denominated in foreign currencies.

We are also exposed to foreign exchange risk related to our purchases of fuel since we obtain substantially all of our fuel materials (other than anthracite coal) directly or indirectly from sources outside Korea. Prices for such fuel materials are quoted based on prices stated in, and in many cases are paid for in, currencies other than Won. In 2020, fuel costs represented 25.5% of our sales.

We are exposed to interest rate risk due to significant amounts of debt. Upward fluctuations in interest rates increase the cost of additional debt and the interest cost of outstanding floating rate borrowings. We are also exposed to fluctuations in prices of fuel materials. In 2020, for electricity generation, uranium accounted for 40.6% of our fuel requirements, coal accounted for 45.3%, LNG accounted for 10.6%, oil accounted for 0.4%, and others accounted for 3.1%, measured in each case by the amount of electricity we generated. In 2019, for electricity generation, uranium accounted for 35.7% of our fuel requirements, coal accounted for 51.8%, LNG accounted for 9.5%, oil accounted for 0.5%, and others accounted for 2.4%, measured in each case by the amount of electricity we generated.

For additional discussions of our market risks, see Item 3.D. "Risk Factors" and Item 5.B. "Liquidity and Capital Resources—Liquidity."

We have entered into various swap contracts to hedge exchange rate risks arising from foreign currency-denominated debts. Details of currency swap contracts outstanding as of December 31, 2020 are as follows:

| Type | Counterparty | Contract Year | Settlement Year | Contract amounts | | Contract interest rate | | Contract Exchange Rate |
|------|--------------|---------------|-----------------|---------|---------|-----|---------|------|
| | | | | Pay | Receive | Pay | Receive | |
| | | | | *(in millions of won or thousands of foreign currencies except contract exchange rate information)* | | | | |
| Trading | Standard Chartered | 2014 | 2029 | KRW 102,470 | USD 100,000 | 3.14% | 3.57% | 1,024.70 |
| | Societe Generale | 2014 | 2024 | KRW 105,017 | USD 100,000 | 4.92% | 5.13% | 1,050.17 |
| | Hana Bank | 2015 | 2024 | KRW 107,970 | USD 100,000 | 4.75% | 5.13% | 1,079.70 |
| | Credit Agricole | 2015 | 2024 | KRW 94,219 | USD 86,920 | 4.85% | 5.13% | 1,083.97 |
| | Woori Bank | 2019 | 2027 | KRW 21,708 | USD 19,417 | 5.04% | 6.75% | 1,118.00 |
| | Woori Bank | 2019 | 2024 | KRW 296,000 | USD 250,000 | 1.21% | 2.50% | 1,184.00 |
| | Korea Development Bank | 2019 | 2024 | KRW 177,600 | USD 150,000 | 1.24% | 2.50% | 1,184.00 |
| | Hana Bank | 2019 | 2024 | KRW 118,400 | USD 100,000 | 1.24% | 2.50% | 1,184.00 |
| | Woori Bank | 2020 | 2025 | KRW 241,320 | USD 200,000 | 0.54% | 1.13% | 1,206.60 |
| | Korea Development Bank | 2020 | 2025 | KRW 241,320 | USD 200,000 | 0.54% | 1.13% | 1,206.60 |
| | Kookmin Bank | 2020 | 2025 | KRW 120,660 | USD 100,000 | 0.54% | 1.13% | 1,206.60 |
| | Kookmin Bank | 2020 | 2026 | KRW 76,355 | USD 70,445 | 5.83% | 6.00% | 1,083.90 |
| | Citibank | 2012 | 2022 | KRW 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| | JP Morgan | 2012 | 2022 | KRW 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| | Bank of America | 2012 | 2022 | KRW 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| | Shinhan Bank | 2016 | 2022 | KRW 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| | HSBC | 2012 | 2022 | KRW 111,770 | USD 100,000 | 2.89% | 3.00% | 1,117.70 |
| | Hana Bank | 2012 | 2022 | KRW 111,770 | USD 100,000 | 2.87% | 3.00% | 1,117.70 |
| | Standard Chartered | 2012 | 2022 | KRW 111,770 | USD 100,000 | 2.89% | 3.00% | 1,117.70 |
| | Deutsche Bank | 2012 | 2022 | KRW 55,885 | USD 50,000 | 2.79% | 3.00% | 1,117.70 |
| | Nomura | 2015 | 2025 | KRW 111,190 | USD 100,000 | 2.60% | 3.25% | 1,111.90 |
| | Korea Development Bank | 2015 | 2025 | KRW 111,190 | USD 100,000 | 2.62% | 3.25% | 1,111.90 |
| | Woori Bank | 2015 | 2025 | KRW 55,595 | USD 50,000 | 2.62% | 3.25% | 1,111.90 |
| | Hana Bank | 2015 | 2025 | KRW 55,595 | USD 50,000 | 2.62% | 3.25% | 1,111.90 |
| | Woori Bank | 2017 | 2027 | KRW 111,610 | USD 100,000 | 2.25% | 3.13% | 1,116.10 |
| | Korea Development Bank | 2017 | 2027 | KRW 111,610 | USD 100,000 | 2.31% | 3.13% | 1,116.10 |
| | Hana Bank | 2017 | 2027 | KRW 111,610 | USD 100,000 | 2.31% | 3.13% | 1,116.10 |
| | Korea Development Bank | 2018 | 2028 | KRW 108,600 | HKD 800,000 | 2.69% | 3.35% | 135.75 |

**Table of Contents**

| Type | Counterparty | Contract Year | Settlement Year | Contract amounts | | Contract interest rate | | Contract Exchange Rate |
|---|---|---|---|---|---|---|---|---|
| | | | | Pay | Receive | Pay | Receive | |
| | | | | **(in millions of won or thousands of foreign currencies except contract exchange rate information)** | | | | |
| | | | | | HKD | | | |
| | Shinhan Bank | 2018 | 2028 | KRW 115,387 | 850,000 | 2.66% | 3.35% | 135.75 |
| | Korea Development Bank | 2018 | 2023 | KRW 170,280 | USD 150,000 | 2.15% | 3.75% | 1,135.20 |
| | Woori Bank | 2018 | 2023 | KRW 170,280 | USD 150,000 | 2.18% | 3.75% | 1,135.20 |
| | Hana Bank | 2018 | 2023 | KRW 113,520 | USD 100,000 | 2.17% | 3.75% | 1,135.20 |
| | Shinhan Bank | 2018 | 2023 | KRW 227,040 | USD 200,000 | 2.17% | 3.75% | 1,135.20 |
| | Citibank | 2019 | 2024 | KRW 239,956 | CHF 200,000 | 1.44% | 0.00% | 1,199.78 |
| | Korea Development Bank | 2019 | 2027 | KRW 119,978 | CHF 100,000 | 1.43% | 0.05% | 1,199.78 |
| | | | | | AUD | 3M Libor+ | 3M BBSW+ | |
| | HSBC | 2019 | 2024 | USD 205,500 | 300,000 | 0.78% | 0.97% | USD 0.69 |
| Cash flow hedge | Kookmin Bank | 2020 | 2025 | KRW 118,780 | USD 100,000 | 1.29% | 2.13% | 1,187.80 |
| | Shinhan Bank | 2020 | 2025 | KRW 118,780 | USD 100,000 | 1.29% | 2.13% | 1,187.80 |
| | Hana Bank | 2020 | 2025 | KRW 118,780 | USD 100,000 | 1.29% | 2.13% | 1,187.80 |
| | Korea Development Bank | 2020 | 2026 | KRW 118,910 | USD 100,000 | 0.61% | 1.00% | 1,189.10 |
| | Hana Bank | 2020 | 2026 | KRW 118,910 | USD 100,000 | 0.61% | 1.00% | 1,189.10 |
| | Woori Bank | 2020 | 2026 | KRW 118,910 | USD 100,000 | 0.62% | 1.00% | 1,189.10 |
| | Korea Development Bank | 2016 | 2021 | KRW 121,000 | USD 100,000 | 2.15% | 2.50% | 1,210.00 |
| | Morgan Stanley | 2016 | 2021 | KRW 121,000 | USD 100,000 | 3M Libor + 2.10% | 2.50% | 1,210.00 |
| | BNP Paribas | 2016 | 2021 | KRW 121,000 | USD 100,000 | 3M Libor + 2.10% | 2.50% | 1,210.00 |
| | Nomura | 2017 | 2037 | KRW 52,457 | EUR 40,000 | 2.60% | 1.70% | 1,311.42 |
| | Nomura | 2017 | 2037 | KRW 59,423 | SEK 450,000 | 2.62% | 2.36% | 132.05 |
| | Korea Development Bank | 2019 | 2022 | KRW 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| | Kookmin Bank | 2019 | 2022 | KRW 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| | Woori Bank | 2019 | 2022 | KRW 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| | Korea Development Bank | 2018 | 2023 | KRW 320,880 | USD 300,000 | 2.03% | 3.75% | 1,069.60 |
| | BNP Paribas | 2019 | 2024 | KRW 111,841 | CHF 100,000 | 1.78% | 0.13% | 1,118.41 |
| | Kookmin Bank | 2019 | 2024 | KRW 111,841 | CHF 100,000 | 1.78% | 0.13% | 1,118.41 |
| | Korea Development Bank | 2019 | 2022 | KRW 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| | Hana Bank | 2019 | 2022 | KRW 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| | Kookmin Bank | 2019 | 2022 | KRW 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| | Hana Bank | 2018 | 2021 | KRW 212,960 | USD 200,000 | 2.10% | 3.00% | 1,064.80 |
| | Korea Development Bank | 2018 | 2021 | KRW 212,960 | USD 200,000 | 2.10% | 3.00% | 1,064.80 |
| | Hana Bank | 2017 | 2022 | KRW 226,600 | USD 200,000 | 1.94% | 2.63% | 1,133.00 |
| | Korea Development Bank | 2017 | 2022 | KRW 113,300 | USD 100,000 | 1.94% | 2.63% | 1,133.00 |
| | Nomura | 2017 | 2022 | KRW 113,300 | USD 100,000 | 1.95% | 2.63% | 1,133.00 |
| | Woori Bank | 2017 | 2022 | KRW 56,650 | USD 50,000 | 1.95% | 2.63% | 1,133.00 |
| | Kookmin Bank | 2017 | 2022 | KRW 56,650 | USD 50,000 | 1.95% | 2.63% | 1,133.00 |
| | Korea Development Bank | 2018 | 2023 | KRW 169,335 | USD 150,000 | 2.26% | 3.88% | 1,128.90 |
| | Woori Bank | 2018 | 2023 | KRW 169,335 | USD 150,000 | 2.26% | 3.88% | 1,128.90 |
| | Credit Agricole | 2018 | 2023 | KRW 112,890 | USD 100,000 | 2.26% | 3.88% | 1,128.90 |
| | Hana Bank | 2018 | 2023 | KRW 56,445 | USD 50,000 | 2.26% | 3.88% | 1,128.90 |
| | Kookmin Bank | 2018 | 2023 | KRW 56,445 | USD 50,000 | 2.26% | 3.88% | 1,128.90 |
| | Woori Bank | 2020 | 2025 | KRW 245,560 | USD 200,000 | 0.93% | 1.75% | 1,227.80 |
| | Hana Bank | 2020 | 2025 | KRW 245,560 | USD 200,000 | 0.93% | 1.75% | 1,227.80 |
| | Korea Development Bank | 2020 | 2025 | KRW 122,780 | USD 100,000 | 0.93% | 1.75% | 1,227.80 |

Under these currency swap contracts, we recognized net valuation loss of Won 407 million in 2020.

171

**Table of Contents**

Details of interest rate contracts outstanding as of December 31, 2020 are as follows:

| Type | Counterparty | Contract Year | Settlement Year | Contract Amount (in millions of won or thousands of foreign currencies) | Contract Interest Rate Per Annum | |
|---|---|---|---|---|---|---|
| | | | | | Pay | Receive |
| Trading | Hana Bank | 2017 | 2022 | KRW 100,000 | 2.01% | 3M CD + 0.24% |
| | Hana Bank | 2017 | 2022 | KRW 100,000 | 2.06% | 3M CD + 0.27% |
| | Hana Bank | 2017 | 2021 | KRW 200,000 | 2.45% | 3M CD + 0.32% |
| | Nomura [1] | 2018 | 2038 | KRW 30,000 | 2.56% | 3.75% |
| | Hana Bank | 2018 | 2023 | KRW 200,000 | 2.15% | 3M CD + 0.19% |
| | Hana Bank | 2018 | 2023 | KRW 200,000 | 2.17% | 3M CD + 0.19% |
| | Hana Bank | 2018 | 2023 | KRW 150,000 | 2.03% | 3M CD + 0.21% |
| | Hana Bank | 2019 | 2024 | KRW 200,000 | 1.87% | 3M CD + 0.13% |
| | Societe Generale | 2017 | 2022 | KRW 200,000 | 3M Libor + 3.44% | 3.77% |
| | Nomura | 2017 | 2032 | KRW 52,457 | 3M Libor + 2.22% | 2.60% |
| | Nomura | 2017 | 2032 | KRW 59,423 | 3M Libor + 2.24% | 2.62% |
| Cash flow hedge | Export-import bank of Korea | 2015 | 2031 | USD 15,893 | 2.67% | 6M USD Libor |
| | ING Bank | 2015 | 2031 | USD 7,861 | 2.67% | 6M USD Libor |
| | BNP Paribas | 2015 | 2031 | USD 7,861 | 2.67% | 6M USD Libor |
| | BNP Paribas | 2009 | 2027 | USD 69,509 | 4.16% | 6M USD Libor |
| | KFW | 2009 | 2027 | USD 69,509 | 4.16% | 6M USD Libor |
| | Export-import bank of Korea | 2016 | 2036 | USD 75,929 | 3.00% | 6M USD Libor |

*Notes:*

(1)   2.56% of the contract interest rate for paying is applied for five years from the date of issuance, and 3M CD + 0.10% is applied thereafter. Depending on exercise of counterparty's right, it can be reimbursed before the due date on the same day of every year starting from June 15, 2023.

Under these interest rate swap contracts, we recognized net valuation loss of Won 1,845 million in 2020.

172

Table of Contents

We engage in transactions denominated in foreign currencies and consequently become exposed to fluctuations in exchange rates. The carrying amounts of our foreign currency-denominated monetary assets and monetary liabilities as of December 31, 2019 and 2020 were as follows:

| Type | Assets | | Liabilities | |
|---|---|---|---|---|
| | 2019 | 2020 | 2019 | 2020 |
| | (In thousands of USD, EUR, GBP and other foreign currencies) | | | |
| AED | 57,403 | 39,678 | 40,061 | 31,594 |
| AUD | 143 | 133 | 1,036,785 | 707,538 |
| BDT | 85,547 | 93,442 | 635 | — |
| BWP | 1,437 | 890 | — | — |
| EGP | — | — | — | 948 |
| CAD | 86 | 247 | 3,112 | 1,840 |
| CHF | — | — | 500,753 | 500,406 |
| CNY | — | — | 26,140 | — |
| CZK | — | — | 243 | 2,033 |
| EUR | 208 | 310 | 111,199 | 121,069 |
| GBP | — | — | 191 | 43 |
| HKD | — | — | 1,648,815 | 1,651,839 |
| IDR | 376,136 | 342,496 | 219,801 | 555,241 |
| INR | 1,244,170 | 1,231,895 | 210,232 | 155,134 |
| JOD | 1,516 | 1,673 | 147 | — |
| JPY | 109,970 | 825,269 | 314,402 | 484,585 |
| KZT | 319 | 1,510 | — | — |
| MGA | 3,858,201 | 5,645,349 | 133,403 | — |
| MMK | 29,651 | 11,032 | — | — |
| PHP | 175,210 | 191,122 | 130,073 | 104,161 |
| PKR | 354,361 | 371,328 | 4,366 | 12,222 |
| SAR | 2,653 | 2,178 | 480 | — |
| SEK | — | — | 449,072 | 449,824 |
| USD | 1,227,054 | 1,445,522 | 9,963,928 | 12,234,563 |
| UYU | 58,781 | 78,265 | 8,213 | 1,585 |
| VND | 418,998 | 672,563 | 1,375 | — |
| ZAR | 450 | 303 | 6 | — |

The following analysis sets forth the sensitivity of our consolidated net income before income taxes (our "pre-tax income") to changes in exchange rates, interest rates, electricity rates and fuel costs. For purposes of this section, we and our related parties are deemed one entity. The range of changes in such risk categories represents our view of the changes that are reasonably possible over a one-year period, although it is difficult to predict such changes as a result of adverse economic developments in Korea. See Item 3.D. "Risk Factors—Risks Relating to Korea and the Global Economy— Unfavorable financial and economic conditions in Korea and globally may have a material adverse impact on us." The following discussion only addresses material market risks faced by us and does not discuss other risks which we face in the normal course of business, including country risk, credit risk and legal risk. Unless otherwise specified, all calculations are made under IFRS.

If the Won depreciates against the U.S. dollar and all other foreign currencies held by us by 10%, and all other variables are held constant from their levels as of December 31, 2020, we estimate that our unrealized foreign exchange translation losses will increase by Won 1,337 billion in 2020. Such sensitivity analysis is conducted for monetary assets and liabilities denominated in foreign currencies other than functional currency as of December 31, 2019 and 2020, without taking into consideration of the hedge effect of swap transactions. To manage our foreign currency risk related to foreign currency-denominated receivables and payables, we have a policy of entering into currency forward agreements. In addition, to manage our foreign currency risk related to

173

Table of Contents

foreign currency-denominated expected sales transactions and purchase transactions, we enter into cross-currency swap agreements.

We are exposed to interest rate risk due to our borrowings with floating interest rates. If interest rates increase by 1% on all of our borrowings and debentures bearing variable interest, and all other variables are held constant as of December 31, 2020, we estimate that our profit before income taxes will decrease by Won 26 billion (not reflecting the fact that a portion of such interest may be capitalized under IFRS) in 2021. Such sensitivity analysis does not take into consideration of the hedge effect of interest rate swap transactions. To manage our interest rate risks, we, in addition to maintaining an appropriate mix of fixed and floating rate loans, have entered into certain interest rate swap agreements.

We are exposed to electricity rates risk due to the rate regulation by the Government, which considers the effect of electricity rate changes on the national economy. If the electricity rate rises by 1% and all other variables are held constant as of December 31, 2020, we estimate that our profit before income taxes will increase by Won 557 billion in 2021.

We are exposed to fuel price risks due to the heavy influence of fuel costs on our sales and cost of sales. If the fuel prices of anthracite and bituminous coal, oil, LNG and others used for generation by us and our generation subsidiaries rise by 1% and all other variables are held constant as of December 31, 2020, we estimate that our profit before income taxes will decrease by Won 164 billion in 2021.

The above discussion and the estimated amounts generated from the sensitivity analyzes referred to above include "forward-looking statements," which assume for analytical purposes that certain market conditions may occur. Accordingly, such forward-looking statements should not be considered projections by us of future events or losses.

See Note 45 of the notes to our consolidated financial statements included in this annual report for further related information.

## ITEM 12.    DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES

### Item 12.A.    Debt Securities

Of the four debt securities issued by us that are registered under the Exchange Act as set forth in the cover page of this annual report, the One Hundred Year 7.95% Zero-to-Full Debentures due April 1, 2096, were guaranteed by Korea Development Bank. However, such guarantee expired on April 1, 2016 by reason of the expiration of a put option period applicable to such debentures in accordance with the terms of such debentures.

Korea Development Bank, a statutory bank for the Korean government, is 100% beneficially owned by the Korean government. The voting rights in our equity interest held by Korea Development Bank are effectively exercised by the Korean government.

The guarantee by Korea Development Bank of our above-mentioned registered debt securities was itself a security registered under the Securities Act. Korea Development Bank is a Schedule B issuer and periodically files registration statements with the Commission. These registration statements typically include financial statements prepared in accordance with the applicable generally accepted accounting principles, currently the Korean International Financial Reporting Standards, and audited in accordance with generally accepted auditing standards in the Republic of Korea.

### Item 12.B.    Warrants and Rights

Not applicable.

174

Table of Contents

**Item 12.C.      Other Securities**

Not applicable.

**Item 12.D.      American Depositary Shares**

Under the terms of the Deposit Agreement in respect of our ADSs, the holder and beneficiary owners of ADSs, any party depositing or withdrawing or surrendering ADSs or ADRs, whichever applicable, may be required to pay the following fees and charges to Citibank, N.A., whose principal executive office located in 388 Greenwich St. New York, NY 10013, acting as depositary for our ADSs:

| Item | Services | Fees |
|---|---|---|
| 1 | Taxes and other governmental charges | As applicable |
| 2 | Registration of transfer of common shares generally on our shareholders' register, any institution authorized under the applicable law to effect book-entry transfers of securities (including Korea Securities Depositary), or any entity that presently carries out the duties of registrar for the common shares, and applicable to transfers of common shares to the name of the Depositary or its nominee on the making of deposits or withdrawals | A fee of US$1.50 or less per ADS |
| 3 | Cable, telex and facsimile transmission expenses | As applicable |
| 4 | Expenses incurred by the Depositary in the conversion of foreign currency | As applicable |
| 5 | Execution and delivery of ADRs and the surrender of ADRs | Fee of US$0.05 or less per ADS |
| 6 | Cash distribution made by the Depositary or its agent | Fee of US$0.02 or less per ADS |
| 7 | Fee for the distribution of proceeds of sales of securities or rights for distribution other than cash, common shares or rights to subscribe for shares, distribution in shares or distribution in rights to subscribe for shares | Lesser of (i) the fee for the execution and delivery of ADRs referred to above which would have been charged as a result of the deposit by the holders of securities or common shares received in exercise of rights distributed to them, but which securities or rights are instead sold by the Depositary and the net proceeds distributed and (ii) the amount of such proceeds |
| 8 | Depositary services performed in administering the ADRs (which fee shall be assessed against holders of ADSs as of the record date or dates and shall be payable at the sole discretion of the Depositary by billing such holders or by deducting such charge from one or more cash dividends or other cash distributions) | Fee of US$0.02 or less per ADS per calendar year |

Depositary fees payable upon the issuance and cancellation of ADSs are typically paid to the depositary by the brokers (on behalf of their clients) receiving the newly-issued ADSs from the depositary and by the brokers

175

Table of Contents

(on behalf of their clients) delivering the ADSs to the depositary for cancellation. The brokers in turn charge these transaction fees to their clients.

Depositary fees payable in connection with distributions of cash or securities to ADS holders and the depositary services fee are charged by the depositary to the holders of record of ADSs as of the applicable ADS record date. The depositary fees payable for cash distributions are generally deducted from the cash being distributed. In the case of distributions other than cash (i.e., stock dividends, rights offerings), the depositary charges the applicable fee to the ADS record date holders concurrent with the distribution. In the case of ADSs registered in the name of the investor (whether certificated or un-certificated in direct registration), the depositary sends invoices to the applicable record date ADS holders. In the case of ADSs held in brokerage and custodian accounts via the central clearing and settlement system, the Depository Trust Company ("DTC"), the depositary generally collects its fees through the systems provided by DTC (whose nominee is the registered holder of the ADSs held in DTC) from the brokers and custodians holding ADSs in their DTC accounts. The brokers and custodians who hold their clients' ADSs in DTC accounts in turn charge their clients' accounts the amount of the fees paid to the depositary.

In the event of refusal to pay the depositary fees, the depositary may, under the terms of the Deposit Agreement, refuse the requested service until payment is received or may set-off the amount of the depositary fees from any distribution to be made to the ADS holder.

The fees and charges the ADS holders may be required to pay may vary over time and may be changed by us and by the depositary. The ADS holders will receive prior notice of such changes.

***Depositary Payments for the Fiscal Year 2020***

The following table sets forth our expenses incurred in 2020, which were reimbursed by Citibank, N.A. in the aggregate:

| | (In thousands of U.S. dollars) |
|---|---|
| Reimbursement of legal fees | US$165,309 |
| Contributions towards our investor relations and other financing efforts (including investor conferences, non-deal roadshows and market information services) | 268,439 |
| Other | 126,677 |
| Total | US$560,425 |

176

Table of Contents

PART II

**ITEM 13.** *DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES*

Not applicable.

**ITEM 14.** *MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS*

Not applicable.

**ITEM 15.** *CONTROLS AND PROCEDURES*

**Disclosure Control**

Under the supervision and with the participation of our management, including our chief executive officer and chief financial officer, we have evaluated the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) as of December 31, 2020. There are inherent limitations to the effectiveness of any system of disclosure controls and procedures, including the possibility of human error and the circumvention or overriding of the controls and procedures. Accordingly, even effective disclosure controls and procedures can provide only reasonable assurance of achieving their control objectives. Based upon our evaluation, our chief executive officer and chief financial officer concluded that the design and operation of our disclosure controls and procedures as of December 31, 2020 were effective to provide reasonable assurance that information required to be disclosed by us in the reports we file and submit under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the applicable rules and forms, and that it is accumulated and communicated to our management, including our chief executive officer and chief financial officer, as appropriate to allow timely decision regarding required disclosure.

**Management's Annual Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act, for our company. Under the supervision and with the participation of our management, including our chief executive officer and chief financial officer, we have evaluated the effectiveness of our internal control over financial reporting as of December 31, 2020 based on the framework established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements in accordance with generally accepted accounting principles and includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of a company's assets, (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with generally accepted accounting principles, and that a company's receipts and expenditures are being made only in accordance with authorizations of a company's management and directors, and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of a company's assets that could have a material effect on the consolidated financial statements.

Because of its inherent limitations, a system of internal control over financial reporting can provide only reasonable assurance with respect to consolidated financial statement preparation and presentation and may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Following the overhaul in May 2013 by the Committee of Sponsoring Organization of the Treadway ("COSO") of the COSO Framework relating to internal controls and adoption of the 2013 Integrated Framework of the Committee of Sponsoring Organizations of the Treadway Commission (the "COSO Framework (2013)"),

Table of Contents

we have, effective January 1, 2014, adopted the COSO Framework (2013) and incorporated it into our internal control system for us and our subsidiaries in order to comply with the Sarbanes Oxley Act and to standardize our internal control system. As required by Section 404 of the Sarbanes-Oxley Act of 2002 and related rules as promulgated by the Securities and Exchange Commission, management assessed the effectiveness of our internal control over financial reporting as of December 31, 2020 using criteria established by the COSO Framework (2013). Based on this evaluation, our management concluded that our internal control over financial reporting was effective as of December 31, 2020 based on the criteria established by the COSO Framework (2013).

### Audit Report of the Independent Registered Public Accounting Firm

Ernst & Young Han Young has issued an audit report on the effectiveness of our internal control over financial reporting as of December 31, 2020, which is included elsewhere in this annual report.

### Changes in Internal Controls

There were no changes in our internal control over financial reporting that occurred during the year ended December 31, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. Our adoption of the COSO Framework (2013) did not have, and is not reasonably likely to have, any material effect on our internal control over financial reporting.

On the other hand, in preparation for a seamless transition to the new cost pass-through system, we have adopted an enhancement to our internal control over financial reporting effective as of January 1, 2021. Nevertheless, such enhancement did not have any effect on our consolidated financial statements included in this annual report or related internal controls to have any effect on our assessment of internal control over financial reporting as of December 31, 2020. We believe such enhancement would not have, and is not likely to have, any material effect on our internal control over financial reporting in 2021.

We operate an integrated ERP system for a transparent and efficient management of the core ERP components, including personnel, accounting, procurement, construction and facilities maintenance. In addition, we also operate a strategic enterprise management system that includes business warehouse, management information and business planning and simulation systems. We will continue to upgrade and improve the ERP system, which is being used as our core information infrastructure.

## ITEM 16.        [RESERVED]

### Item 16.A. AUDIT COMMITTEE FINANCIAL EXPERT

Our board of directors has determined that we have at least one "audit committee financial expert" as such term is defined by the regulations of the Securities and Exchange Commission issued pursuant to Section 407 of the Sarbanes-Oxley Act of 2002. Our audit committee financial expert is Noh, Geum-Sun. Such member is independent within the meaning of the Korea Exchange listing standards, the regulations promulgated under the Enforcement Decree of the Korean Commercial Act and the New York Stock Exchange listing standards.

### Item 16.B. CODE OF ETHICS

We have adopted a code of ethics for our principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions as required under Section 406 of the Sarbanes-Oxley Act of 2002, together with an insider reporting system in compliance with Section 301 of the Sarbanes-Oxley Act. The code of ethics is available on our website www.kepco.co.kr. We have not granted any waiver, including an implicit waiver, from a provision of the code of ethics to any of the above-mentioned officers during our most recently completed fiscal year.

### Item 16.C. PRINCIPAL ACCOUNTANT FEES AND SERVICES

The following table sets forth the aggregate fees billed for each of the years ended December 31, 2019 and 2020 for professional services rendered by our principal accountant for such year, for various types of services

[Table of Contents](#)

and a brief description of the nature of such services. Ernst & Young Han Young, a Korean independent registered public accounting firm, was our principal accountant for the years ended December 31, 2019 and 2020 and we currently expect Ernst & Young Han Young to serve as our principal accountant for the year ended December 31, 2021.

| Type of Services | Aggregate Fees Billed During | | Nature of Services |
|---|---|---|---|
| | 2019 | 2020 | |
| | (In millions of Won) | | |
| Audit Fees | ₩ 7,440 | ₩ 7,774 | Audit service including interim review service for KEPCO and its subsidiaries. |
| Audit-Related Fees | 558 | 516 | Comfort letter services. |
| Tax Fees | 113 | 56 | Tax return and consulting advisory service. |
| All Other Fees | — | — | All other services which do not meet the three categories above. |
| Total | ₩ 8,111 | ₩ 8,346 | |

The U.S. law and regulations in effect since May 6, 2003 generally require all service of the principal accountant to be pre-approved by an independent audit committee or, if no such committee exists with respect to an issuer, by the entire board of directors. We have adopted the following policies and procedures for consideration and approval of requests to engage our principal accountant to perform audit and non-audit services. If the request relates to services that would impair the independence of our principal accountant, the request must be rejected. If the service request relates to audit and permitted non-audit services for us and our subsidiaries, it must be forwarded to our audit committee and receive pre-approval.

In addition, the U.S. law and regulations permit the pre-approval requirement to be waived with respect to engagements for non-audit services aggregating no more than five percent of the total amount of revenues we paid to our principal auditors, if such engagements were not recognized by us at the time of engagement and were promptly brought to the attention of our audit committee or a designated member thereof and approved prior to the completion of the audit.

## Item 16.D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEE

Not applicable.

## Item 16.E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS

Neither we nor any "affiliated purchaser," as defined in Rule 10b-18(a)(3) of the Exchange Act, purchased any of our equity securities during the period covered by this annual report.

## Item 16.F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT

Not applicable.

## Item 16.G. CORPORATE GOVERNANCE

We are committed to high standards of corporate governance. We are in compliance with the corporate governance provisions of the KEPCO Act, the Act on the Management of Public Institutions, the Korean Commercial Act, the Financial Investment Services and Capital Markets Act of Korea and the Listing Rules of the Korea Exchange. We, like all other companies in Korea, must comply with the corporate governance

Table of Contents

provisions under the Korean Commercial Act, except to the extent the KEPCO Act and the Act on the Management of Public Institutions otherwise require. Our corporate governance is also affected by various regulatory guidelines, including those promulgated by the Ministry of Economy and Finance. In addition, as a company listed on the Korea Exchange, we are subject to the Financial Investment Services and Capital Markets Act of Korea, unless the Financial Investment Services and Capital Markets Act of Korea otherwise provides.

### The Act on the Management of Public Institutions

#### General Provisions

On April 1, 2007, the Act on the Management of Public Institutions took effect by abolishing and replacing the Government-invested Enterprise Management Basic Act, which was enacted in 1984. Unless stated otherwise therein, the Act on the Management of Public Institutions takes precedence over any other laws and regulations in the event of inconsistency. On April 2, 2007, pursuant to this Act the minister of the Ministry of Economy and Finance designated us as a "market-oriented public enterprise" as defined under this Act, and we became subject to this Act accordingly. We incorporated the applicable provisions of this Act into our Articles of Incorporation by amendment thereto in September 2007.

The Act on the Management of Public Institutions sets out the rules for corporate governance for entities that are subject to this Act, including the appointment of their respective president and directors. Under this Act as it applies to us as a "market-oriented public enterprise", (i) a senior non-standing director as appointed by the minister of the Ministry of Economy and Finance becomes the chairman of our board of directors following the review and resolution of the Committee for Management of Public Institutions; (ii) our president and our standing directors who concurrently serve as members of our audit committee are appointed by the President of the Republic upon the motion of the Ministry of Trade, Industry and Energy (in the case of our president) or of the Ministry of Economy and Finance (in the case of standing directors who concurrently serve as members of our audit committee), following the nomination by such enterprise's director nomination committee, the review and resolution of the Committee for Management of Public Institutions pursuant to the Act on the Management of Public Institutions and an approval at the general meeting of our shareholders; (iii) our standing directors other than the president and those who also serve as audit committee members must be appointed by our president with the approval at the general meeting of our shareholders from a pool of candidates recommended by our director nomination committee; and (iv) our non-standing directors must be appointed by the minister of the Ministry of Economy and Finance following the review and resolution of the Committee for Management of Public Institutions from a pool of candidates recommended by the director nomination committee, and must have ample knowledge and experience in business management.

The Committee for Management of Public Institutions is established pursuant to the Act on the Management of Public Institutions and is comprised of one chairperson who is the Minister of the Ministry of Economy and Finance and the following members: (i) one Vice Minister-level public official from the Office for Government Policy Coordination as nominated by the minister of the Office for Government Policy Coordination; (ii) one Vice Minister, Deputy Administrator or an equivalent public official of the related administrative agency as prescribed by Presidential Decree; (iii) one Vice Minister, Deputy Administrator, or an equivalent public official of the competent agency who does not fall under subclause (ii); and (iv) 11 or fewer persons commissioned by the President based on the recommendation of the Minister of the Ministry of Economy and Finance from among persons in various fields including law, economy, press, academia, labor, who have good knowledge and experience in the operation and business administration of public institutions as well as good reputation for impartiality.

Our director nomination committee, which is also known as the Committee for Recommendation of Executive Officers, is comprised of non-standing directors and members appointed by the board of directors. The number of members ranges from five to 15 persons and must be decided by a resolution of the board of directors; provided that, the number of members appointed by the board of directors must be less than half of the total number of members of our director nomination committee.

Table of Contents

Under the Act on the Management of Public Institutions and our Articles of Incorporation, the term of office is three years for our president and two years for our directors (standing and non-standing) other than our president. Our directors (including the president) may be reappointed for one or more additional terms of one year. In order to be reappointed, the president must be evaluated on the basis of his management performance; a standing director, on the basis of the performance of the duties for which he was elected to perform, or if the standing director has executed an incentive bonus contract, on the basis of his performance under the contract; and a non-standing director, on the basis of his performance of the duties for which he was elected to perform.

Under the Act on the Management of Public Institutions and our Articles of Incorporation, a recommendation from the director nomination committee is required for the appointment of our executive officers, except in the case of reappointments. The director nomination committee consists of five to fifteen members, including private-sector members appointed by the board of directors. Non-standing directors must comprise at least a majority of the director nomination committee. One of the private-sector members must be able to represent our opinion and must not be currently employed by us. As required under the Act on the Management of Public Institutions, we established an audit committee. At least two-thirds of the audit committee members must be non-standing directors, and at least one committee member must be an expert in finance or accounting. According to the Act on the Management of Public Institutions, our president's term cannot be terminated unless done so by the President of the Republic pursuant to the Act on the Management of Public Institutions or upon an event as specified in our Articles of Incorporation.

As required under Act on the Management of Public Institutions, we submit to the Government by October 31 every year a report on our medium- to long-term management goals. Under the Act on the Management of Public Institutions, we are also required to give separate public notice of important management matters, such as our budget and financial statements, status of directors and annual reports. In addition, for purposes of providing a comparison of the management performances of government agencies, we are required to post on a designated website a notice on a standard form detailing our management performance. Following consultation with the minister of the Ministry of Trade, Industry and Energy and the review and resolution of the Committee for Management of Public Institutions, the Ministry of Economy and Finance must examine the adequacy and competency of government agencies and establish plans on merger, abolishment, restructuring and privatization of public agencies. In such case, the minister of the Ministry of Trade, Industry and Energy must execute these plans and submit a performance report to the Ministry of Economy and Finance.

Under certain amendments to the Act on the Management of Public Institutions that became effective as of July 1, 2019, our president is required to establish a plan to appoint directors and senior management based on the gender equality, endeavor to follow such plan, and submit an annual report on our gender equality plan regarding appointment of directors and senior management to the Ministry of Economy and Finance.

### *Application of the Act to Our Generation Subsidiaries*

On January 24, 2011, the Ministry of Economy and Finance changed the designation of our six generation subsidiaries from "other public institutions" to "market-oriented public enterprises", each as defined in the Act on the Management of Public Institutions, and all of our generation subsidiaries accordingly amended their respective articles of incorporation in 2011 to be in compliance with this Act. As "other public institutions", our generation subsidiaries previously were not subject to the same regulations under the Act on the Management of Public Institutions applicable to us with regards to corporate governance matters such as the appointment and dismissal of directors and the composition of the boards of directors. However, as "market-oriented public enterprises", our generation subsidiaries are currently subject to the same such regulations that are applicable to us.

Specifically, prior to such designation, (i) our president appointed the presidents and the statutory auditors of our generation subsidiaries; (ii) the selection of non-standing directors of each such subsidiary was subject to approval by our president; (iii) the president of each such subsidiary entered into a management contract with our

[Table of Contents](#)

president; and (iv) our evaluation committee conducted performance evaluation of such subsidiaries. However, following such designation, akin to the appointment process applicable to us, (i) the President of the Republic appoints the presidents and standing directors of our generation subsidiaries that concurrently serve as members of the audit committees; (ii) the selection of non-standing directors of these subsidiaries is subject to approval by the minister of the Ministry of Economy and Finance; (iii) the president of each such generation subsidiary is required to enter into a management contract directly with the minister of the Ministry of Trade, Industry and Energy; and the Committee for Management of Public Institutions conducts performance evaluation of such subsidiaries.

### *Our Control over the Generation Subsidiaries*

Designation of our generation subsidiaries as "market-oriented public enterprises" was intended to promote responsible management by and improve operational efficiency of government-affiliated electricity companies by fostering competition among them so as to provide improved service to the general public. Such designation also has had the effect of the Government exercising greater direct control over the appointment of the governing body of our generation subsidiaries (in ways that are similar how the Government exercises such control over us as our majority shareholder as well as our regulator).

In addition, the Government has imposed a number of regulations that further affect the respective operational boundaries between us and our generation subsidiaries, including as follows:

- In August 2010, in furtherance of the Act on the Management of Public Institutions, the Ministry of Economy and Finance announced the Proposal for the Improvement in the Structure of the Electric Power Industry, which was designed to promote responsible management by and improve operational efficiency of government-affiliated electricity companies by fostering competition among them. Key initiatives of the proposal included the following: (i) maintain the current structure of having six generation subsidiaries and designate the six generation subsidiaries as market-oriented public enterprises under the Act on the Management of Public Institutions in order to foster competition among the generation subsidiaries and promote efficiency in their operations, and (ii) clarify the scope of the business of us and the six generation subsidiaries (namely, that we shall manage the financial structure and governance of the six generation subsidiaries and nuclear power plant and overseas resources development projects, while the six generation subsidiaries will have greater autonomy with respect to construction and management of generation units and procurement of fuel, among others).

- In January 2011, the Ministry of Economy and Finance created a "joint cooperation unit" consisting of officers and employees selected from the five thermal power generation subsidiaries in order to reduce inefficiencies in areas such as fuel transportation, inventories, materials and equipment and construction, etc. and allow the thermal power generation subsidiaries to continue utilizing the benefits of economy of scale after split off of our generation business units into separate subsidiaries. The purpose of the joint cooperation unit was to give greater autonomy to the generation subsidiaries with regard to power plant construction and management and fuel procurements, and thereby enhance efficiency in operating power plants. The main functions of the joint cooperation unit are as follows: (i) maintain inventories of bituminous coal through volume exchanges and joint purchases, (ii) reduce shipping and demurrage expenses through joint operation and distribution of dedicated vessels, (iii) reduce costs by sharing information on generation material inventories and (iv) sharing human resources among the five thermal power generation subsidiaries for construction projects, among other things.

- In June 2016, the Government announced the Proposal for Adjustment of Functions of Public Institutions (Energy Sector) for the purpose of streamlining the operations of government-affiliated energy companies by discouraging them from engaging in overlapping or similar businesses with each other, reducing non-core assets and activities and improving management and operational efficiency. The initiatives contemplated in this proposal that would affect us and our generation subsidiaries

182

Table of Contents

include the following: (i) the generation companies should take on greater responsibilities in overseas resource exploration and production projects as these involve procurement of fuels necessary for electricity generation while fostering cooperation among each other through closer coordination, (ii) KHNP should take a greater role in export of nuclear technology, and (iii) the current system of retail sale of electricity to end-users should be liberalized to encourage more competition.

However, notwithstanding these developments, we, also a government-controlled entity, remain as the sole shareholder of our generation subsidiaries and continue to exercise significant control over them in such capacity as the sole shareholder well as through other practical means as further described below.

First, as the sole shareholder, we continue to have the right, under the Act on the Management of Public Institutions, to approve or disapprove the appointment of key members of the governing body of our generation subsidiaries (namely, the president, the standing directors, and the non-standing directors) by way of a vote at the general shareholders meeting before such appointments are ultimately approved and made by the President of the Republic (in the case of the presidents and standing directors concurrently serving as audit committee members of the generation subsidiaries) or by the president of each generation subsidiary (in the case of other standing directors of such generation subsidiary). Our right to exercise such voting right as a shareholder is also protected by the Commercial Act of Korea.

Second, in practice we retain significant control over our generation subsidiaries through the following means:

- We are the sole purchaser of electricity produced by the generation subsidiaries and continue to have near monopoly in terms of transmitting and distributing electricity in Korea. Accordingly, we continue to have significant influence over our generation subsidiaries in the electricity industry.

- Our president holds regular meetings (known as "CEO Meetings") with the presidents of our generation subsidiaries for which our president determines whether and when to convene such meetings, sets the agenda for such meetings and chairs such meetings. Since significant issues that jointly affect us and our generation subsidiaries are often discussed and decided at these meetings, the leadership role exercised by our president in such meetings is significant in setting the policies and direction for us and our generation subsidiaries as a whole.

- We maintain and operate the Affiliated Company Management Team within the parent company organizational structure. The purpose of this team is to support and coordinate the management of the generation subsidiaries. Activities of the Affiliated Company Management Team include preparation of the CEO meetings, deliberation on major issues to be discussed at CEO Meetings, convening a general meeting of shareholders of the generation subsidiaries and coordination on the decision-making process for the general meeting of shareholders of the generation subsidiaries.

Ultimately, our control over our generation subsidiaries is derived from the fact that the Government owns the majority of our shares and effectively controls us as the supervisor and regulator in a heavily regulated industry, and in effect also exercises the same degree of control over our generation subsidiaries through our sole share ownership over our generation subsidiaries as well as its statutory power of direct appointment of the governing bodies of our generation subsidiaries. In effect, we are acting as an intermediate holding company in a vertical control structure involving the Government, us and our generation subsidiaries, where the Government holds the ultimate control over both us and our generation subsidiaries and exercises its control over our generation subsidiaries in part through us acting as the sole shareholder and the parent company.

**Differences between Korean and New York Stock Exchange Corporate Governance Practices**

We are a "foreign private issuer" (as such term is defined in Rule 3b-4 under the Exchange Act), and our ADSs are listed on the New York Stock Exchange, or NYSE. Under Section 303A of the NYSE Listed Company Manual, NYSE-listed companies that are foreign private issuers are permitted to follow home country practice in

Table of Contents

lieu of the corporate governance provisions specified by the NYSE with limited exceptions. Under the NYSE Listed Company Manual, we as a foreign private issuer are required to disclose significant differences between NYSE's corporate governance standards and those we follow under Korean law. The following summarizes some significant ways in which our corporate governance practices differ from those followed by U.S. companies listed on the NYSE under the listing rules of the NYSE.

*Majority of Independent Directors on the Board*

Under the NYSE listing rules, U.S. companies listed on the NYSE must have a board, the majority of which is comprised of independent directors satisfying the requirements of "independence" as set forth in Rule 10A-3 under the Exchange Act. No director qualifies as "independent" unless the board of directors affirmatively determines that the director has no material relationship with the listed company (either directly or as a partner, shareholder or officer of an organization that has a relationship with us). The NYSE rules include detailed tests for determining director independence. As a foreign private issuer, we are exempt from this requirement. Under the Act on the Management of Public Institutions, more than one-half of our directors must be non-standing directors. For a discussion on qualifications of non-standing directors, see Item 6.A. "Directors and Senior Management —Board of Directors." Under the Act on the Management of Public Institutions, a non-standing director is appointed by the Ministry of Economy and Finance following the review and resolution of the Committee for Management of Public Institutions from a pool of candidates recommended by the director nomination committee, and must have ample knowledge and experience in business management. Government officials that are not part of the teaching staff in national and public schools are ineligible to become our non-standing directors.

*Executive Session*

Under the NYSE listing rules, non-management directors of U.S. companies listed on the NYSE are required to meet on a regular basis without management present and independent directors must meet separately at least once per year. While no such requirement currently exists under applicable Korean law, listing standards or our Articles of Incorporation, executive sessions were held from time to time in 2018 in order to promote the exchange of diverse opinions by non-standing directors.

*Audit Committee*

Under the NYSE listing rules, listed companies must have an audit committee that has a minimum of three members, and all audit committee members must satisfy the requirements of independence set forth in Section 303A.02 of the NYSE Listed Company Manual and Rule 10A-3 under the Exchange Act. Our audit committee members meet the requirements of independence set forth in Section 303A.02 of the NYSE Listed Company Manual and Rule 10A-3 under the Exchange Act. The audit committee must be directly responsible for the appointment, compensation, retention and oversight of the work of the independent registered public accountants. Our audit committee performs the roles and responsibilities required of an audit committee under the Sarbanes-Oxley Act, including the supervision of the audit by the independent registered public accountants. Under the Korea Exchange listing rules and the Korean Commercial Act, a large listed company must also establish an audit committee of which at least two-thirds of its members must be non-standing directors and whose chairman must be a non-standing director. Under the Act on the Management of Public Institutions, the Korean Commercial Act, the amended Articles of Incorporation and the Korea Exchange listing rules, we are required to maintain an audit committee consisting of three members, of which not less than two members are required to be non-standing directors. In addition, pursuant to certain amendments to the Act on the Management of Public Institutions that became effective as of January 1, 2021, in appointing the standing member of the audit committee, the director nomination committee shall recommend the person who is qualified in any of the followings: (i) a person who is qualified as a certified public accountant or an attorney and has a minimum of three years of experience in work related to such qualification, (ii) a person who has served as an assistant professor or at a higher position for at least three years in areas directly related to audit, investigation and judicial

184

Table of Contents

affairs, budget and accounting, investigation, planning and evaluation, etc. (hereinafter referred to as "audit related works") at a school under subparagraphs 1 through 5 of Article 2 of the Higher Education Act), (iii) a person who has been in charge of audit-related works for at least three years at a public institution, stock-listed corporation or research institute under Article 9(15)3 of the Financial Investment Services and Capital Markets Act and has experience prescribed by Presidential Decree, (iv) person who has been in charge of audit-related works for at least three years at the state or a local government and has served as a public official at the level prescribed by Presidential Decree, or (v) person with other expertise in accordance with the affairs of the relevant institution and qualified as prescribed by Presidential Decree.

Our audit committee is in compliance with the foregoing requirements under the Act on the Management of Public Institutions, the Korean Commercial Act, the amended Articles of Incorporation and the Korea Exchange listing rules.

On April 2, 2021, we amended our Articles of Incorporation to incorporate an amendment to the Commercial Act implemented on December 29, 2020, which requires at least one director who will serve as a member of the audit committee to be appointed separately from other directors at the meeting of shareholders.

### Nomination/Corporate Governance Committee

Under the NYSE listing rules, U.S. companies listed on the NYSE must have a nomination/corporate governance committee composed entirely of independent directors. In addition to identifying individuals qualified to become board members, this committee must develop and recommend to the board a set of corporate governance principles. Under the Act on the Management of Public Institutions, we are required to have a director nomination committee which consists of non-standing directors and ad hoc members appointed by our Board of Directors. Our standing directors and executives as well as governmental officials that are not part of the teaching staff in national and public schools are ineligible to become a member of our director nomination committee. There is no requirement to establish a corporate governance committee under applicable Korean law.

Pursuant to the NYSE listing standards, non-management directors must meet on a regular basis without management present and independent directors must meet separately at least once per year. No such requirement currently exists under applicable Korean law.

### Compensation Committee

Under the NYSE listing rules, U.S. companies listed on the NYSE are required to have a compensation committee which is composed entirely of independent directors. In January 2013, the SEC approved amendments to the listing rules of NYSE and NASDAQ regarding the independence of compensation committee members and the appointment, payment and oversight of compensation consultants. The listing rules were adopted as required by Section 952 of the Dodd-Frank Act and rule 10C-1 of the Exchange Act, which direct the national securities exchanges to prohibit the listing of any equity security of a company that is not in compliance with the rule's compensation committee director and advisor independence requirements. Certain elements of the listing rules became effective on July 1, 2013 and companies listed on the NYSE must comply with such listing rules by the earlier of the company's first annual meeting after January 15 or October 31, 2014.

No such requirement currently exists under applicable Korean law or listing standards, and we currently do not have a compensation committee.

### Corporate Governance Guidelines and Code of Business Conduct and Ethics

Under the NYSE listing rules, U.S. companies listed on the NYSE are required to establish corporate governance guidelines and to adopt a code of business conduct and ethics for directors, officers and employees, and promptly disclose any waivers of the code for directors or executive officers. As a foreign private issuer, we

**Table of Contents**

are exempt from this requirement. Pursuant to the requirements of the Sarbanes-Oxley Act, we have adopted a code of ethics applicable to our President & Chief Executive Officer and all other directors and executive officers including the Chief Financial Officer and the Chief Accounting Officer, as well as all financial, accounting and other officers that are involved in the preparation and disclosure of our consolidated financial statements and internal control of financial reporting pursuant to Section 404 of the Sarbanes-Oxley Act. We have also adopted an insider reporting system in compliance with Section 301 of the Sarbanes-Oxley Act. The code of ethics applicable to our executive officers and financial officers are available on www.kepco.co.kr.

### Shareholder Approval of Equity Compensation Plans

Under the NYSE listing rules, shareholders of U.S. companies listed on the NYSE are required to approve all equity compensation plans. Under Korean law and regulations, stock options can be granted to employees to the extent expressly permitted by the articles of incorporation. We currently do not have any equity compensation plans.

### Annual Certification of Compliance

Under the NYSE listing rules, a chief executive officer of a U.S. company listed on the NYSE must annually certify that he or she is not aware of any violation by the company of NYSE corporate governance standards. As a foreign private issuer, we are not subject to this requirement. However, in accordance with rules applicable to both U.S. companies and foreign private issuers, we are required to promptly notify the NYSE in writing if any executive officer becomes aware of any material noncompliance with the NYSE corporate governance standards applicable to us. In addition, foreign private issuers, including us, are required to submit to the NYSE an annual written affirmation relating to compliance with Sections 303A.06 and 303A.11 of the NYSE listed company manual, which are the NYSE corporate governance standards applicable to foreign private issuers. All written affirmations must be executed in the form provided by the NYSE, without modification. An annual written affirmation is required to be submitted to the NYSE within 30 days of filing with the SEC our annual report on Form 20-F. We have been in compliance with this requirement in all material respects and plan to submit such affirmation within the prescribed time line.

### Whistle Blower Protection

On May 25, 2011, the SEC adopted final rules to implement whistleblower provisions of the Dodd-Frank Act, which are applicable to foreign private issuers with securities registered under the U.S. securities laws. The final rules provide that any eligible whistleblower who voluntarily provides the SEC with original information that leads to the successful enforcement of an action brought by the SEC under U.S. securities laws must receive an award of between 10 and 30 percent of the total monetary sanctions collected if the sanctions exceed US$1,000,000. An eligible whistleblower is defined as someone who provides information about a possible violation of the securities laws that he or she reasonably believes has occurred, is ongoing, or is about to occur. The possible violation does not need to be material, probably or even likely, but the information must have a "facially plausible relationship to some securities law violation"; frivolous submissions would not qualify. The final rules also prohibit retaliation against the whistleblower. While the final rules do not require employees to first report allegations of wrongdoing through a company's corporate compliance system, they do seek to incentivize whistleblowers to utilize internal corporate compliance first by, among other things, (i) giving employees who first report information internally the benefit of the internal reporting date for purposes of the SEC program so long as the whistleblower submits the same information to the SEC within 120 days of the initial disclosure; (ii) clarifying that the SEC will consider, as part of the criteria for determining the amount of a whistleblower's award, whether the whistleblower effectively utilized the company's corporate compliance program or hindered the function of the program; and (iii) crediting a whistleblower who reports internally first and whose company passes the information along to the SEC, which would mean the whistleblower could receive a potentially higher award for information gathered in an internal investigation initiated as a result of the whistleblower's internal report.

186

Table of Contents

In addition, the final rules address concerns that the whistleblower rules incentivize officers, directors and those with legal, audit, compliance or similar responsibilities to abuse these positions by making whistleblower complaints to the SEC with respect to information they obtained in these roles by generally providing that information obtained through a communication subject to attorney-client privilege or as a result of legal representation would not be eligible for a whistleblower award unless disclosure would be permitted by attorney conduct rules. Accordingly, officers and directors, auditors and compliance personnel and other persons in similar roles would not be eligible to receive awards for information received in these positions unless (x) they have a reasonable basis to believe that (1) disclosure of the information is necessary to prevent the entity from engaging in conduct that is likely to cause substantial injury to the financial interests of the entity or investors; or (2) the entity is engaging in conduct that will impede an investigation of the misconduct, for example, destroying documents or improperly influencing witnesses; or (y) 120 days have passed since the whistleblower provided the information to senior responsible persons at the entity or 120 days have passed since the whistleblower received the information at a time when these people were already aware of the information.

In Korea, under the Financial Investment Services and Capital Markets Act, anyone may provide or furnish the Financial Services Commission or the Securities and Futures Commission with information on unfair trading or any other violation of the Financial Investment Services and Capital Markets Act. The Financial Services Commission shall keep the identity of the whistleblower confidential, and any institution, organization or company to which the whistleblower belongs may not treat the whistleblower unfavorably, directly or indirectly. In addition, the Financial Services Commission may also reward the whistleblower within the limit of the budget of the Financial Services Commission.

**Item 16.H.    MINE SAFETY DISCLOSURE**

Not applicable.

187

**Table of Contents**

<div align="center">

**PART III**

</div>

**ITEM 17.     FINANCIAL STATEMENTS**

We have responded to Item 18 in lieu of responding to this item.

**ITEM 18.     FINANCIAL STATEMENTS**

Reference is made to Item 19(a). "Exhibits" for a list of all financial statements filed as part of this annual report.

**ITEM 19.     EXHIBITS**

**(a)**   **Financial Statements filed as part of this Annual Report**

See Index to Financial Statements on page F-1 of this annual report.

**(b)**   **Exhibits filed as part of this Annual Report**

See Index of Exhibits beginning on page E-1 of this annual report.

<div align="center">

188

</div>

**Table of Contents**

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this Annual Report on its behalf.

KOREA ELECTRIC POWER CORPORATION

| By: | /s/ JongKap KIM |
| --- | --- |
| Name: | JongKap KIM |
| Title: | President and Chief Executive Officer |
| Date: | April 30, 2021 |

189

Table of Contents

## INDEX OF EXHIBITS

1.1     Articles of Incorporation, as amended on April 2, 2021 (in English)

2.1     Form of Deposit Agreement*

8.1     List of Subsidiaries

12.1    Certifications of our Chief Executive Officer required by Rule 13a-14(a) of the Exchange Act (Certifications under Section 302 of the Sarbanes-Oxley Act of 2002)

12.2    Certifications of our Chief Financial Officer required by Rule 13a-14(a) of the Exchange Act (Certifications under Section 302 of the Sarbanes-Oxley Act of 2002)

13.1    Certifications of our Chief Executive Officer required by Rule 13a-14(b) and Section 1350 of Chapter 63 of the United States Code (18 U.S.C. 1350) (Certifications under Section 906 of the Sarbanes-Oxley Act of 2002)

13.2    Certifications of our Chief Financial Officer required by Rule 13a-14(b) and Section 1350 of Chapter 63 of the United States Code (18 U.S.C. 1350) (Certifications under Section 906 of the Sarbanes-Oxley Act of 2002)

15.1    The Korea Electric Power Corporation Act, as amended on March 21, 2017 (in English)**

15.2    Enforcement Decree of the Korea Electric Power Corporation Act, as amended on January 5, 2021 (in English)

15.3    The Act on the Management of Public Institutions, as amended on March 31, 2020 (in English)

15.4    Enforcement Decree of the Act on the Management of Public Institutions, as amended on January 5, 2021 (in English)

101.1   Interactive Data Files (XBRL-Related Documents)

---

\*      Incorporated by reference to the Registrant's Registration Statement on Form F-6 with respect to the ADSs, registered under Registration No. 333-196703.

\*\*     Incorporated by reference to the Registrant's annual report on Form 20-F (No. 001-13372) previously filed on April 30, 2019.

Table of Contents

## INDEX TO FINANCIAL STATEMENTS

|  | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm on Consolidated Financial Statements (as of December 31, 2020 and for each of the two years in the period then ended) | F-2 |
| Report of Independent Registered Public Accounting Firm on Consolidated Financial Statements (as of December 31, 2018 and for the year then ended) | F-4 |
| Report of Independent Registered Public Accounting Firm on Internal Control Over Financial Reporting | F-5 |
| Consolidated Statements of Financial Position as of December 31, 2019 and 2020 | F-7 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2018, 2019 and 2020 | F-9 |
| Consolidated Statements of Changes in Equity for the Years Ended December 31, 2018, 2019 and 2020 | F-11 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2018, 2019 and 2020 | F-14 |
| Notes to the Consolidated Financial Statements | F-16 |

F-1

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**
**ON CONSOLIDATED FINANCIAL STATEMENTS**

To the Shareholders and Board of Directors of
Korea Electric Power Corporation

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated statements of financial position of Korea Electric Power Corporation and subsidiaries (the "Company") as of December 31, 2019 and 2020, the related consolidated statements of comprehensive income (loss), changes in equity and cash flows for each of the two years in the period ended December 31, 2020, and the related notes (collectively, the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2019 and 2020, and the results of its operations and its cash flows for each of the two years in the period ended December 31, 2020, in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2020, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework), and our report dated April 30, 2021 expressed an unqualified opinion thereon.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current period audit of the financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of the critical audit matter does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

F-2

**Table of Contents**

***Impairment of property, plant and equipment in electricity transmission and distribution business***

| | |
|---|---|
| *Description of the Matter* | As described in note 18 to the consolidated financial statements, the aggregate carrying value of the Company's property, plant and equipment ("PP&E") as of December 31, 2020 is KRW 168,709,387 million, and no impairment charge was recognized during the year ended December 31, 2020. Since the Company was operating at a loss during the year, the Company evaluated its cash-generating unit ("CGU") in its electricity transmission and distribution business for recoverability by comparing the carrying amount of the CGU with its value-in-use ("VIU") amount measured using the discounted cash flow model and concluded that the CGU was fully recoverable as of December 31, 2020. |
| | Auditing the Company's impairment assessment involved subjective judgment and required the involvement of specialists because, in preparing the VIU estimate, management uses estimates in the discounted cash flow model that include, among others, assumptions about future sales volumes, unit sales prices, cost of power purchases, and discount rates, that are inherently uncertain. Further, the carrying amount of PP&E to the consolidated financial statements is material and as such these assumptions have a significant effect on the outcome of the impairment assessment. |
| *How We Addressed the Matter in Our Audit* | We obtained an understanding, evaluated the design, and tested the operating effectiveness, of controls over the Company's processes in determining the VIU of the CGU. This included our evaluation of management review controls over significant assumptions (i.e., future sales volumes, unit sales prices, cost of power purchases, and discount rates) used to develop the discounted cash flow forecasts. |
| | Our testing of the Company's impairment calculation included, among other procedures, evaluating the discounted cash flow model used by the Company by involving our valuation specialists to assist in testing the significant assumptions used to develop the cash flow forecasts and testing the completeness and accuracy of the underlying data. We assessed the accuracy of the Company's historical projections by comparing them with actual operating results, evaluated management's methodology for determining the discount rate used to calculate the present value of the forecasted cash flows by comparing it against our own calculated rate using both market and entity-specific information, searched for and evaluated information that corroborates or contradicts the Company's assumptions, and performed sensitivity analyses of significant assumptions to evaluate the changes in the VIU estimate that could result from changes in the assumptions. Furthermore, we considered the Company's business plan and external market data for major unobservable inputs such as future sales volumes, unit sales prices and cost of power purchases, that were used in estimating the VIU. For example, we compared these significant assumptions to current industry practice, market and economic trends, historical results of the Company's business and other relevant factors. |

/s/ Ernst & Young Han Young
We have served as the Company's auditor since 2018.

Seoul, the Republic of Korea

April 30, 2021

Table of Contents

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Shareholders and Board of Directors
Korea Electric Power Corporation:

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated statement of comprehensive loss, changes in equity and cash flows of Korea Electric Power Corporation and subsidiaries (the "Company") for the year ended December 31, 2018, and the related notes (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the results of Company's operations and its cash flows for the year ended December 31, 2018, in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audit. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audit included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audit provides a reasonable basis for our opinion.

/s/ KPMG Samjong Accounting Corp.

We served as the Company's auditor from 2013 to 2018.

Seoul, Korea
April 30, 2019

F-4

Table of Contents

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM ON
INTERNAL CONTROL OVER FINANCIAL REPORTING

To the Shareholders and Board of Directors of
Korea Electric Power Corporation

**Opinion on Internal Control Over Financial Reporting**

We have audited Korea Electric Power Corporation and subsidiaries (the "Company")'s internal control over financial reporting as of December 31, 2020, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the COSO criteria). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2020, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated statements of financial position of the Company as of December 31, 2019 and 2020, the related consolidated statements of comprehensive income (loss), changes in equity and cash flows for each of the two years in the period ended December 31, 2020, and the related notes (collectively, the "consolidated financial statements"), and our report dated April 30, 2021 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Annual Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control Over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

F-5

Table of Contents

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young Han Young

Seoul, the Republic of Korea

April 30, 2021

<div align="center">F-6</div>

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Financial Position**
**As of December 31, 2019 and 2020**

| | Note | | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | 5,6,7,45 | ₩ | 1,810,129 | 2,029,584 |
| Current financial assets, net | 5,6,9,11,12,13,45,47 | | 1,586,509 | 2,800,220 |
| Trade and other receivables, net | 5,8,20,24,45,46,47 | | 7,701,452 | 7,918,470 |
| Inventories, net | 14 | | 7,050,700 | 6,742,909 |
| Income tax receivables | 41 | | 99,718 | 49,675 |
| Current non-financial assets | 15 | | 1,206,377 | 1,020,158 |
| Assets held-for-sale | 16,42 | | 28,116 | 925 |
| **Total current assets** | | | 19,483,001 | 20,561,941 |
| Non-current assets | | | | |
| Non-current financial assets, net | 5,6,9,10,11,12,13,45,47 | | 2,563,498 | 2,472,821 |
| Non-current trade and other receivables, net | 5,8,20,45,46,47 | | 2,002,297 | 1,861,569 |
| Property, plant and equipment, net | 18,24,27,49 | | 164,701,827 | 168,709,387 |
| Investment properties, net | 19,27 | | 158,580 | 225,195 |
| Goodwill | 16,51 | | 97,977 | 98,166 |
| Intangible assets other than goodwill, net | 21,27,46 | | 1,069,976 | 1,055,730 |
| Investments in associates | 4,17 | | 4,251,802 | 4,250,787 |
| Investments in joint ventures | 4,17 | | 1,663,029 | 1,919,746 |
| Defined benefit assets, net | 25 | | 1,047 | 7,231 |
| Deferred tax assets | 41 | | 1,437,829 | 1,733,146 |
| Non-current non-financial assets | 15 | | 166,929 | 246,392 |
| **Total non-current assets** | | | 178,114,791 | 182,580,170 |
| **Total Assets** | 4 | ₩ | 197,597,792 | 203,142,111 |

(Continued)

F-7

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Financial Position, Continued**
**As of December 31, 2019 and 2020**

| | Note | | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| **Liabilities** | | | | |
| Current liabilities | | | | |
| Trade and other payables, net | 5,22,24,45,47 | ₩ | 6,649,402 | 6,256,521 |
| Current financial liabilities, net | 5,12,23,45,47 | | 8,930,903 | 10,724,689 |
| Income tax payables | 41 | | 358,277 | 476,898 |
| Current non-financial liabilities | 20,28,29 | | 5,688,353 | 5,971,450 |
| Current provisions | 26,45 | | 2,604,721 | 2,451,664 |
| **Total current liabilities** | | | 24,231,656 | 25,881,222 |
| Non-current liabilities | | | | |
| Non-current trade and other payables, net | 5,22,24,45,47 | | 6,965,760 | 6,480,412 |
| Non-current financial liabilities, net | 5,12,23,45,47 | | 59,115,598 | 59,365,011 |
| Non-current non-financial liabilities | 28,29 | | 8,834,452 | 9,661,941 |
| Employee benefits liabilities, net | 25,45 | | 1,929,854 | 1,910,860 |
| Deferred tax liabilities | 41 | | 8,564,775 | 9,100,247 |
| Non-current provisions | 26,45 | | 19,066,048 | 20,075,572 |
| **Total non-current liabilities** | | | 104,476,487 | 106,594,043 |
| **Total Liabilities** | 4 | ₩ | 128,708,143 | 132,475,265 |
| **Equity** | | | | |
| Contributed capital | 1,30,45 | | | |
| Share capital | | ₩ | 3,209,820 | 3,209,820 |
| Share premium | | | 843,758 | 843,758 |
| | | | 4,053,578 | 4,053,578 |
| Retained earnings | 31 | | | |
| Legal reserves | | | 1,604,910 | 1,604,910 |
| Voluntary reserves | | | 34,785,425 | 32,179,066 |
| Unappropriated retained earnings | | | 12,811,798 | 17,349,625 |
| | | | 49,202,133 | 51,133,601 |
| Other components of equity | 34 | | | |
| Other capital surplus | | | 1,226,364 | 1,224,105 |
| Accumulated other comprehensive loss | | | (280,730) | (409,577) |
| Other equity | | | 13,294,973 | 13,294,973 |
| | | | 14,240,607 | 14,109,501 |
| Equity attributable to owners of the controlling company | | | 67,496,318 | 69,296,680 |
| Non-controlling interests | 16,33 | | 1,393,331 | 1,370,166 |
| **Total Equity** | | ₩ | 68,889,649 | 70,666,846 |
| **Total Liabilities and Equity** | | ₩ | 197,597,792 | 203,142,111 |

See accompanying notes to the consolidated financial statements.

F-8

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Comprehensive Income (Loss)**
**For the years ended December 31, 2018, 2019 and 2020**

| | Note | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | In millions of won, except per share information | | |
| **Sales** | 4,35,45,47 | | | |
| Sales of goods | ₩ | 57,897,804 | 56,894,876 | 56,684,312 |
| Sales of construction services | 20 | 1,742,391 | 1,264,916 | 812,175 |
| Sales of services | | 392,867 | 408,290 | 429,350 |
| | | 60,033,062 | 58,568,082 | 57,925,837 |
| **Cost of sales** | 14,25,43,47 | | | |
| Cost of sales of goods | | (55,976,628) | (55,750,468) | (50,353,315) |
| Cost of sales of construction services | | (1,638,869) | (998,766) | (1,009,430) |
| Cost of sales of services | | (592,224) | (1,030,601) | (441,851) |
| | | (58,207,721) | (57,779,835) | (51,804,596) |
| **Gross profit** | | 1,825,341 | 788,247 | 6,121,241 |
| **Selling and administrative expenses** | 25,36,43,47 | (2,627,890) | (2,669,576) | (2,678,443) |
| **Other income** | 28,37 | 969,894 | 997,973 | 1,036,448 |
| **Other expenses** | 37 | (231,330) | (241,913) | (417,720) |
| **Other gains (losses), net** | 38 | (621,124) | (582,258) | 35,094 |
| **Operating profit (loss)** | 4 | (685,109) | (1,707,527) | 4,096,620 |
| **Finance income** | 5,12,39 | 796,870 | 1,009,706 | 1,510,249 |
| **Finance expenses** | 5,12,40 | (2,470,743) | (2,782,156) | (2,896,443) |
| **Profit (loss) related to associates, joint ventures and subsidiaries** | 4,16,17 | | | |
| Share in profit of associates and joint ventures | | 473,269 | 257,673 | 398,972 |
| Gain on disposal of investments in associates and joint ventures | | 5,079 | 70,094 | 10,165 |
| Gain on disposal of investments in subsidiaries | | 73 | — | — |
| Share in loss of associates and joint ventures | | (110,168) | (90,853) | (119,848) |
| Loss on disposal of investments in associates and joint ventures | | (2,183) | (2) | (16) |
| Impairment loss on investments in associates and joint ventures | | (7,907) | (22,517) | (1,556) |
| Loss on disposal of investments in subsidiaries | | — | (256) | (6,610) |
| | | 358,163 | 214,139 | 281,107 |
| **Profit (loss) before income tax** | | (2,000,819) | (3,265,838) | 2,991,533 |
| **Income tax benefit (expense)** | 41 | 826,321 | 1,002,303 | (899,064) |
| **Profit (loss) for the year** | ₩ | (1,174,498) | (2,263,535) | 2,092,469 |

(Continued)

F-9

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Comprehensive Income (Loss), Continued**
**For the years ended December 31, 2018, 2019 and 2020**

| | Note | | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| | | | In millions of won, except per share information | | |
| **Other comprehensive income (loss), net of tax** | 5,12,25,31,34 | | | | |
| Items that will not be reclassified subsequently to profit or loss: | | | | | |
| Remeasurements of defined benefit liability | 25,31 | ₩ | (108,169) | 42,315 | (69,804) |
| Share in other comprehensive income (loss) of associates and joint ventures | 31 | | (1,153) | (6,789) | 3,181 |
| Net change in fair value of financial assets at fair value through other comprehensive income | 34 | | (34,185) | (11,732) | (8,532) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | | |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting | 5,12,34 | | 211 | 19,242 | 64,561 |
| Foreign currency translation of foreign operations | 34 | | (20,717) | 72,816 | (76,442) |
| Share in other comprehensive income (loss) of associates and joint ventures | 34 | | 57,088 | 19,344 | (132,805) |
| **Other comprehensive income (loss) for the year** | | | (106,925) | 135,196 | (219,841) |
| **Total comprehensive income (loss) for the year** | | ₩ | (1,281,423) | (2,128,339) | 1,872,628 |
| **Profit (loss) attributable to:** | | | | | |
| Owners of the controlling company | 44 | ₩ | (1,314,567) | (2,345,517) | 1,991,347 |
| Non-controlling interests | | | 140,069 | 81,982 | 101,122 |
| | | ₩ | (1,174,498) | (2,263,535) | 2,092,469 |
| **Total comprehensive income (loss) attributable to:** | | | | | |
| Owners of the controlling company | | ₩ | (1,426,477) | (2,239,147) | 1,802,824 |
| Non-controlling interests | | | 145,054 | 110,808 | 69,804 |
| | | ₩ | (1,281,423) | (2,128,339) | 1,872,628 |
| **Earnings (loss) per share (in won)** | 44 | | | | |
| Basic and diluted earnings (loss) per share | | ₩ | (2,048) | (3,654) | 3,102 |

See accompanying notes to the consolidated financial statements.

F-10

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Changes in Equity**
**For the years ended December 31, 2018, 2019 and 2020**

| | | Equity attributable to owners of the controlling company | | | | | |
|---|---|---|---|---|---|---|---|
| | | Contributed capital | Retained earnings | Other components of equity | Subtotal | Non-controlling interests | Total equity |
| | | | | In millions of won | | | |
| **Balance at January 1, 2018** | ₩ | 4,053,578 | 53,370,558 | 14,257,309 | 71,681,445 | 1,283,196 | 72,964,641 |
| Effect of change in accounting policy | | — | 71,928 | (76,851) | (4,923) | — | (4,923) |
| **Restated balance at January 1, 2018** | | 4,053,578 | 53,442,486 | 14,180,458 | 71,676,522 | 1,283,196 | 72,959,718 |
| **Total comprehensive income (loss) for the year** | | | | | | | |
| Profit (loss) for the year | | — | (1,314,567) | — | (1,314,567) | 140,069 | (1,174,498) |
| Items that will not be reclassified subsequently to profit or loss: | | | | | | | |
| Remeasurements of defined benefit liability, net of tax | | — | (100,495) | — | (100,495) | (7,674) | (108,169) |
| Share in other comprehensive income (loss) of associates and joint ventures, net of tax | | — | (1,153) | — | (1,153) | — | (1,153) |
| Net change in fair value of financial assets at fair value through other comprehensive income, net of tax | | — | — | (34,125) | (34,125) | (60) | (34,185) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | | | | |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting, net of tax | | — | — | (1,140) | (1,140) | 1,351 | 211 |
| Foreign currency translation of foreign operations, net of tax | | — | — | (32,086) | (32,086) | 11,369 | (20,717) |
| Share in other comprehensive income (loss) of associates and joint ventures, net of tax | | — | — | 57,089 | 57,089 | (1) | 57,088 |
| **Transactions with owners of the Company, recognized directly in equity** | | | | | | | |
| Dividends paid | | — | (507,152) | — | (507,152) | (92,741) | (599,893) |
| Issuance of shares of capital by subsidiaries and others | | — | — | 1,032 | 1,032 | 17,183 | 18,215 |
| Changes in consolidation scope | | — | — | — | — | 9,530 | 9,530 |
| Dividends paid (hybrid bond) | | — | — | — | — | (13,385) | (13,385) |
| **Balance at December 31, 2018** | ₩ | 4,053,578 | 51,519,119 | 14,171,228 | 69,743,925 | 1,348,837 | 71,092,762 |

(Continued)

F-11

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Changes in Equity, Continued**
**For the years ended December 31, 2018, 2019 and 2020**

| | | Equity attributable to owners of the controlling company | | | | | |
|---|---|---|---|---|---|---|---|
| | | Contributed capital | Retained earnings | Other components of equity | Subtotal | Non-controlling interests | Total equity |
| | | | | In millions of won | | | |
| **Balance at January 1, 2019** | ₩ | 4,053,578 | 51,519,119 | 14,171,228 | 69,743,925 | 1,348,837 | 71,092,762 |
| **Total comprehensive income (loss) for the year** | | | | | | | |
| Profit (loss) for the year | | — | (2,345,517) | — | (2,345,517) | 81,982 | (2,263,535) |
| Items that will not be reclassified subsequently to profit or loss: | | | | | | | |
| Remeasurements of defined benefit liability, net of tax | | — | 36,160 | — | 36,160 | 6,155 | 42,315 |
| Share in other comprehensive loss of associates and joint ventures, net of tax | | — | (6,789) | — | (6,789) | — | (6,789) |
| Net change in fair value of financial assets at fair value through other comprehensive income, net of tax | | — | — | (11,732) | (11,732) | — | (11,732) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | | | | |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting, net of tax | | — | — | 14,041 | 14,041 | 5,201 | 19,242 |
| Foreign currency translation of foreign operations, net of tax | | — | — | 55,347 | 55,347 | 17,469 | 72,816 |
| Share in other comprehensive income of associates and joint ventures, net of tax | | — | — | 19,343 | 19,343 | 1 | 19,344 |
| **Transactions with owners of the Company, recognized directly in equity** | | | | | | | |
| Dividends paid | | — | — | — | — | (99,255) | (99,255) |
| Issuance of shares of capital by subsidiaries and others | | — | — | — | — | 21,071 | 21,071 |
| Transactions between consolidated entities | | — | — | (8,460) | (8,460) | 323 | (8,137) |
| Changes in consolidation scope | | — | — | — | — | 24,932 | 24,932 |
| Dividends paid (hybrid bond) | | — | — | — | — | (13,385) | (13,385) |
| Others | | — | (840) | 840 | — | — | — |
| **Balance at December 31, 2019** | ₩ | 4,053,578 | 49,202,133 | 14,240,607 | 67,496,318 | 1,393,331 | 68,889,649 |

(Continued)

F-12

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Changes in Equity, Continued**
**For the years ended December 31, 2018, 2019 and 2020**

| | | Equity attributable to owners of the controlling company | | | | | |
|---|---|---|---|---|---|---|---|
| | | Contributed capital | Retained earnings | Other components of equity | Subtotal | Non-controlling interests | Total equity |
| | | In millions of won | | | | | |
| **Balance at January 1, 2020** | ₩ | 4,053,578 | 49,202,133 | 14,240,607 | 67,496,318 | 1,393,331 | 68,889,649 |
| **Total comprehensive income (loss) for the year** | | | | | | | |
| Profit (loss) for the year | | — | 1,991,347 | — | 1,991,347 | 101,122 | 2,092,469 |
| Items that will not be reclassified subsequently to profit or loss: | | | | | | | |
| Remeasurements of defined benefit liability, net of tax | | — | (62,857) | — | (62,857) | (6,947) | (69,804) |
| Share in other comprehensive income of associates and joint ventures, net of tax | | — | 3,181 | — | 3,181 | — | 3,181 |
| Net change in fair value of financial assets at fair value through other comprehensive income, net of tax | | — | — | (8,533) | (8,533) | 1 | (8,532) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | | | | |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting, net of tax | | — | — | 58,523 | 58,523 | 6,038 | 64,561 |
| Foreign currency translation of foreign operations, net of tax | | — | — | (46,032) | (46,032) | (30,410) | (76,442) |
| Share in other comprehensive loss of associates and joint ventures, net of tax | | — | — | (132,805) | (132,805) | — | (132,805) |
| **Transactions with owners of the Company, recognized directly in equity** | | | | | | | |
| Dividends paid | | — | — | — | — | (81,011) | (81,011) |
| Issuance of shares of capital by subsidiaries and others | | — | — | (148) | (148) | (5,297) | (5,445) |
| Transactions between consolidated entities | | — | (203) | (2,111) | (2,314) | 1,040 | (1,274) |
| Changes in consolidation scope | | — | — | — | — | 5,684 | 5,684 |
| Dividends paid (hybrid bond) | | — | — | — | — | (13,385) | (13,385) |
| **Balance at December 31, 2020** | ₩ | 4,053,578 | 51,133,601 | 14,109,501 | 69,296,680 | 1,370,166 | 70,666,846 |

See accompanying notes to the consolidated financial statements.

F-13

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Cash Flows**
**For the years ended December 31, 2018, 2019 and 2020**

| | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| **Cash flows from operating activities** | | | | |
| Profit (loss) for the year | ₩ | (1,174,498) | (2,263,535) | 2,092,469 |
| Adjustments to reconcile profit (loss) for the year to net cash provided by operating activities: | | | | |
| Income tax expense (benefit) | | (826,321) | (1,002,303) | 899,064 |
| Depreciation | | 9,905,856 | 10,971,825 | 11,377,553 |
| Amortization | | 118,938 | 156,915 | 170,466 |
| Employee benefit expense | | 360,575 | 725,120 | 492,288 |
| Bad debt expense | | 57,468 | 16,629 | 50,686 |
| Interest expense | | 1,868,458 | 2,046,811 | 1,995,425 |
| Loss on disposal of financial assets | | 1 | 2,106 | 648 |
| Loss on disposal of property, plant and equipment | | 60,704 | 72,508 | 162,725 |
| Loss on abandonment of property, plant and equipment | | 481,176 | 364,233 | 255,346 |
| Loss on impairment of property, plant and equipment | | 710,162 | 50,034 | 80,413 |
| Loss on impairment of intangible assets | | 8,112 | 513,609 | 3,599 |
| Loss on disposal of intangible assets | | 43 | 827 | 392 |
| Increase in provisions | | 1,056,994 | 2,301,215 | 1,832,765 |
| Loss (gain) on foreign currency translation, net | | 243,378 | 370,309 | (782,167) |
| Gain on valuation of financial assets at fair value through profit or loss | | (8,495) | (5,575) | (12,904) |
| Loss on valuation of financial assets at fair value through profit or loss | | 6,616 | 4,513 | 7,396 |
| Valuation and transaction loss (gain) on derivative instruments, net | | (300,500) | (403,765) | 390,322 |
| Share in profit of associates and joint ventures, net | | (363,101) | (166,820) | (279,124) |
| Gain on disposal of financial assets | | (1,838) | (3,866) | (11,992) |
| Gain on disposal of property, plant and equipment | | (98,077) | (43,784) | (93,195) |
| Gain on disposal of intangible assets | | (12) | (206) | (1,556) |
| Gain on disposal of investments in associates and joint ventures | | (5,079) | (70,094) | (10,165) |
| Loss on disposal of investments in associates and joint ventures | | 2,183 | 2 | 16 |
| Impairment loss on investments in associates and joint ventures | | 7,907 | 22,517 | 1,556 |
| Gain on disposal of investments in subsidiaries | | (72) | — | — |
| Loss on disposal of investments in subsidiaries | | — | 256 | 6,610 |
| Interest income | | (223,767) | (268,118) | (242,586) |
| Dividend income | | (12,777) | (13,838) | (7,316) |
| Others, net | | 81,317 | 128,237 | 30,411 |
| | | 13,129,849 | 15,769,297 | 16,316,676 |
| Changes in working capital: | | | | |
| Trade receivables | | 246,755 | 95,345 | (107,639) |
| Non-trade receivables | | 154,580 | 64,027 | 459,524 |
| Accrued income | | (484,718) | 83,589 | (258,963) |
| Other receivables | | (61,961) | (116,583) | (32,536) |
| Other current assets | | (148,509) | (271,986) | (462,125) |
| Inventories | | (1,771,550) | (980,216) | (723,495) |
| Other non-current assets | | (54,148) | (611,066) | (140,017) |
| Trade payables | | 478,744 | (546,159) | (262,985) |
| Non-trade payables | | (292,912) | 192,506 | (363,260) |
| Accrued expenses | | (361,204) | (454,501) | (222,113) |
| Other current liabilities | | 250,112 | 373,403 | 388,163 |
| Other non-current liabilities | | 287,488 | 650,468 | 755,005 |
| Investments in associates and joint ventures (dividends received) | | 175,175 | 215,612 | 237,695 |
| Provisions | | (1,132,969) | (1,473,461) | (1,499,436) |
| Payments of employee benefit obligations | | (89,253) | (65,242) | (74,848) |
| Plan assets | | (330,064) | (348,386) | (582,275) |
| | ₩ | (3,134,434) | (3,192,650) | (2,889,305) |

(Continued)

F-14

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Consolidated Statements of Cash Flows, Continued**
**For the years ended December 31, 2018, 2019 and 2020**

| | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| Cash generated from operating activities | ₩ | 8,820,917 | 10,313,112 | 15,519,840 |
| Dividends received (financial assets at fair value through other comprehensive income) | | 11,182 | 24,255 | 7,316 |
| Interest paid | | (1,895,898) | (2,027,850) | (2,081,663) |
| Interest received | | 194,221 | 186,122 | 215,183 |
| Income taxes paid | | (450,290) | (282,211) | (452,203) |
| **Net cash provided by operating activities** | | 6,680,132 | 8,213,428 | 13,208,473 |
| **Cash flows from investing activities** | | | | |
| Proceeds from disposals of investments in associates and joint ventures | | 1,617 | — | 5,444 |
| Acquisition of investments in associates and joint ventures | | (319,425) | (107,821) | (342,116) |
| Proceeds from disposals of property, plant and equipment | | 234,138 | 522,742 | 331,777 |
| Acquisition of property, plant and equipment | | (12,266,870) | (14,000,359) | (13,281,294) |
| Proceeds from disposals of intangible assets | | 13 | 7,702 | 10,871 |
| Acquisition of intangible assets | | (110,587) | (229,426) | (120,371) |
| Proceeds from disposals of financial assets | | 2,419,259 | 2,783,474 | 8,020,406 |
| Acquisition of financial assets | | (2,841,651) | (2,165,342) | (9,203,450) |
| Increase in loans | | (188,675) | (335,773) | (336,744) |
| Collection of loans | | 100,010 | 292,745 | 215,292 |
| Increase in deposits | | (299,564) | (280,637) | (276,255) |
| Decrease in deposits | | 259,930 | 275,314 | 280,941 |
| Proceeds from disposals of assets held-for-sale | | 18,716 | 30,662 | 32,578 |
| Receipt of government grants | | 30,416 | 21,705 | 41,209 |
| Cash outflow from merger | | — | (154,311) | — |
| Net cash inflow (outflow) from changes in consolidation scope | | 2,141 | (2,917) | (24,624) |
| Other cash outflow from investing activities, net | | (53,769) | (157,116) | (185,475) |
| **Net cash used in investing activities** | | (13,014,301) | (13,499,358) | (14,831,811) |
| **Cash flows from financing activities** | | | | |
| Proceeds from (repayment of) short-term borrowings, net | | (183,660) | 188,957 | 345,338 |
| Proceeds from long-term borrowings and debt securities | | 14,251,586 | 13,221,407 | 10,170,107 |
| Repayment of long-term borrowings and debt securities | | (8,095,590) | (7,068,290) | (7,976,658) |
| Payment of lease liabilities | | (134,454) | (573,437) | (613,977) |
| Settlement of derivative instruments, net | | 60,907 | 102,146 | 42,263 |
| Change in non-controlling interests | | 20,113 | 17,365 | 11,554 |
| Dividends paid (hybrid bond) | | (17,658) | (13,385) | (13,385) |
| Dividends paid | | (599,391) | (99,356) | (81,298) |
| Other cash outflow from financing activities, net | | (175) | — | (3,120) |
| **Net cash provided by financing activities** | | 5,301,678 | 5,775,407 | 1,880,824 |
| **Net increase (decrease) in cash and cash equivalents before effect of exchange rate fluctuations** | | (1,032,491) | 489,477 | 257,486 |
| **Effect of exchange rate fluctuations on cash held** | | 21,097 | (37,693) | (38,031) |
| **Net increase (decrease) in cash and cash equivalents** | | (1,011,394) | 451,784 | 219,455 |
| **Cash and cash equivalents at January 1** | | 2,369,739 | 1,358,345 | 1,810,129 |
| **Cash and cash equivalents at December 31** | ₩ | 1,358,345 | 1,810,129 | 2,029,584 |

See accompanying notes to the consolidated financial statements.

F-15

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements**
**December 31, 2019 and 2020**

**1.    Reporting Entity (Description of the controlling company)**

Korea Electric Power Corporation ("KEPCO") was incorporated on December 31, 1981 in accordance with the Korea Electric Power Corporation Act (the "KEPCO Act") to engage in the generation, transmission and distribution of electricity and development of electric power resources in the Republic of Korea. KEPCO also provides power plant construction services. KEPCO's stock was first listed on the Korea Stock Exchange on August 10, 1989 and subsequently on the New York Stock Exchange on October 27, 1994 through its depository receipts. KEPCO's headquarter is located in Naju, Jeollanam-do.

As of December 31, 2020, KEPCO's share capital amounts to ₩3,209,820 million and KEPCO's shareholders are as follows:

|  | Number of shares | Percentage of ownership |
| --- | --- | --- |
| The Government of the Republic of Korea | 116,841,794 | 18.20% |
| Korea Development Bank | 211,235,264 | 32.90% |
| Foreign investors | 106,414,565 | 16.58% |
| Other | 207,472,454 | 32.32% |
|  | 641,964,077 | 100.00% |

In accordance with the Restructuring Plan enacted on January 21, 1999 by the Ministry of Trade, Industry and Energy, KEPCO spun off its power generation divisions on April 2, 2001, resulting in the establishment of six power generation subsidiaries.

**2.    Basis of Preparation**

The consolidated financial statements of KEPCO and its subsidiaries (the "Company") were approved by the Board of Directors on February 19, 2021 and authorized on April 16, 2021 for the purpose of Form 20-F filing with the Securities and Exchange Commission.

**(1)    Statement of compliance**

These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board ("IASB").

**(2)    Basis of measurement**

These consolidated financial statements have been prepared on the historical cost basis, except for the following material items in the consolidated statements of financial position:

- financial assets at fair value through profit or loss

- financial assets at fair value through other comprehensive income

- derivative financial instruments are measured at fair value

- liabilities for defined benefit plans are recognized at the net of the total present value of defined benefit obligations less the fair value of plan assets

**(3)    Functional and presentation currency**

These consolidated financial statements are presented in Korean won ("won"), which is also the functional currency of KEPCO and most of the significant operating subsidiaries.

F-16

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**2.  Basis of Preparation, Continued**

**(4)  Use of estimates and judgments**

The preparation of the consolidated financial statements in conformity with IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future periods affected.

The followings are the key assumptions and other key sources of estimation uncertainty at the end of the reporting period, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year.

(i)  Useful lives of property, plant and equipment, and estimations on provision for decommissioning costs

The Company reviews the estimated useful lives of property, plant and equipment at the end of each annual reporting period. Management's assumptions could affect the determination of estimated economic useful lives.

The Company records the fair value of estimated decommissioning costs as a liability in the period in which the Company incurs a legal obligation associated with the retirement of long-lived assets that result from acquisition, construction, development and/or normal use of the assets. The Company is required to record a liability for the dismantling (demolition) of nuclear power plants and disposal of spent fuel and low and intermediate radioactive wastes. The measurement of such liability is subject to change based on change in estimated cash flow, inflation rate, discount rate, and expected timing of decommissioning.

(ii)  Deferred tax

The Company recognizes deferred tax assets and liabilities based on the differences between the financial statement carrying amounts and the tax bases of assets and liabilities of each consolidated taxpaying entity. However, the amount of deferred tax assets may be different if the Company determines the estimated future taxable income is not sufficient to realize the deferred tax assets recognized.

(iii)  Valuations of financial instruments at fair values

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities. The Company has established control framework with respect to the measurement of fair values. The valuation team regularly reviews significant unobservable inputs and valuation adjustments.

If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible. Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

F-17

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**2.    Basis of Preparation, Continued**

**(4)    Use of estimates and judgments, continued**

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement. The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

(iv)    Defined employee benefit liabilities

The Company offers its employees defined benefit plans. The cost of providing benefits is determined using the Projected Unit Credit Method, with actuarial valuations being carried out at the end of each reporting period. For actuarial valuations, certain inputs such as discount rates and future salary increases are estimated. Defined benefit plans contain significant uncertainties in estimations due to its long-term nature (refer to Note 25).

(v)    Unbilled revenue

Electricity delivered but neither metered nor billed is estimated at the reporting date based on the volume of electricity delivered which can vary significantly as a result of customer usage patterns, customer mix, meter reading schedules, weather, and etc. Unbilled revenue recognized as of December 31, 2019 and 2020 are ₩1,580,804 million and ₩1,691,294 million, respectively.

(vi)    Construction contracts

The Company recognizes revenue over time using the cost-based input method which represents a faithful depiction of the Company's progress towards complete satisfaction of providing the power plant construction, which has been identified as a single performance obligation. In applying the cost-based input method, it is necessary to use estimates and assumptions related to the Company's efforts or inputs expected to be incurred. Cost incurred towards contract completion include costs associated with direct materials, labor, and other indirect costs related to contract performance. Judgment is required in estimating the costs expected to incur in completing the construction projects which involves estimating future materials, labor, contingencies and other related costs. Revenue is estimated based on the contractual amount; however, it can also be affected by uncertainties resulting from unexpected future events.

(vii)    Early shutdown of Wolsong unit 1 nuclear power plant and changes in new nuclear power plants construction

The 30-year designed life of Wolsong unit 1 nuclear power plant of the Company had expired on November 20, 2012. On February 27, 2015, however, approval from the Nuclear Safety and Security Commission (NSSC) was received to continue its operation until November 20, 2022.

According to the Eighth Basic Plan for Electricity Supply and Demand announced by the Ministry of Trade, Industry and Energy in 2017, Wolsong unit 1 nuclear power plant was expected to go through a comprehensive evaluation for the feasibility of continuous operation including economic efficiency and acceptability of household and community in 2018 in order to decide whether to shut down early. On June 15, 2018, the board of directors of Korea Hydro & Nuclear Power Co., Ltd. ("KHNP"), a subsidiary of KEPCO, decided to shut down Wolsong unit 1 on the grounds that its deficit was increasing and its economic efficiency was low due to the nonoptimal utilization rate. On December 24, 2019, NSSC approved permanent shutdown of unit 1.

F-18

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**2.    Basis of Preparation, Continued**

**(4)    Use of estimates and judgments, continued**

In addition, the Company has also decided to discontinue the construction of Cheonji unit 1 and 2 and Daejin unit 1 and 2 pursuant to the government policy. Accordingly, the Company recognized impairment loss and other expenses during the year ended December 31, 2018.

Among the new nuclear power plants under construction, Shin-Hanwool unit 3 and 4, for which approval for power generation business was previously obtained, are not included in the list of construction suspension as determined by the board of directors of KHNP. However, it is highly likely that the construction of Shin-Hanwool unit 3 and 4 will be suspended according to the government's policy. Accordingly, the Company recognized impairment loss during the year ended December 31, 2018, as the Company believed that there was a significant change in its operating environment.

Korean government plans to refund to the Company for reasonable expenditures incurred in relation to the phase-out of nuclear power plants in accordance with the energy transformation policy established by Korean government. In doing so, after discussions with relevant government agencies and upon approval by the Congress, Korean government is considering using available resource including utilizing relevant fund to make the refund. Also, Korean government has stated that it plans to establish relevant legal basis of providing refund including utilizing available resources, if necessary.

As of December 31, 2020, there is no indication that the above-mentioned impairment no longer exists or has been reduced.

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the consolidated financial statements is included in the following notes:

- ✓    Note 17 – Investments in Associates and Joint Ventures
- ✓    Note 18 – Property, Plant and Equipment
- ✓    Note 20 – Construction Contracts
- ✓    Note 45 – Risk Management

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next financial year is included in the following notes:

- ✓    Note 25 – Employment Benefits
- ✓    Note 41 – Income Taxes

**(5)    Changes in accounting policies**

Changes in accounting standards effective from January 1, 2020 are as follows. The Company believes that these amendments have no significant impact on the Company's consolidated financial statements. The Company has not applied the new and revised standards in issue but not yet effective for the periods starting from January 1, 2020, even though the early adoption of these standards is possible.

Amendments to IFRS 3 'Business Combination'—Definition of a Business

The amendment to IFRS 3 clarifies that to be considered a business, an integrated set of activities and assets must include, at a minimum, an input and a substantive process that together significantly contribute to the ability to create output. Furthermore, it clarified that a business can exist without including all of the inputs and processes needed to create outputs.

Amendments to IFRS 7 'Financial Instruments : Disclosures', IFRS 9 'Financial Instruments', and IAS 39 'Financial Instruments : Recognition and Measurements'—Interest Rate Benchmark Reform

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**2.    Basis of Preparation, Continued**

**(5)    Changes in accounting policies, continued**

The amendments to IFRS 9 and IAS 39 provide a number of reliefs, which apply to all hedging relationships that are directly affected by interest rate benchmark reform. A hedging relationship is affected if the reform gives rise to uncertainties about the timing or amount of benchmark-based cash flows of the hedged item or the hedging instrument.

Amendments to IAS 1 'Presentation of Financial Statements' and IAS 8 'Accounting Policies, Changes in Accounting Estimates and Errors'— Definition of Material

The amendments provide a new definition of material that states "information is material if omitting, misstating or obscuring it could reasonably be expected to influence decisions that the primary users of general purpose financial statements make on the basis of those financial statements, which provide financial information about a specific reporting entity."

The amendments clarify that materiality will depend on the nature or magnitude of information, either individually or in combination with other information, in the context of the financial statements. A misstatement of information is material if it could reasonably be expected to influence decisions made by the primary users.

The Conceptual Framework for Financial Reporting

The Conceptual Framework is not a standard, and none of the concepts contained therein override the concepts or requirements in any standard. The purpose of the Conceptual Framework is to assist the IASB (International Accounting Standards Board) in developing standards, to help preparers develop consistent accounting policies where there is no applicable standard in place and to assist all parties to understand and interpret the standards.

The revised Conceptual Framework includes some new concepts, provides updated definitions and recognition criteria for assets and liabilities and clarifies some important concepts.

Amendments to IFRS 16 Covid-19 Related Rent Concessions

The amendments provide relief to lessees from applying IFRS 16 guidance on lease modification accounting for rent concessions arising as a direct consequence of the Covid-19 pandemic. As a practical expedient, a lessee may elect not to assess whether a Covid-19 related rent concession from a lessor is a lease modification. A lessee that makes this election accounts for any change in lease payments resulting from the Covid-19 related rent concession the same way it would account for the change under IFRS 16 if the change were not a lease modification. The amendment applies to annual reporting periods beginning on or after June 1, 2020. Earlier application is permitted.

**3.    Significant Accounting Policies**

The significant accounting policies applied by the Company in preparation of its consolidated financial statements are consistent with those followed in the preparation of the Company's consolidated financial statements as of and for the year ended December 31, 2019, except for the changes described in Note 2.(5).

**(1)    Basis of consolidation**

The consolidated financial statements are the financial statements of the Company in which the assets, liabilities, equity, income, expenses and cash flows of KEPCO and its subsidiaries are presented as those of a single economic entity. Subsidiaries are those entities controlled by the Company. The Company controls

F-20

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**3.     Significant Accounting Policies, Continued**

**(1)     Basis of consolidation, continued**

an entity when it is exposed to, or has rights to, variable returns from its involvement with the entity and has the ability to affect those returns through its power over the entity.

Income and expense of a subsidiary acquired or disposed of during the year are included in the consolidated statement of comprehensive income (loss) from the effective date of acquisition and up to the effective date of disposal, as appropriate. Total comprehensive income of subsidiaries is attributed to the owners of the Company and to the non-controlling interests even if this results in the non-controlling interests having a deficit balance.

When necessary, adjustments are made to the financial statements of subsidiaries to bring their accounting policies in line with those of the Company.

All intra-Company assets and liabilities, equity, income, expenses and cash flows relating to transactions between entities within the Company are eliminated in full on consolidation.

Changes in the Company's ownership interests in a subsidiary that do not result in the Company losing control over the subsidiary are accounted for as equity transactions. The carrying amounts of the Company's interests and the non-controlling interests are adjusted to reflect the changes in their relative interests in the subsidiary. Any difference between the amount by which the non-controlling interests are adjusted and the fair value of the consideration paid or received is recognized directly in equity and attributed to owners of the Company.

When the Company loses control of a subsidiary, the income or loss on disposal is calculated as the difference between (i) the aggregate of the fair value of the consideration received and the fair value of any retained interest and (ii) the previous carrying amount of the assets (including goodwill), and liabilities of the subsidiary and any non-controlling interests. When assets of the subsidiary are carried at revalued amounts or fair values and the related cumulative gain or loss has been recognized in other comprehensive income and accumulated in equity, the amounts previously recognized in other comprehensive income and accumulated in equity are accounted for as if the Company had directly disposed of the relevant assets (i.e., reclassified to profit or loss or transferred directly to retained earnings). The fair value of any investment retained in the former subsidiary at the date when control is lost is recognized as the fair value on initial recognition for subsequent accounting under IFRS 9 'Financial Instruments' or, when applicable, the cost on initial recognition of an investment in an associate or a jointly controlled entity.

**(2)     Business combinations**

A business combination is accounted for by applying the acquisition method, unless it is a combination involving entities or businesses under common control.

The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Company, liabilities incurred by the Company to the former owners of the acquiree and the equity interests issued by the Company in exchange for control of the acquiree. Acquisition-related costs are generally recognized in profit or loss as incurred.

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognized at their fair value at the acquisition date, except that:

•      deferred tax assets or liabilities and liabilities or assets related to employee benefit arrangements are recognized and measured in accordance with IAS 12 'Income Taxes' and IAS 19 'Employee Benefits' respectively;

F-21

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(2)    Business combinations, continued**

- assets (or disposal groups) that are classified as held for sale in accordance with IFRS 5 'Non-current Assets Held for Sale' are measured in accordance with that standard.

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognized immediately in profit or loss as a bargain purchase gain.

Non-controlling interest that is present on acquisition day and entitles the holder to a proportionate share of the entity's net assets in an event of liquidation, may be initially measured either at fair value or at the non-controlling interest's proportionate share of the recognized amounts of the acquiree's identifiable net assets. The choice of measurement can be elected on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in other IFRSs. When the consideration transferred by the Company in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not re-measured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is re-measured at subsequent reporting dates in accordance with IFRS 9 'Financial Instruments', or with IAS 37 'Provisions, Contingent Liabilities and Contingent Assets' as appropriate, with the corresponding gain or loss being recognized in profit or loss.

When a business combination is achieved in stages, the Company's previously held equity interest in the acquiree is re-measured to fair value at the acquisition date (i.e., the date when the Company obtains control) and the resulting gain or loss, if any, is recognized in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognized in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Company reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognized, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognized at that date.

F-22

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.     Significant Accounting Policies, Continued**

**(2)     Business combinations, continued**

The assets and liabilities acquired under business combinations under common control are recognized at the carrying amounts recognized previously in the consolidated financial statements of the ultimate parent. The difference between consideration transferred and carrying amounts of net assets acquired is recognized as part of share premium.

**(3)     Investments in associates**

An associate is an entity over which the Company has significant influence and that is neither a subsidiary nor an interest in a joint venture. Significant influence is the power to participate in the financial and operating policy decisions of the investee but does not control or joint control over those policies. If the Company holds 20% ~ 50% of the voting power of the investee, it is presumed that the Company has significant influence over the investee.

The results and assets and liabilities of associates are incorporated in these consolidated financial statements using the equity method of accounting. If the investment is classified as held for sale, in which case it is accounted for in accordance with IFRS 5 'Non-current Assets Held for Sale', any retained portion of an investment in associates that has not been classified as held for sale shall be accounted for using the equity method until disposal of the portion that is classified as held for sale takes place. After the disposal takes place, the Company shall account for any retained interest in associates in accordance with IFRS 9 'Financial Instruments' unless the retained interest continues to be an associate, in which case the entity uses the equity method.

Under the equity method, an investment in an associate is initially recognized in the consolidated statement of financial position at cost and adjusted thereafter to recognize the Company's share of the profit or loss and other comprehensive income of the associate. When the Company's share of losses of an associate exceeds the Company's interest in that associate (which includes any long-term interests that, in substance, form part of the Company's net investment in the associate), the Company discontinues recognizing its share of further losses. Additional losses are recognized only to the extent that the Company has incurred legal or constructive obligations or made payments on behalf of the associate.

Any excess of the cost of acquisition over the Company's share of the net fair value of the identifiable assets, liabilities and contingent liabilities of an associate recognized at the date of acquisition is recognized as goodwill, which is included within the carrying amount of the investment. Any excess of the Company's share of the net fair value of the identifiable assets, liabilities and contingent liabilities over the cost of acquisition, after reassessment, is recognized immediately in profit or loss.

Upon disposal of an associate that results in the Company losing significant influence over that associate, any retained investment is measured at fair value at that date and the fair value is regarded as its fair value on initial recognition as a financial asset in accordance with IFRS 9. The difference between the previous carrying amount of the associate attributable to the retained interest and its fair value is included in the determination of the gain or loss on disposal of the associate.

In addition, the Company accounts for all amounts previously recognized in other comprehensive income in relation to that associate on the same basis as would be required if that associate had directly disposed of the related assets or liabilities. Therefore, if a gain or loss previously recognized in other comprehensive income by that associate would be reclassified to profit or loss on the disposal of the related assets or liabilities, the Company reclassifies the gain or loss from equity to profit or loss (as a reclassification adjustment) when it loses significant influence over that associate.

F-23

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**3.    Significant Accounting Policies, Continued**

**(3)    Investments in associates, continued**

The requirements of IAS 28' Investments in Associates and Joint Ventures' are applied to determine whether it is necessary to recognize any impairment loss with respect to the Company's investment in an associate. When necessary, the entire carrying amount of the investment (including goodwill) is tested for impairment in accordance with IAS 36 'Impairment of Assets' as a single asset by comparing its recoverable amount (higher of value in use and fair value less costs to sell) with its carrying amount, any impairment loss recognized forms part of the carrying amount of the investment. Any reversal of that impairment loss is recognized in accordance with IAS 36 to the extent that the recoverable amount of the investment subsequently increases.

When the Company transacts with its associate, incomes and losses resulting from the transactions with the associate are recognized in the Company's consolidated financial statements only to the extent of interests in the associate that are not related to the Company.

**(4)    Joint arrangements**

A joint arrangement is an arrangement of which two or more parties have joint control. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require the unanimous consent of the parties sharing control. Joint arrangements are classified into two types—joint operations and joint ventures. A joint operation is a joint arrangement whereby the parties that have joint control of the arrangement (i.e., joint operators) have rights to the assets, and obligations for the liabilities, relating to the arrangement. A joint venture is a joint arrangement whereby the parties that have joint control of the arrangement (i.e., joint ventures) have rights to the net assets of the arrangement.

The classification of a joint arrangement as a joint operation or a joint venture depends upon the rights and obligations of the parties to the arrangement. The Company determines the type of joint arrangement in which it is involved by considering the structure and form of the arrangement, the terms agreed by the parties in the contractual arrangement and other facts and circumstances.

If the joint arrangement is a joint operation, the Company is to recognize and measure the assets and liabilities (and recognize the related revenues and expenses) in relation to its interest in the arrangement in accordance with relevant IFRSs applicable to the particular assets, liabilities, revenues and expenses. If the joint arrangement is a joint venture, the Company is to account for that investment using the equity method accounting in accordance with IAS 28 'Investment in Associates and Joint Ventures' (refer to Note 3.(3)), except when the Company is applicable to the IFRS 5 'Non-current Assets Held for Sale'.

**(5)    Non-current assets held for sale**

Non-current assets and disposal groups are classified as held for sale if their carrying amount will be recovered principally through a sale transaction rather than through continuing use. This condition is regarded as met only when the sale is highly probable and the non-current asset (or disposal group) is available for immediate sale in its present condition. Management must be committed to the sale, which should be expected to qualify for recognition as a completed sale within one year from the date of classification.

When the Company is committed to a sale plan involving loss of control of a subsidiary, all of the assets and liabilities of that subsidiary are classified as held for sale when the criteria described above are met, regardless of whether the Company will retain a non-controlling interest in its former subsidiary after the sale.

Non-current assets (and disposal groups) classified as held for sale are measured at the lower of their carrying amount and fair value less costs to sell.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(6)    Goodwill**

The Company measures goodwill which acquired in a business combination at the amount recognized at the date on which it obtains control of the acquiree (acquisition date) less any accumulated impairment losses. Goodwill acquired in a business combination is allocated to each cash-generating unit (CGU) that is expected to benefit from the synergies arising from the business acquired.

The Company assesses at the end of each reporting period and whenever there is an indication that the asset may be impaired. An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount. Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level will first reduce the carrying value of goodwill and then be used to reduce the carrying amount of the other assets in the CGU on a pro rata basis. Except for impairment losses in respect of goodwill which are never reversed, an impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount. An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

On disposal of the relevant CGU, the amount of goodwill is included in the determination of the gain or loss on disposal.

**(7)    Revenue from Contracts with Customers**

The Company recognizes revenue by applying the five-step approach (Step 1: Identify the contract(s) with a customer, Step 2: Identify the performance obligations in the contract, Step 3: Determine the transaction price, Step 4: Allocate the transaction price to the performance obligations in the contract, Step 5: Recognize revenue when the entity satisfied a performance obligation). The Company recognizes revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services, excluding amounts collected on behalf of third parties. Also, the Company recognizes revenue when the Company satisfies a performance obligation by transferring a promised good or service to a customer.

The Company adopted the cost pass-through tariff system from January 1, 2021 with the approval of the Ministry of Trade, Industry and Energy (MOTIE) on December 17, 2020, and the new system is only effective prospectively with no retrospective adjustments expected. The Company is currently analyzing the accounting policies regarding the adoption of the new system.

(i)    Sale of goods

The Company sells electricity to customers and accounts for the generation, transmission and distribution of electricity together as a single performance obligation. The sale of electricity is recognized at a point in time when electricity has been distributed to the customer. The transaction price includes variable consideration due to the progressive electricity billing system, discounts on electricity bills for government policy purposes and penalties. In situations where electricity had been delivered but not yet billed, the Company also estimates the volume of electricity delivered which can vary significantly as a result of customer usage patterns, customer mix, meter reading schedules, weather, etc. Variable consideration is estimated by using the expected value method which predicts

F-25

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(7)    Revenue from Contracts with Customers, continued**

the amount of consideration to which the Company will be entitled and is recognized only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved which is when the customer is billed.

(ii)    Sale of construction services

The Company provides power plant construction and EPC services which are each identified as a single performance obligation and is recognized over time on the estimated progress to completion using the cost-based input method. The Company believes using the cost-based input method represents a faithful depiction of the transfer of services to the customer. Cost incurred towards contract completion include costs associated with direct materials, labor, and other indirect costs related to contract performance. Judgment is required in estimating the costs expected to incur in completing the construction projects which involves estimating future materials, labor, contingencies and other related costs. Revenue is estimated based on the contractual amount; however it can also be affected by uncertainties resulting from unexpected future events.

Revenue may be recognized in advance of billing the customer which results in the recording of a contract asset. Once the Company meets the billing criteria and its rights to consideration become unconditional, the contract asset is then transferred to trade receivable. Billing requirements are generally structured around the completion of certain construction milestones. On some instances, contract liability is recognized when the Company receives consideration before being able to recognize revenue. Once revenue recognition conditions are met, the contract liability is subsequently released to revenue.

(iii)    Sale of services

The Company develops electric power resources including the provision of power generation byproducts and O&M services which are accounted for as a separate performance obligation under each contract. The Company recognizes revenue over time when customers consume the benefits provided by the Company under the terms of the service agreement.

**(8)    Deferred Revenue**

The Company receives consideration in the form of an item of property, equipment or cash for constructing or acquiring an item of property or equipment in exchange for supplying electricity to its customers. The transaction price is based on the fair value of the consideration received and is initially recorded in deferred revenue included in current and non-current non-financial liabilities of the Company's consolidated statement of financial position. The Company determines the supply of electricity to be a single performance obligation. Deferred revenue is released to other income over time on a straight-line basis throughout the estimated service period which does not exceed the transferred asset's useful life.

**(9)    Leases**

The lessee and the lessor account for each lease component separately from non-lease component, in the lease contracts or contracts that contain lease. However, the Company applied a practical expedient to each

F-26

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(9)    Leases, continued**

type of underlying asset in accounting as a lessee, and instead of separating the non-lease component from the lease component, it applied a method of accounting for each lease component and the related non-lease component as a single lease contract. The lessor's accounting has not changed significantly. Therefore, a lease that transfers most of the risks and rewards of ownership of the underlying asset is classified as a finance lease, and a lease that does not transfer most of the risks and rewards of ownership of the underlying asset is classified as an operating lease.

(i)    The Company as a lessor

In the case of finance leases, the Company recognizes the same amount of the net investment in the lease as finance lease receivables and recognizes interest income using the effective interest rate method. Income from operating leases is recognized using the straight-line basis over the lease term, and lease opening direct costs incurred during the negotiation and contract phase of the operating lease contract are added to the carrying amount of the lease asset and recognized as expenses over the lease term on a straight-line basis.

(ii)    The Company as a lessee

(a)    Right-of-use assets

The Company recognizes right-of-use assets at the commencement date of the lease. Right-of-use assets are measured at cost, less any accumulated depreciation and impairment losses, and adjusted for any re-measurement of lease liabilities. The cost of right-of-use assets includes the amount of lease liabilities recognized, initial direct costs incurred, and lease payments made at or before the commencement date less any lease incentives received. Unless the Company is reasonably certain to obtain ownership of the leased asset at the end of the lease term, the recognized right-of-use assets are depreciated on a straight-line basis over the shorter of its estimated useful life and the lease term. Right-of-use assets are subject to impairment.

(b)    Lease liabilities

At the commencement date of the lease, the Company recognizes lease liabilities measured at the present value of lease payments to be made over the lease term. The lease payments include fixed payments (including in-substance fixed payments) less any lease incentives receivable, variable lease payments that depend on an index or a rate, and amounts expected to be paid under residual value guarantees. The lease payments also include the exercise price of a purchase option reasonably certain to be exercised by the Company and payments of penalties for terminating a lease, if the lease term reflects the Company exercising the option to terminate. The variable lease payments that do not depend on an index or a rate are recognized as expenses in the period on which the event or condition that triggers the payment occurs.

In calculating the present value of lease payments, the Company uses its incremental borrowing rate at the lease commencement date if the interest rate implicit in the lease is not readily determinable. After the commencement date, the amount of lease liabilities is increased to reflect the accretion of interest and reduced for the lease payments made. In addition, the carrying amount of lease liabilities is remeasured if there is a modification, a change in the lease term, a change in the in-substance fixed lease payments or a change in the assessment of an option to purchase the underlying asset.

F-27

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(9)    Leases, continued**

(c)    Short-term leases and leases of low-value assets

The Company applies the short-term leases recognition exemption to its short-term leases of machinery and equipment (i.e., those leases that have a lease term of 12 months or less from the commencement date and do not contain a purchase option). It also applies the leases of low-value assets recognition exemption to leases of office equipment that are considered to be low value. Lease payments on short-term leases and leases of low-value assets are recognized as expense on a straight-line basis over the lease term.

Book value and changes in book value of right-of-use assets and lease liabilities during the period are described in Note 24.

**(10)    Foreign currencies**

Transactions in foreign currencies are translated to the respective functional currencies of the Company entities at exchange rates at the dates of the transactions. Monetary items in foreign currencies are retranslated to the functional currency using the reporting date's exchange rate. Non-monetary items that are measured at fair value in foreign currencies are retranslated to the functional currency at the exchange rate at the date that the fair value was determined, while non-monetary items that are measured in terms of historical cost in foreign currencies shall not be retranslated.

Exchange differences are recognized in profit or loss in the period in which they arise except for:

*   Exchange differences on foreign currency borrowings relating to assets under construction for future productive use, which are included in the cost of those assets when they are regarded as an adjustment to interest costs on those foreign currency borrowings;

*   Exchange differences on transactions entered into in order to hedge certain foreign currency risks (refer to note 3.(24) Derivative financial instruments, including hedge accounting); and

*   Exchange differences on monetary items receivable from or payable to a foreign operation for which settlement is neither planned nor likely to occur (therefore forming part of the net investment in the foreign operation), which are recognized initially in other comprehensive income and reclassified from equity to profit or loss on disposal or partial disposal of the net investment.

For the purpose of presenting financial statements, the assets and liabilities of the Company's foreign operations are expressed in Korean won using exchange rates prevailing at the end of the reporting period. Income and expense items are translated at the average exchange rates for the period, unless exchange rates fluctuated significantly during that period, in which case the exchange rates at the dates of the transactions are used. Exchange differences arising, if any, are recognized in other comprehensive income and accumulated in equity (if applicable, in non-controlling interests).

On the disposal of a foreign operation, the cumulative amount of the exchange differences relating to that foreign operation that have been attributed to the controlling interests shall be reclassified from equity to profit or loss (as a reclassification adjustment). The cumulative amount of the exchange differences relating to that foreign operation that have been attributed to the non-controlling interests shall be derecognized, but shall not be reclassified to profit or loss.

On the partial disposal of a subsidiary that includes a foreign operation, the entity shall re-attribute the proportionate share of the cumulative amount of the exchange differences recognized in other

F-28

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(10)   Foreign currencies, continued**

comprehensive income to the non-controlling interests in that foreign operation. In any other partial disposal of a foreign operation the entity shall reclassify to profit or loss only the proportionate share of the cumulative amount of the exchange differences recognized in other comprehensive income.

Any goodwill arising on the acquisition of a foreign operation and any fair value adjustments to the carrying amounts of assets and liabilities arising on the acquisition of that foreign operation shall be treated as assets and liabilities of the foreign operation. Thus they shall be expressed in the functional currency of the foreign operation and shall be translated at the closing rate. Such exchange differences shall be recognized in equity.

**(11)   Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset. Other borrowing costs are recognized in expense as incurred. A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.

Investment income earned on the temporary investment of specific borrowings pending their expenditure on qualifying assets is deducted from the borrowing costs eligible for capitalization.

All other borrowing costs are recognized in profit or loss in the period in which they are incurred.

**(12)   Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

Benefit from a government loan at a below-market interest rate is treated as a government grant, measured as the difference between proceeds received and the fair value of the loan based on prevailing market interest rates.

(i)     If the Company received grants related to assets

Government grants whose primary condition is that the Company purchases, constructs or otherwise acquires long-term assets are deducted in calculating the carrying amount of the asset. The grant is recognized in profit or loss over the life of a depreciable asset as a reduced depreciation expense.

(ii)    If the Company received grants related to expenses

Government grants which are intended to compensate the Company for expenses incurred are recognized as other income (government grants) in profit or loss over the periods in which the Company recognizes the related costs as expenses.

**(13)   Employee benefits**

When an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as a liability (accrued expense).

For defined benefit pension plans and other post-employment benefits, the net periodic pension expense is actuarially determined by "Pension Actuarial System" developed by independent actuaries using the

F-29

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(13)  Employee benefits, continued**

projected unit credit method. The present value of the defined benefit obligation is determined by discounting the estimated future cash outflows using interest rates of high-quality corporate bonds that are denominated in the currency in which the benefits will be paid and that have terms to maturity approximating the terms of the related pension liability. However, if there is not a deep market, market yields on government bonds are used.

Net defined benefit liability's measurement is composed of actuarial gains and losses, return on plan assets excluding net interest on net defined benefit liability, and any change in the effect of the asset ceiling, excluding net interest, which are immediately recognized in other comprehensive income. The actuarial gains or losses recognized in other comprehensive income which will not be reclassified into net profit or loss for later periods are immediately recognized in retained earnings. Past service cost will be recognized as expenses upon the earlier of the date of change or reduction to the plan, or the date of recognizing termination benefits.

The retirement benefit obligation recognized in the consolidated statement of financial position represents the present value of the defined benefit obligation as adjusted for unrecognized actuarial gains and losses and unrecognized past service cost, and as reduced by the fair value of plan assets. Any asset resulting from this calculation is limited to unrecognized actuarial losses and past service cost, plus the present value of available refunds and reductions in future contributions to the plan.

**(14)  Income taxes**

Income tax expense comprises current and deferred tax. Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to a business combination, or items recognized directly in equity or in other comprehensive income.

(i)     Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years. The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit (tax loss) of future periods, and non-taxable or non-deductible items from the accounting profit.

Current tax assets and liabilities are offset only if, the Company:

(a)    has a legally enforceable right to set off the recognized amounts; and

(b)    intends either to settle on a net basis, or to realize the asset and settle the liability simultaneously.

(ii)    Deferred tax

Deferred tax is recognized, using the asset-liability method, in respect of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. A deferred tax liability is recognized for all taxable temporary differences. A deferred tax asset is recognized for all deductible temporary differences to the extent that it is probable that taxable profit will be available against which they can be utilized. However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the

F-30

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(14)  Income taxes, continued**

initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

In certain circumstances such as when accounting for leases or decommissioning costs of nuclear power plants, the carrying amount of the asset recorded is equal to the liability recognized at initial recognition. When recording its deferred tax balances, the Company considers these assets and liabilities separately on a gross basis. Accordingly, the taxable temporary difference relating to the asset and the deductible temporary difference relating to the liability are separately recognized and presented on a net basis in the consolidated financial statements.

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities. Deferred tax assets or deferred tax liabilities on investment properties measured at fair value, unless any contrary evidence exists, are measured using the assumption that the carrying amount of the property will be recovered entirely through sale.

The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and interests in joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. The Company recognizes a deferred tax asset for all deductible temporary differences arising from investments in subsidiaries and associates, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and reduces the carrying amount to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period. The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period to recover or settle the carrying amount of its assets and liabilities.

Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

(iii)  Current and deferred tax for the year

Current and deferred tax are recognized in profit or loss, except when they relate to items that are recognized in other comprehensive income or directly in equity, in which case, the current and deferred tax are also recognized in other comprehensive income or directly in equity respectively. Where current tax or deferred tax arises from the initial accounting for a business combination, the tax effect is included in the accounting for the business combination.

F-31

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(15)  Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and accumulated impairment losses. The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and the initial estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

Subsequent costs are recognized in the carrying amount of property, plant and equipment at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably. The carrying amount of the replaced part is derecognized. The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Property, plant and equipment, except for land, are depreciated on a straight-line basis over estimated useful lives that appropriately reflect the pattern in which the asset's future economic benefits are expected to be consumed. For loaded nuclear fuel related to long-term raw materials and spent nuclear fuels related to asset retirement costs, the Company uses the unit-of-production method to measure and recognize depreciation expenses.

The estimated useful lives of the Company's property, plant and equipment are as follows:

|  | Useful lives (years) |
|---|---|
| Buildings | 8 ~ 40 |
| Structures | 5 ~ 50 |
| Machinery | 2 ~ 32 |
| Vehicles | 3 ~ 8 |
| Loaded heavy water | 30 |
| Asset retirement costs | 18, 30, 40, 60 |
| Right-of-use assets | 1 ~ 65 |
| Ships | 9 |
| Others | 4 ~ 15 |

A component that is significant compared to the total cost of property, plant and equipment is depreciated over its separate useful life.

Depreciation methods, residual values and useful lives of property, plant and equipment are reviewed at the end of each reporting period and if change is deemed appropriate, it is treated as a change in accounting estimate.

Property, plant and equipment are derecognized on disposal, or when no future economic benefits are expected from its use or disposal. Gains or losses arising from derecognition of an item of property, plant and equipment, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognized in profit or loss when the asset is derecognized.

**(16)  Investment property**

A property held for the purpose of earning rentals or benefiting from capital appreciation is classified as investment property. Investment property is initially measured at its cost. Transaction costs are included in the initial measurement. Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

F-32

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(16)  Investment property, continued**

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably. The carrying amount of the replaced part is derecognized. The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Investment properties except for land, are depreciated on a straight-line basis over 8 ~ 40 years as estimated useful lives.

The estimated useful lives, residual values and depreciation method are reviewed at the end of each reporting period, with the effect of any changes in estimate accounted for on a prospective basis.

An investment property is derecognized upon disposal or when the investment property is permanently withdrawn from use and no future economic benefits are expected from the disposal. Any gain or loss arising on derecognition of the property (calculated as the difference between the net disposal proceeds and the carrying amount of the asset) is included in profit or loss in the period in which the property is derecognized.

**(17)  Intangible assets**

(i)     Intangible assets acquired separately

Intangible assets with finite useful lives that are acquired separately are carried at cost less accumulated amortization and accumulated impairment losses. Amortization is recognized on a straight-line basis over their estimated useful lives. The estimated useful life and amortization method are reviewed at the end of each reporting period, with the effect of any changes in estimate being accounted for on a prospective basis. Intangible assets with indefinite useful lives that are acquired separately are carried at cost less accumulated impairment losses.

(ii)    Research and development

Expenditure on research activities is recognized as an expense in the period in which it is incurred.

An internally-generated intangible asset arising from development (or from the development phase of an internal project) is recognized if, and only if, all of the following have been demonstrated:

- •   The technical feasibility of completing the intangible asset so that it will be available for use or sale;

- •   The intention to complete the intangible asset and use or sell it;

- •   The ability to use or sell the intangible asset;

- •   How the intangible asset will generate probable future economic benefits;

- •   The availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset; and

- •   The ability to measure reliably the expenditure attributable to the intangible asset during its development.

The amount initially recognized for internally-generated intangible assets is the sum of the expenditure incurred from the date when the intangible asset first meets the recognition criteria listed above. When

F-33

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.   Significant Accounting Policies, Continued**

**(17)  Intangible assets, continued**

the development expenditure does not meet the criteria listed above, an internally-generated intangible asset cannot be recognized and the expenditure is recognized in profit or loss in the period in which it is incurred.

Internally-generated intangible assets are reported at cost less accumulated amortization and accumulated impairment losses.

The estimated useful lives and amortization methods of the Company's intangible assets are as follows:

|  | Useful lives (years) | Amortization methods |
| --- | --- | --- |
| Usage rights for donated assets | 10 ~ 30 | Straight line |
| Software | 4, 5 | Straight line |
| Industrial rights | 5 ~ 10 | Straight line |
| Development expenditures | 5 | Straight line |
| Leasehold rights | 8 ~ 10 | Straight line |
| Others | 3 ~ 50 or indefinite | Straight line |
| Mining rights | — | Unit of production |

(iii)   Intangible assets acquired in a business combination

Intangible assets that are acquired in a business combination are recognized separately from goodwill are initially recognized at their fair value at the acquisition date.

Subsequent to initial recognition, intangible assets acquired in a business combination are reported at cost less accumulated amortization and accumulated impairment losses, on the same basis as intangible assets that are acquired separately.

(iv)   Derecognition of intangible assets

An intangible asset is derecognized on disposal, or when no future economic benefits are expected from its use or disposal. Gains or losses arising from derecognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of the asset, and are recognized in profit or loss when the asset is derecognized.

**(18)  Greenhouse gas emissions rights (allowances) and obligations**

In accordance with the Act on the Allocation and Trading of Greenhouse Gas Emission Rights and its Enforcement Decree, the Company applies the following accounting policies for greenhouse gas emissions rights and obligations.

(i)   Greenhouse gas emissions rights

Greenhouse gas emissions rights consist of the allowances received free of charge from the government and the ones purchased. The cost of the greenhouse gas emissions rights includes expenditures arising directly from the acquisition and any other costs incurred during normal course of the acquisition.

Greenhouse gas emissions rights are held by the Company to fulfill the legal obligation and recorded as intangible assets. To the extent that the portion to be submitted to the government within one year from the end of reporting period, the greenhouse gas emissions rights are classified as current assets. Greenhouse gas emissions rights recorded as intangible assets are initially measured at cost and substantially remeasured at cost less accumulated impairment losses.

Greenhouse gas emissions rights are derecognized on submission to the government or when no future economic benefits are expected from its use or disposal.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**3.    Significant Accounting Policies, Continued**

**(18)   Greenhouse gas emissions rights (allowances) and obligations, continued**

(ii)    Greenhouse gas emissions obligations

Greenhouse gas emissions obligations are the Company's present legal obligation to submit the greenhouse gas emissions allowances to the government and recognized when an outflow of resources is probable and a reliable estimate can be made of the amount of the obligation. Greenhouse gas emissions obligations are measured as the sum of the carrying amount of the allocated rights that will be submitted to the government and the best estimate of expenditure required to settle the obligation at the end of the reporting period for any excess emission.

**(19)   Impairment of non-financial assets other than goodwill**

At the end of each reporting period, the Company reviews the carrying amounts of its property, plant and equipment and intangible assets with definite useful lives to determine whether there is any indication that those assets may have been impaired. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). Where it is not possible to estimate the recoverable amount of an individual asset, the Company estimates the recoverable amount of the cash-generating unit to which the asset belongs. Where a reasonable and consistent basis of allocation can be identified, corporate assets are also allocated to individual cash-generating units, or otherwise they are allocated to the smallest group of cash-generating units for which a reasonable and consistent allocation basis can be identified.

Intangible assets with indefinite useful lives and intangible assets not yet available for use are tested for impairment at least annually, and whenever there is an indication that the asset may be impaired.

Recoverable amount is the higher of fair value less costs to sell and value in use. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset for which the estimates of future cash flows have not been adjusted.

If the recoverable amount of an asset (or a CGU) is estimated to be less than its carrying amount, the carrying amount of the asset (or CGU) is reduced to its recoverable amount. An impairment loss is recognized immediately in profit or loss.

When an impairment loss subsequently reverses, the carrying amount of the asset (or a CGU) is increased to the revised estimate of its recoverable amount, to the extent the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or CGU) in prior years. A reversal of an impairment loss is recognized immediately in profit or loss.

**(20)   Inventories**

Inventories are measured at the lower of cost and net realizable value. Cost of inventories for inventories in transit are measured by using specific identification method. Cost of inventories, except for those in transit, are measured under the weighted average method and consists of the purchase price, cost of conversion and other costs incurred in bringing the inventories to their present location and condition.

Net realizable value is the estimated selling price in the ordinary course of business, less the estimated costs of completion and selling expenses. The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs. The

F-35

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(20)  Inventories, continued**

amount of any reversal of any write-down of inventories, arising from an increase in net realizable value, are recognized as a reduction in the amount of inventories recognized as an expense in the period in which the reversal occurs.

**(21)  Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision. Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates. If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

(i)     Provision for employment benefits

The Company determines the provision for employment benefits as the incentive payments based on the results of the individual performance evaluation or management assessment.

(ii)    Provision for decommissioning costs of nuclear power plants

The Company records the fair value of estimated decommissioning costs as a liability in the period in which the Company incurs a legal obligation associated with retirement of long-lived assets that result from acquisition, construction, development and/or normal use of the assets. Accretion expense consists of period-to-period changes in the liability for decommissioning costs resulting from the passage of time and revisions to either the timing or the amount of the original estimate of undiscounted cash flows.

(iii)   Provision for disposal of spent nuclear fuel

Under the Radioactive Waste Management Act, the Company is levied to pay the spent nuclear fuel fund for the management of spent nuclear fuel. The Company recognizes the provision of present value of the payments.

(iv)    Provision for low and intermediate radioactive wastes

Under the Radioactive Waste Management Act, the Company recognizes the provision for the disposal of low and intermediate radioactive wastes in best estimate of the expenditure required to settle the present obligation.

(v)     Provision for Polychlorinated Biphenyls ("PCBs")

Under the Persistent Organic Pollutants Control Act, enacted in 2007, the Company is required to remove PCBs, a toxin, from the insulating oil of its transformers by 2025. As a result of the

F-36

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(21)  Provisions, continued**

enactments, the Company is required to inspect the PCBs contents of transformers and dispose of PCBs in excess of safety standards under the legally settled procedures. The Company's estimates and assumptions used to determine fair value can be affected by many factors, such as the estimated costs of inspection and disposal, inflation rate, discount rate, regulations and the general economy.

(vi)    Provisions for the power plant region support programs

The power plant region support programs consist of scholarship programs to local students, local economy support programs, local culture support programs, environment development programs, and local welfare programs. The Company recognizes the provision in relation to the power plant region support programs.

(vii)   Provisions for the transmission and transformation facilities-neighboring areas support

The Company has present obligation to conduct certain programs to support neighboring areas of our transmission and transformation facilities under the Act on Assistance to Electric Power Plants-Neighboring Areas. The Company recognizes the provision of estimated amount to fulfill the obligation.

(viii)  Renewable Portfolio Standard ("RPS") provisions

RPS program is required to generate a specified percentage of total electricity to be generated in the form of renewable energy and provisions are recognized for the governmental regulations to require the production of energies from renewable energy sources such as solar, wind and biomass.

**(22)  Financial instruments**

The Company recognizes financial assets and financial liabilities in the consolidated statement of financial position when the Company becomes a party to the contractual provisions of the instrument. Upon initial recognition, financial assets and financial liabilities are measured at their fair value plus, in the case of a financial asset or financial liabilities not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

(i)     Classification and measurement of financial assets

The Company classifies financial assets into three principal categories; measured at amortized cost, fair value through other comprehensive income (FVOCI) and fair value through profit or loss (FVTPL) based on the business model in which assets are managed and their cash flow characteristics. The Company assesses the hybrid financial instrument in which derivatives embedded as a whole for classification.

F-37

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(22)   Financial instruments, continued**

| | Cash flow characteristics | |
| --- | --- | --- |
| Business model | Solely payments of principal and interest (SPPI) | Other than SPPI |
| To collect contractual cash flows | Amortized cost | |
| Both collecting contractual cash flows and selling financial assets | FVOCI(*1) | FVTPL(*2) |
| To sell financial assets | FVTPL | |

(*1)   To eliminate or reduce an accounting mismatch, the Company may elect to recognize the amount of change in fair value in profit or loss.

(*2)   On initial recognition of an equity investment that is not held for trading, the Company may irrevocably elect to present subsequent changes in the investment's fair value in OCI.

① A financial asset is measured at amortized cost if it meets both of the following conditions and is not designated as at FVTPL: 1) it is held within a business model whose objective is to hold assets to collect contractual cash flows; and 2) its contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

② A financial asset is measured at FVOCI if it meets both of the following conditions and is not designated as at FVTPL: 1) it is held within a business model whose objective is achieved by both collecting contractual cash flows and selling financial assets; and 2) its contractual terms of the financial asset give rise on specified dates to cash flow that are solely payments of principal and interest on the principal amount outstanding.

③ All financial assets not classified as measured at amortized cost or FVOCI as described above are measured at FVTPL. On initial recognition of equity investment that is not held for trading, the Company may irrevocably elect to present subsequent changes in fair value in OCI, and will not reclassify (recycle) those items in OCI to profit or loss subsequently.

(ii)    Classification and measurement of financial liabilities

Financial liabilities are classified as FVTPL or other financial liabilities.

① A financial liability is classified as at FVTPL if it is classified as held-for-trading, it is a derivative or it is designated as such on initial recognition. Financial liabilities at FVTPL are measured at fair value and net gains and losses, including any interest expense, are recognized in profit or loss.

② A non-derivative financial liability that is not classified as at FVTPL is classified as other financial liabilities. Other financial liabilities are measured initially at its fair value minus transaction costs that are directly attributable to the acquisition or issue. Other financial liabilities are subsequently measured at amortized cost using the effective interest rate method.

(iii)   Impairment: Financial assets and contract assets

The Company applies a forward-looking 'expected credit loss' (ECL) model for debt instruments, lease receivables, contractual assets, loan commitments and financial guarantee contracts.

F-38

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.    Significant Accounting Policies, Continued**

**(22)  Financial instruments, continued**

The Company recognizes loss allowances measured on either of the 12-month or lifetime ECL based on the extent of increase in credit risk since inception as shown in the below table.

| | Classification | | Loss allowances |
|---|---|---|---|
| Stage 1 | Credit risk has not increased significantly since the initial recognition | 12-month ECL: | ECLs that resulted from possible default events within the 12 months after the reporting date |
| Stage 2 | Credit risk has increased significantly since the initial recognition | Lifetime ECL: | ECL that resulted from all possible default events over the expected life of a financial instrument |
| Stage 3 | Credit-impaired | | |

Under IFRS 9, the Company always measures the loss allowance at an amount equal to lifetime expected credit losses for trade receivables or contract assets that result from transactions that are within the scope of IFRS 15 and that do not contain a significant financing component in accordance with IFRS 15, and if the trade receivables or contract assets include a significant financing component, the Company may choose as its accounting policy to measure the loss allowance at an amount equal to lifetime expected credit losses.

The Company has chosen to measure the loss allowance at an amount equal to lifetime expected credit losses for the trade receivables, contract assets and lease receivables that contain a significant financing component.

(iv)    Derecognition

The Company derecognizes a financial asset when the contractual rights to the cash flows from the financial asset expire, or it transfers the rights to receive the contractual cash flows in a transaction in which substantially all of the risks and rewards of ownership of the financial asset are transferred or in which the Company neither transfers nor retains substantially all of the risks and rewards of ownership and it does not retain control of the financial asset. The Company enters into transactions whereby it transfers assets recognized in its consolidated statement of financial position, but retains either all or substantially all of the risks and rewards of the transferred assets. In these cases, the transferred assets are not derecognized.

The Company derecognizes a financial liability when its contractual obligations are discharged or cancelled or expire. On derecognition of a financial liability, the difference between the carrying amount extinguished and the consideration paid (including any non-cash assets transferred or liabilities assumed) is recognized in profit or loss.

**(23)  Service Concession Arrangements**

The Company recognizes revenues from construction services and operating services related to service concession arrangements in accordance with IFRS 15 'Revenue from Contracts with Customers'.

The Company recognizes a financial asset to the extent that it has an unconditional contractual right to receive cash or another financial asset for the construction services and an intangible asset to the extent that it receives a right (license) to charge users of the public service. Borrowing costs attributable to the

F-39

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**3.    Significant Accounting Policies, Continued**

**(23)  Service Concession Arrangements, continued**

arrangement are recognized as an expense in the period in which they are incurred unless the Company has a contractual right to receive an intangible asset (a right to charge users of the public service). In this case, borrowing costs attributable to the arrangement are capitalized during the construction phase of the arrangement.

**(24)  Derivative financial instruments, including hedge accounting**

The Company enters into a variety of derivative arrangements to manage its exposure to interest rate and foreign exchange rate risk, including foreign exchange forward contracts, interest rate swaps and cross currency swaps and others.

Derivatives are initially recognized at fair value. Subsequent to initial recognition, derivatives are measured at fair value.

The resulting gain or loss is recognized in profit or loss immediately unless the derivative is designated and effective as a hedging instrument, in such case the timing of the recognition in profit or loss depends on the nature of the hedge relationship.

A derivative with a positive fair value is recognized as a financial asset; a derivative with a negative fair value is recognized as a financial liability. A derivative is presented as a non-current asset or a non-current liability if the remaining maturity of the instrument is more than 12 months and it is not expected to be realized or settled within 12 months. Other derivatives are presented as current assets or current liabilities.

(i)    Separable embedded derivatives

Derivatives embedded in other financial instruments or other host contracts are treated as separate derivatives when their risks and characteristics are not closely related to those of the host contracts and when the host contracts are not measured at FVTPL.

An embedded derivative is presented as a non-current asset or a non-current liability if the remaining maturity of the hybrid instrument to which the embedded derivative is part of, is more than 12 months and it is not expected to be realized or settled within 12 months. All other embedded derivatives are presented as current assets or current liabilities.

(ii)   Hedge accounting

The Company designates certain hedging instruments, which include derivatives, embedded derivatives and non-derivatives in respect of foreign currency risk, as either fair value hedges or cash flow hedges. Hedges of foreign exchange risk on firm commitments are accounted for as cash flow hedges.

At the inception of the hedge relationship, the entity documents the relationship between the hedging instrument and the hedged item, along with its risk management objectives and its strategy for undertaking various hedge transactions. Furthermore, at the inception of the hedge and on an ongoing basis, the Company documents whether the hedging instrument is highly effective in offsetting changes in fair values or cash flows of the hedged item.

(iii)  Fair value hedges

Changes in the fair value of derivatives that are designated and qualify as fair value hedges are recognized in profit or loss immediately, together with any changes in the fair value of the hedged asset or liability that are attributable to the hedged risk. The changes in the fair value of the hedging

F-40

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**3.   Significant Accounting Policies, Continued**

**(24)  Derivative financial instruments, including hedge accounting, continued**

instrument and the change in the hedged item attributable to the hedged risk relating to the hedged items are recognized in the consolidated statements of comprehensive income (loss).

Hedge accounting is discontinued when the Company revokes the hedging relationship, when the hedging instrument expires or is sold, terminated, or exercised, or when it no longer qualifies for hedge accounting. The fair value adjustment to the carrying amount of the hedged item arising from the hedged risk is amortized and recognized as profit or loss from that date.

(iv)   Cash flow hedges

The effective portion of changes in the fair value of derivatives that are designated and qualify as cash flow hedges is recognized in other comprehensive income. The gain or loss relating to the ineffective portion is recognized immediately in profit or loss, and is included in the 'finance income and expense'.

Amounts previously recognized in other comprehensive income and accumulated in equity are reclassified to profit or loss in the periods when the hedged item is recognized in profit or loss, in the same line of the consolidated statement of comprehensive income (loss) as the recognized hedged item. However, when the forecast transaction that is hedged results in the recognition of a non-financial asset or a non-financial liability, the gains or losses previously accumulated in equity are transferred from equity and included in the initial measurement of the cost of the non-financial asset or non-financial liability.

Hedge accounting is discontinued when the Company revokes the hedging relationship, when the hedging instrument expires or is sold, terminated, or exercised, or it no longer qualifies for hedge accounting. Any gain or loss accumulated in equity at that time remains in equity and is recognized when the forecast transaction is ultimately recognized in profit or loss. When a forecast transaction is no longer expected to occur, the gain or loss accumulated in equity is recognized immediately in profit or loss.

**4.   Segment, Geographic and Other Information**

**(1)  Segment determination and explanation of the measurements**

The Company's operating segments are its business components that generate discrete financial information that is reported to and regularly reviewed by chief operating decision makers of the Company including but not limited to the Chief Executive Officer, for the purpose of resource allocation and assessment of segment performance. The Company's reportable segments are 'Transmission and distribution', 'Electric power generation (Nuclear)', 'Electric power generation (Non-nuclear)', 'Plant maintenance & engineering service' and 'Others'; others mainly represent the business unit that manages the Company's foreign operations.

Segment operating profit (loss) is determined the same way that consolidated operating profit is determined under IFRS without any adjustment for corporate allocations. The accounting policies used by each segment are consistent with the accounting policies used in the preparation of the consolidated financial statements. Segment assets and liabilities are determined based on separate financial statements of the entities instead of on a consolidated basis. There are various transactions between the reportable segments, including sales of property, plant and equipment and so on, that are conducted on an arm's-length basis at market prices that would be applicable to an independent third party. For subsidiaries which are in a different segment from that of its immediate parent company, their carrying amount in separate financial statements is eliminated in the consolidating adjustments in the tables below. In addition, consolidation adjustments in the table below include adjustments of the amount of investment in associates and joint ventures from the cost basis amount reflected in segment assets to that determined using equity method in the consolidated financial statements.

F-41

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**4.      Segment, Geographic and Other Information, Continued**

**(2)      Financial information of the segments for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:**

| | | | | | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment | | Total segment revenue | Intersegment revenue | Revenue from external customers | Depreciation and amortization | Interest income | Interest expense | Profit related to associates, joint ventures and subsidiaries | Employee benefit expense | Loss on abandonment of property, plant and equipment | Increase in provisions, net | Operating profit (loss) |
| | | | | | | | | In millions of won | | | | |
| Transmission and distribution | ₩ | 59,676,952 | 1,393,120 | 58,283,832 | 3,555,158 | 77,925 | 708,329 | 287,268 | 144,180 | 424,774 | 580,931 | (1,814,363) |
| Electric power generation (Nuclear) | | 8,858,717 | 8,833,787 | 24,930 | 3,088,019 | 30,422 | 503,161 | 9,946 | 76,467 | 38,886 | 520,167 | 357,401 |
| Electric power generation (Non-nuclear) | | 25,204,085 | 24,389,816 | 814,269 | 3,269,023 | 29,313 | 577,441 | 58,993 | 91,140 | 17,516 | (227,234) | 482,418 |
| Plant maintenance & engineering service | | 2,526,126 | 2,170,959 | 355,167 | 114,030 | 12,505 | 4,126 | 1,956 | 77,526 | — | 174,785 | 314,755 |
| Others | | 996,300 | 441,436 | 554,864 | 55,513 | 117,878 | 119,037 | — | 1,742 | — | 356 | 102,421 |
| Consolidation adjustments | | (37,229,118) | (37,229,118) | — | (56,949) | (44,276) | (43,636) | — | (30,480) | — | 7,989 | (127,741) |
| | ₩ | 60,033,062 | — | 60,033,062 | 10,024,794 | 223,767 | 1,868,458 | 358,163 | 360,575 | 481,176 | 1,056,994 | (685,109) |
| Finance income | | | | | | | | | | | | 796,870 |
| Finance expense | | | | | | | | | | | | (2,470,743) |
| Gain related to associates, joint ventures and subsidiaries | | | | | | | | | | | | 358,163 |
| Loss before income tax | | | | | | | | | | | ₩ | (2,000,819) |

F-42

Table of Contents

KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

4.    Segment, Geographic and Other Information, Continued

(2)    Financial information of the segments for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows, continued:

| | | | | | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment | | Total segment revenue | Intersegment revenue | Revenue from external customers | Depreciation and amortization | Interest income | Interest expense | Profit (loss) related to associates, joint ventures and subsidiaries | Employee benefit expense | Loss on abandonment of property, plant and equipment | Increase in provisions, net | Operating profit (loss) |
| | | | | | | | | In millions of won | | | | |
| Transmission and distribution | ₩ | 58,328,372 | 1,336,725 | 56,991,647 | 3,814,428 | 73,478 | 777,120 | 140,757 | 298,144 | 350,865 | 987,828 | (2,568,529) |
| Electric power generation (Nuclear) | | 8,937,026 | 8,908,803 | 28,223 | 3,227,695 | 37,277 | 511,864 | (5,497) | 132,283 | — | 672,134 | 782,511 |
| Electric power generation (Non-nuclear) | | 24,254,957 | 23,472,153 | 782,804 | 3,955,333 | 35,626 | 655,466 | 77,641 | 163,626 | 13,364 | 766,407 | 551,287 |
| Plant maintenance & engineering service | | 2,627,539 | 2,254,841 | 372,698 | 125,546 | 14,214 | 2,861 | 1,237 | 124,745 | — | 124,242 | 312,341 |
| Others | | 1,049,324 | 656,614 | 392,710 | 127,364 | 141,262 | 134,248 | — | 18,409 | 4 | 2,408 | (489,585) |
| Consolidation adjustments | | (36,629,136) | (36,629,136) | — | (121,626) | (33,739) | (34,748) | — | (12,087) | — | (251,804) | (295,552) |
| | ₩ | 58,568,082 | — | 58,568,082 | 11,128,740 | 268,118 | 2,046,811 | 214,138 | 725,120 | 364,233 | 2,301,215 | (1,707,527) |
| Finance income | | | | | | | | | | | | 1,009,706 |
| Finance expense | | | | | | | | | | | | (2,782,156) |
| Gain related to associates, joint ventures and subsidiaries | | | | | | | | | | | | 214,139 |
| Loss before income tax | | | | | | | | | | | ₩ | (3,265,838) |

F-43

[Table of Contents](#)

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**4.    Segment, Geographic and Other Information, Continued**

**(2)    Financial information of the segments for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows, continued:**

| | | | | | | | 2020 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment | Total segment revenue | Intersegment revenue | Revenue from external customers | Depreciation and amortization | Interest income | Interest expense | Profit (loss) related to associates, joint ventures and subsidiaries | Employee benefit expense | Loss on abandonment of property, plant and equipment | Increase in provisions, net | Operating profit (loss) |
| | | | | | | In millions of won | | | | | |
| Transmission and distribution | ₩ 57,345,933 | 1,224,602 | 56,121,331 | 3,836,355 | 48,220 | 737,973 | 169,176 | 190,302 | 236,727 | 731,194 | 3,045,912 |
| Electric power generation (Nuclear) | 9,938,941 | 9,817,147 | 121,794 | 3,564,120 | 25,581 | 503,485 | (4,905) | 86,672 | — | 691,052 | 1,168,833 |
| Electric power generation (Non-nuclear) | 20,329,611 | 19,552,376 | 777,235 | 4,034,024 | 20,843 | 622,346 | 115,096 | 112,775 | 17,679 | 346,195 | (172,884) |
| Plant maintenance & engineering service | 2,703,472 | 2,283,333 | 420,139 | 119,056 | 11,789 | 1,250 | 1,740 | 101,255 | — | 230,264 | 197,553 |
| Others | 1,582,001 | 1,096,663 | 485,338 | 122,092 | 167,005 | 162,843 | — | 50,889 | 940 | 3,711 | 148,393 |
| Consolidation adjustments | (33,974,121) | (33,974,121) | — | (127,628) | (30,852) | (32,472) | — | (49,605) | — | (169,651) | (291,187) |
| | ₩ 57,925,837 | — | 57,925,837 | 11,548,019 | 242,586 | 1,995,425 | 281,107 | 492,288 | 255,346 | 1,832,765 | 4,096,620 |
| Finance income | | | | | | | | | | | 1,510,249 |
| Finance expense | | | | | | | | | | | (2,896,443) |
| Gain related to associates, joint ventures and subsidiaries | | | | | | | | | | | 281,107 |
| Profit before income tax | | | | | | | | | | ₩ | 2,991,533 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

4.      Segment, Geographic and Other Information, Continued

(3)   Information related to segment assets and segment liabilities as of and for the years ended December 31, 2019 and 2020 are as follows:

| | | 2019 | | |
|---|---|---|---|---|
| **Segment** | | **Segment assets** | **Investments in associates and joint ventures** | **Acquisition of non-current assets** | **Segment liabilities** |
| | | In millions of won | | | |
| Transmission and distribution | ₩ | 109,809,254 | 3,716,931 | 6,340,593 | 58,350,681 |
| Electric power generation (Nuclear) | | 59,562,190 | 59,081 | 2,574,358 | 33,909,152 |
| Electric power generation (Non-nuclear) | | 54,758,933 | 2,088,581 | 4,955,784 | 33,117,193 |
| Plant maintenance & engineering service | | 3,528,879 | 50,238 | 95,810 | 1,124,855 |
| Others | | 7,833,516 | — | 344,795 | 3,531,496 |
| Segment totals | | 235,492,772 | 5,914,831 | 14,311,340 | 130,033,377 |
| Consolidation adjustments: | | | | | |
| Elimination of inter-segment amounts | | (39,207,636) | — | (81,555) | (6,654,717) |
| Equity method adjustment | | 1,791,844 | — | — | — |
| Deferred taxes | | 2,048 | — | — | 5,329,158 |
| Others | | (481,236) | — | — | 325 |
| | | (37,894,980) | — | (81,555) | (1,325,234) |
| Consolidated totals | ₩ | 197,597,792 | 5,914,831 | 14,229,785 | 128,708,143 |

| | | 2020 | | |
|---|---|---|---|---|
| **Segment** | | **Segment assets** | **Investments in associates and joint ventures** | **Acquisition of non-current assets** | **Segment liabilities** |
| | | In millions of won | | | |
| Transmission and distribution | ₩ | 113,115,667 | 4,204,090 | 6,535,380 | 59,772,046 |
| Electric power generation (Nuclear) | | 61,850,865 | 116,867 | 2,419,939 | 35,652,467 |
| Electric power generation (Non-nuclear) | | 54,531,155 | 1,807,409 | 3,758,795 | 33,292,680 |
| Plant maintenance & engineering service | | 3,492,571 | 42,167 | 141,226 | 1,061,949 |
| Others | | 8,923,046 | — | 577,056 | 4,039,220 |
| Segment totals | | 241,913,304 | 6,170,533 | 13,432,396 | 133,818,362 |
| Consolidation adjustments: | | | | | |
| Elimination of inter-segment amounts | | (39,762,888) | — | (30,731) | (6,749,728) |
| Equity method adjustment | | 1,372,001 | — | — | — |
| Deferred taxes | | 47,664 | — | — | 5,417,629 |
| Others | | (427,970) | — | — | (10,998) |
| | | (38,771,193) | — | (30,731) | (1,343,097) |
| Consolidated totals | ₩ | 203,142,111 | 6,170,533 | 13,401,665 | 132,475,265 |

F-45

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**4.**   **Segment, Geographic and Other Information, Continued**

**(4)**   **Geographic information**

Electricity sales, the main operations of the Company, are conducted in the Republic of Korea. The following information on revenue from external customers and non-current assets is determined by the location of the customers and of the assets:

| Geographical unit | | Revenue from external customers | | | Non-current assets(*2) | | |
|---|---|---|---|---|---|---|---|
| | | 2018 | 2019 | 2020 | 2018 | 2019 | 2020 |
| | | | | In millions of won | | | |
| Domestic | ₩ | 57,799,991 | 56,942,128 | 56,774,577 | 157,037,428 | 169,366,365 | 173,673,478 |
| Overseas(*1) | | 2,233,071 | 1,625,954 | 1,151,260 | 3,299,346 | 2,743,755 | 2,831,925 |
| | ₩ | 60,033,062 | 58,568,082 | 57,925,837 | 160,336,774 | 172,110,120 | 176,505,403 |

(*1)   Middle East and other Asian countries make up the majority of overseas revenue and non-current assets. Since the overseas revenue or non-current assets attributable to particular countries are not material, they are not disclosed individually.

(*2)   The amounts exclude financial assets and deferred tax assets.

**(5)**   **Information on significant customers**

There is no single customer which accounts for 10% or more of the Company's revenue for the years ended December 31, 2018, 2019 and 2020.

F-46

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

5.   **Classification of Financial Instruments**

(1)   **Classification of financial assets as of December 31, 2019 and 2020 are as follows:**

| | | Financial assets at fair value through profit or loss | Financial assets at fair value through other comprehensive income | Financial assets at amortized cost | Derivative assets (applying hedge accounting) | Total |
|---|---|---|---|---|---|---|
| | | | | In millions of won | | |
| **Current assets** | | | | | | |
| Cash and cash equivalents | ₩ | — | — | 1,810,129 | — | 1,810,129 |
| Current financial assets | | | | | | |
|    Current financial assets at fair value through profit or loss | | 131,385 | — | — | — | 131,385 |
|    Current financial assets at amortized costs | | — | — | 12,302 | — | 12,302 |
|    Current derivative assets | | 21 | — | — | 27,597 | 27,618 |
|    Other financial assets | | — | — | 1,415,204 | — | 1,415,204 |
|    Trade and other receivables | | — | — | 7,701,452 | — | 7,701,452 |
| | | 131,406 | — | 10,939,087 | 27,597 | 11,098,090 |
| **Non-current assets** | | | | | | |
| Non-current financial assets | | | | | | |
|    Non-current financial assets at fair value through profit or loss | | 615,876 | — | — | — | 615,876 |
|    Non-current financial assets at fair value through other comprehensive income | | — | 379,170 | — | — | 379,170 |
|    Non-current financial assets at amortized costs | | — | — | 1,307 | — | 1,307 |
|    Non-current derivative assets | | 165,183 | — | — | 118,232 | 283,415 |
|    Other financial assets | | — | — | 1,283,730 | — | 1,283,730 |
|    Trade and other receivables | | — | — | 2,002,297 | — | 2,002,297 |
| | | 781,059 | 379,170 | 3,287,334 | 118,232 | 4,565,795 |
| | ₩ | 912,465 | 379,170 | 14,226,421 | 145,829 | 15,663,885 |

F-47

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**(5)   Classification of Financial Instruments, Continued**

**(1)   Classification of financial assets as of December 31, 2019 and 2020 are as follows, continued:**

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Financial assets at fair value through profit or loss | Financial assets at fair value through other comprehensive income | Financial assets at amortized cost In millions of won | Derivative assets (applying hedge accounting) | Total |
| **Current assets** | | | | | | |
| Cash and cash equivalents | ₩ | — | — | 2,029,584 | — | 2,029,584 |
| Current financial assets | | | | | | |
| Current financial assets at fair value through profit or loss | | 1,196,101 | — | — | — | 1,196,101 |
| Current financial assets at amortized costs | | — | — | 13,149 | — | 13,149 |
| Current derivative assets | | 18,332 | — | — | 11,193 | 29,525 |
| Other financial assets | | — | — | 1,561,445 | — | 1,561,445 |
| Trade and other receivables | | — | — | 7,918,470 | — | 7,918,470 |
| | | 1,214,433 | — | 11,522,648 | 11,193 | 12,748,274 |
| **Non-current assets** | | | | | | |
| Non-current financial assets | | | | | | |
| Non-current financial assets at fair value through profit or loss | | 685,281 | — | — | — | 685,281 |
| Non-current financial assets at fair value through other comprehensive income | | — | 358,559 | — | — | 358,559 |
| Non-current financial assets at amortized costs | | — | — | 1,273 | — | 1,273 |
| Non-current derivative assets | | 92,432 | — | — | 44,456 | 136,888 |
| Other financial assets | | — | — | 1,290,820 | — | 1,290,820 |
| Trade and other receivables | | — | — | 1,861,569 | — | 1,861,569 |
| | | 777,713 | 358,559 | 3,153,662 | 44,456 | 4,334,390 |
| | ₩ | 1,992,146 | 358,559 | 14,676,310 | 55,649 | 17,082,664 |

F-48

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**(5)    Classification of Financial Instruments, Continued**

**(2)    Classification of financial liabilities as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| | | Financial liabilities at fair value through profit or loss | Financial liabilities recognized at amortized cost | Derivative liabilities (applying hedge accounting) | Total |
| | | In millions of won | | | |
| **Current liabilities** | | | | | |
| Borrowings | ₩ | — | 1,315,134 | — | 1,315,134 |
| Debt securities | | — | 7,542,705 | — | 7,542,705 |
| Derivative liabilities | | 13,286 | — | 59,778 | 73,064 |
| Trade and other payables | | — | 6,649,402 | — | 6,649,402 |
| | | 13,286 | 15,507,241 | 59,778 | 15,580,305 |
| **Non-current liabilities** | | | | | |
| Borrowings | | — | 3,389,743 | — | 3,389,743 |
| Debt securities | | — | 55,628,959 | — | 55,628,959 |
| Derivative liabilities | | 39,861 | — | 57,035 | 96,896 |
| Trade and other payables | | — | 6,965,760 | — | 6,965,760 |
| | | 39,861 | 65,984,462 | 57,035 | 66,081,358 |
| | ₩ | 53,147 | 81,491,703 | 116,813 | 81,661,663 |

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Financial liabilities at fair value through profit or loss | Financial liabilities recognized at amortized cost | Derivative liabilities (applying hedge accounting) | Total |
| | | In millions of won | | | |
| **Current liabilities** | | | | | |
| Borrowings | ₩ | — | 2,113,181 | — | 2,113,181 |
| Debt securities | | — | 8,561,624 | — | 8,561,624 |
| Derivative liabilities | | 13,053 | — | 36,831 | 49,884 |
| Trade and other payables | | — | 6,256,521 | — | 6,256,521 |
| | | 13,053 | 16,931,326 | 36,831 | 16,981,210 |
| **Non-current liabilities** | | | | | |
| Borrowings | | — | 3,003,999 | — | 3,003,999 |
| Debt securities | | — | 56,045,777 | — | 56,045,777 |
| Derivative liabilities | | 144,873 | — | 170,362 | 315,235 |
| Trade and other payables | | — | 6,480,412 | — | 6,480,412 |
| | | 144,873 | 65,530,188 | 170,362 | 65,845,423 |
| | ₩ | 157,926 | 82,461,514 | 207,193 | 82,826,633 |

F-49

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**(5)    Classification of Financial Instruments, Continued**

**(3)    Classification of comprehensive income (loss) from financial instruments for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  |  |  | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
|  |  |  |  | In millions of won |  |
| Cash and cash equivalents | Interest income | ₩ | 40,704 | 42,861 | 9,419 |
| Financial assets at fair value through profit or loss | Interest income |  | 21,713 | 29,411 | 19,114 |
|  | Gain on valuation of derivatives |  | 34,117 | 151,604 | (52,447) |
|  | Gain on transaction of derivatives |  | 39,114 | 63,329 | 36,563 |
|  | Gain on valuation of financial assets |  | 1,879 | 1,062 | 5,508 |
|  | Gain on disposal of financial assets |  | 1,837 | 1,760 | 11,344 |
| Financial assets at fair value through other comprehensive income | Dividends income |  | 12,777 | 13,838 | 7,316 |
| Financial assets at amortized cost | Interest income |  | 89 | 539 | 612 |
| Loans | Interest income |  | 21,925 | 63,448 | 26,232 |
| Trade and other receivables | Interest income |  | 90,390 | 69,941 | 151,035 |
| Short-term financial instruments | Interest income |  | 41,025 | 49,070 | 25,540 |
| Long-term financial instruments | Interest income |  | 7,920 | 12,794 | 10,406 |
| Other financial assets | Interest income |  | 1 | 54 | 228 |
| Derivative assets (applying hedge accounting) | Gain (loss) on valuation of derivatives (profit or loss) |  | 69,799 | 123,730 | (77,733) |
|  | Gain on valuation of derivatives (equity, before tax) |  | 8,600 | 38,305 | 9,925 |
|  | Gain on transaction of derivatives |  | 34,152 | 65,651 | 36,053 |
| Financial liabilities at fair value through profit or loss | Gain (loss) on valuation of derivatives |  | (4,650) | 27,686 | (104,607) |
| Financial liabilities carried at amortized cost | Gain on transaction of derivatives |  | 36,046 | (493) | (49,788) |
|  | Interest expense of borrowings and debt securities |  | 1,320,516 | 1,394,328 | 1,365,801 |
|  | Gain (loss) on repayment of financial liabilities |  | — | — | (35) |
|  | Interest expense of trade and other payables |  | 42,830 | 94,019 | 88,757 |
|  | Interest expense of others |  | 505,112 | 558,464 | 540,867 |
|  | Gain (loss) on foreign currency transactions and translations |  | (356,159) | (406,175) | 739,244 |
| Derivative liabilities (applying hedge accounting) | Gain (loss) on valuation of derivatives (profit or loss) |  | 53,937 | 14,330 | (220,928) |
|  | Gain (loss) on valuation of derivatives (equity, before tax) |  | (15,029) | (2,578) | 101,295 |
|  | Gain (loss) on transaction of derivatives |  | 37,985 | (42,072) | 42,565 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

6.  **Restricted Deposits**

Restricted deposits as of December 31, 2019 and 2020 are as follows:

|  |  |  | 2019 | 2020 |
|---|---|---|---|---|
|  |  |  | In millions of won | |
| Cash and cash equivalents | Escrow accounts | ₩ | — | 544 |
|  | Deposits for government project and others |  | 9,287 | 5,066 |
|  | Collateral provided for borrowings |  | 63,198 | 117,747 |
|  | Collateral provided for lawsuit |  | 3 | 42 |
|  | Deposits for transmission regional support program |  | 3,002 | 5,469 |
| Short-term financial instruments | Restriction on withdrawal related to 'win-win growth program' for small and medium enterprises and others |  | 93,000 | 109,000 |
| Non-current financial assets at fair value through profit or loss |  |  |  |  |
|  | Decommissioning costs of nuclear power plants |  | 541,969 | 577,481 |
| Long-term financial instruments | Escrow accounts |  | 74 | 76 |
|  | Guarantee deposits for banking accounts at oversea branches |  | 326 | 306 |
|  | Collateral provided for borrowings |  | 11,745 | 11,745 |
|  | Decommissioning costs of nuclear power plants |  | 250,464 | 258,282 |
|  | Funds for developing small and medium enterprises(*) |  | 200,000 | 210,000 |
|  |  | ₩ | 1,173,068 | 1,295,758 |

(*)  Deposits for small and medium enterprise at the Industrial Bank of Korea (IBK) and others for construction of Bitgaram Energy Valley and support for high potential businesses as of December 31, 2019 and 2020.

7.  **Cash and Cash Equivalents**

Cash and cash equivalents as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Cash | ₩ | 266 | 871 |
| Other demand deposits |  | 1,117,499 | 1,291,058 |
| Short-term deposits classified as cash equivalents |  | 527,235 | 432,263 |
| Short-term investments classified as cash equivalents |  | 165,129 | 305,392 |
|  | ₩ | 1,810,129 | 2,029,584 |

F-51

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**8.    Trade and Other Receivables**

**(1)    Trade and other receivables as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| | | Gross amount | Allowance for doubtful accounts | Present value discount | Book value |
| | | | In millions of won | | |
| **Current assets** | | | | | |
| Trade receivables | ₩ | 7,147,683 | (208,505) | — | 6,939,178 |
| Other receivables | | 792,147 | (27,579) | (2,294) | 762,274 |
| | | 7,939,830 | (236,084) | (2,294) | 7,701,452 |
| **Non-current assets** | | | | | |
| Trade receivables | | 338,261 | (4,254) | (382) | 333,625 |
| Other receivables | | 1,759,930 | (86,576) | (4,682) | 1,668,672 |
| | | 2,098,191 | (90,830) | (5,064) | 2,002,297 |
| | ₩ | 10,038,021 | (326,914) | (7,358) | 9,703,749 |

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Gross amount | Allowance for doubtful accounts | Present value discount | Book value |
| | | | In millions of won | | |
| **Current assets** | | | | | |
| Trade receivables | ₩ | 7,370,923 | (208,184) | — | 7,162,739 |
| Other receivables | | 799,598 | (42,332) | (1,535) | 755,731 |
| | | 8,170,521 | (250,516) | (1,535) | 7,918,470 |
| **Non-current assets** | | | | | |
| Trade receivables | | 227,261 | (806) | — | 226,455 |
| Other receivables | | 1,728,486 | (90,047) | (3,325) | 1,635,114 |
| | | 1,955,747 | (90,853) | (3,325) | 1,861,569 |
| | ₩ | 10,126,268 | (341,369) | (4,860) | 9,780,039 |

F-52

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

8.   **Trade and Other Receivables, Continued**

(2)   **Other receivables as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | | |
|  |  | Gross amount | Allowance for doubtful accounts | Present value discount | Book value |
|---|---|---|---|---|---|
|  |  | In millions of won | | | |
| **Current assets** |  |  |  |  |  |
| Non-trade receivables | ₩ | 376,438 | (27,201) | — | 349,237 |
| Accrued income |  | 68,921 | — | — | 68,921 |
| Deposits |  | 273,887 | — | (2,294) | 271,593 |
| Finance lease receivables(*1) |  | 60,304 | (378) | — | 59,926 |
| Others |  | 12,597 | — | — | 12,597 |
|  |  | 792,147 | (27,579) | (2,294) | 762,274 |
| **Non-current assets** |  |  |  |  |  |
| Non-trade receivables |  | 196,821 | (78,654) | — | 118,167 |
| Accrued income |  | 2,222 | — | — | 2,222 |
| Deposits |  | 338,989 | — | (4,682) | 334,307 |
| Finance lease receivables(*2) |  | 1,118,537 | (484) | — | 1,118,053 |
| Others |  | 103,361 | (7,438) | — | 95,923 |
|  |  | 1,759,930 | (86,576) | (4,682) | 1,668,672 |
|  | ₩ | 2,552,077 | (114,155) | (6,976) | 2,430,946 |

(*1)   Gross amount of finance lease receivables is the net lease investment by deducting unearned finance income of ₩ 112,789 million.

(*2)   Gross amount of finance lease receivables is the net lease investment by deducting unearned finance income of ₩ 1,218,934 million.

|  |  | 2020 | | | |
|  |  | Gross amount | Allowance for doubtful accounts | Present value discount | Book value |
|---|---|---|---|---|---|
|  |  | In millions of won | | | |
| **Current assets** |  |  |  |  |  |
| Non-trade receivables | ₩ | 441,031 | (37,062) | — | 403,969 |
| Accrued income |  | 38,956 | — | — | 38,956 |
| Deposits |  | 239,011 | — | (1,535) | 237,476 |
| Finance lease receivables(*1) |  | 57,084 | (365) | — | 56,719 |
| Others |  | 23,516 | (4,905) | — | 18,611 |
|  |  | 799,598 | (42,332) | (1,535) | 755,731 |
| **Non-current assets** |  |  |  |  |  |
| Non-trade receivables |  | 215,136 | (80,451) | — | 134,685 |
| Accrued income |  | 834 | — | — | 834 |
| Deposits |  | 364,855 | — | (3,325) | 361,530 |
| Finance lease receivables(*2) |  | 1,065,982 | (625) | — | 1,065,357 |
| Others |  | 81,679 | (8,971) | — | 72,708 |
|  |  | 1,728,486 | (90,047) | (3,325) | 1,635,114 |
|  | ₩ | 2,528,084 | (132,379) | (4,860) | 2,390,845 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**8.    Trade and Other Receivables, Continued**

**(2)    Other receivables as of December 31, 2019 and 2020 are as follows, continued:**

   (*1)    Gross amount of finance lease receivables is the net lease investment by deducting unearned finance income of ₩ 105,127 million.

   (*2)    Gross amount of finance lease receivables is the net lease investment by deducting unearned finance income of ₩ 1,087,559 million.

(3)    Trade and other receivables are classified as financial assets at amortized cost and are measured using the effective interest rate method. No interest is accrued for trade receivables related to electricity for the duration between the billing date and the payment due dates. However once trade receivables are overdue, the Company imposes a monthly interest rate of 1.5% on the overdue trade receivables. The Company holds deposits of three months' expected electricity usage for customers requesting temporary usage and customers with delinquent payments.

(4)    **Aging analysis of trade receivables as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---:|---:|
|  |  | In millions of won | |
| Trade receivables: (not overdue) | ₩ | 7,338,757 | 7,274,773 |
| Trade receivables: (impairment reviewed) | | 147,187 | 323,411 |
| Less than 60 days | | 6,555 | 3,505 |
| 60 ~ 90 days | | 1,899 | 28,729 |
| 90 ~ 120 days | | 2,106 | 10,687 |
| 120 days ~ 1 year | | 37,357 | 34,036 |
| Over 1 year | | 99,270 | 246,454 |
| | | 7,485,944 | 7,598,184 |
| Less: allowance for doubtful accounts | | (212,759) | (208,990) |
| Less: present value discount | | (382) | — |
| | ₩ | 7,272,803 | 7,389,194 |

At the end of each reporting period, the Company assesses whether the credit to trade receivables is impaired. The Company recognizes loss allowances for trade receivables individually when there is any objective evidence that trade receivables are impaired and significant and classifies the trade receivables that are not individually assessed as the trade receivables subject to be assessed on a collective basis. Also, the Company recognizes loss allowances based on an 'expected credit loss' (ECL) model.

F-54

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**8.    Trade and Other Receivables, Continued**

(5)    Aging analysis of other receivables as of December 31, 2019 and 2020 are as follows:

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Other receivables: (not overdue) | ₩ | 2,327,640 | 2,363,967 |
| Other receivables: (impairment reviewed) | | 224,437 | 164,117 |
| Less than 60 days | | 98,220 | 46,399 |
| 60 ~ 90 days | | 2,034 | 31,183 |
| 90 ~ 120 days | | 14,135 | 1,873 |
| 120 days ~ 1 year | | 26,212 | 11,803 |
| Over 1 year | | 83,836 | 72,859 |
| | | 2,552,077 | 2,528,084 |
| Less: allowance for doubtful accounts | | (114,155) | (132,379) |
| Less: present value discount | | (6,976) | (4,860) |
| | ₩ | 2,430,946 | 2,390,845 |

At the end of each reporting period, the Company assesses whether the credit to other receivables is impaired. The Company recognizes loss allowances for other receivables individually when there is any objective evidence that trade receivables are impaired and significant, and classifies the other receivables that are not individually assessed as the other receivables subject to be assessed on a collective basis. Also, the Company recognizes loss allowances based on an 'expected credit loss' (ECL) model.

(6)    Changes in the allowance for doubtful accounts for the years ended December 31, 2018, 2019 and 2020 are as follows:

|  | | 2018 | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|---|
|  | | Trade receivables | Other receivables | Trade receivables | Other receivables | Trade receivables | Other receivables |
|  | | In millions of won | | | | | |
| Beginning balance | ₩ | 173,583 | 78,008 | 215,868 | 104,726 | 212,759 | 114,155 |
| Effect of change in accounting policy | | 6,641 | 128 | — | — | — | — |
| Loss allowance as at January 1 under IFRS 9 | | 180,224 | 78,136 | 215,868 | 104,726 | 212,759 | 114,155 |
| Bad debt expense | | 41,498 | 17,817 | 29,221 | 19,206 | 24,021 | 27,329 |
| Write-off | | (7,696) | (244) | (10,106) | (1,146) | (20,332) | (1,910) |
| Reversal | | (1,726) | (143) | (41,940) | — | (3,373) | (2,464) |
| Others | | 3,568 | 9,160 | 19,716 | (8,631) | (4,085) | (4,731) |
| Ending balance | ₩ | 215,868 | 104,726 | 212,759 | 114,155 | 208,990 | 132,379 |

F-55

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**9.     Financial Assets at Fair Value through Profit or Loss**

**(1)     Financial assets at fair value through profit or loss as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | 2020 | |
|---|---|---|---|---|---|
|  |  | Current | Non-current | Current | Non-current |
|  |  | In millions of won | | | |
| **Financial assets at fair value through profit or loss** |  |  |  |  |  |
| Beneficiary Certificate | ₩ | 894 | 160,952 | 1,313 | 155,122 |
| Cooperative |  | — | 5,155 | — | 5,692 |
| Other(*) |  | 130,491 | 244,857 | 1,194,788 | 312,401 |
|  |  | 131,385 | 410,964 | 1,196,101 | 473,215 |
| **Financial assets designated as at fair value through profit or loss** |  |  |  |  |  |
| Debt with embedded derivatives |  | — | 150,916 | — | 212,066 |
| Other |  | — | 53,996 | — | — |
|  |  | — | 204,912 | — | 212,066 |
|  | ₩ | 131,385 | 615,876 | 1,196,101 | 685,281 |

(*)     'Other' includes MMT, etc.

**(2)     Details of income (loss) from financial assets at fair value through profit or loss for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Beneficiary Certificate | ₩ | 12,458 | 6,127 |
| Cooperative |  | 76 | 645 |
| Debt with embedded derivatives |  | 2,697 | 3,598 |
| Other |  | 17,002 | 30,329 |
|  | ₩ | 32,233 | 40,699 |

F-56

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**10.   Financial Assets at Fair Value through Other Comprehensive Income**

**(1)   Changes in financial assets at fair value through other comprehensive income for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Acquisition | Disposal | Valuation | Others | Ending balance |
| | | | In millions of won | | | |
| Listed ₩ | 210,055 | — | — | (11,734) | 2,880 | 201,201 |
| Unlisted | 189,439 | 1,876 | (19,315) | 3,715 | 2,254 | 177,969 |
| | 399,494 | 1,876 | (19,315) | (8,019) | 5,134 | 379,170 |
| Current financial assets at fair value through other comprehensive income ₩ | — | — | — | — | — | — |
| Non-current financial assets at fair value through other comprehensive income | 399,494 | 1,876 | (19,315) | (8,019) | 5,134 | 379,170 |

| | | 2020 | | | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Acquisition | Disposal | Valuation | Others | Ending balance |
| | | | In millions of won | | | |
| Listed ₩ | 201,201 | — | (4) | (7,809) | 1,281 | 194,669 |
| Unlisted | 177,969 | 2,900 | (1) | (23,128) | 6,150 | 163,890 |
| | 379,170 | 2,900 | (5) | (30,937) | 7,431 | 358,559 |
| Current financial assets at fair value through other comprehensive income ₩ | — | — | — | — | — | — |
| Non-current financial assets at fair value through other comprehensive income | 379,170 | 2,900 | (5) | (30,937) | 7,431 | 358,559 |

F-57

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
| | | | | In millions of won | |
| **Listed** | | | | | |
| Korea District Heating Corp. | 2,264,068 | 19.55% | ₩ 173,201 | 107,090 | 107,090 |
| Ssangyong Motor Co., Ltd. | 38,568 | 0.03% | 428 | 80 | 80 |
| SM Korea Line Corp. | 18 | 0.00% | 1 | — | — |
| Namkwang Engineering & Construction Co., Ltd. | 121 | 0.00% | 15 | 1 | 1 |
| Bumyang Construction Co., Ltd. | 35 | 0.00% | 2 | — | — |
| Elcomtec Co., Ltd. | 32,875 | 0.04% | 217 | 52 | 52 |
| Pan Ocean Co., Ltd. | 1,492 | 0.00% | 14 | 7 | 7 |
| Dongbu Corp. | 955 | 0.00% | 12 | 8 | 8 |
| KSP Co., Ltd. | 22,539 | 0.06% | 24 | 40 | 40 |
| STX Heavy Industries Co., Ltd. | 8,639 | 0.03% | 213 | 26 | 26 |
| Codes Combine Co., Ltd. | 291 | 0.00% | 1 | 1 | 1 |
| PT Adaro Energy Tbk | 480,000,000 | 1.50% | 65,028 | 62,026 | 62,026 |
| Energy Fuels Inc. | 1,711,814 | 1.91% | 16,819 | 3,764 | 3,764 |
| Bunji Corporation Limited | 99,763 | 0.07% | 18,445 | — | — |
| Denison Mines Corp. | 58,284,000 | 10.42% | 84,134 | 27,903 | 27,903 |
| Fission 3.0 | 75,000 | 0.14% | — | 5 | 5 |
| Fission Uranium Corp. | 800,000 | 0.16% | 785 | 199 | 199 |
| | | | 359,339 | 201,202 | 201,202 |
| **Unlisted(*1)** | | | | | |
| Intellectual Discovery Co., Ltd. | 1,000,000 | 6.00% | ₩ 5,000 | 954 | 954 |
| Hwan Young Steel Co., Ltd. | 10,916 | 0.14% | 1,092 | 97 | 97 |
| Sambo Auto . Co., Ltd. | 15,066 | 0.02% | 38 | 38 | 38 |
| Mobo Co., Ltd. | 504 | 0.00% | 14 | 14 | 14 |
| Dae Kwang Semiconductor Co., Ltd. | 589 | 0.07% | 6 | 6 | 6 |
| Sanbon Department Store | 828 | 0.01% | 124 | 3 | 3 |
| Miju Steel Mfg. Co., Ltd. | 1,097 | 0.23% | 50 | 50 | 50 |
| Sungwon Co., Ltd. | 117 | 0.07% | 15 | 15 | 15 |
| Hana Civil Engineering Co., Ltd. | 23 | 0.00% | 1 | 1 | 1 |
| KC Development Co., Ltd. | 839 | 0.02% | 6 | 6 | 6 |
| Imhwa Corp. | 329 | 0.11% | 5 | 5 | 5 |
| Dalim Special Vehicle Co., Ltd. | 58 | 0.08% | 10 | 10 | 10 |
| ASA Jeonju Co., Ltd. | 34,846 | 1.34% | 697 | 69 | 69 |
| Moonkyung Silica Co., Ltd. | 42 | 0.56% | — | — | — |
| Sungkwang Timber Co., Ltd. | 3 | 0.08% | 5 | 5 | 5 |
| Yongbo Co., Ltd. | 61 | 0.20% | 3 | 3 | 3 |
| HJ Steel Co., Ltd. | 218 | 0.07% | 2 | 2 | 2 |
| KS Remicon Co., Ltd. | 12 | 0.04% | 3 | 3 | 3 |
| Joongang Platec Co., Ltd. | 3,591 | 0.75% | 72 | 35 | 35 |
| Pyungsan SI Co., Ltd. | 434 | 0.01% | 9 | 9 | 9 |
| Samgong Development Co., Ltd. | 12 | 0.01% | 7 | 7 | 7 |
| Joongang Development Co., Ltd. | 540 | 0.12% | 8 | 8 | 8 |
| AJS Co., Ltd. | 12,906 | 0.23% | 32 | 32 | 32 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
| | | | In millions of won | | |
| MSE Co., Ltd. | 429 | 0.13% | ₩ 9 | 9 | 9 |
| Ilrim Nano Tec Co., Ltd. | 1,520 | 0.07% | 15 | 15 | 15 |
| Youngjin Hi-Tech Co., Ltd. | 2,512 | 0.25% | 126 | 21 | 21 |
| Buyoung Co., Ltd. | 270 | 0.00% | 3 | 3 | 3 |
| Ilsuk Co., Ltd. | 152 | 0.17% | 10 | 10 | 10 |
| Dongyang Telecom Co., Ltd. | 1,760 | 0.01% | 11 | 11 | 11 |
| Jongwon Remicon Co., Ltd. | 31 | 0.18% | 13 | 13 | 13 |
| Zyle Daewoo Motor Sales Co., Ltd. | 22 | 0.00% | — | — | — |
| Daewoo Development Co., Ltd. | 8 | 0.00% | — | — | — |
| Seyang Inc. | 537 | 0.05% | 27 | 27 | 27 |
| Seungri Enterprise Co., Ltd. | 93 | 0.05% | 3 | 3 | 3 |
| Onggane Food Co., Ltd | 5 | 0.07% | 1 | 1 | 1 |
| Shin-E P&C Co., Ltd. | 1,569 | 0.64% | 111 | 3 | 3 |
| Ejung Ad Co., Ltd. | 132 | 0.09% | 3 | 3 | 3 |
| Solvus Co., Ltd. | 1,056 | 0.04% | 3 | 3 | 3 |
| Myung Co., Ltd. | 89 | 0.05% | 2 | 2 | 2 |
| Shinil Engineering Co., Ltd. | 887 | 0.06% | 3 | 3 | 3 |
| Biwang Industry Co., Ltd | 406 | 0.04% | 2 | 2 | 2 |
| Young Sung Co., Ltd. | 89 | 0.40% | 27 | 27 | 27 |
| Yuil Industrial Electronics Co., Ltd. | 804 | 0.32% | 16 | 16 | 16 |
| DN Tek Inc. | 12,401 | 0.29% | 62 | 6 | 6 |
| Woojin Industry Corporation | 3 | 0.00% | 16 | 16 | 16 |
| Kwang Sung Industry Co., Ltd. | 325 | 0.35% | 7 | 7 | 7 |
| Futech Mold Co., Ltd. | 274 | 0.27% | 14 | 14 | 14 |
| Woojoo Environment Ind. Co., Ltd. | 101 | 0.11% | 13 | 13 | 13 |
| Hyungji Esquire Co., Ltd. | 61 | 0.02% | 22 | 22 | 22 |
| Kolmar Pharma Co., Ltd. | 1,426 | 0.01% | 52 | 3 | 3 |
| Morado Co., Ltd. | 209 | 0.04% | 2 | 2 | 2 |
| Myung Sung Tex Co., Ltd. | 20 | 0.00% | 2 | 2 | 2 |
| Kwang Sung Co., Ltd. | 610 | 0.53% | 31 | 31 | 31 |
| Seen Business and Technology co., Ltd. | 29,424 | 0.73% | 147 | 7 | 7 |
| Woobang Construction Co., Ltd. | 8 | 0.00% | 8 | 8 | 8 |
| Shin Pyung Co., Ltd. | 6 | 0.03% | 3 | 3 | 3 |
| JMC Heavy Industries Co., Ltd. | 2,724 | 0.10% | 27 | 2 | 2 |
| Najin Steel Co., Ltd. | 37 | 0.06% | 5 | 5 | 5 |
| Sinkwang Industry Co., Ltd. | 1,091 | 1.68% | 5 | 5 | 5 |
| Elephant & Friends Co., Ltd. | 563 | 0.61% | 3 | 3 | 3 |
| Mireco Co., Ltd. | 109 | 0.25% | 11 | 11 | 11 |
| L&K Industry Co., Ltd. | 1,615 | 0.60% | 24 | 24 | 24 |
| JO Tech Co., Ltd. | 1,263 | 0.62% | 25 | 25 | 25 |
| Kendae Printing Co., Ltd. | 422 | 0.60% | 21 | 21 | 21 |
| Dauning Co., Ltd. | 231 | 0.41% | 6 | 6 | 6 |
| Korea Trecision Co., Ltd. | 22 | 0.45% | 5 | 5 | 5 |
| Ace Track Co., Ltd. | 3,130 | 1.08% | 219 | 59 | 59 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| | Shares | Ownership | Acquisition cost | Book value | Fair value |
| | | | | In millions of won | |
| Yoo-A Construction Co., Ltd. | 105 | 0.20% | ₩         11 | 11 | 11 |
| Dung Hwan Co., Ltd. | 531 | 0.02% | 5 | 5 | 5 |
| Hurim Biocell Co., Ltd. | 1,021 | 0.00% | 5 | 5 | 5 |
| Smart Power Co., Ltd. | 133,333 | 4.14% | 200 | 200 | 200 |
| Sunjin Power Tech Co., Ltd. | 4,941 | 0.92% | 247 | 32 | 32 |
| Haseung Industries Co.,Ltd. | 55 | 0.62% | 28 | 28 | 28 |
| Beer Yeast Korea Inc. | 1,388 | 0.43% | 7 | 7 | 7 |
| B Con Co., Ltd. | 96 | 1.16% | 6 | 6 | 6 |
| Ace Integration Co., Ltd | 105 | 0.09% | 23 | 23 | 23 |
| AceInti Agricultural Co., Ltd. | 16 | 0.02% | 5 | 5 | 5 |
| KyungDong Co., Ltd. | 130 | 0.01% | 1 | 1 | 1 |
| ChunWon Development Co., Ltd. | 193 | 0.19% | 39 | 39 | 39 |
| SungLim Industrial Co., Ltd. | 29 | 0.03% | 1 | 1 | 1 |
| Korea Minerals Co., Ltd | 191 | 0.05% | 135 | 1 | 1 |
| HyoDong Development Co., Ltd. | 128 | 0.15% | 25 | 25 | 25 |
| Haspe Tech Co., Ltd. | 652 | 0.55% | 20 | 20 | 20 |
| JoHyun Co., Ltd. | 350 | 1.56% | 18 | 18 | 18 |
| KC Co., Ltd. | 5,107 | 0.17% | 26 | 26 | 26 |
| SeongJi Industrial Co.,Ltd. | 41 | 0.05% | 1 | 1 | 1 |
| Dong Yang Metal Co., Ltd. | 2,951 | 1.97% | 161 | 148 | 148 |
| Seyang Precision Ind.Co., Ltd. | 829 | 0.23% | 41 | 41 | 41 |
| Dooriwon Food System Co., Ltd. | 13 | 0.27% | 1 | 1 | 1 |
| ShinShin Co., Ltd | 339 | 1.12% | 17 | 17 | 17 |
| Sung Kwang Co., Ltd. | 23 | 0.37% | 6 | 6 | 6 |
| Shinheung petrol. Co., Ltd. | 699 | 0.14% | 35 | 35 | 35 |
| Force Tec Co., Ltd. | 3,501 | 0.02% | 18 | 18 | 18 |
| Samsung Tech Co., Ltd. | 486 | 1.28% | 97 | 36 | 36 |
| Tae Hyung Co., Ltd. | 28 | 0.43% | 20 | 20 | 20 |
| Younil Metal Co., Ltd. | 41 | 0.21% | 21 | 21 | 21 |
| Hankook Precision Ind Co., Ltd. | 110 | 0.06% | 11 | 3 | 3 |
| Borneo International Furniture Co., Ltd. | 4,000 | 0.16% | 97 | 13 | 13 |
| CJ Paradise Co.,Ltd | 24 | 0.02% | 12 | 12 | 12 |
| Han Young Technology Company Co.,Ltd. | 35 | 0.00% | — | — | — |
| STX Offshore & Shipbuilding Co., Ltd. | 8,622 | 0.25% | 1,078 | 1,078 | 1,078 |
| Ptotronics Co., Ltd. | 843 | 0.42% | 84 | 6 | 6 |
| NFT Co., Ltd. | 136 | 0.40% | 8 | 8 | 8 |
| Echoroba Co.,Ltd. | 157 | 0.02% | 3 | 3 | 3 |
| Hyundaitech Co.,Ltd. | 1,363 | 0.87% | 27 | 27 | 27 |
| Dasan Material Co., Ltd. | 29 | 0.04% | 22 | 22 | 22 |
| Fish World Co.,Ltd. | 47 | 0.21% | 2 | 2 | 2 |
| SG Shinsung Engineering and Construction Co., Ltd. | 10 | 0.00% | 6 | 6 | 6 |
| Samdo Industry Electric Co.,Ltd. | 48 | 0.02% | 1 | 1 | 1 |
| Taejung Industries Co.,Ltd. | 9,268 | 0.30% | 5 | 5 | 5 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**10.   Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
| | | | In millions of won | | |
| Shinsei Trading Co., Ltd. | 64 | 0.72% | ₩ 6 | 6 | 6 |
| Dynamic Co., Ltd. | 111 | 0.19% | 3 | 3 | 3 |
| Green Alchemy Co.,Ltd. | 38,202 | 1.48% | 191 | 17 | 17 |
| Youone TBM Engineering & Construction Co., Ltd. | 615 | 0.27% | 31 | 31 | 31 |
| KM Leatech Co., Ltd. | 1,648 | 0.98% | 8 | 8 | 8 |
| Semist Co.,Ltd. | 555 | 0.80% | 3 | 3 | 3 |
| Sewon Bus Co.,Ltd | 12 | 0.00% | — | — | — |
| Enertec Co., Ltd. | 7,937 | 0.19% | 44 | 44 | 44 |
| Sangji Co., Ltd. | 20 | 0.26% | 4 | 4 | 4 |
| Bellie Doughnuts Co., Ltd. | 64 | 0.07% | 4 | 4 | 4 |
| Possbell Engineering Co. Ltd. | 36 | 0.64% | 1 | 1 | 1 |
| Airtech Information communication Co., Ltd | 2,379 | 0.60% | 12 | 12 | 12 |
| Shin kwang Industrial Co., Ltd. | 884 | 0.35% | 55 | 55 | 55 |
| Kiscom Co., Ltd. | 1,493 | 0.04% | 1 | 1 | 1 |
| Wonil laser Co., Ltd | 157 | 0.37% | 16 | 16 | 16 |
| Pyung Hwa Industrial Co.,Ltd. | 3,388 | 3.00% | 85 | 85 | 85 |
| PT. Kedap Saayq | 671 | 10.00% | 18,540 | — | — |
| Set Holding(*2) | 1,100,220 | 2.50% | 229,255 | 166,863 | 166,863 |
| PT. Cirebon Energi Prasarana | 22,420 | 10.00% | 2,612 | 2,596 | 2,596 |
| Choheung packing Co.,Ltd. | 61 | 0.13% | 12 | 12 | 12 |
| Jaewoo Co., Ltd. | 359 | 0.24% | 11 | 11 | 11 |
| Wooyang HC Co., Ltd | 1,375 | 0.01% | 159 | 159 | 159 |
| Sungsan Parts Co., Ltd. | 629 | 0.80% | 63 | 63 | 63 |
| KMT Co., Ltd. | 1,411 | 0.93% | 21 | 21 | 21 |
| TheYeonriji Co., Ltd. | 116 | 0.10% | 6 | 6 | 6 |
| Flusys Co., Ltd. | 9 | 0.08% | 2 | 2 | 2 |
| DongSeo Electronics Co., Ltd. | 323 | 0.07% | 16 | 16 | 16 |
| Daewoo Display Co., Ltd. | 177 | 0.03% | 5 | 5 | 5 |
| Yeong-gwang Remicon Co., Ltd. | 15 | 0.12% | 2 | 2 | 2 |
| NTS Co., Ltd. | 143 | 0.22% | 36 | 36 | 36 |
| AID Co., Ltd. | 1,212 | 0.57% | 36 | 36 | 36 |
| Changwon Eco-friendly farming Corp. | 3 | 0.01% | — | — | — |
| Kumo Hitech Co., Ltd. | 6,697 | 0.53% | 100 | 100 | 100 |
| Kyung Pyo Industry Co., Ltd. | 186 | 0.76% | 19 | 19 | 19 |
| Daedong Industry Co., Ltd. | 617 | 0.55% | 46 | 46 | 46 |
| Doosung Heavy Industries Co., Ltd. | 53 | 0.06% | 5 | 5 | 5 |
| Samjoo Hightech Co., Ltd. | 522 | 0.08% | 3 | 3 | 3 |
| Samkwang Chemical Co., Ltd. | 204 | 1.27% | 51 | 51 | 51 |
| SG Corp. | 213 | 0.54% | 21 | 21 | 21 |
| Shinseung Chemical Industy Co., Ltd. | 5 | 0.01% | 60 | 60 | 60 |
| KJ Alloy Co., Ltd. | 368 | 0.20% | 7 | 7 | 7 |
| SM Hi-tech Co., Ltd. | 22 | 0.39% | 22 | 22 | 22 |
| Keum Mun Industry Co., Ltd. | 1,320 | 0.97% | 330 | 56 | 56 |

F-61

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
| | Shares | Ownership | Acquisition cost | Book value | Fair value |
|---|---|---|---|---|---|
| | | | In millions of won | | |
| Puruen Environment Co., Ltd. | 967 | 1.34% | ₩ 19 | 19 | 19 |
| Miretech Co., Ltd. | 9,111 | 0.27% | 18 | 18 | 18 |
| SIE Co., Ltd. | 12 | 0.02% | 1 | 1 | 1 |
| Sejin Hightech Co., Ltd. | 17,980 | 0.16% | 18 | 18 | 18 |
| Namcheong Corp. | 7,096 | 0.28% | 284 | 11 | 11 |
| Eun Sung Enterprise Co. | 1,131 | 0.72% | 17 | 17 | 17 |
| Dongdo Basalt Industry Co., Ltd. | 182 | 1.50% | 73 | 73 | 73 |
| Shinyoung Textiles Co., Ltd. | 523 | 1.01% | 52 | 23 | 23 |
| Bugook Cast Iron Co. | 135 | 0.71% | 14 | 14 | 14 |
| Ilwoo Steel Co., Ltd. | 41 | 0.28% | 17 | 17 | 17 |
| Dong-un Tech Co., Ltd. | 1,159 | 6.28% | 81 | 81 | 81 |
| Wongwang Door Corp. | 575 | 1.00% | 29 | 29 | 29 |
| Seobu Highway Solar Co., Ltd. | 19,460 | 10.00% | 192 | 192 | 192 |
| Dongbu Highway Solar Co., Ltd. | 19,020 | 4.99% | 192 | 192 | 192 |
| Muan sunshine solar power plant | 298,300 | 19.00% | 1,492 | 1,492 | 1,492 |
| mansu Co.,Ltd. | 344 | 0.25% | 15 | 15 | 15 |
| Eanskorea Co., Ltd. | 39 | 0.05% | 2 | 2 | 2 |
| Youngdongseafood Co., Ltd. | 165 | 0.33% | 8 | 8 | 8 |
| Hyunwoo Winstar Co., Ltd. | 1 | 0.00% | — | — | — |
| Sehwa Diecasting Co., Ltd. | 299 | 1.66% | 44 | 44 | 44 |
| Sungchang Tech Co., Ltd. | 159 | 0.31% | 10 | 10 | 10 |
| Yuchang Industry Co., Ltd. | 90 | 0.11% | 5 | 5 | 5 |
| Jeongpum Co., Ltd. | 322 | 0.35% | 16 | 16 | 16 |
| Korea Steel Power Co., Ltd. | 2,761 | 1.88% | 55 | 55 | 55 |
| DMC Co., Ltd. | 5,831 | 0.02% | 38 | 38 | 38 |
| Amanex Co., Ltd. | 10 | 0.02% | 9 | 9 | 9 |
| Dae-A Leisure Co., Ltd. | 23 | 0.00% | 4 | 4 | 4 |
| Caffe Bene Co.,Ltd. | 1,908 | 0.03% | 2 | 2 | 2 |
| Daechang HRSG Co.,Ltd. | 618 | 0.12% | 62 | 62 | 62 |
| Shinjin International Corp. | 4 | 0.01% | 1 | 1 | 1 |
| Daewoon Shell Tech Co., Ltd. | 666 | 2.81% | 33 | 33 | 33 |
| Jinhung Packaging Co.,Ltd | 4,329 | 3.02% | 9 | 22 | 22 |
| Donglim Eng Co., Ltd. | 26 | 0.11% | 3 | 3 | 3 |
| SIP Co., Ltd. | 274 | 0.55% | 7 | 7 | 7 |
| Clizen Co., Ltd. | 615 | 0.34% | 31 | 31 | 31 |
| Daedong Millenium Co., Ltd. | 159 | 0.42% | 32 | 32 | 32 |
| Daeji Product Co., Ltd. | 15 | 0.05% | 1 | — | — |
| Cheong Hae Myeong Ga Co.,Ltd. | 1,867 | 0.11% | 5 | 5 | 5 |
| Shinhan Sangi Co., Ltd. | 29 | 0.20% | 4 | 4 | 4 |
| Jaein Circuit Co., Ltd. | 498 | 1.12% | 65 | 65 | 65 |
| SSET Co., Ltd. | 181 | 0.30% | 18 | 18 | 18 |
| Sewon PM Tech Co., Ltd. | 963 | 1.11% | 48 | 48 | 48 |
| Dawon Yuhwa Co., Ltd. | 506 | 1.94% | 25 | 25 | 25 |
| Ogokbaekkwa Co., Ltd. | 101 | 0.12% | 1 | 1 | 1 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
| | | | In millions of won | | |
| Shinwonn Toptech Co., Ltd. | 834 | 0.51% | ₩ 83 | 83 | 83 |
| KMLC Co., Ltd. | 281 | 0.14% | 22 | 22 | 22 |
| Seinfood Co., Ltd. | 13 | 0.17% | 7 | 7 | 7 |
| TaeSung Eco-Tech. Co., Ltd. | 1,368 | 4.55% | 34 | 34 | 34 |
| Kukex Inc. | 639 | 0.05% | 3 | 3 | 3 |
| Youngshin Plu Co., Ltd. | 104 | 0.12% | 5 | 5 | 5 |
| Chang won Engineering Co., Ltd. | 22 | 0.00% | 4 | 4 | 4 |
| Samsung Silup Co., Ltd. | 47 | 0.19% | 5 | 5 | 5 |
| Samwon Bio Tech Co., Ltd. | 390 | 0.25% | 6 | 6 | 6 |
| Izu Korea Co., Ltd. | 48 | 0.00% | 2 | 2 | 2 |
| Dongdo CNP Co., Ltd. | 234 | 0.36% | 6 | 6 | 6 |
| Hando Precision Co.,Ltd | 38 | 0.26% | 4 | 4 | 4 |
| Dae Bang Industry Co.,Ltd. | 115 | 0.13% | 6 | 6 | 6 |
| S.I.T. Co.,Ltd | 2,213 | 0.44% | 22 | 22 | 22 |
| Taejin Hiech Co., Ltd. | 78 | 0.26% | 3 | 3 | 3 |
| Headone Co.,Ltd. | 69 | 0.12% | 7 | 7 | 7 |
| Enaindustry Co., Ltd. | 201 | 0.09% | 141 | 141 | 141 |
| TCT Co., Ltd. | 3,277 | 0.55% | 82 | 82 | 82 |
| E-Won Solutech Co., Ltd. | 158 | 0.16% | 40 | 40 | 40 |
| MJT Co., Ltd. | 1,013 | 0.20% | 51 | 51 | 51 |
| KPL Circuit Co., Ltd. | 283 | 0.08% | 14 | 14 | 14 |
| Road Solar Co., Ltd. | 12 | 0.00% | — | — | — |
| Sung Ae Co., Ltd. | 190 | 0.80% | 10 | 10 | 10 |
| Han Mi Flexible Co.,Ltd. | 143 | 0.20% | 43 | 43 | 43 |
| Samhwa Casting Co., Ltd. | 200 | 0.00% | 100 | 100 | 100 |
| Millennium PNT Co., Ltd. | 227 | 0.37% | 6 | 6 | 6 |
| GN Chem Co., Ltd. | 40 | 0.07% | 1 | 1 | 1 |
| GW Industry Co., Ltd. | 505 | 0.07% | 51 | 51 | 51 |
| TM Construction Co., Ltd | 4 | 0.00% | — | — | — |
| Dae Myung Co., Ltd | 114 | 0.08% | 3 | 3 | 3 |
| Nanomicart Co., Ltd. | 176 | 1.06% | 35 | 35 | 35 |
| Young San Heavy Industries Co., Ltd. | 74 | 0.11% | 7 | 7 | 7 |
| Samchungwon Co., Ltd. | 15 | 0.24% | 2 | 2 | 2 |
| Wooyang Frozen Foods Co., Ltd. | 66 | 0.82% | 27 | 27 | 27 |
| Nanomic Co., Ltd. | 94 | 0.63% | 38 | 38 | 38 |
| Dong Hwan Co., Ltd. | 25 | 0.02% | 1 | 1 | 1 |
| | | | 266,717 | 177,968 | 177,968 |
| | | ₩ | 626,056 | 379,170 | 379,170 |

(*1)   The Company used initial cost as their fair value because there was not enough information to determine fair value, and the range of the estimated fair value is wide.

F-63

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

10.  **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)  **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

(*2)  The Company has estimated the fair value of Set Holding by using the discounted cash flow method and has recognized the difference between its fair value and book value as gain or loss on valuation of financial assets at FVOCI in other comprehensive income or loss for the year ended December 31, 2019.

| | | | 2020 | | |
|---|---|---|---|---|---|
| | Shares | Ownership | Acquisition cost | Book value | Fair value |
| | | | | In millions of won | |
| **Listed** | | | | | |
| Korea District Heating Corp. | 2,264,068 | 19.55% | ₩ 173,201 | 91,356 | 91,356 |
| Ssangyong Motor Co., Ltd. | 38,568 | 0.03% | 428 | 107 | 107 |
| SM Korea Line Corp. | 180 | 0.00% | 1 | 1 | 1 |
| Namkwang Engineering & Construction Co., Ltd. | 121 | 0.00% | 15 | 1 | 1 |
| Bumyang Construction Co., Ltd. | 35 | 0.00% | 2 | — | — |
| Elcomtec Co., Ltd. | 32,875 | 0.04% | 217 | 49 | 49 |
| Pan Ocean Co., Ltd. | 1,492 | 0.00% | 14 | 7 | 7 |
| Dongbu Corp. | 955 | 0.02% | 12 | 13 | 13 |
| KSP Co., Ltd. | 22,539 | 0.08% | 53 | 34 | 34 |
| STX Heavy Industries Co., Ltd. | 7,419 | 0.12% | 107 | 29 | 29 |
| Codes Combine Co., Ltd. | 291 | 0.00% | 1 | 1 | 1 |
| PT Adaro Energy Tbk. | 480,000,000 | 1.50% | 65,028 | 53,127 | 53,127 |
| Energy Fuels Inc. | 1,711,814 | 1.31% | 16,819 | 7,888 | 7,888 |
| Bunji Corporation Limited | 99,763 | 0.07% | 18,445 | — | — |
| Denison Mines Corp. | 58,284,000 | 9.76% | 84,134 | 41,776 | 41,776 |
| Fission 3.0 | 75,000 | 0.05% | — | 6 | 6 |
| Fission Uranium Corp. | 800,000 | 0.16% | 785 | 266 | 266 |
| SangSangin Industry Co., Ltd.(formerly, DMC Co., Ltd.) | 5,831 | 0.02% | 38 | 4 | 4 |
| Vitzosys Co., Ltd. | 399 | 0.00% | 2 | 2 | 2 |
| EMnI Co., Ltd. | 1,257 | 0.00% | 25 | 2 | 2 |
| | | | 359,327 | 194,669 | 194,669 |
| **Unlisted**(*1) | | | | | |
| Intellectual Discovery Co., Ltd. | 1,000,000 | 6.00% | ₩ 5,000 | 954 | 954 |
| Hwan Young Steel Co., Ltd. | 10,916 | 0.14% | 1,092 | 97 | 97 |
| Sambo Auto Co., Ltd. | 15,066 | 0.02% | 38 | 38 | 38 |
| Mobo Co., Ltd. | 504 | 0.00% | 14 | 14 | 14 |
| Dae Kwang Semiconductor Co., Ltd. | 589 | 0.07% | 6 | 6 | 6 |
| Sanbon Department Store | 828 | 0.01% | 124 | 3 | 3 |
| Miju Steel Mfg. Co., Ltd. | 1,097 | 0.23% | 50 | 50 | 50 |
| Sungwon Co., Ltd. | 117 | 0.07% | 15 | 15 | 15 |
| KC Development Co., Ltd. | 839 | 0.02% | 6 | 6 | 6 |
| Imhwa Corp. | 329 | 0.11% | 5 | 5 | 5 |
| Dalim Special Vehicle Co., Ltd. | 58 | 0.08% | 10 | 10 | 10 |
| ASA Jeonju Co., Ltd. | 34,846 | 1.34% | 697 | 69 | 69 |
| Moonkyung Silica Co., Ltd. | 42 | 0.56% | — | — | — |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**10.    Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)    **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
|---|---|---|---|---|---|
| | | | | In millions of won | |
| Sungkwang Timber Co., Ltd. | 3 | 0.08% | ₩    5 | 5 | 5 |
| HJ Steel Co., Ltd. | 218 | 0.07% | 2 | 2 | 2 |
| KS Remicon Co., Ltd. | 12 | 0.04% | 3 | 3 | 3 |
| Joongang Platec Co., Ltd. | 3,591 | 0.75% | 72 | 35 | 35 |
| Pyungsan SI Co., Ltd. | 434 | 0.01% | 9 | 9 | 9 |
| Samgong Development Co., Ltd. | 12 | 0.01% | 7 | 7 | 7 |
| Joongang Development Co., Ltd. | 540 | 0.12% | 8 | 8 | 8 |
| AJS Co., Ltd. | 12,906 | 0.23% | 32 | 32 | 32 |
| MSE Co., Ltd. | 429 | 0.13% | 9 | 9 | 9 |
| Ilrim Nano Tec Co., Ltd. | 1,520 | 0.07% | 15 | 15 | 15 |
| Youngjin Hi-Tech Co., Ltd. | 2,512 | 0.25% | 126 | 21 | 21 |
| Buyoung Co., Ltd. | 270 | 0.00% | 3 | 3 | 3 |
| Ilsuk Co., Ltd. | 152 | 0.17% | 10 | 10 | 10 |
| Dongyang Telecom Co., Ltd. | 1,760 | 0.01% | 11 | 1 | 1 |
| Jongwon Remicon Co., Ltd. | 31 | 0.18% | 13 | 13 | 13 |
| Zyle Daewoo Motor Sales Co., Ltd. | 22 | 0.00% | — | — | — |
| Daewoo Development Co., Ltd. | 8 | 0.00% | — | — | — |
| Seyang Inc. | 537 | 0.05% | 27 | 27 | 27 |
| Seungri Enterprise Co., Ltd. | 93 | 0.05% | 3 | 3 | 3 |
| Shin-E P&C Co., Ltd. | 1,569 | 0.64% | 111 | 3 | 3 |
| Ejung Ad Co., Ltd. | 132 | 0.09% | 3 | 3 | 3 |
| Solvus Co., Ltd. | 1,056 | 0.04% | 3 | 3 | 3 |
| Myung Co., Ltd. | 89 | 0.05% | 2 | 2 | 2 |
| Shinil Engineering Co., Ltd. | 887 | 0.06% | 3 | 3 | 3 |
| Biwang Industry Co., Ltd | 406 | 0.04% | 2 | 2 | 2 |
| Young Sung Co., Ltd. | 89 | 0.40% | 26 | 26 | 26 |
| Yuil Industrial Electronics Co., Ltd. | 804 | 0.32% | 15 | 15 | 15 |
| Woojin Industry Corporation | 3 | 0.00% | 16 | 16 | 16 |
| Kwang Sung Industry Co., Ltd. | 325 | 0.35% | 7 | 7 | 7 |
| Futech Mold Co., Ltd. | 274 | 0.27% | 14 | 14 | 14 |
| Woojoo Environment Ind. Co., Ltd. | 101 | 0.11% | 13 | 13 | 13 |
| Hyungji Esquire Co., Ltd. | 61 | 0.02% | 22 | 22 | 22 |
| Kolmar Pharma Co., Ltd. | 1,426 | 0.01% | 52 | 3 | 3 |
| Morado Co., Ltd. | 209 | 0.04% | 2 | 2 | 2 |
| Myung Sung Tex Co., Ltd. | 20 | 0.00% | 2 | 2 | 2 |
| Kwang Sung Co., Ltd. | 610 | 0.53% | 31 | 31 | 31 |
| Seen Business and Technology co., Ltd. | 29,424 | 0.73% | 148 | 7 | 7 |
| Woobang Construction Co., Ltd. | 8 | 0.00% | 8 | 8 | 8 |
| Shin Pyung Co., Ltd. | 6 | 0.03% | 3 | 3 | 3 |
| JMC Heavy Industries Co., Ltd. | 2,724 | 0.10% | 27 | 2 | 2 |
| Najin Steel Co., Ltd. | 37 | 0.06% | 5 | 5 | 5 |
| Sinkwang Industry Co., Ltd. | 1,091 | 1.68% | 5 | 5 | 5 |
| Elephant & Friends Co., Ltd. | 563 | 0.61% | 3 | 3 | 3 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
|---|---|---|---|---|---|
| | **Shares** | **Ownership** | **Acquisition cost** | **Book value** | **Fair value** |
| | | | | In millions of won | |
| Mireco Co., Ltd. | 109 | 0.25% | ₩ 11 | 11 | 11 |
| L&K Industry Co., Ltd. | 1,615 | 0.60% | 24 | 24 | 24 |
| JO Tech Co., Ltd. | 1,263 | 0.62% | 25 | 25 | 25 |
| Kendae Printing Co., Ltd. | 422 | 0.60% | 21 | 21 | 21 |
| Dauning Co., Ltd. | 231 | 0.41% | 6 | 6 | 6 |
| Korea Trecision Co., Ltd. | 22 | 0.45% | 5 | 5 | 5 |
| Ace Track Co., Ltd. | 3,130 | 1.08% | 219 | 59 | 59 |
| Dung Hwan Co., Ltd. | 556 | 0.02% | 6 | 6 | 6 |
| Hurim Biocell Co., Ltd. | 1,021 | 0.00% | 5 | 5 | 5 |
| Smart Power Co., Ltd. | 133,333 | 4.14% | 200 | 200 | 200 |
| Sunjin Power Tech Co., Ltd. | 4,941 | 0.92% | 247 | 32 | 32 |
| Beer Yeast Korea Inc. | 1,388 | 0.43% | 7 | 7 | 7 |
| B CON Co., Ltd. | 96 | 1.16% | 6 | 6 | 6 |
| Ace Integration Co., Ltd | 105 | 0.09% | 24 | 24 | 24 |
| AceInti Agricultural Co., Ltd. | 16 | 0.02% | 5 | 5 | 5 |
| KyungDong Co., Ltd. | 130 | 0.01% | 1 | 1 | 1 |
| ChunWon Development Co., Ltd. | 193 | 0.19% | 39 | 39 | 39 |
| SungLim Industrial Co., Ltd. | 29 | 0.03% | 1 | 1 | 1 |
| Korea Minerals Co., Ltd. | 191 | 0.05% | 134 | 1 | 1 |
| HyoDong Development Co., Ltd. | 128 | 0.16% | 25 | 25 | 25 |
| Haspe Tech Co., Ltd. | 652 | 0.55% | 20 | 20 | 20 |
| JoHyun Co., Ltd. | 350 | 1.56% | 18 | 18 | 18 |
| KC Co., Ltd. | 5,107 | 0.17% | 26 | 26 | 26 |
| SeongJi Industrial Co., Ltd. | 41 | 0.05% | 1 | 1 | 1 |
| Dong Yang Metal Co., Ltd. | 2,951 | 1.97% | 161 | 147 | 147 |
| Seyang Precision Ind.Co., Ltd. | 829 | 0.23% | 41 | 41 | 41 |
| Dooriwon Food System Co., Ltd. | 13 | 0.27% | 1 | 1 | 1 |
| ShinShin Co., Ltd | 339 | 1.12% | 17 | 17 | 17 |
| Sung Kwang Co., Ltd. | 23 | 0.37% | 6 | 6 | 6 |
| Shinheung petrol. Co., Ltd. | 699 | 0.14% | 35 | 35 | 35 |
| Force Tec Co., Ltd. | 3,501 | 0.02% | 18 | 18 | 18 |
| Samsung Tech Co., Ltd. | 486 | 1.28% | 97 | 36 | 36 |
| Tae Hyung Co., Ltd. | 28 | 0.43% | 20 | 20 | 20 |
| Younil Metal Co., Ltd. | 41 | 0.21% | 21 | 21 | 21 |
| Hankook Precision Ind Co., Ltd. | 110 | 0.06% | 3 | 3 | 3 |
| CJ Paradise Co.,Ltd | 24 | 0.02% | 12 | 12 | 12 |
| Han Young Technology Company Co.,Ltd. | 35 | 0.00% | — | — | — |
| STX Offshore & Shipbuilding Co., Ltd. | 8,622 | 0.25% | 1,078 | 1,078 | 1,078 |
| Ptotronics Co., Ltd. | 843 | 0.42% | 84 | 6 | 6 |
| NFT Co., Ltd. | 136 | 0.40% | 8 | 8 | 8 |
| Hyundaitech Co.,Ltd. | 1,363 | 0.87% | 27 | 27 | 27 |
| Dasan Material Co., Ltd. | 29 | 0.04% | 22 | 22 | 22 |
| Fish World Co.,Ltd. | 47 | 0.21% | 2 | 2 | 2 |

F-66

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

10.    **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)    **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

|  | | 2020 | | |
|  | Shares | Ownership | Acquisition cost | Book value | Fair value |
|---|---|---|---|---|---|
|  | | | In millions of won | | |
| SG Shinsung Engineering and Construction Co., Ltd. | 10 | 0.00% | ₩ 6 | 6 | 6 |
| Samdo Industry Electric Co.,Ltd. | 48 | 0.02% | 1 | 1 | 1 |
| Taejung Industries Co.,Ltd. | 9,268 | 0.30% | 5 | 5 | 5 |
| Shinsei Trading Co., Ltd. | 64 | 0.72% | 6 | 6 | 6 |
| Dynamic Co., Ltd. | 111 | 0.19% | 3 | 3 | 3 |
| Green Alchemy Co.,Ltd. | 38,202 | 1.48% | 191 | 17 | 17 |
| Youone TBM Engineering & Construction Co., Ltd. | 615 | 0.27% | 31 | 31 | 31 |
| KM Leatech Co., Ltd. | 1,648 | 0.98% | 8 | 8 | 8 |
| Semist Co.,Ltd. | 555 | 0.80% | 3 | 3 | 3 |
| Sewon Bus Co.,Ltd | 12 | 0.00% | — | — | — |
| Enertec Co., Ltd. | 7,937 | 0.19% | 44 | 44 | 44 |
| Sangji Co., Ltd. | 20 | 0.26% | 4 | 4 | 4 |
| Bellie Doughnuts Co., Ltd. | 169 | 0.19% | 10 | 10 | 10 |
| AIRTECH Information communication Co., Ltd | 2,379 | 0.60% | 12 | 12 | 12 |
| Shin kwang Industrial Co., Ltd. | 884 | 0.35% | 55 | 55 | 55 |
| Kiscom Co., Ltd. | 1,493 | 0.04% | 1 | 1 | 1 |
| Wonil laser Co., Ltd | 157 | 0.37% | 16 | 16 | 16 |
| Pyung Hwa Industrial Co.,Ltd. | 3,388 | 3.00% | 85 | 85 | 85 |
| PT. Kedap Saayq | 671 | 10.00% | 18,540 | — | — |
| Set Holding(*2) | 1,100,220 | 2.50% | 229,255 | 143,765 | 143,765 |
| PT. Cirebon Energi Prasarana | 22,420 | 10.00% | 2,612 | 2,440 | 2,440 |
| Choheung packing Co.,Ltd. | 61 | 0.13% | 12 | 12 | 12 |
| Jaewoo Co., Ltd. | 359 | 0.24% | 11 | 11 | 11 |
| Wooyang HC Co., Ltd | 1,375 | 0.01% | 159 | 159 | 159 |
| Sungsan Parts Co., Ltd. | 629 | 0.80% | 63 | 63 | 63 |
| TheYeonriji Co., Ltd. | 116 | 0.10% | 6 | 6 | 6 |
| Flusys Co., Ltd. | 9 | 0.08% | 2 | 2 | 2 |
| DongSeo Electronics Co., Ltd. | 347 | 0.07% | 17 | 17 | 17 |
| Daewoo Display Co., Ltd. | 177 | 0.03% | 5 | 5 | 5 |
| Yeong-gwang Remicon Co., Ltd. | 15 | 0.12% | 2 | 2 | 2 |
| NTS Co., Ltd. | 143 | 0.22% | 36 | 36 | 36 |
| AID Co., Ltd. | 1,212 | 0.57% | 36 | 36 | 36 |
| Changwon Eco-friendly farming Corp. | 3 | 0.01% | — | — | — |
| Kumo Hitech Co., Ltd. | 6,697 | 0.53% | 100 | 100 | 100 |
| Kyung Pyo Industry Co., Ltd. | 186 | 0.76% | 19 | 19 | 19 |
| Daedong Industry Co., Ltd. | 617 | 0.55% | 46 | 46 | 46 |
| Doosung Heavy Industries Co., Ltd. | 53 | 0.06% | 5 | 5 | 5 |
| Samjoo Hightech Co., Ltd. | 522 | 0.08% | 3 | 3 | 3 |
| Samkwang Chemical Co., Ltd. | 204 | 1.27% | 51 | 51 | 51 |
| SG Corp. | 213 | 0.54% | 21 | 21 | 21 |
| Shinseung Chemical Industy Co., Ltd. | 5 | 0.01% | 60 | 60 | 60 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
| | | | Acquisition | | |
| | Shares | Ownership | cost | Book value | Fair value |
| | | | In millions of won | | |
|---|---:|---:|---:|---:|---:|
| KJ Alloy Co., Ltd. | 368 | 0.20% | ₩ 7 | 7 | 7 |
| SM Hi-tech Co., Ltd. | 22 | 0.39% | 22 | 22 | 22 |
| Keum Mun Industry Co., Ltd. | 1,320 | 0.97% | 330 | 56 | 56 |
| Puruen Environment Co., Ltd. | 967 | 1.34% | 19 | 19 | 19 |
| Miretech Co., Ltd. | 9,111 | 0.27% | 18 | 18 | 18 |
| SIE Co., Ltd. | 12 | 0.02% | 1 | 1 | 1 |
| Sejin Hightech Co., Ltd. | 17,980 | 0.16% | 18 | 18 | 18 |
| Eun Sung Enterprise Co., Ltd. | 1,131 | 0.72% | 17 | 17 | 17 |
| Dongdo Basalt Industry Co., Ltd. | 182 | 1.50% | 73 | 73 | 73 |
| Shinyoung Textiles Co., Ltd. | 523 | 1.01% | 52 | 23 | 23 |
| Ilwoo Steel Co., Ltd. | 41 | 0.28% | 17 | 17 | 17 |
| Dong-un Tech Co., Ltd. | 1,159 | 6.28% | 81 | 81 | 81 |
| Wongwang Door Corp. | 575 | 1.00% | 29 | 29 | 29 |
| Seobu Highway Solar Co., Ltd. | 19,460 | 2.86% | 195 | 195 | 195 |
| Dongbu Highway Solar Co., Ltd. | 19,020 | 4.99% | 190 | 190 | 190 |
| Mansu Co.,Ltd. | 344 | 0.25% | 15 | 15 | 15 |
| Eanskorea Co., Ltd. | 39 | 0.05% | 2 | 2 | 2 |
| Youngdongseafood Co., Ltd. | 165 | 0.33% | 8 | 8 | 8 |
| Hyunwoo Winstar Co., Ltd. | 1 | 0.00% | — | — | — |
| Sehwa Diecasting Co., Ltd. | 299 | 1.66% | 44 | 44 | 44 |
| Sungchang Tech Co., Ltd. | 159 | 0.31% | 10 | 10 | 10 |
| Yuchang Industry Co., Ltd. | 90 | 0.11% | 5 | 5 | 5 |
| Jeongpum Co., Ltd. | 322 | 0.35% | 16 | 16 | 16 |
| Korea Steel Power Co., Ltd. | 2,761 | 1.88% | 55 | 55 | 55 |
| Amanex Co., Ltd. | 10 | 0.02% | 9 | 9 | 9 |
| Dae-A Leisure Co., Ltd. | 23 | 0.00% | 4 | 4 | 4 |
| Caffe Bene Co.,Ltd. | 1,908 | 0.03% | 2 | 2 | 2 |
| Daechang HRSG Co.,Ltd. | 618 | 0.12% | 62 | 62 | 62 |
| Shinjin International Corp. | 4 | 0.01% | 1 | 1 | 1 |
| Daewoon Shell Tech Co., Ltd. | 666 | 2.81% | 33 | 33 | 33 |
| Jinhung Packaging Co.,Ltd | 4,329 | 3.02% | 22 | 22 | 22 |
| Donglim Eng Co., Ltd. | 26 | 0.11% | 3 | 3 | 3 |
| SIP Co., Ltd. | 274 | 0.55% | 7 | 7 | 7 |
| Clizen Co., Ltd. | 615 | 0.34% | 31 | 31 | 31 |
| Daedong Millenium Co., Ltd. | 159 | 0.42% | 32 | 32 | 32 |
| Daeji Product Co., Ltd. | 15 | 0.05% | 1 | — | — |
| Cheong Hae Myeong Ga Co.,Ltd. | 1,867 | 0.11% | 5 | 5 | 5 |
| Jaein Circuit Co., Ltd. | 498 | 1.12% | 65 | 65 | 65 |
| SSET Co., Ltd. | 181 | 0.30% | 18 | 18 | 18 |
| Sewon PM Tech Co., Ltd. | 963 | 1.11% | 48 | 48 | 48 |
| Dawon Yuhwa Co., Ltd. | 506 | 1.94% | 25 | 25 | 25 |
| Ogokbaekkwa Co., Ltd. | 101 | 0.12% | 1 | 1 | 1 |
| Shinwoo Toptech Co., Ltd. | 834 | 0.51% | 83 | 83 | 83 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | Shares | Ownership | 2020 Acquisition cost | Book value | Fair value |
|---|---|---|---|---|---|
| | | | In millions of won | | |
| KMLC Co., Ltd. | 281 | 0.14% | ₩ 22 | 22 | 22 |
| Seinfood Co., Ltd. | 13 | 0.17% | 7 | 7 | 7 |
| TaeSung Eco-Tech. Co., Ltd. | 1,368 | 4.55% | 34 | 34 | 34 |
| Kukex Inc. | 639 | 0.05% | 3 | 3 | 3 |
| Youngshin Plus Co., Ltd. | 104 | 0.12% | 5 | 5 | 5 |
| Chang won Engineering Co., Ltd. | 22 | 0.00% | 4 | 4 | 4 |
| Samsung Silup Co., Ltd. | 47 | 0.19% | 5 | 5 | 5 |
| Samwon Bio Tech Co., Ltd. | 390 | 0.25% | 6 | 6 | 6 |
| Izu Korea Co., Ltd. | 48 | 0.00% | 2 | 2 | 2 |
| Dongdo CNP Co., Ltd. | 234 | 0.36% | 6 | 6 | 6 |
| Dae Bang Industry Co.,Ltd. | 115 | 0.13% | 6 | 6 | 6 |
| S.I.T. Co.,Ltd | 2,213 | 0.44% | 22 | 22 | 22 |
| Taejin Hiech Co., Ltd. | 78 | 0.26% | 3 | 3 | 3 |
| Headone Co.,Ltd. | 69 | 0.12% | 7 | 7 | 7 |
| Enaindustry Co., Ltd. | 201 | 0.28% | 141 | 141 | 141 |
| TCT Co., Ltd. | 3,277 | 0.55% | 82 | 82 | 82 |
| E-Won Solutech Co., Ltd. | 158 | 0.16% | 40 | 40 | 40 |
| MJT Co., Ltd. | 1,013 | 0.20% | 51 | 51 | 51 |
| KPL Circuit Co., Ltd. | 283 | 0.08% | 14 | 14 | 14 |
| Road Solar Co., Ltd. | 12 | 0.00% | — | — | — |
| Sung Ae Co., Ltd. | 190 | 0.80% | 10 | 10 | 10 |
| Han Mi Flexible Co.,Ltd. | 143 | 0.20% | 43 | 43 | 43 |
| Samhwa Casting Co., Ltd. | 200 | 0.04% | 100 | 100 | 100 |
| Millennium PNT Co., Ltd. | 227 | 0.37% | 6 | 6 | 6 |
| GN Chem Co., Ltd. | 40 | 0.07% | 1 | 1 | 1 |
| GW Industry Co., Ltd. | 505 | 0.07% | 51 | 51 | 51 |
| TM Construction Co., Ltd. | 4 | 0.00% | — | — | — |
| Dae Myung Co., Ltd. | 114 | 0.08% | 3 | 3 | 3 |
| Nanomicart Co., Ltd. | 176 | 1.06% | 35 | 35 | 35 |
| Young San Heavy Industries Co., Ltd. | 74 | 0.11% | 7 | 7 | 7 |
| Samchungwon Co., Ltd. | 15 | 0.24% | 2 | 2 | 2 |
| Wooyang Frozen Foods Co., Ltd. | 66 | 0.82% | 27 | 27 | 27 |
| Nanomic Co., Ltd. | 94 | 0.63% | 38 | 38 | 38 |
| Samsung Nonferrous Metal Co., Ltd. | 89 | 0.26% | 9 | 9 | 9 |
| Daewha Fuel Pump Ind., Ltd. | 83 | 0.05% | 10 | 10 | 10 |
| HIC Co., Ltd. | 7,408 | 0.71% | 111 | 111 | 111 |
| Addies Direct Co., Ltd. | 1 | 0.00% | — | — | — |
| WorldCnM Inc. | 131 | 1.09% | 10 | 10 | 10 |
| Superone Co., Ltd. | 1,585 | 1.45% | 8 | 8 | 8 |
| Deok-u Co., Ltd. | 1,626 | 1.92% | 195 | 195 | 195 |
| Buyoung Panji Co., Ltd. | 478 | 0.44% | 12 | 12 | 12 |
| International Paint Korea Co., Ltd. | 111 | 0.48% | 11 | 11 | 11 |
| EI Lighting Co., Ltd. | 358 | 0.36% | 18 | 18 | 18 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

10.   **Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
| | | | Acquisition | | |
| | **Shares** | **Ownership** | **cost** | **Book value** | **Fair value** |
| | | | In millions of won | | |
| Hightech Mnp Co., Ltd. | 123 | 0.35% | ₩ 6 | 6 | 6 |
| Dongjin Foundry Industry Co., Ltd. | 966 | 4.10% | 193 | 193 | 193 |
| Yooseung Co., Ltd. | 10 | 0.08% | 1 | 1 | 1 |
| Sungkwang Co., Ltd. | 48 | 0.35% | 2 | 2 | 2 |
| Taeyang gasteel Co., Ltd. | 8 | 0.02% | 1 | 1 | 1 |
| Ajin KSB Co., Ltd. | 204 | 0.31% | 18 | 18 | 18 |
| Sewon Ceramic Co., Ltd. | 530 | 1.01% | 5 | 5 | 5 |
| Choyang Tech Co., Ltd. | 465 | 1.01% | 23 | 23 | 23 |
| TK Co., Ltd. | 307 | 0.70% | 15 | 15 | 15 |
| Sungdo Co., Ltd. | 130 | 1.10% | 52 | 52 | 52 |
| KSM Tech Co., Ltd. | 25 | 0.11% | 1 | 1 | 1 |
| Arari Co., Ltd. | 14 | 0.05% | 1 | 1 | 1 |
| Potech Co., Ltd. | 39 | 0.13% | 14 | 14 | 14 |
| C&S Corporation Co., Ltd. | 1,304 | 0.01% | 13 | 13 | 13 |
| Sungshin Parts Co., Ltd. | 345 | 0.40% | 14 | 14 | 14 |
| Global The One of Korea Co., Ltd. | 62 | 0.06% | 3 | 3 | 3 |
| Steellife Co., Ltd. | 85 | 0.06% | 4 | 4 | 4 |
| D&C Castech Co., Ltd | 330 | 1.89% | 25 | 25 | 25 |
| Geumhan Co., Ltd. | 498 | 0.24% | 7 | 7 | 7 |
| Mokgan Co., Ltd. | 5 | 0.02% | 1 | 1 | 1 |
| Wenex Co., Ltd. | 373 | 0.53% | 19 | 19 | 19 |
| Sulim Co., Ltd. | 30 | 0.20% | 6 | 6 | 6 |
| Shinkwang Engineering | 24 | 0.36% | 2 | 2 | 2 |
| Ek Cookware Co., Ltd. | 60 | 0.04% | 1 | 1 | 1 |
| KTTW Co., Ltd. | 28 | 0.05% | 2 | 2 | 2 |
| Avajar Co., Ltd. | 1,061 | 0.01% | 1 | 1 | 1 |
| Koomin Precisions Co., Ltd. | 124 | 0.26% | 12 | 12 | 12 |
| Woosung I.B. Co.,Ltd | 7,071 | 0.07% | 14 | 14 | 14 |
| CAP Korea Co., Ltd. | 16 | 0.30% | 3 | 3 | 3 |
| MSM Co., Ltd. | 25 | 0.08% | — | — | — |
| Ddpopstyle Co., Ltd. | 22 | 0.14% | 1 | 1 | 1 |
| Finemetal Co., Ltd. | 49 | 0.08% | 1 | 1 | 1 |
| Sungkyeong Co., Ltd. | 52 | 0.24% | 2 | 2 | 2 |
| RMK Co., Ltd. | 63 | 0.90% | 22 | 22 | 22 |
| Tpp Co., Ltd. | 36,645 | 11.72% | 1,832 | 1,832 | 1,832 |
| Kuklim Plastic New Technology Co., Ltd. | 393 | 0.29% | 8 | 8 | 8 |
| Dukeong Metal Heat Treatment Co., Ltd. | 843 | 3.61% | 84 | 84 | 84 |
| Newko Co., Ltd. | 331 | 0.06% | 10 | 10 | 10 |
| KMC&R Co., Ltd. | 16 | 0.11% | 1 | 1 | 1 |
| Dongsung Mulsan Co., Ltd. | 137 | 0.34% | 14 | 14 | 14 |
| Pizzakorea Co., Ltd. | 42 | 0.18% | 9 | 9 | 9 |
| Geumdani Co., Ltd. | 2,377 | 1.82% | 36 | 36 | 36 |
| Mezzanine I-pack Co., Ltd. | 38 | 0.02% | 1 | 1 | 1 |

F-70

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**10.   Financial Assets at Fair Value through Other Comprehensive Income, Continued**

(2)   **Financial assets at fair value through other comprehensive income as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
|---|---|---|---|---|---|
| | Shares | Ownership | Acquisition cost | Book value | Fair value |
| | | | In millions of won | | |
| Newclean Livestock Co., Ltd. | 86 | 0.17% | ₩ 4 | 4 | 4 |
| Ltop Co., Ltd. | 36 | 0.06% | 7 | 7 | 7 |
| Simile Aluminium Co., Ltd. | 428 | 0.31% | 9 | 9 | 9 |
| GT Tooling Co., Ltd. | 604 | 0.17% | 6 | 6 | 6 |
| Panax Korea Co., Ltd. | 58 | 0.14% | 9 | 9 | 9 |
| Team Korea Co., Ltd. | 4,782 | 0.37% | 24 | 24 | 24 |
| Donghwa TCA Co., Ltd. | 1,012 | 0.30% | 25 | 25 | 25 |
| Hankook Piaget Co., Ltd. | 4 | 0.01% | 1 | 1 | 1 |
| Coco Food Co., Ltd. | 648 | 1.24% | 33 | 33 | 33 |
| Woori Industry Co., Ltd. | 102 | 1.05% | 21 | 21 | 21 |
| Para Belleza Co., Ltd | 1,211 | 1.74% | 74 | 74 | 74 |
| Dongsung Co., Ltd. | 1,983 | 1.63% | 198 | 198 | 198 |
| Ssangyong Youngweol Plant Service&Engineering Co., Ltd. | 83 | 0.07% | 4 | 4 | 4 |
| SH Co., Ltd. | 31 | 0.20% | 6 | 6 | 6 |
| Namsunnam Co., Ltd. | 1,275 | 0.19% | 6 | 6 | 6 |
| Daeyoung Co., Ltd. | 75 | 0.01% | 8 | 8 | 8 |
| Chandown Food Co., Ltd. | 46 | 0.14% | 9 | 9 | 9 |
| Getron Co., Ltd. | 7,259 | 0.20% | 37 | 37 | 37 |
| Jungmun Co., Ltd. | 19 | 0.26% | 2 | 2 | 2 |
| Andong Trading Corporation Co., Ltd. | 42 | 0.00% | 2 | 2 | 2 |
| JM Tech Co., Ltd. | 403 | 0.67% | 82 | 82 | 82 |
| SGC Energy Co., Ltd. | 580,000 | 5.00% | 2,900 | 2,900 | 2,900 |
| Ihsung CNI Co., Ltd. | 13,526 | 18.22% | 3,000 | 3,000 | 3,000 |
| H Robotics Co., Ltd. | 9,192 | 4.55% | 1,000 | 1,000 | 1,000 |
| Good Tcells Co., Ltd. | 11,364 | 0.34% | 500 | 500 | 500 |
| | | | 275,496 | 163,890 | 163,890 |
| | | | ₩ 634,823 | 358,559 | 358,559 |

(*1)   The Company used initial cost as their fair value because there was not enough information to determine fair value, and the range of the estimated fair value is wide.

(*2)   The Company has estimated the fair value of Set Holding by using the discounted cash flow method and has recognized the difference between its fair value and book value as gain or loss on valuation of financial assets at FVOCI in other comprehensive income or loss for the year ended December 31, 2020.

F-71

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

11.    **Financial Assets at Amortized Cost**

Financial assets at amortized cost as of December 31, 2019 and 2020 are as follows:

| | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | | Financial assets at amortized cost | Government grants | Allowance for doubtful accounts | Others | Book value |
| | | | | In millions of won | | |
| Government bonds | ₩ | 1,609 | — | — | — | 1,609 |
| Others | | 12,000 | — | — | — | 12,000 |
| | ₩ | 13,609 | — | — | — | 13,609 |
| Current | ₩ | 12,302 | — | — | — | 12,302 |
| Non-current | | 1,307 | — | — | — | 1,307 |

| | | 2020 | | | | |
|---|---|---|---|---|---|---|
| | | Financial assets at amortized cost | Government grants | Allowance for doubtful accounts | Others | Book value |
| | | | | In millions of won | | |
| Government bonds | ₩ | 1,422 | — | — | — | 1,422 |
| Others | | 13,000 | — | — | — | 13,000 |
| | ₩ | 14,422 | — | — | — | 14,422 |
| Current | ₩ | 13,149 | — | — | — | 13,149 |
| Non-current | | 1,273 | — | — | — | 1,273 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**12.   Derivatives**

**(1)   Derivatives as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | 2020 | |
|---|---|---|---|---|---|
|  |  | Current | Non-current | Current | Non-current |
|  |  | | In millions of won | | |
| **Derivative assets** |  |  |  |  |  |
| Currency forward | ₩ | 21 | 43,931 | 18,332 | — |
| Currency swap |  | 27,597 | 229,258 | 11,193 | 127,386 |
| —Trading |  | — | 111,026 | — | 82,931 |
| —Hedging |  | 27,597 | 118,232 | 11,193 | 44,455 |
| Interest rate swap |  | — | 7,592 | — | 9,502 |
| —Trading |  | — | 7,592 | — | 9502 |
| —Hedging |  | — | — | — | — |
| Others |  | — | 2,634 | — | — |
|  | ₩ | 27,618 | 283,415 | 29,525 | 136,888 |
| **Derivative liabilities** |  |  |  |  |  |
| Currency forward | ₩ | 7,081 | — | 10,014 | 4,977 |
| Currency swap |  | 59,327 | 45,184 | 36,088 | 232,669 |
| —Trading |  | — | 13,250 | — | 93,245 |
| —Hedging |  | 59,327 | 31,933 | 36,088 | 139,424 |
| Interest rate swap |  | 451 | 50,756 | 3,782 | 66,451 |
| —Trading |  | — | 26,610 | 2,192 | 22,687 |
| —Hedging |  | 451 | 24,147 | 1,590 | 43,764 |
| Others(*1,2,3) |  | 6,205 | 956 | — | 11,138 |
|  | ₩ | 73,064 | 96,896 | 49,884 | 315,235 |

(*1)   The Company has an obligation to settle the convertible preferred stock to financial investors pursuant to the settlement contract with Samcheok Eco Materials Co., Ltd. and the fair value of the obligation is recorded in 'Others'.

(*2)   The Company has granted stock option to Chester Solar IV SpA, a joint venture of the Company, and 4 other third party investors, and recognized its fair value as other derivative liabilities.

(*3)   The Company has an obligation to purchase the shares of Hyundai Green Power Co., Ltd., an associate of the Company from financial investors, and the fair value of the obligation is recorded in 'Others'.

**(2)   Currency forward contracts which are not designated as hedging instruments as of December 31, 2020 are as follows:**

| Counterparty | Contract date | Maturity date | Contract amounts | | Contract exchange rate (in won) |
|---|---|---|---|---|---|
|  |  |  | Pay | Receive |  |
|  |  | In millions of won and thousands of USD except contract exchange rate information | | | |
| Hana Bank | 2014.04.10 | 2021.07.12 | ₩ 55,120 | USD 52,000 | ₩ 1,060.00 |
| Hana Bank | 2014.04.28 | 2021.07.12 | 50,784 | USD 48,000 | 1,058.00 |
| Bank of America | 2014.04.29 | 2021.07.12 | 105,400 | USD 100,000 | 1,054.00 |
| Hana Bank | 2014.05.09 | 2021.07.12 | 104,600 | USD 100,000 | 1,046.00 |

F-73

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**12.   Derivatives, Continued**

**(2)   Currency forward contracts which are not designated as hedging instruments as of December 31, 2020 are as follows, continued:**

| Counterparty | Contract date | Maturity date | Contract amounts | | Contract exchange rate (in won) |
|---|---|---|---|---|---|
| | | | Pay | Receive | |
| | | | In millions of won and thousands of USD except contract exchange rate information | | |
| Hana Bank | 2017.12.22 | 2021.07.12 | ₩ 105,079 | USD 100,000 ₩ | 1,050.79 |
| Korea Development Bank | 2017.12.27 | 2021.07.12 | 104,849 | USD 100,000 | 1,048.49 |
| Shinhan Bank | 2020.11.25 | 2021.01.29 | 895 | USD 809 | 1,106.50 |
| Woori Bank | 2020.12.28 | 2021.01.28 | 53,371 | USD 48,790 | 1,093.88 |
| Shinhan Bank | 2020.12.29 | 2021.01.25 | 27,776 | USD 25,379 | 1,094.44 |
| Shinhan Bank | 2020.10.08 | 2021.01.04 | 7,836 | USD 6,771 | 1,157.15 |
| Shinhan Bank | 2020.10.08 | 2021.01.05 | 7,586 | USD 6,552 | 1,157.75 |
| Shinhan Bank | 2020.10.19 | 2021.01.18 | 10,498 | USD 9,188 | 1,142.68 |
| Shinhan Bank | 2020.10.21 | 2021.01.19 | 7,633 | USD 6,717 | 1,136.45 |
| Shinhan Bank | 2020.11.05 | 2021.02.02 | 6,471 | USD 5,729 | 1,129.45 |
| CCB | 2020.11.30 | 2021.01.05 | 5,522 | USD 5,000 | 1,104.45 |
| Standard Chartered | 2020.12.09 | 2021.01.14 | 3,248 | USD 3,000 | 1,082.80 |
| Mizuho Bank | 2020.12.14 | 2021.01.20 | 2,180 | USD 2,000 | 1,090.05 |
| Hana Bank | 2020.12.17 | 2021.01.25 | 5,456 | USD 5,000 | 1,091.25 |
| Korea Development Bank | 2020.12.18 | 2021.01.28 | 5,469 | USD 5,000 | 1,093.75 |
| Woori Bank | 2020.12.23 | 2021.02.02 | 5,540 | USD 5,000 | 1,107.95 |
| Hana Bank | 2020.12.24 | 2021.02.08 | 3,303 | USD 3,000 | 1,101.10 |
| Morgan Stanley | 2020.12.24 | 2021.02.09 | 5,504 | USD 5,000 | 1,100.80 |
| Standard Chartered | 2020.12.28 | 2021.02.10 | 3,296 | USD 3,000 | 1,098.50 |
| Credit Agricole | 2020.12.28 | 2021.02.15 | 3,284 | USD 3,000 | 1,094.55 |
| Nonghyup Bank | 2020.12.29 | 2021.02.17 | 6,572 | USD 6,000 | 1,095.30 |
| Korea Development Bank | 2020.12.30 | 2021.02.19 | 5,436 | USD 5,000 | 1,087.16 |
| Korea Development Bank | 2020.12.15 | 2021.01.05 | 1,092 | USD 1,000 | 1,092.10 |
| HSBC | 2020.12.23 | 2021.01.05 | 3,881 | USD 3,500 | 1,108.85 |
| HSBC | 2020.12.24 | 2021.01.05 | 3,306 | USD 3,000 | 1,101.95 |
| HSBC | 2020.12.24 | 2021.01.22 | 1,651 | USD 1,500 | 1,100.80 |
| HSBC | 2020.12.29 | 2021.01.13 | 14,210 | USD 13,000 | 1,093.10 |
| Korea Development Bank | 2020.12.29 | 2021.01.05 | 6,791 | USD 6,200 | 1,095.35 |
| Shinhan Bank | 2020.12.30 | 2021.01.22 | 9,249 | USD 8,500 | 1,088.10 |
| MUFG | 2020.12.29 | 2021.01.12 | 4,380 | USD 4,000 | 1,095.05 |
| BNP Paribas | 2020.12.30 | 2021.01.19 | 4,351 | USD 4,000 | 1,087.80 |
| Nova Scotia | 2020.09.18 | 2021.01.12 | 46,700 | USD 40,000 | 1,167.50 |
| Mizuho Bank | 2020.09.18 | 2021.03.11 | 15,177 | USD 13,000 | 1,167.45 |
| HSBC | 2020.09.18 | 2021.06.11 | 31,506 | USD 27,000 | 1,166.90 |
| HSBC | 2020.10.19 | 2024.10.29 | 140,913 | USD 125,000 | 1,127.30 |
| Woori Bank | 2020.12.03 | 2021.01.08 | 1,461 | USD 1,330 | 1,098.70 |
| Shinhan Bank | 2020.12.04 | 2021.01.08 | 9,775 | USD 9,000 | 1,086.15 |
| Credit Agricole | 2020.12.10 | 2021.01.08 | 3,915 | USD 3,600 | 1,087.45 |
| Standard Chartered | 2020.12.17 | 2021.01.15 | 4,044 | USD 3,700 | 1,093.10 |
| Hana Bank | 2020.12.23 | 2021.01.21 | 3,321 | USD 3,000 | 1,107.15 |
| Hana Bank | 2020.12.24 | 2021.01.21 | 5,504 | USD 5,000 | 1,100.70 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**12.   Derivatives, Continued**

**(2)   Currency forward contracts which are not designated as hedging instruments as of December 31, 2020 are as follows, continued:**

| Counterparty | Contract date | Maturity date | Contract amounts | | Contract exchange rate (in won) |
|---|---|---|---|---|---|
| | | | Pay | Receive | |
| | | | In millions of won and thousands of USD except contract exchange rate information | | |
| Woori Bank | 2020.12.28 | 2021.01.04 | ₩   19,076 | USD 17,400 | ₩   1,096.30 |
| Standard Chartered | 2020.12.28 | 2021.01.15 | 6,577 | USD 6,000 | 1,096.20 |
| Shinhan Bank | 2020.12.28 | 2021.01.29 | 9,870 | USD 9,000 | 1,096.70 |
| Credit Agricole | 2020.12.30 | 2021.01.29 | 4,915 | USD 4,500 | 1,092.30 |
| Standard Chartered | 2020.12.30 | 2021.01.29 | 4,344 | USD 4,000 | 1,086.00 |
| Woori Bank | 2020.12.30 | 2021.02.05 | 8,691 | USD 8,000 | 1,086.40 |

**(3)   Currency swap contracts which are not designated as hedging instruments as of December 31, 2020 are as follows:**

| Counterparty | Contract year | Contract amount | | Contract interest rate | | Contract exchange rate (in won) |
|---|---|---|---|---|---|---|
| | | Pay | Receive | Pay | Receive | |
| | | In millions of won and thousands of foreign currencies except contract exchange rate information | | | | |
| Standard Chartered | 2014~2029 | ₩   102,470 | USD 100,000 | 3.14% | 3.57% | ₩   1,024.70 |
| Societe Generale | 2014~2024 | 105,017 | USD 100,000 | 4.92% | 5.13% | 1,050.17 |
| Hana Bank | 2015~2024 | 107,970 | USD 100,000 | 4.75% | 5.13% | 1,079.70 |
| Credit Agricole | 2015~2024 | 94,219 | USD 86,920 | 4.85% | 5.13% | 1,083.97 |
| Woori Bank | 2019~2027 | 21,708 | USD 19,417 | 5.04% | 6.75% | 1,118.00 |
| Woori Bank | 2019~2024 | 296,000 | USD 250,000 | 1.21% | 2.50% | 1,184.00 |
| Korea Development Bank | 2019~2024 | 177,600 | USD 150,000 | 1.24% | 2.50% | 1,184.00 |
| Hana Bank | 2019~2024 | 118,400 | USD 100,000 | 1.24% | 2.50% | 1,184.00 |
| Woori Bank | 2020~2025 | 241,320 | USD 200,000 | 0.54% | 1.13% | 1,206.60 |
| Korea Development Bank | 2020~2025 | 241,320 | USD 200,000 | 0.54% | 1.13% | 1,206.60 |
| Kookmin Bank | 2020~2025 | 120,660 | USD 100,000 | 0.54% | 1.13% | 1,206.60 |
| Kookmin Bank | 2020~2026 | 76,355 | USD 70,445 | 5.83% | 6.00% | 1,083.90 |
| Citibank | 2012~2022 | 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| JP Morgan | 2012~2022 | 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| Bank of America | 2012~2022 | 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| Shinhan Bank | 2016~2022 | 112,930 | USD 100,000 | 2.79% | 3.00% | 1,129.30 |
| HSBC | 2012~2022 | 111,770 | USD 100,000 | 2.89% | 3.00% | 1,117.70 |
| Hana Bank | 2012~2022 | 111,770 | USD 100,000 | 2.87% | 3.00% | 1,117.70 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**12.   Derivatives, Continued**

(3)   Currency swap contracts which are not designated as hedging instruments as of December 31, 2020 are as follows, continued:

| Counterparty | Contract year | Contract amount | | Contract interest rate | | Contract exchange rate (in won) |
|---|---|---|---|---|---|---|
| | | Pay | Receive | Pay | Receive | |
| | | In millions of won and thousands of foreign currencies except contract exchange rate information | | | | |
| Standard Chartered | 2012~2022 | ₩  111,770 | USD 100,000 | 2.89% | 3.00% | ₩  1,117.70 |
| Deutsche Bank | 2012~2022 | 55,885 | USD 50,000 | 2.79% | 3.00% | 1,117.70 |
| Nomura | 2015~2025 | 111,190 | USD 100,000 | 2.60% | 3.25% | 1,111.90 |
| Korea Development Bank | 2015~2025 | 111,190 | USD 100,000 | 2.62% | 3.25% | 1,111.90 |
| Woori Bank | 2015~2025 | 55,595 | USD 50,000 | 2.62% | 3.25% | 1,111.90 |
| Hana Bank | 2015~2025 | 55,595 | USD 50,000 | 2.62% | 3.25% | 1,111.90 |
| Woori Bank | 2017~2027 | 111,610 | USD 100,000 | 2.25% | 3.13% | 1,116.10 |
| Korea Development Bank | 2017~2027 | 111,610 | USD 100,000 | 2.31% | 3.13% | 1,116.10 |
| Hana Bank | 2017~2027 | 111,610 | USD 100,000 | 2.31% | 3.13% | 1,116.10 |
| Korea Development Bank | 2018~2028 | 108,600 | HKD 800,000 | 2.69% | 3.35% | 135.75 |
| Shinhan Bank | 2018~2028 | 115,387 | HKD 850,000 | 2.66% | 3.35% | 135.75 |
| Korea Development Bank | 2018~2023 | 170,280 | USD 150,000 | 2.15% | 3.75% | 1,135.20 |
| Woori Bank | 2018~2023 | 170,280 | USD 150,000 | 2.18% | 3.75% | 1,135.20 |
| Hana Bank | 2018~2023 | 113,520 | USD 100,000 | 2.17% | 3.75% | 1,135.20 |
| Shinhan Bank | 2018~2023 | 227,040 | USD 200,000 | 2.17% | 3.75% | 1,135.20 |
| Citibank | 2019~2024 | 239,956 | CHF 200,000 | 1.44% | 0.00% | 1,199.78 |
| Korea Development Bank | 2019~2027 | 119,978 | CHF 100,000 | 1.43% | 0.05% | 1,199.78 |
| HSBC | 2019~2024 | USD 205,500 | AUD 300,000 | 3M Libor + 0.78% | 3M BBSW + 0.97% | USD 0.69 |

(4)   Currency swap contracts which are designated as hedging instruments as of December 31, 2020 are as follows:

| Counterparty | Contract year | Contract amount | | Contract interest rate | | Contract exchange rate (in won) |
|---|---|---|---|---|---|---|
| | | Pay | Receive | Pay | Receive | |
| | | In millions of won and thousands of foreign currencies except contract exchange rate information | | | | |
| Kookmin Bank | 2020~2025 | ₩  118,780 | USD 100,000 | 1.29% | 2.13% | ₩  1,187.80 |
| Shinhan Bank | 2020~2025 | 118,780 | USD 100,000 | 1.29% | 2.13% | 1,187.80 |
| Hana Bank | 2020~2025 | 118,780 | USD 100,000 | 1.29% | 2.13% | 1,187.80 |
| Korea Development Bank | 2020~2026 | 118,910 | USD 100,000 | 0.61% | 1.00% | 1,189.10 |
| Hana Bank | 2020~2026 | 118,910 | USD 100,000 | 0.61% | 1.00% | 1,189.10 |

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**12.   Derivatives, Continued**

**(4)   Currency swap contracts which are designated as hedging instruments as of December 31, 2020 are as follows, continued:**

| Counterparty | Contract year | Contract amount | | Contract interest rate | | Contract exchange rate (in won) |
|---|---|---|---|---|---|---|
| | | Pay | Receive | Pay | Receive | |
| | | In millions of won and thousands of foreign currencies except contract exchange rate information | | | | |
| Woori Bank | 2020~2026 | ₩ 118,910 | USD 100,000 | 0.62% | 1.00% | ₩ 1,189.10 |
| Korea Development Bank | 2016~2021 | 121,000 | USD 100,000 | 2.15% | 2.50% | 1,210.00 |
| Morgan Stanley | 2016~2021 | 121,000 | USD 100,000 | 3M Libor + 2.10% | 2.50% | 1,210.00 |
| BNP Paribas | 2016~2021 | 121,000 | USD 100,000 | 3M Libor + 2.10% | 2.50% | 1,210.00 |
| Nomura | 2017~2037 | 52,457 | EUR 40,000 | 2.60% | 1.70% | 1,311.42 |
| Nomura | 2017~2037 | 59,423 | SEK 450,000 | 2.62% | 2.36% | 132.05 |
| Korea Development Bank | 2019~2022 | 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| Kookmin Bank | 2019~2022 | 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| Woori Bank | 2019~2022 | 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| Korea Development Bank | 2018~2023 | 320,880 | USD 300,000 | 2.03% | 3.75% | 1,069.60 |
| BNP Paribas | 2019~2024 | 111,841 | CHF 100,000 | 1.78% | 0.13% | 1,118.41 |
| Kookmin Bank | 2019~2024 | 111,841 | CHF 100,000 | 1.78% | 0.13% | 1,118.41 |
| Korea Development Bank | 2019~2022 | 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| Hana Bank | 2019~2022 | 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| Kookmin Bank | 2019~2022 | 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| Hana Bank | 2018~2021 | 212,960 | USD 200,000 | 2.10% | 3.00% | 1,064.80 |
| Korea Development Bank | 2018~2021 | 212,960 | USD 200,000 | 2.10% | 3.00% | 1,064.80 |
| Hana Bank | 2017~2022 | 226,600 | USD 200,000 | 1.94% | 2.63% | 1,133.00 |
| Korea Development Bank | 2017~2022 | 113,300 | USD 100,000 | 1.94% | 2.63% | 1,133.00 |
| Nomura | 2017~2022 | 113,300 | USD 100,000 | 1.95% | 2.63% | 1,133.00 |
| Woori Bank | 2017~2022 | 56,650 | USD 50,000 | 1.95% | 2.63% | 1,133.00 |
| Kookmin Bank | 2017~2022 | 56,650 | USD 50,000 | 1.95% | 2.63% | 1,133.00 |
| Korea Development Bank | 2018~2023 | 169,335 | USD 150,000 | 2.26% | 3.88% | 1,128.90 |
| Woori Bank | 2018~2023 | 169,335 | USD 150,000 | 2.26% | 3.88% | 1,128.90 |
| Credit Agricole | 2018~2023 | 112,890 | USD 100,000 | 2.26% | 3.88% | 1,128.90 |
| Hana Bank | 2018~2023 | 56,445 | USD 50,000 | 2.26% | 3.88% | 1,128.90 |
| Kookmin Bank | 2018~2023 | 56,445 | USD 50,000 | 2.26% | 3.88% | 1,128.90 |
| Woori Bank | 2020~2025 | 245,560 | USD 200,000 | 0.93% | 1.75% | 1,227.80 |
| Hana Bank | 2020~2025 | 245,560 | USD 200,000 | 0.93% | 1.75% | 1,227.80 |
| Korea Development Bank | 2020~2025 | 122,780 | USD 100,000 | 0.93% | 1.75% | 1,227.80 |

F-77

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**12.    Derivatives, Continued**

**(5)    Interest rate swap contracts which are not designated as hedging instruments as of December 31, 2020 are as follows:**

| Counterparty | Contract year | Contract amount | Contract interest rate per annum | |
|---|---|---|---|---|
| | | In millions of won | Pay | Receive |
| Hana Bank | 2017~2022 | ₩        100,000 | 2.01% | 3M CD + 0.24% |
| Hana Bank | 2017~2022 | 100,000 | 2.06% | 3M CD + 0.27% |
| Hana Bank | 2017~2021 | 200,000 | 2.45% | 3M CD + 0.32% |
| Nomura(*) | 2018~2038 | 30,000 | 2.56% | 3.75% |
| Hana Bank | 2018~2023 | 200,000 | 2.15% | 3M CD + 0.19% |
| Hana Bank | 2018~2023 | 200,000 | 2.17% | 3M CD + 0.19% |
| Hana Bank | 2018~2023 | 150,000 | 2.03% | 3M CD + 0.21% |
| Hana Bank | 2019~2024 | 200,000 | 1.87% | 3M CD + 0.13% |
| Societe Generale | 2017~2022 | 200,000 | 3M Libor + 3.44% | 3.77% |
| Nomura | 2017~2032 | 52,457 | 3M Libor + 2.22% | 2.60% |
| Nomura | 2017~2032 | 59,423 | 3M Libor + 2.24% | 2.62% |

(*)     2.56% of the contract paying interest rate is applied for five years from the date of issuance, and 3M CD + 0.10% is applied thereafter. Depending on the counterparty exercising the right, the contract may be early settled on the same date every year from June 15, 2023.

**(6)    Interest rate swap contracts which are designated as hedging instruments as of December 31, 2020 are as follows:**

| Counterparty | Contract year | Contract amount | Contract interest rate per annum | |
|---|---|---|---|---|
| | | In thousands of USD | Pay | Receive |
| Export-Import Bankof Korea | 2015~2031 | USD 15,893 | 2.67% | 6M USD Libor |
| ING Bank | 2015~2031 | USD 7,861 | 2.67% | 6M USD Libor |
| BNP Paribas | 2015~2031 | USD 7,861 | 2.67% | 6M USD Libor |
| BNP Paribas | 2009~2027 | USD 69,509 | 4.16% | 6M USD Libor |
| KFW | 2009~2027 | USD 69,509 | 4.16% | 6M USD Libor |
| Export-Import Bankof Korea | 2016~2036 | USD 75,929 | 3.00% | 6M USD Libor |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**12.   Derivatives, Continued**

(7)   Gain and loss on valuation and transaction of derivatives for the years ended December 31, 2018, 2019 and 2020 are as follows and
included in finance income and expenses in the consolidated statements of comprehensive income (loss):

|  |  | Net income effects of valuation gain (loss) | | | Net income effects of transaction gain (loss) | | | Other comprehensive income (loss)(*) | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 2018 | 2019 | 2020 | 2018 | 2019 | 2020 | 2018 | 2019 | 2020 |
|  |  | | | | In millions of won | | | | | |
| Currency forward | ₩ | 12,632 | 24,265 | (40,590) | 23,991 | 12,488 | (17,911) | — | — | — |
| Currency swap | | 145,088 | 310,732 | (406,607) | 123,670 | 110,813 | 93,557 | (12,516) | 38,802 | 105,642 |
| - Trading | | 21,702 | 172,087 | (108,090) | 51,533 | 52,842 | 16,661 | — | — | — |
| - Hedging | | 123,386 | 138,645 | (298,517) | 72,137 | 57,971 | 76,896 | (12,516) | 38,802 | 105,642 |
| Interest rate swap | | (2,949) | (16,231) | (1,845) | (364) | (36,886) | (10,253) | 6,087 | (3,075) | 5,578 |
| - Trading | | (2,949) | (15,647) | (309) | (364) | (2,495) | (11,975) | — | — | —, |
| - Hedging | | — | (584) | (1,536) | — | (34,391) | 1,722 | 6,087 | (3,075) | 5,578 |
| Other derivatives | | (1,568) | (1,416) | (6,673) | — | — | — | — | — | — |
|  | ₩ | 153,203 | 317,350 | (455,715) | 147,297 | 86,415 | 65,393 | (6,429) | 35,727 | 111,220 |

(*)   For the year ended December 31, 2020, the net gain on valuation of derivatives designated as cash flow hedge of ₩64,561 million, net of
tax, is included in other comprehensive income (loss).

**13.   Other Financial Assets**

(1)   Other financial assets as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | | 2020 | |
|---|---|---|---|---|---|
|  |  | Current | Non-current | Current | Non-current |
|  |  | | In millions of won | | |
| Loans | ₩ | 64,111 | 725,755 | 78,806 | 762,555 |
| Less: Allowance for doubtful accounts | | (31) | (15,063) | (1) | (20,266) |
| Less: Present value discount | | (847) | (35,218) | (842) | (30,090) |
| Long-term / short-term financial instruments | | 1,351,971 | 608,256 | 1,483,482 | 578,621 |
|  | ₩ | 1,415,204 | 1,283,730 | 1,561,445 | 1,290,820 |

(2)   Loans as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | | | |
|---|---|---|---|---|---|
|  |  | Face value | Allowance for doubtful accounts | Present value discount | Carrying value |
|  |  | | | In millions of won | |
| **Short-term loans** | | | | | |
| Loans for tuition | ₩ | 33,636 | — | (847) | 32,789 |
| Loans for housing | | 17,113 | — | — | 17,113 |
| Other loans | | 13,362 | (31) | — | 13,331 |
|  | | 64,111 | (31) | (847) | 63,233 |

F-79

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**13.   Other Financial Assets, Continued**

**(2)   Loans as of December 31, 2019 and 2020 are as follows, continued:**

| | | 2019 | | |
| --- | --- | --- | --- | --- |
| | Face value | Allowance for doubtful accounts | Present value discount | Carrying value |
| | | In millions of won | | |
| **Long-term loans** | | | | |
| Loans for tuition | ₩ 419,905 | — | (35,197) | 384,708 |
| Loans for housing | 199,454 | — | — | 199,454 |
| Loans for related parties | 89,132 | (4,930) | — | 84,202 |
| Other loans | 17,264 | (10,133) | (21) | 7,110 |
| | 725,755 | (15,063) | (35,218) | 675,474 |
| | ₩ 789,866 | (15,094) | (36,065) | 738,707 |

| | | 2020 | | |
| --- | --- | --- | --- | --- |
| | Face value | Allowance for doubtful accounts | Present value discount | Carrying value |
| | | In millions of won | | |
| **Short-term loans** | | | | |
| Loans for tuition | ₩ 33,864 | — | (842) | 33,022 |
| Loans for housing | 21,988 | — | — | 21,988 |
| Fisheries loan | 3,816 | — | — | 3,816 |
| Other loans | 19,138 | (1) | — | 19,137 |
| | 78,806 | (1) | (842) | 77,963 |
| **Long-term loans** | | | | |
| Loans for tuition | 420,274 | (9,091) | (30,090) | 381,093 |
| Loans for housing | 237,100 | — | — | 237,100 |
| Loans for related parties | 50,682 | (1,047) | — | 49,635 |
| Other loans | 54,499 | (10,128) | — | 44,371 |
| | 762,555 | (20,266) | (30,090) | 712,199 |
| | ₩ 841,361 | (20,267) | (30,932) | 790,162 |

**(3)   Changes in the allowance for doubtful accounts of loans for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| | 2018 | 2019 | 2020 |
| --- | --- | --- | --- |
| | | In millions of won | |
| Beginning balance | ₩ 8,948 | 4,952 | 15,094 |
| Bad debt expense | 22 | 10,142 | 5,173 |
| Other | (4,018) | — | — |
| Ending balance | ₩ 4,952 | 15,094 | 20,267 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**13.   Other Financial Assets, Continued**

(4)   **Long-term and short-term financial instruments as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | 2020 | |
|---|---|---|---|---|---|
|  |  | Current | Non-current | Current | Non-current |
|  |  | In millions of won | | | |
| Time deposits | ₩ | 1,034,971 | 257,857 | 996,265 | 160,433 |
| CP |  | 40,000 | — | — | — |
| CD |  | 15,000 | — | 50,000 | — |
| RP |  | 40,000 | — | 203,008 | — |
| Others |  | 222,000 | 350,399 | 234,209 | 418,188 |
|  | ₩ | 1,351,971 | 608,256 | 1,483,482 | 578,621 |

**14.   Inventories**

**Inventories as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | |
|---|---|---|---|---|
|  |  | Acquisition cost | Valuation allowance | Book value |
|  |  | | In millions of won | |
| Raw materials | ₩ | 3,790,443 | (1,430) | 3,789,013 |
| Merchandises |  | 340 | — | 340 |
| Work-in-progress |  | 165,073 | — | 165,073 |
| Finished goods |  | 58,280 | — | 58,280 |
| Supplies |  | 2,121,363 | (4,369) | 2,116,994 |
| Inventories-in-transit |  | 906,267 | — | 906,267 |
| Other inventories |  | 14,733 | — | 14,733 |
|  | ₩ | 7,056,499 | (5,799) | 7,050,700 |

|  |  | 2020 | | |
|---|---|---|---|---|
|  |  | Acquisition cost | Valuation allowance | Book value |
|  |  | | In millions of won | |
| Raw materials | ₩ | 3,602,073 | (885) | 3,601,188 |
| Merchandises |  | 234 | — | 234 |
| Work-in-progress |  | 148,067 | — | 148,067 |
| Finished goods |  | 42,070 | — | 42,070 |
| Supplies |  | 2,280,682 | (7,892) | 2,272,790 |
| Inventories-in-transit |  | 666,967 | — | 666,967 |
| Other inventories |  | 11,593 | — | 11,593 |
|  | ₩ | 6,751,686 | (8,777) | 6,742,909 |

The reversals of the allowance for loss on inventory valuation due to increase in the net realizable value of inventories deducted from cost of sales for the years ended December 31, 2018, 2019 and 2020 were ₩3,723 million , ₩4,872 million and ₩2,020 million, respectively.

The amounts of loss from inventory valuation included in other gains or losses for the years ended December 31, 2018, 2019 and 2020 were ₩1,953 million, ₩3,127 million and ₩4,998 million, respectively.

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**15.    Non-Financial Assets**

Non-financial assets as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
|  |  | Current | Non-current | Current | Non-current |
|  |  | In millions of won | | | |
| Advanced payments | ₩ | 147,784 | 2,694 | 169,737 | 32,693 |
| Prepaid expenses |  | 308,017 | 84,421 | 216,073 | 140,730 |
| Others(*1) |  | 750,576 | 79,814 | 634,348 | 72,969 |
|  | ₩ | 1,206,377 | 166,929 | 1,020,158 | 246,392 |

(*1)    Details of others as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
|  |  | Current | Non-current | Current | Non-current |
|  |  | In millions of won | | | |
| Greenhouse gasemissions rights | ₩ | 437,562 | — | 357,355 | — |
| Other quick assets(*2) |  | 313,014 | 79,814 | 276,993 | 72,969 |
|  | ₩ | 750,576 | 79,814 | 634,348 | 72,969 |

(*2)    The Company recognized an impairment loss of ₩49,201 million as it was determined that there is an objective evidence of impairment related to its rights to equity interest in Orano Expansion for the year ended December 31, 2019.

**16.    Consolidated Subsidiaries**

**(1)    Consolidated subsidiaries as of December 31, 2019 and 2020 are as follows:**

|  |  |  | Percentage of ownership (%) | |
| --- | --- | --- | --- | --- |
| Subsidiaries | Key operation activities | Location | 2019 | 2020 |
| Korea Hydro & Nuclear Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Korea South-East Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Korea Midland Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Korea Western Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Korea Southern Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Korea East-West Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| KEPCO Engineering & Construction Company, Inc.(*1) | Engineering and construction for utility plant and others | KOREA | 65.77% | 65.77% |
| KEPCO Plant Service & Engineering Co., Ltd. | Utility plant maintenance and others | KOREA | 51.00% | 51.00% |
| KEPCO Nuclear Fuel Co., Ltd. | Nuclear fuel | KOREA | 96.36% | 96.36% |
| KEPCO KDN Co., Ltd. | Electric power information technology and others | KOREA | 100.00% | 100.00% |
| KEPCO International HongKong Ltd. | Holding company | HONG KONG | 100.00% | 100.00% |
| KEPCO International Philippines Inc. | Holding company | PHILIPPINES | 100.00% | 100.00% |
| KEPCO Gansu International Ltd. | Holding company | HONG KONG | 100.00% | 100.00% |
| KEPCO Philippines Holdings Inc. | Holding company | PHILIPPINES | 100.00% | 100.00% |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.    Consolidated Subsidiaries, Continued**

**(1)    Consolidated subsidiaries as of December 31, 2019 and 2020 are as follows, continued:**

| Subsidiaries | Key operation activities | Location | Percentage of ownership (%) 2019 | 2020 |
|---|---|---|---|---|
| KEPCO Philippines Corporation | Operation of utility plant | PHILIPPINES | 100.00% | 100.00% |
| KEPCO Ilijan Corporation | Construction and operation of utility plant | PHILIPPINES | 51.00% | 51.00% |
| KEPCO Lebanon SARL | Operation of utility plant | LEBANON | 100.00% | 100.00% |
| KEPCO Neimenggu International Ltd. | Holding company | HONG KONG | 100.00% | 100.00% |
| KEPCO Shanxi International Ltd. | Holding company | HONG KONG | 100.00% | 100.00% |
| KOMIPO Global Pte Ltd. | Holding company | SINGAPORE | 100.00% | 100.00% |
| KEPCO Netherlands B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| Korea Imouraren Uranium Investment Corp. | Holding company | FRANCE | 100.00% | 100.00% |
| KEPCO Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOSEP Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOMIPO Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOWEPO Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOSPO Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KEPCO Middle East Holding Company | Holding company | BAHRAIN | 100.00% | 100.00% |
| Qatrana Electric Power Company | Construction and operation of utility plant | JORDAN | 80.00% | 80.00% |
| KHNP Canada Energy, Ltd. | Holding company | CANADA | 100.00% | 100.00% |
| KEPCO Bylong Australia Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| Korea Waterbury Uranium Limited Partnership | Resources development | CANADA | 80.00% | 80.00% |
| KEPCO Holdings de Mexico | Holding company | MEXICO | 100.00% | 100.00% |
| KST Electric Power Company, S.A.P.I. de C.V. | Construction and operation of utility plant | MEXICO | 56.00% | 56.00% |
| KEPCO Energy Service Company | Operation of utility plant | MEXICO | 100.00% | 100.00% |
| KEPCO Netherlands S3 B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| PT. KOMIPO Pembangkitan Jawa Bali | Operation of utility plant | INDONESIA | 51.00% | 51.00% |
| PT. Cirebon Power Service(*2) | Operation of utility plant | INDONESIA | 27.50% | 27.50% |
| KOWEPO International Corporation | Operation of utility plant | PHILIPPINES | 99.99% | 99.99% |
| KOSPO Jordan LLC | Operation of utility plant | JORDAN | 100.00% | 100.00% |
| EWP Philippines Corporation | Holding company | PHILIPPINES | 100.00% | — |
| EWP America Inc. | Holding company | USA | 100.00% | 100.00% |
| EWP Renewable Corporation | Holding company | USA | 100.00% | 100.00% |
| DG Fairhaven Power, LLC(*7) | Power generation | USA | 100.00% | 100.00% |
| DG Whitefield, LLC | Power generation | USA | 100.00% | — |
| Springfield Power, LLC | Power generation | USA | 100.00% | — |
| KNF Canada Energy Limited | Holding company | CANADA | 100.00% | 100.00% |
| EWP Barbados 1 SRL | Holding company | BARBADOS | 100.00% | 100.00% |
| California Power Holdings, LLC | Power generation | USA | 100.00% | 100.00% |
| Gyeonggi Green Energy Co., Ltd. | Power generation | KOREA | 62.01% | 62.01% |
| PT. Tanggamus Electric Power | Power generation | INDONESIA | 52.50% | 52.50% |
| Gyeongju Wind Power Co., Ltd. | Power generation | KOREA | 70.00% | 70.00% |
| KOMIPO America Inc. | Holding company | USA | 100.00% | 100.00% |
| EWPRC Biomass Holdings, LLC | Holding company | USA | 100.00% | 100.00% |
| KOSEP USA, Inc. | Power generation | USA | 100.00% | 100.00% |
| PT. EWP Indonesia | Holding company | INDONESIA | 99.96% | 99.96% |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.   Consolidated Subsidiaries, Continued**

**(1)   Consolidated subsidiaries as of December 31, 2019 and 2020 are as follows, continued:**

| Subsidiaries | Key operation activities | Location | Percentage of ownership (%) 2019 | 2020 |
|---|---|---|---|---|
| KEPCO Netherlands J3 B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| Korea Offshore Wind Power Co., Ltd. | Power generation | KOREA | 100.00% | 100.00% |
| Global One Pioneer B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| Global Energy Pioneer B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| Mira Power Limited(*3) | Power generation | PAKISTAN | 76.00% | 76.00% |
| KOSEP Material Co., Ltd. | Recycling fly ashes | KOREA | 86.22% | 86.22% |
| Commerce and Industry Energy Co., Ltd.(*4) | Power generation | KOREA | 85.03% | 85.03% |
| KEPCO KPS Philippines Corp. | Utility plant maintenance and others | PHILIPPINES | 99.99% | 99.99% |
| KOSPO Chile SpA | Holding company | CHILE | 100.00% | 100.00% |
| PT. KOWEPO Sumsel Operation And Maintenance Services | Utility plant maintenance and others | INDONESIA | 95.00% | 95.00% |
| Hee mang sunlight Power Co., Ltd. | Operation of utility plant | KOREA | 100.00% | 100.00% |
| Fujeij Wind Power Company | Operation of utility plant | JORDAN | 100.00% | 100.00% |
| KOSPO Youngnam Power Co., Ltd. | Operation of utility plant | KOREA | 50.00% | 50.00% |
| VI Carbon Professional Private Special Asset Investment Trust 1 | Holding company | KOREA | 96.67% | 96.67% |
| Chitose Solar Power Plant LLC | Power generation | JAPAN | 80.10% | 80.10% |
| KEPCO Energy Solution Co., Ltd. | Energy service | KOREA | 100.00% | 100.00% |
| KEPCO Solar Co., Ltd. (formerly, Solar School Plant Co., Ltd.) | Power generation | KOREA | 100.00% | 100.00% |
| KOSPO Power Services Ltda. | Utility plant maintenance and others | CHILE | 65.00% | 65.00% |
| Energy New Industry Specialized Investment Private Investment Trust | Holding company | KOREA | 99.01% | 99.01% |
| KOEN Bylong Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOMIPO Bylong Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOWEPO Bylong Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOSPO Bylong Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| EWP Bylong Pty., Ltd. | Resources development | AUSTRALIA | 100.00% | 100.00% |
| KOWEPO Lao International | Utility plant maintenance and others | LAOS | 100.00% | 100.00% |
| KEPCO US Inc. | Holding company | USA | 100.00% | 100.00% |
| KEPCO Alamosa LLC | Holding company | USA | 50.10% | 50.10% |
| KEPCO Solar of Alamosa | Power generation | USA | 100.00% | 100.00% |
| KEPCO Mangilao Holdings LLC (formerly, KEPCO-LG CNS Mangilao Holdings LLC)(*5) | Holding company | USA | 70.00% | 100.00% |
| Mangilao Investment LLC | Holding company | USA | 100.00% | 100.00% |
| KEPCO Mangilao Solar, LLC (formerly, KEPCO-LG CNS Mangilao Solar, LLC) | Power generation | USA | 100.00% | 100.00% |
| Jeju Hanlim Offshore Wind Co., Ltd. | Power generation | KOREA | 75.99% | 75.99% |
| PT. Siborpa Eco Power | Construction and operation of utility plant | INDONESIA | 55.00% | 55.00% |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**16.    Consolidated Subsidiaries, Continued**

**(1)    Consolidated subsidiaries as of December 31, 2019 and 2020 are as follows, continued:**

| Subsidiaries | Key operation activities | Location | Percentage of ownership (%) 2019 | 2020 |
|---|---|---|---|---|
| BSK E-New Industry Fund VII | Holding company | KOREA | 81.67% | 81.67% |
| e-New Industry LB Fund 1 | Holding company | KOREA | 76.11% | 76.11% |
| Songhyun e-New Industry Fund | Holding company | KOREA | 80.65% | 80.65% |
| BSK E-New Industry Fund X | Holding company | KOREA | — | 66.80% |
| PT. Korea Energy Indonesia | Utility plant maintenance and others | INDONESIA | 95.00% | 95.00% |
| KOLAT SpA | Utility plant maintenance and others | CHILE | 100.00% | 100.00% |
| KEPCO California, LLC | Holding company | USA | 100.00% | 100.00% |
| KEPCO Mojave Holdings, LLC | Holding company | USA | 100.00% | 100.00% |
| Incheon Fuel Cell Co., Ltd. | Power generation | KOREA | 60.00% | 60.00% |
| KOEN Service Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| KOMIPO Service Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| KOWEPO Service Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| KOSPO Service Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| EWP Service Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| PT. KOMIPO Energy Indonesia | Utility plant maintenance and others | INDONESIA | 95.00% | 95.00% |
| KNF Partners Co., Ltd. | Facility maintenance | KOREA | 100.00% | 100.00% |
| KOSPO USA Inc. | Holding company | USA | 100.00% | 100.00% |
| Nambu USA LLC | Holding company | USA | 100.00% | 100.00% |
| Tamra Offshore Wind Power Co., Ltd. | Power generation | KOREA | 63.00% | 63.00% |
| KEPCO MCS Co., Ltd. | Electric meter reading and others | KOREA | 100.00% | 100.00% |
| KEPCO FMS Co., Ltd. | Security service and others | KOREA | 100.00% | 100.00% |
| Firstkeepers Co., Ltd. | Facility maintenance | KOREA | 100.00% | 100.00% |
| Secutec Co., Ltd. | Security service | KOREA | 100.00% | 100.00% |
| SE Green Energy Co. Ltd. | Power generation | KOREA | 84.80% | 84.80% |
| KEPCO Mangilao America LLC(*6) | Holding company | USA | 100.00% | 100.00% |
| Mangilao Intermediate Holdings LLC | Holding company | USA | 100.00% | 100.00% |
| KEPCO CSC Co., Ltd. | Facility maintenance and service | KOREA | 100.00% | 100.00% |
| KOAK Power Limited | Facility maintenance | PAKISTAN | 100.00% | 100.00% |
| KOMIPO Europe B.V. | Holding company | NETHERLANDS | 100.00% | 100.00% |
| Haenanum Energy Fund | Holding company | KOREA | 99.64% | 99.64% |
| Paju Ecoenergy Co., Ltd. | Power generation | KOREA | 89.00% | 89.00% |
| Guam Ukudu Power LLC | Power generation | USA | — | 100.00% |
| TS Energy No. 25 Co., Ltd. | Power generation | KOREA | — | 90.00% |
| KPS Partners Co., Ltd. | Facility maintenance and service | KOREA | — | 100.00% |
| KEPCO E&C Service Co., Ltd. | Facility maintenance and service | KOREA | — | 100.00% |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**16.    Consolidated Subsidiaries, Continued**

**(1)    Consolidated subsidiaries as of December 31, 2019 and 2020 are as follows, continued:**

| Subsidiaries | Key operation activities | Location | Percentage of ownership (%) | |
| --- | --- | --- | --- | --- |
| | | | 2019 | 2020 |
| Moha Solar Co., Ltd. | Power generation | KOREA | — | 100.00% |
| Ogiri Solar Power Co., Ltd. | Power generation | KOREA | — | 70.00% |
| KHNP USA LLC | Holding company | USA | — | 100.00% |
| KOMIPO Vanphong Power Service LLC | Utility plant maintenance and others | VIETNAM | — | 100.00% |
| Energy Innovation Fund I | Holding company | KOREA | — | 71.91% |

(*1)    Considering treasury stocks, the effective percentage of ownership is 66.08%.

(*2)    The effective percentage of ownership is less than 50%. However, this subsidiary is included in the consolidated financial statements as the Company obtained the majority of the voting power through the shareholders' agreement.

(*3)    As of the reporting date, the annual reporting period of all subsidiaries is December 31, except for Mira Power Limited which is November 30.

(*4)    The Company guarantees a certain return on investment related to Commerce and Industry Energy Co., Ltd. for the financial investors. The financial investors have a right to sell their shares to the Company which can be exercised 84 months after the date of investment. Accordingly, the purchase price including the return on investment is classified as a liability.

(*5)    As of the end of the reporting period, the Company does not have a shareholding; however, this subsidiary is included in the consolidated financial statements as the Company has control over the entity by virtue of the right to nominate all 4 members of the board of directors.

(*6)    As of the end of the reporting period, the Company does not have a shareholding; however, this subsidiary is included in the consolidated financial statements as the Company has control over the entity by virtue of the right to nominate the CEO and key management members.

(*7)    As 100% of the shares held were sold after the end of the reporting period, the assets of DG Fairhaven Power, LLC were classified as assets held-for-sale.

**(2)    Subsidiaries newly included in and excluded from consolidation for the year ended December 31, 2020 are as follows:**

Subsidiaries included in consolidation during the year ended December 31, 2020.

| Subsidiaries | Reason |
| --- | --- |
| Guam Ukudu Power LLC | Newly established |
| TS Energy No. 25 Co., Ltd. | New investment |
| KPS Partners Co., Ltd. | Newly established |
| KEPCO E&C Service Co., Ltd. | Newly established |
| Moha Solar Co., Ltd. | New investment |
| Ogiri Solar Power Co., Ltd. | Newly established |
| KHNP USA LLC | Newly established |
| KOMIPO Vanphong Power Service LLC | Newly established |
| Energy Innovation Fund I | Additional acquisition |
| BSK E-New Industry Fund X | Newly established |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**16.    Consolidated Subsidiaries, Continued**

**(2)    Subsidiaries newly included in and excluded from consolidation for the year ended December 31, 2020 are as follows, continued:**

Subsidiaries excluded from consolidation during the year ended December 31, 2020.

| Subsidiaries | Reason |
|---|---|
| EWP Philippines Corporation | Liquidation |
| DG Whitefield, LLC | Sale of shares |
| Springfield Power, LLC | Sale of shares |

**(3)    Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows:**

| | 2019 | | | |
|---|---|---|---|---|
| Subsidiaries | Total assets | Total liabilities | Sales | Profit (loss) for the year |
| | In millions of won | | | |
| Korea Hydro & Nuclear Power Co., Ltd. | ₩ 59,570,219 | 33,917,275 | 8,969,072 | 306,007 |
| Korea South-East Power Co., Ltd. | 10,938,358 | 5,866,642 | 5,385,387 | 41,006 |
| Korea Midland Power Co., Ltd. | 12,684,828 | 8,977,766 | 4,479,707 | (28,449) |
| Korea Western Power Co., Ltd. | 10,514,438 | 6,637,451 | 4,448,992 | (46,061) |
| Korea Southern Power Co., Ltd. | 10,884,799 | 6,608,301 | 5,084,907 | (41,342) |
| Korea East-West Power Co., Ltd. | 9,724,311 | 5,022,921 | 4,855,964 | 56,698 |
| KEPCO Engineering & Construction Company, Inc. | 735,207 | 242,994 | 448,635 | 26,398 |
| KEPCO Plant Service & Engineering Co., Ltd. | 1,356,983 | 294,757 | 1,244,613 | 157,737 |
| KEPCO Nuclear Fuel Co., Ltd. | 831,604 | 429,799 | 309,055 | 24,618 |
| KEPCO KDN Co., Ltd. | 604,458 | 159,807 | 625,567 | 42,205 |
| KEPCO International HongKong Ltd. | 138,942 | 633 | — | 3,330 |
| KEPCO International Philippines Inc. | 107,224 | 371 | — | 67,991 |
| KEPCO Gansu International Ltd. | 10,448 | 545 | — | (20) |
| KEPCO Philippines Holdings Inc. | 200,503 | 6,656 | — | 66,200 |
| KEPCO Philippines Corporation | 6,706 | 332 | — | (52) |
| KEPCO Ilijan Corporation | 371,377 | 56,156 | 95,072 | 40,818 |
| KEPCO Lebanon SARL | 1,835 | 9,786 | — | 255 |
| KEPCO Neimenggu International Ltd. | 200,858 | — | — | (354) |
| KEPCO Shanxi International Ltd. | 538,604 | 208,895 | — | 151 |
| KOMIPO Global Pte Ltd. | 269,302 | 463 | — | 10,400 |
| KEPCO Netherlands B.V. | 122,577 | 101 | — | 948 |
| Korea Imouraren Uranium Investment Corp. | 14,173 | 111 | — | (49,716) |
| KEPCO Australia Pty., Ltd. | 364 | 14 | — | (395,914) |
| KOSEP Australia Pty., Ltd. | 32,782 | 2,911 | 15,514 | 3,935 |
| KOMIPO Australia Pty., Ltd. | 40,898 | 2,909 | 15,514 | 3,766 |
| KOWEPO Australia Pty., Ltd. | 44,182 | 5,772 | 15,514 | 2,761 |
| KOSPO Australia Pty., Ltd. | 37,254 | 5,012 | 15,514 | 2,638 |
| KEPCO Middle East Holding Company | 102,164 | 87,834 | — | 5,934 |
| Qatrana Electric Power Company | 490,723 | 322,857 | 20,773 | 21,807 |

F-87

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.   Consolidated Subsidiaries, Continued**

**(3)   Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | 2019 | | |
|---|---|---|---|---|
| **Subsidiaries** | **Total assets** | **Total liabilities** | **Sales** | **Profit (loss) for the year** |
| | | In millions of won | | |
| KHNP Canada Energy, Ltd. | ₩ 44,639 | 43 | — | (10) |
| KEPCO Bylong Australia Pty., Ltd. | 45,207 | 355,163 | — | (220,909) |
| Korea Waterbury Uranium Limited Partnership | 20,717 | 167 | — | (77) |
| KEPCO Holdings de Mexico | 187 | 25 | — | (14) |
| KST Electric Power Company | 539,952 | 449,459 | 55,783 | (20,797) |
| KEPCO Energy Service Company | 2,262 | 1,995 | 5,984 | (481) |
| KEPCO Netherlands S3 B.V. | 50,352 | 49 | — | 2,637 |
| PT. KOMIPO Pembangkitan Jawa Bali | 12,391 | 5,719 | 18,722 | 4,312 |
| PT. Cirebon Power Service | 2,089 | 313 | 8,049 | 406 |
| KOWEPO International Corporation | — | 10 | — | (2) |
| KOSPO Jordan LLC | 17,489 | 1,521 | 10,878 | 2,634 |
| EWP Philippines Corporation | 1,691 | 888 | — | (111) |
| EWP America Inc.(*1) | 66,622 | 2,619 | 21,719 | (6,497) |
| KNF Canada Energy Limited | 1,933 | 24 | — | (48) |
| EWP Barbados 1 SRL | 279,295 | 1,031 | 2,914 | 2,368 |
| Gyeonggi Green Energy Co., Ltd. | 194,425 | 159,078 | 13,717 | (73,394) |
| PT. Tanggamus Electric Power | 228,601 | 195,826 | 2,256 | (4,529) |
| Gyeongju Wind Power Co., Ltd. | 113,745 | 75,427 | 15,548 | 3,384 |
| KOMIPO America Inc. | 9,424 | 593 | 118 | (1,033) |
| KOSEP USA, Inc. | 1 | 5,147 | — | (119) |
| PT. EWP Indonesia | 34,455 | 5 | — | 5,124 |
| KEPCO Netherlands J3 B.V. | 120,006 | 74 | — | (79) |
| Korea Offshore Wind Power Co., Ltd. | 284,495 | 117,527 | — | (12,768) |
| Global One Pioneer B.V. | 180 | 73 | — | (86) |
| Global Energy Pioneer B.V. | 348 | 80 | — | (90) |
| Mira Power Limited | 356,111 | 285,577 | — | (971) |
| KOSEP Material Co., Ltd. | 2,788 | 1,186 | 3,357 | 22 |
| Commerce and Industry Energy Co., Ltd. | 90,637 | 43,985 | 32,728 | (7,532) |
| KEPCO KPS Philippines Corp. | 5,198 | 1,341 | 6,246 | 2 |
| KOSPO Chile SpA | 134,827 | 49,183 | — | (456) |
| PT. KOWEPO Sumsel Operation And Maintenance Services | 135 | 262 | — | (1,104) |
| Hee mang sunlight Power Co., Ltd. | 12,185 | 8,545 | 643 | 75 |
| Fujeij Wind Power Company | 218,333 | 196,964 | — | 5,515 |
| KOSPO Youngnam Power Co., Ltd. | 398,495 | 307,226 | 318,338 | 3,514 |
| VI Carbon Professional Private Special Asset Investment Trust 1 | 3,002 | — | — | 12 |
| Chitose Solar Power Plant LLC | 121,457 | 106,254 | 17,103 | 5,480 |
| KEPCO Energy Solution Co., Ltd. | 308,188 | 2,142 | 2,843 | 2,805 |

F-88

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.   Consolidated Subsidiaries, Continued**

**(3)   Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | 2019 | | |
|---|---|---|---|---|
| Subsidiaries | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
| | | In millions of won | | | |
| KEPCO Solar Co., Ltd. (formerly, Solar School Plant Co., Ltd.) | ₩ | 208,730 | 3,269 | 1,962 | 2,553 |
| KOSPO Power Services Ltda. | | 3,244 | 1,564 | 10,013 | 452 |
| Energy New Industry Specialized Investment Private Investment Trust(*2) | | 100,116 | 17,359 | 2,418 | (7,735) |
| KOEN Bylong Pty., Ltd. | | — | 39 | — | (14) |
| KOMIPO Bylong Pty., Ltd. | | 4 | 43 | — | (14) |
| KOWEPO Bylong Pty., Ltd. | | 4 | 40 | — | (12) |
| KOSPO Bylong Pty., Ltd. | | 4 | 40 | — | (12) |
| EWP Bylong Pty., Ltd. | | 4 | 40 | — | (12) |
| KOWEPO Lao International | | 5,430 | 575 | 4,308 | 1,584 |
| KEPCO US Inc. | | 17,231 | — | — | — |
| KEPCO Alamosa LLC | | 33,515 | 183 | 145 | (311) |
| KEPCO Solar of Alamosa, LLC (formerly, Cogentrix of Alamosa, LLC) | | 65,468 | 50,348 | 8,739 | (1,902) |
| KEPCO-LG CNS Mangilao Holdings LLC | | 27,439 | 30,287 | — | (1,240) |
| Mangilao Investment LLC | | 39,972 | — | — | — |
| KEPCO-LG CNS Mangilao Solar, LLC | | 39,373 | 11 | — | (524) |
| Jeju Hanlim Offshore Wind Co., Ltd. | | 14,328 | 558 | — | (2,459) |
| PT. Siborpa Eco Power | | 11,574 | 71 | — | (1,165) |
| PT. Korea Energy Indonesia | | 1,592 | 121 | 2,462 | 323 |
| KOLAT SpA | | 31,178 | 167 | 656 | (296) |
| KEPCO California, LLC | | 44,074 | 936 | 358 | (513) |
| KEPCO Mojave Holdings, LLC | | 103,815 | 69,544 | — | (4,215) |
| Incheon Fuel Cell Co., Ltd. | | 22,669 | 475 | — | (1,010) |
| KOEN Service Co., Ltd. | | 5,347 | 4,252 | 25,890 | 543 |
| KOMIPO Service Co., Ltd. | | 3,327 | 2,622 | 24,556 | 146 |
| KOWEPO Service Co., Ltd. | | 4,228 | 3,302 | 23,982 | 389 |
| KOSPO Service Co., Ltd. | | 3,493 | 2,788 | 18,741 | 135 |
| EWP Service Co., Ltd. | | 4,786 | 4,064 | 20,837 | 162 |
| PT. KOMIPO Energy Indonesia | | 2,647 | 196 | 1,392 | 79 |
| KNF partners Co., Ltd. | | 1,378 | 890 | 3,383 | 187 |
| KOSPO USA Inc. | | 5,896 | 127 | — | (1,408) |
| Nambu USA LLC | | 245 | 1 | — | 245 |
| Tamra Offshore Wind Power Co., Ltd. | | 156,708 | 121,724 | 19,670 | 1,154 |
| KEPCO MCS Co., Ltd. | | 26,510 | 22,151 | 129,393 | 3,408 |
| KEPCO FMS Co., Ltd. | | 11,336 | 10,638 | 37,627 | 198 |
| Firstkeepers Co., Ltd. | | 1,552 | 2,800 | 121 | (2,239) |
| Secutec Co., Ltd. | | 322 | 229 | — | (597) |
| SE Green Energy Co., Ltd. | | 132,727 | 105,619 | — | 816 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**16.  Consolidated Subsidiaries, Continued**

**(3)  Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| Subsidiaries | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
|---|---|---|---|---|---|
| **2019** | | | | In millions of won | |
| KEPCO Mangilao America LLC | ₩ | — | — | — | — |
| Mangilao Intermediate Holdings LLC | | 13,220 | 12,774 | — | (66) |
| KEPCO CSC Co., Ltd. | | 837 | 51 | — | (14) |
| KOAK Power Limited | | 15,930 | — | — | — |
| KOMIPO Europe B.V. | | 7,362 | — | — | (286) |
| Haenanum Energy Fund | | 28,101 | 1 | — | 1 |
| Paju Ecoenergy Co., Ltd. | | 53,839 | — | — | — |

(*1)  Financial information of EWP America Inc. includes that of six other subsidiaries, EWP Renewable Corporation, DG Fairhaven Power, LLC, DG Whitefield, LLC, Springfield Power, LLC, California Power Holdings, LLC, and EWPRC Biomass Holdings, LLC.

(*2)  Financial information of Energy New Industry Specialized Investment Private Investment Trust includes that of three other subsidiaries, BSK E-New Industry Fund VII, e-New Industry LB Fund 1 and Songhyun e-New Industry Fund.

| Subsidiaries | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
|---|---|---|---|---|---|
| **2020** | | | | In millions of won | |
| Korea Hydro & Nuclear Power Co., Ltd. | ₩ | 61,859,753 | 35,652,467 | 9,938,941 | 647,641 |
| Korea South-East Power Co., Ltd. | | 10,858,645 | 5,954,129 | 4,258,904 | (139,149) |
| Korea Midland Power Co., Ltd. | | 13,028,436 | 9,357,603 | 4,293,364 | (29,880) |
| Korea Western Power Co., Ltd. | | 10,357,023 | 6,594,779 | 3,605,986 | (108,953) |
| Korea Southern Power Co., Ltd. | | 10,658,015 | 6,411,524 | 4,015,941 | (17,588) |
| Korea East-West Power Co., Ltd. | | 9,619,485 | 4,974,645 | 4,155,416 | (65,427) |
| KEPCO Engineering & Construction Company, Inc. | | 699,244 | 200,169 | 431,723 | 20,160 |
| KEPCO Plant Service & Engineering Co., Ltd. | | 1,345,857 | 296,515 | 1,299,186 | 85,916 |
| KEPCO Nuclear Fuel Co., Ltd. | | 798,368 | 390,155 | 331,228 | 14,542 |
| KEPCO KDN Co., Ltd. | | 647,496 | 174,192 | 641,308 | 45,207 |
| KEPCO International HongKong Ltd. | | 120,213 | — | — | 1,571 |
| KEPCO International Philippines Inc. | | 133,215 | 366 | — | 35,182 |
| KEPCO Gansu International Ltd. | | 7,753 | 512 | — | (19) |
| KEPCO Philippines Holdings Inc. | | 187,375 | 127 | — | 65,792 |
| KEPCO Philippines Corporation | | 6,173 | 17 | — | (187) |
| KEPCO Ilijan Corporation | | 322,066 | 47,234 | 81,400 | 39,443 |
| KEPCO Lebanon SARL | | 1,669 | 9,195 | — | (59) |
| KEPCO Neimenggu International Ltd. | | 213,444 | 2,492 | — | 26,593 |
| KEPCO Shanxi International Ltd. | | 508,363 | 196,408 | — | 2,278 |
| KOMIPO Global Pte Ltd. | | 263,378 | 656 | — | 12,460 |
| KEPCO Netherlands B.V. | | 117,449 | 71 | — | 14,503 |
| Korea Imouraren Uranium Investment Corp. | | 13,955 | 123 | — | (675) |
| KEPCO Australia Pty., Ltd. | | 451 | 17 | — | 71 |
| KOSEP Australia Pty., Ltd. | | 34,249 | 3,500 | 14,327 | 2,150 |

F-90

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.    Consolidated Subsidiaries, Continued**

**(3)    Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | 2020 | | | |
|---|---|---|---|---|---|
| **Subsidiaries** | | **Total assets** | **Total liabilities** | **Sales** | **Profit (loss) for the year** |
| | | | In millions of won | | |
| KOMIPO Australia Pty., Ltd. | ₩ | 45,250 | 3,782 | 14,327 | 2,685 |
| KOWEPO Australia Pty., Ltd. | | 44,270 | 2,909 | 14,327 | 1,663 |
| KOSPO Australia Pty., Ltd. | | 38,341 | 2,750 | 14,327 | 2,242 |
| KEPCO Middle East Holding Company | | 90,601 | 78,553 | — | (1,539) |
| Qatrana Electric Power Company | | 464,507 | 287,859 | 21,279 | 24,717 |
| KHNP Canada Energy, Ltd. | | 63,794 | 26 | — | (7) |
| KEPCO Bylong Australia Pty., Ltd. | | 44,691 | 349,542 | — | 16,897 |
| Korea Waterbury Uranium Limited Partnership | | 20,908 | 165 | — | (76) |
| KEPCO Holdings de Mexico | | 148 | 27 | — | (14) |
| KST Electric Power Company, S.A.P.I. de C.V. | | 531,367 | 410,743 | 65,695 | 37,899 |
| KEPCO Energy Service Company | | 2,255 | 994 | 5,880 | 507 |
| KEPCO Netherlands S3 B.V. | | 44,042 | 54 | — | 2,833 |
| PT. KOMIPO Pembangkitan Jawa Bali | | 12,946 | 3,298 | 20,306 | 4,775 |
| PT. Cirebon Power Service | | 1,825 | 550 | 8,642 | 344 |
| KOWEPO International Corporation | | — | 10 | — | — |
| KOSPO Jordan LLC | | 31,620 | 15,654 | 9,356 | 1,570 |
| EWP America Inc.(*1) | | 37,681 | 2,683 | 14,312 | (14,327) |
| KNF Canada Energy Limited | | 1,871 | 22 | — | (50) |
| EWP Barbados 1 SRL | | 313,409 | 1,170 | 2,950 | 44,729 |
| Gyeonggi Green Energy Co., Ltd. | | 265,768 | 240,366 | 64,660 | (9,968) |
| PT. Tanggamus Electric Power | | 217,730 | 184,057 | 3,491 | 11,942 |
| Gyeongju Wind Power Co., Ltd. | | 105,726 | 68,629 | 13,939 | 2,108 |
| KOMIPO America Inc. | | 105,926 | 918 | 342 | (1,783) |
| KOSEP USA, Inc. | | 1 | 4,837 | — | — |
| PT. EWP Indonesia | | 33,900 | 1,125 | — | 7,083 |
| KEPCO Netherlands J3 B.V. | | 138,824 | 84 | — | 28,242 |
| Korea Offshore Wind Power Co., Ltd. | | 354,643 | 187,576 | 26,838 | 98 |
| Global One Pioneer B.V. | | 177 | 60 | — | (76) |
| Global Energy Pioneer B.V. | | 338 | 64 | — | (70) |
| Mira Power Limited | | 348,737 | 266,565 | 31,172 | (2,960) |
| KOSEP Material Co., Ltd. | | 2,312 | 429 | 3,457 | 189 |
| Commerce and Industry Energy Co., Ltd. | | 89,681 | 41,384 | 31,603 | 1,623 |
| KEPCO KPS Philippines Corp. | | 3,119 | 284 | 5,151 | 158 |
| KOSPO Chile SpA | | 128,795 | 48,813 | — | (542) |
| PT. KOWEPO Sumsel Operation And Maintenance Services | | 108 | 241 | — | (15) |
| Hee mang sunlight Power Co., Ltd. | | 7,261 | 4,339 | 423 | (142) |
| Fujeij Wind Power Company | | 194,844 | 174,051 | — | 13,720 |
| KOSPO Youngnam Power Co., Ltd. | | 389,071 | 294,408 | 254,966 | 3,405 |
| VI Carbon Professional Private Special Asset Investment Trust 1 | | 3,006 | 4 | — | 7 |
| Chitose Solar Power Plant LLC | | 133,643 | 118,783 | 17,073 | 1,521 |
| KEPCO Energy Solution Co., Ltd. | | 313,754 | 4,093 | 5,585 | 3,656 |
| KEPCO Solar Co., Ltd. (formerly, Solar School Plant Co., Ltd.) | | 230,443 | 23,098 | 3,933 | 1,888 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

16.   **Consolidated Subsidiaries, Continued**

(3)   **Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2020 | | | |
| Subsidiaries | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
| | | | In millions of won | | |
| KOSPO Power Services Ltda. | ₩ | 4,354 | 1,644 | 10,846 | 1,011 |
| Energy New Industry Specialized Investment Private Investment Trust(*2) | | 279,489 | 24,173 | 23,682 | 8,248 |
| KOEN Bylong Pty., Ltd. | | 6 | 75 | — | (11) |
| KOMIPO Bylong Pty., Ltd. | | 7 | 76 | — | (11) |
| KOWEPO Bylong Pty., Ltd. | | 6 | 64 | — | — |
| KOSPO Bylong Pty., Ltd. | | 153 | 213 | — | (2) |
| EWP Bylong Pty., Ltd. | | 6 | 35 | — | 28 |
| KOWEPO Lao International | | 8,982 | 392 | 8,466 | 4,706 |
| KEPCO US Inc. | | 16,154 | — | — | (21) |
| KEPCO Alamosa LLC | | 31,353 | 270 | 127 | (237) |
| KEPCO Solar of Alamosa, LLC | | 68,336 | 42,910 | 9,096 | (2,052) |
| KEPCO Mangilao Holdings LLC (formerly, KEPCO-LG CNS Mangilao Holdings LLC) | | 25,785 | 28,924 | — | (502) |
| Mangilao Investment LLC | | 38,090 | 14 | — | (15) |
| KEPCO Mangilao Solar, LLC (formerly, KEPCO-LG CNS Mangilao Solar, LLC) | | 69,830 | 34,029 | — | (253) |
| Jeju Hanlim Offshore Wind Co., Ltd. | | 20,525 | 9,805 | — | (3,049) |
| PT. Siborpa Eco Power | | 10,491 | 14 | — | (361) |
| PT. Korea Energy Indonesia | | 1,746 | 196 | 2,428 | 190 |
| KOLAT SpA | | 31,109 | 425 | 243 | (216) |
| KEPCO California, LLC | | 41,973 | 4,683 | — | (1,330) |
| KEPCO Mojave Holdings, LLC | | 95,326 | 67,138 | — | (4,358) |
| Incheon Fuel Cell Co., Ltd. | | 192,184 | 170,976 | — | (979) |
| KOEN Service Co., Ltd. | | 6,239 | 5,598 | 32,150 | 129 |
| KOMIPO Service Co., Ltd. | | 3,381 | 3,649 | 28,596 | (479) |
| KOWEPO Service Co., Ltd. | | 6,045 | 4,849 | 29,559 | 726 |
| KOSPO Service Co., Ltd. | | 5,617 | 4,708 | 25,103 | 832 |
| EWP Service Co., Ltd. | | 4,568 | 4,074 | 23,223 | (15) |
| PT. KOMIPO Energy Indonesia | | 2,473 | 154 | 2,391 | 52 |
| KNF Partners Co., Ltd. | | 1,470 | 743 | 5,487 | 256 |
| KOSPO USA Inc. | | 120,380 | 266 | — | (1,611) |
| Nambu USA LLC | | 42,739 | — | — | 544 |
| Tamra Offshore Wind Power Co., Ltd. | | 150,957 | 112,184 | 22,200 | 4,575 |
| KEPCO MCS Co., Ltd. | | 59,227 | 36,786 | 342,053 | 19,190 |
| KEPCO FMS Co., Ltd. | | 14,390 | 12,585 | 89,228 | 837 |
| Firstkeepers Co., Ltd. | | 13,981 | 12,234 | 68,538 | 2,994 |
| Secutec Co., Ltd. | | 11,473 | 9,771 | 62,256 | 1,609 |
| SE Green Energy Co., Ltd. | | 152,205 | 122,606 | 19,731 | 2,463 |
| KEPCO Mangilao America LLC | | 1,793 | — | — | — |
| Mangilao Intermediate Holdings LLC | | 100,609 | 80,210 | — | (3,708) |
| KEPCO CSC Co., Ltd. | | 8,817 | 5,551 | 38,465 | 2,479 |
| KOAK Power Limited | | 15,864 | 1,118 | — | 607 |
| KOMIPO Europe B.V. | | 43,198 | 46 | 333 | (386) |
| Haenanum Energy Fund | | 28,219 | 132 | 128 | (13) |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**16.   Consolidated Subsidiaries, Continued**

**(3)   Summary of financial information of consolidated subsidiaries as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
|---|---|---|---|---|---|
| **2020** | | | | | |
| **Subsidiaries** | | | | In millions of won | |
| Paju Ecoenergy Co., Ltd. | ₩ | 57,320 | 3,506 | 3,069 | 247 |
| Guam Ukudu Power LLC | | 3,165 | 3,589 | — | (1,577) |
| TS Energy No. 25 Co., Ltd. | | 184,667 | 142,709 | — | (3,779) |
| KPS Partners Co., Ltd. | | 2,139 | 1,127 | 3,562 | 313 |
| KEPCO E&C Service Co., Ltd. | | 2,514 | 1,549 | 4,989 | 464 |
| Moha Solar Co., Ltd. | | 7,390 | 7,809 | — | (364) |
| Ogiri Solar Power Co., Ltd. | | 1,032 | — | — | — |
| KHNP USA LLC | | 464 | 23 | 229 | 119 |
| KOMIPO Vanphong Power Service LLC | | 1,727 | 12 | — | (34) |
| Energy Innovation Fund I | | 8,412 | 1 | 25 | (201) |

(*1)   Financial information of EWP America Inc. includes that of four other subsidiaries, EWP Renewable Corporation, DG Fairhaven Power, LLC, California Power Holdings, LLC, and EWPRC Biomass Holdings, LLC.

(*2)   Financial information of Energy New Industry Specialized Investment Private Investment Trust includes that of four other subsidiaries, BSK E-New Industry Fund VII, e-New Industry LB Fund 1, Songhyun e-New Industry Fund and BSK E-New Industry Fund X.

**(4)   Significant restrictions on abilities to subsidiaries are as follows:**

| Company | Nature and extent of any significant restrictions |
|---|---|
| Gyeonggi Green Energy Co., Ltd. | Acquisition or disposal of assets of more than ₩35 billion, change in the capacity of cogeneration units (except for the change due to performance improvement of equipment, maintenance) will require unanimous consent of all directors of the company. |
| KOSPO Youngnam Power Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied, or prior written consent of financial institutions is obtained. Company's shares cannot be wholly or partially transferred without prior written consent of financial institutions. |
| Incheon Fuel Cell Co., Ltd. | Acquisition or disposal of assets of more than ₩20 billion, change in the capacity of cogeneration units (except for the change due to performance improvement of equipment, maintenance) will require unanimous consent of all directors of the company. |
| Gyeongju Wind Power Co., Ltd. | Dividends and settlement amounts for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions is obtained. |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

16.   **Consolidated Subsidiaries, Continued**

(4)   **Significant restrictions on abilities to subsidiaries are as follows, continued:**

| Company | Nature and extent of any significant restrictions |
|---|---|
| Korea Offshore Wind Power Co., Ltd. | Principals and interest payments on subordinated loans or payments for dividends and settlement amounts for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions are obtained. Shares cannot be wholly or partially transferred without prior written consent of financial institutions. |

(5)   **As of December 31, 2020, the Company has following entitlements in relation to its subsidiaries as per its shareholder's agreements:**

| Company | Nature and extent of any significant restrictions |
|---|---|
| KOSPO Youngnam Power Co., Ltd. | The Company holds the right to purchase all shares held by the financial investors of KOSPO Youngnam Power Co., Ltd., a subsidiary of the Company, at face value of the issued shares on the 7th and 12th years from the Company's establishment date. |

(6)   **Details of non-controlling interests prior to intra-Company eliminations as of and for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| | | 2018 | | | | |
|---|---|---|---|---|---|---|
| Description | | KEPCO Ilijan Corporation | KEPCO Plant Service & Engineering Co., Ltd. | KEPCO Engineering & Construction Company, Inc. | Others | Total |
| | | | | In millions of won | | |
| Percentage of ownership | | 49.00% | 49.00% | 33.92% | | |
| Current assets | ₩ | 163,622 | 628,725 | 281,390 | 956,928 | 2,030,665 |
| Non-current assets | | 267,822 | 646,640 | 490,090 | 2,760,500 | 4,165,052 |
| Current liabilities | | (16,819) | (270,097) | (248,402) | (559,552) | (1,094,870) |
| Non-current liabilities | | (36,594) | (26,331) | (61,698) | (1,933,583) | (2,058,206) |
| Net assets | | 378,031 | 978,937 | 461,380 | 1,224,293 | 3,042,641 |
| Book value of non-controlling interests | | 185,235 | 479,679 | 156,500 | 680,963 | 1,502,377 |
| Sales | | 99,844 | 1,239,604 | 433,701 | 966,037 | 2,739,186 |
| Profit for the period | | 49,631 | 160,791 | 12,937 | 92,457 | 315,816 |
| Profit for the period attributable to non-controlling interests | | 24,319 | 78,788 | 4,388 | 28,475 | 135,970 |
| Cash flows from operating activities | | 92,822 | 129,700 | 81,042 | 110,448 | 414,012 |
| Cash flows from investing activities | | (4,452) | (123,593) | (50,569) | 35,167 | (143,447) |
| Cash flows from financing activities before dividends to non-controlling interests | | (53,733) | (33,737) | (14,591) | (374,669) | (476,730) |
| Dividends to non-controlling interests | | (51,626) | (32,414) | (2,839) | (23,452) | (110,331) |
| Effect of exchange rate fluctuation | | 2,840 | (124) | 31 | 1,304 | 4,051 |
| Net increase (decrease) of cash and cash equivalents | | (14,149) | (60,168) | 13,074 | (251,202) | (312,445) |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

16.   **Consolidated Subsidiaries, Continued**

(6)   **Details of non-controlling interests prior to intra-Company eliminations as of and for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| Description | KEPCO Ilijan Corporation | KEPCO Plant Service & Engineering Co., Ltd. | KEPCO Engineering & Construction Company, Inc. | Others | Total |
| | | | In millions of won | | |
| Percentage of ownership | 49.00% | 49.00% | 33.92% | | |
| Current assets | ₩ 173,931 | 779,764 | 257,593 | 864,596 | 2,075,884 |
| Non-current assets | 197,446 | 577,219 | 477,614 | 3,169,317 | 4,421,596 |
| Current liabilities | (11,990) | (247,737) | (223,522) | (450,311) | (933,560) |
| Non-current liabilities | (44,166) | (47,020) | (19,472) | (2,193,501) | (2,304,159) |
| Net assets | 315,221 | 1,062,226 | 492,213 | 1,390,101 | 3,259,761 |
| Book value of non-controlling interests | 154,458 | 520,491 | 166,959 | 551,423 | 1,393,331 |
| Sales | 95,072 | 1,244,613 | 448,635 | 855,023 | 2,643,343 |
| Profit (loss) for the period | 40,818 | 157,737 | 26,398 | (48,963) | 175,990 |
| Profit (loss) for the period attributable to non-controlling interests | 20,001 | 77,291 | 8,954 | (24,264) | 81,982 |
| Cash flows from operating activities | 101,707 | 164,373 | 27,081 | 219,450 | 512,611 |
| Cash flows from investing activities | 4,458 | (89,159) | 47,219 | (356,434) | (393,916) |
| Cash flows from financing activities before dividends to non-controlling interests | (68,678) | (44,332) | (34,632) | 223,233 | 75,591 |
| Dividends to non-controlling interests | (48,750) | (39,466) | (1,807) | (9,233) | (99,256) |
| Effect of exchange rate fluctuation | 2,111 | (593) | (14) | 2,501 | 4,005 |
| Net increase (decrease) of cash and cash equivalents | (9,152) | (9,177) | 37,847 | 79,517 | 99,035 |

| | | 2020 | | | |
|---|---|---|---|---|---|
| Description | KEPCO Ilijan Corporation | KEPCO Plant Service & Engineering Co., Ltd. | KEPCO Engineering & Construction Company, Inc. | Others | Total |
| | | | In millions of won | | |
| Percentage of ownership | 49.00% | 49.00% | 33.92% | | |
| Current assets | ₩ 236,602 | 755,454 | 235,805 | 801,813 | 2,029,674 |
| Non-current assets | 85,464 | 590,403 | 463,439 | 3,499,258 | 4,638,564 |
| Current liabilities | (12,322) | (254,495) | (186,296) | (414,673) | (867,786) |
| Non-current liabilities | (34,912) | (42,020) | (13,873) | (2,511,848) | (2,602,653) |
| Net assets | 274,832 | 1,049,342 | 499,075 | 1,374,550 | 3,197,799 |
| Book value of non-controlling interests | 134,668 | 514,177 | 169,286 | 552,035 | 1,370,166 |
| Sales | 81,400 | 1,299,186 | 431,723 | 956,692 | 2,769,001 |
| Profit for the period | 39,443 | 85,916 | 20,160 | 107,661 | 253,180 |
| Profit for the period attributable to non-controlling interests | 19,327 | 42,099 | 6,838 | 32,858 | 101,122 |
| Cash flows from operating activities | 121,835 | 74,159 | 15,225 | 240,987 | 452,206 |
| Cash flows from investing activities | 7,561 | 26,748 | (34,333) | (661,820) | (661,844) |
| Cash flows from financing activities before dividends to non-controlling interests | (31,793) | (47,809) | (9,165) | 371,448 | 282,681 |
| Dividends to non-controlling interests | (30,319) | (42,336) | (4,000) | (4,643) | (81,298) |
| Effect of exchange rate fluctuation | (8,153) | (2,171) | (22) | (7,893) | (18,239) |
| Net increase (decrease) of cash and cash equivalents | 59,131 | 8,591 | (32,295) | (61,921) | (26,494) |

F-95

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

16.    **Consolidated Subsidiaries, Continued**

(7)    **Changes in goodwill**

(i)    Details of goodwill as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Acquisition cost | ₩ | 97,977 | 98,166 |
| Less: Accumulated impairment |  | — | — |
| Carrying book value | ₩ | 97,977 | 98,166 |

(ii)    Changes in goodwill for the years ended December 31, 2019 and 2020 are as follows:

|  |  | 2019 | | | |
|---|---|---|---|---|---|
|  |  | Beginning | Increase | Decrease | Ending |
|  |  | In millions of won | | | |
| Acquisition cost | ₩ | 2,582 | 95,395 | — | 97,977 |
| Less: Accumulated impairment |  | — | — | — | — |
| Carrying book value |  | 2,582 | 95,395 | — | 97,977 |

|  |  | 2020 | | | |
|---|---|---|---|---|---|
|  |  | Beginning | Increase | Decrease | Ending |
|  |  | In millions of won | | | |
| Acquisition cost | ₩ | 97,977 | 189 | — | 98,166 |
| Less: Accumulated impairment |  | — | — | — | — |
| Carrying book value |  | 97,977 | 189 | — | 98,166 |

(8)    **Disposals of subsidiaries**

The Company has completed the liquidation process of EWP Philippines Corporation, and has sold shares of DG Whitefield, LLC and Springfield Power, LLC as of December 31, 2020. Also, the Company has completed the liquidation process of KEPCO Singapore Holdings Pte., Ltd., and Korea Electric Power Nigeria Ltd. as of December 31, 2019. Garolim Tidal Power Plant Co., Ltd., which was under the process of liquidation as of December 31, 2019, completed liquidation process during the year ended December 31, 2020.

(i)    The fair value of proceeds from disposal for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:

|  |  | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  |  | In millions of won | | |
| Consideration received in cash and cash equivalents | ₩ | 160 | 4 | 389 |
| Net assets transferred due to liquidation |  | — | — | 1,084 |
| Total | ₩ | 160 | 4 | 1,473 |

F-96

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**16.   Consolidated Subsidiaries, Continued**

**(8)   Disposals of subsidiaries, continued**

(ii)   The carrying value of assets and liabilities of subsidiaries as of the date the Company lost its control during the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Assets | | | | |
| Cash and cash equivalents | ₩ | 175 | 97 | 1,656 |
| Trade and other receivables | | 11 | — | 395 |
| Inventories | | — | — | 2,801 |
| Other non-financial assets | | — | 1 | 98 |
| PP&E and intangible assets | | — | 2 | 3,812 |
| Liabilities | | | | |
| Trade and other payables | | (28) | (3) | (935) |
| Other non-financial liabilities | | — | (24) | — |
|  | ₩ | 158 | 73 | 7,827 |

(iii)   Gain on disposals of subsidiaries for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Fair value of proceeds from disposal | ₩ | 160 | 4 | 1,473 |
| Net assets disposed | | (158) | (73) | (7,827) |
| Realization of unrealized gain (loss) | | 70 | (187) | — |
| Other comprehensive income (loss) | | | | |
| (cumulative foreign currency translation of foreign operations) | | — | — | (256) |
| Gain (loss) on disposals of subsidiaries(*) | ₩ | 72 | (256) | (6,610) |

(*)   Gain (loss) on disposals of subsidiaries is included in the 'Gain (loss) on disposal of investments in subsidiaries' the consolidated statements of comprehensive income (loss).

(iv)   Net cash flow from disposals of subsidiaries for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Consideration received in cash and cash equivalents | ₩ | 160 | 4 | 389 |
| Less: cash and cash equivalents held by disposed subsidiaries | | (175) | (97) | (1,656) |
| Net cash flow | ₩ | (15) | (93) | (1,267) |

F-97

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

16.    **Consolidated Subsidiaries, Continued**

(9)    **Cash dividends received from subsidiaries for the years ended December 31, 2018, 2019 and 2020, respectively, are as follows:**

| Subsidiaries | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| Korea Hydro & Nuclear Power Co., Ltd. | ₩ | 281,234 | — | 106,675 |
| Korea South-East Power Co., Ltd. | | 33,928 | 7,143 | 11,905 |
| Korea Midland Power Co., Ltd. | | 26,581 | — | — |
| Korea Western Power Co., Ltd. | | 28,996 | — | — |
| Korea Southern Power Co., Ltd. | | 25,780 | 15,277 | — |
| Korea East-West Power Co., Ltd. | | 61,408 | 985 | 17,959 |
| KEPCO Engineering & Construction Company, Inc. | | 5,531 | 3,519 | 7,793 |
| KEPCO Plant Service & Engineering Co., Ltd. | | 33,739 | 41,084 | 44,068 |
| KEPCO Nuclear Fuel Co., Ltd. | | 1,077 | 4,219 | 7,270 |
| KEPCO KDN Co., Ltd. | | 13,888 | 19,136 | 14,720 |
| KEPCO International HongKong Ltd. | | 23,314 | 10,243 | 11,858 |
| KEPCO International Philippines Inc. | | 52,507 | 70,480 | — |
| KEPCO Ilijan Corporation | | 53,900 | 65,776 | 34,502 |
| KEPCO Philippines Holdings Inc. | | — | 63,522 | 70,876 |
| KOSEP Australia Pty., Ltd. | | — | 8,120 | 1,856 |
| KOSPO Australia Pty., Ltd. | | — | 4,335 | — |
| Qatrana Electric Power Company | | 6,240 | 10,313 | — |
| KEPCO KPS Philippines Corp. | | — | 3,854 | 1,215 |
| Tamra Offshore Wind Power Co., Ltd. | | — | 4,823 | 2,640 |
| KEPCO Netherlands S3 B.V. | | 3,115 | 874 | 6,981 |
| PT. KOMIPO Pembangkitan Jawa Bali | | 20,658 | 1,971 | — |
| KEPCO Netherlands J3 B.V. | | 12,090 | — | — |
| Gyeongju Wind Power Co., Ltd. | | — | 2,800 | 2,800 |
| VI Carbon Professional Private Special Asset Investment Trust 1 | | 11 | 11 | 7 |
| KOSPO Power Services Limitada | | 993 | 745 | — |
| KEPCO Netherlands B.V. | | 17,424 | 13,266 | 11,098 |
| PT. Cirebon Power Service | | 382 | — | 221 |
| Chitose Solar Power Plant LLC | | 1,986 | 814 | 858 |
| Fujeij Wind Power Company | | — | — | 6,306 |
| KOSPO Jordan LLC | | — | — | 535 |
| Energy Innovation Fund I | | — | — | 19 |
| | ₩ | 704,782 | 353,310 | 362,162 |

F-98

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows:**

|  | 2019 | | | | |
|---|---|---|---|---|---|
| **Investees** | **Key operation activities** | **Location** | **Percentage of ownership** | **Acquisition cost** | **Book value** |
|  |  | In millions of won | | | |
| **<Associates>** | | | | | |
| Korea Gas Corporation(*1) | Importing and wholesaling LNG | KOREA | 20.47% ₩ | 94,500 | 1,693,967 |
| Korea Electric Power Industrial Development Co., Ltd. | Electricity metering and others | KOREA | 29.00% | 4,727 | 25,393 |
| YTN Co., Ltd. | Broadcasting | KOREA | 21.43% | 59,000 | 39,747 |
| Cheongna Energy Co., Ltd. | Generating and distributing vapor and hot/cold water | KOREA | 43.90% | 48,353 | 1,411 |
| Gangwon Wind Power Co., Ltd.(*2) | Power generation | KOREA | 15.00% | 5,725 | 12,327 |
| Hyundai Green Power Co., Ltd. | Power generation | KOREA | 29.00% | 88,885 | 124,253 |
| Korea Power Exchange(*5) | Management of power market and others | KOREA | 100.00% | 127,839 | 258,899 |
| Hyundai Energy Co., Ltd.(*7) | Power generation | KOREA | 30.66% | 71,070 | — |
| Ecollite Co., Ltd. | Artificial light-weight aggregate | KOREA | 36.10% | 1,516 | — |
| Taebaek Wind Power Co., Ltd. | Power generation | KOREA | 25.00% | 3,810 | 7,039 |
| Taebaek Guinemi Wind Power Co., Ltd. | Power generation | KOREA | 25.00% | 3,420 | 2,553 |
| Pyeongchang Wind Power Co., Ltd. | Power generation | KOREA | 25.00% | 3,875 | 5,877 |
| Daeryun Power Co., Ltd.(*2) | Power generation | KOREA | 9.34% | 40,854 | 26,247 |
| Changjuk Wind Power Co., Ltd. | Power generation | KOREA | 30.00% | 3,801 | 8,520 |
| KNH Solar Co., Ltd. | Power generation | KOREA | 27.00% | 1,296 | 2,382 |
| SPC Power Corporation | Power generation | PHILIPPINES | 38.00% | 20,635 | 63,583 |
| Gemeng International Energy Co., Ltd. | Power generation | CHINA | 34.00% | 413,153 | 670,896 |
| PT. Cirebon Electric Power | Power generation | INDONESIA | 27.50% | 40,365 | 123,425 |
| KNOC Nigerian East Oil Co., Ltd.(*4) | Resources development | NIGERIA | 14.63% | 12 | — |
| KNOC Nigerian West Oil Co., Ltd.(*4) | Resources development | NIGERIA | 14.63% | 12 | — |
| PT Wampu Electric Power | Power generation | INDONESIA | 46.00% | 21,292 | 29,355 |
| PT. Bayan Resources TBK | Resources development | INDONESIA | 20.00% | 615,860 | 445,141 |
| S-Power Co., Ltd. | Power generation | KOREA | 49.00% | 132,300 | 115,784 |
| Pioneer Gas Power Limited | Power generation | INDIA | 38.50% | 49,831 | — |
| Eurasia Energy Holdings | Power generation and resources development | RUSSIA | 40.00% | 461 | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | Power generation | LAOS | 25.00% | 87,426 | 72,935 |
| Hadong Mineral Fiber Co., Ltd.(*2) | Recycling fly ashes | KOREA | 8.33% | 50 | — |
| Green Biomass Co., Ltd.(*9) | Power generation | KOREA | 7.85% | 714 | 108 |
| PT. Mutiara Jawa | Manufacturing and operating floating coal terminal | INDONESIA | 29.00% | 2,978 | 1,438 |
| Samcheok Eco Materials Co., Ltd.(*8) | Recycling fly ashes | KOREA | 2.35% | 686 | — |
| Noeul Green Energy Co., Ltd. | Power generation | KOREA | 29.00% | 1,740 | 6,610 |
| Naepo Green Energy Co., Ltd. | Power generation | KOREA | 41.67% | 29,200 | — |
| Goseong Green Power Co., Ltd.(*2) | Power generation | KOREA | 1.12% | 2,900 | 2,340 |
| Gangneung Eco Power Co., Ltd.(*2) | Power generation | KOREA | 1.61% | 2,900 | 2,430 |
| Shin Pyeongtaek Power Co., Ltd. | Power generation | KOREA | 40.00% | 72,000 | 66,956 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | Power generation | KOREA | 28.00% | 194 | 215 |
| Dongducheon Dream Power Co., Ltd.(*13) | Power generation | KOREA | 33.61% | 148,105 | 76,547 |

F-99

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

|  | | | **2019** | | |
| --- | --- | --- | --- | --- | --- |
| Investees | Key operation activities | Location | Percentage of ownership | Acquisition cost | Book value |
| | | | In millions of won | | |
| Jinbhuvish Power Generation Pvt. Ltd.(*2, 23) | Power generation | INDIA | 5.16% ₩ | 9,000 | — |
| Daejung Offshore Wind Power Co., Ltd. (*15) | Power generation | KOREA | 49.90% | 5,190 | 2,361 |
| GS Donghae Electric Power Co., Ltd.(*15) | Power generation | KOREA | 34.00% | 204,000 | 255,983 |
| Daegu Photovoltaic Co., Ltd. | Power generation | KOREA | 29.00% | 1,230 | 2,060 |
| Busan Green Energy Co., Ltd. | Power generation | KOREA | 29.00% | 5,243 | 10,637 |
| Gunsan Bio Energy Co., Ltd.(*2) | Power generation | KOREA | 18.87% | 1,000 | — |
| Korea Electric Vehicle Charging Service | Electric vehicle charge service | KOREA | 28.00% | 2,800 | 1,063 |
| Korea Nuclear Partners Co., Ltd. | Electric material agency | KOREA | 29.00% | 290 | — |
| Korea Electric Power Corporation Fund(*10) | Developing electric enterprises | KOREA | 98.09% | 51,500 | 41,126 |
| Energy Infra Asset Management Co., Ltd.(*2) | Asset management | KOREA | 9.90% | 297 | 791 |
| Daegu clean Energy Co., Ltd. | Renewable power generation | KOREA | 28.00% | 140 | 13 |
| Yaksu ESS Co., Ltd. | Installing ESS related equipment | KOREA | 29.00% | 210 | 516 |
| Nepal Water & Energy Development Company Private Limited(*12) | Construction and operation of utility plant | NEPAL | 57.76% | 35,571 | 31,145 |
| Gwangyang Green Energy Co., Ltd. | Power generation | KOREA | 20.00% | 2,000 | 948 |
| PND solar Co., Ltd. | Power generation | KOREA | 29.00% | 1,250 | 1,144 |
| Hyundai Eco Energy Co., Ltd.(*2) | Power generation | KOREA | 19.00% | 3,610 | 3,781 |
| YeongGwang Yaksu Wind Electric Co., Ltd(*2) | Power generation | KOREA | 9.63% | 533 | 386 |
| Green Energy Electricity Generation Co., Ltd. | Power generation | KOREA | 29.00% | 1,189 | 163 |
| Korea Energy Solutions Co., Ltd. | R & D | KOREA | 20.00% | 300 | 259 |
| ITR Co., Ltd. | R & D | KOREA | 20.00% | 50 | 33 |
| Structure test network Co., Ltd. | Technical testing and consulting | KOREA | 20.00% | 25 | 21 |
| Namjeongsusang Solar Power Operation Co., Ltd.(*17) | Power generation | KOREA | 15.00% | 969 | 812 |
| Indeck Niles Development, LLC(*22) | Power generation | USA | 50.00% | — | — |
| Indeck Niles Asset Management, LLC | Power generation | USA | 33.33% | — | 87 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | Holding company | KOREA | 49.00% | 7,105 | 7,126 |
| Suwon New Power Co., Ltd. | Power generation | KOREA | 39.90% | 798 | 798 |
| KPGE Inc. | Power generation materials business | KOREA | 29.00% | 287 | 287 |
| Gwangbaek Solar Power Investment Co., Ltd.(*20) | Power generation | KOREA | 19.00% | 2,054 | 2,054 |
| Go deok Clean Energy Co., Ltd.(*19) | Fuel cell generation | KOREA | 61.00% | 1,830 | 1,830 |
| | | | | 2,539,956 | 4,251,802 |

F-100

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(1)    Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| **Investees** | **Key operation activities** | **Location** | **Percentage of ownership** | **Acquisition cost** | **Book value** |
| | | | In millions of won | | |
| **<Joint ventures>** | | | | | |
| KEPCO-Uhde Inc.(*6) | Power generation | KOREA | 52.80% | ₩          11,355 | 134 |
| Shuweihat Asia Power Investment B.V. | Holding company | NETHERLANDS | 49.00% | 44,405 | 18,318 |
| Shuweihat Asia Operation & Maintenance Company(*6) | Maintenance of utility plant | CAYMAN | 55.00% | 30 | 1,408 |
| Waterbury Lake Uranium L.P. | Resources development | CANADA | 33.41% | 26,602 | 20,562 |
| ASM-BG Investicii AD | Power generation | BULGARIA | 50.00% | 16,101 | 19,376 |
| RES Technology AD | Power generation | BULGARIA | 50.00% | 15,595 | 16,248 |
| KV Holdings, Inc. | Power generation | PHILIPPINES | 40.00% | 2,103 | 2,441 |
| KEPCO SPC Power Corporation(*6) | Construction and operation of utility plant | PHILIPPINES | 75.20% | 94,579 | 214,794 |
| Gansu Datang Yumen Wind Power Co., Ltd. | Power generation | CHINA | 40.00% | 16,621 | 8,149 |
| Datang Chifeng Renewable Power Co., Ltd. | Power generation | CHINA | 40.00% | 121,928 | 185,307 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | Power generation | CHINA | 40.00% | 39,872 | 41,024 |
| Rabigh Electricity Company | Power generation | SAUDI ARABIA | 40.00% | 109,743 | 109,096 |
| Rabigh Operation & Maintenance Company Limited | Maintenance of utility plant | SAUDI ARABIA | 40.00% | 70 | 6,879 |
| Jamaica Public Service Company Limited | Power generation | JAMAICA | 40.00% | 301,910 | 253,607 |
| KW Nuclear Components Co., Ltd. | Manufacturing | KOREA | 45.00% | 833 | 9,052 |
| Busan Shinho Solar Power Co., Ltd. | Power generation | KOREA | 25.00% | 2,100 | 5,045 |
| Global Trade Of Power System Co., Ltd. | Exporting products and technology of small or medium business by proxy | KOREA | 29.00% | 290 | 571 |
| Expressway Solar-light Power Generation Co., Ltd. | Power generation | KOREA | 29.00% | 1,856 | 2,883 |
| Amman Asia Electric Power Company(*6) | Power generation | JORDAN | 60.00% | 111,476 | 192,164 |
| KAPES, Inc.(*6) | R&D | KOREA | 51.00% | 5,629 | 10,832 |
| Honam Wind Power Co., Ltd. | Power generation | KOREA | 29.00% | 3,480 | 4,375 |
| Jeongam Wind Power Co., Ltd.(*15) | Power generation | KOREA | 40.00% | 5,580 | 4,437 |
| Korea Power Engineering Service Co., Ltd.(*15) | Construction and service | KOREA | 29.00% | 290 | 4,902 |
| Chun-cheon Energy Co., Ltd. | Power generation | KOREA | 29.90% | 52,700 | 34,872 |
| Yeonggwangbaeksu Wind Power Co., Ltd.(*3) | Power generation | KOREA | 15.00% | 3,000 | 3,040 |
| Nghi Son 2 Power LLC | Power generation | VIETNAM | 50.00% | 2,781 | — |
| Kelar S.A.(*6) | Power generation | CHILE | 65.00% | 78,060 | 70,462 |
| PT. Tanjung Power Indonesia | Power generation | INDONESIA | 35.00% | 26,892 | 34,327 |
| Incheon New Power Co., Ltd.(*24) | Power generation | KOREA | 29.00% | 461 | — |
| Seokmun Energy Co., Ltd. | Power generation | KOREA | 29.00% | 15,370 | 17,342 |
| Daehan Wind Power PSC | Power generation | JORDAN | 50.00% | 3,191 | 1,757 |
| Barakah One Company(*11) | Power generation | UAE | 18.00% | 118 | — |
| Nawah Energy Company(*11) | Operation of utility plant | UAE | 18.00% | 296 | 285 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

## 17.  Investments in Associates and Joint Ventures, Continued

**(1)  Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| Investees | Key operation activities | Location | Percentage of ownership | Acquisition cost | Book value |
| | | | In millions of won | | |
| MOMENTUM | International thermonuclear experimental reactor construction management | FRANCE | 33.33%  ₩ | 1 | 553 |
| Daegu Green Power Co., Ltd.(*25) | Power generation | KOREA | 29.00% | 46,225 | 22,824 |
| Yeonggwang Wind Power Co., Ltd. | Power generation | KOREA | 46.00% | 17,475 | 17,627 |
| Chester Solar IV SpA | Power generation | CHILE | 45.00% | 1,700 | 672 |
| Chester Solar V SpA | Power generation | CHILE | 45.00% | 525 | 146 |
| Diego de Almagro Solar SpA | Power generation | CHILE | 45.00% | 2,091 | 1,035 |
| South Jamaica Power Company Limited | Power generation | JAMAICA | 20.00% | 20,521 | 13,863 |
| Daesan Green Energy Co., Ltd. | Power generation | KOREA | 35.00% | 17,850 | 17,182 |
| RE Holiday Holdings LLC | Power generation | USA | 50.00% | 42,948 | 42,070 |
| RE Pioneer Holdings LLC | Power generation | USA | 50.00% | 27,891 | 31,156 |
| RE Barren Ridge 1 Holdings LLC | Power generation | USA | 50.00% | 28,021 | 42,916 |
| RE Astoria 2 LandCo LLC | Power generation | USA | 50.00% | 5,188 | 5,602 |
| RE Barren Ridge LandCo LLC | Power generation | USA | 50.00% | 2,187 | 1,966 |
| Laurel SpA | Power generation | CHILE | 45.00% | 1,222 | 595 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd(*3) | Power generation | AUSTRALIA | 12.37% | 4,095 | 4,024 |
| Chile Solar JV SpA | Power generation | CHILE | 50.00% | 37,689 | 34,859 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | Power generation | KOREA | 37.78% | 8,500 | 7,846 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | Power generation | KOREA | 29.01% | 3,200 | 3,043 |
| Chester Solar I SpA | Power generation | CHILE | 45.00% | 1,181 | 1,157 |
| Solar Philippines Calatagan Corporation | Power generation | PHILIPPINES | 38.00% | 47,903 | 48,930 |
| Saemangeum Solar Power Co., Ltd.(*21) | Power generation | KOREA | 81.00% | 10,000 | 8,324 |
| Chungsongmeon BongSan wind power Co., Ltd. | Power generation | KOREA | 29.00% | 2,900 | 2,764 |
| Jaeun Resident Wind Power Plant Co., Ltd. | Power generation | KOREA | 29.00% | 2,494 | 2,198 |
| DE Energia SpA | Power generation | CHILE | 49.00% | 8,364 | 8,665 |
| Dangjin Eco Power Co., Ltd. (newly)(*14) | Power generation | KOREA | 34.00% | 25,661 | 25,661 |
| Haemodum Solar Co., Ltd. | Power generation | KOREA | 49.00% | 2,940 | 2,940 |
| Yangyang Wind Power Co., Ltd.(*16) | Power generation | KOREA | 99.54% | 10,800 | 10,800 |
| Horus Solar, S.A. De C.V.(*18) | Renewable power generation | MEXICO | 14.95% | 3,403 | 3,403 |
| Recursos Solares PV De Mexico II, S.A. De C.V.(*18) | Renewable power generation | MEXICO | 14.95% | 672 | 672 |
| Sunmex Renovables, S.A. De C.V.(*18) | Renewable power generation | MEXICO | 14.95% | 222 | 222 |
| Stavro Holding II A.B. | Holding company | SWEDEN | 20.00% | 5,524 | 5,625 |
| | | | | 1,504,710 | 1,663,029 |
| | | | ₩ | 4,044,666 | 5,914,831 |

(*1)    The effective percentage of ownership is 21.57% considering treasury stocks.

F-102

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

(*2)   The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint directors to the board of directors of the entity, and by strict decision criteria of the Company's financial and operating policy of the board of directors.

(*3)   According to the shareholders' agreement, the parties have joint control over all decisions related to financial and operation. Accordingly, the entity is classified as joint ventures.

(*4)   The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint one out of four members of the steering committee of the entity. Moreover, the Company has significant financial transactions, which can affect its influence on the entity.

(*5)   The effective percentage of ownership is 100%. However, the Government regulates the Company's ability to make operating and financial decisions over the entity, as the Government requires maintaining arms-length transactions between KPX and the Company's other subsidiaries. The Company can exercise significant influence by virtue of right to nominate directors to the board of directors of the entity.

(*6)   The effective percentage of ownership is more than 50%. However, according to the shareholders' agreement, all critical financial and operating decisions must be agreed to by all ownership parties. Accordingly, the entities are classified as joint ventures.

(*7)   As of December 31, 2019, 15.64% of ownership of Hyundai Energy Co., Ltd. is held by NH Power ll Co., Ltd. and NH Bank. According to the shareholders' agreement reached on March 2011, not only does the Company have a call option to acquire the investment in Hyundai Energy Co., Ltd. from NH Power ll Co., Ltd. and NH Bank with a certain rate of return, NH Power ll Co., Ltd. and NH Bank also have put options to dispose of their investment to the Company. In connection with this agreement, the Company applied the equity method on the investment in Hyundai Energy Co., Ltd. with 46.30% of ownership.

(*8)   Although the nominal percentage of ownership is 2.35%, the effective percentage of ownership is 25.54%, considering redeemable convertible preferred stock as a liability component.

(*9)   The effective percentage of ownership is less than 20% but the Company can exercise significant influence by virtue of its contractual right to appoint a director to the board of directors of the entity and the fact that the dominant portion of the investee's sales transactions is generated from the Company.

(*10)   The effective percentage of ownership is more than 50% but the Company does not hold control over relevant business while it exercises significant influence by participating in the Investment Decision Committee. Accordingly, the entity is classified as an associate.

(*11)   The effective percentage of ownership is less than 20% but the Company has joint control over the entity as decisions on the major activities require the unanimous consent of the parties that collectively control the entity.

(*12)   The effective percentage of ownership is more than 50% but the Company does not hold control over the entity according to the shareholders' agreement. Accordingly, the entity is classified as an associate.

(*13)   The effective percentage of ownership is 34.01% considering the conversion of redeemable convertible preferred stock into ordinary stock.

(*14)   Eumseong Natural Gas Power Co., Ltd. and Dangjin Eco Solar Power Co., Ltd. were established by spin-off from Dangjin Eco Power Co., Ltd. After the spin-off, Eumseong Natural Gas Power Co., Ltd. was merged and absorbed by the Company during December 2019.

(*15)   Daejung Offshore Wind Power Co., Ltd. and GS Donghae Electric Power Co., Ltd. are reclassified from joint ventures to associates, and Jeongam Wind Power Co., Ltd. and Korea Power Engineering Service Co., Ltd. are reclassified from associates to joint ventures during the year ended December 31, 2019.

(*16)   The temporary percentage of ownership is more than 50% due to differences in the timing of the payment. The Company is expected to exert significant influence after payment is completed in the first quarter of 2020.

(*17)   The effective percentage of ownership is less than 20%. However, the Company considers the major decision-making body to be the general decision of the board of directors, and the general decision of the board of directors can be passed only by two directors. Accordingly, the entities are classified as an associate.

F-103

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

(*18)   The effective percentage of ownership is less than 20%. However, according to the shareholders' agreement, decisions on the major activities must be agreed to by all ownership parties. Accordingly, the entities are classified as joint ventures.

(*19)   Even though the effective percentage of ownership is more than 50%, the Company does not hold control over the entity according to its proportion to make decisions, which is less than 50%. However the Company can exercise significant influence on the entity by participating in the board of directors and others.Therefore the entity is classified as an associate.

(*20)   The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint a director to the board of directors of the entity.

(*21)   The effective percentage of ownership is more than 50%. However, according to the shareholders' agreement, all operation related decisions must be agreed by all ownership parties. Accordingly, the entity is classified as a joint venture.

(*22)   Although the investment amount is not paid as of December 31, 2019, the Company has an investment agreement on 50% of the interests. the Company can exercise significant influence by virtue of its contractual right to appoint a director to the board of directors of the entity.

(*23)   The Company recognized a full impairment loss for the carrying amount of Jinbhuvish Power Generation Pvt. Ltd. before the prior year, due to the Company's decision to withdraw its business since there is no business activities occurring.

(*24)   The joint arrangement which the Company has joint control is structured through a separate company. The parties have joint control over the joint arrangement are classified as joint ventures, judging that they have rights to the net assets of the arrangement.

(*25)   Although the nominal percentage of ownership is 29.00%, the effective percentage of ownership is 52.24%, considering the interest of financial investors as a liability component.

| | | | | | 2020 | | |
|---|---|---|---|---|---|---|---|
| Investees | Key operation activities | Location | | Percentage of ownership | | Acquisition cost | Book value |
| | | | In millions of won | | | | |
| <Associates> | | | | | | | |
| Korea Gas Corporation(*1) | Importing and wholesaling LNG | KOREA | | 20.47% | ₩ | 94,500 | 1,647,325 |
| Korea Electric Power Industrial Development Co., Ltd. | Electricity metering and others | KOREA | | 29.00% | | 4,727 | 25,630 |
| YTN Co., Ltd. | Broadcasting | KOREA | | 21.43% | | 59,000 | 40,549 |
| Gangwon Wind Power Co., Ltd.(*2) | Power generation | KOREA | | 15.00% | | 5,725 | 11,443 |
| Hyundai Green Power Co., Ltd. | Power generation | KOREA | | 29.00% | | 88,885 | 132,774 |
| Korea Power Exchange(*3) | Management of power market and others | KOREA | | 100.00% | | 127,839 | 269,122 |
| Taebaek Wind Power Co., Ltd. | Power generation | KOREA | | 25.00% | | 3,810 | 6,392 |
| Taebaek Guinemi Wind Power Co., Ltd. | Power generation | KOREA | | 25.00% | | 3,420 | 3,087 |
| Pyeongchang Wind Power Co., Ltd. | Power generation | KOREA | | 25.00% | | 3,875 | 5,027 |
| Daeryun Power Co., Ltd.(*2) | Power generation | KOREA | | 9.34% | | 40,854 | 26,353 |
| Changjuk Wind Power Co., Ltd. | Power generation | KOREA | | 30.00% | | 3,801 | 7,867 |
| KNH Solar Co., Ltd. | Power generation | KOREA | | 27.00% | | 1,296 | 2,436 |
| SPC Power Corporation | Power generation | PHILIPPINES | | 38.00% | | 20,635 | 69,912 |
| Gemeng International Energy Co., Ltd. | Power generation | CHINA | | 34.00% | | 413,153 | 679,708 |
| PT. Cirebon Electric Power | Power generation | INDONESIA | | 27.50% | | 40,365 | 117,811 |
| KNOC Nigerian East Oil Co., Ltd.(*4) | Resources development | NIGERIA | | 14.63% | | 12 | — |
| KNOC Nigerian West Oil Co., Ltd.(*4) | Resources development | NIGERIA | | 14.63% | | 12 | — |
| PT Wampu Electric Power | Power generation | INDONESIA | | 46.00% | | 21,292 | 11,443 |
| PT. Bayan Resources TBK | Resources development | INDONESIA | | 20.00% | | 615,860 | 425,234 |
| S-Power Co., Ltd. | Power generation | KOREA | | 49.00% | | 132,300 | 110,292 |
| Pioneer Gas Power Limited | Power generation | INDIA | | 38.50% | | 49,831 | — |

F-104

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.  Investments in Associates and Joint Ventures, Continued**

**(1)  Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
|---|---|---|---|---|---|
| Investees | Key operation activities | Location | Percentage of ownership | Acquisition cost | Book value |
| | | | In millions of won | | |
| Eurasia Energy Holdings | Power generation and resources development | RUSSIA | 40.00% | ₩ 461 | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | Power generation | LAOS | 25.00% | 87,426 | 64,570 |
| Hadong Mineral Fiber Co., Ltd.(*2) | Recycling fly ashes | KOREA | 8.33% | 50 | — |
| PT. Mutiara Jawa | Manufacturing and operating floating coal terminal | INDONESIA | 29.00% | 2,978 | 1,780 |
| Samcheok Eco Materials Co., Ltd.(*5) | Recycling fly ashes | KOREA | 2.35% | 686 | — |
| Noeul Green Energy Co., Ltd. | Power generation | KOREA | 29.00% | 1,740 | 4,197 |
| Goseong Green Power Co., Ltd.(*2) | Power generation | KOREA | 1.12% | 2,900 | 2,186 |
| Gangneung Eco Power Co., Ltd.(*2) | Power generation | KOREA | 1.61% | 2,900 | 2,368 |
| Shin Pyeongtaek Power Co., Ltd. | Power generation | KOREA | 40.00% | 72,000 | 69,591 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | Power generation | KOREA | 28.00% | 194 | 210 |
| Dongducheon Dream Power Co., Ltd.(*6) | Power generation | KOREA | 33.61% | 148,105 | 80,637 |
| Jinbhuvish Power Generation Pvt. Ltd.(*2,7) | Power generation | INDIA | 5.16% | 9,000 | — |
| Daejung Offshore Wind Power Co., Ltd. | Power generation | KOREA | 46.59% | 5,190 | 2,165 |
| GS Donghae Electric Power Co., Ltd. | Power generation | KOREA | 34.00% | 204,000 | 244,426 |
| Daegu Photovoltaic Co., Ltd. | Power generation | KOREA | 29.00% | 1,230 | 2,066 |
| Busan Green Energy Co., Ltd. | Power generation | KOREA | 29.00% | 5,243 | 8,778 |
| Gunsan Bio Energy Co., Ltd.(*2) | Power generation | KOREA | 18.87% | 1,000 | — |
| Korea Electric Vehicle Charging Service | Electric vehicle charge service | KOREA | 28.00% | 2,800 | 576 |
| Korea Nuclear Partners Co., Ltd. | Electric material agency | KOREA | 28.98% | 537 | 200 |
| Korea Electric Power Corporation Fund(*8) | Developing electric enterprises | KOREA | 98.09% | 51,500 | 41,926 |
| Energy Infra Asset Management Co., Ltd.(*2) | Asset management | KOREA | 9.90% | 297 | 938 |
| Daegu clean Energy Co., Ltd. | Renewable power generation | KOREA | 28.00% | 140 | 12 |
| Yaksu ESS Co., Ltd. | Installing ESS related equipment | KOREA | 29.00% | 210 | 454 |
| Nepal Water & Energy Development Company Private Limited(*9) | Construction and operation of utility plant | NEPAL | 60.35% | 50,268 | 42,677 |
| Gwangyang Green Energy Co., Ltd. | Power generation | KOREA | 20.00% | 2,000 | 926 |
| PND solar Co., Ltd. | Power generation | KOREA | 29.00% | 1,250 | 1,149 |
| Hyundai Eco Energy Co., Ltd.(*2) | Power generation | KOREA | 19.00% | 3,610 | 4,250 |
| YeongGwang Yaksu Wind Electric Co., Ltd.(*2) | Power generation | KOREA | 9.63% | 533 | 312 |
| Green Energy Electricity Generation Co., Ltd. | Power generation | KOREA | 29.00% | 1,189 | 25 |
| Korea Energy Solutions Co., Ltd. | R & D | KOREA | 20.00% | 300 | 197 |
| ITR Co., Ltd. | R & D | KOREA | 20.00% | 50 | 40 |
| Structure test network Co., Ltd. | Technical testing and consulting | KOREA | 20.00% | 25 | 27 |
| Namjeongsusang Solar Power Operation Co., Ltd.(*10) | Power generation | KOREA | 15.00% | 969 | 103 |
| Indeck Niles Development, LLC(*11) | Power generation | USA | 24.08% | 45,562 | 20,627 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(1)    Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2020 | | |
|---|---|---|---|---|---|
| **Investees** | **Key operation activities** | **Location** | **Percentage of ownership** | **Acquisition cost** | **Book value** |
| | | In millions of won | | ₩ | |
| Indeck Niles Asset Management, LLC | Power generation | USA | 33.33% | — | 101 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | Holding company | KOREA | 49.00% | 7,300 | 7,326 |
| Suwon New Power Co., Ltd. | Power generation | KOREA | 39.90% | 798 | 1,054 |
| KPGE Inc. | Power generation materials business | KOREA | 29.00% | 287 | 287 |
| Gwangbaek Solar Power Investment Co., Ltd. | Power generation | KOREA | 44.00% | 4,757 | 4,682 |
| Go deok Clean Energy Co., Ltd.(*12) | Fuel cell generation | KOREA | 61.00% | 1,830 | 960 |
| SureDataLab Co., Ltd. | R & D | KOREA | 23.95% | 126 | 85 |
| SEP Co., Ltd. | R & D | KOREA | 21.26% | 27 | 14 |
| Hankook Electric Power Information Co., Ltd. | R & D | KOREA | 25.25% | 38 | 139 |
| Tronix Co., Ltd. | R & D | KOREA | 20.00% | 75 | 119 |
| O2&B Global Co., Ltd. | R & D | KOREA | 20.00% | 25 | 22 |
| Muan Sunshine Solar Power Plant Co., Ltd. | Power generation | KOREA | 20.00% | 1,570 | 1,096 |
| Bigeum Resident Photovoltaic Power Co., Ltd. | Power generation | KOREA | 29.90% | 1 | — |
| Jeju SolarOne Co., Ltd.(*13) | Power generation | KOREA | 10.00% | 161 | 159 |
| Goesan Solar Park Co., Ltd. | Power generation | KOREA | 29.00% | 1,276 | 1,684 |
| Saemangeum Heemang Photovoltaic Co., Ltd. | Power generation | KOREA | 35.00% | 11,022 | 11,022 |
| Bitgoel Eco Energy Co., Ltd. | Power generation | KOREA | 29.00% | 29 | 29 |
| Jeju Gimnyeong Wind Power Co., Ltd. | Power generation | KOREA | 30.00% | 714 | 1,578 |
| Seoroseoro Sunny Power Plant Co., Ltd.(*14) | Power generation | KOREA | 19.46% | 230 | 230 |
| Muan Solar Park Co., Ltd.(*14) | Power generation | KOREA | 19.00% | 4,180 | 4,180 |
| YuDang Solar Co., Ltd. | Power generation | KOREA | 20.00% | 360 | 360 |
| Anjwa Smart Farm & Solar City Co., Ltd.(*14) | Power generation | KOREA | 19.50% | 5,510 | 5,510 |
| Daewon Green Energy Co., Ltd. | Power generation | KOREA | 25.36% | 3,910 | 3,910 |
| | | | | 2,481,761 | 4,250,787 |
| | | | | | |
| **<Joint ventures>** | | | | | |
| KEPCO-Uhde Inc.(*15) | Power generation | KOREA | 52.80% | 11,355 | 100 |
| Shuweihat Asia Power Investment B.V. | Holding company | NETHERLANDS | 49.00% | 44,405 | 13,264 |
| Shuweihat Asia Operation & Maintenance Company(*15) | Maintenance of utility plant | CAYMAN | 55.00% | 30 | 1,057 |
| Waterbury Lake Uranium L.P. | Resources development | CANADA | 33.10% | 26,602 | 19,797 |
| ASM-BG Investicii AD | Power generation | BULGARIA | 50.00% | 16,101 | 18,200 |
| RES Technology AD | Power generation | BULGARIA | 50.00% | 15,595 | 15,930 |
| KV Holdings, Inc. | Power generation | PHILIPPINES | 40.00% | 2,103 | 2,405 |
| KEPCO SPC Power Corporation(*15) | Construction and operation of utility plant | PHILIPPINES | 75.20% | 94,579 | 201,663 |
| Gansu Datang Yumen Wind Power Co., Ltd. | Power generation | CHINA | 40.00% | 16,621 | 6,530 |

F-106

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

| | | | | 2020 | | |
|---|---|---|---|---|---|---|
| **Investees** | **Key operation activities** | **Location** | **Percentage of ownership** | | **Acquisition cost** | **Book value** |
| | | | In millions of won | | | |
| Datang Chifeng Renewable Power Co., Ltd. | Power generation | CHINA | 40.00% | ₩ | 121,928 | 188,478 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | Power generation | CHINA | 40.00% | | 39,872 | 42,530 |
| Rabigh Electricity Company | Power generation | SAUDI ARABIA | 40.00% | | 109,743 | 97,157 |
| Rabigh Operation & Maintenance Company Limited | Maintenance of utility plant | SAUDI ARABIA | 40.00% | | 70 | 3,813 |
| Jamaica Public Service Company Limited | Power generation | JAMAICA | 40.00% | | 301,910 | 266,221 |
| KW Nuclear Components Co., Ltd. | Manufacturing | KOREA | 45.00% | | 833 | 11,171 |
| Busan Shinho Solar Power Co., Ltd. | Power generation | KOREA | 25.00% | | 2,100 | 5,378 |
| Global Trade Of Power System Co., Ltd.(*16) | Exporting products and technology of small or medium business by proxy | KOREA | 29.00% | | 290 | 546 |
| Expressway Solar-light Power Generation Co., Ltd.(*16) | Power generation | KOREA | 29.00% | | 1,856 | 2,896 |
| Amman Asia Electric Power Company(*15) | Power generation | JORDAN | 60.00% | | 111,476 | 161,253 |
| KAPES, Inc.(*15) | R & D | KOREA | 51.00% | | 5,629 | — |
| Honam Wind Power Co., Ltd. | Power generation | KOREA | 29.00% | | 3,480 | 3,887 |
| Jeongam Wind Power Co., Ltd. | Power generation | KOREA | 40.00% | | 5,580 | 4,620 |
| Korea Power Engineering Service Co., Ltd. | Construction and service | KOREA | 29.00% | | 290 | 5,362 |
| Chun-cheon Energy Co., Ltd. | Power generation | KOREA | 29.90% | | 52,700 | 27,518 |
| Yeonggwangbaeksu Wind Power Co., Ltd.(*16) | Power generation | KOREA | 15.00% | | 3,000 | 3,124 |
| Nghi Son 2 Power LLC | Power generation | VIETNAM | 50.00% | | 2,781 | — |
| Kelar S.A.(*15) | Power generation | CHILE | 65.00% | | 78,060 | 71,449 |
| PT. Tanjung Power Indonesia | Power generation | INDONESIA | 35.00% | | 26,892 | 33,063 |
| Incheon New Power Co., Ltd.(*17) | Power generation | KOREA | 29.00% | | 461 | — |
| Seokmun Energy Co., Ltd. | Power generation | KOREA | 29.00% | | 15,370 | 14,814 |
| Daehan Wind Power PSC | Power generation | JORDAN | 50.00% | | 7,493 | — |
| Barakah One Company(*18) | Power generation | UAE | 18.00% | | 118 | — |
| Nawah Energy Company(*18) | Operation of utility plant | UAE | 18.00% | | 296 | 270 |
| MOMENTUM | International thermonuclear experimental reactor construction management | FRANCE | 33.33% | | 1 | 565 |
| Daegu Green Power Co., Ltd.(*19) | Power generation | KOREA | 29.00% | | 46,225 | 23,045 |
| Yeonggwang Wind Power Co., Ltd. | Power generation | KOREA | 46.00% | | 17,475 | 17,256 |
| Chester Solar IV SpA | Power generation | CHILE | 45.00% | | 1,700 | 1,064 |
| Chester Solar V SpA | Power generation | CHILE | 45.00% | | 525 | 171 |
| Diego de Almagro Solar SpA | Power generation | CHILE | 45.00% | | 2,091 | 1,490 |
| South Jamaica Power Company Limited | Power generation | JAMAICA | 20.00% | | 20,521 | 31,897 |
| Daesan Green Energy Co., Ltd. | Power generation | KOREA | 35.00% | | 17,850 | 22,552 |
| RE Holiday Holdings LLC | Power generation | USA | 50.00% | | 42,948 | 68,809 |
| RE Pioneer Holdings LLC | Power generation | USA | 50.00% | | 27,891 | 49,639 |
| RE Barren Ridge 1 Holdings LLC | Power generation | USA | 50.00% | | 28,021 | 4,466 |
| RE Astoria 2 LandCo LLC | Power generation | USA | 50.00% | | 5,188 | 5,230 |

F-107

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(1)   Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

|  |  |  |  | **2020** |  |  |
|---|---|---|---|---|---|---|
| **Investees** | **Key operation activities** | **Location** | **Percentage of ownership** | | **Acquisition cost** | **Book value** |
|  |  | **In millions of won** | | | | |
| RE Barren Ridge LandCo LLC | Power generation | USA | 50.00% | ₩ | 2,187 | 1,847 |
| Laurel SpA | Power generation | CHILE | 45.00% | | 1,222 | 1,092 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd(*16) | Power generation | AUSTRALIA | 12.37% | | 4,095 | 4,129 |
| Chile Solar JV SpA | Power generation | CHILE | 50.00% | | 37,689 | 34,883 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | Power generation | KOREA | 47.31% | | 12,570 | 13,362 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | Power generation | KOREA | 29.01% | | 3,200 | 3,453 |
| Chester Solar I SpA | Power generation | CHILE | 45.00% | | 1,181 | 1,621 |
| Solar Philippines Calatagan Corporation | Power generation | PHILIPPINES | 38.00% | | 47,903 | 49,017 |
| Saemangeum Solar Power Co., Ltd.(*20) | Power generation | KOREA | 81.00% | | 26,399 | 24,292 |
| Chungsongmeon BongSan wind power Co., Ltd.(*16) | Power generation | KOREA | 29.00% | | 2,900 | 4,124 |
| Jaeun Resident Wind Power Plant Co., Ltd.(*16) | Power generation | KOREA | 29.00% | | 2,494 | 2,195 |
| DE Energia SpA | Power generation | CHILE | 49.00% | | 8,364 | 8,187 |
| Dangjin Eco Power Co., Ltd. | Power generation | KOREA | 34.00% | | 25,661 | 25,523 |
| Haemodum Solar Co., Ltd. | Power generation | KOREA | 49.00% | | 2,940 | 3,065 |
| Yangyang Wind Power Co., Ltd. | Power generation | KOREA | 50.00% | | 10,800 | 10,485 |
| Horus Solar S.A. De C.V.(*21) | Renewable power generation | MEXICO | 14.95% | | 5,068 | 3,394 |
| Recursos Solares PV De Mexico II, S.S. De C.V.(*21) | Renewable power generation | MEXICO | 14.95% | | 3,678 | 3,660 |
| Sunmex Renovables, S.A. De C.V.(*21) | Renewable power generation | MEXICO | 14.95% | | 307 | 240 |
| Stavro Holding II A.B. | Holding company | SWEDEN | 20.00% | | 8,829 | 9,277 |
| Solaseado Solar Power Co., Ltd. | Power generation | KOREA | 38.90% | | 7,020 | 9,915 |
| Yeongam Solar Power Co., Ltd.(*16) | Power generation | KOREA | 19.00% | | 6,460 | 6,042 |
| Samsu Wind Power Co., Ltd.(*16) | Power generation | KOREA | 19.00% | | 2,637 | 2,607 |
| Pulau Indah Power Plant Sdn. Bhd. | Power generation | MALAYSIA | 25.00% | | 11,569 | 11,204 |
| Sam-Yang Photovoltaic Power Co., Ltd. | Power generation | KOREA | 49.00% | | 5,245 | 5,535 |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | Holding company | KOREA | 29.53% | | 20,952 | 22,242 |
| Shin-han BNPP Private Investment Trust for East-West Sunlight Dream(*15) | Holding company | KOREA | 90.00% | | 15,699 | 16,129 |
| PT Barito Wahana Tenaga | Power generation | INDONESIA | 30.61% | | 59,395 | 63,029 |
| Cheongna Energy Co., Ltd.(*20, 22) | Generating and distributing vapor and hot/cold water | KOREA | 50.10% | | 49,344 | 4,940 |
| Naepo Green Energy Co., Ltd.(*23) | Power generation | KOREA | 29.20% | | 29,200 | — |
| Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.)(*24) | Power generation | KOREA | 30.66% | | 71,070 | — |
| OneEnergy Asia Limited | Power generation | VIETNAM | 40.00% | | 56,654 | 56,654 |
| KAS Investment I LLC(*25) | Holding company | USA | 29.89% | | 23,437 | 23,437 |
| KAS Investment II LLC(*25) | Holding company | USA | 29.89% | | 23,343 | 23,343 |
| Energyco LLC | Power generation | KOREA | 29.00% | | 1,659 | 1,659 |
| CAES, LLC | Holding company | USA | 36.00% | | 19,414 | 17,626 |

F-108

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(1)    Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

|  |  |  |  |  |  |  | 2020 |  |
|---|---|---|---|---|---|---|---|---|
| **Investees** |  | **Key operation activities** |  | **Location** | **Percentage of ownership** |  | **Acquisition cost** | **Book value** |
|  |  |  |  |  | In millions of won |  |  |  |
| Hapcheon Floating Photovoltaic Power Plant Inc.(*16) |  | Power generation |  | KOREA | 19.47% | ₩ | 1,890 | 1,890 |
| Busan Industrial Solar Power Co., Ltd. |  | Power generation |  | KOREA | 28.02% |  | 510 | 510 |
| Bitsolar Energy Co., Ltd. |  | Power generation |  | KOREA | 27.10% |  | 352 | 352 |
|  |  |  |  |  |  |  | 1,943,392 | 1,919,746 |
|  |  |  |  |  |  | ₩ | 4,425,153 | 6,170,533 |

(*1)    The effective percentage of ownership is 22.02% considering treasury stocks.

(*2)    The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint directors to the board of directors of the entity, and by strict decision criteria of the Company's financial and operating policy of the board of directors.

(*3)    The effective percentage of ownership is 100%. However, the Government regulates the Company's ability to make operating and financial decisions over the entity, as the Government requires maintaining arms-length transactions between KPX and the Company's other subsidiaries. Accordingly, the entity is not classified as a consolidated subsidiary. The Company can exercise significant influence by virtue of right to nominate directors to the board of directors of the entity.

(*4)    The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint one out of four members of the steering committee of the entity. Moreover, the Company has significant financial transactions, which can affect its significant influence on the entity.

(*5)    Although the nominal percentage of ownership is 2.35%, the effective percentage of ownership is 25.54%, considering redeemable convertible preferred stock as a liability component.

(*6)    The effective percentage of ownership is 34.01% considering the conversion of redeemable convertible preferred stock into ordinary stock.

(*7)    The Company recognized a full impairment loss for the carrying amount of Jinbhuvish Power Generation Pvt. Ltd. before the prior year, due to the Company's decision to withdraw its business since there are no business activities occurring.

(*8)    The effective percentage of ownership is more than 50% but the Company does not hold control over relevant business while it exercises significant influence by participating in the Investment Decision Committee. Accordingly, the entity is classified as an associate.

(*9)    The effective percentage of ownership is more than 50% but the Company does not hold control over the entity according to the shareholders' agreement. Accordingly, the entity is classified as an associate.

(*10)    The effective percentage of ownership is less than 20%. However, the Company considers the major decision-making body to be the general decision of the board of directors, and the general decision of the board of directors can be passed only by two directors of Namjeongsusang Solar Power Operation Co., Ltd. Accordingly, the entity is classified as an associate.

(*11)    According to the shareholders' agreement, additional investment of 50% of total stake is agreed by March 2022.

(*12)    Even though the effective percentage of ownership is more than 50%, the Company does not hold control over the entity as it has less than 50% of decision-making rights. However the Company can exercise significant influence on the entity by participating in the board of directors and others. Therefore the entity is classified as an associate.

(*13)    It was newly invested during the year ended December 31, 2020. The effective percentage of ownership is less than 20%. However, it is classified as an associate, judging that the Company can exercise significant influence on the entity.

F-109

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(1)    Investments in associates and joint ventures as of December 31, 2019 and 2020 are as follows, continued:**

(*14)   The entities were newly invested during the year ended December 31, 2020. The effective percentage of ownership is less than 20%. However, the Company can exercise significant influence by virtue of its contractual right to appoint a director to the board of directors of the entity.

(*15)   The effective percentage of ownership is more than 50%. However, according to the shareholders' agreement, all critical financial and operating decisions must be agreed to by all ownership parties. Accordingly, the entities are classified as joint ventures.

(*16)   According to the shareholders' agreement, the parties have joint control over all decisions related to financial and operation. Accordingly, the entity is classified as joint ventures.

(*17)   The joint arrangement which the Company has joint control is structured through a separate company. The parties have joint control over the joint arrangement are classified as joint ventures, judging that they have rights to the net assets of the arrangement.

(*18)   The effective percentage of ownership is less than 20%. However, all operation related decisions must be agreed by ownership parties. Accordingly, the entity is classified as joint ventures.

(*19)   Although the nominal percentage of ownership is 29.00%, the effective percentage of ownership is 54.24%, considering the interest of financial investors as a liability component.

(*20)   The effective percentage of ownership is more than 50%. However, all operation related decisions must be agreed by all ownership parties. Accordingly, the entity is classified as a joint venture.

(*21)   The effective percentage of ownership is less than 20%. However, according to the shareholders' agreement, decisions related pricipal operation must be agreed by all ownership parties. Accordingly, the Company can exercise significant influence.

(*22)   The classification of the entity was changed from an associate to a joint venture, due to the additional investment during the year ended December 31, 2020.

(*23)   The percentage of ownership decreased due to the unequal capital increase. The entity was reclassified from an associate to a joint venture, due to the changes in voting rights.

(*24)   The name of the entity has changed during the current year. According to the Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) Investment Agreement signed in March 2011, the Company has a commitment to guarantee principal and certain returns on shares of Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) held by NH Power 2nd Co., Ltd. and the National Agricultural Cooperative Federation. Since NH Power 2nd Co., Ltd. and the National Agricultural Cooperative Federation have put option regarding their share of the entity, the Company was deemed to have acquired an additional 15.64% stake. As a result, the effective percentage of ownership is 46.3% in the current and prior period. In accordance with shareholders' agreement signed during the current period, the Company has joint control with other investors in making important financial and operation decisions, so it has been reclassified from an associate to a joint venture.

(*25)   The entities were included in the joint ventures due to the new investment during the year ended December 31, 2020. Since the final settlement of the entity was not completed before the Company's financial statements date, the financial statements of October 7, were used for consolidation.

**(2)    The fair value of associates which are actively traded on an open market and have a readily available market value as of December 31, 2019 and 2020 are as follows:**

| Investees | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| **<Associates>** | | | |
| Korea Electric Power Industrial Development Co., Ltd. | ₩ | 33,089 | 45,048 |
| Korea Gas Corporation(*) | | 715,365 | 584,010 |
| YTN Co., Ltd. | | 18,450 | 27,000 |
| SPC Power Corporation | | 117,230 | 139,698 |
| PT. Bayan Resources TBK | | 880,860 | 798,510 |

F-110

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(2)   The fair value of associates which are actively traded on an open market and have a readily available market value as of December 31, 2019 and 2020 are as follows, continued:**

(*)   An indicator of impairment has been identified for the Company's investment in Korea Gas Corporation ("KOGAS") for the years ended December 31, 2019 and 2020 as management determined that the carrying amount of the investment in KOGAS at ₩ 1,693,967 million and ₩ 1,647,325 million respectively were significantly higher than its fair value. Accordingly, management has assessed the recoverable amount of the investment by estimating the Company's share of the present value of the estimated future cash flows expected to be generated by KOGAS. The carrying amount of KOGAS as at December 31, 2019 and 2020 are supported by the recoverable amount determination and as such, no impairment has been recognized for the years ended December 31, 2019 and 2020.

The recoverable amount estimate is most sensitive to assumptions regarding long-term revenue forecasts as well as the discount rate:

- Revenue forecasts: price and volume of gas sold are based on the long-term natural gas supply and demand programs approved by the Ministry of Trade, Industry & Energy.

- Discount rate: the discount rate is derived using the weighted average cost of capital methodology adjusted for any risks that are not reflected in the underlying cash flows. A real post-tax discount rate of 4.70% and 4.60% was applied to post-tax cash flows respectively as at December 31, 2019 and 2020.

Changes in circumstances may affect the assumptions used to determine recoverable amount and could result in an impairment of KOGAS at future reporting dates.

**(3)   Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows:**

|  | | 2019 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Investees | | Beginning balance | Acquisition | Disposal | Dividends received | Share of income (loss) | Other comprehensive income (loss) | Others | Ending balance |
|  | | | | | In millions of won | | | | |
| <Associates> | | | | | | | | | |
| Korea Gas Corporation | ₩ | 1,701,848 | — | — | (25,704) | 8,511 | 12,687 | (3,375) | 1,693,967 |
| Korea Electric Power Industrial Development Co., Ltd. | | 21,838 | — | — | (1,598) | 5,002 | — | 151 | 25,393 |
| YTN Co., Ltd. | | 40,338 | — | — | (180) | (449) | 5 | 33 | 39,747 |
| Cheongna Energy Co., Ltd. | | 3,465 | — | — | — | (2,054) | — | — | 1,411 |
| Gangwon Wind Power Co., Ltd. | | 13,220 | — | — | (2,272) | 1,379 | — | — | 12,327 |
| Hyundai Green Power Co., Ltd. | | 127,160 | — | — | (8,889) | 5,982 | — | — | 124,253 |
| Korea Power Exchange | | 251,802 | — | — | — | 10,907 | — | (3,810) | 258,899 |
| AMEC Partners Korea Ltd. | | 209 | — | — | — | — | 3 | (212) | — |
| Hyundai Energy Co., Ltd. | | — | — | — | — | — | — | — | — |
| Ecollite Co., Ltd. | | — | — | — | — | — | — | — | — |
| Taebaek Wind Power Co., Ltd. | | 5,665 | — | — | — | 1,374 | — | — | 7,039 |
| Taebaek Guinemi Wind Power Co., Ltd. | | 2,569 | — | — | — | (16) | — | — | 2,553 |
| Pyeongchang Wind Power Co., Ltd. | | 5,419 | — | — | — | 458 | — | — | 5,877 |
| Daeryun Power Co., Ltd. | | 26,099 | — | — | — | 173 | — | (25) | 26,247 |
| Changjuk Wind Power Co., Ltd. | | 8,086 | — | — | — | 434 | — | — | 8,520 |

F-111

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(3)    Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | | | | | 2019 | | | |
| Investees | | Beginning balance | Acquisition | Disposal | Dividends received | Share of income (loss) | Other comprehensive income (loss) | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In millions of won | | | | |
| KNH Solar Co., Ltd. | ₩ | 2,337 | — | — | — | 45 | — | — | 2,382 |
| SPC Power Corporation | | 57,558 | — | — | (14,229) | 5,929 | 14,286 | 39 | 63,583 |
| Gemeng International Energy Co., Ltd. | | 647,010 | — | — | (11,468) | 26,300 | 9,209 | (155) | 670,896 |
| PT. Cirebon Electric Power | | 108,628 | — | — | — | 11,079 | (65) | 3,783 | 123,425 |
| KNOC Nigerian East Oil Co., Ltd. | | — | — | — | — | (27) | (380) | 407 | — |
| KNOC Nigerian West Oil Co., Ltd. | | — | — | — | — | (29) | (349) | 378 | — |
| PT Wampu Electric Power | | 31,097 | — | — | — | (2,867) | 2 | 1,123 | 29,355 |
| PT. Bayan Resources TBK | | 511,646 | — | — | (71,100) | 6,181 | (1,586) | — | 445,141 |
| S-Power Co., Ltd. | | 114,566 | — | — | — | 1,218 | — | — | 115,784 |
| Pioneer Gas Power Limited | | 20,395 | — | — | — | (20,784) | 389 | — | — |
| Eurasia Energy Holdings | | — | — | — | — | — | — | — | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | | 77,165 | 3,052 | — | — | (10,210) | 2,928 | — | 72,935 |
| Hadong Mineral Fiber Co., Ltd. | | — | — | — | — | — | — | — | — |
| Green Biomass Co., Ltd. | | 115 | — | — | — | (73) | — | 66 | 108 |
| PT. Mutiara Jawa | | 365 | — | — | — | 1,031 | 42 | — | 1,438 |
| Samcheok Eco Materials Co., Ltd. | | — | — | — | — | — | — | — | — |
| Noeul Green Energy Co., Ltd. | | 8,015 | — | — | — | (1,395) | — | (10) | 6,610 |
| Naepo Green Energy Co., Ltd. | | — | — | — | — | — | — | — | — |
| Goseong Green Power Co., Ltd. | | 2,459 | — | — | — | (119) | — | — | 2,340 |
| Gangneung Eco Power Co., Ltd. | | 2,495 | — | — | — | (65) | — | — | 2,430 |
| Shin Pyeongtaek Power Co., Ltd. | | 67,600 | — | — | — | (827) | 198 | (15) | 66,956 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | | 202 | — | — | — | 13 | — | — | 215 |
| Dongducheon Dream Power Co., Ltd. | | 76,386 | — | — | — | 441 | — | (280) | 76,547 |
| Jinbhuvish Power Generation Pvt. Ltd. | | — | — | — | — | — | — | — | — |
| Daejung Offshore Wind Power Co., Ltd. | | — | — | — | — | — | — | 2,361 | 2,361 |
| GS Donghae Electric Power Co., Ltd. | | — | — | — | — | — | — | 255,983 | 255,983 |
| SE Green Energy Co., Ltd. | | 3,366 | — | — | — | — | (75) | (3,291) | — |
| Daegu Photovoltaic Co., Ltd. | | 2,002 | — | — | (327) | 385 | — | — | 2,060 |
| Jeongam Wind Power Co., Ltd. | | 4,589 | — | — | — | (152) | — | (4,437) | — |
| Korea Power Engineering Service Co., Ltd. | | 4,333 | — | — | — | 508 | — | (4,841) | — |
| Busan Green Energy Co., Ltd. | | 12,537 | — | — | — | (1,884) | — | (16) | 10,637 |
| Gunsan Bio Energy Co., Ltd. | | — | — | — | — | — | — | — | — |
| Korea Electric Vehicle Charging Service | | 1,593 | — | — | — | (515) | — | (15) | 1,063 |
| Ulleungdo Natural Energy Co., Ltd. | | 4,628 | — | — | — | (1) | — | (4,627) | — |
| Korea Nuclear Partners Co., Ltd.(*1) | | 175 | — | — | — | (79) | — | (96) | — |

F-112

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.    Investments in Associates and Joint Ventures, Continued**

**(3)    Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | Beginning balance | Acquisition | Disposal | Dividends received | Share of income (loss) | Other comprehensive income (loss) | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|---|
|  | | | | | In millions of won | | | | |
| Tamra Offshore Wind Power Co., Ltd. | ₩ | 10,401 | — | — | — | — | — | (10,401) | — |
| Korea Electric Power Corporation Fund | | 47,189 | — | — | — | (6,931) | 868 | — | 41,126 |
| Energy Infra Asset Management Co., Ltd. | | 665 | — | — | — | 126 | — | — | 791 |
| Daegu clean Energy Co., Ltd. | | 17 | — | — | — | (4) | — | — | 13 |
| Yaksu ESSYaksu ESS Co., Ltd. | | 460 | — | — | — | 56 | — | — | 516 |
| Nepal Water & Energy Development Company Private Limited | | 30,961 | — | — | — | (854) | 1,038 | — | 31,145 |
| Gwangyang Green Energy Co., Ltd. | | 1,206 | — | — | — | (258) | — | — | 948 |
| PND solar Co., Ltd. | | 1,020 | — | — | — | 124 | — | — | 1,144 |
| Hyundai Eco Energy Co., Ltd. | | 3,388 | — | — | — | 393 | — | — | 3,781 |
| YeongGwang Yaksu Wind Electric Co., Ltd | | 533 | — | — | — | (147) | — | — | 386 |
| Green Energy Electricity Generation Co., Ltd. | | — | 1,189 | — | — | (1,026) | — | — | 163 |
| Korea Energy Solutions Co., Ltd. | | — | 300 | — | — | (41) | — | — | 259 |
| ITR Co., Ltd. | | — | 50 | — | — | (17) | — | — | 33 |
| Structure Test Network Co., Ltd. | | — | 25 | — | — | (4) | — | — | 21 |
| Namjeongsusang Solar Power Operation Co., Ltd. | | — | 969 | — | — | (157) | — | — | 812 |
| Indeck Niles Development, LLC | | — | — | — | — | — | — | — | — |
| Indeck Niles Asset Management, LLC | | — | — | — | (245) | 333 | (1) | — | 87 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | | — | 7,105 | — | — | 21 | — | — | 7,126 |
| Suwon New Power Co., Ltd. | | — | 798 | — | — | — | — | — | 798 |
| KPGE Inc. | | — | 287 | — | — | — | — | — | 287 |
| Gwangbaek Solar Power Investment Co., Ltd. | | — | 2,054 | — | — | — | — | — | 2,054 |
| Godeok Clean Energy Co., Ltd. | | — | 1,830 | — | — | — | — | — | 1,830 |
|  | | 4,064,820 | 17,659 | — | (136,012) | 37,418 | 39,199 | 228,718 | 4,251,802 |
| <Joint ventures> | | | | | | | | | |
| KEPCO-Uhde Inc. | | 188 | — | — | — | (54) | — | — | 134 |
| Eco Biomass Energy Sdn. Bhd. | | — | — | — | — | — | — | — | — |
| Shuweihat Asia Power Investment B.V. | | 27,251 | — | — | (2,176) | 5,288 | (12,045) | — | 18,318 |
| Shuweihat Asia Operation & Maintenance Company | | 792 | — | — | (907) | 1,040 | (1) | 484 | 1,408 |
| Waterbury Lake Uranium L.P. | | 19,032 | — | — | — | 22 | 1,508 | — | 20,562 |
| ASM-BG Investicii AD | | 21,379 | — | — | (4,760) | 2,442 | 315 | — | 19,376 |
| RES Technology AD | | 15,209 | — | — | — | 963 | 76 | — | 16,248 |
| KV Holdings, Inc. | | 1,918 | — | — | (372) | 751 | 144 | — | 2,441 |

F-113

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(3)   Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | | | | | Other | | |
|  | | | | | Share of | comprehensive | | |
|  | Beginning | | | Dividends | income | income | | Ending |
| Investees | balance | Acquisition | Disposal | received | (loss) | (loss) | Others | balance |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | | | | In millions of won | | | | |
| KEPCO SPC Power Corporation | ₩ 208,306 | — | — | (45,349) | 48,043 | 3,781 | 13 | 214,794 |
| Gansu Datang Yumen Wind Power Co., Ltd. | 9,981 | — | — | — | (2,050) | 218 | — | 8,149 |
| Datang Chifeng Renewable Power Co., Ltd. | 166,162 | — | — | — | 16,325 | 2,820 | — | 185,307 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | 39,442 | — | — | — | 875 | 707 | — | 41,024 |
| Rabigh Electricity Company | 105,328 | — | — | — | 4,355 | (1,734) | 1,147 | 109,096 |
| Rabigh Operation & Maintenance Company Limited | 5,834 | — | — | (2,222) | 3,070 | 197 | — | 6,879 |
| Jamaica Public Service Company Limited | 239,632 | — | — | (4,631) | 10,166 | 8,440 | — | 253,607 |
| KW Nuclear Components Co., Ltd. | 7,708 | — | — | (208) | 1,552 | — | — | 9,052 |
| Busan Shinho Solar Power Co., Ltd. | 4,761 | — | — | (430) | 714 | — | — | 5,045 |
| GS Donghae Electric Power Co., Ltd. | 240,591 | — | — | (10,200) | 25,787 | — | (256,178) | — |
| Global Trade Of Power System Co., Ltd. | 515 | — | — | — | 56 | — | — | 571 |
| Expressway Solar-light Power Generation Co., Ltd. | 2,676 | — | — | — | 207 | — | — | 2,883 |
| Daejung Offshore Wind Power Co., Ltd. | 2,669 | — | — | — | (308) | — | (2,361) | — |
| Amman Asia Electric Power Company | 177,357 | — | — | — | 20,648 | (5,841) | — | 192,164 |
| KAPES, Inc. | 9,079 | — | — | — | 1,767 | — | (14) | 10,832 |
| Dangjin Eco Power Co., Ltd. | 19,912 | — | (5,359) | — | (657) | 16 | (13,912) | — |
| Honam Wind Power Co., Ltd. | 4,860 | — | — | (587) | 102 | — | — | 4,375 |
| Jeongam Wind Power Co., Ltd. | — | — | — | — | — | — | 4,437 | 4,437 |
| Korea Power Engineering Service Co., Ltd. | — | — | — | — | — | — | 4,902 | 4,902 |
| Chun-cheon Energy Co., Ltd.(*3) | 42,505 | — | — | — | (7,385) | — | (248) | 34,872 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | 2,843 | — | — | — | 197 | — | — | 3,040 |
| Nghi Son 2 Power LLC | — | — | — | — | — | — | — | — |
| Kelar S.A. | 72,824 | — | — | — | 3,435 | (8,416) | 2,619 | 70,462 |
| PT. Tanjung Power Indonesia | 7,081 | 26,146 | — | — | 5,601 | (4,489) | (12) | 34,327 |
| Incheon New Power Co., Ltd.(*4) | 579 | — | — | — | (232) | — | (347) | — |
| Seokmun Energy Co., Ltd. | 16,751 | — | — | — | 591 | — | — | 17,342 |
| Daehan Wind Power PSC | 1,632 | — | — | — | 66 | 59 | — | 1,757 |
| Barakah One Company | 3,807 | — | — | — | (2,668) | (1,139) | — | — |
| Nawah Energy Company | 274 | — | — | — | — | 11 | — | 285 |
| Momentum | 582 | — | — | (411) | 380 | 2 | — | 553 |
| Daegu Green Power Co., Ltd.(*2) | 41,110 | — | — | — | 3,599 | — | (21,885) | 22,824 |
| Yeonggwang Wind Power Co., Ltd. | 15,304 | 2,100 | — | — | 223 | — | — | 17,627 |
| Chester Solar IV SpA | 1,851 | — | — | — | (1,746) | (55) | 622 | 672 |
| Chester Solar V SpA | 474 | — | — | — | (619) | (6) | 297 | 146 |

F-114

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(3)   Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2019 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Investees | | Beginning balance | Acquisition | Disposal | Dividends received | Share of income (loss) | Other comprehensive income (loss) | Others | Ending balance |
|  | | | | | In millions of won | | | | |
| Diego de Almagro Solar SpA | ₩ | 1,663 | — | — | — | (1,014) | (86) | 472 | 1,035 |
| South Jamaica Power Company Limited | | 16,124 | 4,290 | — | — | (7,131) | 580 | — | 13,863 |
| Daesan Green Energy Co., Ltd. | | 17,433 | — | — | — | (251) | — | — | 17,182 |
| RE Holiday Holdings LLC | | 51,094 | — | — | — | (6,525) | (2,500) | 1 | 42,070 |
| RE Pioneer Holdings LLC | | 38,898 | — | — | (939) | (5,507) | (1,296) | — | 31,156 |
| RE Barren Ridge 1 Holdings LLC | | 41,415 | — | — | (1,152) | 4,609 | (1,957) | 1 | 42,916 |
| RE Astoria 2 LandCo LLC | | 5,410 | — | — | (430) | 430 | 192 | — | 5,602 |
| RE Barren Ridge LandCo LLC | | 1,898 | — | — | (194) | 172 | 90 | — | 1,966 |
| Laurel SpA | | 921 | — | — | — | (665) | (82) | 421 | 595 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | | 3,940 | — | — | — | (28) | 112 | — | 4,024 |
| Chile Solar JV SpA | | 36,865 | — | — | — | 842 | (2,849) | 1 | 34,859 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | | 8,508 | — | — | — | (651) | (9) | (2) | 7,846 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | | 2,073 | 1,127 | — | — | (153) | (4) | — | 3,043 |
| Chester Solar I SpA | | 1,181 | — | — | — | (112) | (79) | 167 | 1,157 |
| Solar Philippines Calatagan Corporation | | 47,903 | — | — | (4,633) | 4,305 | 1,355 | — | 48,930 |
| Saemangeum Solar Power Co., Ltd. | | — | 10,000 | — | — | (1,676) | — | — | 8,324 |
| Chungsongmeon BongSan wind power Co., Ltd. | | — | 2,900 | — | — | (136) | — | — | 2,764 |
| Jaeun Resident Wind Power Plant Co., Ltd. | | — | 2,494 | — | — | (296) | — | — | 2,198 |
| DE Energia SpA | | — | 8,364 | — | — | 647 | (346) | — | 8,665 |
| Eumseong Natural Gas Power Co., Ltd. | | — | — | — | — | — | — | — | — |
| Dangjin Eco Power Co., Ltd. (newly) | | — | 9,180 | — | — | — | — | 16,481 | 25,661 |
| Haemodum Solar Co., Ltd. | | — | 2,940 | — | — | — | — | — | 2,940 |
| Yangyang Wind Power Co., Ltd. | | — | 10,800 | — | — | — | — | — | 10,800 |
| Horus Solar, S.A. De C.V. | | — | 3,403 | — | — | — | — | — | 3,403 |
| Recursos Solares PV De Mexico II, S.A. De C.V. | | — | 672 | — | — | — | — | — | 672 |
| Sunmex Renovables, S.A. De C.V. | | — | 222 | — | — | — | — | — | 222 |
| Stavro Holding II A.B. | | — | 5,524 | — | — | (4) | 122 | (17) | 5,625 |
| | | 1,813,525 | 90,162 | (5,359) | (79,601) | 129,402 | (22,189) | (262,911) | 1,663,029 |
| | ₩ | 5,878,345 | 107,821 | (5,359) | (215,613) | 166,820 | 17,010 | (34,193) | 5,914,831 |

(*1)   It was determined that there is objective evidence of impairment due to prolonged operating losses. As a result, the Company recognized an impairment loss of ₩96 million in impairment loss on investments in associates and joint ventures for the year ended December 31, 2019.

(*2)   It was determined that there is objective evidence of impairment due to prolonged operating losses. As a result, the Company recognized an impairment loss of ₩21,827 million in impairment loss on investments in associates and joint ventures for the year ended December 31, 2019.

(*3)   It was determined that there is objective evidence of impairment due to prolonged operating losses. As a result, the Company recognized an impairment loss of ₩248 million in impairment loss on investments in associates and joint ventures for the year ended December 31, 2019.

F-115

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(3)   Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

(*4)   It was determined that there is objective evidence of impairment due to prolonged operating losses. As a result, the Company recognized an impairment loss of ₩347 million in impairment loss on investments in associates and joint ventures for the year ended December 31, 2019.

| | | | | | | 2020 | | |
|---|---|---|---|---|---|---|---|---|
| Investees | Beginning balance | Acquisitions | Disposals | Dividends received | Share of profit (loss) | Other comprehensive income (loss) | Others | Ending balance |
| | | | | In millions of won | | | | |
| **\<Associates\>** | | | | | | | | |
| Korea Gas Corporation ₩ | 1,693,967 | — | — | (7,182) | (14,104) | (25,023) | (333) | 1,647,325 |
| Korea Electric Power Industrial Development Co., Ltd. | 25,393 | — | — | (2,146) | 3,806 | — | (1,423) | 25,630 |
| YTN Co., Ltd. | 39,747 | — | — | (90) | 1,086 | (6) | (188) | 40,549 |
| Cheongna Energy Co., Ltd. | 1,411 | 990 | — | — | 2,518 | — | (4,919) | — |
| Gangwon Wind Power Co., Ltd. | 12,327 | — | — | (1,988) | 1,104 | — | — | 11,443 |
| Hyundai Green Power Co., Ltd. | 124,253 | — | — | (8,889) | 17,410 | — | — | 132,774 |
| Korea Power Exchange | 258,899 | — | — | — | 1,860 | 1 | 8,362 | 269,122 |
| Dayone Energy Co., Ltd. | — | | | | | | | |
| (formerly, Hyundai Energy Co., Ltd.) | | | | | | | | |
| Ecollite Co., Ltd.(*1) | — | | | | | | | |
| Taebaek Wind Power Co., Ltd. | 7,039 | — | — | (175) | (472) | — | — | 6,392 |
| Taebaek Guinemi Wind Power Co., Ltd. | 2,553 | — | — | — | 534 | — | — | 3,087 |
| Pyeongchang Wind Power Co., Ltd. | 5,877 | — | — | (813) | (37) | — | — | 5,027 |
| Daeryun Power Co., Ltd. | 26,247 | — | — | — | 104 | — | 2 | 26,353 |
| Changjuk Wind Power Co., Ltd. | 8,520 | — | — | (750) | 97 | — | — | 7,867 |
| KNH Solar Co., Ltd. | 2,382 | — | — | — | 54 | — | — | 2,436 |
| SPC Power Corporation | 63,583 | — | — | (10,764) | 5,491 | 11,649 | (47) | 69,912 |
| Gemeng International Energy Co., Ltd. | 670,896 | — | — | (11,620) | 15,965 | 4,468 | (1) | 679,708 |
| PT. Cirebon Electric Power | 123,425 | — | — | (9,782) | 11,330 | 434 | (7,596) | 117,811 |
| KNOC Nigerian East Oil Co., Ltd. | — | — | — | — | (22) | 671 | (649) | — |
| KNOC Nigerian West Oil Co., Ltd. | — | — | — | — | (22) | 617 | (595) | — |
| PT Wampu Electric Power | 29,355 | — | — | (1,303) | 3,245 | (1,639) | (1,793) | 27,865 |
| PT. Bayan Resources TBK | 445,141 | — | — | (15,720) | 17,139 | (21,256) | (70) | 425,234 |
| S-Power Co., Ltd. | 115,784 | — | — | — | (5,429) | — | (63) | 110,292 |
| Pioneer Gas Power Limited | — | | | | | | | |
| Eurasia Energy Holdings | — | | | | | | | |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | 72,935 | — | — | — | (2,896) | (5,469) | — | 64,570 |
| Hadong Mineral Fiber Co., Ltd. | — | | | | | | | |
| Green Biomass Co., Ltd. | 215 | — | (108) | — | — | — | — | — |
| PT. Mutiara Jawa | 1,438 | — | — | — | 459 | (117) | — | 1,780 |
| Samcheok Eco Materials Co., Ltd. | — | | | | | | | |
| Noeul Green Energy Co., Ltd. | 6,610 | — | — | — | (2,413) | — | — | 4,197 |
| Naepo Green Energy Co., Ltd. | — | — | — | — | (9,789) | — | 9,789 | — |
| Goseong Green Power Co., Ltd. | 2,340 | — | — | — | (154) | — | — | 2,186 |
| Gangneung Eco Power Co., Ltd. | 2,430 | — | — | — | (62) | — | — | 2,368 |
| Shin Pyeongtaek Power Co., Ltd. | 66,956 | — | — | — | 11,877 | (3,604) | (5,638) | 69,591 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | 215 | — | — | — | (5) | — | — | 210 |
| Dongducheon Dream Power Co., Ltd. | 76,547 | — | — | — | 4,095 | — | (5) | 80,637 |
| Jinbhuvish Power Generation Pvt. Ltd. | — | | | | | | | |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(3)    Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Investees | Beginning balance | Acquisitions | Disposals | Dividends received | Share of profit (loss) | Other comprehensive income (loss) | Others | Ending balance |
|  | | | | In millions of won | | | | |
| Daejung Offshore Wind Power Co., Ltd. | ₩ 2,361 | — | — | — | (411) | — | 215 | 2,165 |
| GS Donghae Electric Power Co., Ltd. | 255,983 | — | — | (25,796) | 14,265 | — | (26) | 244,426 |
| Daegu Photovoltaic Co., Ltd. | 2,060 | — | — | (325) | 331 | — | — | 2,066 |
| Busan Green Energy Co., Ltd. | 10,637 | — | — | — | (1,862) | — | 3 | 8,778 |
| Gunsan Bio Energy Co., Ltd. | — | — | — | — | — | — | — | — |
| Korea Electric Vehicle Charging Service | 1,063 | — | — | — | (491) | — | 4 | 576 |
| Korea Nuclear Partners Co., Ltd. | — | 247 | — | — | (43) | (4) | — | 200 |
| Korea Electric Power Corporation Fund | 41,126 | — | — | — | (908) | 1,708 | — | 41,926 |
| Energy Infra Asset Management Co., Ltd. | 791 | — | — | — | 147 | — | — | 938 |
| Daegu clean Energy Co., Ltd. | 13 | — | — | — | (1) | — | — | 12 |
| Yaksu ESS Co., Ltd. | 516 | — | — | — | (62) | — | — | 454 |
| Nepal Water & Energy Development Company Private Limited | 31,145 | 14,697 | — | — | (1,699) | (1,466) | — | 42,677 |
| Gwangyang Green Energy Co., Ltd. | 948 | — | — | — | (22) | — | — | 926 |
| PND solar Co., Ltd. | 1,144 | — | — | — | 5 | — | — | 1,149 |
| Hyundai Eco Energy Co., Ltd. | 3,781 | — | — | — | 469 | — | — | 4,250 |
| YeongGwang Yaksu Wind Electric Co., Ltd. | 386 | — | — | — | (74) | — | — | 312 |
| <Associates> | | | | | | | | |
| Green Energy Electricity Generation Co., Ltd. | 163 | — | — | — | (138) | — | — | 25 |
| Korea Energy Solutions Co., Ltd. | 259 | — | — | — | (62) | — | — | 197 |
| ITR Co., Ltd. | 33 | — | — | — | 7 | — | — | 40 |
| Structure Test Network Co., Ltd. | 21 | — | — | — | 6 | — | — | 27 |
| Namjeongsusang Solar Power Operation Co., Ltd. | 812 | — | — | — | (709) | — | — | 103 |
| Indeck Niles Development, LLC | — | 45,562 | — | — | (13,344) | (9,846) | (1,745) | 20,627 |
| Indeck Niles Asset Management, LLC | 87 | — | — | (539) | 559 | — | (6) | 101 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | 7,126 | 294 | (99) | (291) | 296 | — | — | 7,326 |
| Suwon New Power Co., Ltd. | 798 | — | — | — | 256 | — | — | 1,054 |
| KPGE Inc. | 287 | — | — | — | — | — | — | 287 |
| Gwangbaek Solar Power Investment Co., Ltd. | 2,054 | 2,703 | — | — | (75) | — | — | 4,682 |
| Go deok Clean Energy Co., Ltd. | 1,830 | — | — | — | (843) | (27) | — | 960 |
| SureDataLab Co., Ltd. | — | 126 | — | — | (41) | — | — | 85 |
| SEP Co., Ltd. | — | 27 | — | — | (13) | — | — | 14 |
| Hankook Electric Power Information Co., Ltd. | — | 38 | — | — | 101 | — | — | 139 |
| Tronix Co., Ltd. | — | 75 | — | — | 44 | — | — | 119 |
| O2&B Global Co., Ltd. | — | 25 | — | — | (3) | — | — | 22 |
| Muan Sunshine Solar Power Plant Co., Ltd. | — | 79 | — | — | (475) | — | 1,492 | 1,096 |
| Bigeum Resident Photovoltaic Power Co., Ltd. | — | — | — | — | — | — | — | — |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.  Investments in Associates and Joint Ventures, Continued**

**(3)  Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

2020

| Investees | Beginning balance | Acquisitions | Disposals | Dividends received | Share of profit (loss) | Other comprehensive income (loss) | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| Jeju SolarOne Co., Ltd. | ₩ — | 161 | — | — | — | (2) | — | 159 |
| Energy Innovation Fund I | — | 4,000 | — | (2) | (159) | — | (3,839) | — |
| Goesan Solar Park Co., Ltd. | — | 1,276 | — | (2) | 408 | — | — | 1,684 |
| Saemangeum Heemang Photovoltaic Co., Ltd. | — | 11,022 | — | — | — | — | — | 11,022 |
| Bitgoel Eco Energy Co., Ltd. | — | 29 | — | — | — | — | — | 29 |
| Jeju Gimnyeong Wind Power Co., Ltd. | — | 714 | — | — | 864 | — | — | 1,578 |
| Seoroseoro Sunny Power Plant Co., Ltd. | — | 230 | — | — | — | — | — | 230 |
| Muan Solar Park Co., Ltd. | — | 4,180 | — | — | — | — | — | 4,180 |
| YuDang Solar Co., Ltd. | — | 360 | — | — | — | — | — | 360 |
| Anjwa Smart Farm & Solar City Co., Ltd. | — | 5,510 | — | — | — | — | — | 5,510 |
| Daewon Green Energy Co., Ltd. | — | 3,910 | — | — | — | — | — | 3,910 |
| | 4,251,802 | 96,255 | (207) | (98,175) | 59,092 | (48,911) | (9,069) | 4,250,787 |
| <Joint ventures> | | | | | | | | |
| KEPCO-Uhde Inc. | 134 | — | — | — | (34) | — | — | 100 |
| Shuweihat Asia Power Investment B.V. | 18,318 | — | — | (4,337) | 5,919 | (6,636) | — | 13,264 |
| Shuweihat Asia Operation & Maintenance Company | 1,408 | — | — | (922) | 1,074 | (503) | — | 1,057 |
| Waterbury Lake Uranium L.P. | 20,562 | — | — | — | 4 | (769) | — | 19,797 |
| ASM-BG Investicii AD | 19,376 | — | — | (4,206) | 2,575 | 455 | — | 18,200 |
| RES Technology AD | 16,248 | — | — | (1,981) | 1,051 | 612 | — | 15,930 |
| KV Holdings, Inc. | 2,441 | — | — | (617) | 580 | 1 | — | 2,405 |
| KEPCO SPC Power Corporation | 214,794 | — | — | (48,486) | 48,479 | (12,995) | (129) | 201,663 |
| Gansu Datang Yumen Wind Power Co., Ltd. | 8,149 | — | — | — | (1,718) | 99 | — | 6,530 |
| Datang Chifeng Renewable Power Co., Ltd. | 185,307 | — | — | (13,453) | 15,317 | 1,307 | — | 188,478 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | 41,024 | — | — | — | 1,231 | 275 | — | 42,530 |
| <Joint ventures> | | | | | | | | |
| Rabigh Electricity Company | 109,096 | — | — | (14,956) | 25,474 | (22,458) | 1 | 97,157 |
| Rabigh Operation & Maintenance Company Limited | 6,879 | — | — | (5,340) | 2,788 | (514) | — | 3,813 |
| Jamaica Public Service Company Limited | 253,607 | — | — | (4,352) | 24,669 | (10,891) | 3,188 | 266,221 |
| KW Nuclear Components Co., Ltd. | 9,052 | — | — | (833) | 2,952 | — | — | 11,171 |
| Busan Shinho Solar Power Co., Ltd. | 5,045 | — | — | (330) | 663 | — | — | 5,378 |
| Global Trade Of Power System Co., Ltd. | 571 | — | — | — | (25) | — | — | 546 |
| Expressway Solar-light Power Generation Co., Ltd. | 2,883 | — | — | — | 13 | — | — | 2,896 |
| Amman Asia Electric Power Company | 192,164 | — | — | (28,281) | 20,165 | (22,795) | — | 161,253 |
| KAPES, Inc. | 10,832 | — | — | — | (10,806) | — | (26) | — |
| Honam Wind Power Co., Ltd. | 4,375 | — | — | (435) | (53) | — | — | 3,887 |
| Jeongam Wind Power Co., Ltd. | 4,437 | — | — | — | 183 | — | — | 4,620 |

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(3)    Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | | | | | | | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Investees** | **Beginning balance** | **Acquisitions** | **Disposals** | **Dividends received** | **Share of profit (loss)** | **Other comprehensive income (loss)** | **Others** | **Ending balance** |
| | | | | In millions of won | | | | |
| Korea Power Engineering Service Co., Ltd. | ₩ 4,902 | — | — | — | 446 | — | 14 | 5,362 |
| Chun-cheon Energy Co., Ltd. | 34,872 | — | — | — | (7,354) | — | — | 27,518 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | 3,040 | — | — | — | 84 | — | — | 3,124 |
| Nghi Son 2 Power LLC | — | — | — | — | — | — | — | — |
| Kelar S.A. | 70,462 | — | — | — | 14,864 | (9,186) | (4,691) | 71,449 |
| PT. Tanjung Power Indonesia | 34,327 | — | — | — | 7,522 | (9,220) | 434 | 33,063 |
| Incheon New Power Co., Ltd. | — | — | — | — | — | — | — | — |
| Seokmun Energy Co., Ltd. | 17,342 | — | — | — | (2,528) | — | — | 14,814 |
| Daehan Wind Power PSC | 1,757 | 4,302 | — | — | (626) | (5,433) | — | — |
| Barakah One Company | — | — | — | — | — | — | — | — |
| Nawah Energy Company | 285 | — | — | — | 2 | (17) | — | 270 |
| Momentum | 553 | — | — | (404) | 399 | 17 | — | 565 |
| Daegu Green Power Co., Ltd. | 22,824 | — | — | — | 128 | — | 93 | 23,045 |
| Yeonggwang Wind Power Co., Ltd. | 17,627 | — | — | — | (371) | — | — | 17,256 |
| Chester Solar IV SpA | 672 | — | — | — | 389 | 80 | (77) | 1,064 |
| Chester Solar V SpA | 146 | — | — | — | 135 | 17 | (21) | 277 |
| Diego de Almagro Solar SpA | 1,035 | — | — | — | 455 | 107 | (107) | 1,490 |
| South Jamaica Power Company Limited | 13,863 | — | — | — | 20,468 | (2,432) | (2) | 31,897 |
| Daesan Green Energy Co., Ltd. | 17,182 | — | — | — | 5,371 | — | (1) | 22,552 |
| RE Holiday Holdings LLC | 42,070 | — | — | — | 33,072 | (6,333) | — | 68,809 |
| RE Pioneer Holdings LLC | 31,156 | — | — | (1,246) | 24,466 | (4,737) | — | 49,639 |
| RE Barren Ridge 1 Holdings LLC | 42,916 | — | — | (872) | (35,735) | (1,843) | — | 4,466 |
| RE Astoria 2 LandCo LLC | 5,602 | — | — | (249) | 210 | (333) | — | 5,230 |
| RE Barren Ridge LandCo LLC | 1,966 | — | — | (95) | 95 | (119) | — | 1,847 |
| Laurel SpA | 595 | — | — | — | 498 | 80 | (81) | 1,092 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | 4,024 | — | — | — | (24) | 129 | — | 4,129 |
| Chile Solar JV SpA | 34,859 | — | — | — | 187 | (163) | — | 34,883 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | 7,846 | 4,070 | — | — | 1,468 | (22) | — | 13,362 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | 3,043 | — | — | — | 409 | — | 1 | 3,453 |
| Chester Solar I SpA | 1,157 | — | — | — | 472 | 107 | (115) | 1,621 |
| Solar Philippines Calatagan Corporation | 48,930 | — | — | (6,439) | 6,745 | (219) | — | 49,017 |
| Saemangeum Solar Power Co., Ltd. | 8,324 | 16,399 | — | — | (431) | — | — | 24,292 |
| Chungsongmeon BongSan wind power Co., Ltd. | 2,764 | — | — | — | (232) | 1,592 | — | 4,124 |
| Jaeun Resident Wind Power Plant Co., Ltd. | 2,198 | — | — | — | (3) | — | — | 2,195 |
| DE Energia SpA | 8,665 | — | — | — | 506 | 572 | (1,556) | 8,187 |
| Dangjin Eco Power Co., Ltd. | 25,661 | — | — | — | 96 | (237) | 3 | 25,523 |
| Haemodum Solar Co., Ltd. | 2,940 | — | — | — | 140 | (15) | — | 3,065 |
| Yangyang Wind Power Co., Ltd. | 10,800 | — | — | — | (286) | (29) | — | 10,485 |
| Horus Solar, S.A. De C.V. | 3,403 | 1,665 | — | — | (1,985) | 311 | — | 3,394 |
| Recursos Solares PV De Mexico II, S.A. De C.V. | 672 | 3,006 | — | — | 36 | (54) | — | 3,660 |
| Sunmex Renovables, S.A. De C.V. | 222 | 85 | — | — | (46) | (21) | — | 240 |
| Stavro Holding II A.B. | 5,625 | 3,305 | — | — | (156) | 346 | 157 | 9,277 |

F-119

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.    Investments in Associates and Joint Ventures, Continued**

**(3)    Changes in investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | | | | | | | 2020 |
|---|---|---|---|---|---|---|---|---|
| Investees | Beginning balance | Acquisitions | Disposals | Dividends received | Share of profit (loss) | Other comprehensive income (loss) | Others | Ending balance |
|  | | | | In millions of won | | | | |
| <Joint ventures> | | | | | | | | |
| Solaseado Solar Power Co., Ltd. | ₩ — | 7,020 | — | — | 2,895 | — | — | 9,915 |
| Yeongam Solar Power Co., Ltd. | — | 6,460 | — | — | (418) | — | — | 6,042 |
| Samsu Wind Power Co., Ltd. | — | 2,637 | — | — | (30) | — | — | 2,607 |
| Pulau Indah Power Plant Sdn. Bhd. | — | 11,569 | — | — | (144) | (221) | — | 11,204 |
| Sam-Yang Photovoltaic Power Co., Ltd. | — | 5,245 | — | — | 290 | — | — | 5,535 |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | — | 20,952 | — | (1,388) | 2,678 | — | — | 22,242 |
| Shin-han BNPP Private Investment Trust for East-West Sunlight Dream | — | 15,699 | — | — | 430 | — | — | 16,129 |
| PT Barito Wahana Tenaga | — | 59,395 | — | — | 4,923 | (1,289) | — | 63,029 |
| Cheongna Energy Co., Ltd. | — | — | — | — | 21 | — | 4,919 | 4,940 |
| Naepo Green Energy Co., Ltd. | — | — | — | — | — | — | — | — |
| Dayone Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | — | — | — | — | — | — | — | — |
| OneEnergy Asia Limited | — | 56,654 | — | — | — | — | — | 56,654 |
| KAS Investment I LLC | — | 23,437 | — | — | — | — | — | 23,437 |
| KAS Investment II LLC | — | 23,343 | — | — | — | — | — | 23,343 |
| Energyco LLC | — | 1,659 | — | — | — | — | — | 1,659 |
| CAES, LLC | — | 19,414 | — | (297) | — | — | (1,491) | 17,626 |
| Hapcheon Floating Photovoltaic Power Plant Inc. | — | 1,890 | — | — | — | — | — | 1,890 |
| Busan Industrial Solar Power Co., Ltd. | — | 510 | — | — | — | — | — | 510 |
| Bitsolar Energy Co., Ltd. | — | 352 | — | — | — | — | — | 352 |
|  | 1,663,029 | 289,068 | — | (139,519) | 220,032 | (113,377) | 513 | 1,919,746 |
|  | 5,914,831 | 385,323 | (207) | (237,694) | 279,124 | (162,288) | (8,556) | 6,170,533 |

(*1)    The Company recognized an impairment loss for the carrying amount of Ecollite Co., Ltd. during the prior period due to the suspension of operating activities. Ecollite Co., Ltd. has been removed from associates since it is under the process of liquidation as of December 31, 2020.

F-120

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.   **Investments in Associates and Joint Ventures, Continued**

(4)   **Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
| | | | In millions of won | | |
| **<Associates>** | | | | | |
| Korea Gas Corporation(*1) | ₩ | 39,311,855 | 31,165,334 | 24,982,640 | 38,764 |
| Korea Electric Power Industrial Development Co., Ltd. | | 186,434 | 98,872 | 306,026 | 17,467 |
| YTN Co., Ltd. | | 281,699 | 96,211 | 127,782 | (1,230) |
| Cheongna Energy Co., Ltd. | | 383,034 | 383,288 | 68,626 | (2,567) |
| Gangwon Wind Power Co., Ltd. | | 83,528 | 1,674 | 24,116 | 9,380 |
| Hyundai Green Power Co., Ltd. | | 1,086,738 | 658,279 | 507,653 | 26,222 |
| Korea Power Exchange | | 315,683 | 54,926 | 107,034 | 8,268 |
| Hyundai Energy Co., Ltd. | | 465,238 | 549,940 | 91,842 | (27,882) |
| Ecollite Co., Ltd. | | 1,838 | 304 | — | (97) |
| Taebaek Wind Power Co., Ltd. | | 36,182 | 8,027 | 6,177 | 5,494 |
| Taebaek Guinemi Wind Power Co., Ltd. | | 35,061 | 24,847 | 349 | (61) |
| Pyeongchang Wind Power Co., Ltd. | | 79,756 | 56,248 | 10,713 | 2,010 |
| Daeryun Power Co., Ltd. | | 802,546 | 512,757 | 163,129 | 1,836 |
| Changjuk Wind Power Co., Ltd. | | 29,875 | 1,476 | 6,076 | 1,447 |
| KNH Solar Co., Ltd. | | 20,465 | 11,641 | 3,377 | 278 |
| SPC Power Corporation | | 250,544 | 22,459 | 63,218 | 39,876 |
| Gemeng International Energy Co., Ltd. | | 6,758,957 | 4,785,740 | 2,024,730 | 95,435 |
| PT. Cirebon Electric Power | | 852,457 | 403,639 | 277,370 | 39,581 |
| KNOC Nigerian East Oil Co., Ltd. | | 58,402 | 134,361 | — | (182) |
| KNOC Nigerian West Oil Co., Ltd. | | 54,275 | 124,086 | — | (180) |
| PT Wampu Electric Power | | 222,266 | 158,451 | 18,165 | (2,315) |
| PT. Bayan Resources TBK | | 1,302,637 | 622,576 | 1,707,387 | 252,855 |
| S-Power Co., Ltd. | | 805,622 | 566,025 | 576,554 | 2,319 |
| Pioneer Gas Power Limited | | 309,059 | 367,399 | — | (54,501) |
| Eurasia Energy Holdings | | 592 | 1,056 | — | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | | 1,194,125 | 898,023 | 6,731 | (40,437) |
| Hadong Mineral Fiber Co., Ltd. | | 203 | 231 | — | — |
| Green Biomass Co., Ltd. | | 3,866 | 2,487 | 17 | (925) |
| PT. Mutiara Jawa | | 26,109 | 21,150 | 11,196 | 3,396 |
| Samcheok Eco Materials Co., Ltd. | | 26,625 | 3,209 | 10,876 | 1,946 |
| Noeul Green Energy Co., Ltd. | | 137,370 | 114,578 | 36,435 | (4,810) |
| Naepo Green Energy Co., Ltd. | | 77,070 | 99,345 | 6,572 | (31,577) |
| Goseong Green Power Co., Ltd. | | 3,399,058 | 3,177,210 | — | (10,276) |
| Gangneung Eco Power Co., Ltd. | | 1,362,692 | 1,204,202 | — | (3,830) |
| Shin Pyeongtaek Power Co., Ltd. | | 981,387 | 807,107 | 119,162 | 11,847 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | | 2,483 | 1,722 | 454 | 47 |
| Dongducheon Dream Power Co., Ltd. | | 1,474,224 | 1,206,478 | 689,414 | 2,849 |
| Jinbhuvish Power Generation Pvt. Ltd. | | 64,111 | 13,240 | — | — |

F-121

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(4)   Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | | 2019 | | |
|---|---|---|---|---|---|
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
|  | | | In millions of won | | |
| Daejung Offshore Wind Power Co., Ltd. | ₩ | 6,181 | 1,450 | — | (617) |
| GS Donghae Electric Power Co., Ltd. | | 2,301,774 | 1,548,883 | 688,055 | 75,842 |
| Daegu Photovoltaic Co., Ltd. | | 15,486 | 8,385 | 3,639 | 1,442 |
| Busan Green Energy Co., Ltd. | | 173,537 | 136,857 | 52,256 | (6,496) |
| Gunsan Bio Energy Co., Ltd. | | 10,614 | 28,062 | — | (5,777) |
| Korea Electric Vehicle Charging Service | | 12,810 | 9,013 | 8,428 | (1,841) |
| Korea Nuclear Partners Co., Ltd. | | 928 | 375 | 1,441 | (50) |
| Korea Electric Power Corporation Fund | | 42,162 | 239 | 127 | (5,430) |
| Energy Infra Asset Management Co., Ltd. | | 8,712 | 721 | 5,118 | 1,415 |
| Daegu clean Energy Co., Ltd. | | 371 | 323 | — | (14) |
| Yaksu ESS Co., Ltd. | | 7,325 | 5,551 | 1,191 | 363 |
| Nepal Water & Energy Development Company Private Limited | | 78,309 | 26,783 | — | (1,380) |
| Gwangyang Green Energy Co., Ltd. | | 28,816 | 24,164 | — | (1,007) |
| PND solar Co., Ltd. | | 40,941 | 37,526 | 6,908 | 1,665 |
| Hyundai Eco Energy Co., Ltd. | | 209,395 | 190,622 | 13,343 | 1,306 |
| YeongGwang Yaksu Wind Electric Co., Ltd | | 46,488 | 45,594 | 6,511 | (1,510) |
| Green Energy Electricity Generation Co., Ltd. | | 33,937 | 36,060 | — | (5,923) |
| Korea Energy Solutions Co., Ltd. | | 1,285 | 18 | 134 | (233) |
| ITR Co., Ltd. | | 376 | 214 | 167 | (88) |
| Structure Test Network Co., Ltd. | | 89 | 249 | 76 | (72) |
| Namjeongsusang Solar Power Operation Co., Ltd. | | 34,595 | 29,310 | — | (1,149) |
| Indeck Niles Development, LLC | | 49,465 | 174 | — | (25,430) |
| Indeck Niles Asset Management, LLC | | 271 | 9 | 1,513 | 753 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | | 14,559 | 15 | 59 | 44 |
| Suwon New Power Co., Ltd. | | 2,000 | — | — | — |
| KPGE Inc. | | 984 | — | — | (6) |
| Gwangbaek Solar Power Investment Co., Ltd. | | 193,464 | 183,063 | 7,635 | (355) |
| Godeok Clean Energy Co., Ltd. | | 3,000 | — | — | — |
| **<Joint ventures>** | | | | | |
| KEPCO-Uhde Inc. | | 270 | 7 | — | (107) |
| Shuweihat Asia Power Investment B.V. | | 37,389 | 5 | — | (159) |
| Shuweihat Asia Operation & Maintenance Company | | 2,605 | 45 | 2,570 | 1,892 |
| Waterbury Lake Uranium L.P. | | 61,548 | 4 | — | — |
| ASM-BG Investicii AD | | 78,191 | 39,439 | 13,200 | 4,894 |
| RES Technology AD | | 66,821 | 34,325 | 8,384 | 1,914 |
| KV Holdings, Inc. | | 6,101 | — | 25 | 1,876 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.   **Investments in Associates and Joint Ventures, Continued**

(4)   **Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
| | | | In millions of won | | |
| KEPCO SPC Power Corporation | ₩ | 308,274 | 22,643 | 187,867 | 64,152 |
| Gansu Datang Yumen Wind Power Co., Ltd. | | 77,313 | 56,941 | 6,106 | (5,175) |
| Datang Chifeng Renewable Power Co., Ltd. | | 765,598 | 302,329 | 122,398 | 40,371 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | | 189,157 | 86,596 | 23,910 | 2,188 |
| Rabigh Electricity Company | | 2,538,719 | 2,100,347 | 208,514 | 1,567 |
| Rabigh Operation & Maintenance Company Limited | | 36,121 | 18,923 | 23,777 | 7,203 |
| Jamaica Public Service Company Limited | | 1,543,049 | 940,609 | 1,035,399 | 32,828 |
| KW Nuclear Components Co., Ltd. | | 31,326 | 10,820 | 11,305 | 3,837 |
| Busan Shinho Solar Power Co., Ltd. | | 42,318 | 22,137 | 7,843 | 2,856 |
| Global Trade Of Power System Co., Ltd. | | 2,993 | 1,025 | 3,323 | 134 |
| Expressway Solar-light Power Generation Co., Ltd. | | 17,653 | 7,712 | 2,991 | 709 |
| Amman Asia Electric Power Company | | 821,997 | 501,723 | 23,866 | 34,424 |
| KAPES, Inc. | | 124,396 | 103,158 | 93,831 | 3,465 |
| Honam Wind Power Co., Ltd. | | 39,680 | 24,703 | 5,365 | 354 |
| Jeongam Wind Power Co., Ltd. | | 94,134 | 83,041 | 11,644 | 2,005 |
| Korea Power Engineering Service Co., Ltd. | | 19,052 | 2,150 | 12,284 | 1,749 |
| Chun-cheon Energy Co., Ltd. | | 607,823 | 490,375 | 313,438 | (24,490) |
| Yeonggwangbaeksu Wind Power Co., Ltd. | | 99,552 | 79,322 | 11,739 | 1,342 |
| Nghi Son 2 Power LLC | | 1,589,928 | 1,795,578 | 1,008,326 | 71,803 |
| Kelar S.A. | | 634,633 | 530,335 | 86,702 | 8,867 |
| PT. Tanjung Power Indonesia | | 654,365 | 556,287 | 109,825 | 16,489 |
| Incheon New Power Co., Ltd. | | 4,749 | 3,553 | 1,951 | (800) |
| Seokmun Energy Co., Ltd. | | 242,332 | 182,533 | 44,733 | 2,606 |
| Daehan Wind Power PSC | | 89,904 | 86,390 | — | (767) |
| Barakah One Company | | 24,330,632 | 24,546,421 | — | (112,114) |
| Nawah Energy Company | | 120,987 | 119,405 | — | 3 |
| Momentum | | 8,904 | 7,245 | 21,171 | 1,099 |
| Daegu Green Power Co., Ltd. | | 579,593 | 500,092 | 301,339 | 4,899 |
| Yeonggwang Wind Power Co., Ltd. | | 262,610 | 225,361 | 24,256 | (2,032) |
| Chester Solar IV SpA | | 13,443 | 12,079 | 1,590 | (1,057) |
| Chester Solar V SpA | | 4,677 | 4,625 | 519 | (402) |
| Diego de Almagro Solar SpA | | 18,984 | 16,901 | 1,954 | (1,104) |
| South Jamaica Power Company Limited | | 364,347 | 295,029 | 7,224 | (35,650) |
| Daesan Green Energy Co., Ltd. | | 232,170 | 183,079 | — | (717) |
| RE Holiday Holdings LLC | | 331,862 | 247,722 | 18,744 | (345) |
| RE Pioneer Holdings LLC | | 246,571 | 184,258 | 12,207 | (1,912) |
| RE Barren Ridge 1 Holdings LLC | | 209,850 | 124,017 | 10,384 | 7,630 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(4)   Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2019 | | | |
|---|---|---|---|---|---|
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the year |
|  | | In millions of won | | | |
| RE Astoria 2 Land Co LLC | ₩ | 11,422 | 217 | 656 | 651 |
| RE Barren Ridge Land Co LLC | | 4,019 | 87 | 262 | 260 |
| Laurel SpA | | 12,979 | 12,076 | 961 | (1,130) |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | | 32,883 | 425 | — | (232) |
| Chile Solar JV SpA | | 69,903 | 186 | 591 | 1,686 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | | 70,270 | 49,500 | — | (1,602) |
| Cheong-Song Noraesan Wind Power Co., Ltd. | | 51,247 | 40,969 | — | (549) |
| Chester Solar I SpA | | 7,859 | 5,842 | — | (204) |
| Solar Philippines Calatagan Corporation | | 98,577 | 47,956 | 18,720 | 11,331 |
| Saemangeum Solar Power Co., Ltd. | | 13,740 | 3,270 | — | (1,875) |
| Chungsongmeon BongSan wind power Co., Ltd. | | 27,659 | 24,272 | — | (1,365) |
| Jaeun Resident Wind Power Plant Co., Ltd. | | 31,402 | 23,823 | — | (844) |
| DE Energia SpA | | 64,959 | 50,971 | 1,254 | (2,645) |
| Dangjin Eco Power Co., Ltd. (newly) | | 99,907 | 25,436 | 107 | (737) |
| Haemodum Solar Co., Ltd. | | 7,237 | 1,237 | — | — |
| Yangyang Wind Power Co., Ltd. | | 10,764 | — | — | (11) |
| Horus Solar, S.A. De C.V. | | 10,566 | 8,503 | — | (7) |
| Recursos Solares PV De Mexico II, S.A. De C.V. | | 3,848 | 2,885 | — | 22 |
| Sunmex Renovables, S.A. De C.V. | | 3,170 | 2,171 | — | 13 |
| Stavro Holding II A.B. | | 28,141 | 13 | — | (18) |

(*1)   The profit recognized for the years ended December 31, 2019 is reduced by the associate entity's net income attributable to non-controlling interests.

|  | | 2020 | | | |
|---|---|---|---|---|---|
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the period |
|  | | In millions of won | | | |
| **<Associates>** | | | | | |
| Korea Gas Corporation(*1) | ₩ | 35,909,775 | 28,174,619 | 20,833,722 | (172,060) |
| Korea Electric Power Industrial Development Co., Ltd. | | 164,015 | 75,636 | 297,962 | 16,284 |
| YTN Co., Ltd. | | 295,151 | 105,923 | 126,730 | 7,095 |
| Gangwon Wind Power Co., Ltd. | | 77,297 | 1,336 | 23,350 | 7,472 |
| Hyundai Green Power Co., Ltd. | | 874,574 | 416,732 | 390,442 | 55,591 |
| Korea Power Exchange | | 337,577 | 68,455 | 104,698 | 979 |
| Taebaek Wind Power Co., Ltd. | | 28,048 | 2,480 | 4,364 | (561) |
| Taebaek Guinemi Wind Power Co., Ltd. | | 44,434 | 32,085 | 5,023 | 1,368 |
| Pyeongchang Wind Power Co., Ltd. | | 72,713 | 52,606 | 8,387 | (154) |
| Daeryun Power Co., Ltd. | | 789,277 | 498,346 | 126,343 | 1,941 |
| Changjuk Wind Power Co., Ltd. | | 27,515 | 1,292 | 4,777 | 656 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.    Investments in Associates and Joint Ventures, Continued

(4)    Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:

|  | | 2020 | | | |
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the period |
| | | | In millions of won | | |
| KNH Solar Co., Ltd. | ₩ | 18,240 | 9,219 | 3,564 | 728 |
| SPC Power Corporation | | 255,462 | 17,705 | 47,091 | 39,677 |
| Gemeng International Energy Co., Ltd. | | 7,427,157 | 5,428,013 | 1,955,707 | 64,077 |
| PT. Cirebon Electric Power | | 730,020 | 301,615 | 246,014 | 40,676 |
| KNOC Nigerian East Oil Co., Ltd. | | 22,215 | 93,736 | — | (142) |
| KNOC Nigerian West Oil Co., Ltd. | | 23,999 | 89,739 | — | (142) |
| PT Wampu Electric Power | | 199,841 | 139,264 | 20,265 | 7,372 |
| PT. Bayan Resources TBK | | 1,544,875 | 795,131 | 1,646,390 | 219,406 |
| S-Power Co., Ltd. | | 782,561 | 554,393 | 421,519 | (10,805) |
| Pioneer Gas Power Limited | | 260,344 | 359,790 | — | (44,568) |
| Eurasia Energy Holdings | | 556 | 993 | — | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | | 1,138,994 | 876,336 | 140,069 | (11,318) |
| Hadong Mineral Fiber Co., Ltd. | | 203 | 231 | — | — |
| PT. Mutiara Jawa | | 23,061 | 16,923 | 7,946 | 2,523 |
| Samcheok Eco Materials Co., Ltd. | | 24,024 | 598 | 10,483 | 23 |
| Noeul Green Energy Co., Ltd. | | 116,929 | 102,457 | 27,486 | (8,303) |
| Goseong Green Power Co., Ltd. | | 4,559,480 | 4,351,119 | — | (12,280) |
| Gangneung Eco Power Co., Ltd. | | 2,630,752 | 2,475,848 | — | (3,623) |
| Shin Pyeongtaek Power Co., Ltd. | | 1,020,650 | 814,369 | 520,468 | 32,002 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | | 2,001 | 1,258 | 387 | (11) |
| Dongducheon Dream Power Co., Ltd. | | 1,374,640 | 1,095,926 | 524,890 | 10,982 |
| Jinbhuvish Power Generation Pvt. Ltd. | | 58,699 | 12,122 | — | — |
| Daejung Offshore Wind Power Co., Ltd. | | 6,281 | 1,634 | — | (810) |
| GS Donghae Electric Power Co., Ltd. | | 2,174,835 | 1,455,935 | 685,579 | 41,955 |
| Daegu Photovoltaic Co., Ltd. | | 13,843 | 6,718 | 3,343 | 1,149 |
| Busan Green Energy Co., Ltd. | | 170,261 | 139,995 | 40,241 | (6,422) |
| Gunsan Bio Energy Co., Ltd. | | 9,340 | 28,322 | — | (1,501) |
| Korea Electric Vehicle Charging Service | | 8,173 | 6,116 | 10,807 | (1,756) |
| Korea Nuclear Partners Co., Ltd. | | 1,350 | 105 | 1,062 | (150) |
| Korea Electric Power Corporation Fund | | 42,988 | 249 | 82 | (730) |
| Energy Infra Asset Management Co., Ltd. | | 10,424 | 946 | 5,130 | 1,488 |
| Daegu clean Energy Co., Ltd. | | 368 | 324 | — | (1) |
| Yaksu ESS Co., Ltd. | | 6,584 | 5,022 | 217 | (212) |
| Nepal Water & Energy Development Company Private Limited | | 109,321 | 41,093 | — | (444) |
| Gwangyang Green Energy Co., Ltd. | | 28,634 | 24,095 | — | (113) |
| PND solar Co., Ltd. | | 38,997 | 35,566 | 5,129 | (121) |
| Hyundai Eco Energy Co., Ltd. | | 195,040 | 173,800 | 24,166 | 4,280 |
| YeongGwang Yaksu Wind Electric Co., Ltd. | | 43,039 | 42,915 | 5,802 | (637) |
| Green Energy Electricity Generation Co., Ltd. | | 53,934 | 56,533 | — | (920) |

F-125

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.   **Investments in Associates and Joint Ventures, Continued**

(4)   **Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the period |
|---|---|---|---|---|---|
| | | | In millions of won | | |
| Korea Energy Solutions Co., Ltd. | ₩ | 1,009 | 25 | 78 | (280) |
| ITR Co., Ltd. | | 418 | 220 | 153 | (66) |
| Structure test network Co., Ltd. | | 101 | 234 | 99 | 27 |
| Namjeongsusang Solar Power Operation Co., Ltd. | | 63,041 | 62,488 | 1,128 | (4,655) |
| Indeck Niles Development, LLC | | 772,124 | 738,826 | — | (29,392) |
| Indeck Niles Asset Management, LLC | | 314 | 11 | 2,272 | 1,139 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | | 15,157 | 206 | 634 | 603 |
| Suwon New Power Co., Ltd. | | 1,974 | 8 | — | — |
| KPGE Inc. | | 1,021 | 32 | 354 | 5 |
| Gwangbaek Solar Power Investment Co., Ltd. | | 339,223 | 329,298 | 13,192 | (329) |
| Go deok Clean Energy Co., Ltd. | | 1,639 | 65 | — | (1,382) |
| SureDataLab Co., Ltd. | | 400 | 47 | 303 | (108) |
| SEP Co., Ltd. | | 164 | 100 | — | (63) |
| Hankook Electric Power Information Co., Ltd. | | 1,163 | 613 | 1,208 | 390 |
| Tronix Co., Ltd. | | 942 | 349 | 2,030 | (6) |
| O2&B Global Co., Ltd. | | 233 | 125 | 285 | (57) |
| Muan Sunshine Solar Power Plant Co., Ltd. | | 147,908 | 144,898 | 6,017 | (2,365) |
| Bigeum Resident Photovoltaic Power Co., Ltd. | | 11,164 | 11,551 | — | (309) |
| Jeju SolarOne Co., Ltd. | | 1,608 | 14 | — | (4) |
| Goesan Solar Park Co., Ltd. | | 56,332 | 50,524 | 2,809 | (262) |
| Saemangeum Heemang Photovoltaic Co., Ltd. | | 35,447 | 6,070 | — | (1,943) |
| Bitgoel Eco Energy Co., Ltd. | | 100 | — | — | — |
| Jeju Gimnyeong Wind Power Co., Ltd. | | 72,557 | 67,297 | 8,927 | (1,576) |
| Seoroseoro Sunny Power Plant Co., Ltd. | | 1,182 | — | — | — |
| Muan Solar Park Co., Ltd. | | 245,431 | 225,057 | 14,359 | (966) |
| YuDang Solar Co., Ltd. | | 23,360 | 20,876 | 1,611 | 686 |
| Anjwa Smart Farm & Solar City Co., Ltd. | | 295,570 | 271,396 | 1,900 | (1,684) |
| Daewon Green Energy Co., Ltd. | | 15,370 | 122 | — | (93) |
| **<Joint ventures>** | | | | | |
| KEPCO-Uhde Inc. | | 208 | 11 | — | (66) |
| Shuweihat Asia Power Investment B.V. | | 27,073 | 4 | — | 12,080 |
| Shuweihat Asia Operation & Maintenance Company | | 1,960 | 38 | 2,689 | 1,953 |
| Waterbury Lake Uranium L.P. | | 59,885 | 77 | — | — |
| ASM-BG Investicii AD | | 80,261 | 43,861 | 13,355 | 5,150 |
| RES Technology AD | | 67,232 | 35,372 | 8,381 | 2,102 |
| KV Holdings, Inc. | | 6,013 | — | 27 | 1,449 |
| KEPCO SPC Power Corporation | | 289,271 | 21,102 | 184,481 | 66,311 |

F-126

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.  Investments in Associates and Joint Ventures, Continued**

**(4)  Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2020 | | | |
| --- | --- | --- | --- | --- | --- |
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the period |
| | | | In millions of won | | |
| Gansu Datang Yumen Wind Power Co., Ltd. | ₩ | 69,668 | 53,343 | 7,157 | (4,295) |
| Datang Chifeng Renewable Power Co., Ltd. | | 747,990 | 276,796 | 119,955 | 39,439 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | | 182,342 | 76,018 | 26,378 | 2,914 |
| Rabigh Electricity Company | | 2,294,880 | 1,898,701 | 293,722 | 94,927 |
| Rabigh Operation & Maintenance Company Limited | | 28,666 | 19,133 | 26,268 | 7,318 |
| Jamaica Public Service Company Limited | | 1,664,412 | 1,027,418 | 1,042,422 | 35,916 |
| KW Nuclear Components Co., Ltd. | | 44,571 | 19,354 | 19,762 | 7,262 |
| Busan Shinho Solar Power Co., Ltd. | | 39,266 | 17,754 | 7,296 | 2,652 |
| Global Trade Of Power System Co., Ltd. | | 2,319 | 435 | 4,105 | (96) |
| Expressway Solar-light Power Generation Co., Ltd. | | 14,801 | 4,816 | 2,298 | 144 |
| Amman Asia Electric Power Company | | 725,101 | 456,346 | 20,586 | 33,608 |
| KAPES, Inc. | | 127,418 | 95,322 | 167,201 | 10,908 |
| Honam Wind Power Co., Ltd. | | 36,237 | 22,945 | 4,433 | (220) |
| Jeongam Wind Power Co., Ltd. | | 89,829 | 78,279 | 9,757 | 412 |
| Korea Power Engineering Service Co., Ltd. | | 24,162 | 5,674 | 9,435 | 1,538 |
| Chun-cheon Energy Co., Ltd. | | 605,493 | 512,642 | 222,066 | (24,597) |
| Yeonggwangbaeksu Wind Power Co., Ltd. | | 90,758 | 69,967 | 11,232 | 572 |
| Nghi Son 2 Power LLC | | 2,207,764 | 2,474,324 | 819,706 | 108,832 |
| Kelar S.A. | | 598,901 | 492,838 | 93,375 | 16,863 |
| PT. Tanjung Power Indonesia | | 645,152 | 550,687 | 90,255 | 20,487 |
| Incheon New Power Co., Ltd. | | 3,439 | 2,914 | 1,519 | (670) |
| Seokmun Energy Co., Ltd. | | 227,539 | 176,457 | 33,677 | (8,734) |
| Daehan Wind Power PSC | | 98,544 | 106,254 | — | (765) |
| Barakah One Company | | 24,693,571 | 24,924,087 | — | (4,520) |
| Nawah Energy Company | | 139,286 | 137,788 | — | 12 |
| MOMENTUM | | 10,772 | 9,076 | 31,161 | 1,122 |
| Daegu Green Power Co., Ltd. | | 549,034 | 469,126 | 221,382 | 290 |
| Yeonggwang Wind Power Co., Ltd. | | 249,999 | 213,556 | 26,535 | 1,690 |
| Chester Solar IV SpA | | 14,232 | 11,990 | 1,688 | 485 |
| Chester Solar V SpA | | 4,674 | 4,313 | 588 | 150 |
| Diego de Almagro Solar SpA | | 17,916 | 14,808 | 1,824 | 535 |
| South Jamaica Power Company Limited | | 405,804 | 246,310 | 209,596 | 12,208 |
| Daesan Green Energy Co., Ltd. | | 275,911 | 211,476 | 62,286 | 15,346 |
| RE Holiday Holdings LLC | | 320,908 | 183,290 | 19,659 | 13,247 |
| RE Pioneer Holdings LLC | | 236,565 | 137,287 | 12,410 | 8,821 |
| RE Barren Ridge 1 Holdings LLC | | 194,643 | 87,171 | 10,679 | (722) |
| RE Astoria 2 LandCo LLC | | 10,733 | 274 | 664 | 541 |
| RE Barren Ridge LandCo LLC | | 3,776 | 82 | 266 | 223 |
| Laurel SpA | | 13,529 | 11,496 | 1,704 | 702 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(4)   Summary of financial information of associates and joint ventures as of and for the years ended December 31, 2019 and 2020 are as follows, continued:**

|  | | 2020 | | | |
| Investees | | Total assets | Total liabilities | Sales | Profit (loss) for the period |
| --- | --- | --- | --- | --- | --- |
| | | | In millions of won | | |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | ₩ | 33,930 | 618 | — | (191) |
| Chile Solar JV SpA | | 74,776 | 5,011 | 4,390 | 1,476 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | | 142,731 | 114,487 | 10,587 | 2,411 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | | 55,460 | 43,771 | 7,411 | 2,039 |
| Chester Solar I SpA | | 12,795 | 9,713 | 1,111 | 824 |
| Solar Philippines Calatagan Corporation | | 97,947 | 47,098 | 23,182 | 15,249 |
| Saemangeum Solar Power Co., Ltd. | | 34,363 | 4,180 | — | (532) |
| Chungsongmeon BongSan wind power Co., Ltd. | | 64,341 | 56,264 | — | (1,206) |
| Jaeun Resident Wind Power Plant Co., Ltd. | | 63,940 | 56,371 | — | (645) |
| DE Energia SpA | | 48,327 | 54,934 | 3,789 | (21,087) |
| Dangjin Eco Power Co., Ltd. | | 97,834 | 23,769 | 3,953 | 565 |
| Haemodum Solar Co., Ltd. | | 19,041 | 12,786 | 1,188 | 286 |
| Yangyang Wind Power Co., Ltd. | | 20,917 | 33 | — | (572) |
| Horus Solar, S.A. De C.V. | | 181,432 | 182,674 | — | (13,285) |
| Recursos Solares PV De Mexico II, S.A. De C.V. | | 81,257 | 71,295 | — | 243 |
| Sunmex Renovables, S.A. De C.V. | | 7,781 | 6,204 | — | (309) |
| Stavro Holding II A.B. | | 46,394 | 9 | — | (782) |
| Solaseado Solar Power Co., Ltd. | | 349,855 | 327,865 | 43,782 | 7,443 |
| Yeongam Solar Power Co., Ltd. | | 312,960 | 285,231 | 17,347 | (3,324) |
| Samsu Wind Power Co., Ltd. | | 59,597 | 45,877 | — | 243 |
| Pulau Indah Power Plant Sdn. Bhd. | | 31,538 | 9,293 | — | (894) |
| Sam-Yang Photovoltaic Power Co., Ltd. | | 55,345 | 44,049 | 2,769 | 592 |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | | 73,573 | 39 | 1,770 | 8,989 |
| Shin-han BNPP Private Investment Trust for East-West Sunlight Dream | | 17,932 | 11 | 6 | 478 |
| PT Barito Wahana Tenaga | | 205,894 | — | — | 28,631 |
| Cheongna Energy Co., Ltd. | | 341,478 | 335,736 | 78,387 | 5,995 |
| Naepo Green Energy Co., Ltd. | | 152,003 | 159,805 | 7,056 | (28,043) |
| DAYONE ENERGY Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | | 441,875 | 496,355 | 93,832 | 30,269 |
| OneEnergy Asia Limited | | 78,005 | 150 | — | (578) |
| KAS INVESTMENT I LLC | | 78,410 | — | — | — |
| KAS INVESTMENT II LLC | | 78,096 | — | — | — |
| Energyco LLC | | 3,425 | 563 | — | (2,856) |
| CAES, LLC | | 40,840 | — | — | (1,656) |
| Hapcheon Floating Photovoltaic Power Plant Inc. | | 9,708 | — | — | — |
| Busan Industrial Solar Power Co., Ltd. | | 15,283 | 14,499 | 19 | (485) |
| Bitsolar Energy Co., Ltd. | | 144,758 | 149,561 | — | (6,116) |

(*1) The loss for the year ended December 31, 2020 is reduced by the associate entity's net income (loss) attributable to non-controlling interests.

[Table of Contents](#)

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(5)   Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows:**

| | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|
| Investees | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
| | | | | In millions of won | | | |
| **\<Associates\>** | | | | | | | |
| Korea Gas Corporation | ₩ 8,146,521 | 21.57% | 1,757,205 | — | — | (63,238) | 1,693,967 |
| Korea Electric Power Industrial Development Co., Ltd. | 87,562 | 29.00% | 25,393 | — | — | — | 25,393 |
| YTN Co., Ltd. | 185,488 | 21.43% | 39,747 | — | — | — | 39,747 |
| Cheongna Energy Co., Ltd. | (254) | 43.90% | (112) | 2,584 | (1,061) | — | 1,411 |
| Gangwon Wind Power Co., Ltd. | 81,854 | 15.00% | 12,278 | 49 | — | — | 12,327 |
| Hyundai Green Power Co., Ltd. | 428,459 | 29.00% | 124,253 | — | — | — | 124,253 |
| Korea Power Exchange | 260,757 | 100.00% | 260,757 | — | — | (1,858) | 258,899 |
| Hyundai Energy Co., Ltd. | (84,702) | 46.30% | (39,217) | — | (954) | 40,171 | — |
| Ecollite Co., Ltd. | 1,534 | 36.10% | 554 | — | — | (554) | — |
| Taebaek Wind Power Co., Ltd. | 28,155 | 25.00% | 7,039 | — | — | — | 7,039 |
| Taebaek Guinemi Wind Power Co., Ltd. | 10,214 | 25.00% | 2,553 | — | — | — | 2,553 |
| Pyeongchang Wind Power Co., Ltd. | 23,508 | 25.00% | 5,877 | — | — | — | 5,877 |
| Daeryun Power Co., Ltd. | 289,789 | 9.34% | 27,066 | — | — | (819) | 26,247 |
| Changjuk Wind Power Co., Ltd. | 28,399 | 30.00% | 8,520 | — | — | — | 8,520 |
| KNH Solar Co., Ltd. | 8,824 | 27.00% | 2,382 | — | — | — | 2,382 |
| SPC Power Corporation | 228,085 | 38.00% | 86,672 | — | — | (23,089) | 63,583 |
| Gemeng International Energy Co., Ltd. | 1,973,217 | 34.00% | 670,896 | — | — | — | 670,896 |
| PT. Cirebon Electric Power | 448,818 | 27.50% | 123,425 | — | — | — | 123,425 |
| KNOC Nigerian East Oil Co., Ltd. | (75,959) | 14.63% | (11,113) | — | — | 11,113 | — |
| KNOC Nigerian West Oil Co., Ltd. | (69,811) | 14.63% | (10,213) | — | — | 10,213 | — |
| PT Wampu Electric Power | 63,815 | 46.00% | 29,355 | — | — | — | 29,355 |
| PT. Bayan Resources TBK | 680,061 | 20.00% | 136,012 | 385,508 | — | (76,379) | 445,141 |
| S-Power Co., Ltd. | 239,597 | 49.00% | 117,403 | — | (1,619) | — | 115,784 |
| Pioneer Gas Power Limited | (58,340) | 38.50% | (22,459) | 22,278 | — | 181 | — |
| Eurasia Energy Holdings | (464) | 40.00% | (186) | — | — | 186 | — |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | 296,102 | 25.00% | 74,026 | 305 | (1,106) | (290) | 72,935 |
| Hadong Mineral Fiber Co., Ltd. | (28) | 8.33% | (2) | — | — | 2 | — |
| Green Biomass Co., Ltd. | 1,379 | 7.85% | 108 | — | — | — | 108 |
| PT. Mutiara Jawa | 4,959 | 29.00% | 1,438 | — | — | — | 1,438 |
| Samcheok Eco Materials Co., Ltd. | 23,416 | 25.54% | 5,980 | — | — | (5,980) | — |
| Noeul Green Energy Co., Ltd. | 22,792 | 29.00% | 6,610 | — | — | — | 6,610 |
| Naepo Green Energy Co., Ltd. | (22,275) | 41.67% | (9,281) | 2 | — | 9,279 | — |
| Goseong Green Power Co., Ltd. | 221,848 | 1.12% | 2,474 | — | (134) | — | 2,340 |
| Gangneung Eco Power Co., Ltd. | 158,490 | 1.61% | 2,553 | — | (123) | — | 2,430 |
| Shin Pyeongtaek Power Co., Ltd. | 174,280 | 40.00% | 69,712 | 12,800 | (15,556) | — | 66,956 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | 761 | 28.00% | 213 | — | — | 2 | 215 |
| Dongducheon Dream Power Co., Ltd. | 267,746 | 34.01% | 91,060 | 1,757 | (3,688) | (12,582) | 76,547 |
| Jinbhuvish Power Generation Pvt. Ltd. | 50,871 | 5.16% | 2,625 | — | — | (2,625) | — |
| Daejung Offshore Wind Power Co., Ltd. | 4,731 | 49.90% | 2,361 | — | — | — | 2,361 |
| GS Donghae Electric Power Co., Ltd. | 752,891 | 34.00% | 255,983 | — | — | — | 255,983 |
| Daegu Photovoltaic Co., Ltd. | 7,101 | 29.00% | 2,060 | — | — | — | 2,060 |
| Busan Green Energy Co., Ltd. | 36,680 | 29.00% | 10,637 | — | — | — | 10,637 |
| Gunsan Bio Energy Co., Ltd. | (17,448) | 18.87% | (3,292) | — | — | 3,292 | — |
| Korea Electric Vehicle Charging Service | 3,797 | 28.00% | 1,063 | — | — | — | 1,063 |

F-129

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(5)   Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

**2019**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| Korea Nuclear Partners Co., Ltd. | ₩ | 553 | 29.00% | 160 | — | — | (160) | — |
| Korea Electric Power Corporation Fund | | 41,923 | 98.09% | 41,122 | — | — | 4 | 41,126 |
| Energy Infra Asset Management Co., Ltd. | | 7,991 | 9.90% | 791 | — | — | — | 791 |
| Daegu clean Energy Co., Ltd. | | 48 | 28.00% | 13 | — | — | — | 13 |
| Yaksu ESS Co., Ltd. | | 1,774 | 29.00% | 514 | 2 | — | — | 516 |
| Nepal Water & Energy Development Company Private Limited | | 51,526 | 58.59% | 30,173 | 972 | — | — | 31,145 |
| Gwangyang Green Energy Co., Ltd. | | 4,652 | 20.00% | 930 | 18 | — | — | 948 |
| PND solar Co., Ltd. | | 3,415 | 29.00% | 990 | 154 | — | — | 1,144 |
| Hyundai Eco Energy Co., Ltd. | | 18,773 | 19.00% | 3,567 | 214 | — | — | 3,781 |
| YeongGwang Yaksu Wind Electric Co., Ltd | | 894 | 9.63% | 86 | 300 | — | — | 386 |
| Green Energy Electricity Generation Co., Ltd. | | (2,123) | 29.00% | (616) | 779 | — | — | 163 |
| Korea Energy Solutions Co., Ltd. | | 1,267 | 20.00% | 253 | 6 | — | — | 259 |
| ITR Co., Ltd. | | 162 | 20.00% | 32 | 1 | — | — | 33 |
| Structure test network Co., Ltd. | | (160) | 20.00% | (32) | 53 | — | — | 21 |
| Namjeongsusang Solar Power Operation Co., Ltd. | | 5,285 | 15.00% | 793 | 19 | — | — | 812 |
| Indeck Niles Development, LLC | | 49,291 | 50.00% | 24,646 | — | — | (24,646) | — |
| Indeck Niles Asset Management, LLC | | 262 | 33.33% | 87 | — | — | — | 87 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | | 14,544 | 49.00% | 7,126 | — | — | — | 7,126 |
| Suwon New Power Co., Ltd. | | 2,000 | 33.11% | 662 | — | — | 136 | 798 |
| KPGE Inc. | | 984 | 29.00% | 285 | — | — | 2 | 287 |
| Gwangbaek Solar Power Investment Co., Ltd. | | 10,401 | 19.00% | 1,976 | 78 | — | — | 2,054 |
| Go deok Clean Energy Co., Ltd. | | 3,000 | 61.00% | 1,830 | — | — | — | 1,830 |
| **<Joint ventures>** | | | | | | | | |
| KEPCO-Uhde Inc. | | 263 | 50.80% | 134 | — | — | — | 134 |
| Shuweihat Asia Power Investment B.V. | | 37,384 | 49.00% | 18,318 | — | — | — | 18,318 |
| Shuweihat Asia Operation & Maintenance Company | | 2,560 | 55.00% | 1,408 | — | — | — | 1,408 |
| Waterbury Lake Uranium L.P. | | 61,544 | 33.41% | 20,562 | — | — | — | 20,562 |
| ASM-BG Investicii AD | | 38,752 | 50.00% | 19,376 | — | — | — | 19,376 |
| RES Technology AD | | 32,496 | 50.00% | 16,248 | — | — | — | 16,248 |
| KV Holdings, Inc. | | 6,101 | 40.00% | 2,441 | — | — | — | 2,441 |
| KEPCO SPC Power Corporation | | 285,631 | 75.20% | 214,794 | — | — | — | 214,794 |
| Gansu Datang Yumen Wind Power Co., Ltd. | | 20,372 | 40.00% | 8,149 | — | — | — | 8,149 |
| Datang Chifeng Renewable Power Co., Ltd. | | 463,269 | 40.00% | 185,307 | — | — | — | 185,307 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | | 102,561 | 40.00% | 41,024 | — | — | — | 41,024 |
| Rabigh Electricity Company | | 438,372 | 40.00% | 175,349 | — | (65,450) | (803) | 109,096 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.   **Investments in Associates and Joint Ventures, Continued**

(5)   **Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

**2019**

| Investees | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|
| | | | In millions of won | | | | |
| Rabigh Operation & Maintenance Company Limited ₩ | 17,198 | 40.00% | 6,879 | — | — | — | 6,879 |
| Jamaica Public Service Company Limited | 602,440 | 40.00% | 240,976 | (80,161) | — | 92,792 | 253,607 |
| KW Nuclear Components Co., Ltd. | 20,506 | 45.00% | 9,228 | — | — | (176) | 9,052 |
| Busan Shinho Solar Power Co., Ltd. | 20,181 | 25.00% | 5,045 | — | — | — | 5,045 |
| Global Trade Of Power System Co., Ltd. | 1,968 | 29.00% | 571 | — | — | — | 571 |
| Expressway Solar-light Power Generation Co., Ltd. | 9,941 | 29.00% | 2,883 | — | — | — | 2,883 |
| Amman Asia Electric Power Company | 320,274 | 60.00% | 192,164 | — | — | — | 192,164 |
| KAPES, Inc. | 21,238 | 51.00% | 10,832 | — | — | — | 10,832 |
| Honam Wind Power Co., Ltd. | 14,977 | 29.00% | 4,343 | 32 | — | — | 4,375 |
| Jeongam Wind Power Co., Ltd. | 11,093 | 40.00% | 4,437 | — | — | — | 4,437 |
| Korea Power Engineering Service Co., Ltd. | 16,902 | 29.00% | 4,902 | — | — | — | 4,902 |
| Chun-cheon Energy Co., Ltd. | 117,448 | 29.90% | 35,117 | — | — | (245) | 34,872 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | 20,230 | 15.00% | 3,035 | 5 | — | — | 3,040 |
| Nghi Son 2 Power LLC | (205,650) | 50.00% | (102,825) | — | — | 102,825 | — |
| Kelar S.A. | 104,298 | 65.00% | 67,794 | 2,668 | — | — | 70,462 |
| PT. Tanjung Power Indonesia | 98,078 | 35.00% | 34,327 | — | — | — | 34,327 |
| Incheon New Power Co., Ltd. | 1,196 | 29.00% | 347 | — | — | (347) | — |
| Seokmun Energy Co., Ltd. | 59,799 | 29.00% | 17,342 | — | — | — | 17,342 |
| Daehan Wind Power PSC | 3,514 | 50.00% | 1,757 | — | — | — | 1,757 |
| Barakah One Company | (215,789) | 18.00% | (38,842) | — | (77,254) | 116,096 | — |
| Nawah Energy Company | 1,582 | 18.00% | 285 | — | — | — | 285 |
| MOMENTUM | 1,659 | 33.33% | 553 | — | — | — | 553 |
| Daegu Green Power Co., Ltd. | 79,501 | 54.24% | 43,124 | 84 | — | (20,384) | 22,824 |
| Yeonggwang Wind Power Co., Ltd. | 37,249 | 46.00% | 17,135 | 492 | — | — | 17,627 |
| Chester Solar IV SpA | 1,364 | 45.00% | 614 | 58 | — | — | 672 |
| Chester Solar V SpA | 52 | 45.00% | 23 | 123 | — | — | 146 |
| Diego de Almagro Solar SpA | 2,083 | 45.00% | 937 | 98 | — | — | 1,035 |
| South Jamaica Power Company Limited | 69,318 | 20.00% | 13,863 | — | — | — | 13,863 |
| Daesan Green Energy Co., Ltd. | 49,091 | 35.00% | 17,182 | — | — | — | 17,182 |
| RE Holiday Holdings LLC | 84,140 | 50.00% | 42,070 | — | — | — | 42,070 |
| RE Pioneer Holdings LLC | 62,313 | 50.00% | 31,156 | — | — | — | 31,156 |
| RE Barren Ridge 1 Holdings LLC | 85,833 | 50.00% | 42,916 | — | — | — | 42,916 |
| RE Astoria 2 LandCo LLC | 11,205 | 50.00% | 5,602 | — | — | — | 5,602 |
| RE Barren Ridge LandCo LLC | 3,932 | 50.00% | 1,966 | — | — | — | 1,966 |
| Laurel SpA | 903 | 45.00% | 406 | 189 | — | — | 595 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | 32,458 | 12.37% | 4,015 | 9 | — | — | 4,024 |
| Chile Solar JV Ltd | 69,717 | 50.00% | 34,859 | — | — | — | 34,859 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | 20,770 | 37.78% | 7,846 | — | — | — | 7,846 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | 10,278 | 29.01% | 2,982 | 61 | — | — | 3,043 |
| Chester Solar I SpA | 2,017 | 45.00% | 908 | 249 | — | — | 1,157 |

F-131

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.   Investments in Associates and Joint Ventures, Continued**

**(5)   Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

**2019**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| Solar Philippines Calatagan Corporation | ₩ | 50,621 | 38.00% | 19,236 | 29,694 | — | — | 48,930 |
| Saemangeum Solar Power Co., Ltd. | | 10,470 | 81.00% | 8,481 | — | — | (157) | 8,324 |
| Chungsongmeon BongSan wind power Co., Ltd. | | 3,387 | 29.00% | 982 | 1,782 | — | — | 2,764 |
| Jaeun Resident Wind Power Plant Co., Ltd. | | 7,579 | 29.00% | 2,198 | — | — | — | 2,198 |
| DE Energia SpA | | 13,988 | 49.00% | 6,854 | — | — | 1,811 | 8,665 |
| Dangjin Eco Power Co., Ltd. (newly) | | 74,471 | 34.00% | 25,320 | 341 | — | — | 25,661 |
| Haemodum Solar Co., Ltd. | | 6,000 | 49.00% | 2,940 | — | — | — | 2,940 |
| Yangyang Wind Power Co., Ltd. | | 10,764 | 99.54% | 10,714 | 86 | — | — | 10,800 |
| Horus Solar, S.A. De C.V. | | 2,063 | 14.95% | 308 | 3,095 | — | — | 3,403 |
| Recursos Solares PV De Mexico II, S.A. De C.V. | | 963 | 14.95% | 144 | 528 | — | — | 672 |
| Sunmex Renovables, S.A. De C.V. | | 999 | 14.95% | 149 | 73 | — | — | 222 |
| Stavro Holding II A.B. | | 28,128 | 20.00% | 5,625 | — | — | — | 5,625 |

(*)   The percentage of ownership shown above is after considering the treasury stocks and others.

**2020**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| <Associates> | | | | | | | | |
| Korea Gas Corporation | ₩ | 7,735,156 | 22.02% | 1,703,281 | — | — | (55,956) | 1,647,325 |
| Korea Electric Power Industrial Development Co., Ltd. | | 88,379 | 29.00% | 25,630 | — | — | — | 25,630 |
| YTN Co., Ltd. | | 189,228 | 21.43% | 40,549 | — | — | — | 40,549 |
| Gangwon Wind Power Co., Ltd. | | 75,961 | 15.00% | 11,394 | 49 | — | — | 11,443 |
| Hyundai Green Power Co., Ltd. | | 457,842 | 29.00% | 132,774 | — | — | — | 132,774 |
| Korea Power Exchange | | 269,122 | 100.00% | 269,122 | — | — | — | 269,122 |
| Taebaek Wind Power Co., Ltd. | | 25,568 | 25.00% | 6,392 | — | — | — | 6,392 |
| Taebaek Guinemi Wind Power Co., Ltd. | | 12,349 | 25.00% | 3,087 | — | — | — | 3,087 |
| Pyeongchang Wind Power Co., Ltd. | | 20,107 | 25.00% | 5,027 | — | — | — | 5,027 |
| Daeryun Power Co., Ltd. | | 290,931 | 9.34% | 27,173 | — | — | (820) | 26,353 |
| Changjuk Wind Power Co., Ltd. | | 26,223 | 30.00% | 7,867 | — | — | — | 7,867 |
| KNH Solar Co., Ltd. | | 9,021 | 27.00% | 2,436 | — | — | — | 2,436 |
| SPC Power Corporation | | 237,757 | 38.00% | 90,348 | — | — | (20,436) | 69,912 |
| Gemeng International Energy Co., Ltd. | | 1,999,144 | 34.00% | 679,709 | — | — | (1) | 679,708 |
| PT. Cirebon Electric Power | | 428,405 | 27.50% | 117,811 | — | — | — | 117,811 |
| KNOC Nigerian East Oil Co., Ltd. | | (71,521) | 14.63% | (10,464) | — | — | 10,464 | — |
| KNOC Nigerian West Oil Co., Ltd. | | (65,740) | 14.63% | (9,618) | — | — | 9,618 | — |
| PT Wampu Electric Power | | 60,577 | 46.00% | 27,865 | — | — | — | 27,865 |
| PT. Bayan Resources TBK | | 749,744 | 20.00% | 149,949 | 351,662 | — | (76,377) | 425,234 |
| S-Power Co., Ltd. | | 228,168 | 49.00% | 111,802 | — | (1,510) | — | 110,292 |
| Pioneer Gas Power Limited | | (99,446) | 38.50% | (38,284) | 22,278 | — | 16,006 | — |
| Eurasia Energy Holdings | | (437) | 40.00% | (175) | — | — | 175 | — |

F-132

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.    Investments in Associates and Joint Ventures, Continued**

**(5)    Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

**2020**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| Xe-Pian Xe-Namnoy Power Co., Ltd. | ₩ | 262,658 | 25.00% | 65,665 | 305 | (1,110) | (290) | 64,570 |
| Hadong Mineral Fiber Co., Ltd. | | (28) | 8.33% | (2) | — | — | 2 | — |
| PT. Mutiara Jawa | | 6,138 | 29.00% | 1,780 | — | — | — | 1,780 |
| Samcheok Eco Materials Co., Ltd. | | 23,426 | 25.54% | 5,983 | — | — | (5,983) | — |
| Noeul Green Energy Co., Ltd. | | 14,472 | 29.00% | 4,197 | — | — | — | 4,197 |
| Goseong Green Power Co., Ltd. | | 208,361 | 1.12% | 2,324 | — | (138) | — | 2,186 |
| Gangneung Eco Power Co., Ltd. | | 154,904 | 1.61% | 2,496 | — | (128) | — | 2,368 |
| Shin Pyeongtaek Power Co., Ltd. | | 206,281 | 40.00% | 82,512 | 3,559 | (16,480) | — | 69,591 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | | 743 | 28.00% | 208 | — | — | 2 | 210 |
| Dongducheon Dream Power Co., Ltd. | | 278,714 | 34.01% | 94,791 | 1,757 | (3,329) | (12,582) | 80,637 |
| Jinbhuvish Power Generation Pvt. Ltd. | | 46,577 | 5.16% | 2,403 | — | — | (2,403) | — |
| Daejung Offshore Wind Power Co., Ltd. | | 4,647 | 46.59% | 2,165 | — | — | — | 2,165 |
| GS Donghae Electric Power Co., Ltd. | | 718,900 | 34.00% | 244,426 | — | — | — | 244,426 |
| Daegu Photovoltaic Co., Ltd. | | 7,125 | 29.00% | 2,066 | — | — | — | 2,066 |
| Busan Green Energy Co., Ltd. | | 30,266 | 29.00% | 8,777 | — | — | 1 | 8,778 |
| Gunsan Bio Energy Co., Ltd. | | (18,982) | 18.87% | (3,582) | — | — | 3,582 | — |
| Korea Electric Vehicle Charging Service | | 2,057 | 28.00% | 576 | — | — | — | 576 |
| Korea Nuclear Partners Co., Ltd. | | 1,245 | 28.98% | 361 | — | — | (161) | 200 |
| Korea Electric Power Corporation Fund | | 42,739 | 98.09% | 41,923 | — | — | 3 | 41,926 |
| Energy Infra Asset Management Co., Ltd. | | 9,478 | 9.90% | 938 | — | — | — | 938 |
| Daegu clean Energy Co., Ltd. | | 44 | 28.00% | 12 | — | — | — | 12 |
| Yaksu ESS Co., Ltd. | | 1,562 | 29.00% | 453 | 1 | — | — | 454 |
| Nepal Water & Energy Development Company Private Limited | | 68,228 | 58.59% | 39,975 | 971 | — | 1,731 | 42,677 |
| Gwangyang Green Energy Co., Ltd. | | 4,539 | 20.00% | 908 | 18 | — | — | 926 |
| PND solar Co., Ltd. | | 3,431 | 29.00% | 995 | 154 | — | — | 1,149 |
| Hyundai Eco Energy Co., Ltd. | | 21,240 | 19.00% | 4,036 | 214 | — | — | 4,250 |
| YeongGwang Yaksu Wind Electric Co., Ltd. | | 124 | 9.63% | 12 | 300 | — | — | 312 |
| Green Energy Electricity Generation Co., Ltd. | | (2,599) | 29.00% | (754) | 779 | — | — | 25 |
| Korea Energy Solutions Co., Ltd. | | 984 | 20.00% | 197 | — | — | — | 197 |
| ITR Co., Ltd. | | 198 | 20.00% | 40 | 1 | — | (1) | 40 |
| Structure test network Co., Ltd. | | (133) | 20.00% | (27) | 54 | — | — | 27 |
| Namjeongsusang Solar Power Operation Co., Ltd. | | 553 | 15.00% | 83 | 20 | — | — | 103 |
| Indeck Niles Development, LLC | | 33,298 | 24.08% | 8,017 | 12,610 | — | — | 20,627 |
| Indeck Niles Asset Management, LLC | | 303 | 33.33% | 101 | — | — | — | 101 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | | 14,951 | 49.00% | 7,326 | — | — | — | 7,326 |
| Suwon New Power Co., Ltd. | | 1,966 | 33.11% | 651 | — | 267 | 136 | 1,054 |
| KPGE Inc. | | 989 | 29.00% | 287 | — | — | — | 287 |
| Gwangbaek Solar Power Investment Co., Ltd. | | 9,925 | 44.00% | 4,367 | 315 | — | — | 4,682 |
| Go deok Clean Energy Co., Ltd. | | 1,574 | 61.00% | 960 | — | — | — | 960 |
| SureDataLab Co., Ltd. | | 353 | 23.95% | 85 | — | — | — | 85 |
| SEP Co., Ltd. | | 64 | 21.26% | 14 | — | — | — | 14 |
| Hankook Electric Power Information Co., Ltd. | | 550 | 25.25% | 139 | — | — | — | 139 |

F-133

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

17.   **Investments in Associates and Joint Ventures, Continued**

(5)   **Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | In millions of won | | | | |
| Tronix Co., Ltd. | ₩ | 593 | 20.00% | 119 | — | — | — | 119 |
| O2&B Global Co., Ltd. | | 108 | 20.00% | 22 | — | — | — | 22 |
| Muan Sunshine Solar Power Plant Co., Ltd. | | 3,010 | 20.00% | 602 | 494 | — | — | 1,096 |
| Bigeum Resident Photovoltaic Power Co., Ltd. | | (387) | 29.90% | (116) | — | — | 116 | — |
| Jeju SolarOne Co., Ltd. | | 1,594 | 10.00% | 159 | — | — | — | 159 |
| Goesan Solar Park Co., Ltd. | | 5,808 | 29.00% | 1,684 | — | — | — | 1,684 |
| Saemangeum Heemang Photovoltaic Co., Ltd. | | 29,377 | 35.00% | 10,282 | 740 | — | — | 11,022 |
| Bitgoel Eco Energy Co., Ltd. | | 100 | 29.00% | 29 | — | — | — | 29 |
| Jeju Gimnyeong Wind Power Co., Ltd. | | 5,260 | 30.00% | 1,578 | — | — | — | 1,578 |
| Seoroseoro Sunny Power Plant Co., Ltd. | | 1,182 | 19.46% | 230 | — | — | — | 230 |
| Muan Solar Park Co., Ltd. | | 20,374 | 19.00% | 3,871 | 309 | — | — | 4,180 |
| YuDang Solar Co., Ltd. | | 2,484 | 20.00% | 497 | — | — | (137) | 360 |
| Anjwa Smart Farm & Solar City Co., Ltd. | | 24,174 | 19.50% | 4,714 | 796 | — | — | 5,510 |
| Daewon Green Energy Co., Ltd. | | 15,248 | 25.36% | 3,866 | 44 | — | — | 3,910 |
| **<Joint ventures>** | | | | | | | | |
| KEPCO-Uhde Inc. | | 197 | 50.80% | 100 | — | — | — | 100 |
| Shuweihat Asia Power Investment B.V. | | 27,069 | 49.00% | 13,264 | — | — | — | 13,264 |
| Shuweihat Asia Operation & Maintenance Company | | 1,922 | 55.00% | 1,057 | — | — | — | 1,057 |
| Waterbury Lake Uranium L.P. | | 59,808 | 33.10% | 19,797 | — | — | — | 19,797 |
| ASM-BG Investicii AD | | 36,400 | 50.00% | 18,200 | — | — | — | 18,200 |
| RES Technology AD | | 31,860 | 50.00% | 15,930 | — | — | — | 15,930 |
| KV Holdings, Inc. | | 6,013 | 40.00% | 2,405 | — | — | — | 2,405 |
| KEPCO SPC Power Corporation | | 268,169 | 75.20% | 201,663 | — | — | — | 201,663 |
| Gansu Datang Yumen Wind Power Co., Ltd. | | 16,325 | 40.00% | 6,530 | — | — | — | 6,530 |
| Datang Chifeng Renewable Power Co., Ltd. | | 471,194 | 40.00% | 188,478 | — | — | — | 188,478 |
| Datang KEPCO Chaoyang Renewable Power Co., Ltd. | | 106,324 | 40.00% | 42,530 | — | — | — | 42,530 |
| Rabigh Electricity Company | | 396,179 | 40.00% | 158,472 | — | (60,511) | (804) | 97,157 |
| Rabigh Operation & Maintenance Company Limited | | 9,533 | 40.00% | 3,813 | — | — | — | 3,813 |
| Jamaica Public Service Company Limited | | 636,994 | 40.00% | 254,798 | 29,357 | — | (17,934) | 266,221 |
| KW Nuclear Components Co., Ltd. | | 25,217 | 45.00% | 11,348 | — | — | (177) | 11,171 |
| Busan Shinho Solar Power Co., Ltd. | | 21,512 | 25.00% | 5,378 | — | — | — | 5,378 |
| Global Trade Of Power System Co., Ltd. | | 1,884 | 29.00% | 546 | — | — | — | 546 |
| Expressway Solar-light Power Generation Co., Ltd. | | 9,985 | 29.00% | 2,896 | — | — | — | 2,896 |
| Amman Asia Electric Power Company | | 268,755 | 60.00% | 161,253 | — | — | — | 161,253 |
| KAPES, Inc. | | 32,096 | 51.00% | 16,369 | — | (19,567) | 3,198 | — |
| Honam Wind Power Co., Ltd. | | 13,292 | 29.00% | 3,855 | 32 | — | — | 3,887 |
| Jeongam Wind Power Co., Ltd. | | 11,550 | 40.00% | 4,620 | — | — | — | 4,620 |
| Korea Power Engineering Service Co., Ltd. | | 18,488 | 29.00% | 5,362 | — | — | — | 5,362 |
| Chun-cheon Energy Co., Ltd. | | 92,851 | 29.90% | 27,762 | 3 | — | (247) | 27,518 |
| Yeonggwangbeaksu Wind Power Co., Ltd. | | 20,791 | 15.00% | 3,119 | 5 | — | — | 3,124 |
| Nghi Son 2 Power LLC | | (266,560) | 50.00% | (133,280) | — | — | 133,280 | — |
| Kelar S.A. | | 106,063 | 65.00% | 68,941 | 2,508 | — | — | 71,449 |

[Table of Contents](#)

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.    Investments in Associates and Joint Ventures, Continued**

**(5)    Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:**

**2020**

| Investees | | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | | In millions of won | | | |
| PT. Tanjung Power Indonesia | ₩ | 94,465 | 35.00% | 33,063 | — | — | — | 33,063 |
| Incheon New Power Co., Ltd. | | 525 | 29.00% | 152 | — | — | (152) | — |
| Seokmun Energy Co., Ltd. | | 51,082 | 29.00% | 14,814 | — | — | — | 14,814 |
| Daehan Wind Power PSC | | (7,710) | 50.00% | (3,855) | — | — | 3,855 | — |
| Barakah One Company | | (230,516) | 18.00% | (41,493) | — | (27,845) | 69,338 | — |
| Nawah Energy Company | | 1,498 | 18.00% | 270 | — | — | — | 270 |
| MOMENTUM | | 1,696 | 33.33% | 565 | — | — | — | 565 |
| Daegu Green Power Co., Ltd. | | 79,908 | 54.24% | 43,342 | 84 | — | (20,381) | 23,045 |
| Yeonggwang Wind Power Co., Ltd. | | 36,443 | 46.00% | 16,764 | 492 | — | — | 17,256 |
| Chester Solar IV SpA | | 2,242 | 45.00% | 1,009 | 55 | — | — | 1,064 |
| Chester Solar V SpA | | 361 | 45.00% | 162 | 115 | — | — | 277 |
| Diego de Almagro Solar SpA | | 3,108 | 45.00% | 1,399 | 91 | — | — | 1,490 |
| South Jamaica Power Company Limited | | 159,494 | 20.00% | 31,899 | — | — | (2) | 31,897 |
| Daesan Green Energy Co., Ltd. | | 64,435 | 35.00% | 22,552 | — | — | — | 22,552 |
| RE Holiday Holdings LLC | | 137,618 | 50.00% | 68,809 | — | — | — | 68,809 |
| RE Pioneer Holdings LLC | | 99,278 | 50.00% | 49,639 | — | — | — | 49,639 |
| RE Barren Ridge 1 Holdings LLC | | 107,472 | 50.00% | 53,736 | — | — | (49,270) | 4,466 |
| RE Astoria 2 LandCo LLC | | 10,459 | 50.00% | 5,230 | — | — | — | 5,230 |
| RE Barren Ridge LandCo LLC | | 3,694 | 50.00% | 1,847 | — | — | — | 1,847 |
| Laurel SpA | | 2,033 | 45.00% | 915 | 177 | — | — | 1,092 |
| KIAMCO KOWEPO Bannerton Hold Co Pty Ltd | | 33,312 | 12.37% | 4,121 | 8 | — | — | 4,129 |
| Chile Solar JV SpA | | 69,765 | 50.00% | 34,883 | — | — | — | 34,883 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | | 28,244 | 47.31% | 13,362 | — | — | — | 13,362 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | | 11,689 | 29.01% | 3,391 | 61 | — | 1 | 3,453 |
| Chester Solar I SpA | | 3,082 | 45.00% | 1,387 | 234 | — | — | 1,621 |
| Solar Philippines Calatagan Corporation | | 50,849 | 38.00% | 19,323 | 29,694 | — | — | 49,017 |
| Saemangeum Solar Power Co., Ltd. | | 30,183 | 81.00% | 24,450 | (158) | — | — | 24,292 |
| Chungsongmeon BongSan wind power Co., Ltd. | | 8,077 | 29.00% | 2,342 | 1,782 | — | — | 4,124 |
| Jaeun Resident Wind Power Plant Co., Ltd. | | 7,569 | 29.00% | 2,195 | — | — | — | 2,195 |
| DE Energia SpA | | (6,607) | 49.00% | (3,237) | — | — | 11,424 | 8,187 |
| Dangjin Eco Power Co., Ltd. | | 74,065 | 34.00% | 25,182 | 341 | — | — | 25,523 |
| Haemodum Solar Co., Ltd. | | 6,255 | 49.00% | 3,065 | — | — | — | 3,065 |
| Yangyang Wind Power Co., Ltd. | | 20,884 | 50.00% | 10,442 | 43 | — | — | 10,485 |
| Horus Solar, S.A. De C.V. | | (1,242) | 14.95% | (186) | 3,580 | — | — | 3,394 |
| Recursos Solares PV De Mexico II, S.A. De C.V. | | 9,962 | 14.95% | 1,489 | 2,171 | — | — | 3,660 |
| Sunmex Renovables, S.A. De C.V. | | 1,577 | 14.95% | 236 | 4 | — | — | 240 |
| Stavro Holding II A.B. | | 46,385 | 20.00% | 9,277 | — | — | — | 9,277 |
| Solaseado Solar Power Co., Ltd. | | 21,990 | 38.90% | 8,554 | 1,361 | — | — | 9,915 |
| Yeongam Solar Power Co., Ltd. | | 27,729 | 19.00% | 5,269 | 773 | — | — | 6,042 |
| Samsu Wind Power Co., Ltd. | | 13,720 | 19.00% | 2,607 | — | — | — | 2,607 |
| Pulau Indah Power Plant Sdn. Bhd. | | 22,245 | 25.00% | 5,561 | 5,643 | — | — | 11,204 |
| Sam-Yang Photovoltaic Power Co., Ltd. | | 11,296 | 49.00% | 5,535 | — | — | — | 5,535 |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | | 73,534 | 29.53% | 21,715 | — | — | 527 | 22,242 |

F-135

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**17.    Investments in Associates and Joint Ventures, Continued**

(5)    Financial information of associates and joint ventures reconciled to the Company's investments in consolidated financial statements as of December 31, 2019 and 2020 are as follows, continued:

|  | | 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| Investees | Net assets | Percentage of ownership(*) | Share in net assets | Investment differential | Intercompany transaction | Others | Book value |
|  | | | In millions of won | | | | |
| Shin-han BNPP Private Investment Trust for East-West Sunlight Dream | ₩ 17,921 | 90.00% | 16,129 | — | — | — | 16,129 |
| PT Barito Wahana Tenaga | 205,894 | 30.61% | 63,029 | — | — | — | 63,029 |
| Cheongna Energy Co., Ltd. | 5,742 | 50.10% | 2,877 | 3,137 | (1,074) | — | 4,940 |
| Naepo Green Energy Co., Ltd. | (7,802) | 29.20% | (2,278) | — | — | 2,278 | — |
| DAYONE ENERGY Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | (54,480) | 46.30% | (25,224) | — | (923) | 26,147 | — |
| OneEnergy Asia Limited | 77,855 | 40.00% | 31,142 | 25,512 | — | — | 56,654 |
| KAS INVESTMENT I LLC | 78,410 | 29.89% | 23,437 | — | — | — | 23,437 |
| KAS INVESTMENT II LLC | 78,096 | 29.89% | 23,343 | — | — | — | 23,343 |
| Energyco LLC | 2,862 | 29.00% | 830 | 829 | — | — | 1,659 |
| CAES, LLC | 40,840 | 36.00% | 14,702 | 2,924 | — | — | 17,626 |
| Hapcheon Floating Photovoltaic Power Plant Inc. | 9,708 | 19.47% | 1,890 | — | — | — | 1,890 |
| Busan Industrial Solar Power Co., Ltd. | 784 | 28.02% | 220 | 290 | — | — | 510 |
| Bitsolar Energy Co., Ltd. | (4,803) | 27.10% | (1,302) | 1,654 | — | — | 352 |

(*)    The percentage of ownership shown above is after considering the treasury stocks and others.

(6)    As of December 31, 2019, and 2020, unrecognized equity interest in investments in associates and joint ventures whose book value has been reduced to zero due to accumulated losses are as follows:

|  | 2019 | | 2020 | |
|---|---|---|---|---|
|  | Unrecognized equity interest | Accumulated unrecognized equity interest | Unrecognized equity interest | Accumulated unrecognized equity interest |
|  | | In millions of won | | |
| Hadong Mineral Fiber Co., Ltd. | ₩ — | 2 | — | 2 |
| Eurasia Energy Holdings | 6 | 185 | (10) | 175 |
| Gunsan Bio Energy Co., Ltd. | 1,090 | 3,292 | 290 | 3,582 |
| Daehan Wind Power PSC | — | — | 3,855 | 3,855 |
| DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | 12,890 | 38,731 | (14,035) | 24,696 |
| Nghi Son 2 Power LLC | 61,165 | 102,824 | 30,456 | 133,280 |
| Samcheok Eco Materials Co., Ltd. | (497) | 788 | (3) | 785 |
| Naepo Green Energy Co., Ltd. | 9,281 | 9,281 | (7,003) | 2,278 |
| Barakah One Company | 116,096 | 116,096 | (46,758) | 69,338 |
| Pioneer Gas Power Limited | 114 | 114 | 15,824 | 15,938 |
| Incheon New Power Co., Ltd. | — | — | 194 | 194 |
| Bigeum Resident Photovoltaic Power Co., Ltd. | — | — | 116 | 116 |
| KAPES, Inc. | — | — | 3,198 | 3,198 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(7)   As of December 31, 2020, shareholders' agreements on investments in associates and joint ventures that may cause future economic resource or cash outflows are as follows:**

(i)   Gemeng International Energy Co., Ltd.

Gemeng International Energy Co., Ltd. issued put options on 8% of its shares to its financial investors, KEPCO Woori Sprott PEF (NPS Co-Pa PEF). If the investment fund is not collected until the maturity date (December 25, 2023, two years extension is possible), PEF can exercise the option at strike price which is the same as a principal investment price (including operating fees ratio of below 1% per annum), and also, the Company provided a performance guarantee on this agreement.

(ii)   Taebaek Wind Power Co., Ltd.

In the case where non-controlling shareholders decide to dispose of their shares in Taebaek Wind Power Co., Ltd. after the warrant period of defect repair for wind power generator has expired, the Company acquires those shares at fair value. The acquisition is to be made after the conditions of the acquisition are discussed among the parties involved, with consideration of various factors such as financial status and business situation.

(iii)   Pyeongchang Wind Power Co., Ltd.

In the case where non-controlling shareholders decide to dispose of their shares in Pyeongchang Wind Power Co., Ltd. after commercial operation of the power plant has started, the Company acquires those shares at fair value. The acquisition is to be made after the conditions of the acquisition are discussed among the parties involved, with the careful consideration of various factors such as financial status and business situation. The Company is under agreement of O&M with the entity. Pursuant to the agreement, the Company guarantees a certain level of utilization rate and it is obligated to pay the penalty in the event of suspension in power generating.

(iv)   Daeryun Power Co., Ltd.

The Company reserves the right to participate in the transfer of shares in Daeryun Power Co., Ltd. on the same terms as Daeryun E&S Co., Ltd., if Daeryun E&S Co., Ltd. wishes to transfer its shares in Daeryun Power Co., Ltd.

(v)   Jeongam Wind Power Co., Ltd.

In the case where non-controlling shareholders decide to dispose of their shares in Jeongam Wind Power Co., Ltd. after the construction of the power plant has been completed, the Company is obligated to acquire those shares at fair value.

(vi)   Daegu Green Power Co., Ltd.

The Company has a right to purchase all the shares of Daegu Green Power Co., Ltd. held by the financial investors at the yield-based transfer amount agreed with the shareholders. The Company can exercise its right 5, 10 and 13 years after the date of the investment.

The Company has a right to purchase all or part of the shares of Daegu Green Power Co., Ltd. held by Lotte Engineering & Construction Co. at the yield-based transfer amount agreed with the shareholders.

(vii)   Yeonggwang Wind Power Co., Ltd.

In case the Company intends to purchase all or part of the shares from Daehan Green Energy Co., Ltd., which is a non-controlling shareholder, Daehan Green Energy Co., Ltd. has an obligation to evaluate the shares at fair value and transfer them to the Company.

F-137

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(7)   As of December 31, 2020, shareholders' agreements on investments in associates and joint ventures that may cause future economic resource or cash outflows are as follows, continued:**

(viii)   Chester Solar I SpA

According to the shareholders' agreement, the Company has an obligation to purchase the shares at the agreed yield-based transfer price on the agreed date of exercise and when Sprott Chile Solar I SpA intends to sell its shares.

(ix)   Chester Solar IV SpA

According to the shareholders' agreement, the Company has an obligation to purchase the shares at the agreed yield-based transfer price on the agreed date of exercise and when Sprott Chile Solar I SpA intends to sell its shares.

(x)   Chester Solar V SpA

According to the shareholders' agreement, the Company has an obligation to purchase the shares at the agreed yield-based transfer price on the agreed date of exercise and when Sprott Chile Solar I SpA intends to sell its shares.

(xi)   Diego de Almagro Solar SpA

According to the shareholders' agreement, the Company has an obligation to purchase the shares at the agreed yield-based transfer price on the agreed date of exercise and when Sprott Chile Solar I SpA intends to sell its shares.

(xii)   Laurel SpA

According to the shareholders' agreement, the Company has an obligation to purchase the shares at the agreed yield-based transfer price on the agreed date of exercise and when Sprott Chile Solar I SpA intends to sell its shares.

(xiii)   Samcheok Eco Materials Co., Ltd.

For Samcheok Eco Materials Co., Ltd., ordinary shareholders have the right to buy the shares of preferred shareholders if preferred shareholders intend to sell their preferred stock until December 26, 2023, and ordinary shareholders shall guarantee the investment principle of preferred shareholders.

(xiv)   Hyundai Green Power Co., Ltd.

As of December 31, 2020, the Company has call option against the financial investors (Korea Development Bank and others) and also has an obligation to sell its shares in Hyundai Green Power Co., Ltd. when claimed by the financial investors at certain period of time in the future. Also, at certain period of time in the future, the Company has put option against Hyundai Steel Company and a third party designated by Hyundai Steel Company (collectively, "Hyundai Steel Group"), the operating investor of Hyundai Green Power Co., Ltd., according to the conditions of the agreement and also has an obligation to sell its shares upon request from Hyundai Steel Group.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

17.   **Investments in Associates and Joint Ventures, Continued**

(8)   **Significant restrictions on the Company's abilities on associates or joint ventures as of December 31, 2020 are as follows:**

| Company | Nature and extent of any significant restrictions |
| --- | --- |
| Daegu Green Power Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions is obtained. Shares cannot be wholly or partially transferred without prior written consent of financial institutions. |
| Pyeongchang Wind Power Co., Ltd. | Principals and interests on subordinated loans or dividends can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions is obtained. Shares cannot be wholly or partially transferred without prior consent of the stakeholders. |
| Daeryun Power Co., Ltd. | Principals and interests on subordinated loans or dividends can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions. Shares cannot be wholly or partially transferred without prior consent of the majority of major stakeholders. |
| KNH Solar Co., Ltd. | Principals and interests on subordinated loans or dividends to shareholders cannot be paid without written consent of financial institutions. Also, shares cannot be wholly or partially transferred without the consent of other shareholders. |
| Jeongam Wind Power Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied and reimbursement to the lender can be restricted depending on the priority of the loans. Also, Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Korea Power Engineering Service Co., Ltd. | Shares cannot be wholly or partially transferred without the consent of the board of directors. |
| Daehan Wind Power PSC | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Daejung Offshore Wind Power Co., Ltd. | Before the commencement of the operation, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Naepo Green Energy Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Solaseado Solar Power Co., Ltd. | Dividends can only be paid when all conditions of the shareholder's agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Samcheok Eco Materials Co., Ltd. | Dividends can only be paid when all conditions of the shareholder's agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |

F-139

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(8)   Significant restrictions on the Company's abilities on associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Company | Nature and extent of any significant restrictions |
|---|---|
| KPGE Inc. | Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Taebaek Guinemi Wind Power Co., Ltd. | Dividends can only be paid when all conditions of the shareholder's agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Indeck Niles Asset Management, LLC | Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Indeck Niles Development, LLC | Shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Chester Solar IV SpA | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Chester Solar V SpA | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Diego de Almagro Solar Spa | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Laurel SpA | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Chester Solar I SpA | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| Kelar S.A. | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, shares cannot be wholly or partially transferred without the consent of the stakeholders. |
| GS Donghae Electric Power Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions is obtained. |
| Busan Shinho Solar Power Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied. |
| Honam Wind Power Co., Ltd. | Dividends and settlement amount for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied. |
| Seokmun Energy Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions is obtained. Also, principals and interests on subordinated loans can only be paid when written consent of financial institutions is obtained. |

F-140

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**17.   Investments in Associates and Joint Ventures, Continued**

**(8)   Significant restrictions on the Company's abilities on associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Company | Nature and extent of any significant restrictions |
|---|---|
| Chun-cheon Energy Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied. Also, principals and interests on subordinated loans shall not be paid until the collateralized debt is fully repaid. |
| Yeonggwangbaeksu Wind Power Co., Ltd. | Dividends and settlement amount for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions is obtained. Also, principals and interests on subordinated loans can only be paid when written consent of financial institutions is obtained. |
| Yeonggwang Wind Power Co., Ltd. | Dividends and settlement amount for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions is obtained. |
| Jamaica Public Service Company Limited | Dividends can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions is obtained. |
| PT. Tanjung Power Indonesia | Dividends can only be paid when all conditions of the loan agreement are satisfied. |
| DE Energia SpA | Dividends can only be paid when all conditions of the loan agreement are satisfied. |
| Daesan Green Energy Co., Ltd. | Dividends and settlement amount for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied and prior written consent of financial institutions is obtained. |
| Taebaek Gadeoksan Wind Power Co., Ltd. | Dividends and settlement amount for renewable energy supply certificate can only be paid when all conditions of the loan agreement are satisfied or prior written consent of financial institutions is obtained. Also, principals and interests on subordinated loans can only be paid when written consent of financial institutions is obtained. |
| Bitsolar Energy Co., Ltd. | Dividends can only be paid when all conditions of the loan agreement are satisfied. |

F-141

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**18.   Property, Plant and Equipment**

**(1)   Property, plant and equipment as of December 31, 2019 and 2020 are as follows:**

| | 2019 | | | | |
|---|---|---|---|---|---|
| | Acquisition cost | Government grants | Accumulated depreciation In millions of won | Accumulated impairment losses | Book value |
| Land | ₩  13,848,063 | (21,817) | — | — | 13,826,246 |
| Buildings | 20,756,351 | (61,920) | (8,305,683) | (4,962) | 12,383,786 |
| Structures | 70,900,343 | (186,554) | (25,711,840) | (9,633) | 44,992,316 |
| Machinery | 89,224,339 | (158,907) | (38,865,392) | (451,647) | 49,748,393 |
| Ships | 3,104 | — | (2,903) | — | 201 |
| Vehicles | 309,829 | (2,275) | (239,128) | (116) | 68,310 |
| Equipment | 1,716,210 | (241) | (1,342,053) | (42) | 373,874 |
| Tools | 1,098,127 | (403) | (934,023) | (40) | 163,661 |
| Construction-in- progress | 28,584,806 | (61,211) | — | (165,336) | 28,358,259 |
| Right-of-use assets | 7,574,010 | — | (2,790,437) | — | 4,783,573 |
| Asset retirement costs | 11,690,188 | — | (4,169,238) | (146,423) | 7,374,527 |
| Others | 12,955,782 | — | (10,327,101) | — | 2,628,681 |
| | ₩  258,661,152 | (493,328) | (92,687,798) | (778,199) | 164,701,827 |

| | 2020 | | | | |
|---|---|---|---|---|---|
| | Acquisition cost | Government grants | Accumulated depreciation In millions of won | Accumulated impairment losses | Book value |
| Land | ₩  13,970,098 | (23,475) | — | (26,772) | 13,919,851 |
| Buildings | 21,773,824 | (57,231) | (9,150,218) | (7,074) | 12,559,301 |
| Structures | 74,136,523 | (180,009) | (27,864,461) | (13,207) | 46,078,846 |
| Machinery | 94,295,027 | (157,785) | (43,740,838) | (515,402) | 49,881,002 |
| Ships | 2,482 | — | (2,227) | — | 255 |
| Vehicles | 338,386 | (632) | (259,288) | (115) | 78,351 |
| Equipment | 1,895,528 | (227) | (1,487,643) | (42) | 407,616 |
| Tools | 1,195,721 | (239) | (1,003,295) | (39) | 192,148 |
| Construction-in-progress | 31,121,255 | (79,126) | — | (157,530) | 30,884,599 |
| Right-of-use assets | 7,905,214 | — | (3,363,048) | — | 4,542,166 |
| Asset retirement costs | 12,260,732 | — | (4,701,138) | (146,423) | 7,413,171 |
| Others | 13,979,980 | — | (11,227,899) | — | 2,752,081 |
| | ₩  272,874,770 | (498,724) | (102,800,055) | (866,604) | 168,709,387 |

F-142

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**18.    Property, Plant and Equipment, Continued**

**(2)    Changes in property, plant and equipment for the years ended December 31, 2019 and 2020 are as follows:**

| | | Beginning balance | Effect of change in accounting policy | Acquisition | Disposal | Depreciation | Impairment (*1,*4) | Others (*2,*3) | Ending balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | In millions of won | | | |
| Land | ₩ | 13,554,292 | — | 40,752 | (29,205) | — | (25,626) | 307,850 | 13,848,063 |
| (Government grants) | | (21,968) | — | — | 151 | — | — | — | (21,817) |
| Buildings | | 11,933,691 | — | 3,195 | (23,409) | (821,680) | (1,293) | 1,355,202 | 12,445,706 |
| (Government grants) | | (63,189) | — | (592) | — | 6,214 | — | (4,353) | (61,920) |
| Structures | | 42,711,795 | — | 1,663 | (470,230) | (2,399,283) | (1,234) | 5,336,159 | 45,178,870 |
| (Government grants) | | (190,854) | — | — | 2,405 | 9,373 | — | (7,478) | (186,554) |
| Machinery | | 47,456,595 | — | 326,606 | (248,951) | (5,452,669) | (12,247) | 7,837,966 | 49,907,300 |
| (Government grants) | | (173,242) | — | (1,050) | 635 | 17,993 | — | (3,243) | (158,907) |
| Ships | | 302 | — | — | — | (100) | — | (1) | 201 |
| Vehicles | | 72,189 | — | 3,789 | 4,558 | (33,650) | — | 23,699 | 70,585 |
| (Government grants) | | (4,220) | — | (228) | 5 | 2,170 | — | (2) | (2,275) |
| Equipment | | 382,859 | — | 47,532 | (162) | (199,376) | (227) | 143,489 | 374,115 |
| (Government grants) | | (418) | — | (81) | — | 262 | — | (4) | (241) |
| Tools | | 192,675 | — | 20,956 | (31) | (87,708) | — | 38,172 | 164,064 |
| (Government grants) | | (675) | — | — | — | 281 | — | (9) | (403) |
| Construction-in-progress | | 28,821,167 | — | 13,544,091 | (199,853) | — | (8,828) | (13,737,107) | 28,419,470 |
| (Government grants) | | (54,740) | — | 12,338 | — | — | — | (18,809) | (61,211) |
| Finance lease assets | | 195,730 | (195,730) | — | — | — | — | — | — |
| (Government grants) | | (26) | 26 | — | — | — | — | — | — |
| Right-of-use assets | | — | 5,143,651 | 220,996 | — | (581,074) | — | — | 4,783,573 |
| Asset retirement costs | | 5,571,754 | — | 1,388 | (221) | (626,856) | — | 2,429,629 | 7,374,527 |
| Others | | 2,359,477 | — | — | — | (800,653) | (581) | 1,069,271 | 2,628,681 |
| | ₩ | 152,743,194 | 4,947,947 | 14,221,355 | (964,308) | (10,966,756) | (50,036) | 4,770,431 | 164,701,827 |

(*1)    KEPCO Bylong Australia Pty., Ltd., 100% owned subsidiary, performed an impairment test over its land and others. The Company recognized the amount of the carrying amount in excess of its recoverable amount as an impairment loss.

(*2)    'Others' include the amounts of assets acquired by the business combination. (see Note 51)

(*3)    'Others' include the amounts reclassified from construction-in-progress to other assets during the prior year relating to the assets which became usable two years before but were considered immaterial.

(*4)    As described in Note 2, the Company recognized impairment loss of ₩3,819 million related to Wolsong unit 1, Shin-Hanul unit 3 & 4 and reversal of impairment loss of ₩16,693 million related to Wolsong unit 1.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**18.   Property, Plant and Equipment, Continued**

**(2)   Changes in property, plant and equipment for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | Beginning balance | Acquisition | Disposal | Depreciation | Impairment | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | In millions of won | | | |
| Land | ₩ | 13,848,063 | 5,330 | (31,304) | (273) | — | 121,510 | 13,943,326 |
| (Government grants) | | (21,817) | — | 2 | — | — | (1,660) | (23,475) |
| Buildings | | 12,445,706 | 7,225 | (16,015) | (875,680) | (2,107) | 1,057,403 | 12,616,532 |
| (Government grants) | | (61,920) | — | — | 5,206 | — | (517) | (57,231) |
| Structures | | 45,178,870 | 36,091 | (346,612) | (2,313,920) | (3,571) | 3,707,997 | 46,258,855 |
| (Government grants) | | (186,554) | — | 2,032 | 9,526 | — | (5,013) | (180,009) |
| Machinery | | 49,907,300 | 407,521 | (283,845) | (5,526,816) | (74,362) | 5,608,989 | 50,038,787 |
| (Government grants) | | (158,907) | — | 496 | 17,468 | — | (16,842) | (157,785) |
| Ships | | 201 | — | — | (106) | — | 160 | 255 |
| Vehicles | | 70,585 | 3,880 | (151) | (35,036) | — | 39,705 | 78,983 |
| (Government grants) | | (2,275) | — | 4 | 2,064 | — | (425) | (632) |
| Equipment | | 374,115 | 72,655 | (86) | (186,004) | — | 147,163 | 407,843 |
| (Government grants) | | (241) | — | — | 149 | — | (135) | (227) |
| Tools | | 164,064 | 28,048 | (193) | (82,862) | — | 83,330 | 192,387 |
| (Government grants) | | (403) | — | — | 243 | — | (79) | (239) |
| Construction-in-progress | | 28,419,470 | 12,726,469 | (486) | — | 7,799 | (10,189,527) | 30,963,725 |
| (Government grants) | | (61,211) | 8,783 | — | — | — | (26,698) | (79,126) |
| Right-of-use assets | | 4,783,573 | 291,334 | (827) | (586,254) | — | 54,340 | 4,542,166 |
| Asset retirement costs | | 7,374,527 | 131 | (196) | (819,708) | — | 858,417 | 7,413,171 |
| Others | | 2,628,681 | 6,470 | (8,145) | (984,097) | (366) | 1,109,538 | 2,752,081 |
| | ₩ | 164,701,827 | 13,593,937 | (685,326) | (11,376,100) | (72,607) | 2,547,656 | 168,709,387 |

**19.   Investment Properties**

**(1)   Investment properties as of December 31, 2019 and 2020 are as follows:**

| | | Acquisition cost | Government grants | Accumulated depreciation | Book value |
|---|---|---|---|---|---|
| | | | | In millions of won | |
| Land | ₩ | 129,897 | — | — | 129,897 |
| Buildings | | 64,590 | (13) | (35,894) | 28,683 |
| | ₩ | 194,487 | (13) | (35,894) | 158,580 |

| | | Acquisition cost | Government grants | Accumulated depreciation | Book value |
|---|---|---|---|---|---|
| | | | | In millions of won | |
| Land | ₩ | 200,391 | — | — | 200,391 |
| Buildings | | 59,347 | (29) | (34,514) | 24,804 |
| | ₩ | 259,738 | (29) | (34,514) | 225,195 |

F-144

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**19.   Investment Properties, Continued**

**(2)   Changes in investment properties for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| | | Beginning balance | Depreciation | Others | Ending balance |
| | | | In millions of won | | |
| Land | ₩ | 139,940 | — | (10,043) | 129,897 |
| Buildings | | 19,669 | (5,070) | 14,097 | 28,696 |
| (Government grants) | | (50) | 1 | 36 | (13) |
| | ₩ | 159,559 | (5,069) | 4,090 | 158,580 |

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Beginning balance | Depreciation | Others | Ending balance |
| | | | In millions of won | | |
| Land | ₩ | 129,897 | — | 70,494 | 200,391 |
| Buildings | | 28,696 | (1,454) | (2,409) | 24,833 |
| (Government grants) | | (13) | 1 | (17) | (29) |
| | ₩ | 158,580 | (1,453) | 68,068 | 225,195 |

**(3)   Income and expenses related to investment properties for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| Rental income | ₩ | 9,782 | 8,335 |
| Operating and maintenance expenses related to rental income | | (1,257) | (1,453) |
| Operating and maintenance expenses not related to rental income | | (3,812) | — |
| | ₩ | 4,713 | 6,882 |

**(4)   Fair value of investment properties as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | Book value | Fair value | Book value | Fair value |
| | | | In millions of won | | |
| Land | ₩ | 129,897 | 202,042 | 200,391 | 300,001 |
| Buildings | | 28,683 | 38,046 | 24,804 | 44,597 |
| | ₩ | 158,580 | 240,088 | 225,195 | 344,598 |

The Company determined the fair value of investment property on the transition date based on valuations conducted by an independent valuation firm that is independent of the Company. The valuation firm has appropriate qualifications and experience in the valuation of real estate in the Republic of Korea, and the valuation was conducted using a comparison method, which is a method of obtaining economic value based on the marketability of the property. The fair values of the investment properties as of the reporting date were determined in consideration of the fluctuation on the publicly announced individual land price after the IFRS transition date (January 1, 2010).

**(5)   All of the Company's investment properties are held under freehold interests.**

F-145

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**20.  Construction Contracts**

**(1)  Changes in total contract amount in which revenue is not yet recognized for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| | | 2018 | | | |
|---|---|---|---|---|---|
| | | Beginning balance | Increase (decrease)(*) | Recognized as revenue | Ending balance |
| | | | In millions of won | | |
| Nuclear power plant construction in UAE and others | ₩ | 4,176,595 | 1,186,584 | (1,742,391) | 3,620,788 |

(*)   For the year ended December 31, 2018, the increased balance of contracts from new orders and foreign exchange impact is ₩1,207,097 million and the decreased balance of contracts due to changes in scope of construction work is ₩20,513 million.

| | | 2019 | | | |
|---|---|---|---|---|---|
| | | Beginning balance | Increase (decrease)(*) | Recognized as revenue | Ending balance |
| | | | In millions of won | | |
| Nuclear power plant construction in UAE and others | ₩ | 3,620,788 | 379,269 | (1,264,916) | 2,735,141 |

(*)   For the year ended December 31, 2019, the increased balance of contracts from new orders and foreign exchange impact is ₩390,224 million and the decreased balance of contracts due to changes in scope of construction work is ₩10,955 million.

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Beginning balance | Increase (decrease)(*) | Recognized as revenue | Ending balance |
| | | | In millions of won | | |
| Nuclear power plant construction in UAE and others | ₩ | 2,735,141 | 1,229,759 | (812,175) | 3,152,725 |

(*)   For the year ended December 31, 2020, the increased balance of contracts from new orders and foreign exchange impact is ₩1,512,460 million and the decreased balance of contracts due to changes in scope of construction work is ₩282,701 million.

**(2)  Accumulated earned revenue, expense and others related to the Company's construction contracts in progress as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| | | Accumulated earned revenue | Accumulated expense | Accumulated profit | Unearned advance receipts |
| | | | In millions of won | | |
| Nuclear power plant construction in UAE and others | ₩ | 20,971,487 | 19,566,647 | 1,404,840 | — |

F-146

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**20.   Construction Contracts, Continued**

**(2)   Accumulated earned revenue, expense and others related to the Company's construction contracts in progress as of December 31, 2019 and 2020 are as follows, continued:**

| | | 2020 | | | |
|---|---|---|---|---|---|
| | | Accumulated earned revenue | Accumulated expense | Accumulated profit | Unearned advance receipts |
| | | In millions of won | | | |
| Nuclear power plant construction in UAE and others | ₩ | 21,460,431 | 20,242,735 | 1,217,696 | 97,348 |

**(3)   Gross amount due from customers recognized as contract assets and due to customers recognized as contract liabilities for contract work as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | Contract assets(*1) | Contract liabilities(*2) | Contract assets(*1) | Contract liabilities(*2) |
| | | | In millions of won | | |
| Nuclear power plant construction in UAE and others | ₩ | 53,827 | 73,420 | 79,662 | 88,126 |

(*1)   Included in trade and other receivables, net, in the consolidated statements of financial position. The balance of trade receivables from construction contracts are ₩46,489 million and ₩39,063 million, as of December 31, 2019 and 2020, respectively.

(*2)   Included in non-financial liabilities in the consolidated statements of financial position.

**21.   Intangible Assets other than Goodwill**

**(1)   Intangible assets as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | | Acquisition cost | Government grants | Accumulated amortization | Accumulated impairment losses | Book value |
| | | | | In millions of won | | |
| Software | ₩ | 707,731 | (235) | (542,736) | — | 164,760 |
| Licenses and franchises | | 3,398 | — | (3,398) | — | — |
| Copyrights, patents rights and other industrial rights | | 102,828 | — | (40,389) | (9,178) | 53,261 |
| Mining rights | | 584,969 | — | (28,456) | (512,790) | 43,723 |
| Development expenditures | | 916,834 | (1,492) | (822,972) | (19) | 92,351 |
| Intangible assets under development | | 73,335 | (11,029) | — | (12,845) | 49,461 |
| Usage rights of donated assets and other | | 582,825 | — | (389,664) | — | 193,161 |
| Leasehold rights | | 25,989 | — | (20,671) | — | 5,318 |
| Greenhouse gas emissions rights | | 41,656 | — | — | — | 41,656 |
| Others | | 557,749 | (79) | (119,446) | (11,939) | 426,285 |
| | ₩ | 3,597,314 | (12,835) | (1,967,732) | (546,771) | 1,069,976 |

F-147

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**21.   Intangible Assets other than Goodwill, Continued**

**(1)   Intangible assets as of December 31, 2019 and 2020 are as follows, continued:**

| | | 2020 | | | |
|---|---|---|---|---|---|
| | Acquisition cost | Government grants | Accumulated amortization | Accumulated impairment losses | Book value |
| | | | In millions of won | | |
| Software | ₩ 775,667 | (136) | (623,504) | — | 152,027 |
| Licenses and franchises | 547 | — | (547) | — | — |
| Copyrights, patents rights and other industrial rights | 101,866 | — | (49,772) | (9,178) | 42,916 |
| Mining rights | 604,703 | — | (34,062) | (528,251) | 42,390 |
| Development expenditures | 958,035 | (5,043) | (862,850) | (19) | 90,123 |
| Intangible assets under development | 79,862 | (7,203) | — | (12,844) | 59,815 |
| Usage rights of donated assets and other | 592,930 | — | (408,455) | — | 184,475 |
| Leasehold rights | 27,843 | — | (21,503) | — | 6,340 |
| Greenhouse gas emissions rights | 61,373 | — | — | — | 61,373 |
| Others | 566,200 | (75) | (137,843) | (12,011) | 416,271 |
| | ₩ 3,769,026 | (12,457) | (2,138,536) | (562,303) | 1,055,730 |

F-148

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**21.   Intangible Assets other than Goodwill, Continued**

**(2)   Changes in intangible assets for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | Beginning balance | Acquisition | Disposal | Amortization | Impairment(*1) | Others(*2) | Ending balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **2019** |  |  |  |
|  |  |  |  |  | In millions of won |  |  |  |
| Software | ₩ | 157,681 | 42,694 | (774) | (81,883) | — | 47,277 | 164,995 |
| (Government grants) |  | (420) | — |  | 202 | — | (17) | (235) |
| Copyrights, patents and other industrial rights |  | 67,112 | 171 | (325) | (9,196) | — | (4,501) | 53,261 |
| Mining rights |  | 534,524 | 8,742 |  | (7,186) | (513,519) | 21,162 | 43,723 |
| Development expenditures |  | 92,486 | 687 | — | (28,901) | (68) | 29,639 | 93,843 |
| (Government grants) |  | (2,110) | — |  | 833 | — | (215) | (1,492) |
| Intangible assets under development |  | 70,536 | 56,082 | — | — | — | (66,128) | 60,490 |
| (Government grants) |  | (10,564) | — |  | — | — | (465) | (11,029) |
| Usage rights of donated assets and other |  | 87,011 | — | — | (15,632) | — | 121,782 | 193,161 |
| (Government grants) |  | — | — |  | — | — | — | — |
| Leasehold rights |  | 5,552 | — | — | (741) | — | 507 | 5,318 |
| Greenhouse gas emissions rights |  | 7,050 | 118,743 | (7,058) | — | — | (77,079) | 41,656 |
| Others |  | 217,084 | 2,307 | (164) | (14,413) | (22) | 221,572 | 426,364 |
| (Government grants) |  | — | — |  | 2 | — | (81) | (79) |
|  | ₩ | 1,225,942 | 229,426 | (8,321) | (156,915) | (513,609) | 293,453 | 1,069,976 |

(*1)   KEPCO Australia Pty., Ltd. and KEPCO Bylong Australia Pty., Ltd., 100% owned subsidiaries, performed an impairment test over the mining rights and the Company recognized the amount of the carrying amount in excess of its recoverable amount as an impairment loss.

(*2)   'Others' include the business rights amounting to ₩172,434 million increased from the business combination between Korea East-West Power Co., Ltd. and Eumseong Natural Gas Power Co., Ltd.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**21.   Intangible Assets other than Goodwill, Continued**

**(2)   Changes in intangible assets for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | Beginning balance | Acquisition | Disposal | Amortization | Impairment | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | In millions of won | | | |
| Software | ₩ | 164,995 | 14,101 | — | (77,501) | — | 50,568 | 152,163 |
| (Government grants) | | (235) | — | — | 99 | — | — | (136) |
| Copyrights, patents rights and other industrial rights | | 53,261 | 369 | (390) | (8,352) | — | (1,972) | 42,916 |
| Mining rights | | 43,723 | 1,664 | — | (4,380) | — | 1,383 | 42,390 |
| Development expenditures | | 93,843 | 10,273 | — | (32,034) | — | 23,084 | 95,166 |
| (Government grants) | | (1,492) | — | — | 1,453 | — | (5,004) | (5,043) |
| Intangible assets under development | | 60,490 | 53,638 | — | — | (23) | (47,087) | 67,018 |
| (Government grants) | | (11,029) | — | — | — | — | 3,826 | (7,203) |
| Usage rights of donated assets and other | | 193,161 | — | — | (18,448) | — | 9,762 | 184,475 |
| Leasehold rights | | 5,318 | — | — | (831) | — | 1,853 | 6,340 |
| Greenhouse gas emissions rights | | 41,656 | 37,109 | (9,271) | — | — | (8,121) | 61,373 |
| Others | | 426,364 | 3,217 | (46) | (30,476) | (3,576) | 20,863 | 416,346 |
| (Government grants) | | (79) | — | — | 4 | — | — | (75) |
| | ₩ | 1,069,976 | 120,371 | (9,707) | (170,466) | (3,599) | 49,155 | 1,055,730 |

**(3)   Significant specific intangible assets as of December 31, 2019 and 2020 are as follows:**

| Type | Description | Currency | Amount | Remaining useful lives |
|---|---|---|---|---|
| | | | 2019 | |
| | In millions of won and thousands of Australian dollars | | | |
| Software | ERP system and others | KRW | 432 | 1 year and 2 months ~ 1 year and 4 months |
| | Electricity sales information system | KRW | 4,824 | 3 years |
| Copyrights, patents rights and other industrial rights | Smart technology verification and standard design project conducting right | KRW | 6,787 | 2 years and 9 months |
| | Contributions to ARP NRC DC | KRW | 34,755 | 8 years |
| Mining rights | Mining rights of Bylong mine | AUD | — | — (*) |
| Development expenditures | Electricity sales information system | KRW | 15,283 | 2 years and 3 months |

F-150

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**21. Intangible Assets other than Goodwill, Continued**

(3) **Significant specific intangible assets as of December 31, 2019 and 2020 are as follows, continued:**

| | | 2019 | | | |
|---|---|---|---|---|---|
| Type | Description | Currency | Amount | Remaining useful lives | |
| | | In millions of won and thousands of Australian dollars | | | |
| Usage rights of donated assets and others | Sejong Haengbogdosi sharing charge | KRW | 31,385 | 6 years and 11 months | |
| | Dangjin power plant load facility usage right | KRW | 7,870 | 1 year and 3 months | |
| Others | Occupancy and use of public waters | KRW | 92,446 | 17 years and 1 months | |
| | Business rights | KRW | 171,955 | 29 years and 11 months | |

(*)   The carrying amount of mining rights is nil, because KEPCO Australia Pty., Ltd. and KEPCO Bylong Australia Pty., Ltd. recognized impairment losses in full during the year ended December 31, 2019.

| | | 2020 | | |
|---|---|---|---|---|
| Type | Description | Currency | Amount | Remaining useful lives |
| | | In millions of won and thousands of Australian dollars | | |
| Software | ERP system and others | KRW | 81 | 2 months ~ 4 months |
| Copyrights, patents rights and other industrial rights | Smart technology verification and standard design project conducting right | KRW | 4,936 | 1 year 9 months |
| | Contributions to ARP NRC DC | KRW | 29,219 | 7 years |
| Mining rights | Mining rights of Bylong mine | AUD | — | — (*) |
| Development expenditures | Electricity sales information system | KRW | 8,229 | 1 year and 2 months |
| Usage rights of donated assets and others | Sejong Haengbogdosi sharing charge | KRW | 26,847 | 5 years and 11 months |
| | Dangjin power plant load facility usage right | KRW | 1,574 | 3 months |
| | Right of use electricity and gas supply facility (Community district of Songdo) | KRW | 10,016 | 9 years and 6 months |
| Others | Occupancy and use of public waters | KRW | 87,035 | 16 years and 1 month |
| | Greenhouse gas emissions rights | KRW | 61,373 | — |
| | Business rights | KRW | 166,207 | 28 years and 11 months |

(*)   The carrying amount of mining rights is nil, because KEPCO Australia Pty., Ltd. and KEPCO Bylong Australia Pty., Ltd. had recognized impairment losses in full.

(4)   **For the years ended December 31, 2018, 2019 and 2020, the Company recognized research and development expenses of ₩723,888 million, ₩735,715 million and ₩700,642 million, respectively.**

F-151

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

22.  **Trade and Other Payables**

Trade and other payables as of December 31, 2019 and 2020 are as follows:

| | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| | | In millions of won | | | |
| Trade payables | ₩ | 2,859,721 | — | 2,606,861 | — |
| Non-trade payables | | 1,952,659 | 2,446,714 | 1,785,068 | 2,324,965 |
| Accrued expenses | | 1,028,869 | 2,033 | 1,197,815 | 2,038 |
| Leasehold deposits received | | 2,571 | 709 | 2,336 | 943 |
| Other deposits received | | 163,382 | 68,702 | 83,505 | 67,645 |
| Lease liabilities | | 635,349 | 4,434,784 | 576,665 | 4,044,431 |
| Dividends payable | | 6,851 | — | 4,271 | |
| Others(*) | | — | 12,818 | — | 40,390 |
| | ₩ | 6,649,402 | 6,965,760 | 6,256,521 | 6,480,412 |

(*)  Details of others as of December 31, 2019 and 2020 are as follows:

| | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| | | In millions of won | | | |
| Advance received from local governments | ₩ | — | 5,818 | — | 4,278 |
| Others | | — | 7,000 | — | 36,112 |
| | ₩ | — | 12,818 | — | 40,390 |

23.  **Borrowings and Debt Securities**

(1)  Borrowings and debt securities as of December 31, 2019 and 2020 are as follows:

| | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| **Current liabilities** | | | |
| Short-term borrowings | ₩ | 1,098,555 | 1,436,922 |
| Current portion of long-term borrowings | | 217,579 | 677,982 |
| Current portion of debt securities | | 7,545,485 | 8,565,301 |
| Less : Current portion of discount on long-term borrowings | | (1,000) | (1,723) |
| Less : Current portion of discount on debt securities | | (2,780) | (3,677) |
| | | 8,857,839 | 10,674,805 |

F-152

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**23.  Borrowings and Debt Securities, Continued**

**(1)  Borrowings and debt securities as of December 31, 2019 and 2020 are as follows, continued:**

|  | 2019 | 2020 |
|---|---|---|
|  | In millions of won | |
| **Non-current liabilities** | | |
| Long-term borrowings | ₩ 3,411,052 | 3,018,898 |
| Debt securities | 55,716,183 | 56,188,234 |
| Less : Discount on long-term borrowings | (21,309) | (14,899) |
| Less : Discount on debt securities | (88,920) | (143,823) |
| Add: Premium on debt securities | 1,696 | 1,366 |
|  | 59,018,702 | 59,049,776 |
|  | ₩ 67,876,541 | 69,724,581 |

**(2)  Repayment schedule of borrowings and debt securities as of December 31, 2019 and 2020 are as follows:**

| | 2019 | |
|---|---|---|
| **Type** | **Borrowings** | **Debt Securities** |
| | In millions of won | |
| Less than 1 year | ₩ 1,316,134 | 7,545,485 |
| 1~ 5 years | 2,113,404 | 31,552,963 |
| Over 5 years | 1,297,648 | 24,163,220 |
| | ₩ 4,727,186 | 63,261,668 |

| | 2020 | |
|---|---|---|
| **Type** | **Borrowings** | **Debt Securities** |
| | In millions of won | |
| Less than 1 year | ₩ 2,114,904 | 8,565,301 |
| 1~ 5 years | 1,564,252 | 28,746,117 |
| Over 5 years | 1,454,646 | 27,442,117 |
| | ₩ 5,133,802 | 64,753,535 |

**(3)  Short-term borrowings as of December 31, 2019 and 2020 are as follows:**

| | | | | 2019 | |
|---|---|---|---|---|---|
| **Type** | **Creditor** | **Interest rate (%)** | **Maturity** | **Foreign currency** | **Local currency** |
| | | In millions of won and thousands of foreign currencies | | | |
| Local short-term borrowings | DB financial investment and others | 2.00~2.20 | 2020.01.13~ 2020.02.05 | — ₩ | 280,000 |
| Foreign short-term borrowings | LG-CNS | 4.60 | 2020.06.30 | USD 23,699 | 27,439 |
| Foreign short-term borrowings | BDO Unibank | 3M BVAL + 0.50 | 2020.12.20 | PHP 225,000 | 5,130 |

F-153

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**23.  Borrowings and Debt Securities, Continued**

**(3)  Short-term borrowings as of December 31, 2019 and 2020 are as follows, continued:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| Type | Creditor | Interest rate (%) | Maturity | Foreign currency | Local currency |
| | | In millions of won and thousands of foreign currencies | | | |
| Foreign short-term borrowings | Mizuho Bank | 4.60 | 2020.06.30 | USD 11,027 | ₩ 12,767 |
| Electronic short-term bonds | Mirae asset daewoo and others | 1.72~2.20 | 2020.01.10~2020.02.05 | — | 400,000 |
| Local bank overdraft | Korea development Bank and others | 1.98~2.75 | 2020.01.01~2020.04.16 | — | 373,219 |
| | | | | ₩ | 1,098,555 |

| | | | 2020 | | |
|---|---|---|---|---|---|
| Type | Creditor | Interest rate (%) | Maturity | Foreign currency | Local currency |
| | | In millions of won and thousands of foreign currencies | | | |
| Local short-term borrowings | DB financial investment and others | 0.80~4.60 | 2021.01.05 ~ 2021.12.31 | — | ₩ 580,004 |
| Electronic short-term bonds | KB Securities and others | 0.75~1.35 | 2021.01.13 ~ 2021.03.18 | — | 470,000 |
| Foreign short-term borrowings | Shinhan Bank | 0.71~0.74 | 2021.01.04 ~ 2021.03.31 | USD 55,393 | 60,268 |
| Foreign short-term borrowings (*) | Korea Development Bank and others | 1M Libor + 1.25 | 2022.04.29 | USD 73,704 | 81,290 |
| Local bank overdraft | Woori Bank | Standard overdraft rate + 1.26 | 2021.02.26 | — | 29,960 |
| Local bank overdraft | Korea Development Bank and others | 1.42~1.88 | 2021.01.07 ~ 2021.04.26 | — | 215,400 |
| | | | | ₩ | 1,436,922 |

(*)  The contractual maturity is 2022 but is classified as short-term borrowing due to intention of early redemption in 3 months after borrowing.

**(4)  Long-term borrowings as of December 31, 2019 and 2020 are as follows:**

| | | | 2019 | | |
|---|---|---|---|---|---|
| Type | | Interest rate (%) | Maturity | Foreign currency | Local currency |
| | | | | In millions of won and thousands of foreign currencies | |
| **Local long-term borrowings** | | | | | |
| Korea Development Bank | Others | 0.50 | 2020~2044 | — | ₩ 3,500 |
| | Facility | 2.50~4.60 | 2023~2028 | — | 59,845 |
| | Operating funds | 2.33~3.04 | 2020~2022 | — | 55,000 |
| | Operating funds | 1yr KoFC bond rate +0.95 | 2020~2022 | — | 24,000 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**23.   Borrowings and Debt Securities, Continued**

**(4)   Long-term borrowings as of December 31, 2019 and 2020 are as follows, continued:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 2019 | | | |
| | Type | | Interest rate (%) | Maturity | Foreign currency | Local currency |
| | | | In millions of won and thousands of foreign currencies | | | |
| Hana Bank | Commercial Paper | | 3M CD +0.13~0.32 | 2021~2024 | — | ₩   1,150,000 |
| | Facility | | 4.60 | 2028 | — | 12,466 |
| | Facility | | 3yr KTB rate-1.25 | 2020~2028 | — | 6,699 |
| IBK | PF Refinancing | | CD+1.25 | 2030 | — | 10,497 |
| Export-Import Bank of Korea | Project loans | | 1.50 | 2026 | — | 19,150 |
| | Operating funds | | 2.21 | 2020 | — | 35,000 |
| Korea Energy Agency | Development of power resources | | 3yr KTB rate-2.25 | 2023~2025 | — | 4,350 |
| | Facility | | 3yr KTB rate-2.25 | 2020~2024 | — | 2,058 |
| | Project loans | | — | 2023 | — | 1,197 |
| | Others | | KTB rate-2.25 | 2024~2028 | — | 15,696 |
| Shinhan Bank | Facility | | CB rate+1.10 | 2028 | — | 18,698 |
| | Others | | 3.95 | 2035 | — | 99,146 |
| | Others | | Standard overdraft rate+1.00 | 2035 | — | 99,146 |
| Kookmin Bank | Facility | | 3.16 | 2020 | — | 10,000 |
| | Facility | | MOR+0.79 | 2023 | — | 23,333 |
| Others | Facility | | 1.75~6.80 | 2026~2036 | — | 390,044 |
| | Facility | | CB rate+1.10~1.60 Standard overdraft rate+2.45 | 2023~2036 | — | 111,834 |
| | PF Refinancing | | 4.10 | 2030 | — | 29,159 |
| | Others | | 4.50~7.90 | 2022~2039 | — | 102,348 |
| | | | | | | 2,283,166 |
| **Foreign long-term borrowings** | | | | | | |
| Korea Energy Agency | Project loans | | — | 2021~2023 | USD 8,744 | 10,123 |
| Export-Import Bank of Korea and others | Direct loan and others | | 1M Libor+1.80~3.20 | 2036 | USD 101,912 | 117,994 |
| | Direct loan and others | | 3M Libor+2.75~3.70 | 2027 | JOD 146,380 | 239,039 |
| | PF Loan | | 6M Libor+2.50~2.70 | 2032 | USD 118,684 | 137,412 |
| | Others | | 3.88 | 2021 | USD 289,709 | 334,685 |
| SCNT and others | Shareholder's loan | | 6.50~8.00 | 2023 | USD 13,000 | 15,051 |
| | Shareholder's loan | | 8.00 | 2031 | JOD 4,853 | 7,925 |
| Samsung Life Insurance and others | Syndicated Loan | | 3.10 | 2032 | JPY 4,981,038 | 52,972 |
| Woori Bank and others | Syndicated Loan | | JPY 6M Libor+2.00 | 2032 | JPY 3,213,121 | 34,171 |

F-155

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

23.   **Borrowings and Debt Securities, Continued**

(4)   **Long-term borrowings as of December 31, 2019 and 2020 are as follows, continued:**

| | | | | 2019 | |
|---|---|---|---|---|---|
| **Type** | | **Interest rate (%)** | **Maturity** | **Foreign currency** | **Local currency** |
| | | | | In millions of won and thousands of foreign currencies | |
| IFC and others | Others | 6M Libor+5.00 | 2031 | PKR 37,252,930 | 278,652 |
| Federal Financing Bank and others | PF Loan | 2.39~13.00 | 2031~2038 | USD 101,380 | ₩ 117,377 |
| Others | Others | — | — | USD 57 | 64 |
| | | | | | 1,345,465 |
| | | | | | 3,628,631 |
| Less : Discount on long-term borrowings | | | | | (22,309) |
| Less : Current portion of long-term borrowings | | | | | (217,579) |
| Add : Current portion of discount on long-term borrowings | | | | | 1,000 |
| | | | | | ₩3,389,743 |

| | | | | 2020 | |
|---|---|---|---|---|---|
| **Type** | | **Interest rate (%)** | **Maturity** | **Foreign currency** | **Local currency** |
| | | | | In millions of won and thousands of foreign currencies | |
| **Local long-term borrowings** | | | | | |
| Korea Development Bank | Others | 0.50 | 2021~2044 | — ₩ | 2,946 |
| | Facility | 2.50~4.60 | 2021~2028 | — | 50,293 |
| | Operating funds | 2.33 | 2022 | — | 20,000 |
| | Operating funds | 1yr KoFC bond rate + 0.81~0.95 | 2022~2023 | — | 24,300 |
| Hana Bank | Commercial Paper | 3M CD+0.13~0.32 | 2021~2024 | — | 1,150,000 |
| | Facility | 4.60 | 2028 | — | 11,088 |
| | Facility | 3yr KTB rate-1.25 Standard overdraft rate+1.50~2.45 | 2021~2035 | — | 43,419 |
| IBK | PF Refinancing | CD+1.25 | 2030 | — | 9,543 |
| Export-Import Bank of Korea | Project loans | 1.50 | 2026 | — | 16,204 |
| | Facility | 1.32 | 2028 | — | 32,000 |
| | Operating funds | 1.78 | 2023 | — | 15,700 |
| Korea Energy Agency | Development of power resources | 3yr KTB rate-2.25 | 2023~2025 | — | 2,509 |
| | Facility | 3yr KTB rate-2.25 | 2021~2024 | — | 1,527 |
| | Project loans | — | 2023 | — | 1,197 |
| | Others | KTB rate-2.25 | 2024~2028 | — | 14,045 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**23.   Borrowings and Debt Securities, Continued**

**(4)   Long-term borrowings as of December 31, 2019 and 2020 are as follows, continued:**

| | | | | **2020** | |
|---|---|---|---|---|---|
| **Type** | | **Interest rate (%)** | **Maturity** | **Foreign currency** | **Local currency** |
| | | | | In millions of won and thousands of foreign currencies | |
| Shinhan Bank | Facility | CB rate+1.10 | 2028 | — | 16,632 |
| | Others | 3.95 | 2034 | — | 89,257 |
| | Others | Standard overdraft rate+1.00 | 2034 | — | 89,257 |
| Kookmin Bank | Facility | MOR+0.79 | 2021~2031 | — | 46,512 |
| | | 3M CD+1.79 | | | |
| Others | Facility | 1.75~6.80 | 2026~2037 | — | ₩ 510,262 |
| | Facility | CB rate+1.10~1.20 | 2023~2037 | — | 89,506 |
| | | 3M CD+1.60 | | | |
| | | Standard overdraft | | | |
| | | rate+1.50~2.45 | | | |
| | PF Refinancing | 4.10 | 2030 | — | 26,509 |
| | Others | 3.90~7.90 | 2023~2039 | — | 222,356 |
| | | | | | 2,485,062 |
| **Foreign long-term borrowings** | | | | | |
| Korea Energy Agency | Project loans | — | 2021~2023 | USD 8,744 | 9,513 |
| Export-Import Bank of Korea and others | Direct loan and others | 1M Libor+1.80~3.20 | 2036 | USD 96,014 | 104,463 |
| | Direct loan and others | 3M LIBOR+2.75~3.70 | 2027 | JOD 132,228 | 202,912 |
| | PF Loan | 6M LIBOR+1.70~2.50 | 2032 | USD 111,225 | 121,013 |
| | Others | 3.88 | 2021 | USD 289,509 | 314,986 |
| POSCO and others | Shareholder's loan | 8.00 | 2023 | USD 14,061 | 15,298 |
| | Shareholder's loan | 8.00 | 2031 | JOD 4,853 | 7,447 |
| Samsung Life Insurance and others | Syndicated Loan | 3.10 | 2032 | JPY 4,682,816 | 49,369 |
| Woori Bank and others | Syndicated Loan | JPY 6M Libor+2.00 | 2032 | JPY 3,020,746 | 31,847 |
| IFC and others | Others | 6M Libor+5.00 | 2031 | USD 224,115 | 243,837 |
| Federal Financing Bank and others | PF Loan | 2.39~6.00 | 2031~2038 | USD 97,347 | 105,913 |
| Others | Others | — | — | USD 4,798 | 5,220 |
| | | | | | 1,211,818 |
| | | | | | 3,696,880 |
| Less: Discount on long-term borrowings | | | | | (16,622) |
| Less: Current portion of long-term borrowings | | | | | (677,982) |
| Add: Current portion of discount on long-term borrowings | | | | | 1,723 |
| | | | | | ₩ 3,003,999 |

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**23.    Borrowings and Debt Securities, Continued**

**(5)    Local debt securities as of December 31, 2019 and 2020 are as follows:**

|  | Issue date | Maturity | Interest rate (%) | 2019 | 2020 |
|---|---|---|---|---|---|
|  |  |  | In millions of won |  |  |
| Electricity Bonds | 2011.05.06~ | 2021.02.08~ |  |  |  |
|  | 2020.11.04 | 2049.10.24 | 1.02~4.58 ₩ | 28,450,000 | 27,810,000 |
| Corporate | 2009.10.16~ | 2021.01.11~ |  |  |  |
| Bonds(*) | 2020.12.22 | 2050.12.22 | 1.00~6.00 | 24,463,577 | 26,463,577 |
|  |  |  |  | 52,913,577 | 54,273,577 |
| Less : Discount on local debt securities |  |  |  | (42,274) | (46,730) |
| Less : Current portion of local debt securities |  |  |  | (6,340,000) | (7,243,217) |
| Add : Current portion of discount on local debt securities |  |  |  | 1,409 | 2,108 |
|  |  |  | ₩ | 46,532,712 | 46,985,738 |

(*)    Among the corporate bonds, each holder of Hee mang sunlight Power Co., Ltd.'s private equity bonds, amounting to ₩2,697 million, may exercise the right of early redemption on the 5th year (March 31, 2021) from the date of issuance of the bond and every year on March 31 thereafter, until the year before the redemption date.

**(6)    Foreign debt securities as of December 31, 2019 and 2020 are as follows:**

|  |  |  | 2019 |  |  |
|---|---|---|---|---|---|
| **Type** | **Issue date** | **Maturity** | **Interest rate (%)** | **Foreign currency** | **Local currency** |
|  |  |  | In millions of won and thousands of foreign currencies |  |  |
| FY-96 | 1996.04.01~ | 2026.12.01~ | 6.00~7.95 | USD 249,074 ₩ | 288,379 |
|  | 1996.12.06 | 2096.04.01 |  |  |  |
| FY-97 | 1997.01.31~ | 2027.02.01~ | 6.75~7.00 | USD 314,717 | 364,379 |
|  | 1997.08.04 | 2027.08.01 |  |  |  |
| FY-04 | 2004.04.23 | 2034.04.23 | 5.13 | USD 286,920 | 332,196 |
| FY-11 | 2011.07.13 | 2021.07.13 | 4.75 | USD 500,000 | 578,900 |
| FY-12 | 2012.09.19 | 2022.09.19 | 3.00 | USD 750,000 | 868,350 |
| FY-13 | 2013.09.25 | 2020.09.25 | 5.75 | AUD 325,000 | 263,361 |
| FY-14 | 2014.07.30~ | 2020.06.02~ | 2.50~3.57 | USD 600,000 | 694,680 |
|  | 2014.12.02 | 2029.07.30 |  |  |  |
| FY-15 | 2015.06.15 | 2025.06.15 | 3.25 | USD 300,000 | 347,340 |
| FY-16 | 2016.01.21 | 2021.07.21 | 2.50 | USD 300,000 | 347,340 |
| FY-17 | 2017.04.12~ | 2020.04.12~ | 2.38~3.13 | USD 1,100,000 | 1,273,580 |
|  | 2017.07.25 | 2027.07.25 |  |  |  |
| FY-17 | 2017.10.30 | 2037.10.30 | 1.70 | EUR 40,000 | 51,897 |
| FY-17 | 2017.11.16 | 2037.11.16 | 2.36 | SEK 450,000 | 55,737 |
| FY-18 | 2018.01.29~ | 2021.01.29~ | 3.00~3.88 | USD 1,800,000 | 2,084,040 |
|  | 2018.07.25 | 2023.07.25 |  |  |  |
| FY-18 | 2018.03.13 | 2028.03.13 | 3.35 | HKD 1,650,000 | 245,289 |
| FY-19 | 2019.01.22~ | 2022.01.22~ | 2.50~3.38 | USD 800,000 | 926,240 |
|  | 2019.06.24 | 2024.06.24 |  |  |  |

F-158

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**23.  Borrowings and Debt Securities, Continued**

**(6)  Foreign debt securities as of December 31, 2019 and 2020 are as follows, continued:**

| Type | Issue date | Maturity | Interest rate (%) | Foreign currency | Local currency |
|------|-----------|----------|-------------------|------------------|----------------|
| | | | **2019** | | |
| | | | In millions of won and thousands of foreign currencies | | |
| FY-19 | 2019.02.27 | 2024.02.27 | 0.13 | CHF 200,000 ₩ | 239,104 |
| FY-19 | 2019.07.19 | 2024.07.19~ 2027.07.19 | 0.00~0.05 | CHF 300,000 | 358,656 |
| FY-19 | 2019.07.22 | 2022.07.22 | 2.38 | USD 300,000 | 347,340 |
| FY-19 | 2019.10.30 | 2024.10.30 | 3M BBSW +0.97 | AUD 300,000 | 243,102 |
| FY-19 | 2019.12.19 | 2037.12.31 | 3.30~5.70 | USD 378,460 | 438,181 |
| | | | | | 10,348,091 |
| Less : Discount on foreign debt securities | | | | | (49,426) |
| Add : Premium on foreign debt securities | | | | | 1,696 |
| Less : Current portion of foreign debt securities | | | | | (1,205,485) |
| Add : Current portion of discount on foreign debt securities | | | | | 1,371 |
| | | | | ₩ | 9,096,247 |

| Type | Issue date | Maturity | Interest rate (%) | Foreign currency | Local currency |
|------|-----------|----------|-------------------|------------------|----------------|
| | | | **2020** | | |
| | | | In millions of won and thousands of foreign currencies | | |
| FY-96 | 1996.04.01~ 1996.12.06 | 2026.12.01~ 2096.04.01 | 6.00~7.95 | USD 278,701 ₩ | 303,227 |
| FY-97 | 1997.01.31~ 1997.08.04 | 2027.02.01~ 2027.08.01 | 6.75~7.00 | USD 314,717 | 342,412 |
| FY-04 | 2004.04.23 | 2034.04.23 | 5.13 | USD 286,920 | 312,169 |
| FY-11 | 2011.07.13 | 2021.07.13 | 4.75 | USD 500,000 | 544,000 |
| FY-12 | 2012.09.19 | 2022.09.19 | 3.00 | USD 750,000 | 816,000 |
| FY-14 | 2014.07.30 | 2029.07.30 | 3.57 | USD 100,000 | 108,800 |
| FY-15 | 2015.06.15 | 2025.06.15 | 3.25 | USD 300,000 | 326,400 |
| FY-16 | 2016.01.21 | 2021.07.21 | 2.50 | USD 300,000 | 326,400 |
| FY-17 | 2017.06.19~ 2017.07.25 | 2022.06.19~ 2027.07.25 | 2.63~3.13 | USD 800,000 | 870,400 |
| FY-17 | 2017.10.30 | 2037.10.30 | 1.70 | EUR 40,000 | 53,530 |
| FY-17 | 2017.11.16 | 2037.11.16 | 2.36 | SEK 450,000 | 59,747 |
| FY-18 | 2018.01.29~ 2018.07.25 | 2021.01.29~ 2023.07.25 | 3.00~3.88 | USD 1,800,000 | 1,958,400 |
| FY-18 | 2018.03.13 | 2028.03.13 | 3.35 | HKD 1,650,000 | 231,578 |
| FY-19 | 2019.01.22~ 2019.06.24 | 2022.01.22~ 2024.06.24 | 2.50~3.38 | USD 800,000 | 870,400 |
| FY-19 | 2019.02.27 | 2024.02.27 | 0.13 | CHF 200,000 | 246,866 |
| FY-19 | 2019.07.19 | 2024.07.19~ 2027.07.19 | 0.00~0.05 | CHF 300,000 | 370,299 |
| FY-19 | 2019.07.22 | 2022.07.22 | 2.38 | USD 300,000 | 326,400 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**23.   Borrowings and Debt Securities, Continued**

**(6)   Foreign debt securities as of December 31, 2019 and 2020 are as follows, continued:**

| Type | Issue date | Maturity | Interest rate (%) | Foreign currency | | Local currency |
|------|-----------|----------|-------------------|------------------|---|----------------|
| | | | In millions of won and thousands of foreign currencies | | | |
| FY-19 | 2019.10.30 | 2024.10.30 | 3M BBSW+0.97 | AUD 300,000 | ₩ | 250,968 |
| FY-19 | 2019.12.19 | 2037.12.31 | 3.30~5.70 | USD 387,098 | | 421,163 |
| FY-20 | 2020.02.03 | 2025.02.03 | 2.13 | USD 300,000 | | 326,400 |
| FY-20 | 2020.06.15 | 2025.06.15 | 1.13 | USD 500,000 | | 544,000 |
| FY-20 | 2020.05.06 | 2025.05.06 | 1.75 | USD 500,000 | | 544,000 |
| FY-20 | 2020.08.03 | 2026.02.03 | 0.61 | USD 300,000 | | 326,399 |
| | | | | | | 10,479,958 |
| Less : Discount on foreign debt securities | | | | | | (100,770) |
| Add : Premium on foreign debt securities | | | | | | 1,366 |
| Less : Current portion of foreign debt securities | | | | | | (1,322,084) |
| Add : Current portion of discount on foreign debt securities | | | | | | 1,569 |
| | | | | | ₩ | 9,060,039 |

**(7)   Changes in borrowings and debt securities for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | 2020 |
|--|--|------|------|
| | | In millions of won | |
| Beginning balance | ₩ | 61,034,627 | 67,876,541 |
| Cash flow | | 6,342,074 | 2,538,787 |
| Effect of exchange rate fluctuations | | 494,414 | (640,304) |
| Increase from the business combination | | 2,900 | — |
| Others | | 2,526 | (50,443) |
| Ending balance | ₩ | 67,876,541 | 69,724,581 |

F-160

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

24.  **Lease**

1)  **Company as a lessee**

(1)  **Lease contracts**

The Company applies the short-term leases recognition exemption to its lease contracts that have a lease term of 12 months or less from the commencement date, and recognized ₩20,127 million and ₩45,787 million respectively, as expense for the years ended December 31, 2019 and 2020. The Company also applies the leases of low-value assets recognition exemption to leases contracts with underlying assets considered to be low value (i.e., approximately less than ₩5 million), and recognized ₩1,616 million and ₩2,796 million respectively, as expense for the year ended December 31, 2019 and 2020. The Company has lease contracts for various items such as consecutive voyage charter contracts, power purchase agreements (PPA), real estate lease contracts including buildings, switchyard, and land for electric substation, vehicles, and other equipment.

(2)  **Right-of-use assets as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | |
|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value |
| | | | In millions of won | |
| Land | ₩ | 693,103 | (49,029) | 644,074 |
| Buildings | | 54,980 | (20,403) | 34,577 |
| Structures | | 28,198 | (2,554) | 25,644 |
| Machinery | | 1,308 | (484) | 824 |
| Ships | | 4,113,754 | (425,465) | 3,688,289 |
| Vehicles | | 20,817 | (7,109) | 13,708 |
| Others(*) | | 2,661,850 | (2,285,393) | 376,457 |
| | ₩ | 7,574,010 | (2,790,437) | 4,783,573 |

(*)  Including power purchase agreements ("PPA") with GS EPS and two other LNG combined power suppliers.

| | | 2020 | | |
|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value |
| | | | In millions of won | |
| Land | ₩ | 811,014 | (104,435) | 706,579 |
| Buildings | | 82,749 | (35,527) | 47,222 |
| Structures | | 24,175 | (3,689) | 20,486 |
| Machinery | | 1,308 | (613) | 695 |
| Ships | | 4,280,331 | (842,968) | 3,437,363 |
| Vehicles | | 29,281 | (15,756) | 13,525 |
| Others(*) | | 2,676,356 | (2,360,060) | 316,296 |
| | ₩ | 7,905,214 | (3,363,048) | 4,542,166 |

(*)  Including power purchase agreements ("PPA") with GS EPS and another LNG combined power supplier.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**24.   Lease, Continued**

**(3)   Changes in right-of-use assets for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | |
| --- | --- | --- | --- | --- | --- |
| | Beginning balance | Changes in accounting policies(*) | Increase | Depreciation | Ending balance |
| | | | In millions of won | | |
| Land | ₩ — | 684,386 | 8,717 | (49,029) | 644,074 |
| Buildings | — | 36,874 | 18,106 | (20,403) | 34,577 |
| Structures | — | 20,840 | 7,358 | (2,554) | 25,644 |
| Machinery | — | — | 1,308 | (484) | 824 |
| Ships | — | 3,986,947 | 126,807 | (425,465) | 3,688,289 |
| Vehicles | — | 11,258 | 9,559 | (7,109) | 13,708 |
| Others | — | 403,346 | 49,141 | (76,030) | 376,457 |
| | ₩ — | 5,143,651 | 220,996 | (581,074) | 4,783,573 |

(*)   Including transferred amount of ₩195,704 million, which was classified as finance lease assets as of December 31, 2018.

| | | 2020 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Beginning balance | Increase | Depreciation | Decrease | Others | Ending balance |
| | | | In millions of won | | | |
| Land | ₩ 644,074 | 12,269 | (52,069) | — | 102,305 | 706,579 |
| Buildings | 34,577 | 53,182 | (37,609) | (803) | (2,125) | 47,222 |
| Structures | 25,644 | 260 | (1,485) | — | (3,933) | 20,486 |
| Machinery | 824 | — | (129) | — | — | 695 |
| Ships | 3,688,289 | 183,789 | (427,221) | — | (7,494) | 3,437,363 |
| Vehicles | 13,708 | 9,009 | (7,747) | (21) | (1,424) | 13,525 |
| Others | 376,457 | 32,825 | (59,994) | (3) | (32,989) | 316,296 |
| | ₩ 4,783,573 | 291,334 | (586,254) | (827) | 54,340 | 4,542,166 |

**(4)   Lease liabilities as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | 2020 |
| --- | --- | --- | --- |
| | | In millions of won | |
| Less than 1 year | ₩ | 686,445 | 614,442 |
| 1 ~ 5 years | | 2,334,883 | 2,133,538 |
| More than 5 years | | 2,735,681 | 2,461,557 |
| | | 5,757,009 | 5,209,537 |
| Less : Discount | | (686,876) | (588,441) |
| Present value of lease payment | ₩ | 5,070,133 | 4,621,096 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**24.  Lease, Continued**

**(5)  The details of the liquidity classification of lease liabilities as of December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Current lease liabilities | ₩ | 635,349 | 576,665 |
| Non-current lease liabilities | | 4,434,784 | 4,044,431 |
|  | ₩ | 5,070,133 | 4,621,096 |

**(6)  Changes in lease liabilities for the years ended December 31, 2019 and 2020 are as follows:**

| | | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Beginning balance | Changes in accounting policies | Increase | Decrease | Interest expenses | Others(*) | Ending balance |
| | | | | In millions of won | | | | |
| Lease liabilities | ₩ | 283,806 | 4,943,584 | 218,800 | (659,387) | 85,950 | 197,380 | 5,070,133 |

(*)  Including translation effect of foreign currency lease liabilities and others.

| | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| | | Beginning balance | Increase | Decrease | Interest expenses | Others(*) | Ending balance |
| | | | | In millions of won | | | |
| Lease liabilities | ₩ | 5,070,133 | 280,114 | (725,759) | 111,782 | (115,174) | 4,621,096 |

(*)  Including translation effect of foreign currency lease liabilities and others.

**(7)  Details of expense relating to lease contracts as lessee for the year ended December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Depreciation of right-of-use assets | ₩ | 581,074 | 586,254 |
| Interest expenses of lease liabilities | | 85,950 | 111,782 |
| Leases expenses for short-term leases | | 20,127 | 45,787 |
| Leases expenses for leases of low-value assets | | 1,616 | 2,796 |
| Variable lease payments | | (15,912) | 33,267 |
|  | ₩ | 672,855 | 779,886 |

**(8)  The total cash outflow related to the lease contracts, including cash outflows due to short-term leases and leases of low-value asset, amounts to ₩665,218 million and ₩807,609 million, for the years ended December 31, 2019 and 2020, respectively.**

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**24.   Lease, Continued**

**2)   Company as a lessor**

**(1)   Finance lease contracts**

The Company entered into power purchase agreements ("PPA") with Jordan Electric Power Company to provide a 373MW level Qatrana gas combined power plant over a 25-year lease term, and an 89.1MW level Fujeij wind power plant over a 20-year lease term. Also, the Company has provided fly-ash pipe conduit as finance leases with an average lease term of 7 years. In addition, the Company provides 29 energy storage system installation projects and 114 energy efficiency contracts as finance leases with a lease term of 2 to 10 years. Also, the Company entered into a PPA with the Comission Federal de Electricidad in Mexico to provide for 25 years (from December 2013 to November 2038) all electricity generated from the power plant after completion of its construction and collect rates consisting of fixed costs (to recover the capital) and variable costs during the contracted period.

**(2)   Profit and loss related to finance lease for the years ended December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Finance income on the net investment in the lease | ₩ | 97,392 | 117,763 |

**(3)   Maturity analysis of the lease payments receivable and reconciliation of the undiscounted lease payments to the net investment in the lease as of December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Less than 1 year | ₩ | 173,093 | 162,211 |
| 1 ~ 2 years | | 150,895 | 148,485 |
| 2 ~ 3 years | | 150,596 | 144,913 |
| 3 ~ 4 years | | 149,364 | 139,605 |
| 4 ~ 5 years | | 145,964 | 136,962 |
| More than 5 years | | 1,740,652 | 1,583,576 |
|  | | 2,510,564 | 2,315,752 |
| Less : Unearned finance income | | (1,331,723) | (1,192,686) |
| Net investment in the lease(*) | ₩ | 1,178,841 | 1,123,066 |

(*)   Including the present value of unguaranteed residual value amounting to ₩15,946 million and ₩16,407 million, as of December 31, 2019 and 2020, respectively.

The implicit interest rate for a lease term is determined on the lease contract date. The implicit interest rate of the finance lease contracts is from 1.39% up to 16.60% per year as of December 31, 2020. (prior year : 3.50% ~ 16.48%)

F-164

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**24.   Lease, Continued**

**(4)   Changes in the allowance for doubtful accounts of finance lease receivables for the years ended December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Beginning balance | ₩ | 1,133 | 862 |
| Bad debt expense | | — | 128 |
| Reversal of allowance for doubtful accounts | | (271) | — |
| Ending balance | ₩ | 862 | 990 |

**25.   Employment Benefits**

**(1)   Employment benefit obligations as of December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Net defined benefit asset | ₩ | 1,047 | 7,231 |
| Net defined benefit obligations | | 1,925,134 | 1,907,013 |
| Other long-term employee benefit obligations | | 4,720 | 3,847 |

**(2)   Principal assumptions on actuarial valuation as of December 31, 2019 and 2020 are as follows:**

|  | 2019 | 2020 |
|---|---|---|
| Discount rate | 1.92%~2.05% | 1.87%~2.12% |
| Future salary and benefit levels | 4.39% | 4.28% |
| Weighted average duration | 10.95 years | 10.77 years |

**(3)   Details of expense relating to defined benefit plans for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Current service cost | ₩ | 369,899 | 440,300 | 509,520 |
| Interest cost | | 87,687 | 83,619 | 83,248 |
| Expected return on plan assets | | (42,135) | (41,597) | (42,742) |
| Past service cost | | — | 301,442 | (2,027) |
| Loss from settlement | | (767) | (2,017) | — |
|  | ₩ | 414,684 | 781,747 | 547,999 |

F-165

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**25.   Employment Benefits, Continued**

(3)   **Details of expense relating to defined benefit plans for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

Expenses described above are recognized in those items below in the consolidated financial statements.

|  |  | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  |  |  | In millions of won |  |
| Cost of sales | ₩ | 308,672 | 580,623 | 397,442 |
| Selling and administrative expenses |  | 51,903 | 120,455 | 94,846 |
| Others (Construction-in-progress and others) |  | 54,109 | 80,669 | 55,711 |
|  | ₩ | 414,684 | 781,747 | 547,999 |

In addition, for the years ended December 31, 2018, 2019 and 2020, employee benefit obligations expenses of ₩66,833 million, ₩71,844 million and ₩60,587million, respectively, are recognized as cost of sales, and ₩13,204 million, ₩12,775 million and ₩9,121 million, respectively, are recognized as selling and administrative expenses, and ₩14,189 million, ₩13,893 million and ₩11,861 million, respectively, are recognized as construction-in-progress and others, relates to the Company's defined contribution plans.

(4)   **Details of defined benefit obligations as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won |  |
| Present value of defined benefit obligation from funded plans | ₩ | 4,035,400 | 4,570,614 |
| Fair value of plan assets |  | (2,111,313) | (2,670,832) |
|  |  | 1,924,087 | 1,899,782 |
| Present value of defined benefit obligation from unfunded plans |  | — | — |
| Net liabilities incurred from defined benefit plans | ₩ | 1,924,087 | 1,899,782 |

(5)   **Changes in the present value of defined benefit obligations for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won |  |
| Beginning balance | ₩ | 3,414,116 | 4,035,400 |
| Current service cost |  | 440,300 | 509,520 |
| Interest cost(*) |  | 83,619 | 83,248 |
| Remeasurement component |  | (93,736) | 84,385 |
| Past service cost |  | 301,442 | (2,027) |
| Loss from settlement |  | (2,018) | — |
| Actual payments |  | (108,057) | (139,956) |
| Others |  | (266) | 44 |
| Ending balance | ₩ | 4,035,400 | 4,570,614 |

(*)   The Company decided to include a performance incentive for management evaluation in the average wage during the previous year and recognized it as past service cost.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**25.   Employment Benefits, Continued**

**(6)   Changes in the fair value of plan assets for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Beginning balance | ₩ | 1,775,331 | 2,111,313 |
| Expected return |  | 41,597 | 42,742 |
| Remeasurement component |  | (11,186) | (390) |
| Contributions by the employers |  | 348,386 | 582,275 |
| Actual payments |  | (42,815) | (65,108) |
| Ending balance | ₩ | 2,111,313 | 2,670,832 |

In addition, loss on accumulated remeasurement component amounting to ₩117,779million and ₩169,234million has been recognized as other comprehensive income or loss for the years ended December 31, 2019 and 2020, respectively.

**(7)   Details of the fair value of plan assets as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Equity instruments | ₩ | 189,235 | 253,358 |
| Debt instruments |  | 648,265 | 822,582 |
| Bank deposit |  | 199,743 | 284,655 |
| Others |  | 1,074,070 | 1,310,237 |
|  | ₩ | 2,111,313 | 2,670,832 |

For the years ended December 31, 2019 and 2020, actual returns on plan assets amounted to ₩30,411 million and ₩42,352 million, respectively.

**(8)   Remeasurement component recognized in other comprehensive income (loss) for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Actuarial gain from changes in financial assumptions | ₩ | (2,916) | (2,979) |
| Experience adjustments, etc. |  | (90,820) | 87,364 |
| Expected return |  | 11,186 | 390 |
|  | ₩ | (82,550) | 84,775 |

Remeasurement component recognized as other comprehensive income or loss is included in retained earnings.

F-167

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

26.  **Provisions**

(1)  **Provisions as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
| | | Current | Non-current | Current | Non-current |
| | | | In millions of won | | |
| Employment benefits | | | | | |
| Provisions for employment benefits | ₩ | 975,619 | — | 1,024,574 | — |
| Litigation | | | | | |
| Litigation provisions | | 39,177 | 49,221 | 46,287 | 66,715 |
| Decommissioning cost | | | | | |
| Nuclear plants | | — | 15,994,039 | — | 16,974,884 |
| Spent fuel | | 401,741 | 953,539 | 487,529 | 866,472 |
| Radioactive waste | | 77,053 | 1,811,029 | 46,369 | 1,845,244 |
| PCBs | | — | 152,981 | — | 119,019 |
| Other recovery provisions | | — | 10,773 | — | 25,840 |
| Others | | | | | |
| Power plant regional support program | | 140,133 | — | 144,272 | — |
| Transmission regional support program | | 139,785 | — | 96,895 | — |
| Provisions for financial guarantee | | 111 | 81,246 | 22,250 | 44,104 |
| Provisions for RPS | | 2,889 | — | 9,126 | — |
| Provisions for greenhouse gas emissions obligations | | 682,459 | — | 393,121 | — |
| Others | | 145,754 | 13,220 | 181,241 | 133,294 |
| | ₩ | 2,604,721 | 19,066,048 | 2,451,664 | 20,075,572 |

F-168

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**26.   Provisions, Continued**

**(2)   Changes in provisions for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Increase in provision | Payment | Reversal | Others | Ending balance |
| | | | In millions of won | | | |
| Employment benefits | | | | | | |
| Provisions for employment benefits | ₩ 976,347 | 900,033 | (879,980) | (20,781) | — | 975,619 |
| Litigation | | | | | | |
| Litigation provisions | 77,793 | 59,366 | (17,236) | (31,525) | — | 88,398 |
| Decommissioning cost | | | | | | |
| Nuclear plants | 13,388,134 | 2,639,562 | (33,657) | — | — | 15,994,039 |
| Spent fuel | 1,291,354 | 440,029 | (376,103) | — | — | 1,355,280 |
| Radioactive waste | 1,685,008 | 209,551 | (6,787) | — | 310 | 1,888,082 |
| PCBs | 147,668 | 14,251 | (8,938) | — | — | 152,981 |
| Other recovery provisions | 10,477 | 2,020 | (2,033) | — | 309 | 10,773 |
| Others | | | | | | |
| Power plant regional support program | 137,668 | 41,341 | (48,390) | — | 9,514 | 140,133 |
| Transmission regional support program | 151,698 | 169,616 | (181,529) | — | — | 139,785 |
| Provisions for tax | 6,845 | — | — | (6,847) | 2 | — |
| Provisions for financial guarantee | 15,586 | 83,910 | (16,589) | (1,551) | 1 | 81,357 |
| Provisions for RPS | 93,919 | 222,119 | (313,149) | — | — | 2,889 |
| Provisions for greenhouse gas emissions obligations | 136,187 | 724,002 | (152,463) | (25,267) | — | 682,459 |
| Others | 61,862 | 113,751 | (16,217) | (833) | 411 | 158,974 |
| | ₩ 18,180,546 | 5,619,551 | (2,053,071) | (86,804) | 10,547 | 21,670,769 |

F-169

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**26.    Provisions, Continued**

**(2)    Changes in provisions for the years ended December 31, 2019 and 2020 are as follows, continued:**

| | | 2020 | | | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Increase in provision | Payment | Reversal | Others | Ending balance |
| | | | In millions of won | | | |
| Employment benefits | | | | | | |
| Provisions for employment benefits ₩ | 975,619 | 1,078,382 | (1,028,218) | — | (1,209) | 1,024,574 |
| Litigation | | | | | | |
| Litigation provisions | 88,398 | 81,990 | (34,662) | (22,724) | — | 113,002 |
| Decommissioning cost | | | | | | |
| Nuclear plants | 15,994,039 | 1,028,580 | (47,735) | — | — | 16,974,884 |
| Spent fuel | 1,355,280 | 394,642 | (395,921) | — | — | 1,354,001 |
| Radioactive waste | 1,888,082 | 71,529 | (67,998) | — | — | 1,891,613 |
| PCBs | 152,981 | 3,017 | (14,839) | (22,140) | — | 119,019 |
| Other recovery provisions | 10,773 | 15,280 | — | — | (213) | 25,840 |
| Others | | | | | | |
| Power plant regional support program | 140,133 | 39,445 | (42,935) | — | 7,629 | 144,272 |
| Transmission regional support program | 139,785 | 151,796 | (194,686) | — | — | 96,895 |
| Provisions for tax | — | — | (24) | 25 | (1) | — |
| Provisions for financial guarantee | 81,357 | 11,303 | (20,962) | (5,317) | (27) | 66,354 |
| Provisions for RPS | 2,889 | 494,199 | (487,962) | — | — | 9,126 |
| Provisions for greenhouse gas emissions obligations | 682,459 | 331,684 | (633,482) | 65,389 | (52,929) | 393,121 |
| Others | 158,974 | 210,051 | (48,919) | (4,593) | (978) | 314,535 |
| ₩ | 21,670,769 | 3,911,898 | (3,018,343) | 10,640 | (47,728) | 22,527,236 |

F-170

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**27.   Government Grants**

**(1)   Government grants as of December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Land | ₩ | (21,817) | (23,475) |
| Buildings | | (61,920) | (57,231) |
| Structures | | (186,554) | (180,009) |
| Machinery | | (158,907) | (157,785) |
| Vehicles | | (2,275) | (632) |
| Equipment | | (241) | (227) |
| Tools | | (403) | (239) |
| Construction-in-progress | | (61,211) | (79,126) |
| Investment properties | | (13) | (29) |
| Software | | (235) | (136) |
| Development expenditures | | (1,492) | (5,043) |
| Intangible assets under development | | (11,029) | (7,203) |
| Other intangible assets | | (79) | (75) |
| | ₩ | (506,176) | (511,210) |

F-171

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**27.   Government Grants, Continued**

**(2)   Changes in government grants for the years ended December 31, 2019 and 2020 are as follows:**

|  | | Beginning balance | Receipt | Acquisition | Offset the items of depreciation expense and others | Disposal | Others | Ending balance |
|---|---|---|---|---|---|---|---|---|
|  | | | | | In millions of won | | | |
| Cash | ₩ | — | (21,705) | — | — | — | 21,705 | — |
| Land | | (21,968) | — | — | — | 151 | — | (21,817) |
| Buildings | | (63,189) | — | — | 6,214 | — | (4,945) | (61,920) |
| Structures | | (190,854) | — | — | 9,373 | 2,405 | (7,478) | (186,554) |
| Machinery | | (173,242) | — | — | 17,993 | 635 | (4,293) | (158,907) |
| Vehicles | | (4,220) | — | — | 2,170 | 5 | (230) | (2,275) |
| Equipment | | (418) | — | — | 262 | — | (85) | (241) |
| Tools | | (675) | — | — | 281 | — | (9) | (403) |
| Construction-in-progress | | (54,740) | — | 12,338 | — | — | (18,809) | (61,211) |
| Finance lease assets | | (26) | — | — | — | — | 26 | — |
| Investment properties | | (50) | — | — | 1 | — | 36 | (13) |
| Software | | (420) | — | — | 202 | — | (17) | (235) |
| Development expenditures | | (2,110) | — | — | 833 | — | (215) | (1,492) |
| Intangible assets under development | | (10,564) | — | — | — | — | (465) | (11,029) |
| Other intangible assets | | — | — | — | 2 | — | (81) | (79) |
| | ₩ | (522,476) | (21,705) | 12,338 | 37,331 | 3,196 | (14,860) | (506,176) |

F-172

Table of Contents

KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

27.  Government Grants, Continued

(2)  Changes in government grants for the years ended December 31, 2019 and 2020 are as follows, continued:

| | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|
| | Beginning balance | Receipt | Acquisition | Offset the items of depreciation expense and others | Disposal | Others | Ending balance |
| | | | | In millions of won | | | |
| Cash | ₩ — | (41,209) | — | — | — | 41,209 | — |
| Land | (21,817) | — | — | — | 2 | (1,660) | (23,475) |
| Buildings | (61,920) | — | — | 5,206 | — | (517) | (57,231) |
| Structures | (186,554) | — | — | 9,526 | 2,032 | (5,013) | (180,009) |
| Machinery | (158,907) | — | — | 17,468 | 496 | (16,842) | (157,785) |
| Vehicles | (2,275) | — | — | 2,064 | 4 | (425) | (632) |
| Equipment | (241) | — | — | 149 | — | (135) | (227) |
| Tools | (403) | — | — | 243 | — | (79) | (239) |
| Construction-in-progress | (61,211) | — | 8,783 | — | — | (26,698) | (79,126) |
| Investment properties | (13) | — | — | 1 | — | (17) | (29) |
| Software | (235) | — | — | 99 | — | — | (136) |
| Development expenditures | (1,492) | — | — | 1,453 | — | (5,004) | (5,043) |
| Intangible assets under development | (11,029) | — | — | — | — | 3,826 | (7,203) |
| Other intangible assets | (79) | — | — | 4 | — | — | (75) |
| | ₩ (506,176) | (41,209) | 8,783 | 36,213 | 2,534 | (11,355) | (511,210) |

28.  Deferred Revenues

Deferred revenue for the years ended December 31, 2019 and 2020 are as follows which included in current and non-current non-financial liabilities in the consolidated statements of financial position:

| | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| Beginning balance | ₩ | 8,606,563 | 9,201,538 |
| Increase during the period | | 1,199,783 | 1,310,128 |
| Recognized as revenue during the period | | (604,808) | (643,477) |
| Ending balance | ₩ | 9,201,538 | 9,868,189 |

F-173

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

29.    **Non-financial Liabilities**

Non-financial liabilities as of December 31, 2019 and 2020 are as follows:

|  | | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
|  |  | Current | Non-current | Current | Non-current |
|  |  | In millions of won | | | |
| Advance received | ₩ | 3,825,240 | 192,863 | 3,693,043 | 331,596 |
| Unearned revenue |  | 30,988 | 6,589 | 35,068 | 6,122 |
| Deferred revenue |  | 590,928 | 8,610,610 | 625,596 | 9,242,593 |
| Withholdings |  | 160,977 | 10,901 | 257,059 | 9,909 |
| Others |  | 1,080,220 | 13,489 | 1,360,684 | 71,721 |
|  | ₩ | 5,688,353 | 8,834,452 | 5,971,450 | 9,661,941 |

30.    **Contributed Capital**

(1)    **Details of shares issued as of December 31, 2019 and 2020 are as follows:**

|  | 2019 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Shares authorized | Shares issued | Par value per share (in won) | Owned by government(*) | Owned by others | Total |
|  | | | In millions of won except share information | | | |
| Common shares | 1,200,000,000 | 641,964,077  ₩ | 5,000 | 1,640,385 | 1,569,435 | 3,209,820 |

(*)    Korea Development Bank's interest of ₩1,056,176 million is included.

|  | 2020 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Shares authorized | Shares issued | Par value per share (in won) | Owned by government(*) | Owned by others | Total |
|  | | | In millions of won except share information | | | |
| Common shares | 1,200,000,000 | 641,964,077  ₩ | 5,000 | 1,640,385 | 1,569,435 | 3,209,820 |

(*)    Korea Development Bank's interest of ₩1,056,176 million is included.

(2)    **Details in number of outstanding capital stock for the years ended December 31, 2019 and 2020 are as follows.**

|  | 2019 | 2020 |
| --- | --- | --- |
|  | Number of shares | |
| Beginning balance | 641,964,077 | 641,964,077 |
| Ending balance | 641,964,077 | 641,964,077 |

(3)    **Details of share premium as of December 31, 2019 and 2020 are as follows:**

|  | | 2019 | 2020 |
| --- | --- | --- | --- |
|  | | In millions of won | |
| Share premium | ₩ | 843,758 | 843,758 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**31.   Retained Earnings and Dividends Paid**

**(1)   Details of retained earnings as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Legal reserve(*) | ₩ | 1,604,910 | 1,604,910 |
| Voluntary reserves |  | 34,785,425 | 32,179,066 |
| Retained earnings before appropriations |  | 12,811,798 | 17,349,625 |
| Retained earnings | ₩ | 49,202,133 | 51,133,601 |

> (*)   The KEPCO Act requires KEPCO to appropriate a legal reserve equal to at least 20 percent of net income for each accounting period until the reserve equals 50 percent of KEPCO's common stock. The legal reserve is not available for cash dividends; however, this reserve may be credited to paid-in capital or offset against accumulated deficit by the resolution of the shareholders.

**(2)   Details of voluntary reserves as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Reserve for investment on social overhead capital | ₩ | 5,277,449 | 5,277,449 |
| Reserve for research and human development(*) |  | 330,000 | 330,000 |
| Reserve for business expansion |  | 28,967,976 | 26,361,617 |
| Reserve for equalizing dividends |  | 210,000 | 210,000 |
|  | ₩ | 34,785,425 | 32,179,066 |

> (*)   The reserve for research and human development is appropriated by KEPCO to use as qualified tax credits to reduce corporate tax liabilities. The reserve is available for cash dividends for a certain period as defined by the Restriction of Special Taxation Act of Korea.

**(3)   Changes in retained earnings for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Beginning balance | ₩ | 51,519,119 | 49,202,133 |
| Profit (loss) for the period attributed to owner of the controlling Company |  | (2,345,517) | 1,991,347 |
| Changes in equity method retained earnings |  | (6,789) | 3,181 |
| Remeasurements of defined benefit liability, net of tax |  | 36,160 | (62,857) |
| Transfer of gain (loss) on valuation of financial assets through other comprehensive income |  | (840) | — |
| Transactions between consolidated entities |  | — | (203) |
| Ending balance | ₩ | 49,202,133 | 51,133,601 |

F-175

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**31.   Retained Earnings and Dividends Paid, Continued**

**(4)   Dividends paid for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| In millions of won | Number of shares issued | Number of treasury stocks | Number of shares eligible for dividends | | Dividends paid per share (In won) | Dividends paid |
|---|---|---|---|---|---|---|
| | | | **2018** | | | |
| Common shares | 641,964,077 | — | 641,964,077 | ₩ | 790 | 507,152 |

| In millions of won | Number of shares issued | Number of treasury stocks | Number of shares eligible for dividends | | Dividends paid per share (In won) | Dividends paid |
|---|---|---|---|---|---|---|
| | | | **2019** | | | |
| Common shares | 641,964,077 | — | 641,964,077 | ₩ | — | — |

| In millions of won | Number of shares issued | Number of treasury stocks | Number of shares eligible for dividends | | Dividends paid per share (In won) | Dividends paid |
|---|---|---|---|---|---|---|
| | | | **2020** | | | |
| Common shares | 641,964,077 | — | 641,964,077 | ₩ | — | — |

**(5)   Changes in retained earnings of investments in associates and joint ventures for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| Beginning balance | ₩ | 3,969 | (2,820) |
| Changes | | (6,789) | 3,181 |
| Ending balance | ₩ | (2,820) | 361 |

**(6)   Changes in remeasurement components related to defined benefit liability for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| Beginning balance | ₩ | (219,381) | (117,779) |
| Changes | | 76,395 | (77,828) |
| Income tax effect | | (40,235) | 14,971 |
| Transfer to reserve for business expansion | | 65,442 | 11,402 |
| Ending balance | ₩ | (117,779) | (169,234) |

F-176

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**32.   Statement of Appropriation of Retained Earnings (Statement of Disposition of Deficit)**

For the year ended December 31, 2019, KEPCO's deficits were appropriated on March 27, 2020. For the year ended December 31, 2020, KEPCO's retained earnings are expected to be disposed on March 25, 2021. Statements of disposition of deficit and appropriation of retained earnings of KEPCO, the controlling company, for the years ended December 31, 2019 and 2020, respectively, are as follows:

| | | 2019 | 2020 |
|---|---|---:|---:|
| | | In millions of won except for dividends per share | |
| I. | Retained earnings before appropriations (undisposed deficit) | | |
| | Unappropriated retained earnings carried over from prior years | ₩ — | — |
| | Net income (loss) | (2,594,957) | 1,951,498 |
| | Remeasurements of the defined benefit plan | (11,402) | (67,119) |
| | | (2,606,359) | 1,884,379 |
| II. | Transfer from voluntary reserves | 2,606,359 | — |
| III. | Subtotal (I+II) | — | 1,884,379 |
| IV. | Appropriations of retained earnings (Disposition of deficit) | | |
| | Legal reserve | — | — |
| | Dividends (government, individual) | | |
| | (Amount of dividends per share (%) : Current year – ₩1,216 (24.32%) | | |
| | Prior year – ₩0 (0%)) | — | (780,628) |
| | Reserve for business expansion | — | (1,103,751) |
| | | — | (1,884,379) |
| V. | Unappropriated retained earnings to be carried over forward to subsequent year | — | — |

**33.   Hybrid Bonds**

Hybrid bonds classified as equity (non-controlling interest) as of December 31, 2019 and 2020 are as follows:

| Issuer | Hybrid bond | Issued date | Maturity | Yield (%) | 2019 | 2020 |
|---|---|---|---|---:|---:|---:|
| | | | | In millions of won | | |
| Korea South-East Power Co., Ltd. | 1st hybrid bond | 2012.12.07 | 2042.12.06 | 4.38 | ₩ 170,000 | 170,000 |
| Korea South-East Power Co., Ltd. | 2nd hybrid bond | 2012.12.07 | 2042.12.06 | 4.44 | 230,000 | 230,000 |
| Expense of issuance | | | | | (1,090) | (1,090) |
| | | | | | ₩ 398,910 | 398,910 |

Although these instruments have contractual maturity dates, the contractual agreements allow these subsidiaries to indefinitely extend the maturity dates and defer the payment of interest without modification to the other terms of the instruments. When the Company decides not to pay dividends on ordinary shares, they are not required to pay interest on the hybrid bonds.

Substantially, as these instruments have no contractual obligation to pay principal and interest, these instruments have been classified as equity (non-controlling interest) in the Company's consolidated financial statements.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**34.   Other Components of Equity**

**(1)   Other components of equity of the parent as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Other capital surplus | ₩ | 1,226,364 | 1,224,105 |
| Accumulated other comprehensive income (loss) |  | (280,730) | (409,577) |
| Other equity |  | 13,294,973 | 13,294,973 |
|  | ₩ | 14,240,607 | 14,109,501 |

**(2)   Changes in other capital surplus for the years ended December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|---|
|  |  | Gains on disposal of treasury stocks | Others | Subtotal | Gains on disposal of treasury stocks | Others | Subtotal |
|  |  | In millions of won | | | | | |
| Beginning balance | ₩ | 387,524 | 847,301 | 1,234,825 | 387,524 | 838,840 | 1,226,364 |
| Issuance of share capital of subsidiary |  | — | — | — | — | (148) | (148) |
| Others |  | — | (8,461) | (8,461) | — | (2,111) | (2,111) |
| Ending balance | ₩ | 387,524 | 838,840 | 1,226,364 | 387,524 | 836,581 | 1,224,105 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**34.    Other Components of Equity, Continued**

**(3)    Changes in accumulated other comprehensive income (loss) for the years ended December 31, 2019 and 2020 are as follows:**

| | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | | Financial asset at fair value through other comprehensive income valuation reserve | Shares in other comprehensive income of investments in associates and joint ventures | Reserve for overseas operations translation credit | Reserve for gain (loss) on valuation of derivatives | Total |
| | | In millions of won | | | | |
| Beginning balance | ₩ | (81,708) | 123,553 | (350,245) | (50,170) | (358,570) |
| Changes in the unrealized fair value of financial assets at FVOCI, net of tax | | (10,891) | — | — | — | (10,891) |
| Shares in other comprehensive income of associates and joint ventures, net of tax | | — | 19,343 | — | — | 19,343 |
| Foreign currency translation of foreign operations, net of tax | | — | — | 55,347 | — | 55,347 |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting, net of tax | | — | — | — | 14,041 | 14,041 |
| Ending balance | ₩ | (92,599) | 142,896 | (294,898) | (36,129) | (280,730) |

| | | 2020 | | | | |
|---|---|---|---|---|---|---|
| | | Financial asset at fair value through other comprehensive income valuation reserve | Shares in other comprehensive income of investments in associates and joint ventures | Reserve for overseas operations translation credit | Reserve for gain (loss) on valuation of derivatives | Total |
| | | In millions of won | | | | |
| Beginning balance | ₩ | (92,599) | 142,896 | (294,898) | (36,129) | (280,730) |
| Changes in the unrealized fair value of financial assets at FVOCI, net of tax | | (8,533) | — | — | — | (8,533) |
| Shares in other comprehensive Income(loss) of associates and joint ventures, net of tax | | — | (132,805) | — | — | (132,805) |
| Foreign currency translation of foreign operations, net of tax | | — | — | (46,032) | — | (46,032) |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting, net of tax | | — | — | — | 58,523 | 58,523 |
| Ending balance | ₩ | (101,132) | 10,091 | (340,930) | 22,394 | (409,577) |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**34.   Other Components of Equity, Continued**

**(4)   Other equity as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Statutory revaluation reserve | ₩ | 13,295,098 | 13,295,098 |
| Changes in other equity |  | (125) | (125) |
|  | ₩ | 13,294,973 | 13,294,973 |

**35.   Sales**

Details of sales for the years ended December 31, 2018, 2019 and 2020 are as follows:

|  |  | 2018 | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|---|
|  |  | Domestic | Overseas | Domestic | Overseas | Domestic | Overseas |
|  |  | In millions of won | | | | | |
| **[Type of goods and services]** |  |  |  |  |  |  |  |
| Sales of goods | ₩ | 57,514,866 | 382,938 | 56,609,330 | 285,546 | 56,380,608 | 303,704 |
|    Electricity |  | 56,842,011 | — | 55,939,001 | — | 55,730,985 | — |
|    Heat supply |  | 216,117 | — | 220,948 | — | 198,715 | — |
|    Others |  | 456,738 | 382,938 | 449,381 | 285,546 | 450,908 | 303,704 |
| Sales related to rendering of services |  | 176,539 | 216,328 | 222,106 | 186,184 | 223,075 | 206,275 |
| Sales of construction services |  | 108,586 | 1,633,805 | 110,692 | 1,154,224 | 170,895 | 641,280 |
|  | ₩ | 57,799,991 | 2,233,071 | 56,942,128 | 1,625,954 | 56,774,578 | 1,151,259 |
| **[Timing of revenue recognition]** |  |  |  |  |  |  |  |
| Performance obligations satisfied at a point in time | ₩ | 57,514,866 | 382,938 | 56,609,330 | 285,546 | 56,380,608 | 303,704 |
| Performance obligations satisfied over time |  | 285,125 | 1,850,133 | 332,798 | 1,340,408 | 393,970 | 847,555 |
|  | ₩ | 57,799,991 | 2,233,071 | 56,942,128 | 1,625,954 | 56,774,578 | 1,151,259 |

F-180

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**36.    Selling and Administrative Expenses**

**(1)    Selling and administrative expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Salaries | ₩ | 757,819 | 775,204 | 1,095,183 |
| Retirement benefit expense | | 65,107 | 157,272 | 103,967 |
| Welfare and benefit expense | | 132,089 | 120,463 | 155,071 |
| Insurance expense | | 12,181 | 12,427 | 10,178 |
| Depreciation | | 214,499 | 232,510 | 218,103 |
| Amortization of intangible assets | | 54,153 | 76,547 | 87,086 |
| Bad debt expense | | 39,784 | (12,719) | 20,648 |
| Commission | | 714,096 | 632,849 | 368,275 |
| Advertising expense | | 30,894 | 34,453 | 29,559 |
| Training expense | | 6,277 | 7,174 | 5,196 |
| Vehicle maintenance expense | | 10,148 | 9,525 | 9,435 |
| Publishing expense | | 3,307 | 3,414 | 3,677 |
| Business promotion expense | | 2,785 | 3,038 | 3,614 |
| Rent expense | | 42,851 | 40,505 | 36,337 |
| Telecommunication expense | | 23,505 | 8,451 | 8,686 |
| Transportation expense | | 686 | 865 | 1,007 |
| Taxes and dues | | 46,424 | 58,666 | 62,828 |
| Expendable supplies expense | | 6,166 | 6,682 | 8,029 |
| Water, light and heating expense | | 12,629 | 11,867 | 11,749 |
| Repairs and maintenance expense | | 62,580 | 88,576 | 79,185 |
| Ordinary development expense | | 215,494 | 224,463 | 197,436 |
| Travel expense | | 14,363 | 15,652 | 10,793 |
| Clothing expense | | 10,108 | 9,369 | 14,834 |
| Survey and analysis expense | | 705 | 848 | 826 |
| Membership fee | | 1,043 | 969 | 1,274 |
| Others | | 148,197 | 150,506 | 135,467 |
|  | ₩ | 2,627,890 | 2,669,576 | 2,678,443 |

**(2)    Details of "others" included in selling and administrative expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Accommodation development expenses | ₩ | 52,822 | 53,945 | 30,889 |
| Miscellaneous wages | | 32,447 | 39,794 | 45,887 |
| Litigation and filing expenses | | 12,853 | 21,768 | 19,341 |
| Compensation for damages | | 19,193 | (1,924) | 8,374 |
| Outsourcing expenses | | 3,036 | 3,293 | 3,610 |
| Reward expenses | | 2,713 | 2,858 | 3,228 |
| Overseas market development expenses | | 1,361 | 1,997 | 1,218 |
| Others | | 23,772 | 28,775 | 22,920 |
|  | ₩ | 148,197 | 150,506 | 135,467 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**37. Other Income and Expenses**

**(1) Other income for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Reversal of other provisions | ₩ | 12,700 | 16,542 | 25,826 |
| Reversal of other allowance for doubtful accounts | | 143 | — | 2,465 |
| Gains on government grants | | 482 | 281 | 269 |
| Gains on assets contributed | | 17,336 | 6,921 | 24,324 |
| Gains on liabilities exempted | | 10,303 | 916 | 1,314 |
| Compensation and reparations revenue | | 89,901 | 113,292 | 95,407 |
| Revenue from research contracts | | 6,818 | 5,276 | 4,001 |
| Income related to transfer of assets from customers | | 594,548 | 604,808 | 643,477 |
| Rental income | | 186,631 | 191,088 | 193,567 |
| Others | | 51,032 | 58,849 | 45,798 |
|  | ₩ | 969,894 | 997,973 | 1,036,448 |

**(2) Details of "others" included in other income for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Refund of claim for rectification | ₩ | 8,933 | 1,969 | 11,880 |
| Adjustment of research project | | 2,267 | 3,294 | 2,150 |
| Maintenance expenses on lease building | | 176 | 153 | 2,785 |
| Training expenses | | 3,220 | 3,167 | 3,852 |
| Deposit redemption | | 7 | 436 | 314 |
| Reversal of expenses on litigation | | 753 | 9,926 | 620 |
| Revenue on royalty fee | | 6,909 | — | — |
| Reimbursement of insurance fee | | 7,145 | 610 | 22 |
| Gains on guarantee contracts | | 39 | 135 | 134 |
| Others | | 21,583 | 39,159 | 24,041 |
|  | ₩ | 51,032 | 58,849 | 45,798 |

F-182

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**37.    Other Income and Expenses, Continued**

**(3)    Other expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Compensation and indemnification expense | ₩ | 23,437 | 403 | 11,959 |
| Accretion expenses of other provisions | | 41,924 | 7,939 | 17,991 |
| Depreciation expenses on investment properties | | 923 | 5,069 | 1,453 |
| Depreciation expenses on idle assets | | 6,547 | 6,542 | 6,604 |
| Other bad debt expense | | 17,827 | 29,348 | 32,503 |
| Donations | | 63,743 | 64,752 | 316,981 |
| Others | | 76,929 | 127,860 | 30,229 |
|  | ₩ | 231,330 | 241,913 | 417,720 |

**(4)    Details of "others" included in other expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Operating expenses related to the idle assets | ₩ | 47 | 49 | 46 |
| Research grants | | 461 | 399 | 91 |
| Supporting expenses on farming and fishing village | | 13,537 | 13,991 | 16,115 |
| Operating expenses on fitness center | | 4,788 | 5,234 | 5,101 |
| Expenses on adjustment of research and development grants | | 404 | 554 | 720 |
| Taxes and dues | | 199 | 188 | 253 |
| Expenses on R&D supporting | | 53 | 67 | 242 |
| Others | | 57,440 | 107,378 | 7,661 |
|  | ₩ | 76,929 | 127,860 | 30,229 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**38.   Other Gains (Losses)**

**(1)   Composition of other gains (losses) for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  |  | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  |  |  | In millions of won |  |
| Other gains |  |  |  |  |
| Gains on disposal of property, plant and equipment | ₩ | 98,077 | 43,784 | 93,195 |
| Gains on disposal of intangible assets |  | 12 | 206 | 1,556 |
| Reversal of impairment loss on property, plant and equipment |  | — | 16,692 | 7,805 |
| Reversal of impairment loss on intangible assets |  | 17 | — | — |
| Gains on foreign currency translation |  | 14,905 | 16,340 | 8,917 |
| Gains on foreign currency transaction |  | 47,297 | 53,152 | 61,865 |
| Gains on insurance proceeds |  | — | 17,410 | 43,800 |
| Others |  | 221,556 | 238,688 | 322,379 |
| Other losses |  |  |  |  |
| Losses on disposal of property, plant and equipment |  | (60,704) | (72,508) | (162,725) |
| Losses on disposal of intangible assets |  | (43) | (827) | (392) |
| Losses on valuation of other non-current assets |  | — | — | (241) |
| Impairment loss on property, plant and equipment |  | (710,162) | (50,034) | (80,413) |
| Impairment loss on intangible assets |  | (8,112) | (513,609) | (3,599) |
| Impairment loss on other non-current assets |  | (87,024) | (49,620) | — |
| Losses on foreign currency translation |  | (7,678) | (8,757) | (17,664) |
| Losses on foreign currency transaction |  | (65,366) | (55,283) | (49,694) |
| Others |  | (63,899) | (217,892) | (189,695) |
|  | ₩ | (621,124) | (582,258) | 35,094 |

F-184

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**38.   Other Gains (Losses), Continued**

**(2)   Details of "others" included in other gains for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Gains on disposal of inventories | ₩ | 6,350 | 3,424 | 3,373 |
| Gains on proxy collection of TV license fee | | 40,450 | 41,013 | 41,438 |
| Gains on compensation of impaired electric poles | | 1,166 | 1,372 | 978 |
| Gains on compensation for infringement on contract | | 3,648 | — | — |
| Gains on harbor facilities dues | | 3,803 | 3,741 | 2,231 |
| Gains on technical fees | | 2,026 | 3,044 | 4,826 |
| Reversal of occupation development training fees | | 1,602 | 1,472 | 352 |
| Gains on disposal of waste | | 4,232 | 5,317 | 6,927 |
| Gains on insurance | | 22,382 | 812 | — |
| Gains on tax rebate | | 542 | 341 | 772 |
| Gains on other commission | | 4,347 | 1,111 | 1,643 |
| Gains on disposal of assets held-for-sale | | — | 23,778 | — |
| Others | | 131,008 | 153,263 | 259,839 |
|  | ₩ | 221,556 | 238,688 | 322,379 |

**(3)   Details of "others" included in other losses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Losses on valuation of inventories | ₩ | 1,953 | 3,127 | 4,998 |
| Losses on disposal of inventories | | 3,555 | 10,456 | 37,644 |
| Losses due to disaster | | 2,129 | 7,635 | 16,814 |
| Losses on rounding adjustment of electric charge surtax | | 1,265 | 1,268 | 1,276 |
| Others | | 54,997 | 195,406 | 128,963 |
|  | ₩ | 63,899 | 217,892 | 189,695 |

F-185

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**39.   Finance Income**

**(1)   Finance income for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| Interest income | ₩ | 223,767 | 268,118 | 242,586 |
| Dividends income | | 12,777 | 13,838 | 7,316 |
| Gains on disposal of financial assets | | 1,838 | 3,866 | 11,992 |
| Gains on valuation of financial assets at fair value through profit or loss | | 8,495 | 5,575 | 12,904 |
| Gains on valuation of derivatives | | 199,943 | 362,735 | 57,563 |
| Gains on transaction of derivatives | | 179,745 | 157,961 | 146,448 |
| Gains on foreign currency translation | | 143,254 | 175,839 | 1,005,961 |
| Gains on foreign currency transactions | | 27,051 | 21,774 | 24,009 |
| Other financial assets | | — | — | 1,470 |
| | ₩ | 796,870 | 1,009,706 | 1,510,249 |

**(2)   Details of interest income included in finance income for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| Cash and cash equivalents | ₩ | 40,704 | 42,861 | 9,419 |
| Financial assets at fair value through profit or loss | | 21,713 | 29,411 | 19,114 |
| Financial assets at amortized cost | | 89 | 539 | 612 |
| Loans | | 21,925 | 63,448 | 26,232 |
| Short-term financial instrument | | 41,025 | 49,070 | 25,540 |
| Long-term financial instrument | | 7,920 | 12,794 | 10,406 |
| Other financial assets | | 1 | 54 | 228 |
| Trade and other receivables | | 90,390 | 69,941 | 151,035 |
| | ₩ | 223,767 | 268,118 | 242,586 |

F-186

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**40. Finance Expenses**

**(1) Finance expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Interest expense | ₩ | 1,868,458 | 2,046,811 | 1,995,425 |
| Losses on sale of financial assets | | 1 | 2,106 | 648 |
| Losses on valuation of financial assets at fair value through profit or loss | | 6,616 | 4,513 | 7,396 |
| Losses on valuation of derivatives | | 46,740 | 45,385 | 513,278 |
| Losses on transaction of derivatives | | 32,448 | 71,546 | 81,055 |
| Losses on foreign currency translation | | 393,859 | 553,731 | 215,047 |
| Losses on foreign currency transaction | | 121,763 | 55,509 | 79,103 |
| Losses on repayment of financial liabilities | | — | — | 35 |
| Other | | 858 | 2,555 | 4,456 |
|  | ₩ | 2,470,743 | 2,782,156 | 2,896,443 |

**(2) Details of interest expense included in finance expenses for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Trade and other payables | ₩ | 42,830 | 94,019 | 88,757 |
| Short-term borrowings | | 32,545 | 42,971 | 29,358 |
| Long-term borrowings | | 92,243 | 119,806 | 118,678 |
| Debt securities | | 1,771,544 | 1,827,511 | 1,805,253 |
| Other financial liabilities | | 505,112 | 558,464 | 540,867 |
|  | | 2,444,274 | 2,642,771 | 2,582,913 |
| Less: Capitalized borrowing costs | | (575,816) | (595,960) | (587,488) |
|  | ₩ | 1,868,458 | 2,046,811 | 1,995,425 |

Capitalization rates for the years ended December 31, 2018, 2019 and 2020 are 2.17%~3.86%, 2.37%~3.44% and 2.14%~4.84%, respectively.

**41. Income Taxes**

**(1) Income tax expense (benefit) for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| **Current income tax expense** | | | | |
| Payment of income tax | ₩ | 378,715 | 538,223 | 671,179 |
| Adjustment in respect of prior years due to change in estimate | | (195,648) | (176,441) | (63,756) |
| Current income tax directly recognized in equity | | 101,528 | (53,302) | 51,486 |
| Effect of change in accounting policy | | 1,780 | — | — |
|  | | 286,375 | 308,480 | 658,909 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**41.    Income Taxes, Continued**

**(1)    Income tax expense (benefit) for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

|  | 2018 | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won |  |
| **Deferred tax expense (benefit)** |  |  |  |
| Generation and realization of temporary differences ₩ | (495,658) | (636,984) | (77,985) |
| Changes of unrecognized tax losses, tax credit and temporary differences for prior periods | (28,509) | (22,469) | (10,471) |
| Changes in deferred tax on tax losses carryforwards | (572,305) | (582,011) | 296,070 |
| Tax credit carryforwards | (16,224) | (71,306) | 32,541 |
| Amount due to change in tax rate or regulations | — | 1,987 | — |
|  | (1,112,696) | (1,310,783) | 240,155 |
| Income tax expense (benefit) ₩ | (826,321) | (1,002,303) | 899,064 |

**(2)    Reconciliation between actual income tax expense (benefit) and amount computed by applying the statutory tax rate to profit (loss) before income taxes for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | 2018 | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won |  |
| Profit (loss) before income tax ₩ | (2,000,819) | (3,265,838) | 2,991,533 |
| Income tax expense (benefit) computed at applicable tax rate(*1) | (550,225) | (898,105) | 822,672 |
| Adjustments |  |  |  |
| Effect of applying gradual tax rate | (1,408) | 10,362 | (10,362) |
| Effect of non-taxable income | (1,705) | (9,990) | (13,593) |
| Effect of non-deductible expenses | 40,151 | 12,197 | 46,776 |
| Effect of tax losses that are not recognized as deferred tax asset | 2,086 | 57,490 | — |
| Effects of tax credits and deduction | (39,471) | (76,983) | (63,753) |
| Recognition (reversal) of unrecognized deferred tax asset, net | (28,509) | (22,469) | (10,471) |
| Effect of change in deferred tax due to change in tax rate | 261 | 16,848 | (17,590) |
| Deduction of deferred tax assets | — | — | 55,682 |
| Deferred tax related to investments in subsidiaries, associates and joint ventures | (52,618) | 147,598 | 102,137 |
| Others, net | 765 | (62,810) | 51,322 |
|  | (80,448) | 72,243 | 140,148 |
| Adjustment in respect of prior years due to change in estimate | (195,648) | (176,440) | (63,756) |
| Income tax expense (benefit) ₩ | (826,321) | (1,002,302) | 899,064 |
| Effective tax rate | (*2) | (*2) | 30.05% |

(*1)    Applicable tax rate is 27.5% as of December 31, 2018, 2019 and 2020.

(*2)    The effective tax rate for the year ended December 31, 2018 and 2019 is not calculated due to income tax benefit.

F-188

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**41.   Income Taxes, Continued**

**(3)   Income tax directly adjusted to equity (except for accumulated other comprehensive income (loss)) for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Dividends of hybrid bond | ₩ | 4,273 | 3,432 | 4,273 |

**(4)   Income tax recognized as other comprehensive income (loss) for the years ended December 31, 2018, 2019 and 2020 are as follows:**

|  | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
|  | | | In millions of won | |
| Income tax recognized as other comprehensive income (loss) | | | | |
| Gain (loss) on valuation of financial assets at fair value through other comprehensive income | ₩ | 35,798 | (4,217) | 19,447 |
| Net change in the unrealized fair value of derivatives using cash flow hedge accounting | | 6,639 | (15,642) | (47,231) |
| Remeasurement of defined benefit liability | | 53,703 | (40,235) | 14,972 |
| Investments in associates | | 6,592 | 4,275 | 35,714 |
| Others | | (5,477) | (914) | 24,311 |
|  | ₩ | 97,255 | (56,733) | 47,213 |

**(5)   Changes in deferred tax assets (liabilities) recognized in the consolidated statements of financial position for the years ended December 31, 2019 and 2020 are as follow:**

|  | | 2019 | | | | | |
|---|---|---|---|---|---|---|---|
|  | | Beginning balance | Amounts recognized in profit or loss | Amount recognized in other comprehensive income (loss) | Amounts recognized directly in equity | Others (*) | Ending balance |
|  | | | | In millions of won | | | |
| **Deferred tax on temporary differences** | | | | | | | |
| Employee benefits | ₩ | 594,541 | 94,541 | (40,235) | — | — | 648,847 |
| Cash flow hedge | | 39,461 | (23,977) | (15,642) | (841) | — | (999) |
| Investments in associates and subsidiaries | | (8,666,871) | (3,131) | 4,275 | — | — | (8,665,727) |
| Property, plant and equipment | | (6,522,778) | (592,440) | — | — | — | (7,115,218) |

F-189

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**41.   Income Taxes, Continued**

**(5)   Changes in deferred tax assets (liabilities) recognized in the consolidated statements of financial position for the years ended December 31, 2019 and 2020 are as follow, continued:**

| | | | | 2019 | | | |
|---|---|---|---|---|---|---|---|
| | | Beginning balance | Amounts recognized in profit or loss | Amount recognized in other comprehensive income (loss) | Amounts recognized directly in equity | Others (*) | Ending balance |
| | | | | In millions of won | | | |
| Finance lease | ₩ | (453,074) | 292,631 | — | — | — | (160,443) |
| Intangible assets | | 6,055 | (20,232) | — | — | (41,729) | (55,906) |
| Financial assets at fair value through profit or loss | | 19 | 322 | — | — | — | 341 |
| Financial assets at fair value through other comprehensive income | | 25,576 | (3,114) | (4,217) | — | — | 18,245 |
| Deferred revenue | | 219,742 | (6,739) | — | — | — | 213,003 |
| Provisions | | 4,800,946 | 655,973 | — | — | — | 5,456,919 |
| Doubtful receivables | | 59 | — | — | — | — | 59 |
| Other financial liabilities | | 39,493 | (4,402) | — | 4,273 | — | 39,364 |
| Gains or losses on foreign exchange translation | | 27,080 | 30,881 | — | — | — | 57,961 |
| Allowance for doubtful accounts | | 58,756 | (1,149) | — | — | — | 57,607 |
| Accrued income | | (2,914) | (1,462) | — | — | — | (4,376) |
| Special deduction for property, plant and equipment | | (211,746) | (3,627) | — | — | — | (215,373) |
| Others | | 1,053,146 | 290,484 | (914) | — | — | 1,342,716 |
| | | (8,992,509) | 704,559 | (56,733) | 3,432 | (41,729) | (8,382,980) |
| **Deferred tax on unused tax losses and tax credit** | | | | | | | |
| Unused tax losses | | 554,457 | 557,356 | — | — | — | 1,111,813 |
| Excess of donation limit | | 17,848 | 18,847 | — | — | — | 36,695 |
| Tax credit | | 36,656 | 70,870 | — | — | — | 107,526 |
| | | 608,961 | 647,073 | — | — | — | 1,256,034 |
| | ₩ | (8,383,548) | 1,351,632 | (56,733) | 3,432 | (41,729) | (7,126,946) |

(*)   'Others' include amount changed due to business combination. (see Note 51)

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**41.   Income Taxes, Continued**

**(5)   Changes in deferred tax assets (liabilities) recognized in the consolidated statements of financial position for the years ended December 31, 2019 and 2020 are as follow, continued:**

| | | 2020 | | | |
|---|---:|---:|---:|---:|---:|
| | Beginning balance | Amounts recognized in profit or loss | Amount recognized in other comprehensive income (loss) | Amounts recognized directly in equity | Ending balance |
| | | | In millions of won | | |
| **Deferred tax on temporary differences** | | | | | |
| Employee benefits | ₩ 648,847 | 14,566 | 26,374 | — | 689,787 |
| Cash flow hedge | (999) | 63,817 | (47,231) | — | 15,587 |
| Investments in associates and subsidiaries | (8,665,727) | (38,002) | 35,714 | — | (8,668,015) |
| Property, plant and equipment | (7,115,218) | (598,231) | — | — | (7,713,449) |
| Finance lease | (160,443) | (50,977) | — | — | (211,420) |
| Intangible assets | (55,906) | 24,740 | — | — | (31,166) |
| Financial assets at fair value through profit or loss | 341 | (328) | — | — | 13 |
| Financial assets at fair value through other comprehensive income | 18,245 | 258 | 19,447 | — | 37,950 |
| Deferred revenue | 213,003 | (13,302) | — | — | 199,701 |
| Provisions | 5,456,919 | 459,884 | — | — | 5,916,803 |
| Doubtful receivables | 59 | (59) | — | — | — |
| Other financial liabilities | 39,364 | (13,238) | — | 4,273 | 30,399 |
| Gains or losses on foreign exchange translation | 57,961 | (69,596) | — | — | (11,635) |
| Allowance for doubtful accounts | 57,607 | (1,478) | — | — | 56,129 |
| Accrued income | (4,376) | 13,320 | — | — | 8,944 |
| Special deduction for property, plant and equipment | (215,373) | (10,978) | — | — | (226,351) |
| Others | 1,342,716 | 150,326 | 12,909 | — | 1,505,951 |
| | (8,382,980) | (69,278) | 47,213 | 4,273 | (8,400,772) |
| **Deferred tax on unused tax losses and tax credit** | | | | | |
| Unused tax losses | 1,111,813 | (218,739) | — | — | 893,074 |
| Excess of donation limit | 36,695 | (1,514) | — | — | 35,181 |
| Tax credit | 107,526 | (2,110) | — | — | 105,416 |
| | 1,256,034 | (222,363) | — | — | 1,033,671 |
| | ₩ (7,126,946) | (291,641) | 47,213 | 4,273 | (7,367,101) |

F-191

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**41.   Income Taxes, Continued**

**(6)   Deferred tax assets (liabilities) recognized in the consolidated statements of financial position as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Deferred tax assets | ₩ | 1,437,829 | 1,733,146 |
| Deferred tax liabilities |  | (8,564,775) | (9,100,247) |
|  | ₩ | (7,126,946) | (7,367,101) |

**(7)   Details of deductible temporary differences, tax losses and unused tax credits for which no deferred tax assets were recognized as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Deductible temporary differences | ₩ | 541,449 | 1,405,621 |

**42.   Assets Held-for-Sale**

**Assets held-for-sale as of December 31, 2019 and 2020 are as follows:**

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Land | ₩ | 23,002 | — |
| Buildings |  | 193 | 1 |
| Investments |  | 4,921 | — |
| Others(*) |  | — | 924 |
|  | ₩ | 28,116 | 925 |

(*)   As DG Fairhaven Power, LLC were sold after the end of the reporting period, the assets of DG Fairhaven Power, LLC were classified as assets held-for-sale.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

43.    **Expenses Classified by Nature**

Expenses classified by nature for the years ended December 31, 2018, 2019 and 2020 are as follows:

| | 2018 | | |
|---|---|---|---|
| | Selling and administrative expenses | Cost of sales | Total |
| | | In millions of won | |
| Raw materials used | ₩ — | 19,537,928 | 19,537,928 |
| Salaries | 757,819 | 3,478,804 | 4,236,623 |
| Retirement benefit expense | 65,107 | 375,505 | 440,612 |
| Welfare and benefit expense | 132,089 | 464,483 | 596,572 |
| Insurance expense | 12,181 | 93,876 | 106,057 |
| Depreciation | 214,499 | 9,683,887 | 9,898,386 |
| Amortization of intangible assets | 54,153 | 64,785 | 118,938 |
| Bad debt expense | 39,784 | — | 39,784 |
| Commission | 714,096 | 475,188 | 1,189,284 |
| Advertising expense | 30,894 | 9,419 | 40,313 |
| Training expense | 6,277 | 14,096 | 20,373 |
| Vehicle maintenance expense | 10,148 | 7,809 | 17,957 |
| Publishing expense | 3,307 | 3,530 | 6,837 |
| Business promotion expense | 2,785 | 3,860 | 6,645 |
| Rent expense | 42,851 | 171,132 | 213,983 |
| Telecommunication expense | 23,505 | 82,568 | 106,073 |
| Transportation expense | 686 | 4,537 | 5,223 |
| Taxes and dues | 46,424 | 440,317 | 486,741 |
| Expendable supplies expense | 6,166 | 31,844 | 38,010 |
| Water, light and heating expense | 12,629 | 34,640 | 47,269 |
| Repairs and maintenance expense | 62,580 | 2,156,668 | 2,219,248 |
| Ordinary development expense | 215,494 | 508,394 | 723,888 |
| Travel expense | 14,363 | 67,064 | 81,427 |
| Clothing expense | 10,108 | 4,368 | 14,476 |
| Survey and analysis expense | 705 | 3,929 | 4,634 |
| Membership fee | 1,043 | 11,563 | 12,606 |
| Power purchase | — | 18,307,289 | 18,307,289 |
| Others | 148,197 | 2,170,238 | 2,318,435 |
| | ₩ 2,627,890 | 58,207,721 | 60,835,611 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**43.    Expenses Classified by Nature, Continued**

|  |  | 2019 | | |
|---|---|---|---|---|
|  |  | Selling and administrative expenses | Cost of sales | Total |
|  |  | | In millions of won | |
| Raw materials used | ₩ | — | 17,084,029 | 17,084,029 |
| Salaries | | 775,204 | 3,834,772 | 4,609,976 |
| Retirement benefit expense | | 157,272 | 652,467 | 809,739 |
| Welfare and benefit expense | | 120,463 | 443,482 | 563,945 |
| Insurance expense | | 12,427 | 93,702 | 106,129 |
| Depreciation | | 232,510 | 10,734,246 | 10,966,756 |
| Amortization of intangible assets | | 76,547 | 80,368 | 156,915 |
| Bad debt expense | | (12,719) | — | (12,719) |
| Commission | | 632,849 | 378,861 | 1,011,710 |
| Advertising expense | | 34,453 | 9,852 | 44,305 |
| Training expense | | 7,174 | 16,903 | 24,077 |
| Vehicle maintenance expense | | 9,525 | 7,652 | 17,177 |
| Publishing expense | | 3,414 | 3,423 | 6,837 |
| Business promotion expense | | 3,038 | 3,981 | 7,019 |
| Rent expense | | 40,505 | 176,413 | 216,918 |
| Telecommunication expense | | 8,451 | 11,034 | 19,485 |
| Transportation expense | | 865 | 4,555 | 5,420 |
| Taxes and dues | | 58,666 | 481,684 | 540,350 |
| Expendable supplies expense | | 6,682 | 32,999 | 39,681 |
| Water, light and heating expense | | 11,867 | 32,378 | 44,245 |
| Repairs and maintenance expense | | 88,576 | 2,210,278 | 2,298,854 |
| Ordinary development expense | | 224,463 | 511,252 | 735,715 |
| Travel expense | | 15,652 | 68,581 | 84,233 |
| Clothing expense | | 9,369 | 7,539 | 16,908 |
| Survey and analysis expense | | 848 | 3,949 | 4,797 |
| Membership fee | | 969 | 12,730 | 13,699 |
| Power purchase | | — | 18,269,732 | 18,269,732 |
| Others | | 150,506 | 2,612,973 | 2,763,479 |
| | ₩ | 2,669,576 | 57,779,835 | 60,449,411 |

F-194

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**43.    Expenses Classified by Nature, Continued**

| | | 2020 | | |
|---|---|---|---|---|
| | | Selling and administrative expenses | Cost of sales | Total |
| | | | In millions of won | |
| Raw materials used | ₩ | — | 13,544,827 | 13,544,827 |
| Salaries | | 1,095,183 | 4,183,454 | 5,278,637 |
| Retirement benefit expense | | 103,967 | 458,029 | 561,996 |
| Welfare and benefit expense | | 155,071 | 484,319 | 639,390 |
| Insurance expense | | 10,178 | 93,130 | 103,308 |
| Depreciation | | 218,103 | 11,151,393 | 11,369,496 |
| Amortization of intangible assets | | 87,086 | 83,380 | 170,466 |
| Bad debt expense | | 20,648 | — | 20,648 |
| Commission | | 368,275 | 376,047 | 744,322 |
| Advertising expense | | 29,559 | 8,161 | 37,720 |
| Training expense | | 5,196 | 12,912 | 18,108 |
| Vehicle maintenance expense | | 9,435 | 7,161 | 16,596 |
| Publishing expense | | 3,677 | 3,524 | 7,201 |
| Business promotion expense | | 3,614 | 3,720 | 7,334 |
| Rent expense | | 36,337 | 191,073 | 227,410 |
| Telecommunication expense | | 8,686 | 9,961 | 18,647 |
| Transportation expense | | 1,007 | 10,362 | 11,369 |
| Taxes and dues | | 62,828 | 492,203 | 555,031 |
| Expendable supplies expense | | 8,029 | 36,966 | 44,995 |
| Water, light and heating expense | | 11,749 | 31,209 | 42,958 |
| Repairs and maintenance expense | | 79,185 | 2,465,716 | 2,544,901 |
| Ordinary development expense | | 197,436 | 503,206 | 700,642 |
| Travel expense | | 10,793 | 60,896 | 71,689 |
| Clothing expense | | 14,834 | 8,116 | 22,950 |
| Survey and analysis expense | | 826 | 3,746 | 4,572 |
| Membership fee | | 1,274 | 13,130 | 14,404 |
| Power purchase | | — | 15,725,220 | 15,725,220 |
| Others | | 135,467 | 1,842,735 | 1,978,202 |
| | ₩ | 2,678,443 | 51,804,596 | 54,483,039 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**44.    Earnings (Loss) Per Share**

**(1)    Basic earnings (loss) per share for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| Type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In won | |
| Basic earnings (loss) per share | ₩ | (2,048) | (3,654) | 3,102 |

**(2)    Diluted earnings (loss) per share for the years ended December 31, 2018, 2019 and 2020 are as follows:**

| Type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In won | |
| Diluted earnings (loss) per share | ₩ | (2,048) | (3,654) | 3,102 |

**(3)    Basic earnings (loss) per share**

Profit (loss) for the year and weighted average number of common shares used in the calculation of basic earnings (loss) per share for the years ended December 31, 2018, 2019 and 2020 are as follows:

| Type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | In millions of won except number of shares | | |
| Profit (loss) attributable to owners of the controlling company | ₩ | (1,314,567) | (2,345,517) | 1,991,347 |
| Profit (loss) used in the calculation of total basic earnings (loss) per share | | (1,314,567) | (2,345,517) | 1,991,347 |
| Weighted average number of common shares | | 641,964,077 | 641,964,077 | 641,964,077 |

**(4)    Diluted earnings (loss) per share**

Diluted earnings (loss) per share is calculated by applying adjusted weighted average number of common shares under the assumption that all dilutive potential common shares are converted to common shares.

Earnings (loss) used in the calculation of total diluted earnings (loss) per share for the years ended December 31, 2018, 2019 and 2020 are as follows:

| Type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | In millions of won | | |
| Profit (loss) used in the calculation of total diluted earnings (loss) per share | ₩ | (1,314,567) | (2,345,517) | 1,991,347 |

Weighted average number of common shares used in calculating diluted earnings (loss) per share are adjusted from weighted average number of common shares used in calculating basic earnings (loss) per share. Detailed information of the adjustment for the years ended December 31, 2018, 2019 and 2020 are as follows:

| Type | 2018 | 2019 | 2020 |
|---|---|---|---|
| | | In number of shares | |
| Weighted average number of common shares | 641,964,077 | 641,964,077 | 641,964,077 |
| Diluted weighted average number of shares | 641,964,077 | 641,964,077 | 641,964,077 |

**(5)    There are no potential dilutive instruments, thus diluted earnings (loss) per share are same as basic earnings (loss) per share for the years ended December 31, 2018, 2019 and 2020.**

F-196

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management**

**(1)   Capital risk management**

The Company manages its capital to ensure that entities in the Company will be able to continue while maximizing the return to shareholder through the optimization of the debt and equity balance. The capital structure of the Company consists of net debt (offset by cash and cash equivalents) and equity. The Company's overall capital risk management strategy remains consistent with the prior year.

Details of the Company's capital management accounts as of December 31, 2019 and 2020 are as follows:

|  |  | 2019 | 2020 |
|---|---|---|---|
|  |  | In millions of won | |
| Total borrowings and debt securities | ₩ | 67,876,541 | 69,724,581 |
| Cash and cash equivalents |  | 1,810,129 | 2,029,584 |
| Net borrowings and debt securities |  | 66,066,412 | 67,694,997 |
| Total equity |  | 68,889,649 | 70,666,846 |
| Debt to equity ratio |  | 95.90% | 95.79% |

**(2)   Financial risk management**

The Company is exposed to various risks related to its financial instruments, such as, market risk (currency risk, interest rate risk, price risk), credit risk. The Company monitors and manages the financial risks relating to the operations of the Company through internal risk reports which analyze exposures by degree and magnitude of risks. The Company uses derivative financial instruments to hedge certain risk exposures. The Company's overall financial risk management strategy remains consistent with the prior year.

(i)   Credit risk

Credit risk is the risk of finance loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises primarily from the sales activities, securities and derivatives. In addition, credit risk exposure may exist within financial guarantees and unused line of credits. As these financial institutions the Company makes transactions with are reputable financial institutions, the credit risk from them are considered limited. The Company decides credit transaction limits based on evaluation of client's credit, through information obtained from the credit bureau and disclosed financial position at committing contracts.

①   Credit risk management

Electricity sales, the main operations of the Company are the necessity for daily life and industrial activities of Korean nationals and have importance as one of the national key industries. The Company dominates the domestic market supplying electricity to customers. The Company is not exposed to significant credit risk as customers of the Company are diverse and are from various industries and areas. The Company uses publicly available information and its own internal data related to trade receivables, to rate its major customers and to measure the credit risk that a counter party will default on a contractual obligation. For the incurred but not recognized loss, it is measured considering overdue period.

F-197

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.  Risk Management, Continued**

**(2)  Financial risk management, continued**

② Impairment and allowance account

In accordance with the Company policies, individual material financial assets are assessed on a regular basis, trade receivables that are assessed not to be impaired individually are, in addition, assessed for impairment on a collective basis. Value of the acquired collateral (including the confirmation of feasibility) and estimated collectable amounts are included in this assessment.

Allowance for bad debts assessed on a collective basis are recognized for (i) the group of assets which individually are not material and (ii) incurred but not recognized losses that are assessed using statistical methods, judgment and past experience.

Book values of the financial assets represent the maximum exposed amounts of the credit risk. Details of the Company's level of maximum exposure to credit risk as of December 31, 2019 and 2020 are as follows:

|  | | 2019 | 2020 |
|---|---|---|---|
|  | | In millions of won | |
| Cash and cash equivalents | ₩ | 1,810,129 | 2,029,584 |
| Financial assets at fair value through profit or loss(*1) | | 747,261 | 1,808,404 |
| Derivative assets (trading) | | 165,204 | 110,764 |
| Financial assets at amortized cost | | 13,609 | 14,422 |
| Loans | | 738,707 | 790,162 |
| Long-term/short-term financial instruments | | 1,960,227 | 2,062,103 |
| Derivative assets (applying hedge accounting) | | 145,829 | 55,649 |
| Trade and other receivables | | 9,703,749 | 9,780,039 |
| Financial guarantee contracts(*2) | | 3,338,566 | 3,224,696 |

(*1)  Equity investments held by the Company are excluded.

(*2)  Maximum exposure associated with the financial guarantee contracts is the maximum amounts of the obligation.

As of the reporting date, there are no financial assets and non-financial assets that were acquired through the exercise of the right of collateralized assets and reinforcement of credit arrangement.

(ii)  Market risk

Market risk is the risk that the Company's fair values of the financial instruments or future cash flows are affected by the changes in the market. Market risk consists of interest rate risk, currency risk and other price risk.

F-198

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(2)   Financial risk management, continued**

(iii)   Sensitivity analysis

Significant assets and liabilities with uncertainties in underlying assumptions

①   Defined benefit obligation

A sensitivity analysis of defined benefit obligation assuming a 1% increase and decrease movements in the actuarial valuation assumptions as of December 31, 2019 and 2020 are as follows:

| Type | Accounts | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
| | | 1% Increase | 1% Decrease | 1% Increase | 1% Decrease |
| | | In millions of won | | | |
| Future salary increases | Increase (decrease) in defined benefit obligation | ₩ 442,748 | (386,147) | 488,087 | (425,708) |
| Discount rate | Increase (decrease) in defined benefit obligation | (402,099) | 475,765 | (443,527) | 524,856 |

Changes of employee benefits assuming a 1% increase and decrease movements in discount rate on plan asset for the years ended December 31, 2019 and 2020 are ₩17,734 million and ₩20,960 million, respectively.

②   Provisions

Changes in provisions due to movements in underlying assumptions as of December 31, 2019 and 2020 are as follows:

| Type | Accounts | 2019 | 2020 |
| --- | --- | --- | --- |
| PCBs | Inflation rate | 1.09% | 1.06% |
| | Discount rate | 1.97% | 1.83% |
| Nuclear plants | Inflation rate | 1.10% | 1.07% |
| | Discount rate | 2.43% | 2.20% |
| Spent fuel | Inflation rate | 2.93% | 2.93% |
| | Discount rate | 4.49% | 4.49% |

A sensitivity analysis of provisions assuming a 0.1% increase and decrease movements in the underlying assumptions as of December 31, 2019 and 2020 are as follows:

| Type | Accounts | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
| | | 0.1% Increase | 0.1% Decrease | 0.1% Increase | 0.1% Decrease |
| | | In millions of won | | | |
| Discount rate | PCBs | ₩ (527) | 530 | (292) | 293 |
| | Nuclear plants | (316,184) | 325,828 | (326,926) | 336,928 |
| | Spent fuel | (51,607) | 53,621 | (51,558) | 53,571 |
| Inflation rate | PCBs | 534 | (532) | 295 | (294) |
| | Nuclear plants | 346,082 | (336,182) | 357,676 | (347,450) |
| | Spent fuel | 54,396 | (52,424) | 54,345 | (52,375) |

F-199

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(2)   Financial risk management, continued**

Management judgment effected by uncertainties in underlying assumptions

① Foreign currency risk

The Company undertakes transactions denominated in foreign currencies; consequently, exposures to exchange rate fluctuations arise. The carrying amounts of the Company's foreign currency denominated monetary assets and monetary liabilities as of December 31, 2019 and 2020 are as follows:

| Type | Assets | | Liabilities | |
|---|---|---|---|---|
| | 2019 | 2020 | 2019 | 2020 |
| | In thousands of foreign currencies | | | |
| AED | 57,403 | 39,678 | 40,061 | 31,594 |
| AUD | 143 | 133 | 1,036,785 | 707,538 |
| BDT | 85,547 | 93,442 | 635 | — |
| BWP | 1,437 | 890 | — | — |
| EGP | — | — | — | 948 |
| CAD | 86 | 247 | 3,112 | 1,840 |
| CHF | — | — | 500,753 | 500,406 |
| CNY | — | — | 26,140 | — |
| CZK | — | — | 243 | 2,033 |
| EUR | 208 | 310 | 111,199 | 121,069 |
| GBP | — | — | 191 | 43 |
| HKD | — | — | 1,648,815 | 1,651,839 |
| IDR | 376,136 | 342,496 | 219,801 | 555,241 |
| INR | 1,244,170 | 1,231,895 | 210,232 | 155,134 |
| JOD | 1,516 | 1,673 | 147 | — |
| JPY | 109,970 | 825,269 | 314,402 | 484,585 |
| KZT | 319 | 1,510 | — | — |
| MGA | 3,858,201 | 5,645,349 | 133,403 | — |
| MMK | 29,651 | 11,032 | — | — |
| PHP | 175,210 | 191,122 | 130,073 | 104,161 |
| PKR | 354,361 | 371,328 | 4,366 | 12,222 |
| SAR | 2,653 | 2,178 | 480 | — |
| SEK | — | — | 449,072 | 449,824 |
| USD | 1,227,054 | 1,445,522 | 9,963,928 | 12,234,563 |
| UYU | 58,781 | 78,265 | 8,213 | 1,585 |
| VND | 418,998 | 672,563 | 1,375 | — |
| ZAR | 450 | 303 | 6 | — |

A sensitivity analysis on the Company's income for the period assuming a 10% increase and decrease in currency exchange rates as of December 31, 2019 and 2020 are as follows:

| Type | 2019 | | 2020 | |
|---|---|---|---|---|
| | 10% Increase | 10% Decrease | 10% Increase | 10% Decrease |
| | In millions of won | | | |
| Increase (decrease) of profit before income tax  ₩ | (1,197,530) | 1,197,530 | (1,336,821) | 1,336,821 |
| Increase (decrease) of equity(*) | (1,197,530) | 1,197,530 | (1,336,821) | 1,336,821 |

(*)   The effect on the shareholders' equity excluding the impact of income taxes.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.  Risk Management, Continued**

**(2)  Financial risk management, continued**

The sensitivity analysis above is conducted for monetary assets and liabilities denominated in foreign currencies other than functional currency, without consideration of hedge effect of related derivatives, as of December 31, 2019 and 2020.

To manage its foreign currency risk related to foreign currency denominated receivables and payables, the Company has a policy to enter into currency forward agreements. In addition, to manage its foreign currency risk related to foreign currency denominated expected sales transactions and purchase transactions, the Company enters into currency forward agreements.

There is an economic relationship between the hedged item and the hedging instrument as the terms of cross-currency swap agreement is consistent with the terms of expected transaction (repayment of foreign debt securities and others). The hedging ratio is 1:1 as the risk of cross-currency swap agreement matches the hedged instrument. As of December 31, 2020, the hedging instrument (cross-currency swap) hedges the risk of the hedged item(repayment of foreign debt securities and others).

② Interest rate risk

The Company is exposed to interest rate risk due to its borrowing with floating interest rates. A 1% increase or decrease is used when reporting interest rate risk internally to key management personnel and represents management's assessment of the reasonably possible change in interest rates.

The Company's borrowings and debt securities with floating interest rates as of December 31, 2019 and 2020 are as follows:

| Type | | 2019 | 2020 |
|---|---|---|---|
| | | In millions of won | |
| Short-term borrowings | ₩ | — | 171,518 |
| Long-term borrowings | | 2,273,579 | 2,191,322 |
| Debt securities | | 243,102 | 250,968 |
| | ₩ | 2,516,681 | 2,613,808 |

A sensitivity analysis on the Company's long-term borrowings and debt securities assuming a 1% increase and decrease in interest rates, without consideration of hedge effect of related derivatives for the years ended December 31, 2019 and 2020 are as follows:

| Type | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | 1% Increase | 1% Decrease | 1% Increase | 1% Decrease |
| | | In millions of won | | | |
| Increase (decrease) of profit before income tax | ₩ | (25,167) | 25,167 | (26,138) | 26,138 |
| Increase (decrease) of shareholder's equity (*) | | (25,167) | 25,167 | (26,138) | 26,138 |

(*)   The effect on the shareholders' equity excluding the impact of income taxes.

The Company manages its interest rate risk by having a balanced portfolio of fixed and variable rate loans and borrowings. To manage this, the Company enters into interest rate swaps, in which it agrees to exchange, at specified intervals, the difference between fixed and variable rate interest amounts calculated by reference to an agreed-upon notional principal amount. The above analysis measures the interest rate risk before reflecting the hedge effect by related derivatives.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.    Risk Management, Continued**

**(2)    Financial risk management, continued**

③    Electricity rates risk

Following the approval of the Ministry of Trade, Industry and Energy (MOTIE) on December 17, 2020, the Company has adopted a new pricing system, "the cost pass-through tariff system", beginning January 1, 2021. Under the cost pass-through system, the electricity rates are not predetermined at fixed rates but change upon approval by Ministry of Trade, Industry and Energy ("MOTIE") under Electric Utility Act of Korea.

The Company is exposed to electricity rates risk due to changes in government regulations and policies on national power supply schemes and electricity billing rates, in consideration of the national economy.

A sensitivity analysis on the Company's income for the period assuming a 1% increase and decrease in price of electricity for the years ended December 31, 2019 and 2020 is as follows:

| Type | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | 1% Increase | 1% Decrease | 1% Increase | 1% Decrease |
| | | | In millions of won | | |
| Increase (decrease) of profit before income tax | ₩ | 559,390 | (559,390) | 557,310 | (557,310) |
| Increase (decrease) of shareholder's equity(*) | | 559,390 | (559,390) | 557,310 | (557,310) |

(*)    The effect on the equity excluding the impact of income taxes.

(iv)    Liquidity risk

The Company has established an appropriate liquidity risk management framework for the management of the Company's short, medium and long-term funding and liquidity management requirements. The Company manages liquidity risk by continuously monitoring forecasted and actual cash flows, and by matching the maturity profiles of financial assets and liabilities.

In addition, the Company has established credit lines on its trade financing and bank overdrafts, and through payment guarantees it has received, it maintains an adequate credit (borrowing) line. In addition, the Company has the ability to utilize excess cash or long-term borrowings for major construction investments.

| Type | | 2019 | | | | |
|---|---|---|---|---|---|---|
| | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
| | | | | In millions of won | | |
| Borrowings and debt securities | ₩ | 10,660,737 | 10,997,510 | 27,881,873 | 30,859,669 | 80,399,789 |
| Finance lease liabilities | | 686,445 | 617,449 | 1,717,434 | 2,735,681 | 5,757,009 |
| Trade and other payables | | 6,014,054 | 382,809 | 971,469 | 1,176,697 | 8,545,029 |
| Financial guarantee contracts(*) | | 937,091 | 302,186 | 32,314 | 2,066,975 | 3,338,566 |
| | ₩ | 18,298,327 | 12,299,954 | 30,603,090 | 36,839,022 | 98,040,393 |

| Type | | 2020 | | | | |
|---|---|---|---|---|---|---|
| | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
| | | | | In millions of won | | |
| Borrowings and debt securities | ₩ | 12,413,346 | 10,919,041 | 24,778,020 | 34,215,888 | 82,326,295 |
| Finance lease liabilities | | 614,442 | 569,161 | 1,564,377 | 2,461,557 | 5,209,537 |
| Trade and other payables | | 5,679,856 | 373,907 | 894,903 | 1,167,171 | 8,115,837 |
| Financial guarantee contracts (*) | | 926,244 | 348,860 | 26,230 | 1,923,362 | 3,224,696 |
| | ₩ | 19,633,888 | 12,210,969 | 27,263,530 | 39,767,978 | 98,876,365 |

(*)    This represents the total guarantee amounts associated with the financial guarantee contracts. Financial guarantee liabilities which are recognized as of December 31, 2019 and 2020 are ₩81,357 million and ₩66,354 million, respectively.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(2)   Financial risk management, continued**

The following table shows the details of maturities of non-derivative financial liabilities as of December 31, 2019 and 2020. This table, based on the undiscounted cash flows of the non-derivative financial liabilities including estimated interests, has been prepared based on the respective liabilities' earliest maturity date.

The expected maturities for non-derivative financial assets as of December 31, 2019 and 2020 in detail are as follows:

| Type | | Less than 1 year | 1–5 Years | More than 5 years | Other (*) | Total |
|------|---|---|---|---|---|---|
| | | | | In millions of won | | |
| Cash and cash equivalents | ₩ | 1,810,129 | — | — | — | 1,810,129 |
| Financial assets at fair value through other comprehensive income | | — | — | — | 379,170 | 379,170 |
| Financial assets at amortized cost | | 12,302 | 1,307 | — | — | 13,609 |
| Loans | | 64,081 | 346,583 | 336,502 | 27,606 | 774,772 |
| Long-term/short-term financial instruments | | 1,351,971 | 269,863 | — | 338,393 | 1,960,227 |
| Financial assets at fair value through profit or loss | | 131,385 | 79 | — | 615,797 | 747,261 |
| Trade and other receivables | | 7,703,746 | 980,951 | 818,431 | 207,979 | 9,711,107 |
| | ₩ | 11,073,614 | 1,598,783 | 1,154,933 | 1,568,945 | 15,396,275 |

| Type | | Less than 1 year | 1–5 Years | More than 5 years | Other (*) | Total |
|------|---|---|---|---|---|---|
| | | | | In millions of won | | |
| Cash and cash equivalents | ₩ | 2,029,584 | — | — | — | 2,029,584 |
| Financial assets at fair value through other comprehensive income | | — | — | — | 358,559 | 358,559 |
| Financial assets at amortized cost | | 13,149 | 1,265 | 8 | — | 14,422 |
| Loans | | 78,805 | 385,571 | 325,212 | 31,506 | 821,094 |
| Long-term/short-term financial instruments | | 1,483,482 | 252,349 | 386 | 325,886 | 2,062,103 |
| Financial assets at fair value through profit or loss | | 1,196,101 | — | 2,690 | 682,591 | 1,881,382 |
| Trade and other receivables | | 7,920,005 | 1,160,400 | 704,494 | — | 9,784,899 |
| | ₩ | 12,721,126 | 1,799,585 | 1,032,790 | 1,398,542 | 16,952,043 |

(*)   The maturities cannot be presently determined.

F-203

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.  Risk Management, Continued**

**(2)  Financial risk management, continued**

Derivative liabilities classified by maturity periods which from reporting date to maturity dates as per the contracts as of December 31, 2019 and 2020 are as follows:

| Type | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
|---|---|---|---|---|---|---|
| | | | | 2019 | | |
| | | | | In millions of won | | |
| Net settlement | | | | | | |
| —Trading | ₩ | (3,017) | — | — | — | (3,017) |
| Gross settlement | | | | | | |
| —Trading | | (15,011) | (8,295) | (39,654) | 4,235 | (58,725) |
| —Hedging | | (59,846) | (21,466) | (1,914) | (33,588) | (116,814) |
| | ₩ | (77,874) | (29,761) | (41,568) | (29,353) | (178,556) |

| Type | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
|---|---|---|---|---|---|---|
| | | | | 2020 | | |
| | | | | In millions of won | | |
| Net settlement | | | | | | |
| —Trading | ₩ | — | — | — | — | — |
| Gross settlement | | | | | | |
| —Trading | | (12,777) | (22,827) | (118,704) | (4,380) | (158,688) |
| —Hedging | | (37,858) | (39,528) | (75,450) | (55,208) | (208,044) |
| | ₩ | (50,635) | (62,355) | (194,154) | (59,588) | (366,732) |

Derivative assets classified by maturity periods which from reporting date to maturity dates as per the contracts as of December 31, 2019 and 2020 are as follows:

| Type | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
|---|---|---|---|---|---|---|
| | | | | 2019 | | |
| | | | | In millions of won | | |
| Net settlement | | | | | | |
| —Trading | ₩ | — | — | — | — | — |
| Gross settlement | | | | | | |
| —Trading | | 21 | 43,931 | 72,386 | 56,315 | 172,653 |
| —Hedging | | 27,597 | 47,222 | 71,010 | — | 145,829 |
| —Others | | — | — | — | 2,634 | 2,634 |
| | ₩ | 27,618 | 91,153 | 143,396 | 58,949 | 321,116 |

| Type | | Less than 1 year | 1~2 Years | 2~5 Years | More than 5 years | Total |
|---|---|---|---|---|---|---|
| | | | | 2020 | | |
| | | | | In millions of won | | |
| Net settlement | | | | | | |
| —Trading | ₩ | — | — | — | — | — |
| Gross settlement | | | | | | |
| —Trading | | 18,332 | 1,529 | 45,237 | 52,163 | 117,261 |
| —Hedging | | 11,191 | — | 41,206 | 3,252 | 55,649 |
| | ₩ | 29,523 | 1,529 | 86,443 | 55,415 | 172,910 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(3)   Fair value risk**

The fair value of the Company's actively-traded financial instruments (i.e.,FVTPL, FVOCI, etc.) is based on the traded market-price as of the reporting period end. The fair value of the Company's financial assets is the amount which the asset could be exchanged for or the amount a liability could be settled for.

The fair values of financial instruments where no active market exists or where quoted prices are not otherwise available are determined by using valuation techniques. Valuation techniques include using recent arm's length market transactions between knowledgeable, willing parties, if available, reference to the current fair value of another instrument that is substantially the same, discounted cash flow analysis and option pricing models. If there is a valuation technique commonly used by market participants to price the instrument and that technique has been demonstrated to provide reliable estimates of prices obtained in actual market transactions, the Company uses that technique.

For trade receivables and payables, the Company considers the carrying value net of impairment as fair value. While for disclosure purposes, the fair value of financial liabilities is estimated by discounting a financial instruments with similar contractual cash flows based on the effective interest method.

(i)   Fair value and book value of financial assets and liabilities as of December 31, 2019 and 2020 are as follows:

| Type | | 2019 | | 2020 | |
|---|---|---|---|---|---|
| | | Book value | Fair value | Book value | Fair value |
| | | In millions of won | | | |
| **Assets recognized at fair value** | | | | | |
| Financial assets at fair value through other comprehensive income | ₩ | 379,170 | 379,170 | 358,559 | 358,559 |
| Derivative assets (trading) | | 165,204 | 165,204 | 110,764 | 110,764 |
| Derivative assets (applying hedge accounting) | | 145,829 | 145,829 | 55,649 | 55,649 |
| Financial assets at fair value through profit or loss | | 747,261 | 747,261 | 1,881,382 | 1,881,382 |
| | ₩ | 1,437,464 | 1,437,464 | 2,406,354 | 2,406,354 |

F-205

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**45.   Risk Management, Continued**

**(3)   Fair value risk, continued**

| Type | | 2019 | | 2020 | |
| --- | --- | --- | --- | --- | --- |
| | | Book value | Fair value | Book value | Fair value |
| | | In millions of won | | | |
| **Assets carried at amortized cost** | | | | | |
| Financial assets at amortized cost | ₩ | 13,609 | 13,609 | 14,422 | 14,422 |
| Loans and receivables | | 738,707 | 738,707 | 790,162 | 790,162 |
| Long-term financial instruments | | 608,256 | 608,256 | 578,621 | 578,621 |
| Short-term financial instruments | | 1,351,971 | 1,351,971 | 1,483,482 | 1,483,482 |
| Trade and other receivables | | 9,703,749 | 9,703,749 | 9,780,039 | 9,780,039 |
| Cash and cash equivalents | | 1,810,129 | 1,810,129 | 2,029,584 | 2,029,584 |
| | ₩ | 14,226,421 | 14,226,421 | 14,676,310 | 14,676,310 |
| **Liabilities recognized at fair value** | | | | | |
| Derivative liabilities (trading) | ₩ | 53,147 | 53,147 | 157,926 | 157,926 |
| Derivative liabilities (applying hedge accounting) | | 116,813 | 116,813 | 207,193 | 207,193 |
| | ₩ | 169,960 | 169,960 | 365,119 | 365,119 |
| **Liabilities carried at amortized cost** | | | | | |
| Secured borrowings | ₩ | 227,135 | 227,135 | 63,614 | 63,614 |
| Unsecured bond | | 63,171,664 | 66,917,421 | 64,607,401 | 68,839,316 |
| Lease liabilities | | 5,070,133 | 5,070,133 | 4,621,096 | 4,621,096 |
| Unsecured borrowings | | 4,104,523 | 4,113,955 | 4,808,206 | 5,513,242 |
| Trade and other payables (*) | | 8,545,029 | 8,545,029 | 8,115,837 | 8,115,837 |
| Bank overdraft | | 373,219 | 373,219 | 245,360 | 245,360 |
| | ₩ | 81,491,703 | 85,246,892 | 82,461,514 | 87,398,465 |

(*)   Excludes lease liabilities.

(ii)   Interest rates used for determining fair value

The interest rates used to discount estimated cash flows, when applicable, are based on the government yield curve at the reporting date plus an adequate credit spread.

The discount rate used for calculating fair value as of December 31, 2019 and 2020 are as follows:

| Type | 2019 | 2020 |
| --- | --- | --- |
| Derivatives | 0.01% ~ 4.16% | (-) 0.73% ~ 3.08% |
| Borrowings and debt securities | 0.17% ~ 3.90% | (-) 0.53% ~ 4.38% |
| Finance lease | 1.38% ~ 10.83% | 0.57% ~ 16.60% |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(3)   Fair value risk, continued**

(iii)   Fair value hierarchy

The following table provides an analysis of financial instruments that are measured subsequent to initial recognition at fair value, classified as Level 1, 2 or 3, based on the degree to which the fair value is observable.

Level 1: Unadjusted quoted prices in active markets for identical assets or liabilities;

Level 2: Inputs other than quoted prices that are observable for the asset or liability either directly or indirectly; and

Level 3: Inputs that are not based on observable market data.

Fair values of financial instruments by hierarchy level as of December 31, 2019 and 2020 are as follows:

| Type | | 2019 | | | |
| --- | --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 | Total |
| | | In millions of won | | | |
| **Financial assets at fair value** | | | | | |
| Financial assets at fair value through other comprehensive income | ₩ | 201,202 | — | 177,968 | 379,170 |
| Derivative assets | | — | 308,399 | 2,634 | 311,033 |
| Financial assets at fair value through profit or loss | | — | 742,105 | 5,156 | 747,261 |
| | ₩ | 201,202 | 1,050,504 | 185,758 | 1,437,464 |
| **Financial liabilities at fair value** | | | | | |
| Derivative liabilities | ₩ | — | 169,960 | — | 169,960 |

| Type | | 2020 | | | |
| --- | --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 | Total |
| | | In millions of won | | | |
| **Financial assets at fair value** | | | | | |
| Financial assets at fair value through other comprehensive income | ₩ | 194,670 | — | 163,889 | 358,559 |
| Derivative assets | | — | 166,413 | — | 166,413 |
| Financial assets at fair value through profit or loss | | — | 1,875,690 | 5,692 | 1,881,382 |
| | ₩ | 194,670 | 2,042,103 | 169,581 | 2,406,354 |
| **Financial liabilities at fair value** | | | | | |
| Derivative liabilities | ₩ | — | 365,119 | — | 365,119 |

The fair value of financial assets (FVTPL and FVOCI) publicly traded is measured at the closing bid price quoted at the end of the reporting period. Meanwhile, the fair value of unquoted financial assets (FVTPL and FVOCI) is calculated using the valuation results from an external pricing service in which weighted average borrowing rates of interest of evaluated companies are used as a discount rate. The fair value of derivatives is measured using valuation model which is determined at the present value of estimated future cash flows discounted at current market interest rate.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**45.   Risk Management, Continued**

**(3)   Fair value risk, continued**

Changes of financial assets and liabilities which are classified as level 3 for the years ended December 31, 2019 and 2020 are as follows:

| | 2019 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Beginning balance | Acquisitions | Reclassified category | Valuation | Disposal | Foreign currency translation | Ending balance |
| | | | In millions of won | | | | |
| **Financial assets at fair value** | | | | | | | |
| Financial assets at fair value through profit or loss Cooperative | ₩ 5,052 | 40 | — | 64 | — | — | 5,156 |
| Financial assets at fair value through other comprehensive income | | | | | | | |
| Unlisted securities | 189,439 | 1,876 | — | 3,715 | (19,315) | 2,253 | 177,968 |

| | 2020 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Beginning balance | Acquisitions | Reclassified category | Valuation | Disposal | Foreign currency translation | Ending balance |
| | | | In millions of won | | | | |
| **Financial assets at fair value** | | | | | | | |
| Financial assets at fair value through profit or loss Cooperative | ₩ 5,156 | 359 | — | 623 | (446) | — | 5,692 |
| Financial assets at fair value through other comprehensive income | | | | | | | |
| Unlisted securities | 177,968 | 2,900 | — | (23,128) | (1) | 6,150 | 163,889 |

F-208

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

**46.   Service Concession Arrangements**

**(1)   Gas Complex • Thermal Power Plant at Ilijan, Philippines (BOT)**

(i)   Significant terms and concession period of the arrangement

The Company has entered into a contract with National Power Corporation (the "NPC"), based in the Republic of the Philippines whereby the Company can collect the electricity rates which are composed of fixed costs and variable costs during the concession period from 2002 to 2022 after building, rehabilitating, and operating the power plant.

(ii)   Rights and classification of the arrangement

The Company has the rights to use and own the power plant during the concession period from 2002 to 2022. At the end of the concession period, the Company has an obligation to transfer its ownership of the power plant to NPC.

(iii)   The Company's expected future collections of service concession arrangements as of December 31, 2020 are as follows:

| Type | | Amounts |
| --- | --- | --- |
| | | In millions of won |
| Less than 1 year | ₩ | 113,646 |
| 1~ 2 years | | 47,353 |
| | ₩ | 160,999 |

**(2)   Hydroelectric Power Generation at Semangka, Indonesia (BOT)**

(i)   Significant terms and concession period of the arrangement

The Company has entered into a contract with PT. Perusahaan Listrik Negara (the "PT PLN") whereby the Company provides electricity generated and charge tariff rates designed to recover capital cost, fixed O&M cost, water usage cost, variable O&M cost and special facilities cost during the concession period after building, rehabilitating, and operating the power plant for approximately 30 years (2018~2048) subsequent to the completion of plant construction.

(ii)   Rights and classification of the arrangement

The Company has the rights to use and own the power plant during the concession period from 2018 to 2048. At the end of the concession period, PT PLN has an option to take over the ownership of the power plant from the Company.

(iii)   The Company's expected future collections of service concession arrangements as of December 31, 2020 are as follows:

| Type | | Amounts |
| --- | --- | --- |
| | | In millions of won |
| Less than 1 year | ₩ | 27,113 |
| 1~ 2 years | | 27,144 |
| 2~ 3 years | | 27,175 |
| Over 3 years | | 525,350 |
| | ₩ | 606,782 |

F-209

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties**

**(1)   Related parties of the Company as of December 31, 2020 are as follows:**

| Type | Related party |
|---|---|
| Parent | Republic of Korea government |
| Subsidiaries (126 subsidiaries) | Korea Hydro & Nuclear Power Co., Ltd., Korea South-East Power Co., Ltd., Korea Midland Power Co., Ltd., Korea Western Power Co., Ltd., Korea Southern Power Co., Ltd., Korea East-West Power Co., Ltd., KEPCO Engineering & Construction Company, Inc., KEPCO Plant Service & Engineering Co., Ltd., KEPCO Nuclear Fuel Co., Ltd., KEPCO KDN Co., Ltd., Gyeonggi Green Energy Co., Ltd., Korea Offshore Wind Power Co., Ltd., KOSEP Material Co., Ltd., KEPCO International HongKong Ltd., KEPCO International Philippines Inc., KEPCO Philippines Corporation, KEPCO Ilijan Corporation, KEPCO Gansu International Ltd., KEPCO Philippines Holdings Inc., KEPCO Lebanon SARL, KEPCO Neimenggu International Ltd., KEPCO Australia Pty., Ltd., KEPCO Shanxi International Ltd., KOMIPO Global Pte Ltd., KOSEP Australia Pty., Ltd., KOMIPO Australia Pty., Ltd., KOWEPO Australia Pty., Ltd., KOSPO Australia Pty., Ltd., KEPCO Netherlands B.V., KOREA Imouraren Uranium Investment Corp., KEPCO Middle East Holding Company, Qatrana Electric Power Company, KOWEPO International Corporation, KOSPO Jordan LLC, Korea Waterbury Uranium Limited Partnership, PT. Cirebon Power Service, EWP America Inc., KHNP Canada Energy, Ltd., KEPCO Bylong Australia Pty., Ltd., KNF Canada Energy Limited, KEPCO Holdings de Mexico, KST Electric Power Company, S.A.P.I. de C.V., KEPCO Energy Service Company, KEPCO Netherlands S3 B.V., PT. KOMIPO Pembangkitan Jawa Bali, EWP Barbados 1 SRL, PT. Tanggamus Electric Power, KOMIPO America Inc., Fujeij Wind Power Company, KEPCO Netherlands J3 B.V., Global One Pioneer B.V., Global Energy Pioneer B.V., Mira Power Limited, KEPCO KPS Philippines Corp., KOSPO Chile SpA, PT. KOWEPO Sumsel Operation And Maintenance Services, Commerce and Industry Energy Co., Ltd., Gyeongju Wind Power Co., Ltd., California Power Holdings, LLC, DG Fairhaven Power, LLC, EWP Renewable Corporation, EWPRC Biomass Holdings, LLC, Hee mang sunlight Power Co., Ltd., Fujeij Wind Power Company, KOSPO Youngnam Power Co., Ltd., VI Carbon Professional Private Special Asset Investment Trust 1, Chitose Solar Power Plant LLC., KEPCO Solar Co., Ltd. (formerly, Solar School Plant Co., Ltd.), KEPCO Energy Solution Co., Ltd., KOSPO Power Services Ltda., KOEN Bylong Pty., Ltd., KOWEPO Bylong Pty., Ltd., KOSPO Bylong Pty., Ltd., EWP Bylong Pty., Ltd., KOWEPO Lao International, KOMIPO Bylong Pty., Ltd., Energy New Industry Specialized Investment Private Investment Trust., KEPCO US Inc., KEPCO Alamosa LLC, KEPCO Solar of Alamosa, LLC, KEPCO Mangilao Holdings LLC(formerly, KEPCO-LG CNS Mangilao Holdings LLC), Mangilao Investment LLC, KEPCO Mangilao Solar, LLC(formerly, KEPCO-LG CNS Mangilao Solar, LLC), Jeju Hanlim Offshore Wind Co., Ltd., PT. Siborpa Eco Power, e-New Industry LB Fund 1, Songhyun e-New Industry Fund, BSK E-New Industry Fund VII, PT. Korea Energy Indonesia, KOLAT SpA, KEPCO California, LLC, KEPCO Mojave Holdings, LLC, Incheon Fuel Cell Co., Ltd., KOEN Service Co., Ltd., KOMIPO Service Co., Ltd., KOWEPO Service Co., Ltd., KOSPO Service Co., Ltd., EWP Service Co., Ltd., PT. KOMIPO Energy Indonesia, KNF Partners Co., Ltd., KOSPO USA Inc., Nambu USA LLC, Tamra Offshore Wind Power Co., Ltd., KEPCO MCS Co., Ltd., KEPCO FMS Co., Ltd., Firstkeepers Co., Ltd., Secutec Co., Ltd., SE Green Energy Co., Ltd., KEPCO Mangilao America LLC, Mangilao Intermediate Holdings LLC, KEPCO CSC Co., Ltd., KOAK Power Limited, KOMIPO Europe B.V., Haenanum Energy Fund, Paju Ecoenergy Co., Ltd., Guam Ukudu Power LLC, TS Energy No. 25 Co., Ltd., KEPCO E&C Service Co., Ltd., KPS Partners Co., Ltd., Moha Solar Co., Ltd., KHNP USA LLC, KOMIPO Vanphong Power Service LLC, Ogiri Solar Power Co., Ltd., BSK E-New Industry Fund X, Energy Innovation Fund I |

F-210

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.    Related Parties, Continued**

**(1)    Related parties of the Company as of December 31, 2020 are as follows, continued:**

| Type | Related party |
|---|---|
| Associates (78 associates) | Dongducheon Dream Power Co., Ltd., Korea Gas Corporation, Daegu Photovoltaic Co., Ltd., Haeng Bok Do Si Photovoltaic Power Co., Ltd., Korea Electric Power Industrial Development Co., Ltd., Goseong Green Power Co., Ltd., Gangneung Eco Power Co., Ltd., Shin Pyeongtaek Power Co., Ltd., Noeul Green Energy Co., Ltd., YTN Co., Ltd., Samcheok Eco Materials Co., Ltd., Gangwon Wind Power Co., Ltd., Gwangyang Green Energy Co., Ltd., Hyundai Green Power Co., Ltd., Korea Power Exchange, Taebaek Wind Power Co., Ltd., Taebaek Guinemi Wind Power Co., Ltd., Pyeongchang Wind Power Co., Ltd., Daeryun Power Co., Ltd., Changjuk Wind Power Co., Ltd., KNH Solar Co., Ltd., S-Power Co., Ltd., Hadong Mineral Fiber Co., Ltd., SPC Corporation, Gemeng International Energy Co., Ltd., PT. Cirebon Electric Power, KNOC Nigerian East Oil Co., Ltd., KNOC Nigerian West Oil Co., Ltd., PT. Wampu Electric Power, PT. Bayan Resources TBK, Nepal Water & Energy Development Company Private Limited, Pioneer Gas Power Limited, Eurasia Energy Holdings, Xe-Pian Xe-Namnoy Power Co., Ltd., PT. Mutiara Jawa, Jinbhuvish Power Generation Pvt. Ltd., Daejung Offshore Wind Power Co., Ltd., GS Donghae Electric Power Co., Ltd., Busan Green Energy Co., Ltd., Gunsan Bio Energy Co., Ltd., Korea Electric Vehicle Charging Service, Korea Nuclear Partners Co., Ltd., Korea Electric Power Corporation Fund, Energy Infra Asset Management Co., Ltd., Daegu clean Energy Co., Ltd., Yaksu ESS Co., Ltd., PND solar Co., Ltd, Hyundai Eco Energy Co., Ltd., YeongGwang Yaksu Wind Electric Co., Ltd., Green Energy Electricity Generation Co., Ltd., Korea Energy Solutions Co., Ltd., ITR Co., Ltd., Structure test network Co., Ltd., Namjeongsusang Solar Power Operation Co., Ltd., Indeck Niles Development, LLC, Indeck Niles Asset Management, LLC, Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1, Suwon New Power Co., Ltd., KPGE Inc., Gwangbaek Solar Power Investment Co., Ltd., Go deok Clean Energy Co., Ltd., Muan Sunshine Solar Power Plant Co., Ltd., SureDataLab Co., Ltd., SEP Co., Ltd., Hankook Electric Power Information Co., Ltd., Tronix Co., Ltd., O2&B Global Co., Ltd., Bigeum Resident Photovoltaic Power Co., Ltd., Jeju SolarOne Co., Ltd., Goesan Solar Park Co., Ltd., Saemangeum Heemang Photovoltaic Co., Ltd., Bitgoel Eco Energy Co., Ltd., Jeju Gimnyeong Wind Power Co., Ltd., Seoroseoro Sunny Power Plant Co., Ltd., Muan Solar Park Co., Ltd., YuDang Solar Co., Ltd., Anjwa Smart Farm & Solar City Co., Ltd., Daewon Green Energy Co., Ltd. |

F-211

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(1)   Related parties of the Company as of December 31, 2020 are as follows, continued:**

| Type | Related party |
|---|---|
| Joint ventures (83 joint ventures) | Daegu Green Power Co., Ltd., KEPCO SPC Power Corporation, KAPES, Inc., Honam Wind Power Co., Ltd., Jeongam Wind Power Co., Ltd., Korea Power Engineering Service Co., Ltd., Seokmun Energy Co., Ltd., Incheon New Power Co., Ltd., Chuncheon Energy Co., Ltd., Yeonggwangbaeksu Wind Power Co., Ltd., KW Nuclear Components Co., Ltd., KEPCO-Uhde Inc., Busan Shinho Solar Power Co., Ltd., Global Trade Of Power System Co., Ltd., Expressway Solar-light Power Generation Co., Ltd., Gansu Datang Yumen Wind Power Co., Ltd., Datang Chifeng Renewable Power Co., Ltd., Rabigh Electricity Company, Rabigh Operation & Maintenance Company Limited, Datang KEPCO Chaoyang Renewable Power Co., Ltd., Shuweihat Asia Power Investment B.V., Shuweihat Asia Operation & Maintenance Company, Waterbury Lake Uranium L.P., ASM-BG Investicii AD, RES Technology AD, Jamaica Public Service Company Limited, KV Holdings, Inc., Amman Asia Electric Power Company, Kelar S.A., PT. Tanjung Power Indonesia, Nghi Son 2 Power LLC, Daehan Wind Power PSC, MOMENTUM, Barakah One Company, Nawah Energy Company P.J.S.C., Yeonggwang Wind Power Co., Ltd., Chester Solar IV SpA, Chester Solar V SpA, Diego de Almagro Solar SpA, South Jamaica Power Company Limited, Daesan Green Energy Co., Ltd., RE Holiday Holdings LLC, RE Pioneer Holdings LLC, RE Barren Ridge 1 Holdings LLC, RE Astoria 2 LandCo LLC, RE Barren Ridge LandCo LLC, Laurel SpA, KIAMCO KOWEPO Bannerton Hold Co., Pty., Ltd., Chile Solar JV SpA, Taebaek Gadeoksan Wind Power Co., Ltd., Cheong-Song Noraesan Wind Power Co., Ltd., Chester Solar I SpA, Solar Philippines Calatagan Corporation, Saemangeum Solar Power Co., Ltd., Chungsongmeon BongSan wind power Co., Ltd., Jaeun Resident Wind Power Plant Co., Ltd., DE Energia SpA, Dangjin Eco Power Co., Ltd., Haemodum Solar Co., Ltd., Yangyang Wind Power Co., Ltd., Horus Solar, S.A. De C.V., Recursos Solares PV De Mexico II, S.A. De C.V., Sunmex Renovables, S.A. De C.V., Stavro Holding II A.B., Yeongam Solar Power Co., Ltd., Samsu Wind Power Co., Ltd., Solaseado Solar Power Co., Ltd., Sam-Yang Photovoltaic Power Co., Ltd., NH-Amundi Global Infrastructure Investment Private Investment Trust 21, Shin-han BNPP Private Investment Trust for East-West Sunlight Dream, Pulau Indah Power Plant Sdn. Bhd., PT Barito Wahana Tenaga, Cheongna Energy Co., Ltd., DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.), OneEnergy Asia Limited, KAS INVESTMENT I LLC, KAS INVESTMENT II LLC, Energyco LLC, CAES, LLC, Hapcheon Floating Photovoltaic Power Plant Inc., Busan Industrial Solar Power Co., Ltd., Bitsolar Energy Co., Ltd., Naepo Green Energy Co., Ltd. |
| Others (4 others) | Korea Development Bank, Ulleungdo Natural Energy Co., Ltd., EWP Philippines Corporation, Ecollite Co., Ltd. |

F-212

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.    Related Parties, Continued**

**(2)    Transactions between the Company and its subsidiaries are eliminated during the consolidation and are not disclosed in notes.**

**(3)    Related party transactions for the years ended December 31, 2018, 2019 and 2020 are as follows:**

<Sales and Others>

| Company name | Transaction type | | Sales and others | | |
| --- | --- | --- | --- | --- | --- |
| | | | 2018 | 2019 | 2020 |
| | | | In millions of won | | |
| <Associates> | | | | | |
| Dongducheon Dream Power Co., Ltd. | Electricity sales | ₩ | 6,093 | 7,071 | 7,757 |
| Korea Gas Corporation | Electricity sales | | 99,933 | 116,484 | 97,685 |
| Daejung Offshore Wind Power Co., Ltd. | Electricity sales | | 1 | 1 | 32 |
| Daegu Photovoltaic Co., Ltd. | Electricity sales | | 128 | 327 | 325 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | Electricity sales | | 2 | 2 | 2 |
| Korea Electric Power Industrial Development Co., Ltd. | Service | | 10,422 | 11,085 | 10,833 |
| Goseong Green Power Co., Ltd. | Electricity sales | | 10,024 | 19,245 | 47,701 |
| Gangneung Eco Power Co., Ltd. | Service | | 4,928 | 7,446 | 10,178 |
| Shin Pyeongtaek Power Co., Ltd. | Electricity sales | | 8,468 | 21,218 | 20,791 |
| Noeul Green Energy Co., Ltd. | Electricity sales | | 30 | 30 | 30 |
| Samcheok Eco Materials Co., Ltd. | Electricity sales | | 605 | 627 | 700 |
| YTN Co., Ltd. | Electricity sales | | 2,043 | 2,257 | 1,805 |
| Busan Green Energy Co., Ltd. | Electricity sales | | 19 | 18 | 34 |
| Gunsan Bio Energy Co., Ltd. | Electricity sales | | 3,611 | 4,755 | 102 |
| Korea Electric Vehicle Charging Service | Electricity sales | | 578 | 1,029 | 1,956 |
| Tamra Offshore Wind Power Co., Ltd. | Electricity sales | | 58 | — | — |
| Daegu clean Energy Co., Ltd. | Electricity sales | | 126 | — | — |
| Gangwon Wind Power Co., Ltd. | Electricity sales | | 2,402 | 2,433 | 2,109 |
| Gwangyang Green Energy Co., Ltd. | Electricity sales | | 874 | 122 | 23 |
| Bigeum Resident Photovoltaic Power Co., Ltd. | Electricity sales | | — | — | 85 |
| Hyundai Green Power Co., Ltd. | Design service | | 14,031 | 13,106 | 17,257 |
| Korea Power Exchange | Service | | 6,854 | 7,670 | 25,919 |
| Taebaek Wind Power Co., Ltd. | Service | | 614 | 991 | 226 |
| Taebaek Guinemi Wind Power Co., Ltd. | Electricity sales | | — | — | 37 |
| Pyeongchang Wind Power Co., Ltd. | Design service | | 1,166 | 1,189 | 2,064 |
| Daeryun Power Co., Ltd. | Electricity sales | | 1,731 | 1,879 | 1,947 |
| Changjuk Wind Power Co., Ltd. | Electricity sales | | 758 | 927 | 2,067 |
| GS Donghae Power Co., Ltd. | Electricity sales | | 7,238 | 15,792 | 31,557 |
| KNH Solar Co., Ltd. | Electricity sales | | 17 | 17 | 16 |
| S-Power Co., Ltd. | Service | | 9,118 | 6,535 | 6,682 |
| PND solar Co., Ltd. | Electricity sales | | 12 | 407 | 409 |
| Hyundai Ecoenergy Co., Ltd. | Electricity sales | | — | 117 | 167 |
| YeongGwang Yaksu Wind Electric Co., Ltd. | Electricity sales | | — | 81 | 77 |
| Korea Energy Solution Co., Ltd. | Electricity sales | | — | 52 | 7 |
| Green Energy Electricity Generation Co., Ltd. | Electricity sales | | — | — | 14 |
| Namjeongsusang Solar Power Operation Co., Ltd. | Electricity sales | | — | — | 14 |
| Hanwha Corporation-linked Sunlight Power Special Private Equity Investment Trust No. 1 | Electricity sales | | — | — | 291 |

F-213

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.    Related Parties, Continued**

**(3)    Related party transactions for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

| Company name | Transaction type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| | | | | In millions of won | |
| Muan Solar Park Co., Ltd. | Electricity sales | ₩ | — | — | 57 |
| Suwon New Power Co., Ltd. | Electricity sales | | — | 5,606 | 2,974 |
| Muan Sunshine Solar Power Plant Co., Ltd. | Electricity sales | | — | — | 30 |
| 9 Associates (Overseas) | Electricity sales and others | | 60,318 | 98,450 | 66,755 |
| **<Joint ventures>** | | | | | |
| Naepo Green Energy Co., Ltd. | Electricity sales | | 160 | 154 | 217 |
| Cheongna Energy Co., Ltd. | Service | | 11,688 | 9,922 | 13,791 |
| DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | Service | | 1,718 | 3,437 | 4,816 |
| Daegu Green Power Co., Ltd. | Electricity sales | | 1,022 | 1,151 | 1,285 |
| KAPES, Inc. | Commission | | 648 | 504 | 476 |
| Honam Wind Power Co., Ltd. | Electricity sales | | 415 | 657 | 502 |
| Jeongam Wind Power Co., Ltd. | Electricity sales | | 724 | 1,198 | 1,213 |
| Korea Power Engineering Service Co., Ltd. | Service | | 840 | 348 | 203 |
| Seokmun Energy Co., Ltd. | Service | | 1,897 | 1,495 | 1,932 |
| Incheon New Power Co., Ltd. | Construction revenue | | 568 | 354 | 14 |
| Chun-cheon Energy Co., Ltd. | Electricity sales | | 2,471 | 2,397 | 2,657 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | Electricity sales | | 1,540 | 1,744 | 1,788 |
| Yeonggwang Wind Power Co., Ltd. | Electricity sales | | 46 | 705 | 793 |
| Sam-Yang Photovoltaic Power Co., Ltd. | Electricity sales | | — | — | 33 |
| NH-Amundi Global Infrastructure Investment Private Investment Trust 21 | Service | | — | — | 1,388 |
| KW Nuclear Components Co., Ltd. | Service | | 839 | 721 | 1,639 |
| KEPCO-Uhde Inc. | Electricity sales | | 17 | 15 | 8 |
| Busan Shinho Solar Power Co., Ltd. | Electricity sales | | 362 | 452 | 353 |
| Daesan Green Energy Co., Ltd. | Electricity sales | | — | 39 | 703 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | Electricity sales | | — | — | 3 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | Electricity sales | | — | 6 | 29 |
| Saemangeum Solar Power Co., Ltd. | Service | | — | 2,230 | 2,846 |
| Jaeun Resident Wind Power Plant Co., Ltd. | Electricity sales | | — | 105 | — |
| Dangjin Eco Power co., Ltd. | Electricity sales | | 3,424 | 4 | 33 |
| Bitsolar Energy Co., Ltd. | Electricity sales | | — | — | 42 |
| Haemodum Solar Co., Ltd. | Electricity sales | | — | — | 4 |
| Yeongam Solar Power Co., Ltd. | Electricity sales | | — | — | 165 |
| Solaseado Solar Power Co., Ltd. | Electricity sales | | — | — | 66 |
| 29 Joint ventures (Overseas) | Electricity sales and others | | 206,054 | 1,275,279 | 831,596 |
| **<Others>** | | | | | |
| Yeongwol Energy Station Co., Ltd. | Service | | 373 | — | — |
| DS POWER Co., Ltd. | Service | | 565 | — | — |
| Ulleungdo Natural Energy Co., Ltd. | Service | | 292 | — | — |
| Korea Development Bank | Electricity sales | | 3,524 | 3,948 | 4,248 |
| | Interest income | | 4,438 | 2,091 | 3,461 |

F-214

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.    Related Parties, Continued**

(3)    **Related party transactions for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

<Purchase and Others>

| Company name | Transaction type | | Purchase and others | | |
| --- | --- | --- | --- | --- | --- |
| | | | 2018 | 2019 | 2020 |
| | | | In millions of won | | |
| **<Associates>** | | | | | |
| Dongducheon Dream Power Co., Ltd. | Electricity purchase | ₩ | 828,547 | 689,510 | 552,692 |
| Korea Gas Corporation | Purchase of power generation fuel | | 5,191,243 | 4,049,486 | 3,270,972 |
| Daegu Photovoltaic Co., Ltd. | REC purchase | | 3,745 | 3,626 | 3,313 |
| Haeng Bok Do Si Photovoltaic Power Co., Ltd. | REC purchase | | 455 | 450 | 370 |
| Korea Electric Power Industrial Development Co., Ltd. | Electricity metering service fee | | 261,668 | 245,057 | 212,366 |
| Goseong Green Power Co., Ltd. | Electricity purchase | | — | 32 | — |
| Gangneung Eco Power Co., Ltd. | Service | | 19 | — | — |
| Shin Pyeongtaek Power Co., Ltd. | Electricity purchase | | — | 119,162 | 520,737 |
| Noeul Green Energy Co., Ltd. | REC purchase | | 18,282 | 22,767 | 10,634 |
| Samcheok Eco Materials Co., Ltd. | Electricity purchase | | 3,819 | 9,425 | 10,713 |
| YTN Co., Ltd. | Service | | 322 | 333 | 353 |
| Busan Green Energy Co., Ltd. | Electricity purchase | | 25,123 | 13,811 | 18,678 |
| Gunsan Bio Energy Co., Ltd. | Electricity purchase | | — | 3,022 | 24 |
| Korea Electric Vehicle Charging Service | Service | | 605 | 536 | 581 |
| Tamra Offshore Wind Power Co., Ltd. | Electricity purchase | | 8,371 | — | — |
| Yaksu ESS Co., Ltd. | Service | | — | 1,191 | 217 |
| Gangwon Wind Power Co., Ltd. | Electricity purchase | | 25,407 | 24,116 | 23,350 |
| Hyundai Green Power Co., Ltd. | Electricity purchase | | 480,815 | 507,662 | 349,778 |
| Korea Power Exchange | Trading fees | | 137,489 | 120,509 | 87,361 |
| Taebaek Wind Power Co., Ltd. | Electricity purchase | | 8,582 | 7,070 | 4,003 |
| Taebaek Guinemi Wind Power Co., Ltd. | Electricity purchase | | — | 349 | 5,023 |
| Pyeongchang Wind Power Co., Ltd. | Electricity purchase | | 6,994 | 5,188 | 3,969 |
| Daeryun Power Co., Ltd. | Electricity purchase | | 184,063 | 144,862 | 99,523 |
| Changjuk Wind Power Co., Ltd. | Electricity purchase | | 7,929 | 6,994 | 6,084 |
| GS Donghae Electric Power Co., Ltd. | Electricity purchase | | 780,233 | 681,379 | 660,351 |
| KNH Solar Co., Ltd. | Electricity purchase | | 3,586 | 3,377 | 3,564 |
| S-Power Co., Ltd. | Electricity purchase | | 507,875 | 522,469 | 293,515 |
| Hadong Mineral Fiber Co., Ltd. | Service | | 60 | — | — |
| Green Biomass Co., Ltd. | Woodchip purchase | | 440 | — | — |
| YeongGwang Yaksu Wind Electric Co., Ltd | Electricity purchase | | 2,437 | 6,511 | 9,151 |
| PND solar Co., Ltd. | Electricity purchase | | — | 557 | 5,234 |
| Hyundai Ecoenergy Co., Ltd. | Electricity purchase | | — | 6,810 | 17,777 |
| Korea Energy Solution Co., Ltd. | Electricity purchase | | — | 15 | — |
| Gwangbaek Solar Power Investment Co., Ltd. | Electricity purchase | | — | — | 373 |
| 9 Associates (Overseas) | Electricity purchase and others | | 31 | — | — |

F-215

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.  Related Parties, Continued**

**(3)  Related party transactions for the years ended December 31, 2018, 2019 and 2020 are as follows, continued:**

| Company name | Transaction type | | Purchase and others | | |
|---|---|---|---|---|---|
| | | | 2018 | 2019 | 2020 |
| | | | | In millions of won | |
| **<Joint ventures>** | | | | | |
| Cheongna Energy Co., Ltd. | Electricity purchase | ₩ | 58 | 58,747 | 66 |
| DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | Electricity purchase | | 3,445 | 2,847 | 1,120 |
| Daegu Green Power Co., Ltd. | Electricity purchase | | 287,008 | 296,464 | 215,224 |
| KAPES, Inc. | Service | | 77,758 | 142,511 | 219,673 |
| Honam Wind Power Co., Ltd. | Electricity purchase | | 7,700 | 5,306 | 4,382 |
| Jeongam Wind Power Co., Ltd. | Electricity purchase | | — | — | 5,982 |
| Korea Power Engineering Service Co., Ltd. | Service | | 1,765 | 1,774 | 1,594 |
| Seokmun Energy Co., Ltd. | Electricity purchase | | 31,759 | 26,370 | 33,164 |
| Chun-cheon Energy Co., Ltd. | Electricity purchase | | 320,954 | 313,471 | 222,069 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | Electricity purchase | | 11,366 | 11,739 | 11,232 |
| Yeonggwang Wind Power Co., Ltd. | Electricity purchase | | — | 11,940 | 24,103 |
| Sam-Yang Photovoltaic Power Co., Ltd. | Electricity purchase | | — | — | 3,848 |
| Busan Shinho Solar Power Co., Ltd. | REC purchase | | 7,901 | 7,843 | 7,296 |
| Global Trade Of Power System Co., Ltd. | Service | | 565 | 502 | 337 |
| Expressway Solar-light Power Generation Co., Ltd. | REC purchase | | 3,513 | 3,067 | 2,472 |
| Daesan Green Energy Co., Ltd. | Electricity purchase | | — | — | 104,854 |
| Dangjin Eco Power Co., Ltd. | Electricity purchase | | — | — | 3,953 |
| Busan Industrial Solar Power Co., Ltd. | Electricity purchase | | — | — | 19 |
| Haemodum Solar Co., Ltd. | Electricity purchase | | — | — | 967 |
| Yeongam Solar Power Co., Ltd. | Electricity purchase | | — | — | 32,208 |
| Solaseado Solar Power Co., Ltd. | Electricity purchase | | — | — | 28,516 |
| 29 Joint ventures (Overseas) | Electricity purchase and others | | 1,404 | 7,232 | 14,767 |
| **<Others>** | | | | | |
| Yeongwol Energy Station Co., Ltd. | REC purchase | | 4,019 | — | — |
| Ulleungdo Natural Energy Co., Ltd. | Service | | 63 | — | — |
| Korea Development Bank | Interest expense | | 5,043 | 4,063 | 3,872 |
| | Dividend paid | | 166,876 | 20 | 17 |

**(4)  Receivables and payables arising from related party transactions as of December 31, 2019 and 2020 are as follows:**

| Company name | Type | | Receivables | | Payables | |
|---|---|---|---|---|---|---|
| | | | 2019 | 2020 | 2019 | 2020 |
| | | | | In millions of won | | |
| **<Associates>** | | | | | | |
| Dongducheon Dream Power Co., Ltd. | Trade receivables | ₩ | 323 | 388 | — | — |
| | Non-trade receivables and others | | 267 | 213 | — | — |
| | Trade payables | | — | — | 85,920 | 65,794 |
| | Non-trade payables and others | | — | — | 12 | — |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.    Related Parties, Continued**

(4)    **Receivables and payables arising from related party transactions as of December 31, 2019 and 2020 are as follows, continued:**

| Company name | Type | | Receivables 2019 | Receivables 2020 | Payables 2019 | Payables 2020 |
|---|---|---|---|---|---|---|
| | | | In millions of won | | | |
| Korea Gas Corporation | Trade receivables | ₩ | 9,267 | 9,969 | — | — |
| | Non-trade receivables and others | | 38 | 95 | — | — |
| | Trade payables | | — | — | 462,138 | 428,763 |
| | Non-trade payables and others | | — | — | 560 | 617 |
| Daejung Offshore Wind Power Co., Ltd. | Non-trade receivables and others | | — | 31 | — | — |
| Daegu Photovoltaic Co., Ltd. | Trade payables | | — | — | 69 | 57 |
| Korea Electric Power Industrial Development Co., Ltd. | Trade receivables | | 243 | 508 | — | — |
| | Non-trade receivables and others | | 43 | 16 | — | — |
| | Trade payables | | — | — | 3,756 | 133 |
| | Non-trade payables and others | | — | — | 3,827 | 3,779 |
| Goseong Green Power Co., Ltd. | Trade receivables | | 103 | 2,181 | — | — |
| | Non-trade receivables and others | | 5,285 | 9,214 | — | — |
| | Non-trade payables and others | | — | — | 65,626 | 64,986 |
| Gangneung Eco Power Co., Ltd. | Trade receivables | | 115 | 661 | — | — |
| | Non-trade receivables and others | | 65 | 146 | — | — |
| Shin Pyeongtaek Power Co., Ltd. | Trade receivables | | 1,013 | 1,348 | — | — |
| | Non-trade receivables and others | | 2,281 | 2,823 | — | — |
| | Trade payables | | — | — | 64,696 | 47,948 |
| | Non-trade payables and others | | — | — | 61 | 85 |
| Noeul Green Energy Co., Ltd. | Trade receivables | | 3 | 3 | — | — |
| | Non-trade receivables and others | | — | 969 | — | — |
| | Non-trade payables and others | | — | — | 1,855 | — |
| Samcheok Eco Materials Co., Ltd. | Trade receivables | | 59 | 47 | — | — |
| YTN Co., Ltd. | Trade receivables | | 97 | 97 | — | — |
| Busan Green Energy Co., Ltd. | Trade receivables | | 1 | 5 | — | — |
| | Non-trade receivables and others | | — | 13,946 | — | — |
| | Non-trade payables and others | | — | — | 606 | — |
| Korea Electric Vehicle Charging Service | Trade receivables | | 137 | 141 | — | — |
| | Non-trade receivables and others | | 529 | 281 | — | — |
| Yaksu ESS Co., Ltd. | Trade payables | | — | — | 525 | 739 |
| Gangwon Wind Power Co., Ltd. | Trade receivables | | 7 | 6 | — | — |
| | Trade payables | | — | — | 2,979 | 2,678 |
| Gwangyang Green Energy Co., Ltd. | Non-trade receivables and others | | 1,334 | 1,356 | — | — |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.   Related Parties, Continued**

(4)   **Receivables and payables arising from related party transactions as of December 31, 2019 and 2020 are as follows, continued:**

| Company name | Type | | Receivables 2019 | Receivables 2020 | Payables 2019 | Payables 2020 |
|---|---|---|---|---|---|---|
| | | | In millions of won | | | |
| Hyundai Green Power Co., Ltd. | Trade receivables | ₩ | 502 | 554 | — | — |
| | Trade payables | | — | — | 41,587 | 9,825 |
| Korea Power Exchange | Trade receivables | | 1,142 | 1,608 | — | — |
| | Non-trade receivables and others | | 144 | 24 | — | — |
| | Trade payables | | — | — | — | 1,362 |
| | Non-trade payables and others | | — | — | 4,160 | 70,456 |
| Ecollite Co., Ltd. | Non-trade receivables and others | | 210 | — | — | — |
| Taebaek Wind Power Co., Ltd. | Non-trade receivables and others | | — | 1,405 | — | — |
| | Trade payables | | — | — | 358 | 443 |
| | Non-trade payables and others | | — | — | 243 | — |
| Taebaek Guinemi Wind Power Co., Ltd. | Non-trade receivables and others | | 2 | — | — | — |
| | Trade payables | | — | — | 190 | 413 |
| | Non-trade payables and others | | — | — | — | 509 |
| Pyeongchang Wind Power Co., Ltd. | Trade receivables | | 4 | 3 | — | — |
| Daeryun Power Co., Ltd. | Trade receivables | | 144 | 189 | — | — |
| | Trade payables | | — | — | 19,843 | 16,079 |
| Changjuk Wind Power Co., Ltd. | Trade payables | | — | — | 447 | 461 |
| | Non-trade payables and others | | — | — | 280 | 309 |
| GS Donghae Electric power Co., Ltd. | Trade receivables | | 175 | 386 | — | — |
| | Non-trade receivables and others | | 367 | 321 | — | — |
| | Trade payables | | — | — | 69,811 | 91,213 |
| | Non-trade payables and others | | — | — | 16 | 36 |
| KNH Solar Co., Ltd. | Trade receivables | | 1 | 1 | — | — |
| | Trade payables | | — | — | — | 14 |
| | Non-trade payables and others | | — | — | — | 187 |
| S-Power Co., Ltd. | Trade receivables | | 89 | 137 | — | — |
| | Non-trade receivables and others | | 43 | 46 | — | — |
| | Trade payables | | — | — | 53,705 | 23,415 |
| PND solar Co., Ltd. | Trade payables | | — | — | — | 58 |
| Hyundai Ecoenergy Co., Ltd. | Trade receivables | | 16 | 16 | — | — |
| YeongGwang Yaksu Wind Electric Co., Ltd. | Trade receivables | | 5 | 8 | — | — |
| Muan Solar Park Co., Ltd. | Trade receivables | | — | 24 | — | — |
| Go deok Clean Energy Co., Ltd. | Non-trade receivables and others | | — | 1 | — | — |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

47.   **Related Parties, Continued**

(4)   **Receivables and payables arising from related party transactions as of December 31, 2019 and 2020 are as follows, continued:**

| Company name | Type | | Receivables | | Payables | |
|---|---|---|---|---|---|---|
| | | | 2019 | 2020 | 2019 | 2020 |
| | | | | In millions of won | | |
| Suwon New Power Co., Ltd. | Trade receivables | ₩ | — | 2 | — | — |
| | Non-trade receivables and others | | 2,939 | 712 | — | — |
| 6 Associates (Overseas) | Non-trade receivables and others | | 1,112 | 3,248 | — | — |
| **&lt;Joint ventures&gt;** | | | | | | |
| Naepo Green Energy Co., Ltd. | Trade receivables | | 18 | 56 | — | — |
| DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | Trade receivables | | 128 | 57 | — | — |
| | Non-trade receivables and others | | 12,532 | 11,749 | — | — |
| | Trade payables | | — | — | 175 | 10 |
| | Non-trade payables and others | | — | — | 9,178 | 9,119 |
| Daegu Green Power Co., Ltd. | Trade receivables | | 113 | 44 | — | — |
| | Non-trade receivables and others | | 1 | 55 | — | — |
| | Trade payables | | — | — | 28,980 | 26,213 |
| KAPES, Inc. | Trade receivables | | 1 | 2 | — | — |
| | Non-trade receivables and others | | — | 5,172 | — | — |
| | Non-trade payables and others | | — | — | 50,738 | 20,577 |
| Honam Wind Power Co., Ltd. | Trade payables | | — | — | 347 | 216 |
| | Non-trade payables and others | | — | — | 1,671 | 345 |
| Jeongam Wind Power Co., Ltd. | Trade receivables | | 165 | — | — | — |
| | Non-trade receivables and others | | — | 162 | — | — |
| | Non-trade payables and others | | — | — | 6 | 692 |
| Korea Power Engineering Service Co.,Ltd. | Non-trade receivables and others | | 74 | 43 | — | — |
| Seokmun Energy Co., Ltd. | Trade receivables | | 51 | 62 | — | — |
| | Non-trade receivables and others | | 136 | 9,460 | — | — |
| | Trade payables | | — | — | — | 4,898 |
| | Non-trade payables and others | | — | — | 4,750 | 9,559 |
| Chun-cheon Energy Co., Ltd. | Trade receivables | | 260 | 98 | — | — |
| | Non-trade receivables and others | | 5,362 | 165 | — | — |
| | Trade payables | | — | — | 23,438 | 27,428 |
| Yeonggwangbaeksu Wind Power Co., Ltd. | Trade receivables | | 6 | 8 | — | — |
| | Non-trade receivables and others | | 157 | 159 | — | — |
| | Trade payables | | — | — | 671 | 405 |
| | Non-trade payables and others | | — | — | 1,526 | 1,747 |
| Cheongna Energy Co., Ltd. | Trade receivables | | 1,074 | 1,592 | — | — |
| | Non-trade receivables and others | | — | 1,186 | — | — |

F-219

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.   Related Parties, Continued**

(4)   **Receivables and payables arising from related party transactions as of December 31, 2019 and 2020 are as follows, continued:**

| Company name | Type | | Receivables 2019 | Receivables 2020 | Payables 2019 | Payables 2020 |
|---|---|---|---|---|---|---|
| | | | In millions of won | | | |
| Yeonggwang Wind Power Co., Ltd. | Trade receivables | ₩ | 10 | 12 | — | — |
| | Non-trade receivables and others | | 54 | 54 | — | — |
| | Trade payables | | — | — | — | 886 |
| | Non-trade payables and others | | — | — | 2,432 | 3,038 |
| Sam-Yang Photovoltaic Power Co., Ltd. | Trade receivables | | — | 5 | — | — |
| | Non-trade payables and others | | — | — | — | 625 |
| KW Nuclear Components Co., Ltd. | Trade receivables | | 4 | 4 | — | — |
| | Non-trade receivables and others | | 15 | — | — | — |
| KEPCO-Uhde Inc. | Non-trade payables | | — | — | 9 | — |
| Busan Shinho Solar Power Co., Ltd. | Trade receivables | | 2 | 2 | — | — |
| | Trade payables | | — | — | 148 | 135 |
| | Non-trade payables and others | | — | — | 733 | 780 |
| Daesan Green Energy Co., Ltd. | Trade receivables | | 6 | 11 | — | — |
| | Non-trade receivables and others | | — | 216 | — | — |
| | Trade payables | | — | — | — | 7,694 |
| Taebaek Gadeoksan Wind Power Co., Ltd. | Non-trade receivables and others | | — | 5 | — | — |
| | Trade payables | | — | — | — | 2,473 |
| | Non-trade payables and others | | — | — | — | 5 |
| Cheong-Song Noraesan Wind Power Co., Ltd. | Trade receivables | | 1 | 2 | — | — |
| Saemangeum Solar Power Co., Ltd. | Non-trade receivables and others | | 2,197 | 3,141 | — | — |
| Dangjin Eco Power Co., Ltd. | Trade receivables | | 2 | 3 | — | — |
| | Trade payables | | — | — | — | 326 |
| Busan Industrial Solar Power Co., Ltd. | Trade payables | | — | — | — | 1 |
| Yeongam Solar Power Co., Ltd. | Trade receivables | | — | 26 | — | — |
| | Trade payables | | — | — | — | 14,652 |
| 15 Joint ventures (Overseas) | Trade receivables | | 51,700 | 58,839 | — | — |
| | Non-trade receivables and others | | 13,652 | 17,217 | — | — |
| | Non-trade payables and others | | — | — | 87,395 | 105,682 |
| **<Others>** | | | | | | |
| Korea Development Bank | Accrued interest income | | 1,630 | 51 | — | — |
| | Non-trade receivables and others | | 146,416 | 206,916 | — | — |
| | Non-trade payables and others | | — | — | 152 | 123 |
| | Derivatives | | 41,368 | 20,167 | 6,531 | 20,001 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(5)   Loans and others arising from related party transactions as of December 31, 2019 and 2020 are as follows:**

| Type | Company name | Beginning balance | Loans | Collection | Others | Ending balance |
|------|-------------|------:|------:|------:|------:|------:|
| | | | | In millions of won | | |
| Associates | KNOC Nigerian East Oil Co., Ltd., | | | | | |
| | KNOC Nigerian West Oil Co., Ltd. | ₩  28,676 | 92 | — | (1,619) | 27,149 |
| | (Allowance for doubtful accounts) | (7,325) | — | — | 2,079 | (5,246) |
| Associates | PT. Cirebon Electric Power | 578 | — | (609) | 31 | — |
| Associates | Xe-Pian Xe-Namnoy Power Co., Ltd. | 20,955 | — | — | (1,263) | 19,692 |
| Associates | PT. Wampu Electric Power | 16,502 | — | (4,474) | 330 | 12,358 |
| Associates | Gunsan Bio Energy Co., Ltd. | 12,396 | — | — | — | 12,396 |
| | (Allowance for doubtful accounts) | (10,128) | — | — | — | (10,128) |
| Associates | Bigeum Resident Photovoltaic Power Co., Ltd. | — | 3,500 | — | — | 3,500 |
| Associates | Daejung Offshore Wind Power Co., Ltd. | — | 1,000 | — | — | 1,000 |
| Joint ventures | DAYONE Energy Co., Ltd. | | | | | |
| | (formerly, Hyundai Energy Co., Ltd.) | 2,465 | — | (2,465) | — | — |
| | (Allowance for doubtful accounts) | (2,465) | — | 2,465 | — | — |
| Joint ventures | Solaseado Solar Power Co., Ltd. | — | 64,000 | — | — | 64,000 |
| Joint ventures | Recursos Solares PV De Mexico II, S.A. De C.V. DE C.V. | 1,055 | 4,458 | — | (669) | 4,844 |
| Joint ventures | Horus Solar, S.A. De C.V. | 3,323 | 11,404 | — | (1,347) | 13,380 |
| Joint ventures | SUNMEX RENOVABLES, S.A. DE C.V. | 144 | 1,755 | — | (57) | 1,842 |
| Joint ventures | Kelar S.A. | 42,158 | — | — | (2,542) | 39,616 |
| Joint ventures | Chun-cheon Energy Co., Ltd. | 5,057 | — | (5,057) | — | — |
| Joint ventures | DE Energia SpA | 6,632 | — | — | (400) | 6,232 |
| Joint ventures | Daehan Wind Power PSC | — | 11,852 | — | (1,152) | 10,700 |
| Joint ventures | PT. Tanjung Power Indonesia | — | 777 | — | (72) | 705 |
| Joint ventures | Bitsolar Energy Co., Ltd., | — | 3,165 | — | — | 3,165 |
| | | ₩  120,023 | 102,003 | (10,140) | (6,681) | 205,205 |

**(6)   Borrowings arising from related party transactions as of December 31, 2019 and 2020 are as follows:**

| Related parties | Type | Beginning balance | Borrowings | Repayment | Others | Ending balance |
|------|------|------:|------:|------:|------:|------:|
| | | | | In millions of won | | |
| Korea Development Bank | Facility | ₩  59,845 | — | (9,552) | — | 50,293 |
| | Others | 3,500 | — | (554) | — | 2,946 |
| | Operating funds | 179,000 | 152,961 | (187,511) | (150) | 144,300 |
| | Syndicated Loan | 17,085 | — | (1,063) | (99) | 15,923 |
| | EBL | — | 43,485 | — | (3,392) | 40,093 |

F-221

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit<br>In millions of won and thousands of foreign currencies | Guarantee |
|---|---|---|---|---|
| Korea Electric Power Corporation | Shuweihat Asia Operation & Maintenance Company | Performance guarantees | USD 11,000 | Shuweihat Asia Power Investment B.V. |
| Korea Electric Power Corporation | Rabigh Operation & Maintenance Company Limited | Performance guarantees and others | USD 1,387 | Rabigh Electricity Company |
| Korea Electric Power Corporation | Nghi Son 2 Power LLC | Performance guarantees | USD 70,000 | SMBC Ho Chi Minh and others |
| | | Debt guarantees | USD 285,000 | SMBC Singapore |
| Korea Electric Power Corporation | Barakah One Company | Debt guarantees | USD 900,000 | Export-Import Bank of Korea and others |
| | | Performance guarantees and others | USD 4,439,920 | |
| Korea Electric Power Corporation | RE Holiday Holdings LLC | Performance guarantees(*12) | USD 206,494 | EPS Renewables Holdings, LLC, Santander Bank and others |
| Korea Electric Power Corporation | RE Pioneer Holdings LLC | Performance guarantees | USD 158,718 | EPS Renewables Holdings, LLC, Santander Bank and others |
| Korea Electric Power Corporation | RE Barren Ridge 1 Holdings LLC | Performance guarantees(*12) | USD 135,783 | Firstar Development, LLC, Santander Bank and others |
| Korea Electric Power Corporation | Rabigh Electricity Company | Performance guarantees | SAR 6,508 | Hana Bank |
| | | Performance guarantees | SAR 68,054 | |
| Korea Electric Power Corporation | Shuweihat Asia Power Investment B.V. | Performance guarantees | USD 100,000 | ING Bank |
| Korea Electric Power Corporation | Amman Asia Electric Power Company | Performance guarantees | USD 16,800 | Shinhan Bank |
| Korea Electric Power Corporation | Pulau Indah Power Plant Sdn. Bhd. | Performance guarantees | MYR 7,500 | Maybank |
| Korea Western Power Co., Ltd. | Cheongna Energy Co., Ltd. | Collateralized money invested | KRW 4,940 | Kookmin Bank and others |
| | | Guarantees for supplemental funding and others(*1) | — | |

F-222

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit<br>In millions of<br>won and<br>thousands of<br>foreign<br>currencies | Guarantee |
|---|---|---|---|---|
| Korea Western Power Co., Ltd. | Xe-Pian Xe-Namnoy Power Co., Ltd. | Payment guarantees for business reserve | USD 2,500 | Krung Thai Bank |
| | | Collateralized money invested | KRW 64,570 | |
| | | Impounding bonus guarantees | USD 5,000 | SK E&C |
| Korea Western Power Co., Ltd. | Rabigh Operation & Maintenance Company Limited | Performance guarantees and others | SAR 11,200 | National Bank of Kuwait |
| Korea Western Power Co., Ltd. | Daegu Photovoltaic Co., Ltd. | Collateralized money invested | KRW 2,066 | Korea Development Bank |
| Korea Western Power Co., Ltd. | Dongducheon Dream Power Co., Ltd. | Collateralized money invested(*7) | KRW 45,041 | Kookmin Bank and others |
| | | Debt guarantees | KRW 20,300 | BNK Securities |
| Korea Western Power Co., Ltd. | PT. Mutiara Jawa | Collateralized money invested | KRW 1,780 | Woori Bank |
| Korea Western Power Co., Ltd. | Haeng Bok Do Si Photovoltaic Power Co., Ltd. | Collateralized money invested | KRW 210 | Nonghyup Bank |
| Korea Western Power Co., Ltd. | Shin Pyeongtaek Power Co., Ltd. | Collateralized money invested | KRW 69,591 | Kookmin Bank |
| | | Guarantees for supplemental funding(*1) | — | Kookmin Bank and others |
| Korea Western Power Co., Ltd. | Haemodum Solar Co., Ltd. | Collateralized money invested | KRW 3,065 | Nonghyup Bank |
| Korea Western Power Co., Ltd. | Sam-Yang Photovoltaic Power Co., Ltd. | Collateralized money invested | KRW 5,535 | Korea Development Bank and others |
| | | Guarantees for supplemental funding(*1) | — | |
| Korea Western Power Co., Ltd. | Muan Solar Park Co., Ltd. | Collateralized money invested | KRW 4,180 | IBK and others |
| Korea Western Power Co., Ltd. | Anjwa Smart Farm & Solar City Co., Ltd. | Collateralized money invested | KRW 5,510 | Hana Bank and others |
| | | Guarantees for supplemental funding(*1) | — | |
| Korea East-West Power Co., Ltd. | Busan Shinho Solar Power Co., Ltd. | Collateralized money invested | KRW 5,378 | Korea Development Bank and others |

F-223

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit In millions of won and thousands of foreign currencies | Guarantee |
|---|---|---|---|---|
| Korea East-West Power Co., Ltd. | Seokmun Energy Co., Ltd. | Collateralized money invested | KRW 14,814 | Kookmin Bank and others |
|  |  | Guarantees for supplemental funding (*1) | — |  |
| Korea East-West Power Co., Ltd. | Chun-cheon Energy Co., Ltd. | Collateralized money invested | KRW 27,518 | Kookmin Bank and others |
|  |  | Guarantees for supplemental funding (*1) | KRW 90,800 |  |
| Korea East-West Power Co., Ltd. | Honam Wind Power Co., Ltd. | Collateralized money invested | KRW 3,887 | Shinhan Bank and others |
|  |  | Guarantees for supplemental funding(*1) | — |  |
| Korea East-West Power Co., Ltd. | GS Donghae Electric Power Co., Ltd. | Collateralized money invested | KRW 244,426 | Korea Development Bank and others |
|  |  | Guarantees for supplemental funding(*1) | — |  |
| Korea East-West Power Co., Ltd. | Yeonggwangbaeksu Wind Power Co., Ltd. | Collateralized money invested | KRW 3,124 | Kookmin Bank and others |
| Korea East-West Power Co., Ltd. | Yeonggwang Wind Power Co., Ltd. | Collateralized money invested | KRW 17,256 | KDB Capital Corporation and others |
|  |  | Guarantees for supplemental funding(*1) | — |  |
| Korea East-West Power Co., Ltd. | Daesan Green Energy Co., Ltd. | Collateralized money invested | KRW 22,552 | IBK |
|  |  | Guarantees for supplemental funding(*1) | KRW 18,989 |  |
| Korea East-West Power Co., Ltd. | Taebaek Gadeoksan Wind Power Co., Ltd. | Collateralized money invested | KRW 13,362 | Samsung Fire & Marine Insurance Co., Ltd. and others |
| Korea East-West Power Co., Ltd. | PT. Tanjung Power Indonesia | Debt guarantees | USD 24,544 | Sumitomo mitsui banking |
|  |  | Other guarantees | USD 3,150 | PT Adaro Indonesia |
|  |  | Guarantees for supplemental funding(*1) | — | Sumitomo mitsui banking and others |
|  |  | Collateralized money invested | KRW 33,063 | MUFG and others |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit<br>In millions of<br>won and<br>thousands of<br>foreign<br>currencies | Guarantee |
|---|---|---|---|---|
| Korea East-West Power Co., Ltd. | South Jamaica Power Company Limited | Performance guarantees | USD 14,400 | Societe Generale |
| | | Collateralized money invested | KRW 31,897 | JCSD Trustee Services Limited and others |
| EWP Barbados 1 SRL | South Jamaica Power Company Limited | Guarantees for supplemental funding(*1,3) | — | JCSD Trustee Services Limited and others |
| Korea East-West Power Co., Ltd. | DE Energia SpA | Collateralized money invested | KRW 8,187 | Mirae Asset Daewoo Co., Ltd. and others |
| | | Debt guarantees | USD 5,728 | |
| | | Payment guarantees(*10) | USD 1,066 | Hana Bank |
| Korea East-West Power Co., Ltd. | Bitsolar Energy Co., Ltd. | Collateralized money invested | KRW 352 | Mirae Asset Life Insurance Co., Ltd. and others |
| Korea Southern Power Co., Ltd. | KNH Solar Co., Ltd. | Collateralized money invested | KRW 2,436 | Shinhan Bank and others |
| | | Performance guarantees and guarantees for supplemental funding (*1) | — | |
| Korea Southern Power Co., Ltd. | Daeryun Power Co., Ltd. | Collateralized money invested | KRW 26,353 | Korea Development Bank and others |
| | | Guarantees for supplemental funding and others(*1) | KRW 8,000 | |
| Korea Southern Power Co., Ltd. | Daegu Green Power Co., Ltd. | Collateralized money invested | KRW 23,045 | Shinhan Bank and others |
| | | Performance guarantees | — | |
| Korea Southern Power Co., Ltd. | Kelar S.A. | Performance guarantees | USD 57,987 | Hana Bank, MUFG |
| Korea Southern Power Co., Ltd. | Daehan Wind Power PSC | Performance guarantees | USD 3,600 | Shinhan Bank |
| | | Payment guarantees(*9) | USD 1,898 | Hana Bank |
| Korea Southern Power Co., Ltd. | Pyeongchang Wind Power Co., Ltd. | Collateralized money invested | KRW 5,027 | Woori Bank and Shinhan Bank and others |
| | | Performance guarantees | — | |
| Korea Southern Power Co., Ltd. | Taebaek Guinemi Wind Power Co., Ltd. | Collateralized money invested | KRW 3,087 | IBK |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

47.   Related Parties, Continued

(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit<br>In millions of won and thousands of foreign currencies | Guarantee |
|---|---|---|---|---|
| Korea Southern Power Co., Ltd. | Jeongam Wind Power Co., Ltd. | Performance guarantees | — | SK Securities.Co., LTD., KDB Capital Corporation, and others |
| | | Collateralized money invested | KRW 4,620 | |
| Korea Southern Power Co., Ltd. | Samcheok Eco Materials Co., Ltd. | Payment guarantees(*4) | — | SEM Investment Co., Ltd. |
| Korea Southern Power Co., Ltd. | Solaseado Solar Power Co., Ltd. | Collateralized money invested | KRW 7,379 | Kookmin Bank and others |
| Korea Southern Power Co., Ltd. | Naepo Green Energy Co., Ltd. | Collateralized money invested(*11) | — | IBK and others |
| | | Guarantees for supplemental funding and others(*1) | KRW 30,000 | |
| | | Guarantees for other supplemental funding and performance guarantees(*1) | — | |
| KOSPO Chile SpA | Kelar S.A. | Collateralized money invested | KRW 71,449 | Export-Import Bank of Korea and others |
| KOSPO Chile SpA | Chester Solar I SpA | Collateralized money invested | KRW 1,621 | IBK |
| KOSPO Chile SpA | Chester Solar IV SpA | Collateralized money invested | KRW 1,064 | |
| KOSPO Chile SpA | Chester Solar V SpA | Collateralized money invested | KRW 277 | |
| KOSPO Chile SpA | Diego de Almagro Solar Spa | Collateralized money invested | KRW 1,490 | |
| KOSPO Chile SpA | Laurel SpA | Collateralized money invested | KRW 1,092 | |
| Korea Midland Power Co., Ltd. | YeongGwang Yaksu Wind Electric Co., Ltd. | Collateralized money invested | KRW 312 | IBK and others |
| Korea Midland Power Co., Ltd. | Hyundai Green Power Co., Ltd. | Collateralized money invested | KRW 132,774 | Korea Development Bank and others |
| Korea Midland Power Co., Ltd. | PT. Cirebon Electric Power | Debt guarantees | USD 10,038 | Mizuho Bank |

| Korea Midland Power Co., Ltd. | PT. Wampu Electric Power | Debt guarantees | USD 5,271 | SMBC |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.    Related Parties, Continued**

**(7)    Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit In millions of won and thousands of foreign currencies | Guarantee |
|---|---|---|---|---|
| Korea Midland Power Co., Ltd. | Green Energy Electricity Generation Co., Ltd. | Collateralized money invested | KRW 25 | IBK |
| | | Guarantees for supplemental funding and others(*1) | — | IBK and others |
| Korea Midland Power Co., Ltd. | Yaksu ESS Co., Ltd. | Collateralized money invested | KRW 454 | IBK |
| Korea Midland Power Co., Ltd. | Namjeongsusang Solar Power Operation Co., Ltd. | Collateralized money invested | KRW 103 | IBK |
| Korea Midland Power Co., Ltd. | Gwangbaek Solar Power Investment Co., Ltd. | Collateralized money invested | KRW 4,682 | Kyobo Life Insurance Co., Ltd. and others |
| Korea Midland Power Co., Ltd. | Muan Sunshine Solar Power Plant Co., Ltd. | Collateralized money invested | KRW 1,096 | IBK |
| Korea Midland Power Co., Ltd. | Goesan Solar Park Co., Ltd. | Collateralized money invested | KRW 1,684 | IBK |
| Korea Midland Power Co., Ltd. | Bitgoel Eco Energy Co., Ltd. | Collateralized money invested | KRW 29 | IBK and others |
| | | Guarantees for supplemental funding(*1) | — | |
| Korea South-East Power Co., Ltd. | DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) | Collateralized money invested(*5) | — | IBK |
| | | Guarantees for supplemental funding and others(*1,6) | KRW 76,800 | NH investment & securities Co., Ltd. and others |
| Korea South-East Power Co., Ltd. | S-Power Co., Ltd. | Collateralized money invested | KRW 110,292 | Korea Development Bank and others |
| Korea South-East Power Co., Ltd. | RES Technology AD | Collateralized money invested | KRW 15,930 | UniCredit Bulbank and others |
| Korea South-East Power Co., Ltd. | ASM-BG Investicii AD | Collateralized money invested | KRW 18,200 | UniCredit Bulbank and others |

| | | | | |
|---|---|---|---|---|
| Korea South-East Power Co., Ltd. | Expressway Solar-light Power Generation Co., Ltd. | Guarantees for supplemental funding(*1,2) | KRW 2,500 | Woori Bank |
| Korea South-East Power Co., Ltd. | Goseong Green Power Co., Ltd. | Collateralized money invested | KRW 2,186 | Kyobo Life Insurance Co., Ltd. and others |
| Korea South-East Power Co., Ltd. | Gangneung Eco Power Co., Ltd. | Collateralized money invested | KRW 2,368 | Kyobo Life Insurance Co., Ltd. and others |

F-227

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.    Related Parties, Continued**

**(7)    Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

| Primary guarantor | Principal obligor | Type of guarantees | Credit limit In millions of won and thousands of foreign currencies | Guarantee |
|---|---|---|---|---|
| Korea South-East Power Co., Ltd. | PND solar Co., Ltd. | Collateralized money invested | KRW 1,149 | IBK |
| Korea South-East Power Co., Ltd. | Hyundai Eco Energy Co., Ltd. | Collateralized money invested | KRW 4,250 | Samsung Life Insurance and others |
| Korea South-East Power Co., Ltd. | Jaeun Resident Wind Power Plant Co., Ltd. | Collateralized money invested | KRW 2,195 | IBK |
| Korea South-East Power Co., Ltd. | Cheongsong Myeonbongsan Wind Power Plant Co., Ltd. | Collateralized money invested | KRW 4,124 | Kyobo Life Insurance Co., Ltd. and others |
| Korea South-East Power Co., Ltd. | Youngam Solar Power Co., Ltd. | Collateralized money invested | KRW 6,042 | Kookmin Bank and others |
| Korea South-East Power Co., Ltd. | Samsu Wind Power Co., Ltd. | Collateralized money invested | KRW 2,607 | Shinhan Bank and others |
| Korea South-East Power Co., Ltd. | Saemangeum Heemang Photovoltaic Co., Ltd. | Collateralized money invested | KRW 11,022 | Woori Bank and others |
| Korea Hydro & Nuclear Power Co., Ltd. | Noeul Green Energy Co., Ltd. | Collateralized money invested | KRW 4,197 | Hana Bank and others |
| Korea Hydro & Nuclear Power Co., Ltd. | Busan Green Energy Co., Ltd. | Collateralized money invested | KRW 8,778 | Shinhan Bank and others |
| Korea Hydro & Nuclear Power Co., Ltd. | Cheong-Song Noraesan Wind Power Co., Ltd. | Collateralized money invested | KRW 3,453 | Woori Bank and others |
| KEPCO Plant Service & Engineering Co., Ltd. | Incheon New Power Co., Ltd. | Collateralized money invested(*8) | — | Shinhan Bank |
| | | Guarantees for supplemental funding(*1) | — | |

(*1)  The Company guarantees to provide supplemental funding for business with respect to excessive business expenses or insufficient repayment of borrowings.

(*2)  The Company has granted the right to Hana Financial Investment Co., Ltd., as an agent for the creditors to Expressway Solar-light Power Generation Co., Ltd. ("ESPG"), to the effect that in the event of acceleration of ESPG's payment obligations under certain borrowings to such creditors, Hana Financial may demand the Company to dispose of shares in ESPG held by the Company and apply the resulting proceeds to repayment of ESPG's obligations.

(*3)  This includes a guarantee for the shareholder's capital payment in connection with the business of 190MW gas complex thermal power plant in Jamaica. EWP Barbados 1 SRL's capital contribution amount is USD 18,400 thousand and there is no residual guarantee amount among total collateral limit.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.   Related Parties, Continued**

**(7)   Guarantees provided to associates or joint ventures as of December 31, 2020 are as follows, continued:**

(*4)   Controlling and non-controlling common shareholders of Samcheok Eco Materials Co., Ltd. have pre-emption rights, if preferred shareholders intend to sell their shares until December 26, 2023. The promised yield of the preferred stock is guaranteed through the transaction. As of December 31, 2020, the Company has recognized derivative liabilities of ₩6,760 million related to the guarantee. Meanwhile, the Company is under an agreement with Samcheok Eco Materials Co., Ltd. that if a damage incurs related to the fulfillment of obligations pursuant to the mandatory contract of coal ash supply, compensation for the expected amount of the damage should be settled.

(*5)   The Company recognized an impairment loss on all of the equity securities of DAYONE Energy Co., Ltd. (formerly, Hyundai Energy Co., Ltd.) before the prior year, and the acquisition cost of the securities provided as collateral is ₩47,067 million.

(*6)   Pursuant to the guarantee agreement, the Company recognized other provisions of ₩26,772 million as the possibility of economic benefit outflow to fulfill the obligation was deemed probable and the amount could be reasonably estimated.

(*7)   The common stocks of Dongducheon Dream Power Co., Ltd. held by the Company were pledged as collateral.

(*8)   The Company recognized an impairment loss on all of the equity securities of Incheon New Power Co., Ltd. during the year ended December 31, 2019, and the acquisition cost of the securities provided as collateral is ₩461 million.

(*9)   The Company provided a payment guarantee to Daehan Wind Power PSC for opening LC for Debt Service Reserve Account (DSRA).

(*10)   This includes a guarantee related to LC for debt repayment allowance provided to DE Energia SpA, a joint venture of the Company.

(*11)   The Company recognized an impairment loss on all of the equity securities of Naepo Green Energy Co., Ltd. before the prior year, and the acquisition cost of the securities provided as collateral is ₩29,200 million.

(*12)   The credit limits of guarantees to RE Holiday Holdings LLC and RE Barren Ridge 1 Holdings LLC include the credit limits of guarantees to their subsidiaries.

F-229

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**47.   Related Parties, Continued**

**(8)   As of December 31, 2020, there is no financial guarantee provided by related parties.**

**(9)   Derivatives transactions with related parties as of December 31, 2020 are as follows:**

(i)   Currency Swap

| Counterparty | Contract year | Contract Amount | | Contract interest rate per annum | | Contract exchange rate |
|---|---|---|---|---|---|---|
| | | Pay | Receive | Pay (%) | Receive (%) | |
| | | In millions of won and thousands of foreign currencies except contract exchange rate information | | | | |
| Korea Development Bank | 2019~2024 | ₩ 177,600 | USD 150,000 | 1.24% | 2.50% | ₩ 1,184.00 |
| | 2020~2025 | 241,320 | USD 200,000 | 0.54% | 1.13% | 1,206.60 |
| | 2015~2025 | 111,190 | USD 100,000 | 2.62% | 3.25% | 1,111.90 |
| | 2017~2027 | 111,610 | USD 100,000 | 2.31% | 3.13% | 1,116.10 |
| | 2018~2028 | 108,600 | HKD 800,000 | 2.69% | 3.35% | 135.75 |
| | 2018~2023 | 170,280 | USD 150,000 | 2.15% | 3.75% | 1,135.20 |
| | 2019~2027 | 119,978 | CHF 100,000 | 1.43% | 0.05% | 1,199.78 |
| | 2020~2026 | 118,910 | USD 100,000 | 0.61% | 1.00% | 1,189.10 |
| | 2016~2021 | 121,000 | USD 100,000 | 2.15% | 2.50% | 1,210.00 |
| | 2019~2022 | 112,650 | USD 100,000 | 1.80% | 3.38% | 1,126.50 |
| | 2018~2023 | 320,880 | USD 300,000 | 2.03% | 3.75% | 1,069.60 |
| | 2019~2022 | 117,340 | USD 100,000 | 1.06% | 2.38% | 1,173.40 |
| | 2018~2021 | 212,960 | USD 200,000 | 2.10% | 3.00% | 1,064.80 |
| | 2017~2022 | 113,300 | USD 100,000 | 1.94% | 2.63% | 1,133.00 |
| | 2018~2023 | 169,335 | USD 150,000 | 2.26% | 3.88% | 1,128.90 |
| | 2020~2025 | 122,780 | USD 100,000 | 0.93% | 1.75% | 1,227.80 |

(ii)   Currency forward

| Counterparty | Contract date | Maturity date | Contract amounts | | Contract exchange rate |
|---|---|---|---|---|---|
| | | | Pay | Receive | |
| | | | In millions of won and thousands of USD except contract exchange rate information | | |
| Korea Development Banko | 2017.12.27 | 2021.07.12 | ₩ 104,849 | USD 100,000 ₩ | 1,048.49 |
| | 2020.12.18 | 2021.01.28 | 5,469 | USD 5,000 | 1,093.75 |
| | 2020.12.30 | 2021.02.19 | 5,436 | USD 5,000 | 1,087.16 |
| | 2020.12.15 | 2021.01.05 | 1,092 | USD 1,000 | 1,092.10 |
| | 2020.12.29 | 2021.01.05 | 6,791 | USD 6,200 | 1,095.35 |

F-230

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**47.    Related Parties, Continued**

**(10)    The Company considers all standing directors of the Board who serve as executive officers responsible for planning, operations and/or control of business activities, as key management personnel, except a standing director who is a member of the Audit Committee. The Company recorded salaries and other compensations related to the key management personnel as follows:**

| Type | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | In millions of won | | |
| Salaries | ₩ | 1,106 | 1,315 | 1,295 |
| Retirement benefits | | 24 | 31 | 58 |
| | ₩ | 1,130 | 1,346 | 1,353 |

**48.    Statement of Cash Flows**

**(1)    Significant non-cash transactions for the years ended December 31, 2018, 2019, and 2020 are as follows:**

| Transactions | | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| | | | In millions of won | |
| Transfer from construction-in-progress to other assets | ₩ | 8,656,252 | 14,052,094 | 10,189,527 |
| Recognition of asset retirement cost and related provision for decommissioning costs | | 310,272 | 2,425,668 | 895,507 |
| Transfer from provision for disposal of spent nuclear fuel to accrued expenses | | 482,699 | 376,103 | 395,921 |
| Transfer from long-term borrowings and debt securities to current portion of long-term borrowings and debt securities | | 7,100,846 | 7,759,284 | 9,237,883 |
| Transfer from inventory to stored nuclear fuel | | — | 1,129,374 | 1,055,974 |
| Transfer of right-of-use assets due to change in accounting policy and others | | — | 5,364,647 | 291,334 |

**(2)    Changes in liabilities incurred from financing activities for the years ended December 31, 2019, and 2020 are as follows:**

| | | | | 2019 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Non-cash changes | | | | |
| | | Beginning balance | Cash flows | Increase | Changes in accounting policies | Effect of exchange rate fluctuations and others | Increase from the business combination | Ending balance |
| | | | | In millions of won | | | | |
| Borrowings and debt securities | ₩ | 61,034,626 | 6,342,074 | — | — | 496,940 | 2,900 | 67,876,540 |
| Lease liabilities | | 283,806 | (573,437) | 218,800 | 4,943,584 | 197,380 | — | 5,070,133 |
| | ₩ | 61,318,432 | 5,768,637 | 218,800 | 4,943,584 | 694,080 | 2,900 | 72,946,673 |

F-231

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**48.   Statement of Cash Flows, Continued**

**(2)   Changes in liabilities incurred from financing activities for the years ended December 31, 2019, and 2020 are as follows, continued:**

| | | | | 2020 | | |
| | | | | | Non-cash changes | |
| | | Beginning balance | Cash flows | Increase | Effect of exchange rate fluctuations and others | Ending balance |
| | | | | In millions of won | | |
| Borrowings and debt securities | ₩ | 67,876,541 | 2,538,787 | — | (690,747) | 69,724,581 |
| Lease liabilities | | 5,070,133 | (613,977) | 275,686 | (110,746) | 4,621,096 |
| | ₩ | 72,946,674 | 1,924,810 | 275,686 | (801,493) | 74,345,677 |

**49.   Commitments for Expenditure**

**(1)   The commitments for acquisition of property, plant and equipment as of December 31, 2019 and 2020 are as follows:**

| | | 2019 | | 2020 | |
| Contracts | | Commitment amounts | Remaining liability balances | Commitment amounts | Remaining liability balances |
| | | | In millions of won | | |
| Purchase of cable (PVC, 1C, 2000SQ) 153,000M and others (Shin-Bupyung-Youngseo) | ₩ | 56,408 | 24,721 | 56,574 | 16,038 |
| Purchase of cable (PVC, 1C, 2500SQ) 103,374M and others (Bukdangjin-Shin-Tangjung) | | 45,390 | 32,876 | 45,390 | 32,876 |
| Purchase of GIS (362kV, 6300A, 63kA) 23CB – Youngseo S/S | | 36,143 | 36,143 | 36,143 | 29,898 |
| Purchase of GIS (362kV, 6300A, 63kA) 26CB – Hwasung S/S | | 40,010 | 15,300 | 40,010 | 8,328 |
| Purchase of GIS (362kV, 6300A, 63kA) 27CB – Kwangyang S/S | | 37,744 | 9,700 | 37,744 | 2,244 |
| Purchase of cable (FR CNCO-W, 1C, 325SQ) 1,400,000M | | 59,716 | 37,249 | 59,716 | 37,249 |
| Purchase of switch (Eco) 9,360 units | | 40,631 | 24,031 | 40,631 | 24,031 |
| Purchase of cable (TR CNCE-W/AL, 1C, 400SQ) 2,654,400M | | 36,063 | 6,243 | 35,708 | — |
| Purchase of cable (TR CNCE-W,1C,600SQ) 551,200M | | — | — | 37,288 | 23,100 |
| Purchase of cable (TR CNCE-W/AL,1C,400SQ) 4,464,000M | | — | — | 82,622 | 51,130 |
| Purchase of cable (FR CNCO-W,1C,325SQ) 1,092,000M | | — | — | 42,068 | 35,358 |

F-232

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**49.    Commitments for Expenditure, Continued**

**(1)    The commitments for acquisition of property, plant and equipment as of December 31, 2019 and 2020 are as follows, continued:**

| | 2019 | | 2020 | |
|---|---|---|---|---|
| **Contracts** | **Commitment amounts** | **Remaining liability balances** | **Commitment amounts** | **Remaining liability balances** |
| | | In millions of won | | |
| Concrete pole (10M, general purpose, 350KGF) 102,435 ea and five other equipments ₩ | — | — | 91,889 | 80,904 |
| Construction of Shin-Kori units (#5,6) | 8,625,387 | 4,479,956 | 8,625,387 | 3,256,117 |
| Construction of Shin-Hanul units (#1,2) | 8,306,149 | — | 9,443,635 | 160,512 |
| Other 20 contracts | 352,710 | 122,890 | 107,586 | 58,466 |
| Service of designing Seoul Combined units (#1,2) | 30,778 | 2,119 | 31,841 | 984 |
| Purchase of main machine for construction of Seoul Combined units (#1,2) | 331,249 | 15,918 | 331,249 | — |
| Construction of Seoul Combined units (#1,2) | 387,722 | 31,150 | 409,597 | — |
| Service of designing Shin-Boryeong units (#1,2) | 120,668 | 888 | 121,163 | 521 |
| Purchase of main machine for construction of Shin-Boryeong units (#1,2) | 816,317 | 4,955 | 816,317 | — |
| Purchase of furnace for construction of Shin-Seocheon thermal power plant | 305,209 | 43,388 | 305,209 | 29,042 |
| Purchase of turbine generator for construction of Shin-Seocheon thermal power plant | 105,226 | 10,736 | 105,226 | 8,279 |
| Electricity construction of Shin-Seocheon thermal power plant | 231,196 | 87,874 | 282,234 | 13,524 |
| Purchase of main machine for Jeju LNG combined | 166,287 | 12,088 | 166,287 | 11,182 |
| Service of designing Taean units (#9,10) | 112,483 | 12,862 | 112,813 | 12,933 |
| Purchase of gas turbine and turbine equipment of Gimpo combined heat & power plant | 104,600 | 104,600 | 104,600 | 41,840 |
| Purchase of steam turbine, HRSG and POWER BLOCK of Gimpo combined heat & power plant | — | — | 210,900 | 147,630 |
| Purchase of coal handling machine for construction of Samcheok units (#1,2) | 282,927 | 42,785 | 285,158 | 22,751 |
| Purchase of furnace main equipment for construction of Samcheok units (#1,2) | 1,066,824 | 11,771 | 1,065,141 | 11,609 |
| Purchase of turbine main equipment for Samcheok units (#1,2) | 223,550 | 132 | 211,349 | 125 |
| Purchase of main equipment for Namjeju | 138,486 | 84,982 | 140,144 | 112 |

F-233

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**49.   Commitments for Expenditure, Continued**

**(2)   As of December 31, 2020, details of contracts for inventory purchase commitment are as follows:**

The Company imports all of its uranium ore concentrates from sources outside Korea (including the United States, United Kingdom, Kazakhstan, France, Russia, South Africa, Canada and Australia) which are paid for with currencies other than Won, primarily in U.S. dollars. In order to ensure stable supply, the Company entered into long-term and medium-term contracts with various suppliers, and supplements such supplies with purchases of fuels on spot markets. The long-term and medium-term contract periods vary among contractors and the stages of fuel manufacturing process. Contract prices for processing of uranium are generally based on market prices. Contract periods for ore concentrates, conversion, enrichment and design and fabrication are as follows:

| Type | Periods | Contracted quantity |
|---|---|---|
| Concentrate | 2020 ~ 2030 | 32,435 Ton U3O8 |
| Transformed | 2020 ~ 2030 | 18,088 Ton U |
| Enrichment | 2020 ~ 2030 | 17,667 Ton SWU |

In addition, the contracted quantity of the molded uranium between Korea Hydro & Nuclear Power Co., Ltd. and KEPCO Nuclear Fuel Co., Ltd., which are subsidiaries of the Company, is 1,572 Ton U (contract period : 2009~2024).

**50.   Contingencies and Commitments**

**(1)   Ongoing litigations and claims related with contingent liabilities and contingent assets as of December 31, 2019 and 2020 are as follows:**

| | 2019 | | 2020 | |
|---|---|---|---|---|
| | Number of cases | Claim amount | Number of cases | Claim amount |
| | | In millions of won | | |
| As the defendant | 586 | ₩697,835 | 663 | ₩550,535 |
| As the plaintiff | 199 | 707,287 | 200 | 729,798 |

A group of plaintiffs (consisting of 2,167 individuals) filed a lawsuit against NSSC (Nuclear Safety and Security Commission) regarding NSSC's approval on May 18, 2015 of extending the operation of Wolsong unit 1 nuclear power plant. The appeal has been dismissed on May 29, 2020, resulting in plaintiffs' loss. Also, Greenpeace and others filed an administrative litigation against NSSC requesting cancelation of the construction permit of Shin-Kori unit 5 and 6 in September 12, 2016 and lost the lawsuit in February 14, 2019. They appealed the case in March 18, 2019, but the appeal had been dismissed on January 8, 2021. Thus plaintiffs filed an appeal to the Supreme Court of Korea. The Company joined these litigations as a stakeholder after obtaining permission from the court.

As of December 31, 2020, in connection with Shin-Hanul unit 3 & 4, the Company has received communications from a vendor for costs incurred for the preliminary work of the main equipment and associated compensation due to the discontinuation of the construction. The Company does not believe that it has a present obligation to this vendor, and that it is probable that the Company will prevail if a lawsuit is filed against the Company. In addition, the Company cannot reliably estimate the potential economic outflow related to the obligation as of December 31, 2020.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.    Contingencies and Commitments, Continued**

**(1)    Ongoing litigations and claims related with contingent liabilities and contingent assets as of December 31, 2019 and 2020 are as follows, continued:**

The Company is the defendant against a number of claims. The following is potentially significant ongoing claims pertaining to the Company:

①    There is an ongoing claim against the Company from a group of plaintiffs (consisting of 3,910 individuals) regarding the contribution to plan assets and payment of retirement benefits. The Company recognized ₩11,730 million as litigation provisions in relation to the lawsuit.

②    There is an ongoing claim against the Company due to disagreements over contract details regarding the construction of the waste refinement power generation plant for Next Energy Co., Ltd., including commencement of commercial operation, however, the Company has not recognized any provision, as the outcome of the lawsuit and the related amount and timing of economic benefit outflow that the Company may be liable for cannot be reasonably estimated as of December 31, 2020.

③    There are multiple ongoing claims against the Company related to ordinary wages, requesting payment of unpaid wages. The Company believes that the possibility of the outflow of economic benefits is probable on the ongoing and the expected lawsuits. Accordingly, the Company recognized ₩8,307 million as litigation provisions in relation to the lawsuit as of December 31, 2020.

In addition to the abovementioned significant ongoing claims, there are 10 arbitration cases pertaining to the Company as of December 31, 2020 and the significant arbitration cases for the year ended December 31, 2020 are as follows:

①    The Company has been accused of breach of contract in relation to ERP software, which is provided by SAP Korea Ltd. The litigation was filed in the International Court of Arbitration of the International Chamber of Commerce. The Company has recognized ₩1,319 million of litigation provision in relation to the lawsuit.

②    In relation to the electric power IT modernization project in Kerala, India, Enzen, a subcontractor, filed an arbitration against the Company to the Indian Council of Arbitration due to disagreements in the contract, but the Company has not recognized any provision because the amount and timing of economic benefit outflow cannot be reasonably estimated.

③    Two companies including GE Energy Products France SNC filed an arbitration against the Company to Korea Commercial Arbitration Board regarding additional payment of construction costs, but the Company has not recognized any provision because the probability of economic benefit outflow is remote and the related amount cannot be reliably estimated.

**(2)    Guarantees of payments and commitments provided to other companies as of December 31, 2019 and 2020 are as follows:**

①    The Company has outstanding borrowings with a limit of USD 275,600 thousand from its creditors such as International Finance Corporation. Regarding the borrowing contract, the Company has guaranteed capital contribution of USD 69,808 thousand and additional contribution up to USD 19,000 thousand for contingencies, if any. Moreover, for one of the electricity purchasers, Central Power Purchasing Agency Guarantee Ltd., the Company has provided payment guarantee up to USD 2,777 thousand, in case of construction delay or insufficient contract volume after commencement of the construction.

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.   Contingencies and Commitments, Continued**

**(2)   Guarantees of payments and commitments provided to other companies as of December 31, 2019 and 2020 are as follows, continued:**

② The Company has provided PT. Perusahaan Listrik Negara performance guarantee up to USD 2,293 thousand and investment guarantee up to USD 43,500 thousand to Mizuho bank and others in proportion to its ownership in the electricity purchase contract with PT. Cirebon Energi Prasarana in relation to the second electric power generation business in Cirebon, Indonesia.

③ The Company has provided MUFG Bank, Ltd. (MUFG) borrowing guarantee up to USD 41,258 thousand in proportion to its ownership in the equity bridge loan (EBL) guarantee with PT. Cirebon Energi Prasarana in relation to the second electric power generation business in Cirebon, Indonesia.

④ The Company has provided the Export-Import Bank of Korea, BNP Paribas and ING Bank with the guarantees of mutual investment of USD 2,192 thousand, which is equivalent to the ownership interest of PT BS Energy and PT Nusantara Hydro Alam, in order to guarantee the expenses related to hydroelectric power business of Tanggamus, Indonesia.

⑤ The Company has provided USD 16,000 thousand of business performance guarantees to AEP Texas, Inc., for the construction, ownership, operation, and related cost-bearing implementation of electric power transmission equipment regarding Concho Valley solar business in the United States.

⑥ The Company has provided a guarantee to complete the construction of the waste oil refining power generation plant of Next energy Co.,Ltd. (contract amount : ₩14,700 million) to the financial institution agents, thus the Company is liable to compensate to financial institution agents for the any damages incurred in the event of incompletion of the construction. Also, the power generation guarantee agreement was concluded in connection with the consignment service for management and operations (the repayment period of the principal of the loan) after the completion of the construction. If the amount of power generated falls short of the contracted power generation amount, the Company will be liable to pay compensation for the shortage. The Company has recognized ₩13,500 million as a provision based on the assessment of expected outflow of resources.

⑦ The Company has provided the syndicate of lenders of PT Indo Raya Tenaga, the business corporation of PT Barito Wahana Tenaga, a guarantee by establishing the right of pledge on the shares of PT Barito Wahana Tenaga for project financing of PT Barito Wahana Tenaga as of December 31, 2020.

**(3)   Credit lines provided by financial institutions as of December 31, 2020 are as follows:**

| Commitments | Financial institutions | Currency | Credit limit | Used amount |
|---|---|---|---|---|
| | | | In millions of won and thousands of foreign currencies | |
| Commitments on Bank-overdraft | Nonghyup Bank and others | KRW | 1,936,500 | 229,960 |
| Commitments on Bank-daylight overdraft | Nonghyup Bank | KRW | 280,000 | — |
| Limit amount available for CP | Hana Bank | KRW | 1,150,000 | 1,150,000 |
| Limit amount available for card | Hana Bank and others | KRW | 47,104 | 5,378 |
| | Banco de Oro | PHP | 5,000 | 3,000 |

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.   Contingencies and Commitments, Continued**

**(3)   Credit lines provided by financial institutions as of December 31, 2020 are as follows, continued:**

| Commitments | Financial institutions | Currency | Credit limit | Used amount |
|---|---|---|---|---|
| | | | In millions of won and thousands of foreign currencies | |
| Loan limit | Kookmin Bank and others | KRW | 1,752,333 | 957,924 |
| | DBS Bank and others | USD | 1,809,700 | 55,393 |
| Certification of payment on payables from foreign country | Nonghyup Bank | USD | 8,700 | 7,912 |
| Certification of payment on L/C | Shinhan Bank and others | USD | 938,400 | 90,240 |
| | Mizuho Bank | MXN | 3,666 | 3,666 |
| Certification of Performance guarantee on contract | Seoul Guarantee Insurance and others | KRW | 66,890 | 59,677 |
| | First Abu Dhabi Bank and others | USD | 1,036,334 | 834,223 |
| | Korea Development Bank and others | JPY | 637,670 | 637,670 |
| | Hana Bank | EUR | 4,065 | 4,065 |
| | Shinhan Bank | INR | 6,806 | 6,806 |
| | Hana Bank | CAD | 148 | 148 |
| | Maybank | MYR | 7,500 | 7,500 |
| | Hana Bank | SAR | 68,054 | 68,054 |
| Certification of bidding | Hana Bank | USD | 10,000 | 197 |
| | Hana Bank | EUR | 2 | 2 |
| Advance payment bond, Warranty bond, Retention bond and others | Seoul Guarantee Insurance | KRW | 40,153 | 40,153 |
| | Export-Import Bank of Korea and others | USD | 550,616 | 498,761 |
| | Hana Bank | SAR | 6,508 | 6,508 |
| | Hana Bank | MXN | 20,538 | 20,538 |
| Others | Nonghyup Bank and others | KRW | 654,162 | 32,009 |
| | Export-Import Bank of Korea and others | USD | 2,268,158 | 1,819,226 |
| | Shinhan Bank | JPY | 381,210 | 381,210 |
| | Standard Chartered | AED | 50 | 50 |
| | Shinhan Bank | MXN | 6,471 | 4,901 |
| Inclusive credit | Hana Bank | KRW | 8,000 | 927 |
| | Hana Bank and others | USD | 30,722 | 17,236 |
| | Shinhan Bank | INR | 70,028 | 70,028 |
| Trade finance | BNP Paribas and others | USD | 750,000 | — |

F-237

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.    Contingencies and Commitments, Continued**

**(4)    As of December 31, 2020, blank check and assets provided as collaterals or pledges to financial institutions by the Company are follows:**

| Guarantor | Guarantee | Type of guarantee | Currency | Amount | Description |
|---|---|---|---|---|---|
| | | In millions of won and thousands of foreign currencies | | | |
| Mira Power Limited | International Finance Corporation and others | Property, plant and equipment and others | USD | 275,600 | Collateral for borrowings(*1) |
| Tamra Offshore Wind Power Co., Ltd. | Kyobo Life Insurance Co., Ltd. and others | Property, plant and equipment and others | KRW | 171,600 | Collateral for borrowings(*2) |
| SE Green Energy Co., Ltd. | DB Insurance Co., Ltd. and others | Property, plant and equipment and others | KRW | 149,500 | Collateral for borrowings(*2) |
| Gyeonggi Green Energy Co., Ltd. | Korea Development Bank and others | Cash and cash equivalents | KRW | 327,800 | Collateral for borrowings(*2) |
| Commerce and Industry Energy Co., Ltd. | IBK and others | Land, buildings, structures and machinery and others | KRW | 110,500 | Collateral for borrowings(*2) |
| KOSPO Youngnam Power Co., Ltd. | Shinhan Bank and others | Cash and cash equivalents | KRW | 396,120 | Collateral for borrowings(*2) |
| Gyeongju Wind Power Co., Ltd. | Samsung Fire & Marine Insurance Co., Ltd. and Others | Property, plant and equipment and others | KRW | 110,240 | Collateral for borrowings(*2) |
| Korea Offshore Wind Power Co., Ltd. | Woori Bank and Others | Utility plant and others | KRW | 293,400 | Collateral for borrowings(*2) |
| Qatrana Electric Power Company | The Islamic Development Bank and others | Finance lease receivable and property, plant and equipment and others | JOD | 236,570 | Collateral for borrowings(*1) |

F-238

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.    Contingencies and Commitments, Continued**

**(4)    As of December 31, 2020, blank check and assets provided as collaterals or pledges to financial institutions by the Company are follows, continued:**

| Guarantor | Guarantee | Type of guarantee | Currency | Amount | Description |
|---|---|---|---|---|---|
| | | In millions of won and thousands of foreign currencies | | | |
| KST Electric Power Company, S.A.P.I. de C.V. | The Export—Import Bank of Korea and others | Finance lease receivable and property, plant and equipment and others | USD | 401,277 | Collateral for debt securities (*1) |
| Incheon Fuel Cell Co., Ltd. | Kookmin Bank and others | Cash and cash equivalents and others | KRW | 276,960 | Collateral for borrowings (*2) |
| TS Energy No. 25 Co., Ltd. | Kyobo Life Insurance Co., Ltd. and others | Property, plant and equipment and others | KRW | 521,281 | Collateral for borrowings (*2) |

(*1)   This is based on the amount of loan commitment limit.

(*2)   As of December 31, 2020, the Company has established guarantees for pledge for transfer of rights of long-term borrowings, pledge for insurance claims, pledge for shares, etc.

The Company has ₩1,197 million of project loans from Korea Energy Agency as of December 31, 2020. The Company has provided a blank check as a repayment guarantee.

**(5)**    The Company temporarily suspended operations of the Gangneung hydroelectric generating plant, with a carrying amount of ₩69,532 million as of December 31, 2020, to improve the quality of water used in generating electricity. The expenses related to the suspension of operations of ₩46 million and depreciation on the idle assets of ₩6,604 million are recorded in other expenses for the year ended December 31, 2020. Regarding the improvement of water quality, the results of damages compensation for the local residents cannot be reasonably estimated, and the Company is in negotiations with Gangneung City and related stakeholders to restart the Gangneung hydroelectric generating plant as of December 31, 2020.

**(6)**    Due to the Korean government's announcement of suspension of operation in the Gaeseong Industrial District, it is uncertain if the Company can exercise the property rights for the Company's facility in the Gaeseong Industrial District as of December 31, 2020. The book value of facility is ₩15,524 million and the amount of trade receivables related to the companies residing in Gaeseong industrial complex is ₩2,911 million. The outcome of this event cannot be reasonably estimated as of December 31, 2020.

**(7)**    In connection with the electric power IT modernization project in Kerala, India, negotiations are underway due to disagreements in the contract regarding the existence and the scope of a warranty obligation. However, the Company has not recognized any provision because the amount and timing of economic benefit outflow cannot be reasonably estimated as of December 31, 2020.

F-239

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
**December 31, 2019 and 2020**

**50.   Contingencies and Commitments, Continued**

**(4)   As of December 31, 2020, blank check and assets provided as collaterals or pledges to financial institutions by the Company are follows, continued:**

**(8)**   To prevent the spread of COVID-19, a variety of prevention and control measures, including movement restrictions, are being implemented worldwide, and as a result, the global economy is being affected extensively. In addition, various forms of government policies are being announced to cope with COVID-19. The Company was unable to reasonably estimate the impact of COVID-19 and the impact of the government support policies on the Company's consolidated financial statements as of December 31, 2020, and the resulting effects have not been reflected in the consolidated financial statements.

**51.   Business Combination**

**(1)   Details of the business combination that occurred for the year ended December 31, 2019 are as follows:**

| Company | Key operation activities | Date of merger | Transfer price |
|---|---|---|---|
| | | In millions of won | |
| Eumseong Natural Gas Power Co., Ltd. | Power generation | 2019.12.23 | 225,758 |

Eumseong Natural Gas Power Co., Ltd. was established in August 2019 by spin-off from Dangjin Eco Power Co., Ltd., and obtained the license for LNG combined power generation under the 8th Basic Plan for Long-Term Electricity Supply and Demand. Korea East-West Power Co., Ltd., a subsidiary of the Company, acquired 100% of its interest in Eumseong Natural Gas Power Co., Ltd. for stable power supply and profit generation through diversification of power sources, and merged with Eumseong Natural Gas Power Co., Ltd. on December 23, 2019.

**(2)   Details of the transfer price at fair value given by the acquirer of the business combination for the year ended December 31, 2019 are as follows:**

| Type | | Amounts |
|---|---|---|
| | | In millions of won |
| Cash and cash equivalents(*) | ₩ | 166,700 |
| Fair value of the shares owned before the acquisition | | 59,058 |
| | ₩ | 225,758 |

(*)   The outstanding payment of ₩10,000 million as of December 31, 2019, has been received during the current year.

F-240

Table of Contents

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
**Notes to the Consolidated Financial Statements, Continued**
December 31, 2019 and 2020

**51.  Business Combination, Continued**

(3)  **The fair values of assets and liabilities acquired through the business combination at the acquisition date for the year ended December 31, 2019 are as follows:**

| Type | | Amounts |
|---|---|---|
| | | In millions of won |
| **Fair value of the identifiable assets** | | |
| Current assets | | |
| Cash and cash equivalents | ₩ | 2,389 |
| Trade and other receivables | | 55 |
| Non-current assets | | |
| Property, plant and equipment | | 54 |
| Intangible assets | | 172,434 |
| Other assets | | 60 |
| **Fair value of the identifiable liabilities** | | |
| Current liabilities | | |
| Borrowings | | (2,900) |
| Non-current liabilities | | |
| Deferred tax liabilities | | (41,729) |
| | ₩ | 130,363 |

(4)  **Details of goodwill resulting from the business combination for the year ended December 31, 2019 are as follows:**

| Type | | Amounts |
|---|---|---|
| | | In millions of won |
| Fair value of transfer price | ₩ | 225,758 |
| Less : Fair value of the identifiable net assets | | (130,363) |
| | ₩ | 95,395 |

Goodwill arose from the business combination due to the transfer price including the premium to obtain control paid in order to acquire Eumseong Natural Gas Power Co., Ltd. It also includes expectation of synergy effect and future growth in profits derived from business combination with LNG combined power generation project. These business rights can be separated from goodwill which satisfies the recognition requirements and thus the business rights have been recognized as a separate intangible asset.

On the contrary, the expected benefits such as direct fuel acquisition and reduce costs for O&M did not satisfy the recognition requirements for identifiable intangible assets and thus were not recognized separately from the goodwill.

**Table of Contents**

**KOREA ELECTRIC POWER CORPORATION AND SUBSIDIARIES**
Notes to the Consolidated Financial Statements, Continued
December 31, 2019 and 2020

51.   **Business Combination, Continued**

(5)   **Net cash outflows from the business combination for the years ended December 31, 2019 and 2020 are as follows:**

| Type | | 2019 | 2020 |
|---|---|---:|---:|
| | | **In millions of won** | |
| Cash paid for the acquisition | ₩ | 156,700 | 10,000 |
| Less: Cash and cash equivalents received | | (2,389) | — |
| | ₩ | 154,311 | 10,000 |

(6)   **Fees for legal service, due diligence and others relating to the business combination amounted to ₩24 million.**

The fees were excluded from the transfer price and recognized as selling and administrative expenses in the statement of comprehensive income (loss) for the year ended December 31, 2019.

(7)   **There is no sale or net profit included in the statement of comprehensive income (loss) for the year ended December 31, 2019, in relation to additional business launched by Eumseong Natural Gas Power Co., Ltd.**

52.   **Subsequent Events**

Subsequent to December 31, 2020, Korea Hydro & Nuclear Power Co., Ltd., Korea South-East Power Co., Ltd., Korea Midland Power Co., Ltd., Korea Western Power Co., Ltd. and Korea Southern Power Co., Ltd. issued corporate bonds and global bond for operation, repayment of debts and investing in green new deal projects as follows:

| Company | Type | Issue date | Maturity | Interest rate | Amount |
|---|---|---|---|---|---|
| | | | **In millions of won and thousands of USD** | | |
| Korea Hydro & Nuclear Power Co., Ltd. | Unsecured corporate bond (Global bond) | 2021.04.27 | 2026.04.27 | 1.25% | USD 500,000 |
| Korea South-East Power Co., Ltd. | Corporate bond | 2021.01.26 | 2031.01.26 | 1.90% | KRW 180,000 |
| | Corporate bond | 2021.01.26 | 2041.01.26 | 1.97% | KRW 90,000 |
| | Corporate bond | 2021.01.26 | 2051.01.26 | 1.96% | KRW 30,000 |
| | Corporate bond | 2021.04.08 | 2026.04.08 | 1.82% | KRW 140,000 |
| | Corporate bond | 2021.04.08 | 2028.04.08 | 1.99% | KRW 50,000 |
| Korea Midland Power Co., Ltd. | Corporate bond | 2021.04.02 | 2024.04.02 | 1.45% | KRW 90,000 |
| | Corporate bond | 2021.04.21 | 2026.04.21 | 1.85% | KRW 190,000 |
| Korea Western Power Co., Ltd. | Corporate bond | 2021.04.29 | 2024.04.29 | 1.39% | KRW 60,000 |
| | Corporate bond | 2021.04.29 | 2026.04.29 | 1.87% | KRW 150,000 |
| | Corporate bond | 2021.04.29 | 2031.04.29 | 2.18% | KRW 20,000 |
| Korea Southern Power Co., Ltd. | Unsecured corporate bond (Global bond 21) | 2021.01.27 | 2026.01.27 | 0.75% | USD 450,000 |
| | Corporate bond | 2021.04.14 | 2022.04.14 | 0.86% | KRW 150,000 |
| | Corporate bond | 2021.04.14 | 2023.04.14 | 1.14% | KRW 70,000 |

EX-1.1 2 d111421dex11.htm EX-1.1

**Exhibit 1.1**

**ARTICLES OF INCORPORATION OF KOREA**
**ELECTRIC POWER CORPORATION**

Enacted on December 8, 1981
1st Amended on May 29, 1984
2nd Amended on December 13, 1984
3rd Amended on August 1, 1985
4th Amended on December 3, 1986
5th Amended on May 24, 1989
6th Amended on June 23, 1989
7th Amended on March 18, 1991
8th Amended on November 21, 1992
9th Amended on March 15, 1996
10th Amended on March 19, 1997
11th Amended on April 11, 1998
12th Amended on August 29, 1998
13th Amended on March 20, 1999
14th Amended on June 29, 2001
15th Amended on August 12, 2003
16th Amended on June 15, 2005
17th Amended on September 7, 2007
18th Amended on March 6, 2008
19th Amended on March 30, 2009
20th Amended on March 19, 2010
21st Amended on March 21, 2011
22nd Amended on April 16, 2012
23rd Amended on November 6, 2013
24th Amended on November 20, 2014
25th Amended on November 11, 2016
26th Amended on April 14, 2020
27th Amended on April 2, 2021

**CHAPTER I. GENERAL PROVISIONS**

**Article 1 (Name)**

This Corporation shall be established under the Korea Electric Power Corporation Act (hereinafter called the "Act") and named Hankook Chollryuk Kongsa, with its name in English the "Korea Electric Power Corporation" (its abbreviation in English shall be "KEPCO") (hereinafter called the "Corporation").

**Article 2 (Purpose)**

The Corporation shall conduct the following business activities:

1.  Development of electric power resources;

2.  Generation, transmission, transformation and distribution of electricity and other related business activities;

3.  Research and development of technology related to the businesses mentioned in Item 1 and 2 (Amended on 30 Mar. 2009);

1

4.  Overseas businesses related to the businesses mentioned in Item 1 through 3 (Newly established on 30 Mar. 2009);

5.  Investments or contributions related to the businesses mentioned in Items 1 through 4 (Amended on 30 Mar. 2009);

6.  Businesses incidental to Items 1 through 5 (Amended on 30 Mar. 2009);

7.  Development and operation of certain real estate held by the Corporation falling under one of the following:

a. it is necessary to develop certain real estate held by the Corporation due to external factors, such as relocation, consolidation, conversion to indoor or underground facilities or deterioration of the Corporation's substation or office; or

b. it is necessary to develop certain real estate held by the Corporation to accommodate the development of the relevant real estate due to such real estate being incorporated or adjacent to an area under planned urban development (Newly established on 21 Mar. 2011); and

8.  Other activities entrusted by the Government (Amended on 30 Mar. 2009)

## Article 3 (Location of the Head Office)

The head office of the Corporation shall be located in Naju-si, Jeollanam-do province and the district divisions, district head offices and branches may be established pursuant to resolution of the Board of Directors. (Amended on 19 Mar. 2010, Nov. 20, 2014)

## Article 4 (Change of Articles of Incorporation)

In case the Corporation intends to change the Articles of Incorporation, the Corporation shall obtain approval of the Minister of the Ministry of Trade, Industry and Energy, following the resolutions of the Board of Directors and the General Meeting of Shareholders. (Amended on 30 Mar. 2009, 6 Nov. 2013)

## Article 5 (Method of Public Notice)

Public notice by the Corporation shall be posted on the homepage of the Corporation (http://www.kepco.co.kr). *Provided*, however, that if such posting is not possible due to unavoidable circumstances such as computer problems, such notice shall be provided in Seoul Shinmun and Maeil Business Newspaper, each in a daily newspaper which is published in Seoul. (Amended on 21 Nov. 1992, 20 Mar. 1999, 15 Jun. 2005,19 Mar.2010, 6 Nov. 2013)

## CHAPTER II. SHARES

## Article 6 (Total Number of Shares to be Issued)

The total number of shares which the Corporation is authorized to issue is 1,200,000,000 shares.

## Article 7 (Par Value and Electronic Registration of Rights that would be Represented by Share Certificates and Preemptive Rights Certificates)

(1) The par value of a share shall be 5,000 Won. All shares to be issued by the Corporation shall be common stock and class shares, both of which shall be in registered form. (Amended on 21 Nov. 1992, 16 Apr. 2012)

2

(2)    The Corporation shall electronically register rights that would be represented by its share certificates and preemptive right certificates on the electronic registry maintained by the electronic registrar, in lieu of issuing share certificates and preemptive right certificates. (Amended on 20 Mar. 1999, 14 Apr. 2020)

## Article 7-2 (Number and Rights of Class Shares)

(1)    The class shares to be issued by the Corporation shall be preferred dividend shares that shall not have voting rights. The total number of such shares authorized to be issued by the Corporation is 150,000,000 shares. (Amended on 16 Apr. 2012)

(2)    The dividend rate, which the Board of Directors decides upon issuing, on each class share in Paragraph (1) shall be based on a preferred dividend rate which is an amount equal to or greater than eight (8) percent per annum of par value, and such amount of dividends will be paid on a priory basis. (Amended on 19 Mar. 1997, 16 Apr. 2012)

(3)    If the rate of dividends on each common share is greater than the rate of dividends on each class share in Paragraph (1), the difference shall be divided among the common shares and preferred shares on a pro rata basis. (Amended on 19 Mar. 1997, 16 Apr. 2012)

(4)    If the dividends on class shares in Paragraph (1) as set forth herein are not paid from the profits of any fiscal year, the accumulated amount of dividends will be paid on a priority basis the next fiscal year. (Amended on 19 Mar. 1997, 16 Apr. 2012)

(5)    If the dividends on class shares in Paragraph (1) as set forth herein are not paid for any fiscal year, the preferred shares shall be deemed to have voting rights from the General Meeting of Shareholders immediately following the General Meeting of Shareholders at which the resolution not to pay such dividends on preferred shares was adopted to the end of the General Meeting of Shareholders at which the resolution to pay such dividends on preferred shares is adopted. (Amended on 19 Mar. 1997, 16 Apr. 2012)

(Newly established on 21 Nov. 1992)

## Article 8 (Total Number of Shares to Be Issued at the Time of Incorporation)

The total number of shares to be issued by the Corporation at the time of incorporation shall be 608,334,637 shares.

## Article 9 (Deleted on 14 Apr. 2020)

## Article 10 (Preemptive Rights)

(1)    The Corporation shall allocate any new shares to shareholders in proportion to the number of shares held by each shareholder. However, in such case, the Corporation may, pursuant to the resolution of the Board of Directors, allocate class shares in Article 7-2 to holders of the outstanding class shares in Article 7-2 in proportion to their respective shareholding ratio. (Amended on 21 Nov. 1992, 15 Mar. 1996, 16 Apr. 2012)

(2)    The Board of Directors shall determine disposition of new shares which have not been subscribed for (hereinafter referred to as the "non-subscribed shares") or fractions of new shares (hereinafter referred to as the "fractional shares").

(3)    Notwithstanding Paragraph (1), the Board of Directors may allocate new shares to persons other than existing shareholders pursuant to a resolution of the Board of Directors, in the event of any of the Items below: (Amended on 15 Mar. 1996, 11 Apr. 1998)

1.  If new shares are issued by public offering or underwritten by any underwriters pursuant to the Financial Investment Services and Capital Markets Act (the "FSCMA") (Amended on 30 Mar. 2009);

2.  If new shares are preferentially allocated to members of the ESOA pursuant to the FSCMA (Amended on 30 Mar. 2009);

3.  If new shares represented by depositary receipts are issued pursuant to the FSCMA (Amended on 30 Mar. 2009);

4.  If new shares are issued by public offering pursuant to the FSCMA (Amended on 30 Mar. 2009); or

5.  If new shares are issued to any person who makes a contribution in-kind pursuant to the State Properties Act. (Newly established on 12 Aug. 2003, amended on 30 Mar. 2009)

(4)  If new shares are allocated to any person other than shareholders pursuant to Paragraph (3) above, the items as set forth in Subparagraph (1) to (4) of Article 416 of the Commercial Act shall be notified or announced to the shareholders two (2) weeks prior to the due date of payment. (Newly established on 16 Apr. 2012)

(5)  Pursuant to a special resolution by the General Meeting of Shareholders, new shares may be issued and allocated to persons other than existing shareholders. (Amended on 15 Mar. 1996)

(6)  Notwithstanding Paragraph (1) above, new shares shall not be allocated to any shareholders who acquired shares in violation of relevant laws and regulations and these Articles of Incorporation.

## Article 10-2 (Public Offering)

(1)  The Corporation may issue new shares by public offering of not more than 10% of the total number of issued and outstanding shares by a resolution of the Board of Directors, pursuant to the FSCMA. (Amended on 30 Mar. 2009)

(2)  If the Corporation issues new shares by public offering, the type, quantity and issue price of shares to be newly issued shall be determined by a resolution of the Board of Directors; *provided* that the issue price of such new shares shall not be less than the price as prescribed in the FSCMA and the Enforcement Decree thereof. (Amended on 30 Mar. 2009, 6 Nov. 2013)

(Newly established on 11 Apr. 1998)

## Article 11 (Calculation of Dividend for New Shares)

With respect to the distribution of dividends on new shares issued in any fiscal year for the purpose of rights offering or bonus issue or distribution of dividends, such new shares shall be deemed to have been issued at the end of the immediately preceding fiscal year.

(Newly established on 19 Mar. 1997)

## Article 12 (Restriction on the Concentration of Share Ownership)

(1)  No person other than the Government and the ESOA may own shares of the Corporation in excess of three percent (3%) of the total number of shares issued by the Corporation in his own amount, regardless of the nominal owner of the shares. However, in accordance with Article 167 of the FSCMA, in such cases where a person obtains approval from the Financial Services Commission such restriction will not be applied. (Amended on 29 Aug. 1998, 6 Nov. 2013)

(2)  Any person who acquired shares in violation of Paragraph (1) may not exercise voting rights with regard to the excess portion of shares. (Amended on 21 Nov. 1992, 6 Nov. 2013)

4

**Article 13 (Changes in Entries in the Register of Shareholders)**

    (1)    The Corporation shall appoint a transfer agent. (Amended on 14 Apr. 2020)

    (2)    The appointment of a transfer agent and the place and scope of business of the transfer agent shall be determined by the Board of Directors and publicly notified.

**Article 14 (Deleted on 14 Apr. 2020)**

**Article 14-2 (Electronic Register of Shareholders)**

The Corporation may prepare the register of shareholders in an electronic format as provided in the Commercial Act. (Newly established on 19 Mar. 2010)

**Article 15 (Suspension of Changes in the Register of Shareholders)**

    (1)    The Corporation shall suspend changes in the register of shareholders from January 1 to January 31 of each year. (Amended on 29 Aug. 1998, 7 Sep. 2007)

    (2)    The Corporation shall permit the shareholders whose names appear in the register of shareholders on December 31 of each year to exercise voting rights and receive dividends as shareholders in the Ordinary General Meeting of Shareholders held in respect of such fiscal year. (Amended on 29 Aug. 1998, 7 Sep. 2007, 2 Apr. 2021)

    (3)    If necessary for convening of an extraordinary Meeting of Shareholders or for other cause, the Corporation may set a record date regarding to the rights of shareholders or suspend changes in the register of shareholders for a period designated by the Corporation and not exceeding three (3) months pursuant to the resolution of the Board of Directors. The Corporation shall give public notice at least two (2) weeks prior to the day when the suspension of changes in the register of shareholders begins or the record date. (Amended on 29 Aug. 1998, 6 Nov. 2013)

## CHAPTER III. BONDS

**Article 16 (Bonds)**

    (1)    The Corporation may issue its bonds pursuant to Article 16 of the Act and Articles 10 through 19 of the Enforcement Decree of the Act. (Amended 6 Nov. 2013)

    (2)    The Board of Directors may authorize the President of the Corporation to issue bonds for a period not exceeding one (1) year by setting the amount and type of bond, conditions of issuing and repayment period. (Newly established on 16 Apr. 2012)

**Article 17 (Issuance of Convertible Bonds)**

    (1)    The Corporation may issue convertible bonds to persons other than existing shareholders up to a total par value of two trillion (2,000,000,000,000) Won. (Amended on 21 Nov. 1992, 15 Mar. 1996)

    (2)    The convertible bonds mentioned in Paragraph (1) may be issued on the condition that certain portion of par value of the convertible bonds as determined by the Board of Directors shall be converted into shares.

    (3)    The shares to be issued upon conversion shall be either common shares (*provided* that the total par value of the convertible bonds converted into common shares shall be 1.5 trillion Won) or

preferred shares (*provided* that the total par value of the convertible bonds convertible into class shares under Article 7-2 shall be 500 billion Won). The conversion price shall be decided by the Board of Directors at the time of issuance of convertible bonds; *provided* that the conversion price shall not be less than the par value of each share. (Amended on 21 Nov. 1992, 15 Mar. 1996, 16 Apr. 2012)

(4)    The period during which bondholders may exercise their conversion rights shall commence from one (1) month from the issuance date of the convertible bonds and end on the day immediately preceding the redemption date thereof; *provided* that the Board of Directors may adjust the conversion period within the foregoing period by its resolution. (Amended on 21 Nov. 1992, 6 Nov. 2013)

(5)    With respect to matters relating to any distribution of dividends on converted shares and any payment of interests on convertible bonds, provisions of Article 11 shall apply *mutatis mutandis*. (Amended on 21 Nov. 1992, 19 Mar. 1997)

## Article 17-2 (Issuance of Bonds with Warrants)

(1)    The Corporation may issue bonds with warrants to persons other than existing shareholders up to a total par value of one trillion (1,000,000,000,000) Won.

(2)    The amount of new shares which can be subscribed for by the holders of the bonds with warrants shall be determined by the Board of Directors; *provided* that the maximum amount of such new shares shall not exceed the par value of the bonds with warrants.

(3)    The shares to be issued upon exercise of warrants shall be either common shares (*provided* that the total par value of the bonds with warrants for common shares shall be 500 billion won) or preferred shares (*provided* that the total par value of the bonds with warrants for preferred shares shall be 500 billion won). The issue price shall be not less than the par value of the shares as determined by the Board of Directors at the time of the issuance of the relevant bonds with warrants. (Amended 16 Apr. 2012)

(4)    The period during which the warrant holder may exercise his right to subscribe for new shares shall commence from one (1) month after the issuance date of the bonds with warrants and end on the day immediately preceding the redemption date thereof; *provided* that the Board of Directors may adjust the period for exercise of warrant within the foregoing period by its resolution. (Amended 6 Nov. 2013)

(5)    With respect to matters relating to any distribution of dividends on shares issued upon any exercise of warrants, provisions of Article 11 shall apply *mutatis mutandis*. (Amended 19 Mar. 1997)

(Newly established on 21 Nov. 1992)

## Article 17-3 (Limit on the Issuance of Equity Related Bonds)

Notwithstanding Article 17, Paragraph (1) and Article 17-2, Paragraph (1) above, the aggregate of the total par value of the convertible bonds and the total par value of the bonds with warrants may not exceed two trillion (2,000,000,000,000) Won. (Newly established on 21 Nov. 1992, amended on 15 Mar. 1996)

## Article 17-4 (Electronic Registration of Rights that would be Represented by Bond Certificates and Subscription Warrant Certificates)

The Corporation shall electronically register rights that would be represented by bond certificates and subscription warrant certificates on the electronic registry maintained by the electronic registrar, in lieu of issuing bond certificates and subscription warrant certificates.

(Newly established on 14 Apr. 2020)

## CHAPTER IV. GENERAL MEETING OF SHAREHOLDERS

**Article 18 (Convention of General Meeting of Shareholders)**

(1) The ordinary General Meeting of Shareholders shall be held within three (3) months after the end of each fiscal year and the extraordinary General Meeting of Shareholders shall be held at such other times as are deemed necessary.

(2) The General Meeting of Shareholders shall be held at the place where the head office is located.

(3) The General Meeting of Shareholders shall be convened by the President. In the event that the President is absent or fails to serve, then the person designated in the order and method of Article 28, Paragraph (3) shall convene the meeting. (Amended on 18 Mar. 1991, 20 Mar. 1999)

(4) At the General Meeting of Shareholders, no resolutions shall be made on any matters other than the agenda set forth in the prior notice to shareholders.

**Article 19 (Notice of Convening of the General Meeting of Shareholders)**

In convening a General Meeting of Shareholders, written notice, stating the date, time and place of the meeting and the agenda for such Meeting, shall be dispatched at least two (2) weeks prior to the date set for such Meeting; *provided*, however, that with respect to shareholders holding not more than 1% of the total number of issued and outstanding voting shares, the notice may be replaced by giving at least two (2) week advance public notice with respect to the convening of and agenda for the Meeting at least twice in at least two (2) daily newspapers published in Seoul or giving such public notice at DART (Data Analysis, Retrieval and Transfer System) operated by the Financial Supervisory Service or the Korea Exchange. (Amended on 30 Mar. 2009)

**Article 20 (Chairman)**

The chairman of the General Meeting of Shareholders shall be the President. In the event that the President is absent or fails to serve, then the person designated pursuant to the order and method of Article 28, Paragraph (3) shall serve as Chairman. (Amended on 18 Mar. 1991, 20 Mar. 1999)

**Article 21 (Maintenance of Order by the Chairman)**

(1) The Chairman of the General Meeting of Shareholders may order those who try to obstruct proceedings of disturbing public order to stop or cancel their speeches or to leave the hall.

(2) The chairman of the General Meeting of Shareholders may limit the length and time of speeches by shareholders for the smooth progress of proceedings.

**Article 22 (Voting Rights of Shareholders)**

(1) Each shareholder shall have one (1) voting right for each share he owns.

(2) Shares owned by the Corporation itself shall not have voting rights.

**Article 23 (Exercise of Voting Right by Proxy)**

(1) Shareholders may exercise their voting rights by proxy.

(2) The proxy holder mentioned in Paragraph (1) shall submit a document establishing his authority (power of attorney) before the opening of the General Meeting of Shareholders.

(3) The Corporation may solicit proxies in accordance with the FSCMA and the Enforcement Decree thereof. (Amended on 30 Mar. 2009, 6 Nov. 2013)

**Article 24 (Quorum and Adoption of Resolutions)**

All resolutions of general meetings of shareholders, except as otherwise provided by the relevant laws and regulations, shall be adopted if the approval of a majority vote of the shareholders present at such meeting is obtained and such majority also represents at least one-fourth (1/4) of the total number of shares issued and outstanding. (Amended on 15 Mar. 1996)

**Article 25 (Preparation of Minutes)**

The proceedings of a General Meeting of Shareholders and the results thereof shall be recorded in minutes which shall bear the name and seal or signature of the chairperson and the directors present, and shall be kept at the Corporation's head office, the district divisions (district head offices) and branches. (Amended on 15 Mar. 1996, 19 Mar. 2010)

**Article 25-2 (Management Disclosure)**

In order to ensure management transparence and provide to the shareholders information relating to the management of the Corporation, the Corporation shall disclose information on the management of the corporation according to Article 11 of the Act on the Management of Public Institutions.

(Newly established on 7 Sep. 2007)


## CHAPTER V. OFFICERS AND EMPLOYEES

**Article 26 (Number of Officers)**

(1)    The Corporation shall have not more than fifteen (15) directors. The number of standing directors including the President shall not be more than seven (7) persons and the number of non-standing directors shall be not more than eight (8) persons; *provided* that the total number of standing directors should be less than 50/100 of the total number of directors.

(2)    Deleted on 7 Sep. 2007

(Amended on 20 Mar. 1999)

**Article 26-2 (Appointment of Officers, etc.)**

(1)    For the appointment of the position of the President, the Director Nomination Committee pursuant to Article 28-2 makes multiple recommendations followed by Director Nomination Committee deliberations and resolution of the Committee for Management of Public Institutions pursuant to Article 8 of the Act on the Management of Public Institutions and the resolution of the Generation Meeting of shareholders, and shall be appointed by the President of the Republic of Korea as motioned by the Minister of the Ministry of Trade, Industry and Energy. (Amended on 7 Sep. 2007, 30 Mar. 2009, 6 Nov. 2013)

(2)    The Standing Directors except for the President shall be appointed by the President following a resolution of the General Meeting of Shareholders. *Provided*, however, that a Standing Director who becomes a member of the Audit Committee in accordance with the provisions of Article 41-2 shall be appointed by the President of the Republic of Korea, as motioned by the Minister of the Ministry of Economy and Finance, following the deliberation and resolution of the Committee for Management of Public Institutions and the resolution of the General Meeting of Shareholders from the pool of candidates who have been recommended by the Director Nomination Committee. (Amended on 15 Jun. 2005, 7 Sep. 2007, 19 Mar. 2010)

(3) The non-standing director shall be selected from the experts from the private sector (provided, however, that public service personnel shall be limited to public educational officials at national or public schools who have ample expert knowledge and experience on management among the pool of candidates who have been recommended by the Director Nomination Committee, and appointed by the Minister of the Ministry of Economy and Finance upon deliberation and resolution by the Committee for Management of Public Institutions. (Amended on 15 Jun. 2005, 7 Sep. 2007, 30 Mar. 2009)

(4) Deleted on 7 Sep. 2007

(5) Deleted on 7 Sep. 2007

(6) The President shall not be dismissed from office unless the person who appointed the President dismissed the President pursuant to the Act on the Management of Public Institutions (Newly established on 7 Sep. 2007, amended on 14 Apr. 2020)

(7) When a public officer falls under any of the following subparagraphs, the person with appointive powers or rights to recommend appointment may put a restriction on the dismissal at one's own request. (Newly established on 6 Nov. 2013)

1. When the public officer is under an investigation related to corruption

2. When the internal audit team or an external audit institution demands serious disciplinary measures as a result of an audit, or when a resolution for a serious disciplinary action on the public officer is requested by the disciplinary committee

(Newly established on 20 Mar. 1999)

## Article 27 (Officers' Term of Office)

(1) The President's term of office shall be (3) years, and the directors' terms of office shall be (2) years. (Amended on 11 Apr. 1998, 7 Sep. 2007)

(2) An officer's term of office may be renewed by an increment of one (1) year pursuant to Article 28, Paragraph (2) of the Act on the Management of Public Institutions. (Newly established on 7 Sep. 2007)

(3) The renewal of an officer's term of office pursuant to Paragraph (2) above shall not require the recommendation of the Director Nomination Committee. (Newly established on 7 Sep. 2007)

(4) The renewal of the President's term of office pursuant to Paragraph (2) above shall require the execution of a new contract pursuant to Article 28-3(3). Such renewal does not require the resolution of the Director Nomination Committee pursuant to Article 28-3(2). (Newly established on 7 Sep. 2007)

(5) An officer whose term of office has expired shall perform his duties until his successor has been appointed.

## Article 28 (Duties of Officers)

(1) (Deleted on 7 Sep. 2007)

(2) The President shall represent the Corporation, supervise the affairs of the Corporation, and take the responsibility for the results of administration of the Corporation.

(3) In the event that the President cannot perform his duties due to an unavoidable reason, one of the Standing Directors shall act for the President in such order of priority as shall be specified

in the Organization Regulations. However, if none of the Standing Directors is able to serve as the chairperson of the Board of Directors, the Senior Non-standing Director, the most senior Non-standing Director (based on the date of appointment if the Senior Non-standing Director is unable to serve) and the eldest Non-standing Director (based on age if there are more than one such most senior Non-standing Director) shall serve as the chairperson of the Board of Directors, in that order of priority. (Amended on 7 Sep. 2007)

(4)    Directors shall deliberate on the agenda presented to the Board of Directors for discussion and participate in the voting.

(5)    The standing directors shall assist the President to implement business of the Corporation. The title of a standing director shall be any of Executive Vice President, Vice-President or Head of Business Organization.

(6)    The sharing of business among the standing directors shall be determined by the President. (Amended on 29 Jun. 2001)

(7)    (Deleted on 7 Sep. 2007)

(Amended on 20 Mar. 1999)


**Article 28-2 (Director Nomination Committee)**

(1)    The Corporation shall organize and manage the Director Nomination Committee in order to receive recommentaion for candidates for directors and to discuss with the Presidential candidate on the Administration Agreement pursuant to Article 28-3 Paragraph (2). (Amended on 7 Sep. 2007)

(2)    The Director Nomination Committee shall consist of members selected by the Board of Directors totaling not less than five (5) and not more than fifteen (15) persons, and the Board of Directors shall elect less than one-half of the Director Nomination Committee. (Amended on 7 Sep. 2007)

(3)    No officer or employee of the Corporation (except for Non-standing Directors) and any public employee (except for teachers as defined under the Public Educational Officials Act) shall be eligible to become a member of the Director Nomination Committee. (Amended on 7 Sep. 2007)

(4)    The chairperson of the Director Nomination Committee shall be elected among its members who are Non-standing Directors by the vote of the members of the Director Nomination Committee. (Amended on 7 Sep. 2007)

(5)    (Deleted on 7 Sep. 2007)

(6)    The Director Nomination Committee shall act by the affirmative votes of the majority of its members. (Amended on 7 Sep. 2007)

(7)    The Director Nomination Committee shall examine the qualification of the candidates for officers in accordance with the criteria determined by the Board of Directors while taking into account the following criteria: (Amended on 7 Sep. 2007)

    1.    Criteria for evaluation of talent and ability as an officer; and (Amended on 7 Sep. 2007)

    2.    Criteria for evaluation of the expert knowledge of and experience in the electric power industry.

(Newly established on 20 Mar. 1999)

10

**Article 28-3 (Administration Agreement with President)**

(1)   In connection with the appointment of the President pursuant to Article 26-2 Paragraph (1), the Board of Directors shall prepare a proposed contract setting forth the specific management goals and incentive structure for the President during such President's term and submit it to the Director Nomination Committee. The President cannot participate in the Board meeting where such proposed contract shall be determined. (Amended on 7 Sep. 2007)

(2)   The Director Nomination Committee shall negotiate the terms and conditions of the proposed contract as submitted pursuant to Paragraph (1) above with the candidate for the President's office who is recommended by the Committee, and shall report the results to the Minister of the Ministry of Trade, Industry and Energy. For purposes of such negotiation, the Director Nomination Committee may change certain terms and conditions of the contract, as necessary. (Newly established on 7 Sep. 2007, amended on 30 Mar. 2009, 6 Nov. 2013)

(3)   The person who is appointed as the President of the Corporation shall execute the contract with the Minister of the Ministry of Trade, Industry and Energy pursuant to Paragraph (2) above. The Minister of the Ministry of Trade, Industry and Energy may negotiate with the person appointed as the President and may change the terms and conditions of the contract from the contract determined pursuant to Paragraph (1) or (2) above. (Newly established on 7 Sep. 2007, amended on 30 Mar. 2009, 6 Nov. 2013)

(4)   The President and the Minister of the Ministry of Trade, Industry and Energy may change the terms and conditions of the contract after the execution thereof through mutual negotiation in the event of unavoidable circumstances, pursuant to Paragraph (3) above. (Newly established on 7 Sep. 2007, amended on 30 Mar. 2009, 6 Nov. 2013)

(5)   The President may execute performance agreements with Standing Directors (other than the Standing Director who is a member of the audit committee), and may review the performance records. If the performance records are low based on the review, the President may dismiss such Standing Directors. (Amended on 7 Sep. 2007, 19 Mar. 2010)

**Article 28-4** (Deleted on 7 Sep. 2007)

**Article 28-5** (Deleted on 7 Sep. 2007)

**Article 29 (Appointment and Dismissal of Employees)**

(1)   The employees of the Corporation shall be appointed and dismissed by the President.

(2)   The employees shall be appointed in accordance with their scores on tests, service records, and other actual proof of abilities. (Amended on 6 Nov. 2013)

(3)   (Deleted on 11 Nov. 2016)

**Article 30** (Deleted on 11 Nov. 2016)

**Article 31** (Deleted on 20 Mar. 1999)

**Article 32 (Restriction on Officers' and Employees' Holding of Concurrent Positions)**

No Standing Director or employee of the Corporation shall engage in any business activities for profit other than the performance of his duties for the Corporation. The President may engage in not-for-profit activities upon obtaining approval of the Minister of the Ministry of Trade, Industry and Energy. Standing Directors and employees of the Corporation may engage in not-for-profit activities upon obtaining approval of the President. (Amended on 7 Sep. 2007, 30 Mar. 2009, 6 Nov. 2013)

11

**Article 33 (Restriction on Power of Representation of the President)**

With regard to matters in which the interest of the President conflicts with that of the Corporation, the President shall not represent the Corporation.

**Article 34 (Appointment of Attorney-in-fact)**

The President may appoint an attorney-in-fact from among the employees who shall be authorized to do all judicial or non-judicial acts relating to all or any part of the business of the Corporation.

**Article 35 (Remuneration for Officers and Employees)**

(1) The maximum limit of remuneration for officers shall be determined by a resolution of the General Meeting of Shareholders. (Newly inserted on 6 Mar. 2008)

(2) The standards and payment method for remuneration of officers and employees shall be determined by a resolution of the Board of Directors. (Amended on 7 Sep. 2007, 6 Mar. 2008)

(3) The standards for remuneration in Paragraph (2) with respect to the President and the Standing Directors shall be determined by the Board of Directors pursuant to the guidelines on remuneration established by the Minister of the Ministry of Economy and Finance upon deliberation and resolution by the Operation Committee, taking into account the following. (Amended on 7 Sep. 2007, 6 Mar. 2008, amended on 30 Mar. 2009)

1. President: Evaluation of the Corporation's performance records, the terms of the contract and the level of performance under the performance contract pursuant to Article 28-3 Paragraphs (3) and (4);

2. Standing Directors (other than the Standing Director who is a member of the audit committee): Performance evaluation under the performance agreement pursuant to Article 28-3 Paragraph (5); and (Amended on 19 Mar. 2010)

3. Standing Director who is a member of the audit committee: Performance evaluation pursuant to Article 36 of the Act on the Management of Public Agencies. (Newly established on 19 Mar. 2010)

(4) Any interested officer may not participate in the meeting of the Board of Directors which is convened to determine the remuneration of officers in Paragraphs (2) and (3). (Amended on 20 Mar. 1999, 6 Mar. 2008, 30 Mar. 2009)

**Article 36 (Advisor)**

(1) The President of the Corporation may commission an advisor.

(2) The advisor shall advise the President with respect to important matters relating to the business of the Corporation.

<div align="center">

**CHAPTER VI. BOARD OF DIRECTORS**

</div>

**Article 37 (Establishment and Organization of the Board of Directors)**

(1) The Corporation shall establish the Board of Directors.

(2) The Board of Directors shall be divided into standing directors (including the President) and non-standing directors. (Amended on 11 Apr. 1998, 20 Mar. 1999)

(3)   Deleted on 7 Sep. 2007

(4)   The Chairperson of the Board of Directors becomes a Senior Non-standing Director pursuant to Article 37-2. However, if the Chairperson of the Board of Directors becomes unable to carry out his duties due to unavoidable reasons, the most senior Non-standing Director (based on the date of appointment if the Senior Non-standing Director is unable to serve) and the eldest Non-standing Director (based on age if there are more than one such most senior Non-standing Director) shall serve as the Chairperson of the Board of Directors, in that order of priority. (Amended on 7 Sep. 2007)

## Article 37–2 (Senior Non-standing Director)

(1)   The Corporation shall have one (1) Senior Non-standing Director.

(2)   The Senior Non-standing Director shall be appointed by the Minister of the Ministry of Economy and Finance upon deliberation and resolution by the Operation Committee. (Amended on 30 Mar. 2009)

(3)   The Senior Non-standing Director may call and preside over a non-standing director's meeting to discuss the matters for resolution by the Board of Directors meeting and other matters related to the management of the Corporation.

(4)   The President shall assist the Senior Non-standing Director as necessary for the Senior Non-standing Director to be able to perform his duties.

(Newly established on 7 Sep. 2007)

## Article 38 (Matters for Resolution by the Board of Directors) (Amended on 7 Sep. 2007)

(1)   The Board of Directors shall deliberate, and make resolutions on the following matters;

1.   Setting objectives for the administration, budget, financial plan and operating program;

2.   Use of emergency funds, and budget carry-over;

3.   Settlement of accounts;

4.   Acquisition and disposal of basic property;

5.   Raising of long-term loans, issuing of bonds and planning for the redemption thereof;

6.   Electric rates;

7.   Disposition of surplus funds;

8.   Investment of contribution to other corporations; (Amended on 7 Sep. 2007)

9.   Amendment of the Articles of Incorporation;

10.   Establishment and revision of the regulations of the Corporation;

11.   Guarantee of the debt of other corporations; (Amended on 7 Sep. 2007)

12.   Remuneration for Directors (Amended on 7 Sep. 2007)

13.   Other matters deemed necessary by the President for which the Board of Director's deliberation and resolution have been requested; and, (Amended on 7 Sep. 2007)

14.   Any other matters deemed necessary by the Board of Directors.

(2)   With respect to matters for deliberation and resolution stated in Paragraph (1) above, the scope and the standard of deliberation and resolution by the Board of Directors shall be determined by the Regulation on the Board of Directors.

(Amended on 20 Mar.1999)

13

**Article 38-2 (Subjects to be Reported to the Board of Directors)**

(1)   The President shall report the following to the Board of Directors:

1.   Matters noted by the audit by the National Assembly, accounting audit pursuant to Article 43-1 of the Act on the Management of Public Institutions, audit by the Board of Audit and Inspection pursuant to Article 52 of the Act on the Management of Public Institutions, as well as planned corrective measures and the performance thereof;

2.   Outcome of the Corporation's collective bargaining and estimate of the required budget (only to the extent that a collective bargaining agreement has been executed); and

3.   Any other matters which the Board of Directors requires that the President to report.

(Newly established on 7 Sep. 2007)

**Article 39 (Proposing Persons)**

Matters required to be determined by a resolution of the Board of Directors shall be proposed by the President or any other director. (Amended on 11 Apr. 1998)

**Article 40 (Meeting of the Board of Directors)**

The meeting of the Board of Directors shall be called by the Chairperson of the Board of Directors or upon the request of more than one third of the Directors, and the Chairman shall preside over such meeting. (Amended on 11 Apr. 1998, 20 Mar. 1999, 7 Sep. 2007)

**Article 41 (Quorum of Opening Meeting and Voting)**

(1)   Resolutions of the Board of Directors shall be adopted in the presence of a majority of the directors in office and by the affirmative vote of a majority of the directors in office.

(2)   In case any directors are restricted from participating in the resolution of the Board of Directors pursuant to the applicable laws and regulations or these Articles of Incorporation, the number of such directors shall not be included to the number of directors in office described in Paragraph (1) above.

(3)   No President or Director who has a special interest in a matter for the resolution by the Board of Directors may vote on such matter. (Amended on 7 Sep. 2007)

(4)   The Board of Directors may create a committee in the event that a need for such committee is recognized. The Board of Directors by resolution may decide upon the details pertaining to the composition, authority and management of such committee unless otherwise provided by law. (Amended on 7 Sep. 2007)

(5)   In regard to the Board of Directors' communications methods, Article 391-2 of the Commercial Act shall apply as to the resolutions regarding the means of communication for the Board of Directors. (Amended on 7 Sep. 2007)

(Amended on 20 Mar. 1999)

**Article 41-2 (Composition of the Audit Committee)**

(1)   For purposes of the committee pursuant to Article 41-4, the Corporation shall establish an Audit Committee in lieu of a Board of Auditors.

14

(2)    The Audit Committee shall consist of three (3) Directors, provided that at least two (2) members of the Audit Committee shall be Non-standing Directors and at least one (1) member of the Audit Committee shall be an accounting or financial expert pursuant to the Enforcement Decree of the FSCMA. (Amended on 30 Mar. 2009, 21 Mar. 2011)

(3)    The Audit Committee shall by resolution elect one of its members who is a Non-standing Director as the Committee Chairperson, and the Chairperson shall represent the Audit Committee.

(4)    The Corporation shall appoint a director who will serve as a member of the Audit Committee separately from other directors in accordance with the Article 542-12 of the Commercial Act. (Newly established on 2 Apr. 2021)

(Newly established on 7 Sep. 2007)

**Article 41-3 (Responsibilities of the Audit Committee)**

(1)    The Audit Committee shall conduct an audit on the Corporation's business and accounting, and shall report the results of such audit to the Board of Directors.

(2)    The Audit Committee may request management reporting from affiliated corporations, as necessary to carry out its duties. If the affiliated corporations do not promptly report or if there is a need to verify such report, the Audit Committee may inspect the business and assets of the affiliated corporations.

(3)    The Audit Committee shall approve the selection of outside auditors.

(4)    The Audit Committee shall represent the Corporation in cases of a conflict of interests between the Corporation and the President.

(5)    In addition to the matters set forth in Paragraphs (1) through (4) above, the Audit Committee shall carry out such matters as delegated by the Board of Directors.

(Newly established on 7 Sep. 2007)

**Article 42** (Deleted on 7 Sep. 2007)

**Article 43 (Urgent Enforcement)**

(1)    In the event that there is not enough time or it is otherwise impossible to convene a meeting of the Board of Directors, the President may act on such urgent affairs first and then place such urgent affairs before the Board of Directors for approval in the shortest time possible. (Amended on 11 Apr. 1998)

(2)    In the event that the Board of Directors does not approve a matter requiring urgent enforcement as provided for in Paragraph (1) above, the measure taken shall become void from such time.

**Article 44 (Minutes of the Board of Directors)**

The course of the proceedings of the meeting of the Board of Directors and the results thereof shall be recorded in minutes, which shall bear the names and seals or signatures of the chairman and the directors present at such meeting and shall be kept at the Corporation's head office. (Amended on 15 Mar. 1996)

**Article 45 (Request for Audit)**

More than two (2) Non-standing Directors may, if deemed necessary, request the Audit Committee to conduct an audit on specific issues related to the management of the Corporation. Absent a special reason, the Audit Committee shall comply with the request. (Amended on 7 Sep. 2007)

15

## CHAPTER VII. ACCOUNTING

**Article 46 (Fiscal Year)**

The fiscal year of the Corporation shall be the same as that of the Government.

**Article 47 (Budget and Accounting)**

The budgeting and accounting of the Corporation shall be governed by the provisions of the Act on the Management of Public Institutions. (Amended on 7 Sep. 2007)

**Article 48 (Disposition of Profit)**

If the Corporation shows a profit at the end of any fiscal year, the profit from such fiscal year shall be disposed of in the following order of priority, pursuant to the resolution of the General Meeting of Shareholders;

1. Covering any accumulated deficit;

2. Setting aside, as legal reserve, two-tenths or more of the profit until the accumulated reserve reaches one-half of the capital of the Corporation;

3. Paying dividends to shareholders;

4. Setting aside reserve for business expansion;

5. Setting aside reserve for dividends equalization; and (Newly Established on 20 Mar. 1999)

6. Carrying forward as surplus profit.

**Article 49 (Accounting)**

All matters of accounting shall be confirmed through the resolution of the General Meeting of Shareholders.

**Article 50 (Submission, Approval, Publication and Keeping of Financial Statements)**

(1) The President of the Corporation shall prepare and submit to the Audit Committee, no later than six (6) weeks before the date set for an ordinary General Meeting of Shareholders, the following documents and supplementary schedules thereto and a business report, following approval thereof by the Board of Directors: (Amended on 7 Sep. 2007)

1. A balance sheet (statement of financial position); (Amended on 16 Apr. 2012)

2. A statement of profit and loss (statement of comprehensive income); (Amended on 16 Apr. 2012)

3. Other documents specifying financial position of the Corporation and business performance as determined by the relevant laws; and (Amended on 16 Apr. 2012)

4. Consolidated financial statement. (Newly established on 16 Apr. 2012)

(2) The Audit Committee shall submit an audit report to the President at least one (1) week prior to the ordinary General Meeting of Shareholders. (Amended on 11 Apr. 1998, 7 Sep. 2007)

(3) From one (1) week before the day set for the ordinary General Meeting of Shareholders, the Corporation shall keep the documents set forth in Item 1 through 3 of Paragraph (1) above together with the business report and audit report at the head office for five (5) years and shall keep copies of such documents and reports at the district divisions (district head offices) and branches for three (3) years. (Amended on 19 Mar. 2010)

16

(4)     The documents set forth in Item 1 through 3 of Paragraph (1) above shall be submitted to the ordinary General Meeting of Shareholders for its approval, and the contents of the business report shall be reported.

(5)     The Corporation shall, without delay, give public notice of the balance sheet when the documents set forth in Item 1 through 3 of Paragraph (1) above are approved by the General Meeting of Shareholders.

## Article 51 (Dividends)

(1)     Any rights to dividends shall be extinguished by prescription unless exercised with five (5) years.

(2)     Dividends to which rights has extinguished pursuant to Paragraph (1) above shall revert to the Corporation.

(3)     The Corporation may pay dividends to shareholders other than the Government preferentially.

(4)     The Corporation shall make efforts to treat the members of ESOA favorably in payment of dividends.

## Article 52 (Deleted on 29 Aug. 1998)

## ADDENDA

## Article 1 (Implementation Date)

This Articles of Incorporation shall be implemented on and after the date of incorporation.

## Article 2 (Succession of Legal Rights and Obligations)

(1)     The Corporation shall be the general successor of Korea Electric Company in terms of its legal rights and obligations.

(2)     Based on the above mentioned, the asset to be passed onto the Corporation shall be priced by the book value of the day before the establishment date of the Corporation, while the asset shall be considered as the Government investment capital of the Corporation.

## Article 3 (Interim Measures on the Extinctive Prescription of Bonds)

The extinctive prescription of the principal and interest of the bonds issued under the Korea Electric Power Company regulations shall follow previous regulations.

## Article 4 (Employee Status)

The existing employees of the Korea Electric Power Company at the time of incorporation of the Corporation shall be deemed as employees of the Corporation.

## Article 5 (Company Regulations)

(1)     The company regulations of the Korea Electric Power Company shall be applied to the Corporation after its incorporation, and the wording of 'Korea Electric Power Company' shall be changed to 'Korea Electric Power Corporation'.

(2)     Company regulations of the paragraph (1) in conflict with the laws and regulations shall be void.

(3)     Company regulations of the paragraph (1) shall be consolidated and updated within 3 months of the incorporation.

**Article 6 (Details on the Establishment Committee)**

(1)     Addresses and names of the establishment committee are as follows.

(2)     Following committee members sign and pass this Articles of Incorporation under the Incorporation Law Addenda Article 9.

Establishment Committee:

Address: 168-43 Sungbuk-dong, Sungbuk-gu, Seoul
Name: Choi, Dong Kyu

Address: 5-10 Hyehwa-dong, Chongro-gu, Seoul
Name: Lee, Bong Suh

Address: 7-1305 Miju APT, 2Chungryang-dong, Dongdaemun-gu, Seoul
Name: Kim, Tae Seung

Address: 5/4 86-36 Sangsu-dong, Mapo-gu, Seoul
Name: Lee, Dong Ho

Address: 1-1005 Samik APT, Ichon-dong, Yongsan-gu, Seoul
Name: Yoon, Seung Sik

Address: 52-404 Walkerhill APT, 21 San, Gwangjang-dong, Sungdong-gu, Seoul
Name: Sung, Nak Jung

## ADDENDA (1984.5.29)

**Article 1 (Implementation Date)**

This Articles of Incorporation shall be implemented on and after the date of incorporation.

**Article 2 (Interim Means on Tenure of Executive Officers)**

In case the Corporate Chairman or Corporation Supervisor is reelected, their tenures shall be calculated with previous tenures under previous regulations included.

**Article 3 (Interim Means on Tenure of Executive Members)**

In case the Executive Members are reappointed under the Government Investment Company Act Addenda Article 4-1 as Executive Members under Article 12, their tenures shall be calculated with previous tenures under previous regulations included.

## ADDENDA (1984.12.13)

The Articles of Incorporation shall be implemented on and after the date of June 1, 1984.

18

**ADDENDA (1985.8.1)**

The Articles of Incorporation shall be implemented on and after the date of promulgation.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of December 3, 1986.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of May 24, 1989.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of June 23, 1989.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of March 18, 1991.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of November 21, 1992.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of March 15, 1996; *provided* that the provisions of Articles 24, 25, 44 shall be applicable on and after the date of October 1, 1996.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of March 19, 1997.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of April 11, 1998.


**ADDENDA**

The Articles of Incorporation shall be implemented on and after the date of August 29, 1998.

19

## ADDENDA (1999.3.20)

(1)  **(Enforcement Date)** The Articles of Incorporation shall be implemented on and after the date of promulgation; *provided* that the provisions of Articles 37, 38 and 40 shall be applicable to the date of first Board of Directors' meeting after the appointment of new member(s).

(2)  **(Special Exception to Existing Executive Officers)** The executive officers governed by the former Articles of Incorporation shall be considered as employees of the Corporation.

## ADDENDA (2001.6.29)

The Articles of Incorporation shall be implemented on and after the date of promulgation.

## ADDENDA (2003.8.12)

The Articles of Incorporation shall be implemented on and after the date of promulgation.

## ADDENDA (2005.6.15)

(1)  **(Enforcement Date)** These Articles of Incorporation shall become effective on the date of promulgation.

(2)  **(Transitional Measures concerning Auditor)** The Auditor in office as of the effectiveness of these articles of incorporation, appointed by the articles of incorporation which was in effect immediately prior to these articles of corporation, shall be deemed as standing auditor appointed by these articles of incorporation.

## ADDENDA (2007. 9 .7)

(1)  (Effective) These Articles of Incorporation is effective from the date of proclamation.

(2)  (Special Application for Officers' Terms of Office) Notwithstanding Article 27, the Directors who were in office when the Corporation was designated as a Public Institution pursuant to Article 6 of the Act on the Management of Public Institutions shall be deemed as appointed under these Articles of Incorporation and the above-mentioned Act, and their terms of office shall be the remainder of the terms in effect at the time of the commencement of such terms pursuant to the law and the articles of incorporation then in effect.

(3)  (Special Application for the President's Employment Contract) Notwithstanding Article 28-3, the contract between the Corporation and the President relating to the management and performance of the President who was in office at the time that the Corporation was designated as a Public Institution pursuant to Article 6 of the Act on the Management of Public Institutions shall be deemed as a contract that has been executed in accordance to these Articles of Incorporation,

(4)  (Special Application for the Audit Committee) Notwithstanding Article 41-2, the rules relating to the Audit Committee shall take effect upon the expiration of the term of the auditor in employment at the time when the Corporation was designated as a Public Institution pursuant to Article 6 of the Act on the Management of Public Institutions, and until then the corresponding rules that were previously in effect shall be governing.

20

**ADDENDA (2008.3.6)**

The Articles of Incorporation shall be implemented on and after the date of promulgation.

**ADDENDA (2009.3.30)**

The Articles of Incorporation shall be implemented on and after the date of promulgation.

**ADDENDA (2010.3.19)**

The Articles of Incorporation shall be implemented on and after the date of promulgation. *Provided* that the provisions of Article 5 and Article 14-2 shall be implemented on and after May 29, 2010.

**ADDENDA (2011.3.21)**

The Articles of Incorporation shall be implemented on and after the date of promulgation.

**ADDENDA (2012.4.16)**

The Articles of Incorporation shall be implemented on and after the date of April 16, 2012.

**ADDENDA (2013.11.6)**

The Articles of Incorporation shall be implemented on and after the date of November 6, 2013.

**ADDENDA (2014.11.20)**

The Articles of Incorporation shall be implemented on and after the date of November 20, 2014.

**Addenda (2016.10.24)**

The Articles of Incorporation shall be implemented on and after the date of November 11, 2016.

**Addenda (2020.4.14)**

The Articles of Incorporation shall be implemented on and after the date of April 14, 2020; *provided* that the provisions of Articles 7, 9, 13, 14 and 17-4 shall be applicable on and after the date of September 16, 2019.

**ADDENDA (2021.4.2)**

The Articles of Incorporation shall be implemented on and after the date of April 2, 2021.

21

EX-8.1 3 d111421dex81.htm EX-8.1

**EXHIBIT 8.1**

## LIST OF SUBSIDIARIES

| | Consolidated subsidiaries | Jurisdiction of Incorporation |
|---|---|---|
| 1. | Korea Hydro & Nuclear Power Co., Ltd. | KOREA |
| 2. | Korea South-East Power Co., Ltd. | KOREA |
| 3. | Korea Midland Power Co., Ltd. | KOREA |
| 4. | Korea Western Power Co., Ltd. | KOREA |
| 5. | Korea Southern Power Co., Ltd. | KOREA |
| 6. | Korea East-West Power Co., Ltd. | KOREA |
| 7. | KEPCO Engineering & Construction Company, Inc. | KOREA |
| 8. | KEPCO Plant Service & Engineering Co., Ltd. | KOREA |
| 9. | KEPCO Nuclear Fuel Co., Ltd. | KOREA |
| 10. | KEPCO KDN Co., Ltd. | KOREA |
| 11. | KEPCO International HongKong Ltd. | HONG KONG |
| 12. | KEPCO International Philippines Inc. | PHILIPPINES |
| 13. | KEPCO Gansu International Ltd. | HONG KONG |
| 14. | KEPCO Philippines Holdings Inc. | PHILIPPINES |
| 15. | KEPCO Philippines Corporation | PHILIPPINES |
| 16. | KEPCO Ilijan Corporation | PHILIPPINES |
| 17. | KEPCO Lebanon SARL | LEBANON |
| 18. | KEPCO Neimenggu International Ltd. | HONG KONG |
| 19. | KEPCO Shanxi International Ltd. | HONG KONG |
| 20. | KOMIPO Global Pte Ltd. | SINGAPORE |
| 21. | KEPCO Netherlands B.V. | NETHERLANDS |
| 22. | KOREA Imouraren Uranium Investment Corp. | FRANCE |
| 23. | KEPCO Australia Pty., Ltd. | AUSTRALIA |
| 24. | KOSEP Australia Pty., Ltd. | AUSTRALIA |
| 25. | KOMIPO Australia Pty., Ltd. | AUSTRALIA |
| 26. | KOWEPO Australia Pty., Ltd. | AUSTRALIA |
| 27. | KOSPO Australia Pty., Ltd. | AUSTRALIA |
| 28. | KEPCO Middle East Holding Company | BAHRAIN |
| 29. | Qatrana Electric Power Company | JORDAN |
| 30. | KHNP Canada Energy, Ltd. | CANADA |
| 31. | KEPCO Bylong Australia Pty., Ltd. | AUSTRALIA |
| 32. | Korea Waterbury Uranium Limited Partnership | CANADA |
| 33. | KEPCO Holdings de Mexico | MEXICO |
| 34. | KST Electric Power Company, S.A.P.I. de C.V. | MEXICO |
| 35. | KEPCO Energy Service Company | MEXICO |
| 36. | KEPCO Netherlands S3 B.V. | NETHERLANDS |
| 37. | PT. KOMIPO Pembangkitan Jawa Bali | INDONESIA |
| 38. | PT. Cirebon Power Service | INDONESIA |
| 39. | KOWEPO International Corporation | PHILIPPINES |
| 40. | KOSPO Jordan LLC | JORDAN |
| 41. | EWP America Inc. | USA |
| 42. | EWP Renewable Corporation | USA |
| 43. | DG Fairhaven Power, LLC | USA |
| 44. | KNF Canada Energy Limited | CANADA |
| 45. | EWP Barbados 1 SRL | BARBADOS |
| 46. | California Power Holdings, LLC | USA |
| 47. | Gyeonggi Green Energy Co., Ltd. | KOREA |
| 48. | PT. Tanggamus Electric Power | INDONESIA |
| 49. | Gyeongju Wind Power Co., Ltd. | KOREA |

| Consolidated subsidiaries | Jurisdiction of Incorporation |
|---|---|
| 50. KOMIPO America Inc. | USA |
| 51. EWPRC Biomass Holdings, LLC | USA |
| 52. KOSEP USA, Inc. | USA |
| 53. PT. EWP Indonesia | INDONESIA |
| 54. KEPCO Netherlands J3 B.V. | NETHERLANDS |
| 55. Korea Offshore Wind Power Co., Ltd. | KOREA |
| 56. Global One Pioneer B.V. | NETHERLANDS |
| 57. Global Energy Pioneer B.V. | NETHERLANDS |
| 58. Mira Power Limited | PAKISTAN |
| 59. KOSEP Material Co., Ltd. | KOREA |
| 60. Commerce and Industry Energy Co., Ltd. | KOREA |
| 61. KEPCO KPS Philippines Corp. | PHILIPPINES |
| 62. KOSPO Chile SpA | CHILE |
| 63. PT. KOWEPO Sumsel Operation And Maintenance Services | INDONESIA |
| 64. Hee mang sunlight Power Co., Ltd. | KOREA |
| 65. Fujeij Wind Power Company | JORDAN |
| 66. KOSPO Youngnam Power Co., Ltd. | KOREA |
| 67. VI Carbon Professional Private Special Asset Investment Trust 1 | KOREA |
| 68. Chitose Solar Power Plant LLC | JAPAN |
| 69. KEPCO Energy Solution Co., Ltd. | KOREA |
| 70. KEPCO Solar Co., Ltd. (formerly, Solar School Plant Co., Ltd.) | KOREA |
| 71. KOSPO Power Services Ltda. | CHILE |
| 72. Energy New Industry Specialized Investment Private Investment Trust | KOREA |
| 73. KOEN Bylong Pty., Ltd. | AUSTRALIA |
| 74. KOMIPO Bylong Pty., Ltd. | AUSTRALIA |
| 75. KOWEPO Bylong Pty., Ltd. | AUSTRALIA |
| 76. KOSPO Bylong Pty., Ltd. | AUSTRALIA |
| 77. EWP Bylong Pty., Ltd. | AUSTRALIA |
| 78. KOWEPO Lao International | LAOS |
| 79. KEPCO US Inc. | USA |
| 80. KEPCO Alamosa LLC | USA |
| 81. KEPCO Solar of Alamosa, LLC | USA |
| 82. KEPCO Mangilao Holdings LLC (formerly, KEPCO-LG CNS Mangilao Holdings LLC) | USA |
| 83. Mangilao Investment LLC | USA |
| 84. KEPCO Mangilao Solar, LLC (formerly, KEPCO-LG CNS Mangilao Solar, LLC) | USA |
| 85. Jeju Hanlim Offshore Wind Co., Ltd. | KOREA |
| 86. PT. Siborpa Eco Power | INDONESIA |
| 87. BSK E-New Industry Fund VII | KOREA |
| 88. e-New Industry LB Fund 1 | KOREA |
| 89. Songhyun e-New Industry Fund | KOREA |
| 90. BSK E-New Industry Fund X | KOREA |
| 91. PT. Korea Energy Indonesia | INDONESIA |
| 92. KOLAT SpA | CHILE |
| 93. KEPCO California, LLC | USA |
| 94. KEPCO Mojave Holdings, LLC | USA |
| 95. Incheon Fuel Cell Co., Ltd. | KOREA |
| 96. KOEN Service Co., Ltd. | KOREA |
| 97. KOMIPO Service Co., Ltd. | KOREA |
| 98. KOWEPO Service Co., Ltd. | KOREA |
| 99. KOSPO Service Co., Ltd. | KOREA |

| | Consolidated subsidiaries | Jurisdiction of Incorporation |
|---|---|---|
| 100. | EWP Service Co., Ltd. | KOREA |
| 101. | PT. KOMIPO Energy Indonesia | INDONESIA |
| 102. | KNF Partners Co., Ltd. | KOREA |
| 103. | KOSPO USA Inc. | USA |
| 104. | Nambu USA LLC | USA |
| 105. | Tamra Offshore Wind Power Co., Ltd. | KOREA |
| 106. | KEPCO MCS Co., Ltd. | KOREA |
| 107. | KEPCO FMS Co., Ltd. | KOREA |
| 108. | Firstkeepers Co., Ltd. | KOREA |
| 109. | Secutec Co., Ltd. | KOREA |
| 110. | SE Green Energy Co., Ltd. | KOREA |
| 111. | KEPCO Mangilao America LLC | USA |
| 112. | Mangilao Intermediate Holdings LLC | USA |
| 113. | KEPCO CSC Co., Ltd. | KOREA |
| 114. | KOAK Power Limited | PAKISTAN |
| 115. | KOMIPO Europe B.V. | NETHERLANDS |
| 116. | Haenanum Energy Fund | KOREA |
| 117. | Paju Ecoenergy Co., Ltd. | KOREA |
| 118. | Guam Ukudu Power LLC | USA |
| 119. | TS Energy No. 25 Co., Ltd. | KOREA |
| 120. | KPS Partners Co., Ltd. | KOREA |
| 121. | KEPCO E&C Service Co., Ltd. | KOREA |
| 122. | Moha Solar Co., Ltd. | KOREA |
| 123. | Ogiri Solar Power Co., Ltd. | KOREA |
| 124. | KHNP USA LLC | USA |
| 125. | KOMIPO Vanphong Power Service LLC | VIETNAM |
| 126. | Energy Innovation Fund I | KOREA |

All of the foregoing entities do business under their respective names set forth above.

EX-12.1 4 d111421dex121.htm EX-12.1

**EXHIBIT 12.1**

**CERTIFICATIONS**

I, JongKap KIM, certify that:

1.    I have reviewed this annual report on Form 20-F of Korea Electric Power Corporation (the "Company");

2.    Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.    Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this annual report;

4.    The Company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Company and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the Company's disclosure controls and procedures and presented in this annual report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this annual report based on such evaluation; and

    (d)    Disclosed in this annual report any change in the Company's internal control over financial reporting that occurred during the period covered by the Annual Report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

5.    The Company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Company's auditors and the audit committee of the Company's board of directors (or persons performing the equivalent functions):

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.

Date: April 30, 2021

By:     /s/   JongKap KIM
Name:           JongKap KIM
Title:           President and Chief Executive Officer

EX-12.2 5 d111421dex122.htm EX-12.2

**EXHIBIT 12.2**

## CERTIFICATIONS

I, Park, Heon-Gyu, certify that:

1.    I have reviewed this annual report on Form 20-F of Korea Electric Power Corporation (the "Company");

2.    Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.    Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this annual report;

4.    The Company's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Company and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the Company's disclosure controls and procedures and presented in this annual report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this annual report based on such evaluation; and

   (d)    Disclosed in this annual report any change in the Company's internal control over financial reporting that occurred during the period covered by the Annual Report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

5.    The Company's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Company's auditors and the audit committee of the Company's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.

Date: April 30, 2021

|  |  |
|---|---|
| By: | /s/   Park, Heon-Gyu |
| Name: | Park, Heon-Gyu |
| Title: | Acting Corporate Senior Vice President and Chief Financial Officer |

EX-13.1 6 d111421dex131.htm EX-13.1

**EXHIBIT 13.1**

**CERTIFICATION OF PERIODIC FINANCIAL REPORT**
**PURSUANT TO 18 U.S.C. SECTION 1350**

In connection with the Annual Report of Korea Electric Power Corporation (the "Company") on Form 20-F for the fiscal year ended December 31, 2020 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, JongKap KIM, President and Chief Executive Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, to the best of my knowledge, that:

1.    The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: April 30, 2021

By:         /s/    JongKap KIM
Name:        JongKap KIM
Title:        President and Chief Executive Officer

EX-13.2 7 d111421dex132.htm EX-13.2

**EXHIBIT 13.2**

**CERTIFICATION OF PERIODIC FINANCIAL REPORT**
**PURSUANT TO 18 U.S.C. SECTION 1350**

In connection with the Annual Report of Korea Electric Power Corporation (the "Company") on Form 20-F for the fiscal year ended December 31, 2020 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Park, Heon-Gyu, Acting Corporate Senior Vice President & Chief Financial Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, to the best of my knowledge, that:

1.   The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: April 30, 2021

By:                /s/   Park, Heon-Gyu
Name:              Park, Heon-Gyu
Title:             Acting Corporate Senior Vice President and
                   Chief Financial Officer

EX-15.2 8 d111421dex152.htm EX-15.2

**Exhibit 15.2**

## ENFORCEMENT DECREE OF THE KOREA ELECTRIC POWER
## CORPORATION ACT (THE "KEPCO ACT")

[Full text of the Presidential Decree No. 11971 was amended as of September 27, 1986]

Amended on May 24, 1989 : Presidential Decree No. 12711
Amended on Mar 31, 1990 : Presidential Decree No. 12964
Amended on July 1, 1992 : Presidential Decree No. 13638
Amended on Mar 6, 1993 : Presidential Decree No. 13870
Amended on July 1, 1995 : Presidential Decree No. 14701
Amended on July 6, 1995 : Presidential Decree No. 14719
Amended on April 27, 1996 : Presidential Decree No. 14988
Amended on Feb 22, 1997 : Presidential Decree No. 15282
Amended on Dec 31, 1998 : Presidential Decree No. 15959
Amended on May 13, 1999 : Presidential Decree No. 16308
Amended on Sep 4, 2006 : Presidential Decree No. 19671
Amended on Oct 27, 2006 : Presidential Decree No. 19719
Amended on Mar 16, 2007 : Presidential Decree No. 19929
Amended on Feb 29, 2008 : Presidential Decree No. 20678
Amended on Apr 21, 2009 : Presidential Decree No. 21441
Amended on Apr 30, 2009 : Presidential Decree No. 21461
Amended on Apr 13, 2010 : Presidential Decree No. 22443
Amended on Oct 13, 2010 : Presidential Decree No. 22443
Amended on Mar 23, 2013 : Presidential Decree No. 24442
Amended on Aug 31, 2016 : Presidential Decree No. 27472
Amended on Jan 5, 2021 : Presidential Decree No. 31380

**Article 1 (Purpose)**

The purpose of this Decree is to regulate matters entrusted by the KEPCO Act (the "Act") and matters necessary for enforcement thereof.

**Article 2 (Registration of Establishment)**

The following matters are subjects of registration of establishment for Korea Electric Power Corporation (the "Corporation") under Paragraph 2 of Article 7 of the KEPCO Act:

1. Purpose of establishment;

2. Name;

3. Locations of head office, subsidiaries and branches;

4. Total number of shares to be issued by the Corporation;

5. Par value of share;

6. Total number of shares to be issued initially by the Corporation;

7. Names and addresses of officers; and

8. Method of public notices.

**Article 3 (Registration of Establishment of Branches, etc.)**

(1) If the Corporation establishes a subsidiary or a branch (collectively, the "branches"), registration thereof shall be made as follows:

1. At the location of the head office: the name and location of the new branch shall be registered within two weeks;

2.    At the location of the new branch: matters specified in each item of Article 2 shall be registered within three weeks;

3.    At the location of an existing branch: the name and location of the new branch shall be registered within three weeks.

(2)    If a new branch is established in the same district as the head office or branch as being subject to the same registry office, the name and location of the new branch office shall be registered within three weeks.

## Article 4 (Registration of Relocation)

(1)    If the Corporation relocates the head office or a branch to a district subject to a different registry office, such relocation shall be registered at the former district within two weeks, and matters of each item set forth in Article 2 shall be registered at the new district within three weeks.

(2)    If the Corporation relocates the head office or a branch with the district subject to the same registry office, such relocation shall be registered within two weeks.

## Article 5 (Registration of Alteration)

If any item specified in Article 2 is altered, such alteration shall be registered within two weeks in the district of the head office and three weeks in the district of the branch.

## Article 6 (Registration of Appointment of Agent, etc.)

(1)    If the President of the Corporation (the "President") appoints an agent in accordance with Article 11 of the Act, each of the following items shall be registered within two weeks in the district of the head office or of the branch where the agent is located. If matters so registered are altered, the same requirement shall apply.

1.    Name and address of the agent;

2.    Name and district of the head office or the branch where the agent is located;

3.    Any restrictions on the authority of the agent;

(2)    If the agent specified in Paragraph (1) above is terminated, such termination shall be registered at the district of the head office or the branch where the agent was located.

## Article 7 (Attachments to the Registration Application)

The Corporation shall attach documents as set out below classifications to its registration application:

1.    For registration of establishment pursuant to Article 2: articles of incorporation, and documents evidencing the equity capital and qualifications of officers;

2.    For registration of establishment of a branch pursuant to Article 3: documents evidencing the establishment of the branch;

3.    For registration of relocation pursuant to Article 4, documents evidencing the relocation of the head office or the branch;

4.    For registration of alteration pursuant to Article 5, documents evidencing such alteration;

5.    For registration of appointment, change or termination of an agent pursuant to Article 6: documents evidencing that such appointment, change or termination of the agent was made in accordance with Article 11 of the Act, and if the authority of the agent is restricted pursuant to Article 6, Paragraph (1), Item (3) hereof, documents evidencing such restriction.

## Article 8 (Calculation of the Registration Period)

If an approval or consent of the Minister of the Ministry of Trade, Industry and Energy is required for any matters to be registered by the Corporation, the registration period shall be deemed to have commenced from the date when documents regarding such approval or consent are delivered to the applicant.

2

**Article 9 (Research and Development of Technology)**

(1)   The President shall establish a business plan for the research and development of technology as set forth in Article 13, Paragraph (1), Item (3) of the Act, by obtaining the resolution of the board of directors, and submit such plan to the Minister of the Ministry of Trade, Industry and Energy prior to the commencement of the following year. The same requirements shall apply in the case of any alteration of such business plan.

(2)   The business plan specified in Paragraph (1) shall include each of the following items:

    1.   Matters regarding the research and development of technology;

    2.   Plan for the promotion and support of institutions that research electric power;

    3.   Matters regarding investments and contributions; and

    4.   Other matters that are deemed necessary for research and development of technology.

(3)   The following institutions (the "Relevant Institutions") may receive contributions from the Corporation for performing research and development of technology pursuant to Article 2, Paragraph 1:

    1.   Energy and Economy Institute;

    2.   Korea Advanced Institute of Science & Technology;

    3.   Korea Atomic Energy Research Institute;

    4.   Korea Institute of Energy and Resources;

    5.   Electronics and Telecommunications Research Institute;

    6.   Korea Electric Technology Research Institute;

    7.   Korea Research Institute of Chemical Technology;

    8.   Korea Machinery Research Institute;

    9.   Korea Standards Research Institute;

    10.   Korea Electrical Engineering & Science Research Institute;

    11.   Korea Institute of Energy Technology Evaluation and Planning pursuant to Article 13 of the Energy Act;

    12.   Korea Institute of Industrial Technology;

    13.   Korean Electrical Manufacturers Association pursuant to Article 38 of Industrial Development Act;

    14.   Korea Institute for Industrial Economics and Trade;

    15.   Korea Development Institute;

    16.   Korea Institute for Advancement of Technology pursuant to Article 38 of the Industrial Technology Innovation Promotion Act and Korea Evaluation Institute of Industrial Technology pursuant to Article 39 thereof;

    17.   Korea Testing Laboratory; and

    18.   Korea Institute of Radiological & Medical Sciences.

**Article 9-2 (Presentation of Business Plan, etc.)**

(1)   Any Relevant Institution specified in Paragraph (3) of Article 9 which seeks to receive a contribution shall submit to the President a business plan and budget in a manner determined by the President, at least four months prior to the commencement of each fiscal year. The same requirements shall apply to amendment of the business plan or budget.

(2)   If the business plan or budget specified in Paragraph (1) is deemed to be unreasonable, the President may request adjustment thereof.

(3)   Relevant Institutions shall submit to the President a quarterly report indicating the status of the execution of the business plan and the budget within 20 days following the end of the relevant quarter.

(4)   The Corporation shall determine the details of research and development of technology other than the matters set forth in Paragraphs (1) through (3) above.

## Article 9-3 (Requirements for Business Activities Relating to the Use of Owned Real Property)

The phrase "requirements made by Presidential Decree" referred to in Article 30, Paragraph (1), Item 7 of the Act means the following:

(1)   There must be a need to develop the owned real property due to external factors such as the relocation, integration, indoor or underground installment, or aging of the substations or offices of the Corporation.

(2)   There must be a need to develop the owned real property in order to comply with directions for local development for reasons of being included in a city development plan and for reasons of adjacency thereto.

## Article 9-4 (Approval of Business Activities Relating to the Use of Owned Real Property)

(1)   If the Corporation desires to obtain approval from the Minister of the Ministry of Trade, Industry and Energy as specified in Article 13, Paragraph (3) of the Act, the Corporation shall prepare and submit to the Minister of the Ministry of Trade, Industry and Energy a business plan including the following matters:

     1.   Purpose of the business activity;

     2.   Location and area of the business activity;

     3.   Duration of the business activity;

     4.   Methods of the business activity;

     5.   Costs of the business activity and related funding plans;

     6.   Documents relating to the feasibility of the business activity; and

     7.   Other matters necessary for the implementation of the business activity

(2)   The Minister of the Ministry of Trade, Industry and Energy may approve the application under Paragraph (1) above if such application:

     1.   meets any of the requirements set forth in Article 9-3; and

     2.   is in accordance with the method of the business activity under Article 13, Paragraph (4) of the Act.

(3)   The Minister of the Ministry of Trade, Industry and Energy may obtain advice from related institutions and real property development experts before it approves the business activity.

(4)   The Minister of the Ministry of Trade, Industry and Energy shall notify the Corporation of the Ministry's decision on the approval of the business activity within 30 days of its receipt of the business plan under Paragraph (1) above; provided, that if there is an unavoidable reason such as a large scale of the business activity, the Minister of the Ministry of Trade, Industry and Energy may extend such period for up to 20 days.

## Article 9-5 (Direct Implementation of Business Activity Using Owned Premises)

The phrase "event defined by Presidential Decree" in the proviso of Article 13, Paragraph (4) of the Act refers to an event where both of the following requirements are satisfied:

     1.   A business activity in relation to the use of owned real property which satisfies any of the requirements in Article 9-3 shall be subject to public bidding; and

     2.   No person that qualifies for entrustment or a trustee as set forth in the main text of Paragraph (4) of Article 13 of the Act participates in the public bidding specified in Item 1 above.

4

**Article 9-6 (Reporting the Use of Proceeds from the Business Activities in Relation to the Use of Owned Real Property)**

The Corporation shall submit to the Minister of the Ministry of Trade, Industry and Energy records relating to the use of proceeds from the business activities in relation to the use of owned real property specified in Article 14, Paragraph (2) of the Act by March 31 of the following year.

**Article 10 (Form of Debentures)**

Debentures issued under Article 16 of the Act shall be in bearer form; provided, however, that they may be in registered form upon the request of the subscribers or the holders.

**Article 11 (Method of Issuance of Bonds)**

(1)    The Corporation shall issue debentures through placement, firm commitment underwriting or sale.

(2)    If the debentures are issued by way of sale as specified in Paragraph (1) above, the selling period and the particulars prescribed in Items 1 through 6 of Paragraph (2) of Article 12 shall be publicly notified in advance.

**Article 12 (Subscription of Debentures)**

(1)    Any person who intends to subscribe for the debentures shall state the number of and subscription purchase for the debentures being subscribed and the subscriber's address on two application forms and affix his/her name and seal thereunto. If the debentures are being offered in the form of bidding based on the minimum subscription price, the subscriber shall state on the application form the bid price.

(2)    The application form shall contain the following items:

    1.    Name of the Corporation;

    2.    Aggregate amount of the debentures;

    3.    Denomination and par value;

    4.    Interest rate;

    5.    Method and time of redemption of bonds and method of interest payment;

    6.    Issue price (or if applicable, minimum issue price);

    7.    Aggregate outstanding balance of debentures, if any; and

    8.    Name and address of the placement agent, if any.

**Article 13 (Method of Underwriting of Whole Amount of Bonds)**

Article 12 shall not apply to debentures that are offered on a firm commitment underwritten basis pursuant to a contract or the portion of debentures which are subscribed by the placement agent.

**Article 14 (Total Issue Amount)**

The Corporation may state on the debenture subscription form that the debentures shall be issued even if the total amount of actual subscription is less than the total issue amount specified in the form. In this case, the total amount of actual subscription shall be deemed to be the total issue amount.

**Article 15 (Payment of the Subscription Amount)**

(1)    When subscription for the debentures has been completed, the Corporation shall cause the subscribers to pay in full the subscription price immediately following the completion of subscription.

(2)   The placement agent may take action specified in Paragraph (1) above on behalf of the Corporation.

(3)   Debentures that are being issued by way of an offering may not be issued until full payment of the total subscription price as equal to the issue amount.

### Article 16 (Particulars to be Specified in the Debenture Certificate)

Each debenture certificate shall contain the following particulars and shall be signed and affixed with seal by the President:

1.   Name of the Corporation;

2.   Particulars set forth in Items 2 through 5 of Paragraph (2) of Article 12 (but, in case of debentures being issued by way of a sale, the particulars prescribed in Item 2 of Paragraph (2) of Article 12 shall be omitted);

3.   Serial number; and

4.   Issue date of the debenture.

### Article 17 (Register of Debentures)

(1)   The Corporation shall keep a register of debentures at the head office and shall record the following particulars:

1.   Number of denominations and serial number;

2.   Issue date of the debenture; and

3.   Particulars stated in Items 2 through 5 and 8 of Paragraph (2) of Article 12.

(2)   If the debenture is in registered form, the following particulars shall be entered in the register in addition to the particulars mentioned in Paragraph (1) above:

1.   Name and address of each debenture holders; and

2.   Date of acquisition of each debenture certificate.

(3)   Any owner or holder of the debenture may request to inspect the register at any time during the business hours of the Corporation.

### Article 18 (Loss or mutilation of Interest Coupon)

(1)   In the case of debentures issued in bearer form with interest coupons, if at the time of the redemption of the debenture any interest coupon is lost or mutilated, the amount corresponding to such interest coupon shall be deducted from the redemption amount.

(2)   Any holder of a coupon mentioned in the Paragraph above may demand payment of the amount deducted in exchange for such coupon.

### Article 19 (Notice to Debenture Holders, etc.)

(1)   Any notice or demand to the subscriber or rights holder prior to the issue of the debenture shall be sent to such address written on the subscription application; provided, that if another address is given to the Corporation, such notice or demand shall be sent to such address.

(2)   Any notice or demand to holders of debentures in bearer form shall be made by public notice; provided, that if the address of such holds can be known, public notice is not required.

(3)   Any notice or demand to holders of debentures in register form shall be sent to the address written on the debenture register; provided, that if another address is given to the Corporation, such notice or demand shall be sent to such address.

**Article 20 (Asset Revaluation Method)**

(1)  In cases of revaluing its assets in accordance with Article 17, the Corporation shall use the following methods to calculate the market value of such assets ("Revaluation value").

    1.  Tangible Fixed Assets (excluding land):

       Market value calculated using the following formula based on acquisition cost, construction price index, replacement cost and accrued depreciation as of the date of revaluation. Acquisition cost means the purchase price or the sum of the cost of goods plus ancillary costs (or if the revaluation has been made pursuant to the Asset Revaluation Act, the value so revalued); construction price index means the price index per item of construction materials or fixed assets as of the revaluation date as calculated by the Corporation based on the original acquisition date (or if the revaluation has been made pursuant to the Asset Revaluation Act, the date of the most recent revaluation); and replacement cost price means the costs of re-acquiring the relevant asset.

       {(acquisition cost * construction price index) or replacement cost price} * (1—accumulated depreciation/acquisition cost)

    2.  Intangible fixed assets, standing timber, tangible assets listed as provisional price and assets for which revaluation is difficult based on the formula specified in the preceding Paragraph 1: a value calculated in accordance with the appraisal rules specified in Article 3 of the Appraisal and Certified Appraiser Act.

(2)  If the revaluation value of the assets calculated in accordance with Paragraph (1) above falls short of the book value, the book value shall be deemed the revaluation value.

(3)  In the case of revaluation in accordance with Paragraph 1 above, the Corporation shall determine the criteria for the construction price index calculation and other necessary criteria and obtain the approval of the Minister of the Ministry of Trade, Industry and Energy. The foregoing procedures shall apply to the alteration of such criteria. Minor alterations are not subject to the Minister's approval.

(4)  The phrase "assets defined by the Presidential Decree" specified in the proviso of Article 17 refers to the following:

    1.  Land; and

    2.  Buildings containing electricity distribution installations and work-related installations; provided that the scope of electricity distribution installations and work-related installations shall be as set forth under the accounting regulations.


### Addendum No. 24442 (Mar 23, 2013)


**Article 1. (Effective Date)**

    The Decree shall take effect as of the date of promulgation.


**Article 12. (Amendment of Other Laws)**

    This Decree shall be amended by replacing the references to "Minister of Knowledge Economy" to "Minister of Trade, industry and Energy" in Article 8, Article 9, paragraph 1, Article 9-4, paragraph 1, 2, 3 and 4, Article 9, paragraph 1 and Article 20, paragraph 3 herein.


### Addendum No. 31380 (Jan 5, 2021)


    The Decree shall take effect as of the date of promulgation.

EX-15.3 9 d111421dex153.htm EX-15.3

**Exhibit 15.3**

## ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS

Act No. 8258, Jan. 19, 2007

Amended by Act No. 8635, Aug. 3, 2007

Act No. 8696, Dec. 14, 2007

Act No. 8852, Feb. 29, 2008

Act No. 9277, Dec. 31, 2008

Act No. 9345, Jan. 30, 2009

Act No. 9513, Mar. 25, 2009

Act No. 9829, Dec. 29, 2009

Act No. 10286, May 17, 2010

Act No. 10896, Jul. 25, 2011

Act No. 11690, Mar. 23, 2013

Act No. 11845, May 28, 2013

Act No. 12268, Jan 21, 2014

Act No. 12673, May 28, 2014

Act No. 14076, Mar. 22, 2016

Act No. 14461, Dec. 27, 2016

Act No. 15022, Oct. 31, 2017

Act No. 16092, Dec. 31, 2018

Act No. 17339, Jun. 9, 2020

Act No. 17153, Mar 31, 2020

Partially Amended by Act No. 17128, Mar. 31, 2020 (Effective on Jan. 1, 2021)

## ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS

### CHAPTER I GENERAL PROVISIONS

#### Article 1 (Purpose)

The purpose of this Act is to provide for basic matters concerning the management of public institutions and necessary matters concerning the firm establishment of the system for self-controlling and accountable management with the aims of rationalizing their management, heightening transparency in management, and thus contributing to the improvement of public institutions' services to the people.

#### Article 2 (Scope of Application, etc.)

(1) This Act shall apply to the public institutions designated and publicly notified under the provisions of Articles 4 through 6. <Amended, Jun. 9, 2020>

1

(2) As to public institutions, this Act shall apply in preference to any other Act, notwithstanding any pertinent provisions therein contrary to this Act, except as specifically provided for in this Act to follow the pertinent provisions in any other Act.

**Article 3 (Guarantee for Self-Controlling Management)**

The Government shall guarantee the self-controlling management of public institutions to establish the accountable management system in public institutions.

**Article 4 (Public Institutions)**

(1) The Minister of Economy and Finance may designate a legal entity, organization or institution (hereinafter referred to as an "institution") other than the State or a local government as a public institution, if it falls under any of the following subparagraphs: <Amended by Act No. 8852, Feb. 29, 2008, Mar. 31, 2020, Jun. 9, 2020>

    1. An institution established by direct operation of another Act with an investment by the Government;

    2. An organization to whom the amount of the Government grants (including the revenue from its commissioned affairs or monopoly, if it is an institution to whom some affairs of the Government are commissioned or a monopoly is granted by direct operation under Acts and subordinate statutes; hereinafter the same shall apply) exceeds one-half of the amount of its total revenue;

    3. An institution which the Government holds at least fifty percent of the outstanding shares in or secures practical control over in making decisions on its policies through the exercise of the power to appoint executives with at least thirty percent of such outstanding shares or otherwise;

    4. An institution which the Government together with an institution falling under any of subparagraphs 1 through 3 holds at least fifty percent of the outstanding shares in or secures practical control over in making decisions on its policies through the exercise of the power to appoint executives with at least thirty percent of such outstanding shares or otherwise;

    5. An institution which a single institution or two or more institutions falling under any of subparagraphs 1 through 4 hold at least fifty percent of the outstanding shares in or secure practical control over in making decisions on its policies through the exercise of the power to appoint executives with at least thirty percent of such outstanding shares or otherwise;

    6. An institution established by an institution failing under any of subparagraph 1 through 4 with an investment by the State or the establishing institution.

(2) Notwithstanding paragraph (1), the Minister of Economy and Finance may not designate an institution as a public institution, if it falls under any of the following subparagraphs: <Amended by Act No. 8696, Dec. 14, 2007; Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>

    1. An institution established for the purpose of mutual aid, improvement of welfare, enhancement of interests, or maintenance of order in business transactions between its members;

    2. An institution established by a local government and run by the management in which the local government is involved;

    3. The Korea Broadcasting System under the Broadcasting Act and the Korea Educational Broadcasting System under the Korea Educational Broadcasting System Act.

(3) Necessary matters concerning the criteria and method for calculating the amount of the Government grants and the amount of the total revenue under the provisions of paragraph (1) 2 and the criterion of the secured practical control under the provisions of subparagraphs 3 through 5 of the said paragraph shall be prescribed by Presidential Decree. <Amended, Jun. 9, 2020>

**Article 5 (Classification of Public Institutions)**

(1) The Minister of Economy and Finance shall designate public institutions according to the following classification. <Amended, Mar. 31, 2020>

1. Public corporations and quasi-governmental institutions: Public institutions whose prescribed number of personnel, revenue and asset size fall under the standards prescribed by Presidential Decree

2. Other public institutions: Institutions other than those in subparagraph 1

(2) Notwithstanding subparagraph 1 of paragraph 1, the Minister of Economy and Finance may designate public institutions that meet the standards prescribed by Presidential Decree, such as those that have a responsible management system established under other Acts, or that have a high need for autonomy and independence of the operation of institutions as other public institutions. <Newly Inserted, Mar. 30, 2020>

(3) The Minister of Economy and Finance shall, in designating public corporations and quasi-governmental institutions as prescribed in paragraph (1), designate public institutions whose self-generating revenue of total revenue is equal to or greater than the standard prescribed by Presidential Decree as public corporations, and those other than public corporations as quasi-governmental institutions. <Amended by Act No. 8852, Feb. 29, 2008, Mar. 31, 2020>(4) The Minister of Economy and Finance shall classify the public corporations and quasi-governmental institutions under the provisions of paragraphs (1) and (3) into the following subparagraphs, and shall designate them accordingly: <Amended by Act No. 8852, Feb. 29, 2008, Mar. 31, 2020, Jun. 9, 2020>

    1. Public corporations:

        (a) Market-based public corporations: Public corporations whose asset size and self-generating revenue out of the amount of total revenue reaches or exceeds the criterion prescribed by Presidential Decree;

        (b) Quasi-market-based public corporations: Public corporations other than the market-based public corporations;

    2. Quasi-governmental institutions:

        (a) Fund-management-based quasi-governmental institutions: Quasi-governmental institutions to which the management of a fund is assigned or commissioned under the National Finance Act;

        (b) Commissioned-service-based quasi-governmental institutions: Quasi-governmental institutions other than the fund-management-based quasi-governmental institutions.

(5) The Minister of Economy and Finance may, in designating other public institutions pursuant to paragraphs (1) and (2), designate some of other public institutions as research and development institutions considering their characteristics and activities. <Amended, Feb. 29, 2008 and Mar. 27, 2018, Mar. 31, 2020>

(6) The more specific criteria and method for determining the self-generating revenue and the total revenue under the provisions of paragraphs (3) and (4) and the types and the detailed criteria of classifying non-classified public institutions under paragraph (5) shall be prescribed by Presidential Decree. <Amended, Mar. 27, 2018, Mar. 31, 2020>

**Article 6 (Procedure for Designation of Public Institutions, etc.)**

(1) The Minister of Economy and Finance shall newly designate public institutions, cancel the designation thereof or designate such public institutions by changing the classification within one month after the commencement of each fiscal year: Provided, That the Minister of Economy and Finance may newly designate public institutions, cancel the designation thereof or designate such institutions by changing the classification, according to the following classification even in the middle of a fiscal year: <Amended by Act No. 9829, Dec. 29, 2009>

    1. Where an institution falling under each subparagraph of Article 4 (1) is newly established: Newly designate;

2. Where an institution designated as a public institution is no longer subject to this Act due to privatization, consolidation, discontinuation or division of the institution or due to amendments, repeal, etc. of relevant Acts and subordinate statutes or where it becomes necessary to change the designation thereof: Cancel designation or designate by changing the classification.

(2) In designating a new public corporation, quasi-governmental institution or non-classified public institution, or cancelling or changing the designation under the provisions of paragraph (1), the Minister of Economy and Finance shall consult with the administrative agency having control over the affairs of the prospective public corporation, a quasi-governmental institution or non-classified public institution (hereinafter referred to as the "competent agency") in accordance with relevant statutes, and then shall refer it to the committee for management of public institutions under the provisions of Article 8 for deliberation and resolution. <Amended by Act No. 8852, Feb. 29, 2008>

(3) Whenever designating a new public corporation, quasi-governmental institution, or non-classified institution, or cancelling or changing such designation under the provisions of paragraphs (1) and (2), the Minister of Economy and Finance shall make a public notification thereof. In such cases, the list of existing public corporations, quasi-governmental institutions, and non-classified public institutions may be publicly notified together, if considered necessary to do so. <Amended by Act No. 8852, Feb. 29, 2008>,

(4) Necessary matters concerning the procedure, etc. for the designation (including changes in designation) of public corporations, quasi-governmental institutions, and non-classified public institutions, the cancellation of such designation, and the public notification shall be prescribed by Presidential Decree.


## Article 7 (Examination on Establishment of New Institution)

(1) The head of the competent agency who desires to establish a new institution falling under any of the following subparagraphs, pursuant to Acts, shall request the Minister of Economy and Finance to examine the feasibility of the establishment of such a new establishment before making a prior announcement of such a legislative bill: <Amended by Act No. 8852, Feb. 29, 2008>

   1. An institution for which the ground for investment by the Government is specified in the legislative bill;

   2. An institution in which case the amount of the Government grants is estimated to exceed 1/2 of its total revenue;

   3. An institution specified as the one in which the Government alone or together with a public institution shall invest at least 30 percent of its capital.

(2) The Minister of Economy and Finance shall, upon receiving the request for examination under the provisions of paragraph (1), examine the needs, effects, etc. of new establishment of the institution, financial support by referring it to the committee for management of public institutions under the provisions of Article 8 for deliberation and resolution, and then shall notify the head of the competent agency of the results therefrom. <Amended by Act No. 8852, Feb. 29, 2008>

(3) Necessary matters concerning the examination, etc. on the feasibility of the establishment of a new institution under the provisions of paragraphs (1) and (2) shall be prescribed by Presidential Decree.


## CHAPTER II COMMITTEE FOR MANAGEMENT OF PUBLIC INSTITUTIONS

### Article 8 (Establishment of Committee for Management of Public Institutions)

The committee for management of public institutions (hereinafter referred to as the "management committee") shall be established under the control of the Minister of Economy and Finance for deliberation and resolution on the following matters concerning the management of public institutions: <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008: Act No. 9829, Dec. 29, 2009, Act No. 14076, Mar. 22, 2016, Mar. 27, 2018, Jun. 9, 2020>

   1. Designation of public corporations, quasi-governmental institutions, and non-classified public institutions, and cancellation and change of such designation under the provisions of Articles 4 through 6;

4

2. Examination on establishment of a new institution under the provisions of Article 7;

3. Publication concerning the management of public institutions under Article 11 (1) 16;

4. Personnel action, etc. based on a violation of the duty of publication, etc. under Article 12 (3);

5. Adjustment, etc. of functions of public institutions under the provisions of Article 14;

6. Assistance in innovation, etc. of public institutions under the provisions of Article 15;

7. Appointment of the non-standing senior directors of market-based public corporations and quasi-market-based public corporations under the proviso to Article 21 (2);

8. Appointment, etc. of executives of public corporations and quasi-governmental institutions under the provisions of Articles 25 and 26;

9. Guidelines for remuneration under Article 33;

10. Removal, recommendation of removal, etc. of the executives of public corporations and quasigovernmental institutions under the provisions of Article 35 (2), the proviso clause of Article 35(3) and Article 52-3(3);

11. Evaluation, etc. of performance of duties of non-standing directors and auditors under the provisions of Article 36;

12. Evaluation, etc. of business performance of public corporations and quasi-governmental institutions under the provisions of Article 48;

13. Guidelines for management of public institutions and quasi-governmental institutions under the provisions of Article 50;

14. Monitoring of the adequacy of supervision over public corporations and quasi-governmental institutions and improvement of such supervision under the provisions of Article 51 (4);

15. Disclosure of the list under Article 52-4(1);

16. Cancellation of admission under Article 52-5(1); and

17. Other matters prescribed by Presidential Decree concerning the management of public institutions.


**Article 9 (Composition of Management Committee)**

(1) The management committee shall be comprised of one chairperson and the following members, and the Minister of Economy and Finance shall be the chairperson: <Amended by Act No. 8852, Feb. 29, 2008; Act No. 11690, Mar. 23, 2013, Jun. 9, 2020>

1. One Vice-Minister-level public official of the Prime Minister's Office as nominated by the Minister of the Prime Minister's Office;

2. Vice Minister, Deputy Administrator, or an equivalent public official of the related administrative agency as prescribed by Presidential Decree;

3. Vice Minister, Deputy Administrator, or an equivalent public official of the competent agency who does not fall under subparagraph 2;

4. Eleven or less persons commissioned by the President on the recommendation of the Minister of Economy and Finance from among people from various fields including law, economy, press, academia, labor, etc. with good knowledge and experience in the area of management and business administration of public institutions and also good reputation for impartiality.

(2) The term of office of the committee members under the provisions of paragraph (1) 4 shall be three years, and they may be consecutively appointed.

5

(3) The committee members under the provisions of paragraph (1) 4 shall perform their duties earnestly following their conscience for the establishment of self-controlling and accountable management system in public institutions and the enhancement of the efficiency in their management.

(4) A committee member under the provisions of paragraph (1) 4 may be dismissed if he/she falls under any of the following subparagraphs:

    1. If he/she is unable to perform his/her duties due to physical or mental disability;

    2. If he/she is found incompetent to his/her office on the ground of neglect of his/her duties, indecent manner, or otherwise;

    3. If he/she is indicted in a criminal case in connection with his/her duties.

(5) The committee chairperson may recommend the President to dismiss a committee member under the provisions of paragraph (1) 4, if the committee member falls under any of the subparagraphs of paragraph (4): Provided, That the committee chairperson shall compulsorily recommend the President to dismiss a committee member who falls under paragraph (4) 1.

(6) Necessary matters concerning the composition of the management committee shall be prescribed by Presidential Decree.

### Article 10 (Management Committee's Meeting)

(1) The management committee's meeting shall be formed with 20 or less members including the chairperson, and the members who should attend the management committee's meeting shall be designated by the chairperson among the members who fall under Article 9 (1) 2 and 3 depending upon the nature of the matters on the agenda, while the number of members who fall under subparagraph 4 of the said paragraph shall constitute a majority of the members of the meeting. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>

(2) The management committee's meeting shall be duly formed to open with the presence of a majority of the members of the meeting, and shall adopt a resolution with the affirmative vote of a majority of the members present at the meeting.

(3) The Chairperson of the Board of Audit and Inspection and the head of the administrative agency concerned may present their opinions to the management committee, if considered necessary in relation to the deliberation and resolution by the management committee, and may dispatch a public official of the Board or the agency to appear before the management committee for speaking upon the request from the committee chairperson or the resolution of the management committee.

(4) The management committee shall have one executive secretary for processing its affairs, and the executive secretary shall be appointed by the committee chairperson from among the public officials in the Senior Civil Service.

(5) Necessary matters concerning the operation of the management committee shall be prescribed by Presidential Decree.

(6) The management committee shall prepare and disclose the minutes of the meeting as prescribed by Presidential Decree. Provided, that the information subject to non-disclosure under Article 9(1) of the Official Information Disclosure Act may not be disclosed. <Newly Inserted, Mar. 31. 2020>

### CHAPTER III PUBLICATION, ETC. ON MANAGEMENT OF PUBLIC INSTITUTIONS

### Article 11 (Publication on Management)

(1) A public institution shall publish the following matters: Provided, That if any of the following matters is information subject to non-disclosure under the Official Information Disclosure Act or the head of the competent

agency has consulted with the Minister of Economy and Finance thereon because it is deemed necessary for national security, the relevant matters may be excluded from disclosure: <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008: Act No. 9829, Dec. 29, 2009; Act No. 14076, Mar. 22, 2016, Mar. 27, 2018, Dec. 31, 2018, Jun. 9, 2020>

1. Business goals, budget, and management plan;

2. Statements on settlement of accounts;

3. Current status of executive officers and operating personnel (including the gender of such executive officers, wage status of executive officers and employees based on gender, types of employment workers, rate of non-regular workers converted to regular workers);

Budget for personnel expenses and fringe benefits, and status of execution thereof (the budget for different types of allowances shall be disclosed by type);

5. Present status of the details of transactions and the interchange of human resources with subsidiaries, invested companies or reinvested companies (including the employment status of resigned or retired executives and employees with subsidiaries, invested companies or reinvested companies);

6. Results of survey on customer satisfaction level conducted in accordance with the provisions of Article 13 (2);

7. Results of audit and appraisal of the actual performance of duties of audit commissioners of the audit committee under Article 36 (1);

8. Results of business performance evaluation under the provisions of Article 48 (limited to public corporations and quasi-governmental institutions);

9. Articles of association, the corporate bond register, internal regulations such as guidelines established and rules and minutes of directors' meeting;

10. Audit report prepared by the auditor or the audit committee (including matters pointed out, matters requesting disposition and a plan of measures for them);

11. The result of audit on public institutions by the heads of the competent authorities (including matters pointed out, matters requesting disposition and a plan of measures for them);

12. Details of the judgment on the liability for damages or the request for disciplinary action, correction, improvement, etc. under Articles 31 (Judgment on Liability for Damages) through 34-2 (Recommendation, etc.) of the Board of Audit and Inspection Act or the request for correction under Article 16 (Disposition of Results of Inspection or Investigation) of the Act on the Inspection and Investigation of State Administration, if any, and the measures taken by the public institution, etc. for such judgment or demand;

13. Status of operation of the disciplinary system, including information about the disciplinary system and disciplinary actions taken;

14. Status of lawsuits, legal advice, attorneys and legal advisors;

15. Mid-term and long-term financial management plans of each institution among the mid-term and long-term financial management plans submitted to the National Assembly in accordance with Article 9-2 of the National Financial Act; and

16. Other important matters concerning the management of the public institution, as requested by the Minister of Economy and Finance to publish after deliberation and resolution by the management committee.

(2) Every public institution shall publish the matters specified in each subparagraph of paragraph (1) on its Internet webpage, and shall keep necessary documents at its offices.

(3) Every public institution shall, upon receiving a request for inspection or a copy of the matters published in accordance with the provisions of paragraph (1), allow the requesting person to inspect them or deliver him/her a

copy or reproduced material. In such cases, the provisions of Article 17 (Defrayment of Expenses) of the Official Information Disclosure Act shall apply mutatis mutandis to the defrayment of expenses incurred therefrom.

(4) Necessary matters concerning the publication on management of public institutions shall be prescribed by Presidential Decree.

**Article 12 (Consolidated Publication)**

(1) The Minister of Economy and Finance may prepare a separate standardized form for consolidating main items among the matters that shall be published by each public institution under the provisions of Article 11(1) and publish such items in the consolidated form (hereafter referred to as the "consolidated publication" in this Article). <Amended by Act No. 8852, Feb. 29, 2008>

(2) The Minister of Economy and Finance may request public institutions to submit necessary data for consolidated publication, and public institutions shall, in turn, comply with such a request if there are no extraordinary circumstances otherwise. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>

(3) If a public institution fails to perform the duty to make the publication on management under the provisions of Article 11 or the consolidated publication under the provisions of paragraph (1) in good faith, or if it publishes a false fact, the Minister of Economy and Finance may order the public institution to publish such failure in publication or false publication, order it to correct such false fact, etc., and request the head of the competent agency or the relevant public institution, after deliberation and resolution by the management committee, to make personnel disposition, etc. against the person concerned. <Amended by Act No. 8852, Feb. 29, 2008, Mar. 31, 2020>

(4) Necessary matters concerning the guidelines, method, etc. for the consolidated publication shall be prescribed by Presidential Decree.

**Article 13 (Customer Charter and Customer Satisfaction Level Survey)**

(1) Every public institution that provides a direct service to the people shall establish and publish a customer charter containing the following descriptions:

    1. Fundamental duties;

    2. Details of the service provided and desirable level of the service;

    3. Procedures for processing complaints and correction for the service provided and liability for damages, etc.;

    4. Efforts, plans, etc. for improvement of the service provided.

(2) Every public institution that provides a direct service to the people shall conduct a survey on customer satisfaction level at least once a year on those who have experienced the service provided by the institution. In this case, the Minister of Economy and Finance may instruct public institutions to conduct a consolidated survey on customer satisfaction level and integrate the results of such survey for publication. <Amended by Act No. 8852, Feb. 29, 2008>

(3) Necessary matters concerning the scope of public institutions bound to establish and publicly announce the customer charter or conduct the customer satisfaction level survey under the provisions of paragraphs (1) and (2), the establishment and 'public announcement of the customer charter, the procedure, scope, etc. of the customer satisfaction level survey shall be prescribed by Presidential Decree.

**Article 14 (Adjustment of Functions of Public Institutions, etc.)**

(1) The Minister of Economy and Finance shall examine the appropriateness of functions performed by public institutions after consultation with heads of the competent agencies and deliberation and resolution by the

8

management committee, and shall establish a plan for consolidation, merger, or abolition of institutions, readjustment of their functions, privatization, etc. In such cases, the Minister of Economy and Finance shall report the established plan to the competent Standing Committee of the National Assembly <Amended by Act No. 8852, Feb. 29, 2008; Act No. 14461, Dec. 27, 2016>

(2) The Minister of Economy and Finance shall reflect on the plan under paragraph (1) the characteristics and activities of non-classified public institutions that are designated to carry on research and development activities in accordance with Article 5(5). <Newly Inserted, Mar. 27, 2018, Mar. 31, 2020>

(3) The heads of the competent agencies shall implement the plan as established under the provisions of paragraph (1), and shall submit the report on 'their performances to the Minister of Economy and Finance. <Amended by Act No. 8852, Feb. 29, 2008, Mar. 27, 2018>

(4) The Minister of Economy and Finance may, if considered necessary as a result of an analysis on the details of the report submitted under the provisions of paragraph (3) and a confirmation and inspection of the actual state of the performances, demand the head of the competent agency, after deliberation and resolution by the management committee, to take necessary measures for smooth implementation of the plan. <Amended by Act No. 8852, Feb. 29, 2008, March 28, 2018>

(5) Necessary matters concerning the establishment and implementation of the plan under the provisions of paragraphs (1), (3) and (4) shall be prescribed by Presidential Decree. <Amended, Mar. 27 2018>

**Article 15 (Innovation of Public Institutions)**

(1) Every public institution shall promote continuous innovation in management for enhancing the efficiency in management and improving the quality of public service.

(2) The Minister of Economy and Finance may take necessary measures including the establishment of related guidelines, rating of innovated levels, etc., after deliberation and resolution by the management committee, to assist in management innovation under the provisions of paragraph (1). In this case, the Minister shall reflect the characteristics and business activities of non-classified public institutions that are designated as carrying on research and development activities, etc. in accordance with Article 5(5). <Amended by Act No. 8852, Feb. 29, 2008, Mar. 27, 2018, Mar. 31, 2020>

**CHAPTER IV MANAGEMENT OF PUBLIC CORPORATIONS AND QUASI-GOVERNMENTAL INSTITUTIONS**

**SECTION 1 Articles of Association**

**Article 16 (Mandatory Provisions of Articles of Association)**

(1) The articles of association of public corporations and quasi-governmental institutions shall contain the provisions concerning the following matters: Provided, That the provisions irrelevant to a certain public corporation or quasi-governmental institution in light of its form, characteristics, or business affairs may be omitted: <Amended by Act No. 9277, Dec. 31, 2008, Jun. 9, 2020>

    1. Purpose;

    2. Name;

    3. Location of principal office;

    4. Capital amount;

    5. Stock or investment certificates;

    6. Matters concerning executives and employees;

    7. General meeting of shareholders or investors;

8. Management of the board of directors;

9. Scope of business, details and the execution thereof;

10. Accounting;

11. Method of public notice;

12. Issuance of corporate bonds;

13. Amendment to the articles of association;

14. Other matters prescribed by Presidential Decree.

(2) Every public corporation and quasi-governmental institution shall obtain authorization for the articles of association under the provisions of paragraph (1) from the head of the competent agency within three months after it is designated as a public corporation or quasi-governmental institution in accordance with Article 6. The foregoing shall apply to an amendment, revision, or modification of any provisions in the articles of association as authorized. <Amended, Jun. 9, 2020>

**SECTION 2 Board of Directors**

**Article 17 (Establishment and Functions of Board of Directors)**

(1) Every public corporation and quasi-governmental institution shall have the board of directors for deliberation and resolution on the following matters: <Amended by Act No. 10286, May 17, 2010>

1. Business goals, budget, management plan and mid-and long-term financial management plan;

2. Use of reserve fund and carry-over of budget;

3. Settlement of accounts;

4. Acquisition and disposition of fundamental assets;

5. Borrowing of long-term loans, issuance of corporate bonds, and repayment plan for such loans or bonds;

6. Selling prices for products and services;

7. Appropriation of retained earnings;

8. Investment in and contribution to other corporation, etc.;

9. Guarantees for obligations of other corporation: Provided, That it shall exclude the guarantees for obligations provided by a public corporation and quasi-governmental institution that engage in a guarantee business under the relevant Act in the course of executing its business;

10. Amendment of the articles of association;

11. Establishment and amendment of bylaws;

12. Remuneration for executives;

13. Matters that the head of the public corporation or quasi-governmental institution (hereinafter referred to as the "institution head") considers it necessary to refer to the board of directors for deliberation and resolution;

14. Other matters considered necessary by the board of directors,

(2) The institution head shall report the following matters to the board of directors: <Amended, Jun. 9, 2020>

1. Matters pointed out at the inspection of state administration, the accounting audit conducted under the provisions of Article 43 (1), or the audit conducted by the Board of Audit and Inspection under the provisions of Article 52, and the plan for measures to be taken for such matters and the results thereof;

10

2. Results of an collective agreement executed by the public corporation or quasi-governmental institution and the estimated budget required for such an agreement (limited to a case where a collective agreement is entered into);

3. Other matters on which the board of directors demands the institution head to report.

(3) Where any other Act requires a public corporation or quasi-governmental institution to have any organization in lieu of the board of directors to perform the functions under the provisions of paragraph (1) in providing for the establishment and management of the public corporation or the quasi-governmental institution, such organization in whatsoever name shall be deemed to be the board of directors, while the members of such an organization shall be deemed to be the directors under this Act, to whom this Act shall apply.

## Article 18 (Composition)

(1) The board of directors shall be comprised of not more than 15 directors including the institution head: Provided, That it may be comprised of not less than fifteen directors if the institution falls under any of the followings: <Amended, Jun. 9, 2020>

1. A public corporation or quasi-governmental institution having the general meeting of members such as the general meeting of shareholders or the general meeting of investors and established as a federation of local or trade institutions under any other Act;

2. Where the number of directors as of the time when it is designated as a public corporation or quasigovernmental institution under the provisions of Article 6 exceeds 15 persons: Provided, That the foregoing shall be applicable only for the period of time during which the term of incumbent directors as of the time of designation under the proviso to Article 28 (1) is guaranteed;

3. Where the number of directors exceeds 15 persons as a consequence of appointment of non-standing directors in accordance with the provisions of the latter part of Article 25 (3),

(2) The chairperson of the board of directors of a market-based public corporation and quasi-market-based public corporation, the asset size of which is not less than two trillion won shall become a non-standing senior director under Article 21: Provided, That one of the non-standing directors shall act as chairperson on behalf of the chairperson, as provided for in the articles of association, if the chairperson is unable to perform his/her duties due to unavoidable reasons. <Amended by Act No. 9829, Dec. 29, 2009>

(3) In applying paragraph (2), if no non-standing director exists at the time an institution is designated as a market-based public corporation or quasi-market-based public corporation under Article 6, the person prescribed by Acts and subordinate statutes at the time the institution is designated as a market-based public corporation or a quasi-market-based public institution shall be the chairperson of the board of directors until non-standing directors are appointed in accordance with the second sentence of Article 25 (3). <Amended by Act No, 9829, Dec. 29, 2009, Jun. 9, 2020>

(4) The institution head shall become the chairperson of the board of directors of a quasi-market-based public corporation, the asset size of which is less than two trillion won, or a quasi-governmental institution: Provided; That the concurrent holding of the office of the institution head and the office of the chairperson of the board of directors shall be prohibited, if there are provisions in any other Act that prohibit such concurrent holding of offices. <Amended by Act No. 9829, Dec. 29, 2009>

## Article 19 (Meeting)

(1) The meeting of the board of directors shall be convened by the chairperson or at the request of at least 1/3 of incumbent directors, and the chairperson shall preside over the meeting.

(2) A resolution at the directors' meeting shall be adopted by the affirmative vote of a majority of incumbent directors.

(3) The institution head or a director who has a specific interest in a matter put on the agenda of the directors' meeting shall not participate in resolution on the matter. In this case, a director, etc. who is barred from participating in resolution shall not be included in the number of incumbent directors under the provisions of paragraph (2).

(4) The auditor may attend the directors' meeting to present his/her opinion.

(5) The provisions of Article 391 (Method of Resolution by Board of Directors) (2) and 391-3 (Minutes of Board of Directors) (1) and (2) of the Commercial Act shall apply mutatis mutandis respectively to the resolution of the board of directors via telecommunication means, the minutes of the directors' meeting, etc. <Amended, Jun. 9, 2020>

## Article 20 (Committees)

(1) The board of directors of a public corporation may establish committees within the board of directors in accordance with the articles of association of the relevant public corporation. In such cases, the provisions of Article 393-2 (Committees of Board of Directors) of the Commercial Act shall apply mutatis mutandis to the matters concerning composition, power, etc. of such committees.

(2) Any market-based public corporation and quasi-market-based public corporation, the asset size of which is not less than two trillion won shall establish an audit committee under the board of directors as the committee under paragraph (1), in lieu of an auditor under Article 24 (1): Provided, That if a public corporation which shall newly establish an audit committee has an auditor, the audit committee shall be established after expiration of the auditor's term of office. <Amended by Act No. 9829, Dec. 29, 2009>

(3) A quasi-market-based public corporation, the asset size of which is less than two trillion won, and a quasigovernmental institution may have an audit committee in accordance with the provisions of other Act. <Amended by Act No. 9829, Dec. 29, 2009>

(4) Except as otherwise provided herein, Articles 542-11 and 542-12 (3) through (6) of the Commercial Act shall apply mutatis mutandis to the composition, power, etc. of the audit committee. <Amended by Act No. 8635, Aug. 3, 2007; Act No. 9829, Dec. 29, 2009>

(5) The audit committee shall audit business affairs and accounting in accordance with the provisions of Article 32 (5), and shall report the results thereof to the board of directors.

## Article 21 (Non-standing Senior Director)

(1) Every public corporation and quasi-governmental institution shall have one non-standing senior director.

(2) The non-standing senior director shall be elected by and among non-standing directors: Provided, That the non-standing senior director of a market-based public corporation and quasi-market-based public corporation, the asset size of which is not less than two trillion won, shall be appointed by the Minister of Economy and Finance among non-standing directors after deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9829, Dec. 29, 2009>

(3) Necessary matters concerning the non-standing senior director's qualification, performance of duties, etc. shall be prescribed by Presidential Decree.

## Article 22 (Request for Removal, etc.)

(1) If it is found that the institution head commits an act in violation of a statute or the articles of association, neglects his/her duties, or he/she has a serious trouble in performing his/her duties as the institution head, the board of directors may request the head of the competent agency to remove or recommend to remove the institution head, after resolution to the effect by the board of directors.

12

(2) A non-standing director may, if considered necessary, request the auditor or the audit committee to audit a specific case in connection with the management of the public corporation or quasi-governmental institution by a written request jointly signed by two or more non-standing directors. In this case, the auditor or audit committee shall take action in accordance with such a request, if there is no particular reason otherwise. <Amended, Jun. 9, 2020>

(3) Non-standing directors may demand the institution head to furnish them with materials necessary for performing their duties as directors. In this case, the institution head shall comply with such a demand, if there is no particular reason otherwise. <Amended, Jun. 9, 2020>

### Article 23 (Fund Management Deliberation Council)

(1) Notwithstanding the proviso to Article 74 (Fund Management Deliberation Council) (1) of the National Finance Act, every fund-management-based quasi-governmental institution shall have a deliberative organization for fund management (hereinafter referred to as the "fund management deliberation council"), independent of the board of directors of the quasi-governmental institution: Provided, That a fund management-based quasi-governmental institution shall not have the fund management deliberation council, if there is other statute that requires that an organization for deliberation on important policies for the fund managed by the fund-management-based quasi-governmental institution be established in the competent agency. <Amended, Jun. 9, 2020>

(2) The matters concerning the functions, composition, and management of the fund management deliberation council under the provisions of the main sentence of paragraph (1) shall be governed by the National Finance Act. <Amended, Jun. 9, 2020>

(3) Where a fund-management-based quasi-governmental institution has the fund management deliberation council established under the provisions of paragraph (1) and there is other statute that specifies some of the matters set forth in subparagraphs of Article 17 (1) as the matters subject to deliberation and resolution by the fund management deliberation council, the matters so specified may be excluded from the matters subject to deliberation and resolution under the provisions of Article 17 (1).

## SECTION 3 Executives

### Article 24 (Executives)

(1) Every public corporation and quasi-governmental institution shall have directors including the institution head and auditors: Provided, That no auditor is required if there is an audit committee established under the provisions of Article 20 (2) and (3).

(2) Directors shall be classified into standing and non-standing directors.

(3) The number of standing directors of a public corporation and a quasi-governmental institution, the size of which meets or exceeds the criteria prescribed by Presidential Decree or which is prescribed by Presidential Decree taking into account the special characteristics of its business affairs, shall be less than 1/2 of the fixed number of directors including the institution head: Provided, That fixed number of standing directors, while the terms of office of the executives are guaranteed under the proviso to Article 28 (1), may equal or exceed 1/2 of the fixed number of directors including the institution head, if the fixed number of standing directors at the time the corporation or institution is designated as a public corporation or quasi-governmental institution under Article 6 equals or exceeds 1/2 of the fixed number of directors including the institution head. <Amended by Act No. 9829, Dec. 29, 2009, Jun. 9, 2020>>

(4) The number of standing directors of a quasi-governmental institution, other than that under the main sentence of paragraph (3) shall be less than 2/3 of the fixed number of directors including the institution head: Provided, That the fixed number of standing directors, while the terms of office of the executives are guaranteed under the proviso to Article 28 (1), may equal or exceed 2/3 of the number of directors including the institution head, if the

"fixed number" of standing directors at the time such institution is designated as a quasi-governmental institution under Article 6 equals or exceeds 2/3 of the fixed number of directors including the institution head. <Newly Inserted by Act No. 9829, Dec. 29, 2009>

(5) An auditor shall be a standing or non-standing position, as prescribed by other Acts, subordinate statutes or the articles of association. <Newly Inserted by Act No. 9829, Dec. 29, 2009>

### Article 24-2 (Objective of Appointment of Executives for Gender Equality)

(1) A public corporation or a quasi-government institution shall establish an objective of the appointment of executives in order to achieve gender equality, taking into considering the characteristics of each institution.

(2) The head of the institution shall establish an annual objective for appointment of executives based on the objective specified in Paragraph (1) and endeavor to implement such annual objective.

(3) The head of the institution shall submit an annual report on the establishment of objective and implementation of the objective specified in Paragraph (2) to the Ministry of Economy and Finance.

(4) Matters necessary to establish and implement the annual objective under Paragraph (2) and prepare the annual report under Paragraph (3), etc. shall be prescribed by the Presidential Decree.

[Newly Inserted, Dec. 31, 2018]

### Article 25 (Appointment and Removal of Executives of Public Corporations)

(1) The head of a public corporation shall be appointed by the President on the recommendation of the head of the competent agency among a plural number of people recommended by the committee for recommendation of executives under the provisions of Article 29 (hereinafter referred to as the "executive recommendation committee") and then selected through the deliberation and resolution by the management committee: Provided, That the head of a public corporation. the size of which is below the criteria prescribed by Presidential Decree shall be appointed by the head of the competent agency among a plural number of people recommended by the executive recommendation committee and then selected through the deliberation and resolution by the management committee. <Amended, Jun. 9, 2020>

(2) Standing directors of a public corporation shall be appointed by the head of the public corporation: Provided, That a standing director who becomes an audit commissioner of the audit committee under Article 20 (2) and (3) (hereinafter referred to as "standing audit commissioner") shall be appointed either by the President or the Minister of Economy and Finance. <Amended by Act No. 9829, Dec. 29, 2009>

(3) Non-standing directors of a public corporation shall be appointed by the Minister of Economy and Finance after deliberation and resolution by the management committee among a plural number of people who have good knowledge and experience in the area of management (excluding public officials except teaching staff of national and public schools) as recommended by the executive recommendation committee. In such cases, a public corporation that has no non-standing director at the time of designation under the provisions of Article 6 shall appoint at least two non-standing directors within three months after designation. <Amended by Act No. 8852, Jun. 9, 2020>

(4) The auditor of a public corporation shall be appointed by the President on the recommendation of the Minister of Economy and Finance among a plural number of people recommended by the executive recommendation committee and then selected through the deliberation and resolution by the management committee: Provided, That the auditor of a public corporation, the size of which is below the criteria prescribed Presidential Decree shall be appointed by the Minister of Economy and Finance among a plural number of people recommended by the executive recommendation committee and then selected through the deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>>

(5) The head of a public corporation shall not be removed earlier than the expiry of his/her term unless he/she is removed by the person who has the power to appoint him/her under Articles 22 (1), 35 (3), 48(4), 48 (8) and

14

52-3(3) or there is a ground for removal as specified in the articles of association. <Amended by Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar: 25, 2009, Mar. 27, 2018>

### Article 26 (Appointment and Removal of Executives of Quasi-Governmental Institutions)

(1) The head of a quasi-governmental institution shall be appointed by the head of the competent agency among a plural number of people recommended by the executive recommendation committee: Provided, That the head of a quasi-governmental institution, the size of which meets or exceeds the criteria prescribed by Presidential Decree or which is specified by Presidential Decree taking into account the peculiarities of its business affairs, shall be appointed by President on the recommendation of the head of the competent agency among a plural number of people recommended by the executive recommendation committee. <Amended, Jun. 9, 2020>

(2) Standing directors of a quasi-governmental institution shall be appointed by the head of the quasigovernmental institution, and, where other Acts and subordinate statutes require to establish a separate recommendation committee for standing directors, the provisions of such Acts and subordinate statutes shall govern the recommendation of standing directors: Provided, That a standing audit commissioner shall be appointed either by the President or the Minister of Economy and Finance according to the procedures prescribed by paragraph (4). <Amended by Act No. 9829, Dec. 29, 2009>

(3) Non-standing directors of a quasi-governmental institution (excluding those appointed as ex officio non-standing directors pursuant to other Acts and subordinate statutes or the articles of association of the quasigovernmental institution; hereafter the same shall apply in this paragraph) shall be appointed by the head of the competent agency, while the non-standing directors of a quasi-governmental institution, the size of which meets or exceeds the criteria prescribed by Presidential Decree or which is prescribed by Presidential Decree taking into account the special characteristics of its business affairs, shall be appointed by the head of competent agency from among a plural number of people recommended by the executive recommendation committee: Provided, That where other Acts and subordinate statutes provides for a separate procedure for the recommendation of non-standing directors, the provisions of such Acts and subordinate statutes shall govern the recommendation of non-standing directors. <Amended by Act No. 9829, Dec. 29, 2009, Jun. 9, 2020>

(4) The auditor of a quasi-governmental institution shall be appointed by the Minister of Economy and Finance among a plural number of people recommended by the executive recommendation committee and selected through the deliberation and resolution by the management committee: Provided, That the auditor of a quasi-governmental institution shall, if its size exceeds the criteria prescribed by Presidential Decree or if it is specified by Presidential Decree taking into account the peculiarities of its business affairs, be appointed by the President on the recommendation of the Minister of Economy and Finance among a plural number of people recommended by the executive recommendation committee and then selected through the deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>>

(5) Article 25 (5) shall apply mutatis mutandis to the guarantee of the term of office for the head of a quasigovernmental institution. In such cases, "head of a public corporation" shall be read as "head of a quasigovernmental institution". <Amended by Act No. 9829, Dec. 29, 2009>

### Article 27 (Special Exception concerning Appointment of Executives of Public Corporations and Quasi-Governmental Institutions with General Meeting of Members)

The public corporations and quasi-governmental institutions that have the general meeting of members including the general meeting of shareholders and the general meeting of investors shall obtain the resolution of the general meeting of 'members in connection with the appointment of executives, if such resolution is required by other statute.

### Article 28 (Term of Office)

(1) The term of office of the institution head appointed in accordance with the provisions of Articles 25 and 26 shall be three years, while the term of office of directors and auditors shall be two years: Provided, That the

15

directors incumbent at the time the public institution is designated as a public corporation or quasigovernmental institution under the provisions of Article 6 shall be deemed to have been appointed under the provisions of Articles 25 and 26, and the relevant statute in force at the beginning of the terms of office of such directors shall apply to their terms.

(2) The executives of public corporations and quasi-governmental institutions may be appointed consecutively by one year. In such cases, the person who has the power to appoint executives shall decide whether to appoint directors consecutively, considering the matters as categorized in the following subparagraphs:

1. Institution head: Results of the business performance evaluation under the provisions of Article 48;

2. Standing directors: Results of the actual performance evaluation of the performance agreement executed under the provisions of Article 31 (7) and results of performance of other duties;

3. Non-standing directors and auditors: Results from the evaluation of performance of duties under the provisions of Article 36 and results of performance of other duties.

(3) Consecutive appointment to an executive of a public corporation or quasi-governmental institution under the provisions of paragraph (2) does not require the recommendation process of the executive recommendation committee.

(4) Whenever an institution head is appointed for a consecutive term in accordance with the provisions of paragraph (2), an agreement shall be made again in compliance with the provisions of Article 31 (3). In such cases, the consultation with the executive recommendation committee under the provisions of Article 31 (2) is not required.

(5) Executives shall perform their duties until their successors are appointed, even after expiration of their terms.


**Article 29 (Executive Recommendation Committee)**

(1) Every public corporation and quasi-governmental institution shall have the executive recommendation committee for recommending 'candidates for executives of the public corporation or quasi-governmental institution under Articles 25 and 26 and for negotiating the matters concerning the draft agreement with candidates for the institution head under Article 31 (2). <Amended by Act No. 982~ Dec. 29, 2009>

(2) The executive recommendation committee shall be comprised of non-standing directors of the public corporation or quasi-governmental institution and the members appointed by the board of directors.

(3) Neither executives and employees of a public corporation or quasi-governmental institution nor public officials may become members of the executive recommendation committee: Provided, That the foregoing shall not apply to non-standing directors of the public corporation or quasi-governmental institution, teaching staff under the Public Educational Officials Act, and public officials of the competent agency for the quasi-governmental institution.

(4) The fixed number of the members appointed by the board of directors shall be less than 1/2 of the fixed number of the members of the executive recommendation committee: Provided, That if only one non-standing director exists at the time the executive recommendation committee is established, the fixed number of the members appointed by the board of directors may be 1/2 of the fixed number of the members of the executive recommendation committee. <Amended by Act No. 9829, Dec. 29, 2009>

(5) The chairperson of the executive recommendation committee shall be elected by the committee members among non-standing directors of the public corporation or quasi-governmental institution, who are also the committee members.

(6) If there is no non-standing director in a public corporation or a quasi-governmental institution at the time when the executive recommendation committee is established, the committee shall be comprised of outside members appointed by the board of directors, and the chairperson of the committee shall be elected by and among the outside members.

(7) The executive recommendation committee shall prepare, retain and disclose the minutes containing details of deliberation, resolution, etc. at the meeting: Provided, That the foregoing shall not apply to the cases falling under any of subparagraphs of Article 9 (1) <Newly Inserted by Act No. 14461, Dec. 27, 2016.

(8) Necessary matters concerning the composition, management, candidate recommendation deadline, etc. of the executive recommendation committee shall be prescribed by Presidential Decree. <Amended by Act No. 14461, Dec. 27, 2016, Mar. 31, 2020>

## Article 30 (Criteria of Recommendation of Candidates for Executives)

(1) The executive recommendation committee shall recommend the people, as candidates for the institution head, who have good knowledge and experience relating to corporate management and business affairs of the public corporation or quasi-governmental institution and competent ability for Chief Executive Officer.

(2) The executive recommendation committee shall recommend the people, as candidates for directors other than the institution head and an auditor, who have good knowledge, experience, and competent ability necessary for performing their duties as a director or auditor of the public corporation or quasigovernmental institution. Provided, that in the case of an auditor (including a standing auditor), a person who is qualified in any of the following subparagraphs shall be recommended: <Amended, Mar. 31, 2020, Jun. 9, 2020>

1. A person who is qualified as a certified public accountant or an attorney and has a minimum of three years of experience in work related to such qualification

2. A person who has served as an assistant professor or at a higher position for at least three years in areas directly related to audit, investigation and judicial affairs, budget and accounting, investigation, planning and evaluation, etc. (hereinafter referred to as "audit related works") at a school under subparagraphs 1 through 5 of Article 2 of the Higher Education Act.)

3. A person who has been in charge of audit-related works for at least three years at a public institution, stock-listed corporation or research institute under Article 9(15)3 of the Financial Investment Services and Capital Markets Act and has experience prescribed by Presidential Decree

4. A person who has been in charge of audit-related works for at least three years at the state or a local government and has served as a public official at the level prescribed by Presidential Decree

5. A person with other expertise in accordance with the affairs of the relevant institution and qualified as prescribed by Presidential Decree

(3) The executive recommendation committee shall, when recommending candidates for executives, determine executive qualifications reflecting professionality, specialty, etc. of each institution and make recommendations in accordance therewith. In such cases, specific matters required for the preparation of executive qualifications shall be prescribed by the guidelines for management under Article 50. <Newly Inserted by Act No. 14461, Dec. 27, 2016>

(4) In order to recommend candidates for executives, the executive recommendation committee may invite the general public for the candidacy as prescribed by Presidential Decree. <Amended by Act No. 14461, Dec. 27, 2016, Jun. 9, 2020>

## Article 31 (Agreement with Institution Head, etc.)

(1) In relation to the appointment of the institution head under the provisions of Articles 25 (1) and 26 (1), the board of directors shall prepare a draft agreement that contains the specific business goals that the institution head shall achieve during his/her term of office, the performance-based compensation, etc., and shall deliver the draft to the executive recommendation committee. In this case, the incumbent institution head may not participate in the directors' meeting for preparing such a draft agreement.

(2) The executive recommendation committee shall, upon receiving the draft agreement in accordance with the provisions of paragraph (1),·negotiate the terms and conditions of the agreement with the people whom the

17

committee considers recommending as candidates for the institution head, and shall inform the head of the competent agency of the result therefrom. In this case, the executive recommendation committee may revise, amend, or modify the details, terms and conditions of the draft agreement partially, if necessary for negotiation with the candidates for the institution head. <Amended, Jun. 9, 2020>

(3) The head of the competent agency shall execute an agreement with a person who shall be appointed to the institution head in accordance with the draft agreement as negotiated under the provisions of paragraph (2), but an agreement with the head of a public corporation shall be executed after prior consultation with the Minister of Economy and Finance. In this case, the head of the competent agency may negotiate the terms and conditions of the agreement with the person who shall be appointed to the institution head to agree on the terms and conditions different from those of the draft agreement under the provisions of paragraphs (1) and (2). <Amended by Act No. 8852, Feb. 29, 2008>

(4) The institution head and the head of the competent agency may amend, revise, or modify the details, terms, or conditions of the agreement by negotiations, when unavoidable circumstances occur after the agreement is executed in accordance with the provisions of paragraph (3): Provided, That the head of the competent agency shall consult with the Minister of Economy and Finance in advance, when he/she intends to agree with the head of a public corporation to amend, revise, or modify the details, terms, or conditions of the agreement. <Amended by Act No. 8852, Feb. 29, 2008>

(5) The head of the competent agency shall execute the agreement under the provisions of paragraph (3) with the institution head incumbent at the time when the institution is designated as a public corporation or quasigovernmental institution (excluding the case of change in designation) under Article 6, within three months after such designation: Provided, That the agreement under the provisions of paragraph (3) shall not be executed, if the remaining term is less than six months. <Amended, Jun. 9, 2020>

(6) The Minister of Economy and Finance or the head of the competent agency may evaluate the performance of the head of a public corporation or quasi-governmental institution on at least one occasion during his/her term of office based on the reports on the performance of the agreements entered into under paragraph (3) or (4). <Newly Inserted by Act No. 14076, Mar. 22, 2016>

(7) The institution head may enter into a performance agreement with standing directors of the relevant institution (excluding a standing audit commissioner; hereafter the same shall apply in this paragraph) and evaluate their actual performance and may remove any standing director, if a result of evaluation of the director's actual performance shows poor performance. <Amended by Act No. 9829, Dec. 29, 2009; by Act No. 14076, Mar. 22, 2016>


**Article 32 (Executives' Duties, etc.)**

(1) The institution head shall represent the public corporation or quasi-governmental institution, have overall control over its business affairs, and take the responsibility for the business performance of the public corporation or quasi-governmental institution.

(2) The institution head shall not represent the public corporation or quasi-governmental institution with respect to a matter in which the public corporation or quasi-governmental institution and he/she have conflicting interests. In such cases, the auditor or the audit committee shall represent the public corporation or quasigovernmental institution instead. <Amended by Act No. 9829, Dec. 29, 2009>

(3) When the institution head is unable to perform his/her duties due to an unavoidable reason or cause(including in the event the head is imprisoned in accordance with Article 70 or 201 of the Criminal Procedure Act) , one of standing directors shall act on behalf of the institution head in accordance with the provisions of the articles of association, while a director prescribed by the articles of association shall act on behalf of the institution head if there is no standing director or if the standing director is unable to act on his/her behalf. <Amended, Dec. 31, 2018, Jun. 9, 2020> >

(4) Directors shall deliberate on the matters brought up to the directors' meeting, and shall participate in resolution.

18

(5) The auditor shall audit the business affairs and accounting of the public corporation or quasi-governmental institution in compliance with the audit guidelines prescribed by the Minister of Economy and Finance, and shall present his/her opinion to the board of directors. In this case, the Board of Audit and Inspection may present its opinion concerning the audit guidelines to the Minister of Economy and Finance. <Amended by Act No. 8852, Feb. 29, 2008>

(6) The institution head shall assist, as necessary, the auditor or the audit committee in employment, placement, etc. of employees necessary for performing his/her/its duties. <Amended by Act No. 9829, Dec. 29, 2009>

### Article 33 (Guidelines for Remuneration for Executives)

(1) The guidelines for remuneration for executives of a public corporation or quasi-governmental institution shall be determined by the board of directors in accordance with the guidelines for remuneration determined by the Minister of Economy and Finance through the deliberation and resolution of the management committee, considering the following matters: <Amended by Act No. 9277, Dec. 31, 2008; Act No. 9829, Dec. 29, 2009, Act No. 14076, Mar. 22, 2016>

    1. Institution head: The business performance of the public corporation or quasi-governmental institution, the details of the agreements under Article 31 (3) and (4), and the performance level thereof;

    2. Standing directors (excluding standing audit commissioners): Results from the evaluation of actual execution of the performance agreement under Article 31 (7);

    3. Standing auditors and standing audit commissioners: Results from the evaluation of actual performance of duties under Article 36.

(2) An interested executive shall not participate in the directors' meeting in which the guidelines for remuneration for executives under the provisions of paragraph (1) are established.

(3) Notwithstanding paragraph (1), the relevant statutes, etc. in force at the time of designation shall apply to the remuneration for the executive for the year in which the institution is designated as a public corporation or quasi-governmental institution under the provisions of Article 6 (excluding the year in which the designation is changed). <Amended, Jun. 9, 2020>

### Article 34 (Grounds for Disqualification)

(1) A person who falls under any of the following subparagraphs shall not be qualified for an executive of a public corporation or quasi-governmental institution: <Amended by Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar. 25, 2009, Mar. 27, 2018>

    1. A person who falls under any of the subparagraphs of Article 33 (Disqualifications) of the State Public Officials Act;

    2. A person in whose case three years have not passed since he/she was removed from his/her office in accordance with Articles 22 (1), 31 (7), 35 (2) and (3), 36 (2), 48 (4), 48(8) and 52-3(3).

(2) An executive shall resign if he/she falls under any of the following subparagraphs. <Amended, Mar. 31, 2020>

    1. He/she falls under subparagraph 1 of Article 69 of the State Public Officials Act;

    2. He/she is found to fall under any of each subparagraph under paragraph 1 when he/she is appointed.

be automatically discharged, if he/she falls under any subparagraph of paragraph (1) or if it is discovered that he/she has fallen under any subparagraph of paragraph (1) at the time of his/her appointment.

(3) An act in which an executive discharged under the provisions of paragraph (2) was involved before he/she is discharged shall remain valid and effective.

19

**Article 35 (Liabilities, etc. of Directors and Auditors)**

(1) The provisions of Articles 382-3 (Directors' Duty to be Faithful), 382-4 (Directors' Duty to Keep Secret), 399 (Liability to Company), 400 (Release of Liability to Company) and 401 (Liability to Third Parties) of the Commercial Act shall apply mutatis mutandis to directors of public corporations and quasigovernmental institutions, while the provisions for release of liability to company in Articles 414 (Liability of Auditor) and 415 (Provisions Applicable Mutatis Mutandis) of the Commercial Act shall apply mutatis mutandis to auditors of public corporations and quasi-governmental institutions (including auditors of the audit committee; hereafter the same shall apply in this Article).

(2) If a non-standing director (excluding a non-standing director of a quasi-governmental institution; hereafter the same shall apply in this paragraph) or auditor (including a standing audit commissioner; hereafter the same shall apply in this paragraph) fails or neglects to perform his/her duties and responsibilities under paragraph (1) and his/her duties under Article 32, the Minister of Economy and Finance may, following the deliberation and resolution of the management committee, remove the non-standing director or the auditor or suggest the person who has the power to appoint to remove the non-standing director or auditor and may also demand the relevant public corporation or quasi-governmental institution to claim compensation 'for damages. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9829, Dec. 29, 2009>

(3) If the institution head, a standing director (excluding a standing audit commissioner; hereafter the same shall apply in this paragraph) or non-standing director of a quasi-governmental institution fails or neglects to perform his/her duties and responsibilities under paragraph (1) and his/her duties under Article 32, the head of the competent agency may remove the institution head, standing director or non-standing director of the quasi-government institution or suggest or demand the person who has the power to appoint to remove the institution head, standing director or non-standing director of the quasi-government institution, and may also demand the relevant public corporation or quasi-governmental institution to claim compensation for damage: Provided, That if the head of the competent agency removes the institution head of a public corporation or recommends the person who has the power to appoint to remove the institution head of a public corporation, it shall undergo the deliberation and resolution of the management committee. <Amended by Act No. 9829, Dec. 29, 2009>

**Article 36 (Evaluation of Actual Performance of Duties of Non-Standing Directors and Auditors)**

(1) The Minister of Economy and Finance may, in cases where it is necessary, evaluate the actual performance of duties of non-standing directors, an auditor, or auditors of the audit committee of a public corporation or quasi-governmental institution. <Amended by Act No. 8852, Feb. 29, 2008>

(2) The Minister of Economy and Finance may remove or recommend the person who has the power to appoint to remove a non-standing director, auditor, or auditor of the audit committee after deliberation and resolution by the management committee, if a result from the evaluation of actual performance of duties of the non-standing director, the auditor, or auditor of audit committee under the provisions of paragraph (1) shows poor performance. <Amended by Act No. 8852, Feb. 29, 2008>

(3) The criteria and method for the evaluation of actual performance of duties under the provisions of paragraph (1) shall be prescribed by the Minister of Economy and Finance after deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008>

**Article 37 (Prohibition of Executives and Employees from Taking Concurrent Offices)**

(1) Neither standing executives nor employees of a public corporation or quasi-governmental institution may engage in a business other than their duties for the purpose of making a profit.

(2) If a standing executive of a public corporation or quasi-governmental institution obtains permission from the person who has the power to appoint or recommend him/her or if an employee of a public corporation or quasi-governmental institution obtains permission from the institution head, he/she may take a non-profit office concurrently.

20

(3) The scope of the business for profit under the provisions of paragraph (1) shall be prescribed by Presidential Decree.


**SECTION 4 Budget and Accounting**

**Article 38 (Fiscal Year)**

The fiscal year of public corporations and quasi-governmental institutions shall conform to the State's fiscal year.


**Article 39 (Accounting Principles, etc.)**

(1) The accounting of public corporations and quasi-governmental institutions shall be based on accruals to clearly show business performance and increases, decreases, and changes in assets.

(2) A public corporation or quasi-governmental institution may place an individual, legal entity, organization, etc. under restrictions on qualification for participating in a bid for a certain period of time not exceeding two years, if it is clearly foreseeable on its judgment that the individual, legal entity, organization, etc. will interfere with fair competition or proper performance of a contract.

(3) Necessary matters concerning the accounting principles and restrictions on the qualification for bidding under the provisions of paragraphs (1) and (2) shall be prescribed by Ordinance of the Ministry of Economy and Finance. <Amended by Act No. 8852, Feb. 29, 2008>


**Article 39-2 (Establishment, etc. of Mid-and Long-Term Financial Management Plan)**

(1) The heads of institutions falling under any of the falling subparagraphs shall annually establish mid-and long-term financial management plans-thereinafter referred to as "mid-and long-term financial management plan") for five fiscal years or more, including the relevant year, have the plans finalized via the resolution by the board of directors, and submit them to the Minister of Economy and Finance and the heads of competent administrative agencies by June 30: <Amended by Act No. 12268, Jan. 21, 2014>

> 1. Public corporations and quasi-governmental institutions with total asset size over two trillion won or those with a clause on government's compensation for loss in the laws forming the basis of the foundation thereof;

> 2. Other public corporations and quasi-governmental institutions under the category prescribed by Presidential Decree, in consideration of the size of their asset and liabilities.

(2) The mid-and long-term financial plan shall include the following details:

> 1. Business goals under Article 46;

> 2. Business plans and investment directions;

> 3. Financial outlook, the grounds thereof, and management plans;

> 4. Liability management plans detailing the outlook for liability increase and/or decrease, the grounds thereof, management plans, etc.;

> 5. Evaluation and analysis on any change against the mid-and long-term financial management plan of the previous year, causes of changes and management plans, etc.;

> 6. Other matters prescribed by Presidential Decree.

(3) The Minister of Economy and Finance may require of the head of the relevant institution that is a public corporation, and the head of the responsible institution may require of the relevant institution that is a quasigovernmental institution, to change the Mid- and Long-Term Financial Management Plan, respectively, considering the national policy directions, management and economic environments concerning the institutions establishing such Mid- and Long-Term Financial Management Plan. <Newly Inserted by Act No. 12268, Jan. 21, 2014>

21

(4) Matters, such as detailed methods for preparing a mid-and long-term financial management plan shall be prescribed by Presidential Decree. <Amended by Act No. 12268, Jan. 21, 2014>

[This Article Newly Inserted by Act No. 10286, May 17, 2010]

**Article 40 (Budget Compilation)**

(1) The budget of a public corporation or quasi-governmental institution shall be compiled with the separate parts of the general provisions, the estimated income statement, the estimated balance sheet, and the financial plan.

(2) The institution head shall-prepare a budget bill for the next fiscal year in accordance with the business goals under the provisions of Article 46 and the guidelines for management under the provisions of Article 50; and shall submit the bill to the board of directors of the public corporation or quasi-governmental institution no later than the beginning of the next fiscal year.

(3) The institution head shall conduct a preliminary feasibility study as prescribed by Presidential Decree, in order to compile a budget for a new investment project and capital investment: Provided, That such preliminary feasibility study need not be conducted for any of the following projects: : <Newly Inserted by Act No. 14076, Mar. 22, 2016>

    1. A project for which the preliminary feasibility study is conducted under Article 38 of the National Finance Act among projects funded by the government budget;

    2. A project related to inter-Korean exchanges and cooperation or a project implemented under an agreement or treaty entered into with another country;

    3. A simple improvement and maintenance project implemented to increase the use of an existing facility, such as road maintenance and improvement of deteriorated waterworks;

    4. A project that needs to be implemented urgently to support the recovery from a disaster defined under subparagraph 1 of Article 3 of the Framework Act on the Management of Disasters and Safety (hereinafter referred to as "disaster"), or to ensure the safety of facilities and to cope with health or food safety issues;

    5. A project that needs to be implemented urgently to prevent a disaster, to which the consent of the competent Standing Committee of the National Assembly has been granted;

    6. A project that should be implemented pursuant to the statutes;

    7. A project that needs to be implemented as a national policy in order to ensure balanced regional development and to cope with urgent economic and social situations, and that meets both of the following requirements. In such cases, the details of a project exempt from the preliminary feasibility study and the grounds for exemption shall be reported without delay to the competent Standing Committee of the National Assembly:

        (a) A detailed project plan including the purpose, scale and implementation method of the project and other matters shall have been formulated;

        (b) The project shall have been confirmed at the meeting of the State Council because it needs to be implemented as a national policy.

(4) The budget bill prepared and submitted under the provisions of paragraph (2) shall be finally adopted by resolution of the board of directors: Provided, That if other Act requires a separate process in connection with the budget of a public corporation or quasi-governmental institution, such as a resolution by the general meeting of members including the general meeting of shareholders or investors or a resolution by the fund management deliberation council under the provisions of Article 23, the budget shall be finalized through such a process after resolution by the board of directors, while if other Act requires approval of the head of the competent agency for finalizing a budget of a quasi-governmental institution, such approval shall be obtained from the head of the competent agency after resolution by the board of directors. <Amended by Act No. 14076, Mar. 22, 2016>

22

(5) The budget already finalized at the time of designation as a public corporation or quasi-governmental institution under the provisions of Article 6 shall be deemed to have been prepared and finalized in accordance with the provisions of paragraphs (1) through (4). <Amended by Act No. 14076, Mar. 22, 2016>

(6) The institution head who intends to revise the finalized budget of the public corporation or quasi-governmental institution because of a change in business goals of the public corporation or quasi-governmental institution or any other unavoidable circumstances shall prepare and submit a bill of revised budget to the board of directors. In this case, paragraph (4) shall apply mutatis mutandis to the finalization of the bill of revised budget. <Amended by Act No. 14076, Mar. 22, 2016>

(7) When the budget is finalized or revised under the provisions of paragraphs (4) through (6), the public corporation or quasi-governmental institution shall report the details to the Minister of Economy and Finance, the head of the competent agency, and the Chairperson of the Board of Audit and Inspection: Provided, That it shall be deemed to have been reported to the head of the competent agency, where approval under the proviso to paragraph (4) has been obtained from the head of the competent agency. <Amended by Act No. 14076, Mar. 22, 2016>

(8) Public institutions and quasi-public institutions shall without delay submit the budgets (including plans for revenue and expenditure for the relevant year) that are confirmed or changed in accordance with the provisions from paragraphs (4) to (6) to the standing committee under the control of the National Assembly. <Newly inserted, Dec. 31, 2018>

### Article 40-2 (Disclosure of Data Relating to Preparatory Feasibility Study)

The heads of the institutions shall disclose the materials on the result of preparatory feasibility test in accordance with Article 7 of the Act on Disclosure of Information of Public Institutions. <Newly Inserted, Mar. 27, 2018>

### Article 40-3 (Re-performance of Feasibility Study and Disclosure of Study Results)

(1) The head of the institutions shall re-perform the feasibility study of the project (hereafter referred to as "re-feasibility study") for the projects which fall under criteria prescribed by Presidential Decree, such as an increase in the total cost of the project by a certain amount, etc.

(2) The head of the institutions shall disclose the data of the re-feasibility study results pursuant to Article 7 of the Official Information Disclosure Act. <This Article Newly Inserted, Mar. 11, 2020>

### Article 41 (Quasi-Budget)

(1) If a public corporation or quasi-governmental institution fails to finalize its budget before the beginning of a fiscal year due to a natural disaster or any other inevitable cause or event, the public corporation or quasigovernmental institution may compile and manage a budget based on the budget for the preceding fiscal year (hereafter referred to as the "quasi-budget" in this Article).

(2) The quasi-budget shall become ineffective when the budget for the fiscal year is finally established. In this case, the budget already executed under the quasi-budget shall be deemed to have been executed under the budget for the corresponding fiscal year.

### Article 42 (Establishment of Management Plan)

(1) When the budget is finally established under the provisions of Article 40 (4) and (5), the public corporation or quasi-governmental institution shall establish a management plan, without delay, in accordance with the budget for the corresponding fiscal year after resolution by the board of directors: Provided, That the management plan already established at the time of designation as a public corporation or quasi-governmental institution in

23

accordance with Article 6 shall be deemed to have been established under this Act. <Amended by Act No. 14076, Mar. 22, 2016>

(2) When a public corporation or quasi-governmental institution revises the budget established in accordance with the provisions of Article 40 (6) it shall revise the management plan established in accordance with the provisions of paragraph (1), without delay, after resolution by the board of directors. <Amended by Act No. 14076, Mar. 22, 2016>

(3) A public corporation or quasi-governmental institution shall submit the management plan established for the corresponding fiscal year under the provisions of paragraphs (1) and (2) to the Minister of Economy and Finance (only in the cases of public corporations) and the head of the competent agency within two months after the budget is finalized in accordance with the provisions of Article 40 (4) through (6). <Amended by Act No. 8852, Feb. 29, 2008, Act No. 14076, Mar. 22, 2016, Jun. 9, 2020>

**Article 43 (Submission of Statements on Settlement of Accounts)**

(1) Every public corporation and quasi-governmental institution shall prepare the statements on the settlement of accounts for the corresponding fiscal year, without delay, at the end of the fiscal year, and shall take an accounting audit conducted by an accounting auditor (hereinafter referred to as "accounting auditor") appointed from among persons falling under any of the following subparagraphs. In such cases, every public corporation and quasi-governmental institution shall submit the statements on settlement of accounts within the period prescribed by the Rules of the Board of Audit and Inspection: <Amended by Act No. 9513, Mar. 25, 2009, Oct. 31, 2017, Jun. 9, 2020>

   1. An accounting firm (hereinafter referred to as "accounting firm") under Article 23 the Certified Public Accountant Act;

   2. An audit team (hereinafter referred to as "audit team") under Article 2, subparagraph 7.b under the Act on External Audit of Stock Companies, Etc.

(2) Each public corporation and quasi-governmental institution shall, respectively to the Minister of Economy and Finance and the head of the competent agency, submit each of the following statements on the settlement of accounts prepared according to paragraph (1) no later than the last day of February of the following year and finalize the settlement of accounts by obtaining approval no later than March 31st: Provided, That the settlement of accounts shall be finally approved by the general meeting of members, if the public corporation or quasi-governmental institution has the general meeting of members, such as the general meeting of shareholders or investors: <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9513, Mar. 25, 2009; Act No. 9829, Dec. 29, 2009, Jun. 9, 2020>

   1. Financial statements (including the auditor's' opinion by an accounting auditor) and accompanying documents;

   2. Other documents necessary for clarifying the details of the settlement of accounts.

(3) The Minister of Economy and Finance and the head of the competent agency shall submit, to the Board of Audit and Inspection, the statements on the settlement of accounts of the public corporation or quasigovernmental institution as finalized in accordance with paragraph (2) and other necessary documents (hereafter referred to as "statements, etc. on the settlement of accounts" in this Article) no later than May 10 every year. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9829, Dec. 29, 2009>

(4) The Board of Audit and Inspection shall, upon receiving the statements, etc. on the settlement of accounts under paragraph (3), inspect the statements, etc. on the settlement of accounts submitted by the legal entities under Article 22 (1) 3 of the Board of Audit and Inspection Act and other public corporations and quasigovernmental institutions as specified by the Rule of the Board of Audit and Inspection, and shall submit the results thereof to the Minister of Economy and Finance by no later than July 31. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9829, Dec. 29, 2009>

(5) Necessary matters concerning the criteria for selection of an accounting firm and audit team qualified for accounting audits under paragraph (1), the procedures of accounting audits, and the audit by the Board of Audit and Inspection for the settlement of accounts under paragraph (4) shall be prescribed by the Rule of the Board of Audit and Inspection. <Amended by Act No. 9513, Mar. 25, 2009>

(6) The Minister of Economy and Finance shall report to the State Council the statements, etc. on the settlement of accounts under paragraph (3) along with the results of the audit conducted by the Board of Audit and Inspection under paragraph (4), and shall also submit them to the National Assembly by no later than August 20. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9829, Dec. 29, 2009>

(7) Notwithstanding the provisions of paragraphs (1) through (6), the settlement of accounts for the year in which a public corporation or a quasi-governmental institution is designated under the provisions of Article 6 shall be governed by the statues in force at the time of such designation. <Amended, Jun. 9, 2020>


### Article 43-2 (Consultation on Transferring Capital of Public Corporation, etc.)

(1) Where a public corporation intends to transfer the profit reserve, the accumulated fund for business expansion, other reserves or accumulated funds into the capital, it shall consult with the Minister of Economy and Finance in advance before passing the relevant procedure such as the board of directors, a general meeting of stockholders, etc.

(2) Where a public corporation has transferred the profit reserve, the accumulated fund for business expansion, other reserves or accumulated funds into the capital, it shall report the fact to the head of the competent agency.

[This Article Newly Inserted by Act No. 10896, Jul. 25, 2011]

[The Pre-existing Article 43-2 Moved to Article 43-3, Jul 25, 2011]


### Article 43-3 (Appointment, etc. of Accounting Auditors)

(1) Any public corporation or quasi-governmental institution shall establish and operate an appointment committee for accounting auditors with its specialty and independence guaranteed (if an audit committee under Article 20 is established, it shall be deemed the appointment committee for accounting auditors) to appoint the accounting auditors. In such cases, all non-standing directors of the relevant public corporation or quasi-governmental institution shall be appointed as the members of the appointment committee for accounting auditors.

(2) Matters concerning the composition and operation of the appointment committee for accounting auditors under paragraph (1) shall be prescribed, by Presidential Decree.

(3) Articles 9 (3) through (6) and (7), 10(5) and 21(1) of the Act on External Audit of Stock Companies, Etc. shall apply mutatis mutandis to grounds for disqualification, qualifications, appointment, powers, etc. of accounting auditors. In such cases, an "auditor," a "company" and the "auditor selection and appointment commission" shall be deemed an "accounting auditor," a "public corporation or quasi-governmental institution" and the "appointment committee for accounting auditors," respectively. <Amended, Oct. 31, 2017>

(4) Any accounting auditor and a certified public accountant, employee and other person under his/her control shall not disclose any confidential information acquired in the course of performing his/her duties concerning the accounting audits of a public corporation or quasi-governmental institutions: Provided, That this shall not apply to cases where special provisions exist pursuant to other Acts or the Rules of the Board of Audit and Inspection under Article 43 (5). <Amended by Act No. 10896, Jul. 25, 2011>

[This Article Newly Inserted by Act No. 9513, Mar. 25, 2009]

[This Article Moved from Article 43-2. The Pre-existing Article 43-3 Moved to Article 43-4, Jul. 25, 2011]

**Article 43-4 (Liability for Damage)**

Article 31 (1) through (5) and (7) of the Act on External Audit of Stock Companies, Etc. shall apply mutatis mutandis to liability of an accounting auditor, director, auditor, member of the audit committee or other person for damage to a public corporation, quasi-governmental institution or a third party. In such cases, an "auditor," a "company" and "Article 10" shall be deemed an "accounting auditor," a "public corporation or quasigovernmental institution" and "Article 43," respectively. <Amended, Oct. 31, 2017>

[This Article Newly Inserted by Act 9513, Mar. 25, 2009]

[This Article Moved from Article 43-3, Jul. 25, 2011]

**Article 44 (Commission of Purchasing Goods and Contracting Construction Works)**

(1) Where any public corporation or quasi-governmental institution intends to purchase competing products among small and medium enterprises under Article 6 of the Act on Facilitation of Purchase of Small and Medium Enterprise-Manufactured Products and Support for Development of their Markets for not less than the amount announced by the Minister of Economy and Finance pursuant to Article 4 (1) of the Act on Contracts to which the State is a Party, the public corporation or quasi-governmental institution shall commission the purchase thereof to the Administrator of the Public Procurement Service or purchase them according to contracting methods under Article 14 of the Government Procurement Act: Provided, That this shall not apply to cases prescribed by Ordinance of the Ministry of Economy and Finance considering the uniqueness, specialty, safety and other aspects of a product to be purchased. <Newly Inserted by Act No. 9829, Dec. 29, 2009, Mar. 31, 2020>

(2) A public corporation or quasi-governmental institution may commission the Administrator of the Public Procurement Service to purchase goods in demand or execute a contract for construction works, if considered necessary. <Amended by Act No. 9829, Dec. 29, 2009>

**Article 45 (Investment Method)**

When the Government invests the capital in a public corporation or quasi-governmental institution, the Minister of Economy and Finance shall decide on the period and method for such investment to implement it accordingly. <Amended by Act No. 8852, Feb. 29, 2008>

**SECTION 5 Evaluation and Supervision of Management**

**Article 46 (Establishment of Management Goals)**

(1) The institution head shall set up medium and long-term management goals for not less than five fiscal years including the following year, considering the substance of business, the management environment, and the details, etc. of the agreements executed under the provisions of Article 31 (3) and (4), and shall submit them to the Minister of Economy and Finance and the head of the competent agency no later than October 31 every year after finalizing them through resolution by the board of directors. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 10286, May 17, 2010>

(2) Notwithstanding paragraph (1), with respect to the year in which the institution is designated as a public corporation or quasi-governmental institution (excluding a change in designation) under the provisions of Article 6, the institution head shall set up medium and long-term management goals for not less than three fiscal years including the corresponding year within three months after such designation, and shall submit them to the Minister of Economy and Finance and the head of the competent agency after finalizing them through resolution by the board of directors. <Amended by Act No. 8852, Feb. 29, 2008, Mar. 31, 2020, Jun. 9, 2020>

(3) Whenever the management goals set up under paragraphs (1) and (2) are changed, the head of institutions shall submit the details of the change to the Minister of Economy and Finance and the head of the competent agency immediately after finalizing them through resolution by the board of directors. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 10286, May 17, 2010>

(4) Considering the management environment, the economic situation, the direction of national policies, etc. of a public corporation or quasi-governmental institution, the Minister of Economy and Finance may demand the head of a public corporation to change business goals, while the head of the competent agency may demand such a change to the head of a quasi-governmental institution. <Amended by Act No. 8852, Feb. 29, 2008>

**Article 47 (Report on Management Performance, etc.)**

(1) Every public corporation and quasi-governmental institution shall prepare a report describing the management performance for the preceding year (hereinafter referred to as the "management performance report") and a report on performance of the agreement executed by the institution head in accordance with the provisions of Article 31 (3) and (4), and shall submit them to the Minister of Economy and Finance and the head of the competent agency by no later than March 20 each year. <Amended by Act No. 8852, Feb. 29, 2008>

(2) The provisions of paragraph (1) shall not be applicable to the year in which the institution is designated as a public corporation or quasi-governmental institution under the provisions of Article 6 (excluding a change in designation). <Amended, Jun. 9, 2020>

(3) The management performance report shall be accompanied by the statements on the settlement of accounts prepared according to Article 43 (1). <Amended by Act No. 9829, Dec. 29, 2009>

**Article 48 (Management Performance Evaluation)**

(1) The Minister of Economy and Finance shall evaluate the management performance of a public corporation or quasi-governmental institution based on the annual report under the provisions of Article 24-2 (3), the report on the performance of the agreement under the provisions of Article 31 (3) and (4), the management goals under the provisions of Article 46 and the management performance report: Provided, That such management performance evaluation shall not be made in the year during which the institution is designated as a public corporation or quasi-governmental institution under the provisions of Article 6 (excluding a change in designation). <Amended by Act No. 8852, Feb. 29, 2008, Dec. 31, 2018, Jun. 9, 2020>

(2) In making the management performance evaluation of a public corporation or quasi-governmental institution under the provisions of main sentence of paragraph (1), the Minister of Economy and Finance shall utilize the results from the evaluations already made for the institutions subject to the evaluation of fund management under the provisions of Article 82 (Evaluation of Fund Management) of the National Finance Act and the institutions subject to the evaluation under Article 32 (Fostering Government-Invested Research Institutes, etc.) (3) of the Framework Act on Science and Technology. <Amended by Act No. 8852, Feb. 29, 2008, May 28, 2014>

(3) The Minister of Economy and Finance may request a public corporation or quasi-governmental institution to submit relevant data, if necessary for the management performance evaluation under paragraph (1). <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008>

(4) In cases where a public corporation or quasi-government institution has failed to submit a report on the annual report under the provisions of Article 24-2 (3), the execution of an agreement under Article 31 (3) and (4), a management performance report and their attached documents or prepare and submit them falsely, or impeded ethical management by unfair personnel management, etc. as provided by Presidential Decree, the Minister of Economy and Finance shall modify the result of management performance evaluation and the piece rate through the deliberation and resolution of the management committee, or take measures, such as caution, warning or such to the relevant institution, or request the head of the competent agency or institution head to take personnel measures for the related persons. In such cases, if the auditor, members of the audit committee or the institution head has failed or neglected to perform the related duties, the Minister of Economy and Finance or the heads of the competent authorities may dismiss the relevant auditor, member of the audit committee or the institution head through the deliberation and resolution of the management committee or make a recommendation to a person who has the power to appoint such auditor, member of the audit committee or the institution head to dismiss such person. <Newly Inserted by Act No. 9277, Dec. 31, 2008, amended, Mar. 27, 2018, Dec. 31, 2018>

27

(5) Criteria and methods for the evaluation of management performance under paragraph (1) shall be prescribed by the Minister of Economy and Finance through deliberation and resolution by the management committee, in such a manner that the following matters shall be included in the evaluation of a public corporation or quasi-governmental institution: <Amended by Act No. 14076, Mar. 22, 2016>

    1. The rationality and achievement level of management goals;

    2. The public nature and efficiency of major projects;

    3. The adequacy of organizational and personnel management, including types of employment of employees;

    4. Soundness in financial management and budget-saving efforts, including the implementation of the mid- and long-term financial management plan formulated under Article 39-2;

    5. Results of the customer satisfaction survey conducted under Article 13 (2);

    6. Operation of a rational performance-based payment system;

    7. Other matters related to the management of the public corporation or quasi-governmental institution.

(6) The Minister of Economy and Finance may organize and operate a management evaluation team for public corporations and quasi-governmental institutions (hereinafter referred to as "management evaluation team") to ensure the efficient execution of management performance evaluation under paragraph (1) and to provide professional and technical research or consultation concerning management performance evaluation. <Newly Inserted by Act No. 9513, Mar. 25, 2009>

(7) The Minister of Economy and Finance shall finish the evaluation of the management performance of public corporations and quasi-governmental institutions by no later than June 20 each year, and shall report the results thereon to the National Assembly and the President after deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277 Dec. 31, 2008; Act No. 9513 Mar. 25, 2009>

(8) The Minister of Economy and Finance may recommend or request the person who has the power to appoint the institution head and standing directors of a public corporation or a quasi-governmental institution to remove the institution head or the standing directors under the provisions of Articles 25 and 26 after deliberation and resolution by the management committee, if the results from the business performance evaluation under paragraph (7) show poor performance of the public corporation or quasi-governmental institution. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar. 25, 2009>

(9) The Minister of Economy and Finance may request a public corporation or quasi-government institution which has caused the insolvent management due to the excessive appropriation of personnel expenses as a result of the management performance evaluation under paragraph (1) and the violation of guidelines of operation under Article 50 (1) to take personnel or budgetary measures for securing of the responsibility for future management and improvement in management through the deliberation and resolution of the management committee. <Newly Inserted by Act No. 9277, Dec. 31, 2008; Act No. 9513 Mar. 25, 2009>

(10) Necessary matters concerning the procedure for the management performance evaluation, the measures following the results from the management performance evaluation under paragraph (1), and composition, operation, etc. of the management evaluation team shall be prescribed by Presidential Decree. <Amended by Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar. 25, 2009>

**Article 48 (Management Performance Evaluation)**

(1) The Minister of Economy and Finance shall evaluate the management performance of a public corporation or quasi-governmental institution based on the annual report under Article 24-2(3), the report on the performance of the agreement under the provisions of Article 31 (3) and (4), the management goals and the management performance report under the provisions of Article 46: Provided, That such management performance evaluation

28

shall not be made in the year during which the institution is designated as a public corporation or quasi-governmental institution under the provisions of Article 6 (excluding a change in designation). <Amended by Act No. 8852, Feb. 29, 2008, Dec. 31, 2018>

(2) In making the management performance evaluation of a public corporation or quasi-governmental institution under the provisions of main sentence of paragraph (1), the Minister of Economy and Finance shall utilize the results from the evaluations already made for the institutions subject to the evaluation of fund management under the provisions of Article 82 (Evaluation of Fund Management) of the National Finance Act and the institutions subject to the evaluation under Article 32 (Fostering Government-Invested Research Institutes, etc.) (3) of the Framework Act on Science and Technology. <Amended by Act No. 8852, Feb. 29, 2008, May 28, 2014>

(3) The Minister of Economy and Finance may request a public corporation or quasi-governmental institution to submit relevant data, if necessary for the management performance evaluation under paragraph (1). <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008>

(4) In cases where a public corporation or quasi-government institution has failed to submit the annual report under Article 24-2(3), a report on the execution of an agreement under Article 31 (3) and (4), a management performance report and their attached documents or prepare and submit them falsely, or impeded ethical management by unfair personnel management, etc. as provided by Presidential Decree, the Minister of Economy and Finance shall modify the result of management performance evaluation and the piece rate through the deliberation and resolution of the management committee, or take measures, such as caution, warning or such to the relevant institution, or request the head of the competent agency or institution head to take personnel measures for the related persons. In such cases, if the auditor, members of the audit committee or the institution head has failed or neglected to perform the related duties, the Minister of Economy and Finance or the heads of the competent authorities may dismiss the relevant auditor, member of the audit committee or the institution head through the deliberation and resolution of the management committee or make a recommendation to a person who has the power to appoint such auditor, member of the audit committee or the institution head to dismiss such person. <Newly Inserted by Act No. 9277, Dec. 31, 2008, amended, Mar. 27, 2018, Dec. 31, 2018>

(5) Criteria and methods for the evaluation of management performance under paragraph (1) shall be prescribed by the Minister of Economy and Finance through deliberation and resolution by the management committee, in such a manner that the following matters shall be included in the evaluation of a public corporation or quasi-governmental institution: <Amended by Act No. 14076, Mar. 22, 2016>

    1. The rationality and achievement level of management goals;

    2. The public nature and efficiency of major projects;

    3. The adequacy of organizational and personnel management, including types of employment of employees;

    4. Soundness in financial management and budget-saving efforts, including the implementation of the mid- and long-term financial management plan formulated under Article 39-2;

    5. Results of the customer satisfaction survey conducted under Article 13 (2);

    6. Operation of a rational performance-based payment system;

    7. Other matters related to the management of the public corporation or quasi-governmental institution.

(6) The Minister of Economy and Finance may organize and operate a management evaluation team for public corporations and quasi-governmental institutions (hereinafter referred to as "management evaluation team") to ensure the efficient execution of management performance evaluation under paragraph (1) and to provide professional and technical research or consultation concerning management performance evaluation. <Newly Inserted by Act No. 9513, Mar. 25, 2009>

(7) The Minister of Economy and Finance shall finish the evaluation of the management performance of public corporations and quasi-governmental institutions by no later than June 20 each year, and shall report the results

therefrom to the National Assembly and the President after deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277 Dec. 31, 2008; Act No. 9513 Mar. 25, 2009>

(8) The Minister of Economy and Finance may recommend or request the person who has the power to appoint the institution head and standing directors of a public corporation or a quasi-governmental institution to remove the institution head or the standing directors under the provisions of Articles 25 and 26 after deliberation and resolution by the management committee, if the results from the business performance evaluation under paragraph (7) show poor performance of the public corporation or quasi-governmental institution. <Amended by Act No. 8852, Feb. 29, 2008; Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar. 25, 2009>

(9) The Minister of Economy and Finance may request a public corporation or quasi-government institution which has caused the insolvent management due to the excessive appropriation of personnel expenses as a result of the management performance evaluation under paragraph (1) and the violation of guidelines of operation under Article 50 (1) to take personnel or budgetary measures for securing of the responsibility for future management and improvement in management through the deliberation and resolution of the management committee. <Newly Inserted by Act No. 9277, Dec. 31, 2008; Act No. 9513 Mar. 25, 2009>

(10) Necessary matters concerning the procedure for the management performance evaluation, the measures following the results from the management performance evaluation under paragraph (1), and composition, operation, etc. of the management evaluation team shall be prescribed by Presidential Decree. <Amended by Act No. 9277, Dec. 31, 2008; Act No. 9513, Mar. 25, 2009>


### Article 49 (Preparation of Annual Report)

The Minister of Economy and Finance may prepare and publish an annual report concerning the business status, etc. of public corporations and quasi-governmental institutions every year, based on the management performance reports and the results from the management performance evaluation under the provisions of Article 48. <Amended by Act No. 8852, Feb. 29, 2008>


### Article 50 (Guidelines for Management)

(1) The Minister of Economy and Finance shall establish the guidelines for the following matters in connection with the daily affairs relating to the administration of public corporations and quasi-governmental institutions (hereinafter referred to: as the "management guidelines") after deliberation and resolution by the management committee, and shall notify the guidelines to the heads of public corporations, quasigovernmental institutions and competent agencies: <Amended by Act No. 8852, Feb. 29, 2008>

    1. Matters concerning the administration of organization and the prescribed number and management of personnel;

    2. Matters concerning the budget and the fund administration;

    3. Other matters that the Minister of Economy and Finance considers necessary for securing the financial soundness of public corporations and quasi-governmental institutions.

(2) If necessary for transparent and fair personnel management, ethical management, etc. of public corporations and quasi-governmental institutions, the head of a relevant administrative agency accountable for the related policy may present the Minister of Economy and Finance his/her opinion about the management guidelines under the provisions of paragraph (1). <Amended by Act No. 8852, Feb. 29, 2008>


### Article 51 (Supervision over Public Corporations and Quasi-Governmental Institutions)

(1) The Minister of Economy and Finance and the head of the competent agency shall limit their supervision over public corporations and quasi-governmental institutions to the matters and the extent specifically prescribed in this Act or other statute to ensure that self-controlling management of public corporations and quasi-governmental institutions is not undermined. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>

(2) The Minister of Economy and Finance shall supervise the matters concerning the compliance with the management guidelines for public corporations. <Amended by Act No. 8852, Feb. 29, 2008>

(3) The head of the competent agency shall supervise the following matters of public corporations and quasigovernmental institutions:

    1. Matters concerning proper execution of the business commissioned by the head of the competent agency to public corporations and quasi-governmental institutions under relevant statutes or the business directly related to their assigned business affairs and other matters prescribed by related statutes;

    2. Matters concerning the compliance with the' management guidelines for quasi-governmental institutions.

(4) The Minister of Economy and Finance and the head of the competent agency shall monitor whether the supervision under the provisions of paragraphs (2) and (3) is properly and adequately executed, as prescribed by Presidential Decree, and shall take measures necessary for improvement, after deliberation and resolution by the management committee. <Amended by Act No. 8852, Feb. 29, 2008, Jun. 9, 2020>

### Article 51-2 (Consultations on Establishment, etc. of Funding or Investment Institutions)

(1) Where a public corporation or quasi-governmental institution intends to establish a funding or investment institution or to fund or invest in other corporations, it shall hold a prior consultation with the head of the competent institution and the Minister of Economy and Finance: Provided, That, where the public corporation or quasi-governmental institution has already followed the formalities equivalent to a prior consultation, or a public institution dealing with finance makes an investment, in specific cases prescribed by Presidential Decree, it need not hold a prior consultation.

(2) Matters necessary for the prior consultation under paragraph (1) and other matters shall be prescribed by Presidential Decree. <Newly Inserted by Act No. 14076, Mar. 22, 2016>

### Article 52 (Audit by Board of Audit and Inspection)

(1) The Board of Audit and Inspection may audit the business affairs and accounting of public corporations and quasi-governmental institutions in accordance with the Board of Audit and Inspection Act.

(2) The Board of Audit and Inspection may commission or delegate the audit under the provisions of paragraph (1) to the head of a related administrative agency, etc.

(3) Necessary matters concerning the scope of the heads of related administrative agencies, etc. to whom the Board of Audit and Inspection may commission or delegate the audit of public corporations and quasigovernmental institutions under the provisions of paragraph (2), the report on the results of the audit, the actions following the results, etc. shall be prescribed by the Rule of the Board of Audit and Inspection.

### Article 52-2 (Presentation of Audit Result to National Assembly)

(1) A public corporation or a quasi-government institution shall present matters falling under the following subparagraphs to the competent standing committee of the National Assembly without delay:

1. An audit report having synthesized the audit result executed by the auditor or the audit committee;

2. Matters pointed out and matters requesting disposition in the audit executed by the Board of Audit and Inspection pursuant to Article 52 and a plan of measures for them.

(2) The Minister of Economy and Finance shall present the result of evaluation of the actual performance of duties of the auditor or the audits of the audit committee executed pursuant to Article 36 (1) to the National Assembly without delay."

[This Article Newly Inserted by Act No. 9277, Dec. 31, 2008]

31

**CHAPTER IV-2 ACTIONS AGAINST WRONGDOERS** <Newly Inserted, Mar. 27, 2018>

**Article 52-3 (Request for Investigation of Wrongdoers)**

(1) Public institutions shall use their efforts to reinforce their ethical management including transparent and fair personnel management.

(2) If executives of a public institution are found actually or allegedly to be involved in monetary corruption, sexual crime or employment irregularities, etc. as provided by Presidential Decree ("Wrongdoing") that impeded ethical management under paragraph (1), the Minister of Economy and Finance or the heads of competent authorities shall request investigation or audit of such executives by investigation agencies including prosecutors or the police or auditing authorities including the Board of Audit and Inspection ("Investigation Agencies, Etc.). In such case, the Minister of Economy and Finance or the heads of the competent authorities may suspend the relevant executives from office or recommend suspension from office of the relevant executives.

(3) Given the investigation or audit result by Investigation Agencies under paragraph (2), if necessary, the Minister of Economy and Finance or the heads of the competent authorities may dismiss the relevant executives or recommend dismissal to the person authorized to appoint the relevant executives. However, dismissal or recommendation for dismissal of an executive who was appointed through examination or resolution of the operating committee, such dismissal or recommendation for dismissal shall be examined and resolved by the operating committee.

[Newly Inserted, Mar. 27, 2018]

**Article 52-4 (Disclosure of the List of Wrongdoers Related to Employment Irregularities)**

(1) If the executives of a public institution are convicted of wrongdoings related to employment process among wrongdoings and subject to aggravated punishment in accordance with Article 2 of the Act on Aggravated Punishment of Special Crimes, the Minister of Economy and Finance or the heads of the competent authorities may disclose their personal information and description of wrongdoings after examination and resolution thereof by the operating committee.

(2) Particulars and procedures of disclosure of a list under Paragraph (1) shall be determined by Presidential Decree. [Newly Inserted, Mar. 27, 2018]

**Article 52-5 (Cancellation of Admission of Persons Involved in Employment Irregularities)**

(1) If an executive of a public institution is convicted of wrongdoings related to employment process among wrongdoings, the Minister of Economy and Finance or the heads of competent authorities may request cancellation of admission, promotion or employment or personnel disadvantage ("Cancellation of Admission, etc.") with respect to those who are admitted, promoted or employed by the relevant employment wrongdoings. In such case, the operating committee shall notify the relevant persons of the particulars and background of examination and resolution to give an opportunity to defend.

(2) The standards and particulars of cancelling admission and the procedure of defense under paragraph (1) shall be provided by Presidential Decree. [Newly Inserted, Mar. 27, 2018]

**Article 52-6 (Personnel Management Audit, Etc.)**

(1) The Minister of Economy and Finance or the heads of competent authorities may audit the adequacy of personnel management of public institutions to ensure eradication of employment related wrongdoings among wrongdings in accordance with the Presidential Decree ("Personnel Management Audit") and if necessary may demand submission of relevant documents. <Amended, Jun. 9, 2020>

(2) Upon finding illegal or unfair matters from the Personnel Management Audit, the Minister of Economy and Finance or the heads of competent authorities shall without delay request correction of such wrongdoings and personnel actions of the involved persons to the head of the relevant public institution.

32

(3) The head of the public institution in receipt of the request under paragraph (2) shall immediately perform and notify the Minister of Economy and Finance or the heads of competent authority of the result of performance.

[Newly Inserted, Mar. 27, 2018]

## CHAPTER V SUPPLEMENTARY PROVISIONS

### Article 53 (Legal Fiction of Public Officials in Application of Penal Provisions)

A person who serves as an executive officer or employee of a public institution, a member of the management committee, or member of the executive recommendation committee, who is not a public official, shall be deemed a public official in application of Articles 129 through 132 of the Criminal Act. <Amended by Act No. 14076, Mar. 22, 2016, Jun. 9, 2020>

### Article 53-2 (Notification by Investigation Agencies, etc. Upon Commencement and Completion of Investigations)

Upon commencing or completing an inquiry or investigation into a case related to the duties of an executive officer or employee of a public institution, the Investigation Agencies, etc. shall notify the head of the public institution of the relevant facts and results of the inquiry or investigation within 10 days. <Newly Inserted by Act No. 14076, Mar. 22, 2016><Amended, Mar. 27, 2018>

[Newly Inserted, Mar. 22, 2016]

[Title Changed, Mar. 27, 2018]

### Article 53-3 (Restrictions on Voluntary Dismissal from Office)

(1)   A person authorized to appoint or recommend appointment of executives officers of a public institution may elect to disapprove the voluntary dismissal of an executive officer who falls in any of the following descriptions. However, misconducts set out in items 1, 2 and 4 shall be subject to application of this provision only if they are so serious that disciplinary action similar to removal, dismissal, demotion, suspension from office is seen reasonable in accordance with Article 79 of the State Public Officials Act.

1. Indicted for a criminal case in relation to misconduct;

2. Under investigation or audit of misconduct by investigation agencies including prosecutors and the police and audit agencies including the Board of Audit and Inspection;

3. A resolution on severe disciplinary action is demanded to the disciplinary committee of the relevant public institution;

4. Under audit or investigation of misconduct by the audit department of the relevant public institution.

(2)   The person authorized to appoint executive officers of a public institution may suspend from office those officers who are not allowed to voluntarily resign from office pursuant to paragraph (1), and the person authorized to recommend appointment of executive officers may suspend the relevant executive officers from office or recommend or demand suspension from office with respect to the relevant executive officers.

[Entirely amended, Dec. 31, 2018]

### Article 54 (Exercise, etc. of Minority Stockholders' Rights)

Article 542-6 of the Commercial Act shall apply mutatis mutandis to the exercise of minority stockholder's rights in and a stockholder's proposal to public corporations and quasi-governmental institutions, stocks of which have

not been listed in the securities exchange prescribed by the Presidential Decree. <Amended by Act No. 11845, May 28, 2013>

[This Article Wholly Amended by Act No. 9829, Dec. 29, 2009]

## CHAPTER VI PENAL PROVISIONS <Newly Inserted, Mar. 25, 2009>

### Article 55 (Penal Provisions)

(1) If any accounting auditor, certified public accountant under an accounting auditor's control, auditor or member of the appointment committee for accounting auditors (referring to an audit commissioner if an audit committee is established) receives, requests for or promises money, valuables or gains after having received an illegal solicitation in respect of his/her duty, he/she shall be punished by imprisonment for not more than three years or by a fine not exceeding ten million won: Provided, That each of the aforesaid persons shall be punished by a fine not exceeding the amount equivalent to five times the economic gains acquired in respect of the duty in question, if five times the amount of the economic gains acquired in respect of the duty in question exceeds three million won in cases of imposition of a fine.

(2) Any person who promises, provides or indicates his/her intention to provide money, valuables or gains prescribed under paragraph (1) shall be also subject to paragraph (1).

(3) Money, valuables or gains prescribed under" paragraphs (1) and (2) shall be confiscated. Where all or any of the money, valuables or gains cannot be confiscated, the equivalent value shall be additionally collected.

[This Article Newly Inserted by Act No. 9513, Mar. 25, 2009]

### Article 56 (Penal Provisions)

(1) Where any person under Article 635 (1) of the Commercial Act or any other person who is in charge of accounting of a public corporation or quasi-governmental institution prepares and announces a false financial statement, in violation of the accounting principles under Article 39 (1), shall be punished by imprisonment for not more than five years or by a fine not exceeding five million won.

(2) Where any person under Article 635 (1) of the Commercial Act or any other person who is in charge of accounting of a public corporation or quasi-governmental institution or who is an accounting auditor or certified public accountant under his/her control performs any of the following acts, such person shall be punished by imprisonment for not more than three years or by a fine not exceeding 30 million won: <Amended by Act No. 10896, Jul. 25, 2011>

   1. Where he/she fails to appoint an accounting auditor without justifiable grounds;

   2. Where he/she omits to make an entry of any matter to be entered in the auditor's opinion or makes any false entry;

   3. Where he/she divulges confidential information, in violation of Article 43-3 (4);

   4. Where he/she fails to prepare the statements on the settlement of accounts.

(3) Where any person under Article 635 (1) of the Commercial Act or any other person who is in charge of accounting of a public corporation or quasi-governmental institution or who is an accounting auditor or certified public accountant under his/her control performs any of the following acts, such person shall be punished by imprisonment for not more than two years or by a fine not exceeding 20 million won: <Amended by Act No. 10896, Jul. 25, 2011>

   1. Where he/she presents false data to an accounting auditor or certified public accountant under his/her control or interferes with an accounting auditor in conducting a normal accounting audit by false or other illegal means;

34

2. Where he/she refuses, interferes with or challenges an accounting auditor's requests for inspection, reproduction, submission, etc. of data or investigation under Article 43-3 (3) or fails to submit relevant data, without justifiable grounds;

3. Where he/she fails to submit the statements on the settlement of account to an accounting auditor, in violation of Article 43 (1).

[This Article Newly Inserted by Act No. 9513, Mar. 25, 2009]

**ADDENDA<Act No. 8258, Jan. 19, 2007>**

Article 1 (Enforcement Date)

This Act shall enter into force on April 1, 2007: Provided, That necessary actions for the composition of the management committee under the provisions of Article 9 and the designation of public corporations, quasigovernmental institutions, and non-classified public institutions to whom this Act shall apply for the first time after this Act enters into force may be done even before the enforcement of this Act.

Article 2 (Repeal of Other Acts)

The following Acts shall be repealed respectively:

1. The Framework Act on the Management of Government-Invested Institutions;

2. The Framework Act on the Management of Government-Affiliated Institutions.

Article 3 (Initial Designation and Classification of Public Institutions, etc.)

(1) The Minister of Planning and Budget shall designate the public corporations, quasi-governmental institutions, and non-classified public institutions to whom this Act shall apply, after consultation with the heads of the competent agencies and deliberation and resolution by the management committee, simultaneously with the enforcement of this Act, and shall publicly notify such designation.

(2) In designating the public corporations and quasi-governmental institutions initially and publicly notifying such designation under the provisions of paragraph (1), the Minister of Planning and Budget shall designate the institutions whose prescribed number of personal is not less than 50 employees among the institutions subject to application of the Framework Act on the Management of Government-Invested Institutions, the Framework Act on the Management of Government-Affiliated Institutions, and the Act on the Improvement of Managerial Structure and Privatization of Public Enterprises at the time when this Act enters into force.

Article 4 (Transitional Measures)

(1) Notwithstanding the provisions of Article 9 (2), the members of the management committee initially commissioned under the provisions of Article 9 (1) 4 may be given different terms of office for three years, two years, and one year respectively.

(2) Notwithstanding the provisions of Article 31 (5), the agreement on management and performance already executed by the head of an institution designated as a public corporation or quasi-governmental institution for the first time after the enforcement of this Act in connection of his/her appointment at the time when he/she was appointed to the office shall be deemed to be the agreement entered into between the head of the competent agency and the institution head under this Act.

(3) Notwithstanding the provisions of Article 46 (2), the management goals set up at the time of the enforcement of this Act by a public corporation or quasi-governmental institution designated for the first time after enforcement of this Act shall be deemed to have been set up in accordance with this Act.

(4) Notwithstanding the proviso to Article 48 (1), the relevant provisions of the Framework Act on the Management of Government-Invested Institutions and the Framework Act on the Management of Government-Affiliated Institutions shall apply to the evaluation of the report and the evaluation of management performance of a public corporation' or quasi-governmental institution designated for the first time after the enforcement of this Act.

(5) The matters resolved by the former committee for management of government-invested institutions and the former committee for management of government-affiliated institutions existing at the time of enforcement of this Act shall be deemed to have been resolved by the management committee under this Act.

Article 5 (Relations to Other Acts and Subordinate Statutes)

In cases where any other Acts and subordinate statutes enforceable at the time when this Act enters into force have cited a government-invested or government-affiliated institution, it shall be deemed, until December 31, 2009, to have cited an institution identified as a government-invested or government affiliated institution under the Framework Act on the Management of Government-Invested Institutions or the Framework Act on the Management of Government-Affiliated Institutions enforceable at the time when this Act enters into force. <Amended by Act No. 9345, Jan. 30, 2009>

ADDENDA <Act No. 8635, Aug. 3, 2007>

Article 1 (Enforcement Date)

This Act shall enter into force one year and six months after the date of its promulgation. (Proviso Omitted.)

Articles 2 through 41 Omitted.

Article 42 (Amendment of Other Acts)

Paragraphs (1) through <66> Omitted.

<67> The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS is partially amended as follows:

In Article 20(4), Article 54-6 (Audit Committee) of the Securities Transaction Act shall be amended into Article 26 (Composition of Audit Committee) of the Financial Investment Services and Capital Markets Act.

Articles 43 and 44 Omitted.

ADDENDUM <Act No. 8696, Dec. 14, 2007>

This Act shall enter into force on the date of its promulgation.

ADDENDA <Act No. 8852, Feb. 29, 2008>

Article 1 (Enforcement Date)

This Act shall enter into force on the date of its promulgation. (Proviso Omitted.) Any amendments to the Act that were promulgated before the enforcement of this Act but whose enforcement date has not arrived yet, among those amended under Article 6 of Addenda, shall enter into force on the date of enforcement of each amendment.

Articles 2 through 5 Omitted.

Article 6 (Amendment of Other Acts)

Paragraphs (1) through <694> Omitted.

<695> The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS is partially amended as follows:

In the part other than each item of Article 4, Paragraph (1) and the part other than each item of Article 4, Paragraph (2), the part other than each item of Article 5, Paragraphs (1), (2) and (3), and Paragraph (4), Article 6,

Paragraphs (1) through (3), the part other than each item of Article 7, Paragraph (1) and Paragraph (2), the part other than each item of Article 8, Article 9, Paragraph (1), Item 4, the part other than each item of Article 11, Paragraph (1), and Item 10 of the same Paragraph, Article 12, Paragraphs (1) through (3), the latter part of Article 13, Paragraph (2), Article 14, Paragraphs (1) through (3), Article 15, Paragraph (2), the proviso of Article 21, Paragraph (2), the former part of Article 25, Paragraph (3) and Paragraph (4), Article 26, Paragraph (4), the former part of Article 31, Paragraph (3) and the proviso of Article 31, Paragraph (4), Article 35, Paragraph (2), Article 36, Paragraphs (1) through (3), the main text of Article 40, Paragraph (6), Article 42, Paragraph (3), Article 46, Paragraphs (1) through (4), Article 47, Paragraph (1), Article 48, Paragraphs (1) through (6), Article 49, the part other than each item of Article 50, Paragraph (1) and Item 3 of the same Article, Paragraph (2) of the same Article and Article 51, Paragraphs (1), (2) and (4), the term "Minister of Planning and Budget" shall be amended into the "Minister of Economy and Finance."

In the part of each item other than Article 9, Paragraphs (1), "one committee chairperson and one committee vice-chairperson and" shall be amended into "one committee chairperson and" and "the Minister of Planning and Budget shall act as the committee chairperson and the Vice Minister of Finance and Economy nominated by the Minister of Finance and Economy shall act as the committee vice –chairperson" shall be amended into "the Minister of Economy and Finance shall act as the committee chairperson" and in Item 1 of the same Paragraph, "the Office for Government Policy Coordination" shall be amended into "the Prime Minister's Office," and "the Head of the Office for Government Policy Coordination" shall be amended into "the Minister of Prime Minister's Office."

In Article 10, Paragraph (1), "the committee chairperson and the committee vice-chairperson" shall be amended into "the committee chairperson."

In the former part of Article 32, Paragraph (5), "through the discussion with the Minister of Finance and Economy, the Minister of Planning and Budget" shall be amended into "the Minister of Economy and Finance," and in the latter part of the same Paragraph, "the Minister of Finance and Economy's decree" shall be amended into "the Minister of Economy and Finance's decree."

In the part other than each item of Article 43, Paragraph (2) and Paragraphs (3), (4), and (6), and Article 45, "the Minister of Finance and Economy" shall be amended into "the Minister of Economy and Finance."

<696> through <760> Omitted.

Article 7 Omitted.


**ADDENDUM <Act No. 9277, Dec. 31, 2008>**

This Act shall enter into force three months after the date of its promulgation.


**ADDENDUM <Act No. 9345, Jan. 30, 2009>**

This Act shall enter into force on the date of its promulgation.


**ADDENDA <Act No. 9513, Mar. 25, 2009>**

(1) (Enforcement Date) This Act shall enter into force on January 1, 2010: Provided, That the amended provisions (limited to the parts amended under this Act) of Articles 25, 34 and 48 of the amended ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS (Act No. 9277) shall enter into force three months after the date of its promulgation.

(2) (Applicability concerning Accounting Audits, Appointment of Accounting Auditors, Accounting Auditor's Liability for Damage) The amended provisions of Articles 43, 43-2 and 43-3 shall apply beginning with the settlement of accounts for the fiscal year of 2010.

(3) (Applicability concerning Composition and Operation of Management Evaluation Team) The amended provisions (limited to the parts amended under this Act) of Article 48 of the amended ACT ON THE

MANAGEMENT OF PUBLIC INSTITUTIONS (Act No. 9277) shall apply beginning with the first evaluation of management performance conducted after this Act enters into force.

**ADDENDA <Act No. 9829, Dec. 29, 2009>**

(1) (Enforcement Date) This Act shall enter into force on the date of its promulgation: Provided, That the amended provisions of Articles 24, 26 (3) and 44 shall enter into force three months after the date of its promulgation.

(2) (Applicability concerning Submission of Statements on Settlement of Accounts) The amended provisions of Article 43 shall apply beginning with the settlement of accounts for the fiscal year of 2010.

(3) (Applicability concerning Appointment and Removal of Executives) Where the procedure of appointing and removing the executives of a public corporation and quasi-governmental institution is in progress at the time this Act enters into force, the, former provisions shall govern, notwithstanding the amended provisions of Articles 25 and 26.

**ADDENDA <Act No. 10286, May 17, 2010>**

(1) (Enforcement Date) This Act shall enter into force on the date of its promulgation.

(2) (Applicability concerning Mid-and Long-term Financial Management Plan) The amended provisions of Articles 39-2 and 46 shall apply beginning with mid-and long-term financial management plans and mid and long-term business goals to be established in 2012.

**ADDENDA <Act No. 10896, Jul. 25, 2011>**

This Act shall enter into force on the date of its promulgation.

**ADDENDA <Act No. 11690, Mar. 23, 2013>**

Article 1 (Enforcement Date)

(1) This Act shall enter into force on the date of its promulgation.

(2) Omitted.

Articles 2 through 5

Article 6 (Amendment of Other Acts)

(1) Omitted.

(2) The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS shall be amended in part as follows:

In Article 9, Paragraph (1), Item 1, "the Prime Minister's Office" shall be amended into "the Office for Government Policy Coordination" and "the Minister of the Prime Minister's Office" shall be amended into "the Minister of the Office for Government Policy Coordination."

Paragraph (3) through <710> Omitted.

Article 7 Omitted

**ADDENDA <Act No. 11845, May 28, 2013>**

Article 1 (Enforcement Date)

This Act shall enter into force three months after the date of its promulgation. <Provisio Omitted>

Articles 2 through 15 Omitted

Article 16 (Amendment of other Act)

(1) The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS is partially amended as follows:

In Article 54, "KOSPI Market" shall be amended into "the stock market determined by the Presidential Decree."

Paragraphs (1) through (23) Omitted.


Article 17 Omitted.


ADDENDA <Act No. 12268, Jan. 21, 2014>

This Act shall enter into force on the date of its promulgation.


**ADDENDA <Act No. 12673, May 28, 2014>**

Article 1 (Enforcement Date)

This Act shall take effect on the date of its promulgation. <Proviso Omitted>


Articles 2 and 3 Omitted.

Article 4 (Amendment of Other Acts)

(1) The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS is partially amended as follows.

"under the provisions of Article 32 (Fostering Government-Invested Research Institutes, etc.) (2) of the Framework Act on Science and Technology" in Article 48(2) shall be amended into "under Article 32 (Fostering Government-Invested Research Institutes, etc.) (3) of the Framework Act on Science and Technology"

Paragraphs (2) through (5) Omitted.


**ADDENDA <Act No. 14076, Mar. 22, 2016>**

This Act shall enter into force six months after the date of its promulgation.


**ADDENDA <Act No. 14461, Dec. 27, 2016>**

This Act shall enter into force six months after the date of its promulgation.


**ADDENDA <Act No. 15022, Oct. 31, 2017>**

Article 1 (Enforcement Date)

This Act shall enter into force six months after the date of its promulgation.

Articles 2 through 13 Omitted.


Article 14 (Amendment of Other Acts)

(1) Omitted.

(2) The ACT ON THE MANAGEMENT OF PUBLIC INSTITUTIONS is partially amended as follows:

In Article 43, Paragraph (1), Item 2, "Article 3, Paragraph (1), Item 3 of the Act on External Audit of Stock Companies" shall be amended into "Article 2, Item 7, Sub-item (b) of the Act on External Audit of Stock Companies."

Under the former part of Article 43-4, "Article 17, Paragraphs (1) through (5) and Paragraph (7) of the Act on External Audit of Stock Companies" shall be changed into "Article 31, Paragraphs (1) through (5) and Paragraph (7) of the Act on External Audit of Stock Companies" and under the latter part of the same Article, "Article 4" shall be changed into "Article 10."

Paragraphs (3) through (37) Omitted.

Article 15 Omitted.

**ADDENDA <Act No. 15524, Mar. 27, 2018>**

Article 1 (Enforcement Date)

This Act shall enter into force six months after the date of its promulgation.

Article 2 (Preparation for Detailed Classification of Non-Classified Public Institutions)

The Minister of Economy and Finance may prepare for detailed classification of non-classified public institutions and modification, supplementation and discussion, etc. of the relevant policies in accordance with the amended provision of Article 5 prior to the effective date of this Act.

Article 3 (Application to Disclosure of Materials Related to Preliminary Feasibility Study)

The amended provision of Article 40-2 shall apply to preliminary feasibility study that will be conducted after the effective date of this Act.

Article 4 (Application to Request for Investigation into Wrongdoers)

The amended provisions of Articles 52-3 to 52-6 shall apply to wrongdoings committed as set out in the amended provision of Article 52-3 (2) after the effective date of this Act.

**ADDENDA <Act No. 16092, Dec. 31, 2018>**

Article 1 (Enforcement Date)

This Act shall enter into force six months after the date of its promulgation.

Article 2 (Application to Acting for Institution Head)

The amended provisions of Article 32 (3) shall apply to persons to be bound for the first time after the enforcement date of this Act.

Article 3 (Application to Submission of Determined/Changed Budget Materials)

The amended provisions of Article 40(8) shall apply to budget determined or changed for the first time after the enforcement date of this Act.

Article 5 (Application to Restriction on Voluntary Dismissal from Office)

The amended provisions of Article 53-3 shall apply to the voluntary dismissal from office filed for the first time after the enforcement date of this Act.

**ADDENDA <Act No. 17339, Jun. 9, 2020> (This Act is for partial amendment of 33 laws under the Strategy and Finance Committee for the alignment of legal terms.)**

This Act shall be effective from the date of promulgation. <Proviso Omitted>

40

EX-15.4 10 d111421dex154.htm EX-15.4

**Exhibit 15.4**

## ENFORCEMENT DECREE OF THE ACT ON THE MANAGEMENT OF PUBLIC INSTITUIONS

Enforced on Jan. 5, 2021
Amended by Presidential Decree No. 23221, Oct. 14, 2011
Presidential Decree No. 11690, Mar. 23, 2013
Presidential Decree No. 24780, Oct. 2, 2013
Presidential Decree No. 25279, Mar. 24, 2014
Presidential Decree No. 25532, Aug. 6, 2014
Presidential Decree No. 25751, Nov. 19, 2014
Presidential Decree No. 27073, Mar. 31, 2016
Presidential Decree No. 27505, Sep. 22, 2016
Presidential Decree No. 28211, Jul. 26, 2017
Presidential Decree No. 28232, Aug. 9, 2017
Presidential Decree No. 29184, Sep. 28, 2018
Presidential Decree No. 29858, Jun. 18, 2019
Presidential Decree No. 31169, Nov 24, 2020
Presidential Decree No. 31380, Jan. 5, 2021

**Article 1 (Purpose)**

The purpose of this Decree is to provide for the matters delegated by the Act on the Management of Public Institutions and the matters necessary for the enforcement thereof.

**Article 2 (Amount of Total Revenue)**

The term "amount of total revenue" in Articles 4 (1) 2 and Article 5 (3) and (4) 1 (a) of the Act on the Management of Public Institutions (hereinafter referred to as the "Act"), and Article 7 (1) 2 of this Decree means an amount calculated in accordance with the attached Table 1, excluding the amount of obligations to pay in the future from the revenue acquired by the institution as earnings from its business or granted as an aid by the State, a local government, a private sector, etc. and the derivative revenue yielded from such revenue. <Amended, Nov. 24, 2020>

**Article 3 (Amount of Government Aid)**

The term "amount of the Government grants" in Article 4 (1) 2 of the Act means the aggregate of the following amounts out of the amount of total revenue:

1. The amount of revenue transferred from the Government including contributions and subsidies, and the amount of revenue transferred from a private sector, etc. in compliance with a mandatory provision of a statute including charges under the Framework Act on the Management of Charges;

2. The amount of revenue earned from a business specified by a statute as a business of the institution or commissioned on the ground prescribed for such commission by a statute or the amount of revenue earned from an monopoly provided for by a statute or granted on the ground prescribed by a statute. In this case, the amount of revenue means all revenues earned from a commissioned business or monopoly including fee, admission fee, use charge, insurance premium, contribution, charge, etc. in whatsoever name; and

3. The amount of derivative revenue yielded from the management of the revenues specified in subparagraphs 1 and 2.

1

**Article 4 (Criterion of Securing Practical Control)**

The term "secure practical control over" in Article 4 (1) 3 through 5 of the Act means one of the following cases:

1. Where it is possible, because of the largest shares in possession, to control the institution by the exercise of shareholder rights in the light of the diversification of shares;

2. Where involvement in appointment (including approval and recommendation) of the head of the institution or a majority of members of its board of directors is secured by a statute or the articles of incorporation; or

3. Where an authority to approve the budget or business plan of the institution is secured by a statute or the articles of incorporation.

**Article 5 (Self-Generating Revenue)**

The term "self-generating revenue" in Article 5 (3) and (4) 1 (a) of the Act means the aggregate of the following revenues, excluding the amount falling under subparagraph 1 of Article 3 from calculation of the following revenues: <Amended, Nov. 24, 2020>

1. Revenue from the business for its original purpose: The amount of revenue directly generated from the business specified in the Act that provides for the ground for the establishment of the institution or its articles of incorporation, as calculated in accordance with the attached Table 2;

2. Revenue from other business: The amount of revenue generated from the business not specified in the Act that provides for the ground for the establishment of the institution or its articles of incorporation, as calculated in accordance with the attached Table 2; and

3. Revenue from any sources other than business: The amount of incidental revenue accrued derivatively from the business specified in subparagraphs 1 and 2 such as interest income accrued from the momentary fund management, as calculated in accordance with the attached Table 2.

**Article 6 (Method for Calculating Total Revenue, etc.)**

(1) The amount of total revenue under Articles 4 (1) 2 and 5 (3) and (4) 1 (a) of the Act , and Article 7 (1) 2 of this Decree, the amount of the Government grants under Article 4 (1) 2 of the Act, and the amount of self-generating revenue under Article 5 (3) and (4) 1 (a) of the Act (hereinafter referred to as the "amount of total revenue, etc.") shall be the average amount for the latest three years, calculated based on the financial statements for the settlement of accounts for the latest three years. <Amended, Nov. 24, 2020>

(2) In calculating total revenue, etc. in accordance with paragraph (1), an institution whose financial statements have been prepared for less than three years shall calculate its total revenue, etc. utilizing the financial statements for the corresponding period of time, while an institution whose financial statements have not been prepared yet shall prepare data equivalent to those statements based on its budget for such calculation. <Amended, Nov. 24, 2020>

(3) The financial statements under paragraph (1) shall be basically the financial statements prepared on the basis of accruals: Provided, That an institution that does not prepare such statements in accordance with accruals shall prepare data equivalent to those statements for such calculation. <Amended, Nov. 24, 2020>

(4) The prescribed number of personnel in applying Article 5 (1) 1 of the Act, Article 3 (2) of the Addenda to the Act on the Management of Public Institutions (Act No. 8258) and Articles 21 and 22 of this Decree shall mean the prescribed number of personnel as of the end of the year immediately preceding the designation as a public institution or the appointment or removal of executives: Provided, That in cases of a public institution in which the prescribed number of personnel as of the end of the immediately preceding year does not exist due to reasons, such as being newly designated as a public institution under the proviso to the part, other than the subparagraphs of Article 6 (1) of the Act, it refers to the prescribed number on the day such reason arises. <Amended by Presidential Decree No. 22088, Mar. 26, 2010, Nov. 24, 2020>

2

(5)   The asset size under Article 5 (1) 1 and Article 5 (4) 1 (a), the main sentence of the Article 18 (2) and (4), the main sentence of Article 20 (2) and Article 20 (3) and the proviso to the Article 21 (2) of the Act and Article 22 (1) 2 of this Decree shall be calculated based on the financial statements for the settlement of accounts for the latest year: Provided, That in cases of a public institution, financial statements of which are not prepared due to reasons, such as being newly designated as a public institution under the proviso to the part, other than the subparagraphs of Article 6 (1) of the Act, the asset size shall be calculated based on the budget of the year in which such reason arises. <Amended by Presidential Decree No. 22088, Mar. 26, 2010, Nov. 24, 2020>

(6)   The amount of total revenue under Articles 21 and 22 (1) 1 shall be calculated based on the financial statements for the settlement of accounts for the latest year: Provided, That in cases of a public institution, financial statements of which are not prepared due to reasons, such as being newly designated as a public institution under the proviso to the part other than the subparagraphs of Article 6 (1) of the Act, the amount of total revenue shall be calculated based on the budget of the year in which such reason arises. <Amended by Presidential Decree No. 22088, Mar. 26, 2010>

(7)   The Minister of Economy and Finance may prepare more specific guidelines for calculating total revenue, etc. to notify them to the administrative agencies that control the affairs of public corporations, quasigovernmental institutions, and non-classified public institutions under relevant statutes (hereinafter referred to as the "competent agencies"). <Amended by Presidential Decree No. 20720, Feb. 29, 2008, Nov. 24, 2020>

**Article 7 (Criterion of Designation of Public Corporations and Quasi-governmental Institutions)**

(1) The Minister of Economy and Finance shall designate public institutions which meet the following standards as public corporations or quasi-governmental institutions in accordance with Article 5 (1) 1 of the Act.

    1.   Prescribed number of personnel: 50 or more

    2.   Revenue (amount of total revenue): KRW 3 billion or more

    3.   Asset size: KRW 1 billion or more

(2) The Minister of Economy and Finance shall designate public institutions whose self-generating revenue accounts for 50% of the total revenue as public corporations, pursuant to Article 5 (3) of the Act.

(3) The Minister of Economy and Finance shall designate public corporations that meet the following standards as market-based public corporations in accordance with Article 5 (4) 1 of the Act.

    1.   Asset size: KRW 2 trillion

    2.   Ratio of self-generating revenue to total revenue: 85:100

<Full Text Amendment, Nov. 24, 2020>

**Article 7-2 (Criteria for Designation of Other Public Institutions)**

(1) The Minister of Economy and Finance may designate the public institutions falling under any of the following subparagraphs as other public institutions in accordance with Article 5 (2) of the Act.

  1. An institution that has a responsible management system in accordance with other laws and is one of the followings:

  a. A national university hospital under the Act on the Establishment of National University-affiliated Hospitals or a national dental hospital under the Act on the Establishment of National University-affiliated Dental Hospitals

b. Seoul National University Hospital under the Act on the Establishment of Seoul National University Hospital or Seoul National University Dental Hospital under the Act on the Establishment of Seoul National University Dental Hospital

c. A public health and medical institution under the Public Health and Medical Services Act

d. Other institutions that are deemed to have a responsible management system pursuant to other laws by the Minister of Economy and Finance

2. An institution with a high need for independence and autonomy in its operations, and falls under any of the followings:

a. An educational institution that has been established by contribution and investment of public institutions

b. An institution that is in charge of judicial and quasi-judicial affairs, agreements and coordination, or any affairs subject to international norms

c. An institution that needs self-management considering competition with private companies

d. An institution primarily for research and development

e. Other organizations similar to those under items a through d, and recognized by the Ministry of Economy and Finance that the need for independence and autonomy in their operations is high.

3. Other institutions deemed necessary by the Minister of Economy and Finance, and which are determined after deliberation and resolution of the Public Institutions' Management Committee (referred to as the "Management Committee") under Article 8 of the Act

(2) The Minister of Economy and Finance may designate the non-classified public institutions that fall under the following subparagraphs as institutions of which business purpose is to carry on research and development, in accordance with Article 5(5) of the Act:

1.   Government-funded research institutes and economic/humanities and social science research societies that are established under the Act on the Establishment, Operation and Fostering of Government-Funded Research Institutes, Etc.;

2.   Government-funded science and technology research institutes and national science and technology research societies established under the Act on the Establishment, Operation and Fostering of Government-Funded Science and Technology Research Institutes, Etc.;

3.   Other institutions of which purpose is to carry on research and development as designated by deliberation and resolution of the Management Committee

[Full Text Amended, Nov. 24, 2020]


**Article 8 (Procedure for Designation of Public Institutions. etc.)**

(1)   The head of the competent agency shall notify the Minister of Economy and Finance of the institutions subject to designation of public institutions under Article 4 of the Act no later than one month before the beginning of each fiscal year. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(2)   If a change occurs in the legal personality, name, etc. of a public institution, or any reason for initial designation of or designation of a public institution by changing the classification or any reason for the cancellation of designation under the proviso to the part, other than the subparagraphs of Article 6 (1) of the

4

Act occurs, the head of the competent agency shall immediately notify the details thereof to the Minister of Economy and Finance. <Amended by Presidential Decree No. 22088, Mar. 26, 2010>

**Article 9 (Examination on Establishment of New Institution)**

When the head of the competent agency requests the Minister of Economy and Finance to examine the feasibility of the establishment of a new institution in accordance with Article 7 (1) of the Act, the head shall submit a plan containing the following descriptions and materials: <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

1. Scope and substance of the business of the institution;

2. Services and goods that the new institution will provide;

3. Annual revenue expected and budget of the Government grants required in the next five years;

4. Plan for the management of the organization and human resources for the next five years;

5. Current status of related institutions already established;

6. Other materials requested by the Minister of Economy and Finance.

**Article 10 (Matter Subject to Deliberation and Resolution by Management Committee)**

"Other matters prescribed by Presidential Decree concerning management of public institutions" in subparagraph 17 of Article 8 of the Act means the following matters: <Amended by Presidential Decree No. 28232, Aug. 9, 2017, Sep., 28, 2018, Nov. 24, 2020>

1. Matters as to whether the public institutions are the institutions under Article 7-2 (1) 3 or Article 7-2 (2) 3;

2. Matters concerning the items, guidelines, procedure, etc. for the consolidated publication under Article 16;

3. Matters concerning the scope of public institutions that provide direct services to the people under Article 17 (1);

4. Matters concerning the designation of the institutions exempt from the function adjustment. etc. under Article 18 (2);

5. Matters concerning the request for evaluation of business performance under Article 27 (1);

6. Matters concerning the management of the management evaluation team for public corporations and quasi-governmental institutions under Article 28 (4);

7. Matters necessary for personnel management audit under Article 29-7(4);

8. Matters concerning the determination on whether to consider as actual revenue under subparagraph 3 (c) of attached Table 1.

**Article 11 (Composition of Management Committee)**

(1) "Vice Minister, Deputy Administrator, or an equivalent public official of the related administrative agency as prescribed by Presidential Decree" in Article 9 (1) 2 of the Act means one of the following persons: <Amended by Presidential Decree No. 20720, Feb. 29, 2008; Presidential Decree No. 11690, Mar. 23 2013; Presidential Decree No. 25751, Nov. 19, 2014; Presidential Decree No. 28211, Jul. 26, 2017 >

1. One Vice-Minister of the Ministry of Economy and Finance nominated by the Minister of the Ministry of Economy and Finance;

    2.    Vice-Minister of the Ministry of the Interior and Safety;

    3.    One Vice-Minister level public official nominated by the Chairman of Anti-Corruption & Civil Rights Commission;

    4.    Minister of Personnel Management

(2) "People who have good knowledge and experience in the area of the management and business administration of public institutions" in Article 9 (1) 4 of the Act means the following persons: <Amended by Presidential Decree No. 20947, Jul. 29, 2008>

    1.    Persons who have a career of working for a university, a college, or an officially recognized research institute as an adjunct professor or in an equivalent position for at least five years;

    2.    Persons who have a career as a judge, a public prosecutor, or a lawyer for at least ten years;

    3.    Persons who have a career of working for a public institution under the Act and this Decree or a stock-listed corporation under Article 9 (15) 3 of the Financial Investment Services and Capital Markets Act for at least twenty years and who have served as an executive for at least three years;

    4.    Persons who have a career of engaging in the area of audit or accounting for the institutions enumerated in subparagraph 3 with a license of certified public accountant for at least ten years;

    5.    Persons who have worked as a public official in the Senior Civil Service or a public official in political service;

    6.    Other persons whose career, etc. relating to the management of a public institution are recognized as equivalent to the criteria set forth in subparagraphs 1 through 5.

(3) The management committee may establish and run an advisory team composed of related specialists to give advices on specialized or technical matters relating to the management of public institutions.

**Article 12 (Management of Management Committee)**

(1) The chairperson shall convene the meeting of the management committee and shall take the chair in the meeting.

(2) If the chairperson is unable to perform his/her duties, the member designated by the chairperson shall act on behalf of the chairperson. <Amended by Presidential Decree No. 22088, Mar. 26, 2010>

(3) The management committee may request a public official concerned or an executive or an employee of a public institution to appear before the committee, submit materials, and present his/her opinion, whenever necessary for executing its business.

(4) Allowances, travel expense, and other necessary expenses may be reimbursed to the committee members, other than public officials within the limit of its budget.

(5) The chairperson shall send the materials related to the matters on the agenda brought up to the meeting of the management committee, in advance, to the Chairperson of the Board of Audit and Inspection and the heads of related administrative agencies pursuant to Article 10 (3) of the Act.

(6) The Management Committee shall prepare the minutes including the date, time, venue, attendees, agenda, point of remarks, and decisions of the Management Committee according to Article 10 (6) of the Act, and shall disclose them as determined by the Chairperson after the resolution of the Management Committee. <Amended, Nov. 24, 2020>

(7) Matters required for the management of the management committee other than those provided in paragraphs 1 through 6 shall be prescribed by the chairperson after resolution by the management committee. <Amended, Nov. 24, 2020>

**Article 13 (Exclusion, Challenge, Abstention of Members of Management Committee)**

(1)   A committee member shall be excluded from deliberation and resolution on any of the following matters:

    1.   A matter in which the member has direct interests;

    2.   A matter in which the member's spouse, relative by blood within the fourth degree, or relative by marriage within the second degree or an institution to which the member belongs has interests;

    3.   A matter in which a person who acts as an advisor, a consultant, etc. for the member or an institution to which the member belongs has interests.

(2)   A person who has direct interests in a matter subject to deliberation and resolution by the management committee may file an application for challenge against a member, if there is any ground on which it is difficult to expect fairness in deliberation and resolution. In such cases, the chairperson shall decide whether to accept the application for challenge without referring it to the management committee for resolution.

(3)   A committee member may voluntarily abstain from deliberation and resolution on a case, if he/she falls under any of the grounds set forth in paragraph (t) or (2).

**Article 14 (Subcommittees)**

(1)   The management committee may have subcommittees composed of some of the committee members for carrying out its business in an efficient manner.

(2)   The chairperson and members of a subcommittee shall be appointed by the chairperson of the management committee.

(3)   The subcommittee shall review matters decided by a resolution of the management committee, and shall report the results thereof to the management committee.

(4)   Other necessary matters concerning the composition and management of subcommittees shall be prescribed by the chairperson after resolution by the management committee.

**Article 15 (Publication on Management)**

    The publication on the matters specified in Article 11 (1) of the Act shall be made as follows: <Amended by Presidential Decree No. 22088, Mar. 26, 2010, Presidential Decree No. 27505, Sep. 22, 2016, Sep. 28, 2018>

    1.   The publication on management shall be made by posting and furnishing the data for the latest five years concerning the matters subject to publication;

    2.   The statements on the settlement of accounts under Article 11 (1) 2 of the Act shall be posted and furnished within ninety days after the end of each business year;

    3.   The information about the matters under Article 11 (1) 1 and 3 through 16 of the Act shall be posted and furnished without delay whenever such a matter arises.

**Article 16 (Consolidated Publication)**

(1)   The Minister of Economy and Finance shall prescribe the items subject to consolidated publication under Article 12 of the Act and the matters concerning the criteria and procedure therefor (hereinafter referred to as "criteria, etc. for consolidated publication") after deliberation and resolution by the management committee, and shall notify them to the heads of public institutions. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(2)   Whenever revising the matters concerning the criteria, etc. for consolidated publication prescribed in accordance with paragraph (1), the Minister of Economy and Finance shall finalize such revision after

deliberation and resolution by the management committee, and shall notify it to the heads of public institutions no later than fourteen days before enforcing the criteria, etc. for consolidated publication as revised. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(3)    The head of a public institution shall publish the management information in accordance with the criteria, etc. for consolidated publication under paragraphs (1) and (2) in the Internet site designated by the Minister of Economy and Finance. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

### Article 17 (Customer Charter, etc.)

(1)    The Minister of Economy and Finance shall determine the scope of public institutions that provide direct service to the people, after deliberation and resolution by the management committee, and shall notify it to the heads of public institutions. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(2)    Every public institution shall, upon establishing the customer charter under Article 13 (1) of the Act, announce it through the Internet, etc. or post it at a certain place to make it known to the people.

(3)    The heads of public institutions may request an independent specialized institution to conduct a survey on customer satisfaction level under Article 13 (2) of the Act.

### Article 18 (Adjustment of Functions of Public Institutions, etc.)

(1)    The Minister of Economy and Finance may carry out adjustment of functions, etc. of public institutions under Article 14 of the Act step by step, considering the nature, peculiarities in business affairs, etc. of public institutions. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(2)    The Minister of Economy and Finance may exclude institutions that fall under any of the following subparagraphs among public institutions from those subject to adjustment of functions, etc., after deliberation and resolution by the management committee: <Amended by Presidential Decree No. 2072~ Feb. 29, 2008, Jan. 5, 2021>

    1.    An institution for which a relevant Act provides that it is necessary to guarantee independence of the Government and neutrality in executing the functions of the institution;

    2.    An institution in which case three years have not passed yet since its establishment;

    3.    An institution for which the management committee determines it is not proper to be subjected to adjustment of function, etc., considering the peculiarities in its business affairs, etc.

(3)    Where the Minister of Economy and Finance deems necessary for the purpose of smooth development of the plan under Article 14(4) of the Act, it may order the head of the competent agency to consign disposal of property owned by the Nation and public institutions to Korea Asset Management Corporation under the Act on the Efficient Disposal of Non-performing Assets, Etc. of Financial Company and the Establishment of Korea Asset Management Corporation (hereinafter referred to as "Korea Asset Management Corporation") after deliberation and resolution by the management committee: <Newly inserted by Presidential Decree on July 14, 2011; Presidential Decree No. 25279, Mar. 24 2014, Sep., 28, 2018>

(4)    When consigning such property pursuant to paragraph (3), the head of the competent agency or the heads of public institutions shall conclude a consignment agreement containing each of the following subparagraphs with the Korea Asset Management Corporation. <Newly Inserted on July 14, 2011>

    1.    Purpose of assignment;

    2.    Consignment fees and expenses; and

    3.    Other matters necessary for the performance of consignment work.

**Article 19 (Non-Standing Senior Director)**

(1)    The non-standing senior director under Article 21 of the Act shall be appointed from among the persons who have good knowledge and experience in operation and business administration of public institution and good reputation of impartiality and fall under any subparagraph of Article 11 (2).

(2)    The non-standing senior director may convene and preside over the non-standing directors' meeting to discuss the matters on the agenda of the directors' meeting and other matters concerning the management of the institution.

(3)    The head of a public institution or a quasi-governmental institution shall help the non-standing senior director carry out the affairs set forth in paragraph (2) as necessary.

**Article 20 (Excuse for Non-standing Senior Director's Request for Audit, etc.)**

(1)    If it is difficult to comply with the non-standing director's request for audit under Article 22 (2) of the Act due to extraordinary circumstances, the auditor or the audit committee shall explain such circumstances to the non-standing senior director, and shall report it to the board of directors.

(2)    If it is difficult to comply with the non-standing director's demand for data under Article 22 (3) of the Act due to extraordinary circumstances, the head of a public corporation or a quasi-governmental institution shall explain such circumstances to the non-standing senior director, and shall report it to the board of directors.

**Article 20-2 (Objective of Appointment of Executives for Gender Equality)**

(1)    The head of a public corporation or a quasi-government institution shall prepare and submit the annual report under Article 24-2(3) of the Act, together with the business performance report under Article 47(1) of the Act to the Minister of Economy and Finance and the head of the competent agency.

(2)    The annual report under Paragraph (1) shall include the following matters:

　　　1.    Status of gender equality in composition of executives (including the number and ratio of executives of each gender);

　　　2.    Performance details for the previous year and the result of inspection thereof;

　　　3.    The objective of appointment of executives for gender equality and the implementation plan for the following five years including the year when the annual report is submitted; and

　　　4.    Other matters as deemed necessary to achieve the objective of appointment of executives for gender equality;

(3)    The head of the competent agency receiving the annual report under Paragraph (1) may submit his/her opinion to the Minister of Economy and Finance, if necessary.

(4)    Matters necessary for the establishment and implementation of the objective of appointment of executive for gender equality and preparation or submission of the report other than those set forth in Paragraphs (1) through (3) shall be determined by the Minister of Economy and Finance.

[Newly inserted, Jun. 18, 2019]

**Article 21 (Appointment and Removal of Executives of Public Corporations)**

　　　The term "public corporation, the size of which is below the criteria prescribed by Presidential Decree" in the provisos to Article 25 (1) and (4) of the Act means a public corporation whose total revenue under Article 2 is less than one hundred billion won or whose prescribed number of personnel is less than five hundred persons.

9

**Article 22 (Appointment and Removal of Executives of Quasi-Governmental Institutions)**

(1)　"Criteria prescribed by Presidential Decree" in the provisos to Article 26 (1) and Article 26 (4) of the Act and "criteria prescribed by Presidential Decree" in the main sentences of the Articles 24 (3) and 26 (3) of the Act means the criteria of each of the following subparagraphs: <Amended by Presidential Decree No. 22088, Mar. 26, 2010>< Amended by Presidential Decree No. 27073, Mar. 31, 2016>

　　1.　Commissioned-service-based quasi-governmental institutions: Whose total revenue under Article 2 shall be no less than one hundred billion won and whose prescribed number of personnel shall be no less than five hundred persons;

　　2.　Fund-management-based quasi-governmental institutions: Whose asset size (including fund assets in commissioned management) shall be no less than one trillion won and whose prescribed number of personnel shall be no less than five hundred persons.

(2)　"Quasi-governmental institution …. which is prescribed by Presidential Decree" in the main sentences of Articles 24 (3), in the main sentences of Articles 26(3) and in the proviso to Article 26 (4) of the Act and "quasi-governmental institution …. which is specified by Presidential Decree" in the proviso to Article 26 (1) of the Act means an institution under any of the following subparagraphs: <Amended by Presidential Decree No. 22088, Mar. 26, 2010>< Amended by Presidential Decree No. 27073, Mar. 31, 2016>

　　1.　Independence Hall of Korea under the Independence Hall of Korea Act;

　　2.　Korea Workers' Compensation & Welfare Corporation under the Industrial Accident Compensation;

　　3.　Korea Consumer Agency under the Framework Act on Consumers;

　　4.　Korea Housing Finance Corporation under the Korea Housing Finance Corporation Act;

　　5.　Act on National Research Foundation of Korea;

　　6.　Korea Student Aid Foundation under the Act on the Establishment, etc. of Korea Student Aid Foundation;

　　7.　Korea International Cooperation Agency under the Korea International Cooperation Agency Act.

**Article 23 (Organization and Management of Executive Recommendation Committee)**

(1)　The board of directors of a public corporation or a quasi-governmental institutions shall organize the executive recommendation committee under Article 29 of the Act (hereinafter referred to as the "recommendation committee") without delay, two months prior to the expiration of an executive's term (if there is a need to appoint a new executive due to any reason other than expiration of an executive's term, within one month of the date of the occurrence of the reason). <Amended, Nov. 24, 2020>

(2)　The recommendation committee, which is established due to expiration of an executive's term, shall recommend multiple candidates for the executive director before the end of his/her term. However, if there is any unavoidable reason such as the need for re-recruitment of a person who can be an executive candidate because there are not more than two candidates, the deadline for recommending a candidate may be extended after consulting with the person who has the authority to appoint or the person who has the right to recommend a candidate. <Amended, Nov. 24, 2020>

(3)　The number of members of the executive recommendation committee shall be decided by a resolution of the board of directors within the range between five and fifteen persons: Provided, That the number of the members may be two or three persons, if the number of non-standing directors at the time of the organization of the recommendation committee is not more than two persons. <Amended by Presidential Decree No. 22088, Mar. 26, 2010, Nov. 24, 2020>

(4)　The members appointed by the board of directors under Article 29 (2) of the Act shall be chosen among the people with good knowledge and experience from the various areas of law, economy, press, academia, labor, etc.: Provided, That such members shall include one person who can represent the opinions of the members of the public corporation or the quasi-governmental institution. <Amended, Nov. 24, 2020>

(5)  The recommendation committee shall adopt a resolution by the affirmative vote of a majority of its incumbent members. <Amended, Nov. 24, 2020>

(6)  The recommendation committee may commission some of its works including invitation, search, etc. of candidates for executives to a specialized institution. <Amended, Nov. 24, 2020>

(7)  Necessary matters concerning the management of the recommendation committee, such as the organization of the recommendation committee, the system for exclusion, challenge, or abstention of a member, etc. and the appointment of executives. in addition to the matters prescribed by the Act or this Decree shall be provided for by the articles of incorporation or the bylaws of the public corporation or the quasigovernmental institution. <Amended, Nov. 24, 2020>


**Article 23-2 (Recommendation Criteria for Candidate of Auditor)**

(1)  The term "a person who has experience prescribed by Presidential Decree" in Article 30 (2) 3 of the Act means a person who has worked in a position of more than a director of a department at a public institution, research institute, or a stock-listed corporation under Article 9 (15) 3 of the Financial Investment Services and Capital Markets Act.

(2)  The term "a public official of class prescribed by Presidential Decree" in Article 30 (2) 4 of the Act means a public official who is above or equal to the 5th grade as prescribed by the State Public Officials Act or the Local Public Officials Act.

(3)  The term "a person qualified as prescribed by Presidential Decree" in Article 30 (2) 5 of the Act means a person who has all the following requirements:

1.   A person who has worked for five years or more in the field related to the work of the public institution for which he/she is to be appointed

2. A person who has been in charge of audit, investigation and judicial affairs, budget and accounting, investigation, planning and evaluation, etc. for one year or more at a national agency, local government, public institution, corporation, supported organizations under the Assistance for Non-profit, Non-governmental Organizations Act or party registered at the relevant election management committee pursuant to the Political Parties Act

<Newly Inserted, Nov. 24, 2020>


**Article 24 (Invitation of Candidates for Executives)**

(1)  When inviting candidates for executives publicly in accordance with Article 30 {4} of the Act, such invitation shall be publicly notified through the Internet homepage of the public corporation or the quasigovernmental institution and one or more daily newspapers, and the period of time allowed for application shall be at least one week: Provided, That such period of time may be shortened with an approval of the head of the competent agency if there are unavoidable circumstances for prompt appointment. <Amended by Presidential Decree No. 22088, Mar. 26, 2010; Presidential Decree No. 28232, Aug. 9, 2017>

(2)  When publicly notifying the matters concerning the open invitation of candidates for executives under paragraph (1), a public corporation or a quasi-governmental institution shall request the competent agency, the Ministry of Economy and Finance and the Ministry of Personnel Management to post such invitation on their homepages. <Amended by Presidential Decree No. 20720, Feb. 29, 2008; Presidential Decree No. 11690, Mar. 23, 2013; Presidential Decree No. 25751, 2014>


**Article 24-2 (Request for Re-Recommendation of Candidates for Executives)**

An appointing authority of or recommending authority for appointment of executives of a public corporation or quasi-government institution under Article 25 or 26 of the Act may make a request for the re-recommendation

of candidates for executives to the recommendation committee, if the candidates for executives recommended by the recommendation committee fall under the grounds for disqualifications under Article 34 (1) of the Act or are deemed noticeably inappropriate for the management of public corporations or quasi-government institutions.

[This Article Newly Inserted by Presidential Decree No. 22088, Mar. 26, 2010)

**Article 25 (Restriction on Concurrent Offices of Executives and Employees)**

The provisions of Article 25 of the State Public Officials Service Regulation shall apply mutatis mutandis to the scope of businesses for profit under Article 37 (3) of the Act.

**Article 25-2 (Establishment, etc. of Mid-and Long-Term Financial Management Plan)**

(1)    "The head of a public corporation and quasi-governmental institutions under the category prescribed by Presidential Decree" under Article 39-2 (1) 2 of the Act means a public corporation or a quasi-governmental institution corresponding to one of the following subparagraphs.

    1.    Public corporations and quasi-governmental institutions, with a clause on government's compensation for loss to such public corporations and quasi-governmental institutions in the laws forming the basis of the foundation thereof;

    2.    Of public corporations and quasi-governmental institutions with liabilities larger than assets, those designated and announced by the Minister of Economy and Finance taking into account the size, reasons, and periods of capital impairment.

(2)    If the head of an institution falling under the categories prescribed in the subparagraphs of Article 39-2 (1) of the Act established a Mid- and Long-Term Financial Management Plan, it shall be in accordance with the guidance determined and announced by the Minister of Economy and Finance considering each of the following subparagraphs.

    1.    The matters relating to specific items which have to be commonly included in the content;

    2.    The matters relating to the setting of criteria including assumptions to be commonly applied to various future estimates, evaluations, and analyses;

    3.    The matters needed to keep the content objective; and

    4.    The matters relating to the financial management plan under Article 39-2 (2) 3 of the Act and the liability management plan under Subparagraph 4 of the same Article.

(3)    The Minister of Economy and Finance may consult with the head of the responsible institution in case necessary to prescribe the matters relating to the establishment guidance of the Mid- and Long-Term Financial Management Plan under Paragraph 2.

[This Article Newly Inserted by Presidential Decree No. 24780, Oct. 2, 2013]

**Article 25-3 (Preliminary Feasibility Study)**

(1)    If the head of a public corporation or quasi-governmental institution (hereinafter referred to as the "institution head" in this Article and Article 25-4) intends to compile a budget for a new investment project and capital investment that meets all of the requirements under the following subparagraphs, the institution head shall file an application for preliminary feasibility study with the Minister of Economy and Finance in accordance with the main sentence of Article 40 (3) of the Act: <Amended, Nov. 24, 2020>

    1.    The total project cost shall not be less than 100 billion won; and

    2.    The sum of the amount funded by the government and the amount borne by the public corporation shall not be less than 50 billion won.

12

(2)   If the institution head files an application for preliminary feasibility study under paragraph (1), the institution head shall also submit a project plan stating the name, overview and necessity, etc. of the project to the Minister of Economy and Finance.

(3)   Upon receipt of the application under paragraph (1), the Minister of Economy and Finance shall determine whether or not to conduct a preliminary feasibility study after consultation with related experts.

(4)   If the institution head intends to obtain a confirmation that a new investment project and capital investment that meets all of the requirements set forth in the subparagraphs of paragraph (1) is exempt from preliminary feasibility study under the proviso to Article 40 (3) of the Act, the institution head shall submit a request for confirmation of exemption from preliminary feasibility study stating the name, overview and necessity of the project and grounds, etc. for exemption of the project to the Minister of Economy and Finance. Provided, That even in the case where the institution head intends to obtain confirmation from the Minister of Economy and Finance that the project concerned is a project that needs to be implemented urgently to prevent a disaster under Article 3 (1) of the Framework Act on the Management of Disasters and Safety Management (hereinafter referred to as "disaster"), before obtaining the consent of the competent Standing Committee of the National Assembly under subparagraph 5 of Article 40 (3) of the Act, the institution head may submit a request for confirmation of exemption from preliminary feasibility study. <Amended, Nov. 24, 2020>

(5)   Upon receipt of a request for confirmation of exemption from the preliminary feasibility study under paragraph (4), if the Minister of Economy and Finance confirms that the project concerned is one of the projects set forth in subparagraphs of Article 40 (3) of the Act after consultation with related experts, the Minister of Economy and Finance shall notify the institution head of the results.

(6)   The Minister of Economy and Finance shall establish guidelines on the criteria for selection of projects subject to a preliminary feasibility study, institution conducting the study, methods and procedures for the study, etc. in accordance with Article 40 (3) of the Act, and notify the institution head. [This Article Newly Inserted by Presidential Decree No. 27505, Sep. 22, 2016]

**Article 25-4 (Re-feasibility Study)**

(1) The institution head shall re-perform the feasibility study (hereinafter referred to as "re-feasibility study") of the project applicable to any of the following subparagraphs pursuant to Article 40-3 (1) of the Act:

1. A preliminary feasibility study was not conducted as the sum of the total project costs or the national financial support and the public institution's contributions did not reach the amount subject to a preliminary feasibility study (hereinafter referred to as "preliminary feasibility study") under each subparagraph of Article 25-3 (1) (hereinafter referred to as "amount to subject to a preliminary feasibility study") but the volume of the project expanded to the amount that is equal or more than the amount subject to a preliminary feasibility study in the course of the project implementation.

2. Among the projects subject to a preliminary feasibility study, the project whose budget is set up and executed without a preliminary feasibility study

3. Among the projects that have been examined for a preliminary feasibility study, the project whose total project costs, excluding the inflation and the increase of the compensation for loss of land, etc. required for public services, increased 30% or more compared to the total project costs excluding the compensation for loss of land, etc. at the time of the performance of the preliminary feasibility study.

4. Among the projects that have been examined for a preliminary feasibility study, the demand forecast for the project decreased by 30% or more due to changes in the project conditions, compared to the time when the preliminary feasibility study was conducted

5. The Board of Audit and Inspection requested the re-feasibility study according to the audit results

6. Other projects that the head of the competent agency or the Minister of Economy and Finance acknowledges that it is necessary to conduct a re-feasibility study of the project, due to the possibility of budget waste such as overlapping investment

(2) Notwithstanding paragraph (1), the institution head may not conduct a re-feasibility study after consulting with the head of a competent agency and the Minister of Economy and Finance if any of the following subparagraphs is applicable:

1. There is no practical benefit from the performance of a re-feasibility study, due to a large sunk cost as a significant portion of the project has already been constructed.

2. The project is implemented to respond to urgent economic and social situations

3. The project needs to be implemented urgently for disaster prevention and recovery support or response to safety issues.

<Newly Inserted, Nov. 24, 2020>

## Article 26 (Submission of Statements on Settlement of Accounts)

(1)   <Deleted on October 14, 2011>.

(2)   Every quasi-governmental institution shall submit the final statements on the settlement of accounts to the Minister of Economy and Finance within ten days after the statements are finalized in accordance with Article 43 (2) of the Act. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

## Article 26-2 (Composition and Organization of Appointment Committee of Accounting Auditors)

(1)   Members of an appointment committee for accounting auditors under Article 43-2 (1) of the Act (excluding cases where audit committee is deemed an appointment committee for accounting auditors under the same paragraph) shall be comprised of all auditors and non-standing directors of the relevant public corporation or quasi-government institution.

(2)   The chairperson of the appointment committee for accounting auditors shall be elected from among the members who are non-standing directors of the relevant public corporation or quasi-government institution.

(3)   The chairperson shall convene and preside over the meetings of the appointment committee for accounting auditors.

(4)   Meetings of the appointment committee for accounting auditors shall be held with the attendance of 2/3 of the incumbent members and require the consent of a majority of the members present for resolution.

(5)   In addition to the matters specified in paragraphs (1) through (4), matters necessary for the operations, etc. of the appointment committee for accounting auditors shall be prescribed by the Minister of Economy and Finance.

[This Article Newly Inserted by Presidential Decree No. 22088, Mar. 26, 2010)

## Article 27 (Business Performance Evaluation)

(1)   The Minister of Economy and Finance may commission the business performance evaluation of public corporations and quasi-governmental institutions to a specialized institution, after resolution by the management committee, if considered necessary. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

(2)   The Minister of Economy and Finance shall prepare a manual for the business performance evaluation no later than the beginning of each fiscal year in accordance with the criteria and method for the business performance evaluation and with the measures to be taken following such evaluation pursuant to Article 48

14

of the Act: provided that, with respect to a public corporation or a quasi-governmental institution newly designated under Article 6 of the Act, the manual for the business performance evaluation shall be prepared within four months after such designation. <Amended by Presidential Decree No. 20720, Feb. 29, 2008; Jul 14, 2011>

(3)   "Cases provided by Presidential Decree" in Article 48(4) of the Act mean such serious offenses as employment irregularities, tax evasion, accounting fraud or, unfair business practices in violation of the Act, the Commercial Act, the Criminal Act, the Punishment of Tax Offenses Act, the Framework Act on Local Taxes, the Monopoly Regulation and Fair Trade Act, the underlying laws of establishment of the relevant public institutions or other laws relating to business activities of the relevant public institutions etc. <Newly inserted, Sep. 28, 2018>

(4)   The Minister of Economy and Finance may take further actions, including but not limited to, deciding on the payment rate of bonus or making a suggestion or request for measures relating to personnel or budgetary matters taken pursuant to evaluation results of the review and resolution by the management committee. <Newly Inserted, Jul. 14, 2011, Sep., 28, 2018>

**Article 28 (Composition and Management of Management Evaluation Team for Public Corporations and Quasi-Governmental Institutions)**

(1)   The Minister of Economy and Finance may organize and run the management evaluation team for public corporations and quasi-governmental institutions (hereinafter referred to as the "management evaluation team") from time to time with the persons commissioned among the following persons under Article 48 (6) of the Act: <Amended by Presidential Decree No. 20720, Feb. 29, 2008; Jul 14, 2011>

   1.   A professor of a college or a university who has expertise in management and business administration of public institutions;

   2.   A person working for a government-invested research institute with a doctor's degree or recognized as having an equivalent qualification;

   3.   A certified public accountant, a lawyer, or a specialist in management consulting with an experience of practice for at least five years;

   4.   A person recognized otherwise as having good expertise and experience in management and business administration of public institutions.

(2)   The expenses required for the management evaluation team's execution of missions may be reimbursed within the limit of the budget.

(3)   The management evaluation team shall be deemed to be dissolved when the missions assigned are completed.

(4)   Necessary matters concerning the composition and management of the management evaluation team in addition to the matters prescribed by this Decree shall be prescribed by the Minister of Economy and Finance after resolution by the management committee. <Amended by Presidential Decree No. 20720, Feb. 29, 2008; Presidential Decree No. 22088, Mar. 26, 2010>

**Article 29 (Monitoring Adequacy of Supervision)**

   The Minister of Economy and Finance and the head of the competent agency may monitor the adequacy of the supervision over public corporations and quasi-governmental institutions under Article 51 (4) of the Act and take measures for improvement step by step, considering the nature, peculiarities in business affairs, etc. of each institution. <Amended by Presidential Decree No. 20720, Feb. 29, 2008>

**Article 29-2 (Prior Consultation on Funding or Investment)**

(1)   "In specific cases prescribed by Presidential Decree" in the proviso to Article 51-2 (1) of the Act means the case where a public corporation or a quasi-governmental institution acquires equity in another corporation pursuant to the following decisions, etc.:

    1.   If a public institution dealing with finance makes an investment in accordance with any of the following:

        (a)   An authorization for a rehabilitation plan granted under Article 242 of the Debtor Rehabilitation and Bankruptcy Act;

        (b)   A resolution of the council of financial creditors on the readjustment of claims under Article 17 of the Corporate Restructuring Promotion Act;

        (c)   A resolution on the readjustment of claims passed by the council established to discuss credit risk assessments and restricting plans, etc. of companies subject to the improvement in financial structure among the financial creditors holding claims against such companies;

        (d)   An investment in a special purpose company, etc. to provide a guarantee for the special purpose company under Article 28-3 of the Korea Technology Finance Corporation Act or Article 23-3 of the Credit Guarantee Fund Act;

        (e)   A guarantee-linked investment under Article 28-4 of the Korea Technology Finance Corporation Act or Article 23-4 of the Credit Guarantee Fund Act;

        (f)   Any financing to insured financial companies under Article 38 of the Depositor Protection Act; or

        (g)   Any provision of public funds under the Special Act on the Management of Public Funds.

    2.   If an investment is made after prior consultation with the head of the competent agency and the Minister of Economy and Finance is de facto performed through deliberation and resolution at a meeting operated with major officials at the minister level or higher as its members.

(2)   If establishment of a funding or investment institution or funding or investment in other corporations requires deliberation and resolution by the board of directors of a public corporation or a quasi-governmental institution, a prior consultation under Article 51-2 of the Act shall be held before deliberation and resolution by the board of directors.

(3)   If a public corporation or a quasi-governmental institution holds a prior consultation in order to establish a funding or investment institution or to fund or invest in other corporations under Article 51-2 of the Act, it shall submit a plan stating the following matters to the head of the competent agency and the Minister of Economy and Finance:

    1.   Purpose and necessary of funding or investment;

    2.   Scope and details of business of the company subject to funding or investment;

    3.   Amount and timing of funding or investment;

    4.   Annual financial plans of the company subject to funding or investment for at least 5 years;

    5.   Details of budget support, debt guarantees, indemnification of losses, etc. for the company subject to funding or investment by the government or a public corporation; and

    6.   Other materials requested by the head of the competent agency or the Minister of Economy and Finance. [This Article Newly Inserted by Presidential Decree No. 27505, Sep.22, 2016]

16

**Article 29-3 (Requests for Investigation of Wrongdoers)**

(1)  "Monetary corruption, sexual crime or employment irregularities, etc. as provided by Presidential Decree" under Article 52-3(2) of the Act shall mean any of the following acts:

1. An act of giving, receiving or promising money, goods, real property, entertainment or other property interest illegally in connection with duties;

2 Embezzlement, bribery, theft, fraud or misuse of funds, properties or goods of the relevant public institutions;

3. Sexual crime under Article 2 of the Act on Special Cases Concerning the Punishment, Etc. of Sexual Crimes;

4. Prohibited acts under Article 4 of the Act on the Punishment of Arrangement of Commercial Sex Acts, Etc.;

5. An act of intervening in or influencing personnel management including employment and promotion, etc. in violation of the laws, the articles of incorporation or bylaws, significantly impeding fair personnel management;

6. An act falling under Article 27(3) of the Act.

(2)  The Minister of Economy and Finance or the heads of competent authorities shall request investigation or audit of wrongdoers in accordance with the following criteria and shall consult with the Board of Audit and Inspection in advance when requesting audit by the Board of Audit and Inspection:

1. If investigation is deemed necessary with respect to an actual or alleged offense: Request for investigation to the Investigation Agencies;

2. If direct audit by the Minister of Economy and Finance or the heads of the competent authorities is difficult due to unavoidable reasons, but audit under the Act of the Board of Audit and Inspection is deemed necessary: Request for audit to the Board of Audit and Inspection

3. If direct audit by the Minister of Economy and Finance or the heads of the competent authorities is otherwise difficult due to unavoidable reasons: The Minister of Economy and Finance shall request audit to the head of the competent authority or the head of the competent authority shall request audit to the Minister of Economy and Finance in turn. In such case the audit requested to the Minister of Economy and Finance shall be limited to the personnel management audit under Article 52-6 of the Act.

(3)  The Minister of Economy and Finance or the head of the competent authority shall submit data on the actual or the alleged offense when requesting investigation or audit in accordance with Article 52-3(2) of the Act.

[Newly inserted, Sep., 28, 2018]

**Article 29-4 (Disclosure of the List of Wrongdoers Related to Employment Irregularities)**

(1)  The Minister of Economy and Finance or the heads of the competent authorities shall disclose the following particulars when disclosing the list in accordance with Article 52-4(1) of the Act:

1. Name, age, occupation and address of the wrongdoer involved in employment irregularities, however the detailed address under Article 2, subparagraph 8 of the Road Name Address Act may be omitted.

2. Name and address of the public institution, duties and position as of the time when employment irregularities were committed;

3. Particulars and method of employment irregularities;

4. Judgment of conviction of employment irregularities.

17

(2)   The Minister of Economy and Finance and the head of the competent authority shall disclose the list in accordance with paragraph (1) by way of publishing the list in the official gazettes or displaying it on the internet site designated by the Minister of Economy and Finance in accordance with Article 16(3) or on the internet homepage of the competent authority for one (1) year.

[Newly inserted, Sep. 28, 2018]

### Article29-5 (Criteria of Request for Cancellation of Admission of Persons Involved in Employment Irregularities)

The criteria and particulars of cancelling admission, etc. ("Cancellation of Admission, Etc.) under Article 52-5(1) of the Act shall be as follows:

1.   Passage of employment examination or employment due to employment irregularities: Request for cancellation of the employment.

2.   Promotion, shift, transfer or dispatch due to involvement in or cooperation to employment irregularities: Request for cancellation of the relevant promotion, shift, transfer or dispatch. If necessary, personnel disadvantage may be requested at the same time.

[Newly inserted, Sep. 28, 2018]

### Article 29-6 (Disciplinary Hearing before Cancellation of Admission of Persons Involved in Employment Irregularities)

(1)   For deliberation and resolution of cancellation of admission in accordance with Article 52-5(1) of the Act, the Management Committee shall notify the relevant person of the following matters not later than 10 days prior to the date set for the hearing. In such case, the notice shall be given to the head of the competent authority at the same time:

1.   Particulars and the reasons of request for cancellation of admission;

2.   Due date for defense;

3.   Method of defense;

4.   Handling if the person does not state his/her case

5.   Any other matters for defense

(2)   If the notified person under paragraph (1) does not state his/her case without any justifiable reason, the Management Committee may deliberate and resolve the matter without allowing further opportunity of defense.

(3)   If deemed necessary, the Management Committee may demand attendance of witnesses or submission of evidences.

(4)   The Minister of Economy and Finance or the head of the competent authority shall notify the head of the relevant competent authority of the result of deliberation and resolution by the Management Committee of the request for cancellation of admission.

[Newly inserted, Sep. 28, 2018]

### Article 29-7 (Personnel Management Audit, Etc.)

(1)   Personnel management audit under Article 52-6 (1) of the Act ("Personnel Management Audit") shall be conducted with respect to all aspects of personnel management or such particular aspects as hiring, promotion and evaluation, etc.

(2)   Carrying out Personnel Management Audit under Article 52-6 (1) of the Act, the Minister of Economy and Finance shall *mutatis mutandis* apply Articles 19 to 21, 23, 23-2, 24 to 31, 32(3), 33, 36(2) and 38 of the Act on Public Sector Audits and the Rules of the Board of Audit and Inspection under Article 37 of the Act on Public Sector Audits. In that case, "the head of central government authority, etc." or "the head of the audit organization" shall be regarded as the Minister of Economy and Finance, and the "self-audit" shall be regarded as Personnel Management Audit.

(3)   When the head of a competent authority carries out Personnel Management Audit in accordance with Article 52-6(1) of the Act, the Act on Public Sector Audits shall be complied with.

(4)   Necessary matters for efficient conduct of Personnel Management Audit other than as provided by paragraphs (1) to (3) shall be determined by the Minister of Economy and Finance after deliberation and resolution of the Management Committee.

[Newly inserted, Sep., 28, 2018]

### Article 30 (Exercise, etc. of Minority Stockholders' Rights)

The "securities exchange prescribed by the Presidential Decree" under Article 54 of the Act means securities exchange markets described under Article 176-9 (1) of the Enforcement Decree of the Financial Investment Services and Capital Markets Act.

[This Article Newly Inserted by Presidential Decree No. 24697, Aug. 27, 2013]

### Article 31 (Processing of Identification Information)

The Minister of Economy and Finance, the heads of responsible institutions and public corporations and quasi-governmental institutions may process data which include resident registration number pursuant to Article 19 subparagraph 1 of the Enforcement Decrees to Personal Information Act under unavoidable circumstances in which they need to perform affairs relating to the verification of causes for disqualification of executives in public corporations and quasi-governmental institutions.

[This Article Newly Inserted by Presidential Decree No. 25532, Aug. 6, 2014]

### ADDENDA <No. 19978, Mar. 27, 2007>

(1)   (Effective Date) This Decree shall take effect from April 1, 2007.

(2)   (Repeal of Act) The Enforcement Decree of the Framework Act on the Management of Government-Invested Institutions and the Enforcement Decree of the Framework Act on the Management of Government-Affiliated Institutions shall be repealed, respectively.

(3)   (Special Cases of Basis for Appointment/Dismissal of Executives) In applying Articles 21 and 22 to an institution designated as a public institution for the first time under the Act and this Decree, it shall be deemed that there is no change in the total revenue, the headcounts of employees and the size of assets under Articles 21 and 22 for the three years from the effective date of this Decree.

### ADDENDA <No. 20720, Feb. 29, 2008>

Article 1 (Effective Date)

This Decree shall take effect on the date of its promulgation: Provided, That the amended portions of any Presidential Decree which is revised pursuant to Article 8 of the Addenda and promulgated before this Decree takes effect, but the effective date of which has yet to come, shall take effect from the date such Presidential Decree takes effect.

19

Articles 2 through 7 omitted

Article 8 (Amendment of Other Decrees)

(1) and (2) omitted.

(3) The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

In Article 6(7), the part other than each item of Article 8(1) and (2) and Article 9 and Item 6 of the same Article, Article 16(1) through (3), Article 17(1), Article 18(1), the part other than Paragraph (2) of the same Article, Article 27(1), the main text of Paragraph (2), the part other than each item of Article 28(1), Paragraph (4) of the same Article, and Article 29, "the Minister of Planning and Budget" shall be changed to "the Minister of Economy and Finance."

Each item of Article 11(1) shall be as follows:

1.    One (1) Vice-Minister of Economy and Finance nominated by the Minister of Economy and Finance;

2.    One (1) Vice-Minister of Security and Public Administration nominated by the Ministry of Security and Public Administration;

3.    One (1) vice-chairperson-level public officer nominated by the Chairperson of Anti-Corruption & Civil Rights Commission

"The Civil Service Commission and the Ministry of Planning and Budget" in Article 24(2) shall be changed to "the Ministry of Economy and Finance and the Ministry of Security and Public Administration."

(4) through <68> omitted

**ADDENDA <No. 20947, Jul. 29, 2008>**

Article 1 (Effective Date)

This Decree shall take effect from February 4, 2009. <Proviso omitted>

Articles 2 through 25 omitted

Article 26 (Amendment of Other Decrees)

(1) through (6) omitted

(7) The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

"The stock-listed corporation/KOSDAQ-listed corporation" under Article 2(13)3 and Article 2(15) of the Securities Transaction Act in Article 11(2)3 shall be changed to "the stock-listed corporation" under Article 9(15)3 of the Financial Investment Services and Capital Markets Act.

(8) through <113> omitted

Articles 27 and 28 omitted

**ADDENDA <No. 22088, Mar. 26, 2010>**

This Decree shall take effect from March 30, 2010.

**ADDENDA <No. 23024, Jul. 14, 2011>**

This Decree shall take effect from the date of its promulgation.

20

**ADDENDA <No. 23221, Oct. 14, 2011>**

Article 1 (Effective Date)

This Decree shall take effect from October 15, 2011.

Article 2 (Amendment of Other Decrees)

The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

Article 26(1) shall be deleted.

**ADDENDA <No. 24441, Mar. 23, 2013>**

Article 1 (Effective Date)

This Decree shall take effect from the date of its promulgation.

Articles 2 through 4 omitted

Article 5 (Amendment of Other Decrees)

(1) through (2) omitted

(3) The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

Article 11(1)2 shall be as follows:

2. One (1) Vice-Minister of Security and Public Administration nominated by the Minister of Security and Public Administration;

"The Ministry of the Interior and Safety" in Article 24(2) shall be changed to "the Ministry of Security and Public Administration."

(4) through (43) omitted

**ADDENDA <No. 24697, Aug. 27, 2013>**

Article (Effective Date)

This Decree shall take effect from August 29, 2013. <Proviso omitted>

Articles 2 through 11 omitted

Article 12 (Amendment of Other Decrees)

(1)   Omitted

(2)   The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

Article 30 shall be newly inserted as follows:

Article 30 (Exercise of Minority Shareholders' Right, etc.)

"Stock market prescribed by the Presidential Decree" under Article 54 of the Act shall mean KOSPI market under Article 176-9(1) of the Financial Investment Services and Capital Markets Act.

(3) through (35) omitted.

Article 13 omitted

21

**ADDENDA <No. 24780, Oct. 2, 2013>**

This Decree shall take effect on the date of its promulgation.

**ADDENDA <No. 25279, Mar. 24, 2014>**

Article 1 (Effective Date)

This Decree shall take effect on the date of its promulgation.

Article 2 (Amendment of Other Decrees)

(1) and (2) omitted

(3) The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

"The Act on the Efficient Disposal of Non-performing Assets, Etc. of Financial Companies and the Establishment of Korea Asset Management Corporation" in Article 18(3) shall be changed to "the Act on the Efficient Disposal of Non-performing Assets, Etc. of Financial Companies and the Establishment of Korea Asset Management Corporation."

(4) through (34) omitted

Article 3 omitted

**ADDENDA <No. 25532, Aug. 6, 2014>**

Article 1 (Effective Date)

This Decree shall take effect from August 7, 2014.

**ADDENDA <No. 25751, Nov. 19, 2014>**

Article 1 (Effective Date)

This Decree shall take effect on the date of its promulgation: Provided, That the amended portions of any Presidential Decree which is revised pursuant to Article 5 of the Addenda and promulgated before this Decree takes effect, but the effective date of which has yet to come, shall take effect from the date such Presidential Decree takes effect.

Articles 2 through 4 omitted

Article 5 (Amendment of Other Decrees)

(1)    Omitted

(2)    The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows:

Article 11-1 (2) shall be as follows, and Paragraph 4 shall be newly inserted in the same Article as follows.

        2.    Vice-Minister of Government Administration and Home Affairs

        4.    Minister of Personnel Management

"The Ministry of Security and Public Administration" in Article 24(2) shall be changed to "The Ministry of Personnel Management"

22

(3) through <418> omitted

**ADDENDA <No. 27073, Mar. 31, 2016>**

This Decree shall take effect on the date of its promulgation.

**ADDENDA <No. 27505, Sep. 22, 2016>**

Article 1 (Effective Date)

This Decree shall take effect on Sep. 23, 2016.

Article 2 (Application of Preliminary Feasibility Study)

Article 25-3 of the Amended Decree shall be applied from when the application for preliminary feasibility study is filed after this Decree becomes effective.

**ADDENDA <No. 28211, Jul. 26, 2017>**

Article 1 (Effective Date)

This Decree shall take effect on the date of its promulgation: Provided, That the amended portions of any Presidential Decree which is revised pursuant to Article 8 of the Addenda and promulgated before this Decree takes effect, but the effective date of which has yet to come, shall take effect from the date such Presidential Decree takes effect.

Articles 2 through 7 omitted

Article 8 (Amendment of Other Decrees)

(1)    and (2) omitted

(3)    The Enforcement Decree of the Act on the Management of Public Institutions is partially amended as follows.

Article 11 (1) 2 shall be as follows.

2.    Vice-Minister of the Ministry of the Interior and Safety

(4) through <388> omitted

**ADDENDA <No. 28232, Aug. 9, 2017>**

This Decree shall take effect on the date of its promulgation.

**ADDENDA <No. 29184, Sep. 28, 2018>**

This Decree shall take effect from September 28, 2018.

**ADDENDA <No. 29858, Jun. 18, 2019>**

Article 1 (Effective Date)

This Decree shall take effect from July 1, 2019.

Article 2 (Special Cases concerning Annual Report for Gender Equality)

23

The objective of appointment of executives and the implementation plan for 2019 (referring to those for the period from July 1, 2019 to December 31, 2019) shall be submitted by August 31, 2019 despite the amended provisions of Article 20-2(1), and the matters set forth in Article 20-2(2)2 regarding the relevant plan shall be reflected in the 2020 annual report.

**ADDENDA <No. 31380, Jan. 5, 2021> (Presidential Decree concerning the partial amendment of 473 laws for the alignment of difficult legal terms.)**

This Act shall be effective from the date of promulgation. <Proviso Omitted>