# EXHIBIT D

# Annual
# Activity
# Report
# 2021





# Summary

**EDITORIALS**      **2**

**1**  **PRESENTATION OF THE GROUP** NFPS    **5**
1.1  Overview    6
1.2  Our activities    8
1.3  Our purpose    9
1.4  Contribute to key global issues    10
1.5  A committed roadmap for 2030    12
1.6  Financial and non-financial performance    14
1.7  Our value creation model    16
1.8  Sharing with our stakeholders    18
1.9  Operational risk management    20
1.10  A responsible and fully committed governance    21

**2**  **SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR** NFPS    **23**
2.1  Highlights of the financial year    24
2.2  Simplified group organization chart – subsidiaries, interests and branch offices    27
2.3  The group's businesses    29
2.4  Research and Development activities    42
2.5  Financial situation of the Company and the group during the past financial year    43
2.6  Foreseeable developments and future prospects    53
2.7  Significant post-closing events    55

**3**  **RISKS, CONTROL AND DUTY OF CARE PLAN** NFPS    **57**
3.1  Internal control system    58
3.2  Methodology: risk mapping and risk management    61
3.3  Risk factors    64
3.4  Duty of care plan    74

**4**  **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS** NFPS    **85**
4.1  Societal and environmental challenges at the heart of the strategy    86
4.2  Aim for the highest standards    99
4.3  Mobilize proud and committed employees who embody our purpose    113
4.4  Operate efficiently by reducing our footprint    122
4.5  Contribute to carbon neutrality and adapt to climate consequences    131

4.6  Application of the European taxonomy to the activities of the Orano group    137
4.7  Innovate to preserve resources and protect health    139
4.8  Be engaged and responsible locally in our environment    144
4.9  Summary of indicators and cross-reference tables    149
4.10  Report by the independent third party, on the non-financial performance statement    159

**5**  **CORPORATE GOVERNANCE AND GENERAL INFORMATION**    **163**
5.1  Administration and management of the Company    164
5.2  Compensation of corporate officers    188
5.3  Corporate Governance Reference Code    198
5.4  Additional information    199
5.5  Share capital and shareholding    202

**6**  **FINANCIAL STATEMENTS**    **205**
6.1  Consolidated financial statements – financial year ended December 31, 2021    206
6.2  Statutory Auditors' report on the consolidated financial statements for the financial year ended December 31, 2021    276
6.3  Company financial statements – financial year ended December 31, 2021    283
6.4  Statutory Auditors' report on the Company financial statements for the financial year ended December 31, 2021    308

**7**  **MISCELLANEOUS INFORMATION**    **311**
7.1  Statutory Auditors    312
7.2  Injunctions or fines for anti-competitive practices    312
7.3  Information from employee representative bodies    312
7.4  Information on payment terms    313
7.5  Information on loans granted to other companies covered by Articles L. 511-6 and R. 511-2-1-1-II of the French Monetary and Financial Code    313
7.6  Five-year financial summary    314
7.7  Table of subsidiaries and associates    314
7.8  List of French companies indirectly controlled by Orano at December 31, 2021    315
7.9  Financial glossary    317

*Elements of the non-financial performance statement are identified by the pictogram* NFPS



# Annual Activity Report 2021

---

**THIS 2021 ANNUAL ACTIVITY REPORTING OF ORANO INCLUDES:**

- the management report of the Company's Board of Directors including the management report of Orano, containing:
  - the group duty of care plan and the report on its implementation (Article L. 225-102-4 of the French Commercial Code),
  - the non-financial performance statement (Articles L. 225-102-1 and L. 22-10-36 of the French Commercial Code). *A cross-reference table of the data required for non-financial performance reporting and that required by law on the duty of care is available in Section 4.9.2,*
  - the report on corporate governance of the Board of Directors (Article L. 225-37 of the French Commercial Code); and
- the principles and criteria for determining, distributing and allocating the fixed, variable and exceptional components of the total compensation and benefits of any kind, attributable to the Company's corporate officers.

---

The purpose of this report is to present the situation of Orano and its subsidiaries during the financial year running from January 1 to December 31, 2021.

The terms "group" or "Orano" refer to the group of companies formed by Orano and its subsidiaries and associates, both direct and indirect.

As a French law public limited company entitled to issue financial securities admitted for trading on a regulated market, the Company is subject to the obligation to draw up a management report including the information stipulated by the French Commercial Code, as well as the specific information required of a company issuing debt instruments listed for trading on a regulated market.

*This is a free translation into English of Orano's Annual Activity Report for 2021, which is issued in French and is provided solely for the convenience of English-speaking readers.*

# EDITORIALS



*"The XXI century will be electric."*

## Claude Imauven

**Chairman of the Board of Directors**

**+ 60% by 2050… according to the Electricity Transmission Network (RTE), this is the increase in electricity needs for our country in a scenario that reconciles carbon neutrality and reindustrialization. Two other scenarios were presented by the RTE, one based on frugality, the other, a so-called "reference", based on current trends in our country. In both cases, electricity needs will also increase, by 15% and 35% respectively.**

Beyond these figures, a new era is beginning, one where electricity will become even more present in our everyday lives and gradually replace fossil fuels. As an example, 10 million electric cars are in circulation today around the world and this could rise to more than 100 million by 2030. In this ramp-up of electricity, our country has serious advantages: a robust electricity grid, low-carbon nuclear and renewable generation resources, and a strategy to achieve carbon neutrality by 2050.

It is also a real opportunity for our country to boost its reindustrialization. Planned investments in nuclear energy, particularly for the construction of new reactors, are positive news for the industrial fabric of our country, for employment and regional development. In addition, producing low-carbon, safe electricity at a competitive cost, as nuclear power allows, is a key asset for attracting or maintaining intensive industries or developing new sectors, such as hydrogen.

Carbon neutrality and reindustrialization, the dual objective has now been set and we have the means to achieve it. The Orano group, with its industrial base in France, will contribute its know-how and skills not only to the generation of nuclear electricity, but also to efficient use of resources and to health.

# Philippe Knoche

**Chief Executive Officer**

**The objective of carbon neutrality has been set, for the European Union and France, at 2050. Faced with the challenge (60% of the energy consumed in our country in 2021 was still of fossil origin), we must not procrastinate. 2050 is just around the corner and all players in our societies must act now: political decision-makers, administrations, companies, citizens.**



*"Now is fully the time for action, because the carbon neutrality date of 2050 is just around the corner."*

Our group, Orano, started work on this several years ago by refocusing on the nuclear fuel cycle and therefore on low-carbon power generation, with specific short and medium-term objectives.

In 2021, these objectives were achieved despite industrial difficulties in recycling. The past year confirmed our commercial dynamism with an order intake of 3.1 billion euros, of which nearly 90% from exports. From a financial standpoint, the group continued to reduce its debt and strengthen its financial structure.

These are solid fundamentals on which we can rely to return in 2022 to the momentum expected before the pandemic. Our industrial program is ambitious and adapted to the challenges, in our conversion and enrichment plants, but also in our Melox recycling plant, which is benefiting from an investment plan of more than 80 million euros.

Ambition also extends to the commercial field. Following an exceptional year in 2021, 2022 is expected to continue in this vein, with the aim of continuing to diversify our customer portfolio in France, Europe, the United States and Asia.

Finally, our ambition is to innovate, by using our skills and know-how to explore new areas and provide new solutions, such as the development of cancer treatments, the recycling of batteries or the development of new types of fuel for the reactors of the future. These innovative developments will contribute, strengthened by our current industrial base, to the objective of reindustrialization, but also to the development of employment, with Orano planning more than 1,000 new hires in 2022.

Finally, this ambition goes beyond 2022. Because although the health crisis may seem to be behind us, both the climate crisis and geopolitical tensions lie ahead. Faced with these majors changes, it is vital to have a compasses to point far ahead and guide our actions towards what really matters. This is why, in 2021, Orano adopted a purpose and a commitment policy that focuses on three major challenges of this century: the climate, of course, but also the efficient use of resources, and health.

2021 was the year we launched our commitment policy. In 2022, we will ramp up our actions, notably to reduce our carbon emissions, with a target of - 40% $CO_2$ equivalent emissions by 2025 compared to 2015, and define our roadmap to protect biodiversity. Faced with the climate, sovereignty and employment challenges, now is the time to act, and Orano is ready!

# PRESENTATION OF THE GROUP

# 1

| 1.1 | Overview | 6 |
| 1.2 | Our activities | 8 |
| 1.3 | Our purpose | 9 |
| 1.4 | Contribute to key global issues | 10 |
| 1.5 | A committed roadmap for 2030 | 12 |

| 1.6 | Financial and non-financial performance | 14 |
| 1.7 | Our value creation model | 16 |
| 1.8 | Sharing with our stakeholders | 18 |
| 1.9 | An operational risk management | 20 |
| 1.10 | A responsible and fully committed governance | 21 |

**1** PRESENTATION OF THE GROUP
Overview

# 1.1 Overview

€**4.7**bn

**in revenue**

**16,500**

**employees**

€**25.8**bn

**backlog**
(*i.e.* more than 6 years
of revenue)

**14**

**countries**



**11%**

**Americas**

# TOP 3

**worldwide in its key activities**

**1**

## BREAKDOWN OF 2021 REVENUE

**BY REGION**

**39%**
Europe
Excluding France

**36%**
France

**13%**
Asia-Pacific

**1%**
Africa and Middle East

**BY BUSINESS**

**23%**
Mining

**20%**
Front End

**57%**
Back End

**1** PRESENTATION OF THE GROUP
Our activities

# 1.2 Our activities

**Orano and its 16,500 employees use their expertise, their permanent quest for innovation, their mastery of cutting-edge technology and their unwavering dedication to safety, to serve their customers in France and abroad.**



### MINING

Our mining activities cover the exploration, production and commercialization of uranium worldwide, as well as the remediation of former mining sites. Orano is one of the world's leading producers of uranium.



### CONVERSION AND ENRICHMENT OF URANIUM

On the strength of its unique integrated industrial platform and some of the most modern facilities in the world, with the Philippe Coste conversion plant and the Georges Besse II enrichment plant, Orano is recognized across the entire market for its technical skills and its processes at the cutting edge of innovation.



### RECYCLING OF USED NUCLEAR FUEL

Thanks to the performance of its la Hague and Melox plants, the only ones of their kind to operate on an industrial scale, Orano is able to position itself as a key international player in the processing and recycling of used nuclear fuels.



### NUCLEAR PACKAGES AND SERVICES

Right across the nuclear fuel cycle, Orano provides its unique expertise in the design, approval and manufacturing of casks, as well as the conducting of transport operations, whether overland, by sea or by rail, coupled with the very highest level of risk management.



### DISMANTLING AND SERVICES

With 50 years of experience, Orano is a leading supplier of operations support services for nuclear sites (on-site logistics, specialized maintenance, radiological safety), radioactive waste management, and the dismantling of nuclear equipment and facilities at the end of their lifetime.



### ENGINEERING

Engineering activities are focused on markets in engineering consulting, project owner or prime contractor assistance, design and execution engineering, startup and operations support for plants. They serve both the group's own activities, as well as external customers, in France and abroad.



### NUCLEAR MEDICINE

Orano Med, a subsidiary of Orano , is a company that combines biotechnologies and nuclear technology to develop new therapies in the fight against cancer.

## 1.3 Our purpose

**1**



Since 2020,
the group has
defined a renewed
corporate plan
based on
commitment,
and co-constructed
with the teams.
This is supported
by a purpose,
approved by the
Board of Directors,
which sets
out the challenges
to which
Orano intends
to contribute.

**To develop know-how
in the transformation
and control of nuclear
materials for the climate,
for a healthy and
resource-efficient world,
now and tomorrow**

**OUR VALUES**



SAFETY & SECURITY



CUSTOMER
SATISFACTION



CONTINUOUS
IMPROVEMENT



RESPECT
AND PEOPLE
DEVELOPMENT



COHESION
AND TEAM SPIRIT



ETHICS, TRANSPARENCY
AND DIALOGUE

**1**

**PRESENTATION OF THE GROUP**
Contribute to key global issues

# 1.4 Contribute to key global issues

**Our contribution is made in a context of climate, energy, economic and health challenges. Orano intends to contribute to three challenges: for the climate, the preservation of resources and health.**

 **CLIMATE**

Thanks to all its activities in the fuel cycle, Orano contributes to access, for all, to competitive and low-carbon electricity in a world fighting against global warming.

**IPCC ranks nuclear among low-carbon energies globally**

Comparison of greenhouse gas emissions (g eq $CO_2$/KWh)



| Coal | Gas | Photovoltaic | Hydro | Nuclear | Wind power |
|------|-----|--------------|-------|---------|-----------|
| 820 | 490 | 41 | 24 | **12** | 11 |

*Source: IPPC literature review, 2015.*

 **RESOURCES**

With industrially proven technologies for the recycling of materials and waste reduction, our group contributes to the preservation of resources and the environment.

**Savings of raw materials related to recycling ***



**10%** of French nuclear electricity comes from recycled materials

**800** metric tons of natural uranium (a mining resource) are saving each year by France thanks to the recycling of used fuels

*\* Based on 2019 consumption of natural uranium.*

 **HEALTH**

Orano develops activities in nuclear medicine to provide therapeutic solutions to combat cancer.

**1**

## COMMITTED TO SUSTAINABLE DEVELOPMENT

Orano intends to contribute to the collective commitment to the United Nations Sustainable Development Goals by prioritizing its action around 6 themes:



**Fight against climate change**

Climate and carbon neutrality



**Responsible consumption and production**

Preservation of natural resources and waste reduction



**Industry, innovation and infrastructure**

Environmentally-friendly industrialization and innovation



**Affordable and clean energy**

Reliable and competitive energy



**Decent work and economic growth**

Skills development in the regions



**Good health and well-being**

For safety, security, health and contribution to medical research

**1**

**PRESENTATION OF THE GROUP**
A committed roadmap for 2030

# 1.5 A committed roadmap for 2030

Through its strategic priorities, the group intends to structure its contribution and its actions with a societal and environmental ambition that meets the challenges and expectations, without forgetting the fundamentals of performance and development.

**FIVE STRATEGIC AREAS TO STRUCTURE OUR ACTION**



## COMMUNITIES
Be engaged and responsible locally in our environment



## CLIMATE
Contribute to carbon neutrality



## COMPETENCIES
Mobilize proud and committed employees, who embody our purpose



## CUSTOMER GROWTH
Innovate to preserve resources and protect health



## CASH
Operate efficiently by reducing our footprint

## ORANO'S COMMITMENT ROADMAP FOR 2030

**1**

| Focuses and commitments | Objectives for 2030 (*vs.* 2019) | Markers in 2025 |
|---|---|---|
| **OUR VALUES**<br>Aim for the highest standards | Aim for the highest standards in terms of nuclear safety, environment, health and occupational safety | 0 INES level 2 event<br>Accident frequency rate<br>(Orano employees) less than 1 |
| | Make information and dialogue more accessible to our stakeholders and more explicit regarding sensitive perceptions | 80% of our stakeholders satisfied with the "transparency" and "dialogue" topics |
| **COMMUNITIES**<br><br>Be engaged and responsible locally in our environment | Strengthen local roots, particularly in the area of skills development and employment | 80% of local residents have a positive view of Orano's activity in their area |
| | Build a second life for sites | 100% of site planning includes management of long-term liabilities |
| | Eco-design all our major projects | 50% eco-designed major projects |
| **CLIMATE**<br><br>Contribute to carbon neutrality | Reduce the "equivalent" carbon footprint of our business in line with the Paris Agreement | -40% $tCO_2e$ scopes 1 and 2 *vs.* 2015 (SNBC* reference year) |
| | Innovate to reduce the footprint of our customers and increase the acceptability of nuclear and nuclear materials | Laboratory validation of a solution for decommissioning hulls |
| **COMPETENCIES**<br><br>Mobilize proud and committed employees who embody our purpose | Offer professional and personal development within an attractive work environment | 75% engagement rate for employees |
| | Be a benchmark, inclusive employer, promoting diversity | 1,000 group managers involved in mentoring/tutoring |
| | Develop our innovation ecosystem | Revenue from innovative business models, products and services |
| **CUSTOMER GROWTH**<br><br>Innovate to preserve resources and protect health | Broaden our recycling offer | Group revenue close to 4.5 billion euros |
| | Develop anti-cancer treatments using nuclear medicine | |
| | Become a player in the medical, industrial and research isotopes markets | |
| **CASH**<br><br>Operate efficiently by reducing our footprint | Improve the efficiency of the extended enterprise by 25% | 10% improvement in the use of raw materials (water, energy, *etc.*) *vs.* 2019 |
| | Reduce our production of non-recycled waste by 25% | -10% non-recycled waste produced (*vs.* 2019) |

*\* SNBC: French National Low-Carbon Strategy (2020 version).*

# 1.6 Financial and non-financial performance

## SAFETY SECURITY

### INES EVENTS

### FREQUENCY RATE OF WORKPLACE ACCIDENTS WITH LOST TIME (ORANO EMPLOYEES)

## CUSTOMER GROWTH

### BACKLOG

### 2021 REVENUE

Annual

by activity

by region

### EBITDA RATE (EBITDA/REVENUE)

## CASH

### NET CASH FLOW

### NET DEBT











**COMMUNITIES**

SHARE OF NON-GROUP PURCHASES
IN FRANCE BY FRENCH ENTITIES

%

90% (2019) — 91% (2020) — 90% (2021)

SHARE OF NON-GROUP PURCHASES
BY FOREIGN ENTITIES IN THE HOST COUNTRY

%

73% (2019) — 73% (2020) — 73% (2021)



**CLIMATE**

DIRECT AND INDIRECT GHG EMISSIONS

$tCO_2e$

497,685 (2019): Scope 2 = 249,955, Scope 1 = 247,730
487,262 (2020): Scope 2 = 243,848, Scope 1 = 243,414
417,255 (2021): Scope 2 = 221,720, Scope 1 = 195,535

DIRECT AND INDIRECT GHG EMISSION INTENSITY

$tCO_2e$ / €M
of revenue

131 (2019) — 132 (2020) — 127 (2021)



**COMPETENCIES**

WORLDWIDE PERMANENT
EMPLOYEE HIRING

FTE

1,264 (2019) — 1,210 (2020) — 1,230 (2021)

WOMEN IN WORLDWIDE WORKFORCE

%

21.7 (2019) — 21.6 (2020) — 21.8 (2021)



ENERGY INTENSITY

MWh / €M
of revenue

509 (2019) — 505 (2020) — 572 (2021)

WATER INTENSITY

M³ / €M
of revenue

3,029 (2019) — 2,940 (2020) — 2,764 (2021)



**1** PRESENTATION OF THE GROUP
Our value creation model

# 1.7 Our value creation model

## ASSETS AND RESOURCES



### HUMAN CAPITAL

- **16,500** active employees worldwide including **21.8%** women
- **4 training schools**: Vocational Training School, Management School, Mining College and Trihom
- **2,528** employees trained in compliance and ethics at the end of 2021



### INTELLECTUAL CAPITAL

- **~ €100 M** spent on R&D effort
- **> 40 years** of collaboration with the CEA
- **10** collaborations with universities, with integration of new skills like Design
- **526** recognized multidisciplinary **experts**



### INDUSTRIAL & ENVIRONMENTAL CAPITAL

- A regional presence on **4 continents**
- **3** renewed, modern and competitive **industrial platforms** in France (la Hague, Tricastin, Melox)
- **57%** of our global facilities are ISO 14001 certified, **66%** ISO 9001 and **76%** OSHAS 18001or 45001
- **€550 M** in industrial investments on average per year
- **SHIFT**, 1 digital transformation plan to support the safety and performance of activities



### SOCIETAL CAPITAL

- **Responsible player** from design to redevelopment
- **Dialogue and local involvement** with stakeholders
- Creation of **Stakeholders' Committee**
- **Support** for skills development in the regions



### ECONOMIC CAPITAL & SHAREHOLDING

- **> 4/5** of share capital held by the French State guaranteeing stable governance
- Structured governance with **4 specialized committees** comprising experts recognized in their fields
- **More than 6 years** of revenue in the backlog

**OUR PURPOSE**
To develop know-how in the transformation for the climate, for a healthy and resource-

**5 STRATEGIC AREAS**



COMMUNITIES



CLIMATE



1st stage of conversion
Orano Malvési

Extraction – Processing
Natural uranium concentrate
Orano Mining

Uranyl nitrate

Engineering

Recycling – MOX fuel production
Orano Melox

Nuclear Medicine

Plutonium

**CREATING**

| €4,726 M | €1,360 M |
|---|---|
| Revenue | Employee benefits expense |

**1**

## and control of nuclear materials
## efficient world, now and tomorrow



**COMPTENCIES**



**CUSTOMER GROWTH**



**CASH**



2nd stage of conversion
**Enrichment**
Orano Tricastin

**Storage of recyclable materials**
Depleted uranium, reprocessed
uranium, *etc.*

*MOX fuel*

**Fuel
manufacturing**
*Third-party players*

**Nuclear Packages
and Services**

**Dismantling
and Services**

**Nuclear power plants
Power generation**
*Third-party players*

*Used fuel*

**Reprocessing
of used fuel**
Orano la Hague

**Cigéo project**
Medium-level long-lived
waste/high-level



**SHARED VALUE**

**€175 M**
Taxes and duties

**€2,102 M**
External purchases

---

**ACHIEVEMENTS AND RESULTS**



**HUMAN CAPITAL**
- **1,230** permanent hires
- **814** work-study students
- **36 hrs./year** of training per employee in
  France and a training access rate of **96%** in
  France
- **89/100** gender equality index (France)
- **30.7%** women on the group's management
  committees
- Accident frequency rate **1.5**



**INTELLECTUAL CAPITAL**
- **>30** innovative technological solutions
  deployed on the sites
- **>40** on-going Proofs of Concept (**POC**)
- **40** on-going business innovation explorations
- **>100** collaborations with start-ups to meet
  the energy challenges of tomorrow



**INDUSTRIAL
& ENVIRONMENTAL CAPITAL**
- **A major player in the low-carbon transition**,
  making it possible to offer one of the least
  carbon-emitting technologies, thanks
  to its contribution (**12 g $CO_2$/KWh**)
  and the recycling of used fuel
- Transparency and control of nuclear safety
  in 2021: **0** INES level 2 event,
  **6** INES level 1 events, **119** INES level 0 events
- Scopes 1 and 2 carbon intensity
  at **127 tCO$_2$e/€M of revenue**
- **-3%** energy consumption compared to 2019



**SOCIETAL CAPITAL**
- Responsible management of activities:
  nearly **€8.7 bn** in earmarked assets
  to cover all  of our obligations for future
  dismantling obligations of our nuclear sites
- **90%** of non-group purchases by French
  entities from suppliers located in France
- **€3.9 M** invested in 2021 in the regions
  by the Mining activity for healthcare,
  access to water, training
  and economic development



**ECONOMIC CAPITAL & SHAREHOLDERS**
- **9** meetings of the Board of Directors in 2021
  with an average attendance rate of **91%**
- **€210 M** net cash flow

**1**

**PRESENTATION OF THE GROUP**
Sharing with our stakeholders

# 1.8 Sharing with our stakeholders

In 2020, Orano carried out its first materiality analysis at group level. Nearly 50 managers interviewed 130 external stakeholders on their societal and environmental expectations.

**130**
stakeholders
interviewed

**160**
managers
interviewed
internally

**16**
priority
issues

**2** shared priorities:
- safety and security
- transparency and information

**OUR STAKEHOLDERS**

— **CLIENTS & PARTNERS**

— **EMPLOYEES & REPRESENTATIVES**

— **ADMINISTRATIONS & AUTHORITIES**

— **SHAREHOLDERS & INVESTORS**

— **SUBCONTRACTORS & SUPPLIERS**

— **ELECTED OFFICIALS & STATE REPRESENTATIVES**

— **PUBLIC & TERRITORIES**
- Local residents & communities
- Actors in employment and local development
- School relations & younger generations
- Relations with media & associations

## LISTENING TO THE EXPECTATIONS AND CHALLENGES EXPRESSED BY OUR STAKEHOLDERS

From this first matrix exercise, Orano has retained the following elements:

- a good understanding of safety and security, governance (ethics, risk management, business continuity, *etc.*) and contribution to the fight against global warming;
- high expectations, deemed still perfectible by stakeholders regarding waste management, the environmental performance and eco-design of our projects, end-of-life management of sites and innovation;
- expectations also regarding transparency and dialogue, regional economic development and support for training.

The group intends to respond to this through its 2030 commitments.

### MATERIALITY MATRIX FOR ORANO'S STAKEHOLDER ISSUES



*Source: Orano*

# 1.9 Operational risk management

In a constantly changing environment, the diversity of Orano's activities exposes the group to risks of various kinds and different origins.

Orano has created a risk management system in keeping with the recommendations of the Autorité des marchés financiers (AMF, the French financial market authority), the professional standards of the Committee of Sponsoring Organizations of the Treadway Commission (COSO), and the changes in regulations concerning the non-financial performance statement and the corporate duty of care.

The establishment of a strong risk culture within the group enables the identification, anticipation and management of these risks and associated opportunities.

The health crisis highlighted the resilient nature of the Orano group with the maintenance of its activity and little financial impact.

The challenges related to global warming have shown the complementarity and opportunity of low-carbon energies such as renewables and nuclear.

## MAPPING OF THE MAIN RISKS

High

Nuclear safety and environmental protection

Political and economic context

Financial challenges

Issues related to the group's transformation and human resources

Cybersecurity

Group commitments in terms of employee health and safety

Issues related to end-of-lifecycle operations

Major projects

Sustainability of industrial facilities, workload plans, cost control

Commercial and legal commitments

Impact of climate change on our facilities and activities

Uranium reserves and resources

Transportation safety and security

Subcontracting and suppliers

Legal risks involving the group

Tax issues

Risks of corruption and influence peddling

Impact

Low

Probability of occurrence

High

*Source: Orano*

This risk management feeds back into the group's internal control system, which is the responsibility of all group employees.

# 1.10 A responsible and fully committed governance

**1**

**COMPOSITION OF THE BOARD OF DIRECTORS
(AT FEBRUARY 24, 2022)**



Independent Directors (4)

**Claude IMAUVEN**
Chairman of the Board

**Anne-Sophie LE LAY**

**Patrick PELATA**

**Marie-Hélène SARTORIUS**

**Philippe KNOCHE**
Chief Executive Officer

Directors proposed by the State (5)

**Philippe BRAIDY**

**François DELATTRE**

**François JACQ**

**Cécile SELLIER**

**Marie-Solange TISSIER**

**13**
**members**

**9**
meetings

**91%**
attendance

Directors representing employees (2)

**Bernard BASTIDE**

**Luc GERVAUD**

Director representing
the State

**Bruno VINCENT**

**BOARD COMMITTEES**



**Audit
and Ethics
Committee**

**Compensation
and Nominating
Committee**

**Strategy
and Investments
Committee**

**End-of-Lifecycle
Obligations
Monitoring
Committee**

**COMPOSITION OF THE EXECUTIVE COMMITTEE**

| | | | |
|---|---|---|---|
| **Philippe KNOCHE** | Chief Executive Officer | **Nicolas MAES** | Mining |
| **Patrick CHAMPALAUNE** | Sales & Marketing | **Jacques PEYTHIEU** | Chemistry-Enrichment |
| **David CLAVERIE** | Finance | **Pascal AUBRET** | Recycling |
| **Hélène DERRIEN** | People & Communications | **Frédéric DE AGOSTINI** | Nuclear Packages and Services |
| **Laurence GAZAGNES** | Safety-Health-Security and Environment | **Alain VANDERCRUYSSEN** | Dismantling and Services |
| **Corinne SPILIOS** | Performance | **Guillaume DUREAU** | R&D and Innovation, Projects |

**1** **PRESENTATION OF THE GROUP**

# SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR

**2**

**2.1 Highlights of the financial year** `NFPS` **24**

| | | |
|---|---|---|
| 2.1.1 | Impacts of the Covid-19 health crisis | 24 |
| 2.1.2 | Change in capital | 24 |
| 2.1.3 | Business highlights | 24 |

**2.2 Simplified group organization chart – subsidiaries, interests and branch offices** `NFPS` **27**

| | | |
|---|---|---|
| 2.2.1 | Simplified group organization chart at December 31, 2021 | 27 |
| 2.2.2 | Acquisitions of equity interests and takeovers during the past financial year | 28 |
| 2.2.3 | Branch offices and representation offices | 28 |

**2.3 The group's businesses** `NFPS` **29**

| | | |
|---|---|---|
| 2.3.1 | Mining | 29 |
| 2.3.2 | Front End | 35 |
| 2.3.3 | Back End | 37 |
| 2.3.4 | Orano's other operations | 41 |

**2.4 Research and Development activities** `NFPS` **42**

**2.5 Financial situation of the Company and the group during the past financial year** `NFPS` **43**

| | | |
|---|---|---|
| 2.5.1 | Summary of key figures and segment information | 43 |
| 2.5.2 | Consolidated financial statements for the past financial year | 45 |
| 2.5.3 | Company financial statements for the past financial year | 52 |
| 2.5.4 | Dividends | 52 |
| 2.5.5 | Non-tax deductible expenses | 52 |

**2.6 Foreseeable developments and future prospects** `NFPS` **53**

| | | |
|---|---|---|
| 2.6.1 | Future prospects | 53 |
| 2.6.2 | Orano's financial outlook | 54 |

**2.7 Significant post-closing events** `NFPS` **55**

| | | |
|---|---|---|
| 2.7.1 | Significant events between the reporting date and the preparation date of the management report | 55 |
| 2.7.2 | Significant events between the preparation date of the report and the date of the General Meeting | 55 |

# 2.1  Highlights of the financial year

## 2.1.1  Impacts of the Covid-19 health crisis

In 2021, the group's mining activities were its sole activities impacted by the Covid crisis from January to early May, with the shutdown of the Cigar Lake mine and the McClean Lake mill.

## 2.1.2  Change in capital

On February 22, 2021, the French State acquired 10,566,111 shares from AREVA SA, *i.e.* 4.0% of the share capital of Orano SA.

On July 12, 2021, in its role as trustee of the trust set up by AREVA SA for the benefit of its lenders, Caisse des Dépôts et consignations sold 12,121,953 Orano SA shares, *i.e.* 4.6% of the share capital, to the French State. As a result, this trust was closed and the balance of the 26,415,277 Orano SA shares held until then by Caisse des Dépôts et consignations, *i.e.* 14,293,324 shares, was transferred to AREVA SA.

On July 13, 2021, the French State acquired 31,698,333 Orano SA shares, *i.e.* 12.0% of the share capital, from AREVA SA.

On October 1, the French State acquired 24,830,361 Orano SA shares, representing approximately 9.4% of the Company's share capital, from AREVA SA.

Since that date, the capital of Orano SA has been held by the French State (79.99%), AREVA SA (0.01%), CEA (1 share), JNFL (5%) and MHI (5%), as well as by Natixis in the role of a trust (10%).

## 2.1.3  Business highlights

### 2.1.3.1  Mining

- While the spot price of uranium hit a low of around 27.3 US dollars/lb in early March 2021, the spot price reached 51.12 US dollars/lb in the third quarter before closing the year at 42.0 US dollars/lb, which is the highest closing price since 2013. This sharp increase and the significant fluctuations during the year can be explained by the massive purchases of physical uranium by investors, initially by "Junior Mining companies", then above all by financial funds. The long-term indicator also increased in the second half of the year to reach 41 US dollars/lb at the end of 2021 (compared to 33 US dollars/lb at the end of 2020).
- On March 31, 2021, the Akouta mine in Niger operated by Cominak ceased production after more than 40 years and

75,000 metric tons of uranium extracted. The cessation of mining activities had been decided by the Board of Directors of Cominak on October 23, 2019 in response to the depletion of the deposit. The redevelopment of the site began immediately after the closure and is expected to last around 10 years and will be followed by environmental monitoring for five years (renewable) in accordance with regulations in Niger and in compliance with international standards.

- In April, improvements in the health situation in Canada enabled the resumption of activities at the Cigar Lake mine (operated by Cameco) and the McClean Lake mill (operated by Orano), which had been shut down in mid-December 2020 due to the resurgence of the coronavirus pandemic.
- In July, Orano and its industrial partners launched a pilot project for the recycling of metals contained in electric vehicle batteries. The project received support from the French State as part of the recovery plan as well as support from the Nouvelle Aquitaine region.
- In July, the Zuuvch Ovoo pilot in Mongolia began mining uranium using the *In Situ* Recovery technique. The tests will take approximately two years to complete, in order to confirm the economic, environmental and societal feasibility of the project.
- In September, the French Prime Minister Jean Castex inaugurated Orano's new Extractive Metallurgy Innovation Center (CIME) at the Bessines-sur-Gartempe site in the Nouvelle Aquitaine region, in the presence of the Minister for Transport, Jean-Baptiste Djebbari and many local elected officials. This new production plant, which represents an investment of more than 30 million euros, enables the group to strengthen its support for its customers in a state-of-the-art environment, and to continue its diversification approach around innovative projects in the fields of energy transition and the circular economy.
- In November, Orano Canada and its partner, Denison Mines, announced the successful completion of the SABRE five-year trial program. SABRE is an innovative extraction method, developed by Orano engineers, which aims to make small, high-grade Canadian deposits that are not economically viable using conventional extraction techniques accessible and economic in the very near future.

### 2.1.3.2  Front End

- In 2021, enrichment market indicators continued their gradual rise. This trend is expected to continue in a context where some enrichers have to address the replacement of ageing centrifuge capacity and forecasts of an expected increase in demand for the next decade. The SWU Spot benchmark price rose from 52 US dollars per SWU at the end of 2020 to 56 US dollars per SWU at the end of 2021 (average of the UxC and TradeTech indicators). The long-term SWU price rose from 58 US dollars at the end of 2020 to 63 US dollars at the end of 2021.

- Orano is closely observing the ongoing developments in certain North American design concepts for advanced reactors that use fuels based on fissionable material, with uranium-235 enrichment rates of up to 19.75% (High Assay Low Enriched Uranium - HALEU), which must then be transformed into an appropriate chemical form. Orano, which has the technologies and know-how in enrichment and uranium chemistry, wishes to support the development of this new market and is now initiating preparatory work in this direction.

- Concerning the conversion market, ConverDyn announced in the first half of 2021 that it is preparing to restart its Metropolis plant for 2023. This announcement had a limited impact on the long-term price, which fell slightly from 19 US dollars/kgU at the end of 2020 to 18.5 US dollars/kgU at the end of 2021 (average of the UxC and TradeTech indicators). However, the very sharp increase in natural uranium prices observed in the second half of the year led to a decline in the Spot price indicator. The opportunistic behavior of certain market players led to the sale of the conversion components contained in their $UF_6$ at low prices in order to be able to mobilize and sell natural uranium. The Spot benchmark price of the conversion thus went from 21 US dollars/kgU at the end of 2020 to 16 US dollars/kgU at the end of 2021 (average of the UxC and TradeTech indicators).

- In 2021, the Covid-19 epidemic did not have any impact on the enrichment and conversion markets.

- Production at the Georges Besse II enrichment plant continued uninterrupted with a yield of over 99%.. In 2021, Orano initiated the necessary steps to be able to produce uranium enriched to more than 5% in the coming years in order to meet changes in demand, if this materializes.

- The ramp-up of the Philippe Coste conversion plant continued in 2021 with the commissioning and parallel operation of two flame reactors. The plant operated with a monthly production of over 1,000 t$UF_6$ over several consecutive months. The project phase has been completed and production is gradually increasing to reach the nominal capacity of nearly 15,000 metric tons. $UF_6$ production amounted to 8,600 metric tons in 2021 compared to 2,400 metric tons in 2020. At the same time, the modernization of the Malvési hydrofluorination workshops in 2020 also enabled production in 2021 to reach more than 1,000 t$UF_4$ over several consecutive months and at the expected quality levels. The modernization of this workshop will eventually ensure the supply of $UF_4$ to the Philippe Coste plant at full capacity.

- Civil engineering for the stable isotope production facility was completed in October 2021. Stable isotopes are non-radioactive forms of atoms that are used in a large number of applications, notably in the medical field, scientific research, industry and quantum computing. Their production is based on the same technology as uranium enrichment. Through the Stable Isotope Laboratory (LIS), Orano leverages its industrial expertise in chemistry and enrichment while offering its customers an alternative for the production of these essential elements. The first production by LIS is expected in 2023.

- Shipments of Orano's reprocessed uranium took place between France and Russia, in accordance with an agreement signed between Rosatom and Orano. This agreement provides for the use of this highly energetic material in the Russian fleet of reactors. This operation saves natural resources and is part of the strategy of both countries for the recycling of nuclear materials.

### 2.1.3.3  Back End

### Recycling

- In August 2021, the German utilities PreussenElektra, RWE, ENBW and Vattenfall signed a set of contracts with Orano for a total amount of more than 1 billion euros for the return of all German nuclear waste stored at the Orano la Hague plant. These contracts represent the balance of all commitments made in the past for waste from German utilities and provide for the return to Germany of the equivalent in mass and radioactivity of this waste contained in the used fuel elements from German reactors. More than 97% of the total radioactivity has already been returned. These contracts entered into force on September 7, 2021 after the signing of an intergovernmental agreement between Germany and France.

- In October, Orano signed a letter of agreement with EDF for the continuation of studies on the detailed preliminary design as part of the project for the densification of the pools at Orano la Hague. EDF has chosen to build a centralized storage pool on the Orano la Hague site, on a plot of around fifteen hectares that would become the property of EDF. This project to build an underwater storage facility for used fuel is the subject of a preliminary consultation launched on November 22, 2021. On the decision of the French National Public Debate Commission, this consultation will be extended to the second half of 2022.

- In November, 32 MOX assemblies were produced for the Japanese customer Kansai, including 16 delivered to the customer's Takahama plant (Fukui Prefecture - Japan).

- Production difficulties were encountered in 2021 at the recycling activity's industrial sites:
  - the Melox plant is carrying out a project called "Relançons Melox", enabling the plant's production capacity to be increased, and
  - one of the two plants in Orano la Hague (UP3) had to be shut down due to the failure of two evaporators. The repairs undertaken enabled a resumption of activity in December 2021.

- In September, Orano submitted an application to the French Nuclear Safety Authority (ASN) to obtain authorization to increase the storage capacity of Melox waste at the Orano la Hague site.

### Nuclear Packages and Services

- In 2021, Orano won contracts worth several hundred million euros in the European, Asian and American markets for the shipping, dismantling of packages and dry storage of used fuel.

- For strategic reasons, Orano wants to locate within France the assembly of its new nuclear packaging concept, TN Eagle, for the shipping and/or dry storage of used fuel. The TN Eagle workshop project in Cherbourg (Manche) is one of the winners of the investment support fund for the nuclear sector under the "*France relance*" (France recovery) plan.

- On September 30, Orano acquired the nuclear operations of the Daher Group in Germany (Daher Nuclear Technologies GmbH "DNT") and its subsidiary in North America (TLI Inc. "TLI"). This acquisition will enable Orano NPS to benefit from complementary know-how and locations, particularly in Germany and the United States, while expanding its range of products and services.

**2**

Case 1:05-cv-01548-RCL   Document 313-5   Filed 03/11/24   Page 29 of 325



**2**   SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Highlights of the financial year

- On October 29, Orano acquired Société de Transports Spéciaux Industriels (STSI), a company specializing in the multimodal transportation of sensitive materials, in particular the rail and road transportation of nuclear materials. Following this acquisition, a strategic partnership was signed on November 2 between Fret SNCF, STSI and Orano NPS to promote the development of rail transportation of Orano's nuclear materials in Europe.

## Dismantling and Services (DS)

- In line with the acquisitions of companies made in the field of maintenance in 2020, the Dismantling and Services business increased its activities in this sector through calls for proposals from French nuclear operators. In particular, Orano DS renewed its lifting equipment maintenance contract for the EDF power plant in Paluel (Seine-Maritime) and won a tender for the six units of the Gravelines power plant (Nord).

- In terms of operations, Dismantling and Services continued to progress on several major projects and served its customers in accordance with its commitments, despite the constraints related to the health situation. The Orano DS teams thus contributed to the activities of the cycle plants, whether in the context of dismantling and waste management projects at the CEA or supporting production at the Orano plants. For the French nuclear fleet, Orano DS remains the main supplier of logistics services to support the operation of nuclear power plants. Through its PGAC (Global Site Assistance Service) offering, which includes radiation protection services, installation and removal of scaffolding and heat insulation, and tool storage management, Orano DS maintained a permanent presence on sites throughout 2021 to support power generation by EDF.

- In 2021, the dismantling sites of the Orano facilities reached a new level of activity and exceeded their annual target. This result is linked both to the schedules that were closely maintained at la Hague, where the DS teams dismantle the nuclear process when a UP2-400 used fuel recycling plant is shut down, and to the good performance of the first deconstruction operations at the former George Besse I uranium enrichment plant, on the Orano Tricastin site. Internationally, the reactor core cutting project for the Vermont Yankee nuclear power plant in the North-East United States has entered its final phase, with the aim of completing all operations in the first half of 2022.

- In the field of innovations, Orano DS has filed several patents in France and internationally to secure the development of its technologies. In particular, the "Anemone" multi-use bio-inspired sampler successfully passed the test phases and was selected by a leading Japanese player as part of the corium capture operations planned for reactor number 2 at the Fukushima Daiichi nuclear power plant (Fukushima Prefecture - Japan). In parallel, in line with the agreements signed the previous year with 4 solution providers, the Dismantling and Services business continued to digitize several areas of its business, such as load-capacity, information collection and management in the field, monitoring of clearances and issues related to the safety of operations.

## Engineering

- The Engineering activity strengthened its commercial momentum in the United Kingdom in 2021 by winning several contracts with the Nuclear Decommissioning Authority (NDA) for facility end-of-life management projects at Sellafield (England) and for the UK plutonium management strategy in partnership with Orano's recycling activity. Another major contract was signed in partnership with the company Jacobs for the Dounreay (Scotland) nuclear plant dismantling project.

- ITER (the international thermonuclear experimental reactor located in Bouches-du-Rhône, France) remains a strategic market on which, in partnership with the company Jacobs, Orano Projets won a framework contract for the Fuel Cycle for studies on key equipment. Orano Projets was also selected for lot 4 of the Fuel Cycle for studies of containment equipment, in partnership with SPG (a Clemessy subsidiary).

- Two years after the signing of the Russian W2 contract with ECP, a subsidiary of the Rosatom group, the first equipment for the defluorination plant was delivered to ECP, in its Zelenogorsk plant in Siberia. The next shipments will concern the furnaces and will take place in mid-2022.

## 2.1.3.4  Other activities

### Nuclear Medicine

In 2021, Orano Med achieved significant milestones in its development:

- on the one hand, concerning the Lead-212 ($^{212}$Pb) production process:
  - Laboratoire Maurice Tubiana (LMT), expanded in 2020, saw its production ramp up with more than 30 dissolutions completed by the end of 2021. The process used involves the recycling of thorium nitrate drums in a closed loop, a world first in this field. The newly built Research and Development Center in Bessines-sur-Gartempe (France), entirely dedicated to the activities of Orano Med, has taken over development activities for the optimization of the production process of $^{212}$Pb on an industrial scale. Both facilities were inaugurated in July 2021,
  - the construction of the first commercial facility for the manufacture and distribution of medicines based on $^{212}$Pb was launched in Indianapolis, in the United States; and
- on the other hand, in the development of cancer treatments: the project to develop treatments for neuroendocrine tumors (NET), in partnership with RadioMedix, is continuing with the authorization by the US Food and Drug Administration (FDA) for the purposes of entering Phase II of clinical development. The treatment of the first patient took place on December 21 in Houston (Texas - United States).

Please refer to Section 2.7 of this report for the highlights since the reporting date.

## 2.2 Simplified group organization chart – subsidiaries, interests and branch offices

### 2.2.1 Simplified group organization chart at December 31, 2021



**Key:** The percentages shown represent direct or indirect shareholding and voting rights at December 31, 2021.

■— Orano SA direct holding
■— Direct holding
⬤····· Indirect holding

*Source: Orano*

 **2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Simplified group organization chart – subsidiaries, interests and branch offices

## 2.2.2 Acquisitions of equity interests and takeovers during the past financial year

### Acquisitions of equity interests

Pursuant to Article L. 233- 6 of the French Commercial Code, Orano made no investments in companies headquartered in France representing more than a twentieth, a tenth, a fifth, a third or a half of the equity in such a company.

### Takeovers

On November 10, 2021, Orano incorporated two simplified joint stock companies, Orano 9 and Orano 10. These entities are wholly owned by the Company.

Pursuant to the provisions of Article L. 233-6 of the French Commercial Code, the company Orano acquired control, *via* its wholly-owned subsidiary, Orano Nuclear Packages and Services SASU, of the company STSI (Société de Transports Spéciaux Industriels SA), on October 29, 2021.

## 2.2.3 Branch offices and representation offices

In accordance with the provisions of Article L. 232-1 II of the French Commercial Code, please note that the Company has a representation office in Belgium.

# 2.3   The group's businesses

Refocused on all nuclear fuel cycle operations, Orano operates in Mining, the Front End and the Back End of the cycle, as well as other activities.

**SCOPE OF ORANO OPERATIONS AT DECEMBER 31, 2021**



*Source: Orano*

## 2.3.1   Mining

The group's mining activities concern the production and commercialization of natural uranium, which is used after conversion and then enrichment to produce fuel for nuclear reactors.

The principal operational businesses of the Mining Business Unit follow the lifecycle of a mine, *i.e.*:

- exploration: search for new deposits;
- development of mining projects: detailed studies, procurement and construction;
- production: extraction, using various mining techniques, followed by processing of uranium ore (concentration of natural uranium by chemical means);
- site redevelopment and conversion after operation: rehabilitation of mining sites in accordance with current environmental standards, followed by environmental monitoring.

The lifecycle of a mine is shown in the following diagram.

**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
The group's businesses



Source: Orano

**MAIN SITES OF THE MINING BUSINESS UNIT**



- Operation
- Suspension of production
- Projects
- Exploration
- Remediation
- Offices and trading

Source: Orano

Orano has a diversified portfolio of assets and resources, both in terms of geography and extraction technology. This diversity is an asset that enables Orano to guarantee long-term security of uranium supplies to its utility customers.

91% of the Mining activity's employees are located outside France, and 98% of employees are local and work in their country of origin. The uranium production sites are located in three countries: Canada, Niger and Kazakhstan.

Orano Mining conducts its activities responsibly, following the principles of the International Council on Mining and Metals (ICMM) and its own CSR policy. Orano also supports the Extractive Industries Transparency Initiative (EITI).

For more information on Orano Mining's societal actions, please refer to Chapter 4 on Orano's *Social, environmental and societal commitments*, or the Orano Mining Corporate Responsibility report available on the group's website (www.Orano.group).

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**

The group's businesses

## Canada

Orano has operated in Canada through its different mining operations for more than 50 years.

Canadian production comes from the McArthur River and Cigar Lake mines operated by Cameco. These sites are located approximately 700 kilometers north of Saskatoon in Saskatchewan Province. The group carries out major exploration work and holds majority interests in several deposits. Additional studies are required to determine the development schedules for these deposits, which will depend on uranium market conditions.

McArthur River is owned by a joint venture between Cameco Corporation (69.805%) and Orano (30.195%). The McArthur ore is processed in the Key Lake plant (83.3% owned by Cameco and 16.7% by Orano). It has a capacity of approximately 6,900 metric tons of uranium per year (or 18 million pounds of $U_3O_8$). Since late January 2018, at the request of its majority shareholder, operations at the McArthur mine and the Key Lake plant have been suspended indefinitely due to the deterioration in market conditions for uranium. On February 9, 2022, Cameco announced the gradual restart in 2022 of the McArthur River mine and the Key Lake ore processing plant. The ramp-up of production is expected to be spread over several years, with, as part of this timeframe, a reduction in production from the Cigar Lake mine in view of the market equilibria.

The Cigar Lake mine is owned by a joint venture consisting of Cameco Corporation (50.025%), Orano (37.1%), Idemitsu Uranium Exploration Canada Ltd (7.875%) and TEPCO Resources Inc. (5%). This deposit, the richest in the world, is mined by Cameco. All the ore extracted from the Cigar Lake mine is then processed in the McClean Lake plant, which is operated by Orano (77.5% owned by Orano, with Denison Mines Ltd as a partner with 22.5%) and whose design enables the processing of very high-grade ores (>15%). The Cigar Lake mine and the McClean plant have a production capacity of 6,900 metric tons of uranium (or 18 million pounds of $U_3O_8$) per year. Production in 2021, disrupted by the coronavirus pandemic, amounted to 4,747 metric tons of uranium (or 12.4 million pounds of $U_3O_8$). Production suspended in December 2020 thus resumed in April 2021. Maintenance work and improvements to the facilities were anticipated during the period of temporary production suspension and helped to minimize the impact on the annual production level.

In addition, between May and September 2021, Orano Canada and its partner in the McClean Lake JV, Denison Mines Ltd, carried out field tests for "SABRE" (Surface Access Borehole Resource Extraction), an innovative mining method developed by Orano in order to enable exploitation of small, high-grade deposits in the Athabasca basin that are difficult to access. Following the promising results of the 2021 program, the two partners plan to assess the potential use of this innovative method for future mining operations on their joint McClean Lake and Midwest properties (74.83% owned by Orano, with Denison Mines Ltd as a partner with 25.17%).

## Niger

Exploration teams from the CEA detected the presence of uranium in Niger at the end of the 1950s. The uraniferous area is located west of the Aïr granite massif near the city of Arlit. Orano operates on three sites, namely Somaïr, Cominak and Imouraren.

Somaïr (Société des mines de l'Aïr), created in 1968, currently employs nearly 800 people and an equivalent number of subcontractors. Orano Mining, the operator, holds 63.4% of the shares and SOPAMIN (Société du patrimoine des mines du Niger) holds 36.6% on behalf of the State of Niger. Given the current characteristics of the processed ore, Somaïr's production capacity is in the region of 2,000 metric tons per year (2021 uranium production: 1,996 metric tons). Following the increase in the level of reserves and the optimization of its production costs generated by efforts in operational excellence, Somaïr now has more than 10 years of production visibility.

On March 31, 2021, the Akouta mine in Niger operated by Cominak ceased production after more than 40 years of service and 75,000 metric tons of uranium extracted. The cessation of mining activities was decided by the Board of Directors of Cominak on October 23, 2019 in response to the depletion of the deposit. Since the end of February 2021, Cominak (Compagnie Minière d' Akouta) has been 59% owned by Orano Mining, after taking over the 25% share of the Japanese company OURD (Overseas Uranium Resources Development). OURD contributed 25% of the dismantling and transition budget estimate when Orano acquired its stake. The other shareholders are SOPAMIN (Niger) with 31% and ENUSA (Enusa Industrias Avanzadas SA, Spain) with 10%.

The redevelopment of the site began immediately after the closure and is expected to last around 10 years. Environmental monitoring will continue at the end of the redevelopment work for a period of at least 5 years, after which an assessment will be carried out. This work will make it possible to restore a safe site in compliance with national standards, international recommendations and Orano's standards in terms of safety and radiation protection. A plan dedicated to supporting employees and subcontractors has been rolled out in addition to the existing legal system. Cominak is committed to implementing appropriate measures for each employee. A reclassification unit made it possible to carry out several dozen internal transfers within the Orano group, as well as reclassifications to sectors seeking experienced and trained profiles (construction, oil industry). Since the summer of 2020, training courses leading to qualifications have been rolled out to support the professional transition of employees who so choose. The redevelopment project also includes a societal component with a transition plan drawn up in consultation with stakeholders, which will be spread over 5 to 10 years depending on the actions undertaken. Measures to support the local economy will be implemented, in particular *via* support for entrepreneurship, health, the education system and the transfer of infrastructure managed by Cominak to the State of Niger. For Cominak, the aim is to be part of a long-term societal transition that is sustainable and useful to the population.

**2**

**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
The group's businesses

Imouraren SA is held at 66.65% by Orano Expansion, itself held at 95.3% by Orano Mining and at 4.7% by KIUI, 23.35% by SOPAMIN and 10% by the State of Niger. This company holds the operating license for the Imouraren deposit. In view of market conditions, production startup work for the Imouraren mine was suspended in 2014. The restart of the project will take place when the market price of uranium reaches and sustains a level ensuring the economic profitability of the project.

As part of the continuity of its activities in northern Niger, Orano is carrying out optimization studies for the Imouraren open-cast mining project. This work includes updating the mineral resources by using a more restrictive ore model in order to improve the robustness of the open-pit project. This work will lead to a decline in mineral resources on the basis of which a new calculation of economic reserves will be carried out in 2022. At the same time, Orano launched studies to assess the technical and environmental feasibility of operating certain parts of the deposit using the ISR method in order to make the operation more attractive. If this feasibility were to be demonstrated, additional drilling would be carried out to better characterize the ore at lower uranium grades.

Each year, the mining companies and Orano implement societal projects in the Arlit region as well as at national level. In 2021, projects focused mainly on access to water, education and economic assistance. In the education component, for example, Somaïr has signed new agreements with schools for the training of their employees and people excluded from employment in sectors of activity related to the needs of the Arlit region (market gardening in arid areas, photovoltaic energy). In terms of economic development assistance, in addition to the actions carried out as part of the redevelopment of Cominak, in particular support for entrepreneurship, the renewal of the partnership with the association "Les Puits du Désert" will enable the creation of activities that generate income for women in the Agadez region.

## Kazakhstan

Katco was established in 1997 to develop and mine the Muyunkum and Tortkuduk deposits in southern Kazakhstan, approximately 250 kilometres north of Shymkent.

Its shareholders are Orano Mining (51%) and KazAtomProm (49%), Kazakhstan's national natural uranium producer. The annual maximum capacity of Katco is around 4,000 metric tons of uranium. In 2021, production amounted to 2,840 metric tons of uranium, mainly due to the impact of Covid at the start of the year.

In April 2017, Orano and KazAtomProm signed a strategic agreement aimed at strengthening their long-standing cooperation in the uranium mining sector in Kazakhstan including the development of the South Tortkuduk project, which will ensure its production over the next two decades. Katco is in negotiations with the State of Kazakhstan on the amendment to its contract for the use of the subsoil, which will allow the launch of the project and its subsequent operation, expected in 2023.

The Kanjugan land permit obtained at the end of 2019 extends the operation of the Muyunkum deposit and ensures the transition to the South Tortkuduk deposit.

Katco is one of the largest uranium mines in the world operated using the ISR technique (*In Situ* Recovery). It produces 7% of

the world's uranium. In 2021, Katco continued the operational deployment of the HYTEC 3D modeling tool developed as part of its Research and Development initiatives in partnership with the French school, Mines ParisTech. Thanks to this tool, which dynamically simulates the exploitation of an ISR deposit, Orano Mining is able to optimize the performance of the exploitation by improving the yields and therefore the lifetime of the deposits. This tool also builds predictive models for natural mitigation, enabling the relevance of this rehabilitation method to be validated. In line with its commitment to the environment, in 2021 Katco conducted a "biodiversity" audit with the aim of developing action plans to protect the fauna and flora on its site.

In 2021, Katco continued its societal actions with local communities, particularly in the areas of health, with the signing of a contract with the authorities of the Turkestan region to finance the construction of a regional ambulance station, an important project for the socio-economic development of the region. In terms of education, more than 136,000 euros were allocated to finance multimedia equipment in seven schools in the District of Sozak, enabling schoolchildren to develop their computer skills.

## Namibia

In Namibia, Orano owns the entire Trekkopje deposit in the Swakopmund region, as well as a water desalination plant, purpose-built at the outset to fulfil the needs of the Trekkopje mining operations, with a capacity of 20 million cubic meters per year. The deterioration of uranium market conditions prompted Orano to mothball the Trekkopje project in October 2012.

The desalination plant is operating at about 60% of its capacity and sells its production to Namwater, the Namibian water company, for neighboring mines and local communities.

## Mongolia

Since June 2017, in accordance with the Atomic Energy Act, the State of Mongolia, through the state-owned company Mon-Atom, has held a 34% stake in Badrakh Energy LLC (formerly AREVA Mines LLC). The remaining 66% is held by AREVA Mongol LLC, which is itself wholly owned by Orano Mining.

Badrakh Energy LLC holds the mining licenses awarded in July 2016 for the Dulaan Uul and Zuuvch Ovoo deposits in the Sainshand basin, discovered by Orano. A pilot plant was built in 2018 to confirm and optimize the technical and economic characteristics of a future operation. In November 2020, the pilot plant began its operations, with the elution of resins loaded with uranium from the Umnut pilot plant in 2010-2011. The first ISR unit at the pilot site began operation in July 2021. This start-up is being carried out in accordance with the necessary authorizations and permits obtained by Badrakh Energy LLC and in accordance with the programs validated by the corresponding competent authorities.

Zuuvch Ovoo is the first uranium project in Mongolia to cover all stages of uranium mining, from extraction to production, to the export of a concentrate. The pilot will provide information necessary to confirm the technical and economic parameters of industrial production. The testing, which will last nearly two years, also aims to highlight the low environmental impact of the ISR extraction method. Local populations will be involved in monitoring the test.

In 2021, through its subsidiary Badrakh Energy, Orano continued its actions to support local community development in accordance with the "Community Development Agreement" signed in 2018 and extended in 2020 and 2021. This agreement defines local economic development, education, human and animal health, as well as access to water, as priority areas for investment. In 2021, Badrakh Energy continued its efforts by renewing herd replenishment projects, granting scholarships and equipment for schools.

In November 2021, faced with the new epidemic wave, Badrakh Energy donated 13,000 rapid tests to various national, regional and local healthcare structures.

### Uzbekistan

The partnership agreement signed on September 4, 2019 between Orano and the State Committee for geology and mineral resources of the Republic of Uzbekistan (GoscomGeology) was materialized by the creation, on December 4, 2019, of the company Nurlikum Mining LLC, 51% owned by Orano and 49% by GoscomGeology. In September 2020, Nurlikum Mining LLC was awarded two exploration permits in the Djengeldi region in the heart of the Kyzylkum province, an area rich in uranium deposits. At the end of 2021, Nurlikum Mining had completed more than 200 exploratory drilling projects and launched the construction of the ISR pilot, which is due to enter production in 2022 in order to confirm the technical, economic and environmental feasibility of exploiting the deposits.

### France

Orano manages almost all of the French former uranium mining sites (235 out of a total of 248), whether or not they were operated by the group, between 1948 and 2001.

The teams ensure the environmental monitoring and the proper functioning of the water treatment plants. At the same time, Orano Mining's Post-Mining France Department is developing the Orano Mining property portfolio in France. Orano Mining also invests in dedicated Research and Development projects, in constant dialogue with the public and authorities. This research led to the establishment in 2019 and 2020 of innovative treatment plants, such as the Bois Noirs site (Loire department) where a zeolite filtration system was deployed to treat the site's water. This process, a first in the field of uranium mining, makes it possible to treat water without the addition of chemical products. Pilot tests were conducted on different scales in 2021 at the Bellezane site to demonstrate the effectiveness of the new process.

Since 2020, Orano Mining has made an interactive mapping application called "CartOmines" available to the general public, which allows everyone to consult the environmental data of the various French uranium mining sites for which Orano is responsible, and the state of their potential reconversion.

As site redevelopment is one of the major pillars of a successful redevelopment, Orano is working with various project leaders to install photovoltaic power plants on former mining sites and facilities classified for environmental protection. Thus, in 2021, work began on the EDF Énergies Renouvelables France project on the former La Prée mining site in the town of Beaurepaire in Loire-Atlantique. At the same time, the photovoltaic park projects of Neoen (Bessines industrial site, Écarpière site and the Baconnière site) and Total Quadran (Montmassacrot site) have obtained all the necessary administrative authorizations and construction work will begin within the next 12 months.

## Reserves and resources

The mineral reserves in Orano's deposits amounted to 207,789 metric tons of uranium at December 31, 2021 (Orano's equity share), compared with 199,141 metric tons of uranium at December 31, 2020.

The volume of the best-known resources (measured and indicated resources) was 164,649 metric tons of uranium at December 31, 2021 (Orano group's equity share), compared with 161,218 metric tons of uranium at December 31, 2020. The volume of inferred resources was 146,283 metric tons of uranium at December 31, 2021 (Orano group's equity share), compared with 150,984 metric tons of uranium at December 31, 2020.

## Estimating methods

The estimates of the group's resources and reserves are based on internal work by the Mining Business Unit or from external reports audited by the business' internal experts. The estimates of ore resources and reserves are carried out by applying the best international standards for disclosure. The NI 43-101 standard is currently one of the preferred standards for Orano reporting.

The mission of the Resources and Reserves Committee, which reports to the Orano group's Executive Management, is to validate the schedule for updating resources and reserves; to validate the resources and reserves reported by Orano each year; and to ensure that the means, organization, and internal and external estimating methods enable a comprehensive and objective estimate of resources and reserves, in accordance with international practices.

**2**

**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
The group's businesses

**MINERAL RESERVES IN THE GROUND - IN METRIC TONS OF URANIUM (TU) (ESTIMATES AT THE END OF 2021)**

| Deposit | Proven reserves | | | Probable reserves | | | Total reserves | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ore (KT) | Grade (%) | Metal (TU) | Ore (KT) | Grade (%) | Metal (TU) | Metal (TU) | Yield (%) | Holding (%) | Orano's equity share (TU) |
| Cigar Lake | 271 | 13.48 | 36,529 | 178 | 12.44 | 22,082 | 58,611 | 98.50% | 37.10% | 21,418 |
| Key Lake | 61 | 0.44 | 270 | 0 | 0 | 0 | 270 | 95.00% | 16.67% | 43 |
| McArthur | 2,140 | 5.91 | 126,495 | 575 | 4.35 | 25,030 | 151,524 | 99.00% | 30.20% | 45,303 |
| McClean | 90 | 0.31 | 279 | 0 | 0.00 | 0 | 279 | 96.00% | 77.50% | 208 |
| **TOTAL CANADA** | **2,562** | **6.39** | **163,573** | **753** | **6.26** | **47,112** | **210,684** | **98.85%** | **-** | **66,971** |
| Katco - Muyunkum | 0 | 0 | 0 | 6,505 | 0.07 | 4,297 | 4,297 | 84.32% | 51.00% | 1,848 |
| Katco - Tortkuduk | 0 | 0 | 0 | 16,156 | 0.11 | 17,963 | 17,963 | 89.28% | 51.00% | 8,179 |
| **TOTAL KAZAKHSTAN** | **0** | **0** | **0** | **22,661** | **0.10** | **22,260** | **22,260** | **88.32%** | **-** | **10,027** |
| Cominak | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 59.00% | 0 |
| Imouraren * | 0 | 0 | 0 | 306,048 | 0.07 | 213,722 | 213,722 | 81.50% | 63.50% | 110,614 |
| Somaïr | 166 | 0.07 | 110 | 30,203 | 0.12 | 37,362 | 37,472 | 84.92% | 63.40% | 20,174 |
| **TOTAL NIGER** | **166** | **0.07** | **110** | **336,251** | **0.08** | **251,084** | **251,194** | **82.01%** | **-** | **130,788** |
| **TOTAL** | **2,728** | **6.00** | **163,683** | **359,665** | **0.09** | **320,456** | **484,138** | **89.63%** | **-** | **207,786** |

\* *Updating work on the resources and reserves under standard NI 43-101 was launched in early 2021.*

**MINERAL RESOURCES IN THE GROUND - METRIC TONS OF URANIUM (TU) (ESTIMATES AT THE END OF 2021)**

| Deposit | Measured resources | | | Indicated resources | | | Total measured & indicated resources | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ore (KT) | Grade (%) | Metal (TU) | Ore (KT) | Grade (%) | Metal (TU) | Metal (TU) | Holding (%) | Orano's equity share (TU) |
| Cigar Lake | 27 | 6.39 | 1,713 | 313 | 12.19 | 38,180 | 39,894 | 37.10% | 14,800 |
| Dawn Lake | 0 | 0 | 0 | 184 | 3.75 | 6,886 | 6,886 | 42.53% | 2,929 |
| Kiggavik | 0 | 0 | 0 | 10,418 | 0.47 | 48,953 | 48,953 | 66.19% | 32,401 |
| McArthur | 92 | 2.23 | 2,041 | 75 | 1.91 | 1,426 | 3,466 | 30.20% | 1,047 |
| McClean | 22 | 2.14 | 476 | 301 | 1.72 | 5,168 | 5,644 | 77.50% | 4,374 |
| Midwest | 0 | 0 | 0 | 1,060 | 1.85 | 19,652 | 19,652 | 74.83% | 14,705 |
| Read Lake | 0 | 0 | 0 | 0 | 0.00 | 0 | 0 | 0.00% | 0 |
| Shea Creek | 0 | 0 | 0 | 526 | 2.67 | 14,014 | 14,014 | 50.90% | 7,133 |
| **TOTAL CANADA** | **141** | **3.00** | **4,230** | **12,877** | **1.04** | **134,279** | **138,509** | **55.87%** | **77,390** |
| Bagombe | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100.00% | 0 |
| **TOTAL GABON** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **100.00%** | **0** |
| Katco | 0 | 0 | 0 | 6,578 | 0.10 | 6,578 | 6,578 | 51.00% | 3,355 |
| **TOTAL KAZAKHSTAN** | **0** | **0** | **0** | **6,578** | **0.10** | **6,578** | **6,578** | **51.00%** | **3,355** |
| Dulaan Uul | 0 | 0 | 0 | 2,567 | 0.03 | 631 | 631 | 66.00% | 417 |
| Zuuvch Ovoo | 0 | 0 | 0 | 148,297 | 0.02 | 34,470 | 34,470 | 66.00% | 22,750 |
| **TOTAL MONGOLIA** | **0** | **0** | **0** | **150,864** | **0.02** | **35,101** | **35,101** | **66.00%** | **23,166** |
| Trekkopje | 0 | 0 | 0 | 60,100 | 0.01 | 7,320 | 7,320 | 100.00% | 7,320 |
| **TOTAL NAMIBIA** | **0** | **0** | **0** | **60,100** | **0.01** | **7,320** | **7,320** | **100.00%** | **7,320** |
| Arlit Concession | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100.00% | 0 |
| Cominak | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59.00% | 0 |
| Imouraren * | 0 | 0 | 0 | 108,668 | 0.06 | 62,584 | 62,584 | 63.50% | 39,741 |
| Somaïr | 0 | 0 | 0 | 18,699 | 0.12 | 21,573 | 21,573 | 63.40% | 13,677 |
| **TOTAL NIGER** | **0** | **0** | **0** | **127,367** | **0.07** | **84,156** | **84,156** | **63.48%** | **53,418** |
| Bakouma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100.00% | 0 |
| **TOTAL CAR** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **100.00%** | **0** |
| **TOTAL** | **141** | **3.00** | **4,230** | **357,786** | **0.07** | **267,434** | **271,664** | **60.61%** | **164,649** |

\* *Updating work on the resources and reserves under standard NI 43-101 was launched in early 2021.*

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
The group's businesses

| Deposit | Inferred resources | | | Total inferred resources | |
| --- | --- | --- | --- | --- | --- |
| | Ore (KT) | Grade (%) | Metal (TU) | Holding (%) | Orano's equity share (TU) |
| Cigar Lake | 186 | 4.73 | 8,820 | 37.10% | 3,272 |
| Dawn Lake | 46 | 0.87 | 396 | 42.53% | 168 |
| Kiggavik | 731 | 0.28 | 2,059 | 66.19% | 1,363 |
| McArthur | 41 | 2.42 | 988 | 30.20% | 298 |
| McClean | 38 | 1.01 | 382 | 77.50% | 296 |
| Midwest | 831 | 0.84 | 6,983 | 74.83% | 5,225 |
| Read Lake | 387 | 6.77 | 26,195 | 21.76% | 5,700 |
| Shea Creek | 631 | 2.25 | 14,185 | 50.90% | 7,220 |
| **TOTAL CANADA** | **2,891** | **2.07** | **60,008** | **39.23%** | **23,543** |
| Bagombe | 2,000 | 0.27 | 5,420 | 68.42% | 3,708 |
| **TOTAL GABON** | **2,000** | **0.27** | **5,420** | **68.42%** | **3,708** |
| Katco | 33,596 | 0.10 | 33,796 | 51.00% | 17,236 |
| **TOTAL KAZAKHSTAN** | **33,596** | **0.10** | **33,796** | **51.00%** | **17,236** |
| Dulaan Uul | 11,942 | 0.03 | 3,417 | 66.00% | 2,255 |
| Zuuvch Ovoo | 174,727 | 0.02 | 39,280 | 66.00% | 25,925 |
| **TOTAL MONGOLIA** | **186,669** | **0.02** | **42,697** | **66.00%** | **28,180** |
| Trekkopje | 114,100 | 0.01 | 12,682 | 100.00% | 12,682 |
| **TOTAL NAMIBIA** | **114,100** | **0.01** | **12,682** | **100.00%** | **12,682** |
| Arlit Concession | 0 | 0.00 | 0 | 100.00% | 0 |
| Cominak | 0 | 0.00 | 0 | 59.00% | 0 |
| Imouraren * | 4,394 | 0.07 | 2,879 | 63.50% | 1,828 |
| Somair | 21,810 | 0.14 | 30,313 | 63.40% | 19,219 |
| **TOTAL NIGER** | **26,204** | **0.13** | **33,192** | **63.41%** | **21,047** |
| Bakouma | 14,983 | 0.24 | 36,475 | 100.00% | 36,475 |
| **TOTAL CAR** | **14,983** | **0.24** | **36,475** | **100.00%** | **36,475** |
| Nurlikum | 25,429 | 0.03 | 6,689 | 51.00% | 3,411 |
| **TOTAL UZBEKISTAN** | **25,429** | **0.03** | **6,689** | **51.00%** | **3,411** |
| **TOTAL** | **405,871** | **0.06** | **230,959** | **63.34%** | **146,283** |

*\* Updating work on the resources and reserves under standard NI 43-101 was launched in early 2021.*

## 2.3.2  Front End

Nuclear fuel cycle Front End operations occur after extraction and processing of the natural uranium ore. They include uranium conversion and enrichment services, which are steps prior to manufacturing the fuel assemblies that will go in the nuclear reactors.

### Conversion of natural uranium ($U_3O_8$) to uranium hexafluoride ($UF_6$)

Conversion is a key step that gives the uranium the purity required and the form of a gaseous chemical (uranium hexafluoride or $UF_6$) suited to enrichment processes. Orano provides the conversion service to its customers, which generally retain ownership of their material.

The uranium concentrate is converted in a two-stage process:

- the Malvési plant in Aude (France) purifies and transforms the uranium mine concentrate into uranium tetrafluoride ($UF_4$). The annual installed capacity is approximately 15,000 metric tons. It also recovers its intermediate products and is currently building a $UO_2$ powder production workshop for the needs of the group's recycling activities;

- the Philippe Coste plant in Tricastin (France) then transforms the $UF_4$ into uranium hexafluoride ($UF_6$) through the addition of two more fluorine atoms. The fluorine used in this process is produced through electrolysis of anhydrous hydrofluoric acid. The plant's main equipment was commissioned at the end of 2018. The commissioning program continued in 2019 and 2020, in particular the programs to make its equipment more reliable. The ramp-up of the Philippe Coste plant continued in

2021, with a view to achieving a nominal production capacity of nearly 15,000 metric tons by 2023, for a global market of approximately 60,000 metric tons.

Orano is the only converter in the West to have invested massively in upgrading its conversion capacity to the latest standards in terms of safety and environmental protection. This investment strengthens Orano's competitive position by guaranteeing its customers reliable, long-term security of supply.

## Enrichment of natural uranium into uranium-235

The enrichment activities, carried out at the Georges Besse II plant (Tricastin - France), consist in increasing the uranium-235 content of natural uranium (initially 0.7% in uranium ore) up to the level specified by its utility customers, ranging from 3 to 5% depending on the reactor type and mode of operation. Orano is working on the implementation of uranium production enriched to more than 5% in order to best meet changes in demand. Molecules of gaseous uranium hexafluoride ($UF_6$) undergo isotopic separation to achieve the desired enrichment. Orano provides the enrichment service to its customers, which generally retain ownership of their material.

Located on the Tricastin site, the Georges Besse II plant is the largest enrichment complex in Europe. It uses the most effective and proven centrifuge uranium enrichment technology available to date. The plant, held indirectly at 95% by Orano through SET (Société d'Enrichissement du Tricastin), has an annual capacity of 7.5 million SWU, for a global market of around 50 million SWU. This nominal capacity was reached at the end of 2016, and the plant's production has matched expectations since then.

## Other operations related to uranium chemistry

Specializing in uranium chemistry and enrichment, the Chemistry-Enrichment Business Unit also has defluorination facilities ("W" plant in Tricastin – France) for depleted uranium from the enrichment process and denitration facilities ("TU5" plant in Tricastin – France) for reprocessed uranium from the la Hague plant in Manche, France.

Backed by 60 years of expertise and know-how, the Malvési and Tricastin sites are a benchmark integrated industrial platform for the conversion and enrichment of uranium, with entirely renewed production tools. The co-location of conversion and enrichment activities limits the transportation of materials and associated operations. Orano is the only Western player to control the entire upstream value chain.

**CONVERSION AND ENRICHMENT PROCESS OF NATUREL URANIUM**



*Source: Orano*

SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
The group's businesses

## 2.3.3  Back End

The Back End operations of the fuel cycle consist of the Recycling, Nuclear Packages and Services, Dismantling and Services, and Engineering Business Units.

### Recycling

The Recycling business uses processes allowing its customers to recycle used fuel into fresh fuel and to package final waste in standardized containers in a safe and stable manner.

The Recycling business makes use worldwide of the technical and industrial expertise developed in its facilities at the group's sites and those of its French customers. In particular, it supports the development of new recycling plants in the framework of international partnerships with countries seeking to acquire their own production plants.

This activity's principal base consists of the industrial platforms of la Hague and Melox, respectively located in the Manche and Gard departments of France. These two sites had close to 6,000 employees and subcontractors in 2021.

The installed capacity at the la Hague and Melox plants, along with the group's cumulative experience, make the group number one worldwide in recycling:

- the la Hague site is responsible for the first stage of recycling operations: firstly, the separation of recyclable materials and waste from used fuel from French and foreign power plants, as well as from experimental research reactors; then the packaging of these recyclable materials and final waste in a safe and stable form. The plant has two production lines, UP2-800 and UP3, which have a combined licensed capacity of 1,700 metric tons of used fuel per year, corresponding to the generation of 600 TWh per year of electricity;

- Melox is the leading site worldwide for the fabrication of MOX recycled nuclear fuel, with an authorized capacity of 195 metric tons per year. Made from a mixture of uranium and plutonium oxides, MOX fuel makes it possible to recycle plutonium from the used fuel recycling process at la Hague. In France, 10% of nuclear power is produced from MOX.

**USED FUEL RECYCLING PROCESS**



*Source: Orano*

The Recycling business also draws on the skills of Orano Temis, which develops and offers a selection of technical skills and know-how for all high value-added industrial projects, mainly nuclear. In particular, the company provides automated systems, designs and manufactures mechanical equipment in specialty metals, and produces fiber-reinforced concrete containers.



**2** **SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
The group's businesses

## Nuclear Packages and Services

Working in both the front and back ends of the nuclear cycle, for industry as well as reactors and research labs, Nuclear Packages and Services, whose commercial name is Orano NPS, has two main lines of business:

- designing and manufacturing storage containers for the transportation and/or dry storage of nuclear materials;
- organizing and carrying out the transportation of nuclear materials. Orano NPS carries out 5,000 transportation operations each year. It is also tasked with the supervision of the transportation operations of the group and its customers, ensuring that they meet the highest safety levels.

Nuclear Packages and Services operates in the key markets of the nuclear industry:

- in France, Orano Nuclear Packages and Services is responsible for the design, approval and manufacture of packaging *via* a network of subcontractors, as well as for transport commissioning. In this area, it relies on its specialized nuclear transportation subsidiaries LMC and STSI as well as approved subcontractors;
- in Germany, Orano Nuclear Cargo and Services is responsible for the design, approval and manufacture of packaging *via* a network of subcontractors as well as for transport commissioning. In this area, it relies on its specialized nuclear

transport subsidiary Orano Nuclear Trucking and on approved subcontractors;

- in the United States, TN Americas and its production facility (TNF) design and manufacture dry storage containers for US nuclear utilities. Orano NPS is one of the main players in the US market. The entity also operates transportation at the front end of the cycle;
- in Asia, Transnuclear Ltd carries out engineering studies and transportation, as well as cask maintenance work for the Japanese market. Orano NPS also has teams in China and South Korea;
- lastly, TN Niger operates in Niger, as part of Orano's mining activities.

Nuclear Packages and Services has a fleet of transportation equipment, including casks and road and rail resources, and operates road, rail and sea terminals.

To accomplish its mission of supervising the group's transportation operations, the business has an organization that manages risks and sets up appropriate action plans to manage any emergency at any location, in liaison with the public authorities. Its real-time transportation tracking center gives it a continuous stream of information on transportation operations.

**NUCLEAR PACKAGES AND SERVICES: UNIQUE GLOBAL KNOW-HOW**

### Design and innovation

- Design of packaging systems and associated equipment
- Material, shielding, criticality, mechanical and thermal behavior

### Licensing

- Safety analysis reports
- Licensing process management
- Relations with more than 30 international safety authorities

## Unique know-how

### Logistics

- Transport commissioning, leasing of casks and transport means

### Transport and storage solutions

- Manufacturing of packages
- Supply chain management

### Services

- Technical assistance, loading operations, "Pool to Pad" services, maintenance activities, training

*(ISO 9001, ISO 45001 and ISO 14001 certifications)*

*Source: Orano*

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
The group's businesses

## Dismantling and Services (DS)

The Dismantling and Services business offers customers a broad range of services covering three main types of operations:

- nuclear facility decommissioning activities across the entire value chain, from the design of intervention scenarios to their implementation in the field: technical studies, radiological characterization of facilities to be dismantled, remediation, deconstruction of the nuclear plant process, operation of facilities being dismantled and of support facilities, enhancing the value of land and buildings.

  Numerous facilities built in the 1950s and 1960s are reaching the end of their operating period. Their dismantling and the rehabilitation of their host sites, in particular to allow new projects to be located there, represent a major industrial challenge. The DS business includes operation of facilities that have been shut down, studies and project management, and lastly, the carrying out of dismantling operations.

  DS is also responsible for dismantling the group's former facilities on the Tricastin, Malvési and la Hague sites, including the former UP2-400 used fuel processing and George Besse I gas diffusion enrichment plants. The entity offers its skills and

resources to its customers in France, in particular CEA and EDF, and internationally;

- waste management operations, including waste from the production and operation of nuclear facilities, dismantling operations and major maintenance operations. The Dismantling and Services business also contributes to major projects for the retrieval and packaging of legacy waste stored at the sites pending the availability of storage channels;

- services to nuclear operators: nuclear logistics and project support, facility maintenance, radiological safety of workers and facility operations. These operations mostly involve nuclear facilities currently in production, which must ensure the highest safety performance at all times, and constantly improve on this too, preserve assets, plan for the future and control costs. The Dismantling and Services business also has a subsidiary dedicated to training in nuclear professions and personal development (Trihom), a leading player in the sector in France, as well as an entity specializing in the diagnosis of asbestos by air sampling and measurements (Orano DA).

**2**

**THE 3 TYPES OF OPERATIONS OF THE DISMANTLING AND SERVICES BUSINESS**



**Dismantling**

Performance of nuclear equipment dismantling operations

On-site investigations, design of scenarios and performance of studies

**Management of radioactive waste**

Characterization, sorting and processing of all types of waste

Retrieval and packaging of old waste

**Nuclear operator services**

Industrial logistics

Specialized maintenance

Radiological safety

Training

*Source: Orano*

The Dismantling and Services business provides services to practically all of the French nuclear sites operated by Orano, CEA, EDF and Andra. It also has operational contacts abroad, through the group's subsidiaries (Orano GmbH and Orano DSR in Germany, Orano DS LLC in the United States) and partnerships forged with local entities, for example in South Korea.

**2**   SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
The group's businesses

## Engineering

The Engineering business provides nuclear fuel cycle engineering expertise for the group's facilities and for external customers. Services range from operator support engineering to full Engineering, Procurement, Construction and Management (EPCM) assignments.

Its areas of intervention cover all of the group's operations: mining, uranium chemistry, enrichment, nuclear fuel, recycling of used fuel, dismantling and waste management. Orano Projets also aims to contribute to the group's growth targets by gradually expanding in the fields of non-fuel nuclear and non-nuclear applications.

The Engineering business draws on more than 40 years' experience of designing and building plants that are unique in the world (la Hague, Melox, *etc.*), but also from the flagship renovation projects for the group's industrial facilities in France, *i.e.* the waste retrieval and packaging facilities at la Hague, the Georges Besse II enrichment plants, the Philippe Coste conversion plant, and the uranium chemistry facilities in Tricastin and Malvési.

It also has recognized expertise in the design, management and execution of international projects, particularly in Russia and Japan.



Source: Orano

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
The group's businesses

## 2.3.4   Orano's other operations

Orano's other operations include the other cross-business functions, as well as Nuclear Medicine.

### Nuclear Medicine

Orano's Nuclear Medicine business is carried out by Orano Med, its medical subsidiary. Orano Med has developed a unique process to extract and produce lead-212 ($^{212}$Pb), which is a particularly rare radioactive isotope, at a very high degree of purity.

Orano Med's $^{212}$Pb is currently at the heart of promising nuclear medicine research projects for the development of new cancer treatments which specifically target cancer cells while preserving surrounding healthy cells. This innovative approach is called targeted alpha-therapy.

Orano Med's ambition is to develop effective and targeted anticancer therapies, with two prime objectives:

- to develop innovative treatments using Orano Med's lead-212 through scientific partnerships or 100% Orano Med projects; and
- to produce high-purity lead-212 at its two production sites based in Bessines-sur-Gartempe (Haute Vienne - France) and Plano (Texas - United States) to meet the needs of clinical development.

**ORANO MED'S ONCOLOGY R&D PIPELINE**

| Partner | Indication/Target | Compound | Preclinical | Phase 1 | Phase 2 | Phase 3 |
|---|---|---|---|---|---|---|
| oranomed | Intra-abdominal HER 2 expressing cancers | $^{212}$Pb-TCMC Trastuzumab | | | | |
| RadioMedix | Neuroendocrine tumors | $^{212}$Pb-labeled peptide targeting somatostatin receptors | | | | |
| oranomed | Breast and prostate cancers | $^{212}$Pb-labeled targeting GRPR | | | | |
| Nordic Nanovestor | Haematological tumors | $^{212}$Pb-NNV003 targeting CD3 7 | | | | |
| Roche | Undisclosed | $^{212}$Pb-PRIT | | | | |
| Cellectar Biosciences | Micro environment Solid tumors | $^{212}$Pb-PLE | | | | |
| oranomed | Multiple indications | $^{212}$Pb-labeled peptides | | | | |
| Others | Solid tumors | $^{212}$Pb-labeled small molecules | | | | |

*Source: Orano*

# 2.4   Research and Development activities

The group's main Research and Development programs during the 2021 financial year focused on:

- continuing to improve mining techniques, in particular bio-hydrometallurgy;

- support for the start-up and optimization of the operation of conversion plants as well as studies for the laboratory enrichment of stable isotopes;

- for treatment-recycling, the maintenance and improvement of the performances of the current plants, the study of new processes in disruptive processing and manufacturing, in particular within the framework of multiple recycling in EPR. In association with other industrial partners, Orano has also initiated studies on a molten salt reactor to recycle plutonium and minor actinides;

- the development of new shipping casks for nuclear materials and waste;

- the development of methods and tools to support dismantling operations;

- the recycling of critical materials contained in automotive lithium batteries; and

- the development of radionuclides for alpha-therapy medical applications.

## Key figures

Research and Development expenses are capitalized on the statement of financial position if they meet the capitalization criteria established by IAS 38 and are recognized as Research and Development expenses if they do not. In the statement of income, Research and Development expenses appear under gross margin and represent non-capitalizable expenses incurred exclusively by the group. Expenses relating to programs funded wholly or partially by customers, together with projects carried out in partnerships where Orano has commercial rights of use of the results, are recognized in the cost of sales. The total Research and Development expenditure consists of the total amounts spent on Research and Development, whether capitalized or expensed during the financial year.

| *(in millions of euros)* | Financial year ended December 31, 2021 | Financial year ended December 31, 2020 |
|---|---|---|
| **TOTAL** | **113** | **107** |
| Number of registered patents | 21 | 25 |

At December 31, 2021, Research and Development expenses amounted to 113 million euros, *i.e.* 2.40% of the period's revenue, down from 2020 (2.92% of revenue).

The group filed 21 patents in 2021 and 25 patents in 2020.

Case 1:05-cv-01548-RCL   Document 313-5   Filed 03/11/24   Page 46 of 325

SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Financial situation of the Company and the group during the past financial year

# 2.5 Financial situation of the Company and the group during the past financial year

## 2.5.1 Summary of key figures and segment information

### 2.5.1.1 Summary tables of key figures at group level

| (in millions of euros, except workforce) | December 31, 2021 | December 31, 2020 | Change 2021/2020 |
|---|---|---|---|
| **RESULTS** | | | |
| Revenue | 4,726 | 3,684 | +1,042 |
| Gross margin | 1,390 | 584 | +806 |
| Operating income | 771 | 339 | +432 |
| Share in net income of joint ventures and associates | 18 | 15 | +3 |
| Net financial income (expense) | (29) | (321) | +292 |
| *Adjusted net financial income* | *(360)* | *(343)* | *-17* |
| Income tax | (30) | (54) | +24 |
| *Adjusted income tax* | *(30)* | *(54)* | *+24* |
| Net income attributable to owners of the parent | 678 | (71) | +749 |
| *Adjusted net income attributable to owners of the parent* | *347* | *(92)* | *+439* |
| Comprehensive income | 752 | (86) | +838 |
| Comprehensive income attributable to owners of the parent | 694 | (119) | +813 |
| **CASH FLOWS** | | | |
| EBITDA | 1,398 | 931 | +467 |
| Change in operating working capital requirement | 194 | 127 | +67 |
| Net operating Capex | (628) | (511) | +117 |
| Operating cash flow | 964 | 548 | +416 |
| Net cash flow from company operations | 210 | 144 | +66 |
| **MISCELLANEOUS** | | | |
| Net cash/(debt) | (1,902) | (2,146) | +244 |
| Equity attributable to owners of the parent | 1,876 | 1,183 | +693 |
| Workforce at year end | 19,683 | 19,116 | +3.0% |

 **2**

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
Financial situation of the Company and the group during the past financial year

## 2.5.1.2  Summary tables of segment information

**2021**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations * | Total |
|---|---|---|---|---|---|
| **RESULTS** | | | | | |
| Contribution to consolidated revenue | 1,065 | 951 | (2,693) | 18 | 4,726 |
| Operating income | 269 | 176 | 346 | (20) | 771 |
| *Percentage contribution to consolidated revenue* | *25.3%* | *18.5%* | *12.9%* | *ns* | *16.3%* |
| **CASH FLOW** | | | | | |
| EBITDA | 429 | 204 | 764 | 1 | 1,398 |
| *Percentage contribution to consolidated revenue* | *40.3%* | *21.5%* | *28.4%* | *ns* | *29.6%* |
| Change in operating WCR | 43 | (6) | 169 | (14) | 194 |
| Net operating Capex | (125) | (95) | (390) | (17) | (628) |
| Operating cash flow | 347 | 103 | 543 | (30) | 964 |
| **MISCELLANEOUS** | | | | | |
| Property, plant and equipment and intangible assets (including goodwill) | 2,671 | 4,291 | 4,509 | 118 | 11,588 |
| End-of-lifecycle assets and assets earmarked for end-of-lifecycle operations | - | 1,814 | 6,809 | - | 8,624 |

*   *"Corporate and other operations" notably includes Corporate and Orano Med activities.*
*ns: not significant.*

**2020**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations * | Total |
|---|---|---|---|---|---|
| **RESULTS** | | | | | |
| Contribution to consolidated revenue | 1,079 | 999 | 1,592 | 13 | 3,684 |
| Operating income | 371 | 224 | (209) | (47) | 339 |
| *Percentage contribution to consolidated revenue* | *34.4%* | *22.4%* | *ns* | *ns* | *9.2%* |
| **CASH FLOW** | | | | | |
| EBITDA | 502 | 317 | 146 | (34) | 931 |
| *Percentage contribution to consolidated revenue* | *46.5%* | *31.7%* | *9.2%* | *ns* | *25.3%* |
| Change in operating WCR | (19) | 97 | 138 | (89) | 127 |
| Net operating Capex | (110) | (129) | (260) | (12) | 511 |
| Operating cash flow | 373 | 286 | 24 | (135) | 548 |
| **MISCELLANEOUS** | | | | | |
| Property, plant and equipment and intangible assets (including goodwill) | 2,522 | 4,312 | 3,935 | 120 | 10,889 |
| End-of-lifecycle assets and assets earmarked for end-of-lifecycle operations | - | 1,718 | 5,965 | - | 7,683 |

*   *"Corporate and other operations" notably includes Corporate and Orano Med activities.*
*ns: not significant.*

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
Financial situation of the Company and the group during the past financial year

**SUMMARY TABLE OF REVENUE BY REGION AND BY ACTIVITY**

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| France | 1,695 | 1,938 | -12.5% |
| Mining | 460 | 343 | +34.2% |
| Front End | 436 | 495 | -11.9% |
| Back End | 789 | 1,089 | -27.5% |
| Corporate and other operations | 10 | 10 | ns |
| Europe (excluding France) | 1,826 | 479 | +281.2% |
| Mining | 148 | 78 | +89.7% |
| Front End | 103 | 199 | -48.2% |
| Back End | 1,566 | 199 | +686.9% |
| Corporate and other operations | 8 | 2 | +300.0% |
| Americas | 535 | 482 | +11.0% |
| Mining | 149 | 129 | +15.5% |
| Front End | 207 | 171 | +21.1% |
| Back End | 179 | 182 | -1.6% |
| Corporate and other operations | 0 | 0 | ns |
| Asia-Pacific | 621 | 753 | -17.5% |
| Mining | 260 | 503 | -48.3% |
| Front End | 205 | 134 | +53.0% |
| Back End | 156 | 116 | +34.5% |
| Corporate and other operations | 0 | 0 | ns |
| Africa and Middle East | 49 | 32 | +53.1% |
| Mining | 47 | 26 | +80,8% |
| Front End | 0 | 0 | ns |
| Back End | 2 | 5 | -60.0% |
| Corporate and other operations | 0 | 0 | ns |
| TOTAL | 4,726 | 3,684 | +28.3% |

*ns: not significant.*

## 2.5.2   Consolidated financial statements for the past financial year

The consolidated financial statements for the past financial year are shown in Chapter 6 *Financial statements* in Section 6.1 of this report.

### 2.5.2.1  Backlog

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| Backlog | 25,774 | 26,994 | -1,220 |

The backlog was 25.8 billion euros at December 31, 2021, down compared to December 31, 2020 (27.0 billion euros) in line with flow forecasts. The backlog represents more than six years of revenue. It should be noted that contracts with German utilities for the return of German nuclear waste, recorded in the backlog in 2021, were almost entirely invoiced during the year.

Order intake totaled 3.1 billion euros. Nearly 90% were signed with export customers. As a reminder, the backlog of short-cycle service activities is regularly renewed. Conversely, the long-term backlog is subject to less regular renewal, in line with the market conditions and the commercial calendar of customers.

**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Financial situation of the Company and the group during the past financial year

## 2.5.2.2 Statement of income

### Revenue

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| Consolidated revenue | 4,726 | 3,684 | +1,042 |
| Mining | 1,065 | 1,079 | -14 |
| Front End | 951 | 999 | -48 |
| Back End | 2,693 | 1,592 | +1,101 |
| Corporate and other operations | 18 | 13 | +5 |

The group's consolidated revenue amounted to 4,726 million euros at December 31, 2021, compared with 3,684 million euros at December 31, 2020.

### Gross margin

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| Gross margin | 1,390 | 584 | +806 |
| *Percentage of consolidated revenue* | *29.4%* | *15.9%* | *+13.5 pts* |

The group's gross margin amounted to 1,390 million euros at December 31, 2021, compared with 584 million euros at December 31, 2020.

### Research and Development

The group's Research and Development investments in the 2021 financial year amounted to 113 million euros, *i.e.* 2.40% of the period's revenue, compared with 107 million euros in 2020 (2.90% of revenue).

### Marketing, sales, general and administrative expenses

Group marketing, sales, general and administrative expenses in the 2021 financial year amounted to 147 million euros, compared with 148 million euros in 2020.

### Other operating income and expenses

Other operating income and expenses in the 2021 financial year represented a net expense of 364 million euros, compared with net income of 8 million euros in 2020.

Other operating income and expenses are described in Note 5 of the *consolidated financial statements* in Section 6.1.

### Operating income

The group's operating income amounted to 771 million euros at December 31, 2021, compared with 339 million euros at December 31, 2020. The rise in operating income is explained by the decrease in operating income for Mining (-102 million euros) and Front End (-48 million euros) offset by an increase of +555 million euros in Back End and +27 million euros in Corporate and other operations.

### Share in net income of joint ventures and associates

The share in net income of joint ventures and associates was +18 million euros at December 31, 2021 (compared with +15 million euros at the end of 2020).

| (in millions of euros) | 2021 | 2020 |
|---|---|---|
| Cominak | 16 | 2 |
| ETC | 7 | 14 |
| SI-nerGIE | (6) | (1) |
| **TOTAL** | **18** | **15** |

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
Financial situation of the Company and the group during the past financial year

## Net financial income

Net financial income (expense) amounted to -29 million euros at December 31, 2021, compared with -321 million euros at December 31, 2020. The improvement in net financial income (expense) is mainly due to the return on assets earmarked for end-of-lifecycle obligations in 2020 in line with the performance of the financial markets in 2020.

| (in millions of euros) | 2021 | 2020 |
|---|---|---|
| Cost of net financial debt [(expense)/income] | (128) | (144) |
| Other financial income and expense | 100 | (177) |
| of which share related to end-of-lifecycle operations | 319 | 10 |
| of which share not related to end-of-lifecycle operations | (219) | (188) |
| NET FINANCIAL INCOME (EXPENSE) | (29) | (321) |

Adjusted net financial income (expense) amounted to -360 million euros in 2021, compared with -343 million euros in 2020. This increase is mainly due to (i) an unfavorable impact of the difference in rates used to discount long-term provisions for work completion (excluding end-of-lifecycle provisions) between the two periods, partially offset by (ii) a reduction in the cost of debt.

## Income tax

The tax expense in the financial year was -30 million euros at December 31, 2021, compared with -54 million euros at December 31, 2020.

The net adjusted tax expense amounted to -30 million euros at the end of December 2021, compared with -54 million euros in 2020.

## Net income attributable to non-controlling interests

Net income attributable to non-controlling interests at December 31, 2021 was 52 million euros, compared with 50 million euros at December 31, 2020. This share mainly includes the contribution of non-controlling interests in the mining and enrichment businesses.

## Net income attributable to owners of the parent

Net income attributable to owners of the parent was +678 million euros in 2021, compared with -71 million euros for 2020. This favorable development is mainly due to the improvement in the positive return on earmarked end-of-lifecycle assets in 2021, in line with the rise in financial markets as they emerged from the crisis, while the same return was lower in 2020, disrupted by market volatility during the first wave of the health crisis. This improvement was partially offset by the impact of the larger decrease in the actual discount rate over the year on provisions for end-of-lifecycle commitments.

The following table reconciles reported net income attributable to owners of the parent with adjusted net income attributable to owners of the parent, accounting for the financial impacts of end-of-lifecycle obligations:

**BREAKDOWN OF REPORTED NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT TO ADJUSTED NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT**

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| REPORTED NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT | 678 | (71) | +749 |
| Unwinding expenses on end-of-lifecycle liabilities | 266 | 283 | -17 |
| Impact of changes in discount and inflation rates on end-of-lifecycle obligations | 231 | (34) | +265 |
| Return on earmarked assets | (828) | (270) | -558 |
| Tax impact of adjustments | 0 | 0 | + 0 |
| ADJUSTED NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT * | 347 | (92) | +439 |

*   The definition of adjusted net income attributable to owners of the parent can be found in Section 7.9 Financial glossary.

Adjusted net income attributable to owners of the parent amounted to +347 million euros at December 31, 2021, compared with -92 million euros in 2020. This change mainly reflects the change in net income attributable to owners of the parent described above and the impact of returns on earmarked assets in 2021.

## Comprehensive income attributable to owners of the parent

By inclusion of recyclable and non-recyclable items in the statement of income, comprehensive income attributable to owners of the parent was +694 million euros at December 31, 2021, compared to -119 million euros at December 31, 2019. This trend is due mainly to the change in net income described above.



**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Financial situation of the Company and the group during the past financial year

## 2.5.2.3 Cash flows

### Change in net debt

The table below shows the breakdown of items contributing to the change in the group's net debt for the year. It was calculated according to the French Accounting Board definition (sum of "cash and cash equivalents" less "current and non-current financial liabilities").

| (in millions of euros) | 2021 |
|---|---|
| Net debt at the beginning of the financial year (at December 31, 2020) | (2,146) |
| Operating cash flow | 964 |
| Cash flow from end-of-lifecycle operations | (372) |
| Cash flow from financing activities | (249) |
| Income tax paid | (90) |
| Dividends paid to non-controlling interests | (5) |
| Other items | (4) |
| (NET DEBT)/NET CASH AT THE END OF THE PERIOD (AT DECEMBER 31, 2021) | (1,902) |
| CHANGE IN NET DEBT OVER THE FINANCIAL YEAR ENDED DECEMBER 31, 2020 | +244 |

The group's net financial debt totaled 1.9 billion euros at December 31, 2021, compared with 2.15 billion euros at December 31, 2020.

### Comparative table of operating cash flows and consolidated cash flows

The group analyzes cash flows from operating activities separately from flows relating to end-of-lifecycle operations and other cash flows.

**RECONCILIATION OF OPERATING CASH FLOWS AND CONSOLIDATED CASH FLOWS**

The following table distinguishes operating cash flows from the other cash flows presented in the consolidated statement of cash flows for the financial year ended December 31, 2021.

| (in millions of euros) | Operating | End-of-lifecycle operations [1] | Other [2] | Total |
|---|---|---|---|---|
| EBITDA (i) | 1,398 | | | |
| Income from the sale of non-current operating assets and other non-cash operating items (ii) | - | | | |
| Cash flow from operations after interest and tax (i + ii) | 1,398 | (177) | (339) | 882 |
| Change in working capital requirement (iii) | 194 | - | 23 | 217 |
| Net cash flow from operating activities (i + ii + iii) | 1,592 | (177) | (316) | 1,099 |
| Cash from (used in) investing activities, net of disposals (iv) | (624) | (195) | 108 | (712) |
| Net cash from (used in) financing activities (v) | (3) | - | (775) | (778) |
| Impact of changes in scope, rates, marketable securities (vi) | - | - | 17 | 17 |
| Net cash from operations sold or held for sale (vii) | - | - | - | - |
| CASH FLOWS (I + II + III + IV + V + VI+ VII) | 964 | (372) | (967) | (375) |

(1) Includes expenses for end-of-lifecycle operations incurred on-site and for final waste disposal, flows relating to the financial asset portfolio earmarked for end-of-lifecycle operations, and flows resulting from the signature of agreements with third parties for the funding by such parties of a share of end-of-lifecycle operations.
(2) Namely, non-operating cash flows unrelated to end-of-lifecycle operations and mainly corresponding to financial cash flows, including cash flows related to exceptional external growth operations, dividends paid, and cash flows of a tax nature.

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**

Financial situation of the Company and the group during the past financial year

## Operating cash flow

### EBITDA

EBITDA increased from 931 million euros at the end of 2020 to 1,398 million euros at the end of 2021, up +467 million euros. This improvement is mainly due to (i) the significant one-off contribution of contracts signed with German utilities in summer 2021, combined with the balance of historical contracts with these same utilities in the Back End, and (ii) the positive net impact of Covid between the two periods. These factors were partly offset by (iii) difficulties in the Recycling plants, leading to production losses and an impact on the progress of processing-recycling contracts in the Back End, and (vi) the one-off voluntary contribution to funds earmarked to cover both Front End and Back End employee benefit obligations.

### Change in operating working capital requirement (WCR)

The change in operating WCR was 194 million euros at the end of 2021, compared with 127 million euros at the end of 2020. This improvement of +67 million euros is mainly due to the pre-financing received on export contracts in the Back End services activities. It should be noted that the historical contracts mentioned in the EBITDA above were previously financed by the German utilities. These contracts therefore do not provide any additional cash in 2021, as their contribution is automatically canceled out in the change in WCR.

### Net operating Capex

The group's net operating investments amounted to 624 million euros at the end of 2020, compared to 511 million euros at the end of 2020, due to the resumption of projects after the disruptions caused by the health crisis in 2020, and more specifically, to restart production in the Back End plants.

### Operating cash flow

As a result of the items described above, operating cash flow stood at 964 million euros at the end of 2021, compared with 548 million euros at the end of 2020.

## Net cash flow from company operations

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| Operating cash flow | 964 | 548 | +416 |
| Cash flow from end-of-lifecycle operations | (372) | (58) | -314 |
| Income tax | (90) | 12 | -102 |
| Cost of borrowed capital | (207) | (194) | -13 |
| Other items | (84) | (165) | +81 |
| Non-operating cash flow | (753) | (404) | -349 |
| NET CASH FLOW FROM COMPANY OPERATIONS | 210 | 143 | +67 |

Net cash flow from company operations stood at 210 million euros at December 31, 2021 (*vs.* 143 million euros the previous year), following contributions of 475 million euros to employee benefit plan assets and 353 million euros to the earmarked funds to reduce the erosion of coverage rates for end-of-lifecycle obligations, which stood at 98.6% at the end of 2021.

## Consolidated statement of cash flows

The group's condensed consolidated statement of cash flows is presented below.

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| Cash flow from operations before interest and taxes | 1,114 | 682 | +432 |
| Interest expense and taxes paid | (232) | (185) | -47 |
| Cash flow from operations after interest and taxes | 882 | 497 | +385 |
| Change in working capital requirement | 217 | 185 | +32 |
| Cash from operating activities | 1,099 | 682 | +417 |
| Cash used in investing activities | (712) | (448) | -264 |
| Cash used in financing activities | (778) | (137) | -641 |
| *Effect of exchange rate changes* | *17* | *(33)* | *+50* |
| TOTAL INCREASE (DECREASE) IN CASH | (375) | 64 | -439 |
| Net cash at the beginning of the period | 1,484 | 1,420 | +64 |
| NET CASH AT THE END OF THE PERIOD | 1,109 | 1,484 | -375 |

**2**

**2**   **SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
Financial situation of the Company and the group during the past financial year

## 2.5.2.4  Statement of financial position

**CONDENSED CONSOLIDATED STATEMENT OF FINANCIAL POSITION**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Net goodwill | 1,268 | 1,174 |
| Property, plant and equipment (PP&E) and intangible assets | 10,237 | 9,627 |
| End-of-lifecycle assets | 8,624 | 7,683 |
| Operating working capital requirement – assets | 2,764 | 2,895 |
| Net cash | 1,232 | 1,554 |
| Deferred tax assets | 133 | 92 |
| Other assets | 687 | 796 |
| **TOTAL ASSETS** | **24,945** | **23,822** |
| Equity and non-controlling interests | 1,858 | 1,109 |
| Employee benefits | 526 | 1,045 |
| Provisions for end-of-lifecycle operations | 9,249 | 8,189 |
| Other current and non-current provisions | 2,850 | 2,476 |
| Operating working capital requirement – liabilities | 6,478 | 5,758 |
| Financial liabilities | 3,441 | 4,191 |
| Other liabilities | 543 | 1,053 |
| **TOTAL LIABILITIES** | **24,945** | **23,822** |

### Non-current assets

#### Net goodwill
Net goodwill went from 1,174 million euros at December 31, 2020 to 1,268 million euros at December 31, 2021, an increase of 94 million euros.

#### Net property, plant and equipment and intangible assets
Net property, plant and equipment and intangible assets increased from 9,627 million euros at December 31, 2020 to 10,237 million euros at December 31, 2021.

### Operating working capital requirement

The group's operating working capital requirement (operating WCR) was negative (*i.e.* a surplus of funds) in the amount of -3,714 million euros at December 31, 2021, compared with -2,863 million euros at December 31, 2020.

### Cash and borrowings

At December 31, 2021, Orano held an amount of 1.2 billion euros in cash, to which should be added 0.3 billion euros of current financial assets for cash management.

This cash position is strengthened by a confirmed, undrawn syndicated credit facility of 940 million euros, maturing in July 2023.

The group's liquidity position enables it to meet its short and medium-term commitments, in particular the repayment in March 2022 of a bond issue for a nominal amount of 200 million euros.

The group's net financial debt totaled 1.9 billion euros at December 31, 2021, compared with 2.159 billion euros at December 31, 2020.

**RECONCILIATION TABLE BETWEEN THE STATEMENT OF CASH FLOWS AND NET CASH (DEBT) IN THE STATEMENT OF FINANCIAL POSITION**

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| **Net cash per statement of cash flows** | **1,109** | **1,484** | **(375)** |
| Short-term bank facilities and non-trade current accounts in credit | 123 | 71 | +52 |
| Net cash from operations held for sale | 0 | - | - |
| Financial instruments, margin calls and collateral, cash management financial assets | 307 | 490 | (183) |
| Financial liabilities | (3,441) | (4,191) | +750 |
| **NET CASH (NET DEBT)** | **(1,902)** | **(2,146)** | **244** |

**SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**
Financial situation of the Company and the group during the past financial year

## Orano's equity

Group equity totaled 1,858 million euros at December 31, 2021, compared with 1,109 million euros at December 31, 2020.

## Assets and provisions for end-of-lifecycle operations

The change in the financial position from December 31, 2020 to December 31, 2021 with regard to assets and liabilities for end-of-lifecycle operations is summarized in the table below.

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| End-of-lifecycle assets | **1,038** | **717** |
| of which regulated scope (to be amortized in future years) | 928 | 595 |
| of which non-regulated scope | 110 | 122 |
| Financial assets earmarked for end-of-lifecycle operations | **8,513** | **7,561** |
| **LIABILITIES** | | |
| Provisions for end-of-lifecycle operations | **9,249** | **8,189** |
| of which provisions for end-of-lifecycle operations (regulated scope *) | 8,846 | 7,821 |
| of which provisions for end-of-lifecycle operations (non-regulated scope *) | 403 | 368 |

\* *Scope of application of the law of June 28, 2006.*

The change in assets and provisions for end-of-lifecycle operations is described in Note 13 to the *consolidated financial statements* in Section 6.1.

## 2.5.2.5  Review of key figures by business segment

Orano consists largely of the nuclear fuel lifecycle operations housed in the Mining, Front End (Chemistry and Enrichment) and Back End (Recycling, Nuclear Packages and Services, Dismantling and Services, Engineering) segment subsidiaries and the Corporate operations provided primarily by Orano Support.

The key figures of Orano for the financial year ended December 31, 2021 are presented by business segment below.

| (in millions of euros) | 2021 | 2020 | Change 2021/2020 |
|---|---|---|---|
| **Revenue** | **4,726** | **3,684** | **+1,042** |
| Mining | 1,065 | 1,079 | -14 |
| Front End | 951 | 999 | -48 |
| Back End | 2,693 | 1,592 | +1,101 |
| Corporate and other operations * | 18 | 13 | +5 |
| **EBITDA** | **1,398** | **931** | **+467** |
| Mining | 429 | 502 | -73 |
| Front End | 204 | 317 | -113 |
| Back End | 764 | 146 | +618 |
| Corporate and other operations * | 1 | (34) | +35 |
| **Operating income** | **771** | **340** | **+432** |
| Mining | 269 | 371 | -102 |
| Front End | 176 | 224 | -48 |
| Back End | 346 | (209) | +555 |
| Corporate and other operations * | (20) | (47) | +27 |
| **Operating cash flow** | **964** | **548** | **+416** |
| Mining | 347 | 373 | -26 |
| Front End | 103 | 286 | -183 |
| Back End | 543 | 24 | +519 |
| Corporate and other operations * | (30) | (135) | +105 |

\* *"Corporate and other operations" notably includes Corporate and Orano Med activities.*

**2** SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR
Financial situation of the Company and the group during the past financial year

### 2.5.3 Company financial statements for the past financial year

Please refer to Section 6.3 of this report.

### 2.5.4 Dividends

In accordance with Article 243 *bis* of the French General Tax Code, we hereby remind you that no dividend has been paid for the past three financial years.

### 2.5.5 Non-tax deductible expenses

In addition, we hereby inform you, in accordance with Article 223 *quater* of the French General Tax Code, that no sum has been recorded in the past financial year for expenses or charges which are not deductible for tax purposes, as referred to in Article 39-4 of the French General Tax Code.

# 2.6  Foreseeable developments and future prospects

## 2.6.1  Future prospects

2021 was marked, as for all players, by the continuation of the health crisis. The global economic context has remained highly dependent on the ability of governments to successfully exit the health crisis. The economic uncertainty generated by Covid-19 is now giving way to recovery.

The group succeeded in containing the cost base, while initiating a significant number of initiatives in terms of commitment, transformation, performance and growth. After three years devoted to the overhaul of the Orano group, 2021 provided an opportunity to deepen the strategic thinking on the five areas defined at the end of 2019.

Looking ahead, access to electricity for the greatest number of people, improvement of living standards in developing countries as well as transfers of uses (*i.e.* electrification in transport, industry and buildings) as one of the main levers of decarbonization, are leading to strong growth in long-term electricity consumption, as confirmed by most analyses. To meet this demand while limiting greenhouse gas emissions, the primary challenge of public policies is to replace fossil-fueled electricity production (fuel oil, gas, coal) with low-carbon production. The growth outlook for the global nuclear fleet is therefore maintained and takes into account a gradual increase in new concepts of small modular reactors (SMR) and advanced reactors.

In this context, 2021 was marked by the return of an increasingly favorable environment for the nuclear industry. This return of nuclear energy is notably driven by recent government announcements and is reflected in particular in the decisions to build new reactors and accelerate innovation in the sector. Foremost are of course China and Russia, but now also the United States, France, the United Kingdom and many other countries.

This shift in terms of perception is also noticeable in opinion surveys (in France, a majority of citizens are now more aware of climate-related issues, which is positively influencing their perception of nuclear energy), in international organizations (including the IPCC and COP 26) and in the financial markets (for example with increases in stock market valuations in the uranium mining sector).

These promising long-term prospects and this renewed focus on nuclear energy confirm Orano's positioning.

## Communities

Orano aims to make a positive contribution to the well-being of all communities (stakeholders, regions, *etc.*) associated with its activities. Orano's commitments are reflected in practical terms in the management of its sites. The closure of the Cominak mine in Niger is being accompanied by rehabilitation which the group is keen to ensure is exemplary, from a societal point of view as well.

The establishment of a Stakeholders' Committee formalized in 2021 provides a new perspective on the group's strategy and allows for discussions on forward-looking issues and major trends.

## Climate

Orano intends to continue to be an exemplary company in the fight against climate change by setting itself the objective of contributing to carbon neutrality, while affirming the merits of nuclear power by educating the general public and raising awareness of climate issues.

The group's maturity is reinforced in respect of the decarbonization objective by 2025 with the consolidation of projects to reduce greenhouse gas emissions in scopes 1 and 2. The objective of reducing emissions by 2025 is expected to be achieved. The projects identified should make it possible to achieve recurring savings in operating costs, making them economically attractive over the decade. In a context of rising $CO_2$ prices within the European emissions trading scheme, the group will launch the identification of new projects beyond 2025, even if most of its emissions are no longer in France.

## Skills

The Orano model and its purpose are based primarily on its industrial know-how, with the result that it has to preserve skills in line with the 5 Cs. It also meets a demographic reality and a change in management methods to secure the transfer of knowledge. This priority appears to be ever more important in a changing world, where half of current jobs will be profoundly reconfigured within the next 10 years.

Since 2019, the group has had an ambitious policy in this area to support its growth and development, in line with the Commitment roadmap. WANO (World Association Of Nuclear Operators) recognized and congratulated Orano in 2020 during its review on its various achievements.

The group wants to continue to develop its training offer, in line with the expected growth of its business. The increase in mentoring and the professionalization of management should also contribute to this effort.

## Growth

Strengthening the group's growth potential is a long-term challenge against a global backdrop of massive deployment of carbon-free power generation (including nuclear) and mobility solutions. Orano is working to increase its revenue by 2025, in particular by implementing major commercial projects in Asia and the United States, boosting the group's resilience and strengthening its innovation and Research and Development momentum to develop new activities.

By way of illustration, the group has thus committed to several areas of development by positioning itself to become a player in the medical, industrial and research isotopes market, as well as a player in the market for recycling batteries for electric mobility. Orano has also been involved for several years in the development of anti-cancer treatments using nuclear materials and has intensified its efforts to develop the oncology portfolio, while the first developments are progressing favorably.

In order to fuel its strategy, the group keeps a close watch on external growth opportunities both in its historical segments and in development areas: a portfolio of opportunities is studied with the entities concerned and acquisition or consolidation projects are carried out on a regular basis.

## Cash

In addition to its growth objectives, and as well as meeting production targets, the strengthening of Orano's financial and industrial profile will require a reduction in its net debt, investments to maintain and renew its production plant, monitoring of its 2021-2023 performance plan and transformation of the group.

These transformation actions cover digital, organizational and operational aspects. Thus, an important step was taken in 2021 with the simplification of the group's legal organization and the launch of the transformation project for the la Hague site to increase agility, decompartmentalization between teams and the use of digital technology.

## 2.6.2   Orano's financial outlook

For 2022, the group expects to return to the momentum expected before the pandemic and after 2021 marked by the significant contribution of one-off contracts in the Back End.

For 2022, Orano aims to achieve:

- revenue of close to 4 billion euros;
- an EBITDA to revenue margin rate between 23% and 26%;
- positive net cash flow.

# 2.7  Significant post-closing events

## 2.7.1  Significant events between the reporting date and the preparation date of the management report

**2**

**The group's exposure following international sanctions against Russia**

The volume of business with Russia is limited in terms of the group's global revenue. The amount of the backlog in respect of this country represents less than 0.1% of the group's backlog at December 31, 2021.

## 2.7.2  Significant events between the preparation date of the report and the date of the General Meeting

None.

 **SITUATION AND ACTIVITIES OF THE COMPANY AND ITS SUBSIDIARIES DURING THE PAST FINANCIAL YEAR**

# RISKS, CONTROL AND DUTY OF CARE PLAN



**3**

**3.1  Internal control system** NFPS **58**

3.1.1  Commitments of the Orano group  58
3.1.2  Internal control objectives  58
3.1.3  Organization of the internal control system  59

**3.2  Methodology: risk mapping and risk management** NFPS **61**

3.2.1  Risk management policy and methodology  61
3.2.2  Risk coverage and insurance  62

**3.3  Risk factors** NFPS **64**

3.3.1  Political and economic context  65
3.3.2  Risks related to the group's business activities  66
3.3.3  Nuclear safety and environmental protection  69

3.3.4  Group commitments to employee health and safety  69
3.3.5  Commercial and legal commitments  69
3.3.6  Financial issues for the group  71
3.3.7  Issues related to the group's transformation and human resources  72
3.3.8  Risks of corruption and influence peddling  72
3.3.9  Tax issues  73

**3.4  Duty of care plan**  **74**

3.4.1  Context, challenges and formalization of the duty of care plan  74
3.4.2  Prevention of duty of care risks  74
3.4.3  Plan implementation  81
3.4.4  Assessment and report on the implementation of the duty of care plan  82

In a constantly evolving environment, the diversity of Orano's business activities exposes the group to risks of varying kinds and sources which, if they were to materialize, could have an unfavorable impact on its operations, financial position or objectives. The existence of a strong risk culture within the group enables these risks, which are described below, to be identified, anticipated and managed within reason in accordance with the information available.

This chapter outlines the framework adopted for the group's internal control and for the identification and analysis of the risks that the group believes it is exposed to at the time of writing. These are then collated with their action plans in order of importance.

In turn, this risk management informs the group's internal control system, and together they form a crucial part of its second line of defense. The coherence and organization of the lines of defense are ensured *via* a single tool enabling risk analysis and monitoring, internal control, internal audits of the group, and the implementation and monitoring to completion of the associated action plans.

This chapter also presents the measures for the prevention and mitigation of major risks liable to affect third parties in accordance with the provisions of law No. 2017-399 of March 27, 2017 on the duty of care of parent companies and contractors (Section 3.4).

# 3.1  Internal control system

Internal control, described below, is the responsibility of group management. It concerns every employee in the group and applies to Orano as parent company and to all of the companies it controls, regardless of their legal form.

## 3.1.1  Commitments of the Orano group

The Code of Ethics, published on the group's intranet and its website, lists the commitments of the Orano group in terms of, *inter alia*, safety, security, compliance and quality risks: "As a responsible company, our actions are governed by two basic principles considered to be a matter of priority:

- compliance with the most demanding requirements commensurate with the challenges in terms of safety and security in the conduct of our activities, as well as for the protection of health and the environment;
- compliance with the strictest standards of integrity and a commitment to fighting against corruption, fraud and anti-competitive practices without compromise.

It is the responsibility of each and every one of us, both managers and employees, across all entities of the group, as well as those of our industrial and commercial partners, to ensure that these values are properly disseminated and that our principles are respected."

## 3.1.2  Internal control objectives

The Orano group's internal control system is consistent with the commitments made as to the conduct of its business, particularly those written into its Code of Ethics, the demanding requirements in terms of safety and security, and compliance with the regulations applicable to activities.

The internal control system helps to manage risks and operations. In particular, it aims to ensure:

- compliance with the applicable regulations;
- the implementation of instructions and directions set by management bodies;
- the proper functioning of the group's internal processes, particularly those helping to safeguard its assets; and
- the reliability and quality of the financial and operational information produced and communicated.

Nonetheless, however well designed and applied they may be, the internal control mechanisms can only provide a reasonable assurance that the aforementioned objectives will be attained.

In the "internal control reference framework" of the Autorité des marchés financiers (AMF, the French Financial Markets Authority) to which the group refers (guidelines based on the Committee of Sponsoring Organizations of the Treadway Commission (COSO)), the internal control system is characterized by:

- an organization with a clear definition of responsibilities, sufficient resources and expertise, and appropriate information systems, procedures, tools and practices;
- the internal distribution of relevant and reliable information, enabling each person to carry out his or her duties;
- a risk identification, analysis and management system;
- control activities designed to reduce these risks; and
- continuous oversight of the internal control system.

The group has formalized the key controls to be implemented by all the entities to address the risks identified concerning 19 operational and financial processes. These standards are communicated to all employees.

The group has adopted a policy whereby all group entities conduct their own assessment of their level of internal control using a self-assessment questionnaire based on the group's internal control standards. This questionnaire, used by all entities, brings together 244 control points, broken down into 17 cycles:

- 4 operational cycles, including one on product quality and another on end-of-lifecycle obligations;
- 1 cycle related to compliance and ethics;
- 1 cycle related to information systems;
- 3 cycles related to sales, purchasing, legal and intellectual property processes; and
- 8 cycles related to financial processes and human resources.

All of these cycles are covered every two years, alternately. This system, which is reviewed by the joint Statutory Auditors, allows each group entity to compare its practices with best practices and with the group's expectations for controls identified as critical, and thereby improve its internal control. Management then commits to action plans to address the weaknesses identified.

The Risk and Internal Audit Department includes in its yearly audit plan a review of the self-assessments to ensure their accuracy. The main elements are summarized in the annual report by the Risk and Internal Audit Director on the review of the internal controls.

### 3.1.3   Organization of the internal control system

Orano's internal control system is based on the three lines of defense model.

**THE THREE LINES OF DEFENSE OF ORANO'S INTERNAL CONTROL**



*Source: Orano*

#### First line of defense

By definition, control is specific to each organization. It involves the mobilization of human, material and financial resources, the organization of these assets, the deployment of specific objectives within the organizations and the implementation of prevention or detection controls. These activities are carried out by the employees and managers of each group entity, representing the first line of defense against the risks facing the Company.

The preventive controls are carried out according to specific manual or automated procedures, involving, among other things, validations at appropriate levels of the organization. The controls for detection consist of a *posteriori* checks carried out as part of specific oversight of performance, variances and anomalies (and facilitated by the existence of information systems, indicators, *etc.*).

#### Second line of defense

The "internal control" function, led by the Finance Department in collaboration with the Compliance Department within the Internal Control Committee (COCI), relies on a network of internal control coordinators appointed by each Business Unit and central department, whose main objectives are to:

- foster a culture of internal control and to follow up on the action plans; and
- feed back specific points requiring attention from the entities to the Internal Control Committee.

The Corporate functions also act as a second line of defense due to their governing role and the oversight they have over the processes. These functions include the General Inspectorate for the Safety and Security of Nuclear Facilities and the Protection of the Environment, the Quality, Protection, Compliance and Insurance Departments, Financial Control and the Human Resources Department.

The End-of-Lifecycle Obligations Control Department oversees the assessment of nuclear expenses as defined in Decree No. 2020-830 of July 1, 2020 on securing the financing of nuclear expenses. This department reports to the Chief Financial Officer of Orano and maintains a direct relationship with the Chairman of the End-of-Lifecycle Obligations Monitoring Committee (EoLOMC), to which it reports on its activities.

#### Third line of defense

Orano's Risk and Internal Audit Department is active group-wide and in each business sector. This department is responsible among other things for reporting to the management bodies on its assessment of compliance and the effectiveness of the internal control systems deployed throughout the group. It conducts its activities completely independently, in accordance with the Audit Charter and international professional standards. As such, this department reports to the Chief Executive Officer and maintains a direct relationship with the Chairman of the Audit and Ethics Committee, a body to which he reports on his activities.



**3**   **RISKS, CONTROL AND DUTY OF CARE PLAN**
Internal control system

Its activity is organized around an audit plan which takes into account the risks identified by all group systems (risk mapping, internal control self-assessment tools, interviews carried out by the Audit Department with the General Inspectorate, the Compliance and Quality Departments, and all "top managers" within the group, as well as with the Statutory Auditors). The recommendations resulting from its work lead to progress plans, which are monitored in consultation with the managers concerned. In this way the Risk and Internal Audit Department helps with the continuous improvement of the internal control system.

The health crisis necessitated an adaptation of the audit plan without reducing the frequency of individual audits. While some audits had to be carried out remotely, travel continued in most cases, sometimes for shorter periods, in order to maintain the practice of conducting tests and observations on site, as far as possible.

Each year, the Risk and Internal Audit Director presents his internal control review report and a summary of the department's activities to the Chief Executive Officer and to the Audit and Ethics Committee.

**Anti-fraud system**

In recent years, the risk of fraud has changed dramatically, with the surge in fraud by identity theft, and heightened use of "social engineering" with attempts at intrusion and data theft. Aware of this risk, which is increasing due to the inventiveness of perpetrators and the increasing digitization of financial transactions in particular, Orano has introduced an anti-corruption compliance program within the group in accordance with the Sapin II law and its eight pillars, as well as international and regularly updated standards, primarily by adjusting its internal procedures in light of these newly identified risks and by repeating awareness campaigns on a regular basis. These procedures and alerts are the basis of the anti-fraud system.

Each unit is obliged to report all attempts at fraud or evidence of fraud to the Finance Department and the Protection Department, so that lessons can be learned from the situations encountered. The fraud scenarios suggested by these events or any others of which the group becomes aware, especially through communications from government agencies and other stakeholders, are also taken into consideration.

When necessary, the existing procedures are amended to reflect the corrective measures identified in these analyses, which are then shared across the group, particularly with the employees most exposed to the risk.

# 3.2  Methodology: risk mapping and risk management

## 3.2.1  Risk management policy and methodology

The group has created a risk management system consistent with the recommendations of the Autorité des marchés financiers (AMF), the professional standards of the Committee of Sponsoring Organizations of the Treadway Commission (COSO), and the changes in law and regulations concerning the non-financial performance statement and the duty of care.

A risk-assessment campaign is undertaken annually to take into account the potential impact of events on the achievement of the group's strategic and operational objectives. Its main objectives are:

- the formal identification of every type of risk;

- the characterization of these risks in order to prioritize them; and

- the definition and implementation of action plans to control them.

The Risk and Internal Audit Department, reporting to group Executive Management, develops the methodological tools shared throughout the group. Risks are identified using a Business Risk Model (BRM). The BRM lists, in a set number of families of risks, all of the situations or foreseeable or unexpected events, including climate change, that may impact on the health and safety of the group's staff, the environment, operations, strategy or financial results, its compliance with current regulations, as well as its reputation and image. The BRM is designed to evolve over time by incorporating best practices and feedback from users, and changes made to regulations. Since 2018, the group's business risk model has included the duty of care and the risks associated with corruption and influence peddling.

**ORANO GROUP RISK MAPPING PROCESS IN 2021**



Source: Orano

**3** **RISKS, CONTROL AND DUTY OF CARE PLAN**
Methodology: risk mapping and risk management

The Orano Risk and Internal Audit Department, in collaboration with the Risk Managers of the Business Units (each of which has a network of risk managers in their operating entities), coordinates the deployment of the risk mapping process, and consolidates the risk assessment at group level. The risks identified are analyzed and ranked on three axes: impact, likelihood and degree of control. By producing this map, elements of proposals and decisions can be compiled on the implementation of action plans intended to reduce risks to an ALARP (As Low As Reasonably Practicable) level.

The operational units have the responsibility of identifying, analyzing and prioritizing their risks and then managing them by implementing action plans and allocating the appropriate resources.

The Risk Committee coordinates, for all operations and on a worldwide basis, the analysis of the group's key risks and the follow-up on the action plans necessary to limit those risks. As part of its mission, the Risk Committee makes use of all of the expertise of the group. Its composition brings together the key functional areas in the Company that can provide special expertise or knowledge, enabling it to assess the criticality of the risks and their potential consequences.

Together with the Risk Committee, the members of the Executive Committee [1] identify and formalize a list of the group's major risks and appoint, for each risk, a "designated" member. More specifically, the latter is responsible for ensuring that there are appropriate action plans and for reporting on their progress to the Risk Committee. The mapping is presented annually to the Audit and Ethics Committee of the Board of Directors.

Based on this work, the main risk factors identified are described in Section 3.3 below.

## 3.2.2   Risk coverage and insurance

To limit the consequences of certain potential events on its operations and financial position, the group uses risk transfer techniques with leading insurers and re-insurers on the international markets. Orano has accordingly taken out insurance coverage for its industrial risks, its civil liability and other risks related to its operations, both nuclear and non-nuclear. The amount of the respective guarantees varies according to the type of risk and the group's exposure.

Some risk factors, were they to materialize, could be covered by one or several of the insurance policies taken out by the group as part of its insurance programs.

The insurance program is led by the group's Insurance Department, which:

- proposes to the Executive Management of the group and its subsidiaries internal financing solutions or the transfer of these risks to the insurance market;

- negotiates, implements and manages the worldwide insurance programs for the entire group and reports to group Executive Management on the actions undertaken and costs incurred; and

- negotiates, in support of the subsidiaries concerned, the payment of claims.

### 3.2.2.1  Worldwide group insurance programs

#### Civil liability

The group is covered by a "worldwide" civil liability program appropriate to its size and operations. The program covers:

- operating liability, relating to operating activities and services rendered on customer premises;

- civil liability after delivery; and

- professional civil liability, which deals with the financial consequences of damage following the provision by a group company of an intellectual service.

It is also covered for civil liability, notably for environmental damage, or damage to property held on behalf of third parties.

The program covers the financial consequences of civil liability that may be incurred by the operational entities due to their operations, in respect of physical harm, material and immaterial damages caused to third parties, outside of the responsibility of the nuclear facilities operator and with the exception of certain losses traditionally excluded from the scope of the insurance, such as the collapse of land, damage related to asbestos, or damage resulting from computer viruses. The coverage levels for liability insurance are based on the amounts of coverage available on the insurance market, and the quantification of the risks reasonably foreseen by the group and identified by the operational units in particular when the business risk mapping is done.

---

(1) The composition of the Executive Committee (COMEX) at the date of this report is indicated in Chapter 1 Presentation of the group in Section 1.10 A responsible and fully committed governance.

## Insurance covering the specific risks relating to the activities of nuclear facility operators

International nuclear liability law is distinct from general civil liability law in that the operator of the nuclear facility causing any damage has sole liability. Its liability is objective ("no fault"), for which there are few exemptions. The operator of a nuclear facility is therefore required to compensate the victims for any physical injury and property damage they may suffer and for this purpose must maintain a financial guarantee (generally, an insurance policy), in order to cover its liability, for a limited amount.

This arrangement is defined by international conventions, including the Paris Convention of July 29, 1960 as amended, supplemented by the Brussels Supplementary Convention of January 31, 1963. Orano's nuclear facilities are all located in France, where, since February 18, 2016, pursuant to law No. 2015-992 of August 17, 2015 on the Energy Transition for Green Growth in France, known as the TECV law, the operator's liability is capped at 700 million euros per nuclear accident in a nuclear facility, at 70 million euros in a reduced-risk facility (Article L. 597-28 of the French Environmental Code) and at 80 million euros per nuclear accident during transportation (Article L. 597-32 of the French Environmental Code).

One group environmentally regulated site (ICPE) (Orano DS in Bollène) appears on the list of sites benefiting from reduced liability amounts, pursuant to decree No. 2016-333 of March 21, 2016 implementing Article L. 597-28 of the French Environmental Code related to liability in the field of nuclear energy.

For its regulated nuclear facilities (INB) in France and its other facilities abroad, as well as for its nuclear transportation operations, group companies are covered by the insurance program to which Orano has subscribed. These insurance policies comply with the international conventions governing nuclear operator liability, as well as the aforementioned law No. 2015-992, including in terms of liability limits.

## Property and business interruption insurance for nuclear operations

Due to the nature of the potential damage to the facilities, this type of insurance is available only through pools or specialized mutual insurance companies capable of providing the necessary coverage. The limits of coverage for this type of insurance are based on the estimated "as new" replacement value or on an estimate of the maximum possible loss (MPL). Insurance coverage for some facilities can be up to 1 billion euros.

Moreover, mining operations are not covered by property and business interruption guarantees for the nuclear scope, but rather are covered by specific programs controlled by Orano's Insurance Department.

The risk that the insurance policy terms and conditions for triggering a payout are not met or that the limits for this coverage are reached and thus that the policies are insufficient to fully cover the consequences of a claim cannot, in principle, be ruled out.

### 3.2.2.2  Outlook and trends in 2022

The main insurance programs will be renewed out in April 2022 for the Orano group in a long-term context of sharp rises in prices in the corporate risk insurance market.

It should also be noted that in 2022, the entry into force of the 2004 amending protocol to the Paris Convention will require Orano to comply with the new obligations to cover its nuclear civil liability by July 1, 2022. These new obligations will lead to an increase in the cost of the group's insurance policies.

**3**

# 3.3  Risk factors

The list of the group's risk factors is presented in this chapter. Their order of appearance and the materiality grid below reflect the degree of potential impact that the Orano group has assigned to its risks:

| Risk families in the Orano manual/Risk presented | | Non-financial performance statement [1] | Duty of care [1] | Sections of the 2021 Annual Activity Report |
|---|---|---|---|---|
| Political and economic context | | √ | - | 3.3.1 |
| Risks related to the group's business activities | Sustainability of industrial facilities, workload plans and cost control | √ | - | 3.3.2.1/4.4 |
| | Issues related to end-of-lifecycle operations | √ | √ | 3.3.2.2/3.4/4.4.5 |
| | Major projects | √ | √ | 3.3.2.3/3.4/4.7/4.8 |
| | Subcontracting and suppliers | √ | √ | 3.3.2.4/3.4/4.8.1 |
| | Cybersecurity | - | - | 3.3.2.5 |
| | Transportation safety and security | - | - | 3.3.2.6 |
| | Impact of climate change on our facilities and activities | √ | √ | 3.3.2.7/3.4/4.2/4.5 |
| | Uranium reserves and resources | | | 3.3.2.8 |
| Nuclear safety and environmental protection | | √ | √ | 3.3.3/3.4/4.2.1 |
| Group commitments to employee health and safety | | √ | √ | 3.3.4/3.4/4.3 |
| Commercial and legal commitments | Contractual and commercial issues | - | - | 3.3.5.1 |
| | Legal risks involving the group | - | - | 3.3.5.2 |
| Financial issues for the group | | - | - | 3.3.6 |
| Issues related to the group's transformation and human resources | | √ | √ | 3.3.7/3.4/4.3 |
| Compliance, Integrity and Ethics | Risks of corruption and influence peddling | √ | √ | 3.3.8/3.4/4.2.3 |
| | Tax issues | √ | - | 3.3.9/3.4/4.2.3 |

*(1) The cross-reference table of the data required in the non-financial performance statement (Articles L. 225-102-1, L 22-10-36 and R. 225-104 to R. 225-105-2 of the French Commercial Code) and those required by the French law on the duty of care (Article L. 225-102-4 of the French Commercial Code) can be found in Section 4.9.3 of this Annual Activity Report and in the report of the independent third party on the non-financial performance statement, in Section 4.10. The elements of the duty of care plan are also described in Section 3.4 of this chapter.*

Measures combating food waste and food scarcity, or promoting animal welfare and commitments to a responsible, fair and sustainable food policy are not relevant to Orano's operations. Consequently, they are not covered in this document.

Since 2020, the Covid-19 health crisis has highlighted the group's resilient nature and its ability to maintain business continuity. In 2021, vigilance and organization to protect Orano's employees and subcontractors continued to be enforced at all sites and the group supported the vaccination effort. While the health impacts remained limited, they were a little more significant on the operation of the Canada mines, in line with the situation in the area in question and local decisions.

For 2022, the now proven protection systems will remain activated as necessary.

**MAPPING OF RISKS FOR THE ORANO GROUP IN 2021**



Source: Orano

## 3.3.1 Political and economic context

### 3.3.1.1 Issues related to the French energy policy

The Multi-Year Energy Program (PPE), in its version adopted by Parliament in September 2019 and incorporated into the energy-climate law, is the management tool provided for by the French law on the energy transition for green growth (LTECV). It has set a clear framework for the evolution of the share of nuclear energy, which is expected to drop to 50% of the French energy mix by 2035. It also reaffirmed the strategic nature of the recycling of used fuel.

Regarding the period after 2035, the operator of the Electricity Transmission Network (RTE) published a report in October 2021 comparing energy scenarios with and without nuclear power by 2050. This report highlights the difficulties posed by the "100% renewable" scenarios in terms of additional investment requirements for reserve capacities, technical and societal adaptations to the intermittency of generation sources and grid instability.

The government confirmed its support for the nuclear industry during the recovery measures following the pandemic. After the first announcements in principle in November 2021, on February 10, 2022 the French President announced the construction of between 6 and 14 EPR2-type nuclear reactors by 2050, the extension of the life of existing reactors, the acceleration of Research and Development on SMR (small modular reactors) and the revision of the PPE submitted to Parliament in 2023.

In conjunction with the French nuclear industry association (GIFEN) and the French nuclear energy company SFEN, Orano continues to promote an energy mix that includes a significant share of nuclear energy, the only low-carbon energy source capable of ensuring continuous mass production of electricity and economically competitive in the long term, with a low regional footprint and which preserves French purchasing power.

### 3.3.1.2 Exposures to the energy policies of other countries and the European Union, issues related to taxonomy and the geopolitical environment of certain countries

The second delegated act relating to the European taxonomy for sustainable finance, published by the Commission on February 2, 2022, included nuclear as part of the transition activities under certain conditions. This explicitly includes the construction of new reactors, Research and Development for advanced technologies and the extension of life of existing reactors. On the other hand, a risk remains regarding the inclusion of nuclear fuel cycle activities that the Commission's text does not explicitly mention, contradicting the positive conclusions reached in April 2021 by the Joint Research Center (JRC) on the environmental impact of nuclear energy. If this ambiguity is not resolved, it could impact the cost of financing the group's activities. The text of the delegated act is subject to a consultation process with a view to final approval in mid-2022. Information on the application of the European taxonomy to the Orano group's activities can be found in Section 4.6.

The group is also exposed to the risks of political instability or insufficient compliance with the rule of law in some of the countries where it operates. These two risks can lead to civil unrest, expropriation, nationalization, changes in legal or tax systems, monetary restrictions, or renegotiation or cancellation of currently valid contracts, leases, mining permits or any other agreements. This applies in particular to mining activities carried out under concessions (or other legal acts with equivalent effect) or partnerships which, despite their relatively long duration, are exposed to a risk of non-renewal or being called into question. Moreover, acts of terrorism can generate socio-political turmoil and jeopardize the physical safety of the group's personnel and/or facilities.

Lastly, political pressure could lead some of our competitors, closely linked to foreign powers, to make decisions influenced by considerations other than economics and to benefit from financing on advantageous and non-market terms.

### 3.3.1.3 Recoverable nuclear materials and risks related to their requalification

In the framework of the French National Radioactive Waste and Materials Management Plan (PNGMDR), certain nuclear materials, in particular depleted uranium stocks, could be reclassified as waste.

Orano defends a position that meets French strategic interests: in addition to its possible industrial uses, the stock of depleted uranium plays a role as a strategic uranium reserve for the supply of the nuclear fleet in the event of a supply disruption.

The treatment of contingent liabilities is indicated in Note 33 to the consolidated financial statements in Section 6.1. *Consolidated financial statements – financial year ended December 31, 2021.*

## 3.3.2 Risks related to the group's business activities

### 3.3.2.1 Sustainability of industrial facilities, workload plans and cost control

The obsolescence of production plants, and their ability to function in a nominal way and in compliance with the regulatory commitments, represents a major challenge for the Orano group. Industrial facilities are covered by maintenance programs designed to monitor and anticipate the aging of equipment. Regarding regulatory commitments, the group's "regulated nuclear facilities" undergo safety inspections every 10 years.

The French nuclear safety authority also conducts regular inspections to ensure the reliability of the facilities and the ability of the Orano group as a nuclear operator to operate them in compliance with safety and security standards. In addition, the various nuclear operators are part of WANO (World Association of Nuclear Operators) to share their know-how for greater safety.

The way in which the group maintains and renews its facilities, operates them efficiently by deploying operational excellence on a daily basis, while seeking to reduce their footprint, is described in Section 4.4 of Chapter 4.

## 3.3.2.2  Issues related to end-of-lifecycle operations

As operators of regulated nuclear facilities (*installations nucléaires de base, INB*) and industrial facilities covered by legislation on environmentally regulated sites (*installations classées pour la protection de l'environnement, ICPE*), the group's legal entities have an obligation to ensure the safety and dismantling of those facilities during their final shutdown, in whole or in part, and/or to restore the sites, and to manage the products resulting from these operations.

Future expenses associated with the end-of-lifecycle obligations of nuclear facilities and with the remediation of regulated industrial facilities have been identified, and specific provisions have been constituted by the legal entities which operate those facilities. The rules related to provisions for end-of-lifecycle operations are described, Note 13 *End-of-lifecycle operations* in Section 6.1 *Consolidated financial statements*.

Apart from the financial aspects, the main risks likely to impact the cost of end-of-lifecycle operations relate in particular to:

- identification of discrepancies between the original condition of legacy facilities or legacy waste and their actual condition;
- changes in regulations, particularly with respect to dismantling, the target final condition of the facilities and soils after dismantling, the storage solutions used or the requalification as waste of radioactive materials currently still considered to be reusable (see also Section 3.3.1.3); and
- technical and financial uncertainties in radioactive waste management processes that may lead to delays and a drift in project implementation costs (treatment and packaging, transportation and storage costs), particularly for waste that does not yet have a definitive channel.

In accordance with the provisions of Article D. 594-10 of the French Environmental Code, created by French Decree No. 2020-830 of July 1, 2020 relating to securing the financing of nuclear expenses, the group carries out and documents an internal risk assessment at least every three years and whenever there is any significant change in the risk profile relating to securing the financing of nuclear expenses.

End-of-lifecycle costs or liabilities are quantified in two principal ways, depending on the lifecycle phase of the nuclear facility. The first is to evaluate the future costs before the INB is put in service, while the second is to draw up an operating estimate at the start of the project phase of the dismantling operations. These figures also include the evaluation of margins for risks and contingencies, which are included in Orano's provisions for end-of-lifecycle expenses.

Section 4.4.5 details the actions to recover radioactive materials.

## 3.3.2.3  Major projects

The group develops project management activities as part of the renewal or development of its own industrial or mining facilities, as part of its activities on behalf of third parties or as part of decommissioning projects. For example, Orano is currently working to renew the evaporative capacities of the dissolution workshops at the la Hague site (investment project of more than 800 million euros) and has a major contract for the treatment and recycling of used fuel for EDF over the period 2016-2023 (Customer project).

In addition to exogenous factors (geopolitical, regulatory, or related to third parties), which may impact the completion costs of major projects, the group may be faced with technical problems inherent to the complexity of the projects handled or related to the equipment supplied, the financial strength of suppliers/subcontractors or the loss of key skills.

Faced with strategic challenges such as the recent renewal of its industrial facilities upstream of the cycle, the sustainability of downstream facilities or the management of dismantling projects specific to the group or on behalf of third parties, the group is rolling out an excellence plan by 2022, focusing, in particular, on supplier quality, project governance, skills management, and "doing it right the first time".

Sections 4.7 and 4.8 of Chapter 4, below, describe the way in which the group innovates, designs and manages its major projects taking into account their environment in a committed and responsible manner.

## 3.3.2.4  Subcontracting and suppliers

Due to the nature of the Orano group's business, the main risks relating to the supply chain to which the group could be exposed are identified in the following areas:

- occupational health and safety;
- nuclear safety and the environment;
- delays or drift in the costs of industrial projects or commercial contracts; and
- human rights and fundamental freedoms.

The group's purchasing activities are governed by its purchasing and supply chain process. The actions taken and measures implemented by the group to prevent serious risks are detailed in the duty of care plan in Section 3.4.

Orano's documentary framework for subcontracting and purchasing is described in Section 4.8.1 of Chapter 4, below.

**3**

## 3.3.2.5 Cybersecurity

Faced with the emergence of cyber-attacks, their intensification and their constant evolution, concerns related to cyber risks have increased considerably and resulted in a structured action plan.

The Cybersecurity plan implemented within Orano aims to address the following six major risks:

- compromised confidentiality of business and technical data;
- compromised integrity of business and technical data;
- unavailability of business services;
- loss of ability to detect and/or investigate;
- massive, widespread compromise of the information system; and
- inability to meet legal and industry obligations.

The plan was devised along the lines of prevention and protection (identifying the risk and preventing its occurrence), detection and reaction (detecting the incident and eliminating and/or thwarting it), and resilience (reducing the impact and maintaining essential services).

The actions carried out in 2021 concerned in particular the strengthening of the security of information systems, continued cybersecurity awareness-raising actions for all employees, development of defense in depth systems, the improvement of the protection of data centers and industrial sites, as well as business continuity. Regular audits make it possible to measure the effectiveness of this.

## 3.3.2.6 Transportation safety and security

The group is nonetheless exposed to the risk of accidents during the transportation of "nuclear" or hazardous chemical substances by rail, sea or road. It remains dependent on State-provided infrastructure through which transport may transit and exposed to possible malicious acts or terrorism. This is particularly true for transport operations linked to the group's activities in Niger.

Compliance with the regulations in force on the transportation of hazardous materials is ensured by the processes implemented within the Nuclear Packages and Services business. It implements a "transportation supervision" process at group level, aiming to control operational, security, physical protection, media and industrial risks to transportation involving Orano.

This supervision of transportation activities also ensures the management of emergency situations worldwide. Its real-time transport monitoring center gives it permanent access to information on the transport operations it carries out, in conjunction with State-provided services for sensitive transportation. A crisis management unit can be mobilized in the event of an incident.

Faced with the risk of incidents during the transportation of radioactive and nuclear materials, these are subject, as are other nuclear operations, to the concept of "defense in depth" in order to ensure their safety and protect people, goods and the environment on public land. This system of defense consists of setting up a series of barriers (packaging performance, observance of safety and security requirements and arrangements for crisis management) to prevent accidents and limit their consequences. The design of the shipping cask is the main component of this system. The design, manufacture and use of packaging for the transportation of nuclear and radioactive materials undergo an assessment process by the competent authorities (in France: the ASN, the French nuclear safety authority).

## 3.3.2.7 Impact of climate change on our facilities and activities

Climate change is not only synonymous with extreme events that could affect the safety of facilities. These changes are accompanied by chronic disruptions, that vary in speed and progression, which may affect the group's ability to operate its industrial facilities on a nominal basis.

In order to assess the regional trends for the coming decades, the group monitors projections of expected future climate hazards (temperature, precipitation, *etc.*), on the basis of the climate models available according to the scenarios of the Intergovernmental Panel on Climate Change (IPCC), in particular RCP 8.5 (the most pessimistic), applied to the group's main industrial sites in France and abroad, logistics flows and supply chains. The meteorological data of the sites are also analyzed, in order to assess the trend observed over the last 20 years.

These scenario studies of physical risks, such as strong heat waves, exceptional periods of rain or strong winds, have highlighted a moderate risk of slowdown or temporary shutdown of fuel cycle facilities as well as mining facilities and a risk of disruption to logistics flows, particularly in West Africa for mining activities.

The purpose of these studies is firstly to assess the robustness of our facilities and our activities to climate change and secondly to be able to provide the group's entities with adaptation plans if necessary.

## 3.3.2.8 Uranium reserves and resources

Orano's uranium reserves and resources come from estimates made by the group in accordance with the best international standards, based on geological assumptions (developed in particular on the basis of geological surveys) and economic assumptions. The evaluation of uranium reserves and resources is subject to an annual review according to changes in geological assumptions, valuation methods and/or economic conditions. The purpose of the Reserves and Resources Committee, involving independent external experts, is to monitor the actions taken to improve and ensure the reliability of reserves and resources, and to validate the level of reserves and resources prior to the publication of the annual report.

Moreover, uranium price fluctuations, production cost increases and declining milling and mining recovery rates can affect the profitability of reserves and require their adjustment.

## 3.3.3 Nuclear safety and environmental protection

The Environmental Safety Policy, renewed for the period 2021-2023, focuses on the group's commitment to the priority nature of controlling the risks and impacts of its facilities and activities. It is based on a set of commitments to achieve the highest standards of safety and environmental protection. It is part of the group's continuous improvement approach based on feedback.

The Orano group is exposed to internal risks of nuclear or chemical origin or, more generally, related to an industrial activity (criticality accident, handling accident, fire, accidental release of chemical or radioactive substance, *etc.*) as well as risks of external origin (earthquake, climatic hazards, falling aircraft, loss of energy supply, *etc.*) and risks related to malicious acts.

These risks concern all of the group's industrial facilities, whether regulated nuclear facilities (INB) or industrial facilities covered by French legislation on environmentally regulated sites (ICPE) in France or international equivalents (mining sites, *etc.*).

The group implements prevention and mitigation actions against the risks of nuclear or industrial accidents that could impact protected interests as defined in Article L. 593-1 of the French Environmental Code.

The various conventional industrial risks (fire, chemical substances, *etc.*) are subject to prevention measures adapted to their nature and in application of the regulations defined in each technical field, as for risks of nuclear origin.

The actions taken and measures implemented by the group to prevent serious risks are detailed in the duty of care plan in Section 3.4.

Furthermore, faced with the risk of malicious acts, special measures are taken to protect nuclear facilities and shipping from terrorism. These measures are strengthened under national security plans (such as the French "Vigipirate" plan). For security reasons, these measures may not be disclosed to the public.

Orano has a robust crisis management system to manage emergency situations relating to the safety of the facilities, as well as their security, the health of employees and of the public and the environment. This system is described in Section 4.2.1.1.

## 3.3.4 Group commitments to employee health and safety

In the course of their activities, the group's employees are exposed to radiological, chemical and conventional risks. Exposure to a pandemic risk can also impact the business, as demonstrated by the Covid-19 health crisis.

In this context of health crisis, the group identified very early on the need to set obligations and practical recommendations to be implemented by its employees and subcontractors, as well as to provide masks and hydroalcoholic gel for the entire population working on its sites. The group's doctors and healthcare professionals are always available to manage cases of sick employees or service providers, or those suspected of being contagious, to answer questions and actively participate in vaccination campaigns in France. In addition, teleworking, which gave rise in 2021 to an agreement in the framework of quality of life at work, was strengthened during the successive waves of the pandemic.

The group's Health and Safety Radiation Protection policy, which was renewed for the period 2021-2023, is rolled out within each entity. It helps to ensure a uniform level of risk prevention for all stakeholders through the harmonization of risk assessment in the single occupational risk assessment document (DUER). This policy aims to continuously and sustainably improve the group's results and strengthen prevention actions.

The actions taken and the measures implemented to prevent serious risks taken by the group are detailed in Section 3.4 *Duty of care plan* and Section 4.3 of Chapter 4.

## 3.3.5 Commercial and legal commitments

### 3.3.5.1 Contractual and commercial issues

#### Risk associated with dependency on the group's customers

A significant portion of Orano's revenue is generated with the EDF group. This revenue depends on the size of EDF's nuclear fleet. As part of maintaining the nuclear fuel recycling policy in France, in collaboration with EDF and the CEA, Orano is studying the use of reprocessed uranium and the use of MOX fuel from recycling in the 1,300 MW reactors and future EPRs. Other than EDF, Orano's main customers do not represent a significant risk of dependency given their geographical distribution and their revenue with the group.

#### Risk of default by our contractors

The Orano group, like all other companies, is exposed to the risk of default by its customers for the payment of its products and services and/or by its suppliers for the performance of certain services or the delivery of certain products. This risk increased marginally in 2020 and 2021 concerning suppliers who could potentially be weakened by the consequences of the health crisis, despite the support plan put in place by Orano for sensitive suppliers.

**3**

## Multi-year contracts

The company is required to sign long-term contracts whose prices are indexed, either based on inflation indices consistent with the underlying costs of carrying them out, or through a pre-set annual revision. These contracts are an opportunity in terms of visibility over the coming years and protection against significant swings in the prices of materials and services offered by Orano. They may also prevent the group from fully benefiting from increases in these same prices and may, however, also be an obstacle to the passing on of certain sharp increases in the cost of its supplies. Faced with these risks, the group implements contractual policies aimed at defining floor prices or economic disruption clauses.

## 3.3.5.2  Legal risks involving the group

The Company is exposed to the risk of disputes that could lead to civil and/or criminal penalties.

### Uramin

In June 2018, Orano SA and Orano Mining became civil parties in the "acquisition" section of the judicial investigation opened in the Uramin case following a "notice to victim" received by AREVA SA in 2015 from the investigating judge in charge of the case. The Orano group intends to defend its interests through Orano SA and Orano Mining. The judicial investigation is still in progress and no date concerning a possible judgment has been put forward to date.

### Investigations

The company has been aware since November 28, 2017 of a preliminary investigation opened by the French National Financial Prosecutor's Office at the end of July 2015 concerning a uranium trading operation carried out in 2011. It also learned, on November 23, 2020, the opening of a judicial investigation in the same case. Since August 27, 2018, it has also been aware of an investigation into the circumstances surrounding the granting of mining licenses in Mongolia. Orano is working with the legal authorities in connection with these legal proceedings, which are ongoing. If it were found that there had been misappropriation or any other act that could have harmed the group, Orano would take the necessary legal action to defend its interests.

### Appeals against certain administrative decisions concerning the activities of the Orano group

The activities of the Orano group require the receipt of various authorizations or administrative decisions (such as prefectural orders, building permits, *etc.*). These decisions are sometimes challenged, in France or on behalf of NGOs, which in certain cases can have an impact on the timetable for carrying out the relevant activities.

### Comuf

On January 30, 2019, an association of former workers assigned Comuf (Compagnie Minière d'Uranium de Franceville), a subsidiary of Orano Mining, before the Civil Court of Libreville (Gabon), alleging a breach of the safety of former workers, who were supposedly exposed to chemicals and radiation from uranium matter. By a judgment of May 14, 2019, the suit brought by this association of former workers was dropped due to a procedural irregularity in the summons. The association has filed a new summons in expert appraisal before the Gabon courts. The judge rejected this association in a deliberation of November 17, 2021. Orano has always made the protection of its employees a priority. The information provided to date does not show any damage attributable to Comuf.

### Release of the Arlit hostages

On October 6, 2016, the manager of a protection services company sued AREVA SA and Orano Cycle SA before the Nanterre Tribunal de Grande Instance to obtain payment of a success fee that he claims to be due for services purportedly rendered to the AREVA group in Niger between September 2010 and October 2013. AREVA SA and Orano Cycle SA believe that these allegations are unfounded. Concurrently with the procedure, the parties to the dispute have worked to find a resolution *via* court mediation, which has not been successful, despite the efforts made by AREVA and Orano to reach a compromise. The procedure on the merits therefore resumed in 2020. Even if the court were not to accept the Orano group's position, the financial impact would be limited, though it could entail other, indirect consequences, such as in the media.

### Katco

Katco is currently in litigation with the Kazakh Ministry of Energy due to the latter's refusal to sign amendment 10 to the contract for the use of the subsoil concerning the changes made to the extraction program from 2020 to 2034. On December 24, 2020, Katco filed a claim with the Supreme Court of the Republic of Kazakhstan challenging the position and inaction of the Ministry of Energy with a view to signing this amendment. In a decision of May 24, 2021, the Supreme Court rejected Katco's claim without a decision on the merits. An appeal to the Supreme Court was filed in November 2021 against this rejection decision in order to obtain a decision on the merits. In January 2022, this appeal was dismissed. Katco may still appeal to the President of the Supreme Court within six months. To date, this action has not been taken, to allow time for the conciliation process mentioned below to follow its course.

In parallel with the continuation of the legal action launched by Katco, the latter, the Ministry of Energy and the Ministry of Justice initiated a conciliation process aimed at resolving the situation. Recent events should not affect the continuation of this mediation. Given the uncertainties inherent in this situation, Katco's ability to operate in the medium term at its contractual capacity could be affected, and the value of the group's mining assets could be impacted.

## 3.3.6   Financial issues for the group

Orano has an organization dedicated to implementing financial risk management policies approved by Executive Management for centralized management of the exposure to foreign exchange, commodity, interest rate and liquidity risks.

### 3.3.6.1  Financial issues on assets and liabilities related to end-of-lifecycle operations

The group holds a significant portfolio of listed assets (equities, bonds, mutual investment funds and third-party receivables) earmarked to fund its future end-of-lifecycle obligations. It is thus exposed to the risk of volatility inherent in the financial markets.

Despite the group's prudent management strategy for assets earmarked for end-of-lifecycle obligations, external economic factors may have an impact on the coverage ratio of end-of-lifecycle liabilities by earmarked assets, and thus the group's financial position. Such factors may involve:

- changes in financial markets and the consequences on the returns on assets compared to the assumptions currently used; and
- a change in the net discount rate that would change the present value of end-of-lifecycle liabilities.

If the earmarked assets are insufficient to cover liabilities, the group has a maximum of five years to re-establish a rate of coverage of the earmarked funds that exceeds 100%, by proceeding to supplement the earmarked assets, as appropriate. The additional funding plan would result in an unfavorable impact on the group's cash flow and net financial debt.

See also Note 29 *Financial Instruments* in the *Notes to the consolidated financial statements* in Section 6.1.

### 3.3.6.2  Counterparty risk management related to the use of derivatives and cash investments

The group is exposed to the risk of counterparties linked to cash deposited with banking institutions and the use of financial derivatives to hedge its risks.

The group uses different types of financial derivatives to manage its exposure to foreign exchange and interest rate risks. It mainly uses forward currency purchases and sales, interest rate derivatives (swap contracts, futures or options) to hedge these types of risks. These transactions involve the group's exposure to counterparty risk when the contracts are concluded over the counter.

In addition, almost all of the group's cash is centrally managed, in accordance with an internal policy which defines authorized products and placements. The group's cash is exposed to counterparty risk, primarily banking risk.

To minimize these risks, the group's Treasury Management Department deals with diversified, top-quality counterparties, selected based on their investment grade ratings in the Standard & Poor's and Moody's rating systems. Moreover, a framework agreement, for example, is systematically put in place with counterparties likely to deal with derivatives.

The limits allowed for each counterparty are determined based on its rating and the type and maturity of the instruments traded. The limits are reviewed regularly and each time that a counterparty's credit rating is significantly changed. The limits are verified in a specific report produced by the internal control teams of the group Treasury Management Department. During periods of significant financial instability that may involve an increased risk of bank default, which may be underestimated by ratings agencies, the group monitors movements in advanced indicators such as the value of the credit default swaps (CDS) of the eligible counterparties to determine if the limits should be adjusted.

To limit the counterparty risk on the market value of its commitments, the group has set up a mechanism for margin calls with its most significant counterparties concerning interest rate transactions (including foreign exchange and interest rate terms and conditions).

### 3.3.6.3  Foreign exchange risk

In view of the geographic diversity of its locations and operations, the group is exposed to fluctuations in exchange rates, particularly the euro/US dollar exchange rate. The volatility of exchange rates may impact the group's currency translation differences, equity and income.

The main Business Units with significant exposure to the risk of the US dollar's depreciation against the euro are Mining and Chemistry-Enrichment, due to their geographically diversified locations (local currencies: euro/FCFA, Canadian dollar, Kazakh tenge) and to their operations denominated primarily in US dollars, which is the reference currency for worldwide prices for natural uranium and uranium conversion and enrichment services. The foreign exchange risk to be hedged is managed globally by Business Unit and is net (some requirements in opposite directions in the same currency are offset, thus providing a natural hedge). For medium- and long-term exposures, the amount of the hedge is set up according to a gradual scale for a duration based on the highly probable nature of the exposure, generally not exceeding five years.

As provided in the group's policies, operating entities responsible for identifying foreign exchange risk initiate hedges against their own currencies exclusively with the group's Treasury Department, except as otherwise required by specific operational constraints or regulations. The Treasury Department, which centralizes the foreign exchange risk of the entities, then hedges its position directly with banking counterparties. A system of limits, particularly concerning authorized foreign exchange positions and results, calculated "mark to market", is monitored daily by specialized teams which are also in charge of valuing the transactions.

See also Note 29 *Financial Instruments* in the *Notes to the consolidated financial statements* in Section 6.1.

### 3.3.6.4 Interest rate risk

The group's exposure to fluctuations in interest rates encompasses two types of risk:

- a risk of change in the value of fixed-rate financial assets and liabilities; and
- a risk of change in cash flows related to floating-rate financial assets and liabilities.

The group uses several types of derivatives, depending on market conditions, to allocate its financial liabilities and investments between fixed rates and floating rates, with the goal being mainly to reduce its borrowing costs, while at the same time optimizing the management of its cash surpluses.

See also Note 29 *Financial Instruments* in the *Notes to the consolidated financial statements* in Section 6.1.

## 3.3.7 Issues related to the group's transformation and human resources

In an uncertain external context and high pressure on the production tool, benefiting from a calm social climate and the skills necessary for its current and future activity are key challenges for the group.

In order to understand these risks, the group has implemented an annual social climate measurement since 2017, *via* the Orano internal survey, Orano Vox, which shows a positive trend on pride in belonging (+9%) in the last survey in 2020. The next measurement will take place in 2022. Local action plans, involving in particular local management, are implemented to inform and support transformation projects. Group agreements on remote working, quality of life at work and, notably, work/life balance, disability and parenthood are also implemented within the group.

To meet the challenges of maintaining critical skills, attracting new talent, both novices and experienced workers, adapting the workforce to needs, and identifying the skills that the group will need for its future development, the group has set up a number of actions. They are part of a global approach based in particular on tight skills management, an active, diverse and visible recruitment policy, the increase and digitization of its training offer and the development and renewal of its pool of experts, in conjunction with other major players in the nuclear sector (EDF, CEA, *etc.*). In 2021, the group thus signed nearly 1,000 permanent hires. It also continued to renew its pool of experts. In order to increase its appeal, it conducted an employer brand campaign and a campaign on social networks, specifically for the recruitment of 500 work-study students, who will enter its pool of future employees. These actions are detailed in Section 4.3. of Chapter 4.

## 3.3.8 Risks of corruption and influence peddling

Integrity, transparency and openness to dialogue are, along with nuclear safety and security, fundamental principles that govern the group's practices and decisions in all circumstances. The group's geographical footprint and the nature of its operations could expose it to the risk of violating applicable laws and regulations related to fighting corruption and influence peddling, as well as the risk of failing to comply with its internal rules.

Allegations of corruption or influence peddling can have an adverse impact on the group, its managers and employees, as well as on its activities. In accordance with the regulatory framework including in particular French law No. 2016-1691 of December 9, 2016 on transparency, the fight against corruption and the modernization of economic life, known as the Sapin II law, the US Foreign Corrupt Practices Act and the UK Bribery Act, the group, its directors and its employees could also be exposed to investigations and administrative and/or legal proceedings that could lead to fines or criminal convictions. In the event of infringements or breaches, certain measures may be imposed by the supervisory authorities to strengthen the program to prevent corruption and influence peddling under the control of a third party or an authority. All of these criminal, civil and administrative sanctions can damage the group's situation.

In order to prevent the occurrence of these risks, Orano deploys a comprehensive and regularly updated anti-corruption compliance program within the group, in compliance with the Sapin II law in particular, as well as international standards. With the support of Executive Management and the Executive Committee, the Compliance Department defines the program to prevent corruption and influence peddling and oversees its implementation by relying in particular on its network of compliance correspondents, as part of an approach of continuous improvement to the system. This program promotes a culture of business ethics and transparency through a strong prevention approach, developed from the corruption and influence peddling risk mapping (see methodology in Section 3.4.1). The organization, resources and methods related to the deployment of this program are detailed in Section 4.2.3 *Ethics and compliance* in Chapter 4.

## 3.3.9   Tax issues

In every country and region where it does business, the group ensures that it complies with the applicable tax laws and that, in accordance with the applicable regulations, the right amount of tax is paid based on the taxable income it earns. It further ensures that the principles enunciated by the OECD, as written into national legislation, are observed whenever it undertakes cross-border transactions.

In this context, the group specifies that it holds all the capital of a holding company established in the British Virgin Islands, a country with a privileged tax system. This holding company now only holds shares in the group's Namibian subsidiaries, which it does not finance or manage. The group owns these shares, after they were acquired by AREVA as part of the purchase of the Uramin group. The status of the British Virgin Islands led the group to tax the Company's results in France in previous years. For several years now, as the company no longer has any activities, the annual results have been negative or balanced, and not significant. In addition,

since April 1, 2020, the British Virgin Islands have returned to the French list of non-cooperative countries or territories, although they do not appear on the European Union list. The liquidation planned for several years is currently impossible, given a dispute to which it is party before the Namibian courts.

### Tax proceedings and disputes

The group, comprising entities located in different countries, regularly faces audits by the tax and customs authorities. Several audits and tax-related proceedings or disputes have been initiated or are currently being conducted by those authorities or in the courts, but none are expected to give rise to or has given rise to a material tax expense that could have a significant impact on the financial statements. The group considers that it has sound means of defense and that it employs the legal procedures available to it to prevent any unfavorable outcome.

**3**

# 3.4  Duty of care plan

The Orano group's duty of care plan is based on four areas. The legal framework and the procedure for establishing the duty of care plan (Section 3.4.1) introduce the risks of serious harm identified by the group and the prevention or mitigation measures (Section 3.4.2). In accordance with legal requirements, the Orano group also implements the prevention measures identified by the law on the duty of care (Section 3.4.3) and ensures its effective implementation (Section 3.4.4).

## 3.4.1  Context, challenges and formalization of the duty of care plan

### 3.4.1.1  Principles and vigilance that structure our action

In all the regions where Orano operates, increased vigilance is applied to the prevention of serious violations of human rights, the health and safety of people and the environment, for the activities of the parent company, companies that it controls, directly or indirectly, within the meaning of Article L. 233-16 of the French Commercial Code, as well as for the activities of subcontractors or suppliers with which Orano has an established commercial relationship, when these activities are related to this relationship. It is specified that all of these companies are furthermore required to comply with applicable local law, where applicable, particularly with regard to the prevention of the risks referred to below.

Orano carries out its activities - and ensures that each of its employees and subcontractors carries out its activities - in compliance with internationally recognized human rights, in particular:

- the Universal Declaration of Human Rights adopted by the UN in 1948;
- the principles of the UN Global Compact;
- the fundamental conventions of the International Labour Organization (ILO); and
- the Organization for Economic Co-operation and Development (OECD) Guidelines for Multinational Enterprises.

The application of these reference texts by Orano reflects the group's commitment to the elimination of child labor and all forms of forced or compulsory labor, respect for free association, privacy and the right to negotiate. collective bargaining, non-discrimination and any other form of infringement of fundamental freedoms.

In addition to these foundation texts, Orano supports concrete initiatives to promote socially responsible attitudes, protect the environment and measure the performance of its actions by complying with:

- the Extractive Industries Transparency Initiative (EITI); and
- the principles of the Global Reporting Initiative (GRI).

Orano is also committed to empowering its value chain and is particularly involved in the evaluation of its subcontractors and suppliers (see Section 3.4.2.5). They are required to agree to comply with Orano's Code of Ethics and the group's general purchasing terms and conditions requiring strict respect for human rights, under penalty of termination of the contractual relationship.

### 3.4.1.2  Formalization of the duty of care plan

In order to define its duty of care plan, the group relies on strong ethical principles that have long underpinned its policy in terms of compliance, societal and environmental responsibility and respect for fundamental rights.

The regulated nature of its activities means that the group is subject to strict prior authorization processes and controls by the competent authorities, which take into account their possible impacts on both local populations and the environment. It is also bound by particularly high standards of ethics and corporate responsibility, set out in its Code of Ethics (available on the Orano website www.Orano.group).

The group's duty of care plan is part of a continuous improvement approach based on the identification and management of risks for people and the company, and implemented in the various entities of the group.

It is drawn up in accordance with the provisions of law No. 2017-399 of March 27, 2017 on the duty of care of parent companies and contractors, transposing into French law the duty of care defined by international CSR standards. It sets out numerous identification, alert and monitoring procedures that have been in place within the group for several years and contains reasonable duty of care measures.

In compliance with said law, since 2018, the risks of violations of human rights, personal health and safety and the environment have been included in the risk mapping established by the group. These risks are, in the same way as all topics identified, assessed using the risk management processes and methodology presented in this mapping (see Section 3.2 above).

## 3.4.2  Prevention of duty of care risks

The risks can be broken down into the following three main categories (for more details on the risk mapping process, see Section 3.2 of this report):

- the risks of infringement of human rights and fundamental freedoms, whether they concern the group's employees (issues of discrimination and discriminatory behavior or moral and/or sexual harassment), the communities surrounding the group's sites or whether they are caused by suppliers or subcontractors (Section 3.4.2.1 below);

- risks to the health and safety of people (Section 3.4.2.2 below); and
- risks in terms of safety and environmental damage, whether related to potential environmental and/or climate impacts related to the activity or caused by a serious accident (Section 3.4.2.3 below).

### 3.4.2.1  Prevention of risks of infringement of human rights and fundamental freedoms

As part of the prevention of risks of infringement of the rights and fundamental freedoms of individuals, the group exercises vigilance with respect to local populations, its employees, suppliers and subcontractors, as well as to its business and that of the companies it controls within the meaning of Article L. 233-16 of the French Commercial Code.

**Orano pays special attention to dialogue and to the situation of local populations in France and abroad**

In view of the operational context of each of the sites where it operates, the group is involved in dialogue with local populations and stakeholders.

In France, the group has long maintained regular dialogue with local stakeholders, in particular through Local Information Commissions (LICs) and Site Monitoring Commissions (SMCs). The mission of the LICs is to monitor, inform and consult on nuclear safety, radiation protection and the impact of nuclear operations on people and the environment. They are made up of representatives of local authorities, local elected Members of Parliament, representatives of environmental associations, labor unions and qualified individuals. Representatives of the ASN, the relevant French State services and operators participate *ex officio* in an advisory capacity in the work of the LICs.

The same approach of listening and dialogue is systematically implemented for the group's industrial sites abroad. For example: this is the case for the Orano mining sites in Niger, Mongolia, Kazakhstan, Canada, Namibia and Gabon.

A mechanism for managing complaints from local stakeholders has been in place in the group's mining sites since 2021. This system facilitates the operational handling of complaints at operational level and provides for their handling within a reasonable timeframe, while keeping the complainant informed throughout the process.

**Focus on the Cominak redevelopment project**

On March 31, 2021, the Akouta mine in Niger ceased production after 50 years of service. The closure of mining activities was decided by its Board of Directors on October 23, 2019. As part of the redevelopment of the Cominak site, Orano undertakes to conduct dialogue and communicate continuously and transparently with stakeholders, to carry out redevelopment work that will allow it to return the site in a safe and non-polluting condition, in compliance with national and international standards, to support our employees and subcontractors with a retraining plan and in the development of eligible and viable entrepreneurial projects, and to act for a sustainable, long-term and useful societal transition for the populations.

More specifically, this is an unprecedented project in Niger, with strong expectations from local communities, the State and administrations on societal and environmental aspects. Orano's objective is to support Cominak in achieving a closure that leaves a lasting positive legacy.

Several committees have been set up by the Government of Niger - with the support of Cominak, at local and national levels. At national level, during the planning phase, a Steering Committee and a Technical Committee were set up to identify the main issues, select and validate the technical options of the redevelopment plan.

Following the closure, local and national monitoring committees were set up to monitor the implementation of the project and make decisions on emerging issues. All these committees are chaired by representatives of the Niger government and the administration. The participants are members of the administration, elected officials (the mayor of Arlit, for example, and representatives of civil society).

Social and societal aspects represent nearly 30% of the total budget for the redevelopment project.

To strengthen its societal commitment, and as an example, a budget of 4 billion CFA francs has been provided for economic reconversion assistance led by the State of Niger, at the rate of 400 million CFA francs per year over 10 years. The aim of this action is to create income-generating activities and jobs and mitigate the economic and societal effects of the closure of Cominak on the departments of Arlit and Iférouane.

As part of its transition plan, which covers between 5 and 10 years, several actions were already taken in 2021. For example, the transfer of the Akokan hospital to the State of Niger began in the summer of 2021 and the replacement of Cominak staff at the Akokan Hospital by public medical staff, which is to be carried out gradually over five years, officially began on July 1, 2021.

In addition, support for entrepreneurship has been put in place. 56 project leaders have been selected and will be able to benefit from long-term support. The composition of the projects selected is in line with Cominak's commitments to its employees, subcontractors and residents of the Arlit and Iférouane regions: 30% of beneficiary projects are led by employees, 20% by subcontractors (the number of subcontractor projects selected is twice as high as commitment made by the company), and 80% of projects are located in the Agadez region. Projects outside Agadez are projects led by Cominak employees. Lastly, 20% of projects are led by women.

The redeployment unit, which complements the legal system put in place by Cominak, has been used to advise and guide employees in their professional retraining plans. Thus, nearly 80% of employees had agreed a reclassification solution by December 2021.

Finally, to ensure transparent communication, robust multi-stakeholder governance has been put in place between Cominak, representatives of the State of Niger and civil society groups. Workshops and local information commissions (LIC) are regularly organized. An information tour in collaboration with the district managers of the city of Akokan made it possible to meet the inhabitants of eight Akokan neighborhoods in December 2021. A permanent information office in Akokan will be available until the end of the redevelopment project. A dedicated website and a quarterly newsletter distributed to local and national stakeholders and shared internationally were launched in March 2021.

**3**

**3**   **RISKS, CONTROL AND DUTY OF CARE PLAN**
Duty of care plan

For more information on Orano's involvement with its stakeholders abroad, please refer to the Orano Mining CSR report 2020, pages 140 to 149 (available on the Orano website www.orano.group).

**Orano is committed to the fight against discrimination and promotes gender equality and social inclusion**

As a responsible and committed company, Orano attaches particular importance to developing an inclusive policy and actively combating all forms of discrimination, both for its employees and for all stakeholders.

The prevention of any form of discrimination is based on a risk analysis drawn up by cross-referencing the 24 factors of discrimination identified by the Defender of Rights with the four main areas of human resources, namely recruitment/integration, career development, training and compensation, in addition to the company's social climate.

Gender equality and social inclusion are also key components of the group's duty of care policy, and have been since 2012 when AREVA SA signed its first group agreement. The last agreement in this area was reached unanimously on April 19, 2019 by the labor unions and the group Chief Executive Officer (see Section 4.3.4), and whose effective application is ensured by each establishment, which draws up an annual action plan.

In this respect, the group's concerns consist notably of promoting gender equality in hiring and employment, guaranteeing equivalent career paths to men and women, equal access to training, improving the work-life balance, increasing employee awareness and communicating with employees, guaranteeing equivalent compensation and career development opportunities. In terms of the Gender Equality Index, established by the law of September 5, 2018, "For the Freedom to Choose One's Professional Future", the results for the eight relevant companies ranged from 75 to 94 out of 100. The Orano group has an overall score of 89/100 for all businesses combined (for more information on the group's diversity policy, see Sections 4.3.4 and 5.1.1.6).

In 2020, Orano obtained the renewal for a period of 4 years of the Diversity label, a label awarded by the Ministry of Labor, following an Afnor audit conducted in 2019.

In the United States, Orano is recognized as an Equal Opportunity Employer (EOE) by the US Equal Employment Opportunity Commission. It expresses its commitment to minorities, women, seniors, veterans and people with disabilities through various measures, such as partnerships with subcontractors committed to diversity, membership of Direct Employers (an employment agency dedicated to helping recruit minorities, women, veterans and people with disabilities), and participation in training and employment initiatives.

## 3.4.2.2  Prevention of risks to human health and safety

The group pays particular attention and care to the health and safety of people. In this regard, the main risks identified are as follows:

- serious or fatal accident of an employee of the group or of an external company;
- external significant contamination or irradiation of an employee of the group or an external company; and
- breaches of the safety of neighboring populations.

The group's ambition in terms of health, safety and radiation protection is to continuously improve the group's results in this area, in particular by strengthening prevention actions. The constant goal is to strive for zero lost time injuries and zero impacts from Orano's operations on the health and safety of its employees, subcontractor personnel and the local communities near its sites.

The Health, Safety and Radiation Protection policy for 2021-2023 covers all the activities carried out by the group and its operational entities in France and abroad. It is based on four major commitments:

- guaranteeing a standardized level of primary prevention for all group employees and stakeholders;
- strengthening operational control and increasing its reliability;
- evolving through innovative practices for the health and safety of employees; and
- improving the group's performance by strengthening the sharing of experiences.

This policy was approved by the Executive Committee and distributed to the entire group (to find out more about the group's Health, Safety and Radiation Protection policy see 4.2.2). It is also subject to an annual consolidated assessment. Each of the group's entities has adopted it and applied it by integrating the risks associated with its own activities, taking into account feedback from accidents or events that have occurred within its scope, and the responses enacted.

In this respect, the group ensures the application of international medical standards for the medical monitoring of occupational risks. It operates a multi-year grass-roots healthcare program for the group's employees: for example in 2019 and 2020, health screening kiosks and campaigns were organized by eye care professionals. In 2020 and 2021, information on dermatology and skin risks was made available to employees. They were also able to benefit from a consultation with a specialist in dermatology.

In addition, the group is implementing strengthened governance of health actions and increased vigilance on the quality of life at work, particularly in terms of prevention of psychosocial risks (see Section 4.2.2.1 of this report). It ensures the continued deployment of the group's occupational health service in France, takes into account specific issues associated with expatriation and the medical monitoring of local employees on the various international sites.

Nearly 10 years ago, the group set up a health observatory in Niger (Health Observatory for the Agadez Region), an independent tripartite body (government, civil society and associations of former employees, operators) the aim of which is to offer regular medical check-ups to former employees of mining companies who have been exposed to radiation. A network of prevention specialists (divided by sites or entities) is in charge of local coordination of workplace safety improvement actions and, in particular, makes it possible to share feedback from accidents or events that have occurred. As part of its accident prevention policy, in 2021, the group reinforced the way it takes into account its anchoring and safety standards as well as identification of near misses and weak signals.

For more information on the prevention policy for risks of serious health and safety violations, and the group's commitments, please see Section 4.2.2.

### 3.4.2.3  Prevention of risks to safety, the environment and the climate

#### 3.4.2.3.1  General safety and environmental policy

The preservation of the environment is at the heart of the group's duty of care as a responsible actor and contributor to the production of low-carbon energy, which is now recognized by the world's scientific community (in particular the IPCC) as necessary to achieve the objectives set by the Paris Agreement.

The 2021-2023 group Environmental Safety Policy defines and formalizes priorities in terms of nuclear safety, industrial safety and environmental protection. For more details, see Chapter 4, Section 4.2.1.

It has been adopted by all entities in the form of action plans at various organizational levels in these entities (BU, sites, facilities, and entities). As part of the group's transformation, based on operational excellence and societal commitment, the objectives of this policy are to:

- sustainably ensure the highest level of safety for our facilities, products and services;
- strengthen leadership in nuclear safety and industrial safety skills;
- perform with operational rigor and shared vigilance on a daily basis (with employees and external stakeholders);
- promote even more resource-efficient activities and actively contribute to reducing the group's environmental footprint.

It is based on several commitments, including the safe operation of the group's facilities, the fight against global warming and anticipation of its impact on the group's activities, and the strengthening of the performance of safety management, as well as control of emissions from activities in order to ensure that there is no significant impact on the environment.

This policy is monitored by the department in charge of nuclear safety, health, safety and the environment (HSE Department) on behalf of Executive Management. Furthermore, the results of these action plans are assessed at the end of each financial year. The HSE Department relies on specific organizations in the Business Units, operating entities and services, forming a network of experts whose role is to lead and roll out the group's Environmental

Safety Policy and, in particular, to participate actively in regulatory monitoring and provide assistance to operational staff for the implementation of their HSE performance plans.

On behalf of Executive Management, a team of inspectors, which is independent of the chain of operational command and under the responsibility of the General Inspectorate, is tasked with verifying that responsibilities are correctly assumed, detecting any early signs of potential deterioration, and recommending the necessary improvements. It issues an annual report on the status of safety of the group's nuclear facilities and operations.

This policy, the cross-functional improvement actions initiated and the HSE Department's control procedures are detailed in Section 4.2.1 of this report.

The group is subject to a large number of inspections by the administrative authorities (ASN, DREAL, etc.), which are responsible, on behalf of the French State, for the regulation and oversight of nuclear safety and industrial security at all times and in all places, to protect the public, workers and the environment. Various kinds of inspections are made. As far as environmental risks are concerned, these inspections are an opportunity for ASN to examine in depth the condition of the facilities to verify that they comply with the applicable safety standards and to improve, if necessary, the safety level of the facilities.

#### 3.4.2.3.2  Prevention of risks that could lead to a nuclear incident

The nuclear industry is one of the most highly regulated industries in the world. Anomalies and incidents are reported to the administrative authorities and the public is informed.

The compliance of the measures taken and their application are regularly checked by the competent authorities and, in particular in France, by inspectors from the French nuclear safety authority (ASN), the regional departments for the environment, planning and housing (DREAL) and the High Defense and Security Officer (HFDS).

Within the group, nuclear safety consists of all the technical, organizational and human measures relating to the design, construction, operation, shutdown and dismantling of regulated nuclear facilities, as well as the transportation of radioactive substances, taken to prevent accidents and limit their effects.

The prevention of risks of nuclear origin is based on:

- the definition of methods for preventing events of concern, and for detecting and controlling incidents and accidents;
- the definition and implementation of successive and independent lines of defense to guard against the potential consequences of these failures;
- the implementation of these principles during the facility design phase, during the industrial production and maintenance phases, and during clean-up and dismantling after the end of production operations;
- a systematic analysis of potential technical, human or organizational failures; and
- the sharing of information related to nuclear safety and security at the global level through active participation in WANO (World Association of Nuclear Operators), whose mission is to maximize the safety and reliability of nuclear facilities worldwide through reciprocal assessments, inter-comparison, mutual assistance and sharing of best practices among its members.

**3**

In addition to the measures adopted to prevent the risks of an incident or accident and limit the consequences to the greatest possible extent, sites in possession of nuclear materials must take measures to prevent the loss, theft or diversion of the materials held in the facilities, or any act that might result in their dispersal in the environment. As with nuclear safety, the measures taken are based on the principle of "defense in depth".

Orano has a robust crisis management system to manage emergency situations relating to the safety of the facilities, as well as their security, the health of employees and of the public and the environment. This system is described in Section 4.2.1.

To do this, the Orano group relies in particular on:

- the skills of the operational teams trained in the operating instructions, as well as the project teams;
- experts or specialists in the various fields;
- environmental safety departments present as close as possible to operations;
- an emergency preparedness organization;
- coordination of the business lines of the sites or entities by the central HSE Department, in particular to share information on achievements, best practices and events in order to prevent risks and promote improvement actions; and
- the General Inspectorate responsible for verifying compliance with the safety and environmental standards of operations.

The indicators and actions taken are detailed in Sections 4.2.1 and 4.4.

This organization and the associated resources make it possible to implement preventive actions in the face of the risk of a nuclear or industrial accident, which could impact the protected interests (for example: significant contamination of the environment) as defined in Article L. 593-1 of the French Environmental Code.

The safety studies carried out for each facility take into consideration internal risks of nuclear origin (criticality, radiolysis, *etc.*) and non-nuclear origin (handling, fire, *etc.*) from the design stage, as well as external risks (tornado, earthquake, *etc.*). The risks are reassessed every 10 years during the safety review of each nuclear facility, which enables a regular reassessment of a facility's safety level, taking into account the latest regulatory changes and the best available technologies. The purpose of this exercise is to obtain the necessary approvals from the competent safety authority to continue operating a facility for the next 10 years. This is a regulatory requirement for INBs. Subject to ASN approval, each file includes 12 documents and a summary report, also sent to the Minister for the Ecological and Inclusive Transition.

## 3.4.2.4  Environmental and climate protection

Combating global warming and anticipating its impact on its activities are among the objectives of the Orano group and are included in the following action plans:

- consolidate the assessment of the group's direct and indirect GHG (greenhouse gas) emissions, with the aim of reducing them by 40% on Orano's scopes 1 and 2 by 2025 compared to 2015, the baseline year in the National Low-Carbon Strategy (SNBC) in order to comply with the Paris Agreement; and
- ensure that the safety design and reassessment methods for the facilities cover the impact of global warming.

Each year, the group publishes its direct and indirect greenhouse gas emissions (scopes 1 and 2). In 2021, the group published the carbon impact of its value chain for the first time (scope 3). The group has adopted an ambitious approach to define an action plan to reduce its carbon footprint, which is monitored at the highest level of the group.

For more information on the different $CO_2$ emission scopes, see Chapter 4, Section 4.5.1.

### 3.4.2.4.1  Prevention of pollution risks

Orano devotes considerable resources to controlling chemical and radioactive discharges, while constantly monitoring the environment.

Orano records and measures radioactivity in the environment by carrying out nearly 100,000 measurements and analyses from nearly 1,000 locations annually in order to check the levels of radioactivity near its sites.

Since February 2010, it has been possible for any member of the public to go to the website managed by IRSN (www.mesure-radioactivite.fr) to see all of the environmental radioactivity measurements carried out by the operators in the vicinity of their French sites as part of the prescribed environmental monitoring. Each site is given the tools needed to manage and submit the data. The group's laboratories have been approved by the ASN to carry out the necessary analyses. These approvals are periodically renewed as laboratory comparison tests organized by IRSN are carried out, based on a table of analyses defined by the French National Environmental Radioactivity Measurement Network (Réseau national de mesure de la radioactivité de l'environnement - RNM). ASN Decision No. 2008-DC-0099 of April 29, 2008, modified most recently by Decision No. 2018-DC-0648 of October 16, 2018, sets the terms for the organization of the RNM as well as the terms for bespoke laboratory approvals.

The Orano group took part in the various work organized by France Chimie following the Lubrizol accident of September 26, 2019 and is implementing, as part of its Environmental Safety Policy, a roadmap to improve the prevention of industrial risks based on four components: skills development, improvement of employees' industrial safety culture, risk prevention (strengthening of the monitoring of inventories of hazardous substances, *etc.*), and the implementation of standards and indicators across the group. The prevention of accidental spills is an issue for Orano because of the potential consequences that can be significant for employees, local populations and the environment. In the group's internal requirements, accidental spills of radioactive or hazardous substances into the environment must be taken into account during all phases of the life of the facilities (design, construction, operation, shutdown and dismantling). In application of the ALARA principle (As Low As Reasonably Achievable), a risk reduction approach at source is implemented (limiting the hazardous nature of the substances used, limiting the quantities stored, *etc.*) whenever possible. Active consequence mitigation systems must be implemented and integrated into incident management systems.

Following several significant events, although with no impact on our mining operations, an ambitious action plan for 2020-2022 is in progress in order to equip mining sites with a system equivalent to the industrial safety management system existing for the French SEVESO establishments. This plan is jointly reviewed every six months by the management of the Mining Business Unit and the HSE Department.

### 3.4.2.4.2 Continuous optimization of waste management

Orano devotes a significant part of its vigilance to the treatment of waste generated mainly as part of the operation, decommissioning and remediation activities of nuclear facilities, the risks of which are categorized according to the level of their radiological activity (in accordance with the levels usually applied: very low, low, medium or high), as well as by the lifetime of the radioelements they contain (very short, short or long). Here again, Orano's strategy is monitored and controlled by ASN.

Orano establishes radioactive waste management methods in compliance with the principles of the French Environmental Code and those stemming from Directive No. 2011/70/Euratom of July 19, 2011. They consist of:

- protecting public health, safety and the environment;
- preventing and limiting the burden to be borne by future generations;
- reducing the quantity and toxicity of radioactive waste, in particular by using appropriate processing and packaging methods;
- organizing waste shipments and limiting them in distance and volume; and
- providing information to the public on the environmental and public health effects of waste production and management operations, subject to confidentiality rules provided in the law, and on the measures taken to prevent or offset harmful effects.

Each waste management method is thus defined as part of a graduated approach to the risks and impacts as regards the costs (human, financial, environmental, *etc.*) and the benefits expected from the use of a management solution. For more details on the implementation of waste management methods, please refer to Section 4.4.5.

A quality program including quality control is carried out throughout processing-packaging operations. Best available technologies (BAT) are used for processing and are chosen based on multicriteria analyses that factor in the industrial, environmental, health and radiological impacts.

The sustainable radioactive waste management solutions used by Orano follow the guidelines of the French National Radioactive Waste and Materials Management Plan (PNGMDR). Orano is heavily involved in developing the PNGMDR resulting from the implementation of the Program law of June 28, 2006 on the sustainable management of radioactive materials and waste. The principal purpose of this triennial plan developed under the aegis of the Ministry for Ecological and Solidarity Transition, together with the nuclear safety authority ASN, is to regularly assess the radioactive substances management policy in France, to evaluate new requirements and to determine the objectives to be achieved. Orano is represented through its Dismantling and Waste Contracting Department, which steers and coordinates cross-business programs and studies related to the development, implementation and follow-up of the plan.

For more information on the PNGMDR, please refer to Section 4.4.5.

### 3.4.2.4.3 Sustainable use of resources

The group attaches particular importance to the responsible use of materials and consumables used in its activities and has set itself a goal of minimizing its environmental footprint.

**Orano implements circular economy and eco-performance models**

As for industrial facilities (plants), a nuclear facility's environmental impact study is drawn up or updated at each stage of its lifecycle, *i.e.* upon its creation, significant modification, shutdown and dismantling. Such studies seek to characterize the potential health effects and environmental impacts of releases and nuisance from the facility in question, by taking into account the particularities of the local environment (geology, hydrology, meteorology, natural and human environment, *etc.*) as well as the presence of any protected species or habitats. Impact studies are reviewed (and if necessary updated) during the 10-year review of the facility in France or in accordance with local regulatory requirements abroad.

In order to minimize its environmental footprint, Orano also implements targeted actions at its facilities to reduce the abstraction from natural environments and the consumption of materials and energy, and by constantly seeking ways to recover waste. Thus, for the renovation and commissioning of its new facilities on the front end of the cycle, the best available technologies (BAT) are adopted, considerably reducing the abstractions, consumption, and emissions from these activities.

For example, the innovations of the new industrial conversion facilities make it possible to reduce the consumption of chemical reagents (-75% for ammonia, -50% for nitric acid, -60% for potash), to divide water consumption by 10, and reduce greenhouse gas emissions compared to the former Comurhex plant. Furthermore, the uranium chemistry and enrichment phases on the Tricastin platform contribute to the principles of the circular economy, thereby economizing on raw materials, because every year, approximately:

- 5,000 metric tons of 70% hydrofluoric acid are produced by the defluorination of UF and then sold to the chemicals industry; and
- 1,000 metric tons of nitric acid are produced from uranyl nitrate and then shipped to the la Hague plant for reuse.

The investments in new technologies induced by these objectives and the eco-performance approach have helped Orano achieve significant results in terms of reducing its environmental footprint. Between 2004 and 2019, the group reduced its greenhouse gas emissions (GHG) by 60%, its energy consumption by 91%, and its water consumption by 94%.

Orano actively contributes to the circular economy by recycling used nuclear fuel in its la Hague and Melox plants in order to reduce both the volume and radioactivity of the most radioactive waste. Through the processes of extracting and separating recyclable materials (uranium and plutonium) in la Hague, chemicals that are used during the operations (in particular nitric acid and solvents) are recovered and reused.

**3**

In France, nearly 10% of nuclear electricity is produced using recycled materials in Orano's industrial facilities.

Orano also uses expertise and knowledge to develop ways of recycling nuclear materials to benefit the medical and environmental fields. Orano Med, established in France and the United States, develops effective therapies to fight cancer, for example. These include targeted alpha-therapy, which is based on the use of powerful and localized alpha emitters. It can target and destroy cancer cells, limiting the impact on surrounding healthy cells.

**Orano is involved in better water and energy management**

Orano is sensitive to intelligent and responsible management of water resources in the exercise of its activities, in particular in its mining activities, which have a significant footprint in this area within the Orano group scope, in regions that may be arid or desert. In accordance with the recommendations of the ICMM, in recent years, Orano Mining has launched a plan to improve the understanding and management of water resources at its sites. In 2019, this resulted in the establishment of the report on water consumption at the McClean Lake site, according to the criteria common to ICMM members.

The objective is to improve the understanding of water flows within a site (flows of great complexity) and to identify areas for improvement regarding water management performance. The exercise was extended to the other Orano Mining production sites, and the teams drew up a multi-year action plan in 2021 to meet the reduction targets set by the group.

Since 2019, Orano Mining has assessed the level of water stress at all of its 10 sites around the world using the "Aqueduct Water Risk Atlas" tool from the World Resources Institute (WRI). Orano Mining also assessed the overall water risk for each site, which combines three risks: physical quantity risk, physical quality risk and regulatory risk. This overall level of risk by country, as well as all the water sources and consumption by its activities, are detailed in Orano Mining's CSR report.

A working group was reactivated in 2021 on the subject of water in order to continue the efforts made within the group (search for leaks, *etc.*) to meet our commitments to reduce abstraction.

Concerning the optimization of energy consumption, the network of the group's energy contacts has been strengthened since 2019. This network makes it possible to launch priority cross-functional actions and to share best practices within the group.

For more details on the sustainable management of resources, see Section 4.4.4 – *Reduce our footprint, by design*, of this report and the Orano Mining CSR Report 2020.

### 3.4.2.4.4  Preservation of biodiversity

Orano pays great attention to the preservation of biodiversity and includes it as an essential issue for the compatibility of its activities with their environment. Overall, the prevention of risks to fauna and flora is taken into account and integrated from the design phases of new projects, *via* the integration of the best available technologies, then throughout the operating phases of the facilities, and finally during site rehabilitation.

Owing to their location and size, the mining sites are particularly concerned with biodiversity protection and conservation, whether during the exploration, operating, or "post-mining" phases. As such, Orano is committed to taking action to avoid, reduce impacts and compensate when necessary, and adopted a biodiversity strategy in 2021. This will be issued and implemented in 2022. In France, the main redeveloped sites are subject to specific monitoring by environmental experts. In 2020, the Tricastin and la Hague sites, for example, began the global update of the local ecological inventories around the sites, which continued in 2021. These inventories are used to update knowledge on the issues associated with local biodiversity in order to ensure better monitoring.

For more detailed information on the various Orano sites, see Section 4.4.4 *Reduce our footprint, by design*, paragraph *Anticipating impacts on biodiversity*.

## 3.4.2.5  Ensure a responsible purchasing policy

The Corporate Supply Chain Department works closely with the group's Quality, HSE, Legal, and Compliance Departments to ensure that suppliers comply with benchmarks such as ISO 9001, ISO 14001, OHSAS 18001, and the regulations on regulated nuclear facilities (INB Decree), as well as the compliance requirements related in particular to the prevention of corruption and influence peddling.

In accordance with the Order on regulated nuclear facilities (*installations nucléaires de base*), Orano's various Business Units monitor their service providers, duly inspected by the authorities, as appropriate to meet the relevant requirements. In order to identify the suppliers and subcontractors that can potentially present risks, the group uses three basic criteria:

- the volume of annual purchases made with the supplier or subcontractor;
- the business segment; and
- the geographic location of the activity.

The regular review of third-party subcontractors and suppliers thus enables better prevention of compliance and non-financial risks and risks related to the duty of care, as well as the reporting of weak signals. The health crisis in 2020 and in 2021 also gave rise to a support plan for sensitive suppliers.

The assessment of third parties is an essential pillar in the prevention of corruption and influence peddling in accordance with Sapin II. These third-party subcontractors and suppliers are required to comply with the group's Code of Ethics and the group's general purchasing conditions, requiring in particular strict respect for human rights.

### 3.4.2.5.1  Orano selects its suppliers and subcontractors according to demanding criteria

In order to select the best suppliers and subcontractors, the Supply Chain Department takes into account:

- the risk analyses by Purchasing market ("Hazard Table") and by country (see Orano internal "Country Compliance Classification" procedure). These analyses will be reinforced by the use of a compliance questionnaire;

- the plan for mitigating the associated risks before awarding contracts (through supplier selection criteria and qualification audits, and monitoring programs during contract fulfilment);
- the supplier performance metrics and the required improvement plans;
- ethics and compliance aspects, and commitment to sustainable development in contractual clauses, in accordance with the requirements of the Sapin II law and the law on the duty of care; and
- the studies systematically performed by the group's Economic Intelligence Division, for all suppliers in SOC (Sourcing Opportunities Countries).

A group action is also underway to take into account the $CO_2$ emission factors of the largest suppliers.

In accordance with the procedure for assessing third-party compliance, which was rolled out together with the Compliance Department, any new supplier or any material change in a supplier relationship must be specifically verified and adapted according to the estimated level of risk.

The third-party compliance assessment procedure provides for a certain number of systematic checks for all new tier-one suppliers and subcontractors. Depending on the results obtained during the assessment procedure a questionnaire, containing questions about relevant subsidiaries and existing capital ties, may be sent to the supplier, and if necessary, the Business Intelligence Unit may carry out an investigation covering the risks referred to in the duty of care plan. This study is systematically carried out for suppliers with a medium or high level of risk. This process ensures that potential compliance and reputational risks have been identified and that appropriate measures are implemented.

For more details on the third-party compliance assessment system see Sections 4.2.3 and 4.8.1, as well as the Orano supplier portal: https://www.orano.group/en/group/suppliers-relations/orano-purchasing-policy.

Since December 2, 2021, Orano has also been a signatory of the "Responsible Supplier Relations Charter" (http://www.rfar.fr/) and in this respect demonstrates its desire to implement a continuous improvement plan with its suppliers within a framework of mutual trust and respect for the rights and responsibilities of each individual.

This commitment is supplemented by the appointment of an internal mediator within the company, who can be referred to by the group's suppliers when a situation has not been resolved through amicable negotiation, reachable at an email address that will be communicated on the Orano website (supplier relations section) in the course of 2022.

### 3.4.2.5.2 Orano checks its suppliers and subcontractors

Suppliers are required to make a commitment to Orano regarding the respect for and the promotion of the protection of human rights, labor law (labor standards, child labor, discrimination, working hours, minimum wage) and the environment. They are also required to put in place safety and security mechanisms. Each supplier is committed to continuing improvement in these areas.

Included in all contracts with suppliers, Orano's general purchasing conditions (GPC) set out the obligations and provisions to be complied with in terms of:

- hygiene, safety and the protection of personal health;
- respect for the environment and sustainable development; and
- management of chemicals regulated by the European REACH regulation.

They include specific provisions such that Orano, where applicable, its customer, any third party commissioned by Orano or any duly empowered authority shall have access to the premises of the supplier or subcontractors for the purpose of inspections or audits of all the requirements specified in the order.

In addition, the GPC stipulate the application of the principles of the Orano Code of Ethics to all orders. Orano therefore requires all its suppliers, subcontractors, financial partners, consultants and selling intermediaries to adhere to its Code of Ethics.

Orano is committed and imposes a clear commitment to its suppliers and subcontractors in the defense of the principles of the UN Global Compact, the OECD guidelines for multinational companies, and the Extractive Industries Transparency Initiative (EITI). The Orano Code of Ethics is updated regularly to include best practices in light of changes in the group's national and international environment.

In the same way as for its GPCs, Orano reserves the right to verify, at any time, the compliance of the practices of its suppliers and subcontractors with the Code of Ethics.

Where applicable, non-compliance with the provisions of the GPC or the Orano Code of Ethics may result in the termination of the contract or order.

## 3.4.3   Plan implementation

Orano complies with the provisions of the law on the duty of care and has deployed a training system for its employees within the group (Section 3.4.3.1) and a mechanism for collecting alerts (Section 3.4.3.2).

### 3.4.3.1  Orano trains its employees

The Orano Code of Ethics is distributed to all employees to raise their awareness about the group's values. This Code is available on the group's website and intranet and can be downloaded in eight languages. All new employees must acknowledge it and may refer to it in the event of a situation that appears to be contrary to the principles set out in the Code, whether it is a matter of human rights or other values whose protection is promoted by the group.

Orano has also set up an e-learning module called "Our Code of Ethics" (30 minutes) dedicated to the proper application of the Code of Ethics and the Anti-Corruption Code of Conduct and the group's rules of conduct, including a knowledge validation test. During their annual review with their manager, employees formally confirm their commitment to respecting the rules of the Code of Ethics, as well as the completion of the online training.

**3**

In addition, Orano trains its employees in safety rules through mandatory training specific to each site. In addition to these specific training courses, there are also mandatory modules to train employees in the implementation of a corporate culture in terms of protection and safety. These e-learning modules have been set up to raise employee awareness and enable them to adopt the appropriate behavior and avoid at-risk situations.

### 3.4.3.2  Whistleblowing and reporting

The group's ethics whistleblowing system is based on a secure reporting portal accessible to all group employees, as well as to employees of business partners. It covers all the topics of the Code of Ethics and in particular the topics of the Sapin II law and the law on the duty of care. It also guarantees confidentiality in the processing of information and the protection of whistleblowers.

Any employee who directly witnesses a violation of the Orano Code of Ethics can report it using this system or *via* managerial channels (notably the hierarchy, department in charge of the area, Compliance Department or network of compliance correspondents). The whistleblowing system is presented in Section 4.2.3 of this report.

Moreover, to strengthen the relationships of trust established with stakeholders and populations living near its sites, since 2020 Orano Mining has operated a new complaints handling system at all its sites, in accordance with ICMM requirements. It enables any person to express their fears, observations, comments or questions and to obtain a response within a given period. This mechanism, co-developed with the sites, demonstrates Orano's respect for the concerns of local stakeholders and the group's desire for transparency. This system is promoted during meetings with stakeholders, *via* social networks or on the country website, for example in Canada. Orano Mining will report on the number of complaints recorded in 2021 in its CSR report.

## 3.4.4  Assessment and report on the implementation of the duty of care plan

The group has various monitoring systems in place to ensure the effective deployment of the measures set out in the duty of care plan, which cover all of its activities as well as those of the subsidiaries that it controls within the meaning of the law of March 27, 2017.

The table below shows the group's main indicators in terms of health – safety, security – environment, human rights and fundamental freedoms, and responsible purchasing. The data correspond to the group's reporting scope.

**MAIN INDICATORS RELATED TO THE DUTY OF CARE PLAN**

| Subject | Indicators | 2019 | 2020 | 2021 | Comment |
|---|---|---|---|---|---|
| | **Results indicator** | | | | |
| | Accident frequency rate with lost time (excluding commuting accidents) | 1.8 | 1.3 | 1.5 | - |
| | Number of fatal accidents among Orano employees | 0 | 1 | 0 | - |
| Health – safety | Number of fatal accidents among external companies | 1 | 1 | 1 | The group regrets the death of a subcontractor employee while working on the Katco site. This event is the subject of a proactive action plan |
| | Average employee exposure due to radiation over 12 consecutive months *(mSv)* | 0.84 | 0.93 | 0.86 | To be compared with the maximum additional authorized exposure for the public of 1 mSv |
| | Average exposure of subcontractors due to radiation over 12 consecutive months *(mSv)* | 0.50 | 0.78 | 0.65 | To be compared with the maximum additional authorized exposure for the public of 1 mSv |
| | **Means indicator** | | | | |
| | *ISO 45001 - OHSAS 18001 certifications ** | *Not available* | 17 | 17 | - |

*\* Indicator reported for the first time in 2020.*

| Subject | Indicators | 2019 | 2020 | 2021 | Comment |
|---|---|---|---|---|---|
| | **Results indicator** | | | | |
| | Level 2 or higher | 0 | 1 | 0 | - |
| | Event Prevention Rate *(EPR)* | 0.05 | 0.06 | 0.05 | - |
| | Industrial Risk Event Prevention Rate *(EPR IR)* | - | 0.18 | 0.11 | - |
| Safety – environment | Scopes 1 + 2 + 3 GHG emissions *(tCO₂e)* | 1,826,071 | 1,776,470 | 1,718,888 | Scope 3 data added to that of scopes 1 and 2 |
| | Quantity of energy consumed * *(MWh)* | 1,928,048 | 1,860,764 | 1,872,607 | - |
| | Quantity of water consumed * *(m³)* | 11,471,385 | 10,831,724 | 9,050,038 | - |
| | Conventional waste recovery rate | 51% | 65% | 69% | - |
| | **Means indicator** | | | | |
| | Internal inspections carried out by the General Inspectorate | 59 | 58 | 53 | - |
| | Number of ISO 14001 certified sites ** | *Not available* | 17 | 14 | - |
| | **Results indicators** | | | | |
| | Percentage of employees covered by a collective agreement (France) | 100% | 100% | 100% | - |
| | Rate of access to training (France) | 85% | 95% | 96% | - |
| | Gender Equality Index (group estimate ***) | 849/100 | 89/100 | 89/100 | |
| Human rights and fundamental freedoms | **Means indicators** | | | | |
| | Number of compensation gaps addressed (France) | 177 | 184 | 200 | - |
| | Amount dedicated to compensating unjustified compensation gaps *(euros)* | 260,000 | 263,000 | 265,000 | - |
| | Number of ethics alerts related to discrimination | 6 | 8 | 3 | - |
| | Number of reporting and support systems set up **** (France) | 35 | 35 | 35 | - |
| | **Results indicators** | | | | |
| | Share of non-group purchases by French entities from suppliers located in France | 90% | 91% | 90% | - |
| Responsible purchasing | Share of non-group purchases from foreign entities from suppliers located in the country of operations | 73% | 73% | 73% | - |
| | **Means indicators** | | | | |
| | Contracts including sustainable development commitments ***** | 100% | 100% | 100% | - |

\*      The water and energy consumption values for 2019 and 2020 were reassessed, principally following the updating of the values at certain sites.
\*\*     Indicator reported for the first time in 2020.
\*\*\*    Estimate considering the group companies as a single entity.
\*\*\*\*   Cumulated data at each year end.
\*\*\*\*\*  In reference to Orano's sustainable development commitment policy that suppliers must accept.

In addition, Orano has implemented a robust internal control system under the group's management. The purpose of this unique tool is to incorporate all risks identified in the mapping, including in particular the risks identified in this duty of care plan. The objectives and the internal control system are detailed in Section 3.1 of this report.

In addition, the ethics report also makes it possible to identify incidents and points of vigilance by area. For example, health, safety and environmental issues are among the most frequently reported in the group's annual ethics report.

**3**    RISKS, CONTROL AND DUTY OF CARE PLAN

# SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS



**4**

**4.1 Societal and environmental challenges at the heart of the strategy** NFPS **86**

4.1.1 A corporate purpose and a project that contribute to key global challenges  86
4.1.2 A group connected to its ecosystem  89
4.1.3 A roadmap that structures our commitment to 2030  94
4.1.4 Integrated and cross-functional non-financial governance  98

**4.2 Aim for the highest standards** NFPS **99**

4.2.1 Action priorities in nuclear safety, industrial security and environmental protection  99
4.2.2 Health - Safety - Radiation Protection  102
4.2.3 Ethics and compliance  105
4.2.4 Transparency and information  111

**4.3 Mobilize proud and committed employees who embody our purpose** NFPS **113**

4.3.1 A clear and ambitious salary policy  113
4.3.2 Dialogue and labor relations  114
4.3.3 The full potential of talents and skills  116
4.3.4 Together for diversity and inclusion  119

**4.4 Operate efficiently by reducing our footprint** NFPS **122**

4.4.1 Renewed, efficient and competitive facilities  122
4.4.2 Quality, operational excellence and digital on a daily basis  122
4.4.3 Improve our energy performance  123
4.4.4 Reduce our footprint, by design  125
4.4.5 Reduce and recover radioactive waste  128

**4.5 Contribute to carbon neutrality and adapt to climate consequences** NFPS **131**

4.5.1 A continuous and renewed effort on our carbon footprint  131
4.5.2 Anticipate and adapt to changes related to global warming  134

**4.6 Application of the European taxonomy to the activities of the Orano group** NFPS **137**

4.6.1 Background  137
4.6.2 Analysis and calculation of indicators relating to eligible activities with regard to the climate mitigation and adaptation objectives within the meaning of the taxonomy regulation applicable at December 31, 2021  137
4.6.3 Voluntary positioning of Orano on the eligibility of nuclear operations with regard to the climate mitigation and adaptation objectives within the meaning of the draft plementary delegated act published on February 2, 2022  138

**4.7 Innovate to preserve resources and protect health** NFPS **139**

4.7.1 Innovation, Orano's priority  139
4.7.2 New activities for the climate, the preservation of resources and health  141

**4.8 Be engaged and responsible locally in our environment** NFPS **144**

4.8.1 Responsible purchasing and outsourcing  144
4.8.2 Contribute to developing the regions around our operations  146
4.8.3 Build a second life for sites  147
4.8.4 Eco-design our future projects  148

**4.9 Summary of indicators and cross-reference tables** **149**

4.9.1 Reporting methodology for the non-financial performance statement  149
4.9.2 Indicators  151
4.9.3 Cross-reference table of data required for the non-financial performance statement and the duty of care  157
4.9.4 Cross-reference table between TCFD recommendations and this 2021 Annual Activity Report  158

**4.10 Report by the independent third party, on the non-financial performance statement** **159**



**4**  SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Societal and environmental challenges at the heart of the strategy

# 4.1  Societal and environmental challenges at the heart of the strategy

Convinced that the preservation of the climate, resources and health are fundamental issues, Orano has placed them at the heart of its purpose and intends to use and develop all of its know-how in the transformation and control of nuclear materials today and tomorrow.

Against the backdrop of growing global demand for electricity and the need to tackle climate change while preserving natural resources, Orano has risen to the challenge by helping to boost the share of nuclear energy worldwide by providing its customers with services and products throughout the fuel cycle (supply of uranium, processing, recycling of nuclear materials, waste management, *etc.*) in order to generate low-carbon electricity. The group is also involved in the preservation of resources, health and research through its innovation and new activities, including Orano Med.

Orano's societal and environmental commitment, renewed in 2020 through an ambitious roadmap to 2030 for its stakeholders and society, is structured around five axes:

- for the community, being locally involved and responsible in our environment;
- for the climate, contributing to carbon neutrality;
- for skills, mobilizing proud and committed employees who embody our purpose;
- for customer growth, innovating for the preservation of resources and health; and
- for cash, operating efficiently by reducing our footprint.

## 4.1.1  A corporate purpose and a project that contribute to key global challenges

### Orano mobilized to define its purpose and themes for action

In 2020, the Corporate Engagement Department, reporting to the Safety - Health - Security - Environment Director, a member of the Executive Committee, led the co-construction with the group's managers of societal and environmental commitments anchored in the strategy.

This work consisted of:

- raising awareness among the Executive Committee and managers from all group entities about Orano's new strategic, societal and environmental challenges to 2025;
- mobilizing an internal community of Change Masters; and
- performing the materiality analysis.

If 2020 was a year of definition, 2021 was a year of implementation for both employees and the group's processes.

### A priority contribution to the Sustainable Development Goals

The Sustainable Development Goals (SDGs) are the markers defined by the United Nations for achieving a better future. They reflect the collective awareness of the need for a sustainable society. At the end of 2019, Orano managers prioritized the group's contribution on six themes already at the heart of Orano's actions, associated with six objectives that will be reflected by concrete actions in the new roadmap in the coming years.

 **Climate and carbon neutrality**

 **Preservation of natural resources and waste reduction**

 **Reliable energy at an affordable cost**

 **Industrialization and environmentally-friendly innovation**

 **Skills development in the regions**

 **Safety, security, health and contribution to medical research**

## Principles and vigilance that structure our action

Orano conducts its activities in compliance with the fundamental texts governing the preservation of human rights, in particular:

- the Universal Declaration of Human Rights adopted by the UN in 1948;
- the fundamental conventions of the International Labour Organization (ILO); and
- the Organization for Economic Co-operation and Development (OECD) Guidelines for Multinational Enterprises.

The application of these reference texts by Orano reflects the group's commitment to the elimination of child labor and all forms of forced or compulsory labor, respect for free association, privacy and the right to collective bargaining.

In addition to these foundation texts, Orano supports concrete initiatives to promote socially responsible attitudes, protect the environment and measure the performance of its actions by complying with:

- the principles of the UN Global Compact;
- the Extractive Industries Transparency Initiative (EITI); and
- the principles of the Global Reporting Initiative (GRI).

Orano is also committed to empowering its value chain and is particularly involved in the evaluation of its subcontractors and suppliers. They are required to agree to comply with the Orano Code of Ethics and the group's general purchasing terms and conditions requiring strict respect for human rights, under penalty of termination of the contractual relationship. In 2021, Orano decided to strengthen the societal and environmental criteria in the supplier selection process.

Any violation of human rights can be reported in the group's alert system. It is then analyzed and dealt with in accordance with internal whistleblowing procedures and may be investigated.

## Making a significant contribution to key global issues

Through its actions, Orano intends to contribute to the fight against global warming and the preservation of resources and health, major challenges of the century.

### Developing access to competitive and low-carbon electricity for all in a world fighting against global warming

The IPCC scenarios confirm it: to contain global warming to 1.5°C and continue to evolve in a sustainable world, nuclear power is not the only solution, but it is essential. The Paris Agreement on the fight against climate change provides for a sharp reduction in $CO_2$ emissions and the European Union has set itself a target of carbon neutrality by 2050. These objectives were confirmed at COP 26. Orano intends to contribute to this collective mobilization.

Electricity is a basic commodity whose cost must remain affordable. It is a major societal issue for all countries and supports the electrification of the economy. For Orano, nuclear energy is a competitive energy source that has its place in the ecological transition.

### Conserving resources through recycling

Natural resources are not infinite. Orano is convinced that the recycling of nuclear materials is a responsible and sustainable path, as part of a circular economy approach. The French nuclear industry was one of the first to introduce recycling by processing used fuel in order to reduce the volume of waste and save materials. This know-how acquired in the transformation and control of nuclear materials could contribute to the development of other strategic recycling methods.

### Contributing to the fight against cancer through nuclear medicine for a healthy society

Orano's know-how goes beyond protecting the health of our employees, our external companies and the communities around our operations. Controlled nuclear materials can help save lives, through their use in cancer treatments or in medical research in the form of isotopes.

**4**



**4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Societal and environmental challenges at the heart of the strategy

## A purpose and values that guide each employee

Since 2020, Orano has adopted a purpose co-developed with the teams and more than 130 external stakeholders. The group is committed:

> **To develop know-how in the transformation and control of nuclear materials**
> **for the climate, for a healthy and resource-efficient world,**
> **now and tomorrow**

- "**To develop know-how**" refers to the importance of human and technological skills and the commitment to their development, with a view to continuous progress;
- "**Transformation and control**" refers to the group's skills and the importance given to the safety of facilities and materials. This formulation also makes it possible not to limit the strategic scope to nuclear materials alone, but to all activities where the know-how acquired from nuclear materials makes it possible to make a difference;
- "**Nuclear materials**" affirms the group's core business;
- "**For the climate, for a healthy and resource-efficient world**" affirms a triple commitment to society: commitment to the climate through low-carbon and competitive energy, commitment to the preservation of resources, and commitment to health;
- "**Now and tomorrow**" refers to current and future positioning for future generations.

All of the business lines of the cycle (extraction, transformation and enrichment of uranium, recycling of nuclear materials, manufacturing of packaging and transportation, dismantling and related services, engineering), as well as Orano's activities in the nuclear medicine industry, contribute to this purpose.

This purpose is embodied in our values and strategic priorities.

**ORANO VALUES**








## Societal and environmental commitments integrated in our five strategic priorities

Through its strategic axes, the group intends to structure its contribution and its actions, with a societal and environmental ambition that meets the challenges and expectations, without forgoing the fundamentals of performance and development.



*Source: Orano*

## 4.1.2   A group connected to its ecosystem

Orano is committed to sharing with its stakeholders and its ecosystem, which benefit from its activities and through which its activities are possible.

Discussing our challenges with our stakeholders is one of our commitments as a responsible industrialist. Orano takes advantage of the various opportunities created to listen and learn from the dialogue.

### Constant dialogue with our stakeholders

The group maintains an ongoing dialogue with all of these stakeholders. This enables it to refine and maintain the course of its strategy while remaining in step with its material challenges.

These stakeholders are made up of different groups:

- Customers and Partners;
- Employees and Representatives;
- Administrations and Authorities;
- Shareholders and Investors;
- Subcontractors and Suppliers;
- Elected Officials and State Representatives;
- The Public and the Regions:
  - residents and local communities,
  - actors in employment and local development,
  - relations with schools and younger generations.

The mode of dialogue and interaction is adapted for each category. Local Information Commissions (LICs) or Site Monitoring Commissions (SMC) are organized in France and internationally, in particular within the scope of Orano Mining. Preparation for the 5th French National Radioactive Waste and Materials Management Plan (PNGMDR) for 2021-2025 was carried out by taking part in meetings and working groups including various stakeholders.

For 2021, we note the participation in trade fairs and conferences (World Nuclear Exhibition, DEM, China International Exhibition on Nuclear Power Industry), the public debate on the location of the EDF storage pool on the Orano la Hague site and a number of events related to the closure of Cominak, such as the visit of the Niger Minister of Mines, the start of the transfer to the State of Niger of the Akokan hospital, or information meetings on the redevelopment project held with representatives of civil society. Lastly, Orano participates actively in the High Committee for Transparency and Information on Nuclear Safety.

### Group Stakeholders' Committee

In 2021, the group set up a group Stakeholders' Committee, chaired by Claude IMAUVEN in his capacity as Chairman of the Board of Directors. The aim of this Committee, which has an advisory role, is to provide the Company's management with the perspective of external observers on the group's social, societal and environmental responsibility.

Its roles are to question and react constructively to the issues and challenges presented by management, or raised by members, relating to the way in which Corporate Social Responsibility is included in the group's strategy; to relay the expectations of stakeholders *vis-à-vis* the group, including those furthest away

from direct activity; to suggest avenues for progress and changes; and to formulate, where appropriate, constructive opinions on the strategies and actions carried out or to be carried out.

The Committee is composed of stakeholders from outside the group, volunteers, who represent Orano's main stakeholders. Its members come from civil society, academia and science, and NGOs.

During the 2021 financial year, the Stakeholders' Committee met twice. These initial meetings provided an opportunity to discuss the intelligibility of Orano's strategy and the group's image as a nuclear player, in particular through the example of the management of the closure of Cominak.

### Active participation in peer-to-peer discussion forums

Orano is a committed member of professional associations in its field:

- the World Nuclear Association (WNA); Philippe KNOCHE, Chief Executive Officer of Orano, has been its Chairman since May 2020;
- the French Nuclear Energy Industry Group (GIFEN); Orano is involved in the Bureau and the commissions, notably through the chairmanship of the Digital Commission;
- FORATOM;
- the French Nuclear Energy Company (SFEN); Orano is involved in the Bureau;
- the World Association of Nuclear Operators (WANO); Orano has been a member since 2012 for its recycling activities in Orano la Hague;
- France Chimie;
- France Industrie;
- Alliance des Minerais, Minéraux et Métaux (A3M) *via* its subsidiary Orano Mining, which is a member of the Board of Directors;
- the International Council on Mining and Metals (ICMM) *via* its subsidiary Orano Mining, which has been a member for more than 10 years;
- the World Economic Forum (WEF); Philippe KNOCHE, Chief Executive Officer of Orano, has been a member of the CEO Climate Leader Alliance since 2021; and
- signatory of the French Business Climate Pledge led by the Mouvement des entreprises de France (MEDEF).

### Listening to our stakeholders

In early 2020, the group carried out its first materiality analysis. Nearly 160 managers and 130 external stakeholders were interviewed in order to identify expectations, risks and opportunities. The lessons learned from this exercise were taken into account in the definition of the group's future commitments, anchored in the strategy. This analysis was completed at the end of 2020 by a question in the Orano Vox employee engagement survey, in which more than 9,000 respondents took part and which confirmed the perceived trends.

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Societal and environmental challenges at the heart of the strategy

## MATERIALITY MATRIX FOR ORANO'S STAKEHOLDER ISSUES

Our materiality matrix shows that:

- the "safety and security of operations and transportation" is a priority shared by the organization and external stakeholders and its control is perceived as positive;
- "transparency, information" and "ethics" are also shared priorities. Transparency is deemed to be perfectible, particularly with regard to the ease of finding information in the reports published by the group;
- in the environmental field:
  - the major internal challenge is the "contribution to the fight against global warming",

- even though our external stakeholders recognize the contribution of nuclear power to the fight against global warming, they prioritize "reduction and recycling of waste", "site end-of-life management" and "environmental performance and project eco-design" thus expressing their desire to see the issue of final waste addressed, responsible behavior in the closure of sites, as well as global concern for saving resources and limiting impact during operations and the launch of new projects. These themes are thus mentioned as perfectible when they are taken into account by Orano;

- in the social field:
  - proper management of "health, safety and radiation protection" is a priority shared by external stakeholders and by Orano. It applies to our employees, but also to our subcontractors, suppliers and local residents,
  - the "well-being of employees and quality of life at work" is cited as an important internal issue;
- in the societal field:
  - the "economic development of regions in which we have operations", "support for training and local employment" and "dialogue and consultation" are cited as important issues by our stakeholders and as areas for improvement, thus expressing a desire to see Orano play a greater role in the regions in terms of skills development and employment support;
- in the economic field:
  - economic issues appear to be a higher priority internally than externally,
  - "technological and managerial innovations" are the issue most often mentioned externally, particularly as a factor contributing to the sustainability of the activity;

- in the area of governance:
  - governance issues (excluding transparency) appear to be a higher priority internally than externally. Although the quality of relations was emphasized, the interviews revealed a demand for proximity and greater frequency of meetings between stakeholders and governance structures.

A few additional issues are mentioned by specific stakeholders and can enhance the next materiality exercise: economic sovereignty, relocation, appeal of the group, management of waste and soil pollution, and control of subcontractors. The results of the materiality analysis, shared with the group's Executive Committee and managers, were fully integrated into the societal and environmental commitment roadmap. This includes environmental performance aspects from design to the end of life of the sites and waste reduction. Local anchoring through the development of skills and employment is strengthened alongside innovation and inclusion already at the heart of our action.

## From materiality to the main non-financial challenges

Following the materiality analysis, Orano presents in detail its non-financial material challenges, in line with the risks detailed in Chapter 3.

| Material challenges | Associated families of risks and impacts | Policies | Actions and results | Opportunities |
|---|---|---|---|---|
| **Safety & security of operations and transportation** Nuclear security refers to all the measures taken for nuclear safety, radiation protection, the prevention and fight against malicious acts, as well as civil safety actions planned in the event of an accident. Nuclear safety consists of all the technical provisions and organizational measures taken, relating to the design, construction, operation, shutdown and dismantling of regulated nuclear facilities, as well as the transportation of radioactive substances, to prevent accidents and limit their effects. | • Nuclear safety and environmental (see Section 3.3.3) • Risks related to the group's business activities (see Section 3.3.2) • Transportation safety and security (see Section 3.3.2.8) | "Safety and security" are part of the group's values. Environmental Safety Policy | See Sections 3.3.3, 3.3.2 and 3.4.2.3 | Develop new activities through our know-how in nuclear materials safety and control |



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Societal and environmental challenges at the heart of the strategy

| Material challenges | Associated families of risks and impacts | Policies | Actions and results | Opportunities |
|---|---|---|---|---|
| **GOVERNANCE** | | | | |
| **Transparency and information** Put in place policies and tools to voluntarily share clear and reliable information with internal and external stakeholders | ● Political and economic context (see Section 3.3.1) ● Exposures to the energy policies of other countries and the European Union, issues relating to the taxonomy and the geopolitical environment in some countries ● Nuclear safety and environmental protection (see Section 3.3.3) | "Ethics, transparency and dialogue" are part of the group's values Code of Ethics Environmental Safety Policy | See Sections 3.3.1, 3.4.2.1 and 3.4.3 | Argue the role of nuclear energy as an energy of the future for the climate |
| **Ethics of business and behavior** Ensure compliance with laws and regulations, integrity and compliance in the conduct of business, the fight against corruption, respect and promotion of human rights and fundamental freedoms throughout the Company value chain | ● Risks of corruption and influence peddling (See Section 3.3.8) ● Tax issues (see Section 3.3.9) | "Ethics, transparency and dialogue" are part of the group's values Code of Ethics | See Sections 3.3.8, 3.3.9 and 3.4.3 | Strengthen our long-term relationships with our employees, customers and partners |
| **Risk management** Ensure the proper identification of risks for the Company and the implementation of prevention and mitigating actions | | Risk mapping system | See Chapter 3 | Maintain our culture of nuclear materials control |
| **ENVIRONMENT** | | | | |
| **Reduction and recycling of waste** Limit the production of conventional and radioactive waste and final waste and find a way to recover them. | ● Political and economic context (see Section 3.3.1) ● Exposures to the energy policies of other countries and the European Union, issues relating to the taxonomy and the geopolitical environment in some countries ● Recoverable nuclear materials and risks related to their requalification ● Risks related to end-of-lifecycle operations (See Section 3.3.2.2) | Environmental Safety Policy Dismantling strategy Innovation strategy in three areas: services, the circular economy and deep tech | See Sections 3.3.1, 3.3.2, and 3.3.2.2 | Generate new opportunities through the recovery of nuclear materials and waste, while reducing the use of natural resources |
| **Environmental performance and eco-design of projects** Monitor and reduce the wider environmental impacts of operations throughout their lifecycle and integrate them into the design of future projects and activities | ● Nuclear safety and environmental (see Section 3.3.3) ● Risks related to the group's business activities (see Section 3.3.2) ● Major projects | Environmental Safety Policy | See Sections 3.3.2 and 3.3.3 | Generate new service opportunities around environmental performance |
| **Site end-of-lifecycle management** Responsible management of the shutdown of operations so as not to create any risk for the population and the environment, and to allow the site to be reused for other uses if possible | ● Risks related to the group's business activities: ● Risks related to end-of-lifecycle operations (See Section 3.3.2.2) ● Nuclear security and environmental protection (see Section 3.3.3) | Environmental Safety Policy Dismantling strategy | See Sections 3.3.2.2, 3.3.2, and 3.4.2.3 | Develop new activities on vacated land and ensure continuity of economic activities for the regions |

| Material challenges | Associated families of risks and impacts | Policies | Actions and results | Opportunities |
|---|---|---|---|---|
| **SOCIAL** | | | | |
| **Occupational health and safety, radiation protection** Protecting the physical and mental health and safety of the Company's employees and external personnel working on the sites (subcontractors), including with regard to radiation, and providing medical evacuations for local staff and expatriates | • Group commitments to employee health and safety (see Section 3.3.4) | Health, Safety and Radiation Protection Policy | See Sections 3.3.4 and 3.4.2.2 | Develop new activities through our know-how in the health and medical field |
| **Employee well-being, quality of life at work, work-life balance** Emphasize working conditions that enable employees to develop their professional and personal lives | • Issues related to the group's transformation and human resources (see Section 3.3.7) | Quality of life at work guidelines and agreements | See Sections 3.3.7 and 3.4.2.1 | Attract and retain the talents who will invent solutions to the challenges of today and tomorrow. |
| **SOCIETAL** | | | | |
| **Development of territorial economic activity** Develop investments, the economic fabric and job creation in the regions in order to increase wealth and shared value | • Risk of corruption and influence peddling (See Section 3.3.8) • Issues related to the group's transformation and human resources (see Section 3.3.7) • Risks related to the group's business activities: ◦ Subcontracting and suppliers (see Section 3.3.2.4) | Purchasing Policy | See Sections 3.3.7, 3.3.8 and 3.3.2.4 | Develop skills and employment around our operations Contribute to the appeal of the regions, the relocation of activity and the reduction of the carbon footprint |
| **ECONOMIC** | | | | |
| **Industrial and managerial innovations, R&D** Identify and implement innovation and development paths, if necessary through associated Research and Development, to strengthen the Company's technological, commercial and managerial positioning. | • Political and economic context (see Section 3.3.1) ◦ Issues related to the French energy policy • Risks related to the group's business activities (See Section 3.3.2.7) ◦ Impact of climate change on our facilities and activities • Issues related to the group's transformation and human resources (see Section 3.3.7) | R&D strategy Innovation strategy in 3 areas: services, the circular economy and deep tech | See Sections 3.3.2 and 3.3.7 | Contribute through our future activities to climate, health and a resource-efficient world |
| **Operational performance** Ensure the fair use of means and resources to ensure competitive operations | • Risks related to the group's business activities (see Section 3.3.2) ◦ Impact of climate change on our facilities and activities ◦ Major projects ◦ Subcontracting and suppliers | Quality policy Operational excellence and performance program | See Section 3.3.2 | Contribute to competitive electricity costs |
| **Continuity of operations** Anticipate an event that seriously disrupts the normal organization of the Company in general and implement a strategy that allows continued activities and ensures delivery to customers | • Risks related to the group's business activities (see Section 3.3.2) ◦ Impact of climate change on our facilities and activities ◦ Cybersecurity ◦ Uranium reserves and resources ◦ Subcontracting and suppliers | Protection policy and cybersecurity plan Deployment of a business continuity approach | See Section 3.3.2 | Develop the plants and nuclear industry of the future by investing in technologies and skills to guarantee the continuity of operations |

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Societal and environmental challenges at the heart of the strategy

### 4.1.3   A roadmap that structures our commitment to 2030

In 2020, Orano renewed its corporate plan by incorporating societal and environmental commitments built with the group's managers and thanks to feedback from stakeholders. Structured around its purpose, values and strategic axes, its 13 objectives reflect the way in which Orano wishes to embody its purpose and contribute to the Sustainable Development Goals.

**A roadmap co-built with the teams**

The roadmap was co-built in 2020 by a large panel of more than 1,300 employees representative of the group. It serves as a guideline for the group's commitment approach.

**SUMMARY OF ORANO'S COMMITMENT ROADMAP**

| Focuses and commitments | Objectives 2030 (vs. 2019) | Stages to 2025 | Markers in 2030 | Expected impact |
|---|---|---|---|---|
| **Our values**<br><br>Aim for the highest standards | Aim for the highest standards in terms of nuclear safety, environment, health and occupational safety | 0 INES level 2 events<br>Accident frequency rate (Orano employees) less than 1 | | Operational safety and security<br>Good health of employees, external companies and local communities |
| | Make information and dialogue more accessible to our stakeholders and more explicit regarding sensitive perceptions | 80% of our stakeholders satisfied with the "transparency" and "dialogue" topics | | Acceptability of the nuclear industry<br>Group appeal |
| **Communities**<br><br>**Be engaged and responsible locally in our environment** | Strengthen local roots, particularly in the area of skills development and employment | 80% of local residents have a positive view of Orano's activity in their area | | Regional development<br>Acceptability of the nuclear industry |
| | Build a second life for sites | 100% of site planning includes management of long-term liabilities | | Acceptability of the nuclear industry<br>Support for employment |
| | Eco-design all our major projects | 50% of major projects are eco-designed | 100% of major projects are eco-designed | Resource saving<br>Extension to our customers |
| **Climate**<br><br>**Contribute to carbon neutrality** | Reduce the "equivalent" carbon footprint of our business in line with the Paris Agreement | -40% of tCO2e scopes 1 and 2 vs. 2015 (reference year for the French SNBC *) | -20% of tCO2e scopes 1, 2 and 3 (vs. 2019) | Contribution to the fight against global warming<br>Alignment with the Paris Agreement |
| | Innovate to reduce the footprint of our customers and increase the acceptability of nuclear power and nuclear materials | Laboratory validation of a solution for decommissioning hulls | Study of an industrial solution to reduce the lifespan of final waste | Contribution to the fight against global warming<br>Acceptability of the nuclear industry |

*   SNBC: French National Low-Carbon Strategy (2020 version).

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Societal and environmental challenges at the heart of the strategy

| Focuses and commitments | Objectives 2030 (vs. 2019) | Stages to 2025 | Markers in 2030 | Expected impact |
|---|---|---|---|---|
| **SKILLS**<br><br>**Mobilize proud and committed employees who embody our purpose** | Offer professional and personal development within attractive work environment | 75% engagement rates for employees | Engage employees in development paths through an innovative and resource-efficient organization and working environment | Employee commitment<br>Group appeal<br>Waste reduction<br>Resource saving |
| | Be a benchmark, inclusive employer, promoting diversity | 1,000 group managers involved in mentoring/ tutoring | Continue to promote gender equality<br>Strengthen partnerships with schools and universities<br>Look for potential in the unemployed | Group appeal<br>Support for employment |
| | Develop our innovation ecosystem | Revenue from innovative business models, products and services (see customer growth below) | Boost our partnership approach<br>Develop access to knowledge, the internal entrepreneurial spirit and access to external financing | Group appeal<br>Societal impact of innovations |
| **CUSTOMER GROWTH**<br><br>**Innovate to preserve resources and protect health** | Broaden our recycling offer | | | Electrical transition |
| | Develop anti-cancer treatments using nuclear medicine | Group revenue close to 4.5 billion euros | | People treated |
| | Become a player in the medical, industrial and research isotope markets | | | Technological development |
| **CASH**<br><br>**Operate efficiently by reducing our footprint** | Improve the efficiency of the extended enterprise by 25% | 10% improvement in the use of raw materials (water, energy, etc.) vs. 2019 | 25% overall improvement in performance (vs. 2019) | Resource saving<br>Competitiveness of the nuclear industry |
| | Reduce our production of non-recycled waste by 25% | -10% non-recycled waste produced (vs. 2019) | -25% non-recycled waste produced (vs. 2019) | Waste reduction |

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Societal and environmental challenges at the heart of the strategy

## Specific policies underpinning the roadmap

In addition to the Code of Ethics, Orano is implementing specific policies, the next iterations of which will incorporate the group's societal and environmental commitments in the following areas:

- an Environmental Safety Policy;
- a Health, Safety and Radiation Protection Policy;
- a Purchasing Policy;
  - agreements and guidelines in the areas of diversity and inclusion, skills and quality of life at work and social dialogue, and
  - an Anti-Corruption Code of Conduct.

All of these policies are approved by the Executive Committee and the Board of Directors. Their appropriation and application is verified by the group's Internal Control Department, in particular by internal audit or the General Inspectorate. They cover the areas of duty of care. Other policies (quality, protection, *etc.*) complete the group's actions.

## Aligned compensation processes and criteria

This roadmap and policies are now reflected in all of the group's processes, which have been subject to improvement and updates.

From 2021, the implementation of certain actions and the achievement of the objectives of the roadmap comprise 10% of the variable compensation criteria for some 2, 500 eligible managers. These criteria include the identification of climate-related actions to achieve the group's greenhouse gas emission reduction target by 2025. The variable compensation of the Chief Executive Officer also includes a carbon-related target in 2021 (see Section 5.2.2.3 for more details).

## Transparent communication on results

For Orano, information, transparency and education are fundamental to the acceptance of our activities. The group strives to provide the clearest possible information.

## A non-financial rating in line with Orano's progress



(1) This ESG Assessment was originally conducted by V.E, which is now part of Moody's ESG Solutions. Source: Orano

The latest assessments from the main rating agencies show that the group is making progress in terms of its non-financial performance compared to the previous financial year. This continuous improvement is fully in line with the group's approach to commitment.

## Support thanks to Orano Solidaires

> **2021 IN ACTION:**
> **A boost to the "Coup de pouce" association**
>
> Orano Solidaires, a non-profit organization created at the beginning of the health crisis, decided in 2021 to once again support the "Coup de pouce" association, which fights against school drop-out and supports children in the acquisition of basic knowledge, throughout. France, alongside schools and in support of parents. To achieve this, it designs and distributes tested and evaluated extracurricular programs that are offered to municipalities and educational stakeholders. For the start of the school year in 2021-2022, the association is accelerating the opening of new clubs and developing innovative solutions to help children in the context of the health crisis.

**FIND ALL OF OUR PUBLICATIONS**
To follow our news, start or continue a dialogue,
Find us on: **www.orano.group**





**2021 Orano brochure**
Purpose and commitments
Climate
Made in France
Local roots
Employment and skills
The world of tomorrow



**2020 Annual report of the General Inspectorate**

State of safety of nuclear facilities



**Code of Ethics and business conduct**




**Information reports from French nuclear sites**
(French only)

Orano la Hague 2020
Orano Melox 2020
Orano Tricastin 2020
Orano Malvési 2020



**Orano Mining 2020 CSR Report**

CSR approach
Performance





**Policies**

2018 Nuclear Safety Charter
2021 - 2023 Nuclear Safety and Environment Policy
2021 - 2023 Health, Safety and Radiation Protection Policy
2021 - 2023 Disability agreement
Professional gender equality agreement
Report on payments to foreign governments
Code of Ethics
ISO 9001- ISO 14001- OHSAS 18001 certifications

**4**



**4**

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Societal and environmental challenges at the heart of the strategy

## 4.1.4   Integrated and cross-functional non-financial governance

The Environment, Societal and Governance (ESG) criteria are integrated into the processes at each level of the organization.

**ORANO'S NON-FINANCIAL GOVERNANCE**



*Source: Orano*

The Board of Directors guides and monitors the group's actions and results, including in non-financial matters. ESG topics are managed by each specialized committee of the Board of Directors depending on the subject. An overall progress report on the roadmap is given to the Board of Directors at least once a year.

The Executive Committee ensures the consistency of the roadmap and steers the proper implementation of actions. An overall progress report on the roadmap will be made to the Executive Committee at least once a year.

Each Director defines the policies and programs in his/her area of expertise to achieve the objectives set:

- the Safety - Health - Security - Environment Director, a member of the Executive Committee, manages the Environmental Safety Policy, the Health, Safety, and Radiation Protection Policy and the group's engagement approach, including with regard to dialogue with stakeholders;

- the People and Communications Director, a member of the Executive Committee, steers the orientations of all Human Resources issues, including Skills, Social Dialogue, Diversity and Inclusion;

- the Performance Director, a member of the Executive Committee, manages the Purchasing Policy, including Responsible Purchasing;

- the Compliance Director, reporting to the Chief Executive Officer, manages the ethics and anti-corruption and influence peddling program and oversees the ethics alert system;

- the Risk and Internal Audit Director, who reports to the Chief Executive Officer, steers the business risk mapping and management process, including non-financial risks.

Various operational committees bring together the necessary skills for reflection and monitoring of actions and make proposals for changes to the Executive Committee. All of these committees ensure compliance with the guiding principles that the group intends to comply with, as stated in its Code of Ethics. Each department coordinates an operational network within the Business Units and central departments. Permanent support is provided by the Legal Department.

This governance is supplemented by other committees and networks: Quality, Operational Excellence, Protection, Innovation, R&D, Strategy, which steer or contribute to societal and environmental actions, including those on our contribution to carbon neutrality.

# 4.2  Aim for the highest standards

## 4.2.1  Action priorities in nuclear safety, industrial security and environmental protection

### 4.2.1.1  Achieve the highest standards in nuclear safety

The safety and security of its operations and transport are a priority for Orano. These are based in particular on the principle of defense in depth, which is reflected in a series of risk management measures ("lines of defense") aimed at mitigating technical or human failures.

Nuclear safety consists of all the technical, organizational and human measures relating to the design, construction, operation, shutdown and dismantling of regulated nuclear facilities, as well as the transportation of radioactive substances, taken to prevent accidents and limit their effects.

Measures are thus implemented at four levels:

- prevention, which consists of building in, at the design, construction and operating stages, intrinsic resistance to its own shortcomings and to attacks defined *a priori*;
- monitoring enables incidents to be detected, followed by implementation of actions to prevent them from leading to an accident, and finally, restoration of normal and safe operation;
- limiting the consequences in order to control accidental situations that could not be avoided or, failing that, limiting their aggravation by restoring the facilities and keeping them in a safe condition; and
- management of the most serious accidents to mitigate the consequences of accidents resulting from the failure of the third level of defense in depth.

These four levels of defense, taken into account from the design stage of the facilities, are supplemented by a fifth level comprising the organizational arrangements and the means implemented to manage emergency situations and protect the public. Improvement actions targeting the five levels of defense in depth were carried out to take into account feedback from the Fukushima accident.

#### A robust nuclear safety - environment organization

The central Safety-Health-Security-Environment (HSE) Department is responsible for coordinating, developing performance and monitoring the following areas on behalf of Executive Management:

- the safety of the group's nuclear facilities and of related activities (design, operation, dismantling, transportation, services) carried out for the group or for its customers;
- radiation protection in the group's facilities and for all the group's service operations;
- the occupational health and safety of all of the employees of the group and its subcontractors;

- industrial and environmental risk prevention in the group's facilities (INB, INBS, ICPE, Mines, IOTA), and more generally, the management of sustainable development actions; and
- the management of critical events, emergencies and crisis situations.

In carrying out its assignments, the HSE Department draws on specific organizations within the Business Units, the operating entities and other corporate functions in France and abroad, forming a network of experts whose role is to participate actively in regulatory monitoring, and to provide assistance to line managers for the implementation of their HSE performance plans.

On behalf of Executive Management, a body of inspectors, which is independent of the chain of command, is tasked with verifying that responsibilities are correctly assumed, detecting any early signs of potential deterioration, and recommending the necessary improvements. It issues an annual report on the status of safety of the group's nuclear facilities and operations.

Through its specialists and their networks, the department disseminates information related to accomplishments, best practices and events in order to prevent risk, prescribe and promote performance improvement.

#### Environmental Safety Charter and Policy 2021-2023

The Nuclear Safety Charter sets out the commitment of Executive Management to prioritize risk management and establishes organizational and action principles. It calls for the implementation of a continuous improvement approach based on feedback.

The Environmental Safety Policy for 2021–2023, approved by the Orano Executive Committee, sets out the priorities for action in terms of nuclear safety, industrial safety and environmental protection.

As part of the group's transformation, based on operational excellence and societal commitment, the objectives of this policy are:

- to sustainably ensure the highest level of safety for facilities, products and services;
- to strengthen leadership in nuclear safety and skills in industrial safety;
- to practice rigorous operations and shared vigilance on a daily basis (with employees and external stakeholders);
- to promote even more resource-efficient activities and actively contribute to reducing the group's environmental footprint.

**4**

 **4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

This policy is implemented by all operational entities in the form of annual implementation plans, which are monitored at group level. It is applicable to external parties and is attached to the corresponding contracts.

In addition, the application of this policy is controlled internally by the General Inspectorate, which reports to Executive Management on the compliance status of operations and more generally *via* the group's independent safety department (FIS).

## Safety results and events

The nuclear industry is one of the most highly regulated industries in the world. Anomalies and incidents are reported to the administrative authorities and the public is informed. As part of the continuous improvement of the performance of nuclear and industrial risk management, Orano systematically analyzes the technical, human and organizational causes of all these events and implements actions to avoid their recurrence.

For the activities for which Orano is the service provider and for the anomalies or incidents declared by the operator and for which Orano might be at the origin of one or more causes, Orano voluntarily carries out an analysis of the events in the same way.

In 2021, Orano did not experience any significant events classified as level 2 or higher on the INES scale (international scale of nuclear and radiological events, graduated from 0 to 7 in increasing order of severity).

In order to encourage the reporting of "weak signals" and experience sharing, the Orano group introduced an indicator at the end of 2011 calculated on the basis of a ratio between the number of level 0 events and the total number of significant events. The detection of weak signals and the detection, reporting and processing of significant events is a major objective at Orano.

Reports are presented regularly to the Orano Executive Committee (COMEX) and the Board of Directors. The main environmental safety indicators are:

- the number of significant safety events (SSE) of Level 2 or higher; and
- the event prevention rate (EPR) (where EPR = SSE > N1/SSE N0).

In addition, an EPR IR performance indicator (prevention rate of industrial risk events), which is calculated from events classified ASSESS (internal severity scale for environmental events: Advanced Severity Scale for Events and Soft Signals), was set up to continue to improve the sharing of experience within the group. After a running-in period in 2020, the implementation of this EPR IR progressed in 2021 and reached a value of 0.11 for a target of 0.10. Like the EPR, it is also regularly presented to COMEX. The decrease in the EPR reflects a decrease in the severity of the events reported, thanks in particular to the prevention actions developed.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| **Aim for the highest standards in safety and the environment with** Zero INES 2 EPR <0.1 EPR IR <0.1 | Level 2 or higher | 0 | 1 | 0 | ● |
| | Level 1 | 7 | 7 | 6 | |
| | Level 0 | 132 | 138 | 119 | |
| | Event Prevention Rate (*EPR*) | 0.05 | 0.06 | 0.05 | ● |
| | Industrial Risk Event Prevention Rate (*EPR IR*) | - | 0.18 | 0.11 | |
| | Internal inspections carried out by the General Inspectorate | 59 | 58 | 53 | |

## Management of degraded situations

Orano is also equipped with a crisis management system to manage emergency situations, both for the safety and security of facilities and for the protection of employees, the public and the environment. Around 100 exercises are organized each year, including some with the government agencies and supervisory authorities. The nuclear sites have response teams available on site 24 hours a day. These teams are trained and conduct drills in all types of emergency or safety situation.

Since 2015, Orano has also had an Orano National Intervention Force (FINA) made up of nearly 500 volunteers from all entities, trained and ready to provide assistance in their area of expertise in the event of a major incident on a group site.

Orano is constantly adapting its crisis management system to new threats. During the period of health emergency, Orano strengthened the resilience of its crisis organization, in particular by implementing procedures for the remote rigging of its group's national command and decision center (PCD-N).

## An ambitious industrial safety action plan

Following several significant events relating to industrial safety (fire, uncontrolled gas emissions), which had no impact on our mining operations, an ambitious action plan for 2020-2022 was launched to provide mining sites with a system equivalent to the existing industrial safety management system for French SEVESO establishments. At the end of 2021, the management committees of the three sites in operation in Niger, Kazakhstan and Canada were trained in industrial safety management. Progress has been made to reduce the risk of major accidents on site and new risk management measures and concrete actions have already been implemented on the sites. This plan is jointly reviewed every six months by the management of the Mining Business Unit and the HSE Department.

## 4.2.1.2  Environmental protection

### Principles of environmental monitoring

Orano devotes considerable resources to reducing and monitoring chemical and radioactive releases. At the same time, it ensures that the environment is continuously monitored. Orano performs over 100,000 measurements and analyses annually on samples taken at some 1,000 locations to monitor environmental radioactivity around its sites. The results of these analyses are in-depth environmental assessments of the impacts of discharges into the air, water and waste. They can be consulted on the Orano website in the Nuclear and Safety Transparency Reports (TSN).

On former mining sites, in addition to rigorous monitoring of water quality, regular studies are carried out to determine the state of conservation of aquatic ecosystems and assess the residual impact of activities.

Orano's liquid and gaseous discharges are monitored throughout the year, in order to enable rapid corrective action if necessary. In addition, in order to verify the absence of a real impact due to the facility, deferred monitoring (based on sampling) is carried out in the various ecosystems and throughout the radionuclide transfer chains up to humans.

Non-greenhouse gas emissions (NOx, SOx, *etc.*) are controlled and monitored by the industrial sites. They are reported in the specific publications of the entities, available on the Orano website in the reference publications. They are not consolidated and reported at group level.

Participatory environmental monitoring programs have been implemented at several international mining sites and involve stakeholders beyond the existing Local Information Commissions.

### Limiting impacts on the environment and the population

Based on the measurement of activity released in the liquid and gaseous effluents and its dispersion in the environment, the radioactivity in the environment (seawater, groundwater, rivers, fauna, flora, air, soil, *etc.*) is assessed, then the dosimetric impact is calculated, considering all the routes by which the radioactivity can reach humans. This assessment focuses on population groups identified as being the most exposed locally to the impact of discharges.

Preventing any accidental spills is an issue for Orano because of the potential consequences that can be significant on employees, populations, fauna and flora and on the creation of environmental liabilities. In the group's internal requirements, accidental spills of radioactive or hazardous substances into the environment must be taken into account during all phases of the life of the facilities (design, construction, operation, shutdown and dismantling). In application of the ALARA principle, a risk reduction approach at source is implemented (limiting the hazardous nature of the substances used, limiting the quantities stored, *etc.*) whenever possible. Active consequence mitigation systems must be implemented and integrated into incident management systems.

As in the case of safety incidents, environmental incidents are analyzed, feedback is gathered with the identification of actions and classification on the group's internal ASSESS severity assessment

scale. This scale was created in 2014 to strengthen the shared industrial risk culture and improve the prevention of environmental risks.

In order to improve HSE performance, a new prevention indicator (EPR IR) that monitors environmental events in particular (including those relating to technological risks) was therefore introduced in 2021 and makes it possible to strengthen the sharing of experience in this area.

### Addressing impacts overall and over time

Limiting impacts also includes all of the following fields (bacteriological, visual, biodiversity, noise pollution, pollution from road and rail traffic, odor impacts, vibrations, dust, light emissions, electromagnetic fields, *etc.*).

Orano's Environmental Safety Policy also aims to reduce and manage all of our environmental liabilities in an approach proportionate to the stakes involved. This strategy is part of the desire to give new life to the sites where we are located.

## 4.2.1.3  Assessment of the Environmental Safety Policy for 2021 and main orientations for 2022

For 2021, more than 175 actions, broken down according to the policy's 21 action priorities, were defined by the four Orano France sites that operate INBs, as well as by the Mining, Dismantling and Services and Projects Business Units.

Priority was given to the following subjects or themes:

- conducting soil studies and characterizations, and carrying out design, implementation and production plant programs to ensure a high level of safety for Orano's sites, its employees and external companies;

- continuous improvement of the risk detection processes, their monitoring, the feedback process, and the inclusion of human organizational factors (HOF) in technical modifications;

- strengthening the safety and industrial security culture of group employees and external partner companies; and

- action plans to achieve environmental objectives related to water and energy consumption, greenhouse gas (GHG) emissions and the reduction of non-recycled waste.

In practice, more than 75% of the actions were fully completed during 2021 and a majority of the actions still in progress are expected to be completed in the first quarter of 2022.

In addition to meeting several key project milestones or major Environmental Safety commitments, notable achievements in the implementation of the policy in 2021 include:

- the definition and implementation of routine monitoring of the group's ES commitments with major challenges;

- the preparation and updating of an inventory of stored materials for all the group's INBs and ICPEs;

- the design of an e-learning module on monitoring subcontracted activities and preventing the risk of fraud; and

- the creation or consolidation of a doctrine on biodiversity, eco-design and waste management.

**4**



**4**   SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

---

**2021 IN ACTION:**
**organization of an environmental week**

In October 2021, Orano organized a week of remote workshops to present and discuss topics related to current events and innovation concerning the environment, for the group's entire HSE network. This event offered more than 280 opportunities to be involved and 14 speakers (Orano or specialized external companies).

These discussions made it possible to remind people of the importance of certain environmental issues (ecotoxicity, geochemistry, soil management, post-mining, *etc.*), share topical issues (protection of biodiversity, carbon footprint and eco-design) and present future-oriented tools under development (environmental DNA, multi-criteria analyses, *etc.*). These are all subjects that will be developed as part of the Orano group's Environmental Safety Policy.

---

## 4.2.2   Health - Safety - Radiation Protection

The Health, Safety and Radiation Protection Policy sets out the priorities for action by the group and its operational entities for the period from 2021 to 2023 in terms of health and psychosocial risks, safety and radiation protection.

It covers all the activities carried out by the group and its operational entities in France and abroad in their responsibilities as employers for the operation of mines and nuclear or hazardous (classified) facilities, industrial operator (IO) assignments on behalf of other operators, service provider and works contractor.

The Health, Safety and Radiation Protection Policy was co-constructed by all the operational entities concerned under the leadership of the HSE Department, for the next three years.

It is part of the group's transformation, based on operational excellence and societal commitment, and is based on four commitments to achieve the highest standards in health, safety and radiation protection, namely:

- guaranteeing a standardized level of primary prevention for all group employees and stakeholders;
- strengthening operational control and increasing its reliability;
- evolving through innovative practices for the health and safety of employees; and
- improving performance by sharing experiences.

### 4.2.2.1  Risk assessment and medical monitoring

#### Prevention based on risk assessment

This assessment is one of the main levers for progress in the group's occupational risk prevention approach.

This analysis makes it possible to map the risks present in each establishment by work unit (transcribed in the Single Risk Assessment Document - DUER) on the basis of which action plans for staff are drawn up and monitored: training, career path, protection, awareness, monitoring, ergonomics, *etc.*

Anyone working in the facilities, whether an employee of the group or a subcontractor, is informed of the risks inherent in their activity and of the measures taken to prevent them.

In accordance with a group methodology, Orano entities update the workplace risks assessment annually or as soon as working conditions change.

On this basis, an individual occupational risk sheet (ORS) is drawn up. This provision applied to Orano employees makes it possible to identify the risks present in normal working conditions.

As part of its occupational stress risk prevention policy (RSP), Orano has set up drop-in and support centers open to all employees in France. A specific program has been set up in coordination with the Insurance Department for expatriate personnel and their families.

Since 2019, the multi-year "Santé Attitude" prevention program, initiated by the HSE department, has offered unprecedented prevention actions in the group. In 2021, the focus was on dermatological prevention aimed at detecting risk factors for workplace accidents and preventing the occurrence of sequelae by identifying aggressors that could damage the skin. Over a total of 19 days, the employees of 16 French Orano establishments were made aware of the risks to skin and the reflex actions to be taken in the event of an accident causing a burn related to the use of a hot or cold source or a chemical product. They were also able to consult a dermatologist for a melanoma screening and were made aware of the importance of simple, regular self-examination. For a certain number of employees, these consultations made it possible to detect the suspicion or the proven presence of melanoma, to initiate a follow-up with a dermatologist and/or to raise awareness about the risk of skin cancer.

#### Medical surveillance

Workplace health in France is coordinated by a group Health Department, which, to be more effective, has national responsibilities and international activities. The operation of the group's occupational health service has reached maturity, and feedback is used to develop employee monitoring schedules drawn up by the service's health professionals on a scientific and regulatory basis. These updates are made within the framework of the governance of the Health Department (National Commission for Monitoring and Control and Standing National Committee on Occupational Health), which includes social partners.

2021 continued the internalization from 2020 of employees in the group's occupational health service in France. This Orano medical surveillance enables the detection and prevention of occupational

diseases. It delivers prevention information to individual employees. It is also at the origin of the traceability of occupational exposures throughout the professional career. It is supported by a very extensive technical platform of complementary biological and radiotoxicological examinations.

Health monitoring provisions also exist for employees working abroad or on long-term assignments. They cover medical follow-up before, during, and on return from expatriation. In case of injury or illness, a global insurance policy through Europ-Assistance provides French employees with assistance and/or repatriation.

Orano Mining operates a healthcare organization in all the countries where it operates, ensuring the prerequisites relating to occupational and medical care, as well as covering medical evacuations for local staff and expatriates. The occupational medicine implemented on the sites is conducted in accordance with the regulations of the country concerned, while taking into account best practices identified group-wide.

In 2021, the Health-Safety-Radiation Protection Department created the COMED (Medical Committee for Dosimetric Expertise).

The Committee's duties are to provide support and assistance to Orano medical entities in the management of a radiological event, taking into account the characteristics, and concern:

- the proposed treatment and management of contamination;
- the definition of a most realistic scenario; and
- the measurement of a committed dose, an equivalent dose.

This consultation group met in 2021 to work and give its opinion on issues related to occupational exposure to radiation.

### Management of the Covid-19 situation to address the challenges

The Orano Health-Safety-Radiation Protection Department reviewed the obligations and practical recommendations to be implemented by its employees and subcontractors at the group's establishments throughout the year, depending on the development of the Covid-19 epidemic: preventing contagion in establishments required close attention to be paid to the obligations and adaptation as much as possible of the government or scientific recommendations, those defined by the DHSE and validated by the Executive Committee.

Accordingly, all employees received recommendations for their workplace and their personal sphere, depending on the development of the epidemic, based on the HSE obligations and recommendations issued by the group.

The group's doctors and healthcare professionals remained available at all times to manage the cases of sick employees, or where contagion was suspected, to answer questions regardless of the employee's Orano entity, and to organize vaccination in accordance with French recommendations. In this respect, they were helped by the deployment of telemedicine on all group health service sites.

## 4.2.2.2 Occupational safety and radiation protection

### Working safely

Aimed at reducing the number of occupational injuries and their severity for employees and external workers, the proactive approach to developing a workplace safety culture started in 2020, continued in 2021.

It is illustrated by the implementation of the process of rating the potential severity of events in High Potential serious injuries 1 and 2 (high potential accident or HIPO) which, depending on the context, could have become fatal accidents or had irreversible consequences. The implementation involves:

- gradual adoption by all entities;
- structured, cross-functional Orano communication for recurring, generic or reproducible HIPO 1 and 2 events at different group facilities or entities; and
- a quarterly report made available to the Orano Security network enabling each entity to define, if necessary, the actions adapted to its activity.

Since 2020, the continued work by employees of the five safety anchors and the associated rules (obligation and prohibition) has consisted, in particular, in the gradual implementation of an indicator of non-compliance with an anchorage in the visual management of entities. This measure enables an appeal to all employees to be vigilant and allows for the possible launch of targeted action plans. In addition, since 2021, all accidents or events are analyzed to identify whether one of the causes is related to an anchor.

**4**

---

**Anchors and safety standards**

As part of its occupational injury prevention policy, Orano has defined, based on accidentology, the required anchors and safety standards applicable on the group's platforms and by all employees of Orano and external companies.

Strict compliance with an anchor prevents employees from exposing themselves to serious or fatal risks.

The standards are simple, common sense rules that must become reflexes for everyone and at all levels to ensure their personal safety and that of others.





**4**   SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

Orano is vigilant in training its employees and those of external companies on safety and radiation protection aspects. Any employee from an external company working at an Orano facility is trained in the facility's risks and safety rules. If they work in a demarcated zone for radiation, they must have completed the appropriate training.

Despite the efforts made to control risks, in particular through the preparation of interventions and the daily consideration of safety anchors, the frequency rate 1 (FR1) of 1.5 in 2021 exceeds

the annual target of 1.4. In addition, a fatal accident involving a subcontractor on the Katco site is very much regretted (see paragraph below).

Analysis of events that could lead to potentially fatal or serious consequences shows that the at-risk situations identified across the group relate to mechanical handling. In order to make progress in the prevention of serious accidents, a cross-functional diagnostic action was launched in 2022 with the aim of establishing a group operational standard.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| **Aim for the highest standards in health, safety and radiation protection with an accident frequency rate < 1** | Accident frequency rate with lost time (excluding commuting accidents) | 1.8 | 1.3 | 1.5 | ◑ |
| | Accident severity rate (accidents reported during the year, excluding commuting accidents) | 0.08 | 0.05 | 0.07 | |
| | Number of fatal accidents among Orano employees | 0 | 1 | 0 | |
| | Number of fatal accidents at external companies | 1 | 1 | 1 | |
| | ISO 45001 - OHSAS 18001 certifications * | - | 17 | 17 | |

*   Indicator reported for the first time in 2020.

### A fatal accident in Katco

On August 17, 2021, at the Katco site in Kazakhstan, an assistant driller, working as a subcontractor during a shaft pipe installation operation, was struck by a pipe that became detached and fell. He was transported to hospital where he succumbed to his injuries.

Following this dramatic accident, a "Stop of Work" on all Orano shafts was implemented, and all platforms and lifting equipment were checked. An in-depth investigation into the organizational and human factors resulted in an action plan which is currently being implemented.

### Intervention in a radiological environment

To carry out these activities in the group's facilities and those of its customers, in France and abroad, Orano employees and employees of external companies benefit from prevention and protection systems against radiation and undergo dosimetry monitoring adapted to the mode of exposure.

Operations in a radiological environment follow the fundamental principles of radiation protection:

- justifying practices: the use of radiation is justified when the benefit it can provide is greater than the disadvantages it can cause;

- optimizing protection: equipment, processes and work organization are designed in such a way that individual and collective exposures are kept as low as reasonably achievable taking into account the state of technology and economic and societal factors (ALARA principle); and

- limiting individual doses: dose limits not to be exceeded are set to ensure that no deterministic effects occur and that the probability of stochastic effects appearing remains at a tolerable level given the economic and societal context.

In Orano facilities, reducing exposure to radiation is built into the design of the facilities. The measures taken in designated radiation

areas aim to maintain the most "radiologically clean" working environment possible and to protect workers from the radiation emitted in the facilities.

The radiological protection provisions and the level of personnel monitoring are the same for all exposed workers in accordance with the application of the principle of fairness, which consists of ensuring an equitable distribution of individual doses in order to minimize dosimetric differences between workers.

In order to reduce as far as possible the dose received by workers in designated radiation areas, an in-depth study of the conditions of intervention and assessment of the dose forecasts before operation is carried out with, for example, an adaptation of the duration of exposure, protective screens, integration of physiological constraints related to the wearing of personal protective equipment (PPE) and the working environment.

As part of the control of dosimetry, Orano remains attentive to situations that would lead to effective doses exceeding the internal alert criterion of 14 millisieverts (mSv) by requiring a systematic analysis of these situations in the Health, Safety and Radiation Protection Policy. This analysis ensures the implementation of actions compatible with the activities of the facilities in application of the principle of optimization of radiation protection (ALARA).

The results of the individual and collective dosimetric assessments show a slight increase but remain of the same order as in previous years. The average levels for employees and external workers are 0.86 mSv and 0.65 mSv respectively, while the annual dose limit for personnel exposed to radiation over a rolling 12-month period defined by French regulations is 20 mSv.

Notable changes in 2021 relate specifically to mining activities and a decrease in internal exposure linked to the gradual closure of the Cominak mine, whose activities generate a work environment containing dust and radon.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Aim for the highest standards in health, safety and radiation protection** | Average employee exposure due to radiation over 12 consecutive months ($mSv$) * | 0.84 | 0.93 | 0.86 |
| | Total individual external doses due to radiation for Orano employees over 12 consecutive months ($H.mSv$) * | 8,300 | 8,523 | 8,868 |
| | Total individual internal doses due to radiation for Orano employees over 12 consecutive months ($H.mSv$) * | 2,934 | 3,595 | 2,753 |
| | Average exposure of subcontractors due to radiation over 12 consecutive months ($mSv$) * | 0.50 | 0.78 | 0.65 |
| | Orano employees over 14 mSv (internal Orano threshold) * | 40 | 72 | 0 |
| | Subcontractors over 14 mSv (internal Orano threshold) * | 3 | 22 | 0 |
| | Maximum dose for Orano employees ($mSv$) ** | 15.9 | 19.9 ** | 12.2 |

\* *Due to the time needed to get the results of passive dosimetry analyses (also called reference dosimetry) and the annual schedule for reporting these data in the group's reporting software, the annual results are always expressed from July 1 of year n-1 to June 30 of year n.*

\*\* *The dose mentioned in the table is the maximum dose for a group of employees with no possibility of identifying employees.*

As indicated in the report for the year 2020, following losses of the power supply leading to the disruption of ventilation in the Cominak mine in July 2020, an increase in radon working environments led to an increase in the dose for 11 employees, whose total amount intermittently exceeded 20 mSv over a rolling 12-month period. The working conditions of these employees have been modified in order to protect them from any exposure to radiation, guaranteeing compliance with the regulatory limit at the end of the reference period.

### 4.2.2.3 Assessment of the Health, Safety and Radiation Protection Policy for 2021 and guidelines for 2022

In addition to meeting key health, safety and radiation protection milestones, among the 16 priorities for action spread over the period 2021-2023, the notable achievements in 2021 in terms of the implementation of the policy are:

- the response by a Health and Safety team on the possibility or need for intervention in the field to assess the exposure of employees to toxic substances with the preparation of GATOME measurement campaigns (Orano multidisciplinary group for chemical risk assessment);

- integration of the medical monitoring of employees of four new entities in the group Health and Prevention and Occupational Health Department;

- the achievement of 80% of the action plan for maintaining competent resources in the radiation protection business line;

- the analysis of situations that could lead to reaching the radiation protection alert threshold;

- the improvement of the sharing of experiences and prevention actions in quarterly meetings of the Safety and Radiation Protection networks in order to improve the performance of the teams; and

- the implementation of telemedicine by occupational physicians and the digitization of training and awareness-raising on safety anchors and radiation protection practices.

These actions will continue over the next two years as provided for in the policy.

## 4.2.3  Ethics and compliance

### The Code of Ethics and the Compliance Charter as a guide

Orano wishes to be an exemplary group in terms of Ethics and Compliance. As a responsible Company, Orano acts according to two principles considered as priorities:

- compliance with the most demanding requirements commensurate with the challenges in terms of safety and security in the conduct of our activities, as well as for the protection of health and the environment;

- compliance with the strictest standards of integrity and an unwavering commitment to fight against corruption, fraud, including quality fraud, financial fraud, embezzlement and misappropriation of funds, money-laundering and anti-competitive practices.

The group's Code of Ethics sets out these principles and the rules of conduct that go with them, ensuring that the group's priorities, values and reputation are respected. It extends to subcontractors and suppliers through the signing of a sustainable development commitment applicable to suppliers.

Compliance is the system designed to ensure that the Company controls the risks of:

- non-compliance with laws and regulations;

- non-compliance with industry standards; and

- non-compliance with the Orano Code of Ethics, compliance policies and procedures.

The risks of non-compliance may impact the safety of employees, working conditions, the financial position or the reputation of the group or an entity. They may result in legal, administrative or



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS

Aim for the highest standards

disciplinary sanctions. The compliance system is based on the governance, processes and internal control environment set up in the organization in each area.

## A comprehensive anti-corruption and prevention of influence peddling program

Orano implements and deploys a robust and regularly updated anti-corruption compliance program within the group. The program promotes a culture of business ethics and transparency through a robust prevention policy based on strict rules of conduct as well as training and awareness-raising actions. Transparency, sincerity and openness to dialogue accompany this program throughout its implementation. including its supervision by the Board of Directors, the Chief Executive Officer and the Executive Committee.

Based on its corruption and influence peddling risk mapping, which is updated each year, and in compliance with the Sapin II law, Orano has established a corruption and influence peddling prevention program. The program is managed and implemented by the Compliance Department, assisted by a network of compliance correspondents. This program is intended for all group employees, managers and executives and is based on the appropriation and application of rules of conduct, internal policies and procedures, and external laws and regulations.

The corruption prevention and detection program is organized around eight pillars:

- the Code of Ethics and Business Conduct including the anti-corruption rules of conduct and documentation on related policies and procedures;

- the risk corruption and influence peddling risk mapping, updated annually;

- awareness-raising among staff in general and targeted training for those exposed;

- the assessment of the compliance of third parties in direct contact with the group;

- the accounting controls and the internal control environment;

- the whistleblowing system, which makes it possible to report suspected acts of corruption or influence peddling;

- the disciplinary regime, with a principle of zero tolerance in the event of proven acts of corruption by the group's employees; and

- the evaluation and control plan for the entire program, aimed at identifying discrepancies and carrying out corrective actions.

This program is part of a continuous improvement approach with regard to the assessment of identified risks, changes in indicators and the results of controls. It relies in particular on a network of around 30 compliance officers covering all the group's activities, and on regular communication with operational staff.

**THE PILLARS OF THE ORANO ANTI-CORRUPTION AND PREVENTION OF INFLUENCE-PEDDLING PROGRAM**



*Source: Orano*

SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

## Appropriate governance

The Compliance Committee, chaired by the Director of Compliance, is responsible for supervising the implementation of the compliance system and for issuing opinions and recommendations on third-party assessments (under the Sapin II law). It is composed of permanent members from the corporate departments. Depending on the topics, the compliance correspondents and operational staff concerned are invited to Compliance Committee meetings. This committee met 20 times in 2021.

The compliance correspondents, appointed by their management, relay and deploy internal ethics and compliance policies and rules and information within the entities. They participate in the development of systems to control the risks identified and the operational implementation of action plans. In order to continue its approach of improvement and proximity with operational staff, the Compliance Department organizes and coordinates the 26 compliance correspondents who make up the compliance network. This network met eight times in 2021.

Finally, the group's managers play a key role in the teams' commitment to implementing the program and to its day-to-day deployment.

**GOVERNANCE OF ORANO COMPLIANCE**



Source : Orano



**4  SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Aim for the highest standards

## Systematic risk mapping

A risk assessment campaign is launched annually to take into account the impact of potential events on the achievement of the group's strategic and operational objectives (more details in Chapter 3). Its main objectives are:

- the formal identification of every type of risk;
- the characterization of these risks in order to prioritize them; and
- the definition and implementation of action plans to control them.

The risks associated with corruption and influence peddling are included in a specific risk mapping as part of the group's overall risk analysis according to three criteria: severity, occurrence, and level of control. The purpose of this map is to identify and prioritize risks according to the activity, geographical region and processes concerned. It allows the compliance program to be adapted to the risks to which the group is exposed. The action plans and their prioritization are defined on the basis of this mapping.

The update is managed by the Compliance Department in coordination with the Risk and Internal Audit Department. The results are presented to the Executive Committee and to the Audit and Risk Committee. In 2021, the mapping was updated. This exercise is based on a methodology developed by the group (Business Risk Model; see Section 3.2). For each Business Unit, corporate department and the entities concerned, it consisted in identifying the risk scenarios according to 12 defined sub-families of generic risks and based on the previous mapping, processes and history of the group. A sub-family of risks was added in 2021. Controls were carried out on the scope of the mapped entities, leading to the addition of certain entities, and bringing the number of mappings carried out in 2021 to 46. On the basis of these maps, which are reviewed by the Compliance Department, a summary highlighting the exposure areas and action plans is presented to the Executive Committee and the Audit and Ethics Committee. This document is validated by the Executive Committee and presented to the Board of Directors' Audit and Ethics Committee.

## Reference documentation available to employees

The group endeavors to provide accurate and relevant information enabling objective assessment of its performance in terms of environmental, economic, social and societal responsibility. Its compliance program is aimed at developing this culture of business ethics based on:

- the Code of Ethics and Business Conduct (also called the "Code of Ethics"), which includes anti-corruption and prevention of influence peddling, and forms the basis of the group's compliance policy. Updated in 2021 and published at the beginning of 2022, it is available on the group's intranet and website, given to all new hires, the group's employees are reminded of it during the individual interview, and it is communicated to third parties at the time contracts are signed. In particular, it includes Executive Management's commitment to conducting a process to prevent and detect corruption and influence peddling and the group's

"zero tolerance" policy on corruption. It defines the prohibited behaviors that may characterize corruption and influence peddling, based on the risks identified in the risk map, and summarizes the disciplinary measures and consequences in the event that these rules are not followed; In addition, the Compliance Department has published a guide entitled "Ethics and Compliance: How to act?", which illustrates with concrete examples the rules of the Code of Ethics and Business Conduct and identifies the reflexes to be adopted in the various situations with which employees are liable to be confronted, particularly in terms of preventing corruption;

- a set of internal policies and procedures dedicated to anti-corruption and the prevention of influence peddling on subjects identified as being at risk (*i.e.* gifts and invitations, evaluation of third parties, conflicts of interest, facilitation payments, *etc.*), is communicated and regularly updated for all employees *via* the documentation system.

> **2021 IN ACTION:**
> **Review and update of the Code of Ethics**
>
> In 2020-2021, Orano updated its values, reviewed its corporate plan, published its purpose and clarified its roadmap in terms of CSR commitments and appointed a new Chairman of the Board of Directors. Thus, the Code of Ethics has been reviewed and updated to reflect this change. The structure and content of the code have been reworked to make it more practical with the addition of illustrative examples.

## Employee training as a lever for an ethical culture

Employee training is a strong lever for spreading a culture of integrity and transparency throughout the group. Orano is committed to ensuring that all of its employees receive regular training on these topics. In order to ensure a good understanding of the ethics rules, the Compliance Department defines and manages the deployment of an annual awareness-raising and training plan concerning anti-corruption and the prevention of influence peddling, in coordination with the Compliance Network and Human Resources. The program includes:

- e-learning modules on the rules of the Code of Ethics, ethics and the prevention of corruption, for all group employees; and
- general and specific face-to-face and virtual classroom training (anti-corruption and prevention of influence peddling and the Orano anti-corruption program, accounting controls for people working in finance, specific modules on request).

Compliance officers also provide training for exposed personnel in their organization with the support of the Compliance Department, which provides a training pack enabling correspondents to understand and then roll out the training. Focus sessions are also organized as needed. The members of the Executive Committee and the Audit and Ethics Committee are regularly informed about compliance issues; in 2021, specific training for the Executive Committee and awareness sessions for the group's Management Committees (CODIR) were provided.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| Aim for the highest standards in ethics, transparency and dialogue with 100% of employees trained in compliance | Employees in an exposed position trained in compliance face-to-face or remotely | 843 | 673 | 521 | |
| | Employees trained in compliance *via* e-learning | 4,248 | 5,608 | 2,528 | ◑ |

## A risk assessment process for business relationships with third parties

Business relationships with third parties (clients, intermediaries, suppliers, service providers, consultants, *etc.*) may incur risks of corruption and influence peddling. In order to prevent these risks, and in keeping with changes in the French Sapin II law (anti-corruption and prevention of influence peddling) and the Duty of Care law, the group carries out appropriate checks on the integrity of third parties with a view to establishing ethical and long-lasting partnerships. Depending on the level of risk assessed according to the criteria resulting from the mapping, additional checks may be carried out, both internally and with the third party concerned, or *via* external sources.

The Compliance Committee ensures that, for all business relationships with potentially at-risk third parties, the risks of non-compliance with the group's standards, particularly with the regulations on corruption and international rules on sanctions, are identified and managed wherever possible, in order to ensure informed operational decision-making. It issues opinions and recommendations on the planned or current relationship with the partner in question.

> **2021 IN ACTION:**
> **Changes in the third-party assessment system**
>
> The assessment of third parties with which the group does business is an essential pillar in the prevention of corruption and influence peddling. As part of a digital transformation approach and in order to better assess the risks related to business relationships with third parties in order to take proportionate measures, a project to digitize the third-party compliance assessment process has been launched.

## The whistleblowing system guarantees the confidentiality and protection of *bona fide* whistleblowers

The whistleblowing system within the group is a complementary channel of expression to dialogue with managers and compliance correspondents. It is accessible to all group employees (except in the United States, which has its own system) *via* a secure portal for collecting alerts.

Through this system, employees are able to report any breaches of applicable regulations or of the group's internal rules and procedures, in particular breaches related to the Code of Ethics and the Anti-Corruption Code of Conduct. This system is constantly communicated *via* the intranet and/or by posters at the sites.

Orano pays particular attention to the confidentiality of whistleblowers and to the protection of whistleblowers in accordance with legal requirements. Alerts may be submitted anonymously when permitted by local law and are processed under the group procedure.

The Compliance Department analyzes the admissibility of alerts filed on the platform. This admissibility is independent of the reality of the alleged facts, which can only be ascertained when dealt with. When the alerts issued are proven, appropriate measures are taken.

> **2021 IN ACTION:**
> **Strengthening the whistleblowing system**
>
> In 2021, the Orano whistleblowing system was opened to employees and associates of business partners (suppliers, service providers, subcontractors and customers), as well as to recruitment candidates. In addition, specific training sessions on "conducting an internal investigation" were provided for the alert officers, compliance officers and human resources representatives.

**4**

**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

**ORANO PROCESS FOR DEALING WITH WHISTLEBLOWING**



Source: Orano

## An annual ethics report approved by Executive Management and the Board of Directors

Every year, Executive Management asks the managers of units or subsidiaries in France and abroad to prepare an ethics report listing, *a posteriori* and anonymously, non-ethical events and areas of vigilance which, to their knowledge, occurred during the past year. The trend in recent years shows that the topic with the most incidents is "discrimination and harassment". An annual summary of alerts and incidents is presented to the Executive Committee and the Audit and Ethics Committee.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Aim for the highest standards in ethics, transparency and dialogue** | Ethics incidents reported *via* ethics report process | 107 | 132 | 144 |
| | Points of vigilance reported *via* the ethics report process | 66 | 17 | 31 |

## Evaluate measures to prevent and detect corruption and influence peddling

To ensure the adequacy and effectiveness of measures to prevent and detect acts of corruption or influence peddling, the group has developed an internal monitoring and evaluation system for the prevention of corruption risks program at three levels, involving operational staff or the direct line reporting, the Compliance Department and the Risk and Internal Audit Department. The evaluations enable identification of the improvement actions to be implemented depending on the entity.

## A framework for the representation of interests

The representation of interests to public authorities, commonly referred to as lobbying, is governed by laws and regulations which are specific to different countries and international organizations. In France, it is necessary to comply with the law relating to the representation of interests and the procedure in force applicable to any employee or corporate officer who contacts a person in authority in order to attempt to influence a decision.

In France, the representation of interests is now governed by the Sapin II law (law on transparency, the fight against corruption and the modernization of economic life), which requires full transparency of actions carried out under certain conditions. Orano lists the actions carried out with the relevant public officials and declares them annually in the register of the High Authority for Transparency in Public Life. Orano representatives falling within the scope of the regulations are regularly reminded of the rules and made aware of regulatory changes.

Regarding the funding of political parties, no group company funds or provides services to a political party, a public servant or candidate for such a post. Notwithstanding the previous paragraph, in OECD member countries, where such corporate contributions are legal, contributions to election campaigns may be made in accordance with current legislation in the State concerned. Such contributions are subject to the written consent of the corporate officer of the subsidiary concerned, who will make a point of minimizing them.

## 4.2.4   Transparency and information

Transparency, *i.e.* public access to reliable information, is inseparable from nuclear, industrial and mining operations. This is a strong commitment from Orano.

### Reliable and regular reporting on our activities

Orano publishes all information about its activities on its website, including:

- each regulated nuclear facility publishes an annual information report required by Article L. 125-15 of the French Environmental Code. This report presents, in particular, the events that have occurred, environmental management, waste management, actions relating to safety, as well as transparency and information actions; Information reports are published for the Tricastin, la Hague, Melox and Malvési sites;
- Orano Mining and its production subsidiaries publish a corporate social responsibility report; and
- each year the group publishes an external magazine presenting the main actions carried out during the year and the principal future prospects;
- the Orano General Inspectorate also publishes a report on the state of safety of the facilities; and
- every year, the French nuclear safety authority also publishes an opinion on the state of safety of Orano's facilities.

Since 2017, the Orano Mining CSR report has included a report on payments to foreign governments. Orano Mining continues

its transparency approach, publishing since 2020, in compliance with the requirements of the Extractive Industries Transparency Initiative (EITI) and with its commitment, the mining contracts and licenses signed with local governments not subject to legal, regulatory or contractual confidentiality obligations.

Since 2018 Orano Mining has published the list and information concerning the storage structures for uranium ore processing residues (Orano Mining).

Orano also continued its active communication policy by organizing visits for the media and issuing 23 press releases, particularly concerning the activities of its sites and its Business Units and subsidiaries, but also international transport (transport of MOX fuel to Japan in September 2021).

To complete the information available on its website (www.orano. group, which has more than 520,000 visitors per year), Orano launched three new websites. Orano is continuing its communication policy on social networks, and in particular on Twitter (19,000 followers), LinkedIn (130,000 followers), Facebook (18,000 subscribers), and Instagram (2,000 subscribers). In addition, Orano has Twitter accounts for its sites (la Hague, Melox, Malvési, Tricastin) and internationally (United States, Canada, United Kingdom, Kazakhstan).

Furthermore, the Orano group has mobilized in an RGAA 4.0 (General Accessibility Improvement Framework) digital accessibility approach, to enable the greatest number of Internet users to access the information offered on its digital interfaces. In this context, its website www.orano.group offers a first level of accessibility, which will evolve during 2022.

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Aim for the highest standards

## Transparency about events

Any anomaly or incident at a nuclear site is reported to the authorities on the international scale of events (the INES scale) graduated from one to seven. As soon as a simple anomaly is declared (level 1 on the INES scale), Orano issues a press release, which is also available on its website. This information is also widely shared with the external stakeholders of the site concerned, in particular the Local Information Commissions.

## Openness and education about our activities

The group has been committed for many years, at all its sites, to an approach of openness, dialogue and transparency. The aim is to publicize the activities and their challenges and to answer questions from the general public and stakeholders. The main illustration of this approach are site visits for customers, industrial partners, local and national elected officials, journalists, *etc.*

In line with the opinion survey conducted in 2019, the group conducted a new survey in 2021 with the BVA institute, to better understand the perceptions and common beliefs of the French on nuclear energy. As in the previous study, Orano has widely communicated all results both internally and externally. These results show a positive change in the general public's perception of nuclear energy.

In line with the actions taken by the group since 2018, Orano continued its communication campaigns aimed at various audiences. A campaign was conducted among young people and women in the context of the recruitment of 500 work-study students, as well as the participation in programs to educate people about nuclear energy ("QG" program, for example). A series of six podcasts was produced in order to present to the general public, using experts from outside the group, information on the topics of complementarity between nuclear and renewable energy, on digital technology, increasing the number of women in the nuclear industry, or its contribution to sovereignty of the country. These podcasts were made available to the public *via* platforms. A specific campaign aimed at promoting the employer brand, particularly aimed at young people and women, was also carried out on social networks (LinkedIn, Twitter, Instagram, *etc.*) and in the national daily press. Information campaigns were also conducted with e-influencers.

## Transparency and dialogue with our stakeholders in France

Orano participates in dialogue bodies and committees with its stakeholders. In France, for example, the group is a member of the High Committee for Transparency and Information on Nuclear Safety (HCTISN) and actively contributes to its work. It also took part in consultation meetings as part of the French National Radioactive Waste and Materials Management Plan (PNGMDR). Through its sites, the group is also a stakeholder in Local Information Commissions (LICs). These bodies are responsible for relaying information to the populations located near nuclear sites.

The LICs, which meet several times a year, are an important information structure for the site's activities. During these meetings, numerous presentations are made in the presence of the media (press, radio, *etc.*). The LICs are also involved in public surveys to issue an opinion on the projects presented.

The equivalent exists for all industrial chemical plants known as "high threshold SEVESO". Replacing the Local Information and Consultation Committee (CLIC), the purpose of the Site Monitoring Commission (SMC) is to provide information to the public regarding the activities of the facility. Some sites also participate in Site Monitoring Committees. This is notably the case for the Malvési site in the Aude department.

## An equivalent system around our mining sites

In each country where Orano Mining is present, information, dialogue and consultation structures are systematically set up and coordinated around the sites, in particular in the form of LICs (Local Information Commissions), SMCs (Site Monitoring Commissions), and visits. In France, a CartOmines web application provides the public with information on the monitoring of redeveloped former mining sites. The frequency of dialogue depends on the results of regularly updated stakeholder mapping. In 2021, a mapping exercise was launched by the Nurlikum Mining subsidiary in Uzbekistan.

As part of the closure of the Cominak mining site, the consultation of all local and national stakeholders carried out in 2019 made it possible to map the societal impacts of the closure, classified by criticality. A societal transition plan covering between 10 and 15 years after the start of the redevelopment has been drawn up. In addition, the website dedicated to the progress of the redevelopment was made available to the general public in early 2021 and regularly reports on the progress of the project. This system is supplemented by the publication of a quarterly newsletter.

Orano Mining is also pursuing its proactive and progressive approach to responsible mining activities by drawing on the best international corporate social responsibility (CSR) practices implemented, in particular, through the ICMM (International Council on Mining and Metals).

# 4.3   Mobilize proud and committed employees who embody our purpose

2021 was marked by three major advances in France:

- the carrying out of a diagnostic of our salary policies;
- the entry into force of the group teleworking and quality of life at work agreement in France; and
- obtaining HappyTrainees accreditation.

## 4.3.1   A clear and ambitious salary policy

Our salary policy is based on three pillars: Orano's appeal, performance-based compensation and internal fairness, while taking into consideration the Company's economic situation.

In France, total compensation breaks down as follows:

- fixed compensation (base salary, seniority benefits, *etc.*), linked to the level of responsibility of the position held, in line with the salary benchmarks of the labor market;
- variable compensation linked to the job (hardship allowance, on-call pay, *etc.*);
- variable compensation linked to individual performance, with the variable compensation component system (VCC) for some of our engineers and managers;
- incentives, a collective performance management tool which, through activity criteria defined at the level of the entity (company or establishment), involves employees in the results of their entity;

- group profit-sharing, a tool for redistributing added value, defined at group level and common to all Orano employees; and
- employee benefits such as coverage of health and welfare costs (identical benefits for all companies), the group savings plan (PEG) allowing employees to build up savings, and the collective retirement savings plan (PERCOL) and end-of-career arrangements.

Changes in fixed and variable compensation, governed by branch and collective agreements, are negotiated each year with the labor unions. In 2021, the budget for wage measures amounted to 1.6% of total payroll, significantly above the level of change in the cost of living and in an uncertain market environment.

**4**

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Provide career and personal development in an appealing work environment** | **Budget for salary measures as a % of total payroll in the main countries of operation:** | | | |
| | France | 2.2% | 2.5% | 1.6% |
| | Kazakhstan | 6% | 6.8% | 6% |
| | Niger | 2% | 2.3% | 2.2% |
| | USA | 3.5% | 3.5% | 2% |
| | Canada | 2.5% | 3% | 1.7% |

## Diagnosis of our French compensation and benefits policy: balanced, responsible and transparent

A benchmark of our compensation policies was carried out with the help of MERCER. This concluded that, Orano has a very comprehensive and market-based compensation policy. Orano stands out for its inclusion of CSR in the variable compensation criteria for 100% of eligible employees, as well as for the time savings account (CET) and health and welfare agreements.

## Strengthening our incentive policy

For all of the group's French companies, the incentive agreements in force expire at the end of 2021. From 2022, negotiation schedules will therefore be synchronized. Until 2020, the target incentive rates were uniform for all companies, at 4%. Companies that renegotiated an incentive agreement in 2021 increased this target rate (6 or 7%). For the first time, some of them have opted for a half-yearly period, in order to be more closely aligned with the performance of their activities (incentive schemes based on half-yearly objectives and paid on two occasions during the year).



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Mobilize proud and committed employees who embody our purpose

Internationally, the group's wage policy is also implemented in the various countries where the group operates, in compliance with local regulations and practices. Similarly, the rules for allocating and calculating variable compensation are gradually being harmonized between the various global entities, while being indexed to local market practices (rate of variable compensation expressed as a percentage of annual salary, in particular, etc.).

The same is true in the main countries where the Mining Business Unit is located (Canada, Kazakhstan, Mongolia, Namibia and Niger).

Note that in the United States, the variable compensation takes several forms:

- Short-Term Incentives (STI), equivalent to the variable compensation component (VCC) of compensation in France;
- Long-Term Incentives (LTI), Executive Talent Retention Program; and
- the All Employee Incentive Plan (AEIP), which applies to all employees not covered by the two previous points.

## Savings and retirement schemes

In France, the Orano group savings plan (PEG) succeeded the 2005 AREVA PEG in 2019. It is made up of seven mutual funds with different investment horizons.

Group employees also have access to a collective retirement savings plan (PERCOL) in which there are the seven freely managed mutual funds of the group savings plan (PEG) and 3 managed investment grids. The funds invested in the PERCOL are available at retirement as annuities or lump-sum payments.

At the end of August 2021, the assets of the Orano PEG/PERCOL amounted to nearly 457 million euros.

Employees in Canada, Niger and Kazakhstan benefit from a retirement savings system consisting of basic national plans and supplementary defined-contribution pension plans.

In the United States, under the 401 (k) retirement savings plan, Orano contributes 3% of each employee's salary, and matches 100% of the payments made for the first 5% of employee contributions.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Provide career and personal development in an appealing work environment | Amounts allocated for incentives (in millions of euros) | 14.3 | 16 | 6.8 |
| | Amounts distributed for profit sharing and return to better fortune (in millions of euros) | 40 | 17.2 | 14.8 |
| | Share of employees investing their incentives and profit-sharing in PEGs | 70% | 70% | 70% |
| | PEG/PERCOL assets (in millions of euros) | 423 | 406 | 457 |

## 4.3.2   Dialogue and labor relations

Orano is committed to social dialogue between management and staff and conducts it in a fair and upright manner. The group is convinced that social dialogue must be conducted in a climate of trust and mutual respect in order to be of high quality.

## Organization of social dialogue

The group's labor relations are founded on mutual respect and dialogue. They take into account the requirement for competitiveness, performance improvement and the well-being of employees. In that spirit, management and the labor partners met on a regular basis throughout 2021, in various bodies:

- at bilateral or plenary meetings: Group Works Council, Group Committee for Hygiene, Safety and Working Conditions (CHSCT, "instance conventionnelle", body subject to formal agreements), both company and establishment Social and Economic Committees (SEC), etc.;
- during the various negotiations undertaken with the labor unions: employment of people with disabilities, teleworking, negotiation on quality of life at work (QVT), mandatory annual negotiation (NAO), incentives, etc.); and

- very regularly to share information about group news.

The year 2021 was marked by four main achievements in France:

- the unanimous conclusion of a new three-year group agreement (the second within the scope of Orano) on the employment of people with disabilities, aimed at reinforcing actions to promote the recruitment of people with disabilities, and highlighting job retention measures and workstation adjustments as key areas;
- the unanimous conclusion of a four-year group agreement to promote the development of quality of life at work and the consideration of psychosocial risks within the Orano group for all group employees;
- the conclusion of several company agreements relating to teleworking to enrich the core group agreement with a view to strengthening the organization of teleworking for the group's employees, in accordance with local challenges; and
- the implementation of the new legal structure of the companies Orano Recyclage, Orano Chimie-Enrichissement and Orano Démantèlement, created from Orano Cycle. This reorganization aims to continue and complete the alignment of operational activities and the legal entities that support them in order to improve the group's collective performance.

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Mobilize proud and committed employees who embody our purpose

Outside France, relations and negotiations with employee representative bodies are organized in accordance with local laws and practices.

Within Orano Mining, 100% of sites in operation have union representation. Mandatory annual negotiations are organized. In Niger, all employees are covered by a collective agreement. In Canada, a collective agreement, the "Canadian Labor Standards Act", covers workers and employees.

In addition, a three-year collective agreement (June 2019-May 2022) was negotiated for the McClean Lake site.

In Central Asia: in Mongolia, an agreement covering all employees was renewed for two years (May 2021-May 2023). In Kazakhstan, a collective agreement covering all employees is in place for a period of three years (November 2021-November 2024). In Uzbekistan, an agreement on shift work has been in place since 2020.

| Objective 2025 | Indicators (France) | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Provide career and personal development in an appealing work environment | Percentage of employees covered by a collective agreement | 100% | 100% | 100% |
| | Number of agreements signed during the year | 49 | 64 | 76 |
| | Number of agreements signed unanimously | 4 | 42 | 49 |

## Employee satisfaction

In 2017, Orano established an annual commitment survey called Orano Vox, distributed to 15,000 employees in 13 countries, *i.e.* virtually the entire group. The survey conducted in 2020 shows an increase in overall satisfaction of seven points on average compared to 2019.

The next Orano Vox survey will take place in 2022.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| Achieve a 75% employee engagement rate | Employee engagement rate | 55% | 66% | *No campaign in 2021* | ◑ |

## Appeal and working environment

Orano is a company recognized for its highly technical expertise, its culture of innovation, its international presence and the diversity of its business lines. Joining the group means joining a sector of excellence recognized throughout the world and involved in the energy transition and global warming *via* its contribution to the production of low-carbon and secure energy for the future.

The use of new ways of working has been strengthened by the development of the group's new head office, the Le Prisme building, in Châtillon (France) in 2019, and the Futura building in Saint-Quentin-en-Yvelines (France) in 2021. These sites promote the decompartmentalization of spaces, the digitization of tools, and working in flex mode for more cross-functionality, interaction and responsiveness. Everything has been designed to create conviviality and fluidity in interactions.

A similar project will be completed in 2022 at the la Hague site (Convergence project).

In addition, on the Bessines site, the new building housing the CIME (Extractive Metallurgy Innovation Center) was inaugurated in 2021. It meets the requirements of the authorities and the group's standards in the areas of health, safety, the environment and industrial risks. The increase in workspaces and the reorganization of space allow for better team collaboration.

In September 2021, all employees of the mining companies Somaïr, Cominak, Imouraren SA, Orano Mining Niger and TN Niger moved into a new building in Niamey called the "House of Uranium". The architectural design, which incorporates technological innovations, takes into account the safety requirements and thermal insulation of the premises for the well-being of employees.

## Quality of life at work

Orano attaches particular importance to the work-life balance of employees, and complies with legal provisions on working time at its various locations around the world.

In France, we note in particular:

- a new agreement, signed in 2021 at the end of the health crisis, introduces various additional measures: prevention of occupational risks, caregivers, donation of leave between employees, mobility between work and home, among others;
- since 2019, support measures for young parents, such as extended paternity leave, as well as a better transition between taking parental leave and continuing their professional career;

**4**

 **4**   SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Mobilize proud and committed employees who embody our purpose

- in 2020, a flexible and modern "base" agreement provides for an annual number of days of teleworking available to the employee, accessible to all positions whose tasks allow it, with a particular priority for pregnant women as well as an increase for people with disabilities and caregivers, *etc.* This agreement is gradually being enhanced, as part of local negotiations, with provisions such as additional days for teleworking.

The signing on March 31, 2021 of the second agreement on the development of quality of life at work and the prevention of psychosocial risks (PSR), unanimously provided for by the labor unions, notably provides for support measures for employee caregivers. This agreement includes the creation of a scheme, supplemented by the company, for the granting of leave between employees.

With regard to working time, different work arrangements exist within the group's activities in France. However, they all include an annual average of 35 hours per week or less, depending on the organization.

In the United Kingdom, full-time employees work an average of 37 hours per week. Overtime hours worked at the request of management may be paid or recovered. Orano authorizes teleworking under certain conditions. Exceptional partial teleworking measures were added as part of the health crisis.

In Niger, the main work schedule, known as the "Grand Poste", is 40 hours per week (eight hours per day, five days per week). Shift staff work in cycles of two times nine hours (for the mine) or three times eight hours (for the processing plant).

In Kazakhstan and Canada, the pace of head office activities is also 40 hours, five days a week. At the mining sites, all employees work in shifts of two weeks of full-time work of 11 hours per day, followed by two weeks of rest. In addition, in Canada, senior management benefit from a "Flex" shift system, over seven days (four days on site and three days at home), characterized by the flexibility of the days concerned according to operational priorities.

### 4.3.3   The full potential of talents and skills

For the last two years, the group has entered a new transformation phase, with the goal of working on Orano's appeal, the development of skills and career paths, the commitment of each individual and new ways of working.

The "Skills" component is one of the group's five strategic areas, which aims to ensure the sustainability and development of the Orano group's activities. It is divided into four clear lines of action:

- the skills steering process;
- training, digitization, and skills transfer;
- development of the "expertise" network; and
- the hiring policy.

The last few years have been marked by three main achievements: Firstly, the acceleration of the digitization of the recruitment process has led to the recruitment of around 1,000 permanent contracts and 500 work-study students per year. The internal e-Learning platform (LMS) has been modernized and integrated into the "Opus" digital suite, providing a single entry point for the France training catalog. In line with the "Avenir" law of September 5, 2018 for the freedom to choose your professional future, and the preparation of the rollout of the employment skills agreement, the enhanced professional assessment and the co-financed personal training account (CPF) were put in place. In addition, a digital platform "O career" was created and launched in France at the end of 2020, then internationally at the end of 2021.

In 2021, the work-study recruitment campaign, rolled out on social networks in April, enabled the integration of 475 apprentices and professional training contracts.

### Tighter steering of skills

Enhanced monitoring of current and future skills has been implemented. This action plan is monitored by the Executive Committee and includes the following actions:

- the coordination of an organized network of cross-functional advisors;
- an annual skills review (RAC), part of the annual managerial cycle;
- a diagnostic and cross-functional action plans by business line family, within France;
- a biannual talent review process and identification of possible career paths within the organization, One People Review, was completed in 2020, followed in 2021 by the resulting action plans; and
- an annual process of professional development interviews (PDI), complementary to the evaluation interviews (EI), aiming to put into perspective career development aspirations, the skills acquired and those yet to be acquired.

In 2021, 99% of the eligible population benefited from individual interviews with their line manager. Over 16,400 training requests were, amongst others, received in this way.

---

**2021 IN ACTION: the Happy Trainees label**

The Happy Trainees ranking, established by choosemycompany.com, assesses the attractiveness of companies in France for interns and work-study students, both for the quality of their assignments and for their welcome and support.

Orano was labeled for the first time in 2021, obtaining 7th place in the category of 500-999 students.



---

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Mobilize proud and committed employees who embody our purpose

**HUMAN RESOURCES MANAGEMENT CYCLE**



*Source: Orano*

## A proactive policy to develop and digitize the training offer

Orano runs four training schools: Vocational Training School (École des Métiers) in la Hague, Management School (École du Management), Mining College, and Trihom, a leader in external nuclear training. Two additional business line schools, on the Tricastin and Melox sites, will soon be added to this system.

The portfolio of more than 4,300 training sessions, gradually being digitized, is continuously enhanced according to changing needs.

In 2021, all of the Management School's programs, as well as a large part of the Vocational Training School's offering, were reviewed so that they can be delivered remotely. Thus, despite the health situation, more than 500,000 hours of training, of which approximately 64% non-mandatory, were provided in France covering around 96% of employees, *i.e.* an average of nearly 36 hours per person.

**BREAKDOWN OF TRAINING CATALOGUE BY THEME IN 2021**



- Operations, Facility Maintenance
- Security, Health, Radiation Protection
- Science, Studies
- Nuclear Safety, Environment, Industrial Risks
- Cleaning, Dismantling, Materials and Waste Management
- IT Tools, Digital Culture
- Other (including Management)

*Source: Orano*

 **4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Mobilize proud and committed employees who embody our purpose

| Objective 2025 | Indicators (France) | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Provide career and personal development in an appealing work environment** | Rate of access to training | 85% | 95% | 96% |
| | Estimated training volume (*hours*) | 483,000 | 410,000 | 520,000 |
| | Share of mandatory training (%) | 34% | 42% | 36% |
| | Share of non-mandatory training (%) | 66% | 58% | 64% |
| | Estimate of the average number of hours of training per employee (*hrs./employee*) | 37 | 29 | 36 |
| | Number of work-study trainees in the workforce (*% of active permanent contracts*) | 5.8% | 6.3% | 6.0% |

At the same time, Orano is working to set up an indicator to monitor training in its main countries of operation in order to fully reflect the training and professional development efforts made worldwide.

## A sustained and local recruitment dynamic

In 2021, Orano hired 1,230 new employees on permanent contracts worldwide, excluding acquisitions, including 948 in France, to meet its needs in all Business Units. For the group, this represents a sharp increase in its workforce.

In France, most of the recruitment was done remotely. Sourcing means on networks have been significantly strengthened for this purpose (Linkedin licenses, programmatic campaign, *etc.*)

The continuation of digital communication actions contributes to increasing the brand's name recognition. In particular, a campaign to promote the employer brand was conducted in November 2021.

Around 100 CQPMs (Joint Qualification Certificates for Metallurgy) were also put in place in 2021 as part of professional training contracts.

Almost one-third are engineers and managers, of which nearly 40% are starters or have some initial professional experience. Orano also hosts 814 work-study students (812 in France) including 475 who joined the group in 2021.

These results are the fruit of close work with 22 target schools and universities, co-led by a network of nearly 120 ambassadors, and participation in some 150 initiatives with schools in the Paris region, Normandy, and the South East. Orano has set up specific partnerships with seven leading schools.

In all the countries in which Orano and its subsidiaries have at least 100 employees, the vast majority (around 98%) of employees are recruited locally.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Provide career and personal development in an appealing work environment** | **Global recruiting and turnover** | | | |
| | Permanent contract recruits | 1,264 | 1,210 | 1,230 |
| | of which, engineers and management staff | 34% | 34% | 31% |
| | Turnover (*departures including retirements/initial workforce*) | 7.3% | 6.0% | 9.0% |
| | of which individual dismissals | 72 | 68 | 75 |
| | **Recruiting and turnover France** | | | |
| | Permanent contract recruits | 1,082 | 981 | 948 |
| | of which, engineers and management staff | 32% | 32% | 28% |
| | Turnover | 6.0% | 5.5% | 6.3% |
| | of which individual dismissals | 46 | 45 | 61 |
| | Job turnover rate (*average of hires and departures/initial workforce*) | 8.3% | 8.5% | 8.3% |

## 4.3.4   Together for diversity and inclusion

The Orano group is convinced that a company must reflect the diversity of its employees and that of the society in which it operates. As a civic-minded and committed group, Orano's ambition is to establish a sustainable policy of inclusion, diversity, cultural and professional diversity in all its business lines and at all levels of responsibility. These agreements were negotiated at group level in order to promote a global and uniform policy throughout the group.

### An active inclusive policy in favor of diversity

At the highest level, the Board of Directors and the Compensation and Nominating Committee promote increasing action in favor of diversity.

A first group agreement was signed with the labor unions in 2012 (AREVA scope). The last one on gender equality was signed unanimously by the labor unions and by the Chief Executive Officer, Philippe KNOCHE.

By the end of 2021, 30.7% of the group's management committees' members were female (27.6% for BU committees, 39.6% for support function committees and 25% for the Executive Committee), which already achieves the objective of 30% by the end of 2030 as set in the gender equality agreement. The criteria used for these indicators have been defined within the group for several years under successive gender equality agreements, and therefore predate the objectives and provisions of the so-called "Rixain" law of December 24, 2021. For more information on the gender equality and diversity policy applied to the members of the Board of Directors, see Section 5.1.2.3.

22% of the Orano workforce worldwide are women, and more than 28% are managers. The goal is to increase the rate of female recruitment in France by one point per year. It was already 26% at the end of 2021 and 32% among managers. Women also account for 33% of "talents" and 18% of "experts".

The group systematically highlights the female profiles of the technical sectors in its communication actions.

Orano is involved in the promotion of the technical fields among high school and college students, through a network of nearly 120 engineer ambassadors, of which 37% are women. The percentage of women on work-study contracts is 33%, with a target of 40% by the end of 2022, particularly in the technical sectors.

Orano's goal is to establish long-term conditions for genuine professional gender equality in all its business lines and at all levels of responsibility. Concluded for a period of four years, from 2019 to 2022, the gender equality agreement, signed on April 19, 2019, is applicable to all French companies and aims to strengthen gender equality and professional equality agreements through concrete measures.

On the basis of the proactive objectives set by the agreement, and to better take into account local specificities, action plans have been defined at the level of the establishments, in conjunction with employee representatives. The implementation of the agreement is subject to annual monitoring at both national and institutional level and aims to develop professional diversity, guarantee equal pay between women and men, and promote access for women to positions of responsibility, to integrate parenthood into daily working life, to improve working conditions and to seek a better balance between professional and personal life, and implement actions to prevent and combat sexual harassment and sexist behavior.

Each establishment draws up an action plan each year to implement the provisions of the group agreement in an appropriate manner.

In accordance with the law "For the freedom to choose your professional future" of September 5, 2018, Orano established an index in 2019 that assesses the performance in terms of gender pay equality for each of the group's companies, with a rating out of 100. For the group's French companies, the 2021 index (calculated here by fictitiously simulating a merger) is 89/100, which reflects the reality of the actions taken to promote equality. All of the group's companies obtained a score above 75/100.

> **2021 IN ACTION: "Women & AI"
> Charter from the Cercle InterElles**
>
> On November 5, 2021, Orano signed the "Women & Artificial Intelligence" Charter proposed by the Cercle InterElles, promoting responsible and non-sexist artificial intelligence. This commitment aims to promote the responsible and non-discriminatory design and use of artificial intelligence-based solutions to avoid bias and promote diversity in the digital professions. Various actions will be implemented in 2022 to assess the Company's level of maturity and to raise employee awareness of ethical issues in data science.

In the United States, Orano is registered as an Equal Opportunity Employer (EOE) with the Federal Equal Employment Opportunity Commission. Orano is also a member of DirectEmployer (a recruitment organization dedicated to minorities, women, veterans and people with disabilities).

> **2021 IN ACTION: Orano USA for diversity,
> equity and inclusion**
>
> The Diversity, Equity and Inclusion (DE&I) initiative of **Orano USA** was launched in January 2021. The objectives of the Executive Committee were to improve the culture and awareness of the company and to be at the forefront of the fight to eradicate discrimination, prejudice, sectarianism and racism. Thanks to its recruitment efforts, such as participation in job fairs and career center meetings, Orano USA saw a 16% improvement in the hiring of diversified candidates in 2021. Recruitment efforts will continue in 2022.

**4**



**4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Mobilize proud and committed employees who embody our purpose

---

**2021 IN ACTION: Prevention of sexist acts and sexual harassment**

In France, since the "Avenir" law of September 5, 2018, 21 pairs of "sexual harassment and sexist behavior prevention officers" from the employer and the SEC have received joint training on how to prevent sexual harassment and sexist behavior.

In line with this law and the gender equality agreement of April 2019, awareness-raising sessions and tests on stereotypes were carried out. All the BU and Corporate Management Committees took part in this awareness-raising program. It is now available to all employees. To go beyond prevention, a disciplinary process has been put in place by the Human Resources Department.

---

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Be a leading employer, inclusive and promoting diversity | Recruitment of women on permanent contracts (worldwide) | 24% | 24% | *25%* |
| | of which, engineers and management staff | 35% | 33% | 29% |
| | Percentage of management committee members who are women (worldwide) | 25% | 26% | 30.7% |
| | Percentage of female talent ** (worldwide) | 31% | 33% | 33% ** |
| | Percentage of female experts ** (worldwide) | 18% | 18% | 18% ** |
| | Percentage of female work-study students (France) | 38% | 36% | 33% |
| | Professional equality index (group estimate *) | 84/100 | 89/100 | 89/100 |
| | Number of compensation gaps addressed (France) | 177 | 184 | 200 |
| | Amount dedicated to compensating unjustified compensation gaps *(euros)* | 260,000 | 263,000 | 265,000 |

\*   *Calculated by fictitiously simulating a merger.*

\*\*  *Biannual campaigns.*

## Acting for disability integration

Orano wants to be an inclusive employer and promotes diversity of profiles, by integrating people with disabilities at the heart of its business lines. Orano's disability policy dates back to 2006. It is led by a network of Diversity and Disability officers in each establishment. In 2021, the France headcount included 663 employees with disabilities.

The RGAA (General Accessibility Improvement Framework), initially in France, aims to define a strategy, generate a favorable dynamic and implement a digital accessibility roadmap within all the group's French entities. This project is designed to embed and entrench best practices within the group for taking account of accessibility in the design of all digital publications and ultimately to make all eligible digital media and publications accessible. The first initiatives were launched in 2021. Thus, the site www.orano.group offers a first level of accessibility, which will evolve during 2022.

Since 2009, 218 work-study students have been welcomed at the Tricastin and Melox sites as part of the GIEQ (employers' association for integration and qualification) of which Orano is a founding member. This group promotes the integration of people who are currently unemployed through work-study programs: people with disabilities, seniors, people from priority neighborhoods, and beneficiaries of minimum social benefits. Over this period, 60% of work-study graduates were hired by Orano on permanent contracts.

---

**2021 IN ACTION: The 2021 Disability Agreement**

The Orano group, which has been committed to employing people with disabilities in France since 2007, signed its sixth agreement in 2021, proof of its strong and long-term commitment, which enabled it to significantly increase its employment rate over the period, from 2.7% to nearly 5%.

The main actions of the agreement concern increased awareness-raising actions for employees, support for local managers and support for professional transitions and job retention.

In 13 years, 530 people with disabilities have joined Orano's teams and more than 52 million euros have been spent with the sheltered sector.

---

| Objective 2025 | Indicators (France) | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Be a leading employer, inclusive and promoting diversity | Percentage of employees with disabilities | 5.41% | 4.6% | *Not available** |
| | Number of employees with a disability in France ** | 645 | 697 | 663 |

\*   *Reference workforce communicated by the social services (URSSAF) after the closing date of this document.*

\*\*  *All employees with disabilities in the workforce during the year.*

## Fight against discrimination

As a socially committed corporate citizen, Orano places particular importance on fighting all forms of discrimination and developing an inclusive policy.

To this end, Orano carried out a business risk mapping by cross-referencing the 24 discrimination factors established by French law with the four main areas of Human Resources, namely recruitment and integration, career development, training and compensation, in addition to the Company's social climate.

In line with the Code of Ethics, and in addition to the usual routes (manager, Human Resources manager, occupational medicine, *etc.*), Orano set up a whistleblowing and complaints system (DAR) in France several years ago. It is open to all employees and includes special confidentiality measures. Since 2019, this DAR has found its place quite naturally in Orano's more general internal ethics alert system, open to all group employees worldwide.

In 2021, these mechanisms made it possible to report three alerts, one of which was confirmed, with the others being processed.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Be a leading employer, inclusive and promoting diversity** | Number of ethics alerts related to discrimination | 6 | 8 | 3 |
| | Number of reporting and support systems set up * (France) | 35 | 35 | 35 |

\*   *Cumulative data at the end of each financial year.*

**4**


# 4.4  Operate efficiently by reducing our footprint

## 4.4.1  Renewed, efficient and competitive facilities

Affordable electricity is a challenge for society. Orano is committed to creating value for its customers by offering them competitive products, technologies and services that meet their current and future needs.

Orano promotes a culture of performance as an essential value. This acculturation is based on a comprehensive and structured approach based on several pillars: ambitious long-term industrial and supply chain policies and an operational excellence program deployed as close as possible to the field, supported by coherent digital transformation and innovation plans.

In recent years, Orano has renewed part of its production capacity and now operates the world's most modern plants in their category. These renewals have also led to spectacular improvements in terms of safety and the environment thanks to the choice of the best available technologies.

> **2021 IN ACTION: New evaporators
> at the la Hague site**
>
> In 2021, Orano continued to carry out the NCPF (new fission product concentration unit) project, the purpose of which is to replace the six fission product evaporators at the UP2-800 and UP3 plants. This major project consists of creating two new buildings. 2021 was devoted to the completion of construction of fixtures and fittings (pipes, electrics), ready for the facilities to be transferred to the start-up teams at the end of the year. The best standards of operational excellence have been implemented in line with the BOOST project.

## 4.4.2  Quality, operational excellence and digital on a daily basis

One of the group's priorities is to make operational excellence an integral part of its day-to-day management. This priority is managed by the Performance Department, whose objectives are to define and implement the frameworks and standards aimed at continuously improving the performance of existing and future activities. This includes:

- improving the quality of products and services as perceived by customers and regulatory bodies;
- improving supplier quality;
- implementing the IT and Digital solutions required to achieve the Company's general objectives and, in particular, performance objectives;
- anchoring the fundamentals of operational excellence in the field and eliminating waste and irritants; and
- identifying strategic areas of operational excellence in order to commit to an ever more global system.

### An industrial quality policy for safe products

The quality of products and services is a key factor for safety and success. With its sights set on being a major player in the nuclear industry, Orano refuses to compromise on quality. As part of its Quality policy, Orano therefore undertakes to:

- establish a robust and sustainable quality culture;
- build trust among its customers and other stakeholders by improving their satisfaction; and
- drive continuous improvement on a daily basis.

The Quality Department manages, among other things, the promotion of a quality culture, the coordination of the quality management system and the coordination of certification procedures. Improving quality also involves the implementation of indicators to measure non-quality costs and the analysis of the major and/or recurring elements constituting them, with the aim of reducing the number of these events as well as reducing their processing time.

A process for managing quality incidents and feedback is also in place as part of the prevention and fight against quality fraud. It complements an employee training program on quality issues at the service of our customers.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Operate efficiently by reducing our footprint | Number of ISO 9001 certified sites * | - | 17 | 17 |

*   Indicator reported for the first time in 2020.

---

**2021 IN ACTION:**
**Issuance of the 2021-2023 Quality Policy**

In order to make progress in the provision of products and services, Orano has issued its Industrial Quality Policy for 2022-2023, signed by the members of the Executive Committee. The commitments are based on five anchors (customer satisfaction, competence and integrity, control of the activity, traceability and continuous improvement). Acculturation of quality, the fight against fraud and continuous improvement through access to data are highlighted in particular.

---

**2021 IN ACTION:**
**First "Excellent Days" completed**

Held 100% remotely, thanks to web conferences, interviews and testimonials, the "Excellent Days" provided an opportunity to understand the contribution of operational excellence and to discover the group's best practices (performance and value creation levers in activities). Bringing together more than 250 people, these events demonstrated the group's agility to maintain operational excellence as an essential pillar at the heart of the corporate project.

---

## A structured system and network at the service of operational excellence

For several years now, Orano has deployed a structured system of operational excellence in charge of coordinating the group's transformation projects and increasing the skills of its teams. This system relies on a network of operational excellence coordinators in all entities.

Internal and external sharing is one of the action levers implemented to accelerate the transformation. Thus, Orano organizes two "Plant Managers Networking" sessions per year bringing together the top global operational management (60 people) on a site to share best practices and find synergies. The group also manages 10 industrial and business networks to exchange cross-functional expertise and ideas between peers (energy, maintenance, operations, operational excellence, laboratories, *etc.*).

Orano is involved in various business clubs (RNC, ESSEC, *etc.*) in order to actively monitor new tools and effective methods used in other industries. Several "Learning Expedition" immersion programs are planned with targeted populations of managers at external sites to create motivation and leave the beaten track.

## A digital transformation underway

During a year marked by the embedding of teleworking and hybrid working conditions, the Orano Information Systems and Digital Transformation teams ensured the robust operation of the group's communication networks, IT systems and 560 business applications to ensure seamless and safe operations.

40 IT and DT projects were delivered, and were on time in 85% of cases (a sharp improvement compared to the 75% in 2020 and 52% in 2019), in areas such as the collaborative working environment, the improving the performance of IT networks, hosting and access to industrial data and the dematerialization of working documents. Factory U, Orano's Digital Factory, was launched in February 2021 and had a promising first year with the delivery of 10 digital projects bringing significant performance improvements for their users. A portfolio of 30 projects is planned for 2022.

Within the SHIFT digital transformation plan, the modernization of the digital workplace is a key program. The deployment of the Microsoft 365 solutions environment provides a solid platform to further develop these uses. This success is illustrated by the organization of more than 650,000 online meetings in 2021 and the widespread adoption of hybrid uses driven by teleworking and mobility needs.

**4**

## 4.4.3   Improve our energy performance

Energy performance issues are an essential driver of the group's performance plan and decarbonization ambitions. In 2019, Orano launched a systemic cross-functional action on the subject of energy, notably by reactivating the network of energy officers.

Energy consumption is a major item of expenditure for the group, in addition to being one of the vectors of greenhouse gas emissions. Since 2019, an "Energy performance" working group has brought together all Orano entities around this theme. On the basis of

energy audits and the measurement of the direct and indirect carbon footprint in place since 2004, an action plan has been defined to reduce the energy and carbon bill in the coming years.

These actions concern the replacement of fuel-powered equipment with electrical equipment, the deployment of LED lighting, the optimization of fluid production tools and the possible deployment of renewable production resources. Work is currently underway on the energy mix, with the electrification of certain equipment or



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Operate efficiently by reducing our footprint

the development of renewable energy production resources, in line with decarbonization goals.

Numerous actions have already been carried out or launched, ready to be implemented soon:

- on the la Hague site:
  - stopping the production of superheated water during the summer at la Hague,
  - change in the steam production mix to reduce consumption and $CO_2$ emissions;
- on the Tricastin site:
  - replacement of the water tower pumping station with high energy efficiency equipment,
  - decrease in the operating voltage of production equipment,
  - installation of LED lighting and smart controls for the site's air conditioning;
- on mining sites:
  - deployment of machine guidance software in Niger to reduce their consumption,
  - optimization of ventilation of facilities in Canada.

A CEE agreement (Energy Savings Certificates) signed with an energy efficiency services company, acting as an agent of an obligor within the meaning of French regulations, made it possible

to accelerate these actions, thanks to financial participation in the investment related to the performance of works.

The la Hague and Tricastin (SET) sites launched an ISO 50001 certification process during the second half of the year: this is due to be certified in 2022. It is reflected in the implementation of an energy performance plan with commitments to reduce consumption over five years.

However, it has been noted that the actions implemented will not achieve the objective set (reduction of 10% by 2025 compared to 2019) in a context of changes in production, particularly in conversion and the Mining BU. At the end of 2021, the group's Executive Committee therefore decided to increase the efforts made by reinforcing the dedicated teams and by rolling out three new cross-functional actions at the sites with the highest consumption:

- energy audits carried out by expert service companies to identify new areas for improvement;
- implementation of an EMS tool (Energy Management System) at the main sites to manage and optimize energy consumption as accurately as possible;
- launch of a campaign to replace the most energy-intensive motors with more efficient motors.

The drop in consumption caused by the shutdown of Cominak was offset by the resumption of conversion activities, in particular.

| Objective 2025 | Indicators | 2019 * | 2020 * | 2021 | Progress |
|---|---|---|---|---|---|
| **Operate efficiently by reducing our energy footprint by 10% (vs. 2019)** | Quantity of energy consumed *(MWh)* | 1,928,048 | 1,860,764 | 1,872,607 | |
| | Reduction in energy consumption since 2004 | -91% | -91% | -91% | |
| | Reduction in energy consumption since 2019 | *Not applicable* | -3% | -2.9% | ◔ |
| | Energy consumption per unit of revenue ** *(MWh/millions of euros)* | 509 | 505 | 572 | |

*   *Energy consumption from previous financial years was recalculated, including with the integration of desalination plant consumption.*

**  *See definition of 2021 revenue used in Section 4.9.1.*

**DISTRIBUTION OF ENERGY CONSUMPTION IN 2021 BY ACTIVITY**



*Source: Orano*

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Operate efficiently by reducing our footprint

**DISTRIBUTION OF ENERGY CONSUMPTION IN 2021 BY ENERGY SOURCE**



Source: Orano

---

**2021 IN ACTION: ISO 50001 certification in Orano la Hague and Orano Tricastin**

The two largest energy consumers in the Orano group launched the ISO 50001 "Energy management" certification process in 2021, which will lead to certification in 2022. This approach offers multiple benefits such as:

- ensuring that the energy management system in place makes it possible to efficiently optimize energy consumption and expenditure;

- improving energy governance and strengthening best practices; and

- changing individual employee behaviors aimed at reducing energy consumption.

---

## 4.4.4   Reduce our footprint, by design

Eco-design specialists generally consider that up to 80% of a project's environmental impacts are determined at the time of its design. To illustrate this, when renewing and commissioning its new facilities in the Front End of the cycle, Orano has taken into account the best available technologies to considerably reduce the abstraction, consumption and discharge of these activities. Thus, compared to the former conversion plants, the innovations made enable reductions in the consumption of chemical reagents (-75% for ammonia, -50% for nitric acid, -60% for potash), a division by 10 for water consumption, and a reduction in greenhouse gas emissions.

Monitoring and controlling the quality of air, water, soil and the food chain and optimizing the consumption of resources (water, energy, etc.), raw materials (reagents, etc.) and waste production, are the objectives set by the group.

### A comprehensive environmental approach

The objective of minimizing the environmental footprint is based on a structure and organizations at all levels based on the following axes:

- comply with regulatory provisions while preparing for the integration of new requirements;

- prevent and manage risks;

- continuously reduce impact factors (consumption of natural resources, waste, etc.);

- identify and measure the impact of the activity on the environment; and

- research and develop new solutions to limit impacts.

This approach applies to the entire lifecycle of the facilities: from new projects to the dismantling of facilities, including operations.

As for industrial facilities (plants), a nuclear, mining or chemical facility's impact study is carried out or updated at each stage of its lifecycle, i.e. upon its creation, significant modification, shutdown and dismantling/redevelopment. It is also reviewed (and if necessary updated) at each 10-year review for nuclear facilities. These studies seek to characterize the potential health effects and environmental impacts of stresses and releases from the facility in question, by taking into account the particularities of the local environment (geology, hydrology, meteorology, natural and human environment, etc.) as well as the presence of any protected species or habitats. Accordingly, the impact study considers the presence of these remarkable zones.

To minimize its environmental footprint, including monitoring of its industrial platforms, the group acts to reduce what it takes from the natural environment and its consumption of materials and energy, and continually searches for opportunities to recycle waste.



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Operate efficiently by reducing our footprint

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Operate efficiently by reducing our footprint | Number of ISO 14001 certified sites * | - | 17 | 14 |

*   Indicator reported for the first time in 2020.

## Water, a key issue of tomorrow

A precious natural resource, water management is at the heart of Orano's environmental and societal concerns. The group's main water users are mining and chemistry-enrichment activities. The latter carried out a renewal of the production plants, thereby reducing the group's water footprint by 94% since 2004.

Since 2019, Orano Mining has assessed the level of water stress at all of its 10 sites around the world using the "Aqueduct Water Risk Atlas" tool from the World Resources Institute (WRI). Orano Mining also assessed the overall water risk for each site, which combines three risks: physical quantity risk, physical quality risk and regulatory risk. This overall level of risk by country, as well as all the water sources and consumption by its activities, are detailed

in Orano Mining's CSR report. In order to comprehensively monitor its impact on the water cycle, the data from the desalination plant are also monitored separately from the group's main activities.

A working group of the group's largest consumers was set up at the end of the year to share best practices in this area. Current actions, such as the search for leaks on the Tricastin site or the recycling of washing water in Somaïr can already be reported. It will propose an action plan in the 1st quarter of 2022.

In 2021, the group's water consumption fell sharply due to the closure of operations at the Cominak site and initial results from projects to detect and eliminate leaks.

| Objective 2025 | Indicators | 2019 * | 2020 * | 2021 | Progress |
|---|---|---|---|---|---|
| Operate efficiently by reducing our water consumption by 10% (vs. 2019) | Quantity of water tapped (m³)) | 11,471,385 | 10,831,724 | 9,050,038 | |
| | Reduction in water consumption since 2004 | -92% | -93% | -94% | |
| | Reduction in water consumption since 2019 | Not applicable | -6% | -21% | ● |
| | Water consumption per unit of revenue ** (m³/millions of euros) | 3,029 | 2,940 | 2,764 | |

*   The water consumption values for 2019 and 2020 were reassessed, principally following the updating of the values at certain sites.
**  See definition of 2021 revenue used in Section 4.9.1.

**BREAKDOWN OF 2021 WATER CONSUMPTION BY ACTIVITY**



Source: Orano

**BREAKDOWN OF 2021 WATER CONSUMPTION BY REGION**



2,406,891 m³   4,047,318 m³   618,036 m³   1,977,833 m³

27%   45%   7%   22%

Africa          Asia–Pacific
North America   France and Europe

*Source: Orano*

## Preserving water reserves in Namibia

Following the pilot phase of the mining project in Namibia from 2008 to 2012, the mining facilities have been mothballed pending a more favorable uranium market. Inaugurated in 2010, the desalination plant is operating during the project monitoring and maintenance program. Operating at about 60% of its capacity, it sells its production to the Namibian water distributor Namwater, which supplies the existing mines and meets the needs of local communities. Part of the water produced supplies local industries in the Erongo region in the Swakopmund region. The plant therefore has a positive effect on the preservation of the groundwater freshwater resources in this arid region.

| Desalination plant water volumes (*m³*) | 2019 | 2020 | 2021 |
|---|---|---|---|
| Volume of marine water withdrawn | 29,849,382 | 31,277,111 | 34,255,877 |
| Volume of brine discharged into marine water | 11,233,032 | 11,348,806 | 12,671,646 |
| Volume of freshwater produced and supplied to communities or to an Orano site (self-consumption from the desalination plant, Orano mining site) | 18,458,781 | 19,847,187 | 21,455,553 |

## Anticipating impacts on biodiversity

As regards biodiversity, Orano pays great attention to ensuring its preservation and includes it as a crucial issue for the compatibility of its activities with their environment. Overall, the protection of plant and animal life begins in the new project design phase, continuing throughout the facility operating period, and later into the site rehabilitation phase.

An environmental impact study (EIS) is carried out for each new project or whenever a major modification to industrial facilities is expected. It includes an avoid-reduce-offset (ARO) analysis on biodiversity. Owing to their location and size, the mining sites are particularly concerned with biodiversity protection and conservation, whether during the exploration, operating, or "post-mining" phases. For this reason Orano Mining, which is also an active member of the ICMM (International Council on Mining and Metals), takes care to carry out actions to avoid, reduce impacts, restore and offset, where necessary, on its sites, and also adopted a biodiversity strategy in 2021.

For example, as part of the offset project for a forest of saxauls (a species endemic to the region) launched in Mongolia, research work was carried out and a nursery was built with the help of specialists and scientists from Mongolian and French public institutes. This work should lead to the definition of protocols that will ensure the successful planting of new saplings.

In order to further improve the consideration of biodiversity protection in all its activities, in 2021 Orano joined the B4B+ business club, managed by the Caisse des Dépôts et Consignations Biodiversité, and participates in the work of the "value chain" group. This work aims to provide a clear and integrated view of the impact of activities and investments on biodiversity throughout their value chain, by identifying the main sources of impact.

 **4**   SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Operate efficiently by reducing our footprint

---

**2021 IN ACTION: Ecological inventories around Orano Tricastin and Orano la Hague**

The monitoring of the environment around Orano's sites is based on sampling and analysis systems, as well as on ecological inventories intended to assess the diversity and quality of biodiversity present in local ecosystems in order to ensure better monitoring. These inventories are regularly reviewed and updated. For example, in 2020, the Tricastin and la Hague sites began the global update of the local ecological inventories around the sites, which continued in 2021.

---

## Optimizing hazardous waste management channels

The monitoring of conventional waste management is managed as a whole by the Decommissioning and Waste Strategic Planning Department (DPS2D), which relies on the network of conventional waste correspondents identified at each site.

Conventional waste is classified into two categories: non-hazardous waste (NHW) and hazardous waste (HW).

French regulations provide for management methods to be prioritized according to an inverted pyramid form, where the base represents the reduction of waste at source (the best waste is that which is not produced), followed by recovery, which includes reuse, recycling, composting or energy recovery (*e.g.* methanization and energy recovery) and lastly, disposal (by landfill or incineration without energy recovery).

In 2021, Orano changed the indicators to take into account the group's CSR challenges, as well as the efficiency of the sites in terms of management of recoverable waste: this involves increasing the recovery rate of conventional hazardous and non-hazardous waste. This indicator applies to the Orano group scope and is obtained by dividing the quantity of recovered waste (waste that is recycled, composted or incinerated to produce energy) by the total amount of waste produced. The group aims to increase this conventional waste recovery rate to 65% in 2025 and 70% in 2030. This objective goes well beyond the French regulations since these only apply to non-hazardous waste, whereas the group's objectives apply to all waste.

In 2021, the recovery rate increased compared to 2019 and 2020. The target for 2025 was therefore achieved in 2020.

Despite the decrease in the total quantity of waste recovered compared to the previous year, the overall rate of waste recovered increased because the quantity of conventional waste produced decreased more significantly.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| Operate efficiently by reducing our production of non-recycled waste | Amount of recovered conventional waste *(metric tons)* | 11,134 | 11,332 | 9,706 | |
| | Amount of conventional waste produced *(metric tons)* | 21,704 | 17,344 | 14,107 | |
| | Annual recovery rate of conventional waste | 51% | 65% | 69% | ● |

## 4.4.5   Reduce and recover radioactive waste

Orano establishes methods for managing radioactive waste in accordance with the following fundamental principles:

- protecting public health, safety and the environment;
- preventing and limiting the burden to be borne by future generations;
- reducing the quantity and toxicity of radioactive waste, in particular by using appropriate processing and packaging methods;
- organizing waste shipments and limiting them in distance and volume; and
- providing information to the public on the environmental and public health effects of waste production and management operations, subject to confidentiality rules provided in the law, and on the measures taken to prevent or offset harmful effects.

For implementation of waste management methods, Orano draws on:

- the operating entities of the different production sites likely to generate radioactive waste; and
- the Decommissioning and Waste Strategic Planning Department (DPS2D), which is tasked with steering Orano's overall performance plan and defining the strategies to be deployed by the operating entities.

The principles guiding the use of waste management methods at Orano's different sites, in compliance with safety, cost, schedule and quality objectives and commitments, are:

- waste reduction at source, with the goal of "zero waste" in design and operation; waste likely to be radioactive is separated from conventional waste based in particular on a facility "zoning" policy. This policy is continually optimized to minimize the quantities of radioactive waste;

- radiological characterization and assessment of activity to define the optimum packaging;
- volume reduction using cutting, assembling and compaction processes; and
- processing-packaging, enabling waste to be immobilized in a container suited to its radioactivity level and half-life, in some cases using material to hold it in place (such as cement), or after processing. When processing is necessary, the goal is to convert the initial waste into a waste form with characteristics more appropriate for final disposal, in particular by rendering the waste inert and maximizing containment performance. Drying, incineration, vitrification and melting are examples of processing. Furthermore, processing can reduce waste volumes.

A quality program including quality control is carried out throughout all processing operations. Best available technologies (BAT) are used for processing and are chosen based on multicriteria analyses that factor in the industrial, environmental, health and radiological impacts.

## Understanding radioactive waste

There are two categories of waste: conventional waste and radioactive waste. Radioactive waste is defined as "radioactive substances for which no use is planned or contemplated or which have been reclassified as such by the administrative authority (Article L. 542-1-1 of the French Environmental Code)."

It is managed according to two parameters, their activity and their life. We can distinguish between:

- VLLW (very low-level waste);
- LMLW-SL (low and medium level short-lived waste);
- LLW-LL (low-level long-lived waste);
- MLW-LL (medium level long-lived waste); and
- HLW (high-level waste).

|  | Very short-lived waste (< 100 days) | Short-lived waste (≤ 31 years) | Long-lived waste (> 31 years) |
|---|---|---|---|
| Very low-level waste (VLLW) | Management through radioactive decay at the production site followed by conventional disposal | Near-surface disposal facility for VLLW (Aube) | |
| Low-level waste (LLW) | | Near-surface disposal facility for LLW and MLW (Aube) | Research carried out under the French law of June 28, 2006 (near-surface disposal at 15 to 200 m) |
| Medium-level waste (MLW) | | | Research carried out under the French law of June 28, 2006 (deep disposal, 500 m) |
| High-level waste (HLW) | | Research carried out under the French law of June 28, 2006 (deep geological repository, 500 m) | |

Shipments of waste packages vary depending on the progress of dismantling projects and any operational difficulties. Thus, performance indicators are being implemented for VLL waste:

- I1 (m³): Monitoring of the annual volume of VLL waste produced by site and packaged in the form of final packages that are not expected to be evacuated in less than 24 months to the CIRES (Centre industriel de regroupement, d'entreposage et de stockage);
- I2 (m³): Monitoring of the volumes of VLL waste produced by site (excluding legacy VLL waste and that waiting for a channel) pending or in the process of being packaged for more than 24 months;

- I3: Ratio of volume of legacy VLL waste produced/volume of legacy VLL waste removed.

The purpose of these indicators is to assess the efficiency of: the VLL waste management channel (I1), the producer in packaging its VLL waste and/or Andra's capacity to receive the waste from the producers (I2) and to estimate the capacity of the producer to dispose of its legacy VLL waste produced (I3). These indicators are not available at the date of publication of the report but will be presented in the 2023 report.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Operate efficiently by reducing our footprint | Solid radioactive very low-level waste (VLLW) removed to Andra *(m³)* | 6,809 | 5,188 | 5,914 |
| | Solid radioactive low-level waste (LLW) and medium-level waste (MLW) removed to Andra *(m³)* | 1,237 | 972 | 706 |

 **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Operate efficiently by reducing our footprint

---

**2021 IN ACTION: Innovative software
in terms of quality and reliability
for nuclear waste management**

This year, Orano entrusted a particular digital information mission to its central service DPS2D, a frame of reference for expertise and the competent body in the management of the group's radioactive waste. The mission consisted of improving the digital continuity of information concerning all radioactive waste packages shipped, by proposing a piece of innovative, ergonomic and collective software, DICO. This digital solution is intended to help production sites during the processing stages of applications for opening VLL and LMLW systems, planning the packages to be shipped to these channels, and declaring the characteristic data of nuclear waste packages prior to shipments, dual controls of industry rules that protect people and the environment, and improvement in the production of regulatory reports (quality, reliability and responsiveness) and reports intended for the general public. This solution has been deployed on all Orano sites and is attracting wider interest from other players in the nuclear sector (Andra, CEA, EDF, Cyclife, Onet, Daher) represented by the GIFEN collective, the single labor union for the entire French nuclear industry.

## Continuing the French National Radioactive Waste and Materials Management Plan (PNGMDR)

The French policy concerning radioactive materials and waste aims to ensure their sustainable management, while respecting the protection of health, safety and the environment. This policy is based in particular on the establishment of a national radioactive waste and materials management plan (PNGMDR), transparency measures, public information and democracy, and securing the financing for the decommissioning of nuclear facilities and radioactive waste management.

The PNGMDR takes stock of the existing management methods for radioactive materials and waste, identifies the foreseeable needs for storage or disposal facilities, and specifies the necessary capacities for these facilities and the storage periods.

Between April and September 2019, a public debate was held on the next edition of the PNGMDR, which will be updated every five years (instead of every three years) from the 5th plan on.

The conclusions of this debate were delivered on November 25, 2019, and were followed by a decision of the French Ministry for the Ecological and Inclusive Transition and the French nuclear safety authority, published on February 21, 2020. Preparation for the 5th plan (2021-2025) was then carried out in consultation with the public (September 2020-April 2021), and within the meetings of the Guidance Commission of the PNGMDR, which brings together associations, elected representatives, producers and operators, and the services the French State and authorities. The 5th Plan, thus prepared and amended by the Ministry, was submitted for consultation to the Environmental Authority, which issued its opinion on November 18, 2021.

The Plan is implemented after public consultation and publication of the decree and implementing decree. It provides for the implementation of numerous actions and sub-actions divided into nine themes (governance, energy policy, radioactive materials, storage of used fuel, VLL waste management, LLW waste management, HL/MLW-LL waste management, management of special categories of waste, cross-functional issues).

More specifically, the objective is to:

- strengthening control over the recoverability of radioactive materials;
- assessing the prospects for saturation of used fuel storage facilities and identifying long-term storage needs;
- continuing the search for additional storage capacity for very low-level waste (VLLW); at the same time, changing the regulatory framework applicable to the management of this waste in order to introduce the possibility of targeted exemptions allowing, after melting and decontamination, a case-by-case recovery of metal waste;
- continuing work to define a strategy for managing long-lived low-level waste;
- specifying the conditions for implementing and governing the disposal of long-lived high-level waste (HLW-LL);
- defining the management principles for specific categories of waste (legacy uranium conversion residues, legacy storage, mining waste); and
- strengthening the assessment of the environmental, health and economic impacts of radioactive materials and waste management choices.

Information on the flows and volumes of waste stored at Orano's nuclear facilities (especially volumes) is communicated to the competent authorities in the form of annual reports. In addition, Orano is a major participant in updates to the National Inventory published every year by ANDRA.

The inventory also presents storage capacities, in particular for long-lived medium- and high-level waste, along with their fill percentage.

This information is available on the website of ANDRA's national inventory of radioactive waste and materials: https://inventaire.andra.fr/inventaire.

# 4.5 Contribute to carbon neutrality and adapt to climate consequences

The sector regularly carries out lifecycle analysis studies. Emissions associated with the fuel cycle are the largest carbon impact item. The decarbonization of fuel cycle activities is therefore a major challenge, especially in terms of exemplarity.

In addition to being convinced of the role that nuclear power can play in the energy transition towards low-carbon electricity, Orano has been involved in a program to reduce its own emissions since 2004 in order to contribute to the reduction in residual emissions in the nuclear industry's carbon footprint.

## 4.5.1 A continuous and renewed effort on our carbon footprint

### Contributing to carbon neutrality in 2050: scopes 1, 2 and 3

Greenhouse gas emissions can be broken down into three scopes, illustrated below.

**THE THREE SCOPES OF GREENHOUSE GAS EMISSIONS**



*Source: Orano*

> **Greenhouse gas emission scopes (in accordance with the method for the realization of GHG emissions assessments of the Ministry for the Ecological and Inclusive Transition (October 2016))**
>
> Scope 1: direct emissions resulting from the combustion of fossil fuels (gas, oil, coal), direct emissions of refrigerant gases, direct emissions of $CO_2$ not resulting from combustion
>
> Scope 2: indirect emissions related to the consumption of electricity, heat or steam required for the activity
>
> Scope 3: other emissions not resulting from the items described above.

### Scopes 1 and 2 emissions: greenhouse gas emissions already down by 64% since 2004

Orano has set reduction targets for its scopes 1 and 2 emissions since 2004. As part of the Paris Agreements, Orano has committed to reducing its scopes 1 and 2 emissions by 50% between 2004 and 2020. This target was exceeded thanks to the efforts of all activities:

● at the Malvési plant dedicated to the conversion of uranium, a decrease of more than 90% of its greenhouse gas emissions linked to the renewal of its conversion production plant, the most modern in the world, with new production facilities with a reduced environmental footprint;



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Contribute to carbon neutrality and adapt to climate consequences

- at the Tricastin plants dedicated to the conversion and enrichment of uranium: beyond the reduction in its electricity consumption by 98% due to new enrichment technology, reduction of 85% in greenhouse gas emissions thanks in particular to the modification of the fluorine production facilities and the commissioning of the new Philippe Coste conversion plant. In total, between 2004 and 2018, energy consumption was reduced by 96%;
- at the la Hague plant dedicated to the recycling of used fuel, a reduction of 42% in $CO_2$ emissions thanks in particular to the preferred use of electricity over heavy fuel oil and domestic fuel oil in the production of steam for the site's needs. The use of heavy fuel oil was stopped definitively in October 2020; and
- for mining activities, a 43% reduction in greenhouse gas emissions per metric ton of uranium produced thanks to the implementation of new industrial processes.

> **2021 IN ACTION: Replacement of an oil-fired boiler at Orano la Hague**
>
> Orano la Hague has decided to reduce its carbon footprint by replacing a heavy fuel oil boiler with a third electric boiler. Since October 2020, the supply of heavy fuel oil has been stopped and the boiler is supplied with domestic fuel oil pending the installation and commissioning of the new electric boiler by 2023, ultimately saving more than 40,000 metric tons of $CO_2$ equivalent for the site and the group, *i.e.* around half of the direct and indirect emissions of the la Hague site.

## Contribute to carbon neutrality by 2050

Based on these results, Orano wants to go further in its contribution to carbon neutrality with a new target to reduce its direct and indirect GHG emissions (scopes 1 and 2) by 2025. The group is studying 14 internal decarbonization projects at different stages of maturity for a potential reduction of 140 ktCO₂e by 2030. Some of these projects are already under way.

**CHANGE IN ORANO SCOPES 1 AND 2 GREENHOUSE GAS EMISSIONS**



*Source: Orano*

| Objective 2025 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| **Reduce direct and indirect GHG emissions by 40% (scopes 1 and 2 *vs.* 2015)** | Scope 1 direct GHG emissions (*tCO₂e*) √ | 247,730 | 243,414 | 195,535 | |
| | Scope 2 indirect GHG emissions (*tCO₂e*) √ | 249,955 | 243,848 | 221,720 | |
| | Scopes 1 and 2 GHG emissions (*tCO₂e*) √ | 497,685 | 487,262 | 417,255 | |
| | GHG emissions (scopes 1 and 2) per revenue unit (*tCO₂e/millions of euros*) √ | 131 | 132 | 127 | |
| | GHG reduction (scopes 1 and 2) since 2004 | -57% | -58% | -64% | |
| | GHG reduction (scopes 1 and 2) since 2015 | -32% | -33% | -43% | ● |

√   *Indicator has been subject to reasonable assurance verification.*

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
*Contribute to carbon neutrality and adapt to climate consequences*

Building on the results obtained, Orano is continuing its contribution to carbon neutrality with a target of reducing its direct and indirect GHG emissions (scopes 1 and 2) by 2025 (-40% *vs.* 2015).

The 2019 and 2020 emissions were recalculated to:

- correct double accounting in the reporting of entities' gas consumption;
- update, *a posteriori*, emission factors related to electricity in order to keep in scope 2 only the portion related to combustion for France (the Front End fuel and Back End loss portions are

included in the calculation of scope 3 emissions) and update emission factors in some of Orano Mining's countries of operation (notably Canada, Kazakhstan and Mongolia); and

- use the "average mix" electricity emission factor for all French sites after the ADEME methodological modification for the calculation of the "per use" emission factor.

The change in scopes 1 and 2 GHG emissions is mainly due to the shutdown of Cominak and the first actions to reduce fossil energy consumption, such as at the la Hague site.

**BREAKDOWN OF 2021 SCOPES 1 AND 2 GREENHOUSE GAS EMISSIONS (TCO₂E) BY ACTIVITY**



*Source: Orano*

**BREAKDOWN OF 2021 GREENHOUSE GAS EMISSIONS BY EMISSION SOURCE FOR SCOPE 1**



*Source: Orano*



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Contribute to carbon neutrality and adapt to climate consequences

## Extension of the GHG calculation scope to scope 3

Orano is reporting its scope 3 emissions since the reference year 2019 for the first year. A working group has been conducted since 2020 to both accurately characterize scope 3 emissions and identify the action levers needed to reduce them. This group determined a series of actions, listed below and which began at the end of 2021 and will continue in the years to come:

- make progress in measuring scope 3 emissions, in particular by precisely identifying the emission factors of suppliers;

- carry out a joint initiative with the main suppliers to reduce their impact as part of their activities on behalf of the group: 10 suppliers will be involved in this initiative in 2022; and

- continue the eco-design actions: a specific working group was launched, bringing together all the group's project players, to build an efficient decarbonization approach.

| Objective 2030 | Indicators | 2019 | 2020 | 2021 | Progress |
|---|---|---|---|---|---|
| -20% of tCO2e scopes 1, 2 and 3 vs. 2019 | Scope 3 GHG emissions (tCO₂e) | 1,328,387 | 1,289,208 | 1,301,633 | |
| | Scope 3 GHG emissions (tCO₂e) per revenue unit * (tCO₂e/millions of euros) | 351 | 350 | 398 | |
| | Scopes 1, 2 and 3 GHG emissions  (tCO₂e) | 1,826,071 | 1,776,470 | 1,718,888 | |
| | GHG reduction (scopes 1, 2 and 3) since 2019 | Not applicable | -2.7% | -5.9% | |

*   See definition of 2021 revenue used in Section 4.9.1.

The Orano group's scope 3 order of magnitude is around 1.3 million tCO₂e. The assessment of certain emission items remains to be refined in the coming years. years. To date, around 50% of emissions are calculated using monetary data. Changes in emissions since 2019 have remained relatively stable.

**BREAKDOWN OF 2021 SCOPE 3 GREENHOUSE GAS EMISSIONS BY ITEM**



*Source: Orano*

* Other items include the use of products sold, upstream and downstream freight (managed by service providers outside the Orano group), commuting, investments, visitor travel, business travel and waste. The end-of-life item for products sold is excluded from the reporting to date.

## 4.5.2  Anticipate and adapt to changes related to global warming

The transition to a low-carbon economy involves vast political, legal and technological changes, as well as in the functioning of energy markets in order to limit the effects of climate change on human activities. Depending on the nature, speed and direction of the decisions, the impacts of the transition represent short- and medium-long-term challenges, sometimes risks but also opportunities that Orano must anticipate.

In 2021, Orano joined the Task Force on Climate-Related Financial Disclosures (TCFD) initiative for the first time. The group has therefore included in its risk analyses a dimension to identify the physical risks related to climate change scenarios. The least ambitious scenarios in terms of the fight against climate change,

because they are high emitters of greenhouse gases (GHG), are the most likely to generate physical risks and have an impact on the group's activities.

In addition, following this methodology and wishing to improve the quality of its work with regard to the benchmarks studied, the group has identified the impacts related to climate change on the continuity of its activities (transition risk) in the light of different global warming scenarios by 2050. The scenarios taken into account in the analysis are those of the World Energy Outlook of the International Energy Agency (IEA) and the Intergovernmental Panel on Climate Change (IPCC).

## 4.5.2.1  Physical risks

The physical risks related to climate change were analyzed on the basis of the RCP-8.5 emission scenario, by 2050. The potential impacts on the operating conditions of plants (in France), mines (Niger, Canada and Kazakhstan), suppliers and flows of radioactive materials were identified on the basis of work carried out internally and with the support of a consulting firm.

Analysis of the physical risks shows that the vulnerability of Orano's activities is moderate but that the vulnerabilities identified require the definition and development of an adaptation plan. This analysis is planned for 2022 in order to identify and distinguish short-term actions (for example, improvement of working conditions in high temperatures) as well as longer-term ones (for example, improvement of cooling systems).

### Description of acute and chronic risks

| Area of activity | Extreme phenomena (extreme temperature, heavy rain, storms, flooding) | |
|---|---|---|
| Plants | | • Fuel cycle plants: risks of a fall in production or temporary shutdowns (sites in the south of France, in particular)<br>• Difficulties in cooling certain facilities identified<br>• Increased risk of a violent Mediterranean episode with flooding and damage to the effluent basins of the establishments concerned |
| Mining | Increased extreme temperature events and intense precipitation, especially in the Mediterranean region and West Africa | • Sharp increase in extreme heat peaks at the 3 sites (+3° C for maximums), and an increase in the intensity of extreme precipitation events<br>• Risks of a fall in production or temporary shutdown of sites (loss of electricity supply, breakdown and loss of production equipment, flooding and damage to dikes or wastewater basins, *etc.*) |
| Suppliers | | • Significant delays and disruption in the supply of manufactured or chemical products, particularly from certain suppliers |
| Radioactive materials flows | | • Logistical difficulties (destruction of roads, traffic interruption, disruptions) related to inclement weather (+32% in total heavy rains in Niger) and heat peaks that threaten road and rail traffic<br>• On the roads used, the increase in maximum temperatures is +5° C in North America, +4.4° C in Central Asia, +3° C in Niger.<br>• Coastal flooding threatens around ten ports (flooding by tides during storms) |

| Area of activity | Chronic phenomena (average temperature, drought, water resources, sea level, *etc.*) | |
|---|---|---|
| Plants | | • Fuel cycle plants: decrease in water resources for the identified sites, chronic difficulties in discharging liquid effluents (long low-water levels in the Rhône), risk of the development of algae and micro-organisms (effluent discharge basins)<br>• Orano is very little affected by the increase in sea level by 2100, with the exception of one of its sites |
| Mining | Increase in average temperatures, drought and decrease in water resources | • The duration of periods of drought varies little, however the intensity is increasing. For example, the temperature is expected to be more than 40° C almost every second day in Niger.<br>• The "forest fire" hazard, as in Canada, for example, already observed due to waves of drought, is not expected to increase<br>• Sites not affected by the risk of river and coastal flooding |
| Suppliers | Deterioration of working conditions on sites | • Increase in supply costs for certain suppliers identified as the most sensitive to climate conditions |
| Radioactive materials flows | | • Deterioration of road transport conditions (increased hardship, additional costs, risk of overheating of machines, *etc.*). Niger's roads are expected to be above 40° C (on average) on about 85 days per year. The same temperatures will be observed in Kazakhstan on about 40 days per year.<br>• Niger's roads face the risk of river flooding, which could impact the group's logistics flow; conversely, the risk of drought (and therefore a drop in river levels) has no impact, since the group's logistics flows do not use waterways. |

**4**



**4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Contribute to carbon neutrality and adapt to climate consequences

## 4.5.2.2  Transition risk

Due to the nature of its activities, which deliver low-carbon, controllable, competitive and safe electricity, the effects of climate change are mainly opportunities for Orano, in terms of transition. The contribution of Orano's activities to a low-carbon world is reflected in the historical choice of its strategic priorities, one of the pillars of which is Climate. This commitment is reflected today in its purpose, and concretely in the investments in Research and Development and in innovation dedicated to decarbonization and resource-saving technologies.

Among the categories of transition risks proposed by the TCFD recommendations, the following predominant risks and opportunities were selected:

### Summary of the results of the risk and opportunity assessments

| Issue | Description |
|---|---|
| Policies | **Opportunities:**<br>+  Increase in price of $CO_2$ in the various markets, favoring *de facto* nuclear power<br>+  Decrease in borrowing costs resulting from the financial support of governments for nuclear<br>**Risk:**<br>-  Deterioration of international relations (migration of populations, tensions over strategic materials necessary for the transition) |
| Market | **Opportunity:**<br>+  Increased demand for uranium, driving up front end commodity prices |
| Reputation | **Opportunities:**<br>+  Attractiveness of nuclear energy in the light of recycling, the fight against global warming and waste management<br>+  Attractiveness of the sector in terms of human resources, due to greater implementation |
| Technology | **Opportunities:**<br>+  Development and implementation of new nuclear technologies: multi-recycling, reprocessed uranium, innovative new fuels, reduction of waste toxicity, molten salt reactors<br>-/+ Development of technologies that can replace nuclear power (solar, wind, hydrogen, batteries, *etc.*), but potential new business opportunities |
| Regulations and legal | **Risk:**<br>-  Incremental regulation guided by zero risk limiting innovation |

To address all of the impacts identified above, Orano has envisaged, in its strategic discussions and in its risk management, responses adapted to the issues that either minimize risks or seize opportunities.

### Description of actions to mitigate and capture opportunities

| Issue | Actions identified |
|---|---|
| Policies | ● Maintain an exemplary industrial role and the sector's relations with States<br>● Strengthen security at international sites in countries most affected by global warming<br>● Diversify supply sources |
| Market | ● Prepare the need to renew and extend the group's mining capacities |
| Reputation | ● Intensify the education of the general public on the benefits of the solution provided by the nuclear industry<br>● Continue the transition to ISR mining techniques, which have the advantage of producing very little waste or residues<br>● Promote the group's commitment as a responsible player |
| Technology | ● Maintain investments in R&D and innovation to complete ongoing development projects (*e.g.* waste transmutation)<br>● Maintain a strategic watch on the sectors driving the transition and invest today in many new technologies with business synergies (*e.g.* batteries) |
| Regulations and legal | ● Anticipate discussions with the safety authority regarding the challenges of certain regulatory decisions<br>● Maintain a balance between the need for technical challenge and innovation support |

Thus, Orano is preparing to anticipate market needs and, more broadly, to participate in the structuring of the nuclear industry to contribute to a low-carbon world.

Case 1:05-cv-01548-RCL   Document 313-5   Filed 03/11/24   Page 140 of 325

SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Application of the European taxonomy to the activities of the Orano group

# 4.6 Application of the European taxonomy to the activities of the Orano group

## 4.6.1 Background

The European Union has published European Regulation 2020/852 of June 18, 2020 (called the "Taxonomy" Regulation) on the establishment of a framework to promote sustainable investments within the European Union (EU) [1]. The European taxonomy of sustainable activities, or "Taxonomy", establishes a list of economic activities considered environmentally sustainable on the basis of ambitious and transparent technical criteria. The implementation of this standard intended to distinguish the economic activities contributing to the European objective of carbon neutrality by 2050 underlines the scale of the economic and industrial transformations to be carried out as well as the ambition of the European and national authorities in the area of sustainable finance and transparency.

In this respect, the Orano group is required to publish performance indicators for the 2021 financial year highlighting the share of its revenue, investments (or Capex) and operating expenses (or Opex) resulting from products and/or services associated with economic activities considered sustainable within the meaning of this regulation and its delegated acts for the first two climate objectives of mitigation and adaptation.

This first assessment of the eligibility of the group's activities was carried out on the basis of a detailed analysis of all of the activities

of its various legal entities, by the Finance Department, the Engagement Department, the Legal Department and the various business lines, with regard to:

- the Climate Change Regulation of June 4, 2021 and its appendices [2] supplementing Regulation (EU) 2020/852 by specifying the technical criteria for determining the conditions under which an economic activity can be considered as contributing substantially to the mitigation of climate change or to the adaptation to it;
- Delegated Regulation 2021/2178 of the European Commission of July 6, 2021 and its appendices supplementing Regulation (EU) 2020/852 specifying the manner of calculating key performance indicators (KPI) as well as the narrative information to be published [3].

The methodological elements on which the group conducted its analysis (definitions, assumptions and estimates) are described below. The group will revise its methodology, analysis and calculations as the Taxonomy is implemented and according to the evolution of the activities and the technical examination criteria supplementing it, in particular the future plementary delegated act relating to gas and nuclear energy activities (see Section 4.6.3 below).

## 4.6.2 Analysis and calculation of indicators relating to eligible activities with regard to the climate mitigation and adaptation objectives within the meaning of the taxonomy regulation applicable at December 31, 2021

The group conducted a comprehensive review of the activities of all its consolidated entities and calculated the indicators for 2021 in accordance with the provisions of Delegated Regulation 2021/2178 of the European Commission of July 6, 2021 and of its annexes supplementing Regulation (EU) 2020/852.

The financial information used is taken from the group's information systems (monitoring of investments, consolidation) at the end of the annual closing of the accounts. They were the subject of a joint analysis and control between the local and central teams, in order to ensure consistency, notably with the consolidated revenue and Capex presented in the Notes to the financial statements, then reviewed by the Finance Department and the Engagement Department.

### Revenue

The revenue contributing to the consolidated revenue of each entity was analyzed according to the NACE codes defined by the Taxonomy in order to define the eligible nature or otherwise of the activities.

On the basis of this analysis, the group has not identified any eligible revenue for financial year 2021. However, as explained in Section 4.6.3 below, the analysis would be different under the draft plementary delegated act relating to the gas and nuclear energy activities published in early 2022 and applicable from early 2023.

(1) https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32020R0852&from=FR
(2) https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=PI_COM:C(2021)2800&from=EN
(3) https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32021R2178&from=EN



**4**   **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Application of the European taxonomy to the activities of the Orano group

## Capital expenditure or Capex

The group analyzed the eligibility of capital expenditure with regard to the "individual measures" implemented to reduce the carbon emissions of its activities. The capital expenditure used corresponds to the construction and renovation expenses of buildings aimed at improving their energy efficiency (*e.g.* la Hague electric boiler), and on rights-of-use calculated in accordance with IFRS 16, mainly associated with leases of buildings and vehicles.

The group's eligible investment expenditure ratio is determined by dividing the sum of the investment expenditure of the individual measures by the amount of investment expenditure committed over the period and shown in the consolidated financial statements.

The eligible capital expenditure ratio is equal to 8.25% (of which 1.96% IFRS 16) for financial year 2021.

## Operating expenses or Opex

The operating expenses used by the group in application of the provisions of the Taxonomy, as provided for in 2021, have been restricted to the following categories:

- Research and Development expenses, including in particular related employee benefits expense, restated for tax credits received over the period;
- short-term leases;
- maintenance, upkeep and repair costs for industrial processes and buildings, including related employee benefits expense.

These categories constitute the numerator of the ratio of operating expenses to total group Opex [1]. Insofar as the value of this ratio is less than 10% and no group activity is eligible to date, Orano has considered the use of the exemption regime for the publication of this indicator.

## 4.6.3 Voluntary positioning of Orano on the eligibility of nuclear operations with regard to the climate mitigation and adaptation objectives within the meaning of the draft plementary delegated act published on February 2, 2022

Under the terms of the draft supplementary delegated act to Regulation 2020/852 on sustainable economic activities, published on February 2, 2022 and relating to gas and nuclear energy activities, the vast majority of Orano's activities is not mentioned in the framework applicable at December 31, 2021. However, the group's entire activities, in Mining, Front End and Back End of the cycle, participate in the value chain of nuclear electricity production, which is a source of reliable, controllable and decarbonized energy necessary for the energy transition. These activities are therefore essential for the operation of the nuclear sector, itself eligible under the taxonomy.

The group therefore considers that its nuclear cycle activities could be considered as enabling by nature, despite their absence from the supplementary delegated act to Regulation 2020/852 published on February 2, 2022. This voluntary position is also based on:

- the scientific assessment published on July 2, 2021 by the groups of experts appointed by the European Commission to review the positive conclusions of the Joint Research Center (JRC) on the environmental impact of nuclear energy [2];

- the IPCC [3], which includes the share of nuclear in the trajectories based on the target of 1.5° C; and
- the International Energy Agency [4], which cites nuclear energy (where applicable) among the low-carbon electricity production methods used in their scenarios to limit global warming.

According to the criteria used by these studies and excluding the activities of Orano Med, which are not related to the production of nuclear energy, the share of revenue that could be considered eligible would be equal to 99.8% for the 2021 financial year. The indicators relating to the CAPEX and OPEX ratios, calculated according to this voluntary position, would also be much higher than those presented in Section 4.6.2.

The group will revise this methodology and the figures for the coming financial years according to the delegated acts of Regulation 2020/852 that may be published, as well as any future changes to the delegated act published on February 2, 2022.

---

*(1) All Opex, including those relating to end-of-lifecycle activities, used in the calculation of the group's consolidated contributory operating income.*

*(2) In order to determine whether the production of nuclear energy complies with the 'do no significant harm' criterion set out in the EU Taxonomy Regulation (2020/852), the JRC report stated that the center had not found "any science-based evidence that nuclear energy does more harm to human health or to the environment than other electricity production technologies already included in the Taxonomy."*

*(3) "In electricity production, shares of nuclear and fossil fuels with carbon dioxide capture and storage (CCS) are modelled to increase in most 1.5° C pathways with no or limited overshoot." SR15 C.2.2.*

*(4) "A massive additional push for clean electrification that requires a doubling of solar PV and wind deployment relative to the APS; a major expansion of other low-emissions generation, including the use of nuclear power where acceptable." Executive summary 2021 IEA Report.*

# 4.7  Innovate to preserve resources and protect health

Orano is deploying an innovation strategy to continue to improve the group's performance and also to reinvent its activities, explore new growth opportunities and deliver new services and innovative solutions to its customers, for the benefit of society, the preservation of resources and health.

## 4.7.1  Innovation, Orano's priority

Orano has made innovation one of its three priorities, along with operational excellence and value creation for its customers. The innovation strategy is based on three pillars:

- industrial innovation;
- business innovation; and
- innovation at the center of the men and women of Orano (because it is only with the involvement of the group's employees that this transformation is possible).

### Adopt new I4.0 technologies to further improve performance and safety, in an eco-responsible approach

Industrial technological innovation harnesses the new Industry 4.0 technologies to enhance plant productivity, service competitiveness and operator safety. Orano has already entered the era of industry 4.0, with plants operating with very different profiles in terms of activity and age.

In a context where Industry 4.0 technologies are rapidly evolving and becoming affordable, there is a real challenge to accelerate the group's innovation cycles by calling on, among other things, collaboration and collective intelligence. Furthermore, the group is implementing a resolutely open innovation strategy and has drawn closer to the particularly innovative ecosystem of start-ups and SMEs by launching the "Orano Innovation SME" initiative, a win-win approach promoting collaborative innovation: the start-ups, VSEs and SMEs develop certain technological bricks that the group needs, and in return, the group contributes to their growth by offering them direct and effective access to industrial-scale use cases, unique skills and new markets. The group is already working effectively with nearly a hundred of them.

Orano has developed an interactive module "The world of Orano I4.0" to share and pool the use cases being developed on the Orano sites. Regularly supplemented by the group's new achievements, all the industrial, academic and institutional players in the ecosystem can be immersed in the heart of the group's industrial sites, better understand its challenges and become involved in its innovation dynamic. This initiative illustrates the extent to which Orano is already in the era of Industry 4.0 in collaboration with many partners in its regions, and reinforces its attractiveness among young enthusiasts of new technologies motivated by effective collaboration. The module address is https://i4.0.orano.group.

Orano Mining has developed an innovative extraction method, known as SABRE. Developed by Orano's engineers in Canada, it aims to make deposits in the Athabasca region, which are currently not economically viable, accessible in the very near future. The last phase of the tests, which were conducted over five years, was completed in September 2021 and successfully extracted 1,500 metric tons of high-grade ore.

> **2021 IN ACTION:**
> **udd@Orano, an ambitious mobilizing project for industrial innovation**
>
> In 2021, the Orano group and 11 industrial partners launched a development project called udd@Orano (for "*usines de demain*", the plants of tomorrow, at Orano's industrial sites) in order to accelerate the deployment of the plant of the future at the heart of the group's industrial sites.
>
> Over a period of 36 months and with the help of grants awarded by France Relance to all the partners, all the players in the project pool their expertise in order to develop and implement new technological solutions. The latter, applicable to the nuclear industry and to industry in a broad sense, aim to continue to place Orano's industrial sites at the highest technological levels in order to improve the performance, production and competitiveness of plants and operator safety. They also contribute to the development and growth of VSE-SME partners and enable the development of new knowledge and innovative technological bricks contributing to the strengthening of the French industrial fabric as a whole.

### Business innovation to accelerate the group's growth: inventing the value creation models of tomorrow

The group continues to improve its performance. Since the creation of Orano, actions to diversify its activities, renew its value creation models and explore new growth opportunities by further enhancing its unique skills, world-renowned expertise, cutting-edge technologies and materials, have been accelerated, with a real desire to explore new possibilities and invent other strategies.



**4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Innovate to preserve resources and protect health

The group is exploring and developing new models in the following areas: circular economy of rare and strategic resources, transition and modernization of industrial models, control and reduction of the impact of complex materials, health ecosystems, carbon neutrality and reduction of the environmental footprint. The lessons from these explorations are integrated into the development of an innovative and more sustainable nuclear sector, particularly in terms of reducing the amount of nuclear waste.

A portfolio of potential new activities is being developed with a view to:

● services, instead of selling products;

● the circular economy, in line with its strategy of recycling, eco-design and rehabilitation of ecosystems, including mining; and

● deep tech, with projects related to major societal issues.

In terms of deep tech, the recovery of certain isotopes can be cite, such as lead-212, to develop new therapies against cancer, as Orano Med is already doing.

To give impetus to this deep tech, in 2021 Orano launched a competition with deep tech start-ups, in collaboration with Hello Tomorrow, to explore and co-develop new activities around health, space, the energy transition, the circular economy and a positive impact on the environment.

---

**2021 IN ACTION:**
**"Unlocking the $CO_2$ circular economy"**

Once again this year, Orano partnered with Hello Tomorrow to highlight the deep tech start-ups developing disruptive solutions to meet the challenges of tomorrow.

In line with its strategy of always contributing to the reduction of $CO_2$ emissions and its ambition to confirm its position in the circular economy, Orano has added the challenge "Unlocking the $CO_2$ circular economy" to support solutions to capture and recover $CO_2$ or even regenerate $CO_2$ sinks. The winner of this challenge, RePair, is developing a membrane solution to capture $CO_2$ from the air.

---

Beyond the fact that nuclear energy does not contribute to global warming, this latest example illustrates that the group is ready to go further.

Orano is taking action and mobilizing to meet global challenges, for the climate, for health, and for a resource-efficient world. The group is part of a new industrial narrative, ready to play a major role in energy, industrial and ecological transitions, with more sustainable nuclear power, to improve the lives of local citizens.

---

**2021 IN ACTION: A program to raise awareness and implement the circular economy**

For more than 50 years, Orano has been convinced that the recycling of nuclear materials is a responsible and sustainable approach, in a circular economy system.

In line with its purpose and to further embed the group's culture in this strategic topic, the group conducted a circular economy awareness and acculturation program for all group employees. The ambition is to offer the keys to understanding and know-how in the circular economy as well as access to the best practices of leaders in the field. These sessions are led by the partner BMI Lab (a spin-off of the University of Saint Gallen, Switzerland) which has developed unique expertise based on scientific research, in connection with the business innovation applied to the circular economy. The program brought together around 30 employees.

---

## Innovating at the center of women and men

This transformation of the group, integrating I4.0 technologies at the heart of its plants and services, inventing and exploring new models of value creation, necessarily involves the transformation of the group's men and women. These are different ways of working that involve more openness to innovative ecosystems, collective intelligence, and a mindset that puts the customer at the center of thinking. These are ways of managing teams based on sharing, trust, the meaning of assignments and promoting freedom of action and a fresh outlook on the outside. Orano makes innovation a human adventure above all. This mindset that promotes innovation is reflected in the Orano Awards every two years. In 2021, a selection of 30 major innovations has been deployed, in line with the group's engagement strategy. Each innovation illustrates one of the five "Cs", the group's CSR priorities (Climate, Customer Growth, Cash, Competences and Communities).

## R&D dedicated to the preservation of resources and health

All of the group's developments are supported by a Research and Development policy to support its long-term commercial and technological positioning, guaranteeing its sustainable development, in full compliance with applicable regulations, directives and processes, in the areas with the highest development potential. The 2019 Orano expert appointment campaign confirmed, promoted or added 526 experts to the sector. This campaign is biannual and the next one is scheduled for 2022.

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Develop our innovation ecosystem | Number of patents filed over the year | 14 | 25 | 21 |
| | R&D budget (in millions of euros) | 103 | 107 | 113 |
| | R&D budget (as % of revenue) | 2.72% | 2.90% | 2.40% |
| | Experts within the group | - | 526 | - |

## 4.7.2  New activities for the climate, the preservation of resources and health

### 50 years of expertise in resource saving

As the world leader in processing and recycling, Orano relies on its recognized expertise to provide its customers with efficient, safe and responsible management of used nuclear fuel. Orano retrieves recoverable materials (uranium and plutonium) from used fuel to recycle them and manufacture new fuels, such as MOX, for nuclear reactors.

Orano actively contributes to the circular economy by recycling spent nuclear fuel in its la Hague and Melox plants. This solution reduces waste volume and radioactivity. Recycling also saves raw materials.

Recycling uranium and used MOX fuel can mean 25-30% savings on raw materials. Within this same recycling process, the group places special importance on the responsible use of materials and consumables used in operations. Through the processes of extracting and separating recyclable materials (uranium and plutonium) in la Hague, chemicals that are used during the operations (in particular nitric acid and solvents) are recovered and reused.

Recycling can retrieve up to 96% recoverable material from used fuel: 1% plutonium, and 95% uranium. The remaining 4% are fission products, *i.e.* non-recoverable final waste. This first stage is carried out in the Orano la Hague plant.

In a second stage, Orano produces a recycled fuel, *i.e.* MOX. MOX fuel is used to supply nuclear power plants (France, Japan, the Netherlands). Depending on customer requirements, the assembly that combines plutonium and depleted uranium, contains between 3% and 12% plutonium. In France, 10% of nuclear electricity is currently produced using MOX fuel, *i.e.* almost 8% of electricity (all sources combined).

### Develop and export this know-how

The proportion of nuclear electricity generated from recycled materials could increase to 25% with the recycling of uranium contained in used fuel (MOX). This figure could technically increase to reach 30% thanks to MOX 2, a new type of fuel that will enable the multi-recycling of nuclear fuels.

The safe recycling of used fuel is a know-how mastered by Orano and recognized internationally. At the end of 2021, 44 commercial reactors worldwide had been loaded with MOX fuel since the beginning of the seventies: 38 in Europe (22 in France, 10 in Germany, three in Switzerland, two in Belgium and one in the Netherlands), five in Japan and one in the United States. This recognition is also reflected in Orano's assistance to countries that are developing their recycling channels: Japan, the United Kingdom and China.

### Use our expertise to expand our recycling offer

Orano has always been a player in the circular economy throughout the nuclear fuel cycle by:

- designing its units to limit waste and pollution;
- optimizing the use of its products and their recycling in order to limit the use of raw materials and preserve the work and energy that went into producing them; and
- rehabilitating mining sites and improving the environmental footprint of its industrial sites.

On the strength of this experience, Orano not only reinforces this conduct for its current activities but also studies services, processes and solutions to extend this strategy to other fields of activity in which Orano has a legitimate claim.

### The ambition to develop and support new growth opportunities, towards new perspectives

Orano inaugurated three new sites in its regions in 2021 to make Orano a key player in industrial, energy and ecological transitions for citizens. With the aim of developing and supporting Orano's new activities, these sites are:

- the Extractive Metallurgy Innovation Center (CIME), a unique center of technological excellence located in Bessines-sur-Gartempe (France);
- the extension of the Laboratoire Maurice Tubiana in Orano Med and its new R&D center in Bessines-sur-Gartempe have a five-fold increase in Lead-212 production capacity; and
- the Stable Isotopes Laboratory (LIS), a unique laboratory in France located in Tricastin;

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS

Innovate to preserve resources and protect health

Orano capitalizes on its skills and know-how and promotes certain cutting-edge technologies that the group has mastered for many years in its conventional business lines to explore new growth opportunities promoting the circular economy and synergies with developing ecosystems in energy, industrial and ecological transitions, with a view to more sustainable nuclear power.

---

**2021 IN ACTION: Battery recycling**

In 2021, the Orano group joined forces with recognized partners (Paprec, MTB Manufacturing, Saft and the CEA) to test an innovative process for recycling metals contained in electric vehicle batteries. The RECYVABAT project (recycling and recovery of batteries) is part of a circular economy approach to give a second life to recyclable materials from batteries.

Grouped within a consortium, Orano and its partners have a process that makes it possible to purify and recover metals separately (lithium, cobalt, nickel, *etc.*) contained in the batteries of electric vehicles in order to recycle them to manufacture new battery components. Two industrial pilots will be built in the new facilities of the CIME (Extractive Metallurgy Innovation Center) at the Orano site in Bessines-sur-Gartempe.

Battery recycling is an important issue for the preservation of the environment by limiting the impact on natural resources. It also contributes to French and European autonomy for the supply of strategic materials.

---

Orano is therefore exploring the recovery of certain materials available in the nuclear fuel cycle, such as:

- depleted uranium, which can be used to support the energy transition (energy storage, catalyst for carbonaceous material conversion processes); and
- strategic metals, critical raw materials that can be used to produce hydrogen or synthetic fuels.

---

**2021 IN ACTION: For the emergence of a more sustainable nuclear disruption**

Several Orano teams are working on the development of new value creation models and new technologies aimed at recovering long-lived waste from used fuel processing, while reducing its life to a time horizon compatible with human time. Technological solutions such as molten salt reactors seem promising in this area. Orano is involved in the ecosystem of startups developing molten salt reactors.

Orano is exploring the opportunity to capitalize on its expertise and technological know-how in nuclear chemistry, the operating and maintenance capacity of these chemical reactors, and the transportation of radioactive materials in order to contribute to the development of a more sustainable. fuel cycle and nuclear industry.

---

Orano has the goal of eco-designing all its major projects by 2030.

---

**2021 IN ACTION: Towards the eco-design of all the group's major projects by 2030**

In its Business Plan, the group has set itself the goal of eco-designing all its major projects by 2030, with a benchmark for 2025 that reads: "50% eco-designed major projects". In partnership with Schoolab, Orano is making this commitment a reality through cross-functional discussions involving all of the group's entities to reinvent eco-design at Orano. The Projects BU, the HSE Department and all Orano's project contractors set up a dedicated working group to co-construct and define strategic priorities as well as their operational implementation, no later than mid-March 2022.

Thanks to projection workshops and round tables inviting specialists from other sectors of activity to share their experiences and best practices in eco-design, the group's employees can better understand the challenges of the future to establish an ambitious operating roadmap.

---

## Orano, a player in nuclear medicine

Orano, *via* its medical subsidiary Orano Med, has developed an innovative approach combining the use of a biological vector targeting cancer cells and lead-212 ($^{212}$Pb), a very rare radioisotope, to destroy malignant cells while at the same time limiting the impact on healthy cells. This approach, better known as targeted alpha-therapy, has the potential to provide significant benefits for patients with limited therapeutic solutions.

Orano Med has developed a unique lead-212 extraction and purification process that has great promise in targeted alpha-therapy and continues to develop a new generation of targeted therapies against cancer, either alone or in partnership with pharmaceutical or biotech companies and internationally renowned universities.

Orano Med's strategy is based on two simple axes: developing a solid portfolio of lead-212 therapeutics and ensuring a reliable supply of the isotope.

Orano Med's expertise covers lead-212 chemistry, and technologies for the conjugation and lead-212 radiolabeling of numerous biological molecules capable of recognizing molecular targets expressed in various forms of cancer.

Orano Med has a Scientific Committee made up of professionals covering a wide range of expertise to support the development of the entity and support it in compliance with the best practices in the field.

From an environmental point of view, Orano Med recycles thorium nitrate drums ($^{232}$Th) from former mining activities for the production of Radium-228 ($^{228}$Ra), and then $^{212}$Pb necessary for the development of its activities.

In its Maurice Tubiana laboratory (LMT), the materials contained in the $^{232}$Th drums are dissolved, purified and the $^{228}$Ra selectively extracted; the dissolved material is returned to its initial state by solidification and then stored for around 10 years so that the $^{232}$Th returns to equilibrium before re-entering the process. This closed-cycle production will be reproduced on a larger scale in a plant currently being designed and whose role will be to produce the materials necessary for the commercial phase processing. Radioactive waste is managed responsibly and integrated into the group's waste management system.

---

**2021 IN ACTION: Inauguration of the LMT extension and the Orano Med R&D center**

On July 21, 2021, Orano Med inaugurated the extension of the Laboratoire Maurice Tubiana (LMT) and its new Research and Development Center in Bessines-sur-Gartempe (Limousin) dedicated to the production of lead-212. This project, which began in 2019, has doubled the surface area of Laboratoire Maurice Tubiana and increased its lead-212 production capacity to pharmaceutical standards five-fold to enable the development of cancer treatments.

At the end of 2021, one year after its entry into service, more than 30 thorium drums had been dissolved in the new LMT facilities, demonstrating a ramp-up in line with the expectations and the robustness of the process developed by Orano Med.

---

## A new positioning in the stable isotope market

Orano is a world leader in uranium conversion and enrichment. With more than 50 years of expertise in these fields, Orano wishes to offer its know-how and cutting-edge technologies to new sectors. On these solid and recognized bases, in 2018 Orano launched the study of a business model for a new activity producing stable isotopes (non-radioactive elements on a human scale) by centrifugation. These isotopes have a broad spectrum of uses, ranging from nuclear medicine (a basic material for many radiopharmaceuticals for the diagnosis and treatment of cancer) to industry (improvement of laser performance, improvements in the resolution of magnetic resonance imaging, reduction of radioactive waste in the cooling circuits of nuclear power plants, *etc.*), including basic research (quantum computers, biomedical research in many fields, research on materials such as neutrinos, *etc.*). Demand continues to grow and heavy stable isotopes that can be put into gaseous form are currently only produced industrially by Urenco and Rosatom. Orano aims to become a new partner and a credible alternative for its future customers.

After the approval of the project by the Board of Directors in 2020, 2021 was marked by the construction of the stable isotopes laboratory on the Orano Tricastin site. The equipment will be installed in 2022 and then tested to enable it to be put into production in 2023. This modular laboratory will make it possible to develop new elements (new stable isotopes) in-house and to ensure quality production that will adapt to customer needs. Orano is already working with future customers in various fields and the first commercial productions are planned for 2023.

**4**


# 4.8 Be engaged and responsible locally in our environment

## 4.8.1 Responsible purchasing and outsourcing

The group's purchasing activities are governed by its purchasing and supply chain process. Suppliers are assessed and monitored as regards their reliability, quality, compliance, financial strength, competitiveness, health, safety, environmental performance, and their ability to provide products and/or services that are compliant with the specified needs and requirements.

### Purchasing policy and integration of social and environmental criteria

The group formalized a purchasing policy, which was revised in 2018. The Orano documentary framework for subcontracting and purchasing includes the following documents:

- an industrial policy;
- a purchasing policy and an intragroup purchasing policy;
- a supply chain manual covering all purchasing processes and procedures;
- group procedures that formalize the integration of safety and security (HSE) criteria in the purchasing process; and
- general purchasing terms and conditions (GTC).

Orano's markets are divided into three classes according to the level of risk. Class 1 includes high HSE risk markets; class 2, significant HSE risk markets; and, class 3, markets with a low, or no particular, risk. The classification is based on a risk analysis prior to the expression of need, which takes the form of a risk grid covering around 20 points of interest (safety, the environment, *etc.*).

The purchasing manager and the specifier must take into account the economic and ethics aspects and fair competition practices, and value the suppliers and offers that are the best in terms of the organization. When identifying needs, they must factor in the local situation, the impact on jobs and the local economy.

### A rigorous purchasing and supplier assessment process

The group's purchasing activities are governed by the group's purchasing and supply chain process.

Suppliers are assessed and monitored according to the criteria of safety, quality, compliance, financial soundness, competitiveness, health, security, environmental performance and their ability to provide products and/or services that are compliant with the specified needs and requirements.

The Corporate Supply Chain Department works closely with the group's Quality, HSE, Legal, and Compliance Departments to ensure that suppliers comply with benchmarks such as ISO 9001, ISO 14001, OHSAS 18001, and the regulations on regulated nuclear

facilities (INB Decree) or the compliance requirements related in particular to the prevention of corruption and influence peddling.

To adapt the responses to the risk levels, Orano has divided the markets into three categories using a "hazard analysis". Suitable risk criteria have also been defined as regards compliance and anti-corruption.

The level of the activity's risk determines the list of suppliers invited to bid and the measures to be taken for contract follow-up and operational supervision to ensure the control of subcontractor safety-health-security-environment and sustainable development requirements.

Moreover, the Purchasing Manager and the specifier must factor in the economic and ethics aspects, as well as fair competition practices, specifically by:

- promoting competition, plurality of responses, and the emergence of alternative offers;
- allowing all companies matching the bid requirements to respond without discrimination;
- applying the reciprocity principle, *i.e.* requiring of suppliers what the organization requires of itself; and
- valuing the suppliers and bids that are the best fit with the organization's activities. When identifying needs, they must factor in the local situation, the impact on jobs and the local economy and social criteria when adapted (such as during calls for tenders for class 1 markets).

Orano decided to strengthen the societal and environmental criteria in the supplier selection process during 2021. A Business Unit has been selected and will serve as a pilot. Group-wide rollout is in progress and will be completed in the course of 2022.

Since December 2, 2021, Orano has also been a signatory of the "Responsible Supplier Relations Charter" (http://www.rfar.fr/) and in this respect demonstrates its desire to implement a continuous improvement plan with its suppliers within a framework of mutual trust and respect for the rights and responsibilities of each individual.

This commitment is supplemented by the appointment of an internal mediator within the company, who can be referred to by the group's suppliers when a situation has not been resolved through amicable negotiation. The internal mediator will seek a concerted solution that suits both parties, contactable at an email address that will be communicated in 2022 on the Orano website (supplier relations section).

The action plans of Orano's supply chain thus include objectives contributing to Orano's CSR commitment approach as well as, for 2022, the identification of the means to achieve the 2030 target on scope 3 in the reduction of greenhouse gas emissions.

## Involve the value chain: the commitment to sustainable development included in the general purchasing terms and conditions (GTC)

Orano wishes to engage its suppliers in its efforts toward sustainable development. For several years, Orano has included provisions concerning suppliers' observance of this commitment in 100% of its contracts and general terms and conditions of purchase.

Under the terms of this commitment, suppliers agree to promote respect for human rights, labor law (work standards, child labor, discrimination, working hours and minimum wage) and the environment, along with a nuclear safety and security system.

Each supplier also agrees to make ongoing efforts toward progress in these areas, including corruption prevention, efforts which are taken into account when being listed as an Orano supplier.

An integral part of all contracts signed with suppliers, the general terms and conditions of purchase (GTC) set forth the obligations on suppliers as to hygiene, safety and health protection, as well as respect of the environment. They include provisions concerning the obligations the provider must respect in terms of:

- hygiene, safety and protection of health;
- regulated substances (REACH regulation); and
- sustainable development relating to human rights, health, safety, labor law and the environment.

Non-compliance with these provisions may result in the termination of the contract or order.

The GTC include provisions such that Orano where applicable, its customer, any third party commissioned by Orano or any duly empowered authority shall have access to the premises of the supplier, its subcontractors and suppliers for the purpose of inspections or audits of all the requirements specified in the order.

## Specific measures relating to subcontracting

The Supply Chain Unit helps the group's Safety, Health, Security and Environment Department issue a report on the state of outsourcing in France, which is sent to the French Ministry with oversight. This report is also transmitted to the French nuclear safety authority (ASN) and the French Institute of Radiation Protection and Nuclear Safety (IRSN). It reports on the inclusion of safety-security-environment requirements in the purchasing process, as well as on the monitoring of authorizations, training and awareness programs for outside companies operating on Orano sites.

For activities in isolated regions and sites (Kazakhstan, Mongolia, Canada), the Mining business unit makes an inventory of the health organization of subcontracting companies (occupational medicine, vaccination obligations, first aid training, emergency medicine, infirmary, equipment, health evacuation plans). In addition, in order to guarantee the same quality of monitoring as for its employees, dosimetric monitoring of categorized subcontractors can be carried out by the Orano subsidiaries themselves.

## Sapin II law and duty of care: measures in place and 2021 action plan

The Orano group's Supply Chain Management System integrates the duty of care prevention plan into these processes (RFI/RFQ and Supplier evaluation and monitoring). The various documents and processes making up the Supply Chain Management System (Code of Ethics, GTC, Purchasing policy, sustainable development commitment, *etc.*) take into account:

- the risk analyses by Purchasing market ("Hazard Table") and by country (see Orano internal "Country Compliance Classification" procedure). These analyses will be reinforced by the deployment of a compliance questionnaire;
- the plan for mitigating the associated risks before awarding contracts (through supplier selection criteria and qualification audits, and monitoring programs during contract fulfillment);
- the supplier performance metrics and the required improvement plans;
- the ethics and sustainable development commitment aspects in contract clauses, in compliance with the French Sapin II and corporate Duty of Care laws; and
- the studies performed by the group's Economic Intelligence Division, specifically for all SOC suppliers, systematically.

In accordance with the procedure for assessing third-party compliance, which was rolled out together with the Compliance Department, any new supplier or any material change in a supplier relationship must be specifically verified and adapted according to the estimated level of risk with regard to reputation.

100% of new suppliers added in 2021 were assessed according to the process. As last year, the Compliance Department conducted an audit of pre-existing suppliers in the supplier database prior to 2019. In 2021, the Orano ethics alert system portal was extended to suppliers, service providers and subcontractors.

## Being vigilant about economic difficulties for suppliers and subcontractors

To mitigate the risk of impoverishment of the industrial fabric caused by the drop in project volumes (among other things) leading to loss of skills and refocusing on other activities, and the deterioration of supplier performance, the Orano supply chain undertook an assessment and recommendation pilot project on the operational performance of suppliers.

The Supply Chain Department and the Quality Department also launched a working group on supplier qualification and support to make this process more robust. In addition, it took part in the GIFEN Perspectives France Day on June 3, 2021 to give suppliers visibility on the Orano strategy and the group's needs over the next three, six and nine years.

**4**

 **4**    **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Be engaged and responsible locally in our environment

In the current context of the economic crisis resulting from the Covid-19 pandemic, the supply chain identified sensitive third parties at the beginning of March 2020. It set up regular reporting points for risks and weak signals identified for rapid processing (*i.e.* advanced payments, payments of deposits, *etc.*) in conjunction with the Finance Department.

An action plan to organize the monitoring and support of sensitive suppliers in 2021 has been defined and approved. It also helped to strengthen the payment deadline process and internal control to anticipate any delays that could impact the supplier.

## Committed to the development of the local industrial fabric

Orano is extremely vigilant about the sustainability of the network of suppliers in the nuclear sector in France and about the development of skills.

In line with its commitment approach, Orano ensures that most of its purchases are made at the national or local level. 90% of purchases by entities located in France are made in France, with a very high proportion of local purchases in the regions close to its major industrial sites (*e.g.* the Tricastin and Malvési sites with 59% of external purchases of goods and services made in neighboring departments).

| Objective 2025 | Indicators | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Strengthen local roots, particularly in the area of skills development and employment, through partnerships with local subcontractors and suppliers** | Contracts including sustainable development commitments * | 100% | 100% | 100% |
| | Share of non-group purchases by French entities from suppliers located in France | 90% | 91% | 90% |
| | Share of non-group purchases by foreign entities in the host country | 73% | 73% | 73% |

\*   *In reference to Orano's sustainable development commitment policy which suppliers must accept.*

## 4.8.2   Contribute to developing the regions around our operations

Orano continues to be committed to local involvement through programs aimed at contributing to the appeal and economic development of the communities in which its sites are based.

### Getting involved in local structures and societal projects

Orano's main industrial sites are fully mobilized for their territory and the associated industrial fabric. Their management is involved in the economic or administrative structures of the territory (by sitting or being represented on the bureaus of these structures).

These are real forums for discussion with local economic players and enable issues and news to be shared throughout the year. Orano is involved in the local life around its operations in France and abroad, in many ways.

**Orano Melox** is a founding member of Cleantech Vallée, operator of the Gard Rhone ecological transition contract. In 2020, Cleantech Vallée launched the third session of its accelerator for innovative start-ups and SMEs. Waste reduction, smart grids, low-carbon energy, circular economy, renovation and energy efficiency, pollution control, carbon efficiency: the 11 winners of the Cleantech Booster class of 2021 were selected by a jury composed of the accelerator's founding members. They now benefit from a 12-month individual and collective program to establish their project, develop it and boost their growth.

**Orano la Hague** is a founding member of Nucleopolis, the nuclear division of Normandie Énergies, which contributes to the development of the nuclear sector in Normandy through several BtoB events such as the JANN (Normandy nuclear business day) or participation at the WNE (World Nuclear Exhibition).

In addition, Orano la Hague is a member of numerous economic development organizations such as Alize Manche, Normandie Incubation and the Initiative Cotentin.

The establishment is also very involved alongside other industrialists in the region (EDF, Naval Group, CMN, LM Wind Power) in common interest actions such as developing the attractiveness of the industry for young people or the creation of HEFAÏS, the further education establishment for welding, based in the Cotentin.

Numerous actions are also carried out with the Maison de l'emploi et de la formation du Cotentin (MEF) to promote the integration of unemployed people or to promote diversity (sponsorship, site visits, *etc.*).

The management of **Orano Tricastin** is involved in the economic or administrative structures of the region (by serving or being represented on the bureaux of these structures) such as: the Chambers of Commerce and Industry (CCI) of Drôme and Vaucluse, the "Atout Tricastin" and CENOV (the Entrepreneurs du Nord Vaucluse) business clubs, business creation aid structures: Réseau Entreprendre Drôme-Ardèche, the platform for local initiatives "Initiative Seuil de Provence Ardèche Méridionale" (ISPAM), and the ALIZE Vaucluse scheme. In 2021, the site's financial teams will support the ISPAM committees in the analysis of projects, professional organizations such as the Union des industries de la metallurgie (UIMM) and the PTAME Tricastin-Marcoule MUT'ÉCO.

To meet the expectations of stakeholders and address the operational challenges faced by **Orano Mining**, a total of 3.9 million euros was invested in 2021 by the different entities in community investment projects.

Among these actions, in terms of helping the long-term unemployed, **Orano Canada** entered into a partnership with the association READ Saskatoon to design a program to help the inhabitants of the Athabasca basin improve their reading and math skills. This program will help communities to pass a TOWES test (Test of Workplace Essential Skills), frequently used by companies, including Orano at its McClean Lake site, to measure the skills required for hiring.

> **2021 IN ACTION: Badrakh Energy provides support during the Covid-19 crisis**
>
> As part of its support for the fight against the spread of the Covid-19 pandemic, Badrakh Energy, a subsidiary of Orano Mining in Mongolia, provided 13,000 antigen tests to national and local health authorities. These tests used by medical centers are helping to stem the new epidemic wave that has been raging in the country since the last quarter of 2021.

## The development of skills and employment at the heart of our action in the regions

In accordance with the Company's values, Orano draws on its knowledge of the communities and local economic development agents to carry out actions suited to the priorities and specific needs of each employment area. The group supports labor sectors experiencing shortages and projects led by small and medium-sized businesses in the manufacturing and industrial services sector, particularly in the nuclear industry, and attaches particular importance to the sustainability of the activities generated by those projects. Local economic development actions also concern the funding of projects in the fields of training, employment support and the social and solidarity-based economy.

**4**

## 4.8.3   Build a second life for sites

With its experience, the group assumes its responsibilities up to the proportionate restructuring of liabilities, a fair societal transition and providing a new life to its assets when the site allows it.

### Anticipating a new life for our sites and those of our customers

Business is changing, as are the facilities and some are shutting down. Orano favors decommissioning as activities are discontinued so as not to defer the management of liabilities and to allow a new use of the space. Orano also performs clean-up and dismantling operations for other operators. Its comprehensive know-how makes it possible to propose an integrated or tailor-made offer to its customers, from studies to completion.

The objectives of Orano's Safety and Environment Policy are to reduce and manage all of our environmental liabilities in an approach proportionate to the challenges. On February 6, 2014, Orano Chimie-Enrichissement (formerly AREVA NC) filed a license application with the French Ministry in charge of Nuclear Safety for the dismantling of INB 105 at the Tricastin site, as prescribed by the decree dated December 16, 2019. At the same time, a similar application was filed for INB 93 (Eurodif gaseous diffusion uranium enrichment plant), also to proceed with its dismantling. The partial dismantling operations of INB 93 were prescribed by a ruling on February 5, 2020.

### Converted former mining sites

Orano has developed expertise in France and internationally in post-mining site redevelopment and management, which are an integral part of the mining cycle. The main objectives of a redevelopment plan are to:

- ensure long-term stability in terms of public safety and health and reduce the residual impact of former activities;

- limit the area of land subject to use restrictions and ensure landscape integration aimed at preserving local biodiversity and allow potential reuse of the site according to the level of easement; and

- enable good post-operation social and societal management and promote site redevelopment.

More than 63% of the former French mining sites are now home to an industrial site, agricultural activities or photovoltaic plants. Four solar power plants were installed, *i.e.* the equivalent of 12,000 households supplied. Construction work began in 2021 for an additional plant, and 10 projects are under study.



**4**  **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Be engaged and responsible locally in our environment

In Niger, as part of the redevelopment of the Cominak site initiated in 2021, Orano is conducting redevelopment work, with constant and transparent dialogue, in order to return the site in a safe and non-polluting state, in compliance with national standards and international recommendations. The group pays close attention to supporting its employees and subcontractors with a retraining plan and in the development of eligible and viable entrepreneurial projects, and to ensuring that its actions promote a societal transition that is sustainable, long-term and useful for the populations. For more information on Orano's dialogue with stakeholders, see the paragraph *Focus on the Cominak redevelopment project* in Section 3.4.2.1.

## 4.8.4   Eco-design our future projects

Better consideration of environmental issues in the Company's activities is one of the pillars of our societal and environmental commitment for 2030.

In addition to reducing our greenhouse gas emissions and similar, whether direct or indirect, we need to anticipate, as early as possible, the environmental impacts of our activities. Earlier means that, from the design stage of a new product or a new installation and for its entire life cycle, we need to take into account a certain number of criteria that must be identified and quantified in order to deliver a new product or a new installation with better environmental performance.

Concretely, and although it is common sense, it is a question of:

- minimizing the amount of materials used, or increasing the proportion of recycled materials;

- minimizing the use of hazardous substances (regulated by REACH since June 2007);
- minimizing energy and water consumption;
- minimizing emissions, particularly greenhouse gases and water pollutants;
- minimizing the amount of (final) waste produced; and
- optimizing the end of life of products and infrastructure.

The update of the guidelines, initiated in 2021, will be finalized in 2022 following a cross-functional working group between the operational BUs and the central departments. The action plan will be rolled out on the first pilot projects and accompanied by a skills upgrading plan.

# 4.9 Summary of indicators and cross-reference tables

## 4.9.1 Reporting methodology for the non-financial performance statement

The indicators published in Chapter 4 of this report measure the main social, environmental, and societal impacts and issues connected with Orano's operations.

Developed by a group of experts representing the group's various functions and business lines, they were developed in accordance with the regulatory framework of Articles R. 225-105, R. 225-105-1, L. 225-102-1 and L. 22-10-36 of the French Commercial Code, and applicable international standards such as the Global Reporting Initiative (GRI) and the GHG Protocol.

### Scope and consolidation

**Reporting period**: the reporting period used is the calendar year (from January 1 to December 31) except for specific items presented in the methodology (dosimetry indicators).

**Scope**: the reporting scope covers all of the group's operations around the world. When the scope covered concerns only one country, this is mentioned. The term "group" means Orano, its subsidiaries, and all its operational and functional entities present at December 31, 2021 and in which Orano's interest is 50% or greater. Certain minority-owned subsidiaries are, by exception, consolidated in the same way as majority-owned subsidiaries because of the group's operational involvement (*e.g.* Cominak in Niger, for environmental indicators).

Units whose irreversible disposal was pending in 2021 were excluded from the scope. Newly-acquired entities are not consolidated the same year they are acquired, so that data collection, entry and reliability can be assured.

Tertiary establishments with an overall surface area of less than 1,000 m² are included for indicators in the areas of safety, health, employment and dosimetry (where applicable) and not for the environment unless the issue is major.

For 2021, due to a lack of data availability and to avoid reporting a zero value, water and energy consumption and GHG emissions were included from the previous financial year for certain sites. This estimate is less than 0.05% of group totals for each of these indicators.

**Consolidation rule**: regarding "environment, health and safety" data, the consolidation method applied is full consolidation (data on majority-owned subsidiaries are fully consolidated) except for the registered workforce, calculated according to financial consolidation rules. With regard to projects performed on the customer's premises, social data (safety, health, workforce, and dosimetry) are consolidated at group level. For the Orano investment projects, all environmental, health, safety and social data is consolidated at group level.

**Changes in scope**: for the 2021 financial year, Orano has added to the environmental reporting scope the companies Orano Cotumer, Orano KSE (KSB Service Énergie) and Orano STII (KSB STII) acquired during the 2020 financial year. Retroactively until 2019, data on energy and water consumption and GHG emissions from the desalination plant in Namibia were included in the data presented.

**Site acquisitions**: Orano NCS GmbH, Orano NT GmbH (Germany) and Transport Logistics International Inc. (USA), Société de Transports Spéciaux Industriels (France and permanent establishment in Belgium). Together, these sites represent less than 100 employees.

**Changes in indicators:** the conventional waste recovery rate as well as scope 3 emissions were published this year for the last three financial years.

### Methodology

**Standards:** the methods for calculating environmental, health and safety indicators, as well as the associated reporting procedures, are formalized in a HSE data measurement and reporting protocol. This protocol, which is updated each year, is distributed to everyone involved, at every level of data development and reporting. All conversion and emission factors have been updated. When a figure is not available, an estimate is made based on the change in the entity's activity.

**Software used:** the various indicators presented in Chapter 4 are reported by the use of dedicated software (dedicated SharePoint for environmental and dosimetry indicators, AHEAD for safety, POLYPHEME for social data, and OPUS for France training).

**Internal control:** data reported by the establishments are checked for consistency by site managers and HSE or HR managers of the Business Units.

**External audit:** the group had its non-financial performance statement audited for compliance and accuracy by an independent third-party body, pursuant to Articles L. 225-102-1 and L. 22-10-36 of the French Commercial Code. Verification work was carried out in particular on the consolidated social, environmental and societal information presented in Chapter 4 of this Annual Activity Report. The report of the independent third-party body is presented in Section 4.10 below.

**Reporting:** this report incorporates GRI (Global Reporting Initiative) and TCFD (Task Force For Climate Disclosure) references.

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Summary of indicators and cross-reference tables

## Clarification of certain indicators

**Occupational injuries with lost time:** in the event of occupational injuries with lost time, the number of days lost is counted for the year in which the injury is sustained, regardless of which month it was sustained in or the number of days. An occupational injury with lost time refused by the Occupational Injury Management Administrative Authority impacts the data for the year in which the accident occurs, if it is refused during the year, or the following year, if is refused during the following year.

**Dosimetry:** the dosimetry indicators are collected annually and cover a reference period of 12 consecutive months, with a six-month delay due to the time it takes to obtain results (for example, for the annual campaign carried out in January 2022, the data cover the period from July 2020 to June 2021).

Calculation of the average dose (internal and external) for the group's employees and subcontractors includes all persons being monitored, including those whose radiation dose is zero or undetectable. The subcontractors taken into account are those at Orano facilities and not those of our activities carried out on the premises of our customers.

**Consumption of energy and water:** water and energy consumption taken into account in the reporting includes that of Orano's independent subcontractors working on site and whose activity is entirely relating to Orano.

**Direct and indirect greenhouse gas emissions:** the carbon assessment of scopes 1, 2 and 3 complies with the method for producing GHG emissions assessments of the Ministry for the Ecological and Solidarity Transition (October 2016) and the GHG Protocol.

The gases taken into account are as follows: $CO_2$, $CH_4$, $N_2O$, and halogen compounds (CFC, HCFC, HFC, PFC, $SF_6$ and $NF_3$).

The sources of the emissions factors used in calculating greenhouse gas emissions are as follows:

Scope 1: ADEME carbon base (France); Decree of October 31, 2012 on the verification and quantification of emissions reported under the greenhouse gas emissions trading scheme for its third period (2013-2020); GWP by gas type: 5th IPCC report; for the incineration of waste on site: OMINEA national inventory report (16th edition May 2019 - CITEPA);

Scope 2: ADEME carbon base (France); Electricity review Japan - the Federation of Electricity Power Companies of Japan (2018); data from the International Energy Agency ("$CO_2$ Emissions from Fuel Combustion", 2013); Sonichar data; National Inventory Report. Greenhouse Gas Sources and Sinks in Canada: 1990-2017. Environment Canada. Online: https://unfccc.int/documents/194925;

Scope 3: ADEME database (France), Ecoinvent database and supplier emission factors.

The scope 3 items included are as follows:

Purchase of goods and services and non-current assets: the data come from the physical activity data entered by the sites (*e.g.* quantities of chemical products consumed) and all the consolidated Opex and Capex monetary data provided by the Supply Chain Department. *Ad hoc* emission factors in tCO₂e by activity data are applied for physical data, whereas monetary ratios in tCO₂e per thousand euros spent are used for monetary data. When monetary data are considered, all Opex expenses are included in the "Purchase of goods and services" category, and all Capex expenses are included in the "Non-current assets"

category. The "Purchase of goods and services" item also contains emissions from other scope 3 items such as transport (excluding transport activity of the Nuclear Packages and Services BU), for example, when no physical activity data is provided by the entities and only the monetary data of Opex or Capex are available (the latter are not reallocated to the other emission items concerned but are kept in the "Purchase of goods and services" or "Non-current assets" category).

Upstream energy: GHG emissions were reported and calculated based on *ad hoc* energy consumption and emission factors from the sources cited above.

Other items: GHG emissions are reported and calculated according to a method validated by the group and in accordance with the carbon footprint method. The other items are evaluated cumulatively at around 10% of the group's total scope 3 emissions. They consist of the following items: waste, upstream and downstream transport of goods, commuting and visitor travel (subcontractors, customers), business travel, use of products sold, investments. These investment-related emissions are scope 1 and 2 emissions of the companies in which Orano has an interest (the Joint Venture in Canada). The latter are excluded from Orano's scopes 1 and 2 emissions.

If the data are not available by the sites for the above items, the data reported in the corresponding available monetary Opex are then reported under "Purchase of goods and services".

The end-of-life of products sold is currently excluded from the calculation.

**Revenue:** in order to maintain a comparable basis, revenue for 2021 has been restated for the line "Other income" appearing in the group's consolidated statement of income. (see Note 1.1 *Signing of contracts for the return of German nuclear waste* of the Notes to the consolidated financial statements in Section 6.1).

**Conventional waste recovery rate:** this is a new indicator implemented for conventional hazardous and non-hazardous waste. It is obtained by dividing the quantity of waste recovered by the total quantity of waste produced.

For 2021, certain small sites were excluded due to the absence of data or unreliable reported data: they totaled less than 2% of total waste produced by the group.

**Recovered waste:** waste is considered recovered when it is reused, recycled, composted or incinerated to produce energy. In the event that it is not possible to demonstrate on the basis of supporting documents that the waste produced has been recovered, this waste has been recorded on a conservative basis as non-recovered.

**Conventional waste (hazardous and non-hazardous):** In France, conventional waste corresponds to waste from conventional waste areas that has not been contaminated or activated. Abroad, the latter corresponds to waste with an activity level lower than or equal to the release threshold and which has not been in contact with uranium or uranium solutions.

The hazardous or non-hazardous nature of waste is defined according to the local regulations governing the presence of the sites.

**Radioactive waste:** In France, these are radioactive substances for which no subsequent use is planned or envisaged or which have been reclassified as such by the administrative authority pursuant to Article L. 542-13-2 (Article L. 542-1-1 of the French Environmental Code). An ASN decision (ASN decision 2017-DC-0587) requires that this waste be packaged on the basis of the identified channel.

Abroad, radioactive waste is equipment or materials that have been in contact with uranium or uranium solutions or whose activity is higher than a threshold defined by local regulations.

**Final radioactive waste:** in France, this is radioactive waste that can no longer be processed under current technical and economic conditions, in particular by extracting its recoverable portion or by reducing its polluting or hazardous nature (Article L. 542-1-1 of the French Environmental Code).

**Purchases:** purchases taken into account are based on order volumes in euros, outside the group. Purchases of nuclear material for resale and trading, insurance and real estate have been excluded. The location of the supplier considered is that of its facility's geographic location.

**Percentage of women on management committees:** a management committee corresponds to a steering and management body for a given organizational scope. The indicator concerns the management committees of the BUs, the management committees of the establishments and operational management in France, the management committees of the foreign subsidiaries (Mining BU and the Nuclear Packages and Services BU), and the management committees of the support functions. Unlike the "Rixain" law, it concerns all of the group's management committees, regardless of the global workforce of the entities concerned.

**Employees (number) of an exposed function trained in compliance either face-to-face or in a virtual classroom:** all training carried out has a validity period of four years. Renewal of the training is planned for 2022.

**Employees (number) made aware of compliance *via* e-learning:** all awareness-raising carried out has a validity period of two years.

## 4.9.2 Indicators

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| **FUNDAMENTALS** | **GRI 416-1** | | | | |
| **SAFETY − ENVIRONMENT** | **GRI 416-1** | | | | |
| Level 2 or higher | GRI 416-1 | 0 | 1 | 0 | 0 |
| Level 1 | GRI 416-1 | 7 | 7 | 6 | - |
| Level 0 | GRI 416-1 | 132 | 138 | 119 | - |
| Event Prevention Rate (*EPR*) | GRI 416-1 | 0.05 | 0.06 | 0.05 | <0.1 |
| Event Prevention Rate - Industrial Risks (*EPR - IR*) | GRI 416-1 | - | 0.18 | 0.11 | <0.1 |
| Internal inspections carried out by the General Inspectorate | GRI 416-1 | 59 | 58 | 53 | - |
| **HEALTH - SAFETY - RADIATION PROTECTION** | | | | | |
| Accident frequency rate with lost time (excluding commuting accidents) | GRI 403-9 | 1.8 | 1.3 | 1.5 | <1 |
| Accident severity rate (accidents reported during the year, excluding commuting accidents) | GRI 403-9 | 0.08 | 0.05 | 0.07 | - |
| Number of fatal accidents among Orano employees | GRI 403-9 | 0 | 1 | 0 | 0 |
| Number of fatal accidents among external companies | GRI 403-9 | 1 | 1 | 1 | - |
| ISO 45001 - OHSAS 18001 certifications | GRI 403-1 | *Not available* | 17 | 17 | - |
| Average employee exposure to radiation over 12 consecutive months (*mSv*) | GRI 403-7 | 0.84 | 0.93 | 0.86 | - |
| Total individual external doses due to radiation for Orano employees over 12 consecutive months (*H.mSv*) | GRI 403-7 | 8,300 | 8,523 | 8,868 | - |
| Total individual internal doses due to radiation for Orano employees over 12 consecutive months (*H.mSv*) | GRI 403-7 | 2,934 | 3,595 | 2,753 | - |
| Average exposure of subcontractors to radiation over 12 consecutive months (*mSv*) | GRI 403-7 | 0.50 | 0.78 | 0.65 | - |
| Orano employees over 14 mSv (internal Orano threshold) | GRI 403-7 | 40 | 72 | 0 | - |
| Subcontractors over 14 mSv (internal Orano threshold) | GRI 403-7 | 3 | 22 | 0 | - |
| Maximum dose (*mSv*) | GRI 403-7 | 15.9 | 19.9 | 12.2 | - |



# 4 SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Summary of indicators and cross-reference tables

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| **ETHICS AND COMPLIANCE** | | | | | |
| Employees in an exposed position trained in compliance face-to-face or remotely | GRI 205-2 | 843 | 673 | 521 | 100% |
| Employees trained in compliance *via* e-learning | GRI 205-2 | 4,248 | 5,608 | 2,528 | 100% |
| Ethics incidents reported *via* the ethics report process | GRI 205-3 | 107 | 132 | 144 | - |
| Points of vigilance reported *via* the ethics report process | GRI 205-3 | 66 | 17 | 31 | - |
| **CONTRIBUTE TO CARBON NEUTRALITY** | | | | | |
| Direct scope 1 GHG emissions *(tCO₂e)* √ | GRI 305-1 | 247,730 | 243,414 | 195,535 | - |
| Indirect scope 2 GHG emissions *(tCO₂e)* √ | GRI 305-2 | 249,955 | 243,848 | 221,720 | - |
| Scopes 1 and 2 GHG emissions *(tCO₂e)* √ | | 497,685 | 487,262 | 417,255 | 439,200 |
| Scope 3 GHG emissions *(tCO₂e)* | GRI 305-3 | 1,328,387 | 1,289,208 | 1,301,633 | - |
| Scopes 1, 2 and 3 GHG emissions *(tCO₂e)* | | 1,826,071 | 1,776,470 | 1,718,888 | 1,460,000 [1] |
| GHG emissions (scopes 1 and 2) per unit of revenue [2] *(tCO₂e/millions of euros)* √ | GRI 305-4 | 131 | 132 | 127 | - |
| GHG emissions scope 3 per unit of revenue [2] *(tCO₂e/millions of euros)* | GRI 305-4 | 351 | 350 | 398 | - |
| GHG reduction (scopes 1 and 2) since 2004 | GRI 305-4 | -57% | -58% | -64% | - |
| GHG reduction (scopes 1 and 2) since 2015 | GRI 305-5 | -32% | -33% | -43% | -40% [3] |
| GHG reduction (scopes 1, 2 and 3) since 2019 | GRI 305-5 | - | -2.7% | -5.9% | -20% [1] |
| **OPERATE EFFICIENTLY BY REDUCING OUR FOOTPRINT** | | | | | |
| Number of ISO 9001 certified sites | GRI 416-1 | *Not available* | 17 | 17 | - |
| Number of ISO 14001 certified sites | GRI 416-1 | *Not available* | 17 | 14 | - |
| **ENERGY** [4] | | | | | |
| Quantity of energy consumed *(MWh)* | GRI 302-1 | 1,928,048 | 1,860,764 | 1,872,607 | 1,735,000 |
| Reduction in energy consumption since 2004 | GRI 302-4 | -91% | -91% | - 91% | - |
| Reduction in energy consumption since 2019 | GRI 302-4 | - | -3% | - 3% | -10% |
| Energy consumption per unit of revenue [2] *(MWh/millions of euros)* | GRI 302-3 | 509 | 505 | 572 | - |
| **WATER** [4] | | | | | |
| Quantity of water consumed *(m³)* | GRI 303-5 | 11,471,385 | 10,831,724 | 9,050,038 | 10,324,000 |
| Quantity of water withdrawn *(m³)* | GRI 303-3 | 22,123,021 | 21,836,569 | 18,116,981 | - |
| Quantity of water discharged *(m³)* | GRI 303-4 | 10,836,546 | 11,004,345 | 9,066,953 | - |
| Reduction in water consumption since 2004 | GRI 303-5 | -92% | -93% | -94% | - |
| Reduction in water consumption since 2019 | GRI 303-5 | - | -6% | - 21% | - 10% |
| Water consumption per unit of revenue [2] *(m³/millions of euros)* | | 3,029 | 2,940 | 2,764 | - |
| **CONVENTIONAL WASTE (NORMAL AND EXCEPTIONAL OPERATIONS)** | | | | | |
| Total tonnage of conventional waste produced *(t)* | GRI 306-2 | 21,704 | 17,344 | 14,107 | - |
| Quantity of conventional waste recovered *(t)* | GRI 306-2 | 11,134 | 11,332 | 9,706 | - |
| Annual conventional waste recovery rate *(%)* | GRI 306-2 | 51% | 65% | 69% | 65% |
| **RADIOACTIVE WASTE** | | | | | |
| Solid radioactive very low-level waste (VLLW) removed to ANDRA *(m³)* | GRI 306-4 | 6,809 | 5,188 | 5,914 | - |
| Solid radioactive low-level (LLW) and medium-level waste (MLW) removed to ANDRA | GRI 306-4 | 1,237 | 972 | 706 | - |

√   *Indicator has been subject to reasonable assurance verification.*
*(1) Objective 2030.*
*(2) See the definition of 2021 revenue used in Section 4.9.1.*
*(3) Since 2015.*
*(4) The water and energy consumption values for 2019 and 2020 were reassessed, principally following the updating of the values at certain sites.*

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| **MOBILIZE PROUD AND COMMITTED EMPLOYEES WHO EMBODY OUR PURPOSE** | | | | | |
| Employee engagement rate | | 55% | 66% | *Not available* | 75% |
| **SALARY POLICY** | | | | | |
| Budget for salary measures as % of total payroll | GRI 402-1 | | | | - |
| France | GRI 402-1 | 2.2% | 2.5% | 1.6% | - |
| Kazakhstan | GRI 402-1 | 6% | 6.8% | 6% | - |
| Niger | GRI 402-1 | 2% | 2.2% | 2.2% | - |
| United States | GRI 402-1 | 3.5% | 3.5% | 2% | - |
| Canada | GRI 402-1 | 2.5% | 3% | 1.7% | - |
| Amounts distributed for incentive schemes *(millions of euros)* | GRI 402-1 | 14.3 | 16 | 6.8 | - |
| Amounts distributed for profit-sharing and return to better fortunes *(millions of euros)* | GRI 402-1 | 40 | 17.2 | 14.8 | - |
| Share of employees investing their incentives and profit-sharing in PEGs | GRI 402-1 | 70% | 70% | 70% | - |
| PEG/PERCO assets *(millions of euros)* | GRI 402-1 | 423 | 406 | 457 | - |
| **Ratio between the highest compensation and the median of all other employees** | GRI 102-38 | | | | |
| France | GRI 102-38 | 9.4 | 9.5 | *n/a* | - |
| Kazakhstan | GRI 102-38 | 13 | 13 | *n/a* | - |
| Niger | GRI 102-38 | *n/a* | *n/a* | *n/a* | - |
| United States | GRI 102-38 | 6.6 | 6.3 | *n/a* | - |
| Canada | GRI 102-38 | 3.9 | 3.3 | *n/a* | - |
| **Ratio between the average compensation of women and men, by employee category** | GRI 405-2 | | | | |
| France - EM | | 0.88 | 0.88 | - | - |
| France - ATS | GRI 405-2 | 0.92 | 0.92 | *n/a* | - |
| France - W | | 0.87 | 0.88 | - | - |
| Kazakhstan - EM | | 1.25 | 1.22 | - | - |
| Kazakhstan - ATS | GRI 405-2 | 0.97 | 1.01 | *n/a* | - |
| Kazakhstan - W | | *n/s* | *n/s* | - | - |
| Niger - EM | | *n/a* | *n/a* | - | - |
| Niger - ATS | GRI 405-2 | *n/a* | *n/a* | *n/a* | - |
| Niger - W | | *n/a* | *n/a* | - | - |
| United States − EM | | 0.78 | 0.8 | - | - |
| United States − ATS | GRI 405-2 | 0.74 | 0.74 | *n/a* | - |
| United States − W | | *n/s* | *n/s* | - | - |
| Canada - EM | | 0.74 | 0.75 | - | - |
| Canada - ATS | GRI 405-2 | 0.71 | 0.69 | *n/a* | - |
| Canada - W | | 1 | 0.98 | - | - |

*EM: Engineers and managers.*
*ATS: Administrative staff, technicians and supervisors.*
*W: Workers.*

*n/a: not available.*
*n/s: not significant (insufficient number of employees).*



**4** **SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Summary of indicators and cross-reference tables

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| **Percentage of employees covered by a collective agreement** | GRI 102-41 | | | | |
| France | | 100% | 100% | 100% | - |
| Kazakhstan | | - | - | 100% | - |
| Niger | | - | - | 100% | - |
| United States | | - | - | *Not available* | - |
| Canada | | - | - | *Approximately 67%* [1] | - |
| **DIALOGUE AND LABOR RELATIONS** | | | | | |
| Percentage of employees covered by a collective agreement (France) | GRI 102-41 | 100% | 100% | 100% | - |
| Number of agreements signed during the year (France) | | 49 | 64 | 76 | - |
| Number of agreements signed unanimously (France) | | 4 | 42 | 49 | - |
| **THE FULL POTENTIAL OF TALENTS AND SKILLS** | | | | | |
| **Training indicators France** | | | | | - |
| Rate of access to training (France) | GRI 404-2 | 85% | 95% | 96% | - |
| Estimate of the volume of training (hours) (France) | GRI 404-2 | 483,000 | 410,000 | 520,000 | - |
| Share of mandatory training *(%)* (France) | GRI 404-2 | 34% | 39% | 36% | - |
| Share of non-mandatory training *(%)* (France) | GRI 404-2 | 66% | 61% | 64% | - |
| Estimate of the average number of hours of training per employee (hrs./employee) (France) | GRI 404-1 | 37 | 29 | 36 | - |
| Number of work-study trainees in the workforce *(% of active permanent contracts)* | | 5.8% | 6.3% | 6% | |
| **Global recruiting and turnover** | GRI 401-1 | | | | - |
| Permanent contract recruits | GRI 401-1 | 1,264 | 1,210 | 1,230 | - |
| of which, engineers and management staff | GRI 401-1 | 34% | 34% | 31% | - |
| Turnover (departures including retirements / initial workforce) | GRI 401-1 | 7.3% | 6.0% | 9% | - |
| of which individual dismissals | GRI 401-1 | 72 | 68 | 75 | - |
| **Recruiting and turnover France** | GRI 401-1 | | | | - |
| Permanent contract recruits (France) | GRI 401-1 | 1,082 | 981 | 948 | - |
| of which, engineers and management staff (France) | GRI 401-1 | 32% | 32% | 28% | - |
| Turnover (France) | GRI 401-1 | 6.0% | 5.5% | 6.3% | - |
| of which individual dismissals (France) | GRI 401-1 | 46 | 45 | 61 | - |
| Job turnover rate *(average of entries and departures / initial workforce)* | GRI 401-1 | 8.3% | 8.5% | 8.3% | - |
| Occupational disease | GRI 403-10 | 23 | 20 | 16 | - |
| **DIVERSITY AND INCLUSION** | | | | | |
| Recruitment of women on permanent contracts | | 24% | 24% | 25% | - |
| of which engineers and management personnel | | 35% | 33% | 29% | - |
| Percentage of female Management Committee members | GRI 405-1 | 25% | 26% | 30.7% | 30% [2] |
| Percentage of female talent [3] | GRI 405-1 | 31% | 33% | 33% | - |
| Percentage of female experts [3] | GRI 405-1 | 18% | 18% | 18% | - |
| Percentage of female work-study students (France) | GRI 405-1 | 38% | 36% | 33% | - |
| Gender Equality Index (group estimate [4]) (France) | GRI 405-2 | 84/100 | 89/100 | 89/100 | - |
| Number of compensation gaps addressed (France) | GRI 405-2 | 177 | 184 | 200 | - |
| Amount dedicated to compensating unjustified compensation gaps *(euros)* | GRI 405-2 | 260,000 | 263,000 | 265,000 | - |

*(1) Only workers and employees.*
*(2) Objective for 2023, for France.*
*(3) Biannual campaigns.*
*(4) Estimate by assimilating the group's French companies to a single entity.*

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Summary of indicators and cross-reference tables

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| Percentage of employees with disabilities (France) | | 5.41% | 4.6% | *Not available* | - |
| Number of employees with a disability [1] (France) | | 645 | 697 | 663 | - |
| Number of ethics alerts related to non-discrimination | GRI 406-1 | 6 | 8 | 3 | - |
| Number of reporting and support systems implemented * | GRI 406-1 | 35 | 35 | 35 | - |
| **BE ENGAGED AND RESPONSIBLE LOCALLY IN OUR ENVIRONMENT** | | | | | |
| Contracts including sustainable development commitments [2] | GRI 308-1 GRI 414-1 | 100% | 100% | 100% | - |
| Share of non-group purchases by French entities from suppliers located in France | GRI 204 -1 | 90% | 91% | 90% | - |
| Share of non-group purchases by foreign entities made in the country of operation | GRI 204-1 | 73% | 73% | 73% | - |
| **INNOVATE TO PRESERVE RESOURCES AND PROTECT HEALTH** | | | | | |
| Number of patents filed over the year | | 14 | 25 | 21 | - |
| R&D budget *(millions of euros)* | | 103 | 107 | 113 | - |
| R&D budget *(as % of revenue)* | | 2.72% | 2.90% | 2.40% | - |
| Experts within the group | | - | 526 | - | - |

*(1) All employees with disabilities in the workforce during the year.*

*(2) In reference to our sustainable development commitment policy which suppliers must accept.*

*   *Cumulative data at the end of each financial year.*

**4**



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Summary of indicators and cross-reference tables

| Indicators | GRI | 2019 | 2020 | 2021 | Objective 2025 |
|---|---|---|---|---|---|
| **BREAKDOWN OF WORKFORCE BY TYPE OF CONTRAT *** | | | | | |
| Active permanent contracts | GRI 102-8 | 15,913 | 16,344 | 16,752 | - |
| Fixed-term contracts | GRI 102-8 | 389 | 425 | 507 | - |
| Work-study students | GRI 102-8 | 733 | 825 | 814 | - |
| Non-active permanent contracts (early retirees, parental leave, disabled people, *etc.*) | GRI 102-8 | 1,595 | 1,522 | 1,610 | - |
| Total | GRI 102-8 | 18,630 | 19,116 | 19,683 | - |
| **BREAKDOWN OF WORKFORCE BY ACTIVITY **** | | | | | |
| Mining | GRI 102-8 | 2,754 | 2,772 | 3,117 | - |
| Front End (Chemistry-Enrichment) | GRI 102-8 | 2,371 | 2,393 | 2,373 | - |
| Back End (Recycling, Dismantling and Services, Logistics, Projects) | GRI 102-8 | 12,490 | 13,142 | 13,417 | - |
| Corporate and other operations (incl. Medical) | GRI 102-8 | 989 | 795 | 824 | - |
| Total | GRI 102-8 | 18,604 | 19,102 | 19,731 | - |
| **BREAKDOWN OF WORKFORCE BY REGION **** | | | | | |
| France | GRI 102-8 | 81.4% | 82.0% | 80.7% | - |
| Asia-Pacific | GRI 102-8 | 7.6% | 7.3% | 7.7% | - |
| Americas | GRI 102-8 | 5.2% | 4.8% | 5.6% | - |
| Africa and Middle East | GRI 102-8 | 4.9% | 4.8% | 4.6% | - |
| Europe (excluding France) | GRI 102-8 | 0.9% | 0.9% | 1.4% | - |
| **BREAKDOWN OF WORKFORCE BY SOCIO-PROFESSIONAL CATEGORY **** | | | | | |
| Engineers and management staff | GRI 102-8 | 30.1% | 30.6% | 30.8% | - |
| Technical and administrative personnel | GRI 102-8 | 52.0% | 51.3% | 51.3% | - |
| Workers | GRI 102-8 | 17.9% | 18.1% | 17.9% | - |
| **BREAKDOWN OF WORKFORCE BY GENDER **** | | | | | |
| Women (global) | GRI 102-8 | 21.7% | 21.6% | 21.8% | - |
| Men (global) | GRI 102-8 | 78.3% | 78.4% | 78.2% | - |
| Women in management positions | GRI 102-8 | 28.3% | 28.3% | 28.5% | - |
| Women in non-management positions | GRI 102-8 | 18.9% | 18.7% | 18.9% | - |
| **BREAKDOWN OF WORKFORCE BY AGE GROUP **** | | | | | |
| Less than 21 years old | GRI 102-8 | 0.1% | 0.1% | 0.1% | - |
| 21 to 30 years old | GRI 102-8 | 13.6% | 11.1% | 13.4% | - |
| 31 to 40 years old | GRI 102-8 | 30.2% | 29.8% | 30.4% | - |
| 41 to 50 years old | GRI 102-8 | 25.4% | 26.3% | 26.7% | - |
| 51 to 60 years old | GRI 102-8 | 28.7% | 28.9% | 26.6% | - |
| More than 60 years old | GRI 102-8 | 2.0% | 3.8% | 2.8% | - |

\*   *Rates calculated on the active permanent contracts of the majority-owned mining subsidiaries and joint ventures fully consolidated.*
\*\*  *Including proportional consolidation of mining joint ventures.*
\*\*\* *% calculated based on active employees working under permanent employment contracts.*

## 4.9.3 Cross-reference table of data required for the non-financial performance statement (Articles L. 225-102-1, L. 22-10-36 and R. 225-104 to R. 225-105-2 of the French Commercial Code) and those required by the law on the duty of care (Article L. 225-102-4 of the French Commercial Code)

| | Non-financial performance statement Article L. 225-102-1 of the French Commercial Code | Duty of care Article L. 225-102-4 of the French Commercial Code | Sections of the 2021 Annual Activity Report |
|---|---|---|---|
| **Business model** and Situation and activities of the Company and its subsidiaries | ✓ | - | Chapter 1 and Chapter 2 |
| **System of internal controls** | ✓ | ✓ | 3.1 |
| **Risk mapping process and risk management** | ✓ | ✓ | 3.2 |
| **Main CSR risks linked to the Company's business** | ✓ | ✓ | 3.3 |
| **Labor information** | | | 4.3 |
| Employment | ✓ | ✓ | 4.3.1 |
| Work organization | ✓ | ✓ | 4.3.1 |
| Labor relations | ✓ | ✓ | 4.3.2 |
| Health and safety | ✓ | ✓ | 4.2.2 |
| Training | ✓ | ✓ | 4.3.3 |
| Equal treatment | ✓ | ✓ | 4.3.4 |
| **Environmental information** | | | 4.4 |
| General environmental policy | ✓ | ✓ | 4.1 |
| Pollution | ✓ | ✓ | 3.4.2.4.1, 4.2.1.2, 4.7.2, 4.8.2 |
| Circular economy: waste prevention and management, sustainable use of resources | ✓ | ✓ | 3.4.2.4, 4.4.4, 4.4.5, 4.8.4 |
| Climate change | ✓ | ✓ | 3.3.2.4, 3.3.2.7, 4.5 |
| Biodiversity | ✓ | ✓ | 3.4.2.4.4, 4.2.1.2, 4.2.1.3, 4.4.4, 4.8.3 |
| **Societal information** | | | 4.1.4.2, 4.7, 4.8 |
| System for the prevention of corruption and influence peddling | ✓ | | 4.2.3 |
| Supplier relations and responsible purchasing | | ✓ | 4.8.1 |
| Local, economic and labor impacts of the Company | ✓ | | 4.8.2, 4.8.3 |

The duty of care plan is described in Section 3.4.



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Summary of indicators and cross-reference tables

## 4.9.4 Cross-reference table between TCFD recommendations and this 2021 Annual Activity Report

| | Sections of the 2021 Annual Activity Report |
|---|---|
| **Governance** | |
| **a)** Role of the Board of Directors in the governance of climate-related risks and opportunities | 5.5.1.1.5, 5.1.2.1, 5.2.1.3, 5.1.2.4, 5.1.2.10, 4.1.4 |
| **b)** Management's role in assessing and managing climate-related risks and opportunities | 4.1.4 |
| **Strategy** | |
| **a)** Description of climate risks and short, medium and long-term opportunities | 3.3.2.7, 4.5.2 |
| **b)** Integration of risks and opportunities in the company's business model, strategy and investments | Chapter 3, 3.3.2.7, 4.5.2, 5.1.2.10 |
| **c)** Assessment of the company's resilience to climate risks by taking into account different climate scenarios, including a scenario of 2° C or lower | 4.5.2 |
| **Risk management** | |
| **a)** Climate risk identification and assessment process | Chapter 3, 3.3.2.7 |
| **b)** Climate risk management process | Chapter 3, 3.3.2.7 |
| **c)** Describe how processes to identify, assess and manage climate-related risks are integrated throughout the group's risk management organization | Chapter 3, 3.3.2.7 |
| **Action plan** | |
| **a)** Financial and non-financial indicators used as part of the company's climate strategy | 4.5, 4.6 |
| **b)** Scopes 1 and 2 greenhouse gas emissions assessment and, where appropriate, scope 3 | 4.5 |
| **c)** Company climate objectives and results achieved in pursuit of these objectives | 4.5 |

# 4.10 Report by the independent third party, on the non-financial performance statement

*This is a free English translation of the Statutory Auditor's report issued in French and is provided solely for the convenience of English-speaking readers. This report should be read in conjunction with, and construed in accordance with, French law and professional standards applicable in France.*

To the Annual General Meeting of Orano SA,

**Orano SA**
125 avenue de Paris
92320 Châtillon

In our capacity as Statutory Auditor of your company (hereinafter the "entity") appointed as independent third party, and accredited by the COFRAC under number 3-1049 [1], we have undertaken a limited assurance engagement on the historical financial information (actual or extrapolated) of the consolidated non-financial performance statement, prepared in accordance with the entity's procedures (hereinafter the "Guidelines"), for the year ended December 31, 2021 (hereinafter, respectively, the "Information" and the "Statement"), included in the Group's management report pursuant to the requirements of Articles L. 225-102-1, R. 225-105 and R. 225-105-1 of the French Commercial Code (*Code de commerce*).

At the request of the entity, we conducted work designed to express a reasonable assurance conclusion on the information selected by the entity and identified by the sign √.

## Limited assurance conclusion

Based on the procedures performed, as set out in the "Nature and scope of our work" section of this report, and the information collected, nothing has come to our attention that causes us to believe that the Statement is not presented in accordance with the applicable regulatory requirements and that the Information, taken as a whole, is not presented fairly in accordance with the Guidelines, in all material respects.

## Comment

Without modifying our conclusion and in accordance with Article A. 225-3 of the French Commercial Code, we have the following comment:

● As indicated in the Reporting Methodology, information regarding radiation protection published in the Statement has been calculated for the period from July 1, 2020 to June 30, 2021 due to the time needed to obtain analysis results.

## Reasonable assurance conclusion on a selection of non-financial information

Based on the procedures performed, as set out in the "Nature and scope of our work" and "Nature and scope of additional work on the information selected by the entity and identified by the sign √" sections of this report, and the evidence collected, the information selected by the entity and identified with the symbol √ in Chapter 4 *Social, environmental and societal commitments* in the Statement has been prepared, in all material respects, in accordance with the Guidelines.

## Preparation of the Statement

The absence of a commonly used generally accepted reporting framework or established practices on which to draw to evaluate and measure the Information allows for different, but acceptable, measurement techniques that can affect comparability between entities and over time.

Consequently, the Information needs to be read and understood together with the Guidelines, the main elements of which are presented in the Statement (or available online or on request from the entity's registered office).

## Inherent limitations in preparing the Information

The Information may be subject to inherent uncertainty because of incomplete scientific and economic knowledge and the quality of external data used. Some information is sensitive to methodological choices, assumptions and/or estimates used for their preparation and presentation in the Statement.

4

(1) *Accreditation Cofrac Inspection, number 3-1049, scope available at www.cofrac.fr.*



**4**   SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Report by the independent third party, on the non-financial performance statement

## Responsibility of the entity

The Board of Management is responsible for:

- selecting or establishing suitable criteria for preparing the Information;
- preparing a Statement in accordance with legal and regulatory requirements, including a presentation of the business model, a description of the main extra-financial risks, a presentation of policies applied to mitigate these risks and the outcomes of those policies, including key performance indicators, and the information provided for in Article 8 of Regulation (EU) 2020/852 (the Taxonomy Regulation);
- implementing the internal control over information relevant to the preparation of Information that is free from material misstatement, whether due to fraud or error.

The Statement was prepared by applying the entity's Guidelines as mentioned previously.

## Responsibility of the Statutory Auditor, appointed as independent third party

On the basis of our work, our responsibility is to provide a report expressing a limited assurance conclusion on:

- the compliance of the Statement with the requirements of Article R. 225-105 of the French Commercial Code;
- the fairness of the historical financial information (actual or extrapolated) provided in accordance with Article R. 225-105-I (3) and II of the French Commercial Code concerning action plans and policy outcomes, including the key performance indicators on the main risks.

As it is our responsibility to provide an independent conclusion on the Information as prepared by Management, we are not authorized to help prepare said Information, as that could compromise our independence.

At the request of the entity and outside of the scope of certification, we may express reasonable assurance that the information selected by the entity, presented in the appendices, and identified by the symbol √ has been prepared, in all material respects, in accordance with the Guidelines.

However, it is not our responsibility to comment on:

- the entity's compliance with other applicable legal and regulatory requirements (in particular, the disclosures provided for in Article 8 of Regulation (EU) 2020/852 (the Taxonomy Regulation), the French Duty of Care law and anti-corruption and tax avoidance legislation);
- the fairness of the disclosures provided for in Article 8 of Regulation (EU) 2020/852 (the Taxonomy Regulation);
- the compliance of products and services with the applicable regulations.

## Regulatory provisions and applicable professional guidance

We performed our work described below in accordance with the provisions of Articles A. 225 1 and following of the French Commercial Code, the professional guidance issued by the French Institute of Statutory Auditors (*Compagnie nationale des commissaires aux comptes*) relating to this engagement and International Standard on Assurance Engagements 3000 (Revised) [(1)].

## Independence and quality control

Our independence is defined by the provisions of Article L. 822-11-3 of the French Commercial Code and the French Code of Ethics (*Code de déontologie*) for statutory auditors. Our firm maintains a comprehensive system of quality control including documented policies and procedures regarding compliance with applicable legal, regulatory and ethical requirements and the professional guidance issued by the French Institute of Statutory Auditors relating to this engagement.

## Means and resources

Our work was carried out by a team of eight people between October 2021 and February 2022 and took a total of approximately six weeks.

We were assisted in our work by our specialists in sustainable development and corporate social responsibility. We conducted some fifteen interviews with people responsible for preparing the Statement.

## Nature and scope of our work

We planned and performed our work to address the areas where we identified that a material misstatement of the Information was likely to arise.

We believe that the work carried out, based on our professional judgement, is sufficient to provide a basis for our limited assurance conclusion:

- we obtained an understanding of all the consolidated entities' activities, and the description of the principal risks associated;
- we assessed the suitability of the criteria of the Guidelines with respect to their relevance, completeness, reliability, neutrality and understandability, with due consideration of industry best practices, where appropriate;
- we verified that the Statement includes each category of social and environmental information set out in Article L. 225-102-1 III, as well as information regarding compliance with human rights and anti-corruption and tax avoidance legislation;

---

*(1) ISAE 3000 (Revised) - Assurance Engagements Other Than Audits or Reviews of Historical Financial Information.*

**SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS**
Report by the independent third party, on the non-financial performance statement

- we verified that the Statement provides the information required under Article R. 225-105 II of the French Commercial Code, where relevant with respect to the principal risks, and includes, where applicable, an explanation for the absence of the information required under Article L. 225-102-1 III, paragraph 2 of the French Commercial Code;

- we verified that the Statement presents the business model and a description of principal risks associated with all the consolidated entities' activities, including where relevant and proportionate, the risks associated with their business relationships, their products or services, as well as their policies, measures and the outcomes thereof, including key performance indicators associated to the principal risks;

- we referred to documentary sources and conducted interviews to:

  - assess the process used to identify and confirm the principal risks as well as the consistency of the outcomes, including the key performance indicators used, with respect to the principal risks and the policies presented, and

  - corroborate the qualitative information (measures and outcomes) that we considered to be the most important presented in Appendix. Concerning certain risks [1], our work was carried out on the consolidating entity, for the other risks, our work was carried out on the consolidating entity and on a selection of entities [2];

- we verified that the Statement covers the scope of consolidation, *i.e.* all the consolidated entities in accordance with Article L. 233-16 of the French Commercial Code, within the limitations set out in the Statement;

- we obtained an understanding of internal control and risk management procedures the entity has put in place and assessed the data collection process to ensure the completeness and fairness of the Information;

- for the key performance indicators and other quantitative outcomes that we considered to be the most important, as presented in Appendix, we implemented:

  - analytical procedures to verify the proper consolidation of the data collected and the consistency of any changes in those data,

- tests of details, using sampling techniques, in order to verify the proper application of the definitions and procedures and reconcile the data with the supporting documents. This work was carried out on a selection of contributing entities [2] and covers between 35% and 100% of the consolidated data selected for these tests;

- we assessed the overall consistency of the Statement based on our knowledge of all the consolidated entities.

The procedures performed in a limited assurance engagement are less in extent than for a reasonable assurance engagement performed in accordance with the professional guidance issued by the French Institute of Statutory Auditors; a higher level of assurance would have required us to carry out more extensive procedures.

## Nature and extent of additional work on the information selected by the entity and identified by the sign √

With regard to the information selected by the entity, presented in the Appendix and identified by the symbol √ in Chapter 4 *Social, environmental and societal commitments* in the Statement, we conducted the same work as described in the paragraph "Nature and scope of our work" above for the Information considered to be the most important, but in a more in-depth manner, in particular with regard to the number of tests.

The selected sample accounts for between 75% and 80% of the information identified by the symbol √.

We believe that our work is sufficient to provide a basis for our reasonable assurance opinion on the information selected by the entity and identified by the symbol √.

Paris-La Défense, on February 25, 2022

**KPMG S.A.**

Anne GARANS

*Partner*
*Sustainability Services*

Laurent GENIN

*Partner*

(1) *Risks related to subcontracting and suppliers; Risk of corruption and influence peddling; Risks related to major projects; Risks related to the sustainability of industrial facilities, workload plans and cost control.*

(2) *Orano S.A. headquarters; Orano Recyclage la Hague and Orano Chimie-Enrichissement Tricastin (France); Katco (Kazakhstan); Orano Canada Inc. (Canada); Somair (Niger).*



**4** SOCIAL, ENVIRONMENTAL AND SOCIETAL COMMITMENTS
Report by the independent third party, on the non-financial performance statement

## Appendix

**Qualitative information (actions and results) considered most important**

Competence management and employee development systems

Systems for assessing employee well-being

Policies and actions implemented to promote diversity and equal opportunities

Organization of social dialogue and collective agreements

Incentive schemes, profit-sharing and employee savings schemes

Measures to control the safety of the activity and safety events

Actions to assess and reduce environmental impact

Policy and measures implemented in terms of ethics and the fight against corruption

Third party compliance assessment system

Energy efficiency actions implemented

Innovation measures and outcomes

Measures implemented in the area of responsible purchasing

| Key performance indicators and other quantitative results considered most important | Level of assurance |
|---|---|
| Workforce (fixed term & permanent) as of December 31, 2021 | |
| Number of hires - permanent contracts | |
| Accident frequency rate with lost time | |
| Accident severity rate | |
| Number of fatal accidents among Orano employees and external companies | |
| Average exposure due to radiation over 12 consecutive months for employees and subcontractors | |
| Total individual external and internal doses due to radiation over 12 consecutive months for Orano employees | |
| Quantity of energy consumed | |
| Energy consumption per unit of revenue | |
| Quantity of water tapped | |
| Water consumption per unit of revenue | Limited |
| Annual recovery rate of conventional waste | |
| Solid radioactive very low-level waste (VLLW) removed to ANDRA | |
| Solid radioactive low-level and medium-level waste (LMLW) removed to ANDRA | |
| Share of non-group purchases by French entities from suppliers located in France | |
| Share of non-group purchases by foreign entities made in the host country | |
| Employees in an exposed position trained in compliance face-to-face or remotely | |
| Employees trained in compliance *via* e-learning | |
| Scope 3 GHG emissions (tCO$_2$e) | |
| Scope 3 GHG emissions (tCO$_2$e) per unit of revenue | |
| Scope 1 direct GHG emissions | |
| Scope 2 indirect GHG emissions | Reasonable |
| GHG emissions (scopes 1 and 2) per unit of revenue | |

# CORPORATE GOVERNANCE AND GENERAL INFORMATION



**5.1 Administration and management of the Company** — **164**

5.1.1 Composition of the Board of Directors — 164
5.1.2 Functioning of the Board of Directors — 179
5.1.3 Other Committee — 186
5.1.4 Executive Management — 186

**5.2 Compensation of corporate officers** — **188**

5.2.1 Compensation policy for corporate officers of the Company — 188
5.2.2 Compensation of corporate officers for financial year 2021 — 192

**5.3 Corporate Governance Reference Code** — **198**

**5.4 Additional information** — **199**

5.4.1 General information about the Company — 199
5.4.2 Articles of incorporation and Articles of Association of the Company — 199
5.4.3 Participation of shareholders in General Meetings — 200
5.4.4 Related-party agreements and commitments — 200

**5.5 Share capital and shareholding** — **202**

5.5.1 Share capital — 202
5.5.2 Distribution of the Company's capital and voting rights — 202
5.5.3 Securities not representing capital — 203
5.5.4 Transactions referred to in Article L. 621-18-2 of the French Monetary and Financial Code during the financial year — 203

This section of the Annual Activity Report includes the report of the Board of Directors on corporate governance prepared in accordance with the final paragraph of Article L. 225-37 of the French Commercial Code. In particular, it reports on the composition of the Board of Directors of Orano SA (the Company) and the conditions for the preparation and organization of its work.

The Board of Directors report on the Company's corporate governance is prepared with the support of the Legal, Finance and People & Communications Departments and then reviewed by the Compensation and Nominating Committee before being presented to the Board of Directors. It was approved by the Board of Directors at its meeting of February 24, 2022.

This report was also submitted to the Statutory Auditors as part of their legal and statutory duties.

Note that, as an issuer of debt instruments admitted for trading on a regulated market, the Board of Directors decided on July 27, 2017 to refer voluntarily to the Afep-Medef Code of Corporate Governance. In accordance with the "apply or explain" principle set out in Article L. 22-10-10, 4° of the French Commercial Code, the Company will explain hereunder the reasons for which it currently derogates from certain recommendations of the Afep-Medef Code.

# 5.1  Administration and management of the Company

## 5.1.1  Composition of the Board of Directors

The Company operates under a "monist" or unitary organization, with a Board of Directors.

In accordance with Article 14 of the Articles of Association:

- the Company is run by a Board of Directors composed of at least three and at most eighteen members including, where applicable, one representative of the French State and several directors appointed by the General Meeting upon a proposal by the French State, as provided under Order and Decree No. 2014-949 of August 20, 2014, subject to statutory dispensations; and
- the Board of Directors also includes two directors representing employees, appointed by the two labor unions with the highest number of votes in the first round of the elections preceding the date of appointment of the members of the Social and Economic Committee or Works Committee or the sole Employee Delegation for the Company and its (direct and indirect) subsidiaries with their registered offices in France. These are not taken into account when determining the minimum and maximum number of directors.

On February 24, 2022, the Board of Directors was composed of 13 members:

- ten members appointed by the General Meeting (including five individual directors appointed on the proposal of the French State);

- two members representing employees, appointed by the labor unions; and
- one representative of the French State.

Pursuant to Decree No. 83-1116 of December 21, 1983, as amended, and Decree No. 55-733 of May 26, 1955, the following persons may also attend meetings of the Board of Directors in an advisory capacity: the Government Commissioner, in the person of the Director General of the French Directorate General for Energy and Climate, DGEC, and the representative of the General Economic and Financial Control's mission to the French Atomic Energy and Alternative Energies Commission, EDF, and other structures in the energy sector (control mission for Atomic Energy). They may also attend meetings of Board committees (see paragraph 5.1.1.3 below).

Pursuant to Article 14 of the Articles of Association, the Board of Directors may also be assisted by one or more non-voting board members who may attend meetings in an advisory capacity (see paragraph 5.1.1.3 below).

The Statutory Auditors are invited to attend meetings of the Board of Directors held to review the annual and half-year financial statements, and any other meetings at which their presence is deemed appropriate.

**CHANGES IN THE COMPOSITION OF THE BOARD AND ITS COMMITTEES IN 2021**

|  | Departure | Appointment | Renewal |
|---|---|---|---|
| Board of Directors | Alexia DRAVET (resigned on March 15, 2021) | Luc GERVAUD (March 16, 2021) | - |
| Audit and Ethics Committee | Alexia DRAVET (resigned on March 15, 2021) | Luc GERVAUD (May 5, 2021) | - |
| Compensation and Nominating Committee | - | - | - |
| Strategy and Investments Committee | - | - | - |
| End-of-Life cycle Obligations Monitoring Committee | Alexia DRAVET (resigned on March 15, 2021) | Cécile SELLIER (February 25, 2021) [1] Luc GERVAUD (May 5, 2021) | - |

(1) Cécile SELLIER joined the EoLOMC as a member on February 25, 2021 and was appointed Chairwoman of this Committee on October 27, 2021, replacing Marie-Solange TISSIER, who remains a member.

### Renewal of directorships proposed to the General Meeting of April 28, 2022

The terms of office of Philippe BRAIDY, François DELATTRE, Claude IMAUVEN, Philippe KNOCHE, Anne-Sophie LE LAY and Patrick PELATA will expire at the General Meeting called to approve the financial statements for the financial year ended December 31, 2021. On the proposal of the Board of Directors of February 24, 2022, after consulting the Compensation and Nominating Committee, the

General Meeting scheduled to be held on April 28, 2022 will therefore be called to approve the renewal of these Directors. The terms of office of the directors representing the employees will also expire at the General Meeting called to approve the financial statements for the financial year ended December 31, 2021.

## 5.1.1.1   Summary presentation of the Board of Directors as of December 31, 2021

As of the date of this report, the members of the Board of Directors are:

- Claude IMAUVEN
  (Chairman of the Board and Independent Director);
- Philippe KNOCHE
  (Chief Executive Officer, Director);
- Bernard BASTIDE
  (Director representing employees);
- Philippe BRAIDY
  (Director appointed on the proposal of the French State);
- François DELATTRE
  (Director appointed on the proposal of the French State);
- Luc GERVAUD
  (Director representing employees);
- François JACQ
  (Director appointed on the proposal of the French State);

- Anne-Sophie LE LAY
  (Independent Director);
- Patrick PELATA
  (Independent Director);
- Marie-Hélène SARTORIUS
  (Independent Director);
- Cécile SELLIER
  (Director appointed on the proposal of the French State);
- Marie-Solange TISSIER
  (Director appointed on the proposal of the French State); and
- The French State, represented by Bruno VINCENT
  (Director appointed by decree of the French Economy and
  Finance Minister dated July 27, 2017).

**5**



**5** **CORPORATE GOVERNANCE AND GENERAL INFORMATION**
Administration and management of the Company

| | Personal information | | | | | Position on the Board | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Year of birth | Gender | Nationality | Number of mandates in listed companies [1] | Independence | Initial appointment | Expiration of term of office | Length of service on the Board | Board committees |
| **Claude IMAUVEN** Chairman of the Board | 1957 | M | FR | 0 | Yes | 2017 | 2022 | 4.5 years | SIC * |
| **Philippe KNOCHE** Chief Executive Officer and Director | 1969 | M | FR/GER | 1 | No | 2017 | 2022 | 4.5 years | n/a |
| **Bernard BASTIDE** Director representing employees | 1960 | M | FR | n/a | No | 2020 | 2022 | 1 year and 8 months | SIC CNC |
| **Philippe BRAIDY** Director appointed on the proposal of the French State | 1960 | M | FR | 0 | No | 2020 | 2022 | 1 year and 2 months | - |
| **François DELATTRE** Director appointed on the proposal of the French State | 1963 | M | FR | 1 | No | 2019 | 2022 | 2.5 years | SIC |
| **Luc GERVAUD** Director representing employees | 1958 | M | FR | n/a | No | 2021 | 2022 | 8 months | AEC EoLOMC |
| **François JACQ** Director appointed on the proposal of the French State | 1965 | M | FR | 0 | No | 2018 | 2024 | 3 years and 8 months | SIC |
| **Anne-Sophie LE LAY** Director | 1971 | F | FR | 1 | Yes | 2020 | 2022 | 1.5 years | AEC |
| **Patrick PELATA** Director | 1955 | M | FR | 1 | Yes | 2018 | 2022 | 3.5 years | - |
| **Marie-Hélène SARTORIUS** Director | 1957 | F | FR | 0 | Yes | 2017 | 2024 | 4.5 years | AEC * CNC EoLOMC |
| **Cécile SELLIER** Director appointed on the proposal of the French State | 1967 | F | FR | 0 | No | 2020 | 2024 | 1 year and 7 months | EoLOMC * |
| **Marie-Solange TISSIER** Director appointed on the proposal of the French State | 1955 | F | FR | 0 | No | 2017 | 2024 | 4.5 years | AEC CNC * EoLOMC |
| **French State (Bruno VINCENT)** Director | 1982 | M | FR | 1 | No | 2017 | 2022 | 4.5 years | AEC SIC CNC EoLOMC |

*(1) Number of mandates held by the director in listed companies outside his/her group, including foreign ones, assessed in accordance with the recommendations of the Afep-Medef Code (Article 19).*
*\* Committee Chairman.*
*n/a:not applicable; AEC: Audit and Ethics Committee; SIC: Strategic and Investment Committee; CNC: Compensation and Nominating Committee; EoLOMC: End-of-Lifecycle Obligations Monitoring Committee.*
*Note: None of the directors hold shares in the Company.*
*Alexia DRAVET resigned from her duties as director representing employees on March 15, 2021, and Luc GERVAUD was appointed by his labor union as replacement. He took up his duties on the Board as director representing employees as of March 16, 2021.*

## 5.1.1.2   Biographies and terms of office of the members of the Board of Directors



**AGE:** 64

**NATIONALITY:** French

**DATE OF ENTRY TO THE BOARD:**
07/27/2017

**DATE OF RATIFICATION
OR APPOINTMENT
AT THE GENERAL MEETING:**
07/27/2017

**RENEWAL DATE:** n/a

**END DATE
OF THE MANDATE:** 2022 GM

**YEARS PRESENT:** 4.5 years

**ATTENDANCE AT BOARD
MEETINGS:** 100%

### CLAUDE IMAUVEN
**CHAIRMAN AND INDEPENDENT DIRECTOR**

Born on September 6, 1957 in Marseille (France), a French national, Claude IMAUVEN is a graduate of École polytechnique and an Engineer in the French Corps des mines.

He began his career in 1983 at the French Ministry for Industry, where he held various positions of responsibility in public administration, notably in ministerial offices (Foreign Trade and Industry).

His career at Saint-Gobain began in 1993 within the Flat Glass Division, where he was Vice President of Industrial Policy and subsequently Vice President of Industry and Finance. In 1996, he was appointed Delegate General for Spain, Portugal and Morocco. Returning to France in 1999, he joined the Pipe branch as Chief Operating Officer of Pont-à-Mousson SA, and then in 2001 he became CEO and Director of the Pipe branch.

Between 2004 and the end of 2015, Claude IMAUVEN was Chief Operating Officer of Saint-Gobain, leading the Construction Products Division.

From 2016 to 2019, Claude IMAUVEN was Chief Executive Officer of Saint-Gobain.

He has been a member of the Board of Directors of the Company since July 27, 2017. He has chaired the Board of Directors since May 14, 2020. As such, he is responsible for relations between the Board and the Company's shareholders.

**OTHER OFFICES HELD**
- Chairman of the Board of Directors of Artelia Global SAS; (Director since 06/22/2010 and Chairman since 10/01/2019);
- Chairman of the Fondation Mines-Télécom (since 06/23/2020);
- Chairman of the Georges BESSE Foundation (since 10/09/2021).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Director of AREVA SA (expired 07/27/2017);
- Chairman of the Board of Directors of Institut Mines-Télécom EPSCT (expired 02/14/2020);
- Director of the Institut polytechnique de Paris ECPA (expired 08/28/2020).

**5**

**5** CORPORATE GOVERNANCE AND GENERAL INFORMATION
Administration and management of the Company



### PHILIPPE KNOCHE
**CHIEF EXECUTIVE OFFICER, DIRECTOR**

**AGE:** 53
**NATIONALITY:** French and German
**DATE OF ENTRY TO THE BOARD:** 07/27/2017
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 07/27/2017
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 4.5 years
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on February 14, 1969 in Strasbourg (France), with dual French and German nationality, Philippe KNOCHE is a graduate of École polytechnique (class of 1989) and École des mines de Paris.

He began his career in 1995 in Brussels as a Case Handler for the European Commission's anti-dumping department.

In 1998, he joined the Consortium de Réalisation as Assistant to the Chairman of the Supervisory Board.

He joined AREVA in 2000 as Director of Strategy. In 2004, he was appointed Executive Vice President of the Recycling Business Unit and, in 2006, Director of the Olkiluoto 3 project. In 2010, he took over the Reactors and Services Business Group and became a member of AREVA's Executive Committee.

In July 2011, Philippe KNOCHE was appointed member of the Executive Board and Deputy CEO in charge of nuclear operations at AREVA.

In January 2015, he became a member of the Board of Directors and Chief Executive Officer of AREVA.

He has been the Company's Chief Executive Officer since July 27, 2017.

**OTHER OFFICES HELD**
- Director of Thales SA listed (since 05/06/2020);
- Permanent member of the Strategic Committee of SET Holding SAS (since 10/17/2011);
- Chairman and Chief Executive Officer of Orano Démantèlement SAS (formerly Orano Cycle, since 01/22/2015);
- Chairman of the Board of Directors of Orano Mining SA (since 02/18/2016);
- Chairman of the Board of the World Nuclear Association (WNA, since 05/25/2020);
- Chairman of Orano Recyclage SAS (since 05/26/2020);
- Chairman of Orano Chimie-Enrichissement SAS (since 05/26/2020).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Chief Executive Officer and Director of AREVA SA (expired 07/26/2017).



### BERNARD BASTIDE
**DIRECTOR REPRESENTING EMPLOYEES**

**AGE:** 61
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 04/30/2020
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 1 year and 8 months
**ATTENDANCE AT BOARD MEETINGS:** 89%

Born March 28, 1960 in Montpellier (France), a French national, Bernard BASTIDE holds a doctorate in Materials Science from the University of Orleans (1988) and is a winner of the National Scientific Research Award (1988).

He joined Cogema in 1994 as a Safety and Operations Engineer at the Melox plant. After having held various positions within the group, he was seconded to a client of the group in Japan from 2002 to 2003 as a technical advisor to support a technology transfer. From 2003 to 2006, he was Head of the Planning Department of the group's Recycling BU. From 2006 to 2011, he returned to Japan as Commercial Director for Back-End activities and managed the "Fukushima" project. In 2012, he was seconded to Brazil to supervise all of the AREVA Group's activities in South America. Since 2016, he has held the position of Director of the South-East France branch of International Projects within the group's Recycling BU.

He has been a member of the Board of Directors of the Company since April 30, 2020.

**OTHER OFFICES HELD**
- None.

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- None.

**CORPORATE GOVERNANCE AND GENERAL INFORMATION**
Administration and management of the Company



## PHILIPPE BRAIDY
### DIRECTOR

**AGE:** 61
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 10/29/2020
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 05/27/2021
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 1 year and 2 months
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on March 1, 1960 in Algiers (Algeria), of French nationality, Philippe Braidy is a graduate of the École polytechnique (1982) and the École nationale des ponts et chaussées (1985).

An engineer by training, he began his career in 1985 at the Regional Directorate for Industry and Research (DRIRE) in Alsace as Head of the Classified Installations Department and the Control Department. After several years at the Ministry of the Budget where he held various positions (1988-1993), he joined the Cabinet of the Budget Minister for two years, then the Prime Minister's office as a technical advisor. From 1995 to 2002, he was the Chief Financial Officer of the French Atomic Energy Commission (CEA), where he was appointed Director of Cogema and then of AREVA SA. In 2003, he became Deputy Director for Financial Affairs of the Centre National d'Etudes Spatiales (CNES). From 2004 to 2005, he was jointly Deputy Director of the Cabinet of the Minister of the Economy and Director of the Cabinet of the Minister for Industry. From 2005 to 2014, he joined the Caisse des Dépôts et Consignations (CDC) as Head of internal audit, then Head of Regional Development and the Network. From 2014 to 2016, he was Vice-Chairman of the investment company GPD Vendôme. In 2016, he joined the Framatome group and held the position of Chief Executive Officer for four years. Since June 15, 2020, he has led the Executive Management of AREVA SA.

He has been a member of the Board of Directors of the Company since October 29, 2020.

**OTHER OFFICES HELD**
- Chief Executive Officer of AREVA SA (since 07/01/2020);
- Chairman of AREVA NP SAS (since 07/08/2020);
- Chairman of AREVA Énergies Renouvelables SAS (since 07/07/2020);
- Chairman of AREVA Project 2 SAS (since 07/08/2020);
- General Manager of AREVA Renewables GmbH (since 09/23/2020);
- Director of CILAS SA (since 10/22/2020)

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Chief Executive Officer of Framatome (expired in June 2020);
- Member of the Supervisory Committee of AREVA H2Gen SAS (expired 10/19/2020);
- Chairman of TERECO (expired in June 2020).

**5**



### FRANÇOIS DELATTRE
**DIRECTOR**

**AGE:** 58
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 07/04/2019
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 05/14/2020
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 2.5 years
**ATTENDANCE AT BOARD MEETINGS:** 56%

Born on November 15, 1963 in Saint-Marcellin (France), a French national, François DELATTRE is a graduate of the Institut d'études politiques (IEP) in Paris and the École nationale d'administration.

He was appointed Secretary General of the Ministry of Europe and Foreign Affairs on July 1, 2019.

François DELATTRE was the Ambassador, Permanent Representative of France to the United Nations Organization from September 2014 to July 2019. He previously served for nearly four years as Ambassador of France to the United States (2011-2014), after being Ambassador of France to Canada (2008-2011), French Consul General in New York City (2004-2008), and Press and Communications Director at the French Embassy in Washington, D.C. (1998-2002).

A devoted practitioner of economic diplomacy, he is also an expert in European and transatlantic defense and security. He was in charge of these issues on the diplomatic team (1995-1998) of the French President, Jacques Chirac, where he was also responsible for monitoring the crisis in Bosnia. He furthermore served as an advisor on these issues (1993-1995) in the Office of French Foreign Minister, Alain Juppé, after two years with the Department of Strategic Affairs and Disarmament in the French Foreign Minister's Office (1991-1993).

François DELATTRE also held the office of Deputy Chief of Staff (2002-2004) to the French Foreign Minister, Dominique de Villepin. Lastly, he was posted to the French Embassy in Bonn, Germany (1989-1991), where he was responsible for environmental affairs and the economic integration of Germany following the reunification.

**OTHER OFFICES HELD**

- Director of EDF SA listed (since 07/01/2019);
- Director of Agence nationale des titres sécurisés (since 07/01/2019);
- Director of the Commission de récolement des dépôts d'œuvres d'art (since 07/01/2019);
- Director of the École nationale d'administration (since 07/01/2019);
- Director of Institut français (since 07/01/2019);
- Director of the Office français de protection des réfugiés et apatrides (since 07/01/2019);
- Director of Institut du Monde Arabe (since 07/01/2019);
- Director of Sorbonne Abu Dhabi (since 07/01/2019);
- Director of the Fondation nationale des sciences politiques (since 04/20/2021).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**

- Director of the Institut national des langues et civilisations orientales [French national institute of oriental languages and civilizations] (expired 06/30/2020);
- Director of France Médias Monde (expired 04/08/2021).

**CORPORATE GOVERNANCE AND GENERAL INFORMATION**
Administration and management of the Company



**AGE:** 64
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 03/16/2021
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 8 months
**ATTENDANCE AT BOARD MEETINGS:** 100%

### LUC GERVAUD
**DIRECTOR REPRESENTING EMPLOYEES SINCE MARCH 16, 2021**

Born on March 25, 1958 in Saint-Avold (France), a French national, Luc GERVAUD is a graduate of the École nationale supérieure d'électrochimie et d'électrométallurgie de Grenoble (1981).

After starting his career as a methods engineer in the Vallourec group, in 1988 he joined Eurodif's Operations department in Tricastin. Until 1998, he held successive positions as operator in three of the site's units. He was expatriated to the United Kingdom in 1994 to work on the initial study of a centrifuge plant in collaboration with Urenco. In 1998, he joined the team responsible for studying a centrifuge plant project with Japanese partners.

From 2003, he worked on the Georges Besse II project, in the project contracting and project management teams. In 2013, he joined the Trials and start-up department of the Société d'Enrichissement du Tricastin (SET).

He was a member of the Health, Safety and Working Conditions Committee (CHSCT) of SET from 2015 to 2019.

Luc GERVAUD is currently an engineer in charge of the interface with ETC (Enrichment Technology Company, lessor of the centrifugation process) and the optimization of the Georges Besse II units in Orano Chimie-Enrichissement Tricastin's Technical Department.

He was appointed by his labor union as a director representing employees.

He has been a member of the Company's Board of Directors since March 16, 2021.

| OTHER OFFICE HELD | OFFICES EXPIRED DURING THE PAST FIVE YEARS |
|---|---|
| • None. | • None. |



**AGE:** 56
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 05/03/2018
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 05/25/2018
**RENEWAL DATE:** 05/14/2020
**END DATE OF THE MANDATE:** 2023 GM
**YEARS PRESENT:** 3 years and 8 months
**ATTENDANCE AT BOARD MEETINGS:** 78%

### FRANÇOIS JACQ
**DIRECTOR**

Born on October 28, 1965 in Harfleur (France), a French national, François JACQ is a graduate of École polytechnique, and an Engineer General of the French Corps des mines. He holds a PhD from Mines Paris Tech.

After starting out in research, he went on to hold various posts within the French Ministry of Education. From 2000 to 2005, he was Chief Executive Officer of the French National Agency for Radioactive Waste Management (ANDRA).

From 2005 to 2007, he was the Head of Energy Markets and Demand at the French Ministry of Industry, before becoming an adviser to the French Prime Minister. From 2009 to 2013, he was Chairman and Chief Executive Officer of Météo France, before serving as Chairman and Chief Executive Officer of IFREMER from 2013 to 2018. He then became Chief Executive of the French Atomic Energy and Alternative Energies Commission (CEA).

He has been a member of the Board of Directors of the Company since May 3, 2018.

| OTHER OFFICES HELD | OFFICES EXPIRED DURING THE PAST FIVE YEARS |
|---|---|
| • Chairman of the Board of Directors of the CEA EPIC (since 06/28/2020). | • Member of the Supervisory Board of Framatome SA (expired in July 2020);<br>• Director of CNES (expired 04/30/2018);<br>• Director of STORENGY (expired 05/15/2018). |

**5**

**5**  **CORPORATE GOVERNANCE AND GENERAL INFORMATION**
Administration and management of the Company



### ANNE-SOPHIE LE LAY
**INDEPENDENT DIRECTOR**

**AGE:** 50
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 06/30/2020
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 05/27/2021
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 1 year and 6 months
**ATTENDANCE AT BOARD MEETINGS:** 78%

Born on May 8, 1971 in Paris (France), a French national, Anne-Sophie LE LAY holds a Master's degree in Business and Real Estate Law (1994) and holds the certificate of aptitude for the legal profession (1995).

She began her career as a lawyer at the Paris Bar, specializing in business law and real estate law before moving to Toronto (Canada). In 2001, she joined Renault Group's Legal Department, initially responsible for the legal arrangement for the sale of land from the former Billancourt plant. In 2007, she became head of the Environmental and Real Estate Law Department. One year later, she represented the Legal Department for the Euromed region in the Tangier industrial project. At the same time, she managed cross-functional issues related to the international development of Renault Group under the Renault-Nissan agreement. From July 2011 to February 2018, she was General Counsel for Renault Group.

She joined the Air France group on February 20, 2018 as General Secretary of Air France-KLM and Air France.

She has been a member of the Board of Directors of the Company since June 30, 2020.

**OTHER OFFICES HELD**
● Director of Séché Environnement SA listed (since April 2018).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
● Director and Chairwoman of Big Blank SAS (between November 2018 and July 2020).



### PATRICK PELATA
**INDEPENDENT DIRECTOR**

**AGE:** 66
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 02/26/2018
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 02/26/2018
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 3.5 years
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on August 24, 1955 in Pujols (France), a French national, Patrick PELATA is a graduate of École polytechnique and École nationale des ponts et chaussées. He also has a PhD in socioeconomics from École des hautes études en sciences sociales.

He joined the Renault Group in 1984, holding various positions in manufacturing and engineering before being named Senior Vice-President of Vehicle Engineering in 1998, then Chief Operating Officer for Nissan in 1999 (Japan), followed by Chief Operating Officer in charge of Corporate and Product Planning, Design and Programs for Renault in 2005, and subsequently Deputy CEO for Renault in 2008.

In 2012, he was appointed Executive Vice-Chairman and Chief Automotive Officer of Salesforce in San Francisco.

In 2015, Patrick PELATA founded the company Meta Consulting LLC, of which he is Chairman. It was renamed Meta Strategy Consulting in early 2018.

Patrick PELATA served as a non-voting board member of the Company from July 27, 2017, before being appointed to the Board of Directors on February 26, 2018, when Japan Nuclear Fuel Ltd and Mitsubishi Heavy Industries Ltd became shareholders of the Company.

**OTHER OFFICES HELD**
● Director of Mobivia SA (since 07/01/2020);
● Chairman of Meta Strategy Consulting (France) (since January 2018);
● Director of the listed company Safran SA (since 06/15/2017);
● Director of Vulog SA (since 10/01/2018).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
● None.

**CORPORATE GOVERNANCE AND GENERAL INFORMATION**
Administration and management of the Company



## MARIE-HÉLÈNE SARTORIUS
**INDEPENDENT DIRECTOR**

**AGE:** 65
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 07/27/2017
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 07/27/2017
**RENEWAL DATE:** 05/14/2020
**END DATE OF THE MANDATE:** 2023 GM
**YEARS PRESENT:** 4.5 years
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on January 23, 1957 in Lyon (France), a French national, Marie-Hélène SARTORIUS is a graduate of École polytechnique and École nationale des ponts et chaussées.

She began her career at Banque Paribas, now BNP Paribas, where she held a number of positions in management control and corporate banking before being appointed Head of Specialized Financing for Europe (LBOs, project finance).

In 1995, she joined the Market Activities Department of the Paribas Group in London as Head of Risk. In 1999, she launched a new credit derivatives trading business for the group.

In 2001, Marie-Hélène SARTORIUS joined PricewaterhouseCoopers (PwC) as a Partner in charge of consulting services in France and provided advice to large international groups until 2016. She worked primarily with large, listed investment banks, and energy companies, where she specialized in risk management, performance optimization and major transformation programs.

On an international level, Marie-Hélène SARTORIUS has been a member of PwC's EMEA Financial Services Leadership Team (EMEA FSLT) and Global Financial Services Advisory Leadership Team (GFSALT).

Since 2016, her activities are dedicated to Corporate Governance and she sits on several Boards of Directors.

She has been a member of the Board of Directors of the Company since July 27, 2017.

**OTHER OFFICES HELD**
- Director of Bank of America Securities Europe SA (since 10/16/2020);
- Director of BNP Paribas Cardif SA (since 05/12/2016);
- Director of Milleis Banque SA (since 08/31/2017).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Director of Gemalto BV SA (expired 04/02/2021);
- Member of the Supervisory Board of ANF Immobilier (expired 10/23/2017);
- Director of AREVA SA (expired 07/27/2017).

**5**



## CÉCILE SELLIER
**DIRECTOR**

**AGE:** 54
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 05/14/2020
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2024 GM
**YEARS PRESENT:** 1 year and 7 months
**ATTENDANCE AT BOARD MEETINGS:** 78%

Born on May 12, 1967 in Paris (France), of French nationality, Cécile SELLIER is a graduate of École polytechnique (1987), École nationale supérieure des techniques avancées (1992), the Higher Nuclear Armament School (1992) and École normale supérieure (1995).

She began her career at the French Atomic Energy and Alternatives Energies Commission (CEA) in 1992 as an engineer in the field of nuclear weapons in the military applications division.

She then joined the French Defense Department (DGA) in 1996 as an engineer in charge of materials research. After holding various positions in the field of nuclear deterrence within the DGA, in 2008 she was promoted to Director of Surface-Air Defense Systems for the French Air Force and Navy and French National Coordinator of these European cooperation programs, then Head of the entire tactical missile management segment. From 2011 to 2014, she managed various programs related to nuclear deterrence and headed the airborne deterrent department of the operational division. From 2014 to 2016, she managed the DGA's missile test center. From 2016 to 2018, she was in charge of the Deterrent mission for the General Delegate for Armaments. She was subsequently appointed Deputy Director of Operations of the DGA from 2018 to 2020. She has been Technical Director at the DGA since February 1, 2020. She also represents the French Ministry of the Armed Forces on the CEA Board of Directors.

She has been a member of the Board of Directors of the Company since May 14, 2020.

**OTHER OFFICES HELD**
- Director of CEA (since 03/19/2019).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- None.

**5** CORPORATE GOVERNANCE AND GENERAL INFORMATION
Administration and management of the Company



### MARIE-SOLANGE TISSIER
DIRECTOR

**AGE:** 66
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 07/27/2017
**DATE OF RATIFICATION OR APPOINTMENT AT THE GENERAL MEETING:** 07/27/2017
**RENEWAL DATE:** 05/14/2020
**END DATE OF THE MANDATE:** 2023 GM
**YEARS PRESENT:** 4.5 years
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on April 6, 1955 in Paris (France), a French national, Marie-Solange TISSIER is a graduate of École polytechnique and École des mines de Paris.

She was Head of the Environment Division within the Interdepartmental Directorate for Lorraine Industry from 1979 to 1982. In 1982, she moved to the General Council of Mines as Deputy Head of Service, and in 1984 she joined the office of the Secretary of State for Energy as a Technical Adviser. In 1986, Marie-Solange TISSIER was appointed Head of the Nuclear Department at the French Directorate General for Energy and Raw Materials. In 1988, she joined the Ministry for Industry and Regional Development as a Technical Adviser.

From 1989 to 2017, Marie-Solange TISSIER was Department Head at the General Council of Mines, which in 2009 became the General Council of Economy, Industry, Energy and Technology within the French Ministry for the Economy and Finance. During this period, she also was Deputy Director of École des mines de Paris.

Since then, she has continued her duties on the French General Council for the Economy, Industry, Energy and Technology at the French Ministry for the Economy and Finance and was Chairwoman of the Regulation and Resources Department from 2017 until the end of 2021.

She has been a member of the Board of Directors of the Company since July 27, 2017.

**OTHER OFFICES HELD**
- Director of IFP Energies Nouvelles EPIC (since 2013).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Director of AREVA SA (expired in 2021);
- Member of the Supervisory Board of RTE (expired 04/01/2017).

---



### THE FRENCH STATE, REPRESENTED BY BRUNO VINCENT
DIRECTOR

**AGE:** 39
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:** 07/27/2017
**DATE OF APPOINTMENT:** 07/27/2017
**RENEWAL DATE:** n/a
**END DATE OF THE MANDATE:** 2022 GM
**YEARS PRESENT:** 4.5 years
**ATTENDANCE AT BOARD MEETINGS:** 100%

Born on March 6, 1982, a French national, Bruno VINCENT is a graduate of École polytechnique and École nationale des ponts et chaussées.

Between 2005 and 2008, he worked at the French Embassy in the United States and later at the World Bank in Washington D.C., where he was initially a Research Assistant before becoming Consultant for the Economic Policy and Debt Department.

After heading the administrative supervision of the French Development Agency at the French Treasury from 2008 to 2010, Bruno VINCENT joined the French State Shareholding Agency (Agence des participations de l'État – APE) in 2010 as a *Chargé d'Affaires* overseeing the RATP and the ports sector.

In 2012, he worked at the Treasury Department, where he was involved in negotiating the arrangements for an instrument to recapitalize Eurozone banks.

In 2013, he was appointed Deputy Head of Equity Investments for the Services & Finance sector at the French State Shareholding Agency (APE).

In 2014, he was appointed Deputy Head of Equity Investments for the transport sector at APE. In this role, he was responsible for managing a portfolio of companies in the transport sector (SNCF, RATP, Air France KLM, ADP, regional airports, ports, SNCM). He was also project manager for the privatization of the Nice and Lyon airport companies.

Since 2017, he has been Head of Equity Investments for the energy sector at APE.

He has represented the French State on the Board of Directors of the Company since July 27, 2017.

**OTHER OFFICES HELD**
- Director of AREVA SA (representing the French State since 06/27/2017);
- Director of ERAMET SA (listed) (representing the French State since 06/27/2017).

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
- Director of Grand Port de Marseille (expired in 2017);
- Director of SNCF Réseau EPIC (expired in 2017);
- Director of Aéroports de Lyon (expired in 2017).

## Directors who left office in 2021



### ALEXIA DRAVET
**DIRECTOR REPRESENTING EMPLOYEES UNTIL MARCH 15, 2021**

**AGE:** 34
**NATIONALITY:** French
**DATE OF ENTRY TO THE BOARD:**
07/27/2017
**RENEWAL DATE:** n/a
**END DATE
OF THE MANDATE:** 03/15/2021
**YEARS PRESENT:** 3.5 years

Born on April 13, 1987 in Amiens (France), a French national, Alexia DRAVET has a Master's degree in Science, Technology, and Health (with a specialization in Quality, Safety, Environment, and Industrial Risks) from the Université de droit et de science politique de Montpellier (School of Law and Political Science at the University of Montpellier).

She joined the AREVA Group (later Orano) in 2008 and worked as a Safety, Environment, Security Engineer and Quality Manager in a variety of areas (FBFC in Romans-sur-Isère and all facilities on the Tricastin site).

Currently in charge of chemical product management (Environment, REACH, SEVESO, *etc.*) within the Safety, Health, Security and Environment Department at the Tricastin site, Alexia DRAVET was appointed by her labor union as a Director representing employees.

She was a member of the Board of Directors of the Company from July 27, 2017 to March 15, 2021.

**OTHER OFFICES HELD**
● None.

**OFFICES EXPIRED DURING THE PAST FIVE YEARS**
● Director representing employees of AREVA NC (expired 05/24/2017).

To the best of the Company's knowledge, no Director of the Company has been convicted, in the last five years, of fraud, bankruptcy, receivership, liquidation or a placement under judicial administration, or has been prohibited by a court from exercising the function of member of an administrative, supervisory or management body of an issuer or from intervening in the management or conduct of the business of an issuer.

### 5.1.1.3   Other members of the Board of Directors

#### Economic and Financial Controller General

Vincent BERJOT, appointed Head of the Control Mission of the General Economic and Financial Control Department by a decision dated September 20, 2018 of the Ministry for the Economy and Finance, is responsible for the Company's general economic and financial control, in accordance with Decree No. 83-1116 of December 21, 1983, as amended.

#### Government Commissioner

Laurent MICHEL, Director General for Energy and Climate (DGEC) by a decree dated December 19, 2012, holds the position of Government Commissioner for the Company, in application of Decree No. 83-1116 of December 21, 1983 as amended. To this end, he attends the meetings of the Board of Directors and of its specialized committees.

Pursuant to Article 3 of Decree No. 83-1116 of December 21, 1983 as amended and relative to the Company, the deliberations of the Board of Directors become fully enforceable unless the Government Commissioner or other authority responsible for economic and financial control opposes them within five days of either the meeting of the Board of Directors, if they were present thereat, or following receipt of the minutes of the meeting.

This opposition, of which the Minister of the Economy and the Minister of Energy must be immediately informed by the party presenting the opposition, ceases to have effect if, within fifteen days, it has not been upheld by one of these Ministers.

#### Non-voting board member

Article 14.6 of the Company's Articles of Association stipulates that the Board of Directors may appoint one or more non-voting board members to assist it in the performance of its duties.

On the recommendation of the Compensation and Nominating Committee, the Board of Directors' meeting of October 29, 2019, decided not to renew this position at the end of the term of office of its last non-voting board member on May 23, 2019.

#### Secretary of the Board

Christelle LE CALVEZ has served as Secretary of the Board of Directors since February 25, 2021.

**5**

## 5.1.1.4 Independence of the members of the Board of Directors

The Afep-Medef Code (Article 9.3) recommends that in controlled companies, within the meaning of Article L. 233-3 of the French Commercial Code, at least one-third of all Board members should be independent and specifies that those directors representing employees not be counted in establishing this proportion.

As of the date of this report, the Board of Directors has four independent directors. The proportion of at least one-third independent members recommended by the Afep-Medef Code is thus met, it being noted that the directors representing employees are not counted in establishing this proportion.

Based on a recommendation made by the Compensation and Nominating Committee on February 17, 2022, the Board of Directors, at its meeting of February 24, 2022, considered the

following Board members to be independent as per the criteria of the Afep-Medef Code:

- Claude IMAUVEN;
- Anne-Sophie LE LAY;
- Patrick PELATA; and
- Marie-Hélène SARTORIUS.

The Board of Directors examined the business relationships that may exist between the Company and the companies in which these directors hold terms of office. The Board of Directors noted that none of the independent members have a significant business relationship with the Company. The primary basis for this assessment is the insignificant share of revenue generated by existing business relationships, if any, compared to the respective revenue of the Company and the companies in which the members concerned hold a position.

The table below shows the situation of each Director with regard to the independence criteria set out in Article 9.5. of the Afep-Medef Code.

**INDEPENDENCE CRITERIA**

| | |
|---|---|
| **Criterion 1** | Not to be and not to have been within the previous five years:<br>• an employee or executive corporate officer of the Company;<br>• an employee, executive corporate officer or Director of a company consolidated within the Company; or<br>• an employee, executive corporate officer or Director of the Company's parent company or a company consolidated within this parent company. |
| **Criterion 2** | Not to be an executive corporate officer of a company in which the Company holds a directorship, directly or indirectly, or in which an employee appointed as such or an executive corporate officer of the Company (currently in office or having held such office within the last five years) holds a directorship. |
| **Criterion 3** | Not to be a customer, supplier, commercial banker, investment banker or consultant:<br>• that is significant to the Company or its group; or<br>• for which the Company or its group represents a significant portion of its activities. |
| **Criterion 4** | Not to be related by close family ties to a corporate officer. |
| **Criterion 5** | Not to have been a Statutory Auditor of the Company within the previous five years. |
| **Criterion 6** | Not to have been a director of the Company for more than 12 years. Loss of the status as independent director occurs on the date that this 12-year limit is reached. |
| **Criterion 7** | A non-executive corporate officer cannot be considered independent if he or she receives variable compensation in cash or in the form of shares or any compensation linked to the performance of the Company or the group. |
| **Criterion 8** [1] | Directors representing major shareholders of the Company or its parent company may be considered independent, provided these shareholders do not take part in the control of the Company. Nevertheless, beyond a 10% threshold in capital or voting rights, the Board, upon a report from the Compensation and Nominating Committee, must systematically review the qualification of a Director as independent in light of the Company's capital structure and the existence of a potential conflict of interest. |

(1) For the purposes of this analysis, and considering the structure of the Company's shareholding, directors representing, or appointed on the proposal of, the French State are not deemed to meet this criterion.

**SUMMARY TABLE** [1]

| | Criterion 1 | Criterion 2 | Criterion 3 | Criterion 4 | Criterion 5 | Criterion 6 | Criterion 7 | Criterion 8 | Independent/<br>Not independent |
|---|---|---|---|---|---|---|---|---|---|
| Claude IMAUVEN | √ | √ | √ | √ | √ | √ | √ | √ | **Independent** |
| Philippe KNOCHE | x | x | √ | √ | √ | √ | √ | √ | **Not independent** |
| French State (Bruno VINCENT) | √ | √ | √ | √ | √ | √ | √ | x | **Not independent** |
| Bernard BASTIDE | x | √ | √ | √ | √ | √ | √ | √ | **Not independent** |
| Philippe BRAIDY | x | √ | √ | √ | √ | √ | √ | x | **Not independent** |
| François DELATTRE | √ | √ | √ | √ | √ | √ | √ | x | **Not independent** |
| Luc GERVAUD | x | √ | √ | √ | √ | √ | √ | √ | **Not independent** |
| François JACQ | √ | √ | x | √ | √ | √ | √ | x | **Not independent** |
| Anne-Sophie LE LAY | √ | √ | √ | √ | √ | √ | √ | √ | **Independent** |
| Patrick PELATA | √ | √ | √ | √ | √ | √ | √ | √ | **Independent** |
| Marie-Hélène SARTORIUS | √ | √ | √ | √ | √ | √ | √ | √ | **Independent** |
| Cécile SELLIER | √ | √ | √ | √ | √ | √ | √ | x | **Not independent** |
| Marie-Solange TISSIER | √ | √ | √ | √ | √ | √ | √ | x | **Not independent** |

(1) In this table, √ means that an independence criterion is met, and X means that an independence criterion is not met.

### Selection process for independent directors

The search for and selection of independent directors is supervised by the Compensation and Nominating Committee, which may call upon an external consultant. The Committee prepares a candidate profile in advance, in accordance with to the Company's needs, particularly in terms of skills and diversity. Interviews are conducted with identified candidates to ensure their independence, availability, ability and motivation. The candidate selected by the Compensation and Nominating Committee is then recommended to the Board of Directors, which, where applicable, co-opts and/or proposes it to the General Meeting under the conditions provided by law.

### 5.1.1.5   Diversity policy of the Board of Directors

Due to its limited number of employees, the Company is not subject to the provisions of Article L. 225-18-1 of the French Commercial Code on balanced gender representation on Boards of Directors and Supervisory Boards.

However, and as provided under Article L. 225-17 of the French Commercial Code and Article 6.2 of the Afep-Medef Code, the Board of Directors periodically reviews its composition and that of its committees, notably in terms of gender representation, nationalities, age, qualifications, and professional experience.

After reviewing the composition of the Board and, on the recommendation of the Compensation and Nominating Committee on December 10, 2021, the Board of Directors renewed its diversity policy on December 16, 2021. This policy was established with due consideration to the group's shareholding structure, and the strategy and environment in which it operates.

It is reminded that the Board's composition was established in partnership with its shareholders during the review of its Articles of Association in July 2017. When its members are reappointed, the Board of Directors strives to ensure a balanced gender representation, the presence of independent members and employee representation, all the while reflecting its shareholding structure.

**5**

**5**　CORPORATE GOVERNANCE AND GENERAL INFORMATION
Administration and management of the Company

The current expertise on the Board of Directors is described in the following table:

| Expertise | Description | Number of directors concerned |
|---|---|---|
| Business line knowledge | Knowledge of the Orano group and its employees, knowledge of industry business lines, and of the energy and nuclear sector in particular. | 12 |
| Finance and risks | Expertise in finance and risk management, knowledge of the financial markets, in-depth understanding of financial reporting processes, corporate finance, and financial communication. | 9 |
| International | In-depth knowledge of the international environment, experience abroad. | 9 |
| Strategy and CSR | Experience in defining the strategy and overall vision of major groups, including social, societal, and environmental aspects (including climate). | 10 |
| Executive Management and Governance | Experience as a manager or director of a large company. | 11 |
| Major project management | Experience in managing large-scale projects requiring cross-functional skills. | 10 |
| Other | The six skills listed above are the main skills that the Board considers essential, to varying and multiple degrees among its members. Nonetheless, the Board endeavors to combine other skills as well which are more specific but no less critical to the group's good governance, including communications, crisis management, social dialogue, legal, cybersecurity, digital transformation, and R&D and innovation. | 10 |

The Board also ensures the diversity and complementarity of the skills and expertise present within it. With this in mind, the Compensation and Nominating Committee meeting of December 10, 2021 considered the following areas of expertise essential to the proper functioning of the Board: knowledge of industry and of nuclear in particular, management of major projects, strategy, including its CSR (including climate), governance and management aspects, financial expertise and risk management. Considering the importance of the group's international activities, the Board also places special emphasis on having directors with an international background or significant international experience. In all instances, the Board expects a high level of commitment and ethics from each of its directors. In 2021, the directors carried out a self-assessment of their respective skills based on a new format.

Ats of December 31, 2021, the percentage of women on the Board of Directors was 36%, excluding the directors representing employees, and remained stable compared to the previous year. At its meeting of October 16, 2021, the Board of Directors reasserted its intention to increase the presence of women and people with international backgrounds within it in the future.

### 5.1.1.6 Group diversity policy – Gender diversity results in the group's governing bodies and in the top 10% of positions with higher responsibility

At the highest level, the Board of Directors and the Compensation and Nominating Committee promote respect and the development of people to ensure that Orano is a benchmark and inclusive employer and promotes diversity.

Pursuant to Article L. 225-37-1 of the French Commercial Code, the Board of Directors discusses its equal opportunity and equal pay policy and its gender diversity policy annually.

At its meeting of October 27, 2021, following the recommendation of the Compensation and Nominating Committee meeting of October 7, 2021, the Board of Directors resolved that the implementation of the group's diversity policy at all group entities, as well as in all Human Resources processes, was satisfactory overall.

In accordance with the provisions of Article L. 22-10-10, 2° of the French Commercial Code and Article 7.1 of the Afep-Medef Code, this Board of Directors also confirmed, on the recommendation of the Compensation and Nominating Committee meeting of October 7, 2021, the gender balance policy within the group's governing bodies and more specifically at the level of the group Executive Committee (COMEX), the management committees of its various Business Units and functional departments, as well as the Boards of Directors of its subsidiaries.

The Board of Directors' meeting of October 27, 2021 also examined the way in which the Company seeks balanced representation of women and men in the 10% of positions with greatest responsibility in the group. Concerning the group, the scope of the members of the Executive Committee and the management committees represents the panel of managers with responsibility that best reflects the Company's human potential, and reports on the state of gender diversity covering 10% of this population. in the France scope, 30.3% were women in 2021, compared to 26.6% in 2020.

**At Executive Committee level**: the first female Executive Committee member was appointed in 2019. The increase in the number of women in this Executive Management body continued in 2020 with the appointment of two more women. The rate of women was 25% at the end of 2021. The objective is to increase this rate of women and exceed 30% by March 1, 2026, in line with law no. 2021-1774 of December 24, 2021 aimed at accelerating economic and professional equality (known as the "Rixain law").

In addition, in the coming years, the group aims to appoint a woman to head up one of the business units.

**At management committee level**: the percentage of women on the group's management committees in France was 30.3% in 2021 (compared to 26.6% in 2020 and 25% in 2019). The objective is initially to reach 30% of women on management committees by 2022 and to exceed it by 2024.

In accordance with the new Article L. 1142-11 of the French Labor Code, each year Orano publishes any differences between the representation of women and men among senior executives within the meaning of Article L. 3111-2 of the same code, on the one hand, and the members of the governing bodies as defined in Article L. 23-12-1 of the French Commercial Code, on the other.

To achieve its gender diversity objectives, in 2017 the group launched a career development program for certain employees identified as having potential ("Confirmed Women Talents"). This program has been continued since then for the benefit of women deemed "Potential executives" and "Confirmed talents". Since the launch of the initiative, nearly 250 women have benefited from this program: 73 Starter talents attended 7 sessions, 130 Women talents attended 14 sessions and 39 Potential executives attended 5 sessions. This program is also accompanied by an internal mentoring process with around 60 women being mentored by CODIR members who have accepted this role.

**At the level of the Boards of Directors of its subsidiaries:** in accordance with the provisions of Article L. 225-18-1 of the French Commercial Code, the proportion of directors of each gender may not be less than 40% in companies with more than 250 employees and net revenue or a statement of financial position total of at least 50 million euros. Since 2017, the Boards of Directors of the group's subsidiaries covered by these provisions have had a percentage of women in excess of 40%. Thus, at the end of 2021, the percentage of women on the Boards of Directors of the group covered by this legal provision was 50% for Orano Mining and Orano DS.

**In addition to the management bodies**, the group is pursuing its efforts to guarantee equal treatment for women and men, throughout their careers, and thus empower more women to hold senior positions all along the management line. This implementation is structured around five major axes: more women in recruitment pools and work-study programs, recruitment, career development, the compensation policy and governance bodies. For more details on the diversity policy, see Chapter 4, Section 4.3.4.

### 5.1.1.7   Term of office of directors and staggered renewal of the Board

Article 14.2 of the Company's Articles of Association provides that the term of office of the members of the Board of Directors is four years. To ensure better continuity in the work of the Board and its Committees, and in accordance with the provisions of the Afep-Medef Code (Article 14.2) which recommends the staggered renewal of the terms of office of directors, in 2020 the Board of Directors introduced the renewal of some of its members every two years (excluding directors representing employees, representatives of the French State and the Chief Executive Officer).

To date, the terms of office of the Board are due to expire partly at the close of the General Meeting called to approve the financial statements for the financial year ended December 31, 2021 and partly at the close of the General Meeting called to approve the financial statements for the financial year ending December 31, 2023.

Pursuant to Article 14 of the Company's Articles of Association and the legal provisions and regulations in effect, the terms of office of the members of the Board of Directors representing employees will end either (i) upon expiry of their four-year terms of office, due at the close of the Ordinary General Meeting convened to rule upon the financial statements for the financial year ended and held during the year of expiry of said terms of office, or (ii) in the event of termination of the employment contract, or (iii) on the date of their resignation from their mandate, or (iv) on the date of their revocation in accordance with the conditions set out in the Articles of Association and the statutory and regulatory provisions in force on the date of revocation, or (v) in the event of a conflict as described in Article L. 225-30 of the French Commercial Code. Furthermore, if the Company is no longer subject to the obligation set out in Article L. 22-10-7 of the French Commercial Code, the terms of office of the directors representing employees will end, by virtue of this article, at the close of the meeting during which the Board of Directors notes the removal of this obligation.

## 5.1.2   Functioning of the Board of Directors

### 5.1.2.1   Responsibilities of the Board of Directors

The responsibilities of the Board of Directors and the organization of its work are defined by the legislative and regulatory provisions governing limited liability companies, as well as the Company's Articles of Association and in the rules of procedure of the Board of Directors.

The Board of Directors determines the Company's business guidelines and ensures their implementation, in accordance with its corporate interests, taking into consideration the social and environmental challenges of its activity. It also takes into consideration the Company's purpose (see Chapter, Section 4.1.1) defined pursuant to Article 1835 of the French Civil Code. Except for those powers expressly assigned to the General Meeting, and within the limits of the Company's scope of activities, it may consider any issues related to the proper functioning of the Company and, through its resolutions, deals with such matters. As such, it reviews all of the group's major projects. It may perform inspections and checks at any time of the year, as it sees fit, and demand the communication of any documents it may consider as useful for accomplishing its mission. It is to be kept updated by the Audit and Ethics Committee on the Company's financial position, cash-flow situation and commitments. It must also be kept informed in good time of the Company's liquidity position and take, where appropriate, decisions relating to its financing and borrowing.

**5**

At the end of 2020, on the recommendation of the Compensation and Nominating Committee, the Board of Directors resolved to deal with issues relating to the group's CSR within its specialized committees so that each Board Committee, within the scope of its mission, integrates CSR considerations into its work. An overall update on the implementation of the group's CSR roadmap will be placed on the Board of Directors' order of business at least once a year.

In addition, to support it in its reflections on CSR issues (in particular issues related to global warming and the contribution to carbon neutrality) and the way in which these must be taken into account and integrated into its strategy, in 2021 the group set up a Stakeholders' Committee composed of independent external figures from civil society. This committee, whose role is advisory, is not a committee of the Board of Directors (see Chapter 4, Section 4.1.2).

### 5.1.2.2   The Chairman of the Board of Directors

The Chairman represents the Board of Directors and, other than in exceptional circumstances, is the sole person authorized to act and speak on behalf of the Board of Directors.

In coordination with the Company's Executive Management, the Chairman may take part in defining the group's strategic directions and may represent the group in France and abroad in its relations with public officials and the group's partners.

The Chairman organizes and manages the work of the Board of Directors and ensures the smooth functioning of the Company's bodies in compliance with the principles of good governance. He coordinates the work of the Board of Directors with that of the Board's committees.

He ensures that the directors, the Head of the Control Mission, and the Government Commissioner and, where applicable, the non-voting member(s), have, in good time and in a clear and appropriate format, the information they require to carry out their responsibilities.

The Chairman provides liaison between the Board of Directors and the Company's Shareholders, in concert with Executive Management. In accordance with the recommendations of the Afep-Medef Code (Article 4.4), the Chairman of the Board is responsible for the relations between shareholders and the Board of Directors. In this capacity, he chairs the meetings of the Advisory Committee set up by the Shareholders' Agreement (see Section 5.1.3).

The Chairman of the Board of Directors also chairs the Stakeholders' Committee. It reports to the Board on its concerns, expectations and suggestions.

### 5.1.2.3   Conduct of Board of Directors meetings

The meetings of the Board of Directors are chaired by the Chairman, who leads the discussions, or, in his absence, by a member of the Board of Directors designated at the beginning of the meeting by a simple majority of the members present.

Directors who participate in a meeting of the Board of Directors *via* videoconferencing or other methods of telecommunication that allow their identity to be known and assure the effective participation thereof, will be deemed present for the calculation of quorum and majority. In accordance with the Board's rules of procedure, the Secretary of the Board of Directors signs the register in place of these directors.

This procedure may not be used for the closing of the annual financial statements, the consolidated accounts and the preparation of the related reports, unless exceptional circumstances lead to a modification of the law on this point.

Furthermore, the use of videoconferencing or other methods of telecommunication may be excluded by the Chairman of the Board of Directors if one or more topics on the agenda are sensitive in nature.

The group's employees may also be invited based on their contribution to the items on the meeting's agenda. The presence of external third parties must be authorized by the Chairman of the Board of Directors.

The Government Commissioner and the representative of the General Economic and Financial Control Mission to the French Atomic Energy and Alternative Energies Commission also attend the Board of Directors in an advisory capacity.

Pursuant to Article 14 of the Articles of Association, the Board of Directors may also be assisted by one or more observers who may attend meetings in an advisory capacity (see Section 5.1.1.3).

The Statutory Auditors are invited to attend meetings of the Board of Directors held to review the annual and half-year financial statements, and any other meetings at which their presence is deemed appropriate.

### 5.1.2.4   Information and training of directors

The Chairman of the Board ensures that the members of the Board of Directors have the information they need to perform their duties in a clear and appropriate manner.

Directors shall receive, at least five calendar days prior to the meeting, the agenda of the meeting of the Board of Directors and any information to be discussed, except in cases of emergency or exceptional circumstance. They benefit from ongoing information between Board meetings and may, if they wish, meet with the Company's main executives after having previously informed the Chairman of the Board of Directors and the Chief Executive Officer.

The members of the Board of Directors have access to a secure digital platform enabling information to be made available quickly and efficiently.

Each Director may benefit, if he or she deems it necessary, from training on specific issues relating to the Company, its businesses and sectors of activity, as well as on their role as Director. Directors representing employees may also benefit from training adapted to the performance of their duties. Thus, in January 2022, the Board of Directors benefited from a dedicated climate training session.

In addition, in 2021, the integration process was strengthened and now includes:

- an induction guide for new directors;
- a documentary database so that the directors have at all times the documentation they need to understand the group's business, its governance and administrative matters relating to their role within Orano;

- meetings with the Chairman of the Board of Directors, the Secretary of the Board and the main executive officers of the group; and

- on site visits.

Lastly, each year, a strategic in-depth seminar enables the Board of Directors to deepen its understanding of some of the Orano group's strategic topics and discuss them with the members of the Executive Committee.

### 5.1.2.5   Ethics of directors

The Director shall perform his or her duties with independence, integrity, uprightness and professionalism.

The rules of procedure of the Board of Directors of the Company set out directors' duties, which include, without limitation:

- compliance with applicable legislation, the Articles of Association and the Company's corporate interest;

- professionalism and duty of expression;

- strict confidentiality of the work of the Board of Directors and of its committees;

- compliance with rules relating to holding multiple offices;

- prevention of conflicts of interest; and

- compliance with obligations related to the holding of financial instruments issued by the Company and the holding of inside information.

The Company refers to and adheres to the principles set out in the Orano Code of Ethics and Business Conduct and the Orano Stock Market Code of Conduct.

### 5.1.2.6   Rules applicable to conflicts of interest

The rules applicable to the members of the Board of Directors with regard to preventing conflicts of interest are set out under Article 4.6 of the rules of procedure of the Board of Directors, which notably states that:

- the director shall at all times preserve their independence of judgment, decision-making and action;

- the Director will strive to avoid any conflict that may exist between his or her moral and material interests and those of the Company;

- the Director will inform the Board of any conflict of interest in which he or she may be directly or indirectly involved;

- in the event that a situation or risk of conflict of interest should arise, the Director concerned must, upon receipt of the agenda, inform the Chairman of the Board of Directors and, where applicable, the Chairman of the committee concerned, and must abstain from taking part in any discussions or voting on the corresponding resolution;

- the Director, or the permanent representative if the Director is a legal entity, may not participate personally in companies or activities in competition with the group without first informing the Board of Directors and receiving its approval; and

- directors who no longer consider themselves capable of fulfilling their role on the Board of Directors, or in any committee of which they are members, must resign.

The Secretary of the Board, upon delegation of the Chairman of the Board, is responsible for ensuring that these provisions are properly complied with, and that the director concerned does not participate in the discussions and resolutions of the Board, which they record in the minutes.

### 5.1.2.7   Work of the Board in 2021

The Board of Directors has in particular, amongst other work:

- determined the strategic direction of the Company and of the group, after taking advice from the Strategy and Investments Committee;

- reviewed its financial trajectory and its strategic action plan;

- established its budget for 2022;

- examined the group's commercial policies in Mining and Front End of the fuel cycle;

- examined the plan to ensure compliance with the new regulatory framework for end-of-lifecycle obligations following the decree and ministerial order of July 1, 2020 on securing the financing of nuclear expenses;

- considered the balance of its composition, carried out a triennial evaluation of its performance and functioning;

- deliberated on the composition of its specialized committees;

- set the group's governance principles in terms of CSR policy;

- examined the concerns, expectations and suggestions the group's Stakeholders' Committee;

- introduced its guide for new directors; and

- renewed its annual strategic in-depth seminar to enable directors to better reflect on the group's strategic challenges.

In February 2022, the Board of Directors acknowledged that the Orano group has made a commitment since 2020 that the CEO of Orano SA will also be the Chairman (corporate officer) of the subsidiaries Orano Recyclage, Orano Chimie-Enrichment and Orano Démantèlement. This commitment is such as to enable the exercise of responsibilities as a nuclear operator by a person with the necessary powers in terms of strategic prioritization and resource allocation and is designed to be a long-term commitment.

| Number of meetings | Attendance rate |
|---|---|
| 9 | 91% |

The Board of Directors meets as often as the interests of the Company require and at least four times per year. The Board of Directors met nine times in 2021, with a 91% attendance rate. Directors may choose to be represented by another Director at meetings of the Board of Directors. Each Director may represent only one of his or her colleagues during the same meeting of the Board of Directors.

The following table shows the attendance rate of directors and committee members as of December 31, 2021:

| | Board of Directors | Audit and Ethics Committee | Compensation and Nominating Committee | Strategy and Investments Committee | End-of-Lifecycle Obligations Monitoring Committee |
|---|---|---|---|---|---|
| Claude IMAUVEN | 100% | n/a | n/a | 100% | n/a |
| Philippe KNOCHE | 100% | n/a | n/a | n/a | n/a |
| Philippe BRAIDY | 100% | n/a | n/a | n/a | n/a |
| Bernard BASTIDE | 89% | n/a | 100% | 80% | n/a |
| François DELATTRE | 56% | n/a | n/a | 80% | n/a |
| Alexia DRAVET [1] | 100% | 100% | n/a | n/a | 100% |
| Luc GERVAUD [2] | 100% | 83% | n/a | n/a | 100% |
| François JACQ | 78% | n/a | n/a | 80% | n/a |
| Anne-Sophie LE LAY | 78% | 89% | n/a | n/a | n/a |
| Patrick PELATA | 100% | n/a | n/a | n/a | n/a |
| Marie-Hélène SARTORIUS | 100% | 100% | 100% | n/a | 100% |
| Cécile SELLIER [3] | 78% | n/a | n/a | n/a | 75% |
| Marie-Solange TISSIER | 100% | 100% | 100% | n/a | 100% |
| Bruno VINCENT - the French State | 100% | 100% | 100% | 100% | 100% |

*n/a not applicable.*

*(1) Director and member of the AEC and EoLOMC until March 15, 2021.*

*(2) Director since March 16, 2021 and member of the AEC and EoLOMC since May 5, 2021.*

*(3) Member of the EoLOMC since February 25, 2021.*

### 5.1.2.8   Executive session

Lastly, in accordance with its rules of procedure and the recommendations of the Afep-Medef Code, the Board of Directors meets at least once a year in the absence of the Chief Executive Officer in an executive session which is chaired by the Chairman of the Compensation and Nominating Committee. In 2021, this meeting enabled the Directors to discuss the results of the three-year assessment of the Board and the development of skills within the group.

### 5.1.2.9   Board assessment

Pursuant to the recommendations of the Afep-Medef Code, Article 10.2 of the rules of procedure of the Board of Directors provides that, at least once a year, the Board of Directors will dedicate one order of business item to the assessment of its composition, its functioning and its organization, as well as those of its committees, to make sure that important issues are properly addressed and discussed. Furthermore, at least once every three years, it shall carry out or have carried out a formal assessment of its activities. It shall inform the shareholders annually of the assessments performed and, where applicable, the action taken as a result of such assessment.

In the last quarter of 2021, this evaluation was entrusted to an external consultant selected following a call for proposals conducted under the guidance of the Compensation and Nominating Committee. The assessment was carried out through in-depth interviews with each of the directors on the basis of a questionnaire and an interview guide prepared by the consultant, in consultation with the Chairman of the Board and the Chairwoman of the Compensation and Nominating Committee and the Secretary of the Board. The conclusions of this assessment were examined by the Compensation and Nominating Committee and then by the Board of Directors on December 16, 2021.

Based on this formal assessment, the Board concluded that its operation is highly satisfactory. The Board works in a climate of trust and respect, with a high level of transparency. It was noted that the composition of the Board is multidisciplinary. The Board, which is in line with the group's strategy, treats the Company's social and environmental responsibility seriously and has fully integrated the five "Cs". Lastly, the Board's structure and processes are satisfactory. During this assessment, the directors expressed the desire to better understand the corporate culture.

### 5.1.2.10  Committees of the Board of Directors

The Board of Directors may establish Board Committees, whose composition and powers it shall define.

The role of these Committees is to gather and present to the Board of Directors any relevant information and to facilitate the Board's decision-making process. To this effect, it may, where appropriate, make any relevant suggestions to the Board. Committees do not have any powers of their own and carry out their duties under the responsibility of the Board of Directors.

The composition and functioning of the Committees are defined by those statutory and regulatory provisions applicable to limited liability companies, the Company's Articles of Association and the rules of procedure of the Board of Directors.

The Board of Directors has four permanent committees:

- an Audit and Ethics Committee;
- a Strategy and Investments Committee;
- a Compensation and Nominating Committee; and
- an End-of-Lifecycle Obligations Monitoring Committee.

The Chairman of each Committee may ask the Chief Executive Officer and, where applicable, any Deputy Chief Executive Officer(s) to attend Committee meetings. This also applies to the Chairman of the Board of Directors, where he or she is not a member of the Committee in question.

Subject to the approval of the Chairman of the committee, group employees may also be invited to attend Committee meetings, in order to contribute to the meeting's order of business items. The Government Commissioner and the representative of the General Economic and Financial Control Mission to the French Atomic Energy and Alternative Energies Commission may, if they wish, also attend the meetings of the Committees attached to the Board of Directors.

The Committees may seek external technical advice on topics that fall within their remit, subject to approval from the Chairman of the Board of Directors and with the understanding that they will share this information with the Board of Directors. The Committee must verify the skills and independence of the external experts that it calls upon.

The duration of the terms of office of Committee members shall coincide with their terms of office as members of the Board of Directors. These may be renewed at the same time as the latter. As an exception, the Board of Directors may at any time dismiss a member of a Committee or its Chairman.

The Chairman of each Committee is appointed by the Board of Directors upon a proposal from the Compensation and Nominating Committee. In the absence of the Chairman, the other members of the committee shall appoint a chairperson for the meeting.

The Chairman of each Committee shall appoint a secretary. Minutes of the Committee meetings are the responsibility of the Chairman of each Committee, who shall send a copy thereof to the Board of Directors.

The members of the Committee may be convened by any means (mail, fax, email, *etc.*), or even verbally. Other than in the case of an emergency or exceptional circumstances, the relevant documentation shall be sent to the members of the Committee at least five calendar days prior to the date of the meeting.

Committee members cannot appoint their own representatives.

## Audit and Ethics Committee

| Number of meetings | Attendance rate |
|---|---|
| 9 | 95% |

As at the date hereof, the Audit and Ethics Committee has five members:

- Marie-Hélène SARTORIUS (Chairwoman and Independent Director);
- Luc GERVAUD (director representing employees);
- Anne-Sophie LE LAY (Independent Director);
- Marie-Solange TISSIER (Director); and
- Bruno VINCENT (representing the French State, Director).

Luc GERVAUD was appointed member of the Audit and Ethics Committee on May 5, 2021 by the Board of Directors, replacing Alexia DRAVET who resigned from her office as director representing the employees with effect from March 15, 2021.

In accordance with Article L. 823-19 of the French Commercial Code, it is specified that the Chairman of that Committee, Marie-Hélène SARTORIUS, has special expertise in financial, accounting and auditing matters. On the recommendation of the Compensation and Nominating Committee, the independence of Marie-Hélène SARTORIUS was confirmed by the Board of Directors at its meeting of February 25, 2021, for the 2021 financial year and at its meeting of February 24, 2022 for the 2022 financial year.

The Audit and Ethics Committee monitors issues relating to the preparation and control of accounting and financial information, in particular the process of preparing financial and non-financial information, the effectiveness of internal control and risk management systems (including those of a social and environmental nature), the statutory audit of annual and consolidated financial statements by the Statutory Auditors and the consistency of accounting methods, the procedure for the selection of the Statutory Auditors and their independence, the approval of additional services provided by the Statutory Auditors, the independence of the Statutory Auditor, the proper assessment of mining resources and reserves, the monitoring of the execution of major projects and business risk mapping.

To perform its duties, the Committee must work together with the Head of Internal Control and give its opinion on the organization of this department. The Committee shall be sent internal audit reports or a periodic summary of these reports. The Committee shall also work together with the Statutory Auditors and the Financial, Accounting and Treasury Directors.

The Committee examines the list of consolidated companies and, if appropriate, the reasons for which companies are or are not included on it.

The Audit and Ethics Committee shall prepare an annual work agenda to ensure the proper planning of its work. Financial statements must be provided to the committee for review sufficiently in advance (at least three calendar days before their review by the committee). The review of the financial statements by the Audit and Ethics Committee must be accompanied by a presentation from the Statutory Auditors highlighting the key points of the findings of the statutory audit (in particular any audit adjustments and any significant internal control weaknesses identified), and of the accounting options selected. It must also be accompanied by a presentation from the Chief Financial Officer describing the Company's exposure to risks, including those of a social and environmental nature, and the Company's significant off-balance sheet commitments.

The Audit and Ethics Committee must, at least twice per year, address the ethics aspects that concern the Company, in accordance with the following recommendations:

- ensure that the Company and its relations with third parties are compliant with ethics standards and that the group complies with international best practices in relation to ethics; and



**5** CORPORATE GOVERNANCE AND GENERAL INFORMATION

Administration and management of the Company

- examine the standards and procedures put in place by the group both for the Company and its (directly or indirectly controlled) subsidiaries in France and abroad, and in particular those governing the use of economic intelligence studies and the group's Charter of Values and any updates thereto, ensuring the correct distribution and application thereof.

With regard to foreign subsidiaries, the Committee shall take into consideration the legal and regulatory framework of the countries in which they operate.

The Audit and Ethics Committee met nine times during the 2021 financial year, with an average attendance rate of 95%.

It examined matters that specifically fall within its remit, including the half-year and annual financial statements, press releases, the business risk mapping, the review of the conclusions of the Internal Audit Department and Statutory Auditors on internal controls, the review of major customer investment projects, the summary of internal audits, a summary of the work of the Statutory Auditors, and cybersecurity.

It examined the following topics in 2021, amongst others:

- internal audit activities in 2021 and the audit plan for 2022;
- the Orano cybersecurity plan;
- the review of the corruption prevention system;
- the review of the business risk mapping for 2021;
- the ethics report;
- the 2021-2030 financial trajectory;
- ongoing legal proceedings;
- payment terms for "P2P" suppliers;
- the monitoring of the group's ESG indicators, particularly those included in its non-financial performance statement;
- the group's non-financial ratings; and
- review of major projects.

## Strategy and Investments Committee

| Number of meetings | Attendance rate |
|---|---|
| 5 | 88% |

As of the date of this report, the Strategy and Investments Committee had five members:

- Claude IMAUVEN (Chairman and Independent Director);
- Bernard BASTIDE (Director representing employees);
- François DELATTRE (Director);
- François JACQ (Director); and
- Bruno VINCENT (representing the French State, Director).

The Strategic and Investment Committee has been chaired by the Chairman of the Board, Claude IMAUVEN, since May 14, 2020.

The Strategic and Investment Committee is responsible for analyzing the main strategic directions in terms of the group's development, taking into account its CSR policy, and for making any major strategic decisions proposed by the Chief Executive Officer. It examines the implementation of the Company's strategy at its level and at the level of its subsidiaries, taking into account the impacts of climate change.

The Committee is tasked with examining proposed transactions subject to the prior approval of the Board of Directors

The Committee may also meet as a Restricted Committee at the initiative of its Chairman to examine major commercial proposals to be submitted to the Board of Directors for approval. No Restricted Committee meetings were held in 2021.

During the 2021 financial year, the Strategy and Investments Committee met five times, with an average attendance rate of 88%.

In 2021, the Committee examined the following topics, amongst others:

- the signing of contracts for German nuclear waste;
- the 2021 strategic action plan and its worldwide implementation;
- various commercial proposals, particularly in France, Russia and the United States;
- projects to acquire external activities, particularly in the field of nuclear logistics (acquisition of the nuclear activities of Daher and STSI); and
- the group's commercial policies in Mining and Front End of the fuel cycle.

## Compensation and Nominating Committee

| Number of meetings | Attendance rate |
|---|---|
| 5 | 100% |

As of the date of this report, the Compensation and Nominating Committee had four members:

- Marie-Solange TISSIER (Chairwoman);
- Bernard BASTIDE (Director representing employees);
- Marie-Hélène SARTORIUS (Independent Director); and
- Bruno VINCENT (representing the French State, Director).

The Compensation and Nominating Committee carries out assignments in the following areas:

- appointments: recommendations to the Board of Directors of the persons liable to be appointed as corporate officers; overseeing the preparation of the future with regard to the composition of the Company's governing bodies, in particular by establishing a succession plan for executive corporate officers to be able to propose succession solutions to the Board in accordance with unforeseeable vacancies; discussing the status as independent directors of each director at the time of their appointment and reporting these opinions to the Board of Directors;
- compensation: making recommendations and proposals to the Board of Directors concerning the compensation (including the variable compensation of executive corporate officers), the pension and welfare plan, supplementary pension plans, benefits in kind, the various pecuniary rights of the Company's executive corporate officers and in particular, where applicable, severance payments or retirement benefits, and monitoring their application; examining the system for distributing attendance fees among the members of the Board of Directors; examining the compensation policy of the main non-corporate officers;
- human resources: annually reviewing the Company's policy on professional equality and gender balance; being informed of the management policy of senior executives and "key people" and

the development of high potential employees; examining the objectives, terms and conditions as well as the results of the Board of Directors' policy in terms of representation of women and men, nationalities and the diversity of skills within it; and

- governance: preparing the corporate governance rules applicable to the Company and monitoring their implementation; and proposing the procedures for evaluating the functioning of the Board of Directors and its committees and overseeing their implementation.

Where possible, the executive corporate officers will attend the Committee meeting at which the compensation policy for key officers who are not corporate officers is reviewed.

During the 2021 financial year, the Compensation and Nominating Committee met five times with an attendance rate of 100%.

It examined the following topics in particular:

- the CEO compensation policy, ensuring the relevance of ESG criteria in the compensation structure of the officer;
- the group's governance in terms of CSR;
- the induction process for new directors;
- the triennial evaluation of the Board;
- the gender balance policy within the group's management bodies and the Company's policy in terms of equal opportunity, equal pay and gender equality;
- the monitoring of the group's skills development plan; and
- succession plans.

## End-of-Lifecycle Obligations Monitoring Committee

| Number of meetings | Attendance rate |
| --- | --- |
| 6 | 96% |

As of the date of this report, the End-of-Lifecycle Obligations Monitoring Committee had five members:

- Cécile SELLIER (Chairwoman);
- Luc GERVAUD (Director representing employees);
- Marie-Hélène SARTORIUS (Independent Director);
- Marie-Solange TISSIER (Director); and
- Bruno VINCENT (representing the French State, Director).

Cécile SELLIER was appointed member of the End-of-Lifecycle Obligations Monitoring Committee on February 25, 2021 by the Board of Directors. Cécile SELLIER was also appointed Chairwoman of the End-of-Lifecycle Obligations Monitoring Committee on October 27, 2021 in place of Marie-Solange TISSIER, who remains a member of the Committee.

Luc GERVAUD was appointed member of the End-of-Lifecycle Obligations Monitoring Committee by the Board of Directors on May 5, 2021, replacing Alexia DRAVET who resigned from her office as director representing the employees with effect from March 15, 2021.

The role of this Committee is to assist in the monitoring of the portfolio of earmarked assets created by Company subsidiaries to cover their future clean-up and dismantling expenses. This portfolio is monitored in light of the CSR criteria defined in the group's CSR policy. The Committee also ensures the preparation and monitoring of the program for the reuse of the group's buildings and sites following dismantling and clean-up operations.

To this end, the Committee, upon presentation by the Company of relevant documents including a Management Charter, shall assess, in accordance with a multi-year schedule, the future clean-up and dismantling expenses of the group companies concerned, review the terms and conditions for the constitution, functioning and control of funds earmarked to cover said expenses within these companies and the management policy applicable to the corresponding assets. These various points form the basis of opinions and recommendations made by the Committee to the Board of Directors, summarized in an annual document provided thereto with a view to preparing its report to the General Meeting.

The Committee paid particular attention to the new requirements arising from Article D. 594-16 of the French Environmental Code resulting from the codification of Decree No. 2020-830 of July 1, 2020 on securing the financing of nuclear expenses. Thus, the Committee completed its monitoring of Orano's end-of-lifecycle obligations by issuing an opinion to the Board of Directors on Orano's policy on securing the financing of nuclear expenses. The Committee may work together with the financial advice institutions chosen by the companies responsible for the management of the funds, subject to committee approval.

During the 2021 financial year, the End-of-Lifecycle Obligations Monitoring Committee met six times, with an average attendance rate of 96%.

It examined the following topics in particular:

- changes in estimates and end-of-lifecycle liabilities and their financing at the half-year close and end of the 2021 financial year;
- the performance of earmarked assets, the update of the strategic allocation of earmarked assets, the investments made and the coverage ratio of liabilities by earmarked assets throughout the year and at the end of 2021;
- the Orano policy in terms of securing the financing of nuclear expenses;
- EOL financial trajectory for 2021-2030;
- the report on internal control and the update on the assessment of the long-term expenses of regulated nuclear facilities and on the management of financial assets as of December 31, 2020;
- the plan to ensure compliance with the new regulatory framework for EOLs following the decree and ministerial decree of July 1, 2020 on securing the financing of nuclear expenses;
- changes in the organization of end-of-lifecycle operations;
- the follow-up letters received from the administrative authority, and the draft replies from Orano;
- the regular review of the end-of-lifecycle project dashboard;
- the status of the EOL performance plan; and
- the summary of the work of the Statutory Auditors.

**5**

## 5.1.3   Other Committee

### Advisory Committee

In accordance with the provisions of the Shareholders' Agreement, an Advisory Committee was created on July 27, 2017. This Committee, which plays an advisory and consultative role, may submit proposals concerning the group's strategy, particularly in relation to its international development policy.

The Advisory Committee met five times during the 2021 financial year.

In accordance with the recommendations of the Afep-Medef Code (Article 4.4), the Chairman of the Board is responsible for the relations between shareholders and the Board of Directors. At meetings of the Advisory Committee (instituted by the Shareholders' Agreement), the Chairman of the Board regularly holds a special dialogue with the Company's key shareholders and reports on the missions of the Board.

Presentations are made regularly to the Advisory Committee on the following topics, amongst others:

- business highlights;
- on-going strategic and commercial projects;
- the budget;
- the strategic action plan; and
- the annual and half-year results.

## 5.1.4   Executive Management

### 5.1.4.1   Method of exercise of the Executive Management

The separation of the functions of Chairman of the Board and Chief Executive Officer was implemented on July 27, 2017 and reaffirmed by the Board of Directors on May 14, 2020. The aim of this separation of functions is to create a clear distinction between the strategic, decision-making and control duties of the Chairman of the Board of Directors and the operational and executive duties of the Chief Executive Officer. It is also designed to improve the functioning of the Board of Directors through the presence of one person dedicated to chairing the Board and the balanced distribution of powers to limit the isolation of the group leader and to encourage dialogue between peers.

Furthermore, as a member of the Board of Directors, the Chief Executive Officer participates in the determination of the Company's and the group's strategic directions.

On July 27, 2017, at the end of the General Meeting that reshuffled the group's governance, the Board of Directors acknowledged the appointment by decree of Philippe KNOCHE as Chief Executive Officer. His term of office will end at the General Meeting called to approve the financial statements for the financial year ended December 31, 2021.

Following the resignation of Philippe VARIN on May 14, 2020, subsequent to the written consultation of the shareholders, the Board of Directors elected Claude IMAUVEN as Chairman of the Board of Directors. His term of office will end at the General Meeting called to approve the financial statements for the financial year ended December 31, 2021.

### 5.1.4.2   Chief Executive Officer

The Chief Executive Officer is responsible for the Company's Executive Management and represents the Company in its relations with third parties.

The broadest powers are vested in him to act in all circumstances on behalf of the Company, subject to the powers which the law assigns to the Board of Directors and to the General Meeting, as well as the corporate governance rules applicable to the Company.

Under the terms of Article 16-2 of the Company's Articles of Association, the following transactions of the Company and its subsidiaries are subject to the prior approval of the Board of Directors:

**(a)** transactions likely to impact the group's strategy and modify its financial structure or scope of activity;

**(b)** insofar as they relate to an amount of more than 80 million euros:

   **(i)**  issues of securities by direct subsidiaries, of any nature,

   **(ii)** exchanges, with or without monetary consideration, of assets, shares or securities, loans, financial liabilities, credits and advances; acquisitions or disposals, by any means, of any receivables, excluding day-to-day cash transactions,

   **(iii)** settlements, agreements or transactions relating to disputes;

**(c)** insofar as they relate to an amount of more than 20 million euros:

   **(i)**  investment projects relating to the creation of a site or the extension of an existing site,

   **(ii)** acquisitions, extensions or disposals of equity interests in any existing or future companies,

   **(iii)** decisions to set up new, or close down, existing locations in France or abroad,

   **(iv)** acquisitions of buildings.

Exceptionally, and unless the Chairman of the Board of Directors requests otherwise, the transactions referred to under (a), (b) and (c) above are not subject to the prior approval of the Board of Directors when they are carried out between companies of the group.

On December 16, 2021, the Board of Directors delegated its authority to the Chief Executive Officer to issue sureties, endorsements and guarantees.

### 5.1.4.3    Executive Committee

The group's Executive Committee is composed of the directors of each Business Unit and the directors of the main group support functions. It is composed of:

- Philippe KNOCHE (Chief Executive Officer);
- Pascal AUBRET (Recycling);
- Patrick CHAMPALAUNE (Sales & Marketing);
- David CLAVERIE (Finance);
- Frédéric de AGOSTINI (Nuclear Packages & Services);
- Hélène DERRIEN (People & Communications);
- Guillaume DUREAU (Innovation and R&D, Projects);
- Laurence GAZAGNES (Safety, Health, Security, Environment);
- Nicolas MAES (Mining);
- Jacques PEYTHIEU (Chemistry & Enrichment);
- Corinne SPILIOS (Performance);
- Alain VANDERCRUYSSEN (Dismantling & Services).

### 5.1.4.4    Succession plan for executive corporate officers

The succession plan for Orano's executive corporate officers is in line with the provisions of Order No. 2014-948 of August 20, 2014, pertaining to the governance of State-owned companies and transactions on their capital, in particular Article 19, which states that the Chief Executive Officer of Orano is appointed by decree of the French President on the proposal of the Board of Directors, and its Article 21, which sets out the terms and conditions for the appointment by the French State of an interim Chief Executive Officer.

The Compensation and Nominating Committee, in coordination with the Chairman of the Board of Directors, the Chief Executive Officer and the group's Human Resources Department, made sure that the Company had put in place the necessary mechanisms to allow for the immediate replacement, on an acting basis, of the Chief Executive Officer, should the latter suddenly prove incapacitated or unavailable to run the Company's operations. The Compensation Committee has also established a standard profile for the position of Orano Chief Executive Officer so that the Chief Executive Officer can be replaced at the end of his or her term of office and to allow an open search procedure to be undertaken, which could include, where appropriate, candidates from within the Company.

The succession plan is regularly monitored by the Chairman of the Board of Directors, the Chairman of the Compensation and Nominating Committee, the Human Resources Department and the Secretary of the Board. It was reviewed by the Compensation and Nominating Committee on December 10, 2021 and reported to the Board of Directors on December 16, 2021.

**5**

# 5.2 Compensation of corporate officers

To the extent that the Company's shares are not admitted to trading on a regulated market, the Company is not subject to the obligations provided for in Articles L. 22-10-8 *et seq.* of the French Commercial Code which provide, in particular, that the following are subject to the approval of the General Meeting: (i) the compensation policy for corporate officers established by the Board of Directors each year and at the time of each significant change, and (ii) the compensation paid or awarded to the Chairman of the Board and the Chief Executive Officer in respect of the year ended.

For reasons of transparency and good governance, Orano has decided to voluntarily continue this *ex ante* and *ex post* approval procedure.

Thus, the General Meeting of Orano of May 27, 2021 approved the compensation policy for corporate officers (Chairman of the Board, Chief Executive Officer and directors) as well as the elements paid or awarded to the successive Chairmen of the Board and the Chief Executive Officer in respect of financial year 2020. The resolutions concerning these votes were adopted unanimously.

All these elements will also be submitted for approval to the General Meeting scheduled to be held on April 28, 2022.

This Section 5.2 includes the compensation policy for the Company's corporate officers (5.2.1) and its application for the 2021 financial year (5.2.2 – *Compensation of corporate officers for financial year 2021*).

## 5.2.1 Compensation policy for corporate officers of the Company

### 5.2.1.1 General principles of the compensation policy for corporate officers

#### Framework

The general principles of the compensation policy for the Company's corporate officers were laid down by the General Meeting of the Company on July 27, 2017, and rolled out by the Company's Board of Directors that same day, upon the recommendation of the Compensation and Nominating Committee.

This policy is established in accordance with Article 3 of Decree No. 53-707 of August 9, 1953, pertaining to French State control over national public companies and certain organizations with an economic or social purpose, as amended by Decree No. 2012-915

of July 26, 2012, subjecting to ministerial authorization the amount of compensation paid out to corporate officers and capping executive compensation at 450,000 euros gross (the Cap) [1].

The group's compensation policy and the manner in which it is implemented by the Board is reviewed each year by the Compensation and Nominating Committee, which verifies that such policy complies with, and remains, in the corporate interest of the Company and its employees and contributes to the sustainability, the business strategy and to the long-term performance of the Company. If necessary, the Compensation and Nominating Committee may submit recommendations to the Board, for approval, where appropriate, by the General Meeting.

No element of compensation of any nature whatsoever may be determined, allocated, or paid by the Company if it does not comply with this policy. However, in exceptional circumstances, the Board of Directors may depart from this policy on a temporary basis, provided such derogation is in the Company's interest, and necessary for guaranteeing the continuity or viability of the Company. In addition, the performance of *ad hoc* assignments by a corporate officer may result in the payment of special compensation, which shall then be subject to the legal regime applicable to regulated agreements.

Pursuant to the Company's current governance structure, corporate officers of the Company include all members of the Company's Board of Directors. The corporate officers include:

- the Chairman of the Board of Directors (non-executive officer); and
- the Chief Executive Officer (executive corporate officer).

#### Payment of compensation applicable to corporate officers

Corporate officers may notify the Company of their wish to forgo the compensation that may be allocated to them as a member of the Company's Board of Directors.

Furthermore, the compensation paid to the representative of the French State and/or to members of the Board nominated pursuant to a proposal by the French State and having the status of public officials shall be paid directly to the French State, as provided under Articles 5 and 6 of Order No. 2014-948 of August 20, 2014.

Similarly, directors representing employees may request that the compensation allocated to them be paid to their respective labor unions.

Lastly, the amount of the effective compensation of the executive corporate officers arising from the implementation of these principles and criteria will be submitted to the shareholders for prior approval at the meeting approving the financial statements for the past financial year.

---

(1) *This concerns the compensation or payments awarded to directors, as well as the components of compensation paid to executive corporate officers for their activity. Benefits of any kind related to activities, as well as the compensation components, indemnities or benefits payable or liable to be payable to executive corporate officers upon the cessation of their activities or upon a change in their positions, or thereafter, are not taken into account in the calculation of this Cap but remain subject to ministerial authorization.*

## 5.2.1.2   Director compensation policy

### Total amount of compensation allocated to directors

The General Meeting on July 27, 2017 decided to set at 600,000 euros the annual budget for attendance fees and thus for the overall compensation allocated to members of the Board of Directors for each financial year. This decision stands until a new decision is adopted by the General Meeting.

This decision was approved on September 7, 2017 by the Minister of the Economy and Finance in accordance with Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the French State's control of domestic public-sector companies and certain organizations with an economic or social purpose.

### Criteria for the distribution and allocation of directors' compensation components

At its meeting on July 27, 2017, based on a recommendation from the Compensation and Nominating Committee, the Board of Directors decided to set the compensation allocated to the Company's directors in accordance with the terms presented below.

In order to recognize directors' participation to the work of the Board, and thus their contribution to the successful implementation of the Company's business strategy and continuity, this compensation includes a fixed and a variable part, this latter being indexed to the actual presence of each director at meetings of the Board and of its committees. The allocation between the fixed and the variable part of this compensation was set such that the variable part is dominant overall, especially for those directors who are members of Board committees.

**(i)** For meetings of the Board of Directors:

  **a)** a flat annual fee intended to reflect the responsibility attached to the appointment, which fee may be withheld in the event of repeated absences. This fee is 10,000 euros per financial year.

    In the event of departure or appointment of a new Director during the financial year, this fee is prorated,

  **b)** an amount of 1,500 euros per meeting;

**(ii)** For meetings of the Committees of the Board (including the Restricted Committee and non-permanent Committees):

  **a)** an amount of 3,000 euros per meeting for the Chairman of the Audit and Ethics Committee,

  **b)** an amount of 2,500 euros per meeting for each Committee Chairman (including the Restricted Committee and non-permanent committees),

  **c)** an amount of 1,500 euros per meeting for each committee member, other than the Committee Chairman (including the Restricted Committee and non-permanent Committees).

With regard to members residing outside of France, the amounts indicated in points (i) b and (ii) are doubled when they attend meetings physically.

Payment will be made within 45 days of the end of the financial year.

Directors attending a meeting of the Board of Directors or of a committee *via* teleconferencing or videoconferencing shall receive a fee equivalent to half of the fee paid to a Director resident in France and physically attending the meeting.

As an exception, if the Board of Directors meets on the same date as the General Meeting, before and after said Meeting, a single attendance fee will be paid in respect of the two sessions.

Moreover, each director is entitled to reimbursement, on presentation of receipts, of reasonable travel expenses incurred in carrying out his or her duties.

**5**



### 5.2.1.3 Compensation policy for executive corporate officers

#### Chairman of the Board of Directors

**A - Fixed compensation**

The Chairman of the Board of Directors receives annual fixed compensation within the limit of the Cap, excluding any other compensation except for such compensation as he/she may receive as a member of the Board of Directors.

The amount of this fixed component is determined on the basis of personal criteria (including work history, experience, length of service and responsibilities), industry-specific criteria, and criteria related to the general economic environment and the Company's public shareholding position.

The Chairman of the Board of Directors is entitled to a fixed annual component of 120,000 euros gross as from his or her election by the Board of Directors, for the duration of his or her term of office.

This decision was approved in principle for the entire term of office of the Chairman of the Board of Directors by the Minister of the Economy and Finance on June 8, 2020, in accordance with Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the French State's control of domestic public-sector companies and certain organizations with an economic or social purpose.

**B - Compensation allocated to the Chairman as a Director**

Pursuant to the decision of the General Meeting of July 27, 2017, approved on September 7, 2017 by the French Minister for the Economy and Finance, in accordance with Article 3 of Decree No. 53-707 of August 9, 1953, as amended, the Chairman may receive compensation for his/her directorship, within the limit of the Cap.

The Board of Directors considers that the annual fixed component constitutes the sole compensation for his or her office. Consequently, in order to avoid any cumulative compensation, the Chairman of the Board is asked to waive any compensation he or she may receive as a director pursuant to this policy.

**C - Other**

The Chairman of the Board of Directors does not receive any other compensation or benefit within the meaning of the Afep-Medef Code.

#### Chief Executive Officer

**A - Fixed compensation**

The Chief Executive Officer receives fixed annual compensation within the limit of the Cap.

The amount of this fixed component is determined on the basis of personal criteria (including work history, experience, length of service and responsibilities), industry-specific criteria, and criteria related to the general economic environment and the Company's public shareholding position.

The Chief Executive Officer, benefits from fixed annual compensation of 420,000 euros gross as from the decision of the Board of Directors' meeting on July 27, 2017, and for the remainder of his term of office.

This decision was approved in principle for the entire term of office of the Chief Executive Officer on September 7, 2017 by the Minister of the Economy and Finance in accordance with Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the French State's control of domestic public-sector companies and certain organizations with an economic or social purpose.

**B - Variable compensation**

In order to adjust the Chief Executive Officer's compensation to the environment, strategy and performance of the Company, and thereby contribute to the good implementation of the Company's commercial strategy and to the continuity of its operations, an annual variable component linked to performance may be paid to the Chief Executive Officer in addition to the fixed compensation, within the limits of the Cap.

In light of the Cap imposed by decree, this annual variable compensation shall remain limited and is capped at 30,000 euros gross. It is paid based on the achievement of quantitative and qualitative targets approved for each financial year by the Board of Directors.

Each year, the Board of Directors defines the distribution and allocation criteria of these targets. Those criteria must be precise and established beforehand. In accordance with the recommendations of the Afep-Medef Code, quantitative targets are predominant.

This variable compensation is paid in cash, once a year.

This decision was approved in principle for the entire term of office of the Chief Executive Officer on September 7, 2017 by the Minister of the Economy and Finance in accordance with Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the French State's control of domestic public-sector companies and certain organizations with an economic or social purpose.

On the recommendation of the Compensation and Nominating Committee, the Board of Directors of December 16, 2021 approved the quantitative and qualitative criteria for setting the annual variable compensation of the Chief Executive Officer for financial year 2022 and, where applicable, the severance payments for Philippe KNOCHE. Accordingly, the quantitative objectives (representing a maximum of 70% of the variable compensation) include safety and security, net cash flow, operating income and production and sales results. The qualitative objectives (representing a maximum of 30% of the variable component) include objectives related to the deployment of the CSR approach, the climate and the business ethics, the development of new activities and the development of skills within the group.

**C - Exceptional compensation**

In the interest of the group and stakeholders, the Afep-Medef Code provides for the possibility of paying exceptional compensation to executive corporate officers in very specific circumstances.

By way of exception, the Chief Executive Officer may receive exceptional and specific compensation in 2022 in the event of a significant development of the Orano group's activities that is not already taken into account in his annual objectives.

This compensation may not exceed 10,000 euros gross and will be paid within the limit of the Cap.

In accordance with the recommendations of the Afep-Medef Code, the payment of this compensation must be justified and the occurrence of the event that led to its payment explained.

### D - Compensation allocated to the Chief Executive Officer as a Director

Pursuant to the decision of the General Meeting of July 27, 2017, approved on September 7, 2017 by the French Minister for the Economy and Finance, in accordance with Article 3 of Decree No. 53-707 of August 9, 1953, as amended, the Chief Executive Officer may receive compensation for his/her directorship, within the limit of the Cap.

The Board of Directors considers that the annual fixed component and the annual variable component linked to performance may constitute the sole compensation for the office. Consequently, in order to avoid any cumulative compensation, the Chief Executive Officer is asked to waive any compensation that he may receive as a Director pursuant to this policy.

### E - Benefits in kind

The Chief Executive Officer may receive a non-cash benefit in the form of a company vehicle. This non-cash benefit is not part of the capped compensation.

The Chief Executive Officer receives an annual benefit in the form of a company vehicle.

### F - Long-term compensation: allocation of free shares and allocation of share subscription or purchase options

Performance shares or share subscription or purchase options cannot be awarded to executive corporate officers.

### G - Severance payments

The Chief Executive Officer may be granted a severance payment capped at twice the total amount of his annual compensation on the date of cessation of his duties.

The Chief Executive Officer shall not be eligible for any severance payment if he (i) intends to claim his pension rights shortly after the ending of his term of office for whatever reason, even dismissal, or (ii) comes to hold another position within the group.

The above-mentioned severance payment shall only be paid in the event of dismissal of the Chief Executive Officer, except for just cause.

The severance payment shall be subject to performance conditions, in accordance with the following criteria:

- if the rate of fulfillment of the quantitative and qualitative objectives set for the last two full financial years averages out to at least 60%, the severance payment shall automatically be paid;
- if the rate of fulfillment of the quantitative and qualitative objectives set for the last two full financial years averages out to less than 60%, the Board of Directors shall appraise the performance of the person in question in view of the circumstances that affected the operation of the Company during the financial year ended.

The performance objectives shall be set every year by the Board of Directors.

This decision was approved in principle on September 7, 2017 by the Minister of the Economy and Finance in accordance with Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the French State's control of domestic public-sector companies and certain organizations with an economic or social purpose.

Moreover, during the term of office, the Board of Directors may decide to grant the Chief Executive Officer compensation in return for a non-competition clause. The amount of this compensation shall be deducted from the amount of any severance payment that may be granted to the Chief Executive Officer under the above terms and conditions. In the absence of any severance payment, the amount of the non-competition compensation shall be set by the Board of Directors in accordance with usual practices. The Chief Executive Officer cannot sign a non-competition agreement at the time of departure from the Company.

The Chief Executive Officer does not benefit from a non-competition compensation.

Such payments are not part of the capped compensation.

### H - Other

The Chief Executive Officer also benefits from:

- unemployment insurance as provided by the Medef scheme (Garantie sociale des chefs et dirigeants d'entreprise – GSC), for which he pays part of the contributions;
- the supplemental retirement scheme applicable to the management personnel of the Company.

He receives no multi-year or deferred compensation and is awarded no stock options or performance stock.

**5**

**5** CORPORATE GOVERNANCE AND GENERAL INFORMATION
Compensation of corporate officers

## 5.2.2 Compensation of corporate officers for financial year 2021

### 5.2.2.1 Compensation allocated to the members of the Board of Directors for financial year 2021

**SUMMARY TABLE OF COMPENSATION ALLOCATED TO DIRECTORS**

| Members of the Board of Directors | 2020 financial year *<br>in euros | 2021 financial year *<br>in euros |
|---|---|---|
| Claude IMAUVEN [1] | 20,250 | n/a |
| Philippe BRAIDY [1] | n/a | n/a |
| François DELATTRE [2] | 25,750 | 21,250 |
| François JACQ [1] | n/a | n/a |
| Philippe KNOCHE [1] | n/a | n/a |
| Anne-Sophie LE LAY | 12,500 | 30,250 |
| François MESTRE [2] | 6,500 | n/a |
| Patrick PELATA | 17,500 | 22,750 |
| Marie-Hélène SARTORIUS | 54,250 | 61,000 |
| Cécile SELLIER [2] [3] | 12,250 | 25,000 |
| Marie-Solange TISSIER [2] [3] | 46,500 | 58,500 |
| The French State represented by Bruno VINCENT [2] | 52,750 | 47,500 |
| Bernard BASTIDE (since April 30, 2020) [4] [5] | 24,667 | 31,750 |
| Catherine DEIANA (until April 29, 2020) [4] [5] | 10,083 | n/a |
| Alexia DRAVET (until March 15, 2021) [4] [6] | 30,250 | 8,750 |
| Luc GERVAUD (since March 16, 2021) [4] [6] | n/a | 28,250 |
| **TOTAL** | **313,500** | **335,000** |

(1) Philippe KNOCHE, François JACQ, and Philippe BRAIDY have not received any compensation for their respective offices on the Board of Directors for financial years 2020 and 2021. Since May 14, 2020, Claude IMAUVEN, Chairman of the Board, no longer receives compensation for his office as director.

(2) The compensation allocated to François DELATTRE, François MESTRE, Bruno VINCENT, Marie-Solange TISSIER, and Cécile SELLIER for their roles as representatives of the French State and/or members of the Board of Directors appointed upon proposal of the French State and as public officials, are paid by Orano directly to the French State's general budget.

(3) Cécile SELLIER was appointed director by the General Meeting on May 14, 2020. She was appointed member of the End-of-Life Obligations Monitoring Committee by the Board of Directors on February 25, 2021, and then Chairwoman of this Committee on October 27, 2021 in place of Marie-Solange TISSIER, who remains a member of the Committee.

(4) The compensation allocated to Catherine DEIANA, Alexia DRAVET, Bernard BASTIDE and Luc GERVAUD, directors representing employees, are paid by Orano to the labor union to which they belong.

(5) Catherine DEIANA resigned from her duties as director representing employees on April 29, 2020. Bernard BASTIDE was appointed by his labor union to replace the latter and took up his duties on the Board as of April 30, 2020.

(6) Alexia DRAVET resigned from her duties as director representing employees on March 15, 2021. Luc GERVAUD was appointed by his labor union to replace the latter and took up his duties on the Board as of March 16, 2021. He was appointed member of the Audit and Ethics Committee and of the End-of-Lifecycle Obligations Monitoring Committee with effect from May 5, 2021.

* Directors' compensation allocated for a financial year is paid within 45 days of the end of the financial year.

In accordance with the wishes they expressed to the Board:

- Claude IMAUVEN, Philippe KNOCHE, François JACQ and Philippe BRAIDY do not receive any compensation for their offices as director;
- the compensation received by the directors representing the employees is paid to their union;
- the compensation paid to the representative of the French State and/or members of the Board appointed pursuant to a proposal

of the French State and having the status of public officials, shall be paid directly to the French State as provided for under Articles 5 and 6 of Order No. 2014-948 of August 20, 2014.

The directors representing employees hold an employment contract with Orano Recyclage in the case of Bernard BASTIDE and Orano Chimie-Enrichissement in the case of Luc GERVAUD and receive compensation that is not related to the performance of their office. Accordingly, this compensation is not published.

## 5.2.2.2   Compensation of the Chairman of the Board of Directors for financial year 2021

In accordance with the compensation policy applicable to the Chairman of the Board of Directors, as approved by the Minister for the Economy and Finance on September 7, 2017 and by the General Meeting of May 27, 2021, only one fixed compensation amount of 120,000 euros gross is due to Claude IMAUVEN for financial year 2021.

**SUMMARY TABLE OF GROSS COMPENSATION AWARDED TO THE CHAIRMAN OF THE BOARD OF DIRECTORS**

*(Table no. 1 of Appendix 2 of the AMF Position-Recommendation-DOC-2021-02)*

| (in euros) | 2020 financial year [1] | 2021 financial year |
|---|---|---|
| **CLAUDE IMAUVEN**<br>**Chairman of the Board** | | |
| Compensation awarded for the financial year (set out in the table below) | 95,488 | 120,000 |
| Valuation of multi-year variable compensation awarded during the financial year | n/a | n/a |
| Valuation of options awarded during the financial year | n/a | n/a |
| Valuation of free shares awarded | n/a | n/a |
| Valuation of other long-term compensation plans | n/a | n/a |
| **TOTAL** | **95,488** | **120,000** |

(1) Claude IMAUVEN was appointed Chairman of the Board of Directors on May 14, 2020, replacing Philippe VARIN.

**SUMMARY TABLE OF COMPENSATION RECEIVED BY THE CHAIRMAN OF THE BOARD OF DIRECTORS**

*(Table no. 2 of Appendix 2 of the AMF Position-Recommendation-DOC-2021-02)*

| (in euros) | 2020 financial year | | 2021 financial year | |
|---|---|---|---|---|
| | Amounts due [1] | Amounts paid [2] | Amounts due [1] | Amounts paid [2] |
| **CLAUDE IMAUVEN**<br>**Chairman of the Board** | | | | |
| Fixed compensation | 75,238 [3] | 75,238 [3] | 120,000 | 120,000 |
| Annual variable compensation | n/a | n/a | n/a | n/a |
| Multi-year variable compensation | n/a | n/a | n/a | n/a |
| Exceptional compensation | n/a | n/a | n/a | n/a |
| Compensation allocated for the term of office as Director | 20,250 [4] | 20,250 [4] | 0 | 0 |
| Benefits in kind | n/a | n/a | n/a | n/a |
| **TOTAL** | **95,488** | **95,488** | **120,000** | **120,000** |

(1) Compensation due for the financial year, regardless of the payment date.
(2) Total compensation paid during the financial year.
(3) Claude IMAUVEN was appointed Chairman of the Board of Directors on May 14, 2020, replacing Philippe VARIN.
(4) Compensation received by Claude IMAUVEN in respect of his office as Director from January 1, 2020 to May 13, 2020.

| **CLAUDE IMAUVEN**<br>**Chairman of the Board** | Employment contract | | Supplementary pension plan | | Compensation or benefits due or likely to be owed due to the cessation of or change in duties, including payments relating to a non-competition clause | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Start of term of office as a director:<br>July 27, 2017<br>End date of the mandate: 2022 GM | | X | | X | | X |

5

## 5.2.2.3 Compensation of the Chief Executive Officer for financial year 2021

In accordance with the compensation policy applicable to the Chief Executive Officer for financial year 2021, as approved by the Minister for the Economy and Finance on September 7, 2017 and by the General Meeting of May 27, 2021, fixed compensation of 420,000 euros gross is due to Philippe KNOCHE for financial year 2021. His variable compensation for the same financial year may not exceed 30,000 euros gross.

On the recommendation of the Compensation and Nominating Committee, the Board of Directors meeting on February 25, 2021 set the objectives determining the variable compensation for 2021 and, where applicable, the severance payments of Philippe KNOCHE. Thus, among the qualitative objectives (representing a maximum of 37.50% of the variable component) are the development of new activities, the development of the skills of the group's employees, and the continuation of actions to make nuclear energy acceptable to internal and external audiences, and lastly, an objective linked to the implementation of the CSR approach in the group. The quantitative targets (representing a maximum of 62.50% of the variable component) include targets for safety and security, net cash flow, operating income, and production and sales results.

On the recommendation of the Compensation and Nominating Committee and in application of the compensation policy applicable to the Chief Executive Officer, the Board of Directors of

February 24, 2022 assessed at 81.85% the level of achievement of the performance conditions attached to the annual variable component of Philippe KNOCHE for the financial year 2021. As a result, the gross amount of the annual variable component due to Philippe KNOCHE for financial year 2021 is 24,555 euros, representing 5.52% of his total compensation (excluding benefits in kind). The quantitative component of the variable compensation awarded represents 44.75% of the maximum variable component of 30,000 euros and the qualitative component 37.10% of the same amount.

The variable component of the compensation of Orano's Chief Executive Officer is subject to the approval of the Minister of the Economy, in accordance with the provisions of Article 3 of Decree No. 53-707 of August 9, 1953 as amended concerning the control of the French State over domestic public sector companies and certain organizations with an economic or social purpose. As such, the variable compensation will be approved for 2021 by ministerial decision. In addition, for the purposes of transparency and good governance, the components of compensation paid or awarded to the corporate officers of Orano for financial year 2021 will be submitted for approval to the General Meeting, held to approve the financial statements for the financial year ended December 31, 2021.

**SUMMARY TABLE OF GROSS COMPENSATION AWARDED TO THE CHIEF EXECUTIVE OFFICER**

*(Table no. 1 of Appendix 2 of the AMF Position-Recommendation-DOC-2021-02)*

| (in euros) | 2020 financial year | 2021 financial year |
|---|---|---|
| **PHILIPPE KNOCHE**<br>**Chief Executive Officer** | | |
| Compensation awarded for the financial year (set out in the table below) | 445,230 | 444,555 |
| Valuation of multi-year variable compensation awarded during the financial year | n/a | n/a |
| Valuation of options awarded during the financial year | n/a | n/a |
| Valuation of free shares awarded | n/a | n/a |
| Valuation of other long-term compensation plans | n/a | n/a |
| **TOTAL** | **445,230** | **444,555** |

**SUMMARY TABLE OF GROSS COMPENSATION AWARDED TO THE CHIEF EXECUTIVE OFFICER**

*(Table no. 2 of Appendix 2 of the AMF Position-Recommendation-DOC-2021-02)*

| | Summary of compensation and benefits (gross) | | | |
|---|---|---|---|---|
| | 2020 financial year | | 2021 financial year | |
| (in euros) | Amounts awarded[1] | Amounts paid[2] | Amounts awarde[1] | Amounts paid[2] |
| **PHILIPPE KNOCHE**<br>**Chief Executive Officer** | | | | |
| Fixed compensation | 420,000 | 420,000 | 420,000 | 420,000 |
| Annual variable compensation | 20,730 | 24,000[3] | 24,555 | 20,730[4] |
| Multi-year variable compensation | n/a | n/a | n/a | n/a |
| Exceptional compensation | n/a | n/a | n/a | n/a |
| Compensation allocated for the term of office as Director | n/a | n/a | n/a | n/a |
| Benefits in kind (Company vehicle) | 4,500 | 4,500 | 4,500 | 4,500 |
| **TOTAL** | **445,230** | **458,500** | **449,055** | **445,230** |

*(1) Compensation awarded for the financial year, regardless of the payment date. The annual variable compensation for the 2021 financial year will be paid in 2022, subject to the approval of the shareholders at the General Meeting of April 28, 2022 and the approval of the Minister of the Economy.*

*(2) Total compensation paid during the financial year.*

*(3) Variable compensation paid by Orano in 2020 for 2019.*

*(4) Variable compensation paid by Orano in 2021 for the year 2020 after approval by the shareholders at the General Meeting of May 27, 2021 and ministerial decision of May 26, 2021.*

| **PHILIPPE KNOCHE**<br>**Chief Executive Officer** | Employment contract | | Supplementary pension plan | | Compensation or benefits due or likely to be owed due to the cessation of or change in duties, including payments relating to a non-competition clause | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Start of term of office:<br>July 26, 2017<br>End date of the mandate: 2022 GM | | X | | X | X[1] | |

*(1) With the exceptions below.*

**5**

## Severance payments

The Board of Directors, at its meeting on July 27, 2017, following a proposal from the Compensation and Nominating Committee, decided to approve the commitments made by the Company regarding payments or benefits due or liable to be due to Philippe KNOCHE, Chief Executive Officer, as a result of his duties being terminated or changed during his term of office, under the following conditions:

Philippe KNOCHE may be granted a severance payment capped at twice the total amount of his annual compensation on the date of cessation of his duties.

If Philippe KNOCHE (i) wishes to exercise his right to retire shortly after the end of his term, regardless of the reason, even if constrained to do so, or (ii) occupies another position within the group, he shall not be entitled to a severance payment.

The aforementioned severance payment shall only be paid in the event of the dismissal of Philippe KNOCHE, in particular due to a change in control or strategy, it being understood that this shall not be paid in the event of dismissal for just cause.

This payment shall also be subject to performance conditions, in accordance with the following criteria:

- if the rate of fulfillment of the quantitative and qualitative objectives set for the last two full financial years averages out to at least 60%, the severance payment shall automatically be paid;
- if the rate of fulfillment of the quantitative and qualitative objectives set for the last two full financial years averages out to less than 60%, the Board of Directors shall appraise the performance of the person in question in view of the circumstances that affected the operation of the Company during the financial year ended.

The performance objectives shall be approved every year by the Board of Directors of the Company.

No severance payment was awarded or paid to Philippe KNOCHE in 2021.


### Non-competition compensation

The Board of Directors may decide to grant Philippe KNOCHE compensation in return for a non-competition clause. The amount of this compensation shall be deducted from the amount of the severance payment granted, where applicable, to Philippe KNOCHE in accordance with the above conditions. In the absence of any severance payment, the amount of the non-competition compensation shall be set by the Board of Directors in accordance with usual practices.

Any severance payment and/or non-competition compensation must be approved in advance by the Minister for the Economy pursuant to the aforementioned Article 3 of Decree No. 53-707 of August 9, 1953.

No non-competition compensation was awarded or paid to Philippe KNOCHE in 2021.

### Pensions and retirement benefits

No defined-benefit supplemental retirement plans have been subscribed by the Company on behalf of Philippe KNOCHE. He is eligible for the supplemental retirement plans applicable to the Company's management personnel.

### Unemployment insurance

A Medef unemployment insurance policy has been taken out with the GSC (*Garantie sociale des chefs et dirigeants d'entreprise*) in favor of Philippe KNOCHE. 70% of the contributions to this policy are paid by the Company and 30% by the beneficiary.

### Employment contract

Philippe KNOCHE does not have an employment contract.

## 5.2.2.4   Compensation ratios

Article L. 22-10-9, 6° and 7° of the French Commercial Code requires that companies whose shares are admitted to trading on a regulated market present in the corporate governance report the ratios between the level of compensation of the Chairman of the Board and the Chief Executive Officer and the average and median compensation of employees, as well as the annual change in compensation, the Company's performance, the average compensation of the Company's employees and ratios over the last five financial years.

Although Orano SA is not subject to these legal provisions, for the purposes of transparency and good governance and in accordance with the provisions of Article 26.2 of the Afep-Medef Code, the Company (given the very small number of employees at the parent company) decided to publish these equity ratios from 2020 by

consolidating the data of its French subsidiaries ("significant scope") within the meaning of Article L. 233-16 II of the French Commercial Code. In view of the fact that the Orano group was created during 2017, for the sake of clarity, the ratios are presented by full calendar year for the last four financial years of the Company (2018, 2019, 2020 and 2021).

The ratios of the Orano group for the France scope (*i.e.* the difference between the compensation of the Chairman of the Board of Directors/Chief Executive Officer of Orano SA and the average and median salary of the employees of the French subsidiaries) were calculated, on the basis of the recommendations of the Afep-Medef Code (Article 26.2) and the Guidelines on compensation multiples published on February 21, 2021 by Afep, as follows:

- for the calculation of the numerator of these ratios, the compensation taken into account for the Chairman of the Board of Directors and the Chief Executive Officer for each financial year consists of the compensation and benefits of any kind paid or granted during financial year N, on a gross basis. For Orano SA, this compensation includes: the fixed component; the variable component paid during year N for year N-1 (only for the Chief Executive Officer of Orano SA); exceptional compensation paid during year N (the Chairman does not receive this type of compensation); compensation (former attendance fees) when it was received by the officer, paid during year N in respect of N-1 (the Chairman of the Board and the Chief Executive Officer waived their compensation in respect of their term of office as director); benefits in kind, valued for year N (in this case the Company vehicle allocated to the Chief Executive Officer). *(It should be noted that signing bonuses, severance payments and non-competition compensation, insofar as they were paid during the financial year in question, are not taken into account);*

- for the calculation of the denominator of these ratios, the population taken into account is that of employees under permanent employment contracts, on a full-time equivalent basis, present throughout the financial year in question within the consolidated France scope. The compensation of the population defined above, taken into account for each financial year, consists of compensation and benefits of any kind paid or granted during year N, on a gross basis. For the sake of consistency, the items included in the compensation of employees correspond to those included in the numerator for the executive corporate officers of Orano SA, namely: the fixed component; the variable component paid during year N in respect of year N-1; where applicable, the exceptional compensation paid during year N; profit-sharing and incentives; benefits in kind (valued). *(As for executive corporate officers, severance payments and non-competition compensation, insofar as they were paid during the financial year in question, are not taken into account).*

The elements taken into account for this calculation are identical to those taken for the calculation of group profit-sharing.

**TABLE OF RATIOS FOR I. 6° AND 7° OF ARTICLE L. 22-10-9 OF THE FRENCH COMMERCIAL CODE** [1]

**PHILIPPE KNOCHE**

| Chief Executive Officer since July 26, 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Change (in %) in compensation | - | +0.75% | -0.53% | -0.73% |
| Information on the scope of the Company [2] | - | - | - | - |
| Additional information on the extended scope of the Orano group [3] | | | | |
| Change (in %) in average compensation of employees | - | +4.83% | -1% | +1.09% |
| Ratio compared to the average compensation of employees | 8.63 | 8.48 | 8.52 | 8.36 |
| Change in ratio (in %) compared to the previous financial year | - | -1.74% | +0.47% | -1.88% |
| Ratio compared to the median compensation of employees | 9.62 | 9.43 | 9.52 | 9.37 |
| Change in ratio (in %) compared to the previous financial year | - | -1.98% | +0.95% | - 1.58% |
| Company performance | | | | |
| Change (in%) in operating income | - | -9.48% | -8.76% | +126.76% |
| Change (in%) in net cash flow | - | +38.6% | +8.68% | +17.32% |

(1) The Company complies with the Afep guidelines updated in February 2021.
(2) Not applicable because the Company has only one employee.
(3) Given that Orano SA has few employees compared to the Orano group's total workforce in France, in accordance with recommendation 26.2 of the Afep-Medef Code, the "significant scope" used by Orano SA is the Orano group extending to the group's French subsidiaries within the meaning of Article L. 233-16 II of the French Commercial Code.

**CLAUDE IMAUVEN**

| Chairman of the Board of Directors since May 14, 2020 [1] | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Change (in %) in compensation | - | 0 | 0 | 0 |
| Information on the scope of the Company [2] | - | - | - | - |
| Additional information on the extended scope of the Orano group [3] | | | | |
| Change (in %) in average compensation of employees | - | +4.83% | -1% | +1.09% |
| Ratio compared to the average compensation of employees | 2.31 | 2.26 | 2.28 | 2.25 |
| Change in ratio (in %) compared to the previous financial year | - | -2.16% | + 0.88% | -1.32% |
| Ratio compared to the median compensation of employees | 2.58 | 2.51 | 2.55 | 2.53 |
| Change in ratio (in %) compared to the previous financial year | - | -2.71% | + 1.59% | -0.78% |
| Company performance | | | | |
| Change (in %) in operating income | - | -9.48% | -8.76% | +126.76% |
| Change (in %) in net cash flow | - | +38.6% | +8.68% | +17.32% |

(1) Philippe VARIN was Chairman of the Board of Directors from July 27, 2017 to May 14, 2020 and Claude IMAUVEN from that date. This change of Chairman of the Board of Directors did not result in a change to the amount of annual compensation allocated to this position.
(2) Not applicable because the Company has only one employee.
(3) Given that Orano SA has few employees compared to the Orano group's total workforce in France, in accordance with recommendation 26.2 of the Afep-Medef Code, the "significant scope" extends to the group's French subsidiaries within the meaning of Article L. 233-16 II of the French Commercial Code.

**5**

# 5.3 Corporate Governance Reference Code

Following a decision of the Board of Directors on July 27, 2017, the Company voluntarily refers to the "Code of Corporate Governance for Publicly Traded Companies" developed jointly by Afep and Medef in December 2008 and last revised in January 2020 (Afep-Medef Code).

Pursuant to the "apply or explain" principle laid down in Article L. 22-10-10, 4° of the French Commercial Code, the Company explains below the reasons why it deviated from the following recommendations of the Afep-Medef Code:

| Relevant Afep-Medef recommendation | Exception | Explanation or corrective action taken |
|---|---|---|
| The Afep-Medef Code recommends that:<br>• the proportion of independent directors on the Audit Committee be at least equal to two-thirds;<br>• the committee in charge of compensation and nominations consist of a majority of independent directors and that the committee be chaired by an independent director (Articles 16, 17 and 18 of the Code). | • The Audit and Ethics Committee is not two-thirds composed of independent directors.<br>• The Compensation and Nominating Committee is composed of a majority of directors nominated by the French State and includes one salaried director. It is not chaired by an independent director. | These recommendations are not suited to the Company, considering the structure of its share ownership and the resulting composition of the Board of Directors. |
| The Afep-Medef Code recommends that the members of the Board of Directors hold a relatively significant number of shares and that the executive corporate officers hold a "minimum number of shares" (Articles 20 and 23 of the Code). | The Company's Articles of Association and the rules of procedure of the Board of Directors do not require Board members to hold a relatively significant number of shares. In addition, the Board of Directors has not set the number of shares that must be held by the executive corporate officers until the end of their term of office. | These recommendations are not suited to the Company, considering the structure of its share ownership and the resulting composition of the Board of Directors. Moreover, because the Company's shares are not listed, the need for alignment of interests in terms of share performance (which is the reason for this recommendation) does not apply. Likewise, since no stock options or free shares are allocated to the executive corporate officers, the recommendation to retain some of the shares thus obtained is not relevant. |

# 5.4   Additional information

## 5.4.1   General information about the Company

The Company's corporate name is "Orano SA".

It is registered with the Nanterre Trade and Companies Register under number 330 956 871.

Its APE Code is 6420Z.

Its Legal Entity Identifier (LEI) is 969500161UMNDC85C891.

Orano SA is a public limited company established in France at 125, avenue de Paris 92320 Châtillon and governed by French law.

The duration of the Company is ninety-nine years from its registration in the Trade and Companies Register, *i.e.* expiry in 2083, except in the case of extension or early dissolution.

Orano's telephone number is +33 (0)1 34 96 00 00.

Website: www.orano.group

## 5.4.2   Articles of incorporation and Articles of Association of the Company

The Company has for purpose, both in France and abroad, is:

- the management any industrial or commercial operations, especially in the nuclear field, and to this end:
  - to enter into any agreements relating these operations,
  - to examine any project regarding the creation, extension or transformation of industrial entreprises,
  - to implement these projects or contribute to their implementation by all appropriate means and more specifically by acquiring participating or interests in any existing or proposed entreprises,
  - to provide finance resources to industrial entreprises, especially by acquiring equity interest and through loan subscriptions;
- to acquire direct or indirect participating and equity interests, in whatever form, in any French or foreign company or enterprise involved in financial, commercial, industrial, real estate or securities operations;
- to purchase, sell, exchange, subscribe, or manage any securities or participating or equity interests;
- to provide any type of service, particularly services supporting the operations of any group company;
- more generally, to undertake any industrial, commercial, financial, real estate or securities operation directly or indirectly related to the above in furtherance of its purpose or supporting that purpose's achievement and development.

## Rights, privileges and restrictions attached to each class of existing shares

At the date of this report, there is only one class of Company share.

The shares of the Company must be in the form of registered shares. They shall be registered in the Company's registries in accordance with applicable regulations.

Shares are indivisible *vis-à-vis* the Company. Co-owners of securities are represented at General Meetings by one of the owners or by a joint representative of their choice. If co-owners are unable to reach an agreement as to the choice of their representative, the latter is appointed by summary judgment of the President of the French Commercial Court at the request of the most diligent co-owner. In case of split ownership of a share, the Company's registries mention the name of the usufructuary and of the bare owner(s).

### Voting rights

Each shareholder has as many voting rights and is entitled to cast as many votes in General Meetings as the number of fully paid shares they hold, it being specified that pursuant to Article L. 225-123 of the French Commercial Code, a double voting right will be attributed to all fully paid shares registered in the name of the same shareholder for a period of at least two years.

After notifying the Company, any shareholder may validly waive, temporarily or permanently, all or part of its double voting rights by means of a private deed entered into, in particular, between the concerned shareholder and the Company, or by means of a notification from the concerned shareholder to the Company sent by registered letter with acknowledgement of receipt, in both cases at least three days before the date of the Meeting for which or as from which the shareholder intends to waive such double voting rights.. The waiver of double voting rights by a shareholder has the effect of granting it single voting rights in respect of the shares to which this double voting right was attached; it may not have the effect of depriving it of its voting rights.

### Allocation and distribution of profits

With regard to the allocation and distribution of profits, the difference between income and expenses of each financial year, after deduction of amortization and provisions, constitutes the profit or loss for said financial year. In accordance with the law, the Company provides its legal reserve with at least one-fifth of its net profits. This deduction ceases to be mandatory when the reserve reaches one-tenth of the share capital. The distributable profit consists of the profit for the financial year, less previous losses, as well as the sums to be carried in reserve in application of the law and the Articles of Association, and increased by the profit (loss) carried forward.

Except in the event of a capital reduction, no distribution may be made to the shareholders or bearers of securities if shareholders' equity is or would become as a result thereof lower than the amount of the share capital, increased by the amount of the reserves, that may not be distributed pursuant to law or the Articles of Association.

**5**

### Payment of dividends

At least 5% of the amount of the profits of each financial year (decreased by the amount of any previous losses as the case may be), is deducted to create the legal financial reserve. This deduction ceases to be mandatory when said reserve reaches a sum equal to one-tenth of the share capital. It must be resumed when this reserve falls below said threshold.

The balance of the profits constitutes, along with any profit carried forward, the distributable profit of which the Ordinary General Meeting disposes freely in accordance with applicable laws, and which it may carry forward, or allocate to financial reserves, or distribute partially or entirely, upon proposal of the Board of Directors.

Under the legal conditions in force, the Board of Directors may decide to pay interim dividends in cash or in shares.

The annual dividends are paid at the times decided by the Board of Directors, within a period of nine months following the close of the financial year.

## Elements liable to have an impact in the event of a public offer

Since the Company's shares are not admitted for trading on a regulated market, they cannot be subject to a public tender offer or public exchange offer. Furthermore, the redemption of the Company's publicly traded bonds cannot lead to a change of control of Orano. Consequently, the provisions of Article L. 22-10-11 of the French Commercial Code requiring the description of elements liable to have an impact in the event of a public offer are not applicable. Moreover, the items listed in sub-sections 1 to 10 of Article L. 22-10-11 of the French Commercial Code have already been described and included in the Annual Activity Report or are not applicable to the Company.

## 5.4.3 Participation of shareholders in General Meetings

In accordance with Chapter V of the Company's Articles of Association, General Meetings are convened and vote in accordance with the conditions provided by law.

When duly constituted, the General Meeting represents all the shareholders.

Resolutions of the General Meeting, adopted in compliance with the law and the Articles of Association bind all shareholders, even if absent, dissenting, or incapable.

Any shareholder may attend General Meetings, in person or by proxy, as provided by law, upon providing evidence of identity and of registration of the shares at his/her/its name in the share registry held by the Company.

In the event of the subdivision of share ownership, only the holder of the voting right may attend or be represented at the General Meeting.

Co-owners of joint shares are represented at the General Meeting by any of them or by a single representative, in case of disagreement appointed by order of the President of the Commercial Court acting in summary proceedings on the request of the most diligent co-owner.

Any shareholder may be represented by another shareholder, by his/her spouse or by the partner with whom he/she has entered into a civil union (*pacte civil de solidarité*).

The General Meeting is chaired by the Chairman of the Board of Directors. In the latter's absence, the General Meeting elects its own Chairman.

In the event the General Meeting is convened by the Statutory Auditor(s), the court-appointed representative, or the liquidators, it is chaired by the person or one of the persons who convened it.

The two attending members of the General Meeting who accept to serve and have the highest number of votes act as supervisors.

The bureau so constituted appoints a Secretary who does not need to be a member of the General Meeting.

An attendance sheet, drawn up in accordance with regulatory requirements, is signed by the attending shareholders or their proxies and is certified true by the members of the bureau.

The bureau monitors the General Meeting, but its decisions may be subject to the overriding vote of the General Meeting, upon request of any member of the General Meeting.

Resolutions of General Meetings are recorded in minutes signed by the members of the bureau and kept in a special registry at the registered office, numbered and initialled as provided by regulations in force.

## 5.4.4 Related-party agreements and commitments

### 5.4.4.1 Review of regulated agreements and commitments

#### Procedure for examining agreements falling within the scope of Article L. 225-38 *et seq.* of the French Commercial Code

The Board of Directors shall examine and authorize in advance any new agreement referred to in Article L. 225-38 of the French Commercial Code. In addition to this prior review, the Board of Directors reviews the agreements on an annual basis. and regulated commitments authorized during previous financial years and whose execution continued during the last financial year. This annual review enables verification that the benefits of these agreements entered into during previous financial years continue for the Company. In accordance with the law and the internal rules of procedure of the Board of Directors, the directors directly or indirectly interested in these agreements shall abstain from participating in the deliberations and voting thereon.

#### Review of regulated agreements and commitments authorized during the financial year ended December 31, 2021

The regulated agreements and commitments referred to in Articles L. 225-38 *et seq.* of the French Commercial Code reviewed by the Board of Directors and authorized during the financial year ended December 31, 2021 are as follows:

**Service provision agreement between the Company and AREVA SA authorized by the Board of Directors on February 25, 2021**

An amendment to the service agreement between New Areva Holding (now Orano SA) and AREVA SA signed on July 27, 2017 ("Amendment no. 2") authorized at the Board of Directors' meeting of February 25, 2021 and signed on June 8, 2021 by the legal representatives of the parties to the said agreement with retroactive effect from January 1, 2021.

As a reminder, a service agreement under which Orano SA provides restrictively described services for AREVA SA was established after AREVA SA lost control of New Areva Holding, which became Orano SA. This agreement was authorized by the Board of Directors meeting on July 26, 2017 and signed on July 27, 2017 (hereinafter the "Agreement"). It was then modified by an amendment dated April 25, 2019, this amendment ("Amendment No. 1") having been authorized by the Board of Directors of Orano SA on the same day.

Under the terms of this agreement, the Company provides services in the areas of financial services, Human Resources, work environment, information systems, purchasing support and communication.

Amendment no. 2 modified the term of the Agreement from three years tacitly renewable for a same term of three years at the end of each period.

**Review of regulated agreements and commitments authorized during previous financial years and whose implementation continued during the last financial year pursuant to Article L. 225-40-1 of the French Commercial Code**

Regulated agreements and commitments referred to in Articles L. 225-38 et seq. of the French Commercial Code reviewed by the Board of Directors and authorized in previous years and whose implementation continued during the last financial year, are described below:

**Memorandum of investment between the Company, AREVA SA, the French State, Mitsubishi Heavy Industries Ltd (MHI), and Japan Nuclear Fuel Limited (JNFL)**

On January 26, 2017, the Board of Directors authorized the signing of a memorandum of investment between AREVA SA, the French State, Japan Nuclear Fuel Limited (JNFL), Mitsubishi Heavy Industries Ltd (MHI) and the Company, pertaining to the acquisition by JNFL and MHI of an equity stake in the Company, each acquiring 5% of the capital and voting rights (the "Memorandum of Investment"). This Memorandum of Investment was signed on March 13, 2017, and has been amended twice, on July 26, 2017, and on February 21, 2018.

The main purpose of the two amendments was to supplement the draft Articles of Association and rules of procedure of the Company appended to the Memorandum of Investment and to officially acknowledge that several conditions precedent necessary for MHI's and JNFL's equity stakes (notably the transfer of New NP/Framatome to EDF) had been satisfied.

**Shareholders' Agreement between the Company, AREVA SA, the French State, CEA, MHI and JNFL on February 21, 2018**

On February 21, 2018, the Board of Directors authorized the signing of a Shareholders' Agreement (the "Shareholders' Agreement") between the Company, AREVA SA, the French State, the CEA, MHI and JNFL, amending and replacing the Shareholders' Agreement initially concluded between the parties on March 13, 2017.

This Shareholders' Agreement was signed on February 21, 2018. On March 27, 2018, the two trusts, Natixis and Caisse des Dépôts et Consignations, joined the agreement. A French and English version of this agreement was signed on July 13, 2018, grouping all parties together in a single deed and reiterating the terms of the Shareholders' Agreement of February 21, 2018 (Amended and Restated Shareholders' Agreement).

**Compensation of independent director members of the Advisory Committee**

On July 27, 2017, the Board of Directors took note of the establishment of an "Advisory Committee" in accordance with the provisions of the Shareholders' Agreement entered into on February 21, 2018 between AREVA SA, the French State, the French Atomic Energy and Alternative Energies Commission (CEA), Mitsubishi Heavy Industries Ltd (MHI), Japan Nuclear Fuel Ltd (JNFL) and the Company (See Section 5.1.3).

On the same day, the Board of Directors, upon a recommendation from AREVA SA's Compensation and Nominating Committee, authorized the assignment of compensation to those independent directors agreeing to sit on the Advisory Committee of 1,500 euros per meeting attended.

## 5.4.4.2 Agreements referred to in Article L. 225-37-4 of the French Commercial Code

To Orano's knowledge, no agreement was signed during the 2021 financial year, directly or through a third party, between the Chairman and Chief Executive Officer, one of the directors or one of the shareholders holding a share of more than 10% of the Company's voting rights, and another company of which the Company owns, directly or indirectly, more than half of the share capital.

## 5.4.4.3 Service agreements between corporate officers and the Company or its subsidiaries

To Orano's knowledge, there is no agreement or service contract between the Chairman, the Chief Executive Officer or one of the directors and the Company or one of its subsidiaries providing for the granting of compensation for layoff or dismissal or other benefits for them.

**5**

# 5.5   Share capital and shareholding

## 5.5.1   Share capital

### Amount of share capital as of December 31, 2021

As of December 31, 2021, the Company's share capital amounted to 132,076,389 euros, divided into 264,152,778 shares with a par value of 0.50 euros. All shares are fully paid up.

### Characteristics of the shares

There is only one class of shares. The shares are registered shares. Double voting rights are allocated to registered shares under the conditions set out in point 5.4.2 of this chapter.

### Capital authorized but not issued

As of the date of this report, the General Meeting has granted no delegation for capital increases to the Board of Directors pursuant to Articles L. 225-129-1 and L. 225-129-2 of the French Commercial Code.

### Changes in share capital over the last three financial years

The Company's share capital has remained unchanged over the last three financial years.

## 5.5.2   Distribution of the Company's capital and voting rights

### Shareholder structure

The shareholders of Orano SA as of December 31, 2021, 2020 and 2019 are as follows:

| | Situation at Dec. 31, 2021 | | | | Situation at Dec. 31, 2020 | | Situation at Dec. 31, 2019 | |
|---|---|---|---|---|---|---|---|---|
| | Number shares | % of share capital | Number of voting rights | % of voting rights | Number of shares | % of share capital | Number of shares | % of share capital |
| AREVA SA | 29,074 | 0.01% | 58,148 | 0.01% | 52,830,555 | 19.9999998% | 52,830,555 | 19.9999998% |
| French State | 211,293,148 | 79.99% | 343,369,538 | 77.99% | 132,076,390 | 50.0000004% | 132,076,390 | 50.0000004% |
| CEA | 1 | 0.0000004% | 2 | 0.0000005% | 1 | 0.0000004% | 1 | 0.0000004% |
| Japan Nuclear Fuel Limited | 13,207,639 | 5.00% | 26,415,278 | 6.00% | 13,207,639 | 5.00% | 13,207,639 | 5.00% |
| Mitsubishi Heavy Industries, Ltd | 13,207,639 | 5.00% | 26,415,278 | 6.00% | 13,207,639 | 5.00% | 13,207,639 | 5.00% |
| Natixis (as trustee) | 26,415,277 | 10.00% | 44,028,694 | 10.00% | 26,415,277 | 10.00% | 26,415,277 | 10.00% |
| Caisse des Dépôts | - | - | - | - | 26,415,277 | 10.00% | 26,415,277 | 10.00% |
| **TOTAL** | **264,152,778** | **100%** | **440,286,938** | **100%** | **264,152,778** | **100%** | **264,152,778** | **100%** |

## Treasury shares and cross-shareholdings

None.

## Employee shareholding

In accordance with Article L. 225-102 of the French Commercial Code, we hereby inform you that neither the personnel of the Company nor that of the companies which are related to it under the meaning of Article L. 225-180 of the French Commercial Code held any interests in the share capital of the Company on the last day of the financial year.

At the date of this report, there is no agreement providing for an employee shareholding in Orano.

As of December 31, 2021, the Company had three employees.

## Control of the Company

Since that date, the capital of Orano SA has been held by the French State (79.99%), AREVA SA (0.01%), CEA (1 share), JNFL (5%) and MHI (5%), as well as by Natixis (10%) in the context of a trust.

In accordance with Article 2 of Decree no. 83-1116 of December 21, 1983 relating to the companies AREVA SA and NEW AREVA HOLDING SA, changes in the share capital may not have the effect of reducing the majority shareholding (direct and indirect) of the French State (more than half of the share capital).

## Share buyback program

None.

### 5.5.3   Securities not representing capital

The bonds issued by Orano SA are listed on the Euronext Paris market.

### 5.5.4   Transactions referred to in Article L. 621-18-2 of the French Monetary and Financial Code during the financial year

To the Company's knowledge, no transactions referred to in Article L. 621-18-2 of the French Monetary and Financial Code were carried out during the financial year.

**5**

**5**   CORPORATE GOVERNANCE AND GENERAL INFORMATION

# FINANCIAL STATEMENTS



**6.1** **Consolidated financial statements – financial year ended December 31, 2021**   **206**

**6.2** **Statutory Auditors' report on the consolidated financial statements for the financial year ended December 31, 2021**   **276**

**6.3** **Company financial statements – financial year ended December 31, 2021**   **283**

**6.4** **Statutory Auditors' report on the Company financial statements for the financial year ended December 31, 2021**   **308**

**6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

# 6.1 Consolidated financial statements – financial year ended December 31, 2021

## Consolidated statement of income

| (in millions of euros) | Notes | December 31, 2021 | December 31, 2020 * |
|---|---|---|---|
| Income from goods and services | | 3,274 | 3,684 |
| Other income ** | | 1,452 | - |
| **REVENUE** | | **4,726** | **3,684** |
| Cost of goods and services and other income | | (3,336) | (3,100) |
| **GROSS MARGIN** | | **1,390** | **584** |
| Research and development expense | | (108) | (104) |
| Marketing and sales expense | | (34) | (36) |
| General expense | | (113) | (112) |
| Other operating income | 5 | 66 | 235 |
| Other operating expense | 5 | (430) | (227) |
| **OPERATING INCOME** | | **771** | **339** |
| Share in net income of joint ventures and associates | 14 | 18 | 15 |
| **OPERATING INCOME AFTER SHARE IN NET INCOME OF JOINT VENTURES AND ASSOCIATES** | | 789 | 355 |
| Financial income from cash and cash equivalents | | 9 | 19 |
| Cost of gross debt | 7 | (137) | (163) |
| **Cost of net debt** | | **(128)** | **(144)** |
| Other financial income | | 848 | 310 |
| Other financial expenses | | (749) | (487) |
| **Other financial income and expenses** | 7 | **100** | **(177)** |
| **NET FINANCIAL INCOME (EXPENSE)** | | **(29)** | **(321)** |
| Income tax | 8 | (30) | (54) |
| **NET INCOME FOR THE PERIOD** | | **730** | **(21)** |
| **NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT** | | **678** | **(71)** |
| **NET INCOME ATTRIBUTABLE TO NON-CONTROLLING INTERESTS** | | **52** | **50** |

\*   Pursuant to the final decision of the IFRS IC in May 2021 concerning the attributing of post-employment benefits to periods of service (IAS 19), comparative 2020 data have been restated compared with the data reported in the 2020 financial statements. The impacts of these restatements are detailed in Note 36.

\*\*  Non-recurring revenue related to a transaction allowing for the return of the residue from the activity and the mass to German utilities, thus settling all pre-existing processing contracts (see Notes 1.1 and 3).

# Comprehensive income

| (in millions of euros) | Notes | December 31, 2021 | December 31, 2020 * |
|---|---|---|---|
| **NET INCOME** | | **730** | **(21)** |
| **Other items not recyclable to the statement of income** | | **21** | **(48)** |
| Revaluation of the net liability in respect of defined-benefit obligations | | 17 | (49) |
| Income tax related to non-recyclable items | | 0 | 0 |
| Share in other non-recyclable items from joint ventures and associates, net of tax | | 5 | 0 |
| **Other items recyclable to the statement of income** | | **1** | **(17)** |
| Currency translation adjustments | | 150 | (185) |
| Change in value of cash flow hedges | | (151) | 175 |
| Income tax related to recyclable items | | 2 | (6) |
| Share in other recyclable items from joint ventures and associates, net of tax | | 0 | 0 |
| **TOTAL OTHER ITEMS OF COMPREHENSIVE INCOME (NET OF INCOME TAX)** | 8 | **22** | **(65)** |
| **COMPREHENSIVE INCOME** | | **752** | **(86)** |
| ● Attributable to owners of the parent | | 694 | (119) |
| ● Attributable to non-controlling interests | | 59 | 33 |

\*    *Pursuant to the final decision of the IFRS IC in May 2021 concerning the attributing of post-employment benefits to periods of service (IAS 19), comparative
      2020 data have been restated compared with the data reported in the 2020 financial statements. The impacts of these restatements are detailed in Note 36.*

**6**

 **6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

# Consolidated statement of financial position

## ASSETS

| (in millions of euros) | Notes | December 31, 2021 | December 31, 2020 |
|---|---|---|---|
| **NON-CURRENT ASSETS** | | **20,517** | **18,824** |
| Goodwill | 9 | 1,268 | 1,174 |
| Intangible assets | 10 | 1,226 | 1,175 |
| Property, plant and equipment | 11 | 9,010 | 8,452 |
| Right-of-use assets – leases | 12 | 83 | 89 |
| End-of-lifecycle assets – third-party share | 13 | 110 | 122 |
| Financial assets earmarked for end-of-lifecycle operations | 13 | 8,513 | 7,561 |
| Investments in joint ventures and associates | 14 | 12 | 6 |
| Other non-current assets | 15 | 161 | 154 |
| Deferred tax assets | 8 | 133 | 92 |
| **CURRENT ASSETS** | | **4,428** | **4,997** |
| Inventories and work-in-process | 16 | 1,428 | 1,388 |
| Trade accounts receivable and related accounts | 17 | 639 | 681 |
| Contract assets | 18 | 94 | 104 |
| Other operating receivables | 19 | 610 | 728 |
| Other non-operating receivables | | 40 | 42 |
| Current tax assets | 8 | 69 | 40 |
| Other current financial assets | 15 | 315 | 460 |
| Cash and cash equivalents | 20 | 1,232 | 1,554 |
| **TOTAL ASSETS** | | **24,945** | **23,821** |

## EQUITY AND LIABILITIES

| (in millions of euros) | Notes | December 31, 2021 | December 31, 2020 * | January 1, 2020 * |
|---|---|---|---|---|
| Capital | | 132 | 132 | 132 |
| Consolidated premiums and reserves | | 1,990 | 1,320 | 1,390 |
| Revaluation of the net liability in respect of defined-benefit obligations | | (225) | (243) | (195) |
| Unrealized gains and losses on financial instruments | | 12 | 160 | (7) |
| Currency translation reserves | | (34) | (186) | (18) |
| **Equity attributable to owners of the parent** | | **1,876** | **1,183** | **1,302** |
| Non-controlling interests | 23 | (18) | (75) | (33) |
| **EQUITY** | **22** | **1,858** | **1,109** | **1,268** |
| **NON-CURRENT LIABILITIES** | | **13,186** | **12,854** | **12,953** |
| Employee benefits | 24 | 526 | 1,045 | 1,090 |
| Provisions for end-of-lifecycle operations | 13 | 9,249 | 8,189 | 8,010 |
| Other non-current provisions | 25 | 406 | 288 | 316 |
| Share in negative net equity of joint ventures and associates | 14 | 20 | 57 | 69 |
| Non-current financial liabilities | 26 | 2,915 | 3,206 | 3,407 |
| Non-current lease liabilities | 12 | 69 | 69 | 62 |
| Deferred tax liabilities | 8 | 2 | 0 | 0 |
| **CURRENT LIABILITIES** | | **9,901** | **9,858** | **9,359** |
| Current provisions | 25 | 2,444 | 2,188 | 2,003 |
| Current financial liabilities | 26 | 526 | 985 | 746 |
| Current lease liabilities | 12 | 23 | 27 | 20 |
| Trade payables and related accounts | | 851 | 914 | 842 |
| Contract liabilities | 18 | 5,175 | 4,930 | 4,781 |
| Other operating liabilities | 27 | 857 | 784 | 940 |
| Other non-operating liabilities | | 3 | 4 | 6 |
| Current tax liabilities | 8 | 22 | 26 | 20 |
| **TOTAL EQUITY AND LIABILITIES** | | **24,945** | **23,821** | **23,581** |

\*    Pursuant to the final decision of the IFRS IC in May 2021 concerning the attributing of post-employment benefits to periods of service (IAS 19), comparative 2020 data have been restated compared with the data reported in the 2020 financial statements. The impacts of these restatements are detailed in Note 36.

**6**

**6**   **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

# Consolidated statement of cash flows

| (in millions of euros) | Notes | December 31, 2021 | December 31, 2020 |
|---|---|---:|---:|
| **Net income** | | **730** | **(21)** |
| Net amortization, depreciation and impairment of PP&E and intangible assets and marketable securities maturing in more than 3 months | 10, 11 and 12 | 578 | 482 |
| Net increase in (reversal of) provisions | 13, 24 and 25 | 246 | (153) |
| (Payments)/repayment of insurers on assets earmarked for social security liabilities | 24 | (466) | 44 |
| Net effect of unwinding of assets and provisions | | 655 | 325 |
| Income tax expense (current and deferred) | | 30 | 54 |
| Net accrued interest included in cost of financial debt | | 125 | 140 |
| Loss (gain) on disposal of fixed assets and change in fair value of financial assets | 5 and 7 | (767) | (216) |
| Share in net income of joint ventures and associates | 14 | (18) | (15) |
| Dividends received from joint ventures and associates and share of income from consortiums | | 12 | 4 |
| Other non-cash items | | (11) | 37 |
| **Cash flow from operations before interest and taxes** | | **1,114** | **682** |
| Net interest received (paid) | | (138) | (132) |
| Net interest paid on lease liabilities | | (4) | (3) |
| Income tax paid | | (90) | (50) |
| **Cash flow from operations after interest and tax** | | **882** | **497** |
| Change in working capital requirement | 21 | 217 | 185 |
| **NET CASH FLOW FROM OPERATING ACTIVITIES** | | **1,099** | **682** |
| Capital expenditure | | (592) | (532) |
| Disposals of property, plant and equipment and intangible assets | | 7 | 11 |
| Acquisitions of shares of consolidated companies, net of acquired cash | | (44) | 5 |
| Acquisitions of hedging financial assets earmarked for end-of-lifecycle operations | | (4,232) | (2,304) |
| Disposals of hedging financial assets earmarked for end-of-lifecycle operations | | 4037 | 2418 |
| Change in cash management financial assets | 15 | 143 | (5) |
| Loans granted to joint ventures and associates | | (23) | (12) |
| Repayment of loans from joint ventures and associates | | 0 | 0 |
| Acquisitions of other financial assets | | (9) | (30) |
| Disposals of other financial assets | | 0 | 0 |
| **NET CASH FLOW FROM INVESTING ACTIVITIES** | | **(712)** | **(448)** |
| Capital increases subscribed by non-controlling interests | | - | - |
| Transactions with non-controlling interests | | (3) | - |
| Dividends paid to non-controlling interests | | (5) | (75) |
| Repayment of lease liabilities | | (25) | (20) |
| Increase in financial debt | 26 | 0 | 492 |
| Decrease in borrowings | 26 | (720) | (534) |
| Change in other borrowings | 26 | (25) | 0 |
| **NET CASH FLOW FROM FINANCING ACTIVITIES** | | **(778)** | **(137)** |
| Effect of exchange rate changes | | 17 | (33) |
| **CHANGE IN NET CASH** | | **(375)** | **64** |
| **NET CASH AT THE BEGINNING OF THE PERIOD** | | **1,484** | **1,420** |
| Net cash at the end of the period | 20 | 1,232 | 1,554 |
| (-) short-term bank facilities and non-trade current accounts in credit | 26 | (123) | (71) |
| **NET CASH AT THE END OF THE PERIOD** | | **1,109** | **1,484** |

# Consolidated statement of changes in equity

| (in millions of euros) | Notes | Number of shares | Capital | Consolidated premiums and reserves | Revaluation of the net liability in respect of defined-benefit obligations | Unrealized gains and losses on financial instruments | Currency translation reserves | Total equity attributable to owners of the parent | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|
| **JANUARY 1, 2020 *** | | 264,152,778 | 132 | 1,390 | (195) | (7) | (18) | 1,302 | (33) | 1,268 |
| Net income for the period | | | | (71) | | | | (71) | 50 | (21) |
| Other items of comprehensive income | 8 | | | | (48) | 167 | (168) | (49) | (17) | (65) |
| **Comprehensive income** | | | | (71) | (48) | 167 | (168) | (119) | 33 | (86) |
| Dividends paid | | | | | | | | | (75) | (75) |
| Other changes | | | | 1 | | | | 1 | | 1 |
| **DECEMBER 31, 2020 *** | | 264,152,778 | 132 | 1,320 | (243) | 160 | (186) | 1,183 | (75) | 1,109 |
| Net income for the period | | | | 678 | | | | 678 | 52 | 730 |
| Other items of comprehensive income | 8 | | | | 21 | (148) | 143 | 16 | 6 | 22 |
| **Comprehensive income** | | | | 678 | 21 | (148) | 143 | 694 | 59 | 752 |
| Dividends paid | | | | | | | | | (5) | (5) |
| Other changes ** | | | | (8) | (3) | | 10 | (1) | 3 | 2 |
| **DECEMBER 31, 2021** | | 264,152,778 | 132 | 1,990 | (225) | 12 | (34) | 1,876 | (18) | 1,858 |

\*   Pursuant to the final decision of the IFRS IC in May 2021 concerning the attributing of post-employment benefits to periods of service (IAS 19), comparative 2020 data have been restated compared with the data reported in the 2020 financial statements. The impacts of these restatements are detailed in Note 36.

\*\*   Other changes correspond to the takeover of Cominak (see Notes 1.1 and 23) and the acquisition of AREVA Mongol LLC securities (see Notes 2 and 23).

**6**

**6**  **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

# Notes to the consolidated financial statements for the year ended December 31, 2021

## Summary of notes

| NOTE 1 | Significant events, estimates and judgments and accounting principles | 213 |
| | 1.1 Significant events of the period | 213 |
| | 1.2 Estimates and judgments | 214 |
| | 1.3 Accounting principles | 214 |
| NOTE 2 | Scope | 226 |
| NOTE 3 | Segment information | 230 |
| NOTE 4 | Additional information by type | 233 |
| NOTE 5 | Other operating income and expenses | 234 |
| NOTE 6 | From operating income to EBITDA | 235 |
| NOTE 7 | Net financial income (expense) | 235 |
| NOTE 8 | Income tax | 236 |
| NOTE 9 | Goodwill | 238 |
| NOTE 10 | Intangible assets | 240 |
| NOTE 11 | Property, plant and equipment | 241 |
| NOTE 12 | Leases | 242 |
| NOTE 13 | End-of-lifecycle operations | 242 |
| NOTE 14 | Information on joint ventures and associates | 248 |
| NOTE 15 | Other current and non-current assets | 250 |
| NOTE 16 | Inventories and work-in-process | 250 |
| NOTE 17 | Trade accounts receivable and related accounts | 251 |
| NOTE 18 | Contract assets and liabilities | 251 |
| NOTE 19 | Other operating receivables | 251 |
| NOTE 20 | Cash and cash equivalents | 252 |
| NOTE 21 | Cash flows from operating activities | 252 |
| NOTE 22 | Equity | 252 |
| NOTE 23 | Non-controlling interests | 253 |
| NOTE 24 | Employee benefits | 254 |
| NOTE 25 | Other provisions | 258 |
| NOTE 26 | Financial liabilities | 259 |
| NOTE 27 | Other operating liabilities | 262 |
| NOTE 28 | Related-party transactions | 262 |
| NOTE 29 | Financial instruments | 264 |
| NOTE 30 | Additional information on financial instruments | 267 |
| NOTE 31 | Off-balance sheet commitments | 271 |
| NOTE 32 | Backlog | 271 |
| NOTE 33 | Disputes and contingent liabilities | 271 |
| NOTE 34 | Statutory Auditors' fees | 273 |
| NOTE 35 | Events subsequent to the closing of the financial statements at December 31, 2021 | 274 |
| NOTE 36 | Transition from published financial statements for 2020 to restated financial statements for 2020 | 274 |

*All amounts are presented in millions of euros unless otherwise indicated. Certain totals may have rounding differences.*

## INTRODUCTION

Orano is a French public limited company (*société anonyme*) with a Board of Directors domiciled in France and governed by the French Commercial Code.

The group offers products and services with high added value throughout the entire nuclear fuel cycle, from raw materials to waste treatment. Its activities, from mining to dismantling, as well as in conversion, enrichment, recycling, logistics and engineering, contribute to the production of low-carbon electricity.

Orano SA has issued debt securities admitted to trading on the Euronext Paris regulated market; in accordance with Article L. 233-16 of the French Commercial Code; it is therefore required to publish consolidated financial statements. The consolidated financial statements of the Orano group as of December 31, 2021 have been prepared in accordance with IFRS. They were approved by the Board of Directors of Orano SA on February 24, 2022.

## NOTE 1   SIGNIFICANT EVENTS, ESTIMATES AND JUDGMENTS AND ACCOUNTING PRINCIPLES

### 1.1  Significant events of the period

#### Signing of contracts for the return of German nuclear waste

In August 2021, the German utilities PreussenElektra, RWE, ENBW and Vattenfall signed a set of contracts with Orano for a total amount of more than one billion euros for the return of all German nuclear waste stored at the Orano la Hague plant. These contracts represent the balance of all commitments made in the past for waste from German utilities and provide for the return to Germany of the equivalent in mass and radioactivity of this waste contained in the used fuel elements from German reactors. More than 97% of the total radioactivity has already been returned. These contracts entered into force on September 7, 2021 after the signing of an intergovernmental agreement between Germany and France (see Note 3).

#### Impacts of the Covid-19 health crisis

In 2021, only the group's mining activities were impacted by the Covid crisis from January to May, with the shutdown of the Cigar Lake mine and the McClean Lake plant. At the end of December, the Covid-19 crisis had not affected the value of the group's industrial assets, however it had adversely affected the results for the period in the Mining sector.

#### Situation of the McArthur River mine and Key Lake processing plant in Canada

On February 9, 2022, Cameco announced the gradual restart in 2022 of the McArthur River mine (69.8% owned by Cameco and 30.2% by Orano) and the Key Lake ore processing plant (83.3% owned by Cameco and 16.7% by Orano), which had been mothballed until then. The ramp-up of production is expected to be spread over several years, with, as part of this timeframe, a reduction in production from the Cigar Lake mine in view of the market equilibria.

#### Cominak production shutdown

On March 31, 2021, the Akouta mine in Niger operated by Cominak definitively ceased production after more than 40 years and 75,000 metric tons of uranium extracted. The social (plan dedicated to supporting employees and subcontractors) and societal (measures to support the local economy, in particular through support for entrepreneurship, health, the education system and the transfer of infrastructure managed by Cominak to the State of Niger) transition began immediately. Redevelopment work will be followed by a period of environmental monitoring.

Since the end of February 2021, Orano Mining has held 59% of the share capital of Cominak after the acquisition of the stake held by one of the historical shareholders, the Japanese company OURD, which contributed to the dismantling and transition budget during the purchase of its stake by Orano. The other shareholders are SOPAMIN (Niger) (31%) and ENUSA (Spain) (10%) (see Notes 5 and 23).

#### Changes in the share capital of Orano SA

On February 22, 2021, the French State acquired 10,566,111 shares from AREVA SA, *i.e.* 4.0% of the share capital of Orano SA.

On July 12, 2021, in its role as trustee of the trust set up by AREVA SA for the benefit of its lenders, Caisse des Dépôts et consignations sold 12,121,953 Orano SA shares, *i.e.* 4.6% of the share capital, to the French State. As a result, this trust was closed and the balance of the 26,415,277 Orano SA shares held until then by Caisse des Dépôts et consignations, *i.e.* 14,293,324 shares, was transferred to AREVA SA.

**6**



**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

On July 13, 2021, the French State acquired 31,698,333 Orano SA shares, *i.e.* 12.0% of the share capital, from AREVA SA.

On October 1, the French State acquired 24,830,361 Orano SA shares, representing approximately 9.4% of the Company's share capital, from AREVA SA.

Since that date, the capital of Orano SA has been held by the French State (79.99%), AREVA SA (0.01%), CEA (1 share), JNFL (5%) and MHI (5%), as well as by Natixis (10%) in the context of a trust.

## 1.2 Estimates and judgments

In preparing its consolidated financial statements, Orano must make estimates, assumptions and judgments impacting the carrying amount of certain assets and liabilities, income and expense items, or information disclosed in certain notes to the financial statements. Orano updates its estimates and judgments on a regular basis to reflect past experience and other factors deemed pertinent, based on economic conditions. As a function of changes in these assumptions or in circumstances, the amounts appearing in its future financial statements may differ from current estimates, particularly in the following areas:

- operating margins on contracts recognized according to the percentage-of-completion method, which are estimated by the project teams and reviewed by management in accordance with the group's procedures (see Notes 1.3.6 and 25);
- cash flow forecasts and the discount and growth rates used for impairment tests for goodwill and other property, plant and equipment and intangible assets (see Notes 1.3.7.5, 9, 10 and 11);
- all assumptions used to assess the value of pension commitments and other employee benefits, particularly future payroll increases and discount rates, retirement age and employee turnover (see Notes 1.3.10 and 24);
- all assumptions used to measure provisions for end-of-lifecycle operations (see Notes 1.3.12 and 13) and, where appropriate, the assets corresponding to the share financed by third-parties, in particular:
  - estimated costs of those operations,
  - inflation and discount rates,
  - schedule of future disbursements,
  - operating life of the facilities,
  - scenario chosen with regard to knowledge of the initial condition of the facilities, the target final condition, and waste treatment and removal methods and their availability,
  - procedures for final shutdown,
  - safety requirements and regulatory developments;
- assumptions used to measure the existence of provisions or contingent liabilities for nuclear materials belonging to the group: the estimated costs of those operations, the provisional payment schedule, the inflation rate and the discount rate (see Notes 1.3.11 and 25);
- estimates and judgments regarding the outcome of disputes in progress and, more generally, estimates regarding all of the provisions and contingent liabilities of Orano (see Notes 1.3.11 and 25);

- estimates and judgments relative to the recoverability of accounts receivable from the group's customers and other financial assets (see Notes 1.3.6 and 1.3.9.5); and
- estimates of future taxable income allowing the recognition of deferred tax assets (see Notes 1.3.13 and 8).

The challenges related to climate change are implemented through the implementation of a "Commitments" roadmap, an operational translation of our purpose. Orano has set targets for reducing its $CO_2$ emissions (a 40% reduction in scopes 1 and 2 emissions compared to the baseline year 2015) by 2025 based on both energy performance plans for its industrial sites and a targeted CAPEX strategy such as, for example, the complete electrification of steam production at the la Hague plant or the project to implement a photovoltaic installation for the Somaïr mining site in Niger.

The financial trajectories used for impairment tests include the expenses associated with these investments. In addition, the group analyzed the impact of its objectives on the useful life of property, plant and equipment or the valuation of provisions for contingencies and confirmed the absence of a significant impact on the financial statements.

## 1.3 Accounting principles

### 1.3.1 Basis of preparation

Pursuant to European Regulation 1606/2002 of July 19, 2002 on international accounting standards, the consolidated financial statements of Orano for the year ended December 31, 2021 were prepared in accordance with international accounting standards as published by the International Accounting Standard Board (IASB) and approved by the European Union as of December 31, 2021. They include IAS (International Accounting Standards), IFRS (International Financial Reporting Standards) and the interpretations issued by the IFRS Interpretations Committee (IFRS-IC) and by the former Standing Interpretation Committee (SIC).

The IFRS standards and interpretations as adopted in the European Union are available on the website: https://ec.europa.eu/finance/company-reporting/standards-interpretations/index_fr.htm.

The group has not adopted in advance any standards, amendments or interpretations published by the IASB whose implementation was not mandatory in 2021.

The consolidated financial statements have been prepared on a historical cost basis, with the exception of derivative instruments and certain financial assets, which have been measured at fair value. Financial liabilities (excluding derivatives) are measured on the amortized cost principle.

**Standards, amendments and interpretations that came into force on January 1, 2021**

- the amendments to IFRS 9, IAS 39, and IFRS 7 "Reform of benchmark interest rates (Phase II)";
- amendments to IFRS 16 "Covid-19-Related Rent Concessions beyond June 30, 2021".

These amendments and interpretations with mandatory application from January 1, 2021 did not have any significant impact on the group's consolidated financial statements.

### IFRIC decision on IAS 19

In May 2021, the IASB approved the IFRIC decision on the attribution of rights from post-employment benefit plans. This decision concerns the inclusion, at the rate of recognition of commitments, of the capping of rights provided for in collective agreements. This decision mainly concerns retirement benefits in France.

At the start of the 2020 financial year, the restatement resulted in a reduction in commitments for the plans concerned with, as counterparty, an increase in equity.

### IFRIC decision on SaaS contracts (IAS 38)

The IFRIC has published a decision on the treatment of software configuration and customization costs used in SaaS (Software as a Service) mode, which results in these costs being recognized as expenses when the services are received. The Company has undertaken an inventory of capitalized costs that will have to be expensed due to the IFRIC decision. The analysis, which presents certain operational complexities, should be finalized in the first half of 2022. If the IFRIC decision has a significant impact, its implementation will result in a change in accounting method, the effects of which will be reflected retrospectively.

### New standards and interpretations adopted by the European Union for which application is not yet mandatory and which have not been early adopted

- amendment to IFRS 3 "Reference to the Conceptual Framework";
- annual improvements 2018-2020 relating to IFRS 9 and IFRS 16;
- amendments to IAS 1 "Presentation of financial statements - Classification of liabilities as current or non-current" and "Disclosure of accounting policies";
- amendment to IAS 8 "Definition of accounting estimates"; and
- amendment to IAS 12 "Deferred tax related to assets and liabilities arising from a single transaction".

### Amendment to IAS 37 "Onerous contracts – Cost of fulfilling a contract"

The amendment specifies that, in order to assess the loss-making nature of a contract, the unavoidable costs of performing a contract include not only the incremental costs but also an allocation of common costs directly attributable to the contract. This amendment will be mandatory from January 1, 2022.

These amendments and improvements were not applied in advance at January 1, 2021. The group is currently analyzing the potential impacts of these amendments.

## 1.3.2   Financial statement presentation rules

### Current and non-current assets and liabilities

The assets and liabilities constituting working capital requirement in the normal business cycle are classified as current in the consolidated statement of financial position. Other assets and liabilities are classified as current or non-current depending on whether their maturity is greater or lesser than one year from the reporting date.

### Other operating income and expenses

Income and expenses that, by nature, are unusual, abnormal or infrequent are included in other operating income and expenses. This heading includes:

- impairment and reversals of impairment for loss of value;
- gains or losses on disposals of non-financial assets;
- changes in provisions for end-of-lifecycle operations on discontinued facilities caused by changes in cost estimates;
- dismantling and waste treatment and retrieval costs, as well as changes in the corresponding provisions;
- the effects of restructuring plans; and
- the effects of amendments to pension plans and other post-employment benefits.

## 1.3.3   Consolidation method

### Subsidiaries

Entities over which the group exercises exclusive control are fully consolidated. Control by the group over its subsidiaries is based on its exposure or entitlements to variable income resulting from its investment in these entities, as well as its ability to exercise power over the entity in such a way as to influence the amount of the returns it receives.

In the event of a change in the percentage of the group's interest in a subsidiary without loss of control, the change is recognized as a transaction between shareholders.

Intra-group balances and transactions are eliminated.

The acquisition date from which the group consolidates the financial statements of the acquiree is the date of its effective takeover.

Non-controlling interests in the net assets of consolidated subsidiaries are presented on a separate line of equity under "non-controlling interests." Non-controlling interests include the amount of minority interests as of the acquisition date and the amount represented by minority interests in the change in equity since that date. In the absence of a binding agreement, the negative results of subsidiaries are systematically allocated to equity attributable to the owners of the parent company and to non-controlling interests, based on their respective percentage interests, even if they become negative.

Transactions with non-controlling interests, without impact on control, are treated as transactions with group shareholders and are recorded in equity.

### Joint ventures and associates

An associate is an entity over which the group exercises significant influence. Significant influence is the power to influence the making of key financial and operational decisions within the entity, without this demonstrating control or joint control of the group.

A joint venture is a joint arrangement in which the parties, who exercise joint control, are entitled to a share of the net assets of the joint venture. Joint control is demonstrated when, on the basis of the rights provided for by this agreement, decisions on the relevant activities of the entity require the unanimous agreement of the parties.

**6**



The factors taken into account to demonstrate significant influence or joint control are similar to those used for analyzing the group's control over its subsidiaries. Joint ventures and associates are accounted for using the equity method.

### Interests in joint operations

A joint operation is a partnership in which the partners (joint owners), who exercise joint control over the entity, have direct rights over the assets of the entity, and obligations in respect of its liabilities. As a co-investor, the group recognizes the relevant assets and liabilities line by line, as well as the income and expenses related to its interests in the joint operations.

### 1.3.4   Consideration of the effect of foreign currencies

The group's consolidated financial statements are denominated in euros, which is also the functional currency of the group's parent company. The group has determined the functional currency of each of its subsidiaries based on the economic environment in which it conducts the major part of its operations. In most cases, the functional currency is the local currency.

### Transactions denominated in foreign currencies

Foreign currency-denominated transactions are translated by group companies into their functional currency at the exchange rate prevailing at the transaction date.

Monetary assets and liabilities denominated in foreign currencies are revalued at the exchange rate prevailing on the last day of the period. Foreign exchange gains and losses are then recognized:

- in operating income when related to commercial transactions (trade accounts receivable, trade accounts payable);
- in financial income when they relate to financial transactions (loans or borrowings).

### Translation of the financial statements of consolidated companies whose functional currency is different from that of the group

As part of the consolidation process, assets and liabilities denominated in foreign currencies are translated into euros at the closing rate, and expenses and income are converted at the rate prevailing on the date of the transaction. Foreign exchange differences are recognized in currency translation adjustments in Other items of comprehensive income. In the event of the disposal of a foreign entity, the share of accumulated currency translation adjustments relating to this entity is recycled in the statement of income.

### 1.3.5   Segment information

The operating segments selected for the purposes of segment information have been identified on the basis of the internal reporting used by the chief operating decision-maker to allocate resources to the various segments and assess their performance.

The group's chief operating decision-maker is the Executive Management, assisted by the Executive Committee.

The analysis of internal reporting and the specific features of the group's businesses have led Orano to present the following three operating segments: Mining, Front End and Back End. Information relating to Orano Med is presented under "Corporate and other operations".

Mining activities cover exploration (search for new deposits), mining projects (studies and construction of mines), operation (extraction of natural uranium, then chemical concentration into $U_3O_8$) and the redevelopment of sites after their operation.

Front End activities primarily include the conversion of uranium concentrate ($U_3O_8$) to uranium hexafluoride ($UF_6$), followed by the enrichment of $UF_6$ by centrifugation.

Lastly, Back End activities include used fuel recycling, nuclear logistics (cask design and manufacturing, and transportation of nuclear materials and waste), dismantling and services (dismantling of nuclear facilities, waste management and services to nuclear operators), as well as engineering activities (design and implementation of complex projects).

The methods used to measure the key indicators of each sector when preparing the internal reporting are identical to those used for the preparation of the consolidated financial statements. As a result, the segment information provided in the tables is presented in accordance with the same accounting principles as those used for the group's consolidated financial statements.

In addition, transactions between operating segments are carried out on an arm's length basis.

EBITDA is equal to operating income restated for net depreciation, amortization and operating provisions (excluding net impairment of current assets) as well as net gain on disposal of property, plant and equipment and intangible assets, gains and losses on asset leases and effects of takeovers and losses of control.

In addition, the calculation of EBITDA is restated to:

i) reflect the cash flows related to employee benefits (benefits paid and contribution to hedging assets) in lieu of the service cost recognized;

ii) exclude the cost of end-of-life operations for the group's nuclear facilities (dismantling, retrieval and conditioning of waste) carried out during the financial year.

Segment assets include "Inventories and work-in-progress", receivables (excluding tax) and non-current assets, with the exception of "Deferred tax" and "Investments in joint ventures and associates." Orano has adopted centralized management of its tax system and cash management. Therefore, the corresponding statement of financial position and statement of income items are not assigned to business operations.

Moreover, information on segment assets and liabilities is not regularly provided to the chief operating decision-maker; the group has nevertheless elected to present the allocatable assets by operating segment on a voluntary basis.

Orano also publishes information by region: Orano's consolidated revenue is broken down between the following five regions by destination of sales: France, Europe excluding France, Americas (North and South), Asia-Pacific, Africa and Middle East.

### 1.3.6   Revenue

The group operates in the various stages of the fuel cycle, offering the following products and services:

- supply of uranium concentrates ($U_3O_8$);
- supply of conversion and enrichment services or $UF_6$ and enriched $UF_6$;

- treatment-recycling services;
- engineering support to the operator and dismantling of nuclear facilities; and
- transportation and warehousing logistics services and solutions, including cask design and manufacturing.

### Customer contracts and performance obligations

Contracts with customers are analyzed to determine the performance requirements that constitute the unit of account for revenue recognition.

### Contract price

The contract price is the amount of the consideration that Orano expects to receive in exchange for the goods and services transferred. This price includes firm fixed items, as well as variable items in the proportion considered highly likely to be received. Variable items include price revisions potentially resulting from indexation clauses or riders, the potential effects of penalties or discounts, *etc.*

The contract price is adjusted in the event that one of the parties to the contract receives a significant financing advantage from the other party, *i.e.* when the combination of (i) the time lag between receipt and transfer of control of the goods and services covered by the contract (*i.e.* revenue recognition) and (ii) the interest rate applicable to an equivalent credit facility has a significant impact on the contract price negotiated by the parties. This adjustment is equivalent to recognizing revenue on the basis of a transaction price reflecting the price that the customer would have paid for a spot transaction, *i.e.* net of any items related to the financing terms. The adjustment determined in this manner on the contract price is recognized at the same time as revenue, while the expense or financial income is recognized in proportion to the performance and amortization of the implied credit facility resulting from the terms of payment. The interest rate applied is the marginal financing rate that the party receiving the financing would have obtained from a financial institution by negotiating, on the date of the signature of the contract, a loan whose characteristics are similar to the implied financing granted.

### Allocation of the contract price to performance obligations

The contract price is allocated to each performance obligation based on the proportions of the separate sale prices, generally in line with the contractual terms. Otherwise, the sale price of the performance obligation is calculated on the basis of costs and an expected margin for similar services.

### Recognition of revenue associated with each performance obligation

Revenue is recognized when the company transfers control of the goods or services to the customer. In application of this principle, revenue is recognized:

- for concentrate supply contracts: on delivery of uranium concentrates to conversion sites designated by customers; the delivery can be materialized by a physical delivery or by a transfer from the material account held by Orano with the converter to the material account held by the customer with the same converter ("book transfer");
- for conversion and enrichment contracts: upon delivery of $UF_6$. The delivery can be materialized by a physical delivery or by a transfer from the material account held by Orano to the material account held by the customer with the fuel enricher or assembler;
- for treatment-recycling, transportation and storage services: by the percentage-of-completion method; when the contract requires the customer to participate in the financing of the construction of an asset necessary for the performance of the services covered by the contract, the revenue relating to the financing received is recognized on the basis of the percentage of completion of the underlying services over the useful life of the asset, except if the customer takes control of the asset upon completion (in which case the revenue is recognized as the asset is constructed); and
- for design and equipment manufacturing contracts that meet the customer's technical specifications: by the percentage-of-completion method, except if the group does not have a sufficient right to payments for the services performed to date in the event of interruption of the contract for a reason other than the group's default.

When revenue recognition is made using the percentage-of-completion method in the cases described above, the percentage of completion is determined by the ratio of costs incurred to costs at termination. Revenue is recognized insofar as it is highly likely that it will not be subject to any subsequent reversal.

### Contract assets and liabilities

Contract assets are the rights held by the group in respect of work performed, but which does not yet constitute an unconditional right to payment.

Contract liabilities are the amounts recognized in the event of payments received in excess of the amount recognized as revenue in satisfaction of a performance obligation. They include:

- amounts received from customers and used to finance capital expenditure for the performance of long-term contracts to which they are party; and
- other advances and downpayments received from customers reversed as and when the services covered by the contract are realized.

In accordance with the provisions of the standard, the group offsets each contract between assets and liabilities.

Trade receivables represent the unconditional right of the group to receive a payment depending solely on the passage of time.

### Costs of obtaining contracts

Costs incurred to obtain a contract are only capitalized if:

- they are marginal costs that the group would not have incurred if it had not obtained the contract; and
- the group expects to recover them.

**6**

 **6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

### 1.3.7  Valuation of property, plant and equipment and intangible assets

#### 1.3.7.1  Intangible assets

An intangible asset is recognized when it is probable that future economic benefits therefrom will accrue to the company and if the cost of this asset can be reliably estimated based on reasonable and documented assumptions.

Intangible assets are recorded at their acquisition or production cost.

**Goodwill**

The group applies the amendment to IFRS 3, which entered into force on January 1, 2020, to determine whether an acquisition should be accounted for as a business combination or as an acquisition of isolated asset(s).

In accordance with IFRS 3 "Business combinations", goodwill relating to a business combination represents the difference between:

● on the one hand, the sum of the following items:

 ● the purchase price for the takeover at fair value at the acquisition date,

 ● the amount of non-controlling interests in the acquired entity, and

 ● for step acquisitions, the fair value, at the acquisition date, of the group's interest in the acquired entity before the acquisition of control;

● on the other hand, the net amount of assets acquired and liabilities assumed, measured at their fair value at the acquisition date.

When the resulting difference is negative, it is immediately recognized in profit or loss.

The amount of goodwill is definitively set within 12 months of the date of acquisition.

Goodwill is allocated to the cash-generating units (CGUs) or group of CGUs in which it is monitored.

Goodwill from the acquisition of subsidiaries is presented separately in the statement of financial position. Goodwill is not amortized, but is subject to impairment testing whenever indications of loss of value are identified, and at least once a year, as described in 1.3.7.5.

After initial recognition, goodwill is recorded at cost less, where applicable, any impairment recognized. In the statement of income, impairment losses related to goodwill are presented under "Other operating expenses."

Goodwill arising on the acquisition of associates and joint ventures is included in the carrying amount of the interest recorded in the group's statement of financial position. In the statement of income, impairment losses related to this goodwill are recorded under "Share of net income of associates and joint ventures."

When a CGU or part of a CGU is sold, the share of goodwill corresponding to the transferred entity is taken into account in the carrying amount of its net assets used to determine the gain or loss realized. The share of goodwill is measured based on the relative value of the scope transferred within the CGU or group of CGUs.

**Research and Development expenses**

Research expenses incurred by the group on its own account are expensed as incurred.

Research and Development expenses funded by customers under contracts are included in the production cost of these contracts and recorded under "Cost of sales."

Expenses relating to development projects are recognized as intangible assets if the project meets the following criteria:

● the project is clearly defined and its costs are identified separately and measured reliably;

● the project's technical feasibility has been demonstrated;

● it is the group's intention to complete the project with a view to its use or sale;

● adequate technical and financial resources are available for the completion of the project; and

● it is likely that the future economic benefits associated with the project will accrue to the group.

Development costs capitalized on that basis are then amortized over the probable useful life of the intangible asset, as from the commissioning date. They are depreciated on a straight-line basis over a minimum period of time.

**Mineral exploration and pre-mining development**

Mineral exploration and pre-mining development work are valued on the basis of the following rules:

● exploration expenses whose purpose is to identify new mineral resources, and expenses related to assessments and pre-development of identified deposits are incurred before project profitability is determined and are recognized as "Research and Development expenses" for the financial year;

● pre-mining development expenses that concern a project which, as of the date of the financial statements, has a strong chance of technical success and commercial profitability, are capitalized. Indirect costs, excluding overhead expenses, are included in the valuation of these costs. Capitalized pre-mining expenses are amortized in proportion to the number of metric tons mined from the reserves they helped identify.

**Other intangible assets**

Other intangible assets, including mining rights and acquired technology, are measured at acquisition cost or production cost. They are amortized using the most appropriate method in view of their use (straight-line or by units of production), starting on the date they were placed in service and over the shorter of their probable period of use or, when applicable, the duration of their legal protection.

#### 1.3.7.2  Property, plant and equipment

Property, plant and equipment are recognized at acquisition or production cost, including startup expenses, less cumulative depreciation and impairment.

In the event of the acquisition of a group of assets, the group has chosen, for the allocation of the acquisition cost, to measure the assets and liabilities that are not measured at cost according to the IFRS standards applicable to them, then allocate the residual acquisition cost to the assets and liabilities measured at cost price in proportion to their respective values (IFRIC Update 11/17).

The cost of in-house facilities includes all labor costs, parts and all other production costs involved in the construction of the asset.

The cost of nuclear facilities includes the group's share of provisions for end-of-lifecycle operations, estimated at the date they are placed in service, termed "Dismantling assets (own share)" (see Note 1.3.12). In accordance with IFRIC 1, changes in provisions for end-of-lifecycle operations coming from changes in estimates or calculation assumptions and relating to nuclear facilities in operation are offset by a change of the same amount to the assets to which these provisions relate.

Property, plant and equipment are depreciated based on the approach deemed most representative of the economic impairment of the assets (straight-line depreciation or as a function of the production units); each component is depreciated over its specific useful life.

Mining land is depreciated over the operating period of the deposit; site layout and preparation expenses are depreciated over 10 years; buildings over 10 to 45 years; production facilities, equipment and tooling other than nuclear facilities over 5 to 10 years; general facilities and miscellaneous fixtures over 10 to 20 years; industrial packaging over 10 to 20 years, and other transportation equipment, office equipment, computer equipment and furniture over 3 to 10 years. Nuclear facilities are depreciated on a straight-line basis over their estimated useful lives.

Depreciation periods are revised if there is a significant change in their estimated useful lives.

Changes in the value of dismantling assets (own share) are amortized on a prospective basis over the remaining useful lives of the facilities.

### 1.3.7.3   Leases

Leases are recognized in the statement of financial position as soon as they come into effect, by the recognition of right-of-use assets under "Right-of-use assets – Leases" and a liability recorded under "Lease liabilities." A contract contains a lease if it gives the group the right to control the use of an identified asset for a specified period in exchange for the payment of a consideration.

On the effective date of the contract, the lease liability is the present value of future payments.

Lease payments are discounted at the incremental borrowing rate. The rate used, determined by currency and by maturity, is the rate that the lessee would have had to pay to borrow, over a similar period and with a similar guarantee, the funds necessary to obtain goods of similar value to the right to use the leased asset in a similar economic environment.

The value of the right of use is determined on the effective date of the lease from the initial amount of the lease liability, plus, where applicable:

- advance payments made to the lessor, net of advantages received from the lessor;

- initial direct costs: these are the incremental costs incurred by the lessee for the conclusion of the contract;

- the estimated costs of remediation of the leased property; this amount is discounted and recorded against a provision for remediation.

In the statement of income, rental expense is replaced by an amortization expense for the right of use and an interest charge. This restatement results in the recognition of deferred taxes. In the statement of cash flows, only the interest expense impacts the cash flows generated by the activity; the repayment of the principal of the lease liability affects the cash flows linked to financing operations.

Leases on contracts for assets with a low unit value or for short terms are expensed directly.

The right of use and the lease liability are amortized over the term of the lease, which is the firm period of the commitment taking into account optional periods that are reasonably certain to be exercised. The probability of exercising a renewal option or not exercising a termination option is determined by type of contract or on a case-by-case basis based on contractual and regulatory provisions, the nature of the underlying asset, its specific features and its location, as appropriate.

For impairment testing, right-of-use assets are allocated to the CGU or group of CGUs to which they belong. To this end, the value of the right-of-use asset is integrated into the carrying amount of the CGU or group of CGUs and the lease payments used to calculate the lease liability are excluded from the future cash flows used for the determination of the value in use of the CGU or group of CGUs tested. These procedures for carrying out impairment testing in connection with the application of IFRS 16 did not have a material impact on the results of testing in view of the amount of right-of-use assets.

### 1.3.7.4   Incorporation of borrowing costs

In accordance with IAS 23 revised, effective since January 1, 2009, the borrowing costs related to property, plant and equipment and intangible assets for projects initiated after that date and for which the construction or development period is greater than one year are included in the costs of these assets.

Borrowing costs are not included in the measurement of property, plant and equipment and intangible assets when:

- they came into service before January 1, 2009; or

- they came into service after this date, but the expenses were incurred and recognized as fixed assets in progress at December 31, 2008.

### 1.3.7.5   Impairment of property, plant and equipment, intangible assets and goodwill

Assets that do not generate cash flows that are largely independent of each other are grouped together in the cash-generating units (CGUs) to which these assets belong. CGUs are uniform sets of assets whose ongoing use generates cash inflows that are largely independent of the cash inflows generated by other groups of assets. They reflect the way in which activities are managed within the group.

**6**



**6** FINANCIAL STATEMENTS

Consolidated financial statements – financial year ended December 31, 2021

Impairment tests are performed on property, plant and equipment and intangible assets with finite useful lives whenever there is an indication of impairment. Impairment losses on property, plant and equipment or intangible assets may be reversed later if there has been a change in the estimates used to determine the recoverable value of the asset and if that amount again comes to be greater than the net carrying amount. The value of the asset after reversal of the impairment loss is capped at the carrying amount net of amortization, as if no impairment loss had been recognized in prior years.

The recoverable value of unexploited deposits of the Mining activity is assessed on the basis of multiples of deposits in the ground. Reversals of impairment losses, when possible, are assessed in the light of changes in these multiples and future operating prospects.

In addition, impairment tests are systematically performed at least once a year for goodwill and intangible assets with indefinite lives, and whenever there is an indication of loss of value. Such tests are performed at the level of the cash-generating units (CGU) or groups of CGUs to which the goodwill and intangible assets belong.

Impairment is recognized when the recoverable amount of the CGU is less than the net carrying amount of the assets belonging to it. Impairment losses recognized on goodwill cannot subsequently be reversed.

The group performs impairment tests on its assets on the basis of its best estimate of their recoverable value, which is the greater of:

- its fair value less costs to sell, corresponding to the net realizable value based on observable data, when available (recent transactions, offers received from potential acquirers, reported ratios for comparable publicly traded companies, multiples of uranium resources in the ground obtained by comparing the market capitalizations of comparable companies with the stated deposit reserves or resources); and

- its value in use, which is equal to the present value of projected future cash flows generated, resulting from the strategic plan validated by the governance bodies and underlying assumptions, plus the "terminal value", corresponding to the present value, discounted to infinity, of cash flows for the "normative" year estimated at the end of the period covered by future cash flow projections. However, some CGUs or groups of CGUs have finite lives (depending on the volume of ore resources in Mining or the duration of operating permits in nuclear operations); in such cases, the cash flows taken into account to assess their value in use are not discounted to infinity but within the limit of their expected useful lives.

The discount rates used are based on the weighted average cost of capital of each of the assets or groups of assets concerned. They are calculated after tax.

Impairment tests are sensitive to the macroeconomic (including the US dollar exchange rate) and sector-based assumptions used, particularly in terms of changes in ore prices or those of conversion and enrichment services, as well as the useful lives of the underlying assets. In view of this sensitivity, the group revises its underlying estimates and assumptions at least once a year, or more often as required by changes in market conditions.

### 1.3.8 Inventories and work-in-process

Inventories are carried at the lesser of their historical cost and their net realizable value, which is the estimated selling price in the ordinary course of business, less anticipated completion costs or costs to sell.

Inventory consumption is generally measured using the weighted average unit cost method.

The entry cost of inventory includes all direct material costs, labor costs and the allocation of indirect production costs.

In the case of material loans with transfer of ownership, the group recognizes in inventory the borrowed material at the weighted average unit cost, which corresponds to the estimated fair value of the consideration transferred on the transaction date. A liability corresponding to the obligation to return the material is recognized at the same value in the "Trade payables" account.

A provision for onerous contracts is made when the expected weighted average unit cost of the relinquishment comes to be greater than that of the liability initially recorded.

### 1.3.9 Financial assets and liabilities

#### Financial assets

Financial assets consist of:

- financial assets earmarked for end-of-lifecycle operations;
- equity interests in unconsolidated companies;
- loans, advances and deposits;
- trade accounts receivable and related accounts;
- certain other operating receivables;
- pledged bank accounts;
- cash and cash equivalents; and
- the positive fair value of derivative financial instruments.

#### Financial liabilities

Financial liabilities include:

- borrowings;
- trade payables;
- certain other operating liabilities;
- bank overdrafts; and
- the negative fair value of derivative financial instruments.

#### 1.3.9.1 Classification and measurement of financial assets and liabilities

IFRS 9 requires financial assets to be classified in one of three categories: amortized cost, fair value through profit or loss, or fair value through other comprehensive income, depending on the business model defined by the entity and the characteristics of its contractual cash flows (the so-called "solely payments of principal and interest" criterion, SPPI).

Assets meeting the definition of debt instruments (contractual cash flows associated with interest payments and repayments of capital) are recognized:

- at amortized cost when the group holds them in order to collect all contractual cash flows;

- at fair value through profit or loss when the group holds them in order to sell them and realize a capital gain;
- at fair value through other comprehensive income where the group holds them for the mixed purpose of collecting contractual cash flows and selling them (with the gain or loss recycled in profit or loss on the date of transfer).

Assets meeting the definition of equity instruments (equities or equity mutual funds) are recognized at fair value through profit or loss unless the group opts irrevocably to recognize them at fair value through other items of comprehensive income (without recycling gains or losses in profit or loss).

As an exception to these principles, certain instruments may be recognized at fair value through profit or loss when this treatment makes it possible to offset a matching position affecting the statement of income.

### 1.3.9.2  Measurement methods for financial assets and liabilities

With the exception of financial assets and liabilities measured at amortized cost, the group measures its financial assets and liabilities at fair value at the reporting date. Fair value is the price that would be received to sell an asset or paid to transfer a liability in a normal transaction between market participants on the measurement date.

All assets and liabilities measured at fair value are valued using techniques that seek to maximize the use of observable market data. These techniques are hierarchical, and have three levels:

- level 1 (unadjusted quoted prices): price at which the group may access identical assets or liabilities in active markets;
- level 2 (observable inputs): valuation techniques based on inputs that are observable, either directly or indirectly, in an active market for similar instruments; and
- level 3 (unobservable inputs): valuation techniques primarily using unobservable inputs, including observable inputs with significant adjustments.

### 1.3.9.3  Financial assets earmarked for-end-of-lifecycle operations

This heading brings together all the investments that Orano earmarks for the funding of its future end-of-lifecycle operations in nuclear operations, including facility dismantling and waste retrieval and packaging. It includes directly-held publicly traded shares and bonds, earmarked equity mutual investment funds, earmarked bond and money-market mutual investment funds, and cash. It also includes receivables resulting from agreements with third parties for the funding of end-of-lifecycle operations. These receivables are recognized using the method described in Note 1.3.9.5.

Orano does not consolidate the assets of its earmarked mutual funds line by line, insofar as it does not control them within the meaning of IFRS 10:

- Orano is not involved in the management of the earmarked mutual funds, which are managed by front-ranking independent management companies;
- Orano does not hold voting rights in the investment funds;

- the mutual funds do not trade directly or indirectly in financial instruments issued by Orano;
- none of the financial investments made by the funds are strategic to Orano;
- Orano receives no benefit and bears no risk other than that normally associated with investments in mutual funds and in proportion to its holding; and
- the management agreements governing termination by Orano restrict this to specific cases (gross negligence, fraud, *etc.*). This means that Orano cannot replace a fund's management company at will.

Accordingly, the earmarked mutual funds are recorded on a single line in the statement of financial position in an amount corresponding to Orano's share of their net asset value as of the reporting date.

Other than government bonds and the claim on the EDF and CEA, resulting from the overfinancing of ANDRA, which are recognized at amortized cost, the entire portfolio of assets earmarked for end-of-lifecycle operations is recorded as financial assets at fair value through profit or loss.

### 1.3.9.4  Loans, advances and deposits

This heading mainly includes loans related to unconsolidated interests, advances for acquisitions of interests, and security deposits.

These are valued at amortized cost. Impairment is recognized when the recoverable amount is less than the carrying amount.

### 1.3.9.5  Trade receivables

Trade receivables are recognized using the amortized cost method.

Impairment is calculated on the basis of the expected credit loss model. Under this model, 12-month expected credit losses (resulting from the risk of default in the next 12 months) are recorded on issued or purchased instruments at their initial recognition. Full lifetime expected credit losses (resulting from the risk of defaults over the remaining life of the instrument) are recognized when a significant increase in credit risk is recorded after initial recognition or in the case of short-term trade receivables. The group determines the expected loss based on (a) the amount of exposure at default, (b) the associated loss-given-default rate, and (c) the probability of default.

### 1.3.9.6  Other current financial assets

Cash management financial assets include negotiable debt securities with a maturity of more than three months and securities in non-money market funds with a short-term management horizon that can be easily mobilized and do not strictly meet the criteria for classification as cash equivalents laid down by IAS 7. Debt securities are measured using the amortized cost method, and UCITS at fair value through profit or loss.

### 1.3. 9.7  Cash and cash equivalents

Cash includes bank balances and non-trade current accounts with unconsolidated entities.

Cash equivalents include risk-free marketable securities with an initial maturity of three months or less, or which may be converted

**6**

 **6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

almost immediately into a known amount of cash and which are subject to negligible risk of change in value as per the criteria set out in IAS 7. They include in particular negotiable debt securities and securities in money market funds in euros that comply with European Regulation EU 2017/1131 (known as "MMF"); debt securities are valued using the amortized cost method and UCITS at fair value through profit or loss.

### 1.3.9.8   Financial liabilities

Borrowings include:

- certain interest-bearing advances received from customers: interest-bearing advances received from customers are classified as borrowings when they are settled in cash, and as contract liabilities in other cases;
- loans from financial institutions;
- bonds debt issued by Orano;
- bank overdrafts; and
- liabilities under finance leases.

Borrowings are measured at amortized cost based on the effective interest rate method.

Bonds debt hedged with a rate swap (fixed-rate/floating-rate swap) qualified as a fair value hedge are revalued in the same amount as the hedging derivative.

### 1.3.9.9   Derivative financial instruments and hedge accounting

The group elected to continue applying the hedge accounting provisions of IAS 39.

#### 1.3.9.9.1 Hedged risks and financial instruments

Orano uses derivative instruments to hedge its foreign exchange and interest rate risks. The derivatives used are mainly forward currency contracts, currency and interest rate swaps, inflation swaps and currency options.

The hedged risks relate to receivables, liabilities and firm or projected obligations in foreign currencies.

#### 1.3.9.9.2 Recognition of derivatives

Derivatives are measured at fair value on initial recognition and subsequently remeasured at the end of each accounting period until settled.

Accounting methods for derivatives vary, depending on whether the derivatives are designated as fair value hedging items, cash flow hedges, hedges of net investments in foreign operations, or do not qualify as hedging items.

#### Fair value hedges

This designation concerns hedges of firm commitments in foreign currencies: purchases, sales, receivables and debt. The hedged item and the derivative are revalued simultaneously and any changes in value are recorded simultaneously in the statement of income.

#### Cash flow hedges

This designation refers to hedges of probable future cash flows: projected purchases and sales in foreign currencies.

The highly probable hedged items are not valued in the statement of financial position. Only the derivative hedges are revalued at the end of each accounting period. The portion of the gain or loss that is considered effective is recognized under "Other items of comprehensive income" and presented directly in equity under the statement of financial position heading "Deferred unrealized gains and losses on financial instruments", on an after-tax basis. Only the ineffective portion of the hedge impacts the statement of income.

The amounts recognized under "Deferred unrealized gains and losses on financial instruments" are released to income when the hedged item impacts the statement of income, *i.e.* when the hedged transaction is recognized in the financial statements.

#### Hedges of net investments in foreign operations

This designation relates to borrowings in a foreign currency and to borrowings in euros when the euro has been swapped against a foreign currency, to finance the acquisition of a subsidiary using the same functional currency, for instance. Currency translation adjustments on these borrowings are recognized under "Other items of comprehensive income" and presented on the statement of financial position under "Currency translation reserves" in their net amount after tax; only the ineffective portion is recognized through profit and loss.

The amount accumulated in currency translation reserves is released to profit and loss when the subsidiary in question is sold.

#### Derivatives not qualifying as hedges

When derivatives do not qualify as hedging instruments, fair value gains and losses are recognized immediately in the statement of income.

#### 1.3.9.9.3 Presentation of derivatives recognized in the statement of financial position and statement of income

#### Presentation in the statement of financial position

Derivatives used to hedge risks related to commercial transactions are reported under operating receivables and liabilities in the statement of financial position. Derivatives used to hedge risks related to loans, borrowings and current accounts are reported under financial assets or borrowings.

#### Presentation in the statement of income

The revaluation of derivatives and hedged items relating to commercial transactions affecting the statement of income is recognized under "Other operating income and expense", except for the component corresponding to the discount/premium, which is recognized in net financial income.

For loans and borrowings denominated in foreign currencies, the revaluation of financial hedging instruments and hedged items affecting the statement of income is recognized in net financial income.

### 1.3.9.10 Derecognition of financial assets and liabilities

The group derecognizes a financial asset when:

- the contractual rights to the cash flows generated by the asset expire; or
- the group has transferred the rights to receive the contractual cash flows related to the financial asset as a result of the transfer of substantially all the risks and rewards of ownership of the said asset.

The group derecognizes a financial liability when its contractual obligations are extinguished, when they are canceled or when they expire.

### 1.3.10 Employee benefits

Pension, early retirement, severance pay, medical insurance, long-service awards, accident and disability insurance, and other related commitments, whether for active or retired personnel, are recognized pursuant to IAS 19 as amended.

The benefits provided under post-employment benefits can be distinguished according to whether the level of benefits depends on (i) contributions made by the employee ("defined-contribution" plans) or (ii) a level of benefit defined by the company ("defined-benefit" plans).

In the case of defined-contribution plans, the group's payments are recognized as expenses for the period to which they relate.

For defined-benefit plans, benefit costs are estimated using the projected credit unit method: under this method, accrued pension benefits are allocated among service periods based on the plan vesting formula. For the calculation of retirement benefits, the capping of rights provided for in collective agreements is taken into account in the recognition of commitments.

The amount of future benefit payments to employees is determined on the basis of actuarial assumptions (change in wages, retirement age, probability of payment, turnover rate and mortality rate). These future payments are reduced to their present value using a discount rate determined according to the rates of prime corporate bonds with a maturity equivalent to that of the company's corporate liabilities.

The group has built up financial assets with an insurer to cover the expenses of defined-benefit plans. The recognition of plan assets is recorded as a counterpart to the cash paid to the insurer.

The amount of employee benefits results from the valuation of the commitments less the fair value of the assets intended to be hedged.

Remeasurements of the net liability for defined-benefit obligations (change in the obligation and financial assets due to changes in assumptions and experience differences) are recognized in "Other comprehensive income"; they cannot be reclassified to the statement of income.

In contrast, actuarial gains and losses relating to benefits for currently employed employees (*e.g.* long-service awards) are recognized in the statement of income under "Other operating income and expenses."

The costs relating to employee benefits (pensions and other similar benefits) are split into two categories:

- the discounting reversal expense for the provision, net of the expected yield on assets earmarked for retirement plans, is charged to net financial income; the expected yield on the assets is calculated using the same interest rate used to discount the provision;
- the expense corresponding to the cost of the services rendered is divided between the different operating expense items by purpose: the costs of products and services sold, Research and Development expenses, sales and marketing expenses, administrative expenses.

Past service costs, including the expense or income related to plan amendments/settlements or the introduction of new plans, are recognized in the statement of income under "Other operating income and expenses."

### 1.3.11 Provisions related to operating activities

In accordance with IAS 37, a provision is recognized when there is a present legal obligation, contractual or constructive, resulting from a past event, the termination of which is likely to result in an outflow of resources for the entity without any counterparty expected after the reporting date. A reasonably reliable estimate of this net outflow must be determined in order to recognize a provision.

When the outflow of resources is expected to occur in more than two years, provisions are discounted to net present value if the impact of discounting is material.

#### Provisions for contract completion

Provisions for contract completion cover a series of future expenses to be incurred on the la Hague and Melox (Back End segment), Tricastin and Malvési (Front End segment) sites for waste treatment and other activities resulting from the operating cycle. For the Back End segment, the work mainly covers the warehousing, treatment, packaging, transportation and storage of technological and process waste, and, for the Front End segment, nitrate effluent and dust treatment and packaging.

Furthermore, the group holds nuclear materials in various physical or chemical forms that may require specific treatments to make them marketable. The group assesses the need to establish a provision on a case-by-case basis, based on (i) existing obligations at year-end, (ii) the existence and availability of treatment facilities or the feasibility of development projects for new processes, (iii) the estimated costs of recovering these materials and (iv) the commercial prospects or economic benefits expected from these materials once recovered. A provision is recognized when the business outlook or economic benefits are insufficient in relation to the costs of treating or developing the valuation channels and the provision may be reliably estimated.

The discount rate is determined on the basis of the yield curve for French government securities (OAT rates) at the closing date, extended for non-liquid maturities using a long-term equilibrium rate, plus a spread applicable to investment grade corporate bonds as well as an illiquidity premium. Based on expected disbursements, a single equivalent rate is deducted from the rate curve constructed in this manner.

The inflation rate is set in accordance with the long-term inflation projections for the Eurozone and taking into account the European Central Bank's target rate.

Changes in assumptions relating to changes in cost estimates, discount and inflation rates, and payment schedules are recognized in profit or loss.

**6**



**6** FINANCIAL STATEMENTS

Consolidated financial statements – financial year ended December 31, 2021

### Onerous contracts

An onerous contract is one in which the costs to fulfill the terms of the contract exceed the economic benefits expected from it. Costs to fulfill the terms of the contract reflect the net cost of exit from the contract, which is the lesser of the cost of performing the contract or any compensation or penalty arising from the failure to perform it.

When the group records an onerous contract, the present value of the resulting obligation is subject to a provision (after taking into account any impairment of the assets earmarked for its performance).

### Provisions for restructuring

A provision for restructuring is recognized by the group when it has a constructive obligation, which is materialized when: (i) there is a formalized and detailed plan specifying the activity or part of the activity concerned, the location and number of people affected, the estimate of the expenses to be incurred and the date on which the plan will be implemented; and (ii) the people affected have been properly informed of the plan's main features.

### Provisions for mining site reclamation

These provisions correspond to foreseeable expenses stemming from the cost of rehabilitating mining sites borne by the group. The provision is constituted as and when the site is operated, in accordance with the principle of progressive deterioration.

The provision for mining site reclamation is equal to the proportion of tonnages processed since the commissioning of the site compared to the total tonnage of the site (quantities already processed and yet to be processed).

## 1.3.12 Provisions for end-of-lifecycle operations

Provisions for end-of-lifecycle operations cover:

- the costs of dismantling to bring the facility to the final state of decommissioning, including the costs of treatment and packaging of the waste resulting from the dismantling operations;
- the costs of storage, retrieval, treatment and packaging of certain legacy waste from older used fuel treatment contracts that could not be processed on site (WRP);
- costs related to the long-term management of radioactive waste (warehousing, transport and storage); and
- costs relating to the monitoring of storage sites after their closure.

At the closing date, these costs are adjusted in view of the prevailing economic conditions, and are positioned by payment date so as to be discounted using the inflation rate and the discount rate corresponding to the schedule of forecast expenditure.

Provisions for end-of-lifecycle operations performed by the group and relating to the dismantling of facilities are an integral part of the cost of facilities.

They are therefore measured and recognized in full as of the date of active commissioning of the corresponding nuclear facility, against an end-of-lifecycle asset set out in property, plant and equipment (see Note 1.3.7.2).

### Treatment of amortization

Dismantling assets are amortized on a straight-line basis over the same period as the relevant facilities.

The corresponding amortization expense does not contribute to the progress of the contracts and is not taken into account in the cost of inventories. It is however included in the statement of income under "Cost of sales", deducted from gross profit.

### Treatment of accretion expenses

The discounting of the provision is reversed at the end of each financial year: the discounting reversal corresponds to the increase in the provision due to the passage of time. This increase is recorded as a financial expense.

### Inflation and discount rates used to discount end-of-lifecycle operations

The inflation and discount rates used to measure present value of provisions for end-of-lifecycle operations are determined on the basis of the principles described below.

The inflation rate is set in accordance with the long-term inflation projections for the Eurozone and taking into account the European Central Bank's target rate.

The discount rate is set pursuant to IAS 37, *i.e.* based on market conditions at the reporting date and the specific characteristics of the liability. The rate is thus determined on the basis of a risk-free rate curve for France at the closing date, extended for illiquid maturities by a long-term equilibrium rate (source: UFR rate published by the European Insurance and Occupational Pensions Authority for very long-term insurance liabilities, with disbursements beyond market horizons), to which is added an investment-grade corporate bond spread and an illiquidity premium. Based on expected disbursements, a single equivalent rate is deducted from the rate curve constructed in this manner.

The revision of the discount rate is accordingly a function of market rates and structural changes in the economy resulting in sustainable medium- and long-term changes.

In accordance with Articles D. 594-1 *et seq.* of the French Environmental Code and the decree of March 21, 2007 on securing the financing of nuclear expenses, as amended on July 1, 2020, a deficit or surplus in coverage (ratio of earmarked assets at fair value to regulated end-of-lifecycle provisions) is calculated on the basis of the discount rate thus determined net of inflation, when this actual discount rate remains below:

- the projected rate of return on earmarked assets, prudently estimated taking into account the disbursement horizon; and
- the actual value of the ceiling set by order of the ministers in charge of the economy and energy, which is equal to the unrounded value representative of the actual long-term interest rate expectations, used for the calculation reported by the French Ministry of Finance, the European Insurance and Occupational Pensions Authority of the ultimate forward rate applicable on the date in question, increased by 150 basis points. This cap is applicable from the year 2024. Prior to this date, the cap was equal to the weighted average of 2.3% and this new cap. The weighting allocated to the amount of 2.3% is set at 50% for 2020, 25% for 2021, 12.5% for 2022 and 6.25% for 2023.

In the event that the actual discount rate used to calculate the discounting of end-of-life obligations is higher than the regulatory cap rate, the deficit or surplus coverage would be determined on the basis of the latter.

### Treatment of changes in assumptions

Changes in assumptions relate to changes in cost estimates, discount and inflation rates, and payment schedules.

In application of the prospective method:

- if the facility is in operation, end-of-lifecycle assets are adjusted in the same amount as the provision; end-of-lifecycle assets are amortized over the remaining life of the facilities;
- if the facility is no longer in operation, or if the operations cover historical waste retrieval and packaging (WRP), the impact is expensed in the year of the change for the remaining share of the cost to the group. The impact of changes in cost estimates is recognized under operating income in "Other operating income and expenses"; the impact of changes in discount and inflation rates related to changes in market conditions and changes in the payment schedules is reflected in net financial income; and
- In the context of a commercial contract involving the acquisition of ownership of waste creating an obligation to constitute an end-of-lifecycle liability, the business margin must be impacted by the cost of this obligation, through an offsetting entry in the provision account of the statement of financial position.

### End-of-lifecycle assets (third-party share)

The group may be required to carry out dismantling operations, funded in part by third parties. Provisions for end-of-lifecycle operations cover all operations. They are recognized against "End-of-lifecycle assets (own share)" for the group's share, and, in return, against non-current asset account "End-of-lifecycle assets (third party share)" for the amount of the funding expected from the third party.

End-of-lifecycle assets (third party share) are not amortized.

They are discounted symmetrically with the corresponding provisions. Accretion effects increasing the value of the asset are recorded in a financial income account.

They are reduced as the contractual work is performed.

## 1.3.13 Income tax

Income taxes include current tax expense (income) and deferred tax expense (income), calculated in accordance with the tax laws of the countries where the income is taxable.

### Current tax

Current tax assets and liabilities are measured based on the expected amount that will be received from or paid to the tax authorities.

Current tax relating to items recognized in equity is also recognized in equity, and not in the statement of income. When the positions it has taken in its tax returns are subject to interpretation, Management periodically reviews them, and records provisions accordingly when it deems necessary.

### Deferred tax

As provided for in IAS 12, deferred tax is determined for all temporary differences between net carrying amounts and the tax basis of assets and liabilities, to which is applied the anticipated tax rate at the time of reversal of these temporary differences, and which has been adopted as of the reporting date. They are not discounted.

Temporary taxable differences generate a deferred tax liability.

Temporary deductible differences, tax loss carry-forwards, and unused tax credits generate a deferred tax asset equal to the probable amounts recoverable in the future. Deferred tax assets are analyzed case by case for recoverability, taking into account the income projections from the group's strategic action plan.

Deferred tax liabilities are recorded for all taxable temporary differences of subsidiaries, associates and joint ventures, unless the group is in a position to control the timing of reversal of the temporary differences and it is probable that such reversal will not take place in the foreseeable future. Tax accounts are reviewed at the end of each financial year, in particular to take into account changes in tax laws and the likelihood that amounts will be recovered.

Deferred tax is recognized in the statement of income, with the exception of that relating to "Other items of comprehensive income", which is also recorded under "Other items of comprehensive income."

Orano has elected to recognize the value added business tax (*contribution sur la valeur ajoutée des entreprises, CVAE*) as an income tax. Since 2010, its French subsidiaries have been subject to this tax (including the Chamber of Commerce and Industry tax) at the rate of 1.6%. As of 2021, this rate will be reduced to 0.75%. As provided in IAS 12, this election requires recognition of deferred taxes at the rate of 0.75% on the corresponding temporary differences.

### Recoverability of deferred tax assets

The amount of deferred tax assets is reviewed at each reporting date, and is reduced where necessary if it is no longer probable that future taxable profits will permit the use of all or part of the amount. Similarly, unrecognized deferred tax assets are remeasured at each reporting date and recognized in the amount of the estimated future taxable profits against which they may be charged.

The recoverable share of the group's deferred tax assets is that for which the probability of recovery is higher than 50%. To establish this probability, the group performs a three-step analysis: (a) demonstration of the non-recurring nature of the losses (b) analysis of future earnings prospects, and (c) analysis of tax management opportunities.

Regarding the outlook for future income, the probability of future taxable profits to offset losses carried forward is assessed based on income projections from the strategic plan validated by the governance bodies.

The estimation of recoverable losses also takes into account the annual regulation on maximum recoverable amounts (50% for France).

### Offsetting of deferred tax

Deferred tax assets and liabilities are offset for each taxable entity if the entity is allowed to offset its current tax receivables against its current tax liabilities.

**6**

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 2   SCOPE

### Breakdown of consolidated companies in France and internationally

| (number of companies) | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| | French | Foreign | French | Foreign |
| Full consolidation | 25 | 51 | 27 | 43 |
| Joint operations | - | 5 | - | 6 |
| Equity method | 1 | 4 | 1 | 5 |
| SUB-TOTAL | 26 | 60 | 28 | 54 |
| TOTAL | 86 | | 82 | |

### Main operations in 2021

#### Acquisition of control of Transnuclear Ltd

Transnuclear Ltd is the joint venture created in 1984 by KOBE STEEL and Orano Nuclear Packages and Services ("Orano NPS") for the development of dry storage projects in Japan, the conducting of engineering studies and safety analyses, and the transportation of certain nuclear materials for the Japanese market.

On January 15, 2021, Orano NPS and KOBE STEEL acquired the 5% stake held by SOJITZ (2.5% for Orano NPS and 2.5% for KOBE STEEL). At the end of the transaction, Transnuclear Ltd is 50% owned by Orano NPS and 50% by KOBE STEEL. In parallel with this acquisition, a renegotiation of the Shareholders' Agreement with KOBE STEEL was carried out and finalized, allowing Orano NPS to take control over the strategic aspects of operation and decisions of Transnuclear Ltd. This transaction has no significant impact on the financial statements.

#### Acquisition of AREVA Mongol LLC securities

On January 28, 2021, CFMM acquired the securities held by MITSUBISHI CORP in AREVA Mongol LLC, i.e. 34%. AREVA Mongol LLC is now wholly owned by CFMM. AREVA Mongol wholly owns Cogegobi and holds a 66% stake in Badrakh Energy LLC. As a result, the non-controlling interests in AREVA Mongol LLC and Cogegobi are reclassified in equity attributable to owners of the parent, as well as a portion of those in Badrakh Energy LLC (see Note 23).

#### Acquisition of companies from the Daher Group

On September 30, Orano NPS acquired the nuclear operations of the Daher Group in Germany and North America (mainly carried out by Daher Nuclear Technologies GmbH and TLI Inc., its subsidiary). This acquisition will enable Orano NPS to benefit from complementary know-how and locations, particularly in Germany and the United States, while expanding its range of products and services. The price amounted to 12 million euros plus a current account repayment granted by the former shareholder in the amount of 16 million euros, made simultaneously, i.e. a total amount paid of 28 million euros. The provisional allocation of the purchase price resulted in the recognition of goodwill of 10 million euros.

Revenue in 2021 amounted to 38 million euros, including 10 million euros since the acquisition date.

#### Acquisition of STSI

On October 29, Orano NPS acquired Société de Transports Spéciaux Industriels (STSI), a company specializing in the multimodal transportation of sensitive materials, in particular the rail and road transportation of nuclear materials, from Geodis, a subsidiary of the SNCF Group. The price was 22 million euros plus a simultaneous 2 million euro debt repayment to the previous shareholder, i.e. a total amount paid of 24 million euros. At December 31, 2021, provisional goodwill was recognized in the amount of 18 million euros. The allocation of the purchase price will be carried out during financial year 2022.

Revenue in 2021 amounted to 8 million euros, including 2 million euros since the acquisition date.

### Main operations in 2020

#### Acquisition of three specialist industrial maintenance companies

On June 29, 2020, Orano DS, a subsidiary of Orano's Dismantling and Services business, acquired three companies specializing in industrial maintenance (valve systems, rotating machinery, boilermaking) from the German group KSB: KSB Service Énergie (KSE), KSB Service Cotumer (KSC) and Société de Travaux d'Ingénierie Industrielle (STII). Recognized for the role they play in providing services to the French nuclear fleet and to the nuclear services industry, these companies enhance Orano's service offer with specialized resources which complement the nuclear maintenance businesses in which the group is already present.

This acquisition is part of Orano's development strategy in the services business, particularly in terms of industrial maintenance.

## Acquisition of complementary interests by Orano in McClean Lake and Midwest

In December 2020, Orano Canada Inc. acquired complementary interests held by its Japanese partner OURD in the McClean Lake plant (7.5%) and the Midwest field (5.67%) in Canada. As a result, Orano's interest is increased to 77.5% for McClean Lake and 74.8% for Midwest, alongside Denison Mines, which holds the remaining interests. This transaction was recognized as an acquisition of a group of assets.

## Scope of consolidated companies

*(FC: Full consolidation; EM: equity method; JO: Joint operation)*

| Name of unit or controlling entity Company name, legal form | Country | December 31, 2021 Method | December 31, 2021 Percentage interest | December 31, 2020 Method | December 31, 2020 Percentage interest |
|---|---|---|---|---|---|
| **FRANCE** | | | | | |
| Orano | | FC | 100 | FC | 100 |
| Orano Support | | FC | 100 | FC | 100 |
| Orano Assurance et Réassurance | | FC | 100 | FC | 100 |
| SI-nerGIE | | EM | 50 | EM | 50 |
| Orano Mining | | FC | 100 | FC | 100 |
| CFMM | | FC | 100 | FC | 100 |
| Orano Expansion | | FC | 95.28 | FC | 95.28 |
| Orano Chimie Enrichissement | | FC | 100 | FC | 100 |
| Eurodif [2] | | FC | 100 | FC | 100 |
| Sofidif [2] | | FC | 60 | FC | 60 |
| SET Holding | | FC | 95 | FC | 95 |
| SET | | FC | 95 | FC | 95 |
| Laboratoire d'étalons d'activité | | FC | 100 | FC | 100 |
| Orano Recyclage | | FC | 100 | FC | 100 |
| Orano Temis | | FC | 100 | FC | 100 |
| Orano NPS | | FC | 100 | FC | 100 |
| Lemaréchal | | FC | 100 | FC | 100 |
| STSI | | FC | 100 | - | - |
| Orano Démantèlement | | FC | 100 | FC | 100 |
| Orano DS – Démantèlement et Services | | FC | 73.86 | FC | 73.86 |
| Orano KSE [3] | | - | - | FC | 73.86 |
| Orano Cotumer [3] | | - | - | FC | 73.86 |
| Orano STII [3] | | - | - | FC | 73.86 |
| CNS | | FC | 51 | FC | 51 |
| Trihom [1] | | FC | 48.75 | FC | 48.75 |
| SICN | | FC | 100 | FC | 100 |
| Orano DA – Diagnostic Amiante | | FC | 74 | FC | 74 |
| Orano Projets | | FC | 100 | FC | 100 |
| Orano Med | | FC | 100 | FC | 100 |

*(1) The percentage control over this entity is greater than 50%.*
*(2) Following the recapitalization of Eurodif in 2019, Sofidif no longer holds a stake in any group companies.*
*(3) Merged companies.*

**6**

 **6** **FINANCIAL STATEMENTS**

Consolidated financial statements – financial year ended December 31, 2021

| Name of unit or controlling entity Company name, legal form | Country | December 31, 2021 Method | December 31, 2021 Percentage interest | December 31, 2020 Method | December 31, 2020 Percentage interest |
|---|---|---|---|---|---|
| **EUROPE (excluding France)** | | | | | |
| Urangesellschaft – Frankfurt | Germany | FC | 100 | FC | 100 |
| Orano Nuclear Cargo and Service [1] | Germany | FC | 100 | - | - |
| Orano Nuclear Trucking [1] | Germany | FC | 100 | - | - |
| Orano GmbH | Germany | FC | 100 | FC | 100 |
| Dekontaminierung Sanierung Rekultivierung | Germany | FC | 100 | FC | 100 |
| Orano UK Ltd | United Kingdom | FC | 100 | FC | 100 |
| Enrichment Technology Company Ltd (ETC) | United Kingdom | EM | 50 | EM | 50 |
| Orano Projects Ltd | United Kingdom | FC | 100 | FC | 100 |
| **AMERICAS** | | | | | |
| Orano USA LLC | USA | FC | 100 | FC | 100 |
| PIC | USA | FC | 100 | FC | 100 |
| Orano Federal Services LLC | USA | FC | 100 | FC | 100 |
| UG USA | USA | FC | 100 | FC | 100 |
| TN Americas LLC | USA | FC | 100 | FC | 100 |
| Orano CIS LLC | USA | FC | 100 | FC | 100 |
| Interim Storage Partners LLC | USA | EM | 51 | EM | 51 |
| TLI [1] | USA | FC | 100 | - | - |
| TLI Freight Services [1] | USA | FC | 100 | - | - |
| TLI Shipping [1] | USA | FC | 100 | - | - |
| Orano Decommissioning Services LLC | USA | FC | 100 | FC | 100 |
| Orano Decommissioning Holding LLC | USA | FC | 100 | FC | 100 |
| Accelerated Decommissioning Partners LLC | USA | EM | 25 | EM | 25 |
| Orano Med LLC | USA | FC | 100 | FC | 100 |
| Orano Canada Inc. | Canada | FC | 100 | FC | 100 |
|   Cigar Lake | Canada | JO | 37.10 | JO | 37.10 |
|   Key Lake | Canada | JO | 16.67 | JO | 16.67 |
|   Kiggavik | Canada | JO | 66.09 | JO | 66.09 |
|   McArthur River | Canada | JO | 30.20 | JO | 30.20 |
|   McClean Lake | Canada | JO | 77.5 | JO | 77.5 |
|   Midwest | Canada | JO | 74.83 | JO | 74.83 |
| Orano Est Canada | Canada | FC | 100 | FC | 100 |
| Urangesellschaft Canada Limited | Canada | FC | 100 | FC | 100 |
| Uranor Inc. | Canada | FC | 100 | FC | 100 |
| Orano Quebec Inc. | Canada | FC | 100 | FC | 100 |
| TLI Canada [1] | Canada | FC | 100 | - | - |
| Uramin Inc | Virgin Islands | FC | 100 | FC | 100 |

*(1)   Companies acquired from the Daher Group.*

| Name of unit or controlling entity<br>Company name, legal form | Country | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|---|
| | | Method | Percentage interest | Method | Percentage interest |
| **ASIA/PACIFIC** | | | | | |
| Orano Japan | Japan | FC | 100 | FC | 100 |
| Orano Cycle Japan Projects | Japan | FC | 100 | FC | 100 |
| ANADEC-Orano ATOX D&D Solutions Co. Ltd | Japan | EM | 50 | EM | 50 |
| Transnuclear Ltd | Japan | FC | 50 | - | - |
| Orano Beijing Technology Co. Ltd | China | FC | 100 | FC | 100 |
| UG Asia Limited | China | FC | 100 | FC | 100 |
| AREVA Mongol LLC | Mongolia | FC | 100 | FC | 66 |
| COGEGOBI | Mongolia | FC | 100 | FC | 66 |
| Badrakh Energy LLC | Mongolia | FC | 66 | FC | 43.56 |
| Orano Korea | Rep. of Korea | FC | 100 | FC | 100 |
| AREVA India Private Ltd | India | FC | 100 | FC | 100 |
| Katco | Kazakhstan | FC | 51 | FC | 51 |
| Nurlikum Mining LLC | Uzbekistan | FC | 51 | FC | 51 |
| Orano Holdings Australia Pty Ltd | Australia | FC | 100 | FC | 100 |
| Orano Australia Pty Ltd. | Australia | FC | 100 | FC | 100 |
| **AFRICA/MIDDLE EAST** | | | | | |
| Somaïr | Niger | FC | 63.40 | FC | 63.40 |
| Imouraren SA | Niger | FC | 63.50 | FC | 63.50 |
| Cominak | Niger | FC | 59 | EM | 34 |
| TN Niger | Niger | FC | 100 | FC | 100 |
| Orano Mining (Namibia) Pty Ltd | Namibia | FC | 100 | FC | 100 |
| Orano Processing Namibia | Namibia | FC | 100 | FC | 100 |
| Erongo Desalination Company (PTY) Ltd | Namibia | FC | 100 | FC | 100 |
| Uramin Centrafrique | Central African Rep. | FC | 100 | FC | 100 |
| Orano Gabon | Gabon | FC | 100 | FC | 100 |
| Comuf | Gabon | FC | 68.42 | FC | 68.42 |
| Jordan AREVA Ressources | Jordan | FC | 50 | FC | 50 |

## Unconsolidated companies

At December 31, 2021, the net carrying amount of unconsolidated securities held at 50% or more represented 13 stakes, for which 9 million euros was recorded in the statement of financial position. The Company believes there is no risk associated with these holdings and considers them non-material.

**6**

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 3   SEGMENT INFORMATION

### By business segment

**2021 RESULTS**

| (in millions of euros) | Mining | Front End | Back End | Corporate, other operations and eliminations | Total |
|---|---|---|---|---|---|
| Gross revenue | 1,076 | 1,038 | 2,823 | (210) | 4,726 |
| Inter-segment sales | (11) | (87) | (130) | 228 | - |
| **CONTRIBUTION TO CONSOLIDATED REVENUE** | **1,065** | **951** | **2,693** | **18** | **4,726** |
| **OPERATING INCOME BEFORE END-OF-LIFECYCLE ACTIVITY** | **269** | **191** | **617** | **(20)** | **1,058** |
| **Income from end-of-lifecycle activities** | - | (16) | (271) | - | (287) |
| **OPERATING INCOME** | **269** | **176** | **346** | **(20)** | **771** |
| Share in net income of joint ventures and associates | - | - | - | - | 18 |
| Net financial income (expense) | - | - | - | - | (29) |
| Income tax | - | - | - | - | (30) |
| **NET INCOME** | - | - | - | - | **730** |
| **EBITDA \*** | **429** | **204** | **764** | **1** | **1,398** |
| % of gross revenue | 39.9% | 19.7% | 27.1% | n/a | 29.6% |

\*    See Notes 1.3.5 and 6.

At December 31, 2021, the group generated approximately 29% of its revenue with EDF.

In addition, the group generated non-recurring revenue from German utilities representing 31% of revenue for the period (see below).

Revenue is recognized when the control of the material is transferred for the Mining and Front End divisions, and predominantly on the basis of the percentage-of-completion method for the Back End segment.

The Back End segment was marked by two events:

- the signing of contracts for German nuclear waste;
- production difficulties at the Recycling BU plants.

#### Signing of contracts for German nuclear waste

The contracts signed in August 2021 with German utilities provide for exchanges of units of waste material, allowing for the return of the residue from the activity and the mass in the form of vitrified waste and used packaging. These exchanges became effective when the contracts entered into force. A physical return to German utilities of the equivalent of the activity and metal mass associated with this waste has been set for no later than December 31, 2024. Prior to this deadline, the following will be carried out in respect of the equivalent metal mass (i) storage services for waste packages and (ii) clean-up and storage of transport packaging.

The agreement breaks down in essence into (i) an exchange of units of waste material, (ii) the extinguishment of previous performance obligations, and (iii) new performance obligations relating to (a) waste package storage and (b) the clean-up and storage of transport packaging. The return of all waste to the German customers leads to the unwinding of all historical contracts

still active at the time of the exchange operation that took place in September 2021.

Since the exchange operation does not fall within the scope of IFRS 15 and, as it is a very significant amount, the income received is presented on a separate line "Other income" in the consolidated statement of income. The operation was nevertheless carried out as an extension of the group's ordinary activities. Accordingly, this "other income" is presented in the "Revenue" aggregate in the Back End segment. Services relating to the storage of waste packages, clean-up and the storage of packaging do not, however, fall within the scope of IFRS 15.

These historical contracts have been fully paid in the past, and have given rise to a partial recognition of revenue based on the percentage of completion of services. The balance of advances paid and not yet recognized thus constitutes income for the financial year in addition to the amounts received in respect of the signing of the contracts with the utilities in August 2021.

This total amount is allocated between (i) the exchange operation and (ii) the identified performance obligations. For performance obligations relating to the storage of waste packages, clean-up and the storage of transport packaging, the price is allocated on the basis of an expected cost plus a margin applicable to similar services. The price allocated to the exchange operation is equal to the residual amount.

The impacts on 2021 revenue are recognized under "Other income" for an amount of 1,452 million euros in respect of the exchange operation and the settlement of pre-existing contracts, and under "Revenue from goods and services" for 0.8 million euros for services falling within the scope of IFRS 15.

## Production difficulties at the Recycling BU plants

The Recycling plants encountered difficulties resulting in production losses, which had an impact on the progress of treatment-recycling contracts. Action plans are underway to restore the production capacity of the Melox plant and secure production at the la Hague plant.

### 2021 STATEMENT OF FINANCIAL POSITION

| (in millions of euros) | Mining | Front End | Back End | Corporate, other operations and eliminations | Total |
|---|---|---|---|---|---|
| Property, plant and equipment and intangible assets (including goodwill and right-of-use assets on leases) | 2,671 | 4,291 | 4,509 | 118 | 11,588 |
| Financial assets earmarked for end-of-lifecycle operations | - | 1,814 | 6,809 | - | 8,624 |
| Other non-current assets | 100 | 0 | 3 | 202 | 305 |
| **SUBTOTAL: NON-CURRENT ASSETS** | **2,771** | **6,105** | **11,321** | **320** | **20,517** |
| Inventories and receivables (excluding tax receivables) | 515 | 1,245 | 875 | 176 | 2,811 |
| Other current assets | - | 0 | - | 1,617 | 1,617 |
| **SUBTOTAL: CURRENT ASSETS** | **515** | **1,245** | **875** | **1,793** | **4,428** |
| **TOTAL ASSETS** | **3,286** | **7,350** | **12,197** | **2,113** | **24,945** |

### 2020 RESULTS

| (in millions of euros) | Mining | Front End | Back End | Corporate, other operations and eliminations | Total |
|---|---|---|---|---|---|
| Gross revenue | 1,088 | 1,045 | 1,730 | (179) | 3,684 |
| Inter-segment sales | (9) | (45) | (138) | 192 | - |
| **CONTRIBUTION TO CONSOLIDATED REVENUE** | **1,079** | **999** | **1,592** | **13** | **3,684** |
| **OPERATING INCOME BEFORE END-OF-LIFECYCLE ACTIVITY\*** | **371** | **234** | **(99)** | **(48)** | **458** |
| Income from end-of-lifecycle activities | - | (10) | (110) | 1 | (119) |
| **OPERATING INCOME\*** | **371** | **224** | **(209)** | **(47)** | **339** |
| Share in net income of joint ventures and associates | - | - | - | - | 15 |
| Net financial income (expense) | - | - | - | - | (321) |
| Income tax | - | - | - | - | (54) |
| **NET INCOME** | **-** | **-** | **-** | **-** | **(21)** |
| **EBITDA** | **502** | **317** | **146** | **(34)** | **931** |
| % of gross revenue | 46.1% | 30.4% | 8.4% | n/a | 25.3% |

\*   Pursuant to the final decision of the IFRS IC in May 2021 concerning the attributing of post-employment benefits to periods of service (IAS 19), comparative 2020 data have been restated compared with the data reported in the 2020 financial statements.

In the year ended December 31, 2020, the group generated approximately 46% of its revenue with EDF.

**6**

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

**2020 STATEMENT OF FINANCIAL POSITION**

| (in millions of euros) | Mining | Front End | Back End | Corporate, other operations and eliminations | Total |
|---|---|---|---|---|---|
| Property, plant and equipment and intangible assets (including goodwill) | 2,522 | 4,312 | 3,935 | 120 | 10,889 |
| Financial assets earmarked for end-of-lifecycle operations | - | 1,718 | 5,965 | - | 7,683 |
| Other non-current assets | 82 | 1 | 4 | 164 | 252 |
| **SUBTOTAL: NON-CURRENT ASSETS** | **2,605** | **6,031** | **9,904** | **283** | **18,824** |
| Inventories and receivables (excluding tax receivables) | 581 | 1,260 | 761 | 341 | 2,943 |
| Other current assets | 1 | - | - | 2,053 | 2,054 |
| **SUBTOTAL: CURRENT ASSETS** | **582** | **1,260** | **761** | **2,395** | **4,997** |
| **TOTAL ASSETS** | **3,186** | **7,292** | **10,665** | **2,678** | **23,821** |

## By region

**2021 FINANCIAL YEAR**

**CONTRIBUTION TO CONSOLIDATED REVENUE BY BUSINESS SEGMENT AND CUSTOMER LOCATION**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations | Total |
|---|---|---|---|---|---|
| France | 460 | 436 | 789 | 10 | 1,695 |
| Europe (excluding France) | 148 | 103 | 1,566 | 8 | 1,826 |
| Americas | 149 | 207 | 179 | 0 | 535 |
| Asia-Pacific | 260 | 205 | 156 | 0 | 621 |
| Africa and Middle East | 47 | 0 | 2 | - | 49 |
| **TOTAL** | **1,065** | **951** | **2,693** | **18** | **4,726** |

**ACQUISITIONS OF PROPERTY, PLANT AND EQUIPMENT AND INTANGIBLE ASSETS (EXCLUDING GOODWILL) BY BUSINESS SEGMENT AND REGION OF ORIGIN OF THE UNITS**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations | Total |
|---|---|---|---|---|---|
| France | 9 | 91 | 397 | 12 | 509 |
| Europe (excluding France) | 42 | - | 5 | - | 48 |
| Americas | 30 | - | 8 | 5 | 43 |
| Asia-Pacific | - | - | - | - | - |
| Africa and Middle East | 29 | - | - | - | 29 |
| **TOTAL \*** | **105** | **91** | **410** | **17** | **629** |

\*    *See Notes 10 and 11.*

**2020 FINANCIAL YEAR**

**CONTRIBUTION TO CONSOLIDATED REVENUE BY BUSINESS SEGMENT AND CUSTOMER LOCATION**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations | Total |
|---|---|---|---|---|---|
| France | 343 | 495 | 1,089 | 10 | 1,938 |
| Europe (excluding France) | 78 | 199 | 199 | 2 | 479 |
| Americas | 129 | 171 | 182 | 0 | 482 |
| Asia-Pacific | 503 | 134 | 116 | 0 | 753 |
| Africa and Middle East | 26 | 0 | 5 | - | 32 |
| **TOTAL** | **1,079** | **999** | **1,592** | **13** | **3,684** |

**ACQUISITIONS OF PROPERTY, PLANT AND EQUIPMENT AND INTANGIBLE ASSETS (EXCLUDING GOODWILL) BY BUSINESS SEGMENT AND REGION OF ORIGIN OF THE UNITS**

| (in millions of euros) | Mining | Front End | Back End | Corporate and other operations | Total |
|---|---|---|---|---|---|
| France | 21 | 129 | 299 | 13 | 463 |
| Europe (excluding France) | 23 | - | 5 | - | 29 |
| Americas | 24 | - | 8 | 2 | 34 |
| Asia-Pacific | 0 | - | 0 | 0 | 0 |
| Africa and Middle East | 24 | - | - | - | 24 |
| **TOTAL** | **92** | **129** | **312** | **16** | **550** |

## NOTE 4   ADDITIONAL INFORMATION BY TYPE

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Payroll expenses * | (1,360) | (1,243) |
| Average full-time equivalent workforce | 18,835 | 17,946 |

\*   *Excluding pension commitments.*

**6**

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 5    OTHER OPERATING INCOME AND EXPENSES

**OTHER OPERATING INCOME**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Gain on disposals of non-financial assets | 7 | 15 |
| Reversal of impairment on assets | - | 70 |
| Other income | 58 | 149 |
| **TOTAL OTHER OPERATING INCOME** | **66** | **235** |

In 2020, the reversal of impairment relates mainly to the Philippe Coste plant.

In 2021, other income includes foreign exchange gains and losses on commercial transactions and reversals of unused provisions.

In 2020, other income includes:

- a reversal of a provision linked to the renegotiation of the framework contract for health and accident/disability insurance for an amount of 95 million euros (see Note 24);
- an insurance indemnity of 18 million euros to compensate material damage to the crystallizers at the Philippe Coste plant.

**OTHER OPERATING EXPENSE**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Asset impairment (excluding goodwill) | (51) | (26) |
| Loss on disposals of non-financial assets | (2) | (5) |
| Dismantling costs net of provisions/reversals of provisions for end-of-lifecycle operations | (287) | (119) |
| Other expenses | (90) | (76) |
| **TOTAL OTHER OPERATING EXPENSE** | **(430)** | **(227)** |

Impairment losses on assets mainly relate to the impairment of assets recognized at TN Americas LLC as described in Note 11.

Decommissioning costs net of provisions/reversals of provisions are described in Note 13.

At December 31, 2021, other expenses mainly included:

- 16 million euros (17 million euros as of December 31, 2020) in charges related to the postponement the start of mining

operations on the Imouraren and Trekkopje sites, as well as infrastructure maintenance;

- an effect related to the acquisition of the net liabilities of Cominak for 19 million euros (see Note 1.1); and
- allocations to provisions relating to the redevelopment of mining sites (see Note 25).

## NOTE 6   FROM OPERATING INCOME TO EBITDA

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Operating income | 771 | 339 |
| Net increase in depreciation and impairment of intangible assets, net of reversals | 78 | 79 |
| Net increase in depreciation and impairment of property, plant and equipment, net of reversals | 474 | 380 |
| Net increase in depreciation and impairment of right-of-use - asset leases, net of reversals | 26 | 24 |
| Net gain on disposal of property, plant and equipment and intangible assets | (6) | (10) |
| Effects of takeovers and losses of control | 19 | (3) |
| Charges to provisions, net of reversals * | 258 | (153) |
| (Payments)/repayment of insurers on assets earmarked for social security liabilities | (466) ** | 44 |
| Costs of end-of-lifecycle operations performed | 243 | 230 |
| **EBITDA** | **1,398** | **931** |

\*   Except provisions and reversals of provisions on current assets.
\*\*   See Note 24.

## NOTE 7   NET FINANCIAL INCOME (EXPENSE)

### Cost of gross debt

The cost of gross debt at the end of December 2021 includes interest expenses relating to bonds debt for an amount of 113 million euros (compared to 134 million euros at December 31, 2020).

The interest expense related to IFRS 16 incurred in financial year 2021 was 3 million euros (unchanged from December 31, 2020).

### Other financial income and expenses

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Change in fair value through profit or loss of earmarked assets | 758 | 206 |
| Dividends received | 66 | 59 |
| Income from receivables and accretion gains on earmarked assets | 4 | 5 |
| Accretion expenses on end-of-lifecycle operations | (278) | (295) |
| Impact of changes in discount rates and inflation rates (see Note 13) | (231) | 34 |
| Impact of revisions of payment schedules | - | 1 |
| *Share related to end-of-lifecycle operations* | *319* | *10* |
| Foreign exchange gain (loss) | 12 | (0) |
| Change in fair value through profit or loss of non-earmarked assets | 4 | 0 |
| Interest on advances received on contracts | (69) | (71) |
| Financial income from pensions and other employee benefits | (5) | (7) |
| Accretion expenses on debt and other provisions net of effects of changes in discount rates and inflation rates | (145) | (62) |
| Other financial income | 6 | 4 |
| Other financial expenses | (22) | (53) |
| *Share not related to end-of-lifecycle operations* | *(219)* | *(188)* |
| **OTHER FINANCIAL INCOME AND EXPENSES** | **100** | **(177)** |

Other financial expenses consists chiefly of premiums/discounts on currency hedging instruments.

**6**

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 8   INCOME TAX

**ANALYSIS OF INCOME TAX EXPENSE**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Current taxes (France) | (26) | (31) |
| Current taxes (other countries) | (37) | (16) |
| **Total current taxes** | **(63)** | **(48)** |
| Deferred taxes | 33 | (6) |
| **TOTAL TAXES** | **(30)** | **(54)** |

The main French subsidiaries in the scope of consolidation, which are at least 95% owned, established a tax consolidation group effective September 1, 2017.

No deferred tax assets were recognized in respect of the tax loss carryforwards of the French entities included in the tax consolidation group at December 31, 2021.

In view of the implementation of the tax consolidation group formed around Orano SA as of September 1, 2017, future relationships between the subsidiaries and Orano SA are governed by a tax consolidation agreement for the period covered by the tax consolidation, based on a principle of neutrality.

In 2020, the group benefited from certain tax measures introduced by the CARES Act in the United States, within the framework of the specific decisions made in order to deal with the economic fallout of the Covid crisis. It was therefore able to make use of the favorable provisions regarding carryback, which had been eliminated by the tax reform provisions that became effective on January 1, 2018.

**RECONCILIATION BETWEEN TAX EXPENSE AND PRE-TAX INCOME**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **Net income for the period** | **730** | **(20)** |
| Less | | |
| Share in net income of joint ventures and associates | (18) | (15) |
| Tax expense (income) | 30 | 54 |
| **Income before tax** | **742** | **19** |
| Theoretical tax gain/(expense) at 28.41% in 2021 and at 32.02% in 2020 | (211) | (6) |
| **IMPACT OF TAX CONSOLIDATION** | | |
| Operations taxed at a rate other than the full statutory rate | 4 | 5 |
| Unrecognized deferred taxes | 142 | (42) |
| Other changes in permanent differences | 35 | (11) |
| **(EXPENSE) / ACTUAL TAX INCOME** | **(30)** | **(54)** |
| **EFFECTIVE TAX RATE** | **4%** | **n/a** |

Orano does not recognize deferred tax assets in the French tax group. The net changes over the financial year are reflected in a reversal of deferred tax assets and a decrease in the associated impairment.

**BREAKDOWN OF OTHER CHANGES IN PERMANENT DIFFERENCES**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Parent/subsidiary tax treatment and inter-company dividends | (1) | (1) |
| Impact of permanent differences for tax purposes | 4 | (21) |
| Differences between the French tax rate and tax rates applicable abroad | 5 | 10 |
| CVAE business tax | (16) | (25) |
| Impact of change in tax rate | 47 | 31 |
| Other | (4) | (5) |
| **TOTAL OTHER CHANGES IN PERMANENT DIFFERENCES** | **35** | **(11)** |

**DEFERRED TAX ASSETS AND LIABILITIES**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Deferred tax assets | 133 | 92 |
| Deferred tax liabilities | 2 | 0 |
| **TOTAL DEFERRED TAX ASSETS AND (LIABILITIES)** | **131** | **91** |

For all French companies, the expected tax rate for temporary differences is 25.83% for reversals from 2022.

**MAIN CONSOLIDATED DEFERRED TAX ASSETS AND LIABILITIES BY NATURE**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **TAX IMPACT OF TEMPORARY DIFFERENCES RELATED TO:** | | |
| Property, plant and equipment, intangible assets and non-current assets | 99 | 86 |
| Working capital assets | 9 | 3 |
| Employee benefits | 10 | 8 |
| Tax-driven provisions | (164) | (160) |
| Provisions for end-of-lifecycle operations and mining site remediation | 34 | 28 |
| Impact of loss carry-forwards and deferred taxes | 116 | 101 |
| Other temporary differences | 27 | 24 |
| **TOTAL NET DEFERRED TAX ASSETS AND (LIABILITIES)** | **131** | **91** |

**CHANGE IN CONSOLIDATED DEFERRED TAX ASSETS AND LIABILITIES**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **At January 1** | **91** | **108** |
| Tax recognized in profit or loss | 33 | (6) |
| Tax expense recognized directly in other items of comprehensive income | 1 | (6) |
| Change in consolidated group | 0 | 1 |
| Currency translation adjustments | 6 | (6) |
| **TOTAL DEFERRED TAX ASSETS AND (LIABILITIES)** | **131** | **91** |

**CONSOLIDATED DEFERRED TAX INCOME AND EXPENSE BY CATEGORY OF TEMPORARY DIFFERENCE**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Property, plant and equipment, intangible assets and non-current assets | 28 | (23) |
| Working capital assets | (8) | 1 |
| Employee benefits | (144) | (21) |
| Tax-driven provisions | (8) | 1 |
| Provisions for end-of-lifecycle operations and mining site remediation | 8 | (5) |
| Net tax loss carryforwards and deferred taxes | 13 | 48 |
| Impairment of deferred taxes (not recognized) | 142 | (42) |
| Other temporary differences | 2 | 35 |
| **TOTAL DEFERRED TAX INCOME (EXPENSES)** | **33** | **(6)** |

**6**

**6**  **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

**DETAILS OF DEFERRED TAXES RECOGNIZED IN OTHER COMPREHENSIVE INCOME**

| (in millions of euros) | December 31, 2021 | | | December 31, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Before tax | Income tax | After tax | Before tax | Income tax | After tax |
| Revaluation of the net liability in respect of defined-benefit obligations | 17 | (1) | 16 | (49) | - | (49) |
| Currency translation adjustments | 150 | - | 150 | (185) | - | (185) |
| Change in value of cash flow hedges | (151) | 2 | (149) | 175 | (6) | 168 |
| Share in comprehensive income of associates (net of income tax) | 5 | - | 5 | - | - | - |
| **TOTAL GAINS AND (LOSSES) FROM OTHER COMPREHENSIVE INCOME AFTER TAX** | **21** | **1** | **22** | **(59)** | **(6)** | **(65)** |

**UNRECOGNIZED DEFERRED TAX ASSETS**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
| --- | --- | --- |
| Tax credits | - | - |
| Tax losses | 699 | 647 |
| Other temporary differences | 825 | 920 |
| **TOTAL UNRECOGNIZED DEFERRED TAXES** | **1,523** | **1,567** |

## NOTE 9   GOODWILL

| (in millions of euros) | December 31, 2020 | Increases | Disposals | Impairment | Currency translation adjustments and other | December 31, 2021 |
| --- | --- | --- | --- | --- | --- | --- |
| Mining | 786 | - | - | - | 66 | 851 |
| Front End | 161 | - | - | - | - | 161 |
| Back End | 227 | 28 | - | - | 1 | 256 |
| **TOTAL** | **1,174** | **28** | **-** | **-** | **67** | **1,268** |

## Goodwill impairment tests

As indicated in Notes 1.2. "Estimates and judgments" and 1.3.7.5 "Impairment of property, plant and equipment, intangible assets and goodwill", the group performs impairment tests at least once a year and whenever there is an indication of impairment. These tests consist of comparing the net carrying amount of the assets of cash-generating units (CGUs) or groups of CGUs to which goodwill has been allocated (after inclusion of impairment of property, plant and equipment and intangible assets listed in Notes 10 and 11) with their recoverable amount.

The discount rates used for impairment testing are based on the average cost of capital, and reflect current assumptions as regards the time value of money and the specific risk represented by the asset, the CGU or the group of CGUs; they are determined on the basis of observed market data and evaluations prepared by specialized firms (market risk-free rate, equity market risk premium, volatility indices, credit spreads and debt ratios of comparable companies in each sector).

The following assumptions were used to determine the net present value of the estimated future cash flows of the CGUs or groups of CGUs:

| December 31, 2021 | Discount rate after tax | Growth rate for standard year | Standard year |
|---|---|---|---|
| Mining | 7.0%-11.0% | n/a | n/a |
| Front End | 6.5% | n/a | n/a |
| Back End | 6.5%-7.5% | 1.5% | 2040 |

| December 31, 2020 | Discount rate after tax | Growth rate for standard year | Standard year |
|---|---|---|---|
| Mining | 7.0%-12.0% | n/a | n/a |
| Front End | 6.5% | n/a | n/a |
| Back End | 6.5%-7.5% | 1.5% | 2040 |

The exchange rates used to prepare these impairment tests are the rates in force at the reporting date or the hedging rates when future cash flows were hedged.

## Mining

The recoverable amount of the Mining group of CGUs is determined based on its value in use. The value in use of mining operations is calculated based on forecast data for the entire period, up to the planned end of mining operations at existing mines (Canada, Kazakhstan and Niger) and the commercialization of the corresponding products (i.e. no later than 2045), rather than on a normative year. This value in use is determined by discounting estimated future cash flows per mine at rates between 7.00% and 11.00% (between 7.00% and 12.00% at December 31, 2020) and based on exchange rates at December 31, 2021.

Future cash flows are determined using the contractually set prices for the fixed component of the backlog and, for the variable component, the market prices based on the forecast price curve prepared by Orano. The forecast price curve is also used for the portion of sales not yet covered by a contract. The price curve is based among other things on Orano's vision of changes in supply (uranium mines and secondary resources) and demand (reflecting the consumption of the global fleet of nuclear power plants over the length of the curve and the purchasing policy of the relevant utilities).

The value in use determined in this manner is greater than the net carrying amount of the Mining group of CGU assets, and therefore does not result in any impairment of goodwill.

The test remains sensitive to discount rates, to foreign exchange parity and to the anticipated future prices of uranium. The value in use of the assets of the Mining group of CGUs would fall by the amounts below if any of the following assumptions were used:

- a discount rate of 50 basis points higher: 92 million euros;
- a euro/US dollar exchange rate 5 eurocents higher (i.e. 1.18 instead of 1.13): 225 million euros; and
- sales price assumptions 5 US dollars per pound of uranium below Orano's projected price curves over the entire period of the business plans: 327 million euros.

On this point, the sensitivity analysis was carried out without taking into account a revision of economically mineable uranium quantities or production schedules resulting from this price change.

Taken individually or on a cumulative basis, deterioration of this nature would not result in the impairment of the goodwill allocated to the Mining group of CGUs.

In addition, impairment and sensitivity tests were performed on a going concern basis in Kazakhstan.

## Front End

In the Front End segment, goodwill is carried by the Enrichment CGU. The recoverable amount of the CGU is determined from the value in use, calculated using forecast data for the entire period up to the planned end of the operation of industrial assets, without using a normative year. The value in use is determined by discounting estimated future cash flows at 6.50% (6.50% at December 31, 2020) and on the basis of a euro/US dollar exchange rate of 1.13, corresponding to the closing rate as at December 31, 2021 (1.23 at December 31, 2020).

Future cash flows are determined using the contractually set prices for the fixed component of the backlog and, for the variable component, the market prices based on the forecast price curve prepared and updated by Orano. The forecast price curve is also used for the portion of sales not yet covered by a contract. The price curve is based among other things on Orano's vision of changes in supply (enrichment capacities, secondary stocks and resources) and demand for enriched uranium (reflecting the consumption of the global fleet of nuclear power plants over the length of the curve and the purchasing policy of the relevant utilities).

Impairment testing performed at December 31, 2021 did not result in the recognition of any impairment of goodwill.

The test is sensitive to the discount rate, as well as to the euro/US dollar parity. The value in use of the assets of the Enrichment CGU would fall by the amounts below if any of the following assumptions were used:

- a discount rate of 50 basis points higher: 301 million euros;
- a euro/US dollar exchange rate 5 eurocents higher (i.e. 1.18 instead of 1.13): 36 million euros; and

**6**

 **6**

**FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

● sales price assumptions 5 euro per SWU below Orano's projected price curves: 255 million euros.

Taken individually or cumulatively, these sensitivities would not lead to any impairment of goodwill.

### Back End

In the Back End segment, goodwill was carried by the Recycling BU in the amount of 172 million euros, the NPS BU in the amount of 69 million euros and the DS BU in the amount of 15 million euros.

The values in use calculated to carry out the impairment tests are obtained by discounting the projected future cash flows at a rate between 6.5% and 7.5% (unchanged from those of December 31, 2020).

The production difficulties encountered by the recycling plants in 2021 had no impact on the test result.

The sensitivity analyses carried out show that the use of discount rates that are 50 basis points higher and/or standard-year growth rates that are 50 basis points lower would not have led to the recognition of any impairment of goodwill.

## NOTE 10  INTANGIBLE ASSETS

| (in millions of euros) | Pre-mining expenses | R&D expenses | Mineral rights | Concessions & patents | Software | Intang. assets in progress | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Gross amount at December 31, 2020 | 1,953 | 56 | 1,088 | 404 | 353 | 61 | 182 | 4,097 |
| CAPEX | 35 | - | - | - | - | 34 | - | 70 |
| Disposals | - | - | - | - | (8) | (1) | (1) | (10) |
| Currency translation adjustments | 123 | - | 61 | 2 | - | 3 | 3 | 191 |
| Change in consolidated group | 7 | - | - | 9 | 1 | - | 5 | 23 |
| Other changes | 9 | - | - | 1 | 17 | (18) | - | 9 |
| **GROSS AMOUNT AT DECEMBER 31, 2021** | **2,126** | **57** | **1,149** | **415** | **365** | **78** | **189** | **4,379** |
| Depreciation and provisions at December 31, 2020 | (1,223) | (56) | (1,087) | (102) | (307) | (4) | (142) | (2,922) |
| Net charges to depreciation/impairment [1] | (48) | - | - | (8) | (9) | - | (13) | (78) |
| Disposals | - | - | - | 1 | 8 | - | 1 | 9 |
| Currency translation adjustments | (70) | - | (61) | (1) | - | - | (3) | (136) |
| Change in consolidated group | (7) | - | - | (4) | (1) | - | (5) | (17) |
| Other changes | - | - | - | (1) | (7) | - | 1 | (8) |
| **DEPRECIATION AND PROVISIONS AT DECEMBER 31, 2021** | **(1,349)** | **(57)** | **(1,149)** | **(115)** | **(317)** | **(4)** | **(162)** | **(3,153)** |
| Net carrying amount at December 31, 2020 | 729 | - | - | 302 | 46 | 57 | 40 | 1,175 |
| **NET CARRYING AMOUNT AT DECEMBER 31, 2021** | **777** | **0** | **0** | **299** | **48** | **75** | **27** | **1,226** |

*(1)  No impairment loss was recognized in financial year 2021.*

## NOTE 11   PROPERTY, PLANT AND EQUIPMENT

| (in millions of euros) | Land | Buildings | Plant, equipment and tooling | End-of-lifecycle assets – attributable to owners of the parent | Other | In progress | Total |
|---|---|---|---|---|---|---|---|
| Gross amount at December 31, 2020 | 150 | 1,960 | 20,715 | 1,244 | 1,435 | 1,918 | 27,422 |
| CAPEX | - | 2 | 22 | - | 6 | 528 | 559 |
| Disposals | (1) | (23) | (151) | - | (35) | - | (209) |
| Currency translation adjustments | 4 | 22 | 90 | - | 60 | 5 | 181 |
| Change in consolidated group | 5 | 46 | 182 | - | 44 | 1 | 277 |
| Other changes | - | 42 | 124 | 378 [(2)] | 19 | (194) | 369 |
| **GROSS AMOUNT AT DECEMBER 31, 2021** | **157** | **2,050** | **20,982** | **1,623** | **1,529** | **2,258** | **28,599** |
| Depreciation and provisions at December 31, 2020 | (81) | (1,119) | (15,340) | (649) | (1,158) | (624) | (18,970) |
| Net charges to depreciation/impairment [(1)] | (1) | (44) | (323) | (46) | (27) | (32) | (474) |
| Disposals | - | 23 | 150 | - | 34 | - | 208 |
| Currency translation adjustments | - | (11) | (41) | - | (52) | (3) | (107) |
| Change in consolidated group | (1) | (37) | (174) | - | (42) | - | (255) |
| Other changes | 1 | 48 | (119) | - | 22 | 57 | 9 |
| **DEPRECIATION AND PROVISIONS AT DECEMBER 31, 2021** | **(81)** | **(1,140)** | **(15,846)** | **(695)** | **(1,224)** | **(602)** | **(19,589)** |
| Net carrying amount at December 31, 2020 | 69 | 841 | 5,376 | 595 | 277 | 1,294 | 8,452 |
| **NET CARRYING AMOUNT AT DECEMBER 31, 2021** | **76** | **910** | **5,135** | **928** | **305** | **1,657** | **9,010** |

(1)  Including impairment of 51 million euros.
(2)  Including 69 million euros related to the revisions of estimates and 310 million euros related to the change in the actual discount rate of the end-of-lifecycle provisions (see Note 13).

## Mining assets

The property, plant and equipment and intangible assets of mining and industrial sites (constituting Mining segment CGUs) are subject to an impairment test at each year-end (in accordance with the principles set out in Note 1.3.7.5) taking into account the deteriorating conditions in the uranium market.

### Mining assets in Namibia – Trekkopje

The carrying amount of property, plant and equipment and intangible net assets in Namibia includes the infrastructure of both mining and desalination plant producing industrial water.

The value in use of the desalination plant is tested separately from that of the mining infrastructure. It is determined on the basis of its business plan discounted at a rate of 8.00% (8.50% at December 31, 2020). No additional impairment losses were recognized as at December 31, 2021 (compared with an impairment of 7 million euros as at December 31, 2020).

The net carrying amount of the property, plant and equipment and intangible assets of the Trekkopje mine is justified on the basis of their fair value measured at December 31, 2021 based on a multiple of uranium resources in the ground.

## Industrial assets of the Conversion CGU

The Conversion CGU includes the industrial assets of Malvési and Philippe Coste. At December 31, 2021, no indication of loss or recovery in value having a significant impact on the value in use of the Conversion CGU had been identified.

## NPS BU assets

In 2021, impairment losses of 28 million euros were recorded on several non-current assets acquired and/or developed by TN Americas LLC. These impairment losses are mainly caused by changes in business opportunities.

**6**

**6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 12  LEASES

### Right-of-use assets

| (in millions of euros) | December 31, 2020 | New leases/ Increase | Withdrawals from leases/ Reductions | Net charges to depreciation | Other changes | Currency translation adjustments | December 31, 2021 |
|---|---|---|---|---|---|---|---|
| Property assets | 64 | 14 | 0 | (15) | 0 | 2 | 65 |
| Other assets | 25 | 4 | 0 | (11) | (0) | 0 | 18 |
| **TOTAL** | **89** | **18** | **0** | **(26)** | **0** | **2** | **83** |

### Lease liabilities

The following table presents the provisional disbursement schedule:

| (in millions of euros) | December 31, 2021 |
|---|---|
| Maturing in one year or less | 22 |
| Maturing in 1-2 years | 17 |
| Maturing in 2-3 years | 12 |
| Maturing in 3-4 years | 9 |
| Maturing in 4-5 years | 8 |
| Maturing in more than 5 years | 32 |
| **TOTAL** | **101** |

The amounts represent future disbursements expressed before discounting.

## NOTE 13  END-OF-LIFECYCLE OPERATIONS

### Provisions for end-of-lifecycle operations

| (in millions of euros) | Net carrying amount at December 31, 2020 | Reversal (when risk has materialized) | Third-party expenses | Revisions to estimates | Discoun-ting | Other changes | Net carrying amount at December 31, 2021 |
|---|---|---|---|---|---|---|---|
| Provisions for dismantling | 5,173 | (146) | (18) | 359 | 173 | 285 | 5,827 |
| Provisions for waste retrieval and packaging | 1,202 | (66) | - | 98 | 44 | 79 | 1,357 |
| Provisions for long-term waste management and site monitoring | 1,447 | (17) | - | 33 | 49 | 151 | 1,663 |
| **Provisions for end-of-lifecycle operations (regulated *)** | **7,821** | **(228)** | **(18)** | **490** | **266** | **516** | **8,846** |
| Provisions for end-of-lifecycle operations (non-regulated *) | 368 | (15) | (0) | 11 | 12 | 28 | 403 |
| **PROVISIONS FOR END-OF-LIFECYCLE OPERATIONS** | **8,189** | **(243)** | **(18)** | **501** | **278** | **544** | **9,249** |

\*   *Scope of application of the Act of June 28, 2006.*

At December 31, 2021, used provisions in the amount of 243 million euros correspond to the expenses relating to the end-of-lifecycle operations incurred by the group.

Revisions to estimates for 501 million euros include allocations relating to:

- a revaluation of the cross-functional contingencies for 260 million euros offset by operating income;
- the dismantling of decommissioned facilities, WRP and long-term waste management operations for an amount of €175 million, offset by operating income; and
- the dismantling of facilities in operation for an amount of 66 million euros, offset by dismantling assets attributable to owners of the parent, for 69 million euros (see Note 11) and operating income for (3) million euros.

Other changes, amounting to 544 million euros, are due to the impacts of changes in rates, which break down as follows:

- change in the discount rate from 3.42% to 3.56% for (261) million euros;
- change in the long-term inflation rate from 1.15% to 1.60% for +805 million euros.

The counterpart to actual discount breaks down as follows:

- financial expense of 231 million euros (see Note 7);
- increase in dismantling assets attributable to owners of the parent, for 310 million euros (see Note 11); and
- increase in the third-party share of dismantling assets for 3 million euros.

## Nature of the commitments

As a nuclear facility operator, the group has a legal obligation to secure and dismantle its production facilities when they are shut down, in whole or in part, on a permanent basis. It must also retrieve and package in accordance with prevailing standards certain legacy waste as well as the waste resulting from operating and dismantling activities. Furthermore, the group must assume financial obligations to monitor storage sites after their closure.

In December 2004, the CEA, EDF and Orano signed an agreement concerning the Marcoule site, which transfers the responsibilities of site owner-operator to the CEA, which will be responsible for funding the dismantling of the site facilities. This agreement does not cover shipping and final storage costs for high and medium-level long-lived waste (HL-LLW/ML-LLW). Accordingly, provisions for the Marcoule site only cover Orano's share of waste shipping and final waste storage costs.

For all the facilities within the regulated scope and those outside the regulated scope, Orano uses the same methods to assess both the cost of end-of-lifecycle operations and expenses related to disposal and storage of radioactive waste.

In accordance with Article 20 of French planning law No. 2006-739 of June 28, 2006 on the sustainable management of radioactive materials and waste, codified in Articles L. 594-1 *et seq.* of the French Environmental Code, Orano submits a report on INBs to the administrative authority every three years setting out cost estimates and calculation methods for end-of-lifecycle provisions, as well as an annual update of this report.

## Measuring of provisions for dismantling and for waste retrieval and packaging operations (WRP)

The costing of facility dismantling and WRP operations is based on methodologies and scenarios describing the nature and timing of the planned operations. The estimate is based on a parametric approach for facilities in operation (costing resulting from the inventory of the facility: volume of materials, equipment, *etc.*) and an analytical approach for shutdowns and RCD operations (quantification resulting from the estimated cost of each planned operation: volume and cost of work units required, collection of estimates from subcontractors, *etc.*).

The dismantling scenarios adopted by Orano are compliant with the French Environmental Code, which imposes the shortest possible time between the final shutdown of the facility and its dismantling under economically acceptable conditions and in compliance with the principles set out in the French Code of Public Health.

The group measures its provisions on the basis of a reference scenario, which notably defines the final state of the site. When Orano considers that the industrial reuse of buildings after the decommissioning of facilities is compatible with possible industrial use, the provisions exclude the cost of their deconstruction. In some situations, however, Orano provides for the dismantling of the buildings and so sets aside the associated costs. Orano also provides for the cost of treating radiologically marked soils when characterization studies of these soils make such operations likely.

## Main opportunities and uncertainties

In view of the duration of the end-of-lifecycle operations, the main opportunities and uncertainties cited as examples below are taken into account as they occur:

- opportunities:
  - gains generated by the learning curve and industrial standardization of operating procedures,
  - in-depth investigations on the condition of the facilities using new technologies in order to reduce the uncertainty related to initial facility conditions, and
  - receipt of an exemption or a release threshold allowing the recycling of very low activity metallic materials resulting from the dismantling of facilities in the Front End segment;
- uncertainties:
  - revision of scenarios of certain WRP projects at la Hague during the qualification of waste retrieval processes,
  - differences between the expected initial conditions of the legacy facilities and the actual initial conditions,
  - change in regulations, particularly in terms of safety, security and respect for the environment, and
  - change in financial parameters (discount and inflation rates).

**6**

**6** **FINANCIAL STATEMENTS**

Consolidated financial statements – financial year ended December 31, 2021

## Consideration of identified risks and unforeseen events

The technical cost of end-of-lifecycle operations is backed up by consideration of:

- a baseline scenario that takes operating experience into account;
- amounts for risks identified through risk analyses conducted in accordance with the Orano standard and updated regularly as the projects advance; and
- amounts to cover unidentified risks.

## Measurement of provisions for long-term waste management and monitoring of storage sites after their closure

Orano sets aside a provision for expenses related to radioactive waste in its possession.

These expenses include:

- disposal and surface storage of very low-level waste (VLLW) and low-level and medium-level short-lived waste (LL-SLW and ML-SLW) from facilities dismantling;
- the warehousing, disposal and underground storage of long-lived low-level waste (LL-LLW);
- the warehousing, disposal and storage of high- and medium-level long-lived waste (HL-LLW and ML-LLW) in deep geological repositories; and
- the share of post-closure monitoring of the various ANDRA storage sites.

The volumes of waste giving rise to provisions include packages relating to legacy waste, all waste coming from the dismantling of facilities, and HL-LLW and ML-LLW technological waste from the operation of facilities. These volumes are periodically reviewed in line with the data declared within the framework of the national waste inventory.

The measurement of the provision related to the long-term management of HL-LLW and ML-LLW is based on the assumption that a deep geological repository (subsequently referred to as CIGEO) will be built. It draws on the cost at completion of 25 billion euros set in the Ministerial Order of January 15, 2016 (gross value not discounted, under the economic conditions prevailing at December 31, 2011). This order takes notably into account the cost estimate of the project established by ANDRA, the ASN opinion and the observations made by nuclear operators. In

application of this order, it is expected that the cost of the CIGEO project may be updated as the key stages in its development are completed (authorization of creation, commissioning, end of the "pilot industrial phase", safety reviews), in accordance with the ASN opinion. On January 15, 2018, the ASN also issued its opinion on the CIGEO safety options file, finding that the project had reached satisfactory overall technological maturity at the safety options file stage and requesting additional elements of demonstration regarding the bituminous waste safety options.

This cost at completion, after adjustment to the economic conditions prevailing at December 31, 2021 and discounting, have been covered by a provision for the amount of the estimated share of financing that will ultimately be borne by the group and the proportion of waste existing at the closure, and waste coming from dismantling operations. The breakdown of funding between nuclear operators depends on many factors, including the volume and nature of the waste sent by each operator, the timing of the shipment of waste and the design of the underground facility.

For sensitivity analysis purposes, an increase of 1 billion euros in the amount of the CIGEO project estimate by value before discounting would result in an additional expense at present value of approximately +34 million euros for Orano, based on the methodology used to establish the existing provision.

In a letter dated July 5, 2021, the administrative authority ordered Orano to (i) revise its reference strategy for the storage of solid residues from the treatment of uranium concentrates at the ECRIN INB (Malvési site, Aude) so that it is based on a cautious phasing; and (ii) revise the amount of provisions in connection with this change of scenario no later than December 31, 2021. In accordance with this requirement, Orano revised the reference strategy for the future ECRIN storage and took into account the increase in the related estimate at the closing of the financial statements at December 31, 2021.

## Discount and inflation rates (see principles laid out in Note 1.3.12)

At December 31, 2021, Orano applied a discount rate assumption of 3.56% and a long-term inflation assumption of 1.60% (3.42% and 1.15% respectively at December 31, 2020).

At December 31, 2021, the use of a discount rate 10 basis points higher or lower than that used would have the effect of changing the closing balance of provisions for end-of-lifecycle operations by -188 million euros with a rate of 3.66% or +195 million euros with a rate of 3.46%.

## Provisional schedule of provision disbursements

The following table shows the provisional schedule of provision disbursements both within and outside the regulated scope, excluding monitoring costs of ANDRA's storage sites:

| (in millions of euros) | December 31, 2021 |
| --- | --- |
| 2022 | 306 |
| 2023-2024 | 1,024 |
| 2025-2029 | 1,929 |
| 2030-2039 | 2,381 |
| 2040 and beyond | 9,188 |
| **TOTAL PROVISIONS BEFORE DISCOUNTING** | **14,828** |

The amounts represent the future disbursements of provisions expressed in the economic conditions of the year 2021 and before discounting.

## Dismantling assets – Third-party share

Dismantling assets include two items:

- the group's share of dismantling assets, classified under property, plant and equipment in the statement of financial position (see Note 11); and
- the third-party share of dismantling assets (see Note 1.3.12 and described in this Note) corresponds to the financing expected from third parties contributing to the dismantling of certain facilities or equipment which Orano is legally or contractually obliged to dismantle.

| (in millions of euros) | Net carrying amount at December 31, 2020 | Decrease from period expense | Accretion | Change in assumptions, revision to estimates, etc. | Net carrying amount at December 31, 2021 |
|---|---|---|---|---|---|
| End-of-lifecycle assets – third-party share (regulated *) | 117 | (18) | 4 | 3 | 105 |
| Dismantling assets – third-party share (non-regulated *) | 5 | - | - | - | 5 |
| **TOTAL DISMANTLING ASSETS - THIRD PARTY SHARE** | **122** | **(18)** | **4** | **3** | **110** |

*   Scope of application of the Act of June 28, 2006.

## Financial assets earmarked for end-of-lifecycle operations

| (in millions of euros) | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| | Net carrying amount | Market value | Net carrying amount | Market value |
| Portfolio of earmarked securities | 8,450 | 8,618 | 7,498 | 7,707 |
| Receivables related to end-of-lifecycle operations | 63 | 63 | 63 | 63 |
| **TOTAL FINANCIAL ASSETS EARMARKED FOR END-OF-LIFECYCLE OPERATIONS** | **8,513** | **8,681** | **7,561** | **7,770** |
| Of which earmarked assets (regulated *) | 8,450 | 8,618 | 7,498 | 7,707 |
| Of which earmarked assets (non-regulated *) | 63 | 63 | 63 | 63 |

*   Scope of application of the Act of June 28, 2006.

### Objective of earmarked assets, portfolio of earmarked securities and end-of-lifecycle receivables

To secure the funding of end-of-lifecycle obligations, the group has built up a special portfolio earmarked for the payment of its future facility dismantling and waste management expenses. This obligation has applied to all nuclear operators in France since law No. 2006-739 of June 28, 2006 and implementing decree No. 2007-243 of February 23, 2007 came into force. This portfolio was composed based on a schedule of disbursements over more than a century and is therefore managed with long-term objectives. The portfolio is comprised of financial assets intended to cover all of the group's commitments, whether related to obligations imposed by the law of June 28, 2006 for regulated nuclear facilities located in France, or related to other end-of-lifecycle commitments for facilities located in France.

The group relies on independent consultants to study strategic target asset allocations to optimize the risk/return of the portfolio over the long term and to advise it on the choice of asset classes and portfolio managers. These recommendations are submitted to the End-of-Lifecycle Obligations Monitoring Committee of the Board of Directors. Long-term asset allocations indicate the target percentage of assets to cover liabilities (bonds and money market assets, including receivables from third parties) and diversification assets (shares, etc.), subject to limits imposed by decree No. 2007-243 of February 23, 2007 and its amendment by decree No. 2013-678 of July 24, 2013, both in terms of the control and spread of risks and in terms of the type of investments.

In December 2021, Orano made contributions for an amount of 353 million euros in decommissioning funds, part of which was for end-of-lifecycle commitments resulting from the signing of contracts with German customers as part of the waste return operation as well as those associated with the settlement of pre-existing German contracts in the amount of provisions made.

Following these operations, at December 31, 2021 for the end-of-lifecycle obligations falling within the scope of Articles L. 594-1 et seq. of the French Environmental Code, the legal entities comprising Orano had earmarked assets representing 98.6% of end-of-lifecycle liabilities (compared with 100.0% at December 31, 2020).

**6**

**6** FINANCIAL STATEMENTS

Consolidated financial statements – financial year ended December 31, 2021

This coverage ratio is determined as follows:

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Provisions for end-of-lifecycle operations (regulated *) | 8,846 | 7,821 |
| Third-party share of end-of-life cycle assets (regulated *) | 105 | 117 |
| Earmarked assets at market value (regulated *) | 8,618 | 7,707 |
| End-of-lifecycle assets (regulated *) | 8,724 | 7,824 |
| (Deficit)/Surplus of earmarked assets (regulated *) | (122) | 3 |
| Coverage ratio of end-of-lifecycle operations (regulated *) | 98.6% | 100.0% |

\* *Scope of application of the Act of June 28, 2006.*

Since the decree of July 1, 2020, the regulatory ceiling for discount rates for end-of-lifecycle liabilities has been expressed in real terms (net of long-term inflation) and stood at 2.80% at December 31, 2021. Insofar as the discount rate used is below the regulatory discount rate used, the coverage ratio is calculated using the discount rate determined by Orano for discounting provisions for end-of-lifecycle operations within the regulated scope.

**Portfolio of earmarked assets**

Orano has ensured that all funds are kept, deposited and valued by a service provider in such a way as to be able to perform the necessary controls and valuations required by the implementing decree.

The Equity segment is primarily managed by external service providers via:

- equity management mandates; and
- earmarked mutual funds.

The Rate segment (bonds and money market) is invested via:

- open-ended mutual funds;
- earmarked mutual funds; and
- directly held bonds.

The portfolio of assets earmarked to fund end-of-lifecycle expenses includes the following:

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **IN MARKET VALUE OR NET ASSET VALUE** | | |
| Equity mutual funds and publicly traded shares | 3,901 | 3,361 |
| Bond and money market mutual funds | 3,401 | 3,135 |
| Unlisted mutual funds | 694 | 547 |
| **AT AMORTIZED COST** | | |
| Bonds and bond funds | 454 | 456 |
| Total portfolio of earmarked securities | 8,450 | 7,498 |
| Receivables related to end-of-lifecycle operations | 63 | 63 |
| **TOTAL FINANCIAL ASSETS EARMARKED FOR END-OF-LIFECYCLE OPERATIONS** | 8,513 | 7,561 |

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **BY REGION** | | |
| Eurozone | 7,022 | 6,141 |
| Other | 1,491 | 1,419 |
| **TOTAL FINANCIAL ASSETS EARMARKED FOR END-OF-LIFECYCLE OPERATIONS** | 8,513 | 7,561 |

Financial assets held as securities or mutual funds represent 99% of all earmarked assets at December 31, 2021. They break down as follows: 54% equities and other non-amortizable equity securities, 45% bonds and money market securities, and 1% receivables.

## Performance of financial assets earmarked for end-of-lifecycle operations by asset class

| Asset class | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Shares | +21.00% | +4.99% |
| Fixed-income products (including receivables related to end-of-lifecycle operations) | -0.71% | +2.89% |
| **TOTAL FINANCIAL ASSETS EARMARKED FOR END-OF-LIFECYCLE OPERATIONS** | **+10.20%** | **+4.52%** |

## Receivables related to end-of-lifecycle operations

Receivables related to end-of-lifecycle operations are mainly receivables on EDF and the CEA, resulting from the over-funding of ANDRA assumed by Orano between 1983 and 1999 (payment by Orano of contributions divided between nuclear operators above its share).

## Risk description and assessment

Equity investments in the portfolio of earmarked securities include mainly:

- mandates of publicly traded shares, which includes about 50 companies based in the European Union. The securities are held in order to generate gains over the long term. Although it is not a management guideline, these mandates will be assessed over the long term compared to an external MSCI EMU benchmark, net dividends reinvested; and

- dedicated equity funds with diversified management strategies and focused on European companies. Depending on the investment objective, the managers are required to comply with specific rules in terms of exposure: investment limits in absolute terms and relative to net assets, limited exposure in non-euro currencies, indication of a relative risk compared to a target benchmark index (tracking error) and limited investments on certain instruments. Together, these limits are designed to comply with investment rules established in the implementing decree of the law of June 28, 2006.

Fixed income products in the portfolio of earmarked securities mainly include:

- directly held securities consisting of government bonds from the Eurozone, which will be held to maturity and their redemption. They are recognized using the amortized cost method; and

- dedicated bond funds, listed bonds and open-ended money market funds. The sensitivity to interest rates of bond funds is limited in both directions, including the portfolio's overall consistency with preset long-term sensitivity objectives and the sensitivity of the liabilities to the discount rate used. The issuers' ratings (Moody's or Standard & Poor's) are used to manage the credit risk exposure of money market and bond funds and listed bonds.

Derivatives may be used for hedging or to acquire a limited exposure. They are subject to specific investment guidelines prohibiting leverage. Total nominal commitments may not exceed the fund's net assets. Sales of puts and calls must be fully covered by underlying assets (and are prohibited on assets not included in the portfolio).

### Risk assessment and management of the earmarked portfolio

The risks underlying the portfolios and funds holding assets under the management mandate for end-of-lifecycle operations are assessed on a regular basis. For each fund or earmarked asset, this assessment allows the maximum total loss to be estimated with a 95% level of confidence for different portfolio maturities using the VaR (Value at Risk) method and volatility estimates. It provides a second estimate using deterministic scenarios: yield curve shock and/or equity market decline.

The impacts of changes in equity markets and rates on the valuation of earmarked financial assets are summarized in the following table:

| (in millions of euros) | December 31, 2021 |
|---|---|
| **ASSUMPTION: DECLINING EQUITY MARKETS AND RISING INTEREST RATES** | |
| -10% on equities | (459) |
| +100 basis points on fixed income | (71) |
| **TOTAL** | **(530)** |
| **ASSUMPTION: RISING EQUITY MARKETS AND DECLINING INTEREST RATES** | |
| +10% on shares | 459 |
| -100 basis points on fixed income | 71 |
| **TOTAL** | **530** |

**6**

**6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 14 INFORMATION ON JOINT VENTURES AND ASSOCIATES

**2021**

| (in millions of euros) | Share in net income of joint ventures and associates | Investments in joint ventures and associates | Share in negative net equity of joint ventures and associates |
|---|---|---|---|
| Cominak * | 16 | - | - |
| ETC | 7 | - | 14 |
| SI-nerGIE | (6) | - | 6 |
| ANADEC | - | - | - |
| Interim Storage Partners (ISP) | - | 7 | - |
| Accelerated Decommissioning Partners (ADP) | - | 4 | - |
| **TOTAL** | **18** | **12** | **20** |

\*    *Two months of activity prior to the takeover of the OURD shares at end-February 2021 (see Note 1.1).*

Orano considers that it has a constructive obligation to ensure the continuity of operations of ETC (joint venture equally owned by Orano and URENCO) and SI-nerGIE (GIE equally owned by Orano and Framatome, see Note 28); as a result, and in accordance with the provisions of IAS 28, Orano recognizes the share of negative equity as a liability in its consolidated statement of financial position and its share of negative net income in its consolidated statement of income and statement of comprehensive income.

Relations with ISP and ADP are described in Note 28.

**2020**

| (in millions of euros) | Share in net income of joint ventures and associates | Investments in joint ventures and associates | Share in negative net equity of joint ventures and associates |
|---|---|---|---|
| Cominak | 2 | - | 42 |
| ETC | 14 | - | 14 |
| SI-nerGIE | (1) | - | 1 |
| ANADEC | 0 | - | - |
| ISP | 0 | 5 | - |
| ADP | 0 | 1 | - |
| **TOTAL** | **15** | **6** | **57** |

## Significant joint ventures

A joint venture is deemed to be significant if its revenue or statement of financial position total is more than 150 million euros. An associate is deemed to be significant when its statement of financial position total is more than 150 million euros.

Financial information required under IFRS 12 is presented before eliminations of intercompany transactions and restatements, and is based on 100% ownership.

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| *(in millions of euros)* | ETC | ETC |
| | *Front End* | *Front End* |
| Country | UK | UK |
| % held | 50% | 50% |
| **Revenue** | **104** | **105** |
| **Net income** | **13** | **28** |
| including increases to amortization and depreciation | (6) | (6) |
| including interest income/expense | - | - |
| including tax income/expense | - | - |
| **Other items of comprehensive income** | **10** | **1** |
| **COMPREHENSIVE INCOME** | **23** | **29** |

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| *(in millions of euros)* | ETC | ETC |
| | *Front End* | *Front End* |
| Country | UK | UK |
| % held | 50% | 50% |
| **Current assets** | **156** | **167** |
| including cash and cash equivalents | 120 | 128 |
| **Non-current assets** | **67** | **61** |
| **Current liabilities** | **55** | **46** |
| including current financial liabilities | - | - |
| **Non-current liabilities** | **56** | **67** |
| including non-current financial liabilities | 5 | 4 |
| **NET ASSETS** | **113** | **115** |

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| *(in millions of euros)* | ETC | ETC |
| | *Front End* | *Front End* |
| Country | UK | UK |
| % held | 50% | 50% |
| **Share of net assets before eliminations at beginning of year** | **57** | **48** |
| Share of comprehensive income | 11 | 15 |
| Share of dividend distributions | (13) | (5) |
| Other changes | - | - |
| **Share of net assets before eliminations at end of year** | **56** | **57** |
| Consolidation adjustments | (70) | (71) |
| **Investments in joint ventures at end of year** | **-** | **-** |
| **SHARE OF NEGATIVE NET EQUITY** | **(14)** | **(14)** |

**6**

**6**  **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## Non-significant joint ventures

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Securities of non-significant joint ventures in assets | 12 | 6 |
| Securities of non-significant joint ventures in liabilities | 6 | 43 |
| Share of net income | 11 | 2 |
| Share of other items of comprehensive income | 1 | (1) |
| Share of comprehensive income | 12 | 1 |

## NOTE 15  OTHER CURRENT AND NON-CURRENT ASSETS

### Other non-current assets

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Derivatives on financing activities | 5 | 41 |
| Other assets | 156 | 113 |
| **TOTAL OTHER NON-CURRENT ASSETS** | **161** | **154** |

Other assets include inventories of uranium and deposits to finance future expenditure for the redevelopment of mining sites internationally in the amount of 95 million euros as of December 31, 2021 (81 million euros as of December 31, 2020).

### Other current financial assets

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Derivatives on financing activities | 2 | 5 |
| Cash management financial assets | 300 | 444 |
| Other financial assets | 13 | 10 |
| **TOTAL OTHER CURRENT FINANCIAL ASSETS** | **315** | **460** |

## NOTE 16  INVENTORIES AND WORK-IN-PROCESS

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Raw materials and other supplies | 451 | 453 |
| In progress | 808 | 737 |
| Finished goods | 311 | 321 |
| **Total gross amount** | **1,570** | **1,511** |
| Provisions for impairment | (142) | (123) |
| **TOTAL NET CARRYING AMOUNT** | **1,428** | **1,388** |
| Of which inventories and work-in-process: | | |
| at cost | 733 | 667 |
| at fair value net of disposal expenses | 695 | 721 |
| | 1,428 | 1,388 |

## NOTE 17  TRADE ACCOUNTS RECEIVABLE AND RELATED ACCOUNTS

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Gross amount | 649 | 691 |
| Impairment | (10) | (10) |
| **NET CARRYING AMOUNT** | **639** | **681** |

**Breakdown of trade accounts receivable and related accounts**

| | | | of which due | | | | | |
|---|---|---|---|---|---|---|---|---|
| (in millions of euros) | Net amount | Not yet due | Less than 1 month | 1 to 2 months | 2 to 3 months | 3 to 6 months | Between 6 months and 1 year | More than 1 year |
| December 31, 2021 | 639 | 594 | 27 | 9 | 2 | 4 | 1 | 2 |
| December 31, 2020 | 681 | 527 | 106 | 18 | 2 | 8 | 14 | 6 |

## NOTE 18  CONTRACT ASSETS AND LIABILITIES

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Contract assets | 94 | 104 |

At December 31, 2021, contract assets included 30 million euros due in more than one year.

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Contract liabilities | 5,175 | 4,930 |

Contract liabilities comprise prepaid income and operating and investment advances and prepayments by customers. They are deducted from the revenue generated under the contracts in question and mainly concern investment financing for the treatment and recycling of used fuels and uranium sales contracts.

At December 31, 2021, contract liabilities included 4,710 million euros due in more than one year.

## NOTE 19  OTHER OPERATING RECEIVABLES

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| French State receivables | 274 | 284 |
| Advances and downpayments to suppliers | 103 | 85 |
| Miscellaneous accounts receivable | 187 | 185 |
| Financial instruments | 42 | 173 |
| Other | 4 | 1 |
| **OTHER OPERATING RECEIVABLES** | **610** | **728** |

Government receivables mainly include VAT receivables and tax credits.

"Miscellaneous accounts receivable" includes prepaid expenses, receivables from suppliers and receivables from employees and benefit management bodies.

"Financial instruments" include the fair value of derivatives hedging market transactions and the fair value of the firm commitments hedged.

Other operating receivables include 105 million euros due in more than one year.

**6**  **FINANCIAL STATEMENTS**

Consolidated financial statements − financial year ended December 31, 2021

## NOTE 20  CASH AND CASH EQUIVALENTS

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Cash | 742 | 784 |
| Cash equivalents | 491 | 770 |
| **TOTAL** | **1,232** | **1,554** |

At December 31, 2021, cash included cash not immediately available to the group in the amount of 252 million euros (compared with 221 million euros at December 31, 2020), chiefly reflecting legal restrictions abroad in the amount of 251 million euros.

## NOTE 21  CASH FLOWS FROM OPERATING ACTIVITIES

### Change in working capital requirement

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Net change in inventories and work-in-progress | (10) | 125 |
| Net change in trade and other receivables | 104 | (111) |
| Change in contract assets | 10 | (30) |
| Change in accounts payable and other liabilities | (96) | (27) |
| Change in contract liabilities | 210 | 234 |
| Change in advances and prepayments made | (20) | 10 |
| Change in Forex hedge of WCR | 10 | (10) |
| Change in other non-current non-financial assets | 9 | (5) |
| **TOTAL** | **217** | **185** |

## NOTE 22  EQUITY

### Capital

Orano's share capital broke down as follows:

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| French State | 79.99% | 50% + 1 share |
| AREVA SA | 0.01% | 20% |
| Natixis * | 10% | 10% |
| Caisse des Dépôts * | - | 10% |
| CEA | 1 share | 1 share |
| MHI | 5% | 5% |
| JNFL | 5% | 5% |
| **TOTAL** | **100%** | **100%** |

\*    *Under a trust agreement and as security on behalf of certain AREVA SA lenders, AREVA SA transferred 10% of the capital of Orano SA to Caisse des Dépôts and 10% of the capital of Orano SA to Natixis. Pursuant to the Shareholders' Agreement, it was nevertheless agreed that the voting rights held by Caisse des Dépôts and Natixis would be exercised exclusively in accordance with the instructions given by AREVA SA, pursuant to the provisions of the agreement.*

During financial year 2021, the French State acquired a 29.99% stake in Orano SA (see Note 1.1).

### Stock option plan

There is no stock option plan.

## NOTE 23   NON-CONTROLLING INTERESTS

Non-controlling interests consist of the share of net equity of interests held by third parties in a subsidiary controlled by the group.

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Orano Expansion and Imouraren SA | (308) | (307) |
| Somaïr | 51 | 46 |
| Katco | 163 | 106 |
| SET Holding and SET | 108 | 102 |
| Orano DS | 5 | 3 |
| AREVA Mongol LLC (see Note 2) | - | 5 |
| Cogegobi (see Note 2) | - | (30) |
| Badrakh Energy LLC (see Note 2) | (12) | (14) |
| Cominak (see Note 1.1) | (37) | - |
| Other | 12 | 15 |
| **TOTAL** | **(18)** | **(75)** |

A subsidiary is considered significant if its revenue is greater than 200 million euros, if its total statement of financial position is greater than 200 million euros or if its net assets exceed 200 million euros in absolute value. Financial information on significant subsidiaries, required under IFRS 12, is presented before elimination of intercompany transactions.

**DECEMBER 31, 2021**

| (in millions of euros) | Somaïr | Katco | SET | Orano DS |
|---|---|---|---|---|
| | Mining | Mining | Front End | D&S |
| Country | Niger | Kazakhstan | France | France |
| Percentage stake in non-controlling interests | 36.60% | 49.00% | 5.00% * | 26.14% |
| **Revenue** | **137** | **230** | **684** | **353** |
| **Net income** | **20** | **121** | **205** | **1** |
| *of which attributable to non-controlling interests* | *7* | *59* | *10* | *0* |
| Current assets | 95 | 257 | 665 | 169 |
| Non-current assets | 165 | 175 | 3,805 | 50 |
| Current liabilities | 28 | (20) | (877) | (153) |
| Non-current liabilities | 79 | (20) | (1,457) | (31) |
| **Net assets** | **153** | **391** | **2,136** | **35** |
| *of which attributable to non-controlling interests* | *56* | *192* | *107* | *9* |
| Cash flow from operating activities | 35 | 111 | 281 | 23 |
| Cash flow from investing activities | (28) | (43) | 44 | 3 |
| Cash flow from financing activities | - | - | (352) | (13) |
| **Change in net cash** | **7** | **76** | **(27)** | **20** |
| Dividends paid to non-controlling interests | - | - | (4) | - |

\*    *SET is held directly by SET Holding, whose purpose is to finance its subsidiary. The data presented for SET and SET Holding are aggregated.*

**6**

**6**  **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

**DECEMBER 31, 2020**

| (in millions of euros) | Somaïr | Katco | SET | Orano DS |
|---|---|---|---|---|
| | Mining | Mining | Front End | D&S |
| Country | Niger | Kazakhstan | France | France |
| Percentage stake in non-controlling interests | 36.60% | 49.00% | 5.00% * | 26.14% |
| **Revenue** | **122** | **199** | **713** | **295** |
| **Net income** | **(2)** | **111** | **142** | **(4)** |
| *of which attributable to non-controlling interests* | *(1)* | *55* | *7* | *(1)* |
| Current assets | 93 | 142 | 676 | 149 |
| Non-current assets | 153 | 142 | 3,938 | 42 |
| Current liabilities | (41) | (15) | (877) | (137) |
| Non-current liabilities | (72) | (17) | (1,678) | (29) |
| **Net assets** | **133** | **252** | **2,059** | **26** |
| *of which attributable to non-controlling interests* | *49* | *123* | *103* | *7* |
| Cash flow from operating activities | 28 | 153 | 386 | 16 |
| Cash flow from investing activities | (25) | (53) | 27 | (3) |
| Cash flow from financing activities | 0 | (147) | (253) | (6) |
| **Change in net cash** | **3** | **(59)** | **159** | **6** |
| Dividends paid to non-controlling interests | - | (72) | (1) | (1) |

\*   *SET is held directly by SET Holding, whose purpose is to finance its subsidiary. The data presented for SET and SET Holding are aggregated.*

## NOTE 24   EMPLOYEE BENEFITS

Depending on the prevailing laws and practices of each country, the group's companies make end-of-career payments to their retiring employees. Long-service awards and early retirement pensions are also paid, while supplementary pensions contractually guarantee a given level of income to certain employees.

The group calls on an independent actuary to evaluate its commitments each year.

In some companies, these commitments are covered in whole or in part by contracts with insurance companies or pension funds. In such cases, the obligations and the covering assets are valued independently.

The difference between the commitment and the fair value of the hedging assets is either a funding surplus or a shortfall. In the event of a shortfall, a provision is recorded. In the event of a surplus, an asset is recognized (subject to special conditions).

Insurance contract assets may only be used to finance the expenses of the plans covered.

### The group's key benefits

The "CAFC plan" (*Congés anticipation fin de carrière*) is an early retirement plan consisting of a working time account with matching contributions from the employer for personnel who work nights or in certain jobs identified in the agreement.

**ANALYSIS OF EMPLOYEE BENEFITS ON THE STATEMENT OF FINANCIAL POSITION**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **EMPLOYEE BENEFITS** | **526** | **1,045** |
| Medical expenses and accident/disability insurance | 3 | 4 |
| Retirement benefits | 217 | 344 |
| Long-service awards | 8 | 8 |
| Early retirement benefits | 284 | 674 |
| Supplemental retirement benefits | 14 | 15 |

| By region (in millions of euros) | Eurozone | Other | December 31, 2021 |
|---|---|---|---|
| Medical expenses and accident/disability insurance | 1 | 2 | 3 |
| Retirement benefits | 217 | 0 | 217 |
| Long-service awards | 8 | 0 | 8 |
| Early retirement benefits | 272 | 12 | 284 |
| Supplemental retirement benefits | 13 | 1 | 14 |
| **TOTAL** | **512** | **14** | **526** |

**ACTUARIAL ASSUMPTIONS**

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Long-term inflation | | |
| • Eurozone | 1.7% | 1.3% |
| Discount rate | | |
| • Eurozone | 0.9% | 0.45% |
| • US zone | 2.4% | 1.9% |
| Pension benefit increases | | |
| • Eurozone | 1.5% | 1.3% |
| Social security ceiling increase (net of inflation) | +0.4% | +0.5% |

## Mortality tables

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| France | | |
| • Annuities | Generation table | Generation table |
| • Lump sum payments | INSEE Men/Women 2000-2002 | INSEE Men/Women 2000-2002 |

**6**

 **6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## Retirement age in France

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Management personnel | 65 | 65 |
| Non-management personnel | 62 | 62 |

**The assumptions for average attrition** reflect the natural rate of departure for employees prior to retirement age. These assumptions, set for each group company, are broken down by age group, with employees close to retirement being assumed to be less mobile than employees at the start of their career.

The rates in brackets indicate estimated maximum and minimum values in the group.

| | Management personnel | | Non-management personnel | |
|---|---|---|---|---|
| | December 31, 2021 | December 31, 2020 | December 31, 2021 | December 31, 2020 |
| France | [3.0%-0.0%] | [3.0%-0.0%] | [0.36%-0.0%] | [0.36%-0.0%] |

**Assumed rate of salary** increase for the calculation of provisions includes inflation.

The rates in square brackets show average revaluations at the beginning of a career, which are assumed to be higher, and those at the end of a career.

| | Management personnel | | Non-management personnel | |
|---|---|---|---|---|
| | December 31, 2021 | December 31, 2020 | December 31, 2021 | December 31, 2020 |
| France | [2.7%-1.7%] | [2.3%-1.3%] | [2.7%-1.7%] | [2.3%-1.3%] |

### FINANCIAL ASSETS

As of December 31, 2021, the financial assets consisted of bonds for 98% and other monetary instruments for 2% (breakdown unchanged from December 31, 2020).

## Effective return on plan assets

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Europe | 2.3% | 0.8% |

### BREAKDOWN OF NET AMOUNT RECOGNIZED

| (in millions of euros) | Medical expenses and accident/ disability insurance | Retirement benefits | Long-service awards | Early retirement benefits | Supplemental retirement benefits | December 31, 2021 | December 31, 2020 |
|---|---|---|---|---|---|---|---|
| Actuarial liability | 3 | 351 | 8 | 639 | 48 | 1,050 | 1,099 |
| Fair value of plan assets | 0 | 135 | 0 | 355 | 35 | 524 | 54 |
| **NET AMOUNT RECOGNIZED** | **3** | **217** | **8** | **284** | **14** | **526** | **1,045** |

## Sensitivity of the actuarial liability to changes in the discount rate

An across-the-board decrease in the discount rate of 0.50% would increase the actuarial liability by 23 million euros.

| (in millions of euros) | Medical expenses and accident/ disability insurance | Retirement benefits | Long-service awards | Early retirement benefits | Supplemental retirement benefits | Total |
|---|---|---|---|---|---|---|
| **Actuarial liability as of December 31, 2020** | **4** | **346** | **8** | **699** | **43** | **1,099** |
| Current service cost | 0 | 19 | 1 | 20 | 0 | 39 |
| Past service costs (including plan changes and reductions) | 0 | 0 | 0 | 0 | 0 | 0 |
| Disposals/Liquidation/Plan reductions | 0 | 0 | 0 | 0 | 0 | 0 |
| Accretion expense | 0 | 2 | 0 | 3 | 0 | 5 |
| Employee contributions | 0 | 0 | 0 | 0 | 0 | 0 |
| Plan transfer | 0 | 0 | 0 | 0 | 0 | 0 |
| **EXPENSE WITH IMPACT ON THE STATEMENT OF INCOME** | **0** | **20** | **1** | **23** | **(1)** | **44** |
| Experience differences | 0 | 11 | 0 | (17) | (2) | (8) |
| Demographic assumption differences | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial assumption differences (adjustment of discount rate) | 0 | (2) | 0 | (4) | 0 | (6) |
| **TOTAL EXPENSE WITH IMPACT ON OTHER COMPREHENSIVE INCOME ITEMS** | **0** | **9** | **0** | **(21)** | **(2)** | **(13)** |
| Benefits paid during the year | (1) | (24) | 0 | (62) | (3) | (91) |
| Acquisitions/Mergers | 0 | 0 | 0 | 0 | 10 | 10 |
| Currency translation adjustments | 0 | 0 | 0 | 0 | 0 | 0 |
| **ACTUARIAL LIABILITY AS OF DECEMBER 31, 2021** | **3** | **351** | **8** | **639** | **48** | **1,050** |
| **Fair value of plan assets as of December 31, 2020** | **0** | **0** | **0** | **25** | **29** | **54** |
| Interest income on assets | 0 | 0 | 0 | 0 | 0 | 0 |
| **INCOME WITH IMPACT ON THE STATEMENT OF INCOME** | **0** | **0** | **0** | **0** | **0** | **0** |
| Actual yield on assets net of expected yield | 0 | 0 | 0 | (3) | 7 | 4 |
| **TOTAL EXPENSE WITH IMPACT ON OTHER COMPREHENSIVE INCOME ITEMS** | **0** | **0** | **0** | **(3)** | **7** | **4** |
| Payments / repayments over the year | 0 | 135 | 0 | 333 | (2) | 466 |
| **FAIR VALUE OF PLAN ASSETS AS OF DECEMBER 31, 2021** | **0** | **135** | **0** | **355** | **35** | **524** |
| **Net amount recognized as of December 31, 2020** | **4** | **346** | **8** | **674** | **14** | **1,045** |
| **NET AMOUNT RECOGNIZED AS OF DECEMBER 31, 2021** | **3** | **217** | **8** | **284** | **14** | **526** |

In 2021, Orano financed the expenses of certain social security liabilities such as retirement benefits and early retirement benefits (CAFC and TB6) with the insurer SOGECAP for a total amount of 475 million euros.

**6**

**6**  **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

**CHANGE IN EMPLOYEE BENEFITS**

*(in millions of euros)*

| | |
|---|---:|
| December 31, 2020 | 1,045 |
| Total expense | 27 |
| Contributions/payments/refunds | (557) |
| Disposals/Liquidation/Plan reductions | - |
| Change in method | - |
| Change in consolidated group | 10 |
| Currency translation adjustment | - |
| **DECEMBER 31, 2021** | **526** |

**PROVISIONAL SCHEDULE OF EMPLOYEE BENEFIT DISBURSEMENTS**

*(in millions of euros)*

| | |
|---|---:|
| 2022-2024 | 17 |
| 2025-2029 | 93 |
| 2030 and beyond | 417 |
| **DECEMBER 31, 2021** | **526** |

The amounts represent the future disbursements of employee benefits after discounting.

## NOTE 25  OTHER PROVISIONS

| (in millions of euros) | December 31, 2020 | Allocations | Reversal (when risk has materialized) | Reversal (when risk has not materialized) | Other changes * | December 31, 2021 |
|---|---:|---:|---:|---:|---:|---:|
| Mining site redevelopment and decommissioning of treatment facilities | 285 | 25 | (27) | (1) | 121 ** | 404 |
| Other non-current provisions | 3 | - | (1) | - | - | 2 |
| **Non-current provisions** | **288** | **25** | **(28)** | **(1)** | **121** | **406** |
| Provisions for onerous contracts | 220 | 33 | (36) | (14) | 0 | 203 |
| Provisions for contract completion | 1,608 | 302 | (122) | (42) | 117 | 1,863 |
| Other current provisions | 360 | 38 | (21) | (21) | 23 | 378 |
| **Current provisions** | **2,188** | **373** | **(180)** | **(77)** | **140** | **2,444** |
| **TOTAL PROVISIONS** | **2,476** | **398** | **(207)** | **(77)** | **261** | **2,850** |

\*    *Including 145 million euros in accretion and changes in discount and inflation rates.*
\*\*   *Including 91 million euros following the takeover of Cominak.*

### Provisions for onerous contracts

Provisions for onerous contracts mainly concern the Front End segment. For the conversion business, the backlog of orders over the year resulted in reversals of provisions in the amount of 35 million euros.

### Provisions for contract completion

The main provisions allocated for the financial year relate to the future costs of processing and storing waste and scrap.

The main reversals during the financial year relate to the expenses incurred for the treatment and storage of previously provisioned waste and scrap.

## Main uncertainties

Uncertainties relating to provisions for contract completion bear notably on the definition of treatment channels for each category of waste and operating discharges, which are not all firmly established, the estimate of the cost of completion of the required facilities and the operational costs of future treatment, and on expenditure schedules. The measurement of provisions takes contingencies for risks into account.

## Discount rate

For the year ended December 31, 2021, Orano adopted a long-term inflation assumption of 1.60% and discount rate assumptions of between 3.02% and 3.26% (see Note 1.3.11).

At December 31, 2021, the use of a discount rate 10 basis points higher or lower than that used would have the effect of changing the closing balance of provisions for work yet to be carried out by -27 million euros or +26 million euros.

## Other current and non-current provisions

As of December 31, 2021, other current provisions include:

- provisions for disputes;
- provisions for customer guarantees;
- provisions for ongoing clean-up;
- provisions for the remediation of leased assets;
- provisions for restructuring and layoff plans;
- provisions for contingencies; and
- provisions for charges.

## NOTE 26   FINANCIAL LIABILITIES

| (in millions of euros) | Non-current liabilities | Current liabilities | December 31, 2021 | December 31, 2020 |
|---|---|---|---|---|
| Bond debt * | 2,753 | 200 | 2,953 | 3,682 |
| Accrued interest not yet due on bond debt | - | 58 | 58 | 71 |
| Bank borrowings | 5 | - | 5 | 5 |
| Interest-bearing advances | 153 | 89 | 242 | 262 |
| Short-term bank facilities and current accounts in credit ** | - | 123 | 123 | 71 |
| Miscellaneous debt | 1 | - | 1 | 34 |
| Derivatives | 3 | 56 | 59 | 65 |
| **TOTAL** | **2,915** | **526** | **3,441** | **4,191** |

\*    After interest rate risk management.

\*\*   Of which non-trade current accounts in credit for the ETC joint venture for 55 million euros (compared to 58 million euros as of December 31, 2020).

**CHANGE IN DEBT**

| (in millions of euros) | |
|---|---|
| **Borrowings as of December 31, 2020** | **4,191** |
| Cash flows | (859) |
| Non-cash flows: | |
| Accrued interest not yet due on borrowings | 58 |
| Currency translation adjustments | 60 |
| Other changes | (8) |
| **BORROWINGS AT DECEMBER 31, 2021** | **3,441** |

**6**

**6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

**RECONCILIATION OF CASH FLOWS ON FINANCIAL LIABILITIES BETWEEN THE NOTE ON FINANCIAL LIABILITIES AND CASH FLOWS FROM FINANCING ACTIVITIES:**

| (in millions of euros) | |
|---|---|
| **Cash flows of financial liabilities** | **(859)** |
| Interest paid | 86 |
| Financial instruments | 87 |
| Short-term bank facilities and current accounts in credit | (58) |
| **CASH FLOWS OF FINANCIAL LIABILITIES INCLUDED IN FINANCING ACTIVITIES** | **(745)** |

Cash flows of financial liabilities included in financing activities mainly include the repayment of the bond maturing in 2021 for an amount of 715 million euros.

**FINANCIAL LIABILITIES BY MATURITY \***

| (in millions of euros) | December 31, 2021 |
|---|---|
| Maturing in one year or less | 526 |
| Maturing in 1-2 years | 754 |
| Maturing in 2-3 years | 800 |
| Maturing in 3-4 years | 1 |
| Maturing in 4-5 years | 745 |
| Maturing in more than 5 years | 615 |
| **TOTAL** | **3,441** |

\*   In present value.

**FINANCIAL LIABILITIES BY CURRENCY**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Euro | 3,298 | 3,993 |
| US dollar | 129 | 187 |
| Other | 14 | 11 |
| **TOTAL** | **3,441** | **4,191** |

**FINANCIAL LIABILITIES BY TYPE OF INTEREST RATE**

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Fixed rate | 2,603 | 2,449 |
| Floating rate | 721 | 1,606 |
| **Total** | **3,324** | **4,055** |
| Other non-interest-bearing debt | 58 | 71 |
| Derivatives | 59 | 65 |
| **TOTAL** | **3,441** | **4,191** |

The maturities of the group's financial assets and liabilities as of December 31, 2021 are presented in Note 29.

**FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

**BOND DEBT**

| Issue date | Balance sheet value<br>(in millions of euros) | Currency | Nominal<br>(in millions of currency) | Nominal rate | Maturity |
|---|---|---|---|---|---|
| September 23, 2009 | 761 | EUR | 750 | 4.875% | September 23, 2024 |
| April 4, 2012 | 200 | EUR | 200 | TEC10<br>+2.125% | March 21, 2022 |
| March 20, 2014 | 754 | EUR | 745 | 3.125% | March 20, 2023 |
| April 23, 2019 | 743 | EUR | 750 | 3.375% | April 23, 2026 |
| September 8, 2020 | 494 | EUR | 500 | 2.75% | March 08, 2028 |
| **TOTAL** | **2,953** | | | | |

The fair value of this bond debt was 3,129 million euros as of December 31, 2021.

**CONTRACTUAL PAYMENT SCHEDULE**

**DECEMBER 31, 2021**

| (in millions of euros) | Balance sheet value | Total payment flows | Less than 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | More than 5 years |
|---|---|---|---|---|---|---|---|---|
| Bond debt | 2,953 | 2,953 | 200 | 754 | 761 | - | 743 | 494 |
| Accrued interest not yet due on bond debt | 58 | 58 | 58 | - | - | - | - | - |
| Bank borrowings | 5 | 5 | - | - | 1 | 1 | 2 | 2 |
| Interest-bearing advances | 242 | 242 | 89 | - | 38 | - | - | 115 |
| Short-term bank facilities and current accounts in credit | 123 | 123 | 123 | - | - | - | - | - |
| Miscellaneous debt | 1 | 1 | - | - | - | - | - | 1 |
| Future interest on financial liabilities | - | 380 | 100 | 99 | 76 | 39 | 39 | 27 |
| **Total financial liabilities (excluding derivatives)** | **3,382** | **3,763** | **570** | **854** | **875** | **40** | **784** | **640** |
| Derivatives – assets | (7) | (7) | n/a | n/a | n/a | n/a | n/a | n/a |
| Derivatives – liabilities | 59 | 59 | n/a | n/a | n/a | n/a | n/a | n/a |
| **Total net derivatives** | **52** | **52** | **44** | **3** | **4** | **1** | **0** | **-** |
| **TOTAL** | **3,434** | **3,815** | **614** | **857** | **879** | **41** | **784** | **640** |

**DECEMBER 31, 2020**

| (in millions of euros) | Balance sheet value | Total payment flows | Less than 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | More than 5 years |
|---|---|---|---|---|---|---|---|---|
| Bond debt | 3,682 | 3,682 | 716 | 200 | 767 | 765 | - | 1,235 |
| Accrued interest not yet due on bond debt | 71 | 71 | 71 | - | - | - | - | - |
| Bank borrowings | 5 | 5 | - | 1 | 1 | 2 | 2 | - |
| Interest-bearing advances | 262 | 262 | 35 | - | - | - | - | 227 |
| Short-term bank facilities and current accounts in credit | 71 | 71 | 71 | - | - | - | - | - |
| Miscellaneous debt | 34 | 34 | 33 | - | - | - | - | 2 |
| Future interest on financial liabilities | - | 613 | 121 | 100 | 99 | 76 | 39 | 178 |
| **Total financial liabilities (excluding derivatives)** | **4,126** | **4,739** | **1,046** | **300** | **867** | **842** | **41** | **1,642** |
| Derivatives – assets | (37) | (37) | n/a | n/a | n/a | n/a | n/a | n/a |
| Derivatives – liabilities | 65 | 65 | n/a | n/a | n/a | n/a | n/a | n/a |
| **Total net derivatives** | **29** | **29** | **24** | **18** | **(16)** | **2** | **0** | **-** |
| **TOTAL** | **4,154** | **4,768** | **1,070** | **319** | **851** | **844** | **41** | **1,642** |

**6**

**6**   **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 27   OTHER OPERATING LIABILITIES

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Tax liabilities (excluding corporate income tax) | 162 | 151 |
| Social security liabilities | 471 | 436 |
| Financial instruments | 31 | 4 |
| Other | 193 | 193 |
| **OTHER OPERATING LIABILITIES** | **857** | **784** |

As of December 31, 2021, other operating liabilities included 84 million euros maturing in more than one year.

## NOTE 28   RELATED-PARTY TRANSACTIONS

Transactions between the parent company Orano SA and its subsidiaries, as well as those between the group's subsidiaries and joint activities are eliminated on consolidation, and are therefore not presented in the tables below.

Related-party transactions presented below include:

- current transactions with non-consolidated companies, associates, joint ventures and companies controlled by the French State;
- the gross compensation and benefits granted to directors and members of the Executive Committee.

**DECEMBER 31, 2021**

| (in millions of euros) | Interests held by the French State | Associates and joint ventures | Total |
|---|---|---|---|
| Operating income | 1,559 | 18 | 1,576 |
| Operating expenses | 52 | 108 | 160 |
| Trade accounts receivable and other | 106 | 115 | 221 |
| Trade accounts payable and other | 2,002 | 20 | 2,022 |

**DECEMBER 31, 2020**

| (in millions of euros) | Interests held by the French State | Associates and joint ventures | Total |
|---|---|---|---|
| Operating income | 1,911 | 16 | 1,927 |
| Operating expenses | 72 | 127 | 199 |
| Trade accounts receivable and other | 195 | 103 | 298 |
| Trade accounts payable and other | 2,689 | 16 | 2,705 |

## Relations with the French State and State-owned companies

The French State was the majority shareholder, directly, and indirectly via AREVA SA, in the capital of Orano at December 31, 2021. The French State accordingly has the faculty, like any shareholder, to control the decisions requiring the approval of shareholders. In accordance with the laws applicable to all companies in which the French State is a shareholder, Orano is subject to certain control procedures, in particular the economic and financial control of the French State, the control procedures of the Court of Auditors and the Parliament, and audits of the General Inspectorate of Finance.

The group has close relationships with companies controlled by the French State, including:

- transactions with the CEA concern the dismantling of the CEA's nuclear facilities, services associated with the operation of certain workshops and R&D contracts;
- transactions with AREVA relate in particular to tax and IT services;
- transactions with EDF concern the front end of the nuclear fuel cycle (uranium sales, conversion and enrichment services) and the back end of the cycle (used fuel shipping, storage, treatment and recycling services). The group has a master treatment/recycling agreement known as the "ATR Contract" with EDF, which specifies the terms of the industrial cooperation between them in the field of treatment/recycling until 2040. As part of

this agreement, in February 2016, Orano and EDF signed a new implementation contract defining the technical and financial conditions for this master agreement for the 2016-2023 period; and

- transactions with ANDRA (National Agency for the Management of Radioactive Waste) cover the management, operation and monitoring of low- and medium-level radioactive waste storage facilities at the ANDRA centers in the Manche and Aube departments, as well as the funding of CIGEO *via* the additional tax and special contribution.

## Associates and joint ventures

The group's significant joint ventures are ETC and SI-nerGIE (see Note 14).

ETC's main activity is to build, assemble and install centrifuges and associated piping systems enabling its customers to enrich uranium. ETC is also involved in the design of ultracentrifugation enrichment plants to meet its customers' needs and in project management for the construction of these facilities. Orano buys the centrifuges and associated engineering services for its Georges Besse 2 enrichment plant and its stable isotope laboratory from ETC.

SI-nerGIE is a consortium (*groupement d'intérêt économique – GIE*) created at the time of the restructuring of AREVA; it is owned by Orano and Framatome (owned by EDF). Its purpose is to share the infrastructure and certain applications of a joint information system, and as such to avoid the additional costs and operational risks relating to information systems.

Orano CIS LLC, owned by Orano USA and Waste Control Specialists (WCS) have created a joint venture named Interim Storage Partners (ISP), held at 51% and 49% respectively, in order to operate a centralized used fuel storage facility on the WCS site in Texas. Orano NPS is providing its unique expertise in cask design, transportation and used fuel storage. WCS brings its experience of operating a single facility serving both the nuclear industry and the US Department of Energy (DOE).

Accelerated Decommissioning Partners (ADP) is a joint venture between Orano and Northstar, a key player in industrial deconstruction and asbestos removal. It is consolidated using the equity method. In the United States, the utility Duke Energy has entrusted the complete dismantling and management of used fuel

from its Crystal River 3 plant (Florida) to ADP. This global contract of nearly 540 million dollars, completed September 30, 2020, includes the cutting and conditioning of the reactor core, which will be carried out by the American Dismantling and Services teams (Orano Decommissioning Services LLC) over the next seven years.

## Joint operations

Orano Canada Inc holds interests in uranium deposits and ore processing plants. These investments are classified as joint operations. They are thus consolidated for the share held by Orano Canada Inc. The most significant investments are as follows:

### Cigar Lake

Cigar Lake is owned by Cameco Corporation (50.025%), Orano (37.1%), Idemitsu Uranium Exploration Canada Ltd (7.875%) and TEPCO Resources Inc (5%). The deposit is operated by Cameco and the ore is processed at the JEB – McClean Lake mill, operated by Orano. This deposit is an underground mine. Mining uses land freezing techniques combined with high-pressure water-jet boring (jet bore mining).

### McClean Lake

McClean Lake is owned and operated by Orano (77.5%) together with its partner, Denison Mines Ltd (22.5%). This joint activity operates the JEB mill, which processes the ore from Cigar Lake using the dynamic leaching method.

### McArthur River

McArthur River is owned by Cameco Corporation (69.8%) and Orano (30.2%). The mined ore is processed at the Key Lake mill. This deposit is mined underground using ground freezing techniques combined with mechanical extraction (raise boring) or explosives (long hole stopping).

### Key Lake

This plant is owned by Cameco Corporation (83.33%) and Orano (16.67%). It processes the ore from McArthur River. A decision was taken in 2018 to temporarily stop work on the McArthur River mine and its Key Lake mill.

## Compensation paid to key executives

| *(in thousands of euros)* | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Short-term benefits | 5,100 | 5,035 |
| Termination benefits | - | 773 |
| Post-employment benefits | 36 | 57 |
| **TOTAL** | **5,136** | **5,865** |

The key executives are:

- the Chairman of the Board of Directors and the Chief Executive Officer appointed by the Board of Directors;
- members of the Executive Committee.

**6**   **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 29   FINANCIAL INSTRUMENTS

Orano uses derivatives to manage its exposure to foreign exchange and interest rate risk. These instruments are generally qualified as hedges of assets, liabilities or specific commitments.

Orano manages all risks associated with these instruments by centralizing the commitment and implementing procedures setting out the limits and characteristics of the counterparties.

### Foreign exchange risk

Changes in the exchange rate of the US dollar against the euro may affect the group's income in the medium term.

In view of the geographic diversity of its locations and operations, the group is exposed to fluctuations in exchange rates, particularly the euro/US dollar exchange rate. The volatility of exchange rates may impact the group's currency translation adjustments, equity and income.

#### Currency translation risk

The group does not hedge the currency translation risk resulting from the accounting impact of the conversion into euros of the consolidated financial statements of group subsidiaries that use a currency other than the euro, to the extent that this risk does not result in a flow. Only dividends expected from subsidiaries for the following year are hedged as soon as the amount is known.

### Financing risk

The group finances its subsidiaries in their functional currencies to minimize the foreign exchange risk from financial assets and liabilities issued in foreign currencies. Loans and advances granted to subsidiaries by the department of Treasury Management, which centralizes financing, are then systematically converted into euros through foreign exchange swaps or cross-currency swaps.

To limit the currency risk for long-term investments generating future cash flows in foreign currencies, the group uses a liability in the same currency to offset the asset whenever possible.

### Transactional risk

The principal foreign exchange exposure concerns fluctuations in the euro/US dollar exchange rate. The group's policy, which was approved by the Executive Committee, is to systematically hedge foreign exchange risk generated by sales transactions, whether certain or potential (in the event of hedging during the proposal phase), so as to minimize the impact of exchange rate fluctuations on net income.

To hedge transactional foreign exchange risk, including trade receivables and payables, firm off-balance sheet commitments (customer and supplier orders), highly probable future flows (sales or purchasing budgets, projected margins on contracts) and calls for proposals in foreign currencies, Orano purchases derivatives (mainly currency futures) or specific insurance contracts (issued by Coface). These hedging transactions are accordingly backed by underlying transactions in identical amounts and maturities, and are generally documented and eligible for hedge accounting (excluding possible hedges in the case of calls for proposals submitted in foreign currencies).

**DERIVATIVES SET UP TO HEDGE EXCHANGE RATE RISK AT DECEMBER 31, 2021**

| (in millions of euros) | Notional amounts by maturity date | | | | | | Total | Market value |
|---|---|---|---|---|---|---|---|---|
| | < 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | > 5 years | | |
| Forward exchange transactions and currency swaps | 1,817 | 796 | 446 | 395 | 35 | - | 3,489 | (50) |
| Currency options | - | - | - | - | - | - | - | - |
| Cross-currency swaps | - | 311 | - | - | - | - | 311 | (2) |
| **TOTAL** | **1,817** | **1,107** | **446** | **395** | **35** | **-** | **3,800** | **(52)** |

**DERIVATIVES SET UP TO HEDGE EXCHANGE RATE RISK AT DECEMBER 31, 2020**

| (in millions of euros) | Notional amounts by maturity date | | | | | | Total | Market value |
|---|---|---|---|---|---|---|---|---|
| | < 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | > 5 years | | |
| Forward exchange transactions and currency swaps | 1,612 | 641 | 397 | 179 | 3 | - | 2,832 | 104 |
| Currency options | - | - | - | - | - | - | - | - |
| Cross-currency swaps | - | - | - | 311 | - | - | 311 | 23 |
| **TOTAL** | **1,612** | **641** | **397** | **489** | **3** | **-** | **3,143** | **127** |

The breakdown by type of hedging strategy of currency derivatives can be analyzed as follows:

| (in millions of euros) | December 31, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Notional amounts in absolute value | Market value | Notional amounts in absolute value | Market value |
| **Cash flow hedges** | **2,951** | **(36)** | **2,293** | **96** |
| Forward exchange transactions and currency swaps | 2,951 | (36) | 2,293 | 96 |
| **Fair value hedges** | **771** | **(16)** | **751** | **30** |
| Forward exchange transactions and currency swaps | 460 | (13) | 463 | 8 |
| Cross-currency swaps | 311 | (2) | 311 | 23 |
| **Derivatives not qualifying as hedges** | **78** | **0** | **76** | **1** |
| Forward exchange transactions and currency swaps | 78 | 0 | 76 | 1 |
| **TOTAL** | **3,800** | **(52)** | **3,143** | **127** |

## Liquidity risk

Liquidity risk is managed by the Financing and Treasury Operations Department ("DOFT"), which provides the appropriate short- and long-term financing resources.

Cash management optimization is based on a centralized system to provide liquidity and manage cash surpluses. This management is provided by DOFT chiefly through cash-pooling agreements and intragroup loans, subject to local regulations. Cash is managed to optimize financial returns while ensuring that the financial instruments used are liquid.

The next significant maturity for debt repayment is March 21, 2022. It relates to the redemption of a bond issued in a nominal amount of 200 million euros.

To meet its commitments and ensure longer-term operating continuity, Orano had a gross cash position of 1,232 million euros as of December 31, 2021 (see Note 20) and cash management financial assets of 300 million euros (see Note 15). The group also

has a syndicated line of credit with a pool of 11 international banks in the amount of 940 million euros maturing in July 2023.

## Counterparty risk

Orano is exposed to counterparty risk in respect of cash deposits with banks and the use of derivative financial instruments to hedge its risks.

To minimize this risk, Orano deals with a diversified group of leading counterparties selected according to their investment grade ratings awarded by Standard & Poor's and Moody's.

## Interest rate risk

Orano hedges its exposure to changes in the value of its fixed-rate debt through the use of fixed/variable interest rate swaps.

**DERIVATIVES SET UP TO HEDGE INTEREST RATE RISK AT DECEMBER 31, 2021**

| (in millions of euros) | Total | Notional amounts by maturity date | | | | | | Market value [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | < 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | > 5 years | |
| **INTEREST RATE SWAPS – EUR VARIABLE LENDER** | **811** | **300** | **511** | **-** | **-** | **-** | **-** | **(1)** |
| EUR fixed borrower | 400 | 200 | 200 | - | - | - | - | (1) |
| EUR variable borrower | 100 | 100 | - | - | - | - | - | (0) |
| CAD variable borrower | 311 | - | 311 | - | - | - | - | (1) |
| **INTEREST RATE SWAPS – EUR FIXED LENDER** | **200** | **-** | **200** | **-** | **-** | **-** | **-** | **5** |
| EUR variable borrower | 200 | - | 200 | - | - | - | - | 5 |
| **INFLATION RATE SWAPS** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Variable lender – USD fixed borrower | - | - | - | - | - | - | - | - |
| **TOTAL** | **1,011** | **300** | **711** | **-** | **-** | **-** | **-** | **4** |

(1) Foreign exchange portion.

**6**

**6** FINANCIAL STATEMENTS

Consolidated financial statements – financial year ended December 31, 2021

At December 31, 2021, derivatives used to hedge interest rate exposure broke down by type of hedging strategy as follows:

| (in millions of euros) | Nominal amount of contracts | Cash flow hedges (CFH) | Fair value hedges (FVH) | Unallocated (Trading) | Total |
|---|---|---|---|---|---|
| | | Market value of contracts [1] | | | |
| **INTEREST RATE SWAPS – EUR VARIABLE LENDER** | | | | | |
| EUR fixed borrower | 400 | - | - | (1) | (1) |
| EUR variable borrower | 100 | - | - | (0) | (0) |
| CAD variable borrower | 311 | - | - | (1) | (1) |
| **INTEREST RATE SWAPS – EUR FIXED LENDER** | | | | | |
| EUR variable borrower | 200 | - | 5 | - | 5 |
| **INFLATION RATE SWAPS – USD VARIABLE LENDER** | - | - | - | - | - |
| USD fixed borrower | - | - | - | - | - |
| **TOTAL** | **1,011** | **-** | **5** | **(1)** | **4** |

*(1)  Interest rate portion.*

The following tables summarize the group's net exposure to interest rate risk, before and after management transactions:

**MATURITY OF THE GROUP'S FINANCIAL ASSETS AND FINANCIAL LIABILITIES AT DECEMBER 31, 2021**

| (in millions of euros) | Less than 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | More than 5 years | Total |
|---|---|---|---|---|---|---|---|
| **Financial assets** | **1,252** | **-** | **-** | **-** | **-** | **-** | **1,252** |
| *including fixed-rate assets* | - | - | - | - | - | - | - |
| *including floating-rate assets* | 1,250 | - | - | - | - | - | 1,250 |
| *including non-interest-bearing assets* | 2 | - | - | - | - | - | 2 |
| **Financial liabilities** | **(526)** | **(754)** | **(802)** | **(1)** | **(745)** | **(613)** | **(3,441)** |
| *including fixed-rate financial liabilities* | (107) | (754) | (800) | (1) | (745) | (613) | (3,019) |
| *including floating-rate financial liabilities* | (318) | - | - | - | - | - | (318) |
| *including non-interest-bearing financial liabilities* | (101) | - | (3) | - | - | - | (104) |
| **Net exposure before hedging** | **726** | **(754)** | **(802)** | **(1)** | **(745)** | **(613)** | **(2,189)** |
| *share exposed to fixed rates* | (107) | (754) | (800) | (1) | (745) | (613) | (3,019) |
| *share exposed to floating rates* | 931 | - | - | - | - | - | 931 |
| *non-interest-bearing share* | (99) | - | (3) | - | - | - | (102) |
| **Off-balance sheet hedging** | **-** | **-** | **-** | **-** | **-** | **-** | |
| *on financial liabilities: fixed-rate swaps* | 200 | 100 | - | - | - | - | 300 |
| *on financial liabilities: floating-rate swaps* | - | (200) | - | - | - | - | (200) |
| **Net exposure after hedging** | **926** | **(854)** | **(802)** | **(1)** | **(745)** | **(613)** | **(2,089)** |
| *share exposed to fixed rates* | 93 | (654) | (800) | (1) | (745) | (613) | (2,719) |
| *share exposed to floating rates* | 931 | (200) | - | - | - | - | 731 |
| *non-interest-bearing share* | (99) | - | (3) | - | - | - | (102) |

On the basis of exposure at the end of December 2021, a 1% increase in interest rates over a full year would have an adverse impact of 7 million euros on net financial debt, and as such on the group's consolidated pre-tax income.

**MATURITY OF THE GROUP'S FINANCIAL ASSETS AND FINANCIAL LIABILITIES AT DECEMBER 31, 2020**

| (in millions of euros) | Less than 1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | More than 5 years | Total |
|---|---|---|---|---|---|---|---|
| **Financial assets** | **1,611** | **-** | **-** | **-** | **-** | **-** | **1,611** |
| *including fixed-rate assets* | - | - | - | - | - | - | - |
| *including floating-rate assets* | 1,605 | - | - | - | - | - | 1,605 |
| *including non-interest-bearing assets* | 5 | - | - | - | - | - | 5 |
| **Financial liabilities** | **(985)** | **(200)** | **(774)** | **(767)** | **(2)** | **(1,464)** | **(4,191)** |
| *including fixed-rate financial liabilities* | (759) | (200) | (768) | (767) | (2) | (1,464) | (3,958) |
| *including floating-rate financial liabilities* | (96) | - | - | - | - | - | (96) |
| *including non-interest-bearing financial liabilities* | (130) | - | (6) | - | - | - | (136) |
| **Net exposure before hedging** | **626** | **(200)** | **(774)** | **(767)** | **(2)** | **(1,464)** | **(2,579)** |
| *share exposed to fixed rates* | (759) | (200) | (768) | (767) | (2) | (1,464) | (3,958) |
| *share exposed to floating rates* | 1,509 | - | - | - | - | - | 1,509 |
| *non-interest-bearing share* | (125) | - | (6) | - | - | - | (131) |
| **Off-balance sheet hedging** | | | | | | | |
| *on financial liabilities: fixed-rate swaps* | 150 | (200) | - | - | - | - | (50) |
| *on financial liabilities: floating-rate swaps* | (150) | 200 | - | - | - | - | 50 |
| **Net exposure after hedging** | **626** | **(200)** | **(774)** | **(767)** | **(2)** | **(1,464)** | **(2,579)** |
| *share exposed to fixed rates* | (609) | (400) | (768) | (767) | (2) | (1,464) | (4,009) |
| *share exposed to floating rates* | 1,359 | 200 | - | - | - | - | 1,559 |
| *non-interest-bearing share* | (125) | - | (6) | - | - | - | (131) |

## Equity risk

The group holds a significant amount of publicly traded shares and is exposed to fluctuations in the financial markets. Those publicly traded shares are subject to a risk of volatility inherent in the financial markets. They are presented in the investment portfolio earmarked for end-of-lifecycle operations (see Note 13).

## NOTE 30   ADDITIONAL INFORMATION ON FINANCIAL INSTRUMENTS

## Financial assets and liabilities by category

**DECEMBER 31, 2021**

**ASSETS**

| (in millions of euros) | Balance sheet value | Non-financial assets | Financial assets at amortized cost | Financial assets at fair value through profit or loss | Fair value of financial assets |
|---|---|---|---|---|---|
| **Non-current assets** | **8,674** | **50** | **635** | **7,989** | **8,792** |
| Financial assets earmarked for end-of-lifecycle operations | 8,513 | - | 543 * | 7,971 | 8,681 |
| Other non-current assets | 161 | 50 | 92 | 19 | 111 |
| **Current assets** | **2,836** | **552** | **1,824** | **459** | **2,284** |
| Trade accounts receivable and related accounts | 639 | - | 639 | - | 639 |
| Other operating receivables | 610 | 514 | 55 | 41 | 96 |
| Other non-operating receivables | 40 | 38 | 2 | - | 2 |
| Other current financial assets | 315 | - | 13 | 302 | 315 |
| Cash and cash equivalents | 1,232 | - | 1,116 | 116 | 1,232 |
| **TOTAL ASSETS** | **11,511** | **603** | **2,459** | **8,449** | **11,076** |

\*   *Including bond mutual funds for 454 million euros.*

**6** **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

| (in millions of euros) | Total |
|---|---|
| Hedging financial assets measured at amortized cost | 543 |
| Hedging financial assets measured at fair value through profit or loss | 7,971 |
| **Hedging financial assets (carrying amount)** | **8,513** |
| Change in fair value of the assets at amortized cost (bond mutual funds) | 168 |
| **Fair value of hedging financial assets** | **8,681** |
| Other financial assets measured at fair value through profit or loss | 478 |
| **Fair value of financial assets analyzed by valuation technique** | **9,160** |
| Other financial assets measured at amortized cost | 1,916 |
| **Fair value of financial assets** | **11,076** |

### BREAKDOWN OF ASSETS RECOGNIZED AT FAIR VALUE BY VALUATION TECHNIQUE

| (in millions of euros) | Level 1 Listed prices, unadjusted | Level 2 Observable inputs | Level 3 Unobservable inputs | Total |
|---|---|---|---|---|
| **Non-current assets** | **7,533** | **1,154** | **14** | **8,700** |
| Financial assets earmarked for end-of-lifecycle operations | 7,533 | 1,149 | - | 8,681 |
| Other non-current financial assets | - | 5 | 14 | 19 |
| **Current assets** | **417** | **43** | **-** | **459** |
| Other operating receivables | - | 41 | - | 41 |
| Other current financial assets | 300 | 2 | - | 302 |
| Cash and cash equivalents | 116 | - | - | 116 |
| **TOTAL ASSETS** | **7,949** | **1,197** | **14** | **9,160** |

### LIABILITIES AND EQUITY

| (in millions of euros) | Balance sheet value | Non-financial liabilities | Financial liabilities at amortized cost | Financial liabilities at fair value through profit or loss * | Fair value of financial liabilities |
|---|---|---|---|---|---|
| **Non-current liabilities** | **2,983** | **-** | **2,981** | **3** | **3,159** |
| Non current financial liabilities | 2,915 | - | 2,912 | 3 | 3,090 |
| Non-current lease liabilities | 69 | - | 69 | - | 69 |
| **Current liabilities** | **2,260** | **167** | **2,001** | **93** | **2,094** |
| Current financial liabilities | 526 | - | 465 | 62 | 527 |
| Current lease liabilities | 23 | - | 23 | - | 23 |
| Trade payables and related accounts | 851 | - | 851 | - | 851 |
| Other operating liabilities | 857 | 166 | 660 | 31 | 691 |
| Other non-operating liabilities | 3 | 1 | 2 | - | 2 |
| **TOTAL LIABILITIES** | **5,243** | **167** | **4,982** | **95** | **5,253** |

\*   Level 2.

**DECEMBER 31, 2020**

**ASSETS**

| (in millions of euros) | Balance sheet value | Non-financial assets | Financial assets at amortized cost | Financial assets at fair value through profit or loss | Fair value of financial assets |
|---|---|---|---|---|---|
| **Non-current assets** | **7,715** | **42** | **622** | **7,051** | **7,881** |
| Financial assets earmarked for end-of-lifecycle operations | 7,561 | - | 558 * | 7,004 | 7,770 |
| Other non-current assets | 154 | 42 | 64 | 47 | 111 |
| **Current assets** | **3,465** | **546** | **1,853** | **1,067** | **2,919** |
| Trade accounts receivable and related accounts | 681 | - | 681 | - | 681 |
| Other operating receivables | 728 | 505 | 51 | 172 | 223 |
| Other non-operating receivables | 42 | 41 | 1 | - | 1 |
| Other current financial assets | 460 | - | 10 | 449 | 460 |
| Cash and cash equivalents | 1,554 | - | 1,109 | 446 | 1,554 |
| **TOTAL ASSETS** | **11,180** | **588** | **2,474** | **8,118** | **10,801** |

*   Including bond mutual funds for 456 million euros.

| (in millions of euros) | Total |
|---|---|
| Hedging financial assets measured at amortized cost | 558 |
| Hedging financial assets measured at fair value through profit or loss | 7,004 |
| **Hedging financial assets (carrying amount)** | **7,561** |
| Change in fair value of the assets at amortized cost (bond mutual funds) | 209 |
| **Fair value of hedging financial assets** | **7,770** |
| Other financial assets at fair value through profit or loss | 1,114 |
| **Fair value of financial assets analyzed by valuation technique** | **8,884** |
| Other financial assets measured at amortized cost | 1,917 |
| **Fair value of financial assets** | **10,801** |

**BREAKDOWN OF ASSETS RECOGNIZED AT FAIR VALUE BY VALUATION TECHNIQUE**

| (in millions of euros) | Level 1 Listed prices, unadjusted | Level 2 Observable inputs | Level 3 Unobservable inputs | Total |
|---|---|---|---|---|
| **Non-current assets** | **6,936** | **875** | **6** | **7,817** |
| Financial assets earmarked for end-of-lifecycle operations | 6,936 | 835 | - | 7,770 |
| Other non-current financial assets | - | 41 | 6 | 47 |
| **Current assets** | **890** | **177** | **-** | **1,067** |
| Other operating receivables | - | 172 | - | 172 |
| Other current financial assets | 444 | 5 | - | 449 |
| Cash and cash equivalents | 446 | - | - | 446 |
| **TOTAL ASSETS** | **7,825** | **1,052** | **6** | **8,884** |

**6**

**6** FINANCIAL STATEMENTS

Consolidated financial statements – financial year ended December 31, 2021

## LIABILITIES AND EQUITY

| (in millions of euros) | Balance sheet value | Non-financial liabilities | Financial liabilities at amortized cost | Financial liabilities at fair value through profit or loss * | Fair value of financial liabilities |
|---|---|---|---|---|---|
| **Non-current liabilities** | **3,275** | **-** | **3,269** | **6** | **3,504** |
| Non current financial liabilities | 3,206 | - | 3,200 | 6 | 3,435 |
| Non-current lease liabilities | 69 | - | 69 | - | 69 |
| **Current liabilities** | **2,714** | **154** | **2,489** | **72** | **2,560** |
| Current financial liabilities | 985 | - | 916 | 69 | 985 |
| Current lease liabilities | 27 | - | 27 | - | 27 |
| Trade payables and related accounts | 914 | - | 914 | - | 914 |
| Other operating liabilities | 784 | 153 | 628 | 3 | 631 |
| Other non-operating liabilities | 4 | 1 | 3 | - | 3 |
| **TOTAL LIABILITIES** | **5,989** | **154** | **5,758** | **77** | **6,065** |

\*   Level 2.

## Net gains and losses on financial instruments

### SECURITIES AT FAIR VALUE THROUGH PROFIT OR LOSS

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Interest income and dividends | 68 | 62 |
| Other income and expenses | - | - |
| Change in fair value | 762 | 206 |

### LOANS AND RECEIVABLES

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Interest | 2 | 1 |
| Impairment | 0 | (3) |
| Forgiveness of debt | (1) | (2) |

### FINANCIAL ASSETS AND LIABILITIES AT AMORTIZED COST

| (in millions of euros) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Interest income and expense and commissions | (117) | (140) |
| Other income and expenses | 9 | - |
| Gain (loss) from disposal | - | - |
| Impairment | - | - |

### CASH FLOW HEDGES

| (in millions of euros) | Value before tax at December 31, 2020 | New transactions | Change in value | Recycled through profit or loss | Value before tax at December 31, 2021 |
|---|---|---|---|---|---|
| Cash flow hedging instruments | 168 | (24) | (47) | (77) | 19 |

## NOTE 31   OFF-BALANCE SHEET COMMITMENTS

| (in millions of euros) | December 31, 2021 | Less than 1 year | From 1 to 5 years | More than 5 years | December 31, 2020 |
|---|---|---|---|---|---|
| **Commitments given** | **687** | **90** | **256** | **341** | **580** |
| Operating commitments given | 658 | 81 | 246 | 331 | 542 |
| ● Contract guarantees given | 584 | 79 | 176 | 329 | 485 |
| ● Other guarantees and guarantees related to operating activities | 75 | 3 | 70 | 2 | 57 |
| Commitments given on financing | 15 | 8 | 7 | - | 25 |
| Other commitments given | 13 | 1 | 3 | 9 | 13 |
| **Commitments received** | **111** | **98** | **13** | **1** | **100** |
| Operating commitments received | 105 | 92 | 13 | 0 | 95 |
| Commitments received on collateral | 0 | - | - | 0 | 2 |
| Other commitments received | 7 | 6 | 0 | 0 | 3 |
| **Reciprocal commitments** | **1,189** | **38** | **1,151** | **-** | **1,242** |

Reciprocal commitments bear chiefly on unused lines of credit and investment orders.

## NOTE 32   BACKLOG

At December 31, 2021, Orano's backlog amounted to 25.8 billion euros, and its breakdown by maturity was as follows:

| (in billions of euros) | Total | Less than 1 year | From 1 to 5 years | From 6 to 10 years | Beyond 10 years |
|---|---|---|---|---|---|
| December 31, 2021 | 25.8 | 3.7 | 10.0 | 7.8 | 4.3 |

## NOTE 33   DISPUTES AND CONTINGENT LIABILITIES

Orano may be party to certain regulatory, judicial or arbitration proceedings in the normal course of business. The group is also the subject of certain claims, lawsuits or regulatory proceedings outside the ordinary course of business, the most significant of which are summarized below.

### Uramin

In June 2018, Orano SA and Orano Mining became civil parties in the "acquisition" section of the Uramin investigation, following a "notice to victim" received by AREVA SA in 2015 from the investigating judge in charge of the case. The Orano group intends to defend its interests through Orano SA and Orano Mining. The judicial investigation is still in progress and no date concerning a possible judgment has been set to date.

### Investigations

The Company has been aware, since November 28, 2017, of a preliminary investigation opened by the French National Financial Prosecutor's Office at the end of July 2015 concerning a uranium trading operation carried out in 2011. It also learned, on November 23, 2020, of the opening of a judicial investigation in this same case and since August 27, 2018, of an investigation into the circumstances of the granting of mining licenses in Mongolia. Orano is working with the legal authorities in connection with these legal proceedings, which are ongoing. If it were found that there had been misappropriation or any other act that could have harmed the group, Orano would take the necessary legal action to defend its interests.

**6**

 **6**   **FINANCIAL STATEMENTS**
Consolidated financial statements – financial year ended December 31, 2021

## Comuf

On January 30, 2019, an association of former workers assigned Comuf (Compagnie Minière d'Uranium de Franceville), a subsidiary of Orano Mining, before the Civil Court of Libreville (Gabon), alleging a breach of the safety of former workers, who were supposedly exposed to chemicals and radiation from uranium matter. By a judgment of May 14, 2019, the suit brought by this association of former workers was dropped due to a procedural irregularity in the summons. The association filed a new summons for expert summary before the Gabonese courts. The judge rejected this association in a ruling of November 17, 2021. Orano has always made the protection of its employees a priority. The information provided to date does not show any damage attributable to Comuf.

## Release of the Arlit hostages

On October 6, 2016, the manager of a protection services company sued AREVA SA and Orano Cycle SA before the Nanterre Tribunal de Grande Instance to obtain payment of a success fee that he claims to be due for services purportedly rendered to the AREVA group in Niger between September 2010 and October 2013. AREVA SA and Orano Cycle SA believes that these allegations are unfounded. Along with that proceeding, the parties to the suit tried to settle under court-appointed mediation. Despite the efforts of AREVA and Orano to find a compromise, this was unsuccessful. The procedure on the merits therefore resumed in 2020. Even if the court should not accept the Orano group's position, the financial impact would be limited, though it could entail other, indirect consequences, such as in the media.

## Katco

Katco is currently in litigation with the Kazakh Ministry of Energy due to the latter's refusal to sign amendment 10 to the contract for the use of the subsoil concerning the changes made to the extraction program from 2020 to 2034. On December 24, 2020, Katco filed a claim with the Supreme Court of the Republic of Kazakhstan challenging the position and inaction of the Ministry of Energy with a view to signing this amendment. In a decision of May 24, 2021, the Supreme Court rejected Katco's claim without a decision on the merits. An appeal to the Supreme Court was filed in November 2021 against this rejection decision in order to obtain a decision on the merits. In January 2022, this appeal was dismissed. Katco can appeal to the President of the Supreme Court within six

months. To date, this action has not been taken, to allow time for the conciliation process mentioned below to continue its course.

In parallel with the continuation of the legal action launched by Katco, the latter, the Ministry of Energy and the Ministry of Justice initiated a conciliation process aimed at resolving the situation. The events of early January 2022 in Kazakhstan should not affect the continuation of this approach. Given the uncertainties inherent in this situation, Katco's ability to operate in the medium term at its contractual capacity could be affected, and the value of the group's mining assets could be impacted (see Note 9).

## Appeals against certain administrative decisions concerning the activities of the Orano group

The activities of the Orano group require the receipt of various authorizations or administrative decisions (such as prefectural orders, building permits, *etc.*). These decisions are sometimes challenged, in France and on the part of NGOs, which in certain cases can have an impact on the timetable for carrying out the relevant activities.

## Tax proceedings and disputes

The group, comprising entities located in different countries, regularly faces controls by local tax and customs authorities. Several audits and tax-related proceedings or disputes have been initiated or are currently being conducted by those authorities or in the courts. However, none are expected to give rise to, or has given rise to, a material tax expense that could have a significant impact on the financial statements. The group considers that it has sound means of defense and that it employs the legal procedures available to it to prevent any unfavorable outcome.

## Contingent liabilities

The group owns uranium and thorium materials awaiting appropriate channels that are currently not fully recovered. After processing, these materials should bring economic benefits to the group in the future. However, in the event of a change in regulations or the finding that the economic assumptions cannot be achieved, the group may be required to set aside provisions for the processing and storage of these materials.

## NOTE 34   STATUTORY AUDITORS' FEES

**DECEMBER 31, 2021**

| (in thousands of euros) | PwC Audit Amount excl. tax | KPMG Audit Amount excl. tax |
|---|---|---|
| **INDEPENDENT AUDIT, CERTIFICATION & EXAMINATION OF THE INDIVIDUAL AND CONSOLIDATED FINANCIAL STATEMENTS** | | |
| Orano SA | 475 | 380 |
| Consolidated French subsidiaries | 917 | 687 |
| **SUB-TOTAL** | **1,392** | **1,067** |
| **SERVICES OTHER THAN AUDITING THE FINANCIAL STATEMENTS** | | |
| Orano SA | 3 | 12 |
| Consolidated French subsidiaries | 171 | 139 |
| **SUB-TOTAL** | **174** | **151** |
| **TOTAL** | **1,565** | **1,217** |

Services other than auditing the financial statements mainly concern:

- the review of environmental, social and societal information;
- declarations required by law;
- other services.

**DECEMBER 31, 2020**

| (in thousands of euros) | PwC Audit Amount excl. tax | KPMG Audit Amount excl. tax |
|---|---|---|
| **INDEPENDENT AUDIT, CERTIFICATION & EXAMINATION OF THE INDIVIDUAL AND CONSOLIDATED FINANCIAL STATEMENTS** | | |
| Orano SA | 343 | 320 |
| Consolidated French subsidiaries | 793 | 787 |
| **SUB-TOTAL** | **1,136** | **1,107** |
| **SERVICES OTHER THAN AUDITING THE FINANCIAL STATEMENTS** | | |
| Orano SA | 23 | 27 |
| Consolidated French subsidiaries | 120 | 429 |
| **SUB-TOTAL** | **143** | **456** |
| **TOTAL** | **1,279** | **1,564** |

**6**

**6** FINANCIAL STATEMENTS
Consolidated financial statements – financial year ended December 31, 2021

## NOTE 35  EVENTS SUBSEQUENT TO THE CLOSING OF THE FINANCIAL STATEMENTS AT DECEMBER 31, 2021

### The group's exposure following international sanctions against Russia

The volume of business with Russia is limited in terms of the group's global revenue. The amount of the backlog in respect of this country represents less than 0.1% of the group's backlog at December 31, 2021.

## NOTE 36  TRANSITION FROM PUBLISHED FINANCIAL STATEMENTS FOR 2020 TO RESTATED FINANCIAL STATEMENTS FOR 2020

This note summarizes the main impacts of the application of the IFRS IC final decision in May 2021 concerning the allocation of post-employment benefits to periods of service (IAS 19) at the start of the comparative financial year on January 1, 2020.

### Restatement of equity

| (in millions of euros) | Capital | Consolidated premiums and reserves | Revaluation of the net liability in respect of defined-benefit obligations | Unrealized gains and losses on financial instruments | Currency translation reserves | Total equity attributable to owners of the parent | Non-controlling interests | Total equity and non-controlling interests |
|---|---|---|---|---|---|---|---|---|
| December 31, 2019 published | 132 | 1,370 | (195) | (7) | (18) | 1,282 | (34) | 1,248 |
| IFRS IC adjustment – IAS 19R | | 20 | | | | 20 | 0 | 20 |
| January 1, 2020 restated | 132 | 1,390 | (195) | (7) | (18) | 1,302 | (33) | 1,268 |
| December 31, 2020 published | 132 | 1,301 | (244) | 160 | (186) | 1,164 | (75) | 1,089 |
| IFRS IC adjustment – IAS 19R | | 19 | 1 | | | 20 | 0 | 20 |
| January 1, 2021 restated | 132 | 1,320 | (243) | 160 | (186) | 1,183 | (75) | 1,109 |

### Transition from equity and liabilities published at December 31, 2020 to equity and liabilities restated at January 1, 2021

| EQUITY AND LIABILITIES (in millions of euros) | December 31, 2020 Published | Adjustments | January 1, 2021 Restated |
|---|---|---|---|
| EQUITY | 1,089 | 20 | 1,109 |
| NON-CURRENT LIABILITIES | 12,875 | (21) | 12,854 |
| Employee benefits | 1,066 | (21) | 1,045 |
| Provisions for end-of-lifecycle operations | 8,189 | - | 8,189 |
| Other non-current provisions | 288 | - | 288 |
| Share in negative net equity of joint ventures and associates | 57 | - | 57 |
| Non-current financial liabilities | 3,206 | - | 3,206 |
| Non-current lease liabilities | 69 | - | 69 |
| Deferred tax liabilities | 0 | - | 0 |
| CURRENT LIABILITIES | 9,858 | - | 9,858 |
| TOTAL EQUITY AND LIABILITIES | 23,822 | (1) | 23,821 |

## Transition from the statement of income published at December 31, 2020 to the statement of income restated at december 31, 2020

| (in millions of euros) | December 31, 2020 Published | Adjustments | December 31, 2020 Restated |
|---|---|---|---|
| Income from goods and services | 3,684 | - | 3,684 |
| Other revenues | - | - | - |
| **REVENUE** | **3,684** | **-** | **3,684** |
| Cost of goods and services and other income | (3,100) | (1) | (3,100) |
| **GROSS MARGIN** | **584** | **-** | **584** |
| Research and Development expense | (104) | - | (104) |
| Marketing and sales expense | (36) | - | (36) |
| General expense | (112) | - | (112) |
| Other operating income | 235 | - | 235 |
| Other operating expense | (227) | - | (227) |
| **OPERATING INCOME** | **340** | **(1)** | **339** |
| Share in net income of joint ventures and associates | 15 | - | 15 |
| **Operating income after share in net income of joint ventures and associates** | **355** | **-** | **355** |
| **NET FINANCIAL INCOME (EXPENSE)** | **(321)** | **0** | **(321)** |
| Income tax | (54) | 0 | (54) |
| **NET INCOME FOR THE PERIOD** | **(20)** | **(1)** | **(21)** |
| **NET INCOME ATTRIBUTABLE TO OWNERS OF THE PARENT** | **(70)** | **(1)** | **(71)** |
| **NET INCOME ATTRIBUTABLE TO NON-CONTROLLING INTERESTS** | **50** | **-** | **50** |

**6**

## 6.2 Statutory Auditors' report on the consolidated financial statements for the financial year ended December 31, 2021

*This is a free translation into English of the Statutory Auditors' report issued in French and is provided solely for the convenience of English-speaking readers. This report includes information specifically required by European regulations or French law, such as information about the appointment of Statutory Auditors. This report should be read in conjunction with, and construed in accordance with, French law and professional auditing standards applicable in France.*

To the Shareholders,

**Orano SA**
125 avenue de Paris
92320 Châtillon, France

### Opinion

In compliance with the engagement entrusted to us by your Annual General Meeting, we have audited the accompanying consolidated financial statements of Orano SA for the year ended December 31, 2021.

In our opinion, the consolidated financial statements give a true and fair view of the assets and liabilities and of the financial position of the Group at December 31, 2021 and of the results of its operations for the year then ended in accordance with International Financial Reporting Standards as adopted by the European Union.

The audit opinion expressed above is consistent with our report to the Audit and Ethics Committee.

### Basis for opinion

#### Audit framework

We conducted our audit in accordance with professional standards applicable in France. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

Our responsibilities under these standards are further described in the "Responsibilities of the Statutory Auditors relating to the audit of the consolidated financial statements" section of our report.

#### Independence

We conducted our audit engagement in compliance with the independence rules provided for in the French Commercial Code (*Code de commerce*) and the French Code of Ethics (*Code de déontologie*) for Statutory Auditors for the period from January 1, 2021 to the date of our report, and, in particular, we did not provide any non-audit services prohibited by Article 5(1) of Regulation (EU) No. 537/2014.

### Emphasis of matter

Without qualifying our opinion, we draw your attention to Note 1.3.1 *Accounting Principles – Basis of Preparation* and Note 36 *Transition from the 2020 published financial statements to the 2020 restated financial statements* to the consolidated financial statements, which describe the methods and main impacts of the application of IFRIC agenda decision relating to IAS 19 on attributing benefit to periods of service under post-employment plans.

### Justification of assessments – Key audit matters

Due to the global crisis related to the Covid-19 pandemic, the financial statements of this period have been prepared and audited under specific conditions. Indeed, this crisis and the exceptional measures taken in the context of the state of sanitary emergency have had numerous consequences for companies, particularly on their operations and their financing, and have led to greater uncertainties on their future prospects. Those measures, such as travel restrictions and remote working, have also had an impact on the companies' internal organization and the performance of the audits.

It is in this complex and evolving context that, in accordance with the requirements of Articles L. 823-9 and R. 823-7 of the French Commercial Code relating to the justification of our assessments, we inform you of the key audit matters relating to the risks of material misstatement that, in our professional judgment, were the most significant in our audit of the consolidated financial statements, as well as how we addressed those risks.

These matters were addressed as part of our audit of the consolidated financial statements as a whole, and therefore contributed to the opinion we formed as expressed above. We do not provide a separate opinion on specific items of the consolidated financial statements.

## Measurement of the goodwill, property, plant and equipment and intangible assets of the Group's Mining and Front End activities

### Description of risk

At December 31, 2021, the carrying amount of goodwill, intangible assets and property, plant and equipment relating to the Group's Mining and Front End activities amounted to €6,962 million. Impairment losses were recorded on certain assets in the years prior to 2021.

As stated in Note 1.3.7.5 *Impairment of property, plant and equipment, intangible assets and goodwill* to the consolidated financial statements, the Group performs impairment tests on goodwill and intangible assets with indefinite useful lives at least once a year and whenever there is an indication that they may be impaired. The Group also performs impairment tests on property, plant and equipment and intangible assets with a definite useful life when there are indications of a loss or increase in value.

For the Group's Mining and Front End activities, these tests are implemented in the following manner, as described in Notes 9 *Goodwill*, 10 *Intangible assets* and 11 *Property, plant and equipment* to the consolidated financial statements:

- with respect to the Mining Business Unit:
  - the cash-generating units (CGUs) of the Mining BU correspond to the mining sites operated by the Group, solely or in partnership. The impairment test on goodwill - which amounts to €851 million - is performed at the level of the Mining BU's group of CGUs,
  - the property, plant and equipment and intangible assets of the mining sites making up the CGUs of the Mining segment are tested for impairment at each year-end, taking into account the continually deteriorating conditions of the uranium market;
- with respect to Front End activities, a distinction should be made between:
  - the Enrichment activity corresponding to a single CGU and including goodwill in the amount of €161 million and intangible assets and property, plant and equipment,
  - the other activities to which no goodwill is allocated. The property, plant and equipment and intangible assets related to these activities are tested at the level of each CGU and are tested for impairment whenever there is an indication of a loss or increase in value.

The impairment tests are based on the estimate of the recoverable amount corresponding to the higher of:

- fair value less costs to sell; this fair value is based on observable data (recent transactions, offers received from potential buyers, reported ratios for comparable companies, multiples of uranium resources in the ground); and
- value in use, which is equal to the present value of projected future cash flows.

The future cash flow projections established for these tests are based on fundamental assumptions and estimates such as:

- assumptions as to the price of uranium, conversion and enrichment based on the prices in the order book and derived

from projected curves based on the Group's view of the trends in supply and demand for uranium and for conversion and enrichment services;

- forecast production and cost data;
- discount rates applied to future cash flows.

We deemed the measurement of goodwill, intangible assets and property, plant and equipment related to the Mining and Front End activities to be a key audit matter due to:

- the potentially significant impact of impairment tests on the income statement;
- uncertainties surrounding certain assumptions, particularly those that could be impacted by exogenous factors (uranium prices, conversion and enrichment prices, exchange rates and market environments, especially multiples of uranium resources in the ground);
- the high sensitivity of measurements to operating, macro-economic, sectoral and financial assumptions;
- the high degree of judgment required by management with respect to these estimates and assessments.

### How our audit addressed this risk

We verified the methodology's compliance with the applicable accounting standards and gained an understanding of the methods used to carry out impairment tests.

In particular, we gained an understanding of the methods used to determine the groups of CGUs as well as the level at which goodwill is tested.

For all impairment tests we:

- gained an understanding of the procedures implemented by management to identify indications of a loss or increase in value;
- assessed the consistency of the forecast data used in the impairment tests with the budget and medium-term plan ("financial projections") prepared by management and approved by the Board of Directors;
- assessed, with the help of our experts, the consistency of the cash flow projections with the information sources available to us (order books, mining plans, operational life of assets, market comparisons, etc.) and with past outcomes;
- with regard to assumptions of uranium, conversion and enrichment prices:
  - confirmed, using sampling techniques, the consistency of current prices, used as a benchmark, with contractual data derived from the fixed component of the backlog,
  - gained an understanding of the analyses prepared by the Group or external experts to construct projected price curves,
  - compared the assumptions used to construct these projected curves with the available market data,
  - analyzed the changes in the prices used compared to those of the previous year;
- studied, with the help of our experts, the impairment tests' calculation methodology and assessed the reasonableness of the measurement inputs used (discount rate and long-term inflation rate);

**6**



**6** **FINANCIAL STATEMENTS**
Statutory Auditors' report on the consolidated financial statements for the financial year ended December 31, 2021

- reconciled the carrying amount of the net economic assets tested with the underlying accounting items;
- critically examined the sensitivity tests carried out by management, particularly assumptions regarding selling prices, exchange rates (especially the euro/dollar exchange rate) and the discount rate.

In relation to the Mining BU, we assessed the consistency of the projected data used in the impairment tests with the mining plans prepared for each mine. In addition, for mineral deposits that have not yet been mined, we studied the resale value assumptions measured on the basis of observable data (recent transactions, offers received from buyers, reported ratios for comparable companies in relation to the levels of reserves and stated deposit resources).

In relation to the Conversion activity, we assessed how future cash flows of circumstantial items related to the context of industrial stabilization and the production ramp up at the Philippe Coste plant were taken into account.

Lastly, we verified the appropriateness of the disclosures provided in Notes 1.3.7.5 *Impairment of property, plant and equipment, intangible assets and goodwill*, 9 *Goodwill*, 10 *Intangible Assets* and 11 *Property, plant and equipment* to the consolidated financial statements.

## Recognition of revenue and margin on treatment-recycling contracts

### Description of risk

As indicated in Note 1.3.6 to the consolidated financial statements, the Group operates in the different stages of the fuel cycle, by offering treatment-recycling services in respect of which revenue is recognized according to the degree of completion of the services provided.

The Group is committed by a master agreement with the French utility group EDF (the "ATR Contract") which specifies the terms of industrial cooperation with regard to treatment-recycling up to 2040. As part of this agreement, Orano and EDF signed an implementation contract in February 2016 defining the technical and financial conditions for the transportation and treatment-recycling of EDF's used fuel for the period 2016-2023.

The measurement of the percentage of completion of the services provided under the treatment-recycling contracts is determined by the ratio of costs incurred in relation to costs at completion. The amount of revenue and, by extension, margin to be recognized for the year from treatment-recycling service contracts therefore depends on the entity's ability to:

- measure the costs incurred under the contract and to reliably estimate the remaining future costs required to complete the contract. These future costs result from budgetary projections and the analytical structure developed by the Group which is used to allocate costs from the different industrial facilities to a given contract;
- measure the selling price at the completion of the contract, which may depend on indexation or variability clauses included in the contracts or commercial negotiations with the customer.

In certain cases, the revenue recognized in relation to these contracts may include several additional components:

- the customer may participate in the financing of the construction of an asset that is necessary in order to provide the treatment-recycling services covered by the contract. The revenue relating to the financing received is then recognized according to the degree of completion of the underlying services over the useful life of the asset, except if the customer takes control of the asset upon completion;
- the payment terms of the contract price may result in significant timing differences between revenue collected and the gradual completion of the services marking the recognition of revenue. These situations may require revenue to be adjusted due to the potentially significant fair value of the financing advantage benefiting one of the two parties (the contract's "financial component").

The analysis of the contracts' terms therefore requires special attention in order to decide on the procedures for measuring and recognizing the revenue associated with each contract. Determining the financial component is a source of complexity because it requires reconstituting, at the effective date of the contract, the implied credit facility (corresponding to the difference between the collection inflows and the revenue flows) and determining the applicable interest rate while taking into account the credit risk and maturity of the credit facility, which can be very long.

We deemed the translation of the contractual provisions of the treatment-recycling contracts into the recognition of revenue (analysis and determination of the contract's different components) and the high degree of judgment required by management in implementing revenue and margin recognition (estimating the price and the costs on completion, allocating costs among contracts, percentage of completion) to be a key audit matter.

### How our audit addressed this risk

With regard to the treatment-recycling contracts, and in particular the ATR Contract, we performed a critical review of the correct recognition of revenue and the margin on completion through the following procedures:

- gaining an understanding of the analytical structure in place at the sites concerned for these contracts and the policies for allocating costs incurred to date and estimated future costs to the contracts;
- reconciling the analytical income statement broken down by contract with the financial accounting data;
- gaining an understanding of the procedures and performing a critical review of the key controls in relation to the measurement of the margin on completion (revenue and costs) and the measurement of the percentage of completion of contracts;
- for a selection of contracts, gaining an understanding of the contract and management's analysis describing the methods of recognizing revenue (identifying the contract's various components, defining revenue on completion and determining the model for recognizing revenue);
- recalculating the revenue on completion on the basis of the contractual items, letters of agreement and items supporting negotiations periodically carried out with the customers;

- assessing the key assumptions used by management, particularly the risks and opportunities and variable items of revenue on completion, through business reviews with project managers;
- assessing the reasonableness of the main assumptions on which the estimates of future costs are based by comparing, using sampling techniques, historical forecast data to actual data and analyzing the consequences of discrepancies on future costs and performance plans in progress;
- assessing the consistency of the contract management data (revenue and costs on completion, costs incurred) with the analytical income statement;
- assessing, where applicable, the measurement of the financial components;
- recalculating, where applicable, the gradual recognition of the financial component within revenue and in financial income (expense).

## Measurement of provisions for end-of-lifecycle obligations and provisions for contract completion

### Description of risk

As a nuclear operator, the Group has a legal obligation to:

- following the final shut-down of its industrial facilities which are classified as regulated nuclear facilities, dismantle these facilities;
- manage the recovery and packaging of radioactive waste; and
- ensure the maintenance and monitoring of all facilities storing radioactive waste.

The Group must therefore set aside provisions to cover the future costs related to the dismantling of its facilities as well as the intermediate storage, recovery, packaging, transportation and storage of waste and monitoring of the sites (called "Provisions for end-of-lifecycle operations – within the scope of the law"). Under the law on securing the funding of nuclear expenses, the Group is also required to allocate, exclusively for this purpose, the necessary financial assets to cover these different costs.

The Group also owns other industrial facilities that are considered, according to the regulations, as facilities classified for environmental protection and therefore also subject, upon their final shutdown, to safety, rehabilitation and waste management obligations, which require provisions (called "Provisions for end-of-lifecycle operations – outside the scope of the law") to be set aside. The law on securing the funding of nuclear expenses does not apply to this category of facilities.

In addition, the future costs of intermediate storage, treatment, packaging, transportation and storage of waste derived from operating activities and of certain materials also result in the setting aside of provisions (called "Provisions for contract completion").

At December 31, 2021, provisions for end-of-lifecycle operations amounted to €9,249 million (of which €8,846 million in provisions for end-of-lifecycle operations – within the scope of the law and €403 million in provisions for end-of-lifecycle operations – outside

the scope of the law). Provisions for contract completion amounted to €1,863 million. The market value of the assets dedicated to the coverage of the provisions for end-of-lifecycle operations – within the scope of the law is €8,724 million.

The accounting policies and treatments applied, the methods for measuring these provisions, the assumptions used and the related uncertainties are described in Notes 1.2, 1.3.11, 1.3.12, 13 and 25 to the consolidated financial statements.

We deemed the measurement of provisions for end-of-lifecycle operations and provisions for contract completion to be a key audit matter given:

- the material amount of these provisions in the financial statements;
- the complexity of the models for estimating costs related in particular to the long-term horizon and limited past experience of such operations as well as the complexity of the scenarios and technical solutions considered;
- the potentially material impact on the amount of the provisions of uncertainties related to changes in the regulations or requirements of safety authorities, the scenarios and technical procedures considered, waste removal and storage methods and their availability, knowledge of the initial condition of the facilities and their intended final condition, the facilities' operating life, future disbursement schedules, procedures for final shut-down and changes in inflation and discount rates; and
- the negative effects on the Group's financial position in the event of an increase in provisions for end-of-lifecycle operations – within the scope of the law (mobilization of additional funds to increase the amount of assets dedicated to the coverage of these provisions in order to satisfy the regulatory coverage rate within the required deadline).

### How our audit addressed this risk

We verified the compliance of the methodology for measuring these different provisions with the accounting, legal and regulatory provisions and examined the methods for measuring them.

In particular, we:

- gained an understanding of the legal and regulatory context as well as the exchanges with the administrative authority (particularly follow-up letters from the French Department of Energy and Climate) in relation to these provisions;
- took into consideration the classification of the different types of waste (provisions for end-of-life-cycle operations – within the scope of the Law, provisions for end-of-life-cycle operations – outside the scope of the Law, and provisions for contract completion) in relation to the Group's interpretation of the current regulations;
- gained an understanding of the processes for measuring provisions, the existing controls and the associated governance principles and in particular assessed the implementation of certain key controls (such as the existence of a robust and relevant body of documentation, summary and risk analysis notes made by management, and the validation of the provisions by management through dedicated committees: the Clean-up and Dismantling Fund Monitoring Committee and the End-of-Lifecycle Obligations Monitoring Committee);

**6**


- gained an understanding, with the help of our experts, of the IT general controls relating to the application used by the Group to calculate the provisions in relation to facilities in operation and assessed the arithmetical functioning of the computational model developed in this application based on the certification report issued by an independent expert;

- assessed the consistency over time of the models used for estimating provisions;

- assessed the type of costs and assumptions used in determining these provisions;

- assessed, for a selection of operations and on the basis of analytical documents and interviews with the managers concerned, the validity of the assumptions used in determining costs on completion and disbursement schedules, the percentage of completion of ongoing work, modifications of estimates and the level of risk used;

- assessed the processes for measuring and validating the quantities of waste and scrap resulting from operations;

- assessed, with the help of our experts, the methodologies applied to determine the discount and inflation rates used as well as their compliance with accounting standards and the applicable regulatory provisions;

- confirmed, with the support of our experts, the methodology applied to calculate the effects of inflation, discounting and reverse discounting;

- verified the compliance of the accounting treatment of the effects related to changes in estimates, inflation and discount rates and reverse discounting with the applicable accounting principles;

- assessed the consistency of the data provided by the systems for reporting provisions with the accounting data;

- performed a critical review of management's sensitivity tests.

Lastly, we assessed the appropriateness of the disclosures provided in the notes to the consolidated financial statements concerning the end-of-lifecycle provisions and the provisions for contract completion, particularly in terms of the uncertainties concerning certain assumptions and the sensitivity of the measurement of these provisions to certain financial inputs.

## Accounting treatment of contracts for the return of German nuclear waste

### Description of risk

As indicated in Note 1.1 to the consolidated financial statements, in August 2021, the Group signed a series of contracts with the German electricity companies PreussenElektra, RWE, ENBW and Vattenfall for a total amount of more than €1 billion concerning the return of all German-owned nuclear waste stored at Orano's la Hague plant. These contracts represent all the outstanding commitments made in the past regarding the waste of German electricity companies and provide for the return to Germany of the equivalent in mass and radioactivity of this waste contained in the used fuel from German reactors.

Note 3 to the consolidated financial statements specifies that the main terms of these contracts provide for exchanges of residue units, allowing the remaining activity and mass to be returned in

the form of vitrified waste and used packaging. These exchanges became effective when the contracts came into force. Physical restitution to the German electricians of the equivalent of the activity and metallic mass associated with this waste has been set for December 31, 2024, at the latest. Before this deadline, (i) intermediate storage services for waste packages and (ii) clean-up and storage operations for transport packaging for metal mass equivalence will be carried out.

Essentially, the agreement breaks down into (i) a residue unit exchange, (ii) the extinguishing of prior performance obligations, and (iii) the creation of new performance obligations for (a) waste package storage and (b) clean-up and storage of transportation packaging.

The return of all waste to German customers will result in the unwinding of all historical contracts still active at the time of the exchange transaction in September 2021. These historical contracts have been paid in full in the past and have given rise to partial revenue recognition based on the stage of completion of the related services. The balance of the advances paid but not yet recognized therefore constitutes income for the year, which is added to the amounts received in respect of the signing of contracts with the electricity companies in August 2021.

The costs relating to the provision of these services are mainly future costs of intermediate storage, processing, packaging, transportation and storage of waste that becomes the property of the Group, as well as the costs of storage of packages, clean-up and storage of transportation packaging.

The accounting impact on the year for these contracts depends on management's ability to determine:

- the different components of the contract;

- the price to be allocated to the transactions, taking into account the unwinding of past commitments in respect of waste from German electricity companies;

- the allocation of the price to each of the identified components, based on the expected cost of the services and the margin normally expected for similar services;

- the pace at which the revenue associated with each component is recognized;

- the estimate of the legal obligation attached to the waste of which Orano SA takes ownership.

We considered the accounting treatment of the contracts relating to the return of waste in Germany to be a key audit matter given the exceptional nature of this transaction and its significant impact on the Group's consolidated financial statements.

### How our audit addressed this risk

We performed a critical review of the accounting treatment of the contracts and the recognition of revenue and the margin for the period through the following procedures:

- we gained an understanding of the contracts and management's analysis describing the methods of recognizing revenue (aggregating the contracts, identifying the contracts' various performance obligations, allocating the price per obligation and determining the revenue recognition model);

- we recalculated the revenue to be recognized for past commitments related to historical contracts and their advancement at the signature date of the new agreements;

- we assessed the reasonableness of the main assumptions underlying the estimates of future waste treatment costs by performing procedures similar to those described in our response to the key audit matter concerning provisions for end-of-life-cycle obligations and provisions for contract completion which are detailed above;
- we assessed the nature of the costs of intermediate storage of packages, clean-up and storage of transportation packaging and the reasonableness of the key assumptions used by management to evaluate the expected margin, in particular by comparing them to historical services of the same nature;
- we recalculated the revenue to be recognized in respect of the exchange transaction;
- we corroborated the percentage of completion method used when revenue is recognized progressively based on costs incurred.

Lastly, we assessed the presentation of the impacts in the consolidated financial statements and verified the appropriateness of the disclosures provided in the notes to the consolidated financial statements.

## Specific verifications

As required by legal and regulatory provisions and in accordance with professional standards applicable in France, we have also performed the specific verifications on the information pertaining to the Group presented in the Board of Directors' management report.

We have no matters to report as to its fair presentation and its consistency with the consolidated financial statements.

We attest that the information pertaining to the Group presented in the management report includes the consolidated non-financial performance statement required under Article L. 225-102-1 of the French Commercial Code. However, in accordance with Article L. 823-10 of the French Commercial Code, we have not verified the fair presentation and consistency with the consolidated financial statements of the information given in that statement, which will be the subject of a report by an independent third party.

## Report on other legal and regulatory requirements

### Appointment of the Statutory Auditors

We were appointed Statutory Auditors of Orano SA by the Annual General Meeting of May 24, 2018.

At December 31, 2021, PricewaterhouseCoopers Audit and KPMG SA were in the fourth consecutive year of their engagement.

## Responsibilities of management and those charged with governance for the consolidated financial statements

Management is responsible for preparing consolidated financial statements giving a true and fair view in accordance with International Financial Reporting Standards as adopted by the European Union and for implementing the internal control procedures it deems necessary for the preparation of consolidated financial statements that are free of material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern, and using the going concern basis of accounting, unless it expects to liquidate the Company or to cease operations.

The Audit and Ethics Committee is responsible for monitoring the financial reporting process and the effectiveness of internal control and risk management systems, as well as, where applicable, any internal audit systems, relating to accounting and financial reporting procedures.

The consolidated financial statements were approved by the Board of Directors.

## Responsibilities of the Statutory Auditors relating to the audit of the consolidated financial statements

### Objective and audit approach

Our role is to issue a report on the consolidated financial statements. Our objective is to obtain reasonable assurance about whether the consolidated financial statements as a whole are free of material misstatement. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with professional standards will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions taken by users on the basis of these consolidated financial statements.

As specified in Article L. 823-10-1 of the French Commercial Code, our audit does not include assurance on the viability or quality of the Company's management.

As part of an audit conducted in accordance with professional standards applicable in France, the Statutory Auditors exercise professional judgment throughout the audit.

**6**



**6** FINANCIAL STATEMENTS

Statutory Auditors' report on the consolidated financial statements for the financial year ended December 31, 2021

They also:

- identify and assess the risks of material misstatement in the consolidated financial statements, whether due to fraud or error, design and perform audit procedures in response to those risks, and obtain audit evidence considered to be sufficient and appropriate to provide a basis for their opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control;

- obtain an understanding of the internal control procedures relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the internal control;

- evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management and the related disclosures in the notes to the consolidated financial statements;

- assess the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. This assessment is based on the audit evidence obtained up to the date of the audit report. However, future events or conditions may cause the Company to cease to continue as a going concern. If the Statutory Auditors conclude that a material uncertainty exists, they are required to draw attention in the audit report to the related disclosures in the consolidated financial statements or, if such disclosures are not provided or are inadequate, to issue a qualified opinion or a disclaimer of opinion;

- evaluate the overall presentation of the consolidated financial statements and assess whether these statements represent the underlying transactions and events in a manner that achieves fair presentation;

- obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. The Statutory Auditors are responsible for the management, supervision and performance of the audit of the consolidated financial statements and for the opinion expressed thereon.

## Report to the Audit and Ethics Committee

We submit a report to the Audit and Ethics Committee which includes, in particular, a description of the scope of the audit and the audit program implemented, as well as the results of our audit. We also report any significant deficiencies in internal control that we have identified regarding the accounting and financial reporting procedures.

Our report to the Audit and Ethics Committee includes the risks of material misstatement that, in our professional judgment, were the most significant for the audit of the consolidated financial statements and which constitute the key audit matters that we are required to describe in this report.

We also provide the Audit and Ethics Committee with the declaration provided for in Article 6 of Regulation (EU) No. 537/2014, confirming our independence within the meaning of the rules applicable in France, as defined in particular in Articles L. 822-10 to L. 822-14 of the French Commercial Code and in the French Code of Ethics for Statutory Auditors. Where appropriate, we discuss any risks to our independence and the related safeguard measures with the Audit and Ethics Committee.

Neuilly-sur-Seine and Paris-La Défense, February 25, 2022

The Statutory Auditors

PricewaterhouseCoopers Audit                                          KPMG SA

Séverine SCHEER              Laurent DANIEL          Laurent GENIN              Jean-Paul THILL

# 6.3 Company financial statements – financial year ended December 31, 2021

*Note: Tables are generally expressed in thousands of euros. Rounding may in some cases lead to differences in totals or in changes*

## Summary of notes

| | |
|---|---:|
| **Statement of financial position** | **284** |
| **Statement of income** | **286** |
| **Statement of income (continued)** | **287** |
| **Notes to the annual financial statements** | **288** |

**NOTE 1 Context of the statements and significant events of the period** — **288**
- 1.1 Impacts of the Covid-19 health crisis — 288
- 1.2 Change in capital — 288
- 1.3 Increase in investments in associates — 288
- 1.4 Liquidity position — 288
- 1.5 Impairment of investments in associates and loans to associates — 288

**NOTE 2 Accounting policies and principles** — **289**
- 2.1 Valuation of property, plant and equipment and intangible assets — 289
- 2.2 Financial investments — 289
- 2.3 Receivables and borrowings — 289
- 2.4 Financial instruments — 289
- 2.5 Non-trade current accounts — 290
- 2.6 Marketable securities — 290
- 2.7 Bond issues — 290
- 2.8 Provisions for contingencies and losses — 290
- 2.9 Exceptional items — 290
- 2.10 Tax information — 290

**NOTE 3 Changes in accounting policies** — **290**

**NOTE 4 Subsequent events** — **291**

**NOTE 5 Notes to the statement of financial position** — **291**
- 5.1 Gross values of property, plant and equipment and intangible assets — 291
- 5.2 Depreciation, amortization and impairment of property, plant and equipment and intangible assets — 292
- 5.3 Financial investments — 293
- 5.4 Impairment of financial investments — 294
- 5.5 Statement of receivables — 295
- 5.6 Accrued income — 296
- 5.7 Cash — 296
- 5.8 Share structure — 297
- 5.9 Equity — 297
- 5.10 Provisions for contingencies and losses — 298
- 5.11 Statement of liabilities — 299
- 5.12 Accrued expenses — 300

**NOTE 6 Notes to the statement of income** — **301**
- 6.1 Current operating income — 301
- 6.2 Net financial income (expense) — 301
- 6.3 Exceptional items — 301
- 6.4 Income tax — 301

**NOTE 7 Additional information** — **301**
- 7.1 Workforce — 301
- 7.2 Company exposure to market risk — 302
- 7.3 Related parties — 304
- 7.4 Off-balance-sheet commitments — 304
- 7.5 Compensation of corporate officers — 305
- 7.6 Disputes and contingent liabilities — 305
- 7.7 Table of subsidiaries and associates — 306

**6**

**6** FINANCIAL STATEMENTS
Company financial statements – financial year ended December 31, 2021

# Statement of financial position

ASSETS

| (in thousands of euros) | Note | 2021 Gross | 2021 Depreciation, amortization & impairment | 2021 Net | 2020 Net |
|---|---|---|---|---|---|
| Uncalled share capital | | | | | |
| **NON-CURRENT ASSETS** | | | | | |
| Research and Development expenses | | | | | |
| Concessions, patents, licenses, software and similar rights | | 483 | 145 | 338 | 387 |
| Goodwill | | | | | |
| Other intangible assets | | | | | |
| Intangible assets in progress | | 636 | | 636 | |
| Advances and prepayments | | | | | |
| **Total intangible assets** | | **1,119** | **145** | **974** | **387** |
| Land | | | | | |
| Buildings | | | | | |
| Plant, equipment and tooling | | | | | |
| Other property, plant and equipment | | 16,715 | 3,974 | 12,741 | 13,813 |
| Property, plant and equipment in progress | | 133 | | 133 | 147 |
| Advances and prepayments on PPE | | | | | |
| **Total property, plant and equipment** | 5.1/5.2 | **16,848** | **3,974** | **12,875** | **13,960** |
| Associates | | 7,303,805 | 542,528 | 6,761,277 | 6,677,766 |
| Loans to associates | | 3,491,073 | 113,371 | 3,377,703 | 2,442,195 |
| Investment portfolio (TIAP) | | | | | |
| Other long-term securities | | | | | |
| Loans | | | | | |
| Other financial investments | | 9,110 | | 9,110 | 7,061 |
| **Total financial investments** | 5.3/5.4 | **10,803,988** | **655,899** | **10,148,089** | **9,127,022** |
| **TOTAL NON-CURRENT ASSETS** | | **10,821,955** | **660,018** | **10,161,938** | **9,141,369** |
| **CURRENT ASSETS** | | | | | |
| Raw materials and supplies | | | | | |
| Goods in process | | | | | |
| Intermediate and finished products | | | | | |
| Goods | | | | | |
| **Total inventories and work-in-process** | | | | | |
| Advances and prepayments on orders | | | | | |
| Trade receivable and related accounts | | 3,231 | | 3,231 | 3,199 |
| Other accounts receivable | | 311,774 | | 311,774 | 1,196,470 |
| Subscribed capital called for, unpaid | | | | | |
| **Total receivables** | 5.5 | **315,005** | | **315,005** | **1,199,668** |
| Marketable securities | | 790,831 | 97 | 790,733 | 1,141,944 |
| Cash instruments | | | | | 27,341 |
| Cash | | 461,209 | | 461,209 | 603,859 |
| **Total cash and marketable securities** | 5.7 | **1,252,039** | **97** | **1,251,942** | **1,773,144** |
| **Prepaid expenses** | | **50** | | **50** | **81** |
| **TOTAL CURRENT ASSETS** | | **1,567,094** | **97** | **1,566,997** | **2,972,893** |
| Deferred charges | | 8,282 | | 8,282 | 11,122 |
| Bond redemption premiums | | 9,003 | | 9,003 | 11,609 |
| Currency translation adjustments | | | | | |
| **TOTAL ASSETS** | | **12,406,334** | **660,115** | **11,746,219** | **12,136,993** |

**LIABILITIES**

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| **SHARE CAPITAL** | 5.8 | **132,076** | **132,076** |
| Additional paid-in capital, merger premiums, share premiums | | 3,550,601 | 3,550,601 |
| Legal reserve | | 13,208 | 13,208 |
| Statutory or contractual reserves | | | |
| Other reserves | | 4,041 | 4,041 |
| Retained earnings | | 329,120 | 56,596 |
| **Net income for the period (profit or loss)** | | **378,260** | **272,519** |
| Investment subsidies | | | |
| Tax-driven provisions | | | |
| **TOTAL SHAREHOLDERS' EQUITY** | 5.9 | **4,407,306** | **4,029,041** |
| **OTHER SHAREHOLDERS' EQUITY** | | | |
| Proceeds from issues of equity securities | | | |
| Advances subject to covenants | | | |
| **TOTAL OTHER SHAREHOLDERS' EQUITY** | | | |
| **PROVISIONS FOR CONTINGENCIES AND LOSSES** | | | |
| Provisions for contingencies | | 6,387 | 6,511 |
| Provisions for losses | | 80 | 66 |
| **TOTAL PROVISIONS FOR CONTINGENCIES AND LOSSES** | 5.10 | **6,467** | **6,577** |
| **DEBT** | | | |
| Convertible bond debt | | | |
| Other bond debt | | 3,007,131 | 3,749,767 |
| Bank borrowings | | 55,366 | 1 |
| Miscellaneous loans and borrowings | | | 1320 |
| Advances and prepayments on orders | | | |
| Trade accounts payable and related accounts | | 41,269 | 36,789 |
| Taxes and employee-related liabilities | | 1,546 | 1,939 |
| Accounts payable on non-current assets and related accounts | | | |
| Other liabilities | | 4,190,139 | 4,280,267 |
| Financial instruments | | 16,551 | 1,084 |
| Deferred income | | 20,443 | 30,207 |
| **TOTAL LIABILITIES** | 5.11 | **7,332,445** | **8,101,375** |
| Currency translation adjustments | | | |
| **TOTAL SHAREHOLDERS' EQUITY AND LIABILITIES** | | **11,746,219** | **12,136,993** |

**6**

**6** FINANCIAL STATEMENTS
Company financial statements – financial year ended December 31, 2021

# Statement of income

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| **OPERATING INCOME** | | | |
| Sales of goods | | | |
| Sales of products | | | |
| Services performed | | 136,200 | 115,993 |
| **Revenue** [1] | | **136,200** | **115,993** |
| Production in inventory | | | |
| Capitalized production | | | |
| Operating subsidies | | | |
| Reversals of provisions, depreciation, amortization and impairment | | | 1,372 |
| Transferred expenses | | 116 | 4,354 |
| Other income | | 0 | 20 |
| **TOTAL OPERATING INCOME** | | **136,316** | **121,739** |
| **OPERATING EXPENSES** | | | |
| Purchase of goods | | | |
| Change in inventory (goods) | | | |
| Purchases of raw materials and other supplies | | | |
| Change in inventory (raw materials and supplies) | | | |
| Other purchases and expenses | | 154,975 | 155,531 |
| Taxes and related expenses | | 549 | 514 |
| Salaries and other compensation | | 1,078 | 1,067 |
| Social security charges | | 1,485 | 1,350 |
| Depreciation, amortization and provisions | | 4,837 | 5,131 |
| Other expenses | | 514 | 318 |
| **TOTAL OPERATING EXPENSES** | | **163,438** | **163,913** |
| **CURRENT OPERATING INCOME** | 6.1 | **-27,123** | **-42,174** |
| **SHARE OF NET INCOME FROM JOINT OPERATIONS** | | | |
| Profit allocated or loss transferred | | | |
| Loss allocated or profit transferred | | 866 | 737 |
| **FINANCE INCOME** | | | |
| From equity interests | | 353,082 | 183,503 |
| From other marketable securities and capitalized receivables | | | |
| Other interest and related income | | 56,386 | 122,559 |
| Reversals of provisions, depreciation, amortization and impairment | | 60,722 | 101,354 |
| Transferred expenses | | | |
| Foreign exchange gains | | 56,220 | 331,659 |
| Net income from disposals of marketable securities | | 101 | |
| **TOTAL FINANCE INCOME** | | **526,511** | **739,076** |
| **FINANCIAL EXPENSES** | | | |
| Allocations to depreciation, amortization, impairment and provisions | | 9,858 | 22,901 |
| Interest and related expenses | | 163,097 | 241,208 |
| Foreign exchange losses | | 56,386 | 331,229 |
| Net loss on disposals of marketable securities | | 1,785 | 223 |
| **TOTAL FINANCIAL EXPENSES** | | **231,127** | **595,560** |
| **NET FINANCIAL INCOME (EXPENSE)** | 6.2 | **295,384** | **143,515** |
| **PROFIT (LOSS) BEFORE TAX** | | **267,396** | **100,604** |
| (1) Of which direct exports. | | 7,299 | 5,814 |

# Statement of income (continued)

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| **EXCEPTIONAL INCOME** | | | |
| On financial management transactions | | | |
| On capital or non-current asset transactions | | | 1,367 |
| Reversals of provisions, amortization and impairment | | | |
| Transferred expenses | | | |
| **TOTAL EXCEPTIONAL INCOME** | | | **1,367** |
| **EXCEPTIONAL EXPENSES** | | | |
| On financial management transactions | | 355 | 406 |
| On capital or non-current asset transactions | | | 95 |
| Allocations to depreciation, amortization, impairment and provisions | | | |
| **TOTAL EXCEPTIONAL EXPENSES** | | **355** | **501** |
| **EXCEPTIONAL ITEMS** | 6.3 | **-355** | **865** |
| Employee profit sharing | | 8 | -2 |
| Income tax | 6.4 | -111,228 | -171,048 |
| **NET INCOME** | | **378,260** | **272,519** |

**6**



**6**   FINANCIAL STATEMENTS
Company financial statements – financial year ended December 31, 2021

# Notes to the annual financial statements

The notes hereunder supplement the statement of financial position for the financial year ended December 31, 2021, showing total assets of 11,746,219 thousand euros, and the statement of income, showing a net profit of 378,260 thousand euros. These statements are for the 12-month financial year beginning January 1 and ending December 31, 2021.

These notes to the financial statements include:

- highlights of the financial year;
- accounting policies and principles;
- changes in accounting methods;
- notes to the statement of financial position;
- notes to the statement of income;
- additional information.

These notes and tables form an integral part of the annual financial statements to December 31, 2021, approved by the Board of Directors on February 24, 2022.

## NOTE 1   CONTEXT OF THE STATEMENTS AND SIGNIFICANT EVENTS OF THE PERIOD

### 1.1   Impacts of the Covid-19 health crisis

In 2021, only the group's mining activities were affected by the Covid crisis, from January to May, with the shutdown of the Cigar Lake mine and the McClean Lake mill. At the end of December 2021, the Covid-19 crisis had not affected the value of investments in associates and loans to associates, as the values in use of the latter were not impacted by these items.

### 1.2   Change in capital

On February 22, 2021, the French State acquired 10,566,111 shares from AREVA SA, i.e., 4.0% of the share capital of Orano SA.

On July 12, 2021, in its role as trustee of the trust set up by AREVA SA for the benefit of its lenders, Caisse des Dépôts et consignations sold 12,121,953 Orano SA shares, i.e., 4.6% of the share capital, to the French State. As a result, this trust was closed and the balance of the 26,415,277 Orano SA shares held until then by Caisse des Dépôts et consignations, i.e., 14,293,324 shares, was transferred to AREVA SA.

On February 13, 2021, the French State acquired 31,698,333 shares of Orano SA from AREVA SA, i.e., 12.0% of the share capital.

On October 1, the French State acquired 24,830,361 shares of Orano SA, representing approximately 9.4% of the Company's share capital, from AREVA SA.

Since that date, the capital of Orano SA has been held by the French State (79.99%), AREVA SA (0.01%), CEA (1 share), JNFL (5%) and MHI (5%), as well as by Natixis (10%) in the context of a trust.

### 1.3   Increase in investments in associates

On May 3, 2021, Orano fully subscribed to the capital increase of its subsidiary Orano Med for an amount of 25,000 thousand euros.

On November 2, 2021, Orano fully subscribed to the capital increase of its subsidiary OranoDelfi for an amount of 5,216 thousand euros.

On November 10, 2021, Orano created two simplified joint stock companies, Orano 9 and Orano 10. These entities are wholly owned by the Company.

### 1.4   Liquidity position

The liquidity position is assessed for the entire Orano group insofar as Orano SA, as the group's centralizing cash-pooling company, must ensure the financing of its subsidiaries' requirements.

At December 31, 2021, Orano's short-term borrowings amounted to 313 million euros, including notably:

- the maturity on March 21, 2022, of a bond issue for 200 million euros;
- accrued interest not yet due in the amount of 57 million euros;
- short-term bank facilities in the amount of 55 million euros;

Beyond a 12-month period, the first significant debt maturity is a 750 million euro bond due on March 20, 2023.

Orano had a gross cash position of 1,252 million euros as of December 31, 2021, to meet these commitments and to ensure the continuity of its operations over the longer term. Additionally, the group has an undrawn revolving credit facility of 940 million euros subscribed with all its banking partners and valid until July 2023.

### 1.5   Impairment of investments in associates and loans to associates

As described in Note 2.2, at the end of each financial year, each group activity is valued according to its projected profitability.

The recoverable amounts are translated into the financial statements by an adjustment of the write-down of certain investments in associates, of non-trade current accounts, of loans to associates held by Orano SA (see Note 5.4), and of provisions for financial risks (see Note 5.10). The main reversal of the impairment of the securities recorded during the financial year concerns Orano Mining for an amount of 50,993 thousand euros, which is the result of the increase in the value in use of Orano Mining, mainly due to an upward revaluation of land resources and the use of the exchange rates used in the financial trajectory.

## NOTE 2   ACCOUNTING POLICIES AND PRINCIPLES

The annual financial statements of Orano SA for the year ended December 31, 2021, were prepared in accordance with French accounting standards as defined in Articles 121-1 to 121-5 *et seq.* of the French GAAP (plan comptable général). The accounting policies were applied in compliance with the French Commercial Code, the Accounting Decree of November 29, 1983, ANC Regulation No. 2014-03 and ANC Regulations No. 2018-07 related to the redrafting of the French GAAP applicable to year-end closing.

### 2.1  Valuation of property, plant and equipment and intangible assets

Property, plant and equipment and intangible assets are valued at their acquisition or production cost, including start-up expenses.

They are depreciated based on the approach deemed most representative of the loss of economic value of each component, with each component depreciated based on its own useful life. Depreciation is calculated using the straight-line method and rates normally applicable to these categories of assets.

The maximum depreciation periods are as follows:

- five years for off-the-shelf software;
- ten years for building improvements and office furniture; and
- five years for office equipment and IT hardware.

This depreciation may be supplemented for certain assets when the value in use falls below its net carrying amount. The resulting net carrying amount may be considered to be economically justified.

### 2.2  Financial investments

Financial investments appear on the asset side of the statement of financial position at their transfer value or acquisition cost. The acquisition cost means the purchase price plus costs directly related to the purchase, in particular commissions paid to acquire the investment.

At each year-end, investments in associates are measured at their value in use. An impairment loss is recognized when their value in use, assessed individually for each interest, falls below their historical cost.

The value in use is determined:

- based on the percentage share of the subsidiary's net assets at the end of the financial year;
- the present value of the projected future cash flows, based on the strategic plan approved by the governance bodies and its underlying assumptions, plus its terminal value, which corresponds to the present value, discounted to infinity, of the cash flows for the "standard year" estimated at the end of the period covered by the future cash flow projections. However, certain activities have a finite useful life (for example due to the finite mineral resources in the mines or the limited duration of the operating permits in nuclear activities); in this case, the cash flows taken into account to measure their value in use are not discounted to infinity, but rather to the end of their expected useful life.

The impairment is calculated based on the share of net assets held at the end of the financial year.

Loans to associates are recorded at face value. Where applicable, they are written down through a provision to take into account the financial position of the subsidiary.

### 2.3  Receivables and borrowings

Receivables and borrowings are valued at face value. Receivables may be written down by a provision to reflect potential collection difficulties based on information available at closing.

Receivables and borrowings in foreign currencies are translated and recorded in euros based on exchange rates in effect at the end of the financial year. Unrealized gains and losses are recorded on the statement of financial position as currency translation differences. Receivables and borrowings in foreign currencies whose exchange rates have been hedged are recorded in euros based on the hedged rate. Unrealized foreign exchange losses are recognized through a contingency provision.

### 2.4  Financial instruments

Orano SA uses derivatives to hedge foreign exchange risks and interest rate risks both for its own transactions and those carried out by its subsidiaries. The derivatives used are mainly forward currency contracts: currency and interest rate swaps, inflation swaps and currency options. The company has applied ANC Regulation No. 2015-05 since January 1, 2017.

The risks hedged relate to receivables, borrowings and firm commitments in foreign currencies. The derivatives traded to hedge subsidiaries' exposure are systematically backed by symmetrical instruments with banking counterparties to hedge the exposure of Orano SA.

 **6** FINANCIAL STATEMENTS

Company financial statements – financial year ended December 31, 2021

Accounting principles:

- gains and losses on derivatives traded to hedge the subsidiaries' exposure are recognized through profit and loss at maturity, thus matching the gains and losses recognized on the derivatives negotiated by Orano SA with banks;
- the interest rate derivatives negotiated by Orano SA are qualified as hedging instruments or included in an isolated open position in the separate financial statements. Accrued interest not yet due is recognized in the statement of financial position with an offsetting entry to the statement of income.

## 2.5 Non-trade current accounts

Non-trade current accounts are reported under "Other accounts receivable" when they appear on the asset's side of the statement of financial position. Otherwise, they appear on the liabilities side under "Other liabilities".

## 2.6 Marketable securities

Marketable securities are valued at the lower of their acquisition cost or their net carrying amount. A provision for impairment is recorded when the valuation at the end of the period shows an overall capital loss by class of securities. The net carrying amount is equal to the average closing market price of the securities for the last month of the period.

## 2.7 Bond issues

Bond debt is recognized as borrowings, as provided in generally accepted accounting principles in the French GAAP (*plan comptable général*).

Redemption premiums and deferred charges related to bond debt are amortized in a straight line over the term of the issue.

## 2.8 Provisions for contingencies and losses

Provisions for contingencies and losses are established whenever there is a probable outflow of resources resulting from a past event, in accordance with the French accounting board rules on liabilities dated December 7, 2000 (CRC 2000-06).

Provisions are recorded for contingencies and losses, for instance to cover restructuring or litigation expenses.

Contingent liabilities represent obligations that are neither probable nor certain at the date of closing, or obligations that are probable but where no resource is likely to be expended. Contingent liabilities are not recognized in provisions, but rather disclosed in the notes (see Note 5.10).

## 2.9 Exceptional items

Items related to the company's ordinary operations are recognized in operating income even if they are exceptional in terms of frequency or amount. Only items that are not related to the company's ordinary operations are recognized as exceptional items in the statement of income, in addition to transactions specifically qualified as exceptional items under French GAAP (regulated provisions, reversals of investment subsidies, gains on disposals of certain assets, *etc.*).

## 2.10 Tax information

From September 1, 2017, Orano SA opted to be solely responsible for income tax due on the combined income of the group consisting of Orano SA and the subsidiaries in which it holds at least 95% of the share capital, as provided for in Article 223A of the French General Tax Code. This regime remains in effect for the financial year ended December 31, 2021.

Under the tax consolidation, Orano SA signed an agreement with each of its subsidiaries to manage their relationship in terms of recognizing income tax expense, paying any taxes, and identifying and transferring tax credits. This agreement observes neutrality, in that it stipulates that each consolidated company determines its tax liability as if it had been taxed separately. It lays out the rules that will apply should a subsidiary leave the tax consolidation, and that will continue to uphold neutrality, and refers to the future creation of a withdrawal agreement if that should happen.

## NOTE 3 CHANGES IN ACCOUNTING POLICIES

In May 2021, the IASB approved the IFRIC decision on the attribution of rights from post-employment benefit plans. Provisions for retirement benefits are no longer recognized as soon as the employee joins the Company, but according to the length of service and ceilings appearing in the collective bargaining agreements and/or applicable agreements.

In November 2021, the ANC updated its recommendation ANC 2013-02 on the separate financial statements following the adoption of this IFRIC reform under IFRS. The group has therefore decided to align the separate and IFRS financial statements in terms of the method used to calculate retirement benefits.

The restatement resulted in a reduction in the commitments for the plans concerned (see Note 5.10) as counterparty to an increase in equity (see Note 5.9), for an amount of five thousand euros.

## NOTE 4   SUBSEQUENT EVENTS

No subsequent event that could have a material impact on the Company's financial statements was identified.

## NOTE 5   NOTES TO THE STATEMENT OF FINANCIAL POSITION

### 5.1  Gross values of property, plant and equipment and intangible assets

**GROSS AMOUNT**

| (in thousands of euros) | Note | 2020 | Merger Contribution Spin-off | Increase | Decrease | Transfer from one line to another | 2021 |
|---|---|---|---|---|---|---|---|
| **Intangible assets** | | | | | | | |
| Research and Development expense | | | | | | | |
| Concessions, patents and similar rights | | 458 | - | 25 | - | - | 483 |
| Goodwill | | | | | | | |
| Other intangible assets | | | | | | | |
| Intangible assets in progress | | - | - | 636 | - | - | 636 |
| Advances and prepayments | | | | | | | |
| **TOTAL INTANGIBLE ASSETS** | 5.1.1 | **458** | **-** | **661** | **-** | **-** | **1,119** |
| **Property, plant and equipment** | | | | | | | |
| Land | | | | | | | |
| Buildings: | | | | | | | |
| • Buildings erected on owned land | | | | | | | |
| • Buildings erected on third-party land | | | | | | | |
| • Buildings, facilities, fixtures | | | | | | | |
| Plant, equipment and tooling: | | | | | | | |
| • Plant, equipment and tooling: | | | | | | | |
| • End-of-lifecycle assets | | | | | | | |
| Other property, plant and equipment: | | | | | | | |
| • Miscellaneous facilities, fixtures and improvements | | 11,349 | - | 724 | - | - | 12,073 |
| • Transportation equipment | | | | | | | |
| • Office equipment, IT equipment and furniture | | 4,531 | - | 111 | - | - | 4,642 |
| • Other property, plant and equipment | | | | | | | |
| Property, plant and equipment in progress | | 147 | - | 846 | 859 | - | 133 |
| Advances and prepayments on property, plant and equipment | | | | | | | |
| **TOTAL PROPERTY, PLANT AND EQUIPMENT** | 5.1.1 | **16,027** | **-** | **1,680** | **859** | **-** | **16,848** |

### 5.1.1 Property, plant and equipment and intangible assets

Acquisitions of property, plant and equipment and intangible assets mainly concern the Company's head office in Châtillon and the implementation of a data center.

**6** FINANCIAL STATEMENTS
Company financial statements – financial year ended December 31, 2021

## 5.2 Depreciation, amortization and impairment of property, plant and equipment and intangible assets

**DEPRECIATION, AMORTIZATION AND IMPAIRMENT**

| (in thousands of euros) | Note | 2020 | Merger Contribution Spin-off | Increase | Decrease | Transfer from one line to another | 2021 |
|---|---|---|---|---|---|---|---|
| **Intangible assets** | | | | | | | |
| Research and Development expense | | | | | | | |
| Concessions, patents and similar rights | | 72 | - | 73 | - | - | 145 |
| Goodwill | | | | | | | |
| Other intangible assets | | | | | | | |
| Intangible assets in progress | | | | | | | |
| **TOTAL INTANGIBLE ASSETS** | | **72** | **-** | **73** | **-** | **-** | **145** |
| **Property, plant and equipment** | | | | | | | |
| Land and improvements | | | | | | | |
| Buildings: | | | | | | | |
| ● Buildings erected on owned land | | | | | | | |
| ● Buildings erected on third-party land | | | | | | | |
| ● Buildings, facilities, fixtures | | | | | | | |
| Plant, equipment and tooling: | | | | | | | |
| ● Plant, equipment and tooling: | | | | | | | |
| ● End-of-lifecycle assets | | | | | | | |
| Other property, plant and equipment: | | | | | | | |
| ● Miscellaneous facilities, fixtures and improvements | | 1,285 | - | 1,194 | - | - | 2,479 |
| ● Transportation equipment | | | | | | | |
| ● Office equipment, IT equipment and furniture | | 782 | - | 713 | - | - | 1,495 |
| ● Other property, plant and equipment | | | | | | | |
| Property, plant and equipment in progress | | | | | | | |
| **TOTAL PROPERTY, PLANT AND EQUIPMENT** | | **2,067** | **-** | **1,907** | **-** | **-** | **3,974** |

## 5.3  Financial investments

**GROSS AMOUNT**

| *(in thousands of euros)* | Note | 2020 | Increase | Decrease | 2021 |
|---|---|---|---|---|---|
| Associates | 5.3.1 | 7,273,419 | 30,386 | | 7,303,805 |
| Loans to associates | 5.3.2 | 2,555,566 | 1,183,077 | 247,570 | 3,491,073 |
| TIAP (Portfolio investments) | | | | | |
| Other long-term securities | | | | | |
| Loans | | | | | |
| Other financial investments: | | | | | |
| ● Receivables related to end-of-lifecycle operations | | | | | |
| ● End-of-lifecycle assets – Third-party share | | | | | |
| ● Miscellaneous financial investments | 5.3.3 | 7,061 | 2,049 | - | 9,110 |
| **TOTAL FINANCIAL INVESTMENTS** | | **9,836,046** | **1,215,512** | **247,570** | **10,803,988** |

### 5.3.1 Associates

This item amounts to 7,303,805 thousand euros. It consists mainly of the following equity investments:

- Orano Mining: 2,356,194 thousand euros;
- Orano Recyclage: 1,798,236 thousand euros;
- Orano Chimie-Enrichissement: 1,471,390 thousand euros;
- Orano Nuclear Packages and Services: 744,000 thousand euros;
- Orano USA LLC: 358,391 thousand euros;
- Orano Démantèlement: 200,302 thousand euros;
- Orano Med: 133,782 thousand euros;
- Orano Support: 122,069 thousand euros;
- Orano Projets: 63,844 thousand euros.

The change mainly corresponds to the subscription to the capital increases of Orano Med for 25,000 thousand euros in May 2021 and OranoDelfi for 5,000 thousand euros in November 2021.

### 5.3.2  Loans to associates

This item, amounting to 3,491,073 thousand euros, concerns medium-term loans granted to group companies, including accrued interest (see Note 5.6.1). The companies concerned at December 31, 2021, were mainly:

- Société Enrichissement Tricastin: 1,320,128 thousand euros;
- Orano Chimie-Enrichissement: 999,070 thousand euros;
- Orano Canada Inc.: 688,109 thousand euros (990,396 KCAD);
- Orano Mining: 320,366 thousand euros;
- Orano Ressources Centrafrique: 113,371 thousand euros;
- SI-nerGIE: 20,139 thousand euros;
- Orano USA LLC: 14,762 thousand euros (16,719 KUSD);
- Orano Temis: 10,001 thousand euros.

The increases for the financial year mainly concern loans granted during financial year 2021 to:

- Orano Chimie-Enrichissement: 999,000 thousand euros;
- Orano Canada Inc.: 155,076 thousand euros;
- SI-nerGIE: 20,000 thousand euros.

The decreases over the period concern foreign exchange movements and the repayments made during the 2021 financial year for the following companies:

- Société Enrichissement Tricastin: 210,020 thousand euros;
- Orano Mining: 14,987 thousand euros;
- TN Americas LLC: 9,858 thousand euros;
- Orano USA LLC: 7,665 thousand euros;
- Orano GmbH: 5,000 thousand euros.

### 5.3.3  Miscellaneous financial investments

The item "Miscellaneous financial investments" includes the participation of Orano SA in:

- the Elini mutual insurance company: 8,790 thousand euros;
- the BlueRE mutual: 320 thousand euros.

As Orano SA is the only member of the nuclear mutuals on behalf of the Orano group and its nuclear operators, the assets previously held by Eurodif SA were acquired during the financial year for an amount of 2,049 thousand euros.

**6**

**6**  **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

## 5.4  Impairment of financial investments

**WRITE-DOWNS**

| (in thousands of euros) | Note | 2020 | Increase | Decrease | 2021 |
|---|---|---|---|---|---|
| Associates | 5.4.1 | 595,653 | 766 | 53,891 | 542,528 |
| Loans to associates | 5.4.2 | 113,371 | - | - | 113,371 |
| TIAP (Portfolio investments) | | | | | |
| Other long-term securities | | | | | |
| Loans | | | | | |
| Other financial investments: | | | | | |
| ● Receivables related to end-of-lifecycle operations | | | | | |
| ● End-of-lifecycle assets – Third-party share | | | | | |
| ● Miscellaneous financial investments | | | | | |
| **TOTAL FINANCIAL INVESTMENTS** | | **709,024** | **766** | **53,891** | **655,899** |

### 5.4.1 Impairment of investments in associates

Based on the principles given in Note 2.2:

● impairment charges mainly correspond to provisions on the following securities: Orano UK: 755 thousand euros;

● reversals of impairment mainly correspond to provisions on the securities:

○ Orano Mining: 50,993 thousand euros,

○ Orano Support: 2,757 thousand euros;

The reversal of impairment of Orano Mining securities results from the increase in the value in use of certain mining assets, mainly due to an upward revaluation of land resources and the use of the exchange rates used in the financial trajectory.

### 5.4.2 Impairment of loans to associates

These impairments only concern Orano Ressources Centrafrique.

## 5.5  Statement of receivables

| (in thousands of euros) | Note | Gross amount | Term due within 1 year | Term due in more than 1 year |
|---|---|---|---|---|
| **NON-CURRENT ASSETS** | | | | |
| Loans to associates | 5.3.2 | 3,491,073 | 572,779 | 2,918,295 |
| Loans | | | | |
| Other financial investments: | | | | |
| • Receivables related to end-of-lifecycle operations | | | | |
| • End-of-lifecycle assets – Third-party share | | | | |
| • Miscellaneous financial investments | | 9,110 | - | 9,110 |
| **TOTAL CAPITALIZED RECEIVABLES** | | **3,500,183** | **572,779** | **2,927,404** |
| **CURRENT ASSETS** | | | | |
| Suppliers: advances and prepayments made | | | | |
| Working capital: receivables | | | | |
| Doubtful accounts | | | | |
| Other trade receivables | | 3,231 | 3,231 | - |
| Accounts payable to employees and related accounts | | 4 | 4 | - |
| Social security administration and other social institutions | | | | |
| State and other public authorities: | | | | |
| • Income tax | 5.5.1 | 141,239 | 71,551 | 69,688 |
| • Value-added tax | | 6,892 | 6,892 | - |
| • Other taxes and related expenses | | 7 | 7 | - |
| • State - miscellaneous | | | | |
| Group and associates | 5.5.2 | 73,996 | 73,996 | - |
| Trade accounts and other receivables | 5.5.3 | 89,637 | 43,898 | 45,739 |
| **TOTAL GROSS RECEIVABLES – CURRENT ASSETS** | | **315,005** | **199,579** | **115,427** |
| Prepaid expenses | | **50** | **50** | - |
| **TOTAL GROSS RECEIVABLES** | | **3,815,238** | **772,407** | **3,042,831** |

### 5.5.1   Income tax

Income tax receivables refer to the tax installments for the 2021 financial year paid by the group to the Treasury in the amount of 41,295 thousand euros and to tax credits of 99,944 thousand euros.

Against that, as the parent company of the tax consolidation group, Orano SA recognizes liabilities to the consolidation subsidiaries for their share of payments made and their entitlement to tax credits (see Note 5.11.3).

### 5.5.2   Group and associates

This item includes non-trade current account assets for an amount of 73,996 thousand euros.

The companies concerned at December 31, 2021, were mainly:

- Orano Mining: 30,270 thousand euros;
- SI-nerGIE: 12,720 thousand euros;
- Urangesellschaft: 11,368 thousand euros;
- Orano Temis: 7,726 thousand euros;
- Orano D&D Operations LLC: 4,273 thousand euros;
- Orano Resources Southern Africa: 3,320 thousand euros;
- Orano Med: 2,616 thousand euros.

### 5.5.3   Trade accounts and other receivables

This item corresponds mainly to hedging instruments revalued at the closing rate, including accrued interest.

**6**

**6** **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

## 5.6 Accrued income

(French Decree No. 83-1020 of November 29, 1983 – Article 23)

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| **FINANCIAL INVESTMENTS** | | | |
| Loans to associates | 5.6.1 | 8,590 | 5,282 |
| Other financial investments | | | |
| **TOTAL LONG-TERM INVESTMENTS** | | **8,590** | **5,282** |
| **WORKING CAPITAL: RECEIVABLES** | | | |
| Trade accounts receivable and related accounts | | 1,980 | 1,204 |
| Accounts payable to employees and related accounts | | | |
| Social security administration and other social institutions | | 4 | - |
| State and other public authorities | | | |
| Trade accounts and other receivables | 5.6.2 | 77,823 | 183,378 |
| **TOTAL RECEIVABLES – CURRENT ASSETS** | | **79,806** | **184,582** |
| Marketable securities | | 734 | 240 |
| Cash | | | |
| **TOTAL ACCRUED INCOME** | | **89,131** | **190,104** |

### 5.6.1 Loans to associates

This item concerns accrued interest on loans to associates and in particular:

- Orano Canada Inc.: 7,223 thousand euros;
- Orano USA LLC: 611 thousand euros;
- Orano Mining: 366 thousand euros.

### 5.6.2 Trade accounts and other receivables

The change in trade accounts and other receivables is essentially due to the revaluation of financial hedging instruments at the closing rate.

## 5.7 Cash

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| Other marketable securities | | 790,831 | 1,142,264 |
| Write-downs | | -97 | -320 |
| | 5.7.1 | **790,733** | **1,141,944** |
| Cash instruments | 5.7.2 | - | 27,341 |
| Cash | | 461,209 | 603,859 |
| **TOTAL CASH AND MARKETABLE SECURITIES** | | **1,251,942** | **1,773,144** |

### 5.7.1 Other marketable securities

At December 31, 2021, other marketable securities consisted of money market funds and term deposits in the amount of 790,831 thousand euros.

### 5.7.2 Cash instruments

Cash instruments mainly concerned cross-currency swaps at the end of the 2020 financial year.

## 5.8  Share structure

(French Decree No. 83-1020 of November 29, 1983 – Article 24-12)

| | | Number of shares | | | |
|---|---|---|---|---|---|
| Class of shares | par value | At the beginning of the financial year | Increase | Decrease | At end of the financial year |
| Ordinary shares | 0.50 euros | 264,152,778 | - | - | 264,152,778 |

The authorized share capital presented above of Orano SA at December 31, 2021, breaks down as follows:

| | 2021 | 2020 |
|---|---|---|
| French state | 79.99% | 50% + 1 share |
| AREVA SA | 0.01% | 20% |
| Natixis * | 10.0% | 10% |
| Caisse des Dépôts * | - | 10% |
| CEA | 1 share | 1 share |
| MHI | 5.0% | 5% |
| JNFL | 5.0% | 5% |
| **TOTAL** | **100%** | **100%** |

\*   Under a trust agreement and as security on behalf of certain Areva SA lenders, AREVA SA transferred 10% of the capital of Orano SA to Caisse des Dépôts and 10% of the capital of Orano SA to Natixis. Pursuant to the Shareholders' Agreement, it was nevertheless agreed that the voting rights held by Caisse des Dépôts and Natixis would be exercised exclusively in accordance with the instructions given by AREVA SA, pursuant to the provisions of the agreement.

During financial year 2021, the French State acquired a 29.99% stake in Orano SA (see Note 1.2).

## 5.9  Equity

| (in thousands of euros) | Note | 2020 | Method change | Allocation of net income | Net income for the period | Increase | Decrease | 2021 |
|---|---|---|---|---|---|---|---|---|
| Subscribed capital | | 132,076 | - | - | - | - | - | 132,076 |
| Additional paid-in capital | | 3,550,601 | - | - | - | - | - | 3,550,601 |
| Revaluation surplus | | | | | | | | |
| Legal reserve | | 13,208 | - | - | - | - | - | 13,208 |
| Restricted reserves | | | | | | | | |
| Regulated reserves | | | | | | | | |
| Other reserves | | 4,041 | - | - | - | - | - | 4,041 |
| Retained earnings | 5.9.1 | 56,596 | 5 | 272,519 | - | - | - | 329,120 |
| Unallocated income | | | | | | | | |
| Net income for the period | | 272,519 | - | -272,519 | 378,260 | - | - | 378,260 |
| Net investment subsidies | | | | | | | | |
| Tax-driven provisions | | | | | | | | |
| **TOTAL SHAREHOLDERS' EQUITY** | | **4,029,041** | **5** | **-** | **378,260** | **-** | **-** | **4,407,306** |

### 5.9.1   Retained earnings

As indicated in the changes in accounting policies (see Note 3), the restatement linked to the calculation method for retirement benefits increased shareholders' equity by five thousand euros.

**6**

**6** **FINANCIAL STATEMENTS**

Company financial statements – financial year ended December 31, 2021

## 5.10 Provisions for contingencies and losses

| (in thousands of euros) | Note | 2020 | Method change | Increase | Decrease | Reclas. | 2021 |
|---|---|---|---|---|---|---|---|
| **PROVISIONS FOR CONTINGENCIES** | | | | | | | |
| Provisions for litigation | | | | | | | |
| Provisions for customer guarantees | | | | | | | |
| Provisions for taxes | | | | | | | |
| Provisions for foreign exchange losses | | | | | | | |
| Other provisions for contingencies | 5.10.1 | 6,511 | - | 6,387 | 6,511 | - | 6,387 |
| **TOTAL PROVISIONS FOR CONTINGENCIES** | | **6,511** | **-** | **6,387** | **6,511** | **-** | **6,387** |
| **PROVISIONS FOR LOSSES** | | | | | | | |
| Provisions for retirement and similar benefits | 5.10.2 | 66 | -5 | 19 | - | - | 80 |
| Provisions for taxes | | | | | | | |
| Provisions for work completion | | | | | | | |
| Provisions for accrued expenses | | | | | | | |
| Provisions for mining site remediation | | | | | | | |
| End-of-lifecycle provisions | | | | | | | |
| Provisions for decontamination of tooling | | | | | | | |
| Other provisions for losses | | | | | | | |
| **TOTAL PROVISIONS FOR LOSSES** | | **66** | **-5** | **19** | **-** | **-** | **80** |
| **TOTAL PROVISIONS FOR CONTINGENCIES AND LOSSES** | | **6,577** | **-5** | **6,406** | **6,511** | **-** | **6,467** |
| Including allocations and reversals | | | | | | | |
| • operating | | | | 18 | | | |
| • financial | | | | 6,388 | 6,511 | | |
| • exceptional | | | | | | | |

### 5.10.1   Other provisions for contingencies

The allocations for the financial year concern:

- underlying (unrealized) losses on rate swaps in the amount of 884 thousand euros;
- the share in the 2021 deficit of the SI-nerGIE consortium in the amount of 5,503 thousand euros.

Reversals in the period consisted of:

- the provision for underlying (unrealized) losses on rate swaps in the amount of 5,645 thousand euros;
- the share in the 2020 deficit of the SI-nerGIE consortium in the amount of 866 thousand euros.

### 5.10.2   Provisions for retirement and similar benefits

As indicated in the changes in accounting policies (see Note 3), the restatement linked to the calculation method for retirement benefits reduced the amount of these commitments by five thousand euros.

## 5.11 Statement of liabilities

| (in thousands of euros) | Note | Gross amount | Term due within 1 year | Term from 1 to 5 years | Term more than 5 years |
|---|---|---|---|---|---|
| **BORROWINGS** | | | | | |
| Convertible bond debt | | | | | |
| Other bond debt | 5.11.1 | 3,007,131 | 257,381 | 2,249,750 | 500,000 |
| Bank borrowings | 5.11.2 | 55,366 | 55,366 | - | - |
| Miscellaneous loans and borrowings: | | | | | |
| **TOTAL BORROWINGS** | | **3,062,497** | **312,747** | **2,249,750** | **500,000** |
| **ADVANCES AND PREPAYMENTS ON ORDERS** | | | | | |
| **OTHER LIABILITIES** | | | | | |
| Trade accounts payable and related accounts | | 41,269 | 41,269 | - | - |
| Taxes and employee-related liabilities: | | | | | |
| • Accounts payable to employees and related accounts | | 642 | 220 | 423 | - |
| • Social security administration and other social institutions | | 323 | 137 | 186 | - |
| • State and other public authorities: | | | | | |
| ○ Value-added tax | | 372 | 372 | - | - |
| ○ Other taxes | | 208 | 197 | 11 | - |
| ○ Income tax | | | | | |
| Accounts payable on non-current assets and related accounts | | | | | |
| Group and associates | 5.11.3 | 4,115,775 | 4,079,945 | 35,830 | - |
| Other liabilities | 5.11.4 | 74,364 | 28,632 | 45,732 | - |
| Cash instruments | | 16,551 | 16,551 | - | - |
| **TOTAL OTHER LIABILITIES** | | **4,249,506** | **4,167,324** | **82,182** | **-** |
| Deferred income | 5.11.5 | 20,443 | 9,258 | 10,410 | 775 |
| **TOTAL UNEARNED INCOME** | | **20,443** | **9,258** | **10,410** | **775** |
| **TOTAL GROSS LIABILITIES** | | **7,332,445** | **4,489,329** | **2,342,341** | **500,775** |

### 5.11.1   Bond debts

The balance of bond debts consists of the 2,949,750 thousand euros nominal value of the bond issues plus accrued interest not yet due of 57,381 thousand euros (see Note 5.12.1). An outstanding nominal total of 700 million euros in interest rate swaps was backed by these bonds.

| Issue date (in thousands of currency unit) | Nominal | Currency | Nominal rate | Maturity |
|---|---|---|---|---|
| September 23, 2009 | 749,750 | EUR | 4.875% | 09/2024 |
| April 4, 2012 | 200,000 | EUR | TEC 10 + 2.125% | 03/2022 |
| March 20, 2014 | 750,000 | EUR | 3.125% | 03/2023 |
| April 23, 2019 | 750,000 | EUR | 3.375% | 04/2026 |
| September 8, 2020 | 500,000 | EUR | 2.750% | 03/2028 |
| **TOTAL** | **2,949,750** | EUR | | |

Bond issues with a nominal value of 730 million euros were redeemed as planned upon maturity on March 22, 2021.

**6**

**6** **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

### 5.11.2 Bank borrowings

At December 31, 2021, this item amounted to 55,366 thousand euros, corresponding to short-term bank facilities.

### 5.11.3 Group and associates

This item consists of:

- tax credit debts to consolidated French subsidiaries in the amount of 72,645 thousand euros;
- debts related to tax consolidation for an amount of 6,654 thousand euros;
- non-trade current account liabilities in the amount of 4,036,476 thousand euros. The companies concerned at December 31, 2021, were mainly:
  - Orano Recyclage: 2,743,574 thousand euros,
  - Orano Nuclear Packages and Services: 319,133 thousand euros,
  - Société Enrichissement Tricastin: 241,882 thousand euros,

- Orano Démantèlement: 122,457 thousand euros,
- Orano Assurance et Réassurance: 113,617 thousand euros,
- SET Holding: 72,446 thousand euros,
- Orano Mining Namibia: 60,962 thousand euros,
- ETC: 55,490 thousand euros,
- Orano DS: 36,357 thousand euros,
- Eurodif: 34,431 thousand euros,
- Orano Support: 30,646 thousand euros,
- Orano Projets: 25,165 thousand euros,
- CFMM: 23,514 thousand euros,
- Orano Federal Services: 21,301 thousand euros.

### 5.11.4 Trade accounts and other receivables

This item corresponds mainly to hedging instruments revalued at the closing rate, including accrued interest.

### 5.11.5 Differed income

|  | 2021 | 2020 |
|---|---|---|
| Differed operating income | 2,134 | 2,406 |
| Differed financial income | 18,308 | 27,801 |
| **TOTAL** | **20,443** | **30,207** |

The differed financial income relates to interest rate swap terminations spread out over the remaining period of the borrowings to reflect their effective interest rate over their term.

## 5.12 Accrued expenses

| (in thousands of euros) | Note | 2021 | 2020 |
|---|---|---|---|
| **BORROWINGS** | | | |
| Convertible bond debt | | | |
| Other bond debt | 5.12.1 | 57,381 | 70,317 |
| Bank borrowings | | | |
| Miscellaneous loans and borrowings | | | |
| **TOTAL BORROWINGS** | | **57,381** | **70,317** |
| **OTHER LIABILITIES** | | | |
| Trade accounts payable and related accounts | 5.12.2 | 20,774 | 18,476 |
| Taxes and employee-related liabilities | | 1,118 | 1,469 |
| Accounts payable on non-current assets and related accounts | | | |
| Other liabilities | 5.12.3 | 74,357 | 175,142 |
| **TOTAL OTHER LIABILITIES** | | **96,249** | **195,087** |
| **TOTAL ACCRUED EXPENSES** | | **153,630** | **265,404** |

### 5.12.1 Other bond debt

This item includes the accrued interest not yet due on bond issues.

### 5.12.2 Trade payables and related accounts

The change in trade accounts payable mainly concerns the charge-back by Orano Support of central division costs.

### 5.12.3 Other liabilities

The change in other liabilities is mainly due to the revaluation of financial instruments at the closing rate.

## NOTE 6 NOTES TO THE STATEMENT OF INCOME

### 6.1 Current operating income

Revenue notably includes:

- charge-backs to the subsidiaries of Corporate services for a total amount of 120,644 thousand euros;
- revenue from real estate operations in the amount of 10,385 thousand euros.

Operating expenses comprise charge-backs by Orano Support of the central division costs, leases and expenses for the Châtillon and Saint-Quentin-en-Yvelines sites and various direct purchases relating to its corporate purpose. Operating losses amounted to 27,123 thousand euros.

### 6.2 Net financial income (expense)

Net financial income in the amount of 295,384 thousand euros includes mainly:

- dividends from investments in associates: 266,539 thousand euros [1];
- net income on non-trade accounts and loans to associates: 86,840 thousand euros;
- net income on financial instruments: 4,602 thousand euros;
- financial expenses on loans: -112,268 thousand euros;
- foreign exchange gains/losses: -166 thousand euros;
- charges to provisions for investments in associates: -755 thousand euros [2];
- reversals of provisions for investments in associates: 53,880 thousand euros [3];
- net reversals of provisions for other financial risks: 123 thousand euros;
- amortization of redemption premiums related to bond issues: -2,606 thousand euros.

### 6.3 Exceptional items

Exceptional items of - 355 thousand euros mainly correspond to:

- the consequences of a settlement agreement: -355 thousand euros.

### 6.4 Income tax

In accordance with the provisions of Article 223A of the French General Tax Code, Orano SA opted to be solely responsible for income tax due on the comprehensive income of the consolidated group in France beginning September 1, 2017.

In the 2021 financial year, Orano SA and its consolidated subsidiaries generated a collective loss of 15,902 thousand euros.

The tax income recognized for the 2021 financial year came to 111,228 thousand euros and consisted of:

- tax savings generated by tax consolidation: 114,356 thousand euros;
- income tax on earnings from all previous financial years: -290 thousand euros;
- the loss of foreign tax credits: -2,885 thousand euros;
- tax credits for the financial year: 47 thousand euros.

## NOTE 7 ADDITIONAL INFORMATION

### 7.1 Workforce

For the financial year ended December 31, 2021, the average workforce of the company was three people, as indicated in the following table:

| | 2021 | 2020 |
|---|---|---|
| Management personnel | 3 | 3 |
| Supervisors | - | - |
| Employees | - | - |
| **TOTAL** | **3** | **3** |

(1) Orano Mining, Orano Démantèlement, Orano NPS, Orano Support, Orano Projets and Orano UK.
(2) Mainly Orano UK.
(3) Mainly Orano Mining and Orano Support (see Note 5.4.1.).

**6**  **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

## 7.2 Company exposure to market risk

### General objectives

Orano SA uses derivatives to manage its exposure to foreign exchange and interest rate risk. These instruments are generally qualified as hedges of assets, liabilities or specific commitments.

Orano SA manages all risks associated with these instruments by centralizing the commitment and implementing procedures setting out the limits and characteristics of the counterparties.

### Foreign exchange risk

The volatility of exchange rates may impact Orano SA's translation differences, equity and income.

#### Financing risk

Loans and borrowings granted by Orano SA to its subsidiaries are systematically converted into euros by means of foreign exchange swaps.

To limit the foreign exchange risk for long-term investments generating future cash flows in foreign currencies, Orano SA uses a liability in the same currency to offset the asset whenever possible.

#### Transactional risk

The Orano SA policy approved by the Executive Committee seeks to systematically hedge the certain foreign exchange risks generated by its operations, and those of its subsidiaries, to minimize the impact of exchange rate fluctuations on net income.

Orano SA uses derivatives (principally forward exchange contracts) to hedge its foreign exchange exposure from transactions, including accounts receivable and payable and confirmed off-balance sheet commitments. These hedges are backed by underlying transactions for identical amounts and maturities and, as a general rule, are documented and eligible for hedge accounting.

The Financial Operations and Treasury Management Department covers these exposures directly with its banking counterparties. A system of strict limits, particularly concerning results, marked to market, and foreign exchange positions that may be taken by the Orano SA Trading Desk, is monitored daily by specialized teams that are also charged with the valuation of the transactions. In addition, analyses of sensitivity to changes in exchange rates are periodically performed.

At December 31, 2021, the derivatives used by Orano SA to manage foreign exchange risk were as follows:

| (in millions of euros) | (Notional amounts by maturity date at December 31, 2021) | | | | | | | Market value |
|---|---|---|---|---|---|---|---|---|
| | <1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | > 5 years | Total | |
| Forward exchange transactions and currency swaps | 2,898 | 1,217 | 728 | 640 | 64 | - | 5,547 | -15 |
| Cross-currency swaps | - | 311 | - | - | - | - | 311 | -2 |
| **TOTAL** | **2,898** | **1,527** | **728** | **640** | **64** | **-** | **5,858** | **-17** |

### Interest rate risk

Orano SA is exposed to interest rate fluctuations mainly on its floating-rate borrowings and on its financial investments. The Financial Operations and Treasury Management Department manages all interest rate risks.

Orano SA uses several types of derivatives, depending on market conditions, to allocate its borrowings and investments between fixed rates and floating rates, with the goal being mainly to reduce its borrowing costs while optimizing the management of its cash surpluses.

At December 31, 2021, interest rate swaps were the main financial instruments used in the management of external debt.

The amount of the commitments and the sensitivity of the positions taken by the Orano SA Trading Desk in connection with rate management are subject to limits based on the type of transaction involved.

At December 31, 2021, the following financial instruments were used to hedge interest rate exposure:

**INTEREST RATE INSTRUMENTS**

| (in millions of euros) | TOTAL | Notional amounts by maturity date at December 31, 2021 | | | | | | Market value |
| | | <1 year | 1 to 2 years | 2 to 3 years | 3 to 4 years | 4 to 5 years | > 5 years | |
|---|---|---|---|---|---|---|---|---|
| **INTEREST RATE SWAPS – EUR VARIABLE LENDER** | | | | | | | | |
| EUR fixed borrower | 400 | 200 | 200 | - | - | - | - | -1 |
| **INTEREST RATE SWAPS – EUR VARIABLE LENDER** | | | | | | | | |
| EUR variable borrower | 100 | 100 | - | - | - | - | - | - |
| CAD variable borrower | 311 | - | 311 | - | - | - | - | -3 |
| **INTEREST RATE SWAPS – EUR FIXED LENDER** | | | | | | | | |
| EUR variable borrower | 200 | - | 200 | - | - | - | - | 5 |
| **GRAND TOTAL** | **1,011** | **300** | **711** | **-** | **-** | **-** | **-** | **2** |

## Commodity risk

Orano SA had no exposure to commodity risk at December 31, 2021.

## Counterparty risk

Orano SA is exposed to the credit risk of counterparties linked to its use of derivatives to cover its risks. Orano SA uses different types of derivatives to manage its exposure to foreign exchange and interest rate risks. Orano SA primarily uses forward buy/sell currency and rate derivative products (such as swaps, futures and options) to cover these types of risk. These transactions expose Orano SA to counterparty risk when the contracts are concluded over the counter.

To minimize this risk, Orano SA's Financial Operations and Treasury Management Department deals only with diversified, top quality counterparties based on their ratings in the Standard & Poor's and Moody's rating systems, with a minimum rating of Investment Grade. A legal framework agreement is always signed with these counterparties.

The limits allowed for each counterparty are determined based on its rating and the type and maturity of the instruments traded. Assuming the rating of the counterparty is not downgraded earlier, the limits are reviewed at least once a year and approved by the Chief Financial Officer. The limits are verified in a specific report produced by the internal control teams of the Treasury Management Department. During periods of significant financial instability that may involve an increased risk of bank default, which may be underestimated by ratings agencies, Orano SA monitors advanced indicators such as the value of the credit default swaps (CDS) of the eligible counterparties to determine if the limits should be adjusted.

When conditions warrant (rising counterparty risk, longer term transactions, etc.), market transactions are managed by monthly margin calls that reduce Orano SA's counterparty risk to a predetermined threshold: the Credit Support Annex for trades documented under an ISDA master agreement, or the Collateral Annex for trades documented under a French Banking Federation (FBF) master agreement.

## Market value of financial instruments

The market value of financial instruments pertaining to currency and rates is calculated based on market data at the reporting date, using discounted future cash flows, or on prices provided by financial institutions. The use of different market assumptions could have a significant impact on the estimated market values.

## Liquidity risk

The Financial Operations and Treasury Management Department is in charge of liquidity risk management and provides appropriate long-term and short-term financing resources.

Cash management optimization is based on a centralized system to provide liquidity and manage cash surpluses. Management is provided by the Financial Operations and Treasury Management Department, chiefly through cash-pooling agreements and intragroup loans, subject to local regulations. Cash surpluses are managed to optimize financial returns while ensuring that the financial instruments used are liquid.

The next significant maturity for debt repayment is March 21, 2022. It relates to the redemption of a bond issued in a nominal amount of 200 million euros.

Orano had a gross cash position of 1,252 million euros as of December 31, 2021, to meet these commitments and to ensure the continuity of its operations over the longer term. Additionally, the group has a syndicated line of credit of 940 million euros with a pool of 11 international banks.

**6**

**6**  **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

## 7.3  Related parties

The company did not enter into significant transactions with related parties not entered into under normal market conditions, in accordance with the criteria noted below.

A transaction is deemed significant if a lack of disclosure or an erroneous disclosure may have an influence on economic decisions by third parties who rely on the financial statements. Whether a transaction is significant or not depends on the nature and/or the amount of the transaction.

Conditions may be considered "normal" when they are customarily employed by the Company in its dealings with third parties, such that the beneficiary of the transaction does not receive more favorable treatment than other third parties dealing with the company, taking into account the practices of other companies in the same sector.

## 7.4  Off-balance-sheet commitments

| (in thousands of euros) | Note | Total | <1 year | From 1 to 5 years | > 5 years |
|---|---|---|---|---|---|
| **COMMITMENTS GIVEN** | | | | | |
| Bid guarantees | | | | | |
| Performance warranties | | 208,513 | - | 71,865 | 136,648 |
| Downpayment guarantees | | 191,304 | - | - | 191,304 |
| Guarantees for waivers of warranty retentions | | | | | |
| After-sales warranties | | | | | |
| Other operating commitments | | | | | |
| **Total operating commitments given** | | **399,816** | **-** | **71,865** | **327,951** |
| Comfort letters given | | 11,057 | 5,545 | 5,512 | - |
| Guarantees and surety given | | | | | |
| Liens given | | | | | |
| Mortgages given | | | | | |
| Other funding guarantees | | 52,870 | 31,896 | 20,974 | - |
| **Total commitments and collateral given on financing** | | **63,927** | **37,441** | **26,486** | **-** |
| Guarantees given on liabilities | | | | | |
| Guarantees pertaining to rental obligations given | | | | | |
| Other commitments given | | 2,358 | 935 | 1,423 | - |
| **Total other commitments given** | | **2,358** | **935** | **1,423** | **-** |
| **I. TOTAL COMMITMENTS GIVEN** | | **466,100** | **38,375** | **99,774** | **327,951** |
| **COMMITMENTS RECEIVED** | | | | | |
| Market guarantees received | | | | | |
| Vendor warranties received | | | | | |
| Other commitments received | | | | | |
| **II. TOTAL COMMITMENTS RECEIVED** | | | | | |
| **RECIPROCAL COMMITMENTS** | | | | | |
| Firm multi-year purchase commitments | | | | | |
| Firm multi-year sales commitments | | | | | |
| Unused lines of credit | 7.4.1 | 940,000 | - | 940,000 | - |
| Other reciprocal commitments | | | | | |
| **III. TOTAL RECIPROCAL COMMITMENTS** | | **940,000** | **-** | **940,000** | **-** |

### 7.4.1 Unused lines of credit

In July 2018, the group set up a 780 million euro syndicated line of credit, increased by 60 million euros in December 2018 and 100 million euros in March 2019. This facility, signed with a pool of 11 international banks, is valid until July 2023.

At December 31, 2021, this line had not been drawn down.

## 7.5 Compensation of corporate officers

The compensation paid to the Chairman of the Board and the Chief Executive Officer of the group for the period from January 1 to December 31, 2021, amounts to 565 million euros.

## 7.6 Disputes and contingent liabilities

Orano may be party to certain regulatory, judicial or arbitration proceedings in the normal course of business. The group is also the subject of certain claims, lawsuits or regulatory proceedings outside the ordinary course of business, the most significant of which are summarized below.

### Uramin

In June 2018, Orano SA and Orano Mining became civil parties in the "acquisition" section of the Uramin investigation, following a "notice to victim" received by AREVA SA in 2015 from the investigating judge in charge of the case. The Orano group intends to defend its interests through Orano SA and Orano Mining. The judicial investigation is still in progress and no date concerning a possible judgment has been set to date.

### Investigations

The Company has been aware, since November 28, 2017, of a preliminary investigation opened by the French National Financial Prosecutor's Office at the end of July 2015 concerning a uranium trading operation carried out in 2011. It also learned, on November 23, 2020, of the opening of a judicial investigation in this same case and since August 27, 2018, of an investigation into the circumstances of the granting of mining licenses in Mongolia. Orano is working with the legal authorities in connection with these legal proceedings, which are ongoing. If it were found that there had been misappropriation or any other act that could have harmed the group, Orano would take the necessary legal action to defend its interests.

### Release of the Arlit hostages

On October 6, 2016, the manager of a protection services company sued AREVA SA and Orano Cycle SA before the Nanterre Tribunal de Grande Instance to obtain payment of a success fee that he claims to be due for services purportedly rendered to the AREVA group in Niger between September 2010 and October 2013. AREVA SA and Orano Cycle SA believes that these allegations are unfounded. Along with that proceeding, the parties to the suit tried to settle under court-appointed mediation. Despite the efforts of AREVA and Orano to find a compromise, this was unsuccessful. The procedure on the merits therefore resumed in 2020. Even if the court should not accept the Orano group's position, the financial impact would be limited, though it could entail other, indirect consequences, such as in the media.

**6**



**6**  **FINANCIAL STATEMENTS**
Company financial statements – financial year ended December 31, 2021

## 7.7  Table of subsidiaries and associates

(French Commercial Code Article L. 233-15)

| | Share of equity owned (as%) | Share capital | Equity other than share capital | Carrying amount of securities owned | | Loans and advances granted and outstanding | Amount of guarantees given | Sales revenue excl. VAT of the last financial year ended | Net income of the last financial year ended | Dividends received |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Gross | Net | | | | | |
| **A - DETAILED INFORMATION ON SUBSIDIARIES AND ASSOCIATES (WHOSE NET CARRYING AMOUNT EXCEEDS 1% OF THE COMPANY'S CAPITAL)** | | | | | | | | | | |
| **1 - SUBSIDIARIES (MORE THAN 50% OF CAPITAL HELD)** | | | | | | | | | | |
| Orano Mining | | | | | | | | | | |
| 125 avenue de Paris - 92320 Chatillon | 100.00 | 25,207 | 440,068 | 2,356,194 | 1,937,520 | 320,366 | - | 864,682 | 36,701 | 138,136 |
| Orano Recyclage | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 25,184 | -52,015 | 1,798,236 | 1,798,236 | - | - | 1,956,973 | 150,330 | - |
| Orano Chimie-Enrichissement | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 25,802 | 79,895 | 1,471,390 | 1,471,390 | 999,070 | - | 1,323,741 | 8,937 | - |
| Orano Nuclear Packages and Services | | | | | | | | | | |
| 23 place de Wicklow - 78180 Montigny-le-Bretonneux | 100.00 | 30,291 | 42,470 | 744,000 | 744,000 | - | - | 213,735 | 27,180 | 34,835 |
| Orano USA LLC [(1)] | | | | | | | | | | |
| 4747 Bethesda Ave, 20814 Bethesda - USA | 100.00 | 246,437 | -150,758 | 358,391 | 358,391 | 14,762 | - | 4,859 | 2,322 | - |
| Orano Démantèlement | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 10,000 | 79,828 | 200,302 | 200,302 | - | - | 300,786 | 8,484 | 80,000 |
| Orano Med | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 17,055 | 10,175 | 133,782 | 133,782 | 5,050 | - | 8,053 | -9,411 | - |
| Orano Projets | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 12,769 | 59,981 | 63,844 | 63,844 | - | - | 263,232 | 5,750 | 6,000 |
| Orano Assurance & Réassurance | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 6,375 | 111,060 | 30,940 | 30,940 | - | - | - | 1,090 | - |
| Orano Support | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 490 | 5,945 | 122,069 | 14,161 | - | - | 157,847 | 7,934 | 6,027 |
| OranoDelfi | | | | | | | | | | |
| 125 avenue de Paris - 92320 Châtillon | 100.00 | 671 | 5,082 | 7,750 | 5,754 | - | - | - | 51 | - |
| **2 - ASSOCIATES (FROM 10% TO 50% OF THE CAPITAL HELD)** | | | | | | | | | | |
| Si-nerGiE | | | | | | | | | | |
| 2 Place des Vosges - 92084 Paris La Défense Cedex | 50.00 | - | - | - | - | 20,139 | - | 134,417 | -11,007 | |

(1)  Closing rate at 12/31/2021 - EUR 1 = USD 1.1326.

| | Share of equity owned (as%) | Share capital | Equity other than share capital | Carrying amount of securities owned | | Loans and advances granted and outstanding | Amount of guarantees given | Sales revenue excl. VAT of the last financial year ended | Net income of the last financial year ended | Dividends received |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Gross | Net | | | | | |
| **B – SUMMARY INFORMATION ON OTHER SUBSIDIARIES AND ASSOCIATES** | | | | | | | | | | |
| **1 - SUBSIDIARIES NOT INCLUDED IN PARAGRAPH A 1** | | | | | | | | | | |
| French subsidiaries | | | | 233 | 188 | - | | | | - |
| Foreign subsidiaries | | | | 16,676 | 2,770 | - | | | | 1,541 |
| **2 - ASSOCIATES NOT INCLUDED IN PARAGRAPH A 2** | | | | | | | | | | |
| French companies | | | | - | - | - | | | | - |
| Foreign companies | | | | - | - | - | | | | - |

**6**

# 6.4   Statutory Auditors' report on the Company financial statements for the financial year ended December 31, 2021

*This is a free translation into English of the Statutory Auditors' report issued in French and is provided solely for the convenience of English speaking readers. This report includes information specifically required by European regulations or French law, such as information about the appointment of Statutory Auditors. This report should be read in conjunction with, and construed in accordance with, French law and professional auditing standards applicable in France.*

To the Shareholders,

**Orano SA**
125 avenue de Paris
92320 Châtillon, France

## Opinion

In compliance with the engagement entrusted to us by your Annual General Meeting, we have audited the accompanying annual financial statements of Orano SA for the year ended December 31, 2021.

In our opinion, the annual financial statements give a true and fair view of the assets and liabilities and of the financial position of the Company at December 31, 2021 and of the results of its operations for the year then ended in accordance with French accounting principles.

The audit opinion expressed above is consistent with our report to the Audit and Ethics Committee.

## Basis for opinion

### Audit framework

We conducted our audit in accordance with professional standards applicable in France. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

Our responsibilities under these standards are further described in the "Responsibilities of the Statutory Auditors relating to the audit of the financial statements" section of our report.

### Independence

We conducted our audit engagement in compliance with the independence rules provided for in the French Commercial Code (*Code de commerce*) and the French Code of Ethics (*Code de déontologie*) for Statutory Auditors for the period from January 1, 2021 to the date of our report, and, in particular, we did not provide any non-audit services prohibited by Article 5(1) of Regulation (EU) No. 537/2014.

## Emphasis of matter

Without qualifying our opinion, we draw your attention to the change in accounting method in relation to the attribution of benefit under post-employment plans as described in Note 3 to the financial statements, which presents the impact of the first-time adoption of ANC Regulation No. 2013-02.

## Justification of assessments – Key audit matters

Due to the global crisis related to the Covid-19 pandemic, the financial statements of this period have been prepared and audited under specific conditions. Indeed, this crisis and the exceptional measures taken in the context of the state of sanitary emergency have had numerous consequences for companies, particularly on their operations and their financing, and have led to greater uncertainties on their future prospects. Those measures, such as travel restrictions and remote working, have also had an impact on the companies' internal organization and the performance of audits.

It is in this complex and evolving context that, in accordance with the requirements of Articles L. 823-9 and R. 823-7 of the French Commercial Code relating to the justification of our assessments, we inform you of the key audit matters relating to the risks of material misstatement that, in our professional judgment, were the most significant in our audit of the financial statements, as well as how we addressed those risks.

These matters were addressed as part of our audit of the financial statements as a whole, and therefore contributed to the opinion we formed as expressed above. We do not provide a separate opinion on specific items of the financial statements.

### Measurement of equity interests and related receivables

#### Description of risk

At December 31, 2021, the carrying amount of the Company's equity interests and related receivables amounted to €10,140 million and represented 86% of total assets. Equity interests are recognized at their transfer value or their purchase price plus directly attributable costs (in particular investment acquisition expenses).

As described in Note 2.2 to the financial statements, equity interests are measured at each reporting date at their value in use. An impairment loss is recognized when their value in use, assessed individually for each interest, falls below their historical cost.

In order to assess the profitability of the interest, its value in use is based on either:

- the Group's equity in the underlying net assets of the investee; or
- the present value of the projected future cash flows, based on the strategic plan approved by the governance bodies and its underlying assumptions, plus its terminal value, which corresponds to the present value, discounted to infinity, of the cash flows for the "normative year" estimated at the end of the period covered by the future cash flow projections. However, certain activities have a finite useful life (for example due to the finite mineral resources in the mines or the limited duration of the operating permits in nuclear activities); in this case, the cash flows taken into account to measure their value in use are not discounted to infinity, but rather to the end of their expected useful life.

This impairment is calculated on the basis of the share of the net assets held at the end of the year.

Estimating the value in use of equity interests requires management to exercise significant judgment in the choice of measurement methods and items to consider, which may be historical (particularly equity values) or projected (cash flow assumptions).

Given the significant amount of equity interests, the judgment used to estimate values in use and the sensitivity of these values to changes in the data and assumptions on which they are based, we deemed the measurement of equity interests and related receivables to be a key audit matter.

### How our audit addressed this risk

Our audit procedures mainly consisted in:

- examining, on the basis of the information provided by management, the measurement methods used by the Company;
- comparing the data used to test the equity interests for impairment with the subsidiaries' accounting data, where applicable;
- gaining an understanding of the methodology and assumptions used to determine the value in use of the equity interests when said value takes into account the subsidiaries' projected profitability;
- verifying the arithmetical accuracy of the value in use calculations used by the Company;
- assessing, with the help of our experts, the sensitivity of the estimates of value in use used in the assumptions (particularly cash flow, discount rates and the long-term growth rate);
- assessing the recoverability of the related receivables in light of the analyses performed on the equity interests; and
- verifying the appropriateness of the disclosures provided in Notes 2.2, 5.3 and 5.4 to the annual financial statements.

## Specific verifications

In accordance with professional standards applicable in France, we have also performed the specific verifications required by French legal and regulatory provisions.

## Information given in the management report and in the other documents provided to the shareholders with respect to the Company's financial position and the annual financial statements

We have no matters to report as to the fair presentation and the consistency with the financial statements of the information given in the Board of Directors' management report and in the other documents provided to the shareholders with respect to the Company's financial position and the financial statements.

We attest to the fair presentation and the consistency with the financial statements of the information about the payment terms referred to in Article D.441-6 of the French Commercial Code.

## Report on corporate governance

We attest that the section of the Board of Directors' report relating to corporate governance sets out the information required by Articles L. 225-37-4 and L. 22-10-10 of the French Commercial Code.

## Other information

In accordance with French law, we have verified that the required information concerning the purchase of investments and controlling interests has been properly disclosed in the management report.

## Report on other legal and regulatory requirements

### Appointment of the Statutory Auditors

We were appointed Statutory Auditors of Orano SA by the Annual General Meeting held on May 24, 2018.

At December 31, 2021, PricewaterhouseCoopers Audit and KPMG SA were in the fourth consecutive year of their engagement.

**6**

## Responsibilities of management and those charged with governance for the financial statements

Management is responsible for preparing financial statements giving a true and fair view in accordance with French accounting principles, and for implementing the internal control procedures it deems necessary for the preparation of financial statements that are free of material misstatement, whether due to fraud or error.

In preparing the financial statements, management is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern, and using the going concern basis of accounting, unless it expects to liquidate the Company or to cease operations.



**6** FINANCIAL STATEMENTS

Statutory Auditors' report on the Company financial statements for the financial year ended December 31, 2021

The Audit and Ethics Committee is responsible for monitoring the financial reporting process and the effectiveness of internal control and risk management systems, as well as, where applicable, any internal audit systems, relating to accounting and financial reporting procedures.

The annual financial statements were approved by the Board of Directors.

# Responsibilities of the Statutory Auditors relating to the audit of the annual financial statements

## Objective and audit approach

Our role is to issue a report on the financial statements. Our objective is to obtain reasonable assurance about whether the financial statements as a whole are free of material misstatement. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with professional standards will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions taken by users on the basis of these financial statements.

As specified in Article L. 823-10-1 of the French Commercial Code, our audit does not include assurance on the viability or quality of the Company's management.

As part of an audit conducted in accordance with professional standards applicable in France, the Statutory Auditors exercise professional judgment throughout the audit. They also:

- identify and assess the risks of material misstatement in the financial statements, whether due to fraud or error, design and perform audit procedures in response to those risks, and obtain audit evidence considered to be sufficient and appropriate to provide a basis for their opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control;
- obtain an understanding of the internal control procedures relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the internal control;
- evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management and the related disclosures in the notes to the financial statements;
- assess the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. This assessment is based on the audit evidence obtained up to the date of the audit report. However, future events or conditions may cause the Company to cease to continue as a going concern. If the Statutory Auditors conclude that a material uncertainty exists, they are required to draw attention in the audit report to the related disclosures in the financial statements or, if such disclosures are not provided or are inadequate, to issue a qualified opinion or a disclaimer of opinion;
- evaluate the overall presentation of the annual financial statements and assess whether these statements represent the underlying transactions and events in a manner that achieves fair presentation.

## Report to the Audit and Ethics Committee

We submit a report to the Audit and Ethics Committee which includes, in particular, a description of the scope of the audit and the audit program implemented, as well as the results of our audit. We also report any significant deficiencies in internal control that we have identified regarding the accounting and financial reporting procedures.

Our report to the Audit and Ethics Committee includes the risks of material misstatement that, in our professional judgment, were the most significant for the audit of the financial statements and which constitute the key audit matters that we are required to describe in this report.

We also provide the Audit and Ethics Committee with the declaration provided for in Article 6 of Regulation (EU) No. 537/2014, confirming our independence within the meaning of the rules applicable in France, as defined in particular in Articles L. 822-10 to L. 822-14 of the French Commercial Code and in the French Code of Ethics for Statutory Auditors. Where appropriate, we discuss any risks to our independence and the related safeguard measures with the Audit and Ethics Committee.

Neuilly-sur-Seine and Paris-La Défense, February 25, 2022

The Statutory Auditors

|  |  |
|---|---|
| **PricewaterhouseCoopers Audit** | **KPMG SA** |
| Séverine SCHEER          Laurent DANIEL | Laurent GENIN          Jean-Paul THILL |

# MISCELLANEOUS INFORMATION

**7**

| 7.1 | Statutory Auditors | 312 |
| 7.2 | Injunctions or fines for anti-competitive practices | 312 |
| 7.3 | Information from employee representative bodies | 312 |
| 7.4 | Information on payment terms | 313 |
| 7.5 | Information on loans granted to other companies covered by Articles L. 511-6 and R. 511-2-1-1-II of the French Monetary and Financial Code | 313 |

| 7.6 | Five-year financial summary | 314 |
| 7.7 | Table of subsidiaries and associates | 314 |
| 7.8 | List of French companies indirectly controlled by Orano at December 31, 2021 | 315 |
| 7.9 | Financial glossary | 317 |

# 7.1  Statutory Auditors

The Statutory Auditors of the Company are as follows:

### PricewaterhouseCoopers Audit

*(term expiring at the close of the General Meeting convened to approve the financial statements for the financial year ending December 31, 2023)*

### KPMG Audit

*(term expiring at the close of the General Meeting convened to approve the financial statements for the financial year ending December 31, 2023)*

# 7.2  Injunctions or fines for anti-competitive practices

As of the date of this report, the Company was not aware of any injunctions or fines for anti-competitive practices against the Company.

# 7.3  Information from employee representative bodies

In accordance with the provisions of Article L. 212-20 of the French Labor Code, the Orano group's Works Council was consulted on December 16, 2020 on Orano's strategic orientations.

The Board of Directors' meeting of May 5, 2021 examined the opinion issued by the group's Works Council and responded to the comments made by the members of this Committee on June 16, 2021.

# 7.4    Information on payment terms

The invoices received and issued and not settled as at the reporting date of the financial year and for which the payment deadline has passed are presented in the table below (in accordance with paragraph I of Article D. 441-4).

| *In thousands of euros* | Article D. 441 1.- 1°: Invoices received not settled on the reporting date of the financial year for which the term has expired | | | | | | Article D. 441 1.- 2°: Invoices issued not settled on the reporting date of the financial year for which the term has expired | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 days (indicative) | 1 to 30 days | 31 to 60 days | 61 to 90 days | 91 days or more | Total (1 day and more) | 0 days (indicative) | 1 to 30 days | 31 to 60 days | 61 to 90 days | 91 days or more | Total (1 day and more) |
| **(A) LATE PAYMENTS** | | | | | | | | | | | | |
| Number of invoices concerned | 44 | | | | | 18 | 12 | | | | | 14 |
| Total amount of the invoices concerned (excl. tax) | 20,405 | 2 | -1 | -9 | -11 | -19 | 744 | 476 | - | 20 | 3 | 500 |
| Percentage of total amount of purchases for the financial year (excl. tax) | 13.17% | 0.00% | 0.00% | -0.01% | -0.01% | -0.01% | | | | | | |
| Percentage of revenue for the financial year (excl. tax) | | | | | | | 0.55% | 0.35% | 0.00% | 0.01% | 0.00% | 0.37% |
| **(B) INVOICES EXCLUDED FROM (A) RELATING TO DISPUTED OR UNRECOGNIZED DEBTS AND RECEIVABLES** | | | | | | | | | | | | |
| Number of invoices excluded | | | 4 | | | | | | - | | | |
| Total amount of the excluded invoices (incl. tax) | | | 30 | | | | | | - | | | |
| **(C) REFERENCE PAYMENT TERMS USED (CONTRACTUAL OR LEGAL - ARTICLE L. 441-6 OR ARTICLE L. 443-1 OF THE FRENCH COMMERCIAL CODE)** | | | | | | | | | | | | |
| Payment terms used for calculating late payment | • Contractual terms + LME law | | | | | | • Contractual terms + LME law | | | | | |

# 7.5    Information on loans granted to other companies covered by Articles L. 511-6 and R. 511-2-1-1-II of the French Monetary and Financial Code

None.



# 7.6    Five-year financial summary

| Nature of the indications *(in thousands of euros)* | 2017-12 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| **I - SHARE CAPITAL AT YEAR-END** | | | | | |
| a) Share capital | 118,869 | 132,076 | 132,076 | 132,076 | 132,076 |
| b) Number of ordinary shares outstanding | 237,737,500 | 264,152,778 | 264,152,778 | 264,152,778 | 264,152,778 |
| c) Number of preferred shares | - | - | - | - | - |
| **II - TRANSACTIONS AND RESULTS OF THE FINANCIAL YEAR** | | | | | |
| a) Revenue excl. tax | 10,531 | 121,086 | 122,317 | 115,993 | 136,200 |
| b) Income before tax, employee profit-sharing and amortization, depreciation and provisions (including reversals) | -57,261 | -46,239 | 47,260 | 26,777 | 221,006 |
| c) Income tax | 68,641 | 189,010 | 144,127 | 171,048 | 111,228 |
| d) Employee profit-sharing for the financial year | -2 | -30 | 9 | 2 | -8 |
| e) Income after tax, employee profit-sharing and amortization, depreciation and provisions (including reversals) | 563,468 | 560,964 | -276,611 | 272,519 | 378,280 |
| f) Net income distributed | - | - | - | - | - * |
| **III - EARNINGS PER SHARE (IN EUROS)** | | | | | |
| a) Income after tax and employee profit-sharing, before amortization, depreciation and provisions (including reversals) | 0.05 | 0.54 | 0.72 | 0.75 | 1.28 |
| b) Income after tax, employee profit-sharing and amortization, depreciation and provisions (including reversals) | 2.37 | 2.12 | -1.05 | 1.03 | 1.43 |
| c) Dividend per share (rounded to the nearest euro cent) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **IV - STAFF** | | | | | |
| a) Average number of salaried employees during the financial year | 4.25 | 5.00 | 5.92 | 2.5 | 3.00 |
| b) Total payroll for the financial year | 325 | 1,028 | 1,136 | 1,067 | 1,078 |
| c) Payroll taxes and other benefit expenses for the financial year (social security, benefits programs, *etc.*) | 118 | 481 | 500 | 454 | 467 |

*\* Provisional data not yet approved.*

# 7.7    Table of subsidiaries and associates

Please refer to the table of subsidiaries and associates in Note 7.7 to the separate financial statements (Section 6.3 of the 2021 Annual Activity Report).

## 7.8   List of French companies indirectly controlled by Orano at December 31, 2021

| Company or trading name | Legal form | Share capital (in euros) | Business register | Address | Majority shareholder | Orano's indirect financial interest in the Company (%) |
|---|---|---|---|---|---|---|
| **CFMM – Compagnie Française de Mines et de Métaux** | Simplified joint stock company with a sole shareholder | 27,877,796 | NANTERRE business register 300 574 894 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Mining | 100.00 |
| **CNS – Compagnie Nucléaire de Services** | Limited liability company with a Board of Directors | 6,573,400 | NANTERRE business register 401 649 363 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Démantèlement | 51.00 |
| **Eurodif** | Simplified joint stock company with a sole shareholder | 170,310,210 | NANTERRE business register 723 001 889 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Chimie-Enrichissement | 100.00 |
| **LEA (Laboratoire d'Étalons d'Activités)** | Simplified joint stock company with a sole shareholder | 250,000 | NANTERRE business register 538 613 613 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Chimie-Enrichissement | 100.00 |
| **Lemaréchal Célestin** | Simplified joint stock company with a sole shareholder | 1,361,710 | CHERBOURG business register 582 650 297 | Rue des Entrepreneurs, ZA d'Armanville 50700 VALOGNES France | Orano Nuclear Packages and Services | 100.00 |
| **Orano DA – Diagnostic Amiante** | Simplified joint stock company with a sole shareholder | 357,500 | ÉVRY business register 814 304 291 | 1 route de la Noue – Zac de Courcelles 91196 GIF-SUR-YVETTE Cedex France | Orano DS | 73.86 |
| **Orano DS – Démantèlement et Services** | Limited liability company with a Board of Directors | 7,259,000 | ÉVRY business register 672 008 489 | 1 route de la Noue – Zac de Courcelles 91196 GIF-SUR-YVETTE Cedex France | CNS | 73.86 |
| **Orano Expansion** | Simplified joint stock company | 97,348,891.20 | NANTERRE business register 501 472 492 | 125 avenue de Paris 92320 CHÂTILLON France | CFMM | 95.28 |
| **Orano Temis** | Simplified joint stock company with a sole shareholder | 1,300,000 | CHERBOURG business register 350 357 596 | ZA d'Armanville 50700 VALOGNES France | Orano Recyclage | 100.00 |
| **Saint Dizier Parc Énergie** | Limited liability company with a Board of Directors | 400,000 | CHAUMONT business register 502 699 556 | Zone de Référence de Haute-Marne 52100 BETTANCOURT -LA-FÉRRÉE France | OranoDelfi | 59.95 |
| **SC CREGU – Centre de recherche sur la Géologie des matières premières minérales et énergétiques** | Professional partnership | 15,244.91 | NANCY business register 315 335 950 | 4 rue Piroux - Immeuble Thiers – 9e étage 54000 NANCY France | Orano Mining | 50.10 |
| **SCI du Pont de Celles - Société civile immobilière du Pont de Celles** | Property partnership | 15,000 | MONTPELLIER business register 317 898 815 | 41 avenue de Fumel 34700 LODÈVE France | SEPIS | 100.00 |

**7**

 **7** **MISCELLANEOUS INFORMATION**

List of French companies indirectly controlled by Orano at December 31, 2021

| Company or trading name | Legal form | Share capital (in euros) | Business register | Address | Majority shareholder | Orano's indirect financial interest in the Company (%) |
|---|---|---|---|---|---|---|
| SCI Socimar – SCI du site de Marcoule | Property partnership | 2,000 | NANTERRE business register 443 324 306 | 125 avenue de Paris 92320 CHÂTILLON France | SEPIS | 100.00 |
| SCI Soparim - SCI de Participations Immobilières de la Manche | Property partnership | 1,500,000 | NANTERRE business register 331 981 415 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Recyclage | 100.00 |
| SEPIS – Société d'étude de procédés industriels spéciaux | Private limited liability company | 7,800 | NANTERRE business register 310 232 889 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Démantèlement | 100.00 |
| SET – Société d'Enrichissement du Tricastin | Simplified joint stock company with a sole shareholder | 464,590,000 | NANTERRE business register 440 252 666 | 125 avenue de Paris 92320 CHÂTILLON France | SET Holding | 95.00 |
| SET Holding – Société d'Enrichissement du Tricastin Holding | Simplified joint stock company | 440,087,530 | NANTERRE business register 503 993 149 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Chimie-Enrichissement | 95.00 |
| SICN – Société Industrielle de Combustible Nucléaire | Simplified joint stock company with a sole shareholder | 750,000 | ANNECY business register 325 720 209 | 4 rue du Radar 74000 ANNECY France | Orano Démantèlement | 100.00 |
| Sofidif - Société franco-iranienne pour l'enrichissement de l'uranium par diffusion gazeuse | Limited liability company with a Board of Directors | 20,968,750 | NANTERRE business register 303 587 216 | 125 avenue de Paris 92320 CHÂTILLON France | Orano Chimie-Enrichissement | 60.00 |
| Sovagic - Société pour la valorisation et la gestion d'infrastructures communes | Private limited liability company | 30,500 | CHERBOURG business register 327 194 866 | Zone Industrielle de Digulleville - Beaumont BP 710 50440 DIGULLEVILLE France | Orano Recyclage | 100.00 |
| STSI – Société de Transports Spéciaux Industriels | Limited company | 1,440,000 | PONTOISE business register 552 092 199 | 12-14 rue Gay Lussac Zone Industrielle 95500 GONESSE France | Orano Nuclear Packages and Services | 100.00 |
| Trihom | Simplified joint stock company | 52,566.75 | TOURS business register 378 649 040 | Belliparc - rue Yvette Cauchois Business park du Veron Sud 37420 BEAUMONT EN-VERON France | Orano DS | 48.75 |

# 7.9   Financial glossary

## Adjusted net income attributable to owners of the parent

This indicator is used to reflect Orano's industrial performance independently of the impact of regulatory changes in respect of end-of-lifecycle obligations. It comprises net income attributable to owners of the parent, adjusted for the following items:

- return on earmarked assets;
- impact of changes in discount and inflation rates;
- accretion expense on end-of-lifecycle operations (regulated scope);
- significant impacts of regulatory changes on end-of-lifecycle obligation estimates;
- related tax effects.

## Backlog

The backlog is determined on the basis of firm orders, excluding unconfirmed options, using the contractually set prices for the fixed component of the backlog and, for the variable component, the market prices based on the forecast price curves prepared and updated by Orano. Orders in hedged foreign currencies are valued at the rate hedged. Non-hedged orders are valued at the rate in effect on the last day of the period. With respect to long-term contracts in progress at the closing date, for which revenue is recognized in accordance with the percentage-of-completion, the amount included in the backlog corresponds to the difference between the forecast revenue of the contract at completion and the revenue already recognized for this contract; it therefore includes indexation assumptions and contract price revision assumptions taken into account by the group to value the forecast revenue at completion.

## Cash flows from end-of-lifecycle operations

This indicator encompasses all of the cash flows linked to end-of-lifecycle operations and to assets earmarked to cover those operations. It is equal to the sum of the following items:

- revenue from the portfolio of earmarked assets, cash from disposals of earmarked assets;
- full and final payments received for facility dismantling;
- minus acquisitions of earmarked assets;
- minus cash spent during the financial year on end-of-lifecycle operations;
- minus full and final payments paid for facility dismantling.

## EBITDA

EBITDA is equal to operating income restated for net depreciation, amortization and operating provisions (excluding net impairment of current assets) as well as net gain on disposal of property, plant and equipment and intangible assets, gains and losses on asset leases and effects of takeovers and losses of control.

EBITDA is restated as follows:

i. to reflect the cash flows for the period related to employee benefit obligations (benefits paid and contribution to hedging assets) in lieu of the service cost recognized;

ii. to exclude the cost of end-of-lifecycle operations for the group's nuclear facilities (dismantling, waste retrieval and conditioning) carried out during the year.

## Net debt

Net debt is defined as the sum of all short and long-term financial liabilities, less cash, cash equivalents, financial instruments recorded on the assets side of the statement of financial position hedging financial liabilities, bank deposits constituted for margin calls on derivative instruments and collateral backed by structured financing and cash management financial assets.

## Net cash flow from company operations

Net cash flow from company operations is equal to the sum of the following items:

- operating cash flow;
- cash flow from end-of-lifecycle operations;
- change in non-operating receivables and liabilities;
- repayment of lease liabilities;
- financial income paid;
- tax on financial income paid;
- dividends paid to minority shareholders of consolidated subsidiaries;
- net cash flow from operations sold, discontinued and held for sale, and cash flow from the sale of those operations;
- acquisitions and disposals of current and non-current financial assets, with the exception of bank deposits held for margin calls on derivative instruments or collateral backed by structured financing and cash management financial assets.

Net cash flow from company operations thus corresponds to the change in net debt (i) with the exception of transactions with Orano SA shareholders, accrued interest not due yet for the financial year and currency translation adjustments, and (ii) including the accrued interest not due from financial year N-1.

**7**

**7** **MISCELLANEOUS INFORMATION**
Financial glossary

## Net operating working capital requirement (Operating WCR)

Operating WCR represents all of the current assets and liabilities related directly to operations. It includes the following items:

- net inventories and work in progress;
- net trade receivables and related accounts;
- contract assets;
- advances paid;
- other accounts receivable, accrued income and prepaid expenses; and
- minus: trade payables, contract liabilities, other operating debts, and expenses payable.

Note: It does not include non-operating receivables and payables such as income tax liabilities, amounts receivable on the sale of non-current assets, and liabilities in respect of the purchase of non-current assets.

## Operating cash flow (OCF)

Operating cash flow (OCF) represents the amount of cash flows generated by operating activities before corporate income tax and taking into account the cash flows that would have occurred in the absence of offsetting between the payment of corporate income tax and the repayment of the research tax credit receivable. It is equal to the sum of the following items:

- EBITDA;
- plus the decrease or minus the increase in operating working capital requirement between the beginning and the end of the period (excluding reclassifications, currency translation adjustments and changes in consolidation scope);
- minus acquisitions of property, plant and equipment and intangible assets, net of changes in accounts payable related to non-current assets;
- plus sales of property, plant and equipment and intangible assets included in operating income, net of changes in receivables on the sale of non-current assets;
- plus prepayments received from customers during the period on non-current assets;
- plus acquisitions (or disposals) of consolidated companies (excluding equity associates), net of the cash acquired.

**7**

Orano
Public limited company with a Board of Directors
Capital of 132,076,389 euros

Head office: 125, avenue de Paris - 92320 Châtillon - France

Financial Communications
and Investor Relations Department


Cover photo: Fingerprint - © Groupe S'cape
Page 9: Glove box training –
Vocational Training School of Orano la Hague (France)
Orano photo credits: Eric LARRAYADIEU


Designed **&** published by  L A B R A D O R  +33 (0)1 53 06 30 80
INFORMATION DESIGN



This document is printed in France by an Imprim'Vert certified printer on PEFC certified paper
produced from sustainably managed forest.

As a recognized international operator in the field of nuclear materials,
Orano delivers solutions to address present and future global energy
and health challenges.

Its expertise and mastery of cutting-edge technologies
enable Orano to offer its customers
high value-added products and services throughout the entire fuel cycle.

Every day, the Orano group's 16,500 employees draw on their skills,
unwavering dedication to safety and constant quest for innovation,
to develop know-how in the transformation
and control of nuclear materials,
for the climate and for a healthy and resource-efficient world,
now and tomorrow.

Orano, giving nuclear energy its full value.

Join us

   

**www.orano.group**

Orano
125, avenue de Paris
92320 Châtillon – France

Energy is our future, don't waste it!

