UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, <br><br> *Plaintiff*, <br><br> v. <br><br> RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, <br><br> *Defendants.* | Case No. 1:05-cv-01548-RCL |

**THIRD DECLARATION OF ROBERT PARKER IN SUPPORT OF PLAINTIFF AGUDAS CHASIDEI CHABAD OF UNITED STATES' RENEWED MOTION TO ATTACH VEB.RF'S PROPERTY OR, IN THE ALTERNATIVE, TO REGISTER JUDICIAL LIENS**

I, Robert P. Parker, declare as follows:

1. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., 901 New York Avenue, N.W., Washington D.C., 20001, counsel for Plaintiff Agudas Chasidei Chabad of United States ("Plaintiff" or "Chabad") in the above-captioned case. I am a member in good standing of the bar of the District of Columbia.

3. I submit this declaration in further support of Chabad's Reply in Support of its Renewed Motion to Attach VEB.RF's Property or, in the Alternative, to Register Judicial Liens, filed herewith.

4.        Attached hereto as Exhibit A is a true and correct copy of a report found on the Kremlin's website regarding a meeting between President Vladimir and VEB.RF chairman Igor Shuvalov.  The report is found at http://www.en.kremlin.ru/catalog/persons/80/events/72148 (last visited March 7, 2024).  According to the report, Shuvalov told President Putin, "Regulation of the banking sector and corporate sector in general allows us not to publish our financial statements."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Washington, D.C., on March 11, 2024

By:  */s/ Robert P. Parker*